ORIGINAL

LODGED

2019 OCT 21 AM 10: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | CASE NO. **8:19-cv-01998 JVS (JDEx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CASE UNDER TEMPORARY SEAL**<br><br>[FILED UNDER TEMPORARY SEAL] |

Upon consideration of Plaintiff Bureau of Consumer Financial Protection's (Bureau) *Ex Parte* Application for Leave to File Case Under Temporary Seal and documents filed in support thereof, and compelling reasons having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other

1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>    Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE CASE UNDER TEMPORARY SEAL**<br><br>[FILED UNDER TEMPORARY SEAL] |

   Upon consideration of Plaintiff Bureau of Consumer Financial Protection's (Bureau) *Ex Parte* Application for Leave to File Case Under Temporary Seal and documents filed in support thereof, and compelling reasons having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

   **IT IS HEREBY ORDERED** that Plaintiff's Complaint, *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other

1

Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue, and related pleadings may be filed under seal, and that the entire case file and docket in this matter, including all pleadings, exhibits, and all orders of the Court will remain under seal until all Defendants and Relief Defendants have been served, or until seven days after the Court takes action on Plaintiff's Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue, whichever occurs first; and it is further

**ORDERED** that all documents filed in this case must comply with L.R. 79-5.2.1 for filing under seal; and it is further

**ORDERED** that while the case file remains sealed, the Clerk of the Court will not make any publicly available notation of the aforementioned materials on the public record or PACER system; and it is further

**ORDERED** that, unless otherwise ordered or provided, the seal entered by this order will dissolve at 11:59 p.m. seven days after the Court takes action on Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue. On or before that time, Plaintiff must file public versions of the Complaint and related pleadings, except as set forth below to protect any confidentiality or trade secrets that may be asserted by third parties; and it is further

**ORDERED** that, unless otherwise ordered or provided, the seal over portions of Plaintiff's pleadings and associated exhibits will remain in place for a period of 21 days from the date the docket is unsealed to provide sufficient time for the Plaintiff to provide notice to third parties of any aspect of those filings pertaining to the third party and for those parties or the Defendants to move this Court for a protective order. At that time, if there are no pending motions for a protective order before this Court, the seal will dissolve at 11:59 p.m.

This Order should not be construed to prohibit service or other disclosure by the Plaintiff, or those acting at Plaintiff's direction, of the Temporary Restraining Order and Order to Show Cause, and any papers filed in support thereof: (1) to the parties, including relief defendants; (2) in taking any action authorized by the Temporary Restraining Order and Order to Show Cause; or (3) to any domestic or foreign law enforcement agency.

**SO ORDERED** at this _____ day of _____, 2019.

_____
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR
LEAVE TO FILE CASE UNDER TEMPORARY SEAL