BUREAU OF CONSUMER FINANCIAL PROTECTION
SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.:(202)-435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.:(202)-435-9641
1700 G Street, NW
Washington, DC 20552
Tel.:(202)-435-9318
Fax: (202)-435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel for the Bureau of Consumer Financial Protection
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

Attorneys for Plaintiff
Bureau of Consumer Financial Protection

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. | CASE NO. **8:19-cv-01998 JVS (JDEx)**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**(FILED UNDER TEMPORARY SEAL)** |

ORIGINAL

**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.:(202)-435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.:(202)-435-9641
1700 G Street, NW
Washington, DC 20552
Tel.:(202)-435-9318
Fax: (202)-435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel for the Bureau of Consumer Financial Protection
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

Attorneys for Plaintiff
Bureau of Consumer Financial Protection

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. | CASE NO.<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**(FILED UNDER TEMPORARY SEAL)** |

Plaintiff Bureau of Consumer Financial Protection ("Bureau"), having filed its Complaint in this matter for damages and other monetary relief, civil money penalties, a permanent injunction and other equitable relief, including restitution for consumers injured by Defendants' unlawful practices in violation of Section 1036 of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5536, and the Telemarketing Sales Rule (TSR), 16 C.F.R. Part 310, files this *ex parte* application for a temporary restraining order with asset freeze, appointment of a receiver, limited expedited discovery, immediate access to Defendants' business premises, and other equitable relief, and for an order to show cause why a preliminary injunction should not issue. Further, pursuant to Federal Rule of Civil Procedure 65(b)(1) and Civil Local Rule 7-19.2, the Bureau respectfully requests that the Court waive the notice requirement of Civil Local Rule 7-19.1, the reasons for which are set forth in the accompanying Declaration of Sarah Preis, pursuant to Federal Rule of Civil Procedure 65(b)(1), and Civil Local Rules 65-1, 79-5.2.2, and 7-19.2, in Support of (1) Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue; and (2) Plaintiff's *Ex Parte* Application for Leave to File Case Under Temporary Seal (Preis Declaration). A proposed temporary restraining order, including an order to show cause, and a proposed order for relief from service, have been filed concurrently. This Court is authorized to grant such relief by Section 1055(a) of the CFPA, 12 U.S.C. § 5565(a), Federal Rule of Civil Procedure 65(a), and Local Rule 65-1.

In support of this application, the Bureau separately files its Memorandum of Points and Authorities in Support of its *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue, and Preis Declaration.

2

PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW
CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE
(FILED UNDER TEMPORARY SEAL)

Dated: Oct. 21, 2019

Respectfully submitted,

Cara Petersen
Acting Enforcement Director
Deborah Morris
Deputy Enforcement Director
Alusheyi J. Wheeler
Assistant Deputy Enforcement Director

/s/ Leanne E Hartman

Leanne E. Hartmann (CA Bar No. 264787)
leanne.hartmann@cfpb.gov
Sarah Preis (D.C. Bar No. 997387) (*pro hac vice application pending*)
Email: sarah.preis@cfpb.gov
Jesse Stewart (N.Y. Bar No. 5145495) (*pro hac vice application pending*)
Email: jesse.stewart@cfpb.gov
Enforcement Attorneys

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

3

PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE
(FILED UNDER TEMPORARY SEAL)