UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | CASE NO. **8:19-cv-01998 JVS (JDEx)**<br><br>[PROPOSED] ORDER RELIEVING PLAINTIFF OF THE NOTICE REQUIREMENT UNDER FED. R. CIV. P. 65(b)(1) AND CIV. L.R. 7.19-2<br><br>[FILED UNDER TEMPORARY SEAL] |

Upon consideration of Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue (TRO Application), its Memorandum of Points and Authorities in Support of its *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue, the Declaration of Sarah Preis in Support of Plaintiff's (1) *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and

1

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>    Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER RELIEVING PLAINTIFF OF THE NOTICE REQUIREMENT UNDER FED. R. CIV. P. 65(b)(1) AND CIV. L.R. 7.19-2**<br><br>[FILED UNDER TEMPORARY SEAL] |

   Upon consideration of Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue (TRO Application), its Memorandum of Points and Authorities in Support of its *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue, the Declaration of Sarah Preis in Support of Plaintiff's (1) *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and

Order to Show Cause Why Preliminary Injunction Should Not Issue; and (2) *Ex Parte* Application for Leave to File Case under Temporary Seal, and documents filed in support thereof, and good cause having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

**IT IS HEREBY ORDERED** that Plaintiff is waived from the notice requirement of Federal Rule of Civil Procedure 65(a)(1) and Civil Local Rule 7-19.1 for all filings in this action until an Order on the TRO Application is entered by the Court.

**SO ORDERED** at this _____ day of _____, 2019.

_____
United States District Judge

[PROPOSED] ORDER RELIEVING PLAINTIFF OF THE NOTICE REQUIREMENT