**THE STATE OF MINNESOTA**
EVAN ROMANOFF (MN Bar No. 0398223)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 757-1454 / Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
Special Deputy Attorney General
MICHAEL T. HENRY (N.C. Bar No. 35338)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj.gov / mhenry@ncdoj.gov

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER (CA Bar No. 111529)
Los Angeles City Attorney
CHRISTINA V. TUSAN (CA Bar No. 192203)
Supervising Deputy City Attorney
Office of the City Attorney
Criminal Branch, Special Litigation Section
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908 / Fax: (213) 978-8112
Emails: christina.tusan@lacity.org

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>                 Plaintiffs,<br>vs.<br><br>Consumer Advocacy Center Inc., et al.,<br><br>                 Defendants | Case No:   **8:19-cv-01998 JVS (JDEx)**<br><br>**PLAINTIFF STATES'** *EX PARTE* **APPLICATION TO JOIN IN BUREAU'S** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[FILED UNDER TEMPORARY SEAL]** |

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (MN Bar No. 0398223)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 757-1454 / Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
Special Deputy Attorney General
MICHAEL T. HENRY (N.C. Bar No. 35338)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj.gov / mhenry@ncdoj.gov

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER (CA Bar No. 111529)
Los Angeles City Attorney
CHRISTINA V. TUSAN (CA Bar No. 192203)
Supervising Deputy City Attorney
Office of the City Attorney
Criminal Branch, Special Litigation Section
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908 / Fax: (213) 978-8112
Emails: christina.tusan@lacity.org

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiffs,<br>vs.<br>Consumer Advocacy Center Inc., et al.,<br>    Defendants | Case No:<br><br>**PLAINTIFF STATES'** *EX PARTE* **APPLICATION TO JOIN IN BUREAU'S** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

## EX PARTE APPLICATION

The State of Minnesota, the State of North Carolina, and the People of the State of California (collectively "the States"), having jointly filed a Complaint with the Bureau of Consumer Financial Protection ("Bureau") seeking a permanent injunction and other relief to protect consumers from Defendants' unlawful practices, apply to this court—on an *ex parte* basis and without notice to Defendants—to join in the Bureau's *Ex Parte* Application for a Temporary Restraining Order with an asset freeze, appointment of a receiver, other equitable relief, and an order to show cause why a preliminary injunction should not issue ("Bureau TRO"), as stated in the concurrently filed memorandum of points and authorities supporting this application. The States further request that the Court waive notice of this application under Local Civil Rule 7-19.2 and enter the proposed order lodged concurrently herewith; the proposed order enters the relief requested in the Bureau TRO under the authority provided by the States' respective consumer protection statutes and under the Court's inherent equitable powers, such that the order granting the Bureau TRO is independently enforceable by the States.

The Court has discretion under Local Civil Rule 7-19.2 to waive the *ex parte* application notice requirement in the interest of justice. As set forth in further detail in the memorandum of points and authorities supporting this application, the States meet the standard outlined in Rule 7-19.2, and, given that that this application is closely related to the Bureau TRO, the States also set forth facts sufficient to establish under Federal Rule of Civil Procedure 65(b) that "immediate and irreparable injury, loss, or damage will result" if Defendants receive notice of this application. The Declaration of Christina V. Tusan supporting this application "certifies in writing . . . the reasons why [notice] should not be required." Consequently, undersigned counsel has not contacted opposing counsel or Defendants to inform them of this *ex parte* request. *See* Declaration of Christina V. Tusan In Support Of the States' Joinder in the Bureau TRO ("Tusan Decl.") ¶ 13.

This *ex parte* application is based upon a supporting memorandum of points and authorities, the declaration of Christina V. Tusan, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing on this application.

October 19, 2019

Respectfully submitted,

**KEITH ELLISON**
**Attorney General of Minnesota**

EVAN S. ROMANOFF (*pro hac vice* pending)

*Attorneys for the State of Minnesota,*
*By Its Attorney General, Keith Ellison*

**JOSHUA H. STEIN**
**Attorney General of North Carolina**

M. LYNNE WEAVER (*pro hac vice* pending)

*Attorneys for the State of North Carolina*

**MICHAEL N. FEUER**
**Los Angeles City Attorney**

Christina V. Tusan

*Attorneys for the People of the State of California*