SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | Case No: **8:19-cv-01998 JVS (JDEx)**<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND MEMORANDUM IN SUPPORT FOR RELIEF FROM LOCAL RULE 11-6 REGARDING PAGE LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

**ORIGINAL**

1

SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | Case No:<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION AND MEMORANDUM IN SUPPORT FOR RELIEF FROM LOCAL RULE 11-6 REGARDING PAGE LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

Pursuant to Local Civil Rule 7-19, and for good cause shown, Plaintiff Bureau of Consumer Financial Protection (the Bureau) hereby applies *ex parte* to the Court to exceed the page limit set forth in Local Civil Rule 11-6 for their Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Application for a Temporary Restraining Order.

In support of this *ex parte* application, Plaintiff states as follows:

Plaintiff has filed a Complaint alleging numerous claims against six Defendants and three Relief Defendants, and has set forth facts to support those claims. In addition, Plaintiff filed an Ex Parte Application for a Temporary Restraining Order (TRO Application). As set forth fully in the TRO Application and supporting papers, Defendants are engaged in an illegal scheme to deceive consumers, and are causing ongoing harm to consumers, in violation of the Telemarketing Sales Rule (16 C.F.R. Part 310) the Consumer Financial Protection Act (12 U.S.C. §§ 5531, 5536(a)). Each of these claims require an independent discussion of the applicable facts and law, along with an explanation of how the various defendants participated in the violations.

In addition, Plaintiff seeks both conduct relief and ancillary equitable relief, including immediate access and the appointment of a receiver. The basis for the Court to grant such relief also requires discussion. Further, Plaintiff's TRO Application includes substantial documents evidencing Defendants' illegal business practices, including 66 exhibits totaling roughly 1,857 pages. Plaintiff's Memorandum seeks to synthesize this voluminous evidence to demonstrate the ongoing harm to consumers and the need for emergency relief.

Accordingly, the Bureau respectfully requests it be permitted to file a Memorandum in support of their TRO Application that is up to 45 pages in length, excluding indices and exhibits.

Good cause exists for limited *ex parte* relief from L.R. 11-6. Because the Bureau is moving for immediate relief—as described in its Application to File Case Under Temporary Seal, the Bureau is unable to request relief of the page limit through a

traditional noticed motion or through a stipulation. Here, the interest of justice requires that this *ex parte* application be considered without notice to Defendants, and an expansion of the page limitation would allow the Court access to the full factual record and legal arguments in support of Plaintiff's position.

For these reasons, Plaintiff respectfully requests entry of an order relieving Plaintiff of the page limit set in Local Rule 11-6 for their Memorandum of Points and Authorities in Support of their *Ex Parte* Application for Temporary Restraining Order.

Dated: October 21, 2019                     Respectfully submitted,

/s/ Leanne E. Hartmann

LEANNE E. HARTMANN (CA Bar #264787)
*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*