SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br>vs.<br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al,<br><br>Defendants. | Case No: **8:19-cv-01998 JVS (JDEx)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 11-6 REGARDING PAGE LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

**ORIGINAL**

1

SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>  Plaintiffs,<br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al,<br><br>  Defendants. | Case No:<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM LOCAL RULE 11-6 REGARDING PAGE LIMITATIONS FOR MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

This Court, having considered Plaintiff's *Ex Parte* Application for Relief from Local Rule 11-6 for its Memorandum of Points and Authorities in Support of its *Ex Parte* Application for Temporary Restraining Order (Memorandum), hereby **GRANTS** Plaintiff's motion and gives Plaintiff 45 pages for its Memorandum.

**IT IS THEREFORE ORDERED** that for good cause shown and in the interest of justice, Plaintiff's *Ex Parte* Application is granted and their Memorandum is accepted for filing in this case and will be considered in its entirety by the Court.

Dated: _____      _____
United States District Judge