SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center.<br><br>Defendants, | Case No: **8:19-cv-01998 JVS (JDEx)**<br><br>**PLAINTIFF'S RECOMMENDATION FOR THE APPOINTMENT OF A TEMPORARY RECEIVER**<br><br>[FILED UNDER TEMPORARY SEAL] |

ORIGINAL

1

SARAH PREIS (D.C. Bar No. 997387)
(*Pro Hac Vice application pending*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(*Pro Hac Vice application pending*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center.<br><br>　　　　Defendants, | Case No:<br><br>**PLAINTIFF'S RECOMMENDATION FOR THE APPOINTMENT OF A TEMPORARY RECEIVER**<br><br>[FILED UNDER TEMPORARY SEAL] |

The Bureau of Consumer Financial Protection (Bureau), pursuant to its pending *Ex Parte* Application for a Temporary Restraining Order With Asset Freeze, Appointment of a Receiver and Other Equitable Relief and Order to Show Cause Why a Preliminary Injunction Should Not Issue (TRO Application), respectfully provides the Court with a recommendation for the appointment of a receiver over defendants True Count Staffing Inc., d/b/a SL Account Management, and Prime Consulting LLC, d/b/a Financial Preparation Services. As detailed in the TRO Application and supporting papers, Plaintiff requests that the appointed receiver have the full powers of an equity receiver, including but not limited to full power over all funds, assets, negotiable instruments, collateral, premises, choses in action, books, records, papers, and other real or personal property, including notes, deeds of trust, and other interests in real property belonging to, managed by, or in the possession or control of Defendants, and any of their subsidiaries and affiliates.

The Bureau respectfully recommend the appointment of Thomas W. McNamara of RegulatoryResolutions as the receiver in this matter.[1] Mr. McNamara has expressed a willingness to serve as the receiver, is amply qualified, and maintains an office in California. At this time we are unaware of any conflicts of interest that may be present with the proposed receiver.

Attached hereto as **Exhibit 1** is a copy of a letter stating Mr. McNamara's qualifications, the qualifications of his firm, a proposal to provide services as the receiver, and additional information on his firm and his services, including proposed billing rates, along with a list of representative matters. Over the past 17 years, Mr. McNamara has worked on numerous receiverships, from immediate access through case conclusion. Mr. McNamara's experience includes having been appointed as a receiver more than 30 times by courts throughout the country in matters brought by the plaintiff Consumer Financial Protection Bureau (the "Bureau"), the Federal Trade Commission

---

[1] The Bureau is prepared to provide additional recommendations, should the Court so request.

("FTC"), the Securities and Exchange Commission ("SEC"), the Commodity Futures Trading Commission ("CFTC"), and state regulatory agencies. These receiverships have involved a wide variety of businesses. Pertinent here, three of the recent receiverships involved student loan debt relief operations.

Mr. McNamara's regular hourly rate, which will be discounted by 25% for his work as a receiver, is $450 per hour. A similar discount will be applied to those working with Mr. McNamara, whose billable rates range from $60 to $495 per hour, including for any legal work performed by his law firm, McNamara Smith LLP. Because Mr. McNamara and his firm have served as a receiver in similar cases, the Plaintiff believes he is in a good position to utilize that experience to increase his efficiency in handling this receivership.

For these reasons and because of the qualifications of the proposed receiver demonstrated in the attached exhibit, Plaintiffs respectfully request that the Court consider appointing Mr. McNamara as a receiver in this matter.

Dated: October 21, 2019

Respectfully submitted,

/s/ Leanne E. Hartmann

LEANNE E. HARTMANN (CA Bar #264787)
*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*