1  SARAH PREIS (D.C. Bar No. 997387)
2  sarah.preis@cfpb.gov
   (202) 435-9318
3  JESSE STEWART (N.Y. Bar No. 5145495)
   jesse.stewart@cfpb.gov
4  (202) 435-9641
   1700 G Street, NW
5  Washington, DC 20552
   Fax: (202) 435-5471
6
7  LEANNE E. HARTMANN, CA Bar #264787 – Local Counsel
   Email: leanne.hartmann@cfpb.gov
8  301 Howard St., Suite 1200
   San Francisco, CA 94105
9  Phone: (415) 844-9787
   Fax (415) 844-9788
10
11 *Attorneys for Plaintiff*
   *Consumer Financial Protection Bureau*

12              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14  Bureau of Consumer Financial Protection, et al. | Case No. **8:19-cv-01998 JVS (JDEx)** |
| 15          Plaintiff, | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** ***PRO HAC VICE***; |
| 16  v. | |
| 17 | |
| 18  Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. | **DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL FOR SARAH PREIS'S ADMISSION** ***PRO HAC VICE***; |
| 19          Defendants. | |
| 20 | **PROPOSED ORDER** |
| 21 | |
| 22 | **[FILED UNDER TEMPORARY SEAL]** |

23
24
25
26
27
28

                    ORIGINAL

SARAH PREIS (D.C. Bar No. 997387)
sarah.preis@cfpb.gov
(202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
jesse.stewart@cfpb.gov
(202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN, CA Bar #264787 – Local Counsel
Email: leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA  94105
Phone: (415) 844-9787
Fax (415) 844-9788

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>     Plaintiff,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>     Defendants. | Case No.<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*;**<br><br>**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL FOR SARAH PREIS'S ADMISSION *PRO HAC VICE*;**<br><br>**PROPOSED ORDER**<br><br>**[FILED UNDER TEMPORARY SEAL]** |

Name and address:

Sarah Preis
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $400 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Preis, Sarah M.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☑

Bureau of Consumer Financial Protection

*Firm/Agency Name*

| 1700 G Street, NW | (202) 435-9318 | (202)-435-5476 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Washington, DC 20552 | sarah.preis@cfpb.gov | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Bureau of Consumer Financial Protection | ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District of Columbia Court of Appeals | 03.18.2011 | Yes |
| Court of Appeals of Maryland | 01.14.2010 | Inactive (in good standing) |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:17-cv-04720 | CFPB v. Commercial Credit Consultants et al | 6/27/2017 | Granted |
| 2:15-cv-04721 | CFPB v. Park View Law, Inc. et al | 6/27/2017 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in ~~the Central District of~~ California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated **October 10, 2019**                          **Sarah Preis**
_____          _____
                                                                          *Applicant's Name (please type or print)*

                                                                          _____
                                                                          *Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Hartmann, Leanne E.

*Designee's Name (Last Name, First Name & Middle Initial)*

Bureau of Consumer Financial Protection

*Firm/Agency Name*

| | | |
|---|---|---|
| 301 Howard Street | (415) 844-9787 | (415) 844-9788 |
| Suite 1200 | *Telephone Number* | *Fax Number* |
| *Street Address* | leanne.hartmann@cfpb.gov | |
| San Francisco, CA 94105 | *E-mail Address* | |
| *City, State, Zip Code* | 264787 | |
| | *Designee's California State Bar Number* | |

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in ~~the Central District of~~ California for the practice of law.

Dated   *10/11/2019*

Leanne E. Hartmann

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Please see attached Declaration of Leanne E. Hartmann in support of designation as local counsel.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Sarah M Preis*

was duly qualified and admitted on March 18, 2011 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 8, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Court of Appeals
## of Maryland
### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

*STATE OF MARYLAND, ss:*

*I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of January, 2010,*

### Sarah Marie Preis

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this third day of October, 2019.*

_____
*Clerk of the Court of Appeals of Maryland*