Jesse Stewart
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

**LODGED** 2019 OCT 21 AM 10:30 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection, et al.

Plaintiff(s)

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.

Defendant(s).

CASE NUMBER

**8:19-cv-01998 JVS (JDEx)**

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Stewart, Jesse D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 435-9641        (202) 435-5471
*Telephone Number*    *Fax Number*

jesse.stewart@cfpb.gov
*E-Mail Address*

of

Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ___

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial)*

264787        (415) 844-9787        (415) 844-9788
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

of

Bureau of Consumer Financial Protection
301 Howard Street, Suite 1200
San Francisco, CA 94110

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: ___
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because ___

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ___                    ___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**

ORIGINAL