Margaret Lynne Weaver
N.C. Department of Justice
114 West Edenton Street
Raleigh, NC 27603

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison, State of North Carolina, ex rel. Joshua H. Stein, Attorney General, and the People of the State of California  Plaintiffs
Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, and Tuong Nguyen  Defendants, and
Infinite Management Corp., Hold The Door, Corp., and TN Accounting Inc.  Relief Defendants

CASE NUMBER

8:19-cv-01998-JVS (JDEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Weaver, Margaret L. | of | N.C. Department of Justice |
| --- | --- | --- |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 114 West Edenton Street |
| 919-716-6039  919-716-6050 | | Raleigh, NC 27603 |
| *Telephone Number  Fax Number* | | |
| lweaver@ncdoj.gov | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

State of North Carolina, ex rel. Joshua H. Stein, Attorney General
*Name(s) of Party(ies) Represent*  ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

| Tusan, Christina V. | of | Los Angeles City Attorney's Office |
| --- | --- | --- |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 200 N. Main Street, 5th Floor |
| 192203  213-473-6908 | | Los Angeles, CA 90012 |
| *Designee's Cal. Bar No.  Telephone Number  Fax Number* | | |
| christina.tusan@lacity.org | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.  _____
U.S. District Judge/U.S. Magistrate Judge