Evan S. Romanoff
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison, State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General, and the People of the State of California<br><br>Plaintiffs<br>v.<br>Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, and Tuong Nguyen<br><br>Defendants, and<br>Infinite Management Corp., Hold The Door, Corp., and TN Accounting Inc.<br><br>Relief Defendants. | CASE NUMBER<br><br>**8:19-cv-01998 JVS (JDEx)**<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

| Romanoff, Evan S. | of | Office of the Minnesota Attorney General |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 445 Minnesota Street, Suite 1200 |
| 651-757-1454          651-296-7438 | | St. Paul, MN 55101-2130 |
| *Telephone Number    Fax Number* | | |
| evan.romanoff@ag.state.mn.us | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Office of the Minnesota Attorney General

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

| Tusan, Christina V. | of | Los Angeles City Attorney's Office |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial* | | 200 N. Main Street, 5th Floor |
| 192203          213-473-6908 | | Los Angeles, CA 90012 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| christina.tusan@lacity.org | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated:**

_____
**U.S. District Judge/U.S. Magistrate Judge**