Name and address:
Michael T. Henry
N.C. Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection; State of Minnesota, By Its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of the State of California,

v.                                                  Plaintiff(s)

Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center; True Count Staffing, Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,
                                                    Defendant(s).

CASE NUMBER

**8:19-cv-01998 JVS (JDEx)**

(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Henry, Michael T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(919) 716-6039                  (919) 716-6050
*Telephone Number*              *Fax Number*
mhenry@ncdoj.gov
*E-Mail Address*

of

N.C. Department of Justice
114 West Edenton Street
Raleigh, NC 27603

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
State of North Carolina, ex rel. Joshua H. Stein, Attorney General

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

and designating as Local Counsel
Tusan, Christina V.
*Designee's Name (Last Name, First Name & Middle Initial)*

192203              (213) 473-6908       (213) 978-8112
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
christina.tusan@lacity.org
*E-Mail Address*

of

Los Angeles City Attorney's Office
200 N. Main Street, 5th Floor
Los Angeles, CA 90012

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                 _____
                                              U.S. District Judge/U.S. Magistrate Judge