ORIGINAL

1   SARAH PREIS (D.C. Bar No. 997387)
2   (*Pro Hac Vice Application pending*)
    sarah.preis@cfpb.gov
3   JESSE STEWART (N.Y. Bar No. 5145495)
4   (*Pro Hac Vice Application pending*)
    jesse.stewart@cfpb.gov
5   1700 G Street, NW
6   Washington, DC 20552
    Tel.: (202) 435-9318
7   Fax: (202) 435-5471

8
    LEANNE E. HARTMANN (CA Bar No. 264787) — Local Counsel
9   leanne.hartmann@cfpb.gov
10  301 Howard Street, Suite 1200
    San Francisco, CA 94105
11  Tel.: (415) 844-9787
12  Fax: (415) 844-9788

13  *Attorneys for Plaintiff*
14  *Bureau of Consumer Financial Protection*

15          **UNITED STATES DISTRICT COURT**
16          **CENTRAL DISTRICT OF CALIFORNIA**
                   **SOUTHERN DIVISION**
17

18                                          CASE NO. **8:19-cv-01998 JVS (JDEx)**
    Bureau of Consumer Financial
19  Protection, et al.                      **PLAINTIFF'S EXHIBITS IN
                                            SUPPORT OF PLAINTIFF'S
20          Plaintiffs,                     *EX PARTE* APPLICATION
                                            FOR TEMPORARY
21                                          RESTRAINING ORDER WITH
            v.                              ASSET FREEZE AND OTHER
22                                          EQUITABLE RELIEF AND
    Consumer Advocacy Center Inc., d/b/a    ORDER TO SHOW CAUSE
23  Premier Student Loan Center,            WHY PRELIMINARY
                                            INJUNCTION SHOULD NOT
24          Defendants.                     ISSUE**

25
                                            **VOL. I OF VII (EXS. 1-20)**
26

27                                          **[FILED UNDER TEMPORARY
                                            SEAL]**
28



FILED
2019 OCT 21  AM 10:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY:_____

# Exhibit 1

3700313

**STATE** *of* **CALIFORNIA**
**ARTICLES** *of* **INCORPORATION**
**A STOCK CORPORATION**

**FILED**
Secretary of State
State of California

Icc   AUG 0 6 2014   bhs

## ARTICLE I.

The name of this corporation is CONSUMER ADVOCACY CENTER INC.

## ARTICLE II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## ARTICLE III.

The name of the initial agent for service of process in the State of California for the corporation is ALBERT KIM at 5350 E. Suncrest Rd, Anaheim, 92807.

## ARTICLE IV.

The initial street address of the corporation is 5350 E. Suncrest Rd, Anaheim, CA 92807.

## ARTICLE V.

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 1,500.

## ARTICLE VI.

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in *Section 317 of the California Corporations Code*) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Dated: August 5th, 2014

_Marsha Siha_

Marsha Siha, Incorporator

## State of California
### Secretary of State

| | S |
|---|---|

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FN20286**

# FILED

In the office of the Secretary of State
of the State of California

**JUN-08 2017**

1. **CORPORATE NAME**
CONSUMER ADVOCACY CENTER INC.

*This Space for Filing Use Only*

2. **CALIFORNIA CORPORATE NUMBER**
C3700313

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 8. SECRETARY ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 9. CHIEF FINANCIAL OFFICER/ ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ALBERT KIM

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOCUMENT PREPARATION SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/08/2017 | ALBERT KIM | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|



# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FY80868**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-15 2018**

This Space for Filing Use Only

**1.  CORPORATE NAME**

CONSUMER ADVOCACY CENTER INC.

**2.  CALIFORNIA CORPORATE NUMBER**

C3700313

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

**3.**  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

**13**  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. | NAME OF AGENT FOR SERVICE OF PROCESS | | | | |
|---|---|---|---|---|---|

| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | | STATE | ZIP CODE |
|---|---|---|---|---|---|

**Type of Business**

**16.**  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

**17.**  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/15/2018 | ALBERT KIM | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

CAC corp certified

Pl. Ex. 1
p. 3



I hereby certify that the foregoing
transcript of ___3___ page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____  SYD

ALEX PADILLA, Secretary of State

CAC corp certified

# Exhibit

3993846

| **ARTS-CL** | **Articles of Incorporation of a Close Corporation** |

To form a **close corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

− A **$100** filing fee.

− A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED** 
Secretary of State
State of California

**FEB 1 3 2017**

1 PC    This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporation name. The name must include the word Corporation, Incorporated or Limited or an abbreviation of one of those words. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is   **True Count Staffing Inc.**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  **Kaine Wen**
      Agent's Name

   b.  **777 E Sierra Madre Ave**          **Azusa**          **CA** 91702
      Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip

**Corporate Addresses**

④ a.  **777 E Sierra Madre Ave**          **Azusa**          **CA 91702**
      Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip

   b.  _____
      Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
   The total number of shares which this corporation is authorized to issue is   **100**   .

**Number of Shareholders** (List the number of shareholders the corporation is authorized to have. The number *must not exceed 35.*)

⑥ This corporation is a **Close Corporation.** All of the corporation's issued shares of stock, of all classes, will be held of record by not more than   **3**   persons.
   (Must not exceed 35)

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____          **Kaine Wen**
Incorporator - Sign here          Print your name here

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | *By Mail* Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | *Drop-Off* Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 158 and 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-CL (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

TCS corp certified

Pl. Ex. 2
p. 5



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FM67020**

# FILED

In the office of the Secretary of State
of the State of California

**MAY-11 2017**

1. **CORPORATE NAME**
TRUE COUNT STAFFING INC.

*This Space for Filing Use Only*

2. **CALIFORNIA CORPORATE NUMBER**
C3993846

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 8. SECRETARY KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 9. CHIEF FINANCIAL OFFICER/ KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 11. NAME | ADDRESS | | | |
| 12. NAME | ADDRESS | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
KAINE WEN

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY          STATE    ZIP CODE
777 E SIERRA MADRE AVE, AZUSA, CA 91702

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
STAFFING SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/11/2017 | KAINE WEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

TCS corp certified

Pl. Ex. 2
p. 6

18-079874



**Secretary of State**
**Statement of Information** 133
(California Stock, Agricultural
Cooperative and Foreign Corporations)

| SI-550 |

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees – First page $1.00; each attachment page $0.50;**
Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**SEP 25 2018**

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

TRUE COUNT STAFFING INC

*This Space For Office Use Only*

**2. 7-Digit Secretary of State File Number**

3993846

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer | KAINE | | WEN | |
| Address 7545 IRVINE CENTER DR STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |
| b. Secretary | KAINE | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |
| c. Chief Financial Officer | KAINE | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| KAINE | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | State CA | Zip Code 92618 |

b. Number of Vacancies on the Board of Directors, if any

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| TUONG | | NGUYEN | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box 7545 IRVINE CENTER DR STE 200 PMB # 108 | City (no abbreviations) IRVINE | State CA | Zip Code 92618 |

CORPORATION – Complete Item 6c only. Only include the name of the registered Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Corporation

OFFICE WORK

**8. The information contained herein, including in any attachments, is true and correct.**

| Date | Type or Print Name of Person Completing the Form | Title | Signature |
|---|---|---|---|
| 08/16/18 | KAINE WEN | PARTNER | |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

I hereby certify that the foregoing
transcript of _____3_____ page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____ SYD



ALEX PADILLA, Secretary of State

TCS corp certified

Pl. Ex. 2
p. 8

# Exhibit

3977000

| ARTS-GS | Articles of Incorporation of a General Stock Corporation |
|---|---|

To form a **general stock corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

**FILED**
Secretary of State
State of California

DEC 3 0 2016

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporate name. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is  Hold the Door, Corp.

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a.  Diana Dai
         *Agent's Name*

   b.  823 E Newmark Ave, #A          Monterey Park      CA 91755
       *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

**Corporate Addresses**

④ a.  777 E Sierra Madre Ave          Azusa, CA          91702
       *Initial Street Address of Corporation - Do not list a P.O. Box*   *City (no abbreviations)*   *State*   *Zip*

   b.  _____
       *Initial Mailing Address of Corporation, if different from 4a*   *City (no abbreviations)*   *State*   *Zip*

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.

   The total number of shares which this corporation is authorized to issue is _____ 100 _____.

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ *signature*                         Kaine Wen
   *Incorporator - Sign here*           *Print your name here*

| Make check/money order payable to: **Secretary of State** | *By Mail* | *Drop-Off* |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

HTD corp certified

Pl. Ex. 3
p. 9

| State of California | S |
|---|---|

**State of California**
**Secretary of State**

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FR29003**

**FILED**

In the office of the Secretary of State
of the State of California

**OCT-01 2017**

*This Space for Filing Use Only*

1. CORPORATE NAME
HOLD THE DOOR, CORP.

2. CALIFORNIA CORPORATE NUMBER
C3977000

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 8. SECRETARY<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 11. | | | | |
| 12. | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: 0

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
DIANA DAI

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 823 E NEWMARK AVE APT A, MONTEREY PARK, CA 91755 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
MANAGEMENT COMPANY

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/01/2017 | KAINE WEN | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

HTD corp certified

Pl. Ex. 3
p. 10



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G094630**

# FILED

In the office of the Secretary of State
of the State of California

**OCT-08 2018**

*This Space for Filing Use Only*

| 1. CORPORATE NAME |
|---|
| HOLD THE DOOR, CORP. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3977000 |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 8. SECRETARY<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| KAINE WEN |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
CONSULTING SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 10/08/2018 | KAINE WEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|



I hereby certify that the foregoing
transcript of ___3___ page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____ SYD

ALEX PADILLA, Secretary of State

HTD corp certified

Pl. Ex. 3
p. 12

# Exhibit

: 3993847

| ARTS-CL | **Articles of Incorporation of a Close Corporation** |
|---|---|

To form a **close corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form, you should consult with a private attorney for advice about your specific business needs.*

**FILED** 
Secretary of State
State of California

**FEB 13 2017**

IPC

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporation name. The name must include the word Corporation, Incorporated or Limited or an abbreviation of one of those words. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is __Natural Nine Staffing Inc.__

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. __Tuong Nguyen__
   Agent's Name

   b. __1704  S.  Granada  Ave__ __Alhambra__ __CA__ __91801__
   Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip

**Corporate Addresses**

④ a. __1704 S. Granada Ave__ __Alhambra__ __CA__ __91801__
   Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip

   b. _____
   Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is __100__.

**Number of Shareholders** (List the number of shareholders the corporation is authorized to have. The number *must not exceed 35*.)

⑥ This corporation is a **Close Corporation**. All of the corporation's issued shares of stock, of all classes, will be held of record by not more than __3__ persons.
(Must not exceed 35)

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ __Tuong Nguyen__
Incorporator - Sign here

__Tuong Nguyen__
Print your name here

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | *By Mail* Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | *Drop-Off* Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 158 and 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-CL (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

NN corp record

Pl. Ex. 4
p. 13



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FM67149**

# FILED

In the office of the Secretary of State
of the State of California

**MAY-11 2017**

This Space for Filing Use Only

| 1. CORPORATE NAME |
|---|
| NATURAL NINE STAFFING INC. |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C3993847 |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.   If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/<br>TUONG NGUYEN | 1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |
| 8.   SECRETARY<br>TUONG NGUYEN | 1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |
| 9.   CHIEF FINANCIAL OFFICER/<br>TUONG NGUYEN | 1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME<br>TUONG NGUYEN | 1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

| 13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY: |
|---|

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14.  NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| TUONG NGUYEN |

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1704 S GRANADA AVE, ALHAMBRA, CA 91801 | | | |

**Type of Business**

| 16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| STAFFING SERVICES |

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 05/11/2017 | TUONG NGUYEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

NN corp record

Pl. Ex. 4
p. 14



# State of California
## Secretary of State

| | S |
|---|---|

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FU04178**

# FILED

In the office of the Secretary of State
of the State of California

**1.  CORPORATE NAME**

NATURAL NINE STAFFING INC.

**JAN-28 2018**

**2. CALIFORNIA CORPORATE NUMBER**

C3993847

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | | |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6.  MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8.  SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9.  CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/28/2018 | TUONG NGUYEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

D1497661

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

| DISS STK |
|---|

**FILED**
Secretary of State
State of California

**JAN 1 4 2019**

**IMPORTANT — Read Instructions before completing this form.**

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees — First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

| 1. Corporate Name (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) | 2. 7-Digit Secretary of State File Number |
|---|---|
| NATURAL NINE STAFFING INC | 3993847 |

**3. Election**

☑ The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities**     (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

☑ The known debts and liabilities have been actually paid or paid as far as its assets permitted.

☐ The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

☐ The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| Date | Signature | TUONG NGUYEN |
|---|---|---|
| | | Type or Print Name |
| Date | Signature | Type or Print Name |
| Date | Signature | Type or Print Name |

DISS STK (REV 12/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be



I hereby certify that the foregoing
transcript of ___4___ page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____  SYD

ALEX PADILLA, Secretary of State

# Exhibit

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, September 4, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201812710787    PRIME CONSULTING LLC

| | |
|---|---|
| **Registration Date:** | 04/25/2018 |
| **Jurisdiction:** | WYOMING |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | LE HO |
| | 7545 IRVINE CENTER DR, STE 200, ROOM 108 IRVINE CA 92618 |
| **Entity Address:** | 7545 IRVINE CENTER DR, STE 200, ROOM 108 IRVINE CA 92618 |
| **Entity Mailing Address:** | 7545 IRVINE CENTER DR, STE 200, ROOM 108 IRVINE CA 92618 |
| **LLC Management** | * |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of April.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 09/14/2018 | |
| REGISTRATION | 04/25/2018 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.

- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |



**Secretary of State**
**Application to Register a Foreign Limited Liability Company (LLC)**

| LLC-5 |

**201812710787**

IMPORTANT — *Read Instructions before completing this form.*

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

Filing Fee  –  $70.00

Copy Fees  –  First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to https://www.ftb.ca.gov.

**FILED**
Secretary of State
State of California
APR 2 5 2018

This Space For Office Use Only

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

Prime Consulting LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2.  LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 12 / 24 / 2013 | Wyoming |

c. Authority Statement (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 11932 Klingerman Street, Suite 3 | El Monte | CA | 91732 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |

**4.  Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 11932 Klingerman Street, Suite 3 | El Monte | CA | 91732 |

CORPORATION – Complete Item 4c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5.  Read and Sign Below** (See Instructions.  Title not required.)

I am authorized to sign on behalf of the foreign LLC.

Signature

Prime corp record

DeAnna Montemayor
Type or Print Name

LLC-5 (REV 01/2017)

PL Ex. 5
2017 California Secretary of State
www.sos.ca.gov/business/be

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## Prime Consulting LLC

is a
## Limited Liability Company

formed or qualified under the laws of Wyoming did on **December 24, 2013**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2013-000656039**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 19th day of April, 2018 at 9:51 AM. This certificate is assigned 026232425.

*Edward A. Buchanan*
Secretary of State

Prime corp record

Pl. Ex. 5

21

201812710787

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

LLC-12

18-D10476

# FILED

In the office of the Secretary of State
of the State of California

SEP 14, 2018

**This Space For Office Use Only**

**IMPORTANT** — Read instructions before completing this form.

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PRIME CONSULTING LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201812710787 | WYOMING |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**CORPORATION** — Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

Document Preparation Services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 09/14/2018 | LE Ho | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

Prime corp record

Pl. Ex. 5
p. 22

# Exhibit

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, September 4, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3943767    INFINITE MANAGEMENT CORPORATION

| | |
|---|---|
| **Registration Date:** | 09/08/2016 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | SOS SUSPENDED |
| **Agent for Service of Process:** | ALBERT KIM |
| | 900 S FIGUEROA ST #3001 |
| | LOS ANGELES CA 90015 |
| **Entity Address:** | 900 S FIGUEROA ST #3001 |
| | LOS ANGELES CA 90015 |
| **Entity Mailing Address:** | 900 S FIGUEROA ST #3001 |
| | LOS ANGELES CA 90015 |

| Document Type | File Date | PDF |
|---|---|---|
| AMENDMENT | 08/28/2019 | |
| SI-COMPLETE | 08/26/2019 | |
| REGISTRATION | 09/08/2016 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.

- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**　　**New Search**　　**Back to Search Results**

STATE *of* CALIFORNIA
ARTICLES *of* INCORPORATION
A STOCK CORPORATION

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

SEP -8 2016

**ARTICLE I.**

The name of this corporation is INFINITE MANAGEMENT SOLUTIONS INC..

**ARTICLE II.**

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**ARTICLE III.**

The name of the initial agent for service of process in the State of California for the corporation is Albert Kim at 9228 City Lights Dr, Aliso Viejo California 92656.

**ARTICLE IV.**

The initial street address of the corporation is 9228 CITY LIGHTS DR, ALISO VIEJO, CALIFORNIA 92656.

**ARTICLE V.**

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 100.

