Jesse Stewart
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection, et al.

Plaintiff(s)

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.

Defendant(s).

CASE NUMBER

8:19-cv-01998 JVS (JDEx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

Stewart, Jesse D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 435-9651                    (202) 435-5471
*Telephone Number*        *Fax Number*

jesse.stewart@cfpb.gov
*E-Mail Address*

of  Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial)*

264787            (415) 844-9787              (415) 844-9788
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

of  Bureau of Consumer Financial Protection
301 Howard Street, Suite 1200
San Francisco, CA 94110

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: October 21, 2019

*[signature]*

**U.S. District Judge James V Selna**