Sarah Preis
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection, et al.

Plaintiff(s)

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.

Defendant(s).

CASE NUMBER

8:19-cv-01998 JVS (JDEx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

| | |
|---|---|
| Preis, Sarah M. | of Bureau of Consumer Financial Protection |
| *Applicant's Name (Last Name, First Name & Middle Initial)* | 1700 G Street, NW |
| (202) 435-9318     (202) 435-5476 | Washington, DC 20552 |
| *Telephone Number     Fax Number* | |
| sarah.preis@cfpb.gov | |
| *E-Mail Address* | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

| | |
|---|---|
| Hartmann, Leanne E. | of Bureau of Consumer Financial Protection |
| *Designee's Name (Last Name, First Name & Middle Initial)* | 301 Howard Street, Suite 1200 |
| 264787     (415) 844-9787     (415) 844-9788 | San Francisco, CA 94110 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | |
| leanne.hartmann@cfpb.gov | |
| *E-Mail Address* | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: October 21, 2019**

*/s/ James V Selna*

**U.S. District Judge James V Selna**