ORIGINAL

1  SARAH PREIS (D.C. Bar No. 997387)
2  (*Pro Hac Vice Application pending*)
   sarah.preis@cfpb.gov
3  JESSE STEWART (N.Y. Bar No. 5145495)
4  (*Pro Hac Vice Application pending*)
   jesse.stewart@cfpb.gov
5  1700 G Street, NW
6  Washington, DC 20552
   Tel.: (202) 435-9318
7  Fax: (202) 435-5471

8
   LEANNE E. HARTMANN (CA Bar No. 264787) — Local Counsel
9  leanne.hartmann@cfpb.gov
10 301 Howard Street, Suite 1200
   San Francisco, CA 94105
11 Tel.: (415) 844-9787
12 Fax: (415) 844-9788

13 *Attorneys for Plaintiff*
14 *Bureau of Consumer Financial Protection*

15            UNITED STATES DISTRICT COURT
16            CENTRAL DISTRICT OF CALIFORNIA
                     SOUTHERN DIVISION
17

18
   Bureau of Consumer Financial          CASE NO. **8:19-cv-01998 JVS (JDEx)**
19 Protection, et al.
                                         **PLAINTIFF'S EXHIBITS IN**
20        Plaintiffs,                     **SUPPORT OF PLAINTIFF'S**
                                         ***EX PARTE* APPLICATION**
21                                       **FOR TEMPORARY**
          v.                             **RESTRAINING ORDER WITH**
22                                       **ASSET FREEZE AND OTHER**
   Consumer Advocacy Center Inc., d/b/a  **EQUITABLE RELIEF AND**
23 Premier Student Loan Center,          **ORDER TO SHOW CAUSE**
                                         **WHY PRELIMINARY**
24        Defendants.                    **INJUNCTION SHOULD NOT**
                                         **ISSUE**
25
26                                       **VOL. II OF VII (EXS. 21-29)**

27                                       **[FILED UNDER TEMPORARY**
                                         **SEAL]**
28



# Exhibit

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

GO

▸ About this capture

# DON'T LOSE OUT ON
# AVAILABLE BENEFITS
## CALL NOW
## 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOCUS)

4/15/2019

https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/



http://premierstudentloancenter.com/

GO

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

()

▼ About this capture

# OUR SERVICES

Helping You Find the Right Loan Programs.



http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

()

GO

▾ About this capture

**LOAN REVIEW**

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

**REVIEW PROGRAM OPTIONS**

We will review your income and family size to help you choose the program that best suits your needs.

**DOCUMENT PREPARATION**

We'll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review.

**ENJOY NEW PAYMENT**

Once we help you prepare and submit your loan documents, we'll be with you even after the document submission. Ready to help answer any questions you may have.

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

▶ About this capture

## ABOUT US

### We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

## AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

## FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the completion and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.



http://premierstudentloancenter.com/

**33 captures** (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

GO

▶ About this capture

## ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program suited to your perference. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.

**HONESTY.**   100

**INTEGRITY.**   100

**DILIGENCE.**   100

**RESULTS.**   100

http://premierstudentloancenter.com/

**33 captures** (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018                    ()

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"



Dawn Robinson
NH

"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."



Anthony Zwichirowski
CA

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that

Premier Student Loan Center | A Document Preparation Company

Page 7 of 9

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018



my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Jean Edelman
()

GO

▶ About this capture

# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name

Your Email

Subject

Premier Student Loan Center | A Document Preparation Company



(https://web.archive.org/web/\*/http://premierstudentloancenter.com/)

http://premierstudentloancenter.com/

**33 captures (/web/\*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018 ()

▸ About this capture

Your Message

SEND MESSAGE

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.



Click for Review

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

(https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/)

https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/

4/15/2019

http://premierstudentloancenter.com/

GO

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.

(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(/web/*/http://premierstudentloancenter.com/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

▶ About this capture

http://premierstudentloancenter.com/    [GO]   **NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER**

**33 captures (/web/*/http://premierstudentloancenter.com/)**                     ◄ **(https://web.archive.org/web/20151120051328/http://premierstudentloancente**

20 Nov 2015 - 27 Dec 2018                                                                ▼ About this capture

# DON'T LOSE OUT ON
# AVAILABLE BENEFITS
# CALL NOW
# 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOO

## OUR SERVICES

Helping You Find the Right Loan Programs.

