# Exhibit

| Account Title | Account Address | Account Number | Account Type | Account Open Date | Account Close Date | Account Owners | Relationship | Email Address | Phone Number |
|---|---|---|---|---|---|---|---|---|---|
| MR PNK COLLECTIONS LLC | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 2322 | BUS | 10/17/2011 | 02/21/2018 | KAINE WEN | CO-OWNER | kainewen@gmail.com | 424-333-8290 |
| MR PNK COLLECTIONS LLC | 7711 AMIGOS AVE STE E DOWNEY CA 902424163 | 2322 | BUS | 10/17/2011 | 02/21/2018 | MR PNK COLLECTIONS LLC | CO-OWNER | | 424-333-8290 |
| MR PNK COLLECTIONS LLC | 777 E SIERRA MADRE AVE AZUSA CA 917021493 | 2322 | BUS | 10/17/2011 | 02/21/2018 | KAINE WEN | CO-OWNER | kainewen@gmail.com | 424-333-8290 |
| KAINE WENTING DAI | AZUSA CA | 3133 | PER | 11/22/2010 | 09/09/2013 | KAINE WEN | OWNER | | |
| KAINE WENTING DAI | AZUSA CA | 3133 | PER | 11/22/2010 | 09/09/2013 | KAINE WEN | OWNER | | |
| KAINE WEN SOLE PROP DBA BELLY LAUGH PRODUCTIONS | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 9655 | BUS | 06/08/2015 | 03/31/2016 | KAINE WEN | CO-OWNER | kainewen@gmail.com | 424-333-8290 |
| KAINE WEN SOLE PROP DBA BELLY LAUGH PRODUCTIONS | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 9655 | BUS | 06/08/2015 | 03/31/2016 | BELLY LAUGH PRODUCTIONS | CO-OWNER | | 424-333-8290 |
| KING'S INTERNATIONAL INVESTMENT GROUP LL | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 9668 | BUS | 06/08/2015 | 02/21/2018 | KAINE WEN | OWNER | kainewen@gmail.com | 424-333-8290 |
| KING'S INTERNATIONAL INVESTMENT GROUP LL | 7711 AMIGOS AVE STE E DOWNEY CA 902424163 | 9668 | BUS | 06/08/2015 | 02/21/2018 | KING'S INTERNATIONAL INVESTMENT GROUP LLC | OWNER | | |
| KAINE WEN 2017 TRUST KAINE WEN TRTEE U/A 09/07/2017 | | 9645 | PER | 06/08/2015 | 09/04/2018 | KAINE WEN | TRUSTEE | | |
| KAINE WEN 2017 TRUST KAINE WEN TRTEE U/A 09/07/2017 | AZUSA CA | 9645 | PER | 06/08/2015 | 09/04/2018 | KAINE WEN 2017 TRUST | OWNER | | |
| PREMIER STUDENT LOANS, INC. | 2522 CHAMBERS RD STE 100 TUSTIN CA 927806962 | 0765 | BUS | 04/24/2017 | 04/19/2018 | PREMIER STUDENT LOANS, INC. | OWNER | kainewen@gmail.com | 424-333-8290 |
| HOLD THE DOOR, CORP | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 6799 | BUS | 01/30/2017 | 09/05/2018 | KAINE WEN | OWNER | kainewen@gmail.com | 424-333-8290 |
| HOLD THE DOOR, CORP | 777 E SIERRA MADRE AVE AZUSA CA 917026869 | 6799 | BUS | 01/30/2017 | 09/05/2018 | HOLD THE DOOR, CORP | OWNER | kainewen@gmail.com | 424-333-8290 |

BOA CID response

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

BANA CFPB WEN 000001
Pl. Ex. 23
p. 240

# KAINE WEN 2017 TRUST

## Certification of Trust
### (California Probate Code Section 18100.5)

Kaine Wen hereby presents this Certification of Trust, in lieu of providing a copy of the trust instrument, to establish the existence and terms of the trust, as set forth below.

1.     **Creation of the Trust**.   The name of the trust is the Kaine Wen 2017 Trust (the "Trust").   The trust instrument creating the Trust (the "Trust Agreement") was executed on September 7, 2017, by Kaine Wen, as Settlor and as Trustee.   The Trust continues in existence.

2.     **Trust Revocable**.   The Trust is revocable.   The Settlor reserved the right to revoke, amend, or modify the trust instrument during his lifetime.   The Trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust to be incorrect.

3.     **The Trustees**.   The initial trustee of the Trust was Kaine Wen.   Kaine Wen (the "Trustee") is the currently serving and acting trustee of the Trust.   This Certification of Trust is being signed by all of the currently serving and acting trustees of the Trust.

4.     **Title to Trust Assets**.   Title to Trust assets shall be taken in the name of Kaine Wen, as trustee of the Kaine Wen 2017 Trust, dated September 7, 2017.

5.     **Powers of the Trustee**.   The Trustees have all the powers described below, all powers granted by law (including all the powers set forth in Probate Code §16220 et seq.), and all powers reasonably necessary to carry out their duties as Trustees to administer, manage, protect, and invest the trust estate.

(a)     **To Accept Property**.   The Trustees may accept or receive additions and contributions to the trust estate from the Settlor or any other person and hold the property in trust under the provisions of the Trust Agreement.   If the Trustees receive property from another fiduciary and if the Trustees believe the action to be in the best interests of the trust estate, the Trustees are authorized to waive an accounting from the fiduciary, to approve his or her actions, to consent to his or her proposed actions, and to consent to his or her discharge.

(b)     **To Disclaim or Reject Property**.   The Trustees may renounce or otherwise disclaim all or any part of any interest in property passing to the trust, by gift or bequest, and any right, power, privilege, or discretion granted the Trustees under the Trust Agreement.   The Trustees may reject any property or interest in property passing to the trust, including property that by reason of hazardous materials or substance the Trustees determine (after investigation at the expense of the trust) would be detrimental to the trust purpose.

(c)     **To Retain Property**.   The Trustees may retain trust property received at the inception of the trust or at any other time, from the Settlor or any other person until, in the judgment of the Trustees, disposition or distribution of the property should be made.   The property may be retained even though the property is unproductive, is property in which a

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

Trustee is personally interested or in which the Trustee owns an undivided interest personally or as trustee of another trust, or there is known or later discovered to be hazardous materials or substances requiring remedial action pursuant to environmental laws.   Notwithstanding Probate Code §§16048 and 16049, the Trustees shall have no duty to dispose of any part of the trust property included in the trust at the time of its creation, or later added to the trust by the Settlor or another person, that would not be a proper investment for the Trustees to make.   The Trustees may, without liability, continue to hold that property.   The Trustees may hold trust property in bearer form so that title may pass by delivery, or in the name of any one Trustee or a nominee without indication of any fiduciary capacity by the nominee.   The Trustees may keep all or part of the trust property at any place within the United States or abroad.

      **(d)**    **To Operate a Business**.   The Trustees may continue or participate in the operation of any business or other enterprise (including a partnership as a general or limited partner and a limited liability company as a member or a manager) that is part of the trust property for as long as the Trustees deem advisable, at the risk of the trust estate and not at the risk of the Trustees.   The Trustees may incorporate, dissolve, or change the form of the organization of the business or enterprise, or operate it as a partnership or limited liability company, or in any other form.   The profits and losses from any business or other enterprise shall be chargeable to and borne by the trust, and not the Trustees.   A Trustee, as an individual, may continue to be a shareholder, director, officer, employee, member, manager or partner of any business or enterprise in which the trust holds any interest.

      **(e)**    **To Invest and Reinvest Trust Property**.   The Trustees may invest and reinvest trust property (including income and principal) in any kind of property, whether real, personal, or mixed, including (1) real property (including leaseholds; royalty interests; interests in mines, oil and gas wells, timberlands, and other wasting assets), (2) intangible personal property (including common and preferred stock and all other kinds of securities, on margin or otherwise); investment company shares, mutual funds, index funds, common trust funds (including any common trust fund under the management of a corporate trustee) and other sole or collective business and investment vehicles; interests in partnerships (whether as a general or limited partner); commodities; governmental obligations of every kind; obligations of corporations or unincorporated associations; and patents, copyrights, trademarks, and other intangible rights, and (3) tangible personal property (including precious metals, works of art, and other collectibles).   The Trustees are authorized to establish and maintain brokerage accounts, including margin accounts, for the purpose of purchasing, acquiring, possessing, pledging, hypothecating, selling and otherwise disposing of, and generally dealing in and with any of the foregoing types of investments.

      **(f)**    **To Administer Securities**.   The Trustees may purchase, exchange, or sell stocks, bonds, futures contracts, and other securities, and puts, calls, straddles, and other options. The Trustees may maintain brokerage accounts, including margin and commodity accounts, and in connection with such accounts, may borrow, pledge securities, make short sales, and sell on margin or otherwise.   With respect to all securities held by in the trust estate, the Trustees may exercise the rights, powers, and privileges, and responsibilities of an owner, including the right to vote; to give general or limited proxies; to pay calls, assessments, and other sums; to participate in voting trusts, pooling arrangements, foreclosures, reorganizations, consolidations, mergers,

2

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

and liquidations; to deposit securities with and transfer title to any protective or other committee; and to exchange, exercise, or sell stock subscription or conversion rights. The Trustees may also accept and retain as an investment any securities received through the exercise of any of the foregoing powers.

(g)     **To Conduct Banking Activities**. The Trustees may establish financial accounts of any kind, including checking, money market, and savings accounts, with any bank, savings and loan association, credit union, brokerage firm, or other financial institution (including such accounts in the banking department of a Trustee that is a corporation or partnership). The Trustees may deposit trust funds into such accounts, withdraw funds from such accounts, and transfer funds among such accounts. The Trustees may designate in writing the persons, whether or not Trustees, who may conduct such banking activities, and the financial institutions may rely, without liability, on such designations.

(h)     **To Purchase and Sell Trust Property**. The Trustees may buy, purchase, acquire, sell, convey, dispose of, exchange, or otherwise transfer any trust property, or any interest in property, for cash or on credit, at public or private sale, with or without notice, and for the prices and upon the terms as the Trustees determine. The Trustees may grant or acquire options and rights of first refusal involving the acquisition or disposition of any trust property.

(i)     **To Manage Trust Property**. The Trustees may manage, control, divide, develop, improve, repair, exchange, partition, change the character of, or abandon trust property or any interest in trust property. The Trustees may enter into a lease for any purpose as lessor or lessee with or without the option to purchase or renew and for a term within or extending beyond the term of the trust. The Trustees may amend or extend existing leases. The Trustees may also demolish or remove buildings or other improvements on trust property.

(j)     **To Borrow Money and Encumber Trust Property**. The Trustees may borrow money for any trust purpose from any person upon such terms and conditions as may be determined by the Trustees, and obligate the trust to make repayment from trust property. The Settlor or the Trustees may loan or advance funds to the trust, and the loans or advances together with the interest charged shall be treated as a first lien on the trust estate until repaid. The Trustees may also encumber, mortgage, or pledge trust property for a term within or extending beyond the term of the trust in connection with the exercise of any power vested in the Trustees, or to create restrictions, easements, or other servitudes on trust property.

(k)     **To Make Loans**. The Trustees may loan or advance trust property of any kind (including money) for any trust purpose to any person on terms and conditions as determined by the Trustees, subject to limitations stated in the Trust Agreement. The Trustees may make loans out of trust property to the current beneficiary on terms and conditions that the Trustees determine are fair and reasonable under the circumstances, and guarantee loans to the current beneficiary by encumbrances on trust property.

(l)     **To Purchase Liability Insurance**. The Trustees may purchase and pay the premiums on policies to insure the property of the trust estate against damage or loss and to

3

BOA CID response

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

insure the Trustees against liability with respect to third persons.   The Trustees shall not be liable for any omission to purchase any type or amount of insurance.   The premiums shall be a proper expense to be charged against the trust.

      **(m)**    **To Purchase and Administer Life Insurance**.   The Trustees may purchase, own, and pay the premiums on life insurance on the Settlor's life, and collect the proceeds of life insurance policies payable to the trust.   The Trustees shall have the power to compromise, arbitrate, or otherwise adjust any claim, dispute, or controversy arising under any policy payable to the trust and shall have authority to initiate, defend, settle, and compromise any legal proceeding necessary in the Trustees' discretion to collect the proceeds of any policy.   The Trustees' receipt to any insurer shall be a sufficient release of the insurer.   The insurer shall not be under any duty to inquire concerning the Trustees' application of the policy proceeds.

      **(n)**    **To Pay, Contest, and Settle Claims**.   The Trustees may pay or contest any claim; settle a claim by or against the trust by compromise, arbitration, or otherwise; and release, in whole or in part, any claim belonging to the trust.   The Trustees shall have the authorization to receive confidential medical information necessary to allow the evaluation of the merits of a settlement demand or compromise offer and to authorize the disclosure of medical information in connection with a demand for settlement or compromise on the Settlor's behalf of any issue arising from the asserted professional negligence of a medical provider or therapist.

      **(o)**    **To Litigate**.   In accordance with their duties to enforce claims and defend actions as set forth in Probate Code §§16010 and 16011, the Trustees may prosecute or defend actions, claims, or proceedings for the protection of the trust estate and the Trustees in the performance of their duties.

      **(p)**    **To Deal with Environmental Hazards**.   The Trustees may deal with matters involving the actual or threatened contamination of trust assets (whether real or personal) by hazardous substances, or involving compliance with environmental laws and regulations, including conducting environmental assessments, audits, and site monitoring, and taking remedial action (whether or not required by governmental authorities) to contain, clean up, or remove any environmental hazard.

      **(q)**    **To Pay and Allocate Trust Expenses**.   The Trustees may pay taxes and other assessments imposed on the trust estate or trust income; reasonable compensation of the Trustees and of the employees and agents of the trust; and other expenses incurred in the collection, care, management, administration, and protection of the trust estate.   In allocating the payment of expenses, the Trustees shall have the power to determine which expenses are chargeable to income or principal or partly to each.   The Trustees are authorized, but not directed, to allocate and charge post-death expenses incurred in the administration of the trusts or sub-trusts to post-death income.   In particular, all expenses of administration claimed as income tax deductions may be entirely allocated to and charged against post-death income.   In making these determinations, the Trustees shall be guided by the principles set forth in the California Uniform Principal and Income Act, but their final determination shall be binding.

4

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

(r)     **To Hire and Employ Persons.**   The Trustees may hire and employ persons (including individuals, corporations, partnerships, associations, and other companies), including accountants, attorneys, auditors, investment advisers, appraisers, or other agents or experts, even if they are associated or affiliated with a Trustee, to advise or assist the Trustees in the performance of their duties and obligations.   The Trustees may grant discretionary authority to such persons, but may not delegate either the administration of the trust or acts that are not delegable except as expressly provided in the Trust Agreement.

(s)     **To Maintain Custody.**   The Trustees may keep any or all of the trust property at any place in California or elsewhere, within the United States or abroad, or with a depository or custodian at those places.   If no bank or trust company is acting as sole or a Cotrustee, the Trustees are authorized to appoint a bank or trust company as custodian for securities and any other trust assets.   Any appointment shall terminate when a bank or trust company begins to serve as sole or as a Cotrustee under the Trust Agreement.   The custodian shall keep the deposited property; collect and receive the income and principal; and hold, invest, disburse, or otherwise dispose of the property or its proceeds (specifically including selling and purchasing securities and delivering securities sold and receiving securities purchased) upon the order of the Trustees.   The custodian shall not be liable to any person interested in the trust for any action taken pursuant to the order or instructions of the Trustees or their authorized agents.

(t)     **To Use a Nominee.**   The Trustees may hold securities or other property of the trust estate in the names of the Trustees, in the name of a nominee, or in street name accounts with brokers, or in the name of a custodian (or its nominees) selected by the Trustees, with or without disclosure of this Trust Agreement.   The Trustees shall be responsible for the acts of such custodian, broker, or nominee affecting such property.   The Trustees may also acquire and retain securities in unregistered form so that ownership passes by delivery.

(u)     **To Execute and Deliver Instruments.**   The Trustees may execute and deliver all documents and instruments (including checks withdrawing or disbursing trust funds, stock powers, deeds and other conveyances, receipts, releases, contracts, and other agreements and transfer documents) which are needed to accomplish or facilitate the exercise of the powers vested in the Trustees, and to disclose the provisions of the Trust Agreement whenever in the Trustees' discretion disclosure is appropriate.

(v)     **Other Powers**.

(1)     The Trustees may invest in obligations of the United States Government as authorized in Probate Code §16224.

(2)     The Trustees may deposit trust funds at reasonable interest in any of the accounts listed in Probate Code §16225, whether or not the account is insured by a government agency or collateralized.   The accounts may be maintained in the name of any one of the Trustees or in the name of a nominee.

5

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

(3) The Trustees may make repairs, alterations, and improvements, and perform the other acts affecting trust property as authorized in Probate Code §16229.

(4) The Trustees may develop land in the ways authorized in Probate Code §16230.

(5) The Trustees may enter into leases and other arrangements regarding minerals as authorized in Probate Code §16232.

(6) The Trustees may grant or take options as authorized in Probate Code §16233.

(7) The Trustees may exercise the powers granted in Probate Code §16234 (voting rights), Probate Code §16235 (payment of calls and assessments), Probate Code §16236 (stock subscriptions and conversions), and Probate Code §16237 (consent to change in form of business and participation in voting trusts).

(8) The Trustees may hold securities as authorized in Probate Code §16238, and deposit securities in a securities depository as authorized in Probate Code §16239.

6. **Signature Authority**.  As the sole currently serving Trustee, Kaine Wen has the power, acting alone, to act on behalf of the Trust and to sign all documents exercising the powers of the Trustee.  Under the Trust Agreement, no person other than the sole Trustee is required or needed to sign such documents for them to be effective as to the Trust.

7. **Reliance by Third Parties**.  This Certification contains a true and correct representation of the terms of the Trust.  All third parties dealing with the Trustee may rely on this Certification as a true statement of the provisions of the Trust as of the date this Certification is presented to the third party (regardless of the date of execution of this Certification), unless the third party has actual knowledge that the representations contained in this Certification are incorrect.  A third party who acts in reliance upon this Certification of Trust without actual knowledge that the representations contained herein are incorrect is not liable to any person for so acting.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on September 7, 2017, at Long Beach, California.

_____
Kaine Wen

6

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

STATE OF CALIFORNIA )

COUNTY OF LOS ANGELES )


On September 7, 2017, before me, Anette E. Kerr, Notary Public, personally appeared
Kaine Wen, who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed
the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

> **ANETTE E. KERR**
> COMM # 2127492
> LOS ANGELES COUNTY
> NOTARY PUBLIC-CALIFORNIA
> MY COMMISSION EXPIRES
> OCT. 18, 2019

7

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

# Bank of America ✹

BANK OF AMERICA, N.A. (THE "BANK")

**Personal Signature Card
with Substitute Form W-9**

**Account Number:** ████ 9645            **Bank Number:** 318

**Account Type:** ☒ Checking (DDA)    ☐ Savings (SAV)    ☐ Certificate of Deposit (CD)

**Account Title:**

KAINE WEN 2017 TRUST

KAINE WEN TRTEE

U/A 09/07/2017

**OWNERSHIP TYPES:**

☐ Individual Owner

☒ Fiduciary (For Example: Trust, UTMA, Rep Payee, Custodian, Guardian, Estate)

☐ Joint with Right of Survivorship

☐ Tenants by Entireties (Form of Joint with Right of Survivorship for spousal co-owners only. Note: Defaults to Joint with Right of Survivorship if state law does not recognize Tenants by Entireties for bank accounts.)

☐ Joint Account – TX and NC only – Page 2 Survivorship Disclosure and Selection Acknowledgement

Check if designating beneficiaries: ☐ Payable on Death (POD) / In Trust For (ITF) / Totten Trust and TX and NC only Beneficiary Disclosure Acknowledgement (Refer to Beneficiary Addendum for details).

**By signing below, I/we acknowledge and agree** that this account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Personal Schedule of Fees. I/we acknowledge the receipt of these documents. I/we understand and agree that the Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for jury trial waiver or reference to a judicial referee. A joint account with right of survivorship is the property of each co-owner and payable to either co-owner or to the surviving co-owner(s) if a co-owner dies.

