account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

4.   **No Advance Fees**. Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

5.   **Limited Money Back Guarantee ("Satisfaction Guarantee")**. Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

6.   **Process and Restriction on Account Transfer**. Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

7.   **Indemnification and Hold Harmless**. Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial

QEP CID response

Pl. Ex. 28
p. 452
T-013088-00000153

obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

8.     **Entire Agreement**. By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

9.     **Cancellation Policy**. Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

10.    **Limitations on Damages**. Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

11.    **Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client,

QEP CID response

and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials _____

12.   **Information Authorization**. Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

13.   **Electronic and Voice Communication Consent**. Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

14.    **Important Disclosure. You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.**

Initials  _____

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), **I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR.** I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

QEP CID response

Pl. Ex. 28
p. 455
T-013088-00000156

# Exhibit "A" to Service Agreement
# Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s);

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the

QEP CID response

Pl. Ex. 28
p. 456
T-013088-00000157

Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of $1,195 for document preparation and delivery to Client for a consolidation consistent with the above, or $1,295 for services limited to Default Accounts and rehabilitation programs as described above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

QEP CID response

Pl. Ex. 28
p. 457
T-013088-00000158

## Exhibit "B" to Service Agreement
## Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|----------------|-----------|---------------|
|   |      |                |           |               |

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

QEP CID response

Pl. Ex. 28
p. 458
T-013088-00000159

# Credit Card Authorization Form

I hereby authorize SL ACCOUNT MGMT and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement up to one year and/or 12 consecutive monthly payments. Should the Fee and Service Schedule of my Agreement exceed beyond one year and/or 12 consecutive monthly payments, a new credit card authorization form will need to be obtained for another year and /or 12 consecutive monthly payments until all Fees pursuant to the Fee and Service Schedule is satisfied.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement for one year. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

================================================================

Please complete all of the following information.
Your account cannot be processed if incomplete.

Check the type of credit card: ☐ MC        ☐ VISA        ☐ Discover        ☐ AMEX

Credit Card Number:

Expiration Date:

Security (CVC) Code:

Name of Credit Card Holder (exactly as it appears on the card):

Billing Address:

City:

State:

Zip Code:

Signature of Credit Card Holder:

Date:

QEP CID response

Pl. Ex. 28
p. 459
T-013088-00000160

# Client Trust Account Authorization
# Dedicated Account Provider
# <u>No Advance Fees</u>

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – <u>NO ADVANCE FEES</u>**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1. Client has received a consolidation, adjustment, or otherwise satisfactory result, and
2. Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

QEP CID response

**Service Fees –** Client authorizes the DAP to charge the following fees for services rendered:

- **All service fees are waived.**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

# Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint SL ACCOUNT MGMT, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.  Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.  Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide SL ACCOUNT MGMT is true and accurate.

3.  Execute any and/or all of my Federal Student Loan application documents on my behalf, including but not limited to my forbearance and consolidation applications.

4.  Submit third-party authorization forms to any and/or all of my Federal Student Loan providers and their servicing agencies to allow SL ACCOUNT MGMT to communicate with them on my behalf.

5.  Submit any and/or all of my Federal Student Loan update forms on my behalf, including but not limited to updating my Proof of Income.

6.  Use SL ACCOUNT MGMT'S mailing address on any and/or all of my Federal Student Loan application documents in order to forward my mail directly to SL ACCOUNT MGMT. I understand that I can request copies of my mail at any time, upon request.

7.  Use SL ACCOUNT MGMT'S e-mail address on any and/or all of my Federal Student Loan application documents in order to forward my e-mail communications directly to SL ACCOUNT MGMT. I understand that I will have always have full access to my dedicated SL ACCOUNT MGMT e-mail address.

8.  Receive, open, and review any of the mail and e-mail communications referenced above, for the sole purpose of completing SL ACCOUNT MGMT'S services on my behalf.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal

QEP CID response

Pl. Ex. 28
p. 462
T-013088-00000163

Student Loans to communicate directly with SL ACCOUNT MGMT concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

SL ACCOUNT MGMT
8 Hughes, #210
Irvine, CA 92618

Any and all communications directed to me will be referred to SL ACCOUNT MGMT.

