Case 8:19-cv-01998-MWF-KS Document 33-2 Filed 10/21/19 Page 1 of 10 Page ID #:1160
CONFIDENTIAL
Live Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center ("PSL")
UNREDACTED
PER 12 USC 3413

Electronic Record and Signature Disclosure created on: 3/30/2010 11:54:02 AM
Parties agreed to: Kaine Wen

### Merchant Disclosure

From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 — received 6/10/2019
EMS CID response
PSL - 8
Pl. Ex. 30
p. 495
R-013763-00000018

CONFIDENTIAL
True Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center ("PSL")
UNREDACTED
PER 12 USC 3413

electronically from us.

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: rcoolidge@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at rcoolidge@emscorporate.com and in the body of such request you must state: your previous e-mail address; your new e-mail address. We do not require any other information from you to change your email address.
In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to rcoolidge@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
ii. send us an e-mail to rcoolidge@emscorporate.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

**Required hardware and software**

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.
Acknowledging your access and consent to receive materials electronically

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response
PSL - 9
Pl. Ex. 30
p. 496
R-013763-00000019

Case 8:19-cv-01998-MWF-KS   Document 33-2   Filed 10/21/19   Page 3 of 10   Page ID #:1162

CONFIDENTIAL

In re Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center ("PSL")

UNREDACTED
PER 12 USC 3413

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know, by clicking the 'I agree'™ button below.

By checking the 'I agree'™ box, I confirm that::

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with Electronic Merchant Systems.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 – received 6/10/2019
EMS CID response

PSL - 10

Pl. Ex. 30
p. 497
R-013763-00000020

Case 8:19-cv-01998-MWF-KS Document 33-2 Filed 10/21/19 Page 4 of 10 Page ID #:1163
CONFIDENTIAL
The Consumer Advocacy Center Inc. a/b/a
Premier Student Loan Center ("PSL")
UNREDACTED
PER 12 USC 3413

DocuSign Envelope ID: 166284E6-5588-4C8B-B38A-7B883487B231

CC101/11-14A

### DEBT RELIEF SERVICE MERCHANT AGREEMENT ADDENDUM

This Checklist is an Addendum to the Merchant Agreement ("Agreement") dated November 4, 2015, between Premier Student Loan Center, (the "Merchant") and ELECTRONIC MERCHANT SYSTEMS ("EMS").

**Merchant represents and warrants each of the following by checking it and signing below:**

- [x] Merchant is engaged in the business of offering debt relief services and has obtained, and throughout the term of the Agreement will maintain, all local, state, and federal licenses, registrations, and approvals required to conduct such business.
- [x] Merchant understands, currently fully complies with, and during the term of the Agreement, will fully comply with all relevant provisions of all of the following as amended from time to time:
  - Section 5 of the Federal Trade Commission Act, 15 U.S.C. §5;[1]
  - the Electronic Funds Transfer Act, 15 U.S.C. § 1693, et seq. ("EFTA") and all regulations implementing the EFTA including without limitation Regulation E, 12 C.F.R. §1005.1, et seq.;[2]
  - the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and all regulations implementing the FCRA including without limitation Regulation V, 12 C.F.R. §1022.1, et seq.;
  - the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §6101, et seq. ("TCFAPA"), and all regulations implementing the TCFAPA including without limitation the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310;
  - the Consumer Financial Protection Act of 2010, 12 U.S.C. §5531, et seq. ("CFPA") and all regulations implementing the CFPA including without limitation Regulation O, the Mortgage Assistance Relief Services rules, 12 C.F.R. §1015.1, et seq.;
  - the Truth In Lending Act, 15 U.S.C. § 1601, et seq. ("TILA") and all regulations implementing the TILA including without limitation Regulation Z, 12 C.F.R. §1026.1, et seq.;
  - the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. ("TCPA") and all regulations implementing the TCPA including without limitation 47 C.F.R. §64.1200, et seq.;
  - x the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. §7001, et seq.; and
  - all other applicable federal, state, and local laws, rules, and regulations including, without limitation, those referring, relating or pertaining to the foregoing, consumer privacy and protection, credit, lending, finance, usury, and banking, and with the Rules (as defined in the Agreement).
- [x] Merchant will immediately notify EMS and Bank in writing of any inquiry, investigation, complaint, charge, subpoena, claim, request for information, judgment, injunction, restraining order, cease and desist order, any similar judicial, quasi-judicial, administrative, or executive order, or any license or permit revocation or cancellation, by any local, state or federal law enforcement or regulatory agency, entity, or official in connection with or relating to Merchant's business including without limitation any complaints, charges or claims against Merchant by any customers of Merchant or by any local, state or federal official.
- [x] In addition to the indemnity obligations set forth in the Agreement, Merchant will also indemnify and hold EMS and Bank harmless from and against any and all losses, costs, liabilities, damages and expenses (including attorneys' fees and collection costs) resulting from or incurred in connection with any breach of the Agreement including and as modified by this Addendum, and/or resulting from or incurred in connection with any inquiry, investigation, complaint, charge, subpoena, claim, or request for information of or against Merchant, or against or involving EMS or Bank in connection with Merchant, by any local, state or federal law enforcement or regulatory agency in connection with or relating to Merchant's business including without limitation any complaints, charges or claims by any customers of Merchant or by any local, state or federal official.
- [ ] Merchant understands that EMS or Bank may terminate the Agreement effective immediately in the event of any breach of this addendum or as otherwise set forth in the Agreement.

