Case 8:19-cv-01998-MWF-KS Document 33-6 Filed 10/21/19 Page 1 of 17 Page ID #:1189

In re True Count Staffing Inc, d/b/a
SL Account Mgmt (SL1)

UNREDACTED
PER USC 3413

CONFIDENTIAL

DocuSign Envelope ID: 017FCAB5-D74A-4673-AB37-27D3FEB04021



electronic merchant systems

## MERCHANT AGREEMENT ROLLING RESERVE ADDENDUM

In addition to all of the provisions set forth in the Merchant Agreement between Electronic Merchant Systems (EMS) and the undersigned merchant (hereinafter "Merchant) the parties hereto agree to the following additional terms and conditions:

1. Guarantor hereby agrees to guarantee payment and performance of all of Merchant's representations, covenants and obligations hereunder.

2. In addition to, and not in place of, the rights of EMS or Bank regarding the Reserve Account under the terms of the Merchant Agreement, Merchant agrees to make deposits to the Rolling Reserve Account to establish a cumulative, rolling reserve balance (herein referred to as the "Secured Amount") equal to __10__ % of all Visa/MasterCard/Discover sale transactions processed through Merchant's bankcard processing account (the "Account") until the Secured amount reaches $ _____. The secured amount will be held in a non interest bearing account for a period of not less than 210 days after termination date of the Merchant Agreement, or until the liability period for chargebacks has expired.

3. As security for repayment of any present or future obligation of Merchant or Guarantor to EMS, Merchant hereby pledges and grants to EMS a security interest in all of Merchant's right, title and interest in and to any balances held by EMS in the Reserve Account.

4. Merchant's bankcard processing volume shall not exceed $ __450,000.00__ in any 30-day period. Merchant understands that it is Merchant's responsibility to monitor and adhere to this volume restriction. If such volume restriction is exceeded, EMS may, in its sole discretion and without notice to Merchant, interrupt Merchant's processing service, withhold and deposit additional funds in to the Reserve Account, conduct a security review, and/or terminate the Merchant Agreement.

5. Merchant and Guarantor acknowledge that EMS will not consider any modification to the volume limit set forth above until EMS determines, in its sole discretion, that the Merchant is financially sound and it's Account is in good standing.

6. Merchant and Guarantor acknowledge that any increase in Merchant's volume restriction must be evidenced by a writing signed by EMS, and that any increase may also result in an increase in Merchant's Secured Amount.

7. Merchant and Guarantor agree to immediately inform EMS, in writing, of any of the following: a) any change in location of the Merchant's business, b) any change in the Merchant's banking accounts or relationships, c) any material change in Merchant's product type, d) any material new or additional services provided by Merchant, or e) any change in the ownership or management of Merchant's business. Merchant's failure to promptly provide such information or failure to accurately provide such information may, at EMS's discretion, result in termination of the Merchant Agreement.

8. Merchant and Guarantor represent and covenant to EMS that Merchant is solvent (as that term is understood in generally accepted business and accounting practice), has in the past, and is expected to be able to pay all of its obligations on a timely basis, and neither Merchant, Guarantor, nor any of its principals have been advised to, nor have contemplated, the filing of any action seeking the protection of bankruptcy laws of the United States or any jurisdiction.

9. EMS may, in satisfaction of any Merchant's or Guarantor's obligations pursuant to this Agreement or the Merchant Agreement, without notice to Merchant, take any or all of the following actions:

  - Resort to the Secured Amount for the payment of any of the Merchant's liabilities, whether or not EMS shall have first resorted to any other property securing the Merchant's liabilities, and whether or not EMS shall have first proceeded against any party primarily or secondarily liable on any of the Merchant's liabilities.
  - Apply the Secured Amount, or any portion thereof, as a set-off against any all liabilities owing from Merchant to EMS.

10. Merchant and Guarantor hereby waive notice of the existence or creation of all or any liabilities, and agree that no action of EMS permitted hereunder, or in the Merchant Agreement, shall impair or affect the rights of EMS in and to the Secured Amount.

Merchant Business Name: __SL ACCOUNT MGMT__

Owner's Name __Kaine Wen__

Owner's Signature _Kaine Wen_ (DocuSigned) Date: __3/2/2018__

Guarantor's Signature _Kaine Wen_ (DocuSigned) Date: __3/2/2018__

The acceptance of this agreement shall not act as a waiver of any provison contained in the Merchant Agreement or exclude said merchant from account monitoring.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL1 - 17
Pl. Ex. 30
p. 524
R-013763-00000197



DocuSign SECURED

## Certificate Of Completion

Envelope Id: 017FCAB5D74A4673AB3727D3FEB04021  
Subject: Documents for your DocuSign Signature  
Source Envelope:  
Document Pages: 1     Signatures: 2  
Certificate Pages: 4     Initials: 0  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:  
Stephanie Preidis  
5005 Rockside Road  
Independence, OH 44121  
spreidis@emscorporate.com  
IP Address: 13.108.238.8

## Record Tracking

Status: Original  
    3/2/2018 4:43:52 AM

Holder: Stephanie Preidis  
    spreidis@emscorporate.com

Location: DocuSign

## Signer Events

Kaine Wen  
kwen@slaccountmgmt.com  
Security Level: Email, Account Authentication (None)

