CONFIDENTIAL
UNREDACTED
PER 12 USC 3413

Electronic Record and Signature Disclosure created on: 12/23/2015 7:52:52 AM
Parties agreed to: Kaine Wen

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 8

Pl. Ex. 30
p. 557
R-013763-00000262

UNREDACTED
PER 12 USC 3413
CONFIDENTIAL

Title Count Staffing Inc - 0004
SL Account Mgmt ("SL2")

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: ahrindo@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ahrindo@emscorporate.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
> ii. send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies  •Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 received 6/10/2019
EMS CID response
SL2 - 9
Pl. Ex. 30
p. 558
R-013763-00000263

CONFIDENTIAL

UNREDACTED
PER 12 USC 3413

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with you.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 10

Pl. Ex. 30
p. 559
R-013763-00000264

CONFIDENTIAL                                UNREDACTED
                                            PER 12 USC 3413

Electronic Merchant Staffing Inc. d/b/a
SL Account Mgmt ("SL2")



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: A6882224067C4687B50435F4772D6832 | | Status: Completed |
| Subject: Documents for your DocuSign Signature | | |
| Source Envelope: | | |
| Document Pages: 17 | Signatures: 13 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 2 | Stephanie Preidis |
| AutoNav: Enabled | | 5005 Rockside Road |
| EnvelopeId Stamping: Enabled | | Independence, OH 44121 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | spreidis@emscorporate.com |
| | | IP Address: 13.108.238.8 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Stephanie Preidis | Location: DocuSign |
| 2/8/2018 6:50:29 AM | spreidis@emscorporate.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Kaine Wen | *DocuSigned by:*<br>kaine Wen<br>— 30F77263432418 — | Sent: 2/9/2018 8:23:52 AM |
| kaine@slaccountmgmt.com | | Resent: 2/12/2018 5:58:16 AM |
| Security Level: Email, Account Authentication | | Viewed: 2/12/2018 10:23:58 PM |
| (None), Authentication | | Signed: 2/12/2018 10:28:26 PM |
| | Using IP Address: 186.96.77.18 | |

**Authentication Details**
Passed ID Check for Kaine Wen as a result of successful prior ID Check within the last 3 days. Last Successful ID Check: 2/12/2018 10:01:35 PM PST on
EnvelopeId: 70e2a674-86ac-4d00-81b1-339585e6206c
**Electronic Record and Signature Disclosure:**
    Accepted: 2/12/2018 10:23:58 PM
    ID: fee20fca-09da-451a-84e4-116f9c5b35d6

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/12/2018 5:58:16 AM |
| Certified Delivered | Security Checked | 2/12/2018 10:23:58 PM |
| Signing Complete | Security Checked | 2/12/2018 10:28:26 PM |
| Completed | Security Checked | 2/12/2018 10:28:26 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

| Electronic Record and Signature Disclosure | | |
|---|---|---|

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS C1D response

SL2 - 11
Pl. Ex. 30
p. 560
R-013763-00000265

CONFIDENTIAL

Merchant Account Staffing Inc. d/b/a
SL Account Mgmt ("SL2")

UNREDACTED
PER 12 USC 3413

Electronic Record and Signature Disclosure created on: 12/23/2015 7:52:52 AM
Parties agreed to: Kaine Wen

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Electronic Merchant Systems (we; us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 12

Pl. Ex. 30
p. 561
R-013763-00000266

SL Account Mgmt ("SL2")

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: ahrindo@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ahrindo@emscorporate.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address.:
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

    i: decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
    ii. send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process...

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies  •Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response                                                    SL2 - 13
                                                                   Pl. Ex. 30
                                                                   p. 562
                                                                   R-013763-00000267

CONFIDENTIAL

UNREDACTED
PER 12 USC 3413

Interactive Court Staffing Inc. d/b/a
SL Account Mgmt ("SL2")

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with you.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019   received 6/10/2019   EMS CID response

SL2 - 14
Pl. Ex. 30
p. 563
R-013763-00000268

CONFIDENTIAL

SL Account Mgmt ("SL2")

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

# MERCHANT AGREEMENT

1215D

## DEBIT / CREDIT AUTHORIZATION

MERCHANT hereby authorizes BANK and EMS in accordance with this MERCHANT Agreement to initiate debit/credit entries to MERCHANT'S checking account as indicated below. This authority is to remain in full force and effect during the term of the Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreement applying to POS terminal, accompanying equipment, check guarantee fees and/or gift/loyalty card fees.

