CONFIDENTIAL

REDACTED
PER 12 USC 3413

Hughes Loan Staffing Inc. dba
SL Account Mgmt ("SL2")

DocuSign Envelope ID: 0C8DD934-9AF2-4F25-A4B2-A2E0F2737824

 

0214BMO

# DISCLOSURE PAGE

## MEMBER BANK (ACQUIRER) INFORMATION

**Acquirer Name:** BMO Harris Bank N.A.
**Acquirer Address:** 150 North Martingale Road, Suite 900
Schaumburg, Illinois 60173
**Acquirer Phone:** 847-240-6600

### IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES

1. A Visa / MasterCard Member is the only entity approved to extend acceptance of Visa / MasterCard products directly to a Merchant.

2. A Visa / MasterCard Member must be a principal (signer) to the Merchant Agreement.

3. The Visa / MasterCard Member is responsible for educating Merchants on pertinent Visa / MasterCard Operating Regulations with which Merchants must comply.

4. The Visa / MasterCard Member is responsible for and must provide settlement funds to the merchant.

5. The Visa / MasterCard Member is responsible for all funds held in reserve that are derived from settlement.

## MERCHANT INFORMATION

**Merchant Name:** SL Account Mgmt

**Merchant Address:** 8 Hughes, #210    Irvine,    California    92618

**Merchant Phone:** (888) 314-0801

### IMPORTANT MERCHANT RESPONSIBILITIES

1. Ensure compliance with cardholder data security and storage requirements.

2. Maintain fraud and chargeback below thresholds.

3. Review and understand the terms of the Merchant Agreement.

4. Comply with Visa Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the merchant have any problems.

---

*Kaine Wen*

Merchant's Signature    3/5/2018    Date

Kaine Wen

Merchant's Printed Name & Title    Owner

---

White Copy - EMS    Yellow Copy - Merchant

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response

SL2 - 28

Pl. Ex. 30
p. 577
R-013763-00000282



Builder: DB  Date Built: 3/12  Auditor: DB  Date Audited: 3/12

Build Notes:

Thank you for choosing Electronic Merchant Systems.

Below Is Your Unique Merchant Account Information:
Please keep this information handy. You will need it to complete the setup
procedure or contact customer service.

Moto                            Auth.net High Speed

| Company Name: | SL ACCOUNT MGMT |
|---|---|
| V#: | 4999 |
| Merchant E-Mail Address: | KAINE@SLACCOUNTMGMT.COM |

| Configure Payment Methods | |
|---|---|
| Payment Methods Info. | Check Credit Card Box |
| Value Added Services | Skip |
| Merchant Processing Information | |
| Processor: | Vital |
| Acquirer: | Undetermined |
| Processor Specific Information | |
| Acquirer Bin: | 4572 |
| Agent Bank Number (Office): | 0160 |
| Agent Chain: | 000001 |
| Category Code (SIC): | 7399 |
| Merchant Number: | 5266 |
| Store Number: | 0318 |
| Terminal Number: | 0001 |
| Credit Cards Accepted – (Select all enabled card types) | |

Once you have modified the necessary information, you will be ready to take Credit Cards! If you
have any questions, or if you find you need additional information, please contact Customer
Service at (800) 615-1330.

Congratulations! You are ready to take Credit Cards!

eCommerce Support
Electronic Merchant Systems
5005 Rockside Rd.
Independence, OH 44131

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 29
Pl. Ex. 30
p. 578
R-013763-00000283

CONFIDENTIAL
REDACTED
PER 12 USC 3413



Builder: DB  Date Built: 3/12  Auditor: DB  Date Audited: 3/12

Build Notes:

Thank you for choosing Electronic Merchant Systems.

<u>Below Is Your Unique Merchant Account Information:</u>
Please keep this information handy. You will need it to complete the setup
procedure or contact customer service.

Moto                         Auth.net High Speed

| **Company Name:** | SL ACCOUNT MGMT |
|---|---|
| **V#:** | ▮4999 |
| **Merchant E-Mail Address:** | KAINE@SLACCOUNTMGMT.COM |

| *Configure Payment Methods* | |
|---|---|
| **Payment Methods Info.** | Check Credit Card Box |
| **Value Added Services** | Skip |
| *Merchant Processing Information* | |
| **Processor:** | Vital |
| **Acquirer:** | Undetermined |
| *Processor Specific Information* | |
| **Acquirer Bin:** | ▮4572 |
| **Agent Bank Number (Office):** | ▮0160 |
| **Agent Chain:** | 000001 |
| **Category Code (SIC):** | 7399 |
| **Merchant Number:** | ▮5266 |
| **Store Number:** | 0318 |
| **Terminal Number:** | 0001 |
| **Credit Cards Accepted – (Select all enabled card types)** | |

Once you have modified the necessary information, you will be ready to take Credit Cards! If you
have any questions, or if you find you need additional information, please contact Customer
Service at (800) 615-1330.

Congratulations! You are ready to take Credit Cards!

eCommerce Support
Electronic Merchant Systems
5005 Rockside Rd.
Independence, OH 44131

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 30

Pl. Ex. 30
p. 579
R-013763-00000284

Case 8:19-cv-01998-MWF-KS   Document 33-9   Filed 10/21/19   Page 4 of 34   Page ID #:1245

CONFIDENTIAL

Ventura Count Staffing Inc. d/b/a
SL Account Mgmt ("SL2")

UNREDACTED

PER 12 USC 3413

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

**electronic merchant systems®**

# MERCHANT RECEIPT FORM

National Headquarters
5005 Rockside Rd, PH#100
Independence, OH 44131
Phone: 216.524.0900
Fax: 216.524.9540

1117

DBA NAME SL Account Mgmt

ADDRESS 173 TECHNOLOGY DR #202          PHONE (    ) 8885480476

CITY IRVINE          STATE California

ZIP 92618          COUNTY          DATE 2/12/2018

## CHOOSE ALL THAT APPLY

| | | | | | |
|---|---|---|---|---|---|
| ☐ TPP | ☐ Terminal | ☐ EMSmobile | ☐ Altus Premier _- no equipment_ | ☒ Virtual Terminal | ☐ eCommerce Cart Plus |
| ☐ DL | ☐ Terminal with Pin Pad | ☐ EMSmobile Premier | ☐ Altus Premier 100 _(50 bonus cards)_ | ☐ Customer Database | ☐ Up to 1,000 Products |
| ☐ Rental | ☐ Wireless Terminal | | ☐ Altus Premier 250 | ☐ Recurring | ☐ Unlimited Products |
| ☐ Lease | ☐ Pin Pad Only | | ☐ Altus Premier 500 | ☐ Invoicing | |
| | ☐ Check Reader | | | ☐ iMenu with VPOS | ☐ WebPak |
| | ☐ MAXXPAY Bundle | | | ☐ iMenu without VPOS | ☐ Up to 1,000 Products |
| | | | | ☐ MAXXPAY Loyalty | ☐ Unlimited Products |
| | | | ☐ Flok | ☐ MAXXPAY Time & Attendance | ☐ WHO Professional |
| | | | | | ☐ WHO Premier |

M-T-M

## IF EQUIPMENT IS NOT LISTED ABOVE, PLEASE INCLUDE BELOW:

| QTY | EQUIPMENT TYPE | TERM** | MONTHLY PAYMENT | PURCHASE |
|---|---|---|---|---|
| 1 | Authorize.Net | M-T-M | 19.00 | $ |
| | | | | $ |
| | | | | $ |
| V/MC APPLICATION, SET-UP, DATA ENTRY (NON REFUNDABLE)* | | | | $ -0- |
| DOWNLOAD PROGRAMMING | | # OF LOCATIONS | | $ |
| EXISTING TERMINAL SERIAL # | | | | $ |
| OTHER | | | | $ |
| DOWN PAYMENT | | | | $ |
| SALES TAX RATE _____ % | | | | $ |

TOTAL............................................. $

COMMENTS:                          8/57 - CURRENT CUSTOMER

MERCHANT SIGNATURE [DocuSigned by: Laine Weir  30FF7738438241B...]          TITLE

*   The Merchant acknowledges these fees are non-refundable unless the merchant is declined for the processing service. Merchant agrees to provide any additional information that may be required, in order to obtain bank approval. An account approval may require a reserve or higher discount rate. Approval is not guaranteed.

**  Leases are non-cancelable. Lease payments and terms are subject to change based on lease company approval.

1 year limited warranty on all credit card equipment purchases.

### All checks payable only to EMS. All Sales are final.

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2018 received 6/10/2019
EMS CID response

SL2 - 32

Pl. Ex. 30
p. 580
R-013763-00000286

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832

# ems

## MOTO Profile

Mail Order/Telephone Order Merchant Profile          10/01

| | | |
|---|---|---|
| Officers and owners of merchant warrant that the information contained in this profile is true and accurate and considered a part of the Merchant Application and Agreement. Merchant understands that any variances in this information may result in the withheld settlement of funds or termination of the Merchant Agreement. | What methods are used to market your products? Please include copies of any ads or direct mail pieces being used. For mail order sales, please include an example of the product order form that includes the credit card account number information, cardholder signature and shipping address information. | For Telephone order sales, where does the cardholder call to place the order and who records the credit card account number information and authorizes the sale? ☒ Merchant Staff ☐ Third party Call Center: |

5L Account Mgmt

*Developed by:*  **Merchant Name**

*kaire Okir*          Owner

**Signature and Title**
8 Hughes, #210

**Address**

Irvine     California     92618

**City, State, Zip Code**

2/12/2018

**Date**

☐ Catalog     ☐ Newspaper Ad     ☐ Brochures
☐ Internet     ☐ Sales Reps     ☐ Magazines
☐ Cold Calls     ☐ Phone Book     ☒ Referrals
☐ Other

Where is the product inventory housed and maintained?

☒ Merchant location described in application
☐ Merchant warehouse located at:

☐ Third party warehouse:

**Company Name**

**Address**

**City, State, Zip**

**Telephone:**

**Contact Name:**

**Company Name**

**Address**

**City, State, Zip Code**

Telephone: _____
Contact Name: _____

Who is responsible for issuing customer refunds?

☒ Merchant Staff
☐ Third Party

**Company Name**

**Address**

**City, State, Zip Code**

Telephone: _____
Contact Name: _____

Please describe in detail the product(s) or service(s) being marketed when using credit cards.

na

na

*Service at C/H's     [X] Yes     [ ] No

How is merchandise forwarded to the cardholder?

