

NMC
NATIONAL MERCHANT CENTER

**NMC-1804-M**

# CONFIRMATION

Please read the Merchant Processing Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you.
From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 19 of the Card Processing Program Guide).

2. We may debit your bank account from time to time for amounts owed to us under the Agreement.

3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargeback's, see Section 10.

4. If you dispute any charge or funding, you must notify us within 45 days of the date of the statement where the charge or funding appears or should have appeared.

5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 21.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 24, Term; Events of Default and Section 25, Reserve Account; Security Interest).

7. By executing this Agreement with us you are authorizing us to obtain financial and credit information regarding your business and the signer and guarantors of the Agreement until all your obligations to us are satisfied.

8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 36, Additional Fee Information.

9. If you lease equipment from Processor, it is important that you review Section 35 in Third Party Agreements. This lease is a non-cancelable lease for the full term indicated.

**10. Association Disclosure**
Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A.
The Bank's mailing address is 1200 Montego Way, Walnut Creek, CA 94598, and its phone number is (925) 746-4143.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal (signer) to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with cardholder data security and storage requirements.
b) Maintain fraud and chargebacks below Association thresholds.
c) Review and understand the terms of the Merchant Agreement.
d) Comply with Association rules.

True Count Staffing Inc.

Print Client's Business Legal Name: _____

By its signature below, Client acknowledges that it received the complete Program Guide (Version NMC1804-M) consisting of 33 pages (including this confirmation).
Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed.
Client understands that a copy of the Program Guide is also available for downloading from the Internet at:

http://www.nationalmerchant.com/PDF/ProgramGuideNMC1804M.pdf

NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE - OUTS SHALL NOT APPLY.

| | OWNER | 2/20/18 |
|---|---|---|
| CLIENT'S BUSINESS PRINCIPAL SIGNATURE | TITLE | DATE (MM/DD/YYYY) |

Kaine Wen
_____
PRINT NAME

© COPYRIGHT 2013 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., WALNUT CREEK, CA

CONFIRMATION
NMC1804-M  JAN 2014
PAGE 1 OF 1

*True Count Staffing Inc.*

*173 Technology Drive Suite 202*

*Irvine, CA 92618*

**Description of the Merchant Business**

SL Account Management is a document preparation company. SL Account Mgt's services include:

- Consultations to determine whether the client qualifies for any currently available programs.

- Organizing and preparing the documents required for the client to submit his or her application.

- Customer service to answer any questions or issues that may arise.

SL ACCOUNT MGT only provides document preparation services.

SL ACCOUNT MGT does not sell any products.

SL ACCOUNT MGT engages third-party marketing vendors to drive inbound leads.

SL ACCOUNT MGT does not do any internal marketing nor make any outbound marketing calls (besides client referrals).

SL ACCOUNT MGT's refund policy is to offer a full refund if the client is not 100% satisfied with SL ACCOUNT MGT's services.

**Explanation of the Problem**

1. SL ACCOUNT MGT has identified the primary contributing factor that led to excessive chargebacks since July/2018.
2. SL ACCOUNT MGT tweaked its refund policy so that Sales Advisors must first be able to speak to the client before the Customer Service or Billing Departments can process a refund. Unfortunately, due to the high rate of missed connections between the Sales Advisors and the clients, SL ACCOUNT MGT's refund policy was not being properly implemented. Beginning August/2018, SL ACCOUNT MGT reverted its refund policy so that the Customer Service and Billing Departments can and will process all refunds immediately upon clients' requests.

3. SL ACCOUNT MGT refunded the clients' money and found out the consumer initiated a chargeback after the refund was issued. This situation has been confirmed on multiple occasions since we started processing.

4. Some clients seemed to do a chargeback after the work was completed for them because they had buyers' remorse.

5. Customers can charge back at any time. Frequently, customers just decide to be unscrupulous (since we have completed the work for them) and chargeback EVERYTHING. And since we never contest chargebacks in order to minimize customer complaints, we end up just eating all the chargebacks.

Below is current processing stats from SL Account Mgt:

| Month | # Sales | TOT Sales Amt | A/T Sales | # Credits | TOT Credit Amt | A/T Credits | # CBKS | CB Ratio | TOT CBKS Amt | % Amt Keyed |
|-------|---------|---------------|-----------|-----------|----------------|-------------|--------|----------|--------------|-------------|
| DAILY | 1823 | 378,404.49 | 207.57 | 94 | 20,793.87 | 221.21 | 4 | 0.22 | 796.68 | 1 |
| 12 MONTH | 50982 | 11,367,833.35 | 222.98 | 4241 | 954,958.04 | 225.17 | 342 | 0.67 | 75,462.29 | 1 |
| 18-Aug | 8211 | 1,770,891.26 | 215.67 | 748 | 165,574.57 | 221.36 | 77 | 0.94 | 16,508.21 | 1 |
| 18-Jul | 14354 | 3,199,931.00 | 222.93 | 1182 | 264,648.71 | 223.9 | 116 | 0.81 | 25,298.01 | 1 |
| 18-Jun | 12944 | 2,898,364.67 | 223.92 | 1114 | 251,558.71 | 225.82 | 88 | 0.68 | 20,145.01 | 1 |
| 18-May | 9738 | 2,198,589.17 | 225.77 | 831 | 188,949.43 | 227.38 | 48 | 0.49 | 10,748.56 | 1 |
| 18-Apr | 5734 | 1,300,053.25 | 226.73 | 366 | 84,226.62 | 230.13 | 13 | 0.23 | 2,762.34 | 1 |

**Top 3  Chargeback Reason Codes are as followed:**

37 No Cardholder Authorization

SL Account Mgt process all payments via the NMI gateway which requires both AVS and CVV2 match to obtain an approval.

13 Consumer Disputes

SL Account Mgt has implemented a very liberal refund policy to ensure 100% customer satisfaction.

10 Fraud 1040/10.4 Other Fraud  - Card Absent

SL Account Mgt obtains both AVS and CVV2 match prior to approval and implemented a compliance script for consumers to acknowledge services requested.

**Tools and Processes Currently Utilized**

SL ACCOUNT MGT is currently utilizing all fraud and chargeback reduction tools made available to us. AVS  and CVV2 is required on the NMI gateway and must result in a positive match for us to settle sales and send product/services from inception of merchant relationship.

PinPoint Alert has been set up to help minimize potential chargebacks.

EIDS has been implemented to help resolve any incoming chargebacks in a timely fashion which will also further reduce the # of chargebacks coming in.

**Planned Chargeback/Fraud Reduction Initiatives and Tools**

SL ACCOUNT MGT is in the process of engaging with a company that specializes in chargeback solutions. Pre-chargeback alerts will allow SL ACCOUNT MGT to utilize its refund policy to prevent chargebacks. Post-chargeback recovery processes will help SL ACCOUNT MGT reverse fraudulent chargebacks. SL ACCOUNT MGT will also implement EIDS to better manage chargebacks in a timely manner.

**Summary Statement**

In conclusion, SL ACCOUNT MGT will issue refunds immediately upon clients request for any dissatisfied clients. We will also improve our customer service and compliance scripts, so the client is fully aware of what type of service SL ACCOUNT MGT will be providing them. This will decrease chargebacks moving forward and we expect to continue keeping chargeback ratio under 1%.

Name - Kaine Wen

Signature - *Kai Wen*

Date - 8/21/2018

# NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA 926124

## YOUR CARD PROCESSING STATEMENT

| Page 1 of 13 | *THIS IS NOT A BILL* |
|---|---|
| Statement Period | 05/01/19 - 05/31/19 |
| Merchant Number | 6317 |
| Customer Service | 800-662-8448 |

027584/000001/839631/STMT/27584/0000/164233 000 01 000000
**TRUE COUNT STAFFING INC**
**8 HUGHES # 210**
**IRVINE CA 92618-2072**

Location:
SL ACCOUNT MGMT
8 HUGHES PARKWAY #210
IRVINE CA 92618-2072

## SUMMARY  An overview of account activity for the statement period.

| | | | |
|---|---|---|---|
| Page | 7 | **Amounts Submitted** | $822,604.49 |
| Page | 7 | **Third Party Transactions** | 0.00 |
| Page | 7 | **Adjustments/Chargebacks** | -$58,044.55 |
| Page | 10 | **Fees Charged** | -$34,523.71 |
| | | **Total Amount Funded to Your Bank** | **$730,036.23** |

See page 2 for Key Definition of Terms

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 01 13 027584 164233R

# Key Card Processing Terms in Plain Language

**Total Amount You Submitted** - The total dollar amount of card transactions submitted and processed during the Statement Period.

**Third-Party Transactions** - These are transactions that are passed directly to third party service providers for processing and/or funding.

**Chargebacks** - Those transactions that are challenged or disputed by a cardholder or card-issuing bank. A Chargeback equals the transaction amount that is disputed by the cardholder or card-issuing bank.

**Adjustments** - The amounts credited to, or deducted from, your account to resolve processing or billing discrepancies and any funding program established on your account.

**Interchange Charges** - These are the variable fees charged by Card Organizations for processing transactions. Factors that affect Interchange Charges include card type, information contained in the transaction, and how/when the transaction was processed.

**Total Amount Funded to Your Bank** - The total dollar amount of credited/paid to your account during the Statement Period.

**Merchant Number** - The unique account number assigned to every merchant and merchant location. You'll find it at the top of your statement.

**Fees Charged** - Total processing fees calculated and charged to your bank account for the statement month.

**nnnnnn 02 13 027584 164234R**

## YOUR CARD PROCESSING STATEMENT

| | | |
|---|---|---|
| Merchant Number | ████████6317 | Page 3 of 13 |
| Customer Service | 800-662-8448 | Statement Period  05/01/19 - 05/31/19 |

## SUMMARY BY CARD TYPE    (Total Sales You Submitted - Refunds = Total Amount You Submitted)

| Card Type | Average Ticket | Total Gross Sales You Submitted | | Refunds | | Total Amount You Submitted |
|---|---|---|---|---|---|---|
| | | Items | Amount | Items | Amount | Amount |
| MASTERCARD | $125.21 | 285 | $39,355.76 | 37 | $8,304.67 | $31,051.09 |
| MASTERCARD DEBIT | $129.68 | 1,646 | $222,703.02 | 156 | $29,481.95 | $193,221.07 |
| AMEXCT043 | $149.22 | 94 | $14,576.16 | 8 | $1,743.00 | $12,833.16 |
| VISA | $101.29 | 446 | $51,366.24 | 51 | $11,358.45 | $40,007.79 |
| VISA DEBIT | $125.86 | 4,720 | $624,134.55 | 431 | $84,339.61 | $539,794.94 |
| DISCOVER ACQ | $109.55 | 70 | $9,099.95 | 18 | $3,403.51 | $5,696.44 |
| **Total** | | **7,261** | **$961,235.68** | **701** | **$138,631.19** | **$822,604.49** |

## AMOUNTS FUNDED BY BATCH    (Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

| Date Submitted | Batch Number | Submitted Amount | Third Party Transactions | Adjustments/ Chargebacks | Fees Charged | Funded Amount |
|---|---|---|---|---|---|---|
| 01/06/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/10/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/13/19 | ████ | 0.00 | 0.00 | -$40.00 | 0.00 | -$40.00 |
| 01/14/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 01/15/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/16/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 01/21/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/21/19 | ████ | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 01/24/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/27/19 | ████ | 0.00 | 0.00 | -$239.00 | 0.00 | -$239.00 |
| 01/28/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/28/19 | ████ | 0.00 | 0.00 | -$42.00 | 0.00 | -$42.00 |
| 01/29/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/29/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 01/29/19 | ████ | 0.00 | 0.00 | -$207.00 | 0.00 | -$207.00 |
| 01/31/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/07/19 | ████ | 0.00 | 0.00 | -$99.58 | 0.00 | -$99.58 |
| 02/08/19 | ████ | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 02/08/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 02/10/19 | ████ | 0.00 | 0.00 | -$30.00 | 0.00 | -$30.00 |
| 02/12/19 | ████ | 0.00 | 0.00 | -$40.00 | 0.00 | -$40.00 |
| 02/12/19 | ████ | 0.00 | 0.00 | -$30.00 | 0.00 | -$30.00 |
| 02/12/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 02/14/19 | ████ | 0.00 | 0.00 | -$20.00 | 0.00 | -$20.00 |
| 02/15/19 | ████ | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 02/17/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/19/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 02/21/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 02/21/19 | ████ | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 02/22/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/22/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/22/19 | ████ | 0.00 | 0.00 | -$220.71 | 0.00 | -$220.71 |
| 02/25/19 | ████ | 0.00 | 0.00 | -$239.00 | 0.00 | -$239.00 |
| 02/25/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/25/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 02/25/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 02/26/19 | ████ | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 02/26/19 | ████ | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 03/01/19 | ████ | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |

2955 E MAIN STE 100, IRVINE, CA 926124

## YOUR CARD PROCESSING STATEMENT

| | | | |
|---|---|---|---|
| Merchant Number | ████ 6317 | Page 4 of 13 | |
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

## AMOUNTS FUNDED BY BATCH

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

| Date Submitted | Batch Number | Submitted Amount | Third Party Transactions | Adjustments/ Chargebacks | Fees Charged | Funded Amount |
|---|---|---|---|---|---|---|
| 03/01/19 | | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 03/04/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 03/05/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 03/14/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 03/15/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 03/15/19 | | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 03/18/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 03/18/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 03/18/19 | | 0.00 | 0.00 | -$199.17 | 0.00 | -$199.17 |
| 03/18/19 | | 0.00 | 0.00 | -$20.00 | 0.00 | -$20.00 |
| 03/25/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 03/27/19 | | 0.00 | 0.00 | -$20.00 | 0.00 | -$20.00 |
| 03/28/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/05/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/08/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/09/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/15/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/15/19 | | 0.00 | 0.00 | -$20.00 | 0.00 | -$20.00 |
| 04/22/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/22/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/23/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/23/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/25/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/29/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 04/29/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 04/30/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/01/19 | | $42,724.19 | 0.00 | -$2,527.95 | 0.00 | $40,196.24 |
| 05/01/19 | | 0.00 | 0.00 | $199.15 | 0.00 | $199.15 |
| 05/01/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/01/19 | | 0.00 | 0.00 | $10.00 | 0.00 | $10.00 |
| 05/01/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/01/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/02/19 | | $55,325.74 | 0.00 | -$3,069.02 | 0.00 | $52,256.72 |
| 05/02/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/02/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/02/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/02/19 | | -$1,494.00 | 0.00 | 0.00 | 0.00 | -$1,494.00 |
| 05/03/19 | | $13,790.05 | 0.00 | -$991.78 | 0.00 | $12,798.27 |
| 05/03/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/03/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/03/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/03/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/06/19 | | $33,128.52 | 0.00 | -$4,206.04 | 0.00 | $28,922.48 |
| 05/06/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/06/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 05/06/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/06/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 05/06/19 | | $18,960.94 | 0.00 | 0.00 | 0.00 | $18,960.94 |
| 05/06/19 | | $22,538.84 | 0.00 | 0.00 | 0.00 | $22,538.84 |
| 05/07/19 | | $10,171.50 | 0.00 | -$691.04 | 0.00 | $9,480.46 |
| 05/07/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/07/19 | | -$1,950.50 | 0.00 | 0.00 | 0.00 | -$1,950.50 |
| 05/08/19 | | $12,984.56 | 0.00 | -$1,044.77 | 0.00 | $11,939.79 |
| 05/09/19 | | $18,578.10 | 0.00 | -$1,325.63 | 0.00 | $17,252.47 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 04 13 027584 164236R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | 6317 | Page 5 of 13 | |
|---|---|---|---|
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

### AMOUNTS FUNDED BY BATCH

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

| Date Submitted | Batch Number | Submitted Amount | Third Party Transactions | Adjustments/ Chargebacks | Fees Charged | Funded Amount |
|---|---|---|---|---|---|---|
| 05/09/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/09/19 | | -$498.00 | 0.00 | 0.00 | 0.00 | -$498.00 |
| 05/10/19 | | $6,366.27 | 0.00 | -$649.62 | 0.00 | $5,716.65 |
| 05/10/19 | | -$830.00 | 0.00 | 0.00 | 0.00 | -$830.00 |
| 05/12/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/12/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/12/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/12/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/13/19 | | $37,045.98 | 0.00 | -$3,802.36 | 0.00 | $33,243.62 |
| 05/13/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/13/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/13/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/13/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 05/13/19 | | $14,384.47 | 0.00 | 0.00 | 0.00 | $14,384.47 |
| 05/13/19 | | $17,630.51 | 0.00 | 0.00 | 0.00 | $17,630.51 |
| 05/14/19 | | $11,774.18 | 0.00 | -$784.35 | 0.00 | $10,989.83 |
| 05/15/19 | | $19,384.88 | 0.00 | -$5,179.14 | 0.00 | $14,205.74 |
| 05/15/19 | | $77,434.43 | 0.00 | 0.00 | 0.00 | $77,434.43 |
| 05/16/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/17/19 | | $21,270.34 | 0.00 | -$1,413.24 | 0.00 | $19,857.10 |
| 05/19/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/19/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/19/19 | | 0.00 | 0.00 | $220.71 | 0.00 | $220.71 |
| 05/19/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/19/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/20/19 | | $41,205.76 | 0.00 | -$4,599.23 | 0.00 | $36,606.53 |
| 05/20/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/20/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/20/19 | | 0.00 | 0.00 | -$249.00 | 0.00 | -$249.00 |
| 05/20/19 | | $16,474.44 | 0.00 | 0.00 | 0.00 | $16,474.44 |
| 05/20/19 | | $28,007.49 | 0.00 | 0.00 | 0.00 | $28,007.49 |
| 05/21/19 | | $24,844.85 | 0.00 | -$1,428.48 | 0.00 | $23,416.37 |
| 05/22/19 | | $15,288.33 | 0.00 | -$1,142.85 | 0.00 | $14,145.48 |
| 05/22/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/22/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/23/19 | | $29,523.03 | 0.00 | -$1,732.85 | 0.00 | $27,790.18 |
| 05/23/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/23/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/23/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/23/19 | | 0.00 | 0.00 | $207.50 | 0.00 | $207.50 |
| 05/24/19 | | $14,726.62 | 0.00 | -$989.74 | 0.00 | $13,736.88 |
| 05/24/19 | | 0.00 | 0.00 | $249.00 | 0.00 | $249.00 |
| 05/28/19 | | $22,122.56 | 0.00 | -$5,724.39 | 0.00 | $16,398.17 |
| 05/28/19 | | 0.00 | 0.00 | $20.00 | 0.00 | $20.00 |
| 05/28/19 | | 0.00 | 0.00 | $20.00 | 0.00 | $20.00 |
| 05/28/19 | | 0.00 | 0.00 | -$207.50 | 0.00 | -$207.50 |
| 05/28/19 | | $35,167.89 | 0.00 | 0.00 | 0.00 | $35,167.89 |
| 05/28/19 | | $18,275.64 | 0.00 | 0.00 | 0.00 | $18,275.64 |
| 05/28/19 | | $32,136.14 | 0.00 | 0.00 | 0.00 | $32,136.14 |
| 05/29/19 | | $45,844.74 | 0.00 | -$2,682.97 | 0.00 | $43,161.77 |
| 05/30/19 | | $30,522.35 | 0.00 | -$1,794.50 | 0.00 | $28,727.85 |
| 05/30/19 | | 0.00 | 0.00 | $30.00 | 0.00 | $30.00 |
| 05/30/19 | | 0.00 | 0.00 | $20.00 | 0.00 | $20.00 |
| 05/30/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 05 13 027584 164237R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | | 6317 | Page 6 of 13 | |
|---|---|---|---|---|
| Customer Service | 800-662-8448 | | Statement Period | 05/01/19 - 05/31/19 |

### AMOUNTS FUNDED BY BATCH

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

| Date Submitted | Batch Number | Submitted Amount | Third Party Transactions | Adjustments/ Chargebacks | Fees Charged | Funded Amount |
|---|---|---|---|---|---|---|
| 05/30/19 | | 0.00 | 0.00 | $199.17 | 0.00 | $199.17 |
| 05/30/19 | | -$415.00 | 0.00 | 0.00 | 0.00 | -$415.00 |
| 05/31/19 | | $40,158.65 | 0.00 | -$2,246.31 | 0.00 | $37,912.34 |
| | Month End Charge | 0.00 | 0.00 | 0.00 | -$34,523.71 | -$34,523.71 |
| **Total** | | **$822,604.49** | **0.00** | **-$58,044.55** | **-$34,523.71** | **$730,036.23** |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 06 13 027584 164238R

NMC CID response    NATIONAL MERCHANT CENTER - CID 20190510 - 01601
p. 640
T 013145 00001593

## YOUR CARD PROCESSING STATEMENT

| | | | |
|---|---|---|---|
| Merchant Number | 6317 | Page 7 of 13 | |
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

### AMOUNTS SUBMITTED

| Date Submitted | MASTERCARD | MASTERCARD DEBIT | AMEXCT043 | VISA | VISA DEBIT | Total Submitted |
|---|---|---|---|---|---|---|
| 05/31/19 | $31,051.09 | $193,221.07 | $12,833.16 | $40,007.79 | $539,794.94 | $816,908.05 |
| **Sub Totals** | $31,051.09 | $193,221.07 | $12,833.16 | $40,007.79 | $539,794.94 | $816,908.05 |

| Date Submitted | DISCOVER ACQ | Total Submitted |
|---|---|---|
| 05/31/19 | $5,696.44 | $5,696.44 |
| **Sub Totals** | $5,696.44 | $5,696.44 |

| **Total** | | $822,604.49 |
|---|---|---|

### THIRD PARTY TRANSACTIONS

| Date | Description | Amount |
|---|---|---|
| | No Third Party Transactions for this Statement Period | |
| **Total** | | 0.00 |

### ADJUSTMENTS/CHARGEBACKS

| Date | Description | Amount |
|---|---|---|
| 01/06/19 | ADJUSTMENT | -199.17 |
| 01/10/19 | ADJUSTMENT | -199.17 |
| 01/13/19 | ADJUSTMENT | -40.00 |
| 01/14/19 | ADJUSTMENT | -207.50 |
| 01/15/19 | ADJUSTMENT | -199.17 |
| 01/16/19 | ADJUSTMENT | -207.50 |
| 01/21/19 | ADJUSTMENT | -199.17 |
| 01/21/19 | ADJUSTMENT | -249.00 |
| 01/24/19 | ADJUSTMENT | -199.17 |
| 01/27/19 | ADJUSTMENT | -239.00 |
| 01/28/19 | ADJUSTMENT | -199.17 |
| 01/28/19 | ADJUSTMENT | -42.00 |
| 01/29/19 | ADJUSTMENT | -199.17 |
| 01/29/19 | ADJUSTMENT | -199.17 |
| 01/29/19 | ADJUSTMENT | -207.00 |
| 01/31/19 | ADJUSTMENT | -207.50 |
| 02/07/19 | ADJUSTMENT | -99.58 |
| 02/08/19 | ADJUSTMENT | -249.00 |
| 02/08/19 | ADJUSTMENT | -199.17 |
| 02/10/19 | ADJUSTMENT | -30.00 |
| 02/12/19 | ADJUSTMENT | -40.00 |
| 02/12/19 | ADJUSTMENT | -30.00 |
| 02/12/19 | ADJUSTMENT | -199.17 |
| 02/14/19 | ADJUSTMENT | -20.00 |
| 02/15/19 | ADJUSTMENT | -249.00 |
| 02/17/19 | ADJUSTMENT | -207.50 |
| 02/19/19 | ADJUSTMENT | -199.17 |
| 02/21/19 | ADJUSTMENT | -199.17 |
| 02/21/19 | ADJUSTMENT | -249.00 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 07 13 027584 164239R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | 6317 | Page 8 of 13 | |
|---|---|---|---|
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

### ADJUSTMENTS/CHARGEBACKS

| Date | Description | Amount |
|---|---|---|
| 02/22/19 | ADJUSTMENT | -207.50 |
| 02/22/19 | ADJUSTMENT | -207.50 |
| 02/22/19 | ADJUSTMENT | -220.71 |
| 02/25/19 | ADJUSTMENT | -239.00 |
| 02/25/19 | ADJUSTMENT | -207.50 |
| 02/25/19 | ADJUSTMENT | -199.17 |
| 02/25/19 | ADJUSTMENT | -207.50 |
| 02/26/19 | ADJUSTMENT | -249.00 |
| 02/26/19 | ADJUSTMENT | -199.17 |
| 03/01/19 | ADJUSTMENT | -207.50 |
| 03/01/19 | ADJUSTMENT | -199.17 |
| 03/04/19 | ADJUSTMENT | -207.50 |
| 03/05/19 | ADJUSTMENT | -207.50 |
| 03/14/19 | ADJUSTMENT | -207.50 |
| 03/15/19 | ADJUSTMENT | -249.00 |
| 03/15/19 | ADJUSTMENT | -199.17 |
| 03/18/19 | ADJUSTMENT | -207.50 |
| 03/18/19 | ADJUSTMENT | -249.00 |
| 03/18/19 | ADJUSTMENT | -199.17 |
| 03/18/19 | ADJUSTMENT | -20.00 |
| 03/25/19 | ADJUSTMENT | -249.00 |
| 03/27/19 | ADJUSTMENT | -20.00 |
| 03/28/19 | ADJUSTMENT | -249.00 |
| 04/05/19 | ADJUSTMENT | -207.50 |
| 04/08/19 | ADJUSTMENT | -207.50 |
| 04/09/19 | ADJUSTMENT | -249.00 |
| 04/15/19 | ADJUSTMENT | -207.50 |
| 04/15/19 | ADJUSTMENT | -20.00 |
| 04/22/19 | ADJUSTMENT | -207.50 |
| 04/22/19 | ADJUSTMENT | -249.00 |
| 04/23/19 | ADJUSTMENT | -249.00 |
| 04/23/19 | ADJUSTMENT | -207.50 |
| 04/25/19 | ADJUSTMENT | -249.00 |
| 04/29/19 | ADJUSTMENT | -249.00 |
| 04/29/19 | ADJUSTMENT | -207.50 |
| 04/30/19 | ADJUSTMENT | -249.00 |
| 05/01/19 | ADJUSTMENT | 199.15 |
| 05/01/19 | ADJUSTMENT | 199.17 |
| 05/01/19 | ADJUSTMENT | 10.00 |
| 05/01/19 | ADJUSTMENT | -249.00 |
| 05/01/19 | ADJUSTMENT | -249.00 |
| 05/02/19 | ADJUSTMENT | 199.17 |
| 05/02/19 | ADJUSTMENT | 199.17 |
| 05/02/19 | ADJUSTMENT | -249.00 |
| 05/03/19 | ADJUSTMENT | 207.50 |
| 05/03/19 | ADJUSTMENT | 207.50 |
| 05/03/19 | ADJUSTMENT | 199.17 |
| 05/03/19 | ADJUSTMENT | 199.17 |
| 05/06/19 | ADJUSTMENT | -249.00 |
| 05/06/19 | ADJUSTMENT | -207.50 |
| 05/06/19 | ADJUSTMENT | -249.00 |
| 05/06/19 | ADJUSTMENT | -207.50 |
| 05/07/19 | ADJUSTMENT | -249.00 |
| 05/09/19 | ADJUSTMENT | -249.00 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 08 13 027584 164240R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | | 6317 | Page 9 of 13 | |
|---|---|---|---|---|
| Customer Service | 800-662-8448 | | Statement Period | 05/01/19 - 05/31/19 |

## ADJUSTMENTS/CHARGEBACKS

| Date | Description | Amount |
|---|---|---|
| 05/12/19 | ADJUSTMENT | 199.17 |
| 05/12/19 | ADJUSTMENT | 249.00 |
| 05/12/19 | ADJUSTMENT | 207.50 |
| 05/12/19 | ADJUSTMENT | 207.50 |
| 05/13/19 | ADJUSTMENT | 207.50 |
| 05/13/19 | ADJUSTMENT | -249.00 |
| 05/13/19 | ADJUSTMENT | -249.00 |
| 05/13/19 | ADJUSTMENT | -207.50 |
| 05/16/19 | ADJUSTMENT | 249.00 |
| 05/19/19 | ADJUSTMENT | 207.50 |
| 05/19/19 | ADJUSTMENT | 199.17 |
| 05/19/19 | ADJUSTMENT | 220.71 |
| 05/19/19 | ADJUSTMENT | 249.00 |
| 05/19/19 | ADJUSTMENT | 207.50 |
| 05/20/19 | ADJUSTMENT | -249.00 |
| 05/20/19 | ADJUSTMENT | -249.00 |
| 05/20/19 | ADJUSTMENT | -249.00 |
| 05/22/19 | ADJUSTMENT | 249.00 |
| 05/22/19 | ADJUSTMENT | 207.50 |
| 05/23/19 | ADJUSTMENT | 249.00 |
| 05/23/19 | ADJUSTMENT | 249.00 |
| 05/23/19 | ADJUSTMENT | 207.50 |
| 05/23/19 | ADJUSTMENT | 207.50 |
| 05/24/19 | ADJUSTMENT | 249.00 |
| 05/28/19 | ADJUSTMENT | 20.00 |
| 05/28/19 | ADJUSTMENT | 20.00 |
| 05/28/19 | ADJUSTMENT | -207.50 |
| 05/30/19 | ADJUSTMENT | 30.00 |
| 05/30/19 | ADJUSTMENT | 20.00 |
| 05/30/19 | ADJUSTMENT | 199.17 |
| 05/30/19 | ADJUSTMENT | 199.17 |
| | **Total Adjustment** | **-10018.29** |
| 05/01/19 | RESERVE AMOUNT | -2527.95 |
| 05/02/19 | RESERVE AMOUNT | -3069.02 |
| 05/03/19 | RESERVE AMOUNT | -991.78 |
| 05/06/19 | RESERVE AMOUNT | -4206.04 |
| 05/07/19 | RESERVE AMOUNT | -691.04 |
| 05/08/19 | RESERVE AMOUNT | -1044.77 |
| 05/09/19 | RESERVE AMOUNT | -1325.63 |
| 05/10/19 | RESERVE AMOUNT | -649.62 |
| 05/13/19 | RESERVE AMOUNT | -3802.36 |
| 05/14/19 | RESERVE AMOUNT | -784.35 |
| 05/15/19 | RESERVE AMOUNT | -5179.14 |
| 05/17/19 | RESERVE AMOUNT | -1413.24 |
| 05/20/19 | RESERVE AMOUNT | -4599.23 |
| 05/21/19 | RESERVE AMOUNT | -1428.48 |
| 05/22/19 | RESERVE AMOUNT | -1142.85 |
| 05/23/19 | RESERVE AMOUNT | -1732.85 |
| 05/24/19 | RESERVE AMOUNT | -989.74 |
| 05/28/19 | RESERVE AMOUNT | -5724.39 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 09 13 027584 164241R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | | 6317 | Page 10 of 13 | |
|---|---|---|---|---|
| Customer Service | 800-662-8448 | | Statement Period | 05/01/19 - 05/31/19 |

### ADJUSTMENTS/CHARGEBACKS

| Date | Description | Amount |
|---|---|---|
| 05/29/19 | RESERVE AMOUNT | -2682.97 |
| 05/30/19 | RESERVE AMOUNT | -1794.50 |
| 05/31/19 | RESERVE AMOUNT | -2246.31 |
| | **Total Reserve Amount** | **-48026.26** |
| **Total** | | **-$58,044.55** |

### FEES CHARGED

| Date | Type | Description | Volume | Rate | Total |
|---|---|---|---|---|---|
| | | MASTERCARD | | | |
| 05/31/19 | CF | DISC 1 | 39355.76 | 0.02050 | -806.79 |
| 05/31/19 | CF | DUES & ASSESSMENTS | | | -49.91 |
| 05/31/19 | CF | DUE/ASMT >= 1000 | | | -3.21 |
| | | AUTHS & AVS | | | |
| 05/31/19 | CF | CPU GTWY | 2678 | 0.0500 | -133.90 |
| 05/31/19 | CF | AVS CPU-G | 2454 | 0.1000 | -245.40 |
| 05/31/19 | CF | INTERCHANGE | | | -814.83 |
| 05/31/19 | CF | LICENSE RATE | 39355.76 | 0.0000710 | -2.79 |
| 05/31/19 | CF | NABU FEES | 2489 | 0.01950 | -48.54 |
| 05/31/19 | CF | BIN ICA FEE | | | -2.22 |
| 05/31/19 | CF | MC ICA AVS CARD NOT PRSNT | 2454 | 0.01000 | -24.54 |
| 05/31/19 | CF | MC CVC2 FEE | 2383 | 0.00250 | -5.96 |
| 05/31/19 | CF | MC DIGITAL ENABLEMENT | 262058.78 | 0.00010 | -26.21 |
| 05/31/19 | CF | MC KILOBYTE FEE | 1100 | 0.00350 | -3.85 |
| 05/31/19 | CF | LOCATION FEE | | | -1.25 |
| | | MC OFLN DB | | | |
| 05/31/19 | CF | DISC 1 | 222703.02 | 0.02050 | -4565.41 |
| 05/31/19 | CF | DUES & ASSESSMENTS | | | -299.55 |
| 05/31/19 | CF | INTERCHANGE | | | -2358.57 |
| 05/31/19 | CF | LICENSE RATE | 222703.02 | 0.0000710 | -15.81 |
| 05/31/19 | CF | NABU FEES | 156 | 0.01950 | -3.04 |
| 05/31/19 | CF | ACQ SUPPORT FEE | 40.00 | 0.00850 | -0.34 |
| 05/31/19 | CF | CROSS BORDER FEE | 40.00 | 0.00600 | -0.24 |
| 05/31/19 | CF | BIN ICA FEE | | | -12.83 |
| | | AMEXCT043 | | | |
| 05/31/19 | CF | DISC 1 | 14576.16 | 0.02000 | -291.52 |
| | | AUTHS & AVS | | | |
| 05/31/19 | CF | CPU GTWY | 113 | 0.1500 | -16.95 |
| 05/31/19 | CF | AVS CPU-G | 104 | 0.1000 | -10.40 |
| 05/31/19 | CF | INTERCHANGE | | | -294.83 |
| 05/31/19 | CF | NETWORK FEE | 14576.16 | 0.00450 | -65.59 |
| | | VISA | | | |
| 05/31/19 | CF | DISC 1 | 51366.24 | 0.02050 | -1053.01 |
| | | AUTHS & AVS | | | |
| 05/31/19 | CF | CPU GTWY | 552 | 0.0500 | -27.60 |
| 05/31/19 | CF | AVS CPU-G | 500 | 0.1000 | -50.00 |
| 05/31/19 | CF | INTERCHANGE | | | -1046.69 |
| 05/31/19 | CF | ACQR PROCESSOR FEES | 552 | 0.01950 | -10.76 |
| 05/31/19 | CF | TRAN INTEGRITY FEE | 3 | 0.10000 | -0.30 |
| 05/31/19 | CF | FIXED NETWORK CNP FEE | 2 | | -225.00 |
| 05/31/19 | CF | BIN ICA FEE | | | -0.44 |

2955 E MAIN STE 100,  IRVINE, CA 926124

nnnnnn 10 13 027584 164242R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | 6317 | Page 11 of 13 | |
|---|---|---|---|
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

## FEES CHARGED

| Date | Type | Description | Volume | Rate | Total |
|---|---|---|---|---|---|
| 05/31/19 | CF | VISA ACCEPT/NO ACCEPT | 1 | 0.10000 | -0.10 |
| 05/31/19 | CF | CR DUES AND ASSESS | 51366.24 | 0.00140 | -71.91 |
| 05/31/19 | CF | FILE TRANSMISSION FEE | | | -10.30 |
| | | VS OFLN DB | | | |
| 05/31/19 | CF | DISC 1 | 624134.55 | 0.02050 | -12794.76 |
| | | AUTHS & AVS | | | |
| 05/31/19 | CF | CPU GTWY | 6375 | 0.0500 | -318.75 |
| 05/31/19 | CF | POS AUTHS | 1 | 0.0500 | -0.05 |
| 05/31/19 | CF | AVS CPU G | 5865 | 0.1000 | -586.50 |
| 05/31/19 | CF | AVS POS | 1 | 0.1000 | -0.10 |
| 05/31/19 | CF | INTERCHANGE | | | -4467.12 |
| 05/31/19 | CF | ACQ ISA FEE | 923.15 | 0.01000 | -9.24 |
| 05/31/19 | CF | ACQR PROCESSOR FEES | 6376 | 0.01550 | -98.83 |
| 05/31/19 | CF | INTERNTL ACQUIRER FEE | 923.15 | 0.00449 | -4.15 |
| 05/31/19 | CF | TRAN INTEGRITY FEE | 14 | 0.10000 | -1.40 |
| 05/31/19 | CF | BIN ICA FEE | | | -4.72 |
| 05/31/19 | CF | ACQ DATA PROC RTN D | | | -6.68 |
| 05/31/19 | CF | DB DUES AND ASSESS | 624134.55 | 0.00130 | -811.37 |
| 05/31/19 | CF | INTRNTL ACQ PROC FEE DB | | | -0.12 |
| | | DCVR ACQ | | | |
| 05/31/19 | CF | DISC 1 | 9099.95 | 0.02050 | -186.55 |
| | | AUTHS & AVS | | | |
| 05/31/19 | CF | CPU GTWY | 100 | 0.0500 | -5.00 |
| 05/31/19 | CF | AVS CPU-G | 78 | 0.1000 | -7.80 |
| 05/31/19 | CF | INTERCHANGE | | | -187.36 |
| 05/31/19 | CF | DSCV DATA USAGE FEE | 88 | 0.01950 | -1.72 |
| 05/31/19 | CF | DISC NETWORK AUTH FEE | 100 | 0.00250 | -0.25 |
| 05/31/19 | | **Total Card Fees** | | | **-32093.26** |
| 05/31/19 | MISC | BATCH HEADER | 36 | 0.1500 | -5.40 |
| 05/31/19 | MISC | RETURNS | 701 | 0.0500 | -35.05 |
| 05/31/19 | MISC | CHARGEBACKS | 79 | 25.000 | -1975.00 |
| 05/31/19 | MISC | SERVICE FEE | | | -10.00 |
| 05/31/19 | MISC | 12B LETTERS | 19 | 15.000 | -285.00 |
| 05/31/19 | MISC | EIDS-DISPUTE-TOOL | | | 50.00 |
| 05/31/19 | MISC | AMEX DISPUTE | 2 | 35.00000 | -70.00 |
| | | **Total Miscellaneous Fees** | | | **-2430.45** |
| **Total (Miscellaneous Fees and Card Fees)** | | | | | **-$34,523.71** |

**Fee Type Legend**

MISC = Miscellaneous Fees
CF = Card Fees

2955 E MAIN STE 100. IRVINE, CA 926124

nnnnnn 11 13 027584 164243R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | | 6317 | Page 12 of 13 | |
|---|---|---|---|---|
| Customer Service | 800-662-8448 | | Statement Period | 05/01/19 - 05/31/19 |

| INTERCHANGE CHARGES | | | | | | |
|---|---|---|---|---|---|---|
| Product/Description | Sales Total | Number of Transactions | Rate | Interchange Cost Cost Per Transaction | Sub Total | Total Interchange Charges |
| **MASTERCARD** | | | | | | |
| MERIT 1 | 17,552.07 | 143 | 0.0189 | 0.10 | -346.29 | |
| CREDIT REFUND 3 | -7,856.50 | 35 | 0.0195 | 0.00 | 153.23 | |
| CORP REFUND 3 | -199.17 | 1 | 0.0221 | 0.00 | 4.40 | |
| WC MERIT 1 | 5,983.65 | 42 | 0.0205 | 0.10 | -126.76 | |
| WCELITE MERIT1 | 2,478.65 | 11 | 0.0250 | 0.10 | -63.09 | |
| ENHANCEDMERIT 1 | 8,556.15 | 63 | 0.0204 | 0.10 | -180.87 | |
| HIGHVAL MERIT 1 | 1,025.15 | 9 | 0.0250 | 0.10 | -26.54 | |
| REGREFUND USFA | -249.00 | 1 | 0.0000 | 0.00 | 0.00 | |
| REGCORPDATA1LF | 1,193.92 | 8 | 0.0005 | 0.22 | -2.35 | |
| CP RATE 1 BUS | 2,566.17 | 9 | 0.0265 | 0.10 | -68.91 | |
| **MASTERCARD TOTAL** | **31,051.09** | **322** | | | | **-657.20** |
| **MASTERCARD DEBIT** | | | | | | |
| DOMACQ FGN STD | 40.00 | 1 | 0.0160 | 0.00 | -0.64 | |
| DOMESTIC DEBIT | 207.50 | 1 | 0.0190 | 0.25 | -4.19 | |
| MERIT 1 DEBIT | 110,433.83 | 824 | 0.0165 | 0.15 | -1,945.84 | |
| DEBIT REFUND 3 | -16,919.28 | 97 | 0.0000 | 0.00 | 0.00 | |
| MERIT1PREPDDBTC | 10,178.52 | 75 | 0.0176 | 0.20 | -194.05 | |
| REG REFUND US | -415.00 | 2 | 0.0000 | 0.00 | 0.00 | |
| REGREFUND USFA | -12,147.67 | 57 | 0.0000 | 0.00 | 0.00 | |
| REGULATDMIDMT1 | 1,004.67 | 7 | 0.0005 | 0.21 | -1.97 | |
| REGULATFMIDMT1 | 100,382.00 | 736 | 0.0005 | 0.22 | -211.22 | |
| REGULATFMIDSTD | 456.50 | 2 | 0.0005 | 0.22 | -0.66 | |
| **MASTERCARD DEBIT TOTAL** | **193,221.07** | **1802** | | | | **-2,358.57** |
| **AMEXCT043** | | | | | | |
| B2BNSWP1 | 11,611.01 | 79 | 0.0195 | 0.10 | -234.31 | |
| PPNSWP1 | 80.00 | 2 | 0.0165 | 0.10 | -1.52 | |
| PPNSWP2 | 2,885.15 | 13 | 0.0200 | 0.10 | -59.00 | |
| OPTREFND | -1,743.00 | -8 | 0.0000 | 0.00 | 0.00 | |
| **AMEXCT043 TOTAL** | **12,833.16** | **86** | | | | **-294.83** |
| **VISA** | | | | | | |
| CPS MAIL PHONE | 13,338.13 | 101 | 0.0180 | 0.10 | -250.18 | |
| EIRF CR | 538.00 | 3 | 0.0230 | 0.10 | -12.67 | |
| US CRDT VCR-CM | -249.00 | 1 | 0.0235 | 0.00 | 5.85 | |
| US CRDT VCR-ME | -11,109.45 | 50 | 0.0205 | 0.00 | 227.74 | |
| CPS REWARDS 2 | 26,176.66 | 237 | 0.0195 | 0.10 | -534.14 | |
| US BUS TR1 B2B | 130.00 | 4 | 0.0210 | 0.10 | -3.13 | |
| US VSP B2B | 10,489.45 | 97 | 0.0210 | 0.10 | -229.97 | |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 12 13 027584 164244R

## YOUR CARD PROCESSING STATEMENT

| Merchant Number | 6317 | Page 13 of 13 | |
|---|---|---|---|
| Customer Service | 800-662-8448 | Statement Period | 05/01/19 - 05/31/19 |

## INTERCHANGE CHARGES

| Product/Description | Sales Total | Number of Transactions | Rate | Interchange Cost Cost Per Transaction | Sub Total | Total Interchange Charges |
|---|---|---|---|---|---|---|
| **VISA** | | | | | | |
| US BUS TR2 B2B | 207.50 | 1 | 0.0225 | 0.10 | -4.76 | |
| US BUS TR3 B2B | 456.50 | 2 | 0.0240 | 0.10 | -11.15 | |
| US BUS TR4 B2B | 30.00 | 1 | 0.0250 | 0.10 | -0.85 | |
| **VISA TOTAL** | **40,007.79** | **497** | | | | **-813.26** |
| **VISA DEBIT** | | | | | | |
| CPS CARD NP DB | 173,060.65 | 1297 | 0.0165 | 0.15 | -3,050.05 | |
| EIRF DB | 1,026.15 | 5 | 0.0175 | 0.20 | -18.95 | |
| IR REGULATED DB | 883.15 | 5 | 0.0005 | 0.22 | -1.54 | |
| US CV DB | -84,339.61 | -431 | 0.0000 | 0.00 | 0.00 | |
| CPS CNP PP | 21,216.07 | 138 | 0.0175 | 0.20 | -398.88 | |
| USREGULATED CNP | 418,211.72 | 3202 | 0.0005 | 0.22 | -913.54 | |
| USREGULATEDEIRF | 1,867.50 | 8 | 0.0005 | 0.22 | -2.69 | |
| INTR STANDARD | 40.00 | 1 | 0.0160 | 0.00 | -0.64 | |
| US BUS CNP DB | 2,624.15 | 20 | 0.0245 | 0.10 | -66.29 | |
| REG BUS CNP DB | 5,105.16 | 41 | 0.0005 | 0.22 | -11.57 | |
| US COMM CNP PP | 100.00 | 3 | 0.0265 | 0.10 | -2.95 | |
| **VISA DEBIT TOTAL** | **539,794.94** | **4289** | | | | **-4,467.10** |
| **DISCOVER ACQ** | | | | | | |
| P CNP RW | 6,633.45 | 50 | 0.0200 | 0.10 | -137.66 | |
| CMRCL EL | 585.00 | 8 | 0.0230 | 0.10 | -14.25 | |
| ADJVR3RW | -2,058.34 | -9 | 0.0175 | 0.00 | 36.04 | |
| CMADJVR1 | -249.00 | -1 | 0.0225 | 0.00 | 5.60 | |
| **DISCOVER ACQ TOTAL** | **4,911.11** | **48** | | | | **-110.27** |
| **DISCOVER ACQ DEBIT** | | | | | | |
| P CNP DB | 1,632.50 | 11 | 0.0175 | 0.20 | -30.77 | |
| MID DB | 249.00 | 1 | 0.0180 | 0.20 | -4.68 | |
| ADJVR3DB | -1,096.17 | -8 | 0.0135 | 0.00 | 14.80 | |
| **DISCOVER ACQ DEBIT TOTAL** | **785.33** | **4** | | | | **-20.65** |
| **Total** | **822,604.49** | **7048** | | | | **-8,721.88** |

## TAX GROSS REPORTABLE SALES BY TIN

Total dollar amount of aggregate reportable payment card transactions funded and third party network transactions, for each participating payee, without regard to any adjustments for credits, cash equivalents, discount amount, fees, refunded amounts, or any other amounts per respective tax identification number.

| Month | Description | Total |
|---|---|---|
| MAY | Gross Reportable Sales - TIN XXXXX4249 | $961,235.68 |
| | 2019 YTD Gross Reportable Sales | $9,010,465.08 |

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 13 13 027584 164245R

# Exhibit



# WATTSLAW
### A · P C

June 14, 2019

***Via U.S. Mail Only***

Bureau of Consumer Financial Protection
Attn: John Marlow
SEFL, Office of Enforcement, 7024 A-2
1700 G Street NW,
Washington DC 20552

Re: *Cover Letter For Debt Pay, Inc.'s ("**Debt Pay**") Response to May 15, 2019*
*Consumer Financial Protection Bureau's ("**CFPB**") Civil Investigation*
*Demand ("**CID**")*

Mr. Marlow:

As you have been previously informed, this office has been retained by Debt Pay to assist in the preparation of its responses to the CID. Debt Pay's Response to the above referenced CID, enclosed herewith, consists of: (1) written responses to Interrogatories; and (2) a Certificate of Compliance.

If you have any questions or concerns, please do not hesitate to contact the undersigned.

Sincerely,

WATTS LAW APC

Aaron C. Watts
[awatts@wattslawyers.com]

[Enclosures]

Pl. Ex. 52
p. 048
R-013139-00000001

**DEBT PAY, INC.'S**
**RESPONSE TO CIVIL INVESTIGATIVE DEMAND**
**DATED**
**MAY 15, 2019**
**(as amended on June 7, 2019)**

DEBT PAY, INC. ("**DPP**") provides the following written responses to the Civil Investigative Demand (the "**CID**") served by the Consumer Financial Protection Bureau ("**CFPB**") on or about May 15, 2019, as amended on June 7, 2019:

**PRELIMINARY STATEMENT**

These responses are provided to the extent the information requested is known to DPP. However, DPP's investigation and discovery is ongoing. Therefore, DPP's responses are limited to the information presently, and reasonably available to it. Respondent reserves the right to further investigation and discovery, and to supplement these responses if and when additional information or documents are discovered.

**GENERAL OBJECTIONS**

DPP generally objects to the CID to the extent it seeks any information or documents that are not within the possession, custody, or control of DPP or are protected by any applicable privilege. Inadvertent production of any information or documents shall not constitute a waiver of any applicable claim of privilege.

DPP generally objects to the CID to the extent it seeks confidential, trade secret, proprietary, competitively sensitive, personally identifiable or other private information or documents, including information about DPP's employees, representatives or customers, which constitutes, among other things, an invasion of the privacy of those employees, representatives or customers, in contravention of federal and state law, including but not limited to the Electronic Communications Privacy Act. To the extent that confidential information is produced hereunder, DPP requests that all of the information and documents produced be accorded confidential treatment.

DPP further objects to the CID to the extent that it calls for information and documents that may not otherwise be protected from disclosure by the CFPB to third persons. DPP reserves the right to seek further and additional protection regarding particular information and/or documents where appropriate, subject to obtaining a confidentiality agreement or protective order sufficient to protect the confidentiality of the information produced therein.

DPP also objects to the CID to the extent it imposes upon DPP an undue burden or expense associated with efforts to locate, retrieve or produce any electronically stored information.

1
**DEBT PAY, INC.'S RESPONSE TO CIVIL INVESTIGATIVE DEMAND**

**RESPONSE TO INTERROGATORY NO. 1:**

DPP objects to this Interrogatory on the grounds that it is vague and ambiguous as to the meaning of "associated," and specifically whether the "customers or subscribers" identified in the interrogatory, consistent with the Electronic Communications Privacy Act, are intended to be the "customers or subscribers" of DPP.

Subject to and without waiving the above-asserted objection, or the General Objections set forth above, DPP responds as follows:

1. **SL Account Management (AKA Premier Student Loan Center)**

   a. Name(s):
      i. 10/24/2015 – Account opened as Premier Student Loan Center by Albert Kim
      ii. 2/27/2018 – Assignment Agreement transferring ownership from Albert Kim to Kaine Wen signed Kaine Wen of SL Account Management
      iii. 12/18/2018 – Assignment Agreement transferring ownership from Kaine Wen to Keneth Hu of Horizon Consultants

   b. Address(es):
      i. 8 Whatney Ste 100, #8
         Irvine, CA 92618
         FEIN: 82-0854249

   c. Length of service:
      i. 10/24/2015 (signed date from Contract) – Current

   d. Telephone number:
      i. (424) 333-8290

   e. Means and source of payment for such service(s):
      i. 10/13/2015 – Bank account of full agreement
         Albert Kim

         Rancho Santa Margarita, CA █████
         Account: ██████1522
         Routing: █████1627

      ii. 5/19/2016 – CC Payment Authorization signed by Albert Kim
          Albert Kim
          ██████████4601 Exp. █████

Rancho Santa Margarita, CA ███
(562) 417-0481

 iii. 2/16/2018 – CC Payment Authorization
   Kaine Wen
   █████████1046 Exp. ███
   █████ Sierra Madre Ave.
   Azusa, CA ████
   (424) 333-8290
   kaine@slaccountmgmt.com

 iv. 4/10/2018 – Recurring ACH Authorization
   True Count Staffing Inc.
   JP Morgan Chase Bank
   Irvine, CA 92612
   Account: ████1126
   Routing: ████1627
   Signed by Kaine Wen

 v. 10/9/2018 – Recurring ACH
   True Count Staffing
   Sunwest Bank
   Account: ████8003
   Routing: █████1670
   Signed by Toung Nguyen

 vi. 10/9/2018 – CC Authorization
   Toung Nguyen
   ████████9668 Exp. ███
   Azusa, CA ███
   (626) 861-9569
   tom@slaccountmgmt.com

2. **Consumer Advocacy Center (AKA Jacob Slaughter)**

 a. Name:
  i. Jacob Slaughter

 b. Address(es):
  i. ███████████
   Costa Mesa, CA ███

 c. Length of service:
  i. 3/10/2017 (signed date from Contract) – Current

4
DEBT PAY, INC.'S RESPONSE TO CIVIL INVESTIGATIVE DEMAND

Debt Pay CID response       Pl. Ex. 32
                p. 651
              R-013139-00000004

   d.  Telephone numbers:
- i.  █████████
- ii.  jslaught@poet.whittier.edu

   e.  Means and source of payment for such service(s):

      i.  3/10/2017 – CC Authorization
GST Factoring, Inc.
█████████ 3214 Exp. █████
4750 Bryant Irvin Rd., Ste. 808-305
Fort Worth, TX 76132
(817) 881-0909
rgraff@smartcardpayment.com
Signed by Rick Graff

     ii.  3/10/2017 – Account Agreement CC Authorization
█████████ 1420 Exp. █████
3016 Garfield Avenue
Costa Mesa, CA 92626
(714) 345-0612
jslaught@poets.whittier.edu
Signed by Jacob Slaughter

    iii.  5/5/2017 – ACH Authorization
GST Factoring
Bank of America
Fort Worth, TX 76132
Account: █████ 9884
Routing: █████ 0025
Checking
Signed by Rick Graff

Dated: June 14, 2019             Watts Law APC

                          Aaron C. Watts
                          Attorney for Debt Pay, Inc.

## CERTIFICATE OF COMPLIANCE

I, Kristopher Kehler, pursuant to 28 U.S.C. § 1746, declare that:

1. I have confirmed that a diligent search has been made for all responsive information in the possession, custody, or control of Debt Pay, Inc.

2. All of the information identified through the search described in paragraph 1 above required by the Civil Investigative Demand dated 5/15/2019, as amended on June 7, 2019, that are within the possession, custody, or control of Debt Pay, Inc. have been submitted to the Bureau custodian or deputy custodian identified in this Civil Investigative Demand.

3. If an interrogatory or a portion of an interrogatory has not been fully answered a claim of privilege in compliance with 12 C.F.R. § 1080.8 has been submitted.

4. Debt Pay, Inc. has reviewed all responsive answers, reports, other documents and tangible things (collectively "Responses"), and has designated as confidential all those Responses, and only those Responses, the disclosure of which would cause substantial harm to the competitive position of Debt Pay, Inc., as that term is used for purposes of the Freedom of Information Act.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this the 14th day of June, 2019.

_____
Signature

Debt Pay CID response                         Pl. Ex. 32

**Exhibit**

Page 1

CONSUMER FINANCIAL PROTECTION BUREAU

In the Matter of:

PREMIER STUDENT LOAN CENTER          No. 2018-1938-02

_____

CONFIDENTIAL
INVESTIGATIVE HEARING UNDER OATH OF

MAXWELL CAMP

Santa Ana, California

Tuesday, July 9, 2019

Reported by:
ANGELA METZ
CSR No. 12454

PAGES 1 - 181

Page 2

```
 1            CONSUMER FINANCIAL PROTECTION BUREAU

 2

 3

 4

 5

 6   In the Matter of:

 7   PREMIER STUDENT LOAN CENTER        No. 2018-1938-02

 8

 9

10

11

12   _____

13

14            Confidential investigative hearing

15        under oath of MAXWELL CAMP,

16        taken on behalf of CFPB, at 411 West 4th

17        Street, Ninth Floor, Room 9032, Santa

18        Ana, California, beginning at 9:00 a.m.

19        and ending at 3:18 p.m. on Tuesday, July

20        9th, 2019, before ANGELA METZ, Certified

21        Shorthand Reporter No. 12454.

22

23

24

25
```

```
 1    APPEARANCES:

 2    For Consumer Financial Protection Bureau:

 3       Consumer Financial Protection Bureau
         BY:   SARAH M. PREIS
 4       BY:   JESSE D. STEWART
         ATTORNEYS AT LAW
 5       1700 G Street NW
         Washington, DC 20552
 6       (202) 435-9318
         sarah.preis@cfpb.gov
 7       jesse.stewart@cfpb.gov

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                                INDEX

2      WITNESS                                      EXAMINATION

3      MAXWELL CAMP

4

5           BY MS. PREIS                                 5

6

7                             EXHIBITS

8
           Exhibit 1    Civil Investigative Demand   10
9
           Exhibit 2    Change of Location Letter    12
10
           Exhibit 3    Document Bates               53
11                      T-012205-00000072

12         Exhibit 4    Document Bates               69
                        T-013088-00000134
13
           Exhibit 5    Bates stamped               70
14                      T-0122050000001 through 13

15         Exhibit 6    Document Bates stamped       79
                        T-011255-00000010
16
           Exhibit 7    General Forbearance Request  93
17
           Exhibit 8    Consolidation Promissory     99
18                      Note Application

19         Exhibit 9    Income Driven Repayment      115
                        Plan Request
20
           Exhibit 10   Bates stamped                127
21                      T-012205-0000038 through 71

22         Exhibit 11   Documents Bates Stamped      170
                        T-012205-00000030 Through
23                      37

24

25

Page 5

1          Santa Ana, California, Tuesday, July 9th, 2019

2                          9:00 a.m.

3

4                      MAXWELL CAMP,

5     having been first duly sworn, was examined and testified

6     as follows:

7

8

9     BY MS. PREIS:

10        Q.   Good morning.  Before we get started with your

11    testimony there are a few preliminary matters we're going

12    to cover on the record.  My name is Sarah Preis and I'm

13    here with Jesse Stewart.  We are attorneys in the office

14    of enforcement the bureau of consumer financial

15    protection.  It is July 9, 2019 at 9:00 a.m. and we are at

16    the United States Attorney's Office located in Santa Ana,

17    California.

18              This is an investigational hearing conducted by

19    the Bureau of Consumer Financial Protection pursuant to 12

20    U.S. Code part 1080.  Any objections that may be properly

21    raised during this hearing are set forth in that

22    regulation.  This is not a deposition and it is not

23    governed by the Federal Rules of Civil Procedure.  We are

24    here to conduct the investigational hearing of Maxwell

25    Camp pursuant to a civil investigative demand served on

Page 6

1    July 25th, 2019 in matter number ENF, matter

2    number 2018-1938-02.

3           At this time could you please wear in the

4    witness.

5

6                      MAXWELL CAMP,

7    having been first duly sworn, was examined and testified

8    as follows:

9

10                     EXAMINATION

11

12   BY MS. PREIS:

13      Q.   Mr. Camp, can you please state your name and

14   spell it for the record?

15      A.   Maxwell Camp, M-a-x-w-e-l-l C-a-m-p.

16      Q.   What is your address?

17      A.   ███████████, Irvine California.

18      Q.   What's the ZIP code?

19      A.   █████.

20      Q.   Before we start asking you questions, I'd like to

21   go through some preliminary matters including the rules

22   governing today's hearing and some logistics related to my

23   questioning.

24      A.   Uh-huh.

25      Q.   Do you understand the oath you just took?

Page 14

1    Q.   And how long did you work at SL Account

2  Management?

3    A.   At SL Account Management technically I think

4  about a year to year and a half.

5    Q.   So at what point did you start working at SL

6  Account Management?

7    A.   I'm trying to remember the dates.  It was -- it

8  would have been I think around March of 2018 is when I

9  started at SL Account Management.

10   Q.   Where were you employed prior to that?

11   A.   The company was Premier Student Loan Center.

12   Q.   When did you start working at Premier Student

13  Loan Center?

14   A.   December 2016.

15   Q.   And where did you work before that?

16   A.   Before that I was in school.

17   Q.   Okay.  How did you hear about the job at Premier

18  Student Loan Center?

19   A.   Just a Craig's List ad.

20   Q.   What was the first position that you held at

21  Premier Student Loan Center?

22   A.   I was a processor.

23   Q.   So you were a processor for Premier Student Loan

24  Center from December 2016 through March of 2018?

25   A.   Yes.

Page 15

1      Q.   And what were your responsibilities as a

2  processor?

3      A.   My responsibilities were the documentation

4  processing for student loans and federal student loan

5  consolidations and income driven repayment plans.

6      Q.   Whom did you report to?

7      A.   Monique Dihn was my manager.

8      Q.   How do you spell that?

9      A.   I think D-i-h-n.

10     Q.   Whom did you supervise, if anyone?

11     A.   I didn't supervise anybody.

12     Q.   And after March 2018 you then started working for

13  SL Account Management?

14     A.   Correct.

15     Q.   What was your position at SL Account Management?

16     A.   Same thing, a loan processor.

17     Q.   Who did you report to at SL Account Management?

18     A.   Still Monique Dihn.

19     Q.   And why did you start working for SL Account

20  Management?

21     A.   It was the same owners, same company.  They

22  just -- they were splitting processing and customer

23  service away from the sales company to make it its own

24  thing.  So we all were basically given a last check and a

25  new hire packet in the same day.