Page 17

1   company for letting you go?

2       A.   They claimed I wasn't following proper procedure.

3       Q.   Did they provide you any more detail about that?

4       A.   Not really.  Actually, let me clarify that.

5       Q.   Sure.

6       A.   I did go back and forth with the operations

7   manager.

8       Q.   Who was that?

9       A.   He goes by Calvin Ho.  I don't know what his real

10  name is.  I don't believe that is his real name.

11      Q.   Who was he the operations manager for?

12      A.   SL Account Management.  We had a back and forth

13  about why I was let go.  I believed I was following a

14  proper procedure that was set in place by my manager -- my

15  old manager.  Monique was let go around late January,

16  early February but I was still following a procedure she

17  put in place.  They later changed the procedure without

18  notifying people really.  So they talked to me, they

19  changed the procedure and then they let me go.

20      Q.   What was the procedure?

21      A.   We had multiple procedures for submitting

22  documentation regarding unemployed clients or submitting

23  clients as unemployed and one of those procedures was if

24  we didn't receive proof of income in time or after so many

25  months and so I did what I was trained to do and submitted

Page 18

1    documents as such and they told me that I wasn't supposed

2    to do that when I was trained do that for the last few

3    years.  So they were trying to change protocols.  I

4    believe they just made up an excuse.

5            Is this a good speed for --

6            THE REPORTER:  Thank you.

7    BY MS. PREIS:

8    Q.    So I'd like to clarify a little bit about the

9    procedures and the communications about the procedures.

10   So as I understand your testimony there was a certain

11   procedure that was in place with respect to -- what to do

12   in circumstances when consumers did not provide proof of

13   income; is that right?

14   A.    Correct.

15   Q.    What was the procedure that you were supposed to

16   follow with respect to proof of income if the consumer did

17   not provide it?

18   A.    We would follow up for X number of months.

19   Generally -- it changed over the course of me working

20   there.  Originally it was three months, no proof of income

21   then you would submit the client as unemployed or they

22   later changed it to one month and then people who handled

23   recertifications would submit them when their files were

24   supposed to expire.

25   Q.    And when you say you would submit them as

Page 19

1    unemployed, do you mean you would submit them as

2    unemployed regardless of whether they were unemployed?

3        A.    Correct.  We would send e-mails and in those

4    preset e-mail templates that the company provided it said

5    something along the lines telling the client that we're

6    assuming they're unemployed but if they don't get back to

7    us by X time.

8        Q.    At what point did the company start using those

9    e-mail templates telling the customer they would assume

10   the consumer was unemployed if they didn't respond?

11       A.    I don't recall when that specific template was

12   put in place but we always had e-mail templates in general

13   since I started.

14       Q.    And did the e-mail templates always tell

15   consumers that if they didn't respond then the company

16   would submit their application indicating that the

17   consumer was unemployed?

18       A.    I don't recall if, like, again, when that

19   specific template was put in place there were dozens.

20       Q.    Okay.  And when did you learn that that practice

21   had changed?

22       A.    Well, it changed multiple times.  I know that in

23   regards to when I was let go, it -- I -- if I remember my

24   timeline correctly, I submitted documents on a Monday or a

25   Tuesday in the week.  I spoke to the manager -- like --

Page 25

1    company.

2        Q.   When you say a student loan, a student loan

3    servicer?

4        A.   Same general industry.  I should probably

5    clarify.

6        Q.   Okay.  Now, I'd like to ask a question about your

7    work for Premier Student Loan Center and SL Account

8    Management generally.  Unless I say otherwise I'm asking

9    about the time period from when you began working for each

10   of those companies until your departure.  So I'm

11   specifically talking about December of 2016 through April

12   or May of 2019.  So if there were any changes over time

13   please indicate that in your answers.

14       A.   Okay.

15       Q.   Who owns Premier Student Loan Center?

16       A.   I believe -- to clarify, owners or on paper?

17       Q.   Let's go through both, if there's a difference.

18       A.   I don't know who's main name it's under but the

19   main owners I know Albert Kim and Kaine I don't know his

20   last name.  I think it's Wen (phonetic).

21       Q.   Do you know how to spell both of those, Albert

22   Kim?

23       A.   I think it's just K-i-m.  I don't know how to

24   spell Kaine's last name.

25       Q.   How do you spell Kaine?

Page 26

1      A.   K-a-i-n-e, and I think he's an owner.  Tom -- he

2   goes by Nelson.  I think it's actually Nguyen.

3      Q.   Do you know how to spell Nguyen?

4      A.   N-g-y-u-e-n, maybe.

5      Q.   Okay.  Were all three of them owners of Premier

6   Student Loan Center for the entire time period?

7      A.   I don't know for sure.  I believe they were.

8      Q.   And what makes you think they were owners of the

9   company?

10      A.   Because Monique told me.

11      Q.   Who were the -- I guess what I'd like to do is go

12   through a verbal organization chart of Premier while you

13   were there?

14      A.   Its all the same thing.  So, yeah.

15      Q.   Okay.  So who was the -- you mentioned that

16   Albert, Kaine and Tom were the owners.  Who were the

17   highest level of managers at the company?

18      A.    It changed over time.  For the longest period

19   while I was there it was Monique in charge of processing.

20   Calvin was operations, and then say the sales director, so

21   top salesperson, Joey -- last name is with a B, I think

22   it's Boyland (phonetic) and then in charge of customer

23   service/billing that was mostly Christian.  His real last

24   name is Sangalang (phonetic) but he went by Stark.

25      Q.   Who did these managers report to?

Page 29

1      A.    No.

2      Q.    Was it before the move?

3      A.    Yeah, it was before the move.

4      Q.    Was it towards the beginning of your time at

5  Premier or --

6      A.    I don't really recall when, maybe some time in

7  the middle.  I don't know.

8      Q.    How about Tom Nelson, what were his

9  responsibilities at the company?

10     A.    Originally he was the very first main processing

11  manager that they promoted Monique to take his job and

12  then Tom would just handle consumer complaints and the

13  merchant accounts and then later the consumer complaints

14  went to Christian and Tom would just handle merchant

15  accounts.

16     Q.    When you say handle merchant accounts, what do

17  you mean by that?

18     A.    He was in charge of it.  He would handle that.  I

19  don't know how else to answer that.

20     Q.    Let's go back to the managers that you mentioned

21  and maybe it would be helpful for us to talk about the

22  different departments they were a part of.

23     A.    Sure.

24     Q.    So was Premier divided into departments?

25     A.    While it was still Premier and everyone was still

Page 33

1    processing is?

2       A.    Yeah, everybody was -- all of the managers were

3    within earshot.

4       Q.    Of the lower employees?

5       A.    Yeah.

6       Q.    Is it fair to say that -- how many people were in

7    processing at the time or what was the range of people

8    when you were still at the Technology address?

9       A.    I'm going to say 15 to 20, maybe more.

10      Q.    So 15 to 20 people in processing?

11      A.    Maybe 15 to 25.

12      Q.    And how many people were in the customer

13   service/billing department?

14      A.    Not that many.  That was more -- eight to ten,

15   including Christian.

16      Q.    And that was -- there were eight to ten --

17   roughly eight to ten from December 2016 through March of

18   2018?

19      A.    Yeah.

20      Q.    And after March 2018 you mentioned there was a

21   move?

22      A.    Yes.

23      Q.    Could you explain that, please?

24      A.    So basically what they did was everyone in

25   customer service and billing and processing, pretty much

Page 34

1    everyone who was not sales, was let go from Premier and

2    given a final check but then rehired onto SLAM in the same

3    day.  So we were all in SLAM on the same day and told this

4    was our new office at 8 Hughes.

5        Q.   What was the full address for the new office?

6        A.   I don't remember the actual suite number, might

7    have been also 201.  It was the only one on the second

8    floor what was rented, Irvine, California 92618.

9        Q.   What was the reason given for the move to 8

10   Hughes?

11       A.   To my knowledge expansion.  They were just going

12   to have the rest of the 173 office to just be sales and

13   get more processors and customer service in a bigger

14   space.

15       Q.   What was the reason provided for terminating

16   employees from Premier and rehiring them to SLAM?

17       A.   I don't recall the official reason but there's

18   plenty of speculation.

19       Q.   Do you know who made the decision to physically

20   move offices at the company?

21       A.   I don't know.

22       Q.   Do you know who made the decision -- who at the

23   company made decisions about hiring?

24       A.   In general or specific departments?

25       Q.   Who at the company was involved in the hiring --

Page 35

1   did you refer to a packet at some point?

2       A.   Yeah, a new hire packet, basically just general

3   things you sign when you get a new job.

4       Q.   And do you know who prepared that packet?

5       A.   I believe for my department it was Monique and

6   HR.

7       Q.   And who was part of the HR department?

8       A.   Her name was Sherina.  I don't know her last

9   name.

10      Q.   I'd like to talk about the functions of each

11  department and I think before I do that would -- did the

12  functions of the departments change -- were they different

13  before and after the move to 8 Hughes?

14      A.   Over time in general things changed all the time.

15  So it's a very convoluted timeline honestly.

16      Q.   In terms of what the processing department did,

17  what kinds of things did it do?  Let's do it this way,

18  let's go through the departments.  So what is the

19  processing department -- actually what is the sales

20  department?

21      A.   It's kind of self explanatory.  They would

22  receive inbound calls I think maybe also do out-bounds, I

23  don't know, trying to get sales for the company's service.

24      Q.   And sales stayed at 173 Technology Drive,

25  correct?

Page 36

1     A.    No, sales has since moved.  I do not know the

2     actual office but sales has basically as of now split

3     into -- last I heard 13 different DBAs.  So each team has

4     its own DBA to my knowledge.

5     Q.    So I want to make sure I understand.  Sales

6     was -- has the sales department always been housed in

7     Premier?

8     A.    The very first office, to my knowledge, was in

9     Rancho Santa Margarita.  I was never at that office.  That

10    was before me.  I was hired at the Technology office.

11    Q.    And while you were at the Technology office the

12    sales department was located there as well?

13    A.    Correct, after we moved to the Hughes address

14    sales was still in Technology and then later moved out of

15    Technology.

16    Q.    I see and do you know when it moved out of

17    Technology Drive?

18    A.    Maybe six months after our initial move to

19    Hughes, the office was vacant for a long time, still owned

20    by them or leased by them.  Within the last month the

21    customer service department and billing has actually moved

22    back to 173 Technology Drive.

23    Q.    Do you know why?

24    A.    No.

25    Q.    And you mentioned sales is currently back at 173?

Page 37

```
 1      A.   No, customer service.

 2      Q.   Okay.  And do you know where sales is currently

 3  located?

 4      A.   They now have multiple offices to my knowledge.

 5  I don't know the addresses.  If I saw one of them in front

 6  of me, I could probably point it out but I don't remember

 7  off the top of my head.

 8      Q.   And how do you know about these multiple offices?

 9      A.   Because when I was still at the company is when

10  they branched everything out.  Christian Sangalang, the

11  customer service manager, I became friends with him and he

12  basically filled me in on a lot of back end things at the

13  company just from talking and getting to know each other.

14      Q.   Do you recall when sales split into the 13 DBAs?

15      A.   It wasn't always 13, that just grew.  It was, I

16  believe, within the last six months of my employment is

17  when the sales floor stopped being -- originally sales

18  when they moved away from Technology I believe it was when

19  they moved but at some point during that time sales became

20  Financial Preparation Services, so FPS.  Premier basically

21  died at that point.  There was no one saying they were

22  from Premier.

23      Q.   I'm sorry.  Did you say when that occurred

24  roughly?

25      A.   Some -- that might have been maybe six to eight
```

Page 38

1    months after the move to Hughes is when the sales company

2    changed names.

3        Q.    So approximately the fall of 2018; is that right?

4        A.    Maybe, I think so.

5        Q.    And so is it correct then in the beginning sales

6    was part of or within the company of Premier?

7        A.    Yes.

8        Q.    And is it correct that at some point the sales

9    department began using DBAs?

10       A.    It all initially changed from Premier to

11   Financial Preparation Services or FPS.

12       Q.    I see.

13       A.    And then down the line again it branched.

14       Q.    Okay.  So at some point -- I guess can you tell

15   me a little more about when it became FPS?  What do you

16   mean by that?

17       A.    Basically the same thing that happened when we

18   switched processing and customer service.  I don't believe

19   they had to do the same thing of letting go and rehiring.

20   I think they might have just changed their name.  I don't

21   know for sure but overall they were no longer going by

22   Premier, like actively, no sales reps said they were from

23   Premier at that point.

24       Q.    And so going back to when you talked about

25   Premier and SLAM, when -- strike that.

Page 39

1          So when sales began doing business as FPS was it

2     owned by the same people?

3          A.    Yep.

4          Q.    And who were those people?

5          A.    Still Albert and Kaine.

6          Q.    And when Premier's sales department began doing

7     business as Financial Preparation Services was it doing

8     the same functions?

9          A.    Yep, same thing, just a name change.  Confusing,

10    isn't it?

11         Q.    I just want to make sure the record is clear

12    about all this.

13         A.    Yeah, it's a really convoluted time line.

14         Q.    Can you tell me more about what sales is selling?

15         A.    So basically whether it was an outbound or

16    inbound call, they would go through clients' student loan

17    information and basically give them a quote on what -- how

18    much money they could be saving on a income driven

19    forgiveness plan and basically convince them to let us do

20    a documentation preparation for them to enroll them in

21    these programs.

22         Q.    Okay.  And what does the processing department

23    do?

24         A.    We do the paperwork on the back end, actually

25    doing the paperwork for the consolidations and income

Page 40

1    driven plans.

2        Q.    And what does customer service and billing

3    handle?

4        A.    Basically reaching out to clients who missed

5    their service payments with the company and try and

6    collect it, answer questions when people called in,

7    sometimes transfer to processors or sales people but

8    mostly, you know, general customer service related stuff.

9        Q.    And who was the head of the customer service

10   department?

11       A.    It changed over time a lot.  Primarily it was

12   Christian and kind of Tom.  It's unclear honestly.  I know

13   it changed a lot.  Christian would answer to Tom.

14       Q.    I believe you testified that Joey Boyland was the

15   head of sales?

16       A.    Yeah, he was the sales director.

17       Q.    Who did Mr. Boyland report to?

18       A.    I believe he reported directly to Albert and

19   Kaine.

20       Q.    And I think you mentioned that Calvin Ho was

21   operations manager; is that correct?

22       A.    Yes.

23       Q.    And what did he do as operations manager?

24       A.    Honestly I don't know.

25       Q.    Do you know whom he reported to?

Page 41

1        A.    I assume Kaine and Albert.

2        Q.    Aside from -- we talked about the layout at 173

3    Technology Drive what was the space or I believe you

4    testified that in March of 2018 processing and customer

5    service moved to 8 Hughes; is that correct?

6        A.    Yes.

7        Q.    And which managers, if any, moved to 8 Hughes?

8        A.    At 8 Hughes it was Monique, Christian Sangalang

9    and a new HR person.

10       Q.    How about -- how about the owners, did any of

11   them move to the new location as well?

12       A.    No, they didn't have an official office.  There

13   was a back office in the back right corner, which they

14   would go into when they came for things.  Calvin was there

15   a lot.  I think that was considered his main office was in

16   the back.

17       Q.    What was the space at 8 Hughes like?

18       A.    You go upstairs and there were two offices.  One

19   was vacant the entire time.  You would walk in the front

20   door here, you would have Monique's office.  This was kind

21   of an ambiguous room over here.  You would have

22   Christian's office and then -- yeah, the offices in that

23   office changed a lot.

24       Q.    I want to make sure the record is clear.  It

25   sounds like when you walked in, were the managers' offices

Page 44

1    about it.  We also -- they were also doing rehabilitations

2    for people, helping them with rehabilitations for people

3    in default.

4       Q.   And how were the services offered by SLAM

5    different, if at all?

6       A.   They didn't differ.  We were just -- they just

7    separated the back end work from sales.  We still did all

8    the work.  They just put it in its own company.

9       Q.   And how did the services offered --

10      A.   I should probably clarify.  SLAM didn't

11   technically offer a service or sell anything.  The sales

12   companies would do the selling and then the files would

13   be -- and the information would be handed off to SLAM for

14   the processing.

15      Q.   Thank you for that clarification.  So how did the

16   services offered by FPS differ from those offered by

17   Premier?

18      A.   Same thing.

19      Q.   And is it -- what is the relationship between

20   Premier and FPS?

21      A.   Same people, same -- doing the same thing, just a

22   new name.

23      Q.   So is Premier and FPS the same company?

24      A.   Technically or I don't know how it is on paper

25   but basically it is.  It's all the same people, same

Page 45

1    owners, same people working in it doing the same thing,

2    same files, like clients and everything.

3        Q.   When you say the same files and same clients,

4    where are those files stored?

5        A.   Can you clarify?  You mean like digitally or --

6        Q.   I think you just mentioned same files, same

7    clients?

8        A.   Yeah.  So like, for example, somebody who was

9    working at Premier for a long time that was there with the

10   move to FPS, if their old client from Premier called them

11   back, they'd still get the call while they're at FPS and

12   if anyone asked them about the name change they would just

13   tell them, Oh, yeah, name change, something like that.

14       Q.   And is it -- I think -- I just want to make sure

15   I understand what you've testified to.  So is it your

16   testimony that SLAM performs the services that are offered

17   by Premier?

18       A.   Yes.

19       Q.   And is that also -- does SLAM perform the

20   services that are offered by FPS?

21       A.   Yes.

22       Q.   And so how do potential customers learn of the

23   services offered by Premier and FPS?  I'll just refer to

24   them as the sales companies.

25       A.   Yeah.  I don't know much about the marketing.  I

Page 54

1    prep services, general disclosures.

2        Q.    And what would happen before that compliance

3    discussion?

4        A.    There was a sales script.  I never saw the sales

5    script.  I got the idea of what it was after talking to

6    enough clients.

7        Q.    When you say clients, do you mean consumers?

8        A.    Yes.

9        Q.    What was the idea that you got from talking to

10   those consumers?

11       A.    So I would also on the processing end have to

12   read back that compliance script to people, like during

13   the initial call and a lot of times for some clients, if

14   the sales rep was lazy and didn't do the compliance script

15   or skipped it or the person wasn't paying attention when

16   they were being read that script, they would ask me or

17   tell me I was told differently by the sales rep or they

18   would say, This doesn't match what the sales rep told me

19   and I'd have to re-explain how the program works for them

20   and generally that's not how clients perceived it.

21            Sometimes they did but most of the time they

22   didn't.  Sales reps generally pitched a client.  Basically

23   our fees, the initial enrollment fee and the monthly fees

24   afterwards, they would frame it in a way of you will pay X

25   amount over this many years and only be responsible for

Page 55

1    that and the rest will be forgiven but when, if you did

2    the math, that quoted amount they said they'd pay just

3    equalled out to our fees.  This was very consistent.

4        Q.   So I want to make sure I understand.  So

5    consumers with whom you spoke frequently thought that --

6        A.   The companies fees were their student loan

7    payments.

8        Q.   I see.

9        A.   They frequently thought that.  I would have to

10   clarify that is not the case.  This is what -- this is for

11   this service and sometimes they realized and agreed and

12   said okay that makes sense and moved on or they would say

13   I don't want to move forward with this, I want to cancel

14   and we would cancel their file or refund any payments that

15   were made at that time, if they made any, and just cancel

16   out a file.

17       Q.   And how frequently did it happen that you had to

18   cancel out a file because the consumer thought the money

19   they were paying was going towards their student loans?

20       A.   It was frequent.  I don't know necessarily how

21   often for -- like for the front end, like new enrollment

22   files it was kind of sporadic.  I'd say maybe if I was

23   given 20 files and all 20 picked up, three or four.  There

24   were times depending on which sales reps files you got,

25   that person might have had a lot more because they were

Page 56

1   bad at their jobs and didn't do things right.

2       Q.   When you say picked up, what are you referring

3   to?

4       A.   Like when I was in SLAM and I received the file

5   to work on after it had already been through the sales

6   side of things and went through that whole process, those

7   files, those were the ones that I would do the paperwork

8   for and do the service for.

9       Q.   So I see.  So after a consumer's file is with

10  sales, it's then assigned to a processor?

11      A.   Correct.

12      Q.   And at that point would you call the consumer?

13      A.   Yes, I would call to verify information that was

14  put in the file.

15      Q.   Okay.  So is it correct that you learned a bit

16  about what consumers were told through speaking with

17  consumers?

18      A.   Uh-huh.

19      Q.   What did consumers tell you they were told during

20  sales calls about loan forgiveness?

21      A.   A lot of the times they thought that once they

22  signed up for the program and made their initial four or

23  five payments that whatever they were quoted they would

24  pay over time is what they would only be responsible for

25  and the rest would be forgiven within five or six months.

Page 57

1    That is the way it seemed to be consistently framed.

2        Q.   When you say what they would pay over time, what

3    are you referring to?

4        A.   So the company had four or five large initial

5    enrollment payments and then every month a payment that

6    would go towards the client recertification the following

7    year, which was generally between 30 are or $45 depending

8    on whatever and that would equal out to maybe 7 or 8,000

9    over the course of 10 to 20 years.  I -- I don't know the

10   math off the top of my head but people would think and

11   consistently say to me, I was told I'd pay $7,000 and the

12   rest would be forgiven, why is the loan not forgiven yet?

13   They'd call back six months later and I had to re-clarify

14   to people and say that's not how it works.  Your loans are

15   forgiven after 120 payments or 240 payments based on your

16   employment.  You have to make your income to repayments to

17   actually have your loans forgiven.

18       Q.   And -- so it sounds like there is an initial fee;

19   is that correct?

20       A.   Yeah.

21       Q.   And how much is that initial fee?

22       A.   It's changed over time.  It's generally been

23   between 1,000 and 1300.

24       Q.   And then how many payments does the consumer pay

25   the 1,000 to 1300?

1    times people never completed their full enrollment.  A lot

2    of people canceled before then or just did like a

3    non-sufficient fund, NSF payment and they didn't continue

4    and that would be it.  Sometimes they would continue.

5    Sometimes they wouldn't.  There was no -- they were very

6    lenient most of the time about rescheduling the payments

7    if a client needed to push it out further and further.

8        Q.   So for the consumers who paid the enrollment

9    payments, were those broken into multiple payments?

10       A.   Uh-huh.

11       Q.   Were those multiple payments spread apart over

12   month by month?

13       A.   Generally.

14       Q.   Okay.  What other types of fees were their?

15       A.   After the person finished their enrollment

16   payments there would be a monthly recertification fee.

17       Q.   Can you explain that?

18       A.   Generally between 20 and $45 depending on how

19   much the client owed.

20       Q.   Why was it tied to what the client owed?

21       A.   I was told it was because there would be more

22   work that had to be done.  Realistically that is not the

23   case.  I don't know why they -- they probably just did it

24   for more money.  I don't know.  To clarify, the

25   re-certification fee, basically the income and repayment

Page 61

1       A.   From whenever they were initially approved.  So

2  if you were initially approved, hypothetically, on August

3  1st of one year, your recertification would be due by at

4  the latest August 1st of the following year.

5       Q.   And who would approve that payment plan?

6       A.   Whoever their servicer is, whether it's FedLoans

7  or Navient or whoever.

8       Q.   So consumers would start paying, I think you

9  said -- who would consumers make payments to?

10      A.   The recertification payment or the student loan

11  payment?

12      Q.   When consumers paid for the services, who were

13  they paying?

14      A.   When they're paying for our documentation

15  preparation services they would be paying the company.  I

16  believe SLAM would be taking the payments.

17      Q.   So consumers would pay on the monthly basis for

18  the year leading up to the time that their recertification

19  was due?

20      A.   Right.  So if your recertification is due in

21  August you finished your enrollment payments back in

22  January, you're now paying your monthly leading up to

23  August when your recertification is actually about to be

24  due.  So they're all advanced payments basically.  They're

25  paying it forward.

Page 65

1    kind of making it sound like open enrollment sort of how

2    health insurance is, like you can only apply at this time

3    and then you can't apply for another year.  I remember

4    hearing something similar to that.  I don't know though if

5    that was standard.  It could have just been the one guy

6    saying that.

7         Q.   What else did you overhear sales reps telling

8    consumers?

9         A.   Mainly everything I said before about how after

10   you make these initial four or five payments the rest of

11   your loans will be forgiven, you'll only be responsible

12   for X amount.  I heard that one a lot.  Regarding

13   deadlines, not necessarily from sales people, but we did

14   have this in processing down the line.  If clients didn't

15   send in proof of income for newer enrolled files, after

16   one or two months, those files are supposed to be canceled

17   out.  This was a newer thing near the end of like when I

18   was working at Premier for newly enrolled files.  I should

19   clarify that for the last year that I was working for SLAM

20   I was moved into recertifications specifically and not

21   handling newer front end files.  So a lot of my work with

22   talking with consumers about their enrollments was in my

23   first -- basically my first year and a half with both

24   companies and second half was with returning clients.

25        Q.   And so up until that point -- up until which

Page 76

1      A.    Programmers just setting up -- I'm not a tech guy

2    so I don't know how to explain it but maybe an algorithm.

3      Q.    Programmers, were these employees of the company?

4      A.    Yeah.

5      Q.    Who were the programmers?

6      A.    I don't remember their names.  There was one

7    actual IT manager.

8      Q.    Who was that?

9      A.    Kenneth, I think, it's Hu, H-u.  He's the actual

10   IT manager and then there were dozens of IT guys doing

11   things between printers, setting up computers and

12   programming.

13     Q.    Were you ever aware of any of the owners learning

14   of the issue that consumers thought their payments were

15   going towards their student loans?

16     A.    Those reports would have gone to Kaine and

17   Albert.

18     Q.    How do you know they would have gone to Kaine and

19   Albert?

20     A.    They were actually very hands on.  They were in

21   the offices all the time talking to the other managers.

22   It's very unlikely they wouldn't have known.  They had

23   meetings very regularly.

24     Q.    Who were the meetings with?

25     A.    Sometimes with Monique, sometimes with Christian,

Page 79

1      Q.   What were consumers told about the contract?

2      A.   I don't really know, honestly.

3      Q.   How did the contracts change over time?

4      A.   I only looked at them every once in a while.  It

5  was rare that I had to look at them.  I don't know if they

6  ever changed except for maybe the name of the company

7  depending on which company.

8      Q.   So in other words, the name of the company in the

9  contract may have changed?

10     A.   Right, because if it was a Premier contract or

11  FPS contract or one of the other 12 or 13 DBAs.  I'm

12  trying to remember in the later years if they even had the

13  name on there.  I don't remember.  It's been a long time.

14  I think the name was on there.  I don't fully remember.

15     Q.   This is Exhibit 6 and it's Bates stamped

16  T-011255-00000010 through 20.

17          (Exhibit 6 was marked for

18          identification.)

19  BY MS. PREIS:

20     Q.   Do you recognize this document?

21     A.   Yes, I do.  Well, I mostly recognize this one.  I

22  can tell that this is an unsigned version probably from

23  DocuSign directly because it says initial here still but,

24  yeah, the general information is all the same.

25     Q.   What is this document?

Page 80

1       A.    This is a client services agreement.

2       Q.    For what company?

3       A.    Looks like here Premier Student Loan Center.   The

4    name is right here on this one.

5       Q.    And could you please -- and does this -- I think

6    you mentioned previously that you had seen consumer

7    contracts before?

8       A.    Yes.

9       Q.    Does this look like the ones you've seen before?

10      A.    Yes, here is the schedule of all of their

11   recertification payments.   Stuff like this is why clients

12   probably thought their payments were fixed it would stay

13   the same, they would get this and so --

14      Q.    When you say their payments were fixed and stay

15   the same, what are you referring to?

16      A.    I'm referring to how sales people would frame the

17   payments as, you know, pay X amount over this many years.

18   People generally thought their payments would never change

19   even though it's based on their income.   I don't know if

20   they were specifically told or pitched like that or they

21   assumed because they look at this.   It was very -- it's

22   very gray.

23      Q.    When you say consumers thought that their

24   payments would stay the same, are you referring to their

25   monthly payments?

Page 81

1       A.    Yeah, because you would see all of these that say

2    30.

3       Q.    So we've talked about some of the things

4    consumers were told during the sales call and the fact

5    that sales reps get the FSA log on information from the

6    consumer, that the consumer is sent a contract during the

7    sales call and that at the very end of the sales call the

8    sales rep, at some point began -- at some point in time

9    the sales rep would read the compliance script.  What

10   else, if anything, happens during the sales call?

11      A.    To my understanding it would be, you know, talk

12   to them, you know, get the loan information, give them a

13   quote based on their income information and family size

14   information, and then if the person agreed they would, you

15   know, tell them about the payments, give them the

16   compliance reading, send them the contract or whichever

17   way, in whichever order the person did it and at some

18   point they would have to schedule the payments and get a

19   card to make the payments on, which I assume was actually

20   after or probably before the contract they had to get the

21   card information because they had to schedule all these

22   dates with these payments.

23      Q.    What form of payment did the company accept?

24      A.    Credit cards and debit cards.

25      Q.    So after the sales call, what is the next

Page 89

1    processors read the compliance script?

2        A.   At the end.

3        Q.   Anything else happen as part of the welcome call?

4        A.   Verifying info, sending e-mails for proof of

5    income and giving them our contact info, compliance

6    script, that was mainly it.

7        Q.   What happens after the welcome call?

8        A.   We would, you know, we'd follow up with a person

9    once a week to get their proof of income, like send

10   e-mails and what not.  After they sent it in, if a client

11   had already made at least one of their payments towards

12   the enrollment process, we would submit the documentation.

13       Q.   What documentation are you referring to?

14       A.   We would submit their proof of income generally

15   through studentloans.gov, which is the FSA information for

16   the consolidation and income driven plans.

17       Q.   What is a forbearance request?

18       A.   Back on the welcome call part, we would send out

19   forbearances for people to pause their payments for about

20   three to four months depending.

21       Q.   Depending on what?

22       A.   If they wanted more or not really, like so some

23   instances their loans wouldn't be consolidated, it would

24   just be an income driven plan so we would do forbearance

25   for a long time.  Whereas if it's consolidated, the

Page 90

1    forbearance doesn't have to be that long, it would go

2    ahead and transfer right away.

3        Q.   So sometimes the company would just submit --

4        A.   Income driven plans.

5        Q.   And how frequently was it an income driven

6    application and a consolidation?

7        A.   Majority was income driven and consolidation,

8    maybe 10 to 20 percent just income driven at the time.

9        Q.   What determined whether there would be a

10   consolidation as part of that or not?

11       A.   Nine times out of ten there would be a

12   consolidation unless their loans were already directly

13   consolidated.  You can't consolidate an already directly

14   consolidated loan.

15       Q.   I think I'm not clear exactly on how the lengths

16   of the forbearance would vary depending on what type of

17   application you were submitting.  Can you please explain

18   that a little more?

19       A.   Sure.  So one of the main big factors on the

20   forbearance was how their payments was set up with this,

21   Exhibit 6, so a person had --

22       Q.   Let me just make sure that the record is clear.

23   Mr. Camp is referring to the Exhibit 6, which is the

24   contract?

25       A.   Yeah, in here basically people, we were told,

Page 91

1    that they didn't want to have them to do their student

2    loan payments alongside their enrollment payments here

3    because that's so much for one person to handle.  So we

4    would delay the student loan payment to come in effect

5    after the enrollment payment is finished.  So that why

6    they're not doubling their payments.

7        Q.   So in other words, the company would submit a

8    forbearance request to stop the student loan payments so

9    the consumer could pay the company the enrollment fee?

10       A.   Correct.

11       Q.   How frequently did the company submit forbearance

12   requests for the consumer?

13       A.   It was part of our procedure for new files.  I

14   should clarify, I forgot about the forbearance because I

15   was doing recertifications for a year.  You didn't have to

16   do it on recertifications.  It was only on the front end.

17       Q.   Thank you.  And were there any circumstances

18   where the company would not submit a forbearance request

19   on behalf of a consumer?

20       A.   If their loans are already in default, you don't

21   qualify for a forbearance.  So it doesn't matter.

22       Q.   How frequently did that happen, that the consumer

23   was in default?

24       A.   Pretty often actually.  I don't know an exact

25   percentage.  It was pretty frequent though.  I'd say one