**ARTICLE VI.**

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Dated: Sep 07, 2016

**Marsha Siha, Incorporator**

Pl. Ex. 6
p. 25

# State of California

**S**

## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G886484**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-26 2019**

| | |
|---|---|
| 1. **CORPORATE NAME** <br> INFINITE MANAGEMENT SOLUTIONS INC. | |
| 2. **CALIFORNIA CORPORATE NUMBER** <br> C3943767 | This Space for Filing Use Only |

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE <br> 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY <br> 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | | |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ <br> ALBERT KIM | 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | |
| 8. SECRETARY <br> ALBERT KIM | 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | |
| 9. CHIEF FINANCIAL OFFICER/ <br> ALBERT KIM | 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME <br> ALBERT KIM | 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | |
| 11. NAME | | | | |
| 12. NAME | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 14. NAME OF AGENT FOR SERVICE OF PROCESS <br> ALBERT KIM | | | |
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** <br> 900 S FIGUEROA ST #3001, LOS ANGELES, CA 90015 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
SALES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/26/2019 | JAY ATKINSON | ACCOUNTANT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

Ex. 6
Page 1 of record
P. 26

A0832546



**Secretary of State**
**Certificate of Amendment of**
**Articles of Incorporation**

*Name Change Only - Stock*

**AMDT-STK-NA**

**FILED**
Secretary of State
State of California

**AUG 2 8 2019**

---

**IMPORTANT — Read Instructions before completing this form.**

**Filing Fee – $30.00**

Copy Fees – First Page $1.00 & .50 for each attachment page;
Certification Fee – $5.00

3c    **This Space For Office Use Only**

**1. Corporation Name** (Enter the exact name of the corporation as it currently is recorded with the California Secretary of State.)

INFINITE MANAGEMENT SOLUTIONS INC

**2. 7-Digit Secretary of State File Number**

# C3943767

---

**3. New Corporation Name**

**Item 3a:** Enter the number, letter or other designation assigned to the provision in the Articles of Incorporation being amended (e.g., "1," "First," or "A"). **See Instructions** if the provision in the Articles of Incorporation being amended does not include a number, letter, or other designation. Any attachment is made part of this document.

**Item 3b:** Enter the new corporate name.

3a.   Article _____1_____ of the Articles of Incorporation is amended to read as shown in Item 3b below:

3b.   The name of the corporation is   INFINITE MANAGEMENT CORPORATION

---

**4. Approval Statements**

4a.   The Board of Directors has approved the amendment of the Articles of Incorporation.

4b.   Shareholder approval was (**check one**):

☑ By the required vote of shareholders in accordance with California Corporations Code section 902. The total number of outstanding shares of the corporation entitled to vote is _____100_____ The number of shares voting in favor of the amendment equaled or exceeded the vote required. The percentage vote required was more than 50%.

☐ Not required because the corporation has no outstanding shares.

---

**5. Read, sign and date below (See Instructions for signature requirements. Note: Both lines must be signed.)**

We declare under penalty of perjury under the laws of the State of California that the matters set forth herein are true and correct of our own knowledge and we are authorized by California law to sign.

| 08/26/2019 | *Albert Kim* | ALBERT KIM |
|---|---|---|
| Date | Signature | Type or Print Name of President |

| 08/26/2019 | *Albert Kim* | ALBERT KIM |
|---|---|---|
| Date | Signature | Type or Print Name of Secretary |

AMDT-STK-NA (REV 06/2019)

2019 California Secretary of State
bizfile.sos.ca.gov

IMC corp record

Pl. Ex. 6
p. 27

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, September 4, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4277753   INFINITE MANAGEMENT SOLUTIONS INC.

| | |
|---|---|
| **Registration Date:** | 05/14/2019 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | MARISA K ROMERO |
| | 43911 LA CARMELA DR |
| | PALM DESERT CA 92211 |
| **Entity Address:** | 43911 LA CARMELA DR |
| | PALM DESERT CA 92211 |
| **Entity Mailing Address:** | 43911 LA CARMELA DR |
| | PALM DESERT CA 92211 |

A Statement of Information is due within 90 days of registration and then EVERY year beginning five months before and through the end of May.

| Document Type | File Date | PDF |
|---|---|---|
| REGISTRATION | 05/14/2019 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

**Modify Search**   **New Search**   **Back to Search Results**

IMC corp record

Pl. Ex. 6
p. 29
9/5/2019

**STATE *of* CALIFORNIA**
**ARTICLES *of* INCORPORATION**
**A STOCK CORPORATION**

FILED
Secretary of State
State of California

MAY 1 4 2019

**ARTICLE I.**

The name of this corporation is INFINITE MANAGEMENT SOLUTIONS INC.

**ARTICLE II.**

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**ARTICLE III.**

The name of the initial agent for service of process in the State of California for the corporation is MARISA K ROMERO at 43911 LA CARMELA DR, PALM DESERT, CA 92211.

**ARTICLE IV.**

The initial street address of the corporation is 43911 LA CARMELA DR, PALM DESERT, CALIFORNIA 92211.

**ARTICLE V.**

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 100.

**ARTICLE VI.**

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

**Dated:** May 10, 2019

Marsha Siha, Incorporator

# Exhibit

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, August 22, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C3992364    TN ACCOUNTING INCORPORATED

| | |
|---|---|
| **Registration Date:** | 02/08/2017 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TUONG NGUYEN |
| | 1704 S GRANADA AVE |
| | ALHAMBRA CA 91801 |
| **Entity Address:** | 1704 S GRANADA AVE |
| | ALHAMBRA CA 91801 |
| **Entity Mailing Address:** | 1704 S GRANADA AVE |
| | ALHAMBRA CA 91801 |

A Statement of Information is due EVERY year beginning five months before and through the end of February.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 01/16/2019 | |
| SI-COMPLETE | 04/10/2017 | |
| REGISTRATION | 02/08/2017 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.

- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |

3992364

## STATE *of* CALIFORNIA
## ARTICLES *of* INCORPORATION
## A STOCK CORPORATION

**ARTICLE I.**

FILED
Secretary of State
State of California

FEB 0 8 2017

1 PC

The name of this corporation is TN ACCOUNTING INCORPORATED.

**ARTICLE II.**

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**ARTICLE III.**

The name of the initial agent for service of process in the State of California for the corporation is TUONG NGUYEN at 1704 S. GRANADA AVE., ALHAMBRA CA 91801.

**ARTICLE IV.**

The initial street address of the corporation is 1704 S. GRANADA AVE., ALHAMBRA, CALIFORNIA 91801.

**ARTICLE V.**

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 100.

**ARTICLE VI.**

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

**Dated:** Feb 03, 2017

_Marsha Siha_
**Marsha Siha, Incorporator**      TN corp record

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY          STATE     ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| | | | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

Ex. 7
P. 34

Req. for Record

# State of California
## Secretary of State

S

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

G323170

# FILED

In the office of the Secretary of State
of the State of California

**JAN-16 2019**

1. **CORPORATE NAME**

TN ACCOUNTING INCORPORATED

2. **CALIFORNIA CORPORATE NUMBER**

C3992364

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

[✓]  If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | | | | |
| 8.   SECRETARY | | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME | | | | |
| 11.  NAME | | | | |
| 12.  NAME | | | | |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14.  NAME OF AGENT FOR SERVICE OF PROCESS

| | | STATE | ZIP CODE |
|---|---|---|---|
| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | | | |

**Type of Business**

16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 01/16/2019 | TUONG THANH NGUYEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

Ex. 7
TN corp record

SI-200 (REV 01/2013)

APPROVED BY SECRETARY OF STATE

p. 33

# Exhibit

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, August 14, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### 201814510288    FIRST PRIORITY LLC

| | |
|---|---|
| **Registration Date:** | 05/17/2018 |
| **Jurisdiction:** | WYOMING |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | TUONG THANH NGUYEN |
| | 1704 SOUTH GRANADA AVE. |
| | ALHAMBRA CA 91801 |
| **Entity Address:** | 1704 SOUTH GRANADA AVE. |
| | ALHAMBRA CA 91801 |
| **Entity Mailing Address:** | 1704 SOUTH GRANADA AVE. |
| | ALHAMBRA CA 91801 |
| **LLC Management** | * |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of May.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 06/28/2018 | |
| REGISTRATION | 05/17/2018 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.

- For help with searching an entity name, refer to **<u>Search Tips</u>**.
- For descriptions of the various fields and status types, refer to **<u>Frequently Asked Questions</u>**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|



### Secretary of State
### Application to Register a Foreign Limited Liability Company (LLC)

**LLC-5**

2 0 1 8 1 4 5 1 0 2 8 8

**FILED** RAB/LIA
Secretary of State
State of California

**MAY 17 2018**



**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee** – $70.00

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.

1 PC   **This Space For Office Use Only**

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

First Priority LLC

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2.  LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 10 / 24 / 2012 | Wyoming |

**c. Authority Statement** (Do not alter Authority Statement)
This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1704 S Granada Ave | Alhambra | CA | 91801 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** | City (no abbreviations) | State CA | Zip Code |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | City (no abbreviations) | State | Zip Code |

**4.  Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State CA | Zip Code |

CORPORATION – Complete Item 4c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Northwest Registered Agent, Inc. #C3184722 |

**5.  Read and Sign Below** (See Instructions. Title not required.)

I am authorized to sign on behalf of the foreign LLC.

Signature

Whitney Marshall
Type or Print Name

LLC-5 (REV 01/2017)

First Priority corp record

2017 California Secretary of State
www.sos.ca.gov/business/be

p. 38

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## First Priority LLC

is a

## Limited Liability Company

formed or qualified under the laws of Wyoming did on **October 24, 2012**, comply with all applicable requirements of this office.  Its period of duration is Perpetual.  This entity has been assigned entity identification number **2012-000631610**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 11th day of May, 2018 at 2:58 PM.  This certificate is assigned 026476028.



Edward A. Buchanan
Secretary of State

Notice:  A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective.  The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

**Secretary of State
Statement of Information
(Limited Liability Company)**

**LLC-12**

18-C23567

# FILED

In the office of the Secretary of State
of the State of California

JUN 28, 2018

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

FIRST PRIORITY LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201814510288 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |

**5. Manager(s) or Member(s)**

If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** — Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**CORPORATION** — Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Document Preparation

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/28/2018 | Tuong Thanh Nguyen | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌐                               ¬

Company:

Address:

City/State/Zip: ⌐                               ⌡

p. 40

# Exhibit



Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**2015642099б**        **23.00**
10/08/2015 08:51:00
214 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

HUGH NGUYEN
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | Fictitious Business Name(s)    PREMIER STUDENT LOAN CENTER | (optional) Business Phone No. |
|---|---|---|

| 1A | [x] New Statement | [ ] Refile - list previous No. | [ ] Change |
|---|---|---|---|

| 2. | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B.) City    State    Zip Code    County |
|---|---|
| | 24852 ACROPOLIS DR  MISSION VIEJO, CA 92691  ORANGE |

| 3. | Full name of Registered Owner (If Corporation, enter corporation name) CONSUMER ADVOCACY CENTER | If Corporation / LLC State of Incorporation or organization   CA |
|---|---|---|
| | Res. / Corp. Address (Do NOT use a P.O. Box or P.M.B)   City                State   Zip Code 5350 E. SUNCREST RD                                ANAHEIM HILLS        CA      92807 | |

| 4. | (CHECK ONE ONLY) This business is conducted by:   [ ] a trust   [ ] a state or local registered domestic partnership |
|---|---|
| | [ ] an individual   [ ] a general partnership   [ ] a limited partnership   [ ] an unincorporated association other than a partnership |
| | [x] a corporation   [ ] a Limited Liability Partnership   [ ] co-partners   [ ] a married couple   [ ] a joint venture   [ ] Limited Liability Co. |

| 5. | Have you started doing business yet? [ ] Yes Insert Date [x] No | Notice  This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code). |
|---|---|---|

| 6. | If the registered owner is NOT a corporation, sign below. (See Instructions on the reverse side of this form) | If the registered owner is: a corporation, an officer of the corporation signs below any type of partnership, the general partner signs below. a limited liability company, a manager or an officer signs below. |
|---|---|---|
| | Signature. _Albert Kim_ (Type or Print Name) | CONSUMER ADVOCACY CENTER Limited Liability Company/Corporation/Partnership Name _Albert Kim / President_ Signature and Title of Officer/Manager or General Partner |
| | I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) | I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).) ALBERT KIM                          ALBERT KIM Print Name of Officer/Manager or General Partner |

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

Page 1 of 2 of Document Number 20156420996

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

**FILED**

NOV 19 2015

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

CONSUMER ADVOCACY CENTER
5350 E SUNCREST RD
ANAHEIM HILLS, CA - 92807

OR#: 2809654

FICTITIOUS BUSINESS
NAME STATEMENT
File No. 20156420996
The following person(s) is (are) doing
business as:
Premier Student Loan Center, 24882
Acropolis Dr., Mission Viejo, CA 92691,
County of Orange
Consumer Advocacy Center, 5350 E
Suncrest Rd., Anaheim Hills, CA 92807,
CA
This business is conducted by a
Corporation
The registrant(s) commenced to transact
business under the fictitious business
name or names listed above on n/a
I declare that all information in this
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
/s/ Albert Kim, President
Consumer Advocacy Center
This statement was filed with the County
Clerk of Orange County on October 8,
2015
NOTICE-This Fictitious Name Statement
expires five years from the date on which
it was filed in the Office of the County
Clerk-Recorder. The statement expires 40
days after any change in the facts made
other than a change in the residences
address of a registered owner. A new
Fictitious Business Name Statement must
be filed before the expiration. When
ceasing to transact business under the
active Fictitious Business Name
Statement, Abandonment shall be filed.
The filing of this statement does not of
itself authorize the use in this state of a
Fictitious Business Name in violation of
the rights of another under federal, state,
or common law (See Section 14411 et
seq., Business and Professions Code).
New Statement
10/28, 11/4, 11/11, 11/18/15      OR-2809654#

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of ORANGE      ) ss

Notice Type:  FNS - FICTITIOUS BUSINESS NAME

Ad Description:

PREMIER STUDENT LOAN CENTER

I am a citizen of the United States and a resident of the State of California; I am
over the age of eighteen years, and not a party to or interested in the above
entitled matter. I am the principal clerk of the printer and publisher of the
ORANGE COUNTY REPORTER, a newspaper published in the English
language in the city of SANTA ANA, county of ORANGE, and adjudged a
newspaper of general circulation as defined by the laws of the State of
California by the Superior Court of the County of ORANGE, State of California,
under date 06/20/1922, Case No. 13421. That the notice, of which the
annexed is a printed copy, has been published in each regular and entire issue
of said newspaper and not in any supplement thereof on the following dates,
to-wit:

50156420996

10/28/2015, 11/04/2015, 11/11/2015, 11/18/2015

Executed on: 11/18/2015
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and
correct.

_____
Signature



* A 0 0 0 0 3 9 3 5 0 0 6 *



Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
20156420996       23.00
10/08/2015 08:51:00
214 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

HUGH NGUYEN
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | Fictitious Business Name(s)   PREMIER STUDENT LOAN CENTER | (optional) Business Phone No. |
|----|---|---|

| 1A | [x] New Statement | Refile - list previous No. | [ ] Change |
|----|---|---|---|

| 2. | Street Address, City & State of Principal place of Business (Do not use P.O. box or P.M.B.) | City | State | Zip Code | County |
|----|---|---|---|---|---|
| | 24852 ACROPOLIS DR  MISSION VIEJO, CA  92691  ORANGE | | | | |

| 3. | Full name of Registered Owner (If Corporation, enter corporation name)<br><br>CONSUMER ADVOCACY CENTER | If Corporation / LLC State of Incorporation or organization  CA |
|----|---|---|
| | Res. / Corp. Address (Do NOT use a P.O. Box or P.M.B) | City | State | Zip Code |
| | 5350 E. SUNCREST RD | ANAHEIM HILLS | CA | 92807 |

**4.** (CHECK ONE ONLY) This business is conducted by:

[ ] a trust    [ ] a state or local registered domestic partnership
[ ] an individual   [ ] a general partnership   [ ] a limited partnership   [ ] an unincorporated association other than a partnership
[x] a corporation   [ ] a Limited Liability Partnership   [ ] co-partners   [ ] a married couple   [ ] a joint venture   [ ] Limited Liability Co.

**5.** Have you started doing business yet?
[ ] Yes Insert Date
[x] No

Notice: This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code).

**6.** If the registered owner is NOT a corporation, sign below: (See Instructions on the reverse side of this form)

Signature: _____

(Type or Print Name)   Albert Kim

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

If the registered owner is:
a corporation, an officer of the corporation signs below.
any type of partnership, the general partner signs below.
a limited liability company, a manager or an officer signs below.
CONSUMER ADVOCACY CENTER

Limited Liability Company/Corporation/Partnership Name

_____  President
Signature and Title of Officer/Manager or General Partner

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

ALBERT KIM          ALBERT KIM

Print Name of Officer/Manager or General Partner

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

Premier fict record          Pl. Ex. 9
p. 43

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027  / Fax (714) 542-6841

CONSUMER ADVOCACY CENTER
5350 E SUNCREST RD
ANAHEIM HILLS, CA - 92807

This space for filing stamp only

# FILED

NOV 1 9 2015

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

OR #: 2809654

**FICTITIOUS BUSINESS NAME STATEMENT**
File No. 20156420996
The following person(s) is (are) doing business as:
Premier Student Loan Center, 24852 Acropolis Dr., Mission Viejo, CA 92691. County of Orange
Consumer Advocacy Center, 5350 E. Suncrest Rd., Anaheim Hills, CA 92807; CA
This business is conducted by a Corporation
The registrant(s) commenced to transact business under the fictitious business name or names listed above on n/a.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
/s/ Albert Kim, President
Consumer Advocacy Center
This statement was filed with the County Clerk of Orange County on October 8, 2015
NOTICE-This Fictitious Name Statement expires five years from the date on which it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts made other than a change in the residence address of a registered owner. A new Fictitious Business Name Statement must be filed before the expiration. When ceasing to transact business under the active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (See Section 1441 et seq. Business and Professions Code).
New Statement
10/28, 11/4, 11/11, 11/18/15
OR-2809654#

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of ORANGE      ) ss

Notice Type:  FNS - FICTITIOUS BUSINESS NAME

Ad Description:

PREMIER STUDENT LOAN CENTER

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421.  That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

10/28/2015, 11/04/2015, 11/11/2015, 11/18/2015

Executed on: 11/18/2015
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature



**A00003935006**

Page 2 of 2 of Document Number 20156420996

Premier fict record

Pl. Ex. 9
p. 44

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

Hugh Nguyen, Clerk-Recorder

Premier fict record

# Exhibit

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

23.00

MAIL FILED DOCUMENTS TO:

NAME      **KAINE WEN**

ADDRESS   **8 HUGHES PARKWAY #210**

CITY/ST/ZIP   **IRVINE , CA 92618**

\* $ R 0 0 0 9 9 1 0 5 2 8 $ \*
**20186502012 9:06 am 02/26/18**
370 231 F01
**23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00**

| | |
|---|---|
| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed)<br><br>Filing fee $23.00 for one business name<br>$7.00 for each additional business name<br>$7.00 for each additional partner after two | **HUGH NGUYEN**<br>ORANGE COUNTY CLERK -<br>12 Civic Center Plaza, Room 106<br>POST OFFICE BOX 238<br>Santa Ana, CA 92701 |

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| | | |
|---|---|---|
| 1. | FICTITIOUS BUSINESS NAME(S)<br><br>SL ACCOUNT MGMT | BUSINESS PHONE NO. 424 333-9290<br>(Optional) |
| 1A. | ☒ New Statement          ☐ Refile | ☐ Change |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | | STATE | ZIP CODE | COUNTY |
| | 8 HUGHES PARKWAY #210 | IRVINE | | CA | 92618 | Orange |

| | | | | |
|---|---|---|---|---|
| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME)<br><br>KAINE WEN | | | If Corporation / LLC<br>State of Incorporation<br>or organization CA |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE     ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | | CA        91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE     ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE     ZIP CODE |

| | | |
|---|---|---|
| 4. | HAVE YOU STARTED DOING BUSINESS YET?<br><br>☐ Yes<br><br>☒ No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.<br><br>THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| | |
|---|---|
| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only)    ☐ A Trust    ☐ A State Or Local Registered Domestic Partnership    ☐ An Individual<br><br>☒ A Corporation    ☐ A General Partnership    ☐ A Limited Partnership    ☐ An Unincorporated Association<br><br>☐ A Limited Liability Partnership    ☐ Copartners    ☐ A Married Couple    ☐ A Joint Venture    ☐ A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| | | |
|---|---|---|
| REGISTRANT(S) NAME | KAINE WEN<br>(Type or Print Name) | KAINE WEN  CHIEF EXECUTIVE OFFICER<br>Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

SLAM fict record                                      Pl. Ex. 10
                                                       p. 46

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

MAIL FILED DOCUMENTS TO:

NAME       **KAINE WEN**

ADDRESS    **8 HUGHES PARKWAY #210**

CITY/ST/ZIP **IRVINE , CA 92618**

23.00

* $ R O O O 9 9 1 0 5 2 8 $ *

20186502012 9:06 am 02/26/18

370 231 F01

**23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00**

---

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if
mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | |
|----|------|------|
| | SL ACCOUNT MGMT | BUSINESS PHONE NO. 424 333-9290 (Optional) |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|-----|-------|-------|--------|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|----|------|------|-------|----------|--------|
| | 8 HUGHES PARKWAY #210 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization CA |
|----|------|------|------|
| | KAINE WEN | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE / ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | CA   91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization |
| | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE   ZIP CODE |
| | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization |
| | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE   ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? [ ] Yes  [X] No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
|----|------|------|

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only)  [ ] A Trust   [ ] A State Or Local Registered Domestic Partnership   [ ] An Individual |
|----|------|
| | [X] A Corporation   [ ] A General Partnership   [ ] A Limited Partnership   [ ] An Unincorporated Association |
| | [ ] A Limited Liability Partnership   [ ] Copartners   [ ] A Married Couple   [ ] A Joint Venture   [ ] A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows
to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME ——— KAINE WEN
(Type or Print Name)

KAINE WEN  CHIEF EXECUTIVE OFFICER
Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

**If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.**

FICTITIOUS BUSINESS NAME STATEMENT

Page 1 of 1 of Document Number 20186502012

SLAM fict record

Pl. Ex. 10
p. 47

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

**23.00**

MAIL FILED DOCUMENTS TO:

NAME  **KAINE WEN**

ADDRESS  **8 WHATNEY SUITE 100 #8**

CITY/ST/ZIP  **IRVINE, CA 92618-9261**

* S R 0 0 1 0 1 2 8 5 6 7 3 * $
20186512181  11:46 am 06/01/18
341 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee is $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK –
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | \ |

| 1A. | ☒ New Statement | ☐ Refile | ☐ Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618-9261 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | ☒ Yes  Insert Date: 03/01/2018 | |
| | ☐ No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

5. THIS BUSINESS IS CONDUCTED BY: (Check One Only)  ☐ A Trust   ☐ A State Or Local Registered Domestic Partnership   ☐ An Individual

☒ A Corporation   ☐ A General Partnership   ☐ A Limited Partnership   ☐ An Unincorporated Association

☐ A Limited Liability Partnership   ☐ Copartners   ☐ A Married Couple   ☐ A Joint Venture   ☐ A Limited Liability Company

### I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME — TRUE COUNT STAFFING              KAINE WEN  CHIEF EXECUTIVE OFFICER
(Type or Print Name)                    Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE —

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

SLAM fict record                    Pl. Ex. 10
                                    p. 49

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

23.00

\* S R 0 0 1 0 1 2 8 5 6 7 3 \*
20186512181  11:46 am 06/01/18
341 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

MAIL FILED DOCUMENTS TO:

| | |
|---|---|
| NAME | KAINE WEN |
| ADDRESS | 8 WHATNEY SUITE 100 #8 |
| CITY/ST/ZIP | IRVINE, CA 92618-9261 |

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | ☒ New Statement | ☐ Refile | ☐ Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618-9261 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | ☒ Yes   Insert Date: 03/01/2018 | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| | ☐ No | |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | ☐ A Trust | ☐ A State Or Local Registered Domestic Partnership | ☐ An Individual |
|---|---|---|---|---|
| | ☒ A Corporation | ☐ A General Partnership | ☐ A Limited Partnership | ☐ An Unincorporated Association |
| | ☐ A Limited Liability Partnership | ☐ Copartners | ☐ A Married Couple | ☐ A Joint Venture | ☐ A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| REGISTRANT(S) NAME | TRUE COUNT STAFFING | KAINE WEN  CHIEF EXECUTIVE OFFICER |
|---|---|---|
| | (Type or Print Name) | Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | _Kaine W._ | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

SLAM fict record

Pl. Ex. 10
p. 50

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

# ☐ The Mission Viejo News ☐

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal

_Signature_
Signature
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990  Fax: (949) 589-6429

### Proof of Publication of Public Notice

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618. This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702. The registrants have not commenced to do business under the fictitious business name or names listed above. /S/TRUE COUNT STAFFING. This notice was filed with the Orange County Recorder on 7/30/18. The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

## FILED

AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

MISSION VIEJO NEWS

Page 1 of 1 of Document Number 20186517265

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

23.00

MAIL FILED DOCUMENTS TO:

NAME      KIANE WEN

ADDRESS   8 WHATNEY SUITE 100 #8

CITY/ST/ZIP   IRVINE, CA 92618

\* S R 0 0 1 0 2 5 1 6 1 7 S \*
20186517265 1:13 pm 07/30/18
367 SC2 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILE STAMP ABOVE

### FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|
| | TRUE COUNT STAFFING | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE  ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUZA | CA   91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization |
| | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE  ZIP CODE |
| | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization |
| | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE  ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [ ] Yes | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| | [X] No | |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [X] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association | |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [ ] A Limited Liability Company |

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME ——— TRUE COUNT STAFFING                   KIANE WEN  CHIEF EXECUTIVE OFFICER
(Type or Print Name)          Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE ——— *Kiane Wen*

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

## Page 1 of 2 of Document Number 20186517265

SLAM fict record                              Pl. Ex. 10
                                               p. 53

# 🔔 The Mission Viejo News 🔔

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal

_____
Signature
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990  Fax: (949) 589-6429

**Proof of Publication of Public Notice**

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618. This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702. The registrants have not commenced to do business under the fictitious business name or names listed above. /S/TRUE COUNT STAFFING. This notice was filed with the Orange County Recorder on 7/30/18. The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

# FILED

## AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

Page 2 of 2 of Document Number 20186517265

SLAM fict record

MAIL FILED DOCUMENTS TO:

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

NAME **KIANE WEN**

ADDRESS 8 WHATNEY SUITE 100 #8

CITY/ST/ZIP IRVINE, CA 92618

23.00

\* S R 0 0 1 0 2 5 1 6 1 7 S \*

**20186517265** 1:13 pm 07/30/18
367 SC2 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | ☒ New Statement | ☐ Refile | ☐ Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUZA | | CA 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | ☐ Yes | |
| | ☒ No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | ☐ A Trust | ☐ A State Or Local Registered Domestic Partnership | ☐ An Individual |
|---|---|---|---|---|
| | ☒ A Corporation | ☐ A General Partnership | ☐ A Limited Partnership | ☐ An Unincorporated Association | |
| | ☐ A Limited Liability Partnership | ☐ Copartners | ☐ A Married Couple | ☐ A Joint Venture | ☐ A Limited Liability Company |

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME ——— TRUE COUNT STAFFING      KIANE WEN   CHIEF EXECUTIVE OFFICER
(Type or Print Name)        Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE _Kiane Wen_

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

## Page 1 of 2 of Document Number 20186517265

# ☖ The Mission Viejo News ☖

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal

*Signature*
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990 Fax: (949) 589-6429

**Proof of Publication of Public Notice**

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618. This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702. The registrants have not commenced to do business under the fictitious business name or names listed above. /S/TRUE COUNT STAFFING. This notice was filed with the Orange County Recorder on 7/30/18. The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

# FILED

AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

Page 2 of 2 of Document Number 20186517265

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

COUNTY CLERK-RECORDER
ORANGE COUNTY CALIFORNIA

# Exhibit

MAIL FILED DOCUMENTS TO:

**Hugh Nguyen, Clerk-Recorder**
Filed in Orange County

NAME    LE HO

ADDRESS    7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108

CITY/ST/ZIP    IRVINE, CA 92618

23.00

* $ R 0 0 1 0 3 5 8 6 7 9 S *
20186521821 9:32 am 09/19/18
375 13 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

| | |
|---|---|
| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed)<br><br>Filing fee $23.00 for one business name $7.00 for each additional business name $7.00 for each additional partner after two | **HUGH NGUYEN**<br>ORANGE COUNTY CLERK -<br>12 Civic Center Plaza, Room 106<br>POST OFFICE BOX 238<br>Santa Ana, CA 92701 |

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | | | | BUSINESS PHONE NO.<br>(Optional) | | |
|---|---|---|---|---|---|---|---|
| | FINANCIAL PREPARATION SERVICES | | | | | | |

| 1A. | ☒ New Statement | ☐ Refile | | | | ☐ Change |
|---|---|---|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | PRIME CONSULTING LLC | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE  ZIP CODE |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | | CA    92618 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE  ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE  ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | ☐ Yes | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| | ☒ No | |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | ☐ A Trust | ☐ A State Or Local Registered Domestic Partnership | ☐ An Individual |
|---|---|---|---|---|
| | ☐ A Corporation | ☐ A General Partnership | ☐ A Limited Partnership | ☐ An Unincorporated Association |
| | ☐ A Limited Liability Partnership | ☐ Coparlners | ☐ A Married Couple | ☐ A Joint Venture | ☒ A Limited Liability Company |

**I declare that all information in this statement is true and correct.**

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME    PRIME CONSULTING LLC       LE HO  PRESIDENT
(Type or Print Name)      Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

Page 1 of 2 of Document Number 20186521821

**ORANGE COUNTY REPORTER**

~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

# FILED

NOV 0 1 2018

ORANGE COUNTY CLERK-RECORDER DEPARTMENT
BY: _____ DEPUTY

LE HO
7545 IRVINE CENTER DR, STE 200, ROOM 108
IRVINE, CA - 92618

OR#: 3179928

FICTITIOUS BUSINESS NAME
STATEMENT
File No. 20186521821
The following person(s) is (are) doing
business as:
Financial Preparation Services, 7545
Irvine Center Dr, Ste 200, Room 108,
Irvine, CA 92618 County of ORANGE
Prime Consulting LLC, 7545 Irvine Center
Dr, Ste 200, Room 108, Irvine, CA 92618
This business is conducted by a limited
liability company
The registrant(s) commenced to transact
business under the fictitious business
name or names listed above on
09/24/2018.
I declare that all information in this
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
Prime Consulting LLC
S/ Le Ho, President
This statement was filed with the County
Clerk of Orange County on 09/19/2018.
NOTICE-This Fictitious Business Name
Statement expires five years from the
date it was filed in the Office of the County
Clerk-Recorder. The statement expires 40
days after any change in the facts is made
other than a change in the residence
address of a registered owner. A new
Fictitious Business Name Statement must
be filed before either expiration. When
ceasing to transact business under an
active Fictitious Business Name
Statement, Abandonment shall be filed.
The filing of this statement does not of
itself authorize the use in this state of a
Fictitious Business Name in violation of
the rights of another under federal, state,
or common law (See Section 14411 et
seq., Business and Professions Code).
New Statement
10/5, 10/12, 10/19, 10/26/18
OR-3179928#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of ORANGE    ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

Financial Preparation Services

I am a citizen of the United States and a resident of the State of California; I am
over the age of eighteen years, and not a party to or interested in the above
entitled matter. I am the principal clerk of the printer and publisher of the
ORANGE COUNTY REPORTER, a newspaper published in the English
language in the city of SANTA ANA, county of ORANGE, and adjudged a
newspaper of general circulation as defined by the laws of the State of
California by the Superior Court of the County of ORANGE, State of California,
under date 06/20/1922, Case No. 13421.  That the notice, of which the
annexed is a printed copy, has been published in each regular and entire issue
of said newspaper and not in any supplement thereof on the following dates,
to-wit:

10/05/2018, 10/12/2018, 10/19/2018, 10/26/2018

20186521821

Executed on: 10/26/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and
correct.

_____
Signature

FPS fict record

Pl. Ex. 11
p. 59

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

MAIL FILED DOCUMENTS TO:

NAME    LE HO

ADDRESS   7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108

CITY/ST/ZIP   IRVINE, CA 92618

23.00

\* S R 0 0 1 0 3 5 8 6 7 9 S \*
20186521821 9:32 am 09/19/18
375 13 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed)<br><br>Filing fee $23.00 for one business name<br>$7.00 for each additional business name<br>$7.00 for each additional partner after two | HUGH NGUYEN<br>ORANGE COUNTY CLERK -<br>12 Civic Center Plaza, Room 106<br>POST OFFICE BOX 238<br>Santa Ana, CA 92701 | THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILESTAMP ABOVE |

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S)<br><br>FINANCIAL PREPARATION SERVICES | | BUSINESS PHONE NO.<br>(Optional) | | |
|---|---|---|---|---|---|

| 1A. | [X] New Statement | [ ] Refile | | [ ] Change | |
|---|---|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME)<br><br>PRIME CONSULTING LLC | | If Corporation / LLC State of Incorporation or organization CA | |
|---|---|---|---|---|
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | CA | 92618 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | If Corporation / LLC State of Incorporation or organization | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET?<br><br>[ ] Yes<br><br>[X] No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.<br><br>THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
|---|---|---|

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) [ ] A Trust [ ] A State or Local Registered Domestic Partnership [ ] An Individual |
|---|---|
| | [ ] A Corporation [ ] A General Partnership [ ] A Limited Partnership [ ] An Unincorporated Association |
| | [ ] A Limited Liability Partnership [ ] Copartners [ ] A Married Couple [ ] A Joint Venture [X] A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME    PRIME CONSULTING LLC                          LE HO PRESIDENT
                     (Type or Print Name)          Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

FPS fict record

Pl. Ex. 11
p. 60

**ORANGE COUNTY REPORTER**

~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

# FILED

NOV 0 1 2018

ORANGE COUNTY CLERK-RECORDER DEPARTMENT

BY: _____ DEPUTY

LE HO
7545 IRVINE CENTER DR, STE 200, ROOM 108
IRVINE, CA - 92618

OR#: 3179928

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California )
County of ORANGE ) ss

Notice Type: **FNS - FIRST FILING**

Ad Description:

**Financial Preparation Services**

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 08/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

FICTITIOUS BUSINESS NAME
STATEMENT
File No. 20186521821
The following person(s) is (are) doing business as:
Financial Preparation Services, 7545 Irvine Center Dr, Ste 200, Room 108, Irvine, CA 92618 County of ORANGE
Prime Consulting LLC, 7545 Irvine Center Dr, Ste 200, Room 108, Irvine, CA 92618
This business is conducted by a limited liability company
The registrant(s) commenced to transact business under the fictitious business name or names listed above on 09/24/2018.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Prime Consulting LLC
S/ Le Ho, President
This statement was filed with the County Clerk of Orange County on 09/19/2018.
NOTICE-This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of a registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code).
New Statement
10/5, 10/12, 10/19, 10/26/18
OR-3179928#

10/05/2018, 10/12/2018, 10/19/2018, 10/26/2018

20186521821

Executed on: 10/26/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature



Email    * A 0 0 0  Page 3 of 29 of Document Number 20186521821

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

# Exhibit

 | **Financial Institutions**



CSBS Accredited 1993 | NASCUS Accredited 2000 | CSBS/AARMR Mortgage Accredited 2015

June 20, 2019

Dani Stagg
Consumer Financial Protection Bureau
1700 G Street NW
Washington DC 20552

Dear Ms. Stagg:

The North Dakota Department of Financial Institutions is in receipt of your letter dated June 6, 2019, regarding license application documents our Office shared with the Consumer Financial Protection Bureau earlier this year related to Consumer Advocacy Center, Inc. dba Premier Student Loan Center. In your letter, you request permission to publicly disclose these documents, including potentially in litigation. You further state all personally identifiable information will be redacted.

The Department shall grant your request to share the license application information with the understanding the Consumer Financial Protection Bureau will not release any personally identifiable information, including but not limited to, social security numbers, bank account numbers, and criminal background or credit report related information.

Should you have any additional questions, please feel free to contact me at your convenience.

Sincerely,

Lise Kruse

Lise Kruse
Commissioner

| I. Lise Kruse | Corey Krebs | Joan Becker | Ryan Spah | Chris Ludwig |
|---|---|---|---|---|
| COMMISSIONER | ASSISTANT COMMISSIONER | DIRECTOR OF ADMINISTRATION | CHIEF EXAMINER | NON-DEPOSITORY DIVISION SUPERVISOR |

2000 Schafer Street, Suite G | Bismarck, ND 58501-1204 | ND.gov/DFI

PHONE: 701-328-9933 | ND RELAY TTY: 1-800-366-6888 | FAX: 701-328-0290 | dfi@nd.gov

# akerman



Sheryl D. Rosen

Akerman LLP
Suite 1200
106 East College Avenue
Tallahassee, FL 32301

D: 850 425 1677
T: 850 224 9634
F: 850 222 0103
sheryl.rosen@akerman.com

May 29, 2018

**VIA CERTIFIED MAIL**

N.D. Department of Financial Institutions
Consumer Division
2000 Schafer Street, Suite G
Bismarck, ND 58501
(701) 328-9933

**Re:   License Application Checklist**

Dear Sir or Madam:

My client, Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center (NMLS company ID 1729574) recently submitted a debt settlement provider license application via NMLS. Enclosed please find the application checklist and a personal financial statement of the company owner and president/CEO.

Thank you for your consideration.

Sincerely,

*Sheryl Rosen*

Sheryl D. Rosen

Enclosures



**Company New Application Checklist**
Agency Requirements



## NORTH DAKOTA DEBT SETTLEMENT SERVICE PROVIDER LICENSE

This document includes instructions for a company (corporation location) new application request. If you need to complete a new application for a branch location (authorized delegates are not considered a branch in NMLS) or individual; refer to the appropriate new application checklists.

Total License costs: $800 State fee. (Include if applicable) A $15 fee for a credit report will be added if one has not been authorized through NMLS in the past 30 days for each required control person. $36.26 will be added per FBI Criminal Background Check authorization. Fees collected through the NMLS ARE NOT REFUNDABLE.

*NOTICE: THE DEPARTMENT NO LONGER ISSUES PAPER LICENSES. APPROVAL NOTIFICATIONS WILL BE SUBMITTED VIA EMAIL THROUGH NMLS. YOUR LICENSE NUMBER AND LICENSE STATUS SHALL BE AVAILABLE TO VIEW IN YOUR NMLS ACCOUNT. INQUIRIES REGARDING LICENSE STATUS CAN BE DIRECTED TO THE CONSUMER ACCESS SEARCH FEATURE WHERE THE PUBLIC CAN VIEW YOUR CURRENT NORTH DAKOTA LICENSE NUMBER AND LICENSE STATUS.*

**Use the checklist below to complete the requirements for the ND Dept. of Financial Institutions.**
The checklist provides instructions and requirements for information to be entered in NMLS, the documents that must be uploaded into NMLS, as well as the documents that must be sent outside NMLS.

For help with the NMLS application, see the Quick Guide for submitting a complete Company Form filing through NMLS.

Agency specific requirements marked **Filed in NMLS** must be completed and/or uploaded in NMLS; this information will not be viewable to the agency until the application has been submitted through NMLS.

For help with document uploads, see the Quick Guide for document upload in NMLS
**Note:** Financial statements are uploaded separately under the Filing tab, "Financial Statement" submenu. All other documents are uploaded in the Filing tab under the "Document Upload" section of the company form.

Agency specific requirements marked **Attached** on the checklist below must be received with this checklist within 5 business days of the electronic submission of your application through the NMLS at the following:

For U.S. Postal Service and Overnight Delivery send to:
ND Dept. of Financial Institutions
Consumer Division
2000 Schafer Street, Suite G
Bismarck, ND 58501

Updated: 1/25/2017

Page 1 of 4

NMLS **Company** Unique ID Number:  1729574

Applicant Legal Name:      Consumer Advocacy Center Inc.

| FILED IN NMLS | ATTACHED | NOT APPLICABLE | NORTH DAKOTA DEBT SETTLEMENT SERVICE PROVIDER LICENSE |
|---|---|---|---|
| ☒ | N/A | ☐ | **Other Trade Name:**  DBA's should be listed under Other Trade Names on the NMLS Company Form. North Dakota does not limit the number of dba's. Provide a copy of the Certificate of Authority from the ND Secretary of State. |
| ☒ | N/A | N/A | **Resident/Registered Agent:**  The Resident/Registered Agent section of the NMLS Company Form should be completed with the information currently on record with ND Secretary of State. |
| ☒ | N/A | N/A | **Bank Account:**  Bank account information must be completed with company's Letter/Line of Credit, Operating, and/or Trust Primary accounts. |
| ☒ | N/A | N/A | **Qualifying Individual:**  A Qualifying Individual must be designated for North Dakota jurisdiction. The designated Qualifying Individual must be listed on the NMLS Company Form. |
| ☒ | N/A | ☐ | **Credit Report:**  Individuals in a position of control are required to authorize a credit report through NMLS.  Individuals will be required to complete an Identity Verification Process (IDV) along with an individual attestation before a license request for your company can be filed through NMLS. |
| n/a ☐ | N/A | ☒ | **Disclosure Questions:**  Provide an explanation for any "Yes" response. Upload a copy of any applicable orders or supporting documents in NMLS. |
| ☒ | N/A | N/A | **Financial Statements:**  Upload a company financial statement prepared in accordance with Generally Accepted Accounting Principles dated within 90 days of your fiscal year end. Financial statements should include a Balance Sheet, Income Statement and Statement of Cash Flows and all relevant notes thereto. If applicant is a start-up company, only an initial Statement of Condition is required. |
| ☒ | ☒ | ☐ | **Personal Financial Statement:**  Provide a personal financial statement, dated no older than 30 days prior to the application date, for any individual directly or indirectly owning 25% or more of the company stock. |
| ☒ | N/A | N/A | **MU2 Individual FBI Criminal Background Check Requirements:** The following Individuals, as specified below, on the Company Form (MU1) are required to authorize a FBI criminal background check (CBC) through NMLS.  *Direct Owners*  • Shareholders of 25% or more are required to complete an FBI CBC |

| FILED IN NMLS | ATTACHED | NOT APPLICABLE | NORTH DAKOTA DEBT SETTLEMENT SERVICE PROVIDER LICENSE |
|---|---|---|---|
| | | | through NMLS. |
| | | | *Executive Officers* |
| | | | • PresidentsPreidents and/or CEOs are requiredrequied to complete an FBI CBC through NMLS. |
| | | | *Indirect Owners* |
| | | | • Shareholders of 25% or more indirect ownership in the Applicant are required to complete an FBI CBC through NMLS. |
| | | | *Qualifying Individuals* |
| | | | • Not requiredNote Required to complete an FBI CBC through NMLS. |
| | | | After authorizing of a FBI criminal background check through the submission of the Company Form (MU1) and Individual Form (MU2), you must schedule an appointment to be fingerprinted if new prints are required. |
| | | | See the Quick Guides - Company section of the NMLS Resource Center for more information. |
| | | | Note: If you are able to 'Use Existing Prints' to process the FBI criminal background check, you DO NOT have to schedule an appointment. NMLS will automatically submit the fingerprints on file. |
| X | N/A | N/A | **Business Plan:** Upload a business plan outlining marketing strategy, products, target markets and operating structure the applicant intends to employ. |
| X | N/A | N/A | **Certificate of Authority/Good Standing Certificate:** Upload a state issued document issued by the ND Secretary of State's office demonstrating that the corporation or limited liability company is authorized to do business in North Dakota. |
| X | N/A | N/A | **Debt Management Agreement:** Upload a copy of the debt management agreement between the company and consumer. |
| X | N/A | N/A | **Management Chart:** Upload an organizational chart showing the applicant's divisions, officers, and managers. |
| X | N/A | ☐ | **Organizational Chart/Description:** Upload an organizational chart if applicant is owned by another entity or entities or person, or has subsidiaries or affiliated entities. |
| X | N/A | N/A | **Surety Bond:** Submit an Electronic Surety Bond (ESB) via NMLS in the amount of $50,000 furnished and submitted by a surety company authorized to conduct business in North Dakota.  See the ESB Adoption Table and the ESB for NMLS Licensees page of the NMLS Recourse Center for more information. |

Updated: 1/25/2017

Page 3 of 4

North Dakota will review the filing and all required documents and communicate with you through NMLS. To review your status or see detailed communication from the regulator, click on the Composite View tab and then click on View License/Registration in NMLS see (License Status Quick Guide) for instruction.

**WHO TO CONTACT** – Contact the Consumer Division licensing staff by phone at (701) 328-9933 or send your questions via e-mail to dfi@nd.gov for additional assistance.

THE APPLICANT/LICENSEE IS FULLY RESPONSIBLE FOR ALL OF THE REQUIREMENTS OF THE LICENSE FOR WHICH THEY ARE APPLYING. THE AGENCY SPECIFIC REQUIREMENTS CONTAINED HEREIN ARE FOR GUIDANCE ONLY TO FACILITATE APPLICATION THROUGH THE NMLS. SHOULD YOU HAVE QUESTIONS, PLEASE CONSULT LEGAL COUNSEL.

Updated: 1/25/2017

Page 4 of 4

Consumer Advocacy Center Inc (1729574) Company (MU1) Filing submitted 06/07/2018 by RosenS5.

## Business Activities

Item 1 of 1:
**Business Activity:** Debt settlement/debt adjuster
**Industry:** Debt
**State(s):** North Dakota

## License/Registration Information

Item 1 of 1:
**Regulator:** North Dakota
**License:** Debt Settlement Service Provider License

## Identifying Information

| | |
|---|---|
| **Entity name and EIN:** | |
| **Entity Name:** | Consumer Advocacy Center Inc |
| **IRS Employer Identification Number:** | xx-xxx0303 |
| **Main address:** | |
| **Number & Street:** | 173 Technology Dr, Ste 202 |
| **City:** | Irvine |
| **State:** | California |
| **Country / Province:** | United States |
| **Postal Code:** | 92618 |
| **Business phone, fax and email address:** | |
| **Business Phone:** | 562-417-0481 |
| **Toll-Free Number (for consumers):** | 888-548-0476 |
| **Fax Line:** | |
| **Email Address:** | albert@premierstudentloancenter.com |
| **Mailing address:** | |
| **PO Box or Number & Street:** | 173 Technology Dr, Ste 202 |
| **City:** | Irvine |
| **State:** | California |
| **Country / Province:** | United States |
| **Postal Code:** | 92618 |
| **Any other business locations?** | |
| **Other than the main office does the entity conduct business with consumers through branch offices or other business locations?** | No |

## Other Trade Names

Item 1 of 1:
**Name:** Premier Student Loan Center

| Current | Industry Types | Pending Creation Effective Date | Pending Removal Effective Date |
|---|---|---|---|
| Yes | Debt | | |

| Current | States | Pending Creation Effective Date | Pending Removal Effective Date | Pending Add/Remove (Forced) Effective Date |
|---|---|---|---|---|
| Yes | North Dakota | | | |

## Resident/Registered Agent

**Item 1 of 2:**

| | |
|---|---|
| **Company:** | Search Company of North Dakota, LLC |
| **First Name:** | |
| **Last Name:** | |
| **Title:** | Registered agent |
| **Business Address:** (Do not provide PO Box) | 1709 North 19th Street Suite 3 |
| **City:** | Bismarck |
| **State:** | North Dakota |
| **Country / Province:** | United States |
| **Postal Code:** | 58501-2121 |
| **Business Phone:** | 701-223-1848 |
| **Fax Line:** | |
| **Email Address:** | |

**Item 2 of 2:**

| | |
|---|---|
| **Company:** | Premier Student Loan Center |
| **First Name:** | Albert |
| **Last Name:** | Kim |
| **Title:** | President |
| **Business Address:** (Do not provide PO Box) | 173 Technology Dr, Ste 202 |
| **City:** | Irvine |
| **State:** | California |
| **Country / Province:** | United States |
| **Postal Code:** | 92618 |
| **Business Phone:** | 888-548-0476 |
| **Fax Line:** | |
| **Email Address:** | albert@premierstudentloancenter.com |

## Web Addresses

**Item 1 of 1:**

| | |
|---|---|
| **Website Address:** | http://premierstudentloancenter.com/ |
| **Is your company accepting applications or transacting business through this website?** | No |

## Contact Employee Information

**Item 1 of 1:**

| | |
|---|---|
| | ☒ Primary Company Contact |
| | ☒ Primary Consumer Complaint (Regulator) |
| **First Name:** | Albert |
| **Last Name:** | Kim |
| **Title:** | President |
| **Email Address:** | albert@premierstudentloancenter.com |
| **Mailing Address:** | 173 Technology Dr, Ste 202 |
| **City:** | Irvine |

State: California
Country / Province: United States
Postal Code: 92618
Business Phone: 562-417-0481
Fax Line:
Industry Type(s):
Area(s) of Responsibility:
State(s):

## Books and Records Information

Item 1 of 1:
Company: Premier Student Loan Center
First Name: Albert
Last Name: Kim
Business Address: 173 Technology Dr, Ste 202
(Do not provide PO Box)
City: Irvine
State: California
Country / Province: United States
Postal Code: 92618
Business Phone: 888-548-0476
Fax Line:
Email Address: albert@premierstudentloancenter.com
Industry Type(s): Debt
State(s): North Dakota
Comments:
(Please limit your text entry to 512 characters.)

## Approvals and Designations

Provide the information below for any approvals/designations the company currently holds.

☐ Federal Housing Administration (FHA) Approval

    Approval Type:

    Main Approval #:

☐ Ginnie Mae approved Issuer/Servicer - Main Approval #:

☐ Fannie Mae approved Seller/Servicer - Main Approval #:

☐ Freddie Mac approved Seller/Servicer - Main Approval #:

☐ Veterans Administration (VA) Approved Lender - Main Approval #:

☐ FinCEN Registration - Money Service Business only

    Confirmation #:

    Filing Date:

☐ Uniform Debt-Management Services Act Accreditation

☐ Guaranteed Rural Housing (GRH) Approval - Main Approval #:

☐ Other Approval/Designation

    Name of Approval/Designation:

    Approval/Registration #:

Will the entity engage in any non-financial services related business?  No
If "yes" briefly describe.

Will the entity occupy or share space with any person(s) engaged in financial services-related activity?  No
If "yes" briefly describe.

ND DFI
Pl. Ex. 12
p. 71

## Bank Account Information

Item 1 of 1:

| | |
|---|---|
| **Account Type:** | Operating |
| **Amount of Letter/Line of Credit:** (no dollar sign, comma, or decimal point) | |
| **Letter/Line of Credit Expiration Date:** (MM/DD/YYYY) | |
| **Name:** | Chase Bank |
| **PO Box or Number & Street:** | 22391 Antonio Pkwy, Ste J-100 |
| **City:** | Rancho Santa Margarita |
| **State:** | California |
| **Country / Province:** | United States |
| **Postal Code:** | 92688 |
| **Account Number:** | ACT████522 |
| **Notes:** | |
| **Industry Type(s):** | Debt |
| **State(s):** | North Dakota |

## Legal Status

| | |
|---|---|
| **Fiscal year end (MM/DD):** | 12/31 |
| **If publicly traded, please insert stock symbol:** | |
| **Formation State:** | California |
| **Formation Country / Province:** | United States |
| **Formation Date:** | 08/06/2014 |
| **Legal Status:** | Corporation |
| **Description:** | |

## Affiliates/Subsidiaries

No Record found.

## Financial Institutions

No Record found.

## Disclosure Questions

**Criminal Disclosure**

(A) Has the entity or a control affiliate ever:

| | |
|---|---|
| (1) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any felony? | No |
| (2) been charged with any felony? | No |

(B)

| | |
|---|---|
| (1) In the past 10 years has the entity or a control affiliate been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to committing or conspiring to commit a misdemeanor involving: (i) financial services or a financial services-related business, (ii) fraud, (iii) false statements or omissions, (iv) theft or wrongful taking of property, (v) bribery, (vi) perjury, (vii) forgery, (viii) counterfeiting, or (ix) extortion? | No |
| (2) Are there pending charges against the entity or a control affiliate for a misdemeanor specified in (B)(1)? | No |

**Regulatory Action Disclosure**

(C) In the past 10 years, has any State or federal regulatory agency or foreign financial regulatory authority or self-regulatory organization (SRO) ever:

| | |
|---|---|
| (1) found the entity or a control affiliate to have made a false statement or omission or been dishonest, unfair or unethical? | No |
| (2) found the entity or a control affiliate to have been involved in a violation of a financial services-related regulation(s) or statute(s)? | No |

| | |
|---|---|
| (3) found the entity or a control affiliate to have been a cause of a financial services-related business having its authorization to do business denied, suspended, revoked or restricted? | No |
| (4) entered an order against the entity or a control affiliate in connection with a financial services-related activity? | No |
| (5) denied, suspended, or revoked the entity's or a control affiliate's registration or license or otherwise, by order, prevented it from associating with a financial services-related business or restricted its activities? | No |
| (D) Has the entity's or a control affiliate's authorization to act as an attorney, accountant, or State or federal contractor ever been revoked or suspended? | No |
| (E) Is there a pending regulatory action proceeding against the entity or a control affiliate for any alleged violation described in (C) through (D)? | No |
| **Civil Disclosure** | |
| (F) Has any domestic or foreign court: | |
| (1) in the past ten years enjoined the entity or a control affiliate in connection with any financial services-related activity? | No |
| (2) in the past ten years found the entity or a control affiliate was involved in a violation of any financial services-related statute(s) or regulation (s)? | No |
| (3) in the past ten years dismissed, pursuant to a settlement agreement, a financial services-related civil action brought against the entity or control affiliate by a State or foreign financial regulatory authority? | No |
| (G) Is there a pending financial services-related civil action in which the entity or a control affiliate is named for any alleged violation described in (F)? | No |
| **Financial Disclosure** | |
| (H) in the past ten years has the entity or a control affiliate been the subject of a bankruptcy petition? | No |
| (I) Has a bonding company ever denied, paid out on, or revoked a bond for the entity? | No |
| (J) Does the entity have any unsatisfied judgments or liens against it? | No |

## Disclosure Explanations

No Record found.

## Direct Owners and Executive Officers

Item 1 of 1:

**Entity ID:** 1735533   View Individual Snapshot
**Full Legal Name:** Kim, Albert
**Title:** President & CEO
**Percentage of Ownership:** 100
**Individual or Company:** Individual

## Indirect Owners

No Record found.

## Qualifying Individuals

Item 1 of 1:

**Entity ID:** 1735533  View Individual Snapshot
**Full Legal Name:** Kim, Albert
**Title:** President & CEO
**Business Address:** 173 Technology Dr., Ste. 202
**City:** Irvine
**State:** California
**Country / Province:** United States
**Postal Code:** 92618

| Current | Industry Types | Pending Creation Effective Date | Pending Removal Effective Date |
|---|---|---|---|
| Yes | Debt | | |

| Current | States | Pending Creation Effective Date | Pending Removal Effective Date |
|---|---|---|---|
| Yes | North Dakota | | |

## Document Uploads

View Document Uploads in Company Composite

View Redline

Expand all | Collapse all

**Business Plan (1)**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 Business_Plan.PDF | N/A | Existing | | 5/28/2018 9:43:36 AM | |

**Certificate of Authority/Good Standing Certificate (2)**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 North_Dakota_Certificate_of_Good_Standing.PDF | North Dakota | Existing | | 5/28/2018 9:43:36 AM | North Dakota Certificate of Good Standing |
| 📄 North_Dakota_Certificate_of_Authority.PDF | North Dakota | Existing | | 5/28/2018 9:43:36 AM | |

**Debt Management Agreement (1)**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 Premier_Student_Loan_Center_Service_Agreement_-_North_Dakota_version.PDF | N/A | Existing | | 5/28/2018 9:43:36 AM | |

**Management Chart (1)**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 Management_Chart.PDF | N/A | Existing | | 5/28/2018 9:43:36 AM | |

**Organizational Chart/Description (1)**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 Org_Chart.PDF | N/A | Existing | | 5/28/2018 9:43:36 AM | |

**Trade Name/Assumed Name Registration Certificate (1) - Modified**

| File Name | State | Status | Reason for Change | Submission Date | Comment |
|-----------|-------|--------|-------------------|-----------------|---------|
| 📄 North_Dakota_Certificate_of_Trade_Name_Registration.PDF | North Dakota | New | | 6/7/2018 9:30:59 AM | |

## Attestation

I, Sheryl Rosen, attorney/authorized agent, am employed by or am an officer or a control person of Consumer Advocacy Center Inc (1729574) (Applicant). Applicant agrees to and represents the following:

(1) That the information and statements contained herein, including exhibits attached hereto, and other information filed herewith, all of which are made a part of this application, are current, true and complete and are made under the penalty of perjury, or un-sworn falsification to authorities, or similar provisions as provided by law;
(2) To the extent any information previously submitted is not amended, such information remains accurate and complete;
(3) To the extent any information submitted is part of an advance change notice with a delayed effective date, such information is accurate and complete as of this submission;
(4) That the jurisdiction(s) to which an application is being submitted may conduct any investigation into the background of the Applicant, and any related individuals or entities, in accordance with all laws and regulations for purposes of making a determination on the application;
(5) To keep the information contained in this form current and to file accurate supplementary information on a timely basis; and
(6) To comply with the provisions of law, including the maintenance of accurate books and records, pertaining to the conduct of business for which the Applicant is applying.

If the Applicant has knowingly made a false statement of a material fact in this application or in any documentation provided to support the foregoing application, then the foregoing application may be denied.

On this Thursday, June 7, 2018, I verify that I am the named person above and that I am authorized to attest to and submit this filing on behalf of the Applicant. I solemnly swear (or affirm) under the penalty of perjury or un-sworn falsification to authorities, or similar provisions as provided by law that I have reviewed the foregoing responses, have made diligent inquiry as to their accuracy, and they are true and correct to the best of my knowledge, information and belief.

## Business Plan

### Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center

#### I.    Overview & Operating Structure

Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center ("CAC") is a S-Corp registered in the State of California. CAC has been in business since November of 2015. CAC's office is in Irvine, California. The office includes office spaces, a conference room, and a phone center.    CAC's operating structure consist of five departments: Enrollment, Processing, Customer Service, Human Resources, and IT. All clients are aided over the phone. CAC does not intend to open an office in the State of North Dakota.

#### II.    Products Offered

CAC offers clients document preparation services that help assist them in applying for a federal student loan consolidation. CAC's Enrollment Agents will inform clients of programs available to them and assist them by preparing their documents on the client's behalf.

#### III.    Target Markets

CAC's target clients are people that currently have more than 1 federal student loan and currently not enrolled in school.

#### IV.    Marketing Strategy

CAC intends to maintain an extensive marketing campaign that will ensure maximum visibility for the business in its targeted market. CAC marketing strategies include ads placed on search engines and social media platforms. CAC plans on hiring highly reputable lead generators and publishers that are knowledgeable in the industry.

# PREMIER STUDENT LOAN CENTER

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between CONSUMER ADVOCACY CENTER INC. D/B/A PREMIER STUDENT LOAN CENTER (Hereinafter referred to as "Company") and [NAME], whose address is [ADDRESS] (Hereinafter referred to as "Client" or "you").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Client is a borrower of the DOE loans listed on Exhibit A and wishes to hire Company to provide application services described in this Agreement with regard to those loans.

Company and Client do hereby understand, covenant and agree to the following:

**1. Provide Complete and Truthful Information**. Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

**2. Performance of Services**. Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials _____

**3. Fees that Client Pays**. The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit B). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit C). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

**4. No Advance Fees**. Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any

1

Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

**5. Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

**6. Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials _____

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

2

**9. Cancellation Policy**. Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Client may, but is not required to utilize the cancellation form provided with this Agreement. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. Upon cancellation, all powers of attorney shall be revoked. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages**. Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials_____

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will
3

take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

**14. Notices.** Notices or other communication required pursuant to this Agreement may be provided to Company at:

PREMIER STUDENT LOAN CENTER
173 Technology Dr, Ste 202
Irvine, CA 92618
Phone: (888) 548-0476

---

**15. Important Disclosure. You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application (s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.**

---

Initials_____

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), **I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR.** I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Client Signature         _____

Client Printed Name      _____

Executed on this Date    _____

4

## Exhibit "A" to Service Agreement
## List of DOE Loans Subject to this Service Agreement

5

# Exhibit "B" to Service Agreement
# Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1.  Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2.  Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3.  Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4.  Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5.  For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6.  Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of $1,195 for document preparation and delivery to Client for a consolidation consistent with the above, or $1,295 for services limited to Default Accounts and rehabilitation programs as described above. However, if these fees exceed 30% of the savings/loan reductions received by Client as a result of the Agreement, then Company's fees shall be reduced to equal 30% of Client's savings/loan reductions. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of

6

services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

## ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client Signature     _____

Client Printed Name     _____

Executed on this Date     _____

7

## Exhibit "C" to Service Agreement
## Draft Schedule

| # | Date | | Total Payment |
|---|------|---|---------------|
| | | | |

Client Signature          _____

Client Printed Name       _____

Executed on this Date     _____

8

## Financial Analysis

Client Income:

Client Expenses:

Client Debts:

## Consumer Notice and Rights Form

## CAUTION

We CANNOT GUARANTEE that you successfully will reduce or eliminate your debt. If you stop paying your creditors, there is a strong likelihood some or all of the following may happen:

- CREDITORS MAY STILL CONTACT YOU AND TRY TO COLLECT.

- CREDITORS MAY STILL SUE YOU FOR THE MONEY YOU OWE.

- YOUR WAGES OR BANK ACCOUNTS STILL MAY BE GARNISHED.

- YOUR CREDIT RATING AND CREDIT SCORE LIKELY WILL BE HARMED.

- NOT ALL CREDITORS MAY AGREE TO ACCEPT A BALANCE REDUCTION.

- YOU SHOULD CONSIDER ALL YOUR OPTIONS FOR ADDRESSING YOUR DEBT, SUCH AS CREDIT COUNSELING AND BANKRUPTCY FILING.

- THE AMOUNT OF MONEY YOU OWE MAY INCREASE DUE TO CREDITOR IMPOSITION OF INTEREST CHARGES, LATE FEES, AND OTHER PENALTY FEES.

- EVEN IF WE DO SETTLE YOUR DEBT, YOU MAY STILL BE REQUIRED TO PAY TAXES ON THE AMOUNT FORGIVEN.

## YOUR RIGHT TO CANCEL

If you sign a contract with a debt-settlement provider, you have the right to cancel at any time and receive a full refund of all unearned fees you have paid.

## IF YOU ARE DISSATISFIED OR YOU HAVE QUESTIONS

If you are dissatisfied with a debt-settlement provider or have any questions, please bring it to the attention of the North Dakota Department of Financial Institutions, Bismarck, North Dakota.

I, the debtor, have received from the debt-settlement provider a copy of the form entitled Consumer Notice and Rights Form.

Signed: _____

Printed name: _____

10

# Cancellation Form

I hereby provide notice to Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center that I wish to cancel my agreement effective as of the date below.

Client Signature: _____

Client Printed Name: _____

Date Signed: _____

Client Address: _____

_____

Reason for cancellation (optional): _____

_____

_____

Mail this form to:    Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

11

## Credit Card Authorization Form

I hereby authorize PREMIER STUDENT LOAN CENTER and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: __ MC __ VISA __ Discover __ AMEX

Credit Card Number: _____

Expiration Date: _____

Security (CVC) Code: _____

Name of Credit Card Holder (exactly as it appears on the card): _____

Billing Address: _____

City: _____

State: _____

Zip Code: _____

Signature of Credit Card Holder: _____

Date: _____

12

# Client Trust Account Authorization
# Dedicated Account Provider
## <u>No Advance Fees</u>

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – <u>NO ADVANCE FEES</u>**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1.   Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2.   Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

13

**Service Fees** – Client authorizes the DAP to charge the following fees for services rendered:

- **All service fees are waived.**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

Client Signature          _____

Client Printed Name       _____

Executed on this Date     _____

14

# Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint PREMIER STUDENT LOAN CENTER, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.    Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.    Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide PREMIER STUDENT LOAN CENTER is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with PREMIER STUDENT LOAN CENTER concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

PREMIER STUDENT LOAN CENTER
173 Technology Dr, Ste 202
Irvine, CA 92618

Any and all communications directed to me will be referred to PREMIER STUDENT LOAN CENTER.

I understand that PREMIER STUDENT LOAN CENTER is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from PREMIER STUDENT LOAN CENTER relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the PREMIER STUDENT LOAN CENTER program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

Client Signature          _____

Client Printed Name      _____

Executed on this Date    _____

15

## National Student Loan Data System Access Permission

**Purpose:**        For PREMIER STUDENT LOAN CENTER to access your student loan information from government websites.

**Reason**:        For PREMIER STUDENT LOAN CENTER to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:** As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:** We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you – you must do that on your own.

**Authorization:** As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:** I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

Client Signature        _____

Client Printed Name        _____

Executed on this Date        _____

16

| Facts: | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For non-affiliates to market to you** | Yes | Yes |
| **Questions?** | www.premierstudentloancenter.com | |

17

Pl. Ex. 12
p. 92

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other Important Information |
|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. |

18



State of North Dakota

# DEPARTMENT of FINANCIAL INSTITUTIONS

No. DS103292

## *Debt Settlement Provider License*

### Consumer Advocacy Center Inc

**DBA Premier Student Loan Center**

Located at 173 Technology Dr Ste 202, Irvine, CA

Is hereby licensed to do business in accordance with the provisions of
Chapter 13-11 of the North Dakota Century Code.

This license shall remain in effect until surrendered, revoked, or suspended under law.

Dated this 25th day of June, 2018.

(Seal)

*Lise Kruse*

**Lise Kruse**
**Commissioner**

ND DFI

Pl. Ex. 12
p. 94

# Exhibit



Premier website 9/6/2018

Pl. Ex. 13
p. 95

   

**LOAN REVIEW**

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

**REVIEW PROGRAM OPTIONS**

We will review your income and family size to help you choose the program that best suits your needs.

**DOCUMENT PREPARATION**

We will help you organize, prepare, and get the documents you need ready for you to apply and submit for your loan review.

**ENJOY NEW PAYMENT**

Even after you submit your loan documents that we prepared for you, we will still be with you each step of the way and ready to help answer any questions you may have.

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

Premier website 9/6/2018

Pl. Ex. 13
p. 96

## AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

## PREPARING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the preparation and completion of all the paperwork to ensure it is filled out properly for all programs you qualify for.

## ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis. This ensures we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and complete the application for the program.

**HONESTY.**

**INTEGRITY.**

**DILIGENCE.**

**RESULTS.**

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA



"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA



# IRVINE, CA 92618

Your Name

Your Email

Subject

SEND MESSAGE

Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618
(888)548-0476.

Copyright. 2016 Premier Student Loan Center.
Zerif Lite powered by WordPress



# PREMIER STUDENT LOAN CENTER

Home    About Us    Options    Learn More    Contact

___

# Loan Repayment Options



## Teachers

___

The Teacher Loan Forgiveness Program is intended to encourage individuals to enter and continue in the teaching profession. Under this program, if you teach full-time for five complete and consecutive academic years in certain elementary and secondary schools and educational service agencies you may be eligible for forgiveness of up to a combined total of $17,500

___



## Nurses

---

To assist in the recruitment and retention of professional nurses dedicated to providing health care to underserved populations, the Nursing Education Loan Repayment Program offers registered nurses substantial assistance to repay educational loans in exchange for service in eligible facilities located in areas experiencing a shortage of nurses.

---



## Public Service Job

---

The PSLF Program is intended to encourage individuals to enter and continue to work full-time in public service jobs. Under this program, borrowers may qualify for forgiveness of the remaining balance of their Direct Loans after they have made 120 qualifying payments on those loans while employed full time by certain public service employers.

---



## Total and Permanent Disability Discharge

---

A borrower may qualify for Total and Permanent Disability Discharge on their Federal Student Loans if they are unable to engage in any substantial gainful activity because of a physical or mental impairment.

---



**PREMIER STUDENT LOAN CENTER**

Home    About Us    Options    Learn More    Contact

---

Allow us to complete your documents to maximize your gains.

Premier Student Loan Center was created to help you and your family by assisting with identifying available federal programs and helping you preparing the documents for the best qualifying programs. With experienced counselors, we will review your loans, evaluate the best options and provide you with a plan, showing you how to qualify for repayment assistance from the government.

---

## Easy. Simple. Effective.

When it comes to loan documents, we understand there is a lot of terms and jargon that is hard to understand. We're here to help make it as easy as possible for you. We help you through every step of the way from reviewing your current loan to helping you prepare and submit your loan documents.



**Federal Student Loan Consolidation Application**

If you have trouble meeting your monthly payments, have exhausted your deferment and forbearance options, and/or want to avoid default, a Federal Consolidation Loan may help you. We will gather the documents and prepare your federal student loan consolidation application.



**Federal Student Loan Forgiveness**

There are a few programs available to you that provide student loan forgiveness. These programs will allow you to work or volunteer and in return will literally erase a certain percentage of your Federal student loan debts.



**Public Service Loan Forgiveness**

In 2007, Congress created the Public Service Loan Forgiveness Program to encourage individuals to enter and continue to work full-time in public service jobs.

# Exhibit



ABOUT US ▾          SERVICES ▾          CONTACT US

SLAM webiste                    Pl. Ex. 14
                                  p. 105

# Effortless Student Loan Assistance

Speak with a certified loan specialist (available 24/7).

## 855-757-7727

# What we can provide to you!

### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.

### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!

SLAM webiste

Pl. Ex. 14
p. 107

### Yearly Recertification

We are with you until the end. Including the yearly
recertification until the term of your loan. We will
keep you on track for loan forgiveness.

# SL Account Management has helped thousands of student loan borrowers find their way to financial freedom and once again feel empowered by their education.

## ONE call today can change your life!





**Janet McKenzie**                              **Ron Nack**

RECENT CLIENT

Thank you, thank you, thank you! With one phone call I was able to lower my monthly loan payments! The guy I talked to was really nice and helpful. He asked me all these questions about my loans. I didn't want to defer, but I wasn't earning that much and the payments were killing me. He gave me options for programs to consolidate and lower monthly payments. The people at SL Account Management really want to help and their service is amazing!

RECENT CLIENT

One of the best features of SL Account Management is the company's success rate at helping me with my terms of student loan deferment plans. A good number of new college graduates that I spoke with also used SL Account Management and we are all pissed off to find out that our starting salaries are not sufficient enough to meet my daily expenses and make the monthly student loan payments once the deferment period is up. Jessica my account specialist helped to get payments reduced and others deferred for a period.



### Kate Underwood

RECENT CLIENT

Wow, SL Account Management really came to my rescue in providing me an opportunity to establish an affordable repayment plan for my federal student loans. My Account Specialist provided friendly and excellent customer care. I consider her to be my personal guardian angel, in paving my individual path to financial freedom.

## Get in Touch

# SL Account Mgmt Wants to Hear From You

☐ **Find us at the office**

8 Whatney, Suite 100, #8
Irvine, CA 92618

☐ **Give us a ring or drop us an email**

Customer Service

Toll Free: **(855) 757-7727**
Fax: **(877) 935-4901**
Email: **info@slaccountmgmt.com**

## Contact Us

## Send Message

## Contact Us Anytime

8 Whatney, Suite 100, #8
Irvine, CA 92618

Customer Service
Toll Free: (855) 757-7727
Fax: (877) 935-4901
Email: info@slaccountmgmt.com

## What our clients have to say…



*I appreciated how much my Account Specialist explained to me and how friendly she was. She didn't mind me asking a thousand questions and not understanding a few things.*

*Joan McDonald*

*SL Account Mgmt Client*

☐ ☐ ☐ ☐ ☐

ABOUT US        CONTACT US

SLAM webiste

Pl. Ex. 14
p. 111



ABOUT US ▾          SERVICES ▾          CONTACT US

# About Us

Student loans are stressful, but with the right knowledge and support it's easy to get on track to manage your student loan debt. At SL Account Management, we can help. We are a document preparation company specializing in the student loan industry. We have cultivated a performance-based system that focuses on our clients' needs. It's only natural that client satisfaction has been our goal from the beginning.

Most college students turn to financial aid through federal student loans to handle excessive tuition fees. It's risky to take on debt, but they justify it by saying they are investing in their future. However, they rarely consider what repayment will look like or how they will make the high monthly payments once out of college.

After graduation, it's common for people to explore the freedom that replaces mandatory class attendance, acknowledge the hard-earned accomplishments, and daydream about what the future holds. Instead, for many the optimism of starting a new career or business quickly fades once faced with the outstanding amount of debt owed immediately out of school.

Instead of investing in a new business or going after the career they dreamed of while still in the classroom, people place their dreams on hold. They often settle for a job that forces them to live paycheck to paycheck.They find themselves unable to save or borrow money, purchase a home, or even pay for basic necessities.

SLAM webiste

Pl. Ex. 14
p. 112

A majority of their disposable income goes toward their monthly student loan payments. They feel trapped in a vicious cycle of debt that limits their otherwise limitless potential.

Does this sound familiar?

> *At SL Account Management we believe the pursuit of formal education should empower people, not hinder them.*

Our goal is simple: We aim to help you manage your student loan debt by aligning you with the U.S. Department of Education programs that fit your specific needs and achieve your financial goals.

As a student loan borrower post-graduation, there are four things we'll help you get to effectively manage your student loan debt:

- A detailed understanding of your finances, budget, family household, and professional status as it relates to the different programs available
- A detailed understanding of the existing programs that you may qualify for, their advantages and disadvantages, and how they directly apply to your specific student loan situation
- Important student loan industry information, program modifications or changes, and foreseeable government action relating to student loan borrowers
- Proper document preparation and filing for specific federal programs, strategically targeted form submission timelines, and status updates for the programs applied for through the Department of Education

At this time the national student loan debt is $1.4 trillion and growing each year. It is the second largest debt in the United States next to home mortgages. With no resolution in sight, it truly is the next financial crisis facing our country.

SL Account Management has helped thousands of student loan borrowers achieve financial freedom and once again feel empowered by their education.

> *Every situation is different, so we never provide a "cookie-cutter" solution.*

With our abundance of experience we will customize a solution to your specific financial and student

loan needs to meet your financial goals. We will provide you with all of the tools and resources necessary to properly manage your student loan debt so your student loan debt no longer manages you!

If you want to learn more about how we can help you in your specific student loan situation, give us a call. Or if you feel there is any way for us to improve our service or if you have other suggestions, please feel free to contact us.

SLAM webiste

Pl. Ex. 14
p. 114

## Contact Us Anytime

8 Whatney, Suite 100, #8
Irvine, CA 92618

Customer Service
Toll Free: (855) 757-7727
Fax: (877) 935-4901
Email: info@slaccountmgmt.com

## What our clients have to say…



*I appreciated how much my Account Specialist explained to me and how friendly she was. She didn't mind me asking a thousand questions and not understanding a few things.*

*Joan McDonald*

*SL Account Mgmt Client*



ABOUT US       CONTACT US

Contact Us – SL Account Management


SL Account Mgmt

ABOUT US ▾        SERVICES ▾        CONTACT US

# Contact Us

## Find us at the office

8 Whatney, Suite 100, #8
Irvine, CA 92618

## Give us a ring or drop us an email

Toll Free: **(855) 757-7727**
Fax: **(877) 935-4901**
Email: **info@slaccountmgmt.com**

## Send Message

## Contact Us Anytime

8 Whatney, Suite 100, #8
Irvine, CA 92618

Customer Service
Toll Free: (855) 757-7727
Fax: (877) 935-4901
Email: info@slaccountmgmt.com

## What our clients have to say…



*They made my process virtually effortless, and are available any time I have a question. They really about helping me and I always feel at ease after speaking with them!*

*Nate Carpazio*

*SL Account Mgmt Client*

☐ ☐ ☐ ☐ ☐

ABOUT US        CONTACT US

SLAM webiste                    Pl. Ex. 14


SL Account Mgmt

ABOUT US ▾          SERVICES ▾          CONTACT US

# Financial Analysis

We'll provide you with a comprehensive analysis and evaluation of your existing financial situation. Through this process, we determine which programs you may qualify for, provide you with a written report, and allow you to choose which programs you believe will best suit your repayment needs. It's easy!

## Two-Hour Personal Budget Analysis and Consultation

The financial review will analyze your monthly obligations, savings and investments, personal financial goals, and overall monthly spending habits to create a Personalized Strategic Financial Plan and Analysis Report, which your representative will provide you. Our goal is nothing less than 100% satisfied clientele, who recommend us to their family and friends without reservation.



*They made my process virtually effortless, and are available any time I have a question. They really about helping me and I always feel at ease after speaking with them!*

*Nate Carpazio*
*SL Account Mgmt Client*



SLAM webiste

Pl. Ex. 14
p. 119

# Personalized Student Loan Analysis and Plan

After your personalized consultation, your custom-tailored loan report will be organized into four primary components: income, assets, liabilities, and an in-depth analysis of your total monthly expenses. The provided the information and resources are necessary tools to help reduce your monthly payment obligations so that you can focus on your financial goals.

## Contact Us Anytime

8 Whatney, Suite 100, #8
Irvine, CA 92618

Customer Service
Toll Free: (855) 757-7727
Fax: (877) 935-4901
Email: info@slaccountmgmt.com

## What our clients have to say…



*My Account Specialist provided friendly and excellent customer care. I consider her to be my personal guardian angel, in paving my individual path to financial freedom.*

*Michael Pazzo*

*SL Account Mgmt Client*

☐ ☐ ☐ ☐ ☐

ABOUT US        CONTACT US



ABOUT US ▾        SERVICES ▾        CONTACT US

# Document Preparation

No more frustrating loan paperwork! We'll relieve you of your stress by taking care of all the document preparation for you. Our expert account representatives will partner with you to find every federal program you may qualify for.

 *They made my process virtually effortless, and are available any time I have a question. They really about helping me and I always feel at ease after speaking with them!*

*Nate Carpazio*
*SL Account Mgmt Client*



## Full Document Walkthrough

We will walk through each prepared document with you in detail, so you fully understand the programs in which you are enrolling into. Our skilled account representatives will answer any of your questions or concerns you may have. We will not only prepare the necessary enrollment documents but fully educate you about program benefits as well as the entire process.

## Document Processing

SLAM webiste

Pl. Ex. 14
p. 122

## Contact Us Anytime

8 Whatney, Suite 100, #8
Irvine, CA 92618

Customer Service
Toll Free: (855) 757-7727
Fax: (877) 935-4901
Email: info@slaccountmgmt.com

## What our clients have to say…



*They made my process virtually effortless, and are available any time I have a question. They really about helping me and I always feel at ease after speaking with them!*

*Nate Carpazio*

*SL Account Mgmt Client*

☐ ☐ ☐ ☐ ☐

ABOUT US        CONTACT US

SLAM webiste

Pl. Ex. 14
p. 123


SL Account Mgmt

ABOUT US ▾          SERVICES ▾          CONTACT US

# Yearly Recertification

Every year you're required to recertify your information to your loan servicer. It can be a tricky process and tough to remember to get done on time. Let us take care of that for you, never miss your recertification again!

## Reapplication and Update Notifications

Every year, you must re-certify for the federal program you've been approved for. We take care of that for you. Upon any updates, we will notify you if you qualify for a better plan and assist you with the enrollment. If your financial situation changes, we will help you to find a new plan that provides you maximum benefits through the U.S. Department of Education.

## Communication, Monitoring, and Updating of Your File

Depending upon which federal programs you quality for, we will update you whenever a change is necessary. At your request, if your financial situation changes we will be happy to advise you on how to receive the maximum benefits allowable to you through the U.S. Department of Education.


*My Account Specialist provided friendly and excellent customer care. I consider her to be my personal guardian angel, in paving my individual path to financial freedom.*

SLAM webiste

Pl. Ex. 14
p. 124

*Michael Pazzo*

*SL Account Mgmt Client*

☐ ☐ ☐ ☐ ☐

# Exhibit

Phone: +1 (877) 709-0795
Mon - Fri: 7 am - 7 pm (PST)

# Please read this first...

## Disclaimer

**Our number one priority is our clients. Please take the time to read our disclaimer. We want to work hard for you. However, before you become a client we want to make sure you understand our company and services fully.**

Financial Preparation Services specializes in federal student loan document preparation and processing services to help each borrower identify and gain approval for one or multiple government debt relief programs. Once your financial analysis is complete our agents will help you find a repayment solution that works best for you and fits your specific financial situation and goals.

**We are not a government agency, the Department of Education, or your loan servicer.**

Financial Preparation Services is a private company, not affiliated with the government or the Department of Education. We work strictly on behalf of the borrower, for the borrower, with



**Continue**

# OUR SERVICES

## Helping You Find the Right Loan Programs.

The government has passed laws to help you consolidate your student loans. Some borrowers may even qualify for total forgiveness or a deferment of up to 3-years. To find out what programs you qualify for, please call 877-709-0795.



### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.

### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!



### Yearly Recertification

We are with you until the end, including the yearly recertification through the term of your loan. We will keep you on track for loan forgiveness.

# Why Financial Preparation Services?

FPS website

Pl. Ex. 15
p. 127



## IT'S SAFE

### We use dedicated account providers.

Financial Preparation Services uses a dedicated account provider to more efficiently and effectively safeguard their client's interests and to fully adopt a 100% performance driven business model. Complete and total satisfaction is the standard our clients can count on.



## EXPERIENCED

### We have thousands of satisfied clients

Our certified agents have helped thousands of borrowers just like you find relief from their unaffordable student loan payments.



## IN THE

### Proudly servi the United

Throughout your valued client with can feel confident always be working is U.S. b

● ○

## Subscribe your email for our Newsletter

Subscribe

## Testimonials

# Request a call back

**FULL NAME**

**EMAIL**

**PHONE NO**

**INQUIRY TYPE**

-- Select --

**COMMENTS**

Submit



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

+1 (877) 709-0795

support@financialpreparationservices.com

7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

**LINKS**

Home

Services

About us

Contact

**SUPPORT**

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15

p. 130



# Financial Analysis

We'll provide you with a comprehensive analysis and evaluation of your existing financial situation. Through this process, we determine which programs you may qualify for, provide you with a written report, and allow you to choose which programs you believe will best suit your repayment needs. It's easy!

## Personal Budget Analysis and Consultation

The financial review will analyze your monthly obligations, savings and investments, personal financial goals, and overall monthly spending habits. Our goal is nothing less than 100% satisfied clientele, who recommend us to their family and friends without reservation.

## Personalized Student Loan Analysis and Plan

After your personalized budget analysis and consultation, your custom-tailored loan plan will be organized into four primary components: income, assets, liabilities, and an in-depth analysis of your total monthly expenses. The information and resources are necessary tools to help reduce your monthly payment obligations so that you can focus on your financial goals.

| 1. Finacial Analysis | ☐ |
|---|---|
| 2. Document Preparation | ☐ |
| 3. Yearly Certification | ☐ |

## Contact

☐    7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐    +1 (877) 709-0795

☐    support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐    +1 (877) 709-0795
☐    support@financialpreparationservices.com
☐    7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

**LINKS**

**SUPPORT**

- Home
- Services
- About us
- Contact

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15
p. 133





☐ Phone: +1 (877) 709-0795
  ☐ Mon - Fri: 7 am - 7 pm (PST)

# Services

### We've broken down what we do into three digestible steps.

Home   ☐   Services

▄▄ ▄▄ ▄▄ ▄▄ ▄▄





## Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.

## Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!



## Yearly Recertification

We are with you until the end, including the yearly recertification through the term of your loan. We will keep you on track for loan forgiveness.

# Services Provided

☐  Financial Preparation Services assists individuals with preparing student loan consolidation documents and applying for a repayment plan that best benefits them. Our mission is to educate individuals with student loan debt on all the possible repayment options. Most student loan service providers will not inform their clients of all the available options that would benefit their clients. We have student loan specialists that provide a comprehensive assessment of your federal loans and explore all possible repayment options that would be beneficial to you. Here at Financial Preparation Services our number one goal is customer satisfaction.

☐  Financial Preparation Services will prepare the documents, using the information that you have provided us. Financial Preparation Services does not negotiate your student loan debt or speak to any loan servicers on your behalf. Financial Preparation Services will explain all the different programs that are available to you based off of the information that you provide. There are no guarantees that you will get approved. However, if your consolidation is not approved through the Department of Education, we

FPS website

Pl. Ex. 15
p. 135

offer a *100% money back guarantee!* "Terms Available Upon Request"



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

☐   Home

☐   Services

☐   About us

☐   Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

☐ Phone: +1 (877) 709-0795
☐ Mon - Fri: 7 am - 7 pm (PST)

**About us**

**We Are : A Document Preparation Company.**

Home   ☐   About us

## About Us

Student loans are stressful, but with the right knowledge and support it's easy to get on track to manage your student loan debt. At Financial Preparation Services, we can help. We are a document preparation company specializing in the student loan industry. We have cultivated a performance-based system that focuses on our client's needs. It's only natural that client satisfaction has been our goal from the beginning.

**Most college students turn to financial aid through federal student loans to handle excessive tuition fees. It's risky to take on debt, but they justify it by saying they are investing in their future. However, they rarely consider what repayment will look like or how they will make the high monthly payments once out of college.**

After graduation, it's common for people to explore the freedom that replaces mandatory class attendance, acknowledge the hard-earned accomplishments, and daydream about what the future holds. Instead, for many the optimism of starting a new career or business quickly fades once faced with the outstanding amount of debt owed immediately out of school.

Instead of investing in a new business or going after the career they dreamed of while still in the classroom, people place their dreams on hold. They often settle for a job that forces them to live paycheck to paycheck. They find themselves unable to save or borrow money, purchase a home, or even pay for basic necessities.

A majority of their disposable income goes toward their monthly student loan payments. They feel trapped in a vicious cycle of debt that limits their otherwise limitless potential.

Does this sound familiar?

## At Financial Preparation Services we believe the pursuit of formal education should empower people, not hinder them.

Our goal is simple: We aim to help you manage your student loan debt by aligning you with the U.S. Department of Education programs that fit your specific needs and achieve your financial goals.

As a student loan borrower post-graduation, there are four things we'll help you get to effectively manage your student loan debt:

  □ A detailed understanding of your finances, budget, family household, and professional status as it relates to the different programs available

  □ A detailed understanding of the existing programs that you may qualify for, their advantages and disadvantages, and how they directly apply to your specific student loan situation

  □ Important student loan industry information, program modifications or changes, and foreseeable government action relating to student loan borrowers

  □ Proper document preparation and filing for specific federal programs, strategically targeted form submission timelines, and status updates for the programs applied for through the Department of Education

At this time the national student loan debt is $1.5 trillion and growing each year. It is the second largest debt in the United States next to home mortgages. With no resolution in sight, it truly is the next financial crisis facing our country.

Financial Preparation Services has helped thousands of student loan borrowers achieve financial freedom and once again feel empowered by their education.

## Every situation is different, so we never provide a "cookie-cutter" solution.

With our abundance of experience we will customize a solution to your specific financial and student loan needs to meet your financial goals. We will provide you with all of the tools and resources necessary to properly manage your student loan debt so your student loan debt no longer manages you!

FPS website

Pl. Ex. 15
p. 138

If you want to learn more about how we can help you in your specific student loan situation, give us a call. Or if you feel there is any way for us to improve our service or if you have other suggestions, please feel free to contact us: (877) 709-0795.

# Dedicated Account Provider

## We partnered with a dedicated account provider to ensure that your money is safe while we deliver on our promises.

Consumer protection laws are designed to protect consumers when they do business over the phone and set payment restrictions for companies in industries similar to Financial Preparation Services. These laws may not necessarily apply to Financial Preparation Service's business; however, we are always making strides to comply with any such law to provide the highest standard of services available in our industry.

Financial Preparation Services partnered with a dedicated account provider that will serve as a banking and escrow platform for our clients. This means your funds are safeguarded until Financial Preparation Services completes the work. We fully disclose our servicers to the client before enrollment and before they sign anything – so we won't collect a dime of our document preparation fees until our services are fully rendered, the client's first payment is complete, and proof is shown to reflect that.

Our goal is 100% client satisfaction. By using a dedicated account provider, we show you that's our goal instead of just saying it. We have a performance-based model because each client is important and there is no simple cookie-cutter solution. We only earn our fees upon the performance of our services and we as a company are better incentivized to get the quickest and best result for each customer or we simply do not collect any fees.

## Find out more about what we do



### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.



### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!



### Yearly Recertification

We are with you until the end. Including the yearly recertification until the term of your loan. We will keep you on track for loan forgiveness.

## Disclaimer



**Our number one priority is our clients. Please take the time to read our disclaimer. We want to work hard for you. However, before you become a client we want to make sure you understand our company and services fully.**

Financial Preparation Services specializes in federal student loan document preparation and processing services to help each borrower identify and gain approval for one or multiple government debt relief programs. Once your financial analysis is complete our agents will help you find a repayment solution that works best for you and fits your specific

financial situation and goals.

**We are not a government agency, the Department of Education, or your loan servicer.**

Financial Preparation Services is a private company, not affiliated with the government or the Department of Education. We work strictly on behalf of the borrower, for the borrower, with only the borrower's best interest in mind. As a Client of Financial Preparation Services, you will always know that you have the finest team of advocates working hard for you every step of the way.

**We do not make loan payments on your behalf and loans remain in your name.**

We assist in identifying appropriate government loan repayment programs and assist in document preparation to apply for the programs. Any fees that you pay to Financial Preparation Services are for its services and you are responsible for repaying your loan separately.

**Do it yourself without a fee – all programs are freely available for enrollment through the Department of Education.**

You could do your own taxes for free, but wouldn't you rather trust an experienced tax professional to ensure you are receiving the maximum benefits available for your unique situation? Would you feel comfortable having the IRS complete your tax return for you instead of a trusted adviser? With a record number of student loan borrowers falling victim to default each day, we at Financial Preparation Services know first hand how difficult navigating these programs can be. For some, navigating through multiple loan servicers, loan structures and statuses, confusing small print, and different payment due dates every month can be overwhelming. There is no one-size-fits-all solution. We attempt to take the stress out of finding programs that meet the financial needs of our clients.

**We only receive payment for our work <u>after</u> your loan forms are prepared, submitted, and you make your first payment on the new program.**

Financial Preparation Services does not take any upfront fees. To the extent that you set aside funds for our services, we are not allowed to collect them until after we have completed our work and you have made a payment on your new repayment program.

At Financial Preparation Services, our employees have helped thousands of consumers find a student loan repayment plan that is more in line with their current financial situation. You can count on us to evaluate and assist you in developing a fiscal plan that better suits your desired lifestyle.

# Request a call back

**FULL NAME**

**EMAIL**

**PHONE NO**

**INQUIRY TYPE**

-- Select --

**COMMENTS**

Submit



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

**LINKS**

☐   Home

☐   Services

☐   About us

☐   Contact

**SUPPORT**

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618



# Let's Get In Touch

Want to give us some feedback? Please fill out the form below and let us know what's on your mind. For faster service, please complete all required fields, and describe your inquiry in detail so that we can direct it to the correct department.

Your Name

Your Email Address

Your Phone Number

-- Select Inquiry Type --

Submit



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

support@financialpreparationservices.com

7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

Home

Services

About us

Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website



# About Us

Student loans are stressful, but with the right knowledge and support it's easy to get on track to manage your student loan debt. At Financial Preparation Services, we can help. We are a document preparation company specializing in the student loan industry. We have cultivated a performance-based system that focuses on our client's needs. It's only natural that client satisfaction has been our goal from the beginning.

**Most college students turn to financial aid through federal student loans to handle excessive tuition fees. It's risky to take on debt, but they justify it by saying they are investing in their future. However, they rarely consider what repayment will look like or how they will make the high monthly payments once out of college.**

After graduation, it's common for people to explore the freedom that replaces mandatory class attendance, acknowledge the hard-earned accomplishments, and daydream about what the future holds. Instead, for many the optimism of starting a new career or business quickly fades once faced with the outstanding amount of debt owed immediately out of school.

Instead of investing in a new business or going after the career they dreamed of while still in the classroom, people place their dreams on hold. They often settle for a job that forces them to live paycheck to paycheck. They find themselves unable to save or borrow money, purchase a home, or even pay for basic necessities.

A majority of their disposable income goes toward their monthly student loan payments. They feel trapped in a vicious cycle of debt that limits their otherwise limitless potential.

Does this sound familiar?

## At Financial Preparation Services we believe the pursuit of formal education should empower people, not hinder them.

Our goal is simple: We aim to help you manage your student loan debt by aligning you with the U.S. Department of Education programs that fit your specific needs and achieve your financial goals.

As a student loan borrower post-graduation, there are four things we'll help you get to effectively manage your student loan debt:

☐ A detailed understanding of your finances, budget, family household, and professional status as it relates to the different programs available

☐ A detailed understanding of the existing programs that you may qualify for, their advantages and disadvantages, and how they directly apply to your specific student loan situation

☐ Important student loan industry information, program modifications or changes, and foreseeable government action relating to student loan borrowers

☐ Proper document preparation and filing for specific federal programs, strategically targeted form submission timelines, and status updates for the programs applied for through the Department of Education

At this time the national student loan debt is $1.5 trillion and growing each year. It is the second largest debt in the United States next to home mortgages. With no resolution in sight, it truly is the next financial crisis facing our country.

Financial Preparation Services has helped thousands of student loan borrowers achieve financial freedom and once again feel empowered by their education.

## Every situation is different, so we never provide a "cookie-cutter" solution.

With our abundance of experience we will customize a solution to your specific financial and student loan needs to meet your financial goals. We will provide you with all of the tools and resources necessary to properly manage your student loan debt so your student loan debt no longer manages you!

If you want to learn more about how we can help you in your specific student loan situation, give us a call. Or if you feel there is any way for us to improve our service or if you have other suggestions, please feel free to contact us: (877) 709-0795.

# Dedicated Account Provider

## We partnered with a dedicated account provider to ensure that your money is safe while we deliver on our promises.

Consumer protection laws are designed to protect consumers when they do business over the phone and set payment restrictions for companies in industries similar to Financial Preparation Services. These laws may not necessarily apply to Financial Preparation Service's business; however, we are always making strides to comply with any such law to provide the highest standard of services available in our industry.

Financial Preparation Services partnered with a dedicated account provider that will serve as a banking and escrow platform for our clients. This means your funds are safeguarded until Financial Preparation Services completes the work. We fully disclose our servicers to the client before enrollment and before they sign anything – so we won't collect a dime of our document preparation fees until our services are fully rendered, the client's first payment is complete, and proof is shown to reflect that.

Our goal is 100% client satisfaction. By using a dedicated account provider, we show you that's our goal instead of just saying it. We have a performance-based model because each client is important and there is no simple cookie-cutter solution. We only earn our fees upon the performance of our services and we as a company are better incentivized to get the quickest and best result for each customer or we simply do not collect any fees.

### Find out more about what we do



### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.



### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!



### Yearly Recertification

We are with you until the end. Including the yearly recertification until the term of your loan. We will keep you on track for loan forgiveness.

## Disclaimer

**Our number one priority is our clients. Please take the time to read our disclaimer. We want to work hard for you. However, before you become a client we want to make sure you understand our company and services fully.**

Financial Preparation Services specializes in federal student loan document preparation and processing services to help each borrower identify and gain approval for one or multiple government debt relief programs. Once your financial analysis is complete our agents will help you find a repayment solution that works best for you and fits your specific

financial situation and goals.

### We are not a government agency, the Department of Education, or your loan servicer.

Financial Preparation Services is a private company, not affiliated with the government or the Department of Education. We work strictly on behalf of the borrower, for the borrower, with only the borrower's best interest in mind. As a Client of Financial Preparation Services, you will always know that you have the finest team of advocates working hard for you every step of the way.

### We do not make loan payments on your behalf and loans remain in your name.

We assist in identifying appropriate government loan repayment programs and assist in document preparation to apply for the programs. Any fees that you pay to Financial Preparation Services are for its services and you are responsible for repaying your loan separately.

### Do it yourself without a fee – all programs are freely available for enrollment through the Department of Education.

You could do your own taxes for free, but wouldn't you rather trust an experienced tax professional to ensure you are receiving the maximum benefits available for your unique situation? Would you feel comfortable having the IRS complete your tax return for you instead of a trusted adviser? With a record number of student loan borrowers falling victim to default each day, we at Financial Preparation Services know first hand how difficult navigating these programs can be. For some, navigating through multiple loan servicers, loan structures and statuses, confusing small print, and different payment due dates every month can be overwhelming. There is no one-size-fits-all solution. We attempt to take the stress out of finding programs that meet the financial needs of our clients.

### We only receive payment for our work <u>after</u> your loan forms are prepared, submitted, and you make your first payment on the new program.

Financial Preparation Services does not take any upfront fees. To the extent that you set aside funds for our services, we are not allowed to collect them until after we have completed our work and you have made a payment on your new repayment program.

At Financial Preparation Services, our employees have helped thousands of consumers find a student loan repayment plan that is more in line with their current financial situation. You can count on us to evaluate and assist you in developing a fiscal plan that better suits your desired lifestyle.

# Request a call back

**FULL NAME**

**EMAIL**

**PHONE NO**

**INQUIRY TYPE**

-- Select --

**COMMENTS**

Submit



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

☐   Home

☐   Services

☐   About us

☐   Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618



📞 Phone: +1 (877) 709-0795
    🕐 Mon - Fri: 7 am - 7 pm (PST)

# FAQs

Home   ▪   FAQs





### What Are The Top 5 Advantages to Federal Student Loans?

Amidst the student loan debt crisis, there have been programs implemented under the Obama administration that aim to help...

Read More



### Is a Deferment Better than a Forbearance?

You may have heard of a deferment and you may have a vague idea what it is. But what happens to your loans while they are in a deferment? If...

Read More

FPS website



### How to Deduct Your Student Loans?

Under some specific circumstances, you may be able to save on your tax bill by deducting the interest you pay on your student loans. You can make a total deduction…

Read More



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

FPS website

Pl. Ex. 15
p. 155

+1 (877) 709-0795

support@financialpreparationservices.com

7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

Home

Services

About us

Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

**FPS website**

Pl. Ex. 15

p. 156



⬜ Phone: +1 (877) 709-0795
⬜ Mon - Fri: 7 am - 7 pm (PST)

# Document Preparation

Home   ⬜   Services   ⬜   Document Preparation

## Document Preparation

No more frustrating loan paperwork! We'll relieve you of your stress by taking care of all the document preparation for you. Our expert account representatives will partner with you to find every federal program you may qualify for.

### Full Document Walkthrough

We will walk through each prepared document with you in detail, so you fully understand the programs in which you are enrolling into. Our skilled account representatives will answer any of your questions or concerns you may have. We will not only prepare the necessary enrollment documents but also fully educate you about program benefits as well as the entire process.

### Document Processing

After you've learned about the process and documents needed, we take care of them for you. There is no need for you to fill out hard-to-understand paperwork. Our Processing Department will handle it for you. Our team of processing experts knows the precise way to navigate these forms for any situation and stays up-to-date on any changes in documentation and will let you know of any new developments.

| | |
|---|---|
| 1. Finacial Analysis | ☐ |

| | |
|---|---|
| **2. Document Preparation** | ☐ |

| | |
|---|---|
| 3. Yearly Certification | ☐ |

## Contact

☐   7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐   +1 (877) 709-0795

☐   support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

**LINKS**

**SUPPORT**

FPS website

Pl. Ex. 15
p. 158

Home

Services

About us

Contact

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15
p. 159



# Yearly Recertification

Every year you're required to recertify your information to your loan servicer. It can be a tricky process and tough to remember to get done on time. Let us take care of that for you. Never miss your recertification again!

## Reapplication and Update Notifications

Every year, you must re-certify for the federal program you've been approved for. We take care of that for you. Upon any updates, we will notify you if you qualify for a better plan and assist you with the enrollment. If your financial situation changes, we will help you find a new plan that provides you maximum benefits through the U.S. Department of Education.

## Communication and Monitoring and Updating of Your File

Depending upon which federal programs you quality for, we will update you whenever a change is necessary. At your request, if your financial situation changes we will be happy to advise you on how to receive the maximum benefits allowable to you through the U.S. Department of Education.

1. Finacial Analysis

| 2. Document Preparation | ☐ |

| 3. Yearly Certification | ☐ |

## Contact

☐   7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐   +1 (877) 709-0795

☐   support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

**LINKS**

**SUPPORT**

☐   Home

Contact Us

☐ Services

☐ About us

☐ Contact

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15
p. 162



☐ Phone: +1 (877) 709-0795
   ☐ Mon - Fri: 7 am - 7 pm (PST)

# FAQs

Home    ☐   FAQs



# What Are The Top 5 Advantages to Federal Student Loans?

The question remains if student loans are so bad then why are so many Americans relying on them for their higher education?

The student loan problem is running rampant throughout America. There seems to be no end in sight for borrowers. Whether they are getting ready to take out some loans or you're entering repayment the weight of student loans is firmly set upon your shoulders. The question remains if student loans are so bad then why are so many Americans relying on them for their higher education?

## 1. No Credit History Required.

Most loans require you to have a good credit history to take out loans. This is why many first-time loan borrowers entering college look toward student loans to supplement their tuition and living expenses. Filling out a FAFSA for federal student loans is built to be a lot easier than approaching any private loans

## 2. The Ability to Postpone Payments

The ability to apply for forbearance or deferment really helps out borrowers and is one of the more tangible benefits of federal student loans. If you have federal student loans then you have the right to three years of forbearance. However, if you went the route of private loans you are at the mercy of your lender. Private loans aren't required to have any form of payment suspension and can have very strict rules.

## 3. Income-Driven Repayment Plans

Federal loan borrowers have access to many different plans for their repayment. Typically, you start out with a standard repayment plan and if you can't afford those payments, you have options. There are four different types of income-driven repayment plans. Chances are that one of them is right for your specific needs. Private loans will not have access to varying plans.

## 4. Consolidation is Available Even with Bad Credit

Often times borrower can find themselves taking out several loans over their college career. Whether they asked for a small loan, to begin with, and outlived that loan or maybe they stayed in school longer than they thought they would. Having multiple loans can be confusing. You could have multiple payment dates and plans. Perhaps you have a high-interest rate and consolidation will help. Consolidating your federal student loans is easy. It doesn't take your credit score into effect and can be submitted quickly and easily.

## 5. Student Loan Forgiveness

Student loan forgiveness is very real. The best form of forgiveness is available to borrowers who work in public service. Through the Public Service Loan Forgiveness program if you remain with a job within the public service and make 120 on-time monthly payments under an income-driven repayment plan you will then become eligible for loan forgiveness and the remaining amount of your loan will be forgiven.

**Options are available to help**

FPS website

Pl. Ex. 15
p. 164

Most people do not realize that there are programs designed to help those who may be struggling with their student loan payments. Thousands of borrowers have trusted Financial Preparation Services to be their advocate. Click here to find out what options are available. Our services could help you get back on track.

## Susbscribe to our newsletter

Your Email

Subscrib

## Contact

☐    7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐    +1 (877) 709-0795

☐    support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the

Pl. Ex. 15
p. 165

route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

☐   support@financialpreparationservices.com

☐   7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

☐   Home

☐   Services

☐   About us

☐   Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15

p. 166



# FAQs

Home     FAQs



## Is a Deferment Better than a Forbearance?

You may have heard of a deferment and you may have a vague idea what it is. But what happens to your loans while they are in a deferment?

If you're a student loan borrower, there is a lot of information out there that can be overwhelming and it can be hard to keep all the information straight. Maybe you've heard some terms but don't remember what it is or how it applies to you. You may have heard of a deferment and you may have a vague idea what it is. But what happens to your loans while they are in a deferment?

A deferment is a period of time in which repayment of your principal loan balance and interest of your loans are temporarily delayed. So, unlike a forbearance, your loans do not accrue interest while in deferment. The government, depending on what type of loans you carry, will actually take care of the interest for you. The government will pay interest on Federal Perkins Loans, Direct Subsidized loans, and/or Subsidized Federal Stafford Loans. They do not pay interest on any unsubsidized Forbearance loans or and PLUS loans. The borrower is

responsible for paying the interest that accumulates during the deferment period. However, your payment will not be due during the period.

Some reasons you might find yourself eligible for deferment might be:

- ☐ In-school deferments for at least half-time study
- ☐ Graduate fellowship deferments
- ☐ Economic hardship deferment granted one year at a time for a maximum of three years
- ☐ Unemployment deferment not to exceed three years
- ☐ Military deferment
- ☐ Rehabilitation training program deferment

Finding out if you're eligible for a deferment can be tough to figure out. There is a chart on the Department of Education's website that can provide more in-depth look at eligibility.

Most of the deferments offered are not automatic. For the most part, you will need to request that your loans are put into a deferment with your loan servicer. If you're attending school at least half-time or more you must contact your financial aid office and loan servicer for an in-school deferment. If you hold Perkins Loans you will contact the school, you were attending when you received that loan. For Direct and FFEL Loans you will contact your loan servicer.

**Options are available to help**

Most people do not realize that there are programs designed to help those who may be struggling with their student loan payments. Thousands of borrowers have trusted Financial Preparation Services to be their advocate. Click here to find out what options are available. Our services could help you get back on track.



## Susbscribe to our newsletter

Your Email

Subscrib

## Contact

☐    7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐    +1 (877) 709-0795

☐    support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐    +1 (877) 709-0795

☐    support@financialpreparationservices.com

☐    7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

☐    Home

☐    Services

☐    About us

☐    Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

FPS website

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618



□ Phone: +1 (877) 709-0795
    □ Mon - Fri: 7 am - 7 pm (PST)

[?]                                                          [yellow box]

# FAQs

Home    □    FAQs



How to Deduct Your Student Loans

## How to Deduct Your Student Loans?

Under some specific circumstances, you may be able to save on your tax bill by deducting the

FPS website                    Pl. Ex. 15
                                p. 172

interest you pay on your student loans. You can make a total deduction of as much as $2,500 from your taxable income. You don't even need to itemize to claim this deduction.

If you're one of those lucky enough to have navigated your way into college, chances are you have student loan debt. The massive $1.3 trillion national student loan debt is still trending upwards, but you can leverage it in your favor. Do you need extra cash to put toward your student loans? Then pay attention and put this in motion next tax season.

Under some specific circumstances, you may be able to save on your tax bill by deducting the interest you pay on your student loans. You can make a total deduction of as much as $2,500 from your taxable income. You don't even need to itemize to claim this deduction.

Unfortunately, not every loan is eligible for this deduction. Your student loan must have been made to cover qualified education expenses, defined by IRS Publication 970. This would include tuition, fees, and most room and board charges. The loan can't have come from a relative or employer plan. Also, the educational expenses must be incurred by you or your spouse or your dependent for a qualified educational institution. You also must be enrolled half-time or more as defined by your college. Furthermore, the half-time designation must meet certain Federal Standards. The above linked, IRS Publication 970, will contain more details.

However, you are not eligible if you can be claimed as a dependent on someone else's taxes. You are also not eligible if your spouse can be claimed if you are filing married, joint.

The Student Loan Interest Deduction is limited based on your modified adjusted gross income (MAGI). The MAGI is your adjusted gross income from your tax form with various subtractions based on which tax form you are submitting. The phase-out period for eligibility begins at $65,000 for single taxpayers and $130,000 for those married and filing jointly. Beyond a MAGI of $80,000 for a single taxpayer or $160,000 for married filing jointly, you cannot claim the Student Loan Interest Deduction at all.

If you paid at least $600 of interest on your student loans you will receive a Form 1098-E from your loan servicer. You can still make your deductions if you paid less than $600. In Publication 970 there is an example of how to do so. Make sure you take advantage of this student loan hack to save yourself some money and pay off your loans sooner.

Most people do not realize that there are programs designed to help those who may be struggling with their student loan payments. Thousands of borrowers have trusted Financial Preparation Services to be their advocate. Click here to find out what options are available. Our services could help you get back on track.

**What can you do if a tax deduction is not enough?**

A tax deduction is great…but what happens when the payment is still a financial struggle each month? Most people don't realize that there are programs available to help, yet we have assisted thousands of families and individuals lower their payments. Click here to find out what options are available. Our services could help you get back on track.

FPS website

Pl. Ex. 15
p. 173

## Susbscribe to our newsletter

Your Email

Subscrib

## Contact

☐   7545 irvine Center Drive, Suite 200, Room 108, Irvine, CA 92618

☐   +1 (877) 709-0795

☐   support@financialpreparation services.com



At Financial Preparation Services, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, Financial Preparation Services can help you map out a path that works for you.

☐   +1 (877) 709-0795

support@financialpreparationservices.com

7545 Irvine Center Drive, STE 200, Room 108 Irvine, CA 92618

## LINKS

Home

Services

About us

Contact

## SUPPORT

Contact Us

Request a Call

Disclaimer

FAQs

©2018 Financial Preparation Services ● 7545 Irvine Center Dr, STE 200, Room 108, Irvine, CA 92618

FPS website

Pl. Ex. 15
p. 175

# Exhibit



## Please read this first...

## Disclaimer

**Our number one priority is our clients. Please take the time to read our disclaimer. We want to work hard for you. However, before you become a client we want to make sure you understand our company and services fully.**

South Coast Financial Center specializes in federal student loan document preparation and processing services to help each borrower identify and gain approval for one or multiple government debt relief programs. Once your financial analysis is complete our agents will help you find a repayment solution that works best for you and fits your specific financial situation and

Continue



## South Coast Financial Center

At South Coast Financial Center, our goal is to help educate individuals about all repayment options available that loan servicers do not inform them of. When it comes to student loans, there's no "right way" to repay. Depending on your personal and financial situation, you can choose from any number of options and plans. Whether you're just starting to think about the route you'll take, or you've lost your way and need to get caught up on some missed payments, South Coast Financial Center can help you map out a path that works for you.

**READ MORE**



Are you in need of repayment options for your loans? Get in touch with us.

**READ MORE**

TAKE A LOOK AT OUR
## Testimonials

**Dean Edelman**

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the South Coast Financial Center I was able to get qualified for a program that my servicer never offered. I am on the path to financial freedom. It was the smartest move I have made since graduating."

SCF website



**Dawn Robinson**

"I was in default when I contacted South Coast Financial Center and they qualified me for a program that got me out of default and on the road to fixing my credit."

**Anthony Zwichirowski**

"I'm someone who doesn't like to move forward until I know everything. South Coast Financial Center is friendly and knowledgeable and I was given a clear understanding each detail of the program I qualified for before I moved forward."

Subscribe to our newsletter

Your e-mail    **Subscribe**

SCF website

## Links

- Home

- About Us

- Services

- Contact

## Services

- Financial Analysis

- Document Preparation

- Yearly Recertification

## Contact Us

- support@southcoastfinancialcenter.com

- 855-877-4831



Copyright © 51264 All rights reserved | This template is made by Colorlib

SCF website

# Exhibit



# Please read this first...

## Disclaimer

**Our number one priority is our clients. Please take the time to read our disclaimer. We want to work hard for you. However, before you become a client we want to make sure you understand our company and services fully.**

Administrative Financial specializes in federal student loan document preparation and processing services to help each borrower identify and gain approval for one or multiple government debt relief programs. Once your financial analysis is complete our agents will help you find a repayment solution that works best for you and fits your specific financial situation and

Continue

AAS website

Pl. Ex. 17
p. 182



### Dawn Robinson

"I was in default when I contacted Administrative Financial and they qualified me for a program that got me out of default and on the road to fixing my credit."



### Anthony Zwichirowski

"I'm someone who doesn't like to move forward until I know everything. Administrative Financial is friendly and knowledgeable and I was able to understand each detail of the program I qualified for before I moved forward."

Subscribe to our newsletter

| Your e-mail | Subscribe |

## Links

- Home

- About Us

- Services

- Contact

## Services

- Financial Analysis

- Document Preparation

- Yearly Recertification

## Contact Us

- support@administrativefinancial.com

- 855-877-9458



Copyright © 51264 All rights reserved | This template is made by Colorlib

AAS website

Pl. Ex. 17
p. 185

# Exhibit

caught up on some missed payments, Administrative Accounting Center can help you map out a path that works for you.

READ MORE

# Our Services

### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.

### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!

### Yearly Recertification

We are with you until the end, including the yearly recertification through the term of your loan. We will keep you on track for loan forgiveness.

# Are you in need of repayment options for your loans? Get in touch with us.

## 4
**Years of Experience**

## 5k
**Happy Customers**

## 99.9%
**Satisfied Customers**

"

## 5000+ Happ

I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the AdministrativeAccountingCenter I was able to get qualified for a program that my servicer never offered. I am on the path to financial freedom. It was the smartest move I have made since graduating.



### Dean Edelman
☐ ☐ ☐ ☐ ☐
Client

I was in default when I contacted AdministrativeAccountingCenter and they qualified me for a program that got me out of default and on the road to fixing my credit.

AAC website

Pl. Ex. 18
p. 187

## Dawn Robinson

☐☐☐☐☐

Client

I'm someone who doesn't like to move forward until I know everything. AdministrativeAccountingCenter is friendly and knowledgeable and I was able to understand each detail of the program I qualified for before I moved forward.

## Anthony Zwichirowski

☐☐☐☐☐

Client

☐

844-680-0793

☐   support@administrativeaccountingcenter.com

**Our Links**

☐   Home

☐   About Us

☐   Services

☐   Contact

2019 Administrative Accounting Center. All rights reserved.

AAC website                                    Pl. Ex. 18

                                               p. 188

# Exhibit

caught up on some missed payments, Pacific Palm Financial Group can help you map out a path that works for you.

READ MORE

# Our Services

### Financial Analysis

Our agents will perform a total loan evaluation and provide a comprehensive one-on-one budgetary consultation.

### Document Preparation

We'll do the work for you so you can focus on what's important. No more drowning in a sea of confusing paperwork and processing!

### Yearly Recertification

We are with you until the end, including the yearly recertification through the term of your loan. We will keep you on track for loan forgiveness.

# Are you in need of repayment options for your loans? Get in touch with us.

## 4

**Years of Experience**

## 5k

**Happy Customers**

## 99.9%

**Satisfied Customers**

"

## 5000+ Happ|

I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Pacific Palm Financial Group I was able to get qualified for a program that my servicer never offered. I am on the path to financial freedom. It was the smartest move I have made since graduating.



**Dean Edelman**

☆ ☆ ☆ ☆ ☆

Client

I was in default when I contacted Pacific Palm Financial Group and they qualified me for a program that got me out of default and on the road to fixing my credit.

PPFG website

Pl. Ex. 19
p. 190

## Dawn Robinson

☐☐☐☐☐

Client

I'm someone who doesn't like to move forward until I know everything. Pacific Palm Financial Group is friendly and knowledgeable and I was able to understand each detail of the program I qualified for before I moved forward.

## Anthony Zwichirowski

☐☐☐☐☐

Client

**Our Links**

☐  855-259-5457

☐  support@pacificpalmfinancialgroup.com

☐  Home

☐  About Us

☐  Services

☐  Contact

2019 Pacific Palm Financial Group. All rights reserved.

We will keep you on track for loan forgiveness.



# Financial Analysis

We'll provide you with a comprehensive analysis and evaluation of your existing financial situation. Through this process, we determine which programs you may qualify for, provide you with a written report, and allow you to choose which programs you believe will best suit your repayment needs. It's easy!

# Document Preparation

No more frustrating loan paperwork! We'll relieve you of your stress by taking care of all the document preparation for you. Our expert account representatives will partner with you to find every federal program you may qualify for.





# Yearly Recertification

Every year you're required to recertify your information to your loan servicer. It can be a tricky process and tough to remember to get done on time. Let us take care of that for you. Never miss your recertification again!



**Our Links**

☐ 855-259-5457

☐ support@pacificpalmfinancialgroup.com

☐ Home

☐ About Us

Pacific Palm Financial Group

☐ Services

☐ Contact

2019 Pacific Palm Financial Group. All rights reserved.

PPFG website

Pl. Ex. 19
p. 195

# Exhibit

Home

Contact

(888) 548-0476

PREMIER STUDENT LOAN CENTER

# HELPING YOU FIND THE RIGHT LOAN PROGRAMS.

Document Preparation Company.

CONTACT US

Premier website 10/2/2019

Premier Student Loan Center

http://www.premierstudentloancenter.com/ [10/2/2019 9:16:36 AM]

Pl. Ex. 20
p. 196

Premier Student Loan Center

Full Name

Email

Phone

Subject

Message

Send Message

Quick Links

Home

Premier Student Loan Center

(888) 548-0476

support@premierstudentloancenter.com

© 51722 Premier Student Loan Center 2019.

Premier Student Loan Center

Contact

Premier website 10/2/2019

Pl. Ex. 20
p. 198