(https://web.archive.org/web/sign_f

http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018    ▾ About this capture

**LOAN REVIEW**

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

**REVIEW PROGRAM OPTIONS**

We will review your income and family size to help you choose the program that best suits your needs.

**DOCUMENT PREPARATION**

We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review.

**ENJOY NEW PAYMENT**

Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have.

# ABOUT US

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

FILING ALL THE PAPERWORK

http://premierstudentloancenter.com/    GO

We help with the document preparation process. We will assist you with the completion and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.

NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

▾ About this capture

## ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**100**   **HONESTY.**

**100**   **INTEGRITY.**

**100**   **DILIGENCE.**

**100**   **RESULTS.**

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA

| http://premierstudentloancenter.com/ | GO | NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)      ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloance

20 Nov 2015 - 27 Dec 2018                      ▾ About this capture

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA



# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name                 Your Email                 Subject

Your Message

SEND MESSAGE

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/          GO

NOW  WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)          (https://web.archive.org/web/20151120051328/http://premierstudentloancente
20 Nov 2015 - 27 Dec 2018

ACCREDITED BUSINESS BBB.   **BBB Rating: A**   Click for Review

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

▼ About this capture

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)



**Options**

# Providing Invaluable Services for
# Loan Repayment Options



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/ribbon.png)

## Teachers

The Teacher Loan Forgiveness Program is intended to encourage individuals to enter and continue in the teaching profession. Under this program, if you teach full-time for five complete and consecutive academic years in certain elementary and secondary schools and educational service agencies you may be eligible for forgiveness of up to a combined total of $17,500



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/nurse.png)

## Nurses

To assist in the recruitment and retention of professional nurses dedicated to providing health care to underserved populations, the Nursing Education Loan Repayment Program offers registered nurses substantial assistance to repay educational loans in exchange for service in eligible facilities located in areas experiencing a shortage of nurses.

45 captures (/web/*/http://premierstudentloancenter.com/options)
31 Mar 2016 - 16 Aug 2018



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/public.png)

## Public Service Job

The PSLF Program is intended to encourage individuals to enter and continue to work full-time in public service jobs. Under this program, borrowers may qualify for forgiveness of the remaining balance of their Direct Loans after they have made 120 qualifying payments on those loans while employed full time by certain public service employers.



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/exclamation.png)

## Total and Permanent Disability Discharge

A borrower may qualify for Total and Permanent Disability Discharge on their Federal Student Loans if they are unable to engage in any substantial gainful activity because of a physical or mental impairment.

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any
Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/options [ GO ]   FEB **MAR MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122445/HT**

**45 captures (/web/*/http://premierstudentloancenter.com/options)**   ◀ **31** ▶ **(https://web.archive.org/web/20160401222454/http://premie**
31 Mar 2016 - 16 Aug 2018   2015 **2016** 2017 (https://web.archive.org/web/20170608163729/http://prem

BBB Rating: A

ACCREDITED BUSINESS

Click for Review

(https://web.archive.org/web/20160331093713/http://www.bbb.org/sdoc/business-reviews/legal-
document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-
172013295/#bbbonlineclick)

(https://web.archive.org/web/20160331093713/https://www.facebook.com/PremierStudentLoa

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20160331093713/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20160331093713/http://wordpress.org/)

http://premierstudentloancenter.com/learn-more          GO

**34 captures** (/web/*/http://premierstudentloancenter.com/learn-more)

31 Mar 2016 - 16 Aug 2018

FEB  **MAR**  MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/2016050112212...

◄ **31** ► (https://web.archive.org/web/20160401222604/http://pre...

2015  **2016**  2017 (https://web.archive.org/web/2017062409430...

Learn More

# Helping You

Allow us to complete your documents to maximize your gains.

Premier Student Loan Center was created to help you and your family by assisting with identifying available federal programs and helping you preparing the documents for the best qualifying programs. With experienced counselors, we will review your loans, evaluate the best options and provide you with a plan, showing you how to qualify for repayment assistance from the government.

# Navigating You Through The Paperwork

### Easy. Simple. Effective.

When it comes to loan documents, we understand there is a lot of terms and jargon that is hard to understand. We're here to help make it as easy as possible for you. We help you through every step of the way from reviewing your current loan to helping you prepare and submit your loan documents.

http://premierstudentloancenter.com/learn-more   GO   FEB **MAR** MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122120)

**34 captures** (/web/*/http://premierstudentloancenter.com/learn-more)   ◀ **31** ▶ (https://web.archive.org/web/20160401222604/http://pre

31 Mar 2016 - 16 Aug 2018                          2015 **2016** 2017 (https://web.archive.org/web/20170624094302/http://p







### Federal Student Loan Consolidation

If you have trouble meeting your monthly payments, have exhausted your deferment and forbearance options, and/or want to avoid default, a Federal Consolidation Loan may help you.

### Federal Student Loan Forgiveness

There are a few programs available to you that provide student loan forgiveness. These programs will allow you to work or volunteer and in return will literally erase a certain percentage of your Federal student loan debts.

### Public Service Loan Forgiveness

In 2007, Congress created the Public Service Loan Forgiveness Program to encourage individuals to enter and continue to work full-time in public service jobs.

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.



(https://web.archive.org/web/20160331093709/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

(https://web.archive.org/web/20160331093709/https://www.facebook.com/PremierStudentLoa

| http://premierstudentloancenter.com/learn-more | GO | FEB **MAR MAY** (HTTPS://WEB.ARCHIVE.ORG/WEB/2016050112212[)

**34 captures** (/web/*/http://premierstudentloancenter.com/learn-more) | **31** | (https://web.archive.org/web/20160401222604/http://pre

31 Mar 2016 - 16 Aug 2017 (https://web.archive.org/web/20160331093709/2015 | 2016 | 2017 (https://web.archive.org/web/20170624094302/http:/

Copyright 2015 Premier Student Loan Center. All Rights Reserved.

(https://web.archive.org/web/20160331093709/http://wordpress.org/)

http://premierstudentloancenter.com/   GO   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)   ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018                                                            ▾ About this capture

# DON'T LOSE OUT ON
# AVAILABLE BENEFITS
# CALL NOW
# 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOO

## OUR SERVICES

Helping You Find the Right Loan Programs.

http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloance

20 Nov 2015 - 27 Dec 2018    ▾ About this capture

| LOAN REVIEW | REVIEW PROGRAM OPTIONS | DOCUMENT PREPARATION | ENJOY NEW PAYMENT |
|---|---|---|---|
| It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for. | We will review your income and family size to help you choose the program that best suits your needs. | We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review. | Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have. |

## ABOUT US

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

### AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

http://premierstudentloancenter.com/    GO

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

(https://web.archive.org/

(https://web.archive.org/web/20151230010417/http://premierstudentloancente

▾ About this capture

FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the completion and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.

ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**100**    # HONESTY.

**100**    # INTEGRITY.

**100**    # DILIGENCE.

**100**    # RESULTS.

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA



http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)      ◄ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018      ▼ About this capture

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA

# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name            Your Email            Subject

DISCLAIMER
Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/   GO

**33 captures** (/web/*/http://premierstudentloancenter.com/)

20 Nov 2015 - 27 Dec 2018

NOV **DEC** JAN

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

http://premierstudentloancenter.com/  [GO]   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)   ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente
20 Nov 2015 - 27 Dec 2018                                                                    ▾ About this capture

# DON'T LOSE OUT ON
# AVAILABLE BENEFITS
# CALL NOW
# 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOO

## OUR SERVICES

Helping You Find the Right Loan Programs.

http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018    ▾ About this capture

| LOAN REVIEW | REVIEW PROGRAM OPTIONS | DOCUMENT PREPARATION | ENJOY NEW PAYMENT |
|---|---|---|---|
| It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for. | We will review your income and family size to help you choose the program that best suits your needs. | We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review. | Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have. |

# ABOUT US

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

### AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

FILING ALL THE PAPERWORK

http://premierstudentloancenter.com/   GO   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

We help with the document preparation process. We will assist you with the completion and filing

33 captures (/web/*/http://premierstudentloancenter.com/)     (https://web.archive.org/web/20151120051328/http://premierstudentloancenter

20 Nov 2015 - 27 Dec 2018     of all the paperwork to ensure it is filled out properly for all programs you qualify for.       ▼ About this capture

## ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**HONESTY.**

**INTEGRITY.**

**DILIGENCE.**

**RESULTS.**

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA

http://premierstudentloancenter.com/     GO     NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)     ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018                                                      ▾ About this capture

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes
of speaking with the Premier Student Loan Center I was able to get qualified for a program that
my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I
have made since graduating."

Dean Edelman
VA



# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name                    Your Email                    Subject

Your Message

SEND MESSAGE

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any
Federal, State, or Local Government agencies.

Wayback Premier website 4/15/2019                    Pl. Ex. 21
                                                                           p. 227
https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/     4/15/2019

http://premierstudentloancenter.com/    GO

**33 captures** (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

ACCREDITED BUSINESS
BBB.

**BBB Rating: A**
Click for Review

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

**Exhibit**

# Premier Student Loan Center: Maintaining Customer Service

Email | Print Friendly

Share

March 14, 2019 08:00 ET | **Source:** Premier Student Loan Center

Irvine, California, March 14, 2019 (GLOBE NEWSWIRE) -- More and more post-secondary graduates are leaving their educational institutions with more than an education; they are leaving with crippling amounts of student debt. Due to recent downturns in the American economy, more people turned to getting an education as a means of securing themselves sustainable future employment. With increasing enrolment numbers came sky-rocketing tuition rates, forcing many students into high-interest loans not backed by the federal government. With increasing numbers of Americans filing for bankruptcy and student loans falling into default, the need for assistance through debt-relief programs was clear. Companies like **Premier Student Loan Center** arose in response to this need and became an industry leader in financial assistance.

About Premier Student Loan Center

Premier Student Loan Center has been in the financial-assistance industry for half a decade. In that time, they have helped thousands of Americans get out from under their student debt and start their lives on the right track. In partnership with the United States Department of Education, Premier Student Loan Center has one goal in mind: to provide five-star service by helping borrowers pay down their debts and move towards financial freedom.

Premier Student Loan Center Services

Premier Student Loan Center provides borrowers with a number of valuable services aimed at streaming the debt consolidation process, as well as loan forgiveness, debt analysis, and one-on-one budgetary consultation.

Premier Student Loan Center is also continuously working to come up with new and creative solutions to help borrowers with their debt. These programs are developed in adherence to the guidelines set forth by the Department of Education.

Debt Consolidation and Premier Student Loan Center Loan Forgiveness

For borrowers struggling with student debt, often consolidating their loans simplifies the process of paying them down, not to mention saving on interest rates and late-payment penalties. With the help of a debt specialist, some loans can be forgiven, especially in situations where efforts have been made to pay it down but special circumstances prevent the individual from continuing on the repayment path.

Debt Analysis and Financial Consultation

When it comes to financial guidance provided by the Premier Student Loan Center, the debt specialists don't just want to help borrowers pay down their loans, they also want to equip them with the financial skills to manage debt and live on a budget in financially healthy ways. An in-depth debt analysis will reveal the status of the borrower's debt, as well as the best way of approaching paying it down. When it comes to financial consultation, the Premier Student Loan Center debt specialists will sit down with you and come up with a customized budget that will take into account your financial

obligations, goals, and get you on the road to financial freedom and security.

If you are struggling with student debt that seems impossible to pay down without help, you are not alone. Unfortunately, high interest rates place borrowers in a difficult cycle to break as their payments are only chipping away at accrued interest, rather than paying down the principal. A visit to the **Premier Student Loan Center address** or a phone call can get you started on the path to financial assistance.

---

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

Exhibit

Back to Newsroom (/newsroom)

**PREMIER STUDENT LOAN CENTER**

**Premier Student Loan Center**

# Premier Student Loan Center is a Premier Provider of Cutting-Edge Services

*Tuesday, April 16, 2019 2:05 PM*

**IRVINE, CA / ACCESSWIRE / April 16, 2019 /** According to the US Department of Education, the performance of federal student loans is by far poor but comparatively, the loans serviced by Premier Student Loan Center (http://pr.report/8pgPz4qt) perform better than those under other organizations. According to recent reports, the default rate has been roughly 8 percent in the last few years, which compares well with the national default rate of about 12 percent. The default rate is a measure of the percentage of federal student borrowers who are unable to service their loans shortly after hitting the repayment bracket. To help mitigate on the challenge of default, Premier Student Loan Center has devoted a considerable amount of finances in research, development and employee training to equip its staff on key areas that have been the underlying causes of increased default rate among American student loan borrowers.

We understand that borrowers equipped with the knowledge on loans, repayment plans and budgeting are less likely to default. We have created a conducive working environment by partnering with government agencies with a view of making crucial policy recommendations to help educate students before they can access the loans. We have also worked to simplify the repayment option and raise borrower contact, policy reforms that are aimed at significantly increase repayment and lower default rates of the loans we service.

As a professional firm with a firm grasp of financial trends, we design repayment plans based on real data so you are assured of a plan that addresses your situation as a borrower. Premier Student Loan Center works on a default prevention program that is heavily informed by a set of accurate data all designed to prevent default. Our belief is that increasing contact with our clients significantly reduces chances of default.

With the help of this program, Premier Student Loan Center continues to increase income-driven repayment plan enrollment. This is consistent with the Department of Education data and reports that point at a general increase in the number of borrowers already in income-driven repayment plans. Over the last four years, the number has doubled with data showing a decline in the number of default loans by 15% up from 13% in 2014. This can be attributed to the awareness campaigns regarding repayment plan options through consistent contact through numerous channels, such as mail, videos, phone calls and text messages. Some of the ways that have helped reduce the default. What this means is that borrowers will not need to go through the lengthy process of

recertifying their incomes every year. As a student, all you need is to let us work on your repayment plan while you focus on getting a quality certificate and the source of income that you'll use to service your loan upon finishing school.

Not every company offering service similar to ours is keen on ensuring that your individual needs are met. On our part, we acknowledge the fact that handling financial matters requires someone who understands and empathizes with the person looking for financial assistance. This is what distinguishes us from the rest of the players in the industry. Of course, this is why we have Better Business Bureau Rating of "A+", a clear indicator that Premier Student Loan Center (http://pr.report/lMkl6Jzt) is a reputable and reliable partner.

### About Us

Premier Student Loan Center is a leading provider of student loan account management, financial consultancy and asset management. We're established to help millions of Americans students achieve their dream career in an easy and affordable way. We have retained a team of dedicated and highly skilled finance experts capable of addressing all your concerns around federal student loan repayment plans.

### CONTACT:

contact@premierstudentloancenter.com (mailto:contact@premierstudentloancenter.com)

**SOURCE:** Premier Student Loan Center

---

SHARE ARTICLE

   

**CONNECT WITH US**

|  |  |  |
|---|---|---|
| **ABOUT US** | **PRODUCTS** | (https://www.linkedin.com |
| **NEWSROOM** | **BECOME A CLIENT** | (https://twitter.com/AccesswireAccesswire/?path=/www/company?pathWildcard=966956) |

**SALES**                    **EDITORIAL**

Toll Free: 888.952.4446 Opt          Toll Free: 888.952.4446 Opt
2                                    1

sales@accesswire.com          cs@accesswire.com

(mailto:sales@accesswire.com)(mailto:cs@accesswire.com)

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)

# Exhibit

# Premier Student Loan Center Focusing on Giving the Best Customer Service

Email | Print Friendly

Share

April 19, 2019 00:00 ET | **Source:** Premier Student Loan Center

Irvine, California, April 19, 2019 (GLOBE NEWSWIRE) -- Living with debt is downright hard. Add the nuances which exist in the case of student loan debt and things become even more different. For starters, student loan debts are owed before students have fully transitioned to the work world and have acquired the gainful employment that will allow them to be successful. Without the right kind of assistance, students will find themselves in a world of trouble. Thankfully, the **Premier Student Loan Center** is committed to helping those who are at odds with student loan debt, find the viable solutions they need to set things right.

More About the Premier Student Loan Center

Premier Student Loan Center is a client-focused organization that helps those living with student loan debt enroll in a government program or organize a new debt repayment schedule to assist them with the same. Best of all, the loan center has a very simple and uncomplicated process that begins with an initial consultation. With the consultation, a team of specialists will assess the financial circumstances and needs of all the available clients.

Using the information garnered from the initial consultation, a strategy is devised to help the client move from debt to healthy finances. The key

feature of this strategy is that it surrounds the client's ability to make regularly. The monthly payments consist of amounts that allow the client to meet their requirements, as well as maintain a decent standard of living and quality of life. Being able to strike this balance that allows debtors to clear their debt and still take care of themselves, thereby, increasing the likelihood that they will be able to successfully become debt free.

Customer Service Success Secrets

It is easy to think that the secret to the Premier Student Loan Center's success lies in the quality of their product. While it is true that they do have a high-quality offering, this is still not the secret to their success. Instead, their success lies in their ability to keep their customers satisfied through a tailored approach. That is, instead of opting for a one size fits all model when handling the individual debt situation of their clients, they handle it on a case by case basis.

Offering tailored solutions help clients to individually capitalize on a wide range of options including Department of Education initiatives they may qualify for, debt consolidation, and even debt forgiveness. In addition to crafting tailored plans, the good folks at Premier Student Loan Center go the extra mile to ensure that they are able to help them see through to the completion of their program. They take a hands-on approach that ensures their clients stay focused and consistent and consequently meet their goals of getting rid of their student loan debts.

Moving Forward to Secure Future Success

In an effort to maintain and grow their current success, the **Premier Student Loan Center** is not taking on new clients. Instead, the organization is focusing on providing exceptional customer service for existing clients.

After all, debt resolution does not happen in one fell swoop. Instead, it happens over time, requiring focus and consistency to ensure that all debts are fully resolved. That, coupled with Premier Student Loan Center's unique approach and you get a clearer picture of why the focus has to be on current (and not necessarily new) clients. It is imperative that the organization does not have its team members and resources being spread too thinly.

Still, even with a clear focus on current clients, it is only a matter of time before the organization will take on new clients after existing clients complete their programs. Until such time, those interested in learning more about Premier Student Loan Center and how their services work can visit their official website or send an email at contact@premierstudentloancenter.com.

---

### Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

### About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.

# Exhibit

# Premier Student Loan Center Sticks By No New Clients Announcement

Email | Print Friendly

Share

July 16, 2019 12:13 ET | **Source:** Premier Student Loan Center

Irvine, July 16, 2019 (GLOBE NEWSWIRE) -- Over the last few years, Premier Student Loan Center has grown into one of the biggest companies online helping students manage all of their loan debts. Effective immediately, the company has made the decision to stop accepting new clients. Instead, the company will shift its focus on helping those clients they already work with get back on track financially.

It was a difficult decision for the company, but one that they are planning to stand by. Student loan debt is a serious issue in the United States, and it affects the majority of people who go to college. Being able to help out thousands and thousands of students in an efficient manner to build a strong reputation for the company, but now they want to focus on the customer base they currently have.

Since opening its doors, the focus has always been on customer service over everything else. Having student loan debt and dealing with it can be a very stressful thing for just about anyone to go through. Instead of being just another faceless company to help out, **Premier Student Loan Center** wanted to be different. That meant helping people understand the right fit overall, and also finding the perfect amount to pay each and every month.

Student loan management is not entirely straightforward. There are many different student loans out there, and each one has varying rates. They can be very overwhelming to deal with high interest loans, especially for those people who are just starting out in the workforce. Premier Student Loan Center is focused on making everything extremely affordable, and also not forcing people to make huge payments they couldn't afford.

The current customer base is still at a very high level. The company knew that a decision needed to be made eventually, but they were hoping to put things off as long as possible. In the end, the company, based in Irvine, California, They felt more staff needed to be hired, or the company needed to shift its priorities. They chose the latter, and that seems to be a permanent decision at this point.

Potential clients should look for as many similar qualities as possible out there. Many companies try to provide similar services to Premier Student Loan Center, albeit with not quite the same amount of support. It is recommended to read reviews online and see what companies offer the closest thing.

As for existing customers, not a single thing will change with anyone. Payments are still made the same way, the same numbers exist to call and assistance is very easy to receive. Full customer service will be provided for every single client until their student loans are completely paid off. The company believes in delivering on the promise that they gave every single client who signed up originally. Providing quality customer care is priority number one with the company, and those priorities are not changing.

Nothing has been officially ruled out for the future, but as of right now there are no plans for **Premier Student Loan Center** to reopen their doors. The company seems extremely content with their decision, and they weighed all the pros and cons before going public with the news. They understand that some might be disappointed, but it was a decision that was made with the company's best interests in mind.

it is worth noting that the company will not be losing any employees at this time. Those who focused on new client acquisition will now have the opportunity to transition to another department. Even though the company is not taking on new clients, they are still as busy as ever on a day-to-day basis.

For more information on the company, visit **http://premierstudentloancenter.com/.**

Newswire Distribution Network & Management

Pl. Ex. 22-4
p. 238

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.