**By checking the box marked "ATM/Debit Card Requested?" I/we hereby request** an Automatic Teller Machine Card and/or a Debit Card.
**By signing below, I/we consent** to the issuance of an ATM card and/or Debit Card to the other account holders indicated below.
**By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN).

☐ **Nonresident Alien Status (if applicable)** If you and all of the joint owners of this account are foreign persons, check here and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9**
**Certification** – Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a US citizen or other US person (Defined in the W-9 instructions); and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions**
You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

> **The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| Tax ID Number (SSN, EIN or ITIN) | Rpt. Interest On Yes/No | Printed Name or Fiduciary Title | Required: • Sign Next to Name or Fiduciary Title (Line 1) • Sign Next to all other Printed Names | Date | ATM/Debit Card Request? Check if Yes (Dep. Accts. Only) |
|---|---|---|---|---|---|
| 1. ███ 3143 | ☒ | KAINE WEN 2017 TRUST | *Kaine Wen* | 2/21/18 | ☐ |
| 2. ███ 3143 | ☐ | KAINE WEN | *Kaine Wen* | 2/21/18 | ☐ |
| 3. | ☐ | | | | ☐ |
| 4. | ☐ | | | | ☐ |
| 5. | ☐ | | | | ☐ |

© 2016 Bank of America, N.A. All Rights Reserved

NCA
00-14-9295M  11-2016



BOA CID response

Page 1 of 2

Pl. Ex. 23
BANA_CFPB_WEN_000015
p. 248

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

**Account Number:** ███████ 9645

| TEXAS & NORTH CAROLINA ONLY: | **JOINT OWNERSHIP TYPE SELECTION:**<br>TX (V.T.C.A., Estates Code §113.151), NC (N.C.G.S. § 53-C-6-6) |
|---|---|

During the lifetime of the co-owners of the account, the Bank may pay the money in the account to, or on the order of, any person named on the account.

**Joint Accounts can be with or without survivorship.**

**With survivorship** means upon the death of one joint owner, the money remaining in the account will belong to the surviving joint owner(s), and will not be inherited by the heirs of the deceased joint owner or controlled by the deceased owner's will.

**Without survivorship** means if one of the owners dies, the deceased owner's ownership interest in the account passes as part of the owner's estate under the owner's will or by intestacy if there is no will.

## TX and NC only — select one of the following options:

**Joint Account Survivorship Selection for TX and NC only:**

☐  Joint Account - With Survivorship/Tenants by Entireties (with Survivorship for Spouses)     **OR**

☐  Joint Account – Without Survivorship

---

**Review Information**

**Customer 1**   KAINE WEN 2017 TRUST
Name _____          TAX ID NUMBER
Review Information _____ ██████ _____

**Customer 2**   KAINE WEN
Name _____          US DRIVER LICENSE W/PHOTO
Review Information _____ ██████ _____

**Customer 3**
Name _____
Review Information _____

**Customer 4**
Name _____
Review Information _____

**Customer 5**
Name _____
Review Information _____

---

**Bank Information**

| | |
|---|---|
| **Date** | 02/21/2018 |
| **Financial Center Name** | WOODBURY |
| **Employee's Name** | Paquillo, Uzma |
| **Employee's Phone Number** | 949-726-8200 |

NCA
00-14-9295M  11-2016



BOA CID response

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

Pl. Ex. 23
BANA_CFPB_WEN_000676
p. 249

**Bank of America** 〰️

Certificate
of Trust

Account Number ▓▓▓▓9645

The undersigned (or if there are more than one, each of the undersigned) hereby certifies that he/she is the trustee, (and if more than one, collectively are all of the trustees) ("Trustee(s)") under a trust agreement as follows:

1.  Trust Name. The complete name of the Trust is

KAINE WEN 2017 TRUST

2.  Name of Grantor(s)  *Kaine Wen*

3.  Tax Identification Number for Trust: ▓▓▓▓▓▓

4.  Execution and Existence. The Trust exists as of the date of this Certification of Trust, and the Trust's governing instrument was executed on   02/21/2018   , and, if applicable, was later amended on

5.  Governing Laws. The Trust's governing instrument was made under the laws of the State of *California*, and the Trust is governed by the laws of the State of *California*

I (We) as Trustee, certify to Bank of America N.A. ("Bank") that the above identified Trust and amendments to it, if any, is in full force and effect and has not been revoked, modified or amended in any manner that would cause the representations contained in this Certificate of Trust to be incorrect or misleading. In addition, to the undersigned Trustee's knowledge, there are no claims, challenges of any kind, or cause of action alleged that contest or question the validity of the Trust or the Trustee's authority to act for the Trust.

I (We) further certify to the Bank that the above identified Trust and amendments contain provisions that specify the following rights, powers, duties, limitations and immunities applicable to the Trustee, beneficiaries and others:

   A.  The Trustee has full authority to open accounts, sign and endorse checks or other orders for payment of money, make withdrawal by electronic funds transfer, obtain access devices for the purpose of initiating electronic funds transfers, rent safe deposit boxes, execute and deliver wire transfer agreements, and otherwise transact business with the Bank, on behalf of the Trust;
   B.  The Trustee has the power to appoint agents, including attorneys-in-fact and deputies, and delegate to them discretionary decision-making powers;
   C.  The Bank is not obligated to inquire as to the Trustee's powers or to see to the application of any money or property delivered to the Trustee and may assume that the Trust is in full force and effect, that the Trustee is authorized to act, and that their acts are in accordance with the provisions of the Trust.
   D.  If more than one Trustee, to the extent the Trustees are required to act jointly, the Trustees may fulfill that obligation prior to taking any action with respect to banking activities and that Bank may accept and rely on the signature of any one Trustee for any and all actions taken on behalf of the Trust.

All accounts or safe deposit boxes shall be opened and maintained in accordance with the terms of the Bank's Deposit Agreement and Disclosures and/or the applicable Safe Deposit Box rental agreement as well as rules and regulations for such accounts and safe box rental, as they may be amended from time to time.

In the event that one of the undersigned is unable to act or resigns, or upon the death of the trustee or the survivor of two or more trustees, the Bank is authorized to follow the directions of any successor trustee. The following individual(s) is/are designated to succeed me/us as Trustee of this Trust (LIST ALL CO-TRUSTEES ON ONE LINE):

   First Successor  *No successor trustee designated in Trust agreement.*

   Second Successor _____

The undersigned agree to notify the Bank promptly in writing of the termination of the Trust or any amendment to the Trust that would affect any certification made in this Certificate of Trust. The Bank shall not be deemed on notice of any revocation or amendment of the Trust agreement until the Trustee(s) or the successor Trustee(s) completes a new Certification and the Bank has had reasonable time to act thereon.

I/We will comply with all requirements of the applicable statutes, governing instrument or court order concerning delegation of duties including, without limitation, any requirement to provide written notice of the delegation to beneficiaries of the trust.

I/We, individually and in my/our fiduciary capacity as trustee, do hereby agree to indemnify and hold harmless the Bank from any claim or liability, including attorney's fees, arising or relating in any way to the Bank's reliance on this Certificate of Trust.

Dated: *02/21/18*

*[signature]*                                      **Trustee Signatures**

_____          _____
Individually and as Trustee                              Individually and as Co-Trustee

_____          _____
Individually and as Co-Trustee                          Individually and as Co-Trustee

NCA
00-14-9287M  04-2015

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

**Bank of America** ⟫⟫⟫

BANK OF AMERICA, N.A. (THE "BANK")

**Certified Copy of Corporate Resolutions - Opening and Maintaining Deposit Accounts and Services**

Account Number: ▐ 6799

Name of Corporation    HOLD THE DOOR, CORP

I, the undersigned, hereby certify to    BANK OF AMERICA, N.A.

that I am the Secretary/Assistant Secretary and the designated keeper of the records and minutes of

HOLD THE DOOR, CORP                                                , duly organized and existing under the laws of the

State of _____Culifornia_____ (the "Corporation"); that the following is a true copy of resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly held on the __28__ day of __Jun__ __2017__ , at which a quorum was present and acted throughout or adopted by the unanimous written consent of the Board of Directors; and that such resolutions are in full force and effect and have not been amended or rescinded.

**1.  Resolved,** that    BANK OF AMERICA, N.A.                                                (the "Bank") is hereby designated as a depository of the Corporation and that deposit accounts and/or time deposits (CDs) be opened and maintained in the name of this Corporation with Bank in accordance with the terms of the Bank's Deposit Agreement and Disclosures and the applicable rules and regulations for such accounts; that any one of the following officers or employees of the Corporation:

X  KAINE WEN                                         CEO
Name                                                Title

_____              _____
Name                                                Title

_____              _____
Name                                                Title

_____              _____
Name                                                Title

is hereby authorized, on behalf of this Corporation and in its name, to execute and to sign any application, deposit agreement, signature card and any other documentation required by Bank to open said accounts; to sign checks, drafts, notes, bills of exchange, acceptances, time deposits (CDs) or other orders for payment of money; to endorse checks, drafts, notes, bills, time deposits (CDs) or other instruments owned or held by this Corporation for deposit with Bank or for collection or discount by Bank; to accept drafts, acceptances, and other instruments payable at Bank; to place orders with Bank for the purchase and sale of foreign currencies on behalf of this Corporation; to execute and deliver an electronic fund transfers agreement and to make transfers or withdrawals by electronic transfer on behalf of the Corporation; to obtain an access device (including but not limited to a card, code, or other means of access to the Corporation's accounts) that may be used for the purpose of initiating electronic fund transfers [Corporation agrees and acknowledges that neither the Electronic Funds Transfer Act (15 U.S.C. 1693 et seq.) nor Regulation E (12 C.F.R. Part 205) are applicable to any such access device]; to establish and maintain a night deposit relationship; to execute and deliver a wire transfer agreement and to request, or to appoint or delegate from time to time such persons who may request, wires of funds; to enter into any agreements with the Bank for the provision by Bank of various Treasury Management services to this Corporation as such officer or employee may determine, in his or her sole discretion, and to sign any and all documents and take all actions required by Bank relative to such Treasury Management services or the performance of the Corporation's obligations thereunder, and that any such Treasury Management agreement(s) shall remain in full force and effect until written notice to terminate given in accordance with the terms of any such agreement shall have been received by Bank and that such termination shall not affect any action taken by the Bank prior to such termination; to rent or lease a safe deposit box from Bank, to execute the rental agreement or lease, to enter the safe deposit box and to terminate the rental agreement or lease; to take whatever other actions or enter in to whatever other agreements relating to the accounts or investment of funds in such accounts with Bank and to execute, amend, supplement and deliver to Bank such agreements on behalf of the Corporation upon such terms and conditions as such officer or employee may deem appropriate and to appoint and delegate, from time to time, such person(s) who may be authorized to enter into such agreements and take any other actions pursuant to such agreements in connection with said accounts that the officer or employee deems necessary; and to waive presentment, demand, protest, and notice of protest or dishonor of any check, note, bill, draft, or other instrument made, drawn or endorsed by this Corporation; and

**2.  Further Resolved,** that the Bank be and is hereby authorized to honor, receive, certify, pay or exchange for money orders or other instruments all instruments signed in accordance with the foregoing resolutions even though such payment may create an overdraft or even though such instruments may be drawn or endorsed to the order of any officer or employee signing the same or tendered by such officer or employee or a third party for exchange or cashing, or in payment of the individual obligation of such officer or employee, or for deposit to such officer's or employee's personal account and Bank shall not be required or be under any obligation to inquire as to the circumstances of the issuance or use of any instrument signed in accordance with the foregoing resolutions or the application or disposition of such instrument or the proceeds thereof; and, further, that the Bank is authorized to honor any instructions regarding withdrawals, orders for payment or transfer of funds whether oral, by telephone or electronic means if such withdrawal, orders or transfer are initiated by an above authorized officer or employee; and

**3.  Further Resolved,** that the Bank be and is hereby requested, authorized and directed to honor and to treat as authorized, checks, drafts or other orders for the payment of money drawn or purportedly drawn in this Corporation's name, including those payable to the individual order of any person whose name appears thereon as signer thereof, when bearing or purporting to bear the facsimile signature of an officer or employee authorized in the foregoing resolutions and Bank shall be entitled to honor, to treat as authorized, and to charge this Corporation for such checks, drafts, or other orders regardless of by whom or by what means the actual or purported facsimile signature thereon may have been affixed thereto, if such signature resembles the facsimile specimen duly certified to or filed with the Bank by the Secretary or Assistant Secretary or other officer of this Corporation or if such facsimile signature resembles any facsimile signature previously affixed to any check, draft, or other order drawn in the Corporation's name, which check, draft, or other order was accepted and paid without timely objection by the Corporation, thereby ratifying the use of such facsimile signature; and the Corporation hereby indemnifies and holds the Bank harmless against any and all loss, cost, damage or expense suffered or incurred by the Bank arising out of or in any way related to the misuse or unlawful or unauthorized use by a person of such facsimile signature; and

NCA
00-14-9012M  11-2013



BOA CID response

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

BANA_CFPB_WEN_000018

Pl. Ex. 23
p. 251

Account Number: ▐▐▐▐ 6799

**4. Further Resolved,** that endorsements for deposit may be evidenced by the name of the Corporation being written or stamped on the check or other instrument deposited, without designation of the party making the endorsement, and Bank is authorized to supply any endorsement on any instrument tendered for deposit or collection; and

**5. Further Resolved,** that the Secretary or Assistant Secretary of this Corporation shall certify to Bank names and signatures of persons authorized to act on behalf of this Corporation under the foregoing resolutions and shall from time to time hereafter, as changes in the identity of said officers and employees are made, immediately report, furnish and certify such changes to Bank and shall submit to Bank a new account signature card reflecting such change(s) in order to make such changes effective and Bank shall be fully protected in relying on such certifications and shall be indemnified and saved harmless from any claims, demands, expenses, losses, or damages resulting from, or growing out of, honoring the signature of any officer or employee so certified, or refusing to honor any signature not so certified; and

**6. Further Resolved,** the foregoing resolutions shall remain in full force and effect and the authority herein given to all of said persons shall remain irrevocable as far as Bank is concerned until three (3) business days after Bank is notified in writing of the revocation of such authority and that receipt of such notice shall not affect any action taken by said Bank prior thereto; and

**7. Further Resolved,** that all transactions by any officer or employee of this Corporation on its behalf and in its name with Bank prior to the delivery to Bank of a certified copy of the foregoing resolutions are, in all respects, hereby ratified, confirmed, approved and adopted; and

**8. Further Resolved,** that the Secretary or Assistant Secretary be and hereby is, authorized and directed to certify these resolutions to said Bank and that the provisions hereof are in conformity with the Charter or Articles of Incorporation and Bylaws of this Corporation and that the Secretary or Assistant Secretary be, and hereby is, authorized and directed to certify, from time to time hereafter, the names of the holders of the above authorized titles and their signatures on any signature card or other documentation required by said Bank.

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of this Corporation, this _28_ day of _Jan_ 20_17_ .

_____
Secretary/Assistant Secretary

(Corporate Seal)     No Seal

| Bank Information | |
| --- | --- |
| Date | 01/28/2017 |
| Banking Center Name | AZUSA |
| Associate's Name | Luis Perez |
| Associate's Phone Number | 626-815-5780 |

NCA
00-14-9012M  11-2013

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

BOA CID response

**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

| Account Number: ████ 6799 | | Bank Number: 318 |
|---|---|---|

**Account Type:** ☒ Checking (DDA)   ☐ Savings (SAV)   ☐ Certificate of Deposit (CD)

**Account Title:**
HOLD THE DOOR, CORP

**Legal Designation:**

☐ Individual/Sole Proprietor   ☐ Trust/Estate   ☐ Unincorporated Association   ☐ C Corporation   ☒ S Corporation

☐ Partnership **(Enter the type of partnership: General, LP, LLP or LLLP)** _____

☐ Limited Liability Company **(Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership or M=Single Member Sole Proprietor)** ____

☐ Other **(Defined in W-9 instructions)** _____

Social Security Number _____   (or)   Employer Identification Number  81-5143753

By signing below, I/we acknowledge and agree that this account is and will be governed by the terms and conditions set forth in the account opening documents for my/our account, as they are amended from time to time. The account opening documents include the Deposit Agreement and Disclosures and the Business Schedule of Fees. Furthermore, **I/we acknowledge** the receipt of these documents. **By signing below, I/we acknowledge and agree** that the signature(s) will serve as verification for any transactions in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which **I/we want** interest reported.  The Deposit Agreement includes a provision for alternative dispute resolution.

☐ **Nonresident Alien Status (if applicable)** If the beneficial owner of this account is a foreign person, check here, and complete and sign the applicable Form(s) W-8.

**Substitute Form W-9.** Certification - Under penalties of perjury, I certify that: (1) The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me), and (2) I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) The IRS has notified me that I am no longer subject to backup withholding, and (3) I am a US citizen or other US person (Defined in the W-9 instructions) and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. (Please refer to the IRS instructions for Form W-9).

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

Exemptions (codes apply only to certain entities, not individuals; see instructions the IRS instructions for Form W-9):

> The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Name (typed or printed) | Title (if applicable) | Signature | Date |
|---|---|---|---|
| 1  KAINE WEN | CEO | x _Kaine Wen_ | 1/28/17 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

© 2016 Bank of America, N.A.  All Rights Reserved

CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

BANA_CFPB_WEN_000020

p. 253

**Account Number:** ███████ 6799

☐ **Signature Card Addendum on File**

**ATM/Deposit/Debit Card Request**

Provided that the account referenced above is eligible to receive automated teller machine cards and/or Debit Cards, I (as authorized by the resolutions and/or court documents and/or other agreements which authorize this account) hereby request the issuance of such cards to any of the authorized signers on this account.

X _Kaine Wen_                                          _CFO_
Authorized Signer                                      Title

---

**Review Information**

**Customer 1:**

Name    KAINE WEN

ID Type: US Driver License W/Photo    ID#: ███████    ID Issuer: California    Iss. Date: 08/2013    Exp. Date: 11/2017

ID Type: Other    ID#: 3143    ID Issuer: Soc Soc    Iss. Date: N/A    Exp. Date: N/A

**Customer 2:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 3:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 4:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

**Customer 5:**

Name

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

ID Type:    ID#:    ID Issuer:    Iss. Date:    Exp. Date:

---

**Bank Information**

Date    01/28/2017

Financial Center Name    AZUSA

Employee's Name    Luis Perez

Employee's Phone Number    626-815-5780

NCA

00-14-9297M  11-2016



CONFIDENTIAL TREATMENT REQUESTED BY BANK OF AMERICA, N.A SUBJECT TO 12 U.S.C. §§ 1828(x), 1821(t)

**Exhibit**

# CHASE 🟧

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
PRIME CONSULTING LLC

**BUSINESS ADDRESS**

EL MONTE, CA

| | | |
|---|---|---|
| **ACCOUNT NUMBER** | 0325 | |
| **ACCOUNT TYPE** | Chase Total Business Checking | |
| **TAXPAYER ID NUMBER** | 82-6338020 | |
| **DATE OPENED** | 04/27/2018 | |
| **FORM OF BUSINESS** | Limited Liability Company - Member Managed (LLC) | |
| **ISSUED BY** | JPMorgan Chase Bank, N.A ( 703 ) | |
| | Los Olivos - 219952 | |
| | MAJID EL KANTAR | |
| | (949) 255-0853 | |
| | 04/27/2018 | |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | 2012-000059038 | WY | 12/24/2013 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | LE TRONG HIEU HO | | | Member | 04/27/18 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

BD22749-19-CB (5/14 v3)

  **CHASE** 

**BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)**

___ X___ NEW   _____ CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>▮▮▮▮025 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE<br>PRIME CONSULTING LLC | BRANCH NAME AND NO.<br>Los Olivos - 219982 |
| | DATE<br>04/27/2018 |
| BUSINESS ADDRESS | PREPARED BY<br>MAJID EL KANTAR |
| | PHONE NO.<br>(949) 255-0853 |
| EL MONTE, CA ▮▮▮▮▮▮ | |
| TAXPAYER ID NO.<br>82-5339020 | PRODUCT TYPE<br>Chase Total Business Checking |

Legal Name of Organization: PRIME CONSULTING LLC                                        (the "Organization")

State of Organization:  WY

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| LE TRONG HIEU HO | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.
Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-8 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

M1207-04-C5  (5/14 v2)              JPMorgan Chase Bank, N.A. Member FDIC                   Page 1 of 2   

SB1072432-F1

  

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ___:325

Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Member or Manager
Printed Name: LE TRONG HIEU HO

Date: 04/27/18

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

Member or Manager
Printed Name:                                                                 Date

(Attach additional pages if necessary to reflect all Members or Managers)

DISTRIBUTION: 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS  (5/14 v2)                                                        Page 2 of 2   



JPMC CID response

T-011558-00000241

# CHASE ◘

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** | **ACCOUNT NUMBER** ___ 128 |
| TRUE COUNT STAFFING INC. | **ACCOUNT TYPE** Chase Total Business Checking |
| | **TAXPAYER ID NUMBER** 62-0054248 |
| | **DATE OPENED** 04/13/2017 |
| | **FORM OF BUSINESS** C-Corporation |
| **BUSINESS ADDRESS** | **ISSUED BY** JPMorgan Chase Bank, N.A ( 703 ) |
| 777 E SIERRA MADRE AVE | Los Olivos - 219982 |
| | MAJID EL KANTAR |
| AZUSA, CA 91702-1493 | (949) 255-0353 |
| | 04/13/2017 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 02/13/2017 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you so that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use that messaging, collect or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | MARIE WEH | | 3143 | President | 04/13/17 | K...wh |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M125741-12-CS (3/14+1)

Pl. Ex. 24
p. 259

JPMC CID response

T-011558-00000242

**BUSINESS ACCOUNT ADD SIGNERS FORM**

| | | | |
|---|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖ | | | |
| | | | |
| | | | |

NAME OF BUSINESS  TRUE COUNT STAFFING INC.

TAX

BUSINESS ADDRESS 777 E SIERRA MADRE AVE. AZUSA, CA 91702-1493

BRANCH NAME AND NO. LOS OLIVOS - 219982          BANK NO. 703          BRANCH P

INTEROFFICE MAILCODE CA2-4697          PREPARED BY: NAME  MAJID EL KANTAR

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| TUONG T NGUYEN | SIGNER | Tuong |

| Identification | ID Number | Issuer | Issua |
|---|---|---|---|
| 1) Driver's License | ▆▆▆▆▆ | CA | 11/ |
| 2) None | | | |

Account Numbers:
| ▆▆▆1126 | | | |
|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issua |
|---|---|---|---|

Account Numbers:
| | | | |
|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issua |
|---|---|---|---|

Account Numbers:
| | | | |
|---|---|---|---|

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For G |
|---|---|---|---|
| _Ken Ma_ | 04/13/17 | | |
| Secretary | Date | Owner/Sole Proprietor | Date |  Partner/Member/Manager  Date | Certify |

‖‖‖‖‖‖‖‖‖‖‖

1

JPMon

Pl. Ex. 24
p. 260

JPMC CID response

T-011558-00000243



**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

CHASE ♦

___X___ NEW  _____ CHANGE

ACCOUNT NO.
██████1126
ACCOUNT TITLE
TRUE COUNT STAFFING INC.

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )
BRANCH NAME AND NO.
Los Olivos - 219982
DATE
04/13/2017
PREPARED BY
MAJID EL KANTAR

BUSINESS ADDRESS
777 E SIERRA MADRE AVE

PHONE NO.
(949) 255-0853

AZUSA, CA 91702-1493
TAXPAYER ID NO.
82-0854249

PRODUCT TYPE
Chase Total Business Checking

Legal Name of Organization:   TRUE COUNT STAFFING INC.                                                      (the "Organization")

State of Organization:   CA

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| KAINE WEN | President | |
| | | |
| | | |
| | | |
| | | |
| | | |

| SIGNER(S) TO BE ADDED LATER |
|---|

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature:  _____                                          Date:  04/13/2017

Title:  President

Printed Name:  KAINE WEN



DISTRIBUTION: 1) National Account Services 2) Customer
Page 1 of 2

JPMorgan Chase Bank, N.A. Member FDIC
M1 207-03-CS (03/16)



Pl. Ex. 24
p. 261

JPMC CID response

T-011558-00000244

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**          **CHASE** 🟦

ACCOUNT NO. █1126

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

Signature: _____          Date: _____
Title: _____
Printed Name: _____

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 2                                                   M1 207-03-CS (03/16)

                                         

**BUSINESS ACCOUNT ADD SIGNERS FORM**

| | | |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖ | | |
| | | |
| | | |

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

T.

BUSINESS ADDRESS  29901 SANTA MARGARITA PKWY STE 200F, RANCHO SANTA MARGARITA, CA

BRANCH NAME AND NO.  RANCHO SANTA MARGARITA - 744618                    BANK NO.  703                    BRANCH

INTEROFFICE MAILCODE  CA2-5138              PREPARED BY: NAME  RASHIM R RATHOD

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| TUONG T NGUYEN | SIGNER | |
| Identification<br>1) Driver's License<br>2) None | ID Number ▇▇▇ | Issuer<br>CA | Iss |
| Account Numbers: | | |
| ▇▇1522 | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |
| Identification | ID Number | Issuer | Iss |
| Account Numbers: | | |
| | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |
| Identification | ID Number | Issuer | Iss |
| Account Numbers: | | |
| | | |

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | Fo |
|---|---|---|---|---|---|---|
| Secretary  President | 6/28/16<br>Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Ce |

‖‖‖‖‖‖‖‖‖‖                    1                    JPI

Pl. Ex. 24
p. 263

T-011558-00001012

**BUSINESS ACCOUNT ADD SIGNERS FORM**

| | | | |
|---|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖ | | | |
| | | | |
| | | | |

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TA

BUSINESS ADDRESS 5350 E SUNCREST RD, ANAHEIM, CA 92807-3727

BRANCH NAME AND NO. BARRANCA AND VON KARMAN - 138316          BANK NO. 703          BRANCH

INTEROFFICE MAILCODE CA2-1600          PREPARED BY: NAME  MICHAEL MILLAN

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | | Signature | |
|---|---|---|---|---|
| KAINE WEN | SIGNER | | | |
| Identification | | ID Number · | Issuer | Issu |
| 1) Driver's License | | ▓▓▓▓ | CA | 0 |
| 2) None | | | | |
| Account Numbers: | | | | |
| ▓▓1522 | | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | | Signature | |
|---|---|---|---|---|
| Identification | | ID Number | Issuer | Issu |
| Account Numbers: | | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | | Signature | |
|---|---|---|---|---|
| Identification · | | ID Number | Issuer | Issu |
| Account Numbers: | | | | |

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents 
accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | For |
|---|---|---|---|---|
| Secretary | 9-4-15   Date   Owner/Sole Proprietor | Date | Partner/Member/Manager   Date | Cert |

‖▓▓▓▓▓▓▓▓‖                                        1                                        JPM

Pl. Ex. 24
p. 264

JPMC CID response

T-011558-00001013

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

_____ NEW __X__ CHANGE

**CHASE** ○

ACCOUNT NO.
████1522

ACCOUNT TITLE
CONSUMER ADVOCACY CENTER INC.

BUSINESS ADDRESS
5350 E SUNCREST RD
ANAHEIM, CA 92807-3727
United States/US Territories

TAXPAYER ID NO.
47-1590303

PRODUCT TYPE
Chase Total Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.
Barranca and Von Karman - 138316

DATE
09/23/2015

PREPARED BY
MICHAEL MILLAN

PHONE NO.
(949) 255-1892

Legal Name of Organization:   CONSUMER ADVOCACY CENTER INC.                                      (the "Organization")

State of Organization: __CA__

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable to or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| GERMAN S SANTIBANEZ | Signer | |
| ALBERT KIM | PRESIDENT | |
| KAINE WEN | Signer | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _____     Date: 9/23/15

Title: __President__

Printed Name: __ALBERT KIM__

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC
M1 207-03-CS (05/14)



Pl. Ex. 24
p. 265

T-011558-00001014

**BUSINESS ACCOUNT REMOVE SIGNERS FORM**

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TA

BUSINESS ADDRESS  5350 E SUNCREST RD, ANAHEIM, CA 92807-3727

BRANCH NAME AND NO.  BARRANCA AND VON KARMAN - 138316          BANK NO.  703          BRANCH

INTEROFFICE MAILCODE  CA2-1600          PREPARED BY: NAME  MICHAEL MILLAN

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**
GERMAN S SANTIBANEZ

**Account Numbers:**

| 1522 | | | |
|------|--|--|--|

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

| | | | |
|--|--|--|--|

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):
**Name of the Signer to Remove:**

**Account Numbers:**

| | | | |
|--|--|--|--|

Please remove the following signer from the accounts listed below (other authorized signers on record do not change).
**Name of the Signer to Remove:**

**Account Numbers:**

| | | | |
|--|--|--|--|

**CERTIFICATION**
The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other document account

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For |
|---|---|---|---|---|---|---|
| Secretary | 9/23/15 Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Cert |
| | | | | | | |

1

JP

  

## Business Signature Card

ER INC.

| | |
|---|---|
| ACCOUNT NUMBER | ▮1522 |
| ACCOUNT TYPE | Chase Total Business Checking |
| TAXPAYER ID NUMBER | 47-1590303 |
| DATE OPENED | 08/25/2014 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |

Redacted Confidential

Laguna Niguel Greenfield - 741119

BRETT M SANTOS

(949) 349-9082

08/25/2014

| PRIMARY ID NUMBER | ISSUER CA | ISSUANCE DATE 08/06/2014 | EXPIRATION DATE |
|---|---|---|---|
| SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |

nature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, nd warrants that (i) the signatures appearing below are genuine or facsimile signatures of and (ii) all necessary actions or formalities, where necessary, have been taken to authorize entitled to rely on the authority of the named person(s) until written revocation of such or certifies that the information provided to the Bank is true to the best of its knowledge and credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit unt agreement, which include all provisions that apply to this deposit account, and other llysis and other treasury management services if applicable, and agree to be bound by the nded from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| | | President | 8-25-14 | |
| | 5610 | Signer | 8/25/14 | |

Page 1 of 1

M1207-01-13-CS (3/14)



Pl. Ex. 24
p. 267

JPMC CID response

T-011558-00001016

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**　　　**CHASE** 〇

__X__ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>_____ 1522 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE<br>CONSUMER ADVOCACY CENTER INC. | BRANCH NAME AND NO.<br>Laguna Niguel Greenfield - 741119 |
| | DATE<br>08/25/2014 |
| BUSINESS ADDRESS<br>5350 E SUNCREST RD | PREPARED BY<br>BRETT M SANTOS |
| ANAHEIM, CA 92807-3727 | PHONE NO.<br>(949) 349-9082 |
| TAXPAYER ID NO.<br>47-1590303 | PRODUCT TYPE<br>Chase Total Business Checking |

Legal Name of Organization:    CONSUMER ADVOCACY CENTER INC.　　　　　　　　　　　　　　　　(the "Organization")

State of Organization:    CA

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| GERMAN S SANTIBANEZ | President | |
| ALBERT KIM | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**

*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _German Santy_ (signature)　　　　　　　　　　　Date: 8-25-14

Title:  President

Printed Name:  GERMAN S SANTIBANEZ

DISTRIBUTION: 1) National Account Services 2) Customer　　　JPMorgan Chase Bank, N.A. Member FDIC

M1 207-03-CS (05/14)

Pl. Ex. 24
p. 268

T-011558-00001017

  

## Business Signature Card

ER INC.

Redacted Confidential

| | |
|---|---|
| ACCOUNT NUMBER | ▮▮▮1522 |
| ACCOUNT TYPE | Chase Total Business Checking |
| TAXPAYER ID NUMBER | 47-1590303 |
| DATE OPENED | 08/25/2014 |
| FORM OF BUSINESS | S-Corporation |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| | Laguna Niguel Greenfield - 741119 |
| | BRETT M SANTOS |
| | (949) 349-9082 |
| | 08/25/2014 |

| PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|
| ▮▮▮ | CA | 08/06/2014 | |

| SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|
| | | | |

nature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, nd warrants that (i) the signatures appearing below are genuine or facsimile signatures of and (ii) all necessary actions or formalities, where necessary, have been taken to authorize entitled to rely on the authority of the named person(s) until written revocation of such or certifies that the information provided to the Bank is true to the best of its knowledge and credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit unt agreement, which include all provisions that apply to this deposit account, and other alysis and other treasury management services if applicable, and agree to be bound by the nded from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| ▮▮▮ | ▮▮▮ | President | 8-25-14 | *Steven Santiago* |
| | ▮▮-5610 | Signer | 8/25/14 | *(signature)* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 1 of 1

M1207-01-13-CS (3/14)



JPMC CID response

Pl. Ex. 24
p. 269

T-011558-00001018

  

## BUSINESS DEPOSITORY CERTIFICATE (Corporation)  CHASE ⬤

___X___ NEW  _____ CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>████1522 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE<br>CONSUMER ADVOCACY CENTER INC. | BRANCH NAME AND NO.<br>Laguna Niguel Greenfield - 741119 |
| | DATE<br>08/25/2014 |
| BUSINESS ADDRESS<br>5350 E SUNCREST RD | PREPARED BY<br>BRETT M SANTOS |
| ANAHEIM, CA 92807-3727 | PHONE NO.<br>(949) 349-9082 |
| TAXPAYER ID NO.<br>47-1590303 | PRODUCT TYPE<br>Chase Total Business Checking |

Legal Name of Organization:   CONSUMER ADVOCACY CENTER INC.                                                          (the "Organization")

State of Organization:   CA

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| GERMAN S SANTIBANEZ | President | |
| ALBERT KIM | Signer | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
*The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.*

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Signature: _[signature]_                                                                     Date: _8-25-14_

Title:   President

Printed Name:   GERMAN S SANTIBANEZ

DISTRIBUTION: 1) National Account Services 2) Customer          JPMorgan Chase Bank, N.A. Member FDIC

M1 207-03-CS (05/14)

Pl. Ex. 24
p. 270

JPMC CID response

T-011558-00001019

**CHASE** ◯

BUSINESS ACCOUNT ADD SIGNERS FORM

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2488

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707      BANK NO.  703      BRANCH PHONE NO.  (626) 224-9812

INTEROFFICE MAILCODE  CA2-4550      PREPARED BY: NAME  DIANE F BUITRAGO      DATE: 01/24/2017

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KAINE WEN | SIGNER | | 1/24/17 |
| Identification 1) Driver's License 2) None | ID Number | Issuer CA | Issuance Date 12/05/2016 | Expiration Date 11/15/2017 |

Account Numbers:  1651  261  0788

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for such accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

**SB1020367-F1**                    **16**

JPMC CID response

T-011558-00005305

**CHASE O**

BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO. 47-1590303

BUSINESS ADDRESS 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO. FOOTHILL AND SAN GABRIEL - 152707      BANK NO. 703      BRANCH PHONE NO. (626) 224-9812

INTEROFFICE MAILCODE CA2-4550      PREPARED BY: NAME DIANE F BUITRAGO      DATE: 01/24/2017

| Name of the Signer to Add | Title | Signature | | Date |
|---|---|---|---|---|
| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
| KANE WEN | SIGNER | | | 1/24/17 |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| 1) Driver's License | | CA | 12/09/2016 | 11/19/2017 |
| 2) None | | | | |

Account Numbers:
1651
0786      2201

| Name of the Signer to Add | Title | Signature | | Date |
|---|---|---|---|---|
| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

| Name of the Signer to Add | Title | Signature | | Date |
|---|---|---|---|---|
| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) listed above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

Pl. Ex. 24
p. 272

JPMC CID response

T-011558-00005306

**CHASE ◯**

BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

| BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707 | BANK NO.  703 | BRANCH PHONE NO.  (626) 224-9812 |
|---|---|---|

| INTEROFFICE MAILCODE  CA2-4590 | PREPARED BY: NAME  DIANE F BUITRAGO | | | DATE: 01/24/2017 |
|---|---|---|---|---|

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | | Date |
|---|---|---|---|---|
| KAINE WEN | SIGNER | | | 1/24/17 |
| Identification 1) Driver's License 2) none | ID Number | Issuer CA | Issuance Date 12/20/2016 | Expiration Date 11/15/2017 |

| Account Numbers: | 651 | | | |
|---|---|---|---|---|
| 0766 | 291 | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with restrictions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are above.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

SB1020367-F1                    18

**CHASE** ⬡

BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707     BANK NO.  703     BRANCH PHONE NO.  (626) 224-9812

INTEROFFICE MAILCODE  CA2-4550     PREPARED BY: NAME  DIANE F BUITRAGO     DATE:  01/24/2017

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KANIE WEN | SIGNER | | 1/24/17 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | CA | 12/20/2016 | 11/13/2017 |
| 2) None | | | | |

Account Numbers:  1651  
0786   2251

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change)

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

Pl. Ex. 24
p. 274

JPMC CID response

T-011558-00005308

BUSINESS ACCOUNT ADD SIGNERS FORM

CHASE 🏦

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1580303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707          BANK NO.  703          BRANCH PHONE NO.  (626) 224-8812

INTEROFFICE MAILCODE  CA2-4550          PREPARED BY: NAME  DIANE F BUITRAGO          DATE: 01/24/2017

*Please add the following signer to the accounts listed below (other authorized signers on record do not change)*

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KAINE WEN | SIGNER | | 1/24/17 |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| 1) Driver's License | | CA | 12/09/2016 | 11/15/2017 |
| 2) None | | | | |

Account Numbers:  1651
0785  2261

*Please add the following signer to the accounts listed below (other authorized signers on record do not change).*

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

*Please add the following signer to the accounts listed below (other authorized signers on record do not change).*

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |

| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct

| For a Cooperative or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

JPMorgan Chase Bank, N.A. Member FDIC

Pl. Ex. 24
p. 275

JPMC CID response

T-011558-00005309

CHASE ⬡

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO. 47-1590303

BUSINESS ADDRESS 173 TECHNOLOGY DR STE 202, IRVINE, CA 92018-2489

BRANCH NAME AND NO. FOOTHILL AND SAN GABRIEL - 152707          BANK NO. 703          BRANCH PHONE NO. (626) 224-9812

INTEROFFICE MAILCODE CA2-4550          PREPARED BY: NAME DIANE F BUITRAGO          DATE: 01/24/2017

| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| KAINE WEN | SIGNER | | | 1/24/17 |
| Identification 1) Driver's License 2) none | ID Number | Issuer CA | Issuance Date 12/30/2016 | Expiration Date 11/15/2017 |

Account Numbers:
1851
0785   2261

| Please add the following signer to this accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

| Please add the following signer to this accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

**CERTIFICATION**

The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

1          JPMorgan Chase Bank, N.A. Member FDIC

SB1020367-F1

10

Pl. Ex. 24
p. 276

JPMC CID response

T-011558-00005310

CHASE ◎

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707        BANK NO.  703        BRANCH PHONE NO.  (626) 224-9812

INTEROFFICE MAILCODE  CA2-4550        PREPARED BY: NAME  DIANE F BUITRAGO        DATE:  01/24/2017

| Please add the following signer to the accounts listed below (other authorized signers on record do not change). | | | | | |
|---|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | | Date |
| KAINE WEN | SIGNER | | Signature | | 1/24/17 |
| Identification | ID Number | Issuer | | Issuance Date | Expiration Date |
| 1) Driver's License | | CA | | 12/09/2016 | 11/15/2017 |
| 2) State | | | | | |
| Account Numbers: | 1651 | | | | |
| 20788 | 2261 | | | | |

| Please add the following signer to the accounts listed below (other authorized signers on record do not change). | | | | | |
|---|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | | Date |
| | | | | | |
| Identification | ID Number | Issuer | | Issuance Date | Expiration Date |
| | | | | | |
| Account Numbers: | | | | | |

| Please add the following signer to the accounts listed below (other authorized signers on record do not change). | | | | | |
|---|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | | Date |
| | | | | | |
| Identification | ID Number | Issuer | | Issuance Date | Expiration Date |
| | | | | | |
| Account Numbers: | | | | | |

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary        Date | Owner/Sole Proprietor        Date | Partner/Member/Manager        Date | Certifying Official        Date |

JPMorgan Chase Bank, N.A.  Member FDIC

1

SB1020367-F1        12

Pl. Ex. 24
p. 277

JPMC CID response

T-011558-00005312

CHASE ◑

BUSINESS ACCOUNT ADD SIGNERS FORM

| | | | | |
|---|---|---|---|---|
| ‖‖‖‖‖‖‖ | | | | ‖‖‖‖‖‖‖ |
| ‖‖‖‖‖‖‖ | | | | |
| ‖‖‖‖‖‖‖ | | | | |

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707 *      BANK NO.  703      BRANCH PHONE NO.  (626) 224-9812

INTEROFFICE MAILCODE  CA2-4550      PREPARED BY: NAME  DIANE F BUITRAGO      DATE:  01/24/2017

| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| KAINE WEN | SIGNER | *[signature]* | | 1/24/17 |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |
| 1) Driver's License | | CA | 12/09/2016 | 11/19/2017 |
| 2) None | | | | |

| Account Numbers: | 1551 | | |
|---|---|---|---|
| ▮▮▮▮0765 | 2291 | | |

| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

| Please add the following signer to the accounts listed below (other authorized signers on record do not change) | | | | |
|---|---|---|---|---|
| Name of the Signer to Add | Title | Signature | | Date |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For Government Entity: | |
|---|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Certifying Official | Date |

‖▮‖▮‖▮‖▮‖                                                    †                            JPMorgan Chase Bank, N.A. Member FDIC   ⟳

SB1020367-F1                                    13

**CHASE** ◯

BUSINESS ACCOUNT ADD SIGNERS FORM

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TAXPAYER ID NO.  47-1590303

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707          BANK NO.  703          BRANCH PHONE NO.  (626) 224-9812

INTEROFFICE MAILCODE  CA2-4550          PREPARED BY: NAME  DIANE F BUITRAGO          DATE: 01/24/2017

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| KAINE WEN | SIGNER | Kai-W— | 1/24/17 |
| Identification 1) Drivers License 2) None | ID Number | Issuer CA | Issuance Date 12/29/2016 | Expiration Date 11/9/2017 |

Account Numbers:

| 651 |
|---|
| 0786 | 261 |

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature | Date |
|---|---|---|---|
| | | | |
| Identification | ID Number | Issuer | Issuance Date | Expiration Date |

Account Numbers:

CERTIFICATION
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | For Sole Proprietorship: | For Partnership or Limited Liability Company: | For Government Entity: |
|---|---|---|---|
| Secretary          Date | Owner/Sole Proprietor          Date | Partner/Member/Manager          Date | Certifying Official          Date |

JPMorgan Chase Bank, N.A. Member FDIC

1

Pl. Ex. 24
p. 279

JPMC CID response

T-011558-00005314

# CHASE ⬡

**Business Signature Card**

| | |
|---|---|
| **ACCOUNT TITLE ("DEPOSITOR")** CONSUMER ADVOCACY CENTER INC. | **ACCOUNT NUMBER** ▮▮2281 **ACCOUNT TYPE** Chase Total Business Checking **TAXPAYER ID NUMBER** 47-1590303 **DATE OPENED** 01/17/2017 **FORM OF BUSINESS** S-Corporation **ISSUED BY** JPMorgan Chase Bank, N.A ( 703 ) |
| **BUSINESS ADDRESS** 173 TECHNOLOGY DR STE 202 IRVINE, CA 92618-2489 | Rancho Santa Margarita - 744618 MARY BITAR (949) 635-6872 01/17/2017 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 08/06/2014 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | ALBERT KIM | | ▮-5610 | President | 1/17/17 | |
| 2) | TUONG T NGUYEN | | ▮-2198 | Signer | 1/17/17 | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

M1207-01-13-CS (3/14 v3)



Pl. Ex. 24 p. 280

JPMC CID response

T-011558-00005402

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**

CHASE ○

X ___ NEW ___ CHANGE

| | |
|---|---|
| ACCOUNT NO. ____2251 | BANK NAME/NUMBER JPMorgan Chase Bank, N.A ( 703 ) |
| ACCOUNT TITLE CONSUMER ADVOCACY CENTER INC. | BRANCH NAME AND NO. Coastal Orange Co - 744619 |
| | DATE 01/17/2017 |
| BUSINESS ADDRESS 173 TECHNOLOGY DR STE 202 | PREPARED BY MARY BITAR |
| | PHONE NO. (949) 635-6872 |
| IRVINE, CA 92618-2489 | |
| TAXPAYER ID NO. 47-1590093 | PRODUCT TYPE Chase Total Business Checking |

Legal Name of Organization:   CONSUMER ADVOCACY CENTER INC.                     (the "Organization")

State of Organization:  CA

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**

Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**

Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signature |
|---|---|---|
| ALBERT KIM | President | |
| TUONG T NGUYEN | Signer | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER KAINE WEN, EXP 02/10/2017

**Facsimile Signature Authorization**

The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**

The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ (According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.)

**CERTIFICATION**

The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out Item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                     Date: 01/17/2017

Title:   President

Printed Name:  ALBERT KIM

DISTRIBUTION: 1) National Account Services 2) Customer       JPMorgan Chase Bank, N.A. Member FDIC

Page 1 of 2                                               M1 207-03-CS (03/16)



**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TA

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707          BANK NO.  703          BRANCH

INTEROFFICE MAILCODE  CA2-4550          PREPARED BY: NAME  DIANE F BUITRAGO

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| KAINE WEN | SIGNER | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|
| 1) Driver's License | | CA | 1 |
| 2) None | | | |

| Account Numbers: | 1651 | | |
|---|---|---|---|
| 0786 | 2261 | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|

Account Numbers:

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|

Account Numbers:

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents accounts. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For |
|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Cer |
| | | | | | | |

Pl. Ex. 24
p. 283

T-011558-00005405

**BUSINESS ACCOUNT ADD SIGNERS FORM**

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707          BANK NO.  703

INTEROFFICE MAILCODE  CA2-4550          PREPARED BY: NAME  DIANE F BUITRAGO

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| KAINE WEN | SIGNER | |

Identification
1) Driver's License
2) None

ID Number ███  Issuer CA

Account Numbers:  1651  0786  2261

CERTIFICATION

For Corporation or Unincorporated Association or Organization:
Secretary

For Sole Proprietorship:
Owner/Sole Proprietor

For Partnership or Limited Liability Company:
Partner/Member/Manager

Pl. Ex. 24
p. 284

JPMC CID response

T-011558-00005406

**BUSINESS ACCOUNT ADD SIGNERS FORM**

| | | | | |
|---|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | | | |
| ▮▮▮▮▮▮▮▮ | | | | |
| ▮▮▮▮▮▮▮▮ | | | | |

NAME OF BUSINESS  CONSUMER ADVOCACY CENTER INC.

TA

BUSINESS ADDRESS  173 TECHNOLOGY DR STE 202, IRVINE, CA 92618-2489

BRANCH NAME AND NO.  FOOTHILL AND SAN GABRIEL - 152707          BANK NO.  703          BRANCH

INTEROFFICE MAILCODE  CA2-4590          PREPARED BY: NAME  DIANE F BUITRAGO

Please add the following signer to the accounts listed below (other authorized signers on record do not change).

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| KAINE WEN | SIGNER | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|
| 1) Driver's License | | CA | |
| 2) None | | | |

| Account Numbers: | 1651 | | | |
|---|---|---|---|---|
| 0786 | 2261 | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|
| | | | |

| Account Numbers: | | | |
|---|---|---|---|
| | | | |

Please add the following signer to the accounts listed below (other authorized signers on record do not change):

| Name of the Signer to Add | Title | Signature |
|---|---|---|
| | | |

| Identification | ID Number | Issuer | Issu |
|---|---|---|---|
| | | | |

| Account Numbers: | | | |
|---|---|---|---|
| | | | |

**CERTIFICATION**
The undersigned hereby certifies that the person(s) added as authorized signers on the account(s) indicated above have been added in accordance with resolutions or other documents on file. The undersigned further certifies that for those added as authorized signers, the names, titles and signatures are correct.

| For a Corporation or Unincorporated Association or Organization: | | For Sole Proprietorship: | | For Partnership or Limited Liability Company: | | For |
|---|---|---|---|---|---|---|
| Secretary | Date | Owner/Sole Proprietor | Date | Partner/Member/Manager | Date | Co |
| | | | | | | |
| | | | | | | JPM |

▮▮▮▮▮▮▮▮▮▮▮          ·1

JPMC CID response

T-011558-00005407

   

# CHASE ◯

## Business Signature Card

**ACCOUNT TITLE ("DEPOSITOR")**
CONSUMER ADVOCACY CENTER INC.

| | |
|---|---|
| **ACCOUNT NUMBER** | ▮651 |
| **ACCOUNT TYPE** | Chase Total Business Checking |
| **TAXPAYER ID NUMBER** | 47-1590303 |
| **DATE OPENED** | 01/17/2017 |
| **FORM OF BUSINESS** | S-Corporation |
| **ISSUED BY** | JPMorgan Chase Bank, N.A ( 703 ) |
| | Rancho Santa Margarita - 744618 |
| | MARY BITAR |
| | (949) 635-6872 |
| | 01/17/2017 |

**BUSINESS ADDRESS**
173 TECHNOLOGY DR STE 202

IRVINE, CA 92618-2489

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 08/06/2014 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | ALBERT KIM | ▮ | 5610 | President | 1/17/17 |  |
| 2) | TUONG T NGUYEN | ▮ | 2198 | Signer | 1/17/17 | Tmp |
| 3) | | | | | | |
| 4) | | | | | | |

M1207-01-13-CS (3/14 v3)

Scan ▯

JPMC CID response

T-011558-00005472

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**      CHASE ♦

ACCOUNT NO.
ACCOUNT TITLE
CONSUMER ADVOCACY CENTER INC.

BUSINESS ADDRESS
173 TECHNOLOGY DR STE 202

IRVINE, CA 92618-2483

TAXPAYER ID NO.                    PRODUCT TYPE
All CHECKING                       Chase Total Business Checking

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A.( 702 )
BRANCH NAME AND NO.
Central Orange Ca - 744918
DATE
01/17/2017
PREPARED BY
MARY SITAR
PHONE NO.
(949) 653-0072

Legal Name of Organization:   CONSUMER ADVOCACY CENTER INC.                              (the "Organization")
State of Organization:   CA

The individual(s) signing this Certificate hereby certifies to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- The Organization is a corporation of the type identified above, duly organized under the laws of the state of organization listed above;
- the individual signing this Certificate is the Secretary, Assistant Secretary, Acting Secretary, or President, as listed below, of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close any or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements and other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and cash deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for [...]

| Print Name | Title | Facsimile Signature |
|---|---|---|
| ALBERT KIM | President | |
| TUONG T NGUYEN | Signer | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER  NAME VISA, EXP 03/16/2017

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorization**
The Secretary, Assistant Secretary, Acting Secretary or President of the Organization, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

**CERTIFICATION**
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.

If the IRS has notified the Organization that it is subject to backup withholding, cross out item 2 above.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Signature: _____                                        Date:   01/17/2017
Title: _____
Printed Name:   ALBERT KIM

DISTRIBUTION: 1) Natlocal Account Services 2) Customer          JPMorgan Chase Bank, N.A. Member FDIC
Page 1 of 2                                                      MH 20F-03-C3 (03/16)

  

**BUSINESS DEPOSITORY CERTIFICATE (Corporation)**   CHASE ◉

ACCOUNT NO. ████ 481

| | | |
|---|---|---|
| Signature: | Signature on File | Date: 01/17/2017 |
| Title: | Secretary | |
| Printed Name: | XAINIE WEH | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

| | | |
|---|---|---|
| Signature: | | Date: |
| Title: | | |
| Printed Name: | | |

DISTRIBUTION: 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A., Member FDIC
Page 2 of 2                     MI 387-03-CS (03/16)



Pl. Ex. 24
p. 288

JPMC CID response

T-011558-00005474



**CHASE**

| February, 2019 | | | | | | |

New Balance
-$0.13

Minimum Payment Due
$0.00

Payment Due Date
02/20/19

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

Manage your account online: www.chase.com
Customer Service: 1-800-524-3660
Mobile: Download the Chase Mobile® app today

## CHASE FREEDOM: ULTIMATE REWARDS® SUMMARY

| Previous points balance | 175 |
| 4.1% (1 Pt/$1 earned on all purchases) | 0 |
| Total points available for redemption | 175 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

You always earn unlimited 1% cash back on all your purchases. Activate new bonus categories every quarter. You'll earn an additional 4% cash back, for a total of 5% cash back on up to $1,500 in combined bonus category purchases each quarter. Activate for free at chase.com/freedom, visit a Chase branch or call the number on the back of your card.

## ACCOUNT SUMMARY

| Account Number: | 7666 |
| Previous Balance | $0.00 |
| Payment, Credits | -$0.13 |
| Purchases | $0.00 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | -$0.13 |
| Opening/Closing Date | 12/24/18  01/25/19 |
| Credit Limit | $11,500 |
| Available Credit | $11,500 |
| Cash Access Line | $2,300 |
| Available for Cash | $2,300 |
| Past Due Amount | $0.00 |
| Balance over the Credit Limit | $0.00 |

## YOUR ACCOUNT MESSAGES

You have a credit balance, so no payment is required.  You may make charges against the credit or request a refund by contacting Cardmember Service at the address above.  If after 6 months the credit balance is $1.00 or more, we will refund the credit within 30 days.



**CHASE**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

06000000000000000000000000005

You have a credit balance of -$0.13
You do not have to make a payment at this time

Account number: 7606

07030 BEX 0 02019 D
TUONG NGUYEN
ALHAMBRA CA

$ ___  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28   76067

**SB1020367-F1**

**10409**

Pl. Ex. 24
p. 289

JPMC CID response

T-011558-00005804

SB1020367-F1

10410

# CHASE    

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 01/23 | INTEREST CHARGE REVERSAL | -.13 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 16.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 16.99%(v)(d) | - 0 - | - 0 - |
| | | | 31 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important Information, as applicable.

## IMPORTANT NEWS

Get 5% cash back on up to $1,500 in combined purchases at Gas Stations, Tolls, and Drugstores between January 1 and March 31, 2019. Learn more and activate at chase.com/freedom or call 1-800-524-3880 by March 14, 2019.

Pl. Ex. 24
p. 291

JPMC CID response

T-011558-00005806



CHASE O
SAPPHIRE
RESERVE™

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-436-7970

Mobile: Download the
Chase Mobile® app today

February 2019

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |

New Balance
**$342.07**

Minimum Payment Due
**$25.00**

Payment Due Date
**02/21/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 16 months | $387 |

If you would like information about credit counseling services, call 1-800-797-2885.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Account Number: | | 8574 |
| Previous Balance | | $468.65 |
| Payment, Credits | | $609.42 |
| Purchases | | $492.84 |
| Cash Advances | | $0.00 |
| Balance Transfers | | $0.00 |
| Fees Charged | | $0.00 |
| Interest Charged | | $0.00 |
| New Balance | | $342.07 |
| Opening/Closing Date | 12/25/18 | 01/24/19 |
| Credit Access Line | | $10,000 |
| Available Credit | | $9,657 |
| Cash Access Line | | $2,000 |
| Available for Cash | | $2,000 |
| Past Due Amount | | $0.00 |
| Balance over the Credit Access Line | | $0.00 |

## ULTIMATE REWARDS®
## SUMMARY

| | |
|---|---|
| Previous points balance | 114,801 |
| + 3 Points per $1 earned on travel | 10 |
| + 3 Points per $1 earned on dining | 685 |
| + 1 Point per $1 on all other purchases | 165 |
| **Total points available for redemption** | **115,651** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

Get an annual travel credit for your first $300 in travel purchases. Earn 3X points on travel purchases thereafter.



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0000001 FIS333035 D 8 0311 | | | Y 8 24 10/01/24 | Page 1 of 2 | 08653 MA MA 29381 | 0241000900000028101 | | | |

CHASE ◯

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

Get updates on the go
Log on to chase.com/alerts

8574000025000003420700000009

| Payment Due Date: | 02/21/19 |
|---|---|
| New Balance: | $342.07 |
| Minimum Payment: | $25.00 |
| Account number: | 8574 |

$ _____
Amount Enclosed
Make/Mail to Chase Card Services at the address below:

28381 IBXX 8 03410 D
TUONG T NGUYEN
ALHAMBRA CA

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

500016028    85741

**SB1020367-F1**

**10277**

Pl. Ex. 24
p. 292

JPMC CID response

10278



SB1020367-F1

CHASE O
SAPPHIRE
RESERVE™

 Manage your account online:
www.chase.com/creditcards

 Customer Service:
1-800-436-7970

 Mobile: Download the
Chase Mobile® App today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/29 | Payment Thank You - Web | -509.44 |
| 11/12 | SP * KYOTO VILLAGE   HTTPSKYOTOVILOH | -99.98 |
| **PURCHASE** | | |
| 12/26 | CARLS JR GB 7375 SAN GABRIEL CA | 7.33 |
| 12/26 | SUMMER ROLLS TEMPLE CITY TEMPLE CITY CA | 29.02 |
| 12/28 | PHO NGOON SAN GABRIEL CA | 14.24 |
| 12/29 | YOSHINOYA ALHAMBRA ALHAMBRA CA | 12.35 |
| 12/30 | TACO BELL #3123 ALHAMBRA CA | 17.51 |
| 12/31 | CARLS JR GB 7375 SAN GABRIEL CA | 15.53 |
| 01/03 | PHO NGOON SAN GABRIEL CA | 14.24 |
| 01/01 | 3713 EL POLLO LOCO ROSEMEAD CA | 13.14 |
| 01/03 | TARGET     00014118 ROSEMEAD CA | 225.42 |
| 01/07 | CARLS JR GB 7375 SAN GABRIEL CA | 7.33 |
| 01/09 | TST* NOODLE WORLD - ALHAM ALHAMBRA CA | 20.26 |
| 01/10 | YOSHINOYA ALHAMBRA ALHAMBRA CA | 13.45 |
| 01/15 | CARLS JR GB 7375 SAN GABRIEL CA | 7.33 |
| 01/19 | ATT*CONS PHONE PMT 800-288-2020 TX | 18.19 |
| 01/20 | SENOR ALBERTO SOUTH EL MONT CA | 12.54 |
| 01/21 | ALHAMBRA BEAUTY SUPPLY ALHAMBRA CA | 20.75 |
| 01/21 | SERGIOS TACOS - LA LOS ANGELES CA | 16.97 |
| 01/23 | CARLS JR GB 7375 SAN GABRIEL CA | 7.33 |
| 01/23 | PHO NGOON SAN GABRIEL CA | 19.71 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 18.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 18.24%(v)(d) | - 0 - | - 0 - |
| | | | 31 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**SB1020367-F1**

**10279**

Pl. Ex. 24
p. 294

JPMC CID response

T-011558-00005875



## CHASE

P.O. BOX 15123
WILMINGTON, DE
15850-5123

Get updates on the go
Log on to chase.com/alerts

2727000025000001526900000001

| Payment Due Date: | 09/21/18 |
| New Balance: | $152.69 |
| Minimum Payment: | $25.00 |

Account number: 7272

$_____ Amount Enclosed
Make your check payable to: Chase Card Services

29766 BEX 0 23916 D
TUONG T NGUYEN
ALHAMBRA CA

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28         7 27 20

### CHASE
### SAPPHIRE RESERVE

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-493-7573

Mobile: Download the
Chase Mobile® app today

### ACCOUNT SUMMARY

| Account Number: 4147 2023 0630 7272 | |
|---|---|
| Previous Balance | $100.41 |
| Payment, Credits | -$196.67 |
| Purchases | +$248.95 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $152.69 |
| Opening/Closing Date | 07/25/18 - 08/24/18 |
| Credit Access Line | $10,000 |
| Available Credit | $9,847 |
| Cash Access Line | $2,000 |
| Available for Cash | $2,000 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

### PAYMENT INFORMATION

| New Balance | $152.69 |
|---|---|
| Payment Due Date | 09/21/18 |
| Minimum Payment Due | $25.00 |

Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 7 months | $161 |

If you would like information about credit counseling services, call 1-866-797-2885.

### ULTIMATE REWARDS® SUMMARY

| Previous points balance | 111,496 |
|---|---|
| + 3 Points per $1 earned on travel | 0 |
| + 3 Points per $1 earned on dining | 496 |
| + 1 Point per $1 on all other purchases | 84 |
| = Total points available for redemption | 112,076 |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

Be sure to keep using your Chase Sapphire Reserve card to earn 3 points per $1 spent on travel purchases and dining at restaurants.

### ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 08/08 | Payment Thank You - Web | -196.67 |
| **PURCHASE** | | |
| 07/24 | SENOR ALBERTO SOUTH EL MONT CA | 12.54 |
| 07/24 | TACO BELL #3123 ALHAMBRA CA | 8.72 |
| 07/25 | 3713 EL POLLO LOCO ROSEMEAD CA | 7.36 |
| 07/27 | MV STORE, INC 718-7297838 NY | 51.91 |
| 07/29 | BURGER KING #13256 ALHAMBRA CA | 7.75 |
| 07/30 | YOSHINOYA ALHAMBRA ALHAMBRA CA | 7.98 |
| 08/08 | JIMS BURGER NO 5 ROSEMEAD CA | 25.83 |
| 08/09 | YOSHINOYA ALHAMBRA ALHAMBRA CA | 10.05 |
| 08/11 | PHO NGOON SAN GABRIEL CA | 26.83 |
| 08/12 | SQ *LOVE TO GO San Gabriel CA | 13.69 |
| 08/11 | MCDONALDS F4001 ROSEMEAD CA | 15.09 |
| 08/12 | YOSHINOYA ALHAMBRA ALHAMBRA CA | 12.90 |
| 08/15 | IN N OUT BURGER 121 ALHAMBRA CA | 12.98 |

0000001  FIS00008 D 12
0511 IN$18334

Y   B   24   18/08/24        Page 1 of 2        00053   MA MA 29766   2301000013000267603I

SB1020367-F1

10257

JPMC CID response

Pl. Ex. 24
p. 295

T-011558-00005929

SB1020367-F1

10258



**CHASE ○**
**SAPPHIRE RESERVE™**

Manage your account online: www.chase.com/creditcards
Customer Service: 1-800-436-7970
Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 08/20 | ATT*CONS PHONE PMT 800-288-2020 TX | 18.10 |
| 08/21 | JIMS BURGER NO 5 ROSEMEAD CA | 17.22 |

### 2018 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2018 | $0.00 |
| Total interest charged in 2018 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 17.74%(v)(d) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.74%(v)(d) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 17.74%(v)(d) | -0- | -0- |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

31 Days in Billing Period

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

**SB1020367-F1**     **10259**

Pl. Ex. 24
p. 297

JPMC CID response

T-011558-00005931



# CHASE

## Remove Signer Disclaimer

| | | | |
|---|---|---|---|
| **DATE** | 08/28/2017 | **ISSUED BY** | ALICE W CHEUNG |
| | | **BRANCH CITY/STATE** | ALHAMBRA ( CA ) |
| | | **BANK # BRANCH** | 741581 |
| **TAX ID NUMBER of REMOVED SIGNER** | ▮0798 | **BRANCH PHONE #** | (626) 289-0212 |

**ACCOUNT TITLE**
TUONG THANH NGUYEN

**ACCOUNT NUMBER**
▮1352

---

**Disclaimer**

I, CHINH THI HUYNH,

no longer desire to be an owner on the above account(s).

Further, I fully understand that in signing this instrument, I disclaim any and all control and interest in the described account(s) as of the date shown below.

CHINH HUYNH
on 2017-08-28 20:20:36 EDT

M10618D_C2S_CS (05/17)

© 2017 JPMorgan Chase Bank, N.A. Member FDIC

Pl. Ex. 24
p. 298

JPMC CID response

# CHASE ⬤

## Personal Electronic Signature Card

| | |
|---|---|
| **TAX RESPONSIBLE ID #** ▇2198* | **DATE OPENED** 09/05/2017 |
| **PERSONAL ADDRESS** | **ISSUED BY** JPMorgan Chase Bank, N.A |
| ALHAMBRA, CA ▇ | Alhambra Valley Blvd |
| United States/US Territories | **BRANCH CITY/STATE** ALHAMBRA ( CA ) |
| | **BANK # BRANCH** 741581 |
| | DENISE P LEE |
| | **PHONE #** (626) 289-0212 |

**TYPE OF OWNERSHIP**   Joint

| ACCOUNT TITLE | ACCOUNT NUMBER / ACCOUNT TYPE |
|---|---|
| TUONG THANH NGUYEN OR THI MY TIEN NGUYEN | ▇1352    TOTAL CHECKING |

**CUSTOMER(S) TO BE ADDED LATER:**

---

**ACKNOWLEDGEMENT -** By signing this Signature Card, **I** am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

Exemption from FATCA reporting code (if any)                     [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.*

Pl. Ex. 24
p. 299

JPMC CID response

T-011558-00005943

**CHASE ◘**

Has the IRS notified you that you are subject to backup withholding?

[X]  No. I am not subject to backup withholding.

[ ]  Yes. The IRS has informed me that I am subject to backup withholding. As a result, I am not making a certification with respect to item 2, above.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | NAME | **TELEPHONE NUMBER | ELECTRONIC SIGNATURE |
|---|---|---|---|
| 1*) | TUONG T NGUYEN | ███████ | TUONG NGUYEN on 2017-09-05 13:16:21 EDT |
| 2) | THI MY TIEN NGUYEN | ███████ | THI NGUYEN on 2017-09-05 13:17:42 EDT |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

*Tax Responsibility Indicator

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

Pl. Ex. 24
p. 300

JPMC CID response

# CHASE ⬡

Redacted Confidential

| | **1** | **2** | **3** | **4** |
|---|---|---|---|---|
| **TAXPAYER ID#** | ████2198 | 00-0000000 | | |
| **DATE OF BIRTH** | ████1976 | ██████████ | | |
| **PRIMARY ID TYPE** | Driver's License | Passport w/Photo | | |
| **PRIMARY ID NUMBER** | ████9984 | ██████████ | Redacted Confidential | |
| **ISSUER** | CA | VTM | | |
| **ISSUANCE DATE** | 11/14/2012 | 10/03/2015 | | |
| **EXPIRATION DATE** | 12/15/2017 | 10/03/2025 | | |
| **SECONDARY ID TYPE** | Chase or Bank Issued Credit/Debit Card | Utility Bill or Lease/Rental Agreement | | |
| **SECONDARY IDNUMBER** | ██████████ | ██████████ | | |
| **ISSUER** | CHASE | spectrum | | |
| **ISSUANCE DATE** | | 07/18/2017 | | |
| **EXPIRATION DATE** | 04/30/2020 | | | |

| | **5** | **6** | **7** | **8** |
|---|---|---|---|---|
| **TAXPAYER ID#** | | | | |
| **DATE OF BIRTH** | | | | |
| **PRIMARY ID TYPE** | | | | |
| **PRIMARY ID NUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |
| **SECONDARY ID TYPE** | | | | |
| **SECONDARY IDNUMBER** | | | | |
| **ISSUER** | | | | |
| **ISSUANCE DATE** | | | | |
| **EXPIRATION DATE** | | | | |

© 2017 JPMorgan Chase Bank, N.A. Member FDIC

Pl. Ex. 24
p. 301

JPMC CID response

T-011558-00005945

# CHASE 🅾

**Personal Signature Card**

ACCOUNT TITLE
TUONG T NGUYEN
OR MY TIEN T NGUYEN

ACCOUNT NUMBER ▇1352
TAX RESPONSIBLE ID # ▇-2198
ACCOUNT TYPE  Chase Total Checking

Redacted Confidential

DATE OPENED  04/19/1999

ISSUED BY  JPMorgan Chase Bank, N.A ( 703 )
Alhambra Valley Blvd
741581
CHEUK F MOK
(626) 320-1664
10/09/2017

PERSONAL ADDRESS
ALHAMBRA, CA
United States/US Territories

TYPE OF OWNERSHIP  Joint

| TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1*) ▇2198 | ▇976 | Driver's License | | CA | 11/14/2012 | 12/15/2017 | Chase or Bank Issued Credit/Oe | | CHASE | | 04/30/2020 |
| 2) | | | | | | | | | | | |
| 3) | | | | | | | | | | | |
| 4) | | | | | | | | | | | |
| 5) | | | | | | | | | | | |
| 6) | | | | | | | | | | | |
| 7) | | | | | | | | | | | |
| 8) | | | | | | | | | | | |

(*Tax Responsibility Indicator)

CUSTOMER(S) TO BE ADDED LATER _____

ACKNOWLEDGEMENT - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid® indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.
Exemption from FATCA reporting code (if any) _____ (According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.)
CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax returns, cross out item 2 above.
The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | DATE | SIGNATURE | | NAME | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1*) TUONG T NGUYEN | 10/4/17 | | 5) | | | |
| 2) MY TIEN T NGUYEN | 10/4/17 | | 6) | | | |
| 3) | | | 7) | | | |
| 4) | | | 8) | | | |

Rev 3/15

Page 1 of 1

Pl. Ex. 24
p. 302

T-011558-00005946

**CHASE**
**SAPPHIRE RESERVE**



Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-436-7970

Mobile: Download the
Chase Mobile® app today

New Balance
**$1,366.94**

Minimum Payment Due
**$25.00**

Payment Due Date
**11/07/18**


November 2018

## ULTIMATE REWARDS® SUMMARY

| Previous points balance | 457,005 |
|---|---|
| + 3 Points per $1 earned on travel | 2,689 |
| + 3 Points per $1 earned on dining | 3,874 |
| + 1 Point per $1 on all other purchases | 39,012 |
| **Total points available for redemption** | **502,580** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

Earn 3X points on travel worldwide immediately after earning your $300 annual travel credit. Plus, earn 3X points on dining at restaurants worldwide from fast casual to fine dining.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 9 years | $3,169 |
| $55 | 3 years | $1,963 (Savings=$1,206) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| Account Number: | 2691 |
|---|---|
| Previous Balance | $2,918.75 |
| Payment/Credits | $43,200.89 |
| Purchases | +$41,199.08 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$450.00 |
| Interest Charged | $0.00 |
| New Balance | $1,366.94 |
| Opening/Closing Date | 09/11/18 - 10/10/18 |
| Credit Access Line | $36,500 |
| Available Credit | $27,133 |
| Cash Access Line | $5,700 |
| Available for Cash | $5,700 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPayment for $1,366.94 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). Any payment or other credit posted to your account prior to your AutoPay payment being processed will be deducted from the AutoPayment amount identified above.

**CHASE**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

AUTOPAY IS ON
See Your Account
Messages for details.

2691000025000013669900000004

| Payment Due Date: | 11/07/18 |
|---|---|
| New Balance: | $1,366.94 |
| Minimum Payment: | $25.00 |
| Account number: | 2691 |

AUTOPAY IS ON

ALBERT KIM
IRVINE CA

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000160 28    26919

**SB1020367-F1**

631

Pl. Ex. 24
p. 303

JPMC CID response

T-011558-00006362

To contact us regarding your account:

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____   Zip: _____

State: _____

Home Phone: _____   Work Phone: _____

E-mail Address: _____

SB1020367-F1

632

Pl. Ex. 24
p. 304

JPMC CID response

T-011558-00006363

CHASE ◇
SAPPHIRE
RESERVE™

  Manage your account online: www.chase.com/creditcards    Customer Service: 1-800-436-7970    Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 09/14 | Payment Thank You - Web | -3,216.15 |
| 09/15 | Payment Thank You-Mobile | -7,000.00 |
| 09/17 | Payment Thank You-Mobile | -8,000.00 |
| 09/21 | Payment Thank You-Mobile | -14,098.67 |
| 09/28 | Payment Thank You-Mobile | -8,565.19 |
| 10/03 | Payment Thank You-Mobile | -2,330.88 |
| **PURCHASE** | | |
| 09/10 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/11 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/12 | USA*ORANGE COUNTY HE VEND IRVINE CA | 2.60 |
| 09/12 | OOTORO IRVINE DIAMOND BAR CA | 289.60 |
| 09/13 | BLOOMINGDALES  S COAST PL COSTA MESA CA | 691.76 |
| 09/13 | USA*SNACK SODA VENDING IRVINE CA | 1.35 |
| 09/13 | LOUIS VUITTON #39 COSTA MESA CA | 6,378.80 |
| 09/14 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/14 | SQ *BAJA FRESH IRVINE CA | 26.50 |
| 09/14 | PICCADILLY CLEANERS IRVINE CA | 45.19 |
| 09/15 | STARBUCKS II WINCHESTER NV | 5.65 |
| 09/15 | PALAZZO - EMPORIA LAS VEGAS NV | 4.99 |
| 09/15 | HERMES # 34 LAS VEGAS NV | 8,281.14 |
| 09/14 | JOHN WAYNE 0404C SANTA ANA CA | 16.52 |
| 09/16 | SUSHI SAMBA LAS VEGAS LAS VEGAS NV | 169.22 |
| 09/18 | UBER   *TRIP KBG7Y 800-592-8996 CA | 9.02 |
| 09/17 | CHEVRON 0095418 IRVINE CA | 71.95 |
| 09/16 | STARBUCKS II WINCHESTER NV | 5.65 |
| 09/16 | JUICE FARM PALAZZO LAS VEGAS NV | 13.55 |
| 09/17 | JOHN WAYNE AIRPORT SANTA ANA CA | 64.00 |
| 09/17 | DOORDASH*BUFFALO WILD 6506819470 CA | 36.37 |
| 09/18 | JETSUITEX INC 949-8924300 CA | 299.00 |
| 09/18 | JETSUITEX INC 949-8924300 CA | 499.00 |
| 09/18 | VITRA EYEWEAR COSTA MESA CA | 1,106.00 |
| 09/17 | HERMES # 34 LAS VEGAS NV | 11,258.00 |
| 09/18 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/19 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/18 | RUBYS DINER - COSTA MESA COSTA MESA CA | 22.37 |
| 09/20 | APL*ITUNES.COM/BILL 800-275-2273 CA | 4.99 |
| 09/20 | LA FITNESS 949-255-7200 CA | 35.00 |
| 09/19 | WIENERSCHNITZEL 390 NEWPORT BEACH CA | 15.26 |
| 09/20 | LA FITNESS 949-255-7200 CA | 24.99 |
| 09/20 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/20 | WENDY'S 9640 IRVINE CA | 10.23 |
| 09/22 | RALPHS 0080 IRVINE CA | 14.19 |
| 09/21 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/21 | Netflix.com netflix.com CA | 13.99 |
| 09/23 | SCD*Browseo 70529487099 | 4.99 |
| 09/21 | HOT OFF THE GRILL LAGUNA LAGUNA HILLS CA | 9.81 |
| 09/24 | Amazon.com*MT69Z2OO0 Amzn.com/bill WA | 14.60 |
| 09/23 | DOORDASH*BURNTZILLA STRIPE.COM CA | 24.06 |
| 09/24 | WAHOO'S FISH TACO-124 IRVINE CA | 15.70 |
| 09/25 | APL*APPLE ONLINE STORE 800-676-2775 CA | 1,345.60 |
| 09/24 | APPLE STORE  #R146 IRVINE CA | 42.02 |
| 09/24 | DAVE & BUSTERS #14 IRVINE CA | 26.00 |
| 09/25 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/26 | SQ *BRIGHTER MINDS PSYCHO Torrance CA | 140.00 |
| 09/25 | CHANEL #11 COSTA MESA CA | 6,836.00 |
| 09/26 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/27 | E CIG EMPORIUM IRVINE CA | 97.67 |
| 09/27 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 09/26 | Kettlebar Tustin CA | 80.20 |
| 09/28 | HLU*Hulu 8135485460052-U HULU.COM/BILL CA | 20.98 |
| 09/28 | SQ *BRIGHTER MINDS PSYCHO Tustin CA | 140.00 |
| 09/28 | APL*ITUNES.COM/BILL 800-275-2273 CA | 9.99 |
| 09/29 | CHEVRON 0095418 IRVINE CA | 82.47 |
| 09/28 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |

ALBERT KIM

Statement Date:   10/10/18

0000001  FIS03005 D 7            Y  6   10  16/16/16     Page 2 of 3     00650   MA MA  20043   05310000070002954302

**SB1020367-F1**

633

Pl. Ex. 24
p. 305

JPMC CID response

T-011558-00006364

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 09/28 | CHEVRON 0095418 IRVINE CA | 3.92 |
| 09/28 | APL*ITUNES.COM/BILL 800-275-2273 CA | 9.99 |
| 09/30 | CHEVRON 0095418 IRVINE CA | 3.92 |
| 09/30 | EQUINOX #732 8663326549 CA | 1,310.00 |
| 09/30 | E CIG EMPORIUM IRVINE CA | 17.16 |
| 09/30 | E-CIG GALLERY INCORPORAT LAGUNA HILLS CA | 61.41 |
| 09/30 | SPOTIFY*USA-SUBS 877-778-1161 NY | 4.99 |
| 09/30 | VIKI.COM VIKI.COM CA | 9.99 |
| 10/01 | APL*ITUNES.COM/BILL 800-275-2273 CA | 12.99 |
| 10/02 | CHEVRON 0095418 IRVINE CA | 3.06 |
| 10/03 | SQ *BRIGHTER MINDS PSYCHO Torrance CA | 140.00 |
| 10/03 | SQ *HARVARD PLACE Irvine CA | 17.60 |
| 10/03 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 10/04 | OOTORO IRVINE DIAMOND BAR CA | 161.13 |
| 10/04 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 10/04 | DEL TACO 1172 IRVINE CA | 12.91 |
| 10/05 | WHOLEFDS IRV #10614 IRVINE CA | 58.95 |
| 10/05 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 10/05 | SQ *BRIGHTER MINDS PSYCHO Tustin CA | 140.00 |
| 10/06 | APL*ITUNES.COM/BILL 800-275-2273 CA | 4.99 |
| 10/06 | AT&T*BILL PAYMENT 800-331-0500 TX | 173.84 |
| 10/06 | DOORDASH*PEKING RESTAU DOORDASH.COM CA | 58.10 |
| 10/06 | Prime Video*MT21Y7SH1 888-802-3080 WA | 3.69 |
| 10/06 | UFC.TV 407-936-0560 NY | 64.99 |
| 10/07 | TST* FAITH AND FLOWER LOS ANGELES CA | 90.56 |
| 10/07 | STARBUCKS STORE 10659 DOWNEY CA | 5.40 |
| 10/08 | SQ *DETAIL CARS Lake Forest CA | 25.00 |
| 10/09 | Prime Video*MT51H19C2 888-802-3080 WA | 2.99 |
| 10/08 | M-GRILL LOS ANGELES CA | 162.76 |
| 10/08 | CHEVRON 0373397 DOWNEY CA | 2.52 |
| 10/07 | CINEMARK THEATRES 1134 DOWNEY CA | 17.85 |
| 10/09 | CHEVRON 0095418 IRVINE CA | 3.92 |
| 10/09 | Experian  *CreditReport 866-6171694 CA | 29.95 |
| 10/09 | CHEVRON 0095418 IRVINE CA | 48.43 |
| 10/09 | SQ *BRIGHTER MINDS PSYCHO Torrance CA | 140.00 |

### FEES CHARGED

| | | |
|---|---|---|
| 10/01 | ANNUAL MEMBERSHIP FEE | 450.00 |
| | TOTAL FEES FOR THIS PERIOD | $450.00 |

| 2018 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2018 | $474.35 |
| Total interest charged in 2018 | $0.42 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

 Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 24.99%(v)(d) | - 0 - | - 0 - |
| | | | 30 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to
Avoid Interest on Purchases, and other important information, as applicable.

X 0000001 F:S00006 D 7          Y  9  10  18/18/19          Page 3 of 3          00653.: MA MA 20043          2021000007000256-0002

Pl. Ex. 24
p. 306

JPMC CID response

T-011558-00006365




CHASE ○
SAPPHIRE
RESERVE*

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-436-7970

Mobile: Download the
Chase Mobile® app today

New Balance
**$3,379.50**

Minimum Payment Due
**$33.00**

Payment Due Date
**01/07/19**

## ULTIMATE REWARDS®
## SUMMARY

| | |
|---|---|
| Previous points balance | 513,798 |
| + 3 Points per $1 earned on travel | 12,193 |
| + 3 Points per $1 earned on dining | 4,901 |
| + 1 Point per $1 on all other purchases | 6,658 |
| **Total points available for redemption** | **537,490** |

Start redeeming today. Visit Ultimate Rewards® at
www.ultimaterewards.com

Earn 3X points on travel worldwide immediately after earning your
$300 annual travel credit. Plus, earn 3X points on dining at
restaurants worldwide from fast casual to fine dining.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 17 years | $9,636 |
| $135 | 3 years | $4,653 (Savings=$4,682) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | 2286 |
| Previous Balance | $867.19 |
| Payment, Credits | $9,765.98 |
| Purchases | +$12,478.29 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $3,379.50 |
| Opening/Closing Date | 11/1/18 - 12/10/18 |
| Credit Access Line | $37,500 |
| Available Credit | $34,120 |
| Cash Access Line | $7,500 |
| Available for Cash | $7,500 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPayment for $3,379.50 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). Any payment or other credit posted to your account prior to your AutoPay payment being processed will be deducted from the AutoPayment amount identified above.

CHASE ○

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

AUTOPAY IS ON
See Your Account
Messages for details.

2286000033000033795000000008

| Payment Due Date: | 01/07/19 |
| New Balance: | $3,379.50 |
| Minimum Payment: | $33.00 |
| Account number: | 2286 |

$_____ Amount Enclosed
AUTOPAY IS ON

ALBERT KIM
IRVINE CA

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28   2 2860

**SB1020367-F1**

639

JPMC CID response

Pl. Ex. 24
p. 307

T-011558-00006379

**To contact us regarding your account:**



In U.S.for Customer Service
Specialist 1-800-439-7970
Spanish 1-800-436-7970
TTY 1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-814-779-7050



Send inquiries to:
P.O. Box 15298
Wilmington, DE 19850-5298



Mail Payments to:
P.O. Box 6294
Carol Stream, IL 60197-6294





Visit our Website:
www.chase.com/creditcards

[Fine print text illegible]

To make changes and manage your account, including changes of address, visit
**Chase.com/cardhelp** or call the Customer Service telephone number which appears on your
account statement.

**SB1020367-F1**

640

Pl. Ex. 24
p. 308

JPMC CID response

T-011558-00006380

CHASE ◊
SAPPHIRE
RESERVE®

Manage your account online:  www.chase.com/creditcards

Customer Service:  1-800-436-7970

Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)
& Item was transferred from lost / stolen account.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 11/19 | HAYNEEDLE 888-880-4884 NE | -135.00 |
| 11/22 | Prime Video 888-802-3080 WA | -7.99 |
| 11/23 | Payment Thank You-Mobile | -5,535.40 |
| 12/01 | Payment Thank You-Mobile | -4,087.59 |
| **PURCHASE** | | |
| 11/09 | AMZN Mktp US*M66Z046F2 Amzn.com/bill WA | 29.21 |
| 11/11 | Prime Video*M83229DP0 888-802-3080 WA | 3.99 |
| 11/09 | POSTMATES TIP 8778877815 CA | 1.00 |
| 11/09 | POSTMATES STARBUCKS 8778877815 CA | 9.56 |
| 11/09 | & Experian  *CreditReport 866-5171894 CA | 29.95 |
| 11/11 | PRESSED JUICERY - THE GRO LOS ANGELES CA | 6.55 |
| 11/11 | TWO BIT CIRCUS LOS ANGELES CA | 75.00 |
| 11/11 | SIXTH SENSE LOS ANGELES CA | 84.81 |
| 11/11 | TWO BIT CIRCUS LOS ANGELES CA | 2.73 |
| 11/11 | TWO BIT CIRCUS LOS ANGELES CA | 12.00 |
| 11/11 | WHOLEFDS DLA #10546 LOS ANGELES CA | 130.74 |
| 11/09 | AAA CA MEMBERSHIP WEB 800-765-0766 CA | 98.00 |
| 11/12 | USA*ORANGE COUNTY HE VEND IRVINE CA | 2.60 |
| 11/11 | THE HOME DEPOT 1048 LOS ANGELES CA | 76.77 |
| 11/12 | AMZN Mktp US*M81UU2250 Amzn.com/bill WA | 15.49 |
| 11/12 | AMZN Mktp US*M66KJ3SG1 Amzn.com/bill WA | 47.90 |
| 11/11 | LAZ PARKING 670154 LOS ANGELES CA | 10.00 |
| 11/13 | TACOS EL NEGRO INC SOUTH GATE CA | 4.03 |
| 11/13 | CHEVRON 0373397 DOWNEY CA | 64.18 |
| 11/13 | POSTMATES TIP 8778877815 CA | 1.00 |
| 11/13 | POSTMATES STARBUCKS 8778877815 CA | 9.56 |
| 11/11 | BRYANS PIT BARBECUE LOS ANGELES CA | 34.75 |
| 11/13 | & THE TOLL ROADS OF OC 949-727-4800 CA | 60.00 |
| 11/14 | SQ *BRIGHTER MINDS PSYCHO Irvine CA | 140.00 |
| 11/14 | POSTMATES MEMBERSHIP 8778877815 CA | 9.99 |
| 11/14 | POSTMATES TIP 8778877815 CA | 1.00 |
| 11/14 | POSTMATES STARBUCKS 8778877815 CA | 9.56 |
| 11/13 | JACK IN THE BOX 3548 PLACENTIA CA | 8.18 |
| 11/14 | OOTORO IRVINE DIAMOND BAR CA | 112.56 |
| 11/16 | EXPEDIA 7382484929430 EXPEDIA.COM WA | 3,207.61 |
| 11/15 | AMZN Mktp US*M83048IZ1 Amzn.com/bill WA | 18.95 |
| 11/16 | & APL*ITUNES.COM/BILL 800-275-2273 CA | 15.98 |
| 11/18 | BANANAREPUBLIC US 8044 LOS ANGELES CA | 153.21 |
| 11/18 | RALPHS 0022 LOS ANGELES CA | 154.08 |
| 11/18 | STARBUCKS STORE 17331 LOS ANGELES CA | 2.95 |
| 11/18 | 60893 - BEVERLY CENTER LOS ANGELES CA | 2.00 |
| 11/18 | STARBUCKS STORE 17331 LOS ANGELES CA | 12.95 |
| 11/19 | LE PETIT PARIS LOS ANGELES CA | 216.15 |
| 11/18 | TOEBANG LOS ANGELES CA | 68.09 |
| 11/20 | & LA FITNESS 949-255-7200 CA | 24.99 |
| 11/22 | Prime Video*M07JI5C92 888-802-3080 WA | 7.99 |
| 11/20 | STARBUCKS STORE 17331 LOS ANGELES CA | 11.35 |
| 11/21 | Netflix.com netflix.com CA | 13.99 |
| 11/22 | CMT CHICAGO IL27690015 CHICAGO IL | 55.25 |
| 11/21 | STARBUCKS STORE 17331 LOS ANGELES CA | 5.40 |
| 11/22 | HUDSONNEWS ST850 DES PLAINES IL | 9.05 |
| 11/22 | & UBER  *TRIP QH2TZ 800-592-8996 CA | 42.07 |
| 11/25 | XSCAPE LEISURE LLC 605-338-4513 IL | 54.00 |
| 11/23 | STUBHUB, INC. 8667882482 CA | 447.80 |
| 11/23 | 33 - LOU MALNATIS PIZZERI BOLINGBROOK IL | 97.69 |
| 11/25 | Amazon.com*M07QC63N1 Amzn.com/bill WA | 525.59 |
| 11/23 | BARNES & NOBLE #2922 CHICAGO IL | 7.85 |
| 11/23 | FLIPT DES PLAINES IL | 27.75 |
| 11/23 | LOTUS-LOUNGE DES PLAINES IL | 14.00 |
| 11/24 | & UBER  *TRIP REMW7 800-592-8996 CA | 9.79 |

ALBERT KIM

Page 2 of 4

Statement Date:   12/10/18

0000001 FIG33020 D 12

Y  0  10  10/13/10   Page 2 of 4

00393   MA MA 07052   344100001290037052202

Pl. Ex. 24
p. 309

JPMC CID response

T-011558-00006381

## ACCOUNT ACTIVITY  (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/23 | & UBER  *TRIP FTXSM 800-592-8996 CA | 27.07 |
| 11/24 | & UBER  *TRIP FTXSM 800-592-8996 CA | 3.00 |
| 11/25 | & UBER  *TRIP LFEPZ 800-592-8996 CA | 6.45 |
| 11/24 | & UBER  *TRIP 3XH7J 800-592-8996 CA | 13.81 |
| 11/24 | & APL* ITUNES.COM/BILL 866-712-7753 CA | 104.98 |
| 11/24 | THE PURPLE PIG CHICAGO IL | 130.39 |
| 11/25 | LAX AIRPORT LOT P 7 LOS ANGELES CA | 120.00 |
| 11/25 | MCDONALD'S F17275 CHICAGO IL | 12.45 |
| 11/25 | CHEVRON 0096606 LOS ANGELES CA | 61.47 |
| 11/25 | HUDSONNEWS  ST850 DES PLAINES IL | 42.88 |
| 11/26 | YELP-GRUBHUBPORTILLOS 8002561020 NY | 32.64 |
| 11/23 | UNITED CENTER CONCESSIONS 312-4557512 IL | 12.00 |
| 11/24 | FRONTERA GRILL INC CHICAGO IL | 26.69 |
| 11/25 | & UBER  *TRIP BBCNE 800-592-8996 CA | 31.12 |
| 11/25 | STARBUCKS STORE 06802 TORRANCE CA | 6.50 |
| 11/26 | 76 - SAND CANYON SERVICE IRVINE CA | 80.27 |
| 11/25 | PARK HYATT CHICAGO F/D CHICAGO IL | 328.34 |
| 11/25 | PARK HYATT CHICAGO F/D 8558690846 IL | 92.55 |
| 11/26 | SP * GOLDEN CROWN BARB DANA POINT CA | 54.96 |
| 11/27 | SQ *BRIGHTER MINDS PSYCHO Torrance CA | 140.00 |
| 11/26 | BESTIA LOS ANGELES CA | 251.83 |
| 11/27 | Kettlebar Tustin CA | 52.00 |
| 11/26 | QUARTERS LOS ANGELES CA | 107.07 |
| 11/28 | & APL*ITUNES.COM/BILL 800-275-2273 CA | 9.99 |
| 11/28 | & HLU*Hulu 613548542075-U HULU.COM/BILL CA | 22.98 |
| 11/29 | UNFORGETTABLE SMILE 310-652-2400 CA | 1,000.00 |
| 11/30 | CHEVRON 0096606 LOS ANGELES CA | 4.10 |
| 11/30 | Amazon.com*MD4UT01Z0 Amzn.com/bill WA | 217.91 |
| 11/30 | CHEVRON 0096606 LOS ANGELES CA | 72.22 |
| 12/01 | & SPOTIFY*USA-SUBS 877-778-1161 NY | 4.99 |
| 11/30 | & VIKI.COM VIKI.COM CA | 8.99 |
| 12/01 | & APL*ITUNES.COM/BILL 800-275-2273 CA | 12.99 |
| 12/02 | FANDANGO.COM FANDANGO.COM NC | 46.90 |
| 12/01 | 450 ULTIMATE WIRELESS LOS ANGELES CA | 25.00 |
| 12/02 | Amazon.com*M06XL5VP0 Amzn.com/bill WA | 33.33 |
| 12/02 | TWC*TIME WARNER CABLE 888-TWCABLE CA | 292.92 |
| 12/02 | Amazon.com*M05WF3GP2 Amzn.com/bill WA | 35.30 |
| 12/01 | BROWN DONKATSU LOS ANGELES CA | 18.61 |
| 12/01 | LOUIE AND DOR LOS ANGELES CA | 3.78 |
| 12/01 | BROWN DONKATSU LOS ANGELES CA | 1.50 |
| 12/02 | 2STAPLES CENTR14547301 LOS ANGELES CA | 22.50 |
| 12/02 | 2STAPLES CENTR14547301 LOS ANGELES CA | 22.50 |
| 12/03 | SQ *JC OFFICE SHOE SERVIC Irvine CA | 30.00 |
| 12/02 | RANK AND RALLY NWERT LOS ANGELES CA | 32.85 |
| 12/04 | AGI*LIABILITYINSURANCE 800-370-1990 FL | 129.00 |
| 12/03 | AMZN Mktp US*M06GB6V22 Amzn.com/bill WA | 75.38 |
| 12/03 | SQ *DETAIL CARS Irvine CA | 25.00 |
| 12/02 | WWW.BARRYSTICKETS.COM 866-708-8499 CA | 548.00 |
| 12/03 | AMZN Mktp US*M00O16V12 Amzn.com/bill MA | 9.10 |
| 12/04 | WAYFAIR*Wayfair wayfair.com MA | 302.21 |
| 12/04 | 76 - SAND CANYON SERVICE IRVINE CA | 54.17 |
| 12/05 | AMZN Mktp US*M07600B52 Amzn.com/bill WA | 20.89 |
| 12/03 | COX*ORANGE CO RTL RANCHO SANTA CA | 11.35 |
| 12/05 | Prime Video*M07WH0HM2 888-802-3080 WA | 3.99 |
| 12/05 | SQ *BRIGHTER MINDS PSYCHO Irvine CA | 140.00 |
| 12/05 | & AT&T*BILL PAYMENT 800-331-0500 TX | 174.29 |
| 12/06 | Prime Video*M07XX3B02 888-802-3080 WA | 4.99 |
| 12/06 | SQ *IT'S BOBA TIME Los Angeles CA | 5.25 |
| 12/06 | & APL*ITUNES.COM/BILL 800-275-2273 CA | 4.99 |
| 12/07 | COSTCO GAS #0454 IRVINE CA | 56.41 |
| 12/08 | Prime Video*M05LT57H1 888-802-3080 WA | 3.99 |
| 12/08 | CHEVRON 0210577 LOS ANGELES CA | 77.51 |
| 12/06 | RALPHS 0022 LOS ANGELES CA | 32.69 |
| 12/08 | SHYNS PHARMACY LOS ANGELES CA | 44.50 |
| 12/08 | YAMAZAKI CALIFORNIA INC LOS ANGELES CA | 17.10 |
| 12/07 | COSTCO WHSE #0454 IRVINE CA | 4.30 |
| 12/07 | COSTCO WHSE #0454 IRVINE CA | 82.35 |

X 0000001  FIS00009 D 12       Y  6  10  10/10/10       Page 3 of 4       00053  MA MA 37352  3441008010000037363002

642

Pl. Ex. 24
p. 310

JPMC CID response

T-011558-00006382

CHASE ○
SAPPHIRE
RESERVE™

 Manage your account online: www.chase.com/creditcards

Customer Service: 1-800-436-7970

Mobile: Download the Chase Mobile® app today

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/08 | JOE'S AUTO PARKS LOT 126 LOS ANGELES CA | 10.00 |
| 12/08 | TARGET      00027763 LOS ANGELES CA | 93.22 |
| 12/09 | AMZN Mktp US*M027C5790 Amzn.com/bill WA | 62.97 |
| 12/09 | CALI PIZZA KITC INC #121 LOS ANGELES CA | 50.61 |
| 12/08 | SAKE DOJO LLC LOS ANGELES CA | 101.91 |
| 12/09 | J CREW RETAIL #778 LOS ANGELES CA | 81.27 |
| 12/09 | Prime Video*M09RN0991 866-802-3080 WA | 3.99 |
| 12/09 | Nike The Grove 246 Los Angeles CA | 235.43 |
| 12/09 | & Experian   *CreditReport 866-6171894 CA | 29.95 |

| | 2018 Totals Year-to-Date | |
|---|---|---|
| Total fees charged in 2018 | | $474.35 |
| Total interest charged in 2018 | | $0.42 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 24.99%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 26.99%(v)(d) | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 24.99%(v)(d) | - 0 - | - 0 - |
| | | | 30 Days in Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

Statement Date:  12/10/18

Pl. Ex. 24
p. 311

JPMC CID response

T-011558-00006383

**CHASE O**
**SAPPHIRE**
**RESERVE**

 February 2019

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-436-7970

Mobile: Download the
Chase Mobile® app today

New Balance
**$2,050.39**

Minimum Payment Due
**$25.00**

Payment Due Date
**02/07/19**

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 years | $5,388 |
| $92 | 3 years | $2,955 (Savings=$2,433) |

If you would like information about credit counseling services, call 1-866-797-2885.

## ULTIMATE REWARDS®
## SUMMARY

| | |
|---|---|
| Previous points balance | 537,480 |
| 3 Points per $1 earned on travel | 8,571 |
| 3 Points per $1 earned on dining | 3,065 |
| 1 Point per $1 on all other purchases | 4,872 |
| 1pt per $1 for Apple Pay bonus | 58 |
| **Total points available for redemption** | **555,126** |

Start redeeming today. Visit Ultimate Rewards® at www.ultimaterewards.com

Get an annual travel credit for your first $300 in travel purchases. Earn 3X points on travel purchases thereafter.

## ACCOUNT SUMMARY

| | |
|---|---|
| Account Number: | 3905 |
| Previous Balance | $3,379.50 |
| Payment | -$10,413.67 |
| Purchases | +$9,482.46 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | $0.00 |
| New Balance | $2,050.39 |
| Opening/Closing Date | 12/11/18 – 01/10/19 |
| Credit Access Line | $37,500 |
| Available Credit | $35,449 |
| Cash Access Line | $7,500 |
| Available for Cash | $7,500 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPayment for $2,050.39 will be deducted from your account and credited on your due date (previous day if your due date falls on a Saturday). Any payment or other credit posted to your account prior to your AutoPay payment being processed will be deducted from the AutoPayment amount identified above.

0902001 FIS00020 D I0    Y  B  I0  I0/01/10    Page 1 of 5    00053  MA MA 38002    01010000100000302201
0511

**CHASE O**

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

AUTOPAY IS ON
See Your Account
Messages for details.

3905000025000020503900000002

| | |
|---|---|
| Payment Due Date: | 02/07/19 |
| New Balance: | $2,050.39 |
| Minimum Payment: | $25.00 |
| Account number: | 3905 |

$_____   Amount Enclosed

AUTOPAY IS ON

28292 SEX 0 01018 D
ALBERT KIM
LOS ANGELES CA

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28    3905 7

**SB1020367-F1**

Pl. Ex. 24
p. 312

JPMC CID response

T-011558-00006388



SB1020367-F1



**CHASE ◇**
**SAPPHIRE RESERVE**

Manage your account online: www.chase.com/creditcards    Customer Service: 1-800-436-7970    Mobile: Download the Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)
& Item was transferred from lost / stolen account.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| **PAYMENTS AND OTHER CREDITS** | | |
| 12/11 | & TRAVEL CREDIT $300/YEAR | -300.00 |
| 12/13 | & Payment Thank You - Web | -3,812.65 |
| 12/17 | & VENETIAN/PALAZZO FRT DES 7024141000 NV | -39.90 |
| 12/19 | Payment Thank You-Mobile | -1,947.54 |
| 01/05 | Payment Thank You-Mobile | -4,552.10 |
| 01/09 | & AMZN Mktp US Amzn.com/bill WA | -49.38 |
| **PURCHASE** | | |
| 12/09 | & SHELL OIL 57444405708 LOS ANGELES CA | 2.56 |
| 12/10 | & SQ *BRIGHTER MINDS PSYCHO Tustin CA | 140.00 |
| 12/11 | & Amazon.com*M09N71UC2 Amzn.com/bill WA | 40.08 |
| 12/09 | & PRESSED JUICERY - THE GRO LOS ANGELES CA | 6.55 |
| 12/11 | & SQ *BRIGHTER MINDS PSYCHO Torrance CA | 140.00 |
| 12/11 | & Prime Video*M09ZT0IN0 888-802-3080 WA | 3.99 |
| 12/11 | & APL* ITUNES.COM/BILL 866-712-7753 CA | 99.99 |
| 12/11 | & SOUTHWES    5262417286135 800-435-9792 TX | 713.92 |
| | 1214181 G         LAX    LAS | |
| | 2 Y          LAS    LAX | |
| 12/11 | & WWW.BARRYSTICKETS.COM 866-708-8499 CA | 340.00 |
| 12/11 | & 2STAPLES CENTR14547301 LOS ANGELES CA | 12.50 |
| 12/12 | & 76 - SAND CANYON SERVICE IRVINE CA | 80.62 |
| 12/11 | & STARBUCKS STORE 49425 DOWNEY CA | 5.60 |
| 12/11 | & 2STAPLES CENTR14547301 LOS ANGELES CA | 5.50 |
| 12/11 | & WIENERSCHNITZEL 390 NEWPORT BEACH CA | 15.24 |
| 12/12 | & HLU*Hulu 813548543397-U HULU.COM/BILL CA | 7.73 |
| 12/12 | & ABM 8530 ASSOCIATES 2676 BEVERLY HILLS CA | 15.00 |
| 12/14 | & AMZN Mktp US*M01DF6RX2 Amzn.com/bill WA | 105.38 |
| 12/15 | & VZWRLSS*APOCC VISW 800-922-0204 FL | 208.83 |
| 12/14 | & CARL'S JR #1100103 IRVINE CA | 9.68 |
| 12/15 | & AMZN Mktp US*M28H54410 Amzn.com/bill WA | 9.25 |
| 12/14 | & POSTMATES MEMBERSHIP HTTPSPOSTMATE CA | 9.99 |
| 12/15 | & LAX CHICK-FIL-A T1 #65 MISSION VIEJO CA | 23.95 |
| 12/15 | & I LOVE LA LOS ANGELES CA | 8.32 |
| 12/14 | & WHOLEFDS BRE #10594 BREA CA | 10.28 |
| 12/15 | & WAZUZU - ENCORE 702-770-2540 NV | 204.44 |
| 12/15 | & JUICE FARM PALAZZO LAS VEGAS NV | 11.90 |
| 12/15 | & PARIS BAGUETTE W21 LAS V LAS VEGAS NV | 25.92 |
| 12/16 | & DAVIDOFF OF GENEVA LAS VEGAS NV | 14.02 |
| 12/15 | & STARBUCKS II WINCHESTER NV | 23.46 |
| 12/17 | & AMZN Mktp US*M230H5CG2 Amzn.com/bill WA | 6.42 |
| 12/17 | & BESTBUYCOM805534601186 888-BESTBUY MN | 49.99 |
| 12/16 | & IL FORNAIO - CANALETTO LAS VEGAS NV | 110.10 |
| 12/16 | & SUGARCANE RAW BAR GRILL LAS VEGAS NV | 139.06 |
| 12/17 · | & VENETIAN/PALAZZO FRT DES LAS VEGAS NV | 120.34 |
| 12/20 | & LA FITNESS 949-255-7200 CA | 24.99 |
| 12/22 | CHEVRON 0096606 LOS ANGELES CA | 2.34 |
| 12/22 | INFINITY ESCAPE 16572352578 CA | 120.00 |
| 12/21 | Netflix.com netflix.com CA | 13.99 |
| 12/22 | CHEVRON 0096606 LOS ANGELES CA | 84.95 |
| 12/23 | AMZN Mktp US*M26FKSGK2 Amzn.com/bill WA | 152.50 |
| 12/23 | M-GRILL LOS ANGELES CA | 178.20 |
| 12/23 | 262 AMF 6003425263 FULLERTON CA | 78.48 |
| 12/23 | THE TWISTED VINE FULLERTON CA | 20.24 |
| 12/22 | VETERINARY SURGICAL SPEC TUSTIN CA | 1,554.35 |
| 12/24 | RALPHS #0022 LOS ANGELES CA | 199.58 |
| 12/25 | 76 - OIL PRO INC LOS ANGELES CA | 7.33 |
| 12/24 | BON SHABU LOS ANGELES CA | 47.59 |
| 12/25 | APL*ITUNES.COM/BILL 800-275-2273 CA | 4.99 |
| 12/25 | PECHANGA TEMECULA CA | 17.12 |
| 12/26 | PECHANGA HOTEL TEMECULA CA | 3.50 |
| 12/26 | JOSEPH H PARK MD LOS ANGELES CA | 100.00 |

ALBERT KIM                                    Page 2 of 5                          Statement Date:  01/10/19
0000001 FIS33339 D 10          Y  8  10  10/01/10   Page 2 of 5     06653   MA MA 38062   0101000010000080202

Pl. Ex. 24
p. 314

JPMC CID response

T-011558-00006390

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 12/27 | CHEVRON 0095418 IRVINE CA | 42.42 |
| 12/28 | APL*ITUNES.COM/BILL 800-275-2273 CA | 9.99 |
| 12/28 | UBER BV HELP.UBER.COM 12/29  CANADIAN DOLLAR 6.70 X 0.736082474 (EXCHG RATE) | 7.14 |
| 12/29 | RIPLEY'S AQUARIUM-ONLI 647-351-3474 ON 12/30  CANADIAN DOLLAR 83.62 X 0.735828749 (EXCHG RATE) | 61.53 |
| 12/29 | SYNDICATE RESTAURANT NIAGARA FALLS ON 12/30  CANADIAN DOLLAR 90.67 X 0.735855299 (EXCHG RATE) | 66.72 |
| 12/27 | CARL'S JR #1100103 IRVINE CA | 11.51 |
| 12/28 | STARBUCKS 04488 TORONTO ON 12/30  CANADIAN DOLLAR 3.41 X 0.73607081 (EXCHG RATE) | 2.51 |
| 12/28 | ST URBAIN BAGLE TORONTO ON 12/30  CANADIAN DOLLAR 11.01 X 0.735694822 (EXCHG RATE) | 8.10 |
| 12/28 | UBER BV HELP.UBER.COM 12/29  CANADIAN DOLLAR 46.73 X 0.735715814 (EXCHG RATE) | 34.38 |
| 12/28 | CN TOWER TICKETING TORONTO ON 12/29  CANADIAN DOLLAR 85.88 X 0.735794131 (EXCHG RATE) | 63.19 |
| 12/28 | CN TOWER FOOD  BEVERAG TORONTO ON 12/29  CANADIAN DOLLAR 30.39 X 0.755768344 (EXCHG RATE) | 22.36 |
| 12/29 | STARBUCK'S CAFI (FLSVW NIAGARA FALLS ON 12/30  CANADIAN DOLLAR 13.96 X 0.735673352 (EXCHG RATE) | 10.27 |
| 12/29 | FUNNTEES NIAGARA FALLS ON 12/30  CANADIAN DOLLAR 31.62 X 0.735926628 (EXCHG RATE) | 23.27 |
| 12/29 | STARBUCK'S CAFI (FLSVW NIAGARA FALLS ON 12/30  CANADIAN DOLLAR 11.09 X 0.735796016 (EXCHG RATE) | 8.16 |
| 12/28 | & HLU*Hulu 813548545417-U HULU.COM/BILL CA | 37.97 |
| 12/29 | STARBUCKS 19664 TORONTO ON 12/31  CANADIAN DOLLAR 7.91 X 0.735777496 (EXCHG RATE) | 5.82 |
| 12/30 | UBER BV HELP.UBER.COM 12/31  CANADIAN DOLLAR 9.65 X 0.735751295 (EXCHG RATE) | 7.10 |
| 12/30 | THE KEG YORK STREET TORONTO ON 12/31  CANADIAN DOLLAR 56.28 X 0.735785358 (EXCHG RATE) | 41.41 |
| 12/31 | CAPTIVEROOMS.COM DOWNTOWN TORO ON 12/31  CANADIAN DOLLAR 63.28 X 0.735777496 (EXCHG RATE) | 46.56 |
| 12/30 | UBER BV HELP.UBER.COM 12/31  CANADIAN DOLLAR 11.47 X 0.735832606 (EXCHG RATE) | 8.44 |
| 12/30 | RABBA FINE FOODS 171 TORONTO ON 12/31  CANADIAN DOLLAR 14.62 X 0.735978112 (EXCHG RATE) | 10.76 |
| 12/29 | FALLSVIEW CASINO RESORT NIAGARA FALLS ON 12/31  CANADIAN DOLLAR 52.48 X 0.735899350 (EXCHG RATE) | 38.62 |
| 12/29 | FALLSVIEW CASINO RESORT NIAGARA FALLS ON 12/31  CANADIAN DOLLAR 8.40 X 0.735714285 (EXCHG RATE) | 6.18 |
| 12/30 | & VIKI.COM VIKI.COM CA | 9.99 |
| 12/30 | YONGE STREET WAREHOUSE TORONTO ON 01/01  CANADIAN DOLLAR 39.12 X 0.734918200 (EXCHG RATE) | 28.75 |
| 12/30 | STARBUCKS 19664 TORONTO ON 01/01  CANADIAN DOLLAR 3.41 X 0.73607081 (EXCHG RATE) | 2.51 |
| 12/31 | UBER BV HELP.UBER.COM 01/01  CANADIAN DOLLAR 10.28 X 0.735408560 (EXCHG RATE) | 7.56 |
| 12/31 | ROUNDABOUT CANADA 647-588-0051 ON 01/01  CANADIAN DOLLAR 65.52 X 0.734890109 (EXCHG RATE) | 48.15 |
| 12/31 | UBER BV HELP.UBER.COM | 7.61 |

X 0000001  FIS000009 D 10                Y  9  10  10/01/10        Page 3 of 5        00353   MA MA  30002   010100001000003805302

648

Pl. Ex. 24
p. 315

JPMC CID response

T-011558-00006391

CHASE ◇
SAPPHIRE
RESERVE

Manage your account online:
www.chase.com/creditcards

Customer Service:
1-800-436-7970

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| | 01/01  CANADIAN DOLLAR | |
| | 10.35 X 0.735265700 (EXCHG RATE) | |
| 12/31 | APL*ITUNES.COM/BILL 800-275-2273 CA | 12.99 |
| 12/31 | UBER BV HELP.UBER.COM | 7.62 |
| | 01/01  CANADIAN DOLLAR | |
| | 10.37 X 0.734811957 (EXCHG RATE) | |
| 12/31 | UBER BV HELP.UBER.COM | 7.31 |
| | 01/01  CANADIAN DOLLAR | |
| | 9.94 X 0.735412474 (EXCHG RATE) | |
| 01/01 | & SPOTIFY*USA-SUBS 877-778-1161 NY | 9.99 |
| 12/31 | AIR CAN*  0147233875197 AIRCANADA.COM MB | 289.57 |
| | 01/02  CANADIAN DOLLAR | |
| | 394.00 X 0.734949238 (EXCHG RATE) | |
| 12/31 | AIR CAN*  0147233876200S AIRCANADA.COM MB | 289.57 |
| | 01/02  CANADIAN DOLLAR | |
| | 394.00 X 0.734949238 (EXCHG RATE) | |
| 01/01 | UBER BV HELP.UBER.COM | 6.09 |
| | 01/02  CANADIAN DOLLAR | |
| | 8.29 X 0.734620024 (EXCHG RATE) | |
| 01/02 | Prime Video*M29KP5YLO 888-802-3080 WA | 5.99 |
| 01/01 | LAX AIRPORT LOT P 6 LOS ANGELES CA | 150.00 |
| 01/01 | UBER BV HELP.UBER.COM | 6.63 |
| | 01/02  CANADIAN DOLLAR | |
| | 9.02 X 0.735033259 (EXCHG RATE) | |
| 01/01 | SHANGRILA HOTEL TORONT TORONTO ON | 473.03 |
| | 01/03  CANADIAN DOLLAR | |
| | 641.68 X 0.737174292 (EXCHG RATE) | |
| 01/03 | COSTCO WHSE #0454 IRVINE CA | 3.23 |
| 01/03 | COSTCO WHSE #0454 IRVINE CA | 127.25 |
| 01/03 | USA*ORANGE COUNTAY VEND IRVINE CA | 2.60 |
| 01/04 | CHEVRON 0373307 DOWNEY CA | 61.20 |
| 01/05 | RALPHS 0022 LOS ANGELES CA | 30.41 |
| 01/04 | JETSUITEX INC 949-8924300 TX | 916.00 |
| 01/03 | Kettlebar Tustin CA | 60.68 |
| 01/04 | & AT&T*BILL PAYMENT 800-331-0500 TX | 174.68 |
| 01/05 | SQ *THE VAPE SHOP Los Angeles CA | 95.16 |
| 01/05 | LOUIE AND DOR LOS ANGELES CA | 3.78 |
| 01/05 | SQ *THE VAPE SHOP Los Angeles CA | 213.17 |
| 01/06 | APL* ITUNES.COM/BILL 866-712-7753 CA | 4.99 |
| 01/05 | QUESTROOM.COM 310707 1240 CA | 94.05 |
| 01/05 | CHA DOL POONG LOS ANGELES CA | 142.05 |
| 01/05 | 76 - OIL PRO INC LOS ANGELES CA | 83.30 |
| 01/06 | UBER BV HELP.UBER.COM | 30.56 |
| | 01/09  CANADIAN DOLLAR | |
| | 40.54 X 0.753832384 (EXCHG RATE) | |
| 01/08 | CARL'S JR #1100103 IRVINE CA | 9.15 |
| 01/09 | PORSCHE OF NEWPORT BCH 949-673-0900 CA | 100.00 |
| 01/09 | & UBER  * 800-592-8996 CA | 22.29 |
| 01/09 | & UBER  * 800-592-8996 CA | 28.15 |
| 01/09 | & Expudan* Credit Report 479-3436237 CA | 29.95 |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $0.00 |
| Total interest charged in 2019 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 25.24%(v)(d) | - 0 - | - 0 - |
| **CASH ADVANCES** | | | |
| Cash Advances | 27.24%(v)(d) | - 0 - | - 0 - |

ALBERT KIM

0000001 FIS32229 D 10

Y  9  10  16/01/10

Page 4 of 5

Page 4 of 5

05553  MA MA 35032   010100001000003002000

Statement Date:  01/10/19

649

Pl. Ex. 24
p. 316

JPMC CID response

T-011558-00006392

## INTEREST CHARGES  (CONTINUED)

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 25.24%(v)(d) | - 0 - | - 0 - |
| | | | 31 Days In Billing Period |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other Important Information, as applicable.

**SB1020367-F1**

**650**

Pl. Ex. 24
p. 317

JPMC CID response

T-011558-00006393

# CHASE 🅾

## Signature Card

### Signature Card Information

| | | | |
|---|---|---|---|
| **Application date:** | 12/21/2011 | **Account title:** | ALBERT KIM |
| **Account ownership:** | Individual Account | **Date of birth:** | ███ 1980 |
| **Bank number:** | 703 | **Primary applicant** | |
| **Address 1:** | ████████ | **Driver's License** | |
| **Address 2:** | | **or state-issued ID:** | ████████ |
| **City/State/ZIP:** | DOWNEY, CA ████ | | |

| Account type(s) | Account number: |
|---|---|
| Chase Premier Plus Checking℠ | ████ 0166 |

**ACKNOWLEDGMENT:** By checking this box, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account(s) indicated above. I certify that the information provided in this application is true to the best of my knowledge and I authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the account terms and conditions as well as the legal and regulatory disclosures associated with opening my account(s) including the Bank's Account Rules and Regulations or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy; and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION:** I certify under penalties of perjury that (1) the number shown below is my correct Taxpayer Identification Number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions). If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, cross out item 2 above.

Primary applicant printed name: ALBERT KIM
Social Security Number: ████ 5610

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

▶ Signature: X _albert Kim_____   Date: _12/21/2011_____
Account title: ALBERT KIM

Secondary applicant printed name (for joint applications only): _____ .
Social Security Number: _____

▶ Signature: X _____   Date: _____
Account title: _____

Issued and prepared by JPMorgan Chase Bank, N.A.
© 2011 JPMorgan Chase & Co.

Pl. Ex. 24
p. 318

JPMC CID response

T-011558-00006422

**CHASE**
**Personal Signature Card**

ACCOUNT TITLE
KAINE WEN 2017 TRUST, DATED SEPTEMBER 7, 2017
KAINE WEN TRUSTEE

ACCOUNT NUMBER ▮▮▮1981
TAX RESPONSIBLE ID #
ACCOUNT TYPE   Chase Total Checking

Redacted Confidential

DATE OPENED   08/21/2018
               New Account
ISSUED BY     JPMorgan Chase Bank, N.A (703 )
               Irvine Blvd and Yale
               115371
               JAMES J LEE
               (714) 338-5059
               08/21/2018

PERSONAL ADDRESS
IRVINE, CA
United States/US Territories

TYPE OF OWNERSHIP   Trust by Agreement

| TAXPAYER ID# | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3143 | 09/1977 | Trust Agreement | | | | | None | | | | |
| 3143 | 09/1977 | Driver's License | | CA | 09/21/2017 | 11/03/2020 | Check or Bank Issued Credit | XXXXXXXXXX1233 | CHASE | | 10/01/2018 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

CUSTOMER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT - By signing this Signature Card, I am applying to the JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account and/or Chase Liquid I/D indicated above. I certify that the information provided herein is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Deposit Account Agreement or other applicable account agreement or the Chase Liquid Agreement, which includes all provisions that apply to this deposit account and/or Chase Liquid Card and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For FDR accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without confirm or erroneous ...

CERTIFICATION - I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, cross out item 2 above. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or JP Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Name | Date | **Telephone Number | Signature |
|---|---|---|---|
| 1) KAINE WEN | 8/21/18 | | |
| 2) | | | |
| 3) | | | |

* Tax Responsibility Indicator

Rev 3/18                                    Page 1 of 1

## KAINE WEN 2017 TRUST

### Certification of Trust
(California Probate Code Section 18100.5)

Kaine Wen hereby presents this Certification of Trust, in lieu of providing a copy of the trust instrument, to establish the existence and terms of the trust, as set forth below.

1.   **Creation of the Trust.**   The name of the trust is the Kaine Wen 2017 Trust (the "Trust").   The trust instrument creating the Trust (the "Trust Agreement") was executed on September 7, 2017, by Kaine Wen, as Settlor and as Trustee.   The Trust continues in existence.

2.   **Trust Revocable.**   The Trust is revocable.   The Settlor reserved the right to revoke, amend, or modify the trust instrument during his lifetime.   The Trust has not been revoked, modified, or amended in any manner that would cause the representations contained in this Certification of Trust to be incorrect.

3.   **The Trustees.**   The initial trustee of the Trust was Kaine Wen.   Kaine Wen (the "Trustee") is the currently serving and acting trustee of the Trust.   This Certification of Trust is being signed by all of the currently serving and acting trustees of the Trust.

4.   **Title to Trust Assets.**   Title to Trust assets shall be taken in the name of Kaine Wen, as trustee of the Kaine Wen 2017 Trust, dated September 7, 2017.

5.   **Powers of the Trustee.**   The Trustees have all the powers described below, all powers granted by law (including all the powers set forth in Probate Code §16220 et seq.), and all powers reasonably necessary to carry out their duties as Trustees to administer, manage, protect, and invest the trust estate.

   (a)   **To Accept Property.**   The Trustees may accept or receive additions and contributions to the trust estate from the Settlor or any other person and hold the property in trust under the provisions of the Trust Agreement.   If the Trustees receive property from another fiduciary and if the Trustees believe the action to be in the best interests of the trust estate, the Trustees are authorized to waive an accounting from the fiduciary, to approve his or her actions, to consent to his or her proposed actions, and to consent to his or her discharge.

   (b)   **To Disclaim or Reject Property.**   The Trustees may renounce or otherwise disclaim all or any part of any interest in property passing to the trust, by gift or bequest, and any right, power, privilege, or discretion granted the Trustees under the Trust Agreement.   The Trustees may reject any property or interest in property passing to the trust, including property that by reason of hazardous materials or substance the Trustees determine (after investigation at the expense of the trust) would be detrimental to the trust purpose.

   (c)   **To Retain Property.**   The Trustees may retain trust property received at the inception of the trust or at any other time, from the Settlor or any other person until, in the judgment of the Trustees, disposition or distribution of the property should be made.   The property may be retained even though the property is unproductive, is property in which a

SB1020367-F1

8859

Pl. Ex. 24
p. 320

JPMC CID response

T-011558-00006778

Trustee is personally interested or in which the Trustee owns an undivided interest personally or as trustee of another trust, or there is known or later discovered to be hazardous materials or substances requiring remedial action pursuant to environmental laws. Notwithstanding Probate Code §§16048 and 16049, the Trustees shall have no duty to dispose of any part of the trust property included in the trust at the time of its creation, or later added to the trust by the Settlor or another person, that would not be a proper investment for the Trustees to make. The Trustees may, without liability, continue to hold that property. The Trustees may hold trust property in bearer form so that title may pass by delivery, or in the name of any one Trustee or a nominee without indication of any fiduciary capacity by the nominee. The Trustees may keep all or part of the trust property at any place within the United States or abroad.

(d)     **To Operate a Business.** The Trustees may continue or participate in the operation of any business or other enterprise (including a partnership as a general or limited partner and a limited liability company as a member or a manager) that is part of the trust property for as long as the Trustees deem advisable, at the risk of the trust estate and not at the risk of the Trustees. The Trustees may incorporate, dissolve, or change the form of the organization of the business or enterprise, or operate it as a partnership or limited liability company, or in any other form. The profits and losses from any business or other enterprise shall be chargeable to and borne by the trust, and not the Trustees. A Trustee, as an individual, may continue to be a shareholder, director, officer, employee, member, manager or partner of any business or enterprise in which the trust holds any interest.

(e)     **To Invest and Reinvest Trust Property.** The Trustees may invest and reinvest trust property (including income and principal) in any kind of property, whether real, personal, or mixed, including (1) real property (including leaseholds; royalty interests; interests in mines, oil and gas wells, timberlands, and other wasting assets), (2) intangible personal property (including common and preferred stock and all other kinds of securities, on margin or otherwise); investment company shares, mutual funds, index funds, common trust funds (including any common trust fund under the management of a corporate trustee) and other sole or collective business and investment vehicles; interests in partnerships (whether as a general or limited partner); commodities; governmental obligations of every kind; obligations of corporations or unincorporated associations; and patents, copyrights, trademarks, and other intangible rights, and (3) tangible personal property (including precious metals, works of art, and other collectibles). The Trustees are authorized to establish and maintain brokerage accounts, including margin accounts, for the purpose of purchasing, acquiring, possessing, pledging, hypothecating, selling and otherwise disposing of, and generally dealing in and with any of the foregoing types of investments.

(f)     **To Administer Securities.** The Trustees may purchase, exchange, or sell stocks, bonds, futures contracts, and other securities, and puts, calls, straddles, and other options. The Trustees may maintain brokerage accounts, including margin and commodity accounts, and in connection with such accounts, may borrow, pledge securities, make short sales, and sell on margin or otherwise. With respect to all securities held by in the trust estate, the Trustees may exercise the rights, powers, and privileges, and responsibilities of an owner, including the right to vote; to give general or limited proxies; to pay calls, assessments, and other sums; to participate in voting trusts, pooling arrangements, foreclosures, reorganizations, consolidations, mergers,

2

SB1020367-F1

8860

JPMC CID response

T-011558-00006779

and liquidations; to deposit securities with and transfer title to any protective or other committee; and to exchange, exercise, or sell stock subscription or conversion rights.   The Trustees may also accept and retain as an investment any securities received through the exercise of any of the foregoing powers.

(g)     **To Conduct Banking Activities**.   The Trustees may establish financial accounts of any kind, including checking, money market, and savings accounts, with any bank, savings and loan association, credit union, brokerage firm, or other financial institution (including such accounts in the banking department of a Trustee that is a corporation or partnership).   The Trustees may deposit trust funds into such accounts, withdraw funds from such accounts, and transfer funds among such accounts.   The Trustees may designate in writing the persons, whether or not Trustees, who may conduct such banking activities, and the financial institutions may rely, without liability, on such designations.

(h)     **To Purchase and Sell Trust Property**.   The Trustees may buy, purchase, acquire, sell, convey, dispose of, exchange, or otherwise transfer any trust property, or any interest in property, for cash or on credit, at public or private sale, with or without notice, and for the prices and upon the terms as the Trustees determine.   The Trustees may grant or acquire options and rights of first refusal involving the acquisition or disposition of any trust property.

(i)     **To Manage Trust Property**.   The Trustees may manage, control, divide, develop, improve, repair, exchange, partition, change the character of, or abandon trust property or any interest in trust property.   The Trustees may enter into a lease for any purpose as lessor or lessee with or without the option to purchase or renew and for a term within or extending beyond the term of the trust.   The Trustees may amend or extend existing leases.   The Trustees may also demolish or remove buildings or other improvements on trust property.

(j)     **To Borrow Money and Encumber Trust Property**.   The Trustees may borrow money for any trust purpose from any person upon such terms and conditions as may be determined by the Trustees, and obligate the trust to make repayment from trust property.   The Settlor or the Trustees may loan or advance funds to the trust, and the loans or advances together with the interest charged shall be treated as a first lien on the trust estate until repaid.   The Trustees may also encumber, mortgage, or pledge trust property for a term within or extending beyond the term of the trust in connection with the exercise of any power vested in the Trustees, or to create restrictions, easements, or other servitudes on trust property.

(k)     **To Make Loans**.   The Trustees may loan or advance trust property of any kind (including money) for any trust purpose to any person on terms and conditions as determined by the Trustees, subject to limitations stated in the Trust Agreement.   The Trustees may make loans out of trust property to the current beneficiary on terms and conditions that the Trustees determine are fair and reasonable under the circumstances, and guarantee loans to the current beneficiary by encumbrances on trust property.

(l)     **To Purchase Liability Insurance**.   The Trustees may purchase and pay the premiums on policies to insure the property of the trust estate against damage or loss and to

3

SB1020367-F1

8861

Pl. Ex. 24
p. 322

JPMC CID response

T-011558-00006780

insure the Trustees against liability with respect to third persons.   The Trustees shall not be liable for any omission to purchase any type or amount of insurance.   The premiums shall be a proper expense to be charged against the trust.

(m)   **To Purchase and Administer Life Insurance.**   The Trustees may purchase, own, and pay the premiums on life insurance on the Settlor's life, and collect the proceeds of life insurance policies payable to the trust.   The Trustees shall have the power to compromise, arbitrate, or otherwise adjust any claim, dispute, or controversy arising under any policy payable to the trust and shall have authority to initiate, defend, settle, and compromise any legal proceeding necessary in the Trustees' discretion to collect the proceeds of any policy.   The Trustees' receipt to any insurer shall be a sufficient release of the insurer.   The insurer shall not be under any duty to inquire concerning the Trustees' application of the policy proceeds.

(n)   **To Pay, Contest, and Settle Claims.**   The Trustees may pay or contest any claim; settle a claim by or against the trust by compromise, arbitration, or otherwise; and release, in whole or in part, any claim belonging to the trust.   The Trustees shall have the authorization to receive confidential medical information necessary to allow the evaluation of the merits of a settlement demand or compromise offer and to authorize the disclosure of medical information in connection with a demand for settlement or compromise on the Settlor's behalf of any issue arising from the asserted professional negligence of a medical provider or therapist.

(o)   **To Litigate.**   In accordance with their duties to enforce claims and defend actions as set forth in Probate Code §§16010 and 16011, the Trustees may prosecute or defend actions, claims, or proceedings for the protection of the trust estate and the Trustees in the performance of their duties.

(p)   **To Deal with Environmental Hazards.**   The Trustees may deal with matters involving the actual or threatened contamination of trust assets (whether real or personal) by hazardous substances, or involving compliance with environmental laws and regulations, including conducting environmental assessments, audits, and site monitoring, and taking remedial action (whether or not required by governmental authorities) to contain, clean up, or remove any environmental hazard.

(q)   **To Pay and Allocate Trust Expenses.**   The Trustees may pay taxes and other assessments imposed on the trust estate or trust income; reasonable compensation of the Trustees and of the employees and agents of the trust; and other expenses incurred in the collection, care, management, administration, and protection of the trust estate.   In allocating the payment of expenses, the Trustees shall have the power to determine which expenses are chargeable to income or principal or partly to each.   The Trustees are authorized, but not directed, to allocate and charge post-death expenses incurred in the administration of the trusts or sub-trusts to post-death income.   In particular, all expenses of administration claimed as income tax deductions may be entirely allocated to and charged against post-death income.   In making these determinations, the Trustees shall be guided by the principles set forth in the California Uniform Principal and Income Act, but their final determination shall be binding.

4

SB1020367-F1

8862

(r)      **To Hire and Employ Persons.**  The Trustees may hire and employ persons (including individuals, corporations, partnerships, associations, and other companies), including accountants, attorneys, auditors, investment advisers, appraisers, or other agents or experts, even if they are associated or affiliated with a Trustee, to advise or assist the Trustees in the performance of their duties and obligations.   The Trustees may grant discretionary authority to such persons, but may not delegate either the administration of the trust or acts that are not delegable except as expressly provided in the Trust Agreement.

(s)      **To Maintain Custody.**  The Trustees may keep any or all of the trust property at any place in California or elsewhere, within the United States or abroad, or with a depository or custodian at those places.   If no bank or trust company is acting as sole or a Cotrustee, the Trustees are authorized to appoint a bank or trust company as custodian for securities and any other trust assets.   Any appointment shall terminate when a bank or trust company begins to serve as sole or as a Cotrustee under the Trust Agreement.   The custodian shall keep the deposited property; collect and receive the income and principal; and hold, invest, disburse, or otherwise dispose of the property or its proceeds (specifically including selling and purchasing securities and delivering securities sold and receiving securities purchased) upon the order of the Trustees.   The custodian shall not be liable to any person interested in the trust for any action taken pursuant to the order or instructions of the Trustees or their authorized agents.

(t)      **To Use a Nominee.**  The Trustees may hold securities or other property of the trust estate in the names of the Trustees, in the name of a nominee, or in street name accounts with brokers, or in the name of a custodian (or its nominees) selected by the Trustees, with or without disclosure of this Trust Agreement.   The Trustees shall be responsible for the acts of such custodian, broker, or nominee affecting such property.   The Trustees may also acquire and retain securities in unregistered form so that ownership passes by delivery.

(u)      **To Execute and Deliver Instruments.**  The Trustees may execute and deliver all documents and instruments (including checks withdrawing or disbursing trust funds, stock powers, deeds and other conveyances, receipts, releases, contracts, and other agreements and transfer documents) which are needed to accomplish or facilitate the exercise of the powers vested in the Trustees, and to disclose the provisions of the Trust Agreement whenever in the Trustees' discretion disclosure is appropriate.

(v)      **Other Powers.**

(1)      The Trustees may invest in obligations of the United States Government as authorized in Probate Code §16224.

(2)      The Trustees may deposit trust funds at reasonable interest in any of the accounts listed in Probate Code §16225, whether or not the account is insured by a government agency or collateralized.   The accounts may be maintained in the name of any one of the Trustees or in the name of a nominee.

5

SB1020367-F1

8863

Pl. Ex. 24
p. 324

JPMC CID response

T-011558-00006782

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA   )

COUNTY OF LOS ANGELES   )

      On September 7, 2017, before me, Anette E. Kerr, Notary Public, personally appeared Kaine Wen, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

      I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Anette E. Kerr_   (Seal)

> **ANETTE E. KERR**
> COMM # 2127492
> LOS ANGELES COUNTY
> NOTARY PUBLIC-CALIFORNIA
> MY COMMISSION EXPIRES
> OCT. 18, 2019

SB1020367-F1

7

8864

(3)   The Trustees may make repairs, alterations, and improvements, and perform the other acts affecting trust property as authorized in Probate Code §16229.

(4)   The Trustees may develop land in the ways authorized in Probate Code §16230.

(5)   The Trustees may enter into leases and other arrangements regarding minerals as authorized in Probate Code §16232.

(6)   The Trustees may grant or take options as authorized in Probate Code §16233.

(7)   The Trustees may exercise the powers granted in Probate Code §16234 (voting rights), Probate Code §16235 (payment of calls and assessments), Probate Code §16236 (stock subscriptions and conversions), and Probate Code §16237 (consent to change in form of business and participation in voting trusts).

(8)   The Trustees may hold securities as authorized in Probate Code §16238, and deposit securities in a securities depository as authorized in Probate Code §16239.

6.   **Signature Authority.**   As the sole currently serving Trustee, Kaine Wen has the power, acting alone, to act on behalf of the Trust and to sign all documents exercising the powers of the Trustee.   Under the Trust Agreement, no person other than the sole Trustee is required or needed to sign such documents for them to be effective as to the Trust.

7.   **Reliance by Third Parties.**   This Certification contains a true and correct representation of the terms of the Trust.   All third parties dealing with the Trustee may rely on this Certification as a true statement of the provisions of the Trust as of the date this Certification is presented to the third party (regardless of the date of execution of this Certification), unless the third party has actual knowledge that the representations contained in this Certification are incorrect.   A third party who acts in reliance upon this Certification of Trust without actual knowledge that the representations contained herein are incorrect is not liable to any person for so acting.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed on September 7, 2017, at Long Beach, California.

_Kaine Wen_ (signature)

Kaine Wen

SB1020367-F1

6

8865

Pl. Ex. 24
p. 326

JPMC CID response

T-011558-00006784

# CHASE ○

**Business Signature Card**

**ACCOUNT TITLE ("DEPOSITOR")**
TN ACCOUNTING INCORPORATED

**BUSINESS ADDRESS**
1734 S GRANADA AVE

ALHAMBRA, CA 91801-5520

**ACCOUNT NUMBER** ▓▓▓7133
**ACCOUNT TYPE** Chase Total Business Checking
**TAXPAYER ID NUMBER** 81-0464816
**DATE OPENED** 03/10/2017
**FORM OF BUSINESS** S-Corporation
**ISSUED BY** JPMorgan Chase Bank, N.A ( 703 )
Rancho Santa Margarita - 744616
RASHMI R RATHOD
(949) 858-0723
03/13/2017

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 02/08/2017 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|
| 1) TUONG Y NGUYEN | | 2198 | President | 3/10/17 | *signature* |
| 2) | | | | | |
| 3) | | | | | |
| 4) | | | | | |

Page 1 of 1

A1327-01-10-CB (Rev -4)

**SB1020367-F1**

**32**

JPMC CID response

Pl. Ex. 24
p. 327

T-011558-00009818

# CHASE ◻

**Business Signature Card**

| | |
|---|---|
| ACCOUNT TITLE ("DEPOSITOR")<br>INFINITE MANAGEMENT SOLUTIONS INC. | ACCOUNT NUMBER ▮▮▮3389<br>ACCOUNT TYPE  Chase Total Business Checking<br>TAXPAYER ID NUMBER  81-3914536<br>DATE OPENED  10/25/2016<br>FORM OF BUSINESS  S-Corporation<br>ISSUED BY  JPMorgan Chase Bank, N.A ( 703 ) |
| BUSINESS ADDRESS<br>9228 CITY LIGHTS DR | Rancho Santa Margarita - 746618<br>RASHMI R RATHOD |
| ALISO VIEJO, CA 92656-2658 | (949) 858-0723<br>10/25/2016 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 05/08/2016 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor confirms that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | ALBERT HIN | | 5610 | President | 10/25/16 | |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

N1537-01-13-CS 07/14 v3)

**SB1020367-F1**

27

JPMC CID response

Pl. Ex. 24
p. 328

T-011558-00009929

**CHASE ○**

**Business Signature Card**

| ACCOUNT TITLE ("DEPOSITOR") | ACCOUNT NUMBER | 5885 |
|---|---|---|
| HOLD THE DOOR, CORP. | ACCOUNT TYPE | Chase Performance Business Checking |
| | TAXPAYER ID NUMBER | 61-3143733 |
| | DATE OPENED | 08/21/2018 |
| | FORM OF BUSINESS | S-Corporation |
| BUSINESS ADDRESS | ISSUED BY | JPMorgan Chase Bank, N.A ( 703 ) |
| 146 BISHOP LNDG | | Irvine Blvd and Yale - 115371 |
| | | JAMES J LEE |
| IRVINE, CA 92620-7329 | | (714) 339-5059 |
| | | 08/21/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | | CA | 12/30/2018 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

ACKNOWLEDGEMENT - By signing this Signature Card, the Depositor applies to open a deposit account...

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | KANE WEN | | -3143 | President | 8/21/18 | Kevin Wen |
| 2) | | | | | | |
| 3) | | | | | | |
| 4) | | | | | | |

Page 1 of 1

SB1020367-F1

24

Pl. Ex. 24
p. 329

JPMC CID response

T-011558-00010165

# Exhibit



**Merchant Services Application**

Important: Every field MUST be filled in.

## Company

| | |
|---|---|
| Company DBA (doing business as) / trading name: Natural Nine | |
| Legal business name.   Natural Nine Staffing Inc | Email address:   naturalnine@outlook.com |
| Tax ID number (optional):   82-0854415 | Skype / IM address (optional). |
| Business telephone number: (888) 548-0476 | Customer service phone number: (888) 548-0476 |
| Country of Incorporation or Organization:   USA | Date business established (MM/YY):   02/17 |
| Business street address: | |
| City: | Country.  |  Postcode: |
| Business mailing address: 1704 S Granada Ave | |
| City:  Alhambra, CA | Country:   USA |  Postcode: 91801 |

Type of business:   ☐ Individual   ☐ Partnership   ☑ Corporation   ☐ Nonprofit
Operating from:   ☐ Office suite   ☐ Retail storefront   ☐ Warehouse   ☐ Private Sector

## Website(s) (Important: We NEED to be able to login to your website(s) to approve your application)

| | |
|---|---|
| Website's URL:  premierstudentloancenter.com | Website's URL: |
| Industry:  Student Loan Consolidation | Industry |
| Description of Products/Services.  Document Preparation Services | Description of Products/Services: |
| User ID:   N/A | User ID: |
| Password:  N/A | Password: |
| Website's URL: | Website's URL: |
| Industry: | Industry: |
| Description of Products/Services: | Description of Products/Services: |
| User ID: | User ID: |
| Password: | Password: |

1

Allied CID response

CONFIDENTIAL

Pl. Ex. 25
p. 330
ALLIED_0000002

**Ownership** Please list ALL owners. Total MUST equal 100% ownership (attach additional sheet if necessary).

| Owner 1 name: Tuong Nguyen | % ownership: 100 | Owner since: 02/17 (MM/YY) |
|---|---|---|
| Current address: ███ | | |
| City: Alhambra, CA | Country: USA | Postcode: ███ |
| Previous address: | | |
| City: | Country: | Postcode: |
| TaxID #: | Mobile phone #: ███ | Date of Birth: ███ 1976 |
| Personal email address: ███ | Driver License #: ███ | |
| Passport #: | Passport country of issue: | |

| Owner 2 name: | % ownership: | Owner since: (MM/YY) |
|---|---|---|
| Current address: | | |
| City: | Country: | Postcode: |
| Previous address: | | |
| City: | Country: | Postcode: |
| TaxID #: | Mobile phone #: | Date of Birth: |
| Personal email address: | Driver License #: | |
| Passport #: | Passport country of issue: | |

## Terms

### Payout Schedule

Allied Wallet wires every Wednesday to all Merchants due more than 1000 units of the processed and settled currency. Funds will post to the wired account within 1 to 4 business days (bank holidays and country specific holidays may delay funds). Price display: the customer must be able to identify the final price of a product unmistakably.

All Merchants must put the Allied Wallet logo and Allied Wallet details for customers to clearly see who they will be billed by on payment pages – Allied Wallet technical team will send you details. This must be done prior to your first payout.

\*\*\*\*All fees will be charged in the equivalence of USD, with the exception of EUR and GBP
\*\*\*\*Should a chargeback be issued on the basis of fraud, an additional $20.00 per dispute will be charged

### Discount Rate and Details

Currency: USD

Merchant Discount Rate: Visa ____ MC ____ Discover / Diners Club ____ AMEX ____ Other _____ Alt Pay Methods – See page5

One Time Setup Fee: _____   Monthly Maintenance Fee: $95.00   Transaction Fee: _____

Refund Fee: _____   Chargeback 1 Fee: $6.00   Chargeback Fee: _____   Wire Fee: $45.00

Holdback Reserve (Rolling 6 Months): 10%

*Holdback funds are released on the 15th of each month, unless this date falls on a weekend, and are only released if 1000 Units or more are due and are subject to a wire fee*

Payout Period: *12 days in arrears based on amount to be determined*

Processing Period: *Saturday to Friday*

New clients have no limit on voids of pre-authorizations. Refunds are limited to five percent (5%) of total captured transactions.

2

Allied CID response

CONFIDENTIAL

Pl. Ex. 25
p. 331
ALLIED_0000003