I understand that SL ACCOUNT MGMT is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from SL ACCOUNT MGMT relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the SL ACCOUNT MGMT program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

# National Student Loan Data System Access Permission

**Purpose:**     For SL ACCOUNT MGMT to access your student loan information from government websites.

**Reason:**      For SL ACCOUNT MGMT to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**     As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password**:    We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. <u>We will never use this information to sign or submit applications for you – you must do that on your own.</u>

**Authorization**:     As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**     I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

Pl. Ex. 28
p. 464
T-013088-00000165

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

Client's Signature: _____

Client's Printed Name: _____

Executed on this (Date): _____

QEP CID response

Pl. Ex. 28
p. 465
T-013088-00000166

| Facts: | WHAT DOES SL ACCOUNT MGMT ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and payment history<br>• Transaction or loss history and employment information<br>When you are *no longer* our customer, we may continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons SL ACCOUNT MGMT chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | No | We don't share |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For our affiliates or non-affiliates to market to you** | No | We don't share |
| Questions? | https://slaccountmgmt.com | |

QEP CID response

Pl. Ex. 28
p. 466
T-013088-00000167

| Who we are | |
|---|---|
| **Who is providing this notice?** | SL ACCOUNT MGMT |
| **What we do** | |
| **How do you protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br>We also maintain physical, electronic, and procedural safeguards such as computer virus protection software, firewalls, and a 128-bit Secure Socket Layer. Only authorized employees have access. |
| **How do you collect my personal information?** | We collect your personal information, such as when you provide:<br>• Your account information<br>• Your income information<br>• Your employment information<br>We may also collect your personal information from other companies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>• Sharing for affiliates' everyday business purposes<br>• Information about your creditworthiness<br>• Affiliates from using your information to market to you<br>• Sharing for non-affiliates to market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **Definition** | |
| **Affiliates** | Financial and non-financial companies related by common ownership or control.<br>• SL ACCOUNT MGMT does not share with our affiliates |
| **Non-affiliates** | Financial and non-financial companies not related by common ownership or control.<br>• SL ACCOUNT MGMT does not share with non-affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br>• SL ACCOUNT MGMT does not jointly market. |
| **Other Important Information** | |
| **For California and Vermont Residents**: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

QEP CID response

Pl. Ex. 28
p. 467
T-013088-00000168

# Exhibit



## CUSTOMER APPLICATION REPORT

**Capital One®**

| APPLICANT NAME | | DIANA DAI | |
|---|---|---|---|
| SSN | 2805 | APP. REC | 2/1/2017 |
| RES TYPE | Internet | APP ID#/SRN | 9270 |
| PROMO CD | 1096160 | DOC ID | |
| TEST CELL | 3 | TSYS# | 4661 |
| LEGAL ENTITY | Capital One Bank | | |

### SUMMARY

| Credit Limit/Loan Amount | | | Application Data | |
|---|---|---|---|---|
| OFFERED | $100,000.00 | | SOLICITATION ID | 9270 |
| REQUESTED | N/A | (Requested by the Customer) | TEST CELL | 3 |
| ASSIGNED | $20,000.00 | | LANGUAGE | English |
| DECISION | Approve | | | |

### APPLICATION: INCOME
~Information Provided by the Customer~

| Income/Debt | | | Housing | |
|---|---|---|---|---|
| ANNUAL INCOME | $150,000.00 | | TYPE | Own |
| MONTHLY INCOME | $12,500.00 | | PAYMENT | $1,925.00 |

### CSG

| STATUS | Approve |
|---|---|
| CREDIT LIMIT/LOAN ASSIGNED | $20,000.00 |

### RES TYPES

VRU **Voice Response Unit**
Internet **Online/Computer**
IBTM **InBound Telemarketing**
Phone **Phone Application**
Mail **Mailed Application**

***DISCLAIMER: The information contained in this report was provided by the Customer at the time the Customer applied for an extension of credit by telephonic or electronic means.***

CONFIDENTIAL

Pl. Ex. 29
p. 468
COFC000000027

Cap One CID response



**APPLICATION IDENTIFICATION**
~Customer Provided Information~

Primary Applicant
| FIRST NAME | DIANA | MIDDLE NAME | LAST NAME | ██ **DAI** | SUFFIX | | PREFIX | |
| OLD NAME | | | DOB | ██1982 | AGE | 36 | SSN | ██2805 |
| EMAIL | kaine@premierstudentloancenter.com | | | | | | | |

Co-Applicant
| FIRST NAME | | MIDDLE NAME | LAST NAME | | SUFFIX | PREFIX |
| OLD NAME | | | DOB | | AGE | SSN |
| EMAIL | | | | | | |

Authorized Users
| NAME | | DOB | | SSN |

**APPLICATION ADDRESS**
~Customer Provided Information~

Primary Applicant
| CURRENT STREET | ██ | | CITY | **MONTEREY PARK** | STATE | **CA** |
| COUNTRY | **USA** | ZIP/POSTAL ██ | | | | |

Primary Prior Address
| CURRENT STREET | | | CITY | | STATE |
| COUNTRY | | ZIP/POSTAL | | | |

Co-Applicant
| CURRENT STREET | | | CITY | | STATE |
| COUNTRY | | ZIP/POSTAL | | | |

Co-Applicant Prior Address
| CURRENT STREET | | | CITY | | STATE |
| COUNTRY | | ZIP/POSTAL | | | |

Contact Information
| CONTACT TYPE | **Primary Applicant** | PHONE TYPE | **Home** | NUMBER | ██ | EXTENSION |
| CONTACT TYPE | **Primary Applicant** | PHONE TYPE | **Work** | NUMBER | | EXTENSION |

CONFIDENTIAL

Pl. Ex. 29
p. 469
COFC000000028

Cap One CID response

**SMALL BUSINESS**

~Customer Provided Information~

<u>Business</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| BUSINESS NAME | **CONSUMER ADVOCACY CTR** | | | | | |
| EMBOSSED NAME | **CONSUMER ADVOCACY CTR** | | | | | |
| LEGAL NAME | **CONSUMER ADVOCACY CENTER INC.** | | | | | |
| FEDERAL TAX ID | **471590303** | LEGAL STRUCTURE | | **Corporation** | | |
| ANNUAL SALES REVENUE | **2200000** | APR | **17.49** | | | |

<u>Current Business Address</u>

| | | | | | | |
|---|---|---|---|---|---|---|
| CURRENT STREET | **173 TECHNOLOGY DR 202** | CITY | | **IRVINE** | STATE | **CA** |
| COUNTRY | **USA** | ZIP/POSTAL | **92618** | | | |

<u>Business Contact Information</u>

| | | | | | |
|---|---|---|---|---|---|
| PHONE TYPE | **Current** | CONTACT TYPE | **Small Business** | NUMBER | **(855) 782-0742** EXTENSION |

CONFIDENTIAL

Cap One CID response

**Capital***One*® | BUSINESS

Spark® Visa Signature Business Account Ending in **9036**
Dec. 29, 2018 - Jan. 28, 2019 | 31 days in Billing Cycle

## Payment Information

Payment Due Date
**Feb. 25, 2019**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$11,508.24**

Minimum Payment Due
**$115.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 31.65%.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 31 Years | $29,901 |
| $423 | 3 Years | $15,237 |
| Estimated savings if balance is paid off in about 3 years: $14,664 | | |

If you would like information about credit counseling services, call 1-888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $1,902.75 |
| Payments | - $10,000.00 |
| Other Credits | - $305.31 |
| Transactions | + $19,910.80 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $11,508.24** |
| | |
| Credit Limit | $20,000.00 |
| Available Credit (as of Jan. 28, 2019) | $8,491.76 |
| Cash Advance Credit Limit | $10,000.00 |
| Available Credit for Cash Advances | $8,491.76 |

Your annual fee of $59 will be charged on your 02/2019 statement.

**\*\*Important Notice\*\***
We are unable to provide your Rewards Summary on this month's statement. To review your current Rewards balance or for additional Rewards information, please log in to your account at or the Capital One Mobile Banking app.

## Account Notifications

(i) Renewal Notice - Your 02/2019 bill will include your $59.00 annual membership fee. The reverse of this page explains how you may close your account and avoid this fee. Both sides of this page provide important information about your rate(s) and how your interest charge is calculated.

Pay or manage your account on our mobile app or at www.capitalone.com.      Customer Service: 1-800-867-0904      See reverse for Important Information

---

**Capital***One*®

Please send us your portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400039

Payment Due Date: **Feb. 25, 2019**          Account Ending in 9036

New Balance
**$11,508.24**

Minimum Payment Due
**$115.00**

Amount Enclosed
$ _____

Pay your bill
on the go.
Pay your bill securely and review transactions with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

DIANA DAI
CONSUMER ADVOCACY CENTER INC.
APT A
823 E NEWMARK AVE
MONTEREY PARK, CA 91755-3154



Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1 <!-- barcode --> 9036 28 0000000000000115002

CONFIDENTIAL

Cap███████████9036 28 00000000000█001150 02

Pl. Ex. 29

p. 471

COFC000000039

**How can I Avoid Paying Interest Charges?** If you pay your statement's New Balance in full by the due date, we will not charge you interest on any new transactions in the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in The *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of each Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement** : If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08
11/01/16

© 2016 Capital One. Capital One is a federally registered service mark

---

## Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments** ? You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment** ?

- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

CONFIDENTIAL

COFC000000040



## Transactions

Visit www.capitalone.com/sparkbusiness to see detailed

### DIANA DAI #9036: Payments, Credits and Adjustments

| Date | Description | Amount |
|---|---|---|
| Jan 19 | CAPITAL ONE MOBILE PYMTAuthDate 19-Jan | - $10,000.00 |

### KAINE WEN #4614: Credits

| Date | Description | Amount |
|---|---|---|
| Jan 13 | SP * CROWNNORTHAMPTON-NORTHAMPTON 32.50 GBP 0.786734447 Exchange Rate | - $41.31 |
| Jan 22 | END CLOTHINGNEWCASTLE UPO | - $264.00 |

### DIANA DAI #9036: Transactions

| Date | Description | Amount |
|---|---|---|

### JUDY DAI #1183: Transactions
Purchase Spend Limit : $20,000.00   Cash Spend Limit : $10,000.00

| Date | Description | Amount |
|---|---|---|

### KAINE WEN #4614: Transactions

| Date | Description | Amount |
|---|---|---|
| Dec 27 | STARK949-7227070CA | $125.48 |
| Dec 28 | UBERHELP.UBER.COMCA | $25.41 |
| Dec 29 | CLUB AT TEN THOUSANDLOS ANGELESCA | $6.00 |
| Dec 29 | DR. ALICE NGUYEN-VT949-7227070CA | $253.37 |
| Dec 30 | LYFT  *RIDE SAT 9PM8552800278CA | $77.22 |
| Dec 30 | WHOLEFDS JAM 10231TUSTINCA | $38.96 |
| Dec 30 | PRESSED JUICERY - TUSTINTUSTINCA | $32.25 |
| Dec 30 | CITY OF AZUSA626-8125270CA | $5.87 |
| Jan 1 | CKO*Patreon* Membership833-9728766CA | $25.00 |
| Jan 1 | URBAN PLATES #5IRVINECA | $28.45 |
| Jan 3 | Amazon.com*MB6UX7F50Amzn.com/billWA | $116.32 |
| Jan 3 | HODES PARKINGBEVERLY HILLSCA | $29.00 |
| Jan 3 | DR. ALICE NGUYEN-VT949-7227070CA | $360.00 |
| Jan 3 | SASABUNEGLENDALECA | $443.67 |
| Jan 3 | RAFFY KARAMANOUKIAN MD INSANTA MONICACA | $250.00 |
| Jan 3 | LAZ PARKING 670146GLENDALECA | $4.00 |
| Jan 4 | LIFEVANTAGE866-460-7241UT | $100.18 |
| Jan 6 | MICHELLE2000DBABEAUTY COMMONTEREY PARKCA | $375.00 |

## Transactions Continued

| Date | Description | Amount |
|---|---|---|
| Jan 8 | DR. ALICE NGUYEN-VT949-7227070CA | $253.37 |
| Jan 9 | TAQUERIA DE ANDAANNAHEIMCA | $7.49 |
| Jan 9 | wine.com800-5925870CA | $105.67 |
| Jan 9 | CITY OF AZUSA626-8125270CA | $63.58 |
| Jan 10 | Amazon.com*MB2TI9JN1Amzn.com/billWA | $49.63 |
| Jan 10 | FULLSCRIPT.COMSTRIPE.COMDE | $103.08 |
| Jan 12 | URBAN PLATES #5IRVINECA | $35.56 |
| Jan 12 | SP * CROWNNORTHAMPTON-NORTHAMPTON 195.00 GBP 0.777140124 Exchange Rate | $250.92 |
| Jan 12 | A & J RESTAURANTIRVINECA | $45.74 |
| Jan 13 | NETFLIX.COMNETFLIX.COMCA | $13.99 |
| Jan 14 | THE HALAL GUYS - TUSTINTUSTINCA | $14.44 |
| Jan 15 | PHOTO BOUTIQUEIRVINECA | $18.31 |
| Jan 15 | DR. ALICE NGUYEN-VT949-7227070CA | $360.00 |
| Jan 16 | HODES PARKINGBEVERLY HILLSCA | $29.00 |
| Jan 16 | DR. ALICE NGUYEN-VT949-7227070CA | $100.00 |
| Jan 16 | RAFFY KARAMANOUKIAN MD INSANTA MONICACA | $250.00 |
| Jan 17 | EXPEDIA 7405821021565EXPEDIA.COMWA ARRIVE: 01/21/19 | $225.35 |
| Jan 17 | AEROMEXICO 1392109501126800-2376639TX TK#: 1392109501126 PSGR: WEN/KAINE ORIG: LAX, DEST: MEX   S/O: X CARRIER: AM SVC: I ORIG: MEX, DEST: EZE   S/O: X CARRIER: AM SVC: I ORIG: EZE, DEST: MEX   S/O: X CARRIER: AM SVC: IX ORIG: MEX, DEST: LAX   S/O: O CARRIER: AM SVC: IO | $3,618.63 |
| Jan 17 | CKE*LA BRISKET    2930COSTA MESACA | $33.62 |
| Jan 17 | FransbooneSluis 601.04 EUR 0.876432675 Exchange Rate | $685.78 |
| Jan 18 | GRUBHUBSICHUANIMPRESS8775851085 NY | $150.17 |
| Jan 18 | CTS*FRONTIER ONLINEPAY800-921-8101CT | $118.02 |
| Jan 18 | CMSVEND*CV LOS ANGELESGARDEN GROVECA | $1.00 |
| Jan 19 | DIOR BH HOMMEBEVERLY HILLSCA | $4,872.75 |
| Jan 19 | DIOR BH HOMMEBEVERLY HILLSCA | $1,752.00 |

Transactions continue on the back of this page

Cap One CID response

Pl. Ex. 29
p. 473

CONFIDENTIAL

COFC000000041



**Capital One**  **SPARK BUSINESS**

**Spark® Visa Signature Business  Account Ending in 9036**
Dec. 29, 2018 - Jan. 28, 2019  |  31 days in Billing Cycle

Page 3 of 3

## Transactions Continued

| Date | Description | Amount |
|------|-------------|--------|
| Jan 19 | MyungRang Hot DogLos AngelesCA | $21.83 |
| Jan 21 | LYFT  *RIDE SUN 10AM8552800278CA | $67.02 |
| Jan 23 | AMZ*Hulu LLCsupportrequesCA | $11.99 |
| Jan 23 | EQUINOX MOTO #732866-332-6549CA | $310.00 |
| Jan 23 | ADEGA SANTIAGO SANTESAO PAULO<br>1,501.77 BRL<br>3.798775706 Exchange Rate | $395.33 |
| Jan 25 | GR6 EVENTOSSAO PAULO<br>120.00 BRL<br>3.761755486 Exchange Rate | $31.90 |
| Jan 25 | BLUE SHIELD<br>CALIFORNIA800-393-6130CA | $398.96 |
| Jan 25 | JARDINS BUFFET E EVENTSAO PAULO<br>2,255.48 BRL<br>3.761264717 Exchange Rate | $599.66 |
| Jan 26 | A FIGUEIRA RUBAIYATSAO PAULO<br>1,559.51 BRL<br>3.761299503 Exchange Rate | $414.62 |
| Jan 27 | FOUR SEASONS SPSAO PAULO<br>8,275.69 BRL<br>3.761301143 Exchange Rate | $2,200.22 |
| Jan 27 | ESPN Plus800-7271800NY | $4.99 |
| **KAINE WEN #4614: Total** | | **$19,910.80** |
| **Total Transactions for This Period** | | **$19,910.80** |

| Fees | | |
|------|-------------|--------|
| Date | Description | Amount |
| **Total Fees for This Period** | | **$0.00** |

| Interest Charged | |
|------|--------|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

| Totals Year-to-Date | |
|------|--------|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 19.24% P | $0.00 | $0.00 |
| Cash Advances | 25.24% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.



300084

Stay on top of your **credit score.**
Monitor your credit score with CreditWise®
built right into the Capital One® mobile app.

Text **ONE** to **80101** to download the app. Messaging & Data rates may apply.

**Capital**One®

**Spark Visa Signature Business Account Ending in 1006**
Jan. 12, 2019 - Feb. 11, 2019 | 31 days in Billing Cycle

## Payment Information

Payment Due Date
**Mar. 08, 2019**

For online and phone payments, the deadline is 8pm ET.

New Balance
**$0.00**

Minimum Payment Due
**$0.00**

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a $39.00 late fee and your APRs may be increased up to the Penalty APR of 31.65%.

## Account Summary

| | |
|---|---|
| Previous Balance | $9.12 |
| Payments | - $199.78 |
| Other Credits | $0.00 |
| Transactions | + $190.66 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $0.00 |
| **New Balance** | **= $0.00** |
| Credit Limit | $10,000.00 |
| Available Credit (as of Feb. 11, 2019) | N/A |
| Cash Advance Credit Limit | $5,000.00 |
| Available Credit for Cash Advances | N/A |

300079



## Account Notifications

(i) Welcome to your account notifications. Check back here each month for important updates about your account.

Pay or manage your account on our mobile app or at   www.capitalone.com.      Customer Service: 1-800-867-0904      See reverse for Important Information

**Capital**One®

Please send us this portion of your statement and only one check (or one money order) to ensure your payment is processed promptly. Allow at least seven business days for delivery.

400038

Get the app designed to save time.
Effortlessly manage your account on the go with the Capital One® mobile app.

Text **ONE to 80101** to download the app.
Messaging & Data rates may apply.

Payment Due Date: **Mar. 08, 2019**       Account Ending in 1006

New Balance
**$0.00**

Minimum Payment Due
**$0.00**

Amount Enclosed
$ _____

ALBERT KIM
CONSUMER ADVOCACY CENTER
APT 3001
900 S FIGUEROA ST
LOS ANGELES, CA 90015-3930



Capital One
P.O. Box 60599
City of Industry, CA 91716-0599

1  ··················· 1006  11  00000001733  0000009

CONFIDENTIAL

COFC000000165

001

**How can I Avoid Paying Interest Charges?** If you pay your account's New Balance in full by the due date, we will not charge you interest on any new transactions within the purchase segment. If you have been paying your account in full with no Interest Charges, but then you do not pay your next New Balance in full, we will charge interest on the portion of the balance that you did not pay. For Cash Advances and Special Transfers, we will start charging Interest on the transaction date. Certain promotional offers may allow you to pay less than the total New Balance and avoid paying Interest Charges on new purchases. Please refer to the front of your statement for additional information.

**How is the Interest Charge applied?** Interest Charges accrue from the date of the transaction or the first day of the Billing Cycle. Interest Charges accrue on every unpaid amount until it is paid in full. This means you may owe Interest Charges even if you pay the entire New Balance for one Billing Cycle, but did not do so the previous Billing Cycle. Unpaid Interest Charges are added to the corresponding segment of your account.

**Do you assess a Minimum Interest Charge?** We may assess a minimum Interest Charge of $0.00 for each Billing Cycle if your account is subject to an Interest Charge.

**How do you Calculate the Interest Charge?** We use a method called Average Daily Balance (including new transactions).

1. First, for each segment we take the beginning balance each day and add in new transactions and the periodic Interest Charge on the previous day's balance. Then we subtract any payments and credits for that segment as of that day. The result is the daily balance for each segment. However, if your previous statement balance was zero or a credit amount, new transactions which post to your purchase segment are not added to the daily balance.

2. Next, for each segment, we add the daily balances together and divide the sum by the number of days in the Billing Cycle. The result is the Average Daily Balance for each segment.

3. At the end of each Billing Cycle, we multiply your Average Daily Balance for each segment by the daily periodic rate (APR divided by 365) for that segment, and then we multiply the result by the number of days in the Billing Cycle. We add the Interest Charges for all segments together. The result is your total Interest Charge for the Billing Cycle.

The Average Daily Balance is referred to as the Balance Subject to Interest Rate in the Interest Charge Calculation section of this Statement.

NOTE: Due to rounding or a minimum Interest Charge, this calculation may vary slightly from the Interest Charge actually assessed.

**How can my Variable APR change?** Your APRs may increase or decrease based on one of the following indices (reported in the *Wall Street Journal* ). The letter code below corresponds with the letter next to your APRs in the Interest Charge Calculation section of this statement.

| Code next to your APR(s) | How do we calculate your APR(s)? Index + margin | When your APR(s) will change |
|---|---|---|
| P | Prime Rate + margin | The first day of the Billing Cycles that end in Jan., April, July, and Oct. |
| L | 3 month LIBOR + margin | |
| D | Prime Rate + margin | The first day of the Billing Cycle. |
| F | 1 month LIBOR + margin | |

**How can I Avoid Membership Fees?** If a Renewal Notice is printed on this statement, you may avoid paying an annual membership fee by contacting Customer Service no later than 45 days after the last day in the Billing Cycle covered by this statement to request that we close your account. To avoid paying a monthly membership Fee, close your account and we will stop assessing your monthly membership Fee.

**How can I Close My Account?** You can contact Customer Service anytime to request that we close your account.

**How do you Process Payments?** When you make a payment, you authorize us to initiate an ACH or electronic payment that will be debited from your bank account or other related account. When you provide a check or check information to make a payment, you authorize us to use information from the check to make a one-time ACH or other electronic transfer from your bank account. We may also process it as a check transaction. Funds may be withdrawn from your bank account as soon as the same day we process your payment.

**How do you Apply My Payment?** We generally apply payments up to your Minimum Payment first to the balance with the lowest APR (including 0% APR), and then to balances with higher APRs. We apply any part of yourpayment exceeding your Minimum Payment to the balance with the highest APR, and then to balances with lower APRs.

**Billing Rights Summary** (Does not Apply to Small Business Accounts)

**What To Do If You Think You Find A Mistake On Your Statement :** If you think there is an error on your statement, write to us at:

Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us or notify us electronically, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. We will notify you in writing within 30 days of our receipt of your letter. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

- While you do not have to pay the amount in question until we send you a notice about the outcome of our investigation, you are responsible for the remainder of your balance.

- We can apply any unpaid amount against your credit limit. Within 90 days of our receipt of your letter, we will send you a written notice explaining either that we corrected the error (to appear on your next statement) or the reasons we believe the bill is correct.

**Your Rights If You Are Dissatisfied With Your Purchase:** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, the following must be true:

1) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify; and

2) You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at: Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

ETC-08

© 2016 Capital One. Capital One is a federally registered service mark

11/01/16

---

## Changing Mailing Address?

You can change your address by signing into your account online or calling Customer Service.

**How do I Make Payments?** You may make your payment in several ways:

1. Online Banking by logging into your account;
2. Capital One Mobile Banking app for approved electronic devices;
3. Calling the telephone number listed on the front of this statement and providing the required payment information;
4. Sending mail payments to the address on the front of this statement with the payment coupon or your account information.

**When will you Credit My Payment?**

- For mobile, online or over the phone, as of the business day we receive it, as long as it is made by 8 p.m. ET.
- For mail, as of the business day we receive it, as long as it is received by 5 p.m. local time at our processing center. You must send the bottom portion of this statement and your check to the payment address on the front of this statement. Please allow at least seven (7) business days for mail delivery. Mailed payments received by us at any other location or payments in any other form may not be credited as of the day we receive them.

Pl. Ex. 29
p. 476

CONFIDENTIAL

COFC000000166

**Spark Visa Signature Business Account Ending in 1006**
Jan. 12, 2019 - Feb. 11, 2019 | 31 days in Billing Cycle



300079

## Transactions

Visit ~~www.capitalone.com/cardbenefits~~ to see detailed

### ALBERT KIM #1006: Payments, Credits and Adjustments

| Date | Description | Amount |
|------|-------------|--------|
| Jan 14 | CAPITAL ONE MOBILE PYMTAuthDate 14-Jan | - $26.42 |
| Jan 28 | CAPITAL ONE MOBILE PYMTAuthDate 28-Jan | - $173.36 |

### ALBERT KIM #1006: Transactions

| Date | Description | Amount |
|------|-------------|--------|
| Jan 10 | HABIT DOWNEY #104DOWNEYCA | $17.30 |
| Jan 22 | HABIT DOWNEY #104DOWNEYCA | $16.20 |
| Jan 23 | SOO WON GALBILOS ANGELESCA | $157.16 |
| **ALBERT KIM #1006: Total** | | **$190.66** |

| **Total Transactions for This Period** | **$190.66** |
|------|------|

## Fees

| Date | Description | Amount |
|------|-------------|--------|
| **Total Fees for This Period** | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $0.00 |
| Interest Charge on Cash Advances | $0.00 |
| Interest Charge on Other Balances | $0.00 |
| **Total Interest for This Period** | **$0.00** |

## Totals Year-to-Date

| | |
|---|---|
| **Total Fees charged** | **$0.00** |
| **Total Interest charged** | **$0.00** |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate(APR) | Balance Subject to Interest Rate | Interest Charge |
|-----------------|------------------------------|----------------------------------|-----------------|
| Purchases | 19.24% P | $0.00 | $0.00 |
| Cash Advances | 25.24% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details.

Cap One CID response

Pl. Ex. 29
p. 477

CONFIDENTIAL

# BUCKLEY

**Amanda R. Lawrence**
Partner
2001 M Street NW, Suite 500
Washington, DC 20036
T (202) 349-8089
alawrence@buckleyfirm.com

## FOIA CONFIDENTIAL TREATMENT REQUESTED

June 10, 2019

### VIA EMAIL
Jesse Stewart, Esq.
Sarah Preis, Esq.
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street NW
Washington, DC 20552
jesse.stewart@cfpb.gov
sarah.preis@cfpb.gov

### VIA FEDEX
Deborah Morris / John Marlow
Custodian / Deputy Custodian
Consumer Financial Protection Bureau
ATTN: Office of Enforcement
1700 G Street, NW
Washington, DC 20552

### RE: CFPB Civil Investigation Demand to Capital One Financial Corporation

Dear Mr. Stewart and Ms. Preis:

By this letter, Capital One Financial Corporation ("Capital One" or "the Company") provides its initial production in response to the Civil Investigative Demand (the "CID") from the Consumer Financial Protection Bureau ("CFPB" or the "Bureau") dated May 10, 2019. With the exception of the documents and information described below, this production includes the Company's responses to all Interrogatories and Requests for Documents contained in the CID.

\*     \*     \*

WASHINGTON, DC     LOS ANGELES     SAN FRANCISCO     NEW YORK     CHICAGO     LONDON

Cap One CID response

Pl. Ex. 29
p. 478
R-012914-00000001

Jesse Stewart
Sarah Preis
Deborah Morris
John Marlow
June 10, 2019
Page 2

## I.   INTERROGATORIES

**Interrogatory 1:**   Identify the following for each Subject Account:

a. The account number;

b. The type of account;

c. The name(s), address(es), e-mail address(es) and telephone number(s)
of all account holders;

d. The name(s), address(es), e-mail address(es) and telephone number(s)
of all account signatories;

e. The name(s), address(es), e-mail address(es) and telephone number(s)
of all authorized account users;

f. If account holder is a business or other organization, the name(s),
address(es), e-mail address(es) and telephone number(s) of any contact
persons provided for the Subject Account;

g. The date the account opened; and

h. The date, if any, that the account closed.

**Response:**   Capital One has identified accounts held by Consumer Advocacy Center,
Inc., Albert Kim, Kaine Wen, Tuong Nguyen, and Le Ho, which the
Company believes are Subject Accounts as defined by Definition II(M) in
the CID.  The responses to each of the subparts of Interrogatory 1 are
listed below, organized by account.

### Consumer Advocacy Center, Inc. (Card ending 9036)

#### 1(a): Full account number:

Account ID: ▮▮▮▮4661

Card Numbers:



1)  ▮▮▮▮9036, (Primary – Diana Dai)
2)  ▮▮▮▮4614 transferred from ▮▮▮▮9877(Authorized User Kaine
Wen)[1]
3)  ▮▮▮▮1183 (Authorized User Judy Dai)

---

[1] When a card number is listed as "transferred from," that indicates that there was an earlier card number associated
with the account that was discontinued and replaced with a new card number for the same user.

Jesse Stewart
Sarah Preis
Deborah Morris
John Marlow
June 10, 2019
Page 3

**1(b): Type of account:**

Spark Visa Small Business Credit Card

**1(c): Name(s), address(es), e-mail address(es) and telephone number(s) of all account holders:**

Consumer Advocacy Center, Inc.
Business Address:
173 Technology Drive, 202
Irvine, CA 92618
Email: None
Phone: 855-782-0742

Diana Dai
Home Address:

Monterey Park, CA
Physical Address:

Irvine, CA
Email: None
Home Phone:
Mobile Phone

**1(d): Name(s), address(es), e-mail address(es) and telephone number(s) of all account signatories:[2]**

Diana Dai
Home Address:

Monterey Park, CA
Physical Address:

Irvine, CA
Email: None
Home Phone:
Mobile Phone

---

[2] For purposes of responding to this CID, Capital One considers the "signatory" to a credit card account to be the primary account holder.

Jesse Stewart
Sarah Preis
Deborah Morris
John Marlow
June 10, 2019
Page 4

**1(e): Name(s), address(es), e-mail address(es) and telephone number(s) of all authorized account users:**

Kaine Wen (Card No. ██████████ 4614)
<u>Business Address</u>:
823 E. Newmark Ave.
Monterey Park, CA 91755-3154
<u>Email</u>: None
<u>Work Phone</u>: 424-333-8290

Judy Dai (Card No. ██████████ 1183)
<u>Other Address</u>:
██████████████
Monterey Park, CA ████████
<u>Email</u>: None
<u>Phone</u>: None

No other authorized users associated with the Account/Card numbers identified above.

**1(f): (If the account holder is a business or other organization) Name(s), address(es), e-mail address(es) and telephone number(s) of any contact persons provided for the Subject Account:**

No other contact persons are provided other than the primary and authorized users listed above.

**1(g): Date the account opened:**

February 1, 2017

**1(h): Date, if any, the account closed:**

January 16, 2019

## <u>Consumer Advocacy Center, Inc. (Card ending 1006)</u>

**1(a): Full account number:**

Account ID: ████ 4396

Card Number: ████████ 1006 (Primary User Albert Kim)

**1(b): Type of account:**

Visa Spark Business Credit Card

Jesse Stewart
Sarah Preis
Deborah Morris
John Marlow
June 10, 2019
Page 5

**1(c): Name(s), address(es), e-mail address(es) and telephone number(s) of all account holders:**

Consumer Advocacy Center, Inc.
Business Address:
173 Technology Drive, 202
Irvine, CA 92618  ·
Email: None
Phone: None

Albert Kim (Card No. ███████ 1006)
Physical Address:
███████
Irvine, CA ███████
Home Address:
███████
Los Angeles, CA ███████
███████
Home Phone: ███████
Work Phone: ███████

**1(d): Name(s), address(es), e-mail address(es) and telephone number(s) of all account signatories:**

Albert Kim (Card No. ███████ 1006)
Physical Address:
███████
Irvine, CA ███████
Home Address:
███████
Los Angeles, CA ███████
Email: ███████
Home Phone: ███████
Work Phone: ███████

**1(e): Name(s), address(es), e-mail address(es) and telephone number(s) of all authorized account users:**

No other authorized users other than the primary user listed above.

**1(f): (If the account holder is a business or other organization) Name(s), address(es), e-mail address(es) and telephone number(s) of any contact persons provided for the Subject Account:**

No other contact persons are provided other than the primary user listed above.

Jesse Stewart
Sarah Preis
Deborah Morris
John Marlow
June 10, 2019
Page 6

**1(g): Date the account opened:**

April 14, 2017

**1(h): Date, if any, the account closed:**

January 31, 2019

## Albert Kim (Card ending 1940)

**1(a): Full account number:**

Account ID: ███████2167

Card Number: ████████1940

**1(b): Type of account:**

Mastercard Platinum – Superprime Revolver Price

**1(c): Name(s), address(es), e-mail address(es) and telephone number(s) of all account holders:**

Albert Kim
Physical Address:
████████████████
Santa Monica, CA ██████████
Home Address:
██████████████████
Los Angeles, CA █████████
Email: ████████████
Mobile Phone: ██████████

**1(d): Name(s), address(es), e-mail address(es) and telephone number(s) of all account signatories:**

See above information for Albert Kim (individual account, no other signatories, cardholders, or authorized users are associated with this account).

**1(e): Name(s), address(es), e-mail address(es) and telephone number(s) of all authorized account users:**

See above information for Albert Kim (individual account, no other signatories, cardholders, or authorized users are associated with this account).