ELECTRONIC MERCHANT SYSTEMS

By: _____

Its: _____

Dated: _____

MERCHANT: Premier Student Loan Center

By: *Kaine Wen* (DocuSigned)
— B745AE9A3E4C9...

Print: Kaine Wen

Its: kw

Dated: 11/4/2015

[1] The U.S. Code is available at http://uscode.house.gov/.
[2] The electronic Code of Federal Regulations is available at http://www.ecfr.gov/cgi-bin/ECFR?page=browse.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response
PSL - 11
Pl. Ex. 30
p. 498
R-013763-00000021

Case 8:19-cv-01998-MWF-KS   Document 33-2   Filed 10/21/19   Page 5 of 10   Page ID #:1164
CONFIDENTIAL                           Ive Consumer Advocacy Center Inc. d/b/a                           UNREDACTED
                                       Premier Student Loan Center ("PSL")                               PER 12 USC 3413

DocuSign SECURED

## Certificate Of Completion

Envelope Number: 166284E855884C8BB38A7B883487B231
Subject: Documents for your DocuSign Signature
Source Envelope:
Document Pages: 2          Signatures: 2          Envelope Originator:
Certificate Pages: 4       Initials: 0            Stephanie Preidis
AutoNav: Enabled                                  5005 Rockside Rd
EnvelopeId Stamping: Enabled                      Independence, OH 44121
                                                  spreidis@emscorporate.com
                                                  IP Address: 96.43.151.8

### Record Tracking
Status: Original                    Holder: Stephanie Preidis           Location: DocuSign
    11/4/2015 6:54:50 AM PT                 spreidis@emscorporate.com

### Signer Events                   Signature                            Timestamp
Kaine Wen                           [DocuSigned by: kaine Wen            Sent: 11/4/2015 6:59:38 AM PT
kaine@premierstudentloancenter.com  87443AE9A34E4C8...]                 Viewed: 11/4/2015 10:42:29 AM PT
Security Level: Email, Account Authentication                            Signed: 11/4/2015 10:42:59 AM PT
(None)
                                    Using IP Address: 71.165.27.59

Electronic Record and Signature Disclosure:
    Accepted: 11/4/2015 10:42:29 AM PT
    ID: 858ab96d-d35e-4aca-bc28-4acc33dcafaa

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| Editor Delivery Events | Status | Timestamp |
| Agent Delivery Events | Status | Timestamp |
| Intermediary Delivery Events | Status | Timestamp |
| Certified Delivery Events | Status | Timestamp |
| Carbon Copy Events | Status | Timestamp |
| Notary Events | | Timestamp |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 11/4/2015 6:59:38 AM PT |
| Certified Delivered | Security Checked | 11/4/2015 10:42:29 AM PT |
| Signing Complete | Security Checked | 11/4/2015 10:43:00 AM PT |
| Completed | Security Checked | 11/4/2015 10:43:00 AM PT |

Electronic Record and Signature Disclosure

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 — received 6/10/2019
EMS CID response
PSL - 12
Pl. Ex. 30
p. 499
R-013763-00000022

Case 8:19-cv-01998-MWF-KS Document 33-2 Filed 10/21/19 Page 6 of 10 Page ID #:1165
CONFIDENTIAL
True Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center ("PSL")
UNREDACTED
PER 12 USC 3413

Electronic Record and Signature Disclosure created on: 3/30/2010 11:54:02 AM
Parties agreed to: Kaine Wen

### Merchant Disclosure

From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign, Inc. (DocuSign) electronic signing system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after signing session and, if you elect to create a DocuSign signer account, you may access them for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of a DocuSign envelope instead of signing it. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response
PSL - 13
Pl. Ex. 30
p. 500
R-013763-00000023

Case 8:19-cv-01998-MWF-KS   Document 33-2   Filed 10/21/19   Page 7 of 10   Page ID #:1166
CONFIDENTIAL
Hyde Consumer Advocacy Center, Inc. d/b/a
Premier Student Loan Center ("PSL")
UNREDACTED
PER 12 USC 3413

electronically from us.

How to contact Electronic Merchant Systems:

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:

To contact us by email send messages to: rcoolidge@emscorporate.com

To advise Electronic Merchant Systems of your new e-mail address

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at rcoolidge@emscorporate.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address. In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in the DocuSign system.

To request paper copies from Electronic Merchant Systems

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to rcoolidge@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

To withdraw your consent with Electronic Merchant Systems

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

    i. decline to sign a document from within your DocuSign session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to rcoolidge@emscorporate.com and in the body of such request you must state your e-mail, full name, US Postal Address, and telephone number. We do not need any other information from you to withdraw consent. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

Required hardware and software

| Operating Systems: | Windows® 2000, Windows® XP, Windows Vista®; Mac OS® X |
|---|---|
| Browsers: | Final release versions of Internet Explorer® 6.0 or above (Windows only); Mozilla Firefox 2.0 or above (Windows and Mac); Safari™ 3.0 or above (Mac only) |
| PDF Reader: | Acrobat® or similar software may be required to view and print PDF files. |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | Allow per session cookies |

** These minimum requirements are subject to change. If these requirements change, you will be asked to re-accept the disclosure. Pre-release (e.g. beta) versions of operating systems and browsers are not supported.

Acknowledging your access and consent to receive materials electronically

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response
PSL - 14
Pl. Ex. 30
p. 501
R-013763-00000024

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC CONSUMER DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with Electronic Merchant Systems.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response
Pl. Ex. 30
p. 502
PSL - 15
R-013763-00000025

CONFIDENTIAL

TMS Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center ("PSL")

UNREDACTED
PER 12 USC 3413

DocuSign Envelope ID: DEC01BE6-0424-4D9A-AB20-DB5C0AF9717A

  

# DISCLOSURE PAGE

## MEMBER BANK (ACQUIRER) INFORMATION

☐ For Merchant Numbers beginning 564

| | |
|---|---|
| Acquirer Name: | Chesapeake Bank |
| Acquirer Address: | 5000 Foundation Street<br>Williamsburg, VA 23188 |
| Acquirer Phone: | 757-941-1335 |

☐ For Merchant Numbers beginning 623

| | |
|---|---|
| Acquirer Name: | Merrick Bank |
| Acquirer Address: | Merchant Services Dept.<br>135 Crossways Park Drive North<br>Suite A<br>Woodbury, NY 11797 |
| Acquirer Phone: | 800-267-2256 |

### IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES

1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a Merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply.
4. The Visa Member is responsible for and must settle with funds with the merchant.
5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

## MERCHANT INFORMATION

| | |
|---|---|
| Merchant Name: | Premier Student Loan Center |
| Merchant Address: | 29901 Santa Margarita Pkwy Suite 200F   Rancho Santa Margarita   CA   92688 |
| Merchant Phone: | (888) 548-0476 |

### IMPORTANT MERCHANT RESPONSIBILITIES

1. Ensure compliance with cardholder data security and storage requirements.
   (Go to www.Visa.com; select Small Business and Merchants, select Operations and Risk Management, select Cardholder Information Security Program).
2. Maintain fraud and chargeback below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Visa Operating Regulations.
   (Go to www.Visa.com, select Small Business and Merchants, select Operations and Risk Management, select Rules for Visa Merchants)

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the merchant have any problems.

_Kaine Wen_                                                                11/2/2015

Merchant's Signature                                                     Date

Kaine Wen          General Counsel

Merchant's Printed Name & Title

White Copy - EMS        Yellow Copy - Merchant

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response

PSL - 17
Pl. Ex. 30
p. 503
R-013763-00000027

DocuSign Envelope ID: DEC01BE6-0424-4D9A-AB20-DB5C0AF9717A

CC100/11-14A

## CREDIT REPAIR MERCHANT AGREEMENT ADDENDUM

This Checklist is an Addendum to the Merchant Agreement ("Agreement") dated October 30, 2015, between Premier Student Loan Center, (the "Merchant") and ELECTRONIC MERCHANT SYSTEMS ("EMS").

Merchant represents and warrants each of the following by checking it and signing below:

☒ Merchant is engaged in the business of offering credit repair services and has obtained, and throughout the term of the Agreement will maintain, all local, state, and federal licenses, registrations, and approvals required to conduct such business.

☒ Merchant understands, currently fully complies with, and during the term of the Agreement, will fully comply with all relevant provisions of all of the following as amended from time to time:

- Section 5 of the Federal Trade Commission Act, 15 U.S.C. §5;[1]
- the Electronic Funds Transfer Act, 15 U.S.C. § 1693, et seq. ("EFTA") and all regulations implementing the EFTA including without limitation Regulation E, 12 C.F.R. §1005.1, et seq.;[2]
- the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and all regulations implementing the FCRA including without limitation Regulation V, 12 C.F.R. §1022.1, et seq.;
- The Credit Repair Organizations Act, 15 U.S.C. §1679, et seq.;
- the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §6101, et seq. ("TCFAPA"), and all regulations implementing the TCFAPA including without limitation the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310;
- the Consumer Financial Protection Act of 2010, 12 U.S.C. §5531, et seq.;
- the Truth In Lending Act, 15 U.S.C. § 1601, et seq. ("TILA") and all regulations implementing the TILA including without limitation Regulation Z, 12 C.F.R. §1026.1, et seq.;
- the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. ("TCPA") and all regulations implementing the TCPA including without limitation 47 C.F.R. §64.1200, et seq.;
- the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. §7001, et seq.; and
- all other applicable federal, state, and local laws, rules and regulations including, without limitation, those referring, relating or pertaining to the foregoing, consumer privacy and protection, credit, lending, finance, usury, and banking, and with the Rules (as defined in the Agreement).

☒ Merchant will immediately notify EMS and Bank in writing of any inquiry, investigation, complaint, charge, subpoena, claim, request for information, judgment, injunction, restraining order, cease and desist order, any similar judicial, quasi-judicial, administrative, or executive order, or any license or permit revocation or cancellation, by any local, state or federal law enforcement or regulatory agency, entity, or official in connection with or relating to Merchant's business including without limitation any complaints, charges or claims against Merchant by any customers of Merchant or by any local, state or federal official.

☒ In addition to the indemnity obligations set forth in the Agreement, Merchant will also indemnify and hold EMS and Bank harmless from and against any and all losses, costs, liabilities, damages and expenses (including attorneys' fees and collection costs) resulting from or incurred in connection with any breach of the Agreement including and as modified by this Addendum, and/or resulting from or incurred in connection with any inquiry, investigation, complaint, charge, subpoena, claim, or request for information of or against Merchant, or against or involving EMS or Bank in connection with Merchant, by any local, state or federal law enforcement or regulatory agency in connection with or relating to Merchant's business including without limitation any complaints, charges or claims by any customers of Merchant or by any local, state or federal official.

☐ Merchant understands that EMS or Bank may terminate the Agreement effective immediately in the event of any breach of this addendum or as otherwise set forth in the Agreement.

| ELECTRONIC MERCHANT SYSTEMS | MERCHANT: Premier Student Loan Center |
|---|---|
| By: _____ | By: *Kaine Wen* (DocuSigned) |
| Its: _____ | Print: Kaine Wen |
| Dated: _____ | Its: _____ |
| | Dated: 11/2/2015 |

[1] The U.S. Code is available at http://uscode.house.gov/.
[2] The electronic Code of Federal Regulations is available at http://www.ecfr.gov/cgi-bin/ECFR?page=browse.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response

PSL - 22
Pl. Ex. 30
p. 504
R-013763-00000032