Signature  
DocuSigned by: kaine Wen  
D565F8401828432

Using IP Address: 76.219.238.248

Timestamp  
Sent: 3/2/2018 4:47:03 AM  
Viewed: 3/2/2018 12:46:48 PM  
Signed: 3/2/2018 12:47:14 PM

**Electronic Record and Signature Disclosure:**  
Accepted: 3/2/2018 12:46:48 PM  
ID: bf3f1488-9f73-45ab-ada2-8be3a4891532

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| Editor Delivery Events | Status | Timestamp |
| Agent Delivery Events | Status | Timestamp |
| Intermediary Delivery Events | Status | Timestamp |
| Certified Delivery Events | Status | Timestamp |
| Carbon Copy Events | Status | Timestamp |
| Notary Events | Signature | Timestamp |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/2/2018 4:47:03 AM |
| Certified Delivered | Security Checked | 3/2/2018 12:46:48 PM |
| Signing Complete | Security Checked | 3/2/2018 12:47:14 PM |
| Completed | Security Checked | 3/2/2018 12:47:14 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019  
EMS CID response

SL1 - 18  
Pl. Ex. 30  
p. 525  
R-013763-00000198

CONFIDENTIAL

Electronic Record and Signature Disclosure created on: 12/23/2015 7:52:52 AM
Parties agreed to: Kaine Wen

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL1 - 19
Pl. Ex. 30
p. 526
R-013763-00000199

Case 8:19-cv-01998-MWF-KS Document 33-6 Filed 10/21/19 Page 4 of 17 Page ID #:1192
In re True Count Staffing Inc, d/b/a SL Account Mgmt (SL1) PER 12 USC 3413
UNREDACTED
CONFIDENTIAL

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: ahrindo@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ahrindo@emscorporate.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
 i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
 ii. send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response
SL1 - 20
Pl. Ex. 30
p. 527
R-013763-00000200

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with you.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response
SL1 - 21
Pl. Ex. 30
p. 528
R-013763-00000201

Case 8:19-cv-01998-MWF-KS   Document 33-6   Filed 10/21/19   Page 6 of 17   Page ID #:1194
In re True Count Staffing Inc, d/b/a
SL Account Mgmt (SL1)
CONFIDENTIAL
UNREDACTED
PER 12 USC 3413

DocuSign Envelope ID: 65646A09-134C-42C3-A4C7-944DAB7ACABD

Newton 2/28/18

1215D

**electronic merchant systems**
5005 Rockside Road, Penthouse 100,
Independence, Ohio 44131
Phone: 800-726-1117
Fax: 216-574-3110
www.emscorporate.com

**Merrick Bank** **CHESAPEAKE BANK**

## MERCHANT AGREEMENT

Merchant acknowledges that its obligations to EMS and Bank under this agreement relate to EMS' processing of transactions on behalf of Merchant and that, as such, this agreement is solely for commercial and business purposes, and not for personal, family or household purposes.

SPONSORED BY:
☐ Chesapeake Bank, Kilmarnock, VA
☐ Merrick Bank, South Jordan, UT

Merrick Bank
135 Crossways Park Drive North, Suite A,
Woodbury, NY 11797  800-267-2256
Chesapeake Bank
5000 Foundation St, Williamsburg, VA
23188  757-941-1331

MCC: _____
MN: _____

Office Number: 160
Account Mgr: _____
Account Rep: Stephanie Preidis

### BUSINESS NAME(S)

| Corporate or Legal Name | True Count Staffing Inc | No. Locations | Doing Business As | SL Account Mgmt |
|---|---|---|---|---|
| Corporate Address | 8 Hughes, #210 | | Same As Corporate ☐ | Location Address |
| City | Irvine | State California | Zip 92618 | City / State / Zip |
| Telephone Number | (888) 314-0801 | Fax Number ( ) | Telephone Number ( ) | Alternate Phone ( ) |
| Federal Tax ID | 82-0854249 | Contact Person: Kaine Wen | Email Address: kaine@slaccountmgmt.com | Mail To: ☐ Corporate ☐ Location |

### MERCHANT PROFILE

Type of Ownership: ☐ Sole Proprietor  ☒ Corporation  ☐ Partnership  ☐ LLC
Type of Goods: collect payments / SICN/DBC prep

Length of Ownership: ___ YRS ___ MOS
Length at Location: ___ YRS ___ MOS
Year Business Established: 3-2018

Web Address: SLACCOUNTMGMT.COM

### PROCESSING HISTORY

Has the business or any associated owner ever been terminated as a VISA®/MasterCard®/Discover®/American Express® merchant?  ☐ YES ☒ NO

Do you currently accept VISA®/MasterCard®/Discover®/American Express®? If YES, please submit 3 most current monthly statements.  ☐ YES ☒ NO

Are there third parties/payment applications involved with your payment process? If YES, identify. _____  ☐ YES ☒ NO

Is your business PCI compliant?  ☒ YES ☐ NO

Has your business had any ongoing or prior data compromise investigations?  ☐ YES ☒ NO

### CREDIT CARD TRANSACTION PROFILE

☐ Retail
☐ Restaurant w/Tip
☐ Lodging
☐ Trade/Craft Shows
☐ Mail/Phone Order
☒ Internet
☐ Service

On Premise Sales ____ %
Off Premise Sales ____ %
Mail Order 50 %
Telephone Order 50 %
Internet ____ %
**MUST TOTAL 100%**

Sales Swiped Through POS terminal ____ %
Sales Keyed Into POS terminal 100 %
**MUST TOTAL 100%**

Additional Services / Merchant Number
American Express _____ ☐ EDC ☐ Auth
Diners Club _____ ☐ EDC ☐ Auth

### OWNERS AND OFFICERS

| Name (1) | Title | Residential Address, City, State, Zip, County | | Drivers License Number |
|---|---|---|---|---|
| Kaine Wen | Owner | Azusa, CA | | |
| SSN -3143 | Equity Ownership 100% | Time at Residence ___ YRS ___ MOS  ☐ Own ☐ Rent | Date of Birth __/__/77 | Residence Telephone |
| Name (2) | Title | Residential Address, City, State, Zip, County | | Drivers License Number |
| SSN | Equity Ownership __% | Time at Residence ___ YRS ___ MOS  ☐ Own ☐ Rent | Date of Birth __/__/__ | Residence Telephone |

| BANK REFERENCE | J P Morgan | Account # 1126 | Telephone Number ( ) | Contact |
|---|---|---|---|---|
| TRADE REFERENCE | | Account # | Telephone Number ( ) | Contact |
| TRADE REFERENCE | | Account # | Telephone Number ( ) | Contact |
| TRADE REFERENCE | | Account # | Telephone Number ( ) | Contact |

### MERCHANT SITE INSPECTION REPORT (must be completed by Sales Representative)

Merchant Location: ☐ Shopping Center  ☐ Retail Storefront  ☐ Residence  ☐ Mobile Merchant  ☐ Office Building
Area Is Zoned: ☐ Commercial  ☐ Residential  ☐ Industrial
Square Footage: ☐ 0-250  ☐ 251-500  ☐ 501-2000  ☐ 2001+

Does the inventory, merchandise, and staff appear to be consistent with the type of business?  ☐ YES  ☐ NO  If no, please explain: _____

The Merchant: ☐ Owns  ☐ Leases
Landlord's Name Or Mortgage Holder: _____
Telephone Number: ( )

General Comments by Inspector: _____

I hereby verify that I ☐ have ☐ have not physically inspected the business premises of the merchant at this address and the information stated above is correct to the best of my knowledge.

Signature of Representative: Stephanie Preidis
Date: 2/27/2018

©2015 Electronic Merchant Systems
Electronic Merchant Systems is a registered ISO/MSP of Chesapeake Bank, and Merrick Bank.

BANK COPY

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response
SL1 - 22
Pl. Ex. 30
p. 529
R-013763-00000202

Case 8:19-cv-01998-MWF-KS Document 33-6 Filed 10/21/19 Page 7 of 17 Page ID #:1195

In re True Count Staffing Inc, d/b/a
SL Account Mgmt (SL1)

UNREDACTED
PX 128C 3413
CONFIDENTIAL

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

# MERCHANT AGREEMENT

1215D

## DEBIT / CREDIT AUTHORIZATION

MERCHANT hereby authorizes BANK and EMS in accordance with this MERCHANT Agreement to initiate debit/credit entries to MERCHANTS' checking account as indicated below. This authority is to remain in full force and effect during the term of the Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreement applying to POS terminal, accompanying equipment, check guarantee fees and/or gift/loyalty card fees.

STAPLE CHECK HERE

DO NOT USE A DEPOSIT TICKET, MAKE SURE CHECK IS VOIDED PROPERLY
CHECK MUST BE MICR ENCODED WITH ABA ROUTING NUMBER AND ACCOUNT NUMBER
MAKE SURE CHECK IS PRE-PRINTED WITH MERCHANT BUSINESS NAME

## AMERICAN EXPRESS CARD ACCEPTANCE

☐ By checking this box, Merchant elects to accept payments via American Express. (Ineligible Merchants will not be enrolled). Merchant may opt out of accepting American Express Cards at any time without directly or indirectly affecting its rights to accept other Cards.

☐ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

## SCHEDULE OF FEES

| | | | | |
|---|---|---|---|---|
| ☐ VISA®/MasterCard®/Discover® | Discount | ____% + ____ ¢ Transaction | $25.00 Application/Set Up Fee |
| ☐ American Express® | Discount | 3.50 % + .20 ¢ Transaction | $15.00 Monthly Access |
| ☐ Pin Debit Network | Discount | ____% + ____ ¢ Transaction | $22.50 Monthly Access with Debit or Online Statements |
| ☐ Quote Rates Same rates & fees | ____% + ____ ¢ Transaction | $30.00 Monthly Access with Debit and Online Statements |
| ☐ Quote Rates | ____% + ____ ¢ Transaction | $25.00 Monthly Cellular Transaction Fee + $0.10/Transaction |
| ☐ Quote Rates | ____% + ____ ¢ Transaction | $0.60 Voice ARU / $0.30 Batch Headers |
| ☐ Quote Rates ___ $157 | ____% + ____ ¢ Transaction | $15.00 Monthly 100K Data and Breach Protection |
| ☐ eCommerce | Monthly $ ____ Trans $ ____ | $25.00 Monthly Minimum(Visa®/MasterCard®/Discover®/American Express® Discount) |
| ☐ Platinum Service Club $10.00 | ☐ WebPak Professional $99.00 Monthly | $75.00 Semi-Annual Technology Upgrade and Update |
| ☐ Web Hosting Professional $59.00 Monthly | ☐ WebPak Premier $139.00 Monthly | Third Party Authorization Fee 25¢ Transaction |
| ☐ Web Hosting Premier $89.00 Monthly | ☐ Flck $59.00 Monthly | ☐ iMenu |
| ☐ E-Commerce Cart Plus $49.00 Monthly | ☐ Flck $79.00 Monthly | ☐ iMenu VPOS $29.00 Monthly |

Additional charge of $.10 and 2.35% of sales amount for international, commercial, or Transactions that do not meet the best qualified interchange rate qualification criteria for credit card and unregulated signature debit transactions. Fees of $25.00 per retrieval request, $45.00 per chargeback and $25.00 per returned ACH item. For restaurants, supermarkets, hotel, passenger transport and gas station merchants, standard, reward, enhanced, and world Visa/MasterCard credit cards and unregulated signature debit cards will be surcharged .95%. Card association's network transaction fees, assessments and $.10 will be charged to the merchant on every transaction. PIN debit network fees include base switch, acquirer, interchange and authorization expenses. All signature debit card sales will be surcharged $.10 per transaction. Regulated signature debit card transactions will process at the lowest qualified credit card rate unless otherwise specified. Unregulated signature debit card transactions will process at the corresponding credit card rate unless otherwise specified. Merchant will pay all applicable Card Brand registration fees. Section 9 of this Agreement provides more detail as to how Merchant fees contained in this Schedule of Fees are calculated. This Schedule of Fees does not provide all information pertinent to this Merchant Agreement. Merchant is advised to thoroughly review this Agreement, including the attached terms and conditions, and to contact EMS or Bank with any questions. THE ABOVE SCHEDULE OF FEES IS PREDICATED ON THE BUSINESS:

AVERAGE MONTHLY SALES VOLUME: $ 150,000 AVERAGE TICKET SIZE: $ 450.00 HIGHEST TICKET SIZE: $ 4500.00

OFFICERS AND OWNERS OF MERCHANT WARRANT THAT THE AVERAGE MONTHLY SALES VOLUME AND AVERAGE TICKET SIZE ARE ACCURATE AND ACKNOWLEDGE THAT ANY VARIANCE MAY RESULT IN THE DELAY OR THE WITHHOLDING OF FUNDS SETTLEMENT OR TERMINATION OF THE MERCHANT AGREEMENT. All information contained in the attached Merchant Application was completed by owners and/or authorized officers of Merchant, who hereby represent and warrant that all such information and documentation submitted in connection with this Merchant Application is true, complete and correct No spaces were left incomplete. N/A or None is to be filed in any space where applicable. Merchant acknowledges having received and read a copy of this agreement, including the attached Terms and Conditions which are incorporated herein by reference, that it agrees to be bound by the agreement and all of its terms, and that the agreement shall not be effective until approved by Bank and EMS. THIS IS AN AUTOMATICALLY RENEWABLE 24 MONTH MERCHANT CONTRACT. CANCELLATION DURING THE TERM WILL RESULT IN A $595 EARLY TERMINATION FEE. MERCHANT AGREES TO COMPLY WITH PCI COUNCIL DATA SECURITY STANDARDS (HEREINAFTER DEFINED) WITHIN 90 DAYS AFTER SIGNING THIS AGREEMENT. FAILURE TO DO SO WILL RESULT IN AN ADDITIONAL $50.00 MONTHLY FEE UNTIL MERCHANT BECOMES COMPLIANT. AN INVESTIGATIVE CONSUMER REPORT MAY BE MADE IN CONNECTION WITH THE ATTACHED APPLICATION. MERCHANT AUTHORIZES BANK, EMS AND THEIR AGENTS AND AFFILIATES, OR ANY CREDIT REPORTING AGENCY EMPLOYED BY THEM TO INVESTIGATE THE REFERENCES GIVEN OR ANY OTHER STATEMENTS OR DATA OBTAINED FROM MERCHANT, OR ANY OF THE UNDERSIGNED PRINCIPALS, FOR THE PURPOSE OF THIS APPLICATION OR ANY APPLICATION FOR ACCOMPANYING POS EQUIPMENT FINANCING.

## AGREED AND ACCEPTED / CORPORATE RESOLUTION

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

SL Account Mgmt

Print Merchant Name
Kaine Wen
(1) Sign X _____ Owner  2/12/2018
                     Title      Date

(2) Sign X _____
                     Title      Date

The officers identified in #1 and #2 have the authority to execute the Merchant Agreement with BANK and EMS on behalf of the corporation.

Sign X  Kaine Wen   Owner    2/12/2018
                    Title    Date

By my signature, I verify that I already own a manual imprinter and will provide imprinted sales drafts whenever necessary.

Sign X _____
                    Title    Date

## PERSONAL GUARANTY FROM OWNER/OFFICER

In consideration of BANK and EMS entering into this Merchant Agreement ("Agreement") with the above named Merchant, the undersigned (jointly and severally if more than one) hereby absolutely and unconditionally guarantee(s) the full and prompt payment by MERCHANT of any and all amounts it owes to BANK and EMS, and the performance of all MERCHANT'S obligations, under this Agreement as may be subsequently amended from time to time, whether before or after termination or expiration of the Agreement. This Guaranty is a guaranty of payment, and not of collection, and a debt of the undersigned guarantor(s) for his or her own account. The undersigned guarantor(s) agree(s) to pay or perform upon demand and waive(s) any notice, presentment, demand, collection from others or any delay in enforcement. This Guaranty includes (i) any amount returned by the BANK and EMS after receipt due to any bankruptcy or similar law and (ii) BANK's and EMS's expenses including attorney fees and costs. Any sums owing by the MERCHANT to the undersigned guarantor(s) shall be subordinated to sums owed to BANK and EMS. This Guaranty is continuing, binding upon heirs and successors and may not be changed except in writing and signed by BANK and EMS. The undersigned hereby authorize(s) BANK and EMS to obtain from any credit reporting agency financial or credit information pertaining to the undersigned and give(s) BANK and EMS continuing authority to obtain such information in connection with the maintenance, renewal or extension of the Agreement. Guarantor(s) acknowledge(s) and agree(s) that this guaranty is made as part of a transaction that is solely for business and commercial purposes and is not primarily for personal, family, or household purposes.

(1) Sign X Kaine Wen                       2/12/2018       Kaine Wen
            NO TITLE PERMITTED              Date           PLEASE PRINT NAME

(2) Sign X _____       _____       _____
            NO TITLE PERMITTED              Date           PLEASE PRINT NAME

EMS AND BANK USE ONLY

EMS Approval _____ _____ _____      Declined By _____ _____ _____
              Signature      Title  Date                     Signature       Title  Date

Bank Approval _____ _____ _____      TERMINAL ID NUMBER _____
              Signature      Title  Date

              Merchant Setup _____         MERCHANT NUMBER _____
                                                Electronic Merchant Systems is a registered ISO/MSP of Chesapeake Bank, and Merrick Bank.

©2015 Electronic Merchant Systems

BANK COPY

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response

SL1 - 23
Pl. Ex. 30
p. 530
R-013763-00000203

CONFIDENTIAL

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

  

1111

# DISCLOSURE PAGE

## MEMBER BANK (ACQUIRER) INFORMATION

☐ For Merchant Numbers beginning 564

Acquirer Name: Chesapeake Bank
Acquirer Address: 5000 Foundation Street
Williamsburg, VA 23188
Acquirer Phone: 757-941-1335

☐ For Merchant Numbers beginning 623

Acquirer Name: Merrick Bank
Acquirer Address: Merchant Services Dept.
135 Crossways Park Drive North
Suite A
Woodbury, NY 11797
Acquirer Phone: 800-267-2256

## IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES

1. A Visa Member is the <u>only entity</u> approved to extend acceptance of Visa products directly to a Merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply.
4. The Visa Member is responsible for and must settle with funds with the merchant.
5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

## MERCHANT INFORMATION

Merchant Name: SL Account Mgmt
Merchant Address: 8 Hughes, #210    Irvine,    California    92618
Merchant Phone: (424) 333-8290

## IMPORTANT MERCHANT RESPONSIBILITIES

1. Ensure compliance with cardholder data security and storage requirements.
   (Go to www.Visa.com, select Small Business and Merchants, select Operations and Risk Management, select Cardholder Information Security Program)
2. Maintain fraud and chargeback below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with Visa Operating Regulations.
   (Go to www.Visa.com, select Small Business and Merchants, select Operations and Risk Management, select Rules for Visa Merchants)

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the merchant have any problems.

Merchant's Signature: *Kaine Wen* (DocuSigned: 30FF77384382418)    Date: 2/12/2018

Merchant's Printed Name & Title: Kaine Wen    Owner

White Copy - EMS    Yellow Copy - Merchant

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL1 - 26
Pl. Ex. 30
p. 531
R-013763-00000206

Case 8:19-cv-01998-MWF-KS Document 33-6 Filed 10/21/19 Page 9 of 17 Page ID #:1197

In re True Count Staffing Inc, d/b/a
SL Account Mgmt (SL-1)

UNREDACTED
PER 12 USC 3413
CONFIDENTIAL

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

**electronic merchant systems**

# MERCHANT RECEIPT FORM

National Headquarters
5005 Rockside Rd, PH#100
Independence, OH 44131
Phone: 216.524.0900
Fax: 216.524.9540

1117

DBA NAME: SL Account Mgmt
ADDRESS: 173 TECHNOLOGY DR #202
PHONE: ( ) 8885480476
CITY: IRVINE
STATE: California
ZIP: 92618
COUNTY: 
DATE: 2/12/2018

### CHOOSE ALL THAT APPLY

| | | | | | |
|---|---|---|---|---|---|
| ☐ TPP | ☐ Terminal | ☐ EMSmobile | ☐ Altus Premier – no equipment | ☒ Virtual Terminal | ☐ eCommerce Cart Plus |
| ☐ DL | ☐ Terminal with Pin Pad | ☐ EMSmobile Premier | ☐ Altus Premier 100 (50 bonus cards) | ☐ Customer Database | ☐ Up to 1,000 Products |
| ☐ Rental | ☐ Wireless Terminal | | ☐ Altus Premier 250 | ☐ Recurring | ☐ Unlimited Products |
| ☐ Lease | ☐ Pin Pad Only | | ☐ Altus Premier 500 | ☐ Invoicing | ☐ WebPak |
| | ☐ Check Reader | | | ☐ IMenu with VPOS | ☐ Up to 1,000 Products |
| | ☐ MAXXPAY Bundle | | | ☐ IMenu without VPOS | ☐ Unlimited Products |
| | | | ☐ Fiok | ☐ MAXXPAY Loyalty | ☐ WHO Professional |
| | | | | ☐ MAXXPAY Time & Attendance | ☐ WHO Premier |

M-T-M

**IF EQUIPMENT IS NOT LISTED ABOVE, PLEASE INCLUDE BELOW:**

| QTY | EQUIPMENT TYPE | TERM** | MONTHLY PAYMENT | PURCHASE |
|---|---|---|---|---|
| 1 | Authorize.Net | M-T-M | 19.00 | $ |
| | | | | $ |
| | | | | $ |

_____ V/MC APPLICATION, SET-UP, DATA ENTRY (NON REFUNDABLE)*............. $ -0-
_____ DOWNLOAD PROGRAMMING _____ # OF LOCATIONS ................... $
_____ EXISTING TERMINAL SERIAL # _____ $
_____ OTHER............................................................................................ $
_____ DOWN PAYMENT............................................................................ $
SALES TAX RATE _____ % ............................................................... $

TOTAL............................................................................................. $

COMMENTS: ███ 8157 - CURRENT CUSTOMER

MERCHANT SIGNATURE: /s/ Kaine Wen (DocuSigned) TITLE _____

* The Merchant acknowledges these fees are non-refundable unless the merchant is declined for the processing service. Merchant agrees to provide any additional information that may be required, in order to obtain bank approval. An account approval may require a reserve or higher discount rate. Approval is not guaranteed.

** Leases are non-cancelable. Lease payments and terms are subject to change based on lease company approval.

1 year limited warranty on all credit card equipment purchases.

All checks payable only to EMS. All Sales are final.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response
SL1 - 29
Pl. Ex. 30
p. 532
R-013763-00000209

CONFIDENTIAL

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019

In re True Count Staffing Inc. d/b/a SL Account Mgmt ("SL1")

R-013763-00000210

SL1 - 30

UNREDACTED PER 12 USC 3413

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

# ems

**MOTO Profile**       Mail Order/Telephone Order Merchant Profile   10/01

Officers and owners of merchant warrant that the information contained in this profile is true and accurate and considered a part of the Merchant Application and Agreement. Merchant understands that any variances in this information may result in the withheld settlement of funds or termination of the Merchant Agreement.

SL Account Mgmt
*Merchant Name*

DocuSigned by: kaine Wu — Owner
*Signature and Title*

8 Hughes, #210
*Address*

Irvine  California  92618
*City, State, Zip Code*

2/12/2018
*Date*

Please describe in detail the product(s) or service(s) being marketed when using credit cards.

na

na

*Service at C/H's  [X] Yes  [ ] No

How is merchandise forwarded to the cardholder?

☐ Delivery / Carrier Service   ☐ Flea / Trade Shows
☐ Customer Pickup   ☒ On-Line
☐ Merchant's Vehicle Delivers   ☐ U S Postal
☐ At C/H's Establishment   ☐ Other _____

Does the merchant charge a restocking fee? Include any published information pertaining to restocking fees.
☐ NO    ☐ YES

What is the merchant's refund and return policy? Include any published information.
Full refund anytime prior to document submission.
----------

What methods are used to market your products? Please include copies of any ads or direct mail pieces being used. For mail order sales, please include an example of the product order form that includes the credit card account number information, cardholder signature and shipping address information.

☐ Catalog   ☐ Newspaper Ad   ☐ Brochures
☐ Internet   ☐ Sales Reps   ☐ Magazines
☐ Cold Calls   ☐ Phone Book   ☒ Referrals
☐ Other

Where is the product inventory housed and maintained?

☒ Merchant location described in application
☐ Merchant warehouse located at:

☐ Third party warehouse:

_____
Company Name

_____
Address

_____
City, State, Zip

Telephone: _____
Contact Name: _____

Who is responsible for providing customer service?
☒ Merchant Staff
☐ Third party Call Center

_____
Company Name

_____
Address

_____
City, State, Zip Code

Telephone: _____
Contact Name: _____

For Telephone order sales, where does the cardholder call to place the order and who records the credit card account number information and authorizes the sale?

☒ Merchant Staff
☐ Third party Call Center:

_____
Company Name

_____
Address

_____
City, State, Zip Code

Telephone: _____
Contact Name: _____

Who is responsible for issuing customer refunds?

☒ Merchant Staff
☐ Third Party

_____
Company Name

_____
Address

_____
City, State, Zip Code

Telephone: _____
Contact Name: _____

Does the merchant use a fulfillment company to warehouse and ship their product?  X No    Yes

_____
Company Name

_____
Address

_____
City, State, Zip Code

Telephone: _____
Contact Name: _____

Pl. Ex. 30
p. 533

EMS CID response

CONFIDENTIAL

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019

In re True Count Staffing Inc. d/b/a SL Account Mgmt ("SL1")

R-013763-00000211

SL1 - 31

UNREDACTED PER 12 USC 3413

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

# ems

**MOTO Profile**

Mail Order/Telephone Order Merchant Profile 10/01

Officers and owners of merchant warrant that the information contained in this profile is true and accurate and considered a part of the Merchant Application and Agreement. Merchant understands that any variances in this information may result in the withheld settlement of funds or termination of the Merchant Agreement.

Merchant Name: SL Account Mgmt
Signature and Title: kaine Wu, Owner (DocuSigned)
Address: 8 Hughes, #210
City, State, Zip Code: Irvine, California 92618
Date: 2/12/2018

Please describe in detail the product(s) or service(s) being marketed when using credit cards.
na
na

*Service at C/H's [X] Yes [ ] No

How is merchandise forwarded to the cardholder?
☐ Delivery / Carrier Service   ☐ Flea / Trade Shows
☐ Customer Pickup              ☒ On-Line
☐ Merchant's Vehicle Delivers  ☐ U S Postal
☐ At C/H's Establishment       ☐ Other _____

Does the merchant charge a restocking fee? Include any published information pertaining to restocking fees.
☐ NO   ☐ YES

What is the merchant's refund and return policy? Include any published information.
Full refund anytime prior to document submission.
----------

What methods are used to market your products? Please include copies of any ads or direct mail pieces being used. For mail order sales, please include an example of the product order form that includes the credit card account number information, cardholder signature and shipping address information.

☐ Catalog      ☐ Newspaper Ad    ☐ Brochures
☐ Internet     ☐ Sales Reps      ☐ Magazines
☐ Cold Calls   ☐ Phone Book      ☒ Referrals
☐ Other

Where is the product inventory housed and maintained?

☒ Merchant location described in application
☐ Merchant warehouse located at:

☐ Third party warehouse:

Company Name
Address
City, State, Zip
Telephone:
Contact Name:

Who is responsible for providing customer service?
☒ Merchant Staff
☐ Third party Call Center

Company Name
Address
City, State, Zip Code
Telephone:
Contact Name:

For Telephone order sales, where does the cardholder call to place the order and who records the credit card account number information and authorizes the sale?
☒ Merchant Staff
☐ Third party Call Center:

Company Name
Address
City, State, Zip Code
Telephone:
Contact Name:

Who is responsible for issuing customer refunds?

☒ Merchant Staff
☐ Third Party

Company Name
Address
City, State, Zip Code
Telephone:
Contact Name:

Does the merchant use a fulfillment company to warehouse and ship their product?  X No   Yes

Company Name
Address
City, State, Zip Code
Telephone:
Contact Name:

Pl. Ex. 30
p. 534

EMS CID response

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

0118


electronic merchant systems®

## Payment Gateway Acknowledgement

I, __KAINE WEN__ of __SL Account Mgmt__
Acknowledge that I will be paying a $__19.00__ monthly fee and additional ____ cents per transaction for my Payment Gateway.

X _Kaine Wen_ (DocuSigned by: 30FF77384362418...)   Date __2/12/2018__

Please fax back to 216-524-9582, attn: Processing Department

Thank You For Your Business,
Electronic Merchant Systems

This document is proprietary and confidential. It is intended only for the above mentioned parties and may not be altered or duplicated without written permission of Electronic Merchant Systems.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response

SL1 - 32
Pl. Ex. 30
p. 535
R-013763-00000212

Preidis, Stephanie

**Subject:** Clarification

1. Premier Student Loan Center (PSLC) - ███████ 8157 will operate as usual as a document prep company
2. AL Account MGMT (SLAM) – will collect new payments for Premier Student Loan Center (PSLC) ███████ 8157.

Stephanie Preidis
Electronic Merchant Systems
216-654-0239 Direct
888-558-4367 Ext 5101
866-225-6197 Fax
spreidis@emscorporate.com
www.emscorporate.com



1

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019
EMS CID response
Pl. Ex. 30
p. 536
R-013763-00000213
SL1 - 33

Preidis, Stephanie

**From:** Kaine Wen <kaine@premierstudentloancenter.com>
**Sent:** Thursday, February 22, 2018 1:36 PM
**To:** Preidis, Stephanie
**Subject:** Re: Corporate Restructure

Hi Stephanie,

Yes, that is correct.

Kaine

On Feb 22, 2018, at 8:46 AM, Preidis, Stephanie <spreidis@emscorporate.com> wrote:

> Good morning,
>
> I left you a voicemail, please disregard.. I just want to make sure before I go upstairs, we are leaving PSLC as is and opening the new SLAM account.
>
> Please confirm and thank you for your patience.
>
> Best regards.
>
> Stephanie Preidis
> Electronic Merchant Systems
> 888-558-4367 Ext 5101
> 866-225-6197 Fax
> spreidis@emscorporate.com
> www.emscorporate.com
>
> <image001.png><image002.png><image003.png><image004.png>
>
> **From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
> **Sent:** Wednesday, February 21, 2018 3:11 PM
> **To:** Preidis, Stephanie
> **Subject:** Corporate Restructure
>
> Hi Stephanie,
>
> The reason that we are requesting a new merchant account under SLAM is because of a corporate restructure.
>
> Currently:
>
> PSLC has (4) Departments: Sales, Processing, Customer Service, Billing.
> PSLC is operating out of 173 Technology Dr, Ste 202, Irvine, CA 92618, a ~15,000 sf office space.

1

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response
Pl. Ex. 30
p. 537
SL1 - 34
R-013763-00000214

Effective March 5:

PSLC's Sales Department will continue to operate out of 173 Technology.
PSLC's Processing, Customer Service, and Billing Departments will physically move to 8 Hughes #210, Irvine, CA 92618, a ~10,000 sf office space that is ~5 miles away from 173 Technology.
SLAM will be the new entity which encompasses PSLC's former Processing, Customer Service, and Billing Departments.

This is the most ideal way for PSLC (Sales Department) and SLAM (Processing, Customer Service, and Billing Departments) to manage their own physical offices.

Rest assured, there are absolutely no issues or concerns with PSLC or SLAM.

For SLAM, I would like to request as high a monthly volume as EMS is comfortable with. Please see attached processing and bank statements, for reference. As you will see, we are processing high volume with low chargeback ratios, and our financials are strong and stable:

Best,

Kaine Wen, Esq.
Premier Student Loan Center
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

2

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response

SL1 - 35
Pl. Ex. 30
p. 538
R-013763-00000215

Preidis, Stephanie

**From:** Kaine Wen <kaine@premierstudentloancenter.com>
**Sent:** Tuesday, February 20, 2018 3:46 PM
**To:** Preidis, Stephanie
**Subject:** Re: New Corp Info

We do not have to resell our customers. Existing customers are already enrolled with PSLC and will continue to get serviced by SLAM. New customers will be enrolled by PSLC and serviced by SLAM.

On Feb 20, 2018, at 12:29 PM, Preidis, Stephanie <spreidis@emscorporate.com> wrote:

> But, why are you splitting up PSLC when business is so good? It would seem to me that you would have to sell your customers all over again when they get to SLAM and it would be easier for them to cancel?
>
> Stephanie Preidis
> Electronic Merchant Systems
> 888-558-4367 Ext 5101
> 866-225-6197 Fax
> spreidis@emscorporate.com
> www.emscorporate.com
>
> <image001.png><image002.png><image003.png><image004.png>
>
> ---
>
> **From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
> **Sent:** Tuesday, February 20, 2018 2:55 PM
> **To:** Preidis, Stephanie
> **Cc:** Tom Nelson
> **Subject:** Re: New Corp Info
>
> Hi Stephanie,
>
> > 1. We need more information as to why you are dividing the business (PSLC) and what you are collecting on? PSLC will no longer process any payments (what are they selling), since it will only be a sales company, receiving commissions from SLAM for referrals.
>
> PSLC will sell document preparation services for federal student loan programs and handle all sales related questions.
> SLAM will process the documents (preparation for submission) for federal student loan programs and provide ongoing customer service for non-sales related questions.
>
> > How many companies will SLAM be collecting for?
>
> For now, SLAM will be processing the documents for PSLC only, but may take on other companies in the future.
>
> > 2. What is PSLC collecting on?

1

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019
EMS CID response
Pl. Ex. 30
p. 539
SL1 - 36
R-013763-00000216

Since we are not allowed a PSLC descriptor under a SLAM merchant account, we have no choice but to:

1. Keep our PSLC merchant account as-is (same ownership, same EIN, same descriptor).

This is so PSLC's existing customers, pre-March 5, will continue to see the PSLC descriptor.

2. SLAM would like to apply for a merchant account with EMS, under the same terms as PSLC.

This is for SLAM's customers, beginning March 5, and they will see the SLAM descriptor.

3. PSLC can provide SLAM with a cross-corporate guarantee, if necessary.


Best,

Kaine Wen, Esq.
Premier Student Loan Center
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*


On Feb 20, 2018, at 11:39 AM, Preidis, Stephanie <spreidis@emscorporate.com> wrote:

Kaine,

Thank you for your explanation but we still need this one small part answered:

1. We need more information as to why you are dividing the business (PSLC) and what you are collecting on? PSLC will no longer process any payments (what are they selling), since it will only be a sales company, receiving commissions from SLAM for referrals. How many companies will SLAM be collecting for?
2. What is PSLC collecting on?

Please advise.

Stephanie Preidis
Electronic Merchant Systems
888-558-4367 Ext 5101
866-225-6197 Fax

: 2

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019, received 6/10/2019
EMS CID response

SL1 - 37
Pl. Ex. 30
p. 540
R-013763-00000217