**DO NOT USE A DEPOSIT TICKET, MAKE SURE CHECK IS VOIDED PROPERLY**
**CHECK MUST BE MICR ENCODED WITH ABA ROUTING NUMBER AND ACCOUNT NUMBER**
**MAKE SURE CHECK IS PRE-PRINTED WITH MERCHANT BUSINESS NAME**

STAPLE CHECK HERE

## AMERICAN EXPRESS CARD ACCEPTANCE

☐ By checking this box, Merchant elects to accept payments via American Express (Ineligible Merchants will not be enrolled). Merchant may opt out of accepting American Express Cards at any time without directly or indirectly affecting its rights to accept other Cards.

☐ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

## SCHEDULE OF FEES

| | | | | | |
|---|---|---|---|---|---|
| ☐ VISA*/MasterCard*/Discover* | Discount | ___ % | + ___ | ¢ Transaction | 30% No Application/Set Up Fee |
| ☐ American Express* * | Discount | 3.50 % | + · ___ | :20 ¢ Transaction | $15.00 Monthly Access |
| ☐ Pin Debit Network | Discount | ___ % | + ___ | ¢ Transaction | $22.50 Monthly Access with Debit or Online Statements |
| ☐ Quote Rates Same rates & fees | ___ % | + ___ | ¢ Transaction | $30.00 Monthly Access with Debit and Online Statements |
| ☐ Quote Rates | ___ % | + ___ | ¢ Transaction | $25.00 Monthly Cellular Transaction Fee + $0.10/Transaction |
| ☐ Quote Rates | ___ % | + ___ | ¢ Transaction | $0.60 Voice AFIJ / $0.30 Batch Headers |
| ☐ Quote Rates 5157 | ___ % | + ___ | ¢ Transaction | $15.00 Monthly 100K Data and Breach Protection |
| ☐ eCommerce | Monthly $ ___ | Trans $ ___ | | | $25.00 Monthly Minimum(Visa*/MasterCard*/Discover*/American Express* Discount) |
| ☐ Platinum Service Club $10.00 | ☐ WebPak Professional $99.00 Monthly | | | | $75.00 Semi-Annual Technology Upgrade and Update |
| * ☐ Web Hosting Professional $59.00 Monthly | ☐ WebPak Premier $139.00 Monthly | | | | Third Party Authorization Fee 25¢ Transaction. |
| ☐ Web Hosting Premier $99.00 Monthly | ☐ Flck $59.00 Monthly | | | | ☐ iMenu |
| ☐ E-Commerce Cart Plus $4.00 Monthly | ☐ Flck $79.00 Monthly · | | | | ☐ iMenu VPOS $29.00 Monthly |

Additional charge of $.10 and 2.33% of sales amount for international, commercial, or Transactions that do not meet the best qualified interchange rate qualification criteria for credit card and unregulated signature debit transactions. Fees of $25.00 per retrieval request, $45.00 per chargeback and $25.00 per returned ACH item. For restaurants, supermarkets, hotel, passenger transport and gas station merchants, standard, reward, enhanced, and world Visa/MasterCard credit cards and unregulated signature debit cards will be surcharged .95%. Card association's network transaction fees, assessments and $.10 will be charged to the merchant on every transaction. PIN debit network fees include base switch, acquirer, interchange and authorization expenses. All signature debit card sales will be surcharged $.10 per transaction. Regulated signature debit card transactions will process at the lowest qualified credit card rate unless otherwise specified. Unregulated signature debit card transactions will process at the corresponding credit card rate unless otherwise specified. Merchant will pay all applicable Card Brand registration fees. Section 9 of this Agreement provides more detail as to how Merchant fees contained in this Schedule of Fees are calculated. This Schedule of Fees does not provide all information pertinent to this Merchant Agreement. Merchant is advised to thoroughly review this Agreement, including the attached terms and conditions, and to contact EMS or Bank with any questions. THE ABOVE SCHEDULE OF FEES IS PREDICATED ON THE BUSINESS:

AVERAGE MONTHLY SALES VOLUME: $ **150,000**   AVERAGE TICKET SIZE: $ **450.00**   HIGHEST TICKET SIZE: $ **4500.00**

OFFICERS AND OWNERS OF MERCHANT WARRANT THAT THE AVERAGE MONTHLY SALES VOLUME AND AVERAGE TICKET SIZE ARE ACCURATE AND ACKNOWLEDGE THAT ANY VARIANCE MAY RESULT IN THE DELAY OR THE WITHHOLDING OF FUNDS SETTLEMENT OR TERMINATION OF THE MERCHANT AGREEMENT. All information contained in the attached Merchant Application was completed by owners and/or authorized officers of Merchant, who hereby represent and warrant that all such information and documentation submitted in connection with this Merchant Application is true, complete and correct No spaces were left incomplete. N/A or None is to be filled in any space where applicable.
Merchant acknowledges having received and read a copy of this agreement, including the attached Terms and Conditions which are incorporated herein by reference, that it agrees to be bound by the agreement and all of its terms, and that the agreement shall not be effective until approved by Bank and EMS. THIS IS AN AUTOMATICALLY RENEWABLE 24 MONTH MERCHANT CONTRACT. CANCELLATION DURING THE TERM WILL RESULT IN A $595 EARLY TERMINATION FEE. MERCHANT AGREES TO COMPLY WITH PCI COUNCIL DATA SECURITY STANDARDS (HEREINAFTER DEFINED) WITHIN 90 DAYS AFTER SIGNING THIS AGREEMENT. FAILURE TO DO SO WILL RESULT IN AN ADDITIONAL $50.00 MONTHLY FEE UNTIL MERCHANT BECOMES COMPLIANT. AN INVESTIGATIVE CONSUMER REPORT MAY BE MADE IN CONNECTION WITH THE ATTACHED APPLICATION. MERCHANT AUTHORIZES BANK, EMS AND THEIR AGENTS AND AFFILIATES, OR ANY CREDIT REPORTING AGENCY EMPLOYED BY THEM TO INVESTIGATE THE REFERENCES GIVEN OR ANY OTHER STATEMENTS OR DATA OBTAINED FROM MERCHANT, OR ANY OF THE UNDERSIGNED PRINCIPALS, FOR THE PURPOSE OF THIS APPLICATION OR ANY APPLICATION FOR ACCOMPANYING POS EQUIPMENT FINANCING. ·

## AGREED AND ACCEPTED

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you, When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

SL Account Mgmt

The officers identified in #1 and #2 have the authority to execute the Merchant Agreement with BANK and EMS on behalf of the corporation.

Print Merchant Name    ~~kaine Wen~~
(1) Sign X ___    Owner    2/12/2018
           Title    Date

Sign X   _kaine Wen_   Owner    2/12/2018
                     Title    Date
· By my signature, I verify that I already own a manual imprinter and will provide imprinted sales drafts whenever necessary.

(2) Sign X ___
              Title    Date    Sign X ___
                                     Title    Date

## PERSONAL GUARANTY FROM OWNER/OFFICER

In consideration of BANK and EMS entering into this Merchant Agreement (Agreement) with the above named Merchant, the undersigned (jointly and severally if more than one) hereby absolutely and unconditionally guarantee(s) the full and prompt payment by MERCHANT of any and all amounts it owes to BANK and EMS, and the performance of all MERCHANT'S obligations, under this Agreement as may be subsequently amended from time to time, whether before or after termination or expiration of the Agreement. This Guaranty is a guaranty of payment, and not of collection, and a debt of the undersigned guarantor(s) for his or her own Account. The undersigned guarantor(s) agree(s) to pay or perform upon demand and waive(s) any notice, presentment, demand, collection from others or any delay in enforcement. This Guaranty includes (i) any amount incurred by the BANK and EMS after receipt due to any bankruptcy or similar law and (ii) BANK's and EMS's expenses including attorney fees and costs. Any sums owing by the MERCHANT to the undersigned guarantor(s) shall be subordinated to sums owed to BANK and EMS. This Guaranty is continuing, binding upon heirs and successors and may not be changed except in writing and signed by BANK and EMS. The undersigned hereby authorize(s) BANK and EMS to obtain from any credit reporting agency financial or credit information pertaining to the undersigned and give(s) BANK and EMS continuing authority to obtain such information in connection with the maintenance, renewal or extension of the Agreement. Guarantor(s) acknowledge(s) and agree(s) that this guaranty is made as part of a transaction that is solely for business and commercial purposes and is not primarily for personal, family or household purposes.

(1) Sign X   _kaine Wen_    2/12/2018    ·Kaine Wen
     NO TITLE PERMITTED.    Date    PLEASE PRINT NAME

(2) Sign X.
     NO TITLE PERMITTED    · Date ·    PLEASE PRINT NAME

**EMS AND BANK USE ONLY** · ·

EMS Approval ___    Declined By ___
     Signature    Title    Date         Signature    Title    Date

Bank Approval ___    TERMINAL ID NUMBER ___
     Signature ·    Title    Date -

                    Merchant Setup ___    MERCHANT NUMBER ___
                                            Electronic Merchant Systems is a registered ISO/MSP of Chesapeake Bank, and Merrick Bank.

©2015 Electronic Merchant Systems

BANK COPY

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019   received 6/10/2019
EMS CID response

Pl. Ex. 30
p. 564
R-013763-00000269

SL2 - 15

CONFIDENTIAL     UNREDACTED     PER 12 USC 3413

DocuSign Envelope ID: 017FCAB5-D74A-4673-AB37-27D3FEB04021

SL Account Mgmt ("SL2")



electronic
merchant
systems·

## MERCHANT AGREEMENT ROLLING RESERVE ADDENDUM

In addition to all of the provisions set forth in the Merchant Agreement between Electronic Merchant Systems (EMS) and the undersigned merchant (hereinafter "Merchant) the parties hereto agree to the following additional terms and conditions:

1.   Guarantor hereby agrees to guarantee payment and performance of all of Merchant's representations, covenants and obligations hereunder.

2. In addition to, and not in place of, the rights of EMS or Bank regarding the Reserve Account under the terms of the Merchant Agreement, Merchant agrees to make deposits to the Rolling Reserve Account to establish a cumulative, rolling reserve balance (herein referred to as the "Secured Amount") equal to _10_ % of all Visa/MasterCard/Discover sale transactions processed through Merchant's bankcard processing account (the "Account") until the Secured amount reaches $ _____. The secured amount will be held in a non interest bearing account for a period of not less than 210 days after termination date of the Merchant Agreement, or until the liability period for chargebacks has expired.

3. As security for repayment of any present or future obligation of Merchant or Guarantor to EMS, Merchant hereby pledges and grants to EMS a security interest in all of Merchant's right, title and interest in and to any balances held by EMS in the Reserve Account.

4. Merchant's bankcard processing volume shall not exceed $ 450,000.00 in any 30-day period. Merchant understands that it is Merchant's responsibility to monitor and adhere to this volume restriction. If such volume restriction is exceeded, EMS may, in its sole discretion and without notice to Merchant, interrupt Merchant's processing service, withhold and deposit additional funds in to the Reserve Account, conduct a security review, and/or terminate the Merchant Agreement.

5. Merchant and Guarantor acknowledge that EMS will not consider any modification to the volume limit set forth above until EMS determines, in its sole discretion, that the Merchant is financially sound and it's Account is in good standing.

6. Merchant and Guarantor acknowledge that any increase in Merchant's volume restriction must be evidenced by a writing signed by EMS, and that any increase may also result in an increase in Merchant's Secured Amount.

7. Merchant and Guarantor agree to immediately inform EMS, in writing, of any of the following: a) any change in location of the Merchant's business, b) any change in the Merchant's banking accounts or relationships, c) any material change in Merchant's product type, d) any material new or additional services provided by Merchant, or e) any change in the ownership or management of Merchant's business. Merchant's failure to promptly provide such information or failure to accurately provide such information may, at EMS's discretion, result in termination of the Merchant Agreement.

8. Merchant and Guarantor represent and covenant to EMS that Merchant is solvent (as that term is understood in generally accepted business and accounting practice), has in the past, and is expected to be able to pay all of its obligations on a timely basis, and neither Merchant, Guarantor, nor any of its principals have been advised to, nor have contemplated, the filing of any action seeking the protection of bankruptcy laws of the United States or any jurisdiction.

9. EMS may, in satisfaction of any Merchant's or Guarantor's obligations pursuant to this Agreement or the Merchant Agreement, without notice to Merchant, take any or all of the following actions:

> Resort to the Secured Amount for the payment of any of the Merchant's liabilities, whether or not EMS shall have first resorted to any other property securing the Merchant's liabilities, and whether or not EMS shall have first proceeded against any party primarily or secondarily liable on any of the Merchant's liabilities.
> Apply the Secured Amount, or any portion thereof, as a set-off against any all liabilities owing from Merchant to EMS.

10. Merchant and Guarantor hereby waive notice of the existence or creation of all or any liabilities, and agree that no action of EMS permitted hereunder, or in the Merchant Agreement, shall impair or affect the rights of EMS in and to the Secured Amount.

Merchant Business Name: ___SL ACCOUNT MGMT___

Owner's Name ___Kaine Wen___

Owner's Signature ___Kaine Wen___ Date: 3/2/2018

Guarantor's Signature ___Kaine Wen___ Date: 3/2/2018

**The acceptance of this agreement shall not act as a waiver of any provison contained in the Merchant Agreement or exclude said merchant from account monitoring.**

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019
EMS CID response
SL2 - 16
Pl. Ex. 30
p. 565
R-013763-00000270

Case 8:19-cv-01998-MWF-KS   Document 33-8   Filed 10/21/19   Page 10 of 20   Page ID #:1231

CONFIDENTIAL

Pre-Trial Court Staffing Inc. d/b/a
SL Account Management ("SL2")

UNREDACTED
PER 12 USC 3413



## Certificate Of Completion

Envelope Id: 017FCAB5D74A4673AB3727D3FEB04021
Subject: Documents for your DocuSign Signature
Source Envelope:
Document Pages: 1                           Signatures: 2
Certificate Pages: 4                        Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Stephanie Preidis
5005 Rockside Road
Independence, OH 44121
spreidis@emscorporate.com
IP Address: 13.108.238.8

## Record Tracking

Status: Original
        3/2/2018 4:43:52 AM

Holder: Stephanie Preidis
        spreidis@emscorporate.com

Location: DocuSign

## Signer Events

Kaine Wen
kwon@slaccountmgmt.com
Security Level: Email, Account Authentication
(None)

**Signature**

*Kaine Wen*
D56BF8401828432

Using IP Address: 76.219.238.248

**Timestamp**

Sent: 3/2/2018 4:47:03 AM
Viewed: 3/2/2018 12:46:48 PM
Signed: 3/2/2018 12:47:14 PM

**Electronic Record and Signature Disclosure:**
Accepted: 3/2/2018 12:46:48 PM
ID: bf3f1488-9f73-45ab-ada2-8be3a4891532

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| Editor Delivery Events | Status | Timestamp |
| Agent Delivery Events | Status | Timestamp |
| Intermediary Delivery Events | Status | Timestamp |
| Certified Delivery Events | Status | Timestamp |
| Carbon Copy Events | Status | Timestamp |
| Notary Events | Signature | Timestamp |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/2/2018 4:47:03 AM |
| Certified Delivered | Security Checked | 3/2/2018 12:46:48 PM |
| Signing Complete | Security Checked | 3/2/2018 12:47:14 PM |
| Completed | Security Checked | 3/2/2018 12:47:14 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019  received 6/10/2019
EMS CID response

SL2 - 17
Pl. Ex. 30
p. 566
R-013763-00000271

Electronic Record and Signature Disclosure created on: 12/23/2015 7:52:52 AM
Parties agreed to: Kaine Wen

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**
From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**
At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**
If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**
If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**
Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response
SL2 - 18
Pl. Ex. 30
p. 567
R-013763-00000272

UNREDACTED
PER 12 USC 3413

Infra True Court Staffing Inc, d.b.a
SL Access LLC ("SL2")

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: ahrindo@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at ahrindo@emscorporate.com and in the body of such request you must state: your previous e-mail address, your new e-mail address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

 i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
 ii. send us an e-mail to ahrindo@emscorporate.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent..  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies  •Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 received 6/10/2019
EMS CID response

SL2 - 19

Pl. Ex. 30
p. 568
R-013763-00000273

CONFIDENTIAL

Pro-True Account Boarding Fee Schedule
SL Account #1234 ("SL2")

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Electronic Merchant Systems during the course of my relationship with you.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 20

Pl. Ex. 30
p. 569
R-013763-00000274

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

· CC100/11-14A

## CREDIT REPAIR MERCHANT AGREEMENT ADDENDUM

This Checklist is an Addendum to the Merchant Agreement ("Agreement") dated February 09, 20 18 between SL Account Mgmt. , (the "Merchant") and ELECTRONIC MERCHANT SYSTEMS ("EMS").

### Merchant represents and warrants each of the following by checking it and signing below:

☒ Merchant is engaged in the business of offering credit repair services and has obtained, and throughout the term of the Agreement will maintain, all local, state, and federal licenses, registrations, and approvals required to conduct such business.

☑ Merchant understands, currently fully complies with, and during the term of the Agreement, will fully comply with all relevant provisions of all of the following as amended from time to time:

- Section 5 of the Federal Trade Commission Act, 15 U.S.C. §5;[1]
- the Electronic Funds Transfer Act, 15 U.S.C. § 1693, et seq. ("EFTA") and all regulations implementing the EFTA including without limitation Regulation E, 12 C.F.R. §1005.1; et seq.;[2]
- the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and all regulations implementing the FCRA including without limitation Regulation V, 12 C.F.R. §1022.1, et seq.;
- The Credit Repair Organizations Act, 15 U.S.C. §1679, et seq.;
- the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §6101, et seq. ("TCFAPA"), and all regulations implementing the TCFAPA including without limitation the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310;
- the Consumer Financial Protection Act of 2010, 12 U.S.C. §5531, et seq.;
- the Truth-In-Lending Act, 15 U.S.C. § 1601, et seq. ("TILA") and all regulations implementing the TILA including without limitation Regulation Z, 12 C.F.R. §1026.1, et seq.;
- the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. ("TCPA") and all regulations implementing the TCPA including without limitation 47 C.F.R. §64.1200, et seq.;
- the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. §7001, et seq.; and
- all other applicable federal, state, and local laws, rules and regulations including, without limitation, those referring, relating or pertaining to the foregoing, consumer privacy and protection, credit, lending, finance, usury, and banking, and with the Rules (as defined in the Agreement).

☒ Merchant will immediately notify EMS and Bank in writing of any inquiry, investigation, complaint, charge, subpoena, claim, request for information, judgment, injunction, restraining order, cease and desist order, any similar judicial, quasi-judicial, administrative, or executive order, or any license or permit revocation or cancellation, by any local, state or federal law enforcement or regulatory agency, entity, or official in connection with or relating to Merchant's business including without limitation any complaints, charges or claims against Merchant by any customers of Merchant or by any local, state or federal official.

☒ In addition to the indemnity obligations set forth in the Agreement, Merchant will also indemnify and hold EMS and Bank harmless from and against any and all losses, costs, liabilities, damages and expenses (including attorneys' fees and collection costs) resulting from or incurred in connection with any breach of the Agreement including and as modified by this Addendum, and/or resulting from or incurred in connection with any inquiry, investigation, complaint, charge, subpoena, claim, or request for information of or against Merchant, or against or involving EMS or Bank in connection with Merchant, by any local, state or federal law enforcement or regulatory agency in connection with or relating to Merchant's business including without limitation any complaints, charges or claims by any customers of Merchant or by any local, state or federal official.

☒ Merchant understands that EMS or Bank may terminate the Agreement effective immediately in the event of any breach of this addendum or as otherwise set forth in the Agreement.

ELECTRONIC MERCHANT SYSTEMS          MERCHANT: SL Account Mgmt

By:_____                   By: kaine Wen

Its:_____                  Print: Kaine Wen

Dated:_____                Its:_____

                                     Dated: 2/12/2018

[1] The U.S. Code is available at http://uscode.house.gov/.
[2] The electronic Code of Federal Regulations is available at http://www.ecfr.gov/cgi-bin/ECFR?page=browse.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response

SL2 - 21

Pl. Ex. 30
p. 570
R-013763-00000275

DocuSign Envelope ID: 49639993-6E85-476D-ABCE-F60C005CDCC2

CC101/11-14A

## DEBT RELIEF SERVICE MERCHANT AGREEMENT ADDENDUM

This Checklist is an Addendum to the Merchant Agreement ("Agreement") dated ___February 28__, 20 __18__, between __SL ACCOUNT MGMT__ _____, (the "Merchant") and ELECTRONIC MERCHANT SYSTEMS ("EMS").

### Merchant represents and warrants each of the following by checking it and signing below:

☒ Merchant is engaged in the business of offering debt relief services and has obtained, and throughout the term of the Agreement will maintain, all local, state, and federal licenses, registrations, and approvals required to conduct such business.

☒ Merchant understands, currently fully complies with, and during the term of the Agreement, will fully comply with all relevant provisions of all of the following as amended from time to time:

- Section 5 of the Federal Trade Commission Act, 15 U.S.C. §5;[1]
- the Electronic Funds Transfer Act, 15 U.S.C. § 1693, et seq. ("EFTA") and all regulations implementing the EFTA including without limitation Regulation E, 12 C.F.R. §1005.1, et seq.;[2]
- the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA") and all regulations implementing the FCRA including without limitation Regulation V, 12 C.F.R. §1022.1, et seq.;
- the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §6101, et seq. ("TCFAPA"), and all regulations implementing the TCFAPA including without limitation the Telemarketing Sales Rule ("TSR"), 16 C.F.R. Part 310;
- the Consumer Financial Protection Act of 2010, 12 U.S.C. §5531, et seq. ("CFPA") and all regulations implementing the CFPA including without limitation Regulation O, the Mortgage Assistance Relief Services rules, 12 C.F.R. §1015.1, et seq.;
- the Truth-In Lending Act, 15 U.S.C. § 1601, et seq. ("TILA") and all regulations implementing the TILA including without limitation Regulation Z, 12 C.F.R. §1026.1, et seq.;
- the Telephone Consumer Protection Act, 47 U.S.C. §227, et seq. ("TCPA") and all regulations implementing the TCPA including without limitation 47 C.F.R. §64.1200, et seq.;
x
- the Electronic Signatures in Global and National Commerce Act, 15 U.S.C. §7001, et seq.; and
- all other applicable federal, state, and local laws, rules and regulations including, without limitation, those referring, relating or pertaining to the foregoing, consumer privacy and protection, credit, lending, finance, usury, and banking, and with the Rules (as defined in the Agreement).

☒ Merchant will immediately notify EMS and Bank in writing of any inquiry, investigation, complaint, charge, subpoena, claim, request for information, judgment, injunction, restraining order, cease and desist order, any similar judicial, quasi-judicial, administrative, or executive order, or any license or permit revocation or cancellation, by any local, state or federal law enforcement or regulatory agency, entity, or official in connection with or relating to Merchant's business including without limitation any complaints, charges or claims against Merchant by any customers of Merchant or by any local, state or federal official.

☒ In addition to the indemnity obligations set forth in the Agreement, Merchant will also indemnify and hold EMS and Bank harmless from and against any and all losses, costs, liabilities, damages and expenses (including attorneys' fees and collection costs) resulting from or incurred in connection with any breach of the Agreement including and as modified by this Addendum, and/or resulting from or incurred in connection with any inquiry, investigation, complaint, charge, subpoena, claim, or request for information of or against Merchant, or against or involving EMS or Bank in connection with Merchant, by any local, state or federal law enforcement or regulatory agency in connection with or relating to Merchant's business including without limitation any complaints, charges or claims by any customers of Merchant or by any local, state or federal official.

☒ Merchant understands that EMS or Bank may terminate the Agreement effective immediately in the event of any breach of this addendum or as otherwise set forth in the Agreement.

| ELECTRONIC MERCHANT SYSTEMS | MERCHANT: __SL ACCOUNT MGMT__ |
|---|---|
| | By: _____ _kaine Wen_ |
| By: _____ | Print: ____KAINE WEN____ |
| Its: _____ | Its: _____ |
| Dated: _____ | Dated: ____2/28/2018____ |

[1] The U.S. Code is available at http://uscode.house.gov/.
[2] The electronic Code of Federal Regulations is available at http://www.ecfr.gov/cgi-bin/ECFR?page=browse.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019; received 6/10/2019
EMS CID response

SL2 - 22

Pl. Ex. 30
p. 571
R-013763-00000276

Case 8:19-cv-01998-MWF-KS   Document 33-8   Filed 10/21/19   Page 16 of 20   Page ID UNREDACTED
CONFIDENTIAL   Premier Student Staffing llc dba   #:1237   PER 12 USC 3413
SL Account 1237 ("SL2")

DocuSign
SECURED

## Certificate Of Completion

Envelope Id: 496399936E85476DABCEF60C005CDCC2                                    Status: Completed
Subject: Documents for your DocuSign Signature
Source Envelope:
Document Pages: 1                          Signatures: 1                          Envelope Originator:
Certificate Pages: 4                        Initials: 1                           Stephanie Preidis
AutoNav: Enabled                                                                  5005 Rockside Road
EnvelopeId Stamping: Enabled                                                      Independence, OH 44121
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                                 spreidis@emscorporate.com
                                                                                 IP Address: 13.108.238.8

## Record Tracking

Status: Original                           Holder: Stephanie Preidis             Location: DocuSign
       2/28/2018 1:23:42 PM                        spreidis@emscorporate.com

## Signer Events                           Signature                             Timestamp
Kaine Wen                                                                        Sent: 2/28/2018 1:26:47 PM
kaine@premierstudentloancenter.com                                              Viewed: 2/28/2018 1:28:31 PM
Security Level: Email, Account Authentication                                    Signed: 2/28/2018 1:28:46 PM
(None)
                                           Using IP Address: 66.210.48.146

Electronic Record and Signature Disclosure:
   Accepted: 2/9/2018 12:56:08 AM
   ID: cf9ff01e-cc6d-474c-94fe-7538e9c3a16f

| In Person Signer Events | Signature | Timestamp |
|---|---|---|
| **Editor Delivery Events** | **Status** | **Timestamp** |
| **Agent Delivery Events** | **Status** | **Timestamp** |
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 2/28/2018 1:26:47 PM |
| Certified Delivered | Security Checked | 2/28/2018 1:28:31 PM |
| Signing Complete | Security Checked | 2/28/2018 1:28:46 PM |
| Completed | Security Checked | 2/28/2018 1:28:46 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response
SL2 - 23
Pl. Ex. 30
p. 572
R-013763-00000277

CONFIDENTIAL

Merchant Account Staffing Inc. dba
SL Account #12236 ("SL2")

UNREDACTED
PER 12 USC 3413

Electronic Record and Signature Disclosure created on: 12/23/2015 7:52:52 AM
Parties agreed to: Kaine Wen

### ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Electronic Merchant Systems (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

CONFIDENTIAL
UNREDACTED
PER 12 USC 3413

**How to contact Electronic Merchant Systems:**
You may contact us to let us know of your changes as to how we may contact you electronically,
to request paper copies of certain information from us, and to withdraw your prior consent to
receive notices and disclosures electronically as follows:
 To contact us by email send messages to: ahrindo@emscorporate.com

**To advise Electronic Merchant Systems of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures
electronically to you, you must send an email message to us at ahrindo@emscorporate.com and
in the body of such request you must state: your previous e-mail address, your new e-mail
address.  We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected
in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from Electronic Merchant Systems**
To request delivery from us of paper copies of the notices and disclosures previously provided
by us to you electronically, you must send us an e-mail to ahrindo@emscorporate.com and in the
body of such request you must state your e-mail address, full name, US Postal address, and
telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Electronic Merchant Systems**
To inform us that you no longer want to receive future notices and disclosures in electronic
format you may:
  i. decline to sign a document from within your DocuSign account, and on the subsequent
  page, select the check-box indicating you wish to withdraw your consent, or you may;
  ii. send us an e-mail to ahrindo@emscorporate.com and in the body of such request you
  must state your e-mail, full name, IS Postal Address, telephone number, and account
  number. We do not need any other information from you to withdraw consent..  The
  consequences of your withdrawing consent for online documents will be that transactions
  may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will
provide you with an email message at the email address we have on file for you at that time
providing you with the revised hardware and software requirements, at which time you will
have the right to withdraw your consent.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019  received 6/10/2019
EMS CID response
SL2 - 25
Pl. Ex. 30
p. 574
R-013763-00000279

UNREDACTED
PER 12 USC 3413

Allied Account Staffing Inc. d/b/a
SL Account ("SL2")

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to
other electronic notices and disclosures that we will provide to you, please verify that you
were able to read this electronic disclosure and that you also were able to print on paper or
electronically save this page for your future reference and access or that you were able to
e-mail this disclosure and consent to an address where you will be able to print on paper or
save it for your future reference and access. Further, if you consent to receiving notices and
disclosures exclusively in electronic format on the terms and conditions described above,
please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF
  ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can
  print it, for future reference and access; and

- Until or unless I notify Electronic Merchant Systems as described above, I consent to
  receive from exclusively through electronic means all notices, disclosures,
  authorizations, acknowledgements, and other documents that are required to be
  provided or made available to me by  Electronic Merchant Systems during the course
  of my relationship with you.

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019; received 6/10/2019
EMS CID response

SL2 - 26
Pl. Ex. 30
p. 575
R-013763-00000280

CONFIDENTIAL

UNREDACTED
PER 12 USC 3413

SL Account #1241 ("SL2")

DocuSign Envelope ID: 31C06AE9-E4D9-4DBA-B98A-C64405F01433

14170-21



**electronic merchant systems•**

**Designation of Contact Person on EMS Merchant Account**

FAX TO: 216-674-3110

Attention (CSR): _____

Ticket Number: _____

Owner: _____ KAINE WEN

DBA: _____ SL ACCOUNT MGMT

Merchant ID: _____ ████5266

I would like to designate _Tom Nguyen_ as the contact person on my EMS merchant account, giving him/her permission to discuss my account with you.

**PERMISSIONS GRANTED (PLEASE CHECK):**

[X] General questions on merchant account

[X] Access to merchant account information (such as batches and deposits)

[X] Clearance to get the www.ems.data.net (MOST) password reset (if applicable)

DocuSigned by:
Kaine Wen

Signature

Kaine Wen                              4/19/2018

Print Name                             Date

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 27

Pl. Ex. 30
p. 576
R-013763-00000281