☐ Delivery / Carrier Service     ☐ Flea / Trade Shows
☐ Customer Pickup     ☒ On-Line
☐ Merchant's Vehicle Delivers     ☐ U S Postal
☐ At C/H's Establishment     ☐ Other _____

Does the merchant charge a restocking fee? Include any published information pertaining to restocking fees.
☐ NO     ☐ YES

What is the merchant's refund and return policy? Include any published information.
Full refund anytime prior to document submission.
----------

Who is responsible for providing customer service?
☒ Merchant Staff
☐ Third party Call Center

**Company Name**

**Address**

**City, State, Zip Code**

Telephone: _____
Contact Name: _____

Does the merchant use a fulfillment company to warehouse and ship their product?     X No     Yes

**Company Name**

**Address**

**City, State, Zip Code**

Telephone: _____
Contact Name: _____

Pl. Ex. 30
p. 581

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand dated 5/10/2019 - received 6/10/2019

R-013763-0000287

5L2 - 33

CONFIDENTIAL

In re True Count Staffing Inc. d/b/a 5L Account Mgmt ("5L2").

UNREDACTED
PER 12 USC 3413

EMS CID response

DocuSign Envelope ID: A6882224-067C-4687-B504-35F4772D6832



0118

## Payment Gateway Acknowledgement

I, _____KAINE WEN_____ of _____SL Account Mgmt_____
Acknowledge that I will be paying a $ 19.00 _____ monthly fee and additional _____cents per
transaction for my Payment Gateway.

X *kaine Wen*
—DocuSigned by:—
—30FF77384382418—                          Date 2/12/2018

**Please fax back to 216-524-9582, attn: Processing Department**

Thank You For Your Business,
Electronic Merchant Systems

*This document is proprietary and confidential. It is intended only for the above mentioned parties and
may not be altered or duplicated without written permission of Electronic Merchant Systems.*

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019, received 6/10/2019
EMS CID response

SL2 - 34

Pl. Ex. 30
p. 582
R-013763-00000288

Case 8:19-cv-01998-MWF-KS Document 33-9 Filed 10/21/19 Page 7 of 34 Page ID #:1248
CONFIDENTIAL
True Count Staffing Inc-01xxx
SL Account Mgmt ("SL2")
REDACTED
PER 12 USC 3413



ELECTRONIC MERCHANT SYSTEMS
250 WEST HURON ROAD, SUITE 400
CLEVELAND, OH 44113
CUSTOMER SUPPORT: 800-615-1330

06-19
5605
100160
5266



TRUE COUNT STAFFING INC.
KAINE WEN
8 HUGHES # 210
IRVINE CA 92618-2072

AMOUNT DEDUCTED FROM ACCOUNT: $1159.84

## PLAN SUMMARY

| PL | # Sales | $ Sales | # Credit | $ Credit | Net SALES | AVG TKT | DISC P/I | % | DISCOUNT DUE |
|---|---|---|---|---|---|---|---|---|---|
| VS | 335 | 46,240.61 | 35 | 7,858.42 | 38,382.19 | 138.03 | .000 | 3.350 | 1,549.07 |
| MC | 164 | 23,817.88 | 14 | 3,049.71 | 20,768.17 | 145.23 | .000 | 3.350 | 797.91 |
| DS | 00 | .00 | 00 | .00 | .00 | .00 | .000 | 3.350 | .00 |
| DB | 00 | .00 | 00 | .00 | .00 | .00 | .000 | .000 | .00 |
| EB | 00 | .00 | 00 | .00 | .00 | .00 | .750 | .000 | .00 |
| ** | 499 | 70,058.49 | 49 | 10,908.13 | 59,150.36 | 140.40 | 140.40 | 140.40 | 2,346.98 |

## DEPOSITS

| DAY | REF NUMBER | * | PL | # SALES | $ SALES | $ CREDITS | DISCOUNT PD | NET DEPOSIT |
|---|---|---|---|---|---|---|---|---|
| 03 | 90001719820 | D | T | 141 | 18,279.73 | .00 | 830.02 | 17,449.71 |
| 03 | 90001720783 | D | T | 00 | .00 | 207.50 | .00 | -207.50 |
| 03 | 90001700782 | D | T | 00 | .00 | 249.00 | .00 | -249.00 |
| 06 | 90001738737 | D | T | 30 | 4,548.62 | 456.50 | 207.64 | 3,884.48 |
| 10 | 90001740787 | D | T | 00 | .00 | 1,441.00 | .01 | -1,441.01 |
| 11 | 90001750797 | D | T | 45 | 6,070.67 | 2,543.21 | 283.10 | 3,244.36 |
| 11 | 90001762684 | D | T | 25 | 4,080.58 | 3,756.71 | 207.89 | 115.98 |
| 11 | 90001770821 | D | T | 00 | .00 | 207.50 | .00 | -207.50 |
| 12 | 90001783711 | D | T | 29 | 4,869.86 | .00 | 227.39 | 4,642.47 |
| 13 | 90001795204 | D | T | 01 | 90.00 | .00 | 3.14 | 86.86 |
| 14 | 90001806210 | D | T | 35 | 4,308.50 | .00 | 198.66 | 4,109.84 |
| 17 | 90001810822 | D | T | 01 | 40.00 | 469.71 | 1.39 | -431.10 |
| 17 | 90001828818 | D | T | 63 | 8,961.23 | .00 | 405.95 | 8,555.28 |
| 19 | 90001844682 | D | T | 02 | 996.00 | .00 | 63.36 | 932.64 |
| 20 | 90001850649 | D | T | 43 | 5,967.38 | .00 | 233.44 | 5,733.94 |
| 21 | 90001861783 | D | T | 08 | 1,441.90 | .00 | 64.60 | 1,377.30 |
| 24 | 90001870824 | D | T | 45 | 5,304.00 | 249.00 | 237.89 | 4,817.11 |
| 24 | 90001881378 | D | T | 28 | 4,824.22 | .00 | 216.30 | 4,607.92 |
| 25 | 90001890825 | D | T | 01 | 185.80 | 456.50 | 11.88 | -282.58 |
| 26 | 90001900827 | D | T | 01 | 60.00 | 207.50 | 2.19 | -149.69 |
| 27 | 90001918784 | D | T | 01 | 30.00 | .00 | 1.05 | 28.95 |
| 28 | 90001920831 | D | T | 00 | .00 | 664.00 | .00 | -664.00 |
| | DEPOSIT TOTALS: | | | 499 | 70,058.49 | 10,908.13 | 3,195.90 | 55,954.46 |

## CHARGEBACKS

| DAY | REF NUMBER | * | PL | # SALES | $ SALES | $ CREDITS | DISCOUNT PD | NET DEPOSIT |
|---|---|---|---|---|---|---|---|---|
| 03 | 5359 | C | T | 01 | 249.00 | .00 | .00 | 249.00 |

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response
SL2 - 73
Pl. Ex. 30
p. 583
R-013763-00000327

REDACTED
PER 12 USC 3413

CONFIDENTIAL

SL Account Mgmt ("SL2")

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20 | | 2126 | C | T | 01 | 249.00 | .00 | .00 | 249.00 |
| 21 | | 8239 | C | T | 01 | 249.00 | .00 | .00 | 249.00 |
| 24 | | 9957 | C | T | 01 | 40.00 | .00 | .00 | 40.00 |
| 24 | | 8765 | C | T | 01 | 40.00 | .00 | .00 | 40.00 |
| 24 | | 7410 | C | T | 01 | 40.00 | .00 | .00 | 40.00 |
| 24 | | 7943 | C | T | 01 | 249.00 | .00 | .00 | 249.00 |
| 25 | | 0767 | C | T | 01 | 220.71 | .00 | .00 | 220.71 |
| CHARGEBACK TOTALS: | | | | | 08 | 1,336.71 | .00 | .00 | 1,336.71 |

## Reserve Funding

| DAY | Amount of Reserve | Amount of Release | Reserve Balance |
|---|---|---|---|
| 03 | 1,827.97 | .00 | 139,285.07 |
| 06 | 454.86 | .00 | 139,739.93 |
| 11 | 1,015.13 | .00 | 140,755.06 |
| 12 | 486.99 | .00 | 141,242.05 |
| 13 | 9.00 | .00 | 141,251.05 |
| 14 | 430.85 | .00 | 141,681.90 |
| 17 | 900.12 | .00 | 142,582.02 |
| 19 | 99.60 | .00 | 142,681.62 |
| 20 | 596.74 | .00 | 143,278.36 |
| 21 | 144.19 | .00 | 143,422.55 |
| 24 | 1,012.82 | .00 | 144,435.37 |
| 27 | 3.00 | .00 | 144,438.37 |
| TOTALS: | 6,981.27 | .00 | 144,438.37 |

## FEES

| NUMBER | AMOUNT | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | MONTHLY 100K DATA & BREACH PROTECTION | 5.00 |
| | | ECOMMERCE GATEWAY | 19.00 |
| | | MONTHLY ACCESS | 5.00 |
| | | MC LOCATION FEE | 1.25 |
| | | VISA FANF | 45.00 |
| 118 | | VISA APF | 2.30 |
| 08 | | CHARGEBACK PROCESSING $45 | 360.00 |
| 01 | 185.80 | CPS REWARDS 2 | 5.40 |
| | .20 | VISA INTL SERVICE FEE | .20 |
| | .09 | IAF | .09 |
| 01 | 42.00 | BUS STND T3 | 1.30 |
| 27 | 3,939.00 | EIRF PP | 114.96 |
| 13 | 1,639.50 | EIRF | 48.03 |
| 100 | 13,356.35 | EIRF-US DB | 390.66 |
| 09 | 1,670.15 | ENH MERIT 1 | 48.50 |
| 01 | 207.50 | CORP DATA RT 1 | 6.01 |
| 03 | 697.17 | WRLD MERIT 1 | 20.17 |
| 19 | | BATCH HEADER @0.30 PER DEPOSIT | 5.70 |
| 01 | | OTHER FIXED AUTH @0.20 EACH | .20 |
| 164 | 23,850.67 | MC ASSESSMENT/NETWORK TRAN | 52.17 |
| 12 | 2,766.15 | MERIT I PP | 80.04 |
| 956 | | NABU | 18.64 |
| 2,151 | | NAPF | 33.38 |
| 370 | 54,159.12 | VS ASSESSMENT/NETWORK TRAN | 60.76 |
| | 32.80 | INTEGRITY FEE | 32.80 |
| 01 | 249.00 | BUS STND DB | 7.20 |
| 2,269 | | VISA FIXED AUTH @0.20 EACH | 453.80 |
| 956 | | MASTERCARD FIXED AUTH @0.20 EACH | 191.20 |

Response of Electronic Merchant Systems to CFPB Civil Investigative Demand
dated 5/10/2019 - received 6/10/2019
EMS CID response

SL2 - 74

Pl. Ex. 30
p. 584
R-013763-00000328

CONFIDENTIAL
UNREDACTED
PER 12 USC 3413

MTRE Tide Count Staffing Inc-More
SL Account Mgmt ("SL2")

TOTAL FEES DUE:          2,008.76

| | |
|---|---|
| DISC DUE | 2,346.98 |
| DISC PAID | 2,346.98 |
| FEES DUE | 2,008.76 |
| FEES PAID | 848.92 |
| NET FEES DUE | 1,159.84 |
| AMT DEDUCTED | 1,159.84 |

Response of Electronic Merchant Systems to  CFPB Civil Investigative Demand
dated 5/10/2019  received 6/10/2019
EMS CID response

SL2 - 75
Pl. Ex. 30
p. 585
R-013763-00000329

**Exhibit**

| FIRST DATA MERCHANT SERVICES<br>3975 NW 120th Avenue A-50<br>Coral Springs, FL 33065<br>Phone: 1-800-416-7716 | WELLS FARGO BANK<br>115 Hospital Drive<br>Van Wert, OH  45891 | $\frac{56\text{-}382}{412}$ | No. | 1297 |

CHECK DATE     11-Jul-2019

Pay      Fifty Thousand Dollars And Zero Cents*****************************************     $ *****50,000.00

US Dollars
VOID AFTER 180 DAYS

To
The
Order
Of

RESERVES PAYABLE TO
PREMIER STUDENT LOAN CENTER
2522 CHAMBERS RD STE 100
TUSTIN, CA 92780

Authorized Signature

ıı"  ⎕1297ıı"  ı:  38 24ı:  ⎕8023ıı"

| FIRST DATA MERCHANT SERVICES<br>3975 NW 120th Avenue A-50<br>Coral Springs, FL 33065<br>Phone: 1-800-416-7716 | *WELLS FARGO BANK*<br>115 Hospital Drive<br>Van Wert, OH  45891 | $\frac{56\text{-}382}{412}$ | **No.** | 1298 |
| --- | --- | --- | --- | --- |

CHECK DATE          11-Jul-2019

Pay     Thirteen Thousand Eight Hundred Fifty-Six Dollars And Ninety-Four Cents*******          $ *****13,856.94

*US Dollars*
*VOID AFTER 180 DAYS*

To
The
Order
Of

RESERVES PAYABLE TO
PREMIER STUDENT LOAN CENTER
2522 CHAMBERS RD STE 100
TUSTIN, CA 92780

Authorized Signature

⑆ ⌐1298⌐ ⑆⌐ 3824⑈ 8023⌐

SUPPLEMENTAL-NATIONAL MERCHANT CENTER - CID - 20190510 - 01622
NMC CID respone
Pl. Ex. 31
p. 587
P 015551 00000003

FIRST DATA MERCHANT SERVICES
3975 NW 120th Avenue A-50
Coral Springs, FL 33065
Phone: 1-800-416-7716

*WELLS FARGO BANK*
115 Hospital Drive
Van Wert, OH 45891

56-382
412

**No.** 1299

CHECK DATE       11-Jul-2019

Pay    Fifty Thousand Dollars And Zero Cents*****************************************

$ *****50,000.00

*US Dollars*
*VOID AFTER 180 DAYS*

To
The
Order
Of

RESERVES PAYABLE TO
PREMIER STUDENT LOAN CENTER
2522 CHAMBERS RD STE 100
TUSTIN, CA 92780

Authorized Signature

⑴⑴       ⑴ 299⑴ ⑴⑵       38 24⑵       80 23⑴

SUPPLEMENTAL-NATIONAL MERCHANT CENTER - CID - 20190510 - 01623

NMC CID respone

Pl. Ex. 31

p. 588
R 015551-00000004

FIRST DATA MERCHANT SERVICES
3975 NW 120th Avenue A-50
Coral Springs, FL 33065
Phone: 1-800-416-7716

WELLS FARGO BANK
115 Hospital Drive
Van Wert, OH  45891

56-302
412

No.     1300

CHECK DATE     11-Jul-2019

Pay     Fifty Thousand Dollars And Zero Cents********************************************

$ *****50,000.00

US Dollars
VOID AFTER 180 DAYS

To
The
Order
Of

RESERVES PAYABLE TO
PREMIER STUDENT LOAN CENTER
2522 CHAMBERS RD STE 100
TUSTIN, CA 92780

Authorized Signature

⑈   1300⑈  ⑆   38 24⑆     80 23⑈


NATIONAL MERCHANT CENTER

AGENT # _____

## 1. MERCHANT INFORMATION — E-COMMERCE / MOTO MERCHANT PROCESSING APPLICATION & AGREEMENT

| LEGAL NAME OF BUSINESS / IRS FILING NAME (MUST MATCH IRS RECORD) | | DBA (DOING BUSINESS AS) | |
|---|---|---|---|
| Consumer Advocacy Center Inc. | | Premier Student Loan Center | |

| LOCATION / SITE ADDRESS | CITY | STATE | ZIP CODE | COMPANY WEBSITE ADDRESS (URL) |
|---|---|---|---|---|
| 173 Technlogy Dr, Ste 202 | Irvine | CA | 92618 | www. premierstudentloancenter.com |

| MAILING ADDRESS (IF DIFFERENT FROM LOCATION) | CITY | STATE | ZIP CODE | COMPANY E-MAIL ADDRESS |
|---|---|---|---|---|
| | | | | kaine@premierstudentloancenter.com |

| COMPANY PHONE # | DESCRIPTOR PHONE # (E-COMMERCE or MOTO) | MOBILE PHONE # | FAX # | CONTACT NAME | TITLE |
|---|---|---|---|---|---|
| 855-782-0742 | | | | Kaine Wen | General Counsel |

TAX ID **0303** ☐ I CERTIFY THAT I'M A FOREIGN ENTITY/NONRESIDENT ALIEN IF CHECKED, PLEASE ATTACH IRS FORM W-8

NOTE: FAILURE TO PROVIDE ACCURATE INFORMATION MAY RESULT IN A WITHHOLDING OF MERCHANT FUNDING PER IRS REGULATIONS (SEE PROGRAM GUIDE PART III, SECTION A.4 FOR DETAILS)

| BUSINESS TYPE | STATE FILED | BUSINESS START DATE (MM / DD / YYYY) |
|---|---|---|
| ○ PARTNERSHIP   ○ PUBLIC CORP.   ○ TAX EXEMPT CORP. ○ SOLE PROPRIETORSHIP   ● PRIVATE CORP.   ○ LIMITED LIABILITY COMPANY | CA | 08/04/2014 |

HAS THIS BUSINESS OR ANY ASSOCIATED PRINCIPAL BEEN "TERMINATED AS A VISA / MASTERCARD / AMEX / DISCOVER NETWORK MERCHANT"?  ○ YES  ● NO

HAS MERCHANT OR ANY ASSOCIATED PRINCIPAL DISCLOSED BELOW FILED BANKRUPTCY OR BEEN SUBJECT TO AN INVOLUNTARY BANKRUPTCY?  ○ YES  ● NO  > PROVIDE DATE, IF "YES" (MM / DD / YYYY)

DO YOU CURRENTLY ACCEPT VISA/MC/AMEX/DISCOVER NETWORK? (IF "YES", YOU MUST SUBMIT 3 MOST CURRENT MONTHLY STATEMENTS)  ○ YES  ● NO

YOUR PREVIOUS CARD PROCESSOR **Allied Wallet**

REASON TO CHANGE ☐ RATES  ☒ SERVICE  ☐ OTHER  TERMINATED (MM / DD / YYYY)

MERCHANT SELLS: (SPECIFY PRODUCT, SERVICE AND/OR INFORMATION) **Doc Prep**

DO YOU USE ANY THIRD PARTY TO STORE, PROCESS OR TRANSMIT CARDHOLDER'S DATA?  ○ YES  ● NO  > IF "YES", NAME OF COMPANY, ADDRESS AND PHONE

REFUND POLICY FOR VISA / MASTERCARD / AMEX/ DISCOVER NETWORK SALES
○ REFUND WILL BE GRANTED TO A CUSTOMER AS FOLLOWS  >
● NO REFUND, ALL SALES FINAL (MERCHANT MUST NOTIFY CUSTOMERS)
○ VISA / MC / AMEX / DISCOVER NETWORK CREDIT  >
○ EXCHANGE
○ STORE CREDIT
○ 0-3 DAYS  ○ 8-14 DAYS
○ 4-7 DAYS  ○ OVER 14 DAYS

## 2. OWNERSHIP INFORMATION (LIST PRINCIPALS NAMES THAT OWN COMBINED AT LEAST: 51% FOR CORPORATIONS, 100% FOR PARTNERSHIPS.)

| PRINCIPAL NAME (FIRST, MI, LAST) | | | TITLE | | OWNERSHIP (%) | DATE OF BIRTH (MM / DD / YYYY) |
|---|---|---|---|---|---|---|
| 1) Albert Kim | | | President | | 51 | 1980 |

| HOME ADDRESS | | CITY | | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|---|---|
| | | | | CA | | |

| SOCIAL SECURITY # | DRIVERS LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| -5610 | | CA | kaine@premierstudentloancenter.com | ○ OWN  ○ RENT | YRS.    MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) | | | TITLE | | OWNERSHIP (%) | DATE OF BIRTH (MM / DD / YYYY) |
|---|---|---|---|---|---|---|
| 2) | | | | | | |

| HOME ADDRESS | | CITY | | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|---|---|
| | | | | | | |

| SOCIAL SECURITY # | DRIVERS LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|---|
| | | | | ○ OWN  ○ RENT | YRS.    MO. |

## 3. TRADE REFERENCE

| VENDOR | ACCOUNT # | CONTACT NAME | PHONE # |
|---|---|---|---|
| | | | |

## 4. CREDIT / DEBIT AUTHORIZATION

| BANK NAME | Chase |
|---|---|
| BANK ROUTING # | 322271627 |
| BANK ACCOUNT # | 1522 |

> MUST ATTACH VOIDED CHECK FROM THIS ACCOUNT

MERCHANT hereby authorizes SERVICERS in accordance with this MERCHANT Processing Agreement to initiate debit/credit entries to MERCHANT'S checking account, as indicated below. The authority is to remain in full force and effect until (a) SERVICERS have received written notification from a MERCHANT of its termination in such a manner as to afford SERVICERS reasonable opportunity to act on it; and (b) all obligations of MERCHANT to SERVICERS that have arisen under this Agreement have been paid in full. This authorization extends to such entries in such account concerning processing fees, lease and rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees, and amounts due for supplies and materials.

© COPYRIGHT 2016 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., WALNUT CREEK, CA

MERCHANT PROCESSING APPLICATION & AGREEMENT
NMC 1804-M     Revised: JAN, 2016     PAGE 1 OF 3

## 5. TRANSACTION INFORMATION

**FINANCIAL DATA**

AVERAGE COMBINED MONTHLY VISA/MC/DISCOVER/AMEX VOLUME    $ **1.2MM**

AVERAGE VISA / MC / AMEX / DISCOVER NETWORK TICKET    $ **175**

HIGHEST TICKET AMOUNT    $ **1500**

☐ SEASONAL?   > HIGHEST VOLUME MONTHS OPEN    $ _____
     > CHECK APPLICABLE MONTHS BELOW

☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

**VISA / MASTERCARD / AMEX / DISCOVER NETWORK INFORMATION**

MERCHANT TYPE
○ RETAIL OUTLET
○ RESTAURANT/FOOD
○ LODGING
○ HOME BUSINESS, TRADE FAIRS
○ OUTSIDE SALES/SERVICE, OTHER, ETC.
● MAIL/TELEPHONE ORDER ONLY
○ INTERNET
○ HEALTH CARE

NETWORK PROFILE (VISA/MC/AMEX/DISCOVER)
SWIPED CREDIT CARDS _____ %
KEYED CREDIT CARDS **100** %
TOTAL 100 %
IF KEYED, WHAT %   MO/TO **100** %
          INTERNET _____ %
MERCHANT RECEIVES IMPRINT   ○ YES
ON KEYED TRANSACTIONS        ○ NO

---

**MAIL / TELEPHONE ORDER / BUSINESS TO BUSINESS INFORMATION** (ALL QUESTIONS MUST BE ANSWERED BY APPLICABLE TYPE OF MERCHANTS)

WHAT % OF TOTAL SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B _____ % + B2C **100** % = 100% TOTAL SALES

WHAT % OF CREDIT/DEBIT CARD SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B _____ % + B2C **100** % = 100% TOTAL SALES

WHAT IS THE TIME FROM TRANSACTION TO DELIVERY?
(% OF ORDERS DELIVERED IN DAYS)
   0 - 7 DAYS _____ %
   + 8 - 14 DAYS _____ %
   + 15 - 30 DAYS _____ %
   + OVER 30 DAYS _____ %
   TOTAL **100** % DELIVERED

VISA/MASTERCARD/AMEX/DISCOVER NETWORK
SALES ARE DEPOSITED ON (CHECK ONE)
● DATE OF ORDER
○ DATE OF DELIVERY
○ OTHER _____

WHO PERFORMS PRODUCT/SERVICE FULFILLMENT?
☑ DIRECT
☐ VENDOR (PROVIDE NAME/ADDRESS/PHONE)
_____
_____
☐ OTHER_____

---

DO YOU OWN THE PRODUCT / INVENTORY   ☑ YES ☐ NO
IS THE PRODUCT STORED AT YOUR BUSINESS LOCATION   ☑ YES ☐ NO
IF NO, WHERE IS IT STORED _____

PRODUCT SHIPPED BY: ☐ US MAIL ☐ OTHER _____
DELIVERY RECEIPT REQUESTED ☑ YES ☐ NO

---

ADVERTISING METHOD(S):
CHECK ALL THAT APPLY
○ NEWSPAPERS   ☒ INTERNET   ○ OTHER
○ MAGAZINE   ○ RADIO
○ YELLOW PAGES   ○ TV

REQUIRED: ATTACH MARKETING MATERIALS FOR ALL MAIL ORDER, B2B,
INTERNET BUSINESSES WITH OVER $1MILLION IN ANNUAL VOLUME.
ATTACH WEB PAGE PRINTOUT FOR INTERNET MERCHANTS.

PERCENTAGE OF PRODUCTS SOLD VIA
TELEPHONE ORDERS **100** %   MAIL/FAX ORDERS _____ %   INTERNET ORDERS _____ %   OTHER _____ %

WHO ENTERS CREDIT CARD INFO INTO THE PROCESSING SYSTEM
○ MERCHANT    ○ CONSUMER
○ FULFILLMENT CENTER    ● OTHER _____

IF CREDIT CARD INFO IS TAKEN OVER THE INTERNET, IS THE   ☒ YES
PAYMENT CHANNEL ENCRYPTED BY SSL OR BETTER        ☐ NO

## 6. SITE INSPECTION & BUSINESS INFO

ZONE
○ COMMERCIAL
● INDUSTRIAL
○ RESIDENTIAL

APPROX. SIZE,
(SQUARE FOOTAGE)
○ 0-500 SqFt
● 501-2000 SqFt
○ 2001+ SqFt

MERCHANT LOCATION
○ SHOPPING CENTER
● OFFICE BUILDING
○ SEPARATE BUILDING

○ RESIDENCE
○ MOBILE
○ OTHER: _____

THE MERCHANT
● OWNS
○ RENTS
○ LEASES   THE BUSINESS PREMISES

LANDLORD NAME _____

LANDLORD PHONE # _____

I HEREBY CERTIFY THAT I HAVE PHYSICALLY INSPECTED THE BUSINESS PREMISES OF THE MERCHANT AT THIS ADDRESS AND THE INFORMATION STATED ABOVE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

→   *[signature]*    **Samson Ly**      **8/1/17**

SIGNATURE      INSPECTED BY (PRINT NAME)      DATE (MM/DD/YYYY)

## 7. EQUIPMENT

PAYMENT GATEWAY  >   **NMI (Please provide VAR only and Agent will setup)**     3rd PARTY PROCESSOR > _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SOFTWARE | > APPLICATION _____ | VERSION # _____ | ○ NEW | ○ RENT | ○ LEASE | ○ EXISTING |
| CHECK READER > | MODEL _____ | QNTY _____ | ○ NEW | ○ RENT | ○ LEASE | ○ EXISTING |
| TERMINAL > | MODEL _____ | QNTY _____ | ○ NEW | ○ RENT | ○ LEASE | ○ EXISTING |
| PIN-PAD > | MODEL _____ | QNTY _____ | ○ NEW | ○ RENT | ○ LEASE | ○ EXISTING |
| MISCELLANEOUS > | MODEL _____ | QNTY _____ | ○ NEW | ○ RENT | ○ LEASE | ○ EXISTING |
| OTHER > | MODEL **NMI** | QNTY _____ | ☒ NEW | ○ RENT | ○ LEASE | ○ EXISTING |

LEASE COMPANY: FIRST DATA GLOBAL LEASING

LEASE TERM _____ + ANNUAL TAX HANDLING FEE: $10.20.    **NOTE:** THIS IS NON-CANCELABLE LEASE FOR THE FULL TERM INDICATED.

TOTAL MONTHLY LEASE CHARGE $ _____ WITHOUT TAXES, FEES OR OTHER CHARGES THAT MAY APPLY. SEE LEASE AGREEMENT IN PROGRAM GUIDE FOR DETAILS.

## 8. NETWORK ACCEPTANCE

ACCEPT ALL VISA / MASTERCARD / AMERICAN EXPRESS / DISCOVER NETWORK TRANSACTIONS (PRESUMED, UNLESS ANY SECTION BELOW ARE CHECKED)

☐ ACCEPT VISA CREDIT TRANSACTIONS ONLY    ☐ ACCEPT MASTERCARD CREDIT TRANSACTIONS ONLY    ☐ ACCEPT DISCOVER NETWORK CREDIT TRANSACTIONS ONLY

☐ ACCEPT VISA NON-PIN DEBIT TRANSACTIONS ONLY    ☐ ACCEPT MASTERCARD NON-PIN DEBIT TRANSACTIONS ONLY    ☐ ACCEPT DISCOVER NETWORK NON-PIN DEBIT TRANSACTIONS ONLY

☐ ACCEPT AMERICAN EXPRESS CREDIT TRANSACTIONS ONLY

© COPYRIGHT 2016 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., WALNUT CREEK, CA

MERCHANT PROCESSING APPLICATION & AGREEMENT
NMC 1804-M    Revised: JAN. 2016    PAGE 2 OF 8

## 9. SCHEDULE OF CHARGES / FEES PAYMENT NETWORK INTERCHANGE COST WILL BE CHARGED IN ADDITION TO:

| DISCOUNT RATES: | QUALIFIED RATE (ELECTRONIC*) | AUTHORIZATION FEE | Qualified Rate is assessed when your transactions meet certain criteria set by the applicable Association and Processor. When your Card transactions fail to meet those qualification criteria, we will process your transactions at the higher mid-qualified discount rate of ____ % + $ ____ or in certain circumstances, at a non-qualified discount rate (Standard*) of ____ % + $ ____, both rates are a surcharge to the qualified rate. |
|---|---|---|---|
| VISA | Int +2.99 % | $ .15 | |
| MASTERCARD | Int +2.99 % | $ .15 | |
| DISCOVER NETWORK | Int +2.99 % | $ .15 | |
| AMERICAN EXPRESS CREDIT | Int + 1.99 % | $ .1 | |

### GATEWAY / VT:
| | |
|---|---|
| GATEWAY NAME | NMI |
| GATEWAY MONTHLY FEE | $ 25 |
| GATEWAY PER ITEM FEE | $ .15 |
| ADD VIRTUAL TERMINAL | ☐ YES |

| | | |
|---|---|---|
| SIGNATURE DEBIT | % | $ |
| OTHER | % | $ |

☐ EXISTING AMEX SE # ____

### CHARGEBACK SOLUTIONS:
☐ CHARGEBACK ALERTS / PER ALERT $ 30.00
☐ ONLINE RESPONSE / PER MONTH $ ____
☐ REPRESENTMENT SERVICES ____%

### WIRELESS OR REMOTE*:
| | |
|---|---|
| SETUP FEE | $ ____ |
| TRANSACTION FEE | $ ____ |
| MONTHLY FEE | $ ____ |

| ERR: | QUALIFIED RATE | NON-QUALIFIED SURCHARGE | AUTHORIZATION FEE |
|---|---|---|---|
| ☐ VISA / MC / DISCOVER | ____% | ____% | $ ____ |
| ☐ AMERICAN EXPRESS CREDIT | ____% | ____% | $ ____ |

| DEBIT: | | MISCELLANEOUS : | | | |
|---|---|---|---|---|---|
| MONTHLY ACCESS FEE | $ 10.00 | | | ☐ WEB/G2 MONTHLY MONITORING FEE | $ 250.00 |
| CASH BACK | $ ____ MAX | ELECTRONIC A/S FEE | $ 0.10 | ☐ EIDS MONTHLY FEE | $ 10.00 |
| AUTHORIZATION/TRANSACTION FEE | $ ____ + NETWORK FEES + ____% | ACH/BATCH FEE | $ 0.25 | ☐ MERCHANT CLUB | $ 15.00 |
| OTHER FEE | $ ____ | CHARGEBACK FEE | $ 15.00 | MINIMUM MONTHLY DISCOUNT | $ 35.00 |
| EBT: FCS # ____ | | RETRIEVAL REQUEST | $ 15.00 | APPLICATION FEE | $ ____ |
| AUTHORIZATION / TRANSACTION FEE $ ____ | | SERVICE FEE | $ 10.00 | | $ 250.00 |

**OTHER FEES:** Payment Network Interchange Fees; Debit Network Fees; Returned Item Fee $25 (charged if NMC debits the bank account but is rejected due to insufficient funds); Decline Fee - An amount equal to Authorization Fee amount and charged per item declined; TIN/TFN invalid monthly fee: $19.95. Monthly Compliance Fee $3.96 PCI Annual Compliance Fee $69.95 ; PCI NON-Compliant Monthly Fee $35 (doesn't affect your compliance responsibilities and obligations associated with your merchant account). You may be charged a Chargeback Research Fee: $50 per chargeback. Early Termination Fee (ETF) – shall be: (a) amount of monthly processing fees charged to You for previous 12 months (or such shorter time if You have processed for less than 12 months) multiplied by remaining months of the Agreement, or (b) $575 , whichever is greater; Annual Fee $99 . A Capture per item fee of $0.1073 is assessed on each bankcard transaction; Monthly Regulatory Fee $4.95 ; Voice Referral Authorization Fee $3.50; IVR Voice authorization Fee $1.50; BIN/ICA Fee 0.05% If applicable, you may be charged additional pass through card brand fees. See description of card brand fees here: http://www.nationalmerchant.com/pdf/CardBrandFeeDescription.pdf

## 10. SIGNATURES

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide (NMC1804-M) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1–10), and by this reference incorporated herein. (**Program Guide can be downloaded from http://www.nationalmerchant.com/PDF/ProgramGuideNMC1804M.pdf**). Client expressly acknowledges and certifies that Client has read the said Program Guide, and Client agrees to be bound by its terms including but not limited to the early termination fee provision. Client acknowledges and agrees that we, our Affiliates and our third party subcontractors and/or agents may use automatic telephone dialing systems to contact client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a cellular or wireless number of if Client has previously registered on a Do Not Call list of requested not to be contacted Client for solicitation purposes. Client herby consents to receiving commercial electronics mail messages from us, our Affiliates and our third party subcontractors and/or agents from time to time. Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or Internet order. However, if your Application is approved based upon contrary information stated in Section 5, Transaction information section above, you are authorized to accept transactions in accordance with the percentages indicated in that section. This signature page also serves as a signature page to the Equipment Lease Agreement in the Third Party section of the Program Guide, if selected, the undersigned Client being the "Lessee" for purposes of such Equipment Lease Agreement. Client authorizes National Merchant Center ("NMC") and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc) ("Bank") and their agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies names in this Merchant Processing Application. Client authorizes NMC and BANK and their agents (a) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all previous employers, personal references and educational institutions. It is our policy to obtain certain information in order to verify your identity while processing your account application.
The individual who signs this Agreement has authority to do so and to bind its Establishment to the terms and conditions of this Agreement. You further represent that you are authorized to sign and enter into this Agreement on behalf of your establishment, subsidiaries and affiliates.

You further acknowledge and agree that you will not use your merchant account and/or Service for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing and acceptance of transaction in certain jurisdictions pursuant to 31 CRF part 500 et seq, and other laws enforced by the Office of Foreign Assets Control (OFAC)

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.
Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by NMC and Bank.
Client's Business Principal(s) / Officer(s):

| → [signature] | President | Albert Kim | 08/04/2017 |
|---|---|---|---|
| MERCHANT PRINCIPAL 1 SIGNATURE | TITLE | PRINT NAME | DATE (MM/DD/YYYY) |

| → | | | |
|---|---|---|---|
| MERCHANT PRINCIPAL 2 SIGNATURE | TITLE | PRINT NAME | DATE (MM/DD/YYYY) |

### PERSONAL GUARANTEE

The undersigned guarantees to NMC and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc ) ("Bank") the performance of this Agreement, and/or Equipment Lease Agreement, if applicable and any addendum thereto by Client, and in the event of default, hereby waives Notice of Default and agrees to indemnify the other parties, including payment due and owing and costs associated with enforcement of the terms thereof. NMC and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and shall not be discharged or affected for any reason and shall bind the heirs, administra-tors, representatives and assigns and be enforced by or for the benefit of any successor of NMC and Bank. The term of this guarantee shall be for the duration of the Merchant Processing Application and Merchant Terms and Conditions Agreement and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activities during the term thereof through enforcement shall be sought subsequent to any termination.

| → [signature] | Albert Kim | | 08/04/2017 |
|---|---|---|---|
| SIGNATURE | PRINT NAME OF GUARANTOR | | DATE (MM/DD/YYYY) |

| → | | | |
|---|---|---|---|
| SIGNATURE | PRINT NAME OF GUARANTOR | | DATE (MM/DD/YYYY) |

| ACCEPTED BY NATIONAL MERCHANT CENTER | WELLS FARGO BANK, N.A., (A MEMBER OF VISA USA, INC. AND MASTERCARD INTERNATIONAL, INC) 1200 MONTEGO WAY, WALNUT CREEK, CA 94598 |
|---|---|
| → ____ | → ____ |
| ISO SIGNATURE ____ DATE (MM/DD/YYYY) | SIGNATURE ____ DATE (MM/DD/YYYY) |
| TITLE | TITLE |

© COPYRIGHT 2015 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., WALNUT CREEK, CA

MERCHANT PROCESSING APPLICATION & AGREEMENT
NMC 1804-M      Revised: JAN, 2016      PAGE 3 OF 3


NATIONAL MERCHANT CENTER

## CONFIRMATION

**NMC-1804-M**

Please read the Merchant Processing Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you.

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 19 of the Card Processing Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargeback's, see Section 10.

4. If you dispute any charge or funding, you must notify us within 45 days of the date of the statement where the charge or funding appears or should have appeared.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 21.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 24, Term; Events of Default and Section 25, Reserve Account; Security Interest).

7. By executing this Agreement with us you are authorizing us to obtain financial and credit information regarding your business and the signer and guarantors of the Agreement until all your obligations to us are satisfied.

8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 36, Additional Fee Information.

9. If you lease equipment from Processor, it is important that you review Section 35 in Third Party Agreements. This lease is a non-cancelable lease for the full term indicated.

**10. Association Disclosure**
**Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A.**
The Bank's mailing address is 1200 Montego Way, Walnut Creek, CA 94598, and its phone number is (925) 746-4143.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal (signer) to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with cardholder data security and storage requirements.
b) Maintain fraud and chargebacks below Association thresholds.
c) Review and understand the terms of the Merchant Agreement.
d) Comply with Association rules.

**Print Client's Business Legal Name:** _____

By its signature below, Client acknowledges that it received the complete Program Guide (Version NMC1804-M) consisting of 33 pages (including this confirmation).

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed. Client understands that a copy of the Program Guide is also available for downloading from the Internet at:

http://www.nationalmerchant.com/PDF/ProgramGuideNMC1804M.pdf

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE - OUTS SHALL NOT APPLY.

*[signature]*          **President**          **08/04/2017**
CLIENT'S BUSINESS PRINCIPAL SIGNATURE     TITLE     DATE (MM/DD/YYYY)

**Albert Kim**
PRINT NAME

© COPYRIGHT 2015 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., WALNUT CREEK, CA

CONFIRMATION
NMC1804-M  JAN 2015
PAGE 1 OF 1

NMC CID response NATIONAL MERCHANT CENTER - 00E20190510 - 00015
p. 593
T-013445-00000011

**CRAMMER INC.**
**8020 2ND ST**
**DOWNEY, CA 90241**
**5629239436**

June 1, 2017

CONSUMER ADVOCACY CENTER INC.
PREMIER STUDENT LOAN CENTER
173 TECHNOLOGY DR #202
IRVINE, CA 92618

Dear Client:

Your 2016 Federal S Corporation Income Tax return will be electronically filed with the Internal Revenue Service upon receipt of a signed Form 8879S - IRS e-file Signature Authorization. No tax is payable with the filing of this return.

Your 2016 California S Corporation Income Tax Return will be electronically filed with the State of California upon receipt of a signed Form 8453C. No tax is payable with the filing of this return.

Your estimated tax schedule for 2017 is listed below:

| Due Date | | California |
|---|---|---|
| 4/18/17 | $ | 800 |
| 6/15/17 | | 0 |
| 9/15/17 | | 0 |
| 12/15/17 | | 0 |
| | | ---------- |
| | $ | 800 |

You must distribute a copy of the 2016 Schedule K-1 to each shareholder. Be sure to give each shareholder a copy of the Shareholder's Instructions for Schedule K-1 (Form 1120S).

Please call if you have any questions.

Sincerely,

MATTHEW CRAMMER

Form **7004**

(Rev December 2016)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Information about Form 7004 and its separate instructions is at *www.irs.gov/form7004*.

OMB No. 1545-0233

| | Name | Identifying number |
|---|---|---|
| **Print or Type** | CONSUMER ADVOCACY CENTER INC. | 47-1590303 |
| | Number, street, and room or suite number. (If P.O. box, see instructions.) | |
| | 173 TECHNOLOGY DR #202 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code)). | |
| | IRVINE, CA 92618 | |

**Note:** File request for extension by the due date of the return for which the extension is granted. See instructions before completing this form.

### Part I — Automatic Extension for C Corporations With Tax Years Ending December 31. See instructions.

**1a** Enter the form code for the return listed below that this application is for.............................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1120 | 12 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1120-C | 34 | Form 1120-PC | 21 |
| Form 1120-F | 15 | Form 1120-POL | 22 |
| Form 1120-FSC | 16 | Form 1120-REIT | 23 |
| Form 1120-H | 17 | Form 1120-RIC | 24 |
| Form 1120-L | 18 | Form 1120-SF | 26 |
| Form 1120-ND | 19 | | |

### Part II — Automatic Extension for Certain Estates and Trusts. See instructions.

**b** Enter the form code for the return listed below that this application is for.............................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1041 (trust) | 05 |

### Part III — Automatic Extension for Entities Not Using Part I, II, or IV. See instructions.

**c** Enter the form code for the return listed below that this application is for.............................................  | 25 |

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041-N | 06 | Form 1120-REIT | 23 |
| Form 1041-QFT | 07 | Form 1120-RIC | 24 |
| Form 1042 | 08 | Form 1120S | 25 |
| Form 1065 | 09 | Form 1120-SF | 26 |
| Form 1065-B | 10 | Form 3520-A | 27 |
| Form 1066 | 11 | Form 8612 | 28 |
| Form 1120 | 12 | Form 8613 | 29 |
| Form 1120-C | 34 | Form 8725 | 30 |
| Form 1120-F | 15 | Form 8804 | 31 |
| Form 1120-FSC | 16 | Form 8831 | 32 |
| Form 1120-H | 17 | Form 8876 | 33 |
| Form 1120-L | 18 | Form 8924 | 35 |
| Form 1120-ND | 19 | Form 8928 | 36 |

### Part IV — Automatic Extension for C Corporations With Tax Years Ending June 30. See instructions.

**d** Enter the form code for the return listed below that this application is for.............................................

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 1120 | 12 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 1120-C | 34 | Form 1120-PC | 21 |
| Form 1120-F | 15 | Form 1120-POL | 22 |
| Form 1120-FSC | 16 | Form 1120-REIT | 23 |
| Form 1120-H | 17 | Form 1120-RIC | 24 |
| Form 1120-L | 18 | Form 1120-SF | 26 |
| Form 1120-ND | 19 | | |

**BAA** For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    CPCZ0701L 09/19/16    Form **7004** (Rev 12-2016)

Form **7004** (Rev 12-2016)   CONSUMER ADVOCACY CENTER INC.   47-1590303   Page **2**

| **Part V** | **All Filers Must Complete This Part** |
|---|---|

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ▶ ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ▶ ☐
If checked, attach a statement listing the name, address, and Employer Identification Number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here.................. ▶ ☐

**5a** The application is for calendar year 20 _16_, or tax year beginning _____, 20 __, and ending _____, 20 __

**b Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return   ☐ Final return
☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (see instructions – attach explanation)

| | | | |
|---|---|---|---|
| **6** | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 0. |
| **7** | **Total** payments and credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 0. |
| **8** | **Balance due.** Subtract line 7 from line 6 (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | 0. |

Form **7004** (Rev 12-2016)

CPCZ0701L  10/06/16

Form **1120S**

Department of the Treasury
Internal Revenue Service

**U.S. Income Tax Return for an S Corporation**

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s*.

OMB No. 1545-0123

**2016**

For calendar year 2016 or tax year beginning , 2016, ending ,

| | | | |
|---|---|---|---|
| **A** S election effective date 8/06/2014 | **TYPE** | CONSUMER ADVOCACY CENTER INC. | **D** Employer identification number 47-1590303 |
| **B** Business activity code number (see instrs) 812990 | **OR** | PREMIER STUDENT LOAN CENTER 173 TECHNOLOGY DR #202 | **E** Date incorporated 8/06/2014 |
| **C** Check if Schedule M-3 attached ☐ | **PRINT** | IRVINE, CA 92618 | **F** Total assets (see instructions) $ 90,259. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year........................................ ▶ 2

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales................................ | **1a** 2,137,722. | | | |
| | **b** Returns and allowances............................... | **1b** | | | |
| | **c** Balance. Subtract line 1b from line 1a.......................................... | | **1c** | 2,137,722. |
| | **2** Cost of goods sold (attach Form 1125-A).......................................... | | **2** | 1,814,500. |
| | **3** Gross profit. Subtract line 2 from line 1c.......................................... | | **3** | 323,222. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797)...................... | | **4** | |
| | **5** Other income (loss) *(see instrs — att statement)*.......................................... | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5.......................................... ▶ | | **6** | 323,222. |
| **D E D U C T I O N S (SEE INSTRS)** | **7** Compensation of officers (see instructions - attach Form 1125-E)...................... | | **7** | |
| | **8** Salaries and wages (less employment credits).......................................... | | **8** | 41,233. |
| | **9** Repairs and maintenance.......................................... | | **9** | 173. |
| | **10** Bad debts.......................................... | | **10** | |
| | **11** Rents.......................................... | | **11** | 109,591. |
| | **12** Taxes and licenses.......................................... | | **12** | 6,049. |
| | **13** Interest.......................................... | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562)...... | | **14** | 2,547. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)**.......................................... | | **15** | |
| | **16** Advertising.......................................... | | **16** | |
| | **17** Pension, profit-sharing, etc, plans.......................................... | | **17** | |
| | **18** Employee benefit programs.......................................... | | **18** | |
| | **19** Other deductions (attach statement).......................... See Statement 1 | | **19** | 112,457. |
| | **20** **Total deductions.** Add lines 7 through 19.......................................... ▶ | | **20** | 272,050. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6...................... | | **21** | 51,172. |
| **T A X** | **22a** Excess net passive income or LIFO recapture tax *(see instructions)*............... | **22a** | | | |
| | **b** Tax from Schedule D (Form 1120S).......................................... | **22b** | | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes)...................... | | **22c** | |
| **A N D P A Y M E N T S** | **23a** 2016 estimated tax payments and 2015 overpayment credited to 2016...... | **23a** | | | |
| | **b** Tax deposited with Form 7004.......................................... | **23b** | | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136)...................... | **23c** | | | |
| | **d** Add lines 23a through 23c.......................................... | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached............ ▶ ☐ | | **24** | |
| | **25** **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed...... | | **25** | 0. |
| | **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid............ | | **26** | |
| | **27** Enter amount from line 26 **Credited to 2017 estimated tax** ▶ **Refunded** ▶ | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer

Date

▶ President
Title

May the IRS discuss this return with the preparer shown below (see instructions)?
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name MATTHEW CRAMMER | Preparer's signature MATTHEW CRAMMER | Date 6/01/17 | Check ☐ if self-employed | PTIN 5970 |
|---|---|---|---|---|
| Firm's name ▶ Crammer Inc. | | | Firm's EIN ▶ 954816858 | |
| Firm's address ▶ 8020 2nd St Downey, CA 90241 | | | Phone no. 5629239436 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0105L 08/17/16

Form **1120S** (2016)

Form **1120S** (2016)   CONSUMER ADVOCACY CENTER INC.                                    47-1590303                Page **2**

## Schedule B | Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) ► _____ | | | |
| **2** | See the instructions and enter the: | | | |
| | **a** Business activity ► DEBT CONSOLIDATION _____   **b** Product or service... ► SERVICE _____ | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| **4** | At the end of the tax year, did the corporation: | | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. | | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. | | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | X |
| | If 'Yes,' complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of restricted stock ► _____ | | | |
| | **(ii)** Total shares of non-restricted stock ► _____ | | | |
| | **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | X |
| | If 'Yes,' complete lines (i) and (ii) below. | | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year ► _____ | | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed ► _____ | | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount ► [ ] | | | |
| | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| **8** | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) ►$ _____ | | | |
| **9** | Enter the accumulated earnings and profits of the corporation at the end of the tax year $ _____ | | | |
| **10** | Does the corporation satisfy **both** of the following conditions? | | | |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000 | | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L and M-1. | | | |
| **11** | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| | If 'Yes,' enter the amount of principal reduction $ _____ | | | |
| **12** | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions. | | | X |
| **13a** | Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? | | X | |
| | **b** If 'Yes,' did the corporation file or will it file required Forms 1099? | | X | |

Form **1120S** (2016)

SPSA0112L   08/17/16

Form **1120S** (2016)   CONSUMER ADVOCACY CENTER INC.                    47-1590303            Page **3**

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21) | **1** | 51,172. |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** | Other gross rental income (loss) ............ **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) ...... **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** | Interest income | **4** | |
| | **5** | Dividends:   **a** Ordinary dividends | **5a** | |
| | | **b** Qualified dividends ............ **5b** | | |
| | **6** | Royalties | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | **8a** | |
| | **b** | Collectibles (28%) gain (loss) ............ **8b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) ........ **8c** | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797) | **9** | |
| | **10** | Other income (loss) (see instructions).......... Type ▶ | **10** | |
| **Deductions** | **11** | Section 179 deduction (attach Form 4562) | **11** | 42,662. |
| | **12a** | Charitable contributions | **12a** | |
| | **b** | Investment interest expense | **12b** | |
| | **c** | Section 59(e)(2) expenditures **(1)** Type ▶ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ▶ | **12c (2)** | |
| | **d** | Other deductions (see instructions) .. Type ▶ | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5)) | **13a** | |
| | **b** | Low-income housing credit (other) | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **13c** | |
| | **d** | Other rental real estate credits (see instrs)   Type ▶ _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** | Other rental credits (see instrs)   Type ▶ _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478) | **13f** | |
| | **g** | Other credits (see instructions) ....... Type ▶ | **13g** | |
| **Foreign Trans-actions** | **14a** | Name of country or U.S. possession          ▶ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** | Gross income from all sources | **14b** | |
| | **c** | Gross income sourced at shareholder level | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | **d** | Passive category | **14d** | |
| | **e** | General category | **14e** | |
| | **f** | Other (attach statement) | **14f** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | **g** | Interest expense | **14g** | |
| | **h** | Other | **14h** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** | Passive category | **14i** | |
| | **j** | General category | **14j** | |
| | **k** | Other (attach statement) | **14k** | |
| | | Other information | | |
| | **l** | Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued | **14l** | |
| | **m** | Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** | Post-1986 depreciation adjustment | **15a** | 399. |
| | **b** | Adjusted gain or loss | **15b** | |
| | **c** | Depletion (other than oil and gas) | **15c** | |
| | **d** | Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** | Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** | Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** | Tax-exempt interest income | **16a** | |
| | **b** | Other tax-exempt income | **16b** | |
| | **c** | Nondeductible expenses | **16c** | 2,910. |
| | **d** | Distributions (attach stmt if required) (see instrs) | **16d** | |
| | **e** | Repayment of loans from shareholders | **16e** | |

**BAA**                         SPSA0134L  08/17/16                         Form **1120S** (2016)

NMC CID response
NATIONAL MERCHANT CENTER - CID 2019-0510 - 00201
p. 599
T-013145-00000187

Form **1120S** (2016)   CONSUMER ADVOCACY CENTER INC.                                    47-1590303          Page **4**

| Schedule K | Shareholders' Pro Rata Share Items (continued) | | Total amount | |
|---|---|---|---|---|

| Other Infor-mation | **17a** Investment income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17a** | |
| | **b** Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17c** | |
| | **d** Other items and amounts (attach statement) | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . . . . . . . . | **18** | 8,510. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . | | -1,762. | | 46,577. |
| **2a** | Trade notes and accounts receivable . . . . . . . | | | | |
| **b** | Less allowance for bad debts . . . . . . . . . . . . . | | | | |
| **3** | Inventories . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **4** | U.S. government obligations . . . . . . . . . . . . . . | | | | |
| **5** | Tax-exempt securities (see instructions) . . . . . | | | | |
| **6** | Other current assets (attach stmt) . . . . . . . . . . . . . . . . . . | | | | |
| **7** | Loans to shareholders . . . . . . . . . . . . . . . . . . . . . | | | | |
| **8** | Mortgage and real estate loans . . . . . . . . . . . . . | | | | |
| **9** | Other investments (attach statement) . . . . . . . . . . . . . . | | | | |
| **10a** | Buildings and other depreciable assets . . . . . . | 5,730. | | 48,392. | |
| **b** | Less accumulated depreciation . . . . . . . . . . . . . | 1,910. | 3,820. | 47,119. | 1,273. |
| **11a** | Depletable assets . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . . . . . . . . . . . | | | | |
| **12** | Land (net of any amortization) . . . . . . . . . . . . . | | | | |
| **13a** | Intangible assets (amortizable only) . . . . . . . . . | | | | |
| **b** | Less accumulated amortization . . . . . . . . . . . . . | | | | |
| **14** | Other assets (attach stmt) . . . . . See St. 2. | | | | 42,409. |
| **15** | Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . | | 2,058. | | 90,259. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year . . . . | | | | |
| **18** | Other current liabilities (attach stmt) . . See St. 3. | | | | 34,089. |
| **19** | Loans from shareholders . . . . . . . . . . . . . . . . . . . | | | | 48,512. |
| **20** | Mortgages, notes, bonds payable in 1 year or more . . . . . | | | | |
| **21** | Other liabilities (attach statement) . . . . . . . . . . . . . . . . | | | | |
| **22** | Capital stock . . . . . . . . . . . . . . . . . . . . . . . . . . | | 10,000. | | 10,000. |
| **23** | Additional paid-in capital . . . . . . . . . . . . . . . . . . . | | | | |
| **24** | Retained earnings . . . . . . . . . . . . . . . . . . . . . . . | | -7,942. | | -2,342. |
| **25** | Adjustments to shareholders' equity (att stmt) . . . . . . . . . | | | | |
| **26** | Less cost of treasury stock . . . . . . . . . . . . . . . . | | | | |
| **27** | Total liabilities and shareholders' equity . . . . . | | 2,058. | | 90,259. |

SPSA0134L  08/17/16                                                               Form **1120S** (2016)

Form **1120S** (2016)   CONSUMER ADVOCACY CENTER INC.                                47-1590303                Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Net income (loss) per books............... | 5,600. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ _ |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): |
| **a** | Depreciation. ...... $ _ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation ... $ _ _ _ _ _ _ _ _ _ _ _ |
| **b** | Travel and entertainment. $ _ _ _ _ _ _ 2,910. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 2,910. | 7 | Add lines 5 and 6..................... | 0. |
| 4 | Add lines 1 through 3..................... | 8,510. | 8 | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7... | 8,510. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Other adjustments account | **(c)** Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year.................................. | −7,942. | | |
| 2 | Ordinary income from page 1, line 21............................ | 51,172. | | |
| 3 | Other additions................................................ | | | |
| 4 | Loss from page 1, line 21........................................ | | | |
| 5 | Other reductions.................... See Statement 4 ..... | ( 45,572.) | | |
| 6 | Combine lines 1 through 5...................................... | −2,342. | | |
| 7 | Distributions other than dividend distributions..................... | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6.............. | −2,342. | | |

SPSA0134L  08/17/16                                                                           Form **1120S** (2016)

Form **1125-A**
(Rev October 2016)
Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
► **Information about Form 1125-A and its instructions is at** *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | | Employer identification number |
|---|---|---|
| CONSUMER ADVOCACY CENTER INC. PREMIER STUDENT LOAN CENTER | | 47-1590303 |

| | | | |
|---|---|---:|---:|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . See Statement 5 | **5** | 1,814,500. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 1,814,500. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 1,814,500. |

**9 a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☐ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation) . . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9d** |

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☐ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**BAA For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev 10-2016)

CPCZ0401L   08/17/16

| | | |
|---|---|---|
| **Schedule K-1**<br>**(Form 1120S)** **2016** | ☐ Final K-1   ☐ Amended K-1 | 671113<br>OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

For calendar year 2016, or tax
year beginning _____, 2016
ending _____, _____

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

**Part I** Information About the Corporation

**A** Corporation's employer identification number
47-1590303

**B** Corporation's name, address, city, state, and ZIP code
CONSUMER ADVOCACY CENTER INC.
PREMIER STUDENT LOAN CENTER
173 TECHNOLOGY DR #202
IRVINE, CA 92618

**C** IRS Center where corporation filed return
e-file

**Part II** Information About the Shareholder

**D** Shareholder's identifying number
     5610

**E** Shareholder's name, address, city, state, and ZIP code
ALBERT KIM

ALISO VIEJO, CA

**F** Shareholder's percentage of stock
ownership for tax year..................... 50 %

| No. | Item | Amount | No. | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 25,586. | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | A  200. |
| 11 | Section 179 deduction | 21,331. | 16 | Items affecting shareholder basis | C  1,455. |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | |

F O R

I R S

U S E

O N L Y

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**           Schedule **K-1** (Form 1120S) 2016

Shareholder 1

SPSA0412L  08/22/16

Schedule **K-1** (Form 1120S) 2016  CONSUMER ADVOCACY CENTER INC.                 47-1590303          Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



| | | Report on |
|---|---|---|
| **1** | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| **2** | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| **3** | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Shareholder's Instructions |
| **4** | **Interest income** | Form 1040, line 8a |
| **5 a** | **Ordinary dividends** | Form 1040, line 9a |
| **5 b** | **Qualified dividends** | Form 1040, line 9b |
| **6** | **Royalties** | Schedule E, line 4 |
| **7** | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| **8 a** | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| **8 b** | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8 c** | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| **9** | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| **10** | **Other income (loss)** | |
| | Code | |
| | **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| | **B** Involuntary conversions | See the Shareholder's Instructions |
| | **C** Sec. 1256 contracts and straddles | Form 6781, line 1 |
| | **D** Mining exploration costs recapture | See Pub 535 |
| | **E** Other income (loss) | See the Shareholder's Instructions |
| **11** | **Section 179 deduction** | See the Shareholder's Instructions |
| **12** | **Other deductions** | |
| | **A** Cash contributions (50%) | |
| | **B** Cash contributions (30%) | |
| | **C** Noncash contributions (50%) | |
| | **D** Noncash contributions (30%) | See the Shareholder's Instructions |
| | **E** Capital gain property to a 50% organization (30%) | |
| | **F** Capital gain property (20%) | |
| | **G** Contributions (100%) | |
| | **H** Investment interest expense | Form 4952, line 1 |
| | **I** Deductions — royalty income | Schedule E, line 19 |
| | **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| | **L** Deductions — portfolio (other) | Schedule A, line 28 |
| | **M** Preproductive period expenses | See the Shareholder's Instructions |
| | **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | **O** Reforestation expense deduction | See the Shareholder's Instructions |
| | **P** Domestic production activities information | See Form 8903 instructions |
| | **Q** Qualified production activities income | Form 8903, line 7b |
| | **R** Employer's Form W-2 wages | Form 8903, line 17 |
| | **S** Other deductions | See the Shareholder's Instructions |
| **13** | **Credits** | |
| | **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | **B** Low-income housing credit (other) from pre-2008 buildings | |
| | **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | **D** Low-income housing credit (other) from post-2007 buildings | |
| | **E** Qualified rehabilitation expenditures (rental real estate) | |
| | **F** Other rental real estate credits | |
| | **G** Other rental credits | |
| | **H** Undistributed capital gains credit | Form 1040, line 73, box a |
| | **I** Biofuel producer credit | |
| | **J** Work opportunity credit | See the Shareholder's Instructions |
| | **K** Disabled access credit | |
| | **L** Empowerment zone employment credit | |
| | **M** Credit for increasing research activities | |

| | | Report on |
|---|---|---|
| | Code | |
| | **N** Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| | **O** Backup withholding | |
| | **P** Other credits | |
| **14** | **Foreign transactions** | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | Form 1116, Part I |
| | **C** Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | **D** Passive category | |
| | **E** General category | Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | **G** Interest expense | Form 1116, Part I |
| | **H** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | **I** Passive category | |
| | **J** General category | Form 1116, Part I |
| | **K** Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **O** Foreign trading gross receipts | Form 8873 |
| | **P** Extraterritorial income exclusion | Form 8873 |
| | **Q** Other foreign transactions | See the Shareholder's Instructions |
| **15** | **Alternative minimum tax (AMT) items** | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | |
| | **C** Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **16** | **Items affecting shareholder basis** | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **B** Other tax-exempt income | |
| | **C** Nondeductible expenses | See the Shareholder's Instructions |
| | **D** Distributions | |
| | **E** Repayment of loans from shareholders | |
| **17** | **Other information** | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | **D** Basis of energy property | See the Shareholder's Instructions |
| | **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **G** Recapture of investment credit | See Form 4255 |
| | **H** Recapture of other credits | See the Shareholder's Instructions |
| | **I** Look-back interest — completed long-term contracts | See Form 8697 |
| | **J** Look-back interest — income forecast method | See Form 8866 |
| | **K** Dispositions of property with section 179 deductions | |
| | **L** Recapture of section 179 deduction | |
| | **M** Section 453(l)(3) information | |
| | **N** Section 453A(c) information | |
| | **O** Section 1260(b) information | |
| | **P** Interest allocable to production expenditures | See the Shareholder's Instructions |
| | **Q** CCF nonqualified withdrawals | |
| | **R** Depletion information — oil and gas | |
| | **S** Reserved | |
| | **T** Section 108(i) information | |
| | **U** Net investment income | |
| | **V** Other information | |

Shareholder 1 : ALBERT KIM [REDACTED]-5610

SP3A0412L 08/22/16          Schedule **K-1** (Form 1120S) 2016

671113

| Schedule K-1 (Form 1120S) **2016** | | Final K-1 ☐  Amended K-1 ☐ | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2016, or tax

year beginning _____ , 2016
ending _____ , _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
|---|---|

**A** Corporation's employer identification number
47-1590303

**B** Corporation's name, address, city, state, and ZIP code
CONSUMER ADVOCACY CENTER INC.
PREMIER STUDENT LOAN CENTER
173 TECHNOLOGY DR #202
IRVINE, CA 92618

**C** IRS Center where corporation filed return
e-file

| **Part II** | **Information About the Shareholder** |
|---|---|

**D** Shareholder's identifying number
         3143

**E** Shareholder's name, address, city, state, and ZIP code
KAINE WEN

AZUSA, CA

**F** Shareholder's percentage of stock ownership for tax year.................... 50 %

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

| 1 | Ordinary business income (loss) | 25,586. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | 21,331. |
| 12 | Other deductions | |

| 13 | Credits |
| 14 | Foreign transactions |
| 15 | Alternative minimum tax (AMT) items — A | 199. |
| 16 | Items affecting shareholder basis — C | 1,455. |
| 17 | Other information |

*See attached statement for additional information.

F O R

I R S

U S E

O N L Y

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**  Schedule **K-1** (Form 1120S) 2016

Shareholder 2

SPSA0412L 08/22/16

Schedule **K-1** (Form 1120S) 2016  CONSUMER ADVOCACY CENTER INC.     47-1590303     Page **2**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.



**1** Ordinary business income (loss). Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | *Report on* |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |
| **2** Net rental real estate income (loss) | See the Shareholder's Instructions |
| **3** Other net rental income (loss) | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |
| **4** Interest income | Form 1040, line 8a |
| **5 a** Ordinary dividends | Form 1040, line 9a |
| **5 b** Qualified dividends | Form 1040, line 9b |
| **6** Royalties | Schedule E, line 4 |
| **7** Net short-term capital gain (loss) | Schedule D, line 5 |
| **8 a** Net long-term capital gain (loss) | Schedule D, line 12 |
| **8 b** Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| **8 c** Unrecaptured section 1250 gain | See the Shareholder's Instructions |
| **9** Net section 1231 gain (loss) | See the Shareholder's Instructions |
| **10** Other income (loss) | |
| *Code* | |
| **A** Other portfolio income (loss) | See the Shareholder's Instructions |
| **B** Involuntary conversions | See the Shareholder's Instructions |
| **C** Sec. 1256 contracts and straddles | Form 6781, line 1 |
| **D** Mining exploration costs recapture | See Pub 535 |
| **E** Other income (loss) | See the Shareholder's Instructions |
| **11** Section 179 deduction | See the Shareholder's Instructions |
| **12** Other deductions | |
| **A** Cash contributions (50%) | |
| **B** Cash contributions (30%) | |
| **C** Noncash contributions (50%) | |
| **D** Noncash contributions (30%) | See the Shareholder's Instructions |
| **E** Capital gain property to a 50% organization (30%) | |
| **F** Capital gain property (20%) | |
| **G** Contributions (100%) | |
| **H** Investment interest expense | Form 4952, line 1 |
| **I** Deductions — royalty income | Schedule E, line 19 |
| **J** Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| **K** Deductions — portfolio (2% floor) | Schedule A, line 23 |
| **L** Deductions — portfolio (other) | Schedule A, line 28 |
| **M** Preproductive period expenses | See the Shareholder's Instructions |
| **N** Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **O** Reforestation expense deduction | See the Shareholder's Instructions |
| **P** Domestic production activities information | See Form 8903 instructions |
| **Q** Qualified production activities income | Form 8903, line 7b |
| **R** Employer's Form W-2 wages | Form 8903, line 17 |
| **S** Other deductions | See the Shareholder's Instructions |
| **13** Credits | |
| **A** Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| **B** Low-income housing credit (other) from pre-2008 buildings | |
| **C** Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| **D** Low-income housing credit (other) from post-2007 buildings | |
| **E** Qualified rehabilitation expenditures (rental real estate) | |
| **F** Other rental real estate credits | |
| **G** Other rental credits | |
| **H** Undistributed capital gains credit | Form 1040, line 73, box a |
| **I** Biofuel producer credit | |
| **J** Work opportunity credit | See the Shareholder's Instructions |
| **K** Disabled access credit | |
| **L** Empowerment zone employment credit | |
| **M** Credit for increasing research activities | |

| | *Code* | *Report on* |
|---|---|---|
| | **N** Credit for employer social security and Medicare taxes | See the Shareholder's Instructions |
| | **O** Backup withholding | |
| | **P** Other credits | |
| **14** | Foreign transactions | |
| | **A** Name of country or U.S. possession | |
| | **B** Gross income from all sources | Form 1116, Part I |
| | **C** Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | **D** Passive category | |
| | **E** General category | Form 1116, Part I |
| | **F** Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | **G** Interest expense | Form 1116, Part I |
| | **H** Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | **I** Passive category | |
| | **J** General category | Form 1116, Part I |
| | **K** Other | |
| | *Other information* | |
| | **L** Total foreign taxes paid | Form 1116, Part II |
| | **M** Total foreign taxes accrued | Form 1116, Part II |
| | **N** Reduction in taxes available for credit | Form 1116, line 12 |
| | **O** Foreign trading gross receipts | Form 8873 |
| | **P** Extraterritorial income exclusion | Form 8873 |
| | **Q** Other foreign transactions | See the Shareholder's Instructions |
| **15** | Alternative minimum tax (AMT) items | |
| | **A** Post-1986 depreciation adjustment | |
| | **B** Adjusted gain or loss | |
| | **C** Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | **D** Oil, gas, & geothermal — gross income | |
| | **E** Oil, gas, & geothermal — deductions | |
| | **F** Other AMT items | |
| **16** | Items affecting shareholder basis | |
| | **A** Tax-exempt interest income | Form 1040, line 8b |
| | **B** Other tax-exempt income | |
| | **C** Nondeductible expenses | See the Shareholder's Instructions |
| | **D** Distributions | |
| | **E** Repayment of loans from shareholders | |
| **17** | Other information | |
| | **A** Investment income | Form 4952, line 4a |
| | **B** Investment expenses | Form 4952, line 5 |
| | **C** Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | **D** Basis of energy property | See the Shareholder's Instructions |
| | **E** Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | **F** Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | **G** Recapture of investment credit | See Form 4255 |
| | **H** Recapture of other credits | See the Shareholder's Instructions |
| | **I** Look-back interest — completed long-term contracts | See Form 8697 |
| | **J** Look-back interest — income forecast method | See Form 8866 |
| | **K** Dispositions of property with section 179 deductions | |
| | **L** Recapture of section 179 deduction | |
| | **M** Section 453(l)(3) information | |
| | **N** Section 453A(c) information | |
| | **O** Section 1260(b) information | |
| | **P** Interest allocable to production expenditures | See the Shareholder's Instructions |
| | **Q** CCF nonqualified withdrawals | |
| | **R** Depletion information — oil and gas | |
| | **S** Reserved | |
| | **T** Section 108(i) information | |
| | **U** Net investment income | |
| | **V** Other information | |

Shareholder 2 : KAINE WEN     ▮▮▮▮ 3143

SPSA0412L  08/22/16     Schedule **K-1** (Form 1120S) 2016

| Form **4562** | | **Depreciation and Amortization**<br>(Including Information on Listed Property)<br>► Attach to your tax return. | | | | OMB No. 1545-0172<br>**2016** |
|---|---|---|---|---|---|---|

Department of the Treasury<br>Internal Revenue Service (99) ► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*.

Attachment Sequence No. **179**

Name(s) shown on return: CONSUMER ADVOCACY CENTER INC.

Identifying number: 47-1590303

Business or activity to which this form relates: Form 1120S

### Part I Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 42,662. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,010,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 500,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | 3-Year COMPUTER EQUIPMENT | 38,382. | 38,382. |
| | 3-Year PUB CLUB PHONE SYSTEM | 4,280. | 4,280. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 42,662. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 42,662. |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562 | 10 | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs). | 11 | 51,172. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 42,662. |
| 13 | Carryover of disallowed deduction to 2017. Add lines 9 and 10, less line 12 ► 13 | 0. | |

Note: *Don't use Part II or Part III below for listed property. Instead, use Part V.*

### Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

### Part III MACRS Depreciation (Don't include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016 | 17 | 2,547. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 2,547. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

BAA For Paperwork Reduction Act Notice, see separate instructions.      FDIZ0812L 01/24/17      Form **4562** (2016)

| 2016 | Federal Statements | Page 1 |
|------|--------------------|--------|

**CONSUMER ADVOCACY CENTER INC.**                    47-1590303

6/01/17                                                                02:03PM

**Statement 1**
**Form 1120S, Line 19**
**Other Deductions**

| | |
|---|---:|
| Bank Charges | $ 1,139. |
| BUSINESS PROMOTIONS | 2,911. |
| Delivery and Freight | 745. |
| FAX AND ANSWERING SERVICE | 7,441. |
| Insurance | 2,391. |
| INTERNET | 7,078. |
| Janitorial | 1,254. |
| JOB PLACEMENT ADS | 1,905. |
| Legal and Professional | 1,162. |
| Meals and Entertainment Expense | 2,911. |
| Miscellaneous | 136. |
| MOVING EXPENSE | 708. |
| Office Expense | 29,360. |
| SOFTWARE ANNUAL RENEWAL EXPENSES | 21,512. |
| Supplies | 8,608. |
| Telephone | 23,066. |
| Travel | 130. |
| Total | $ 112,457. |

**Statement 2**
**Form 1120S, Schedule L, Line 14**
**Other Assets**

| | Beginning | Ending |
|---|---:|---:|
| SECURITY DEPOSITS-IRVINE COMPANY | $ 0. | $ 42,409. |
| Total | $ 0. | $ 42,409. |

**Statement 3**
**Form 1120S, Schedule L, Line 18**
**Other Current Liabilities**

| | Beginning | Ending |
|---|---:|---:|
| ACCRUED SALARIES | $ 0. | $ 30,374. |
| PAYROLL TAX PAYABLE | 0. | 3,715. |
| Total | $ 0. | $ 34,089. |

**Statement 4**
**Form 1120S, Schedule M-2, Column A, Line 5**
**Other Reductions**

| | |
|---|---:|
| Disallowed Meals and Entertainment | $ 2,910. |
| Section 179 Expense | 42,662. |
| Total | $ 45,572. |

| 2016 | Federal Statements | Page 2 |
|---|---|---|
| | CONSUMER ADVOCACY CENTER INC. | 47-1590303 |

6/01/17                                                                              02:03PM

**Statement 5**
**Form 1125-A, Line 5**
**Other Costs**

| | | |
|---|---|---|
| LEADS/ADVERTISING/MARKETING | $ | 703,442. |
| MERCHANT FEES | | 73,312. |
| OUTSIDE CONTRACTORS | | 1,023,091. |
| REFERRAL FEES | | 14,655. |
| | Total $ | 1,814,500. |