this Assurance of Voluntary Compliance.  Respondents shall promptly provide the Attorney General with proof of any such cancellations and refunds.

14.    Upon execution of this agreement, Respondent shall make a payment to the Attorney General in the sum of $2,000 in civil penalties, investigation costs and attorney fees; however, $1,000 is suspended pending no violation of this agreement. Payment shall be the form of a certified check or money order payable to **Office of Attorney General – North Dakota**, and delivered to:

> Elin S. Alm
> Assistant Attorney General
> Consumer Protection
>  & Antitrust Division
>    Office of Attorney General
> Gateway Professional Center
> 1050 E Interstate Ave, Ste 200
> Bismarck, ND  58503-5574
> ealm@nd.gov

15.    Respondent agrees it will comply with this Assurance of Voluntary Compliance and further acknowledges and agrees any violations of this Assurance of Voluntary Compliance, as determined by a State of North Dakota District Court, may be punishable as contempt of court pursuant to N.D.C.C. ch. 27-10 and Respondent further may be subject to all other civil penalties and sanctions provided by law, including attorney fees and costs.

16.    If Respondent is adjudged in contempt of court for violations of this Assurance of Voluntary Compliance, adjudged in violation of this Assurance of Voluntary Compliance or adjudged in violation of N.D.C.C. chs. 51-15 or 13-11, said Respondent shall also be responsible for payment to the Attorney General for reasonable investigation costs, expenses and attorney fees.

4

17.     In the event of a breach of this Assurance of Voluntary Compliance, the Attorney General may make application to a State of North Dakota District Court to have the entire amount still owing under the Assurance of Voluntary Compliance entered as a formal judgment so it may be filed on the judgment roll and docketed pursuant to North Dakota law. *See* N.D.C.C. §§ 28-20-11, -12 and -13.

18.     Respondent represents the signer below is competent and fully authorized to act on behalf of Respondent.  Respondent acknowledges it has been provided the opportunity to review this Assurance of Voluntary Compliance with an attorney, understands the implications and obligations imposed by it and has freely and willingly entered into this Assurance of Voluntary Compliance.   Respondent further acknowledges and agrees this Assurance of Voluntary Compliance may be approved by and filed with the State of North Dakota District Court without any further notice or hearing.   Respondent agrees to and acknowledges the sufficiency of service by facsimile, and/or first-class mail at its last-known address, with respect to any and all actions taken with regard to this Assurance of Voluntary Compliance.   Signatures transmitted electronically or via facsimile by Respondent shall be deemed the equivalent of original signatures; this document may be executed in counterparts, with each counterpart deemed an original.

5

Dated this _11th_ day of _April_____, 2018.

**CONSUMER ADVOCACY CENTER INC. DBA PREMIER STUDENT LOAN CENTER**

(including all "doing business as" names, formal corporate names, fictitious names of any kind or any variations of the same)

By: _____

_Albert Kim_
(print name)

Its: _President_____
(title)

STATE OF _CA_____ )

COUNTY OF _ORANGE_____ ) ss
                         )

SEE ATTACHED CERTIFICATE
DATE _4/11/18_ NOTARY INITIALS _MM_

Subscribed and sworn to before me this
_11_ day of _April_ ,2018.

_Mark Masbor___
Notary Public

This Assurance of Voluntary Compliance is hereby received and accepted.

6

# CALIFORNIA JURAT CERTIFICATE

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this

_11_ day of _APRIL_____, 2018

by _ALBERT KIM_____,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____



MARK MEISBERGER
COMM...2173403
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. December 1, 2020

---

## ADDITIONAL INFORMATION (OPTIONAL)

### DESCRIPTION OF THE ATTACHED DOCUMENT

_Assurance of_
(Title or description of attached document)

_Voluntary Compliance_
(Title or description of attached document continued)

Number of pages _7_  Document Date _4/11/18_

_____
(Additional information)

### NOTARY PUBLIC CONTACT INFORMATION

The UPS Store
8583 Irvine Center Drive
Irvine, CA 92618

(949) 336-7724 tel
(949) 336-7969 fax

store6814@theupsstore.com
www.TheUPSStore.com/6814

Dated this 16th day of April , 2018.

STATE OF NORTH DAKOTA
Wayne Stenehjem
Attorney General

By:

Elin S. Alm, NDBN 05924
Assistant Attorney General
Consumer Protection & Antitrust Division
Gateway Professional Center
1050 E Interstate Ave, Ste 200
Bismarck, ND  58503--5574
Telephone (701) 328-5570
Facsimile (701) 328-5568
ealm@nd.gov

Attorneys for Petitioner

7

# Exhibit

## DECLARATION OF MICHELLE MARIN
## PURSUANT 28 U.S.C. § 1746

I, Michelle Marin, have personal knowledge of the following facts and matters discussed in this declaration, and if called as a witness, I would testify competently to them:

1.  My name is Michelle Marin. I am the Director of Conciliation & Engagement at the Better Business Bureau Serving the Pacific Southwest ("BBB"), which is located at 1010 E. Missouri Ave, Phoenix, Arizona 85014.

2.  The BBB is a non-profit organization whose purpose is to promote ethical business and marketplace conduct. The BBB gathers information and uses it to form reliability reports on businesses. BBB reliability reports are designed to assist the public in finding reliable businesses. Each business on which we report is rated using an algorithm that weighs complaints, responses to them, and several other relevant factors. The rating scale ranges from A+ to F.

3.  In the ordinary course of business, the BBB received consumer complaints about Arizona and California companies, informs the company about the complaint, and received from the company and consumer any communications in an effort to resolve the complaint. Written complaint communications are received by the BBB by either mail, facsimile, email, filed online via the bbb.org website, or using the BBB's internet-based complaint handling system. Complaint communications received via the bbb.org website or complaint handling system are stored immediately in our database. Complaint communications received via mail, facsimile, and email are scanned and stored in the database as computer files.

4. My job responsibilities include managing the team that handles complaints for numerous industries, including the companies in the BBB's business categories: Legal Document Help; Student Loan Services; Financial Consultants. This includes ensuring that all complaint communications are properly stored in our database and contained within the appropriate company's file.

5. One of the businesses that we monitor and report on is Premier Student Loan Center, which also does business as Consumer Advocacy Center Inc. The primary address for Premier Student Loan Center is 173 Technology Dr Ste 202, Irvine, California 92618. Premier Student Loan Center provided this address to BBB.

6. On behalf of Premier Student Loan Center, dba Consumer Advocacy Center Inc, the following individuals have access to read and respond to consumer complaints: Mr. Albert Kim, Owner/CEO; Mr. Tom Nelson, Secretary; Mr. Christian Stark, Customer Service Manager.

7. The BBB created the business profile for Premier Student Loan Center on September 30, 2015. Since that date, the BBB has received a total of 195 consumer complaints against Premier Student Loan Center. In the past 36 months, the BBB's standard reporting period, the business has received 193 consumer complaints. Of the 193 reportable consumer complaints, 89 complaints have been closed as "Answered (Assumed)", meaning the complaint was responded to by the business, but BBB did not hear back from the consumer as to if the details in the response resolved the matter presented. 70 of the 193 complaints were closed as "Resolved", meaning that either the consumer confirmed the resolution of the complaint, or BBB determined the business made a good

faith effort to resolve the matter with the consumer. 12 of the 193 complaints were closed as "Answered", meaning the business responded to the complaint, however, the consumer remained dissatisfied with the business's efforts in addressing the matter. 12 of the 193 complaints were closed as "Invalid", meaning the complaint was not reportable based on BBB's complaint acceptance policy. 5 of the 193 complaints were closed as "Beyond Purview", meaning the complaint was determined to be outside of BBB's scope of handling. 3 of the 193 complaints were closed as "Information Only", meaning the consumer advised they were providing the details to BBB for informational purposes only. As of today's date, the business has 2 complaints that are open and currently mediating. Attached hereto as **Attachment A** are true and correct copies of the consumer complaints that were produced to the CFPB.

8. Another business we monitor and report on is SL Account Management. The primary address for SL Account Management is 8 Whatney Ste 1008, Irvine, California 92618 . This address was provided to BBB by consumers that filed complaints against the business.

9. On behalf of SL Account Management, Mr Chris Smith, Client Relations Manager, has access to read and respond to consumer complaints.

10. The BBB created the business profile for SL Account Management on June 11, 2018. Since that date, the business has received a total of 80 consumer complaints. Of the 80 consumer complaints, 41 have closed as "Answered (Assumed)", 33 have closed as "Resolved", 4 have closed as "Answered", 2 are open and currently mediating. Attached

hereto as **Attachment B** are true and correct copies of the consumer complaints that were produced to the CFPB.

11. Another business we monitor and report on is Financial Preparation Services, which also does business as Prime Consulting, LLC. The primary address for Financial Preparation Services is 7545 Irvine Center Dr Ste 200 Rm 108, Irvine, California 92618. This address was located by BBB on the business's website, https://financialpreparationservices.com.

12. On behalf of Financial Preparation Services, dba Prime Consulting, LLC, Mr. Jay Carter, Customer Support Manager, has access to read and respond to consumer complaints.

13. The BBB created the business profile for Financial Preparation Services, dba Prime Consulting, LLC, on November 8, 2018. Since that date, the business has received 55 consumer complaints. Of the 55 consumer complaints, 33 have closed as "Answered (Assumed)", 11 have closed as "Resolved", 2 has closed as "No Response", meaning the business did not respond to the complaint. 1 has closed as "Answered", 2 have closed as "Information Only", 1 has closed as "Beyond Purview", 3 have closed as "Invalid", 2 are open and currently mediating. Attached hereto as **Attachment C** are true and correct copies of the consumer complaints that were produced to the CFPB.

14. Another business we monitor and report on is Direct Account Services. The primary address for Direct Account Services is 173 Technology Dr, Irvine, California 92618. This address was provided to BBB by consumer that filed the complaint against the business.

15. BBB is unaware of Direct Account Services's owner or manager's name, but has sent complaint information to support@directaccountservices.com. This email was retrieved on the business's website, https://www.directaccountservices.com.

16. The BBB created the business profile for Direct Account Services on July 3, 2019. Since that date, the business has received 1 consumer complaint. That complaint closed as "No Response". Attached hereto as **Attachment D** are true and correct copies of the consumer complaints that were produced to the CFPB.

17. Another business we monitor and report on is Coastal Shores Financial Group. The primary address for Coastal Shores Financial Group is 7545 Irvine Center Dr, Irvine, California 92618. This address was provided to BBB by the consumers that filed complaints against the business.

18. BBB is unaware of Coastal Shores Financial Group's owner or manager's name, but has sent complaint information to support@coastalshoresfinancialgroup.com. This email was retrieved from the business's website, https://www.coastalshoresfinancialgroup.com.

19. The BBB created the business profile for Coastal Shores Financial Group on March 12, 2019. Since that date, the BBB has received 2 consumer complaints.1 complaint closed as "Beyond Purview" and 1 closed as "No Response". Attached hereto as **Attachment E** are true and correct copies of the consumer complaints that were produced to the CFPB.

20. Another business we monitor and report on is Global Direct Accounting Solutions. The primary address for Global Direct Accounting Solutions is 173 Technology Dr, Irvine, California 92618. This address was provided to BBB by consumers that filed complaints against the business.

21. BBB is unaware of Global Direct Accounting Solutions's owner or manager's name, but has sent complaint information to support@globaldirectaccountingsolutions.com. This

email was retrieved from the business's website,

https://www.globaldirectaccountingsolutions.com.

22. The BBB created the business profile for Global Direct Accounting Solutions on September 9, 2019. Since that date, the business has received 1 consumer complaint. That complaint closed as "No Response". Attached hereto as **Attachment F** are true and correct copies of the consumer complaints that were produced to the CFPB.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on: _September 26, 2019_

_Michelle Marin_

Michelle Marin
Better Business Bureau Serving the Pacific Southwest

# Attachment A

# Premier Student Loan Center

**Case #:** 11561364

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Washington, DC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 7/13/2016 9:07:49 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Premier Student Loan Center contacted me to help with my student loans. After reading the information in reference what they claim they would do was false. They claim they would get my student loans forgiven and they cannot do that. I then contacted the Student Loans.gov only to find out that PSLC is a third party that claim to help people get loan forgiveness. Monique Dinh contacted me and asked me to fax her my pay stubs and she would file with Department of Education, she called Navient and claimed to be me, put my loans in forbearance, and retrieved my information. When Bradford Barnes contacted me he asked for my FSA ID number, I did not have one, he applied for one for me without my knowledge. When I contacted Federal Student Aid to apply for loan forgiveness, I was informed that third party companies does do they, but they are not suppose to. On July 5, 6, and 7, 2016, I contacted PSLC to inform them that I cancel the contract and to not charge my credit card. They waited until July 12 to charge my card after I canceled the contract.

**Consumer's Desired Resolution:**

As I canceled the contract and told them to not charge my card, I want PSLC to refund ALL my money, because they cannot do what they claim they can do.

# Complaint Messages

**07/14/2016 - Albert Kim**
Respond to Complaint

Premier Student Loan Center addressed the clients concern and questions and the client is totally satisfied. Please read the following explanation, on how Premier Student resolved the situation.

Premier Student told the client there was a huge misunderstanding because Bradford(a former employee here left the company without passing along the client's cancellation request.) Premier Student ran her payment in error because Bradford, did not notify the company that the client wanted to cancel. However, once the client called into Premier Student and notified us, we refunded her the money right away.Premier Student has a policy of issuing refunds no questions asked, if a client wants to cancel before services are rendered. Customer satisfaction is Premier Student's number 1 priority.  Premier Student will also provide our services free of charge to her, so she can see how the service that we provide will be of great benefit to her. Client is very satisfied with the outcome and

everything is resolved.

**07/18/2016 –** ▓▓▓▓▓▓▓
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11561364, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▓▓▓▓▓▓▓

# Premier Student Loan Center

**Case #:** 11667398

| | | | |
|---|---|---|---|
| **Consumer Info:** | Raleigh, NC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/20/2016 2:21:12 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I am a recent graduate of grad school and wanted to consolidate and apply for public loan forgiveness program. i CALLED the Direct Loan Service Center at 800 848 0979. I was put in contact with this company which I thought was being honest with me and I thought this was a Federal Government company. They promised me for $799 that I could get a lower payment that would be affordable and that would qualify me for student loan forgiveness. However, this was a scam and the $799 they charged me was for services that was not honest. i called FEDLOAN who my loan is serviced through and they said this process that I paid Premier Student Loan to do I could have done myself and that the $799 was unethical, and overpriced. I paid the $799 and then Monique at Premier attempted to get more money out of me. She called me a few weeks ago and noted me that I was approved and asked me did I want to continue with their services for $30 a month so that they could continue to "handle" my paperwork for my application every year. Each year you are to reapply for the loan forgiveness program based on your annual income. However, when I signed up for the service Rachael did not notify me of this. The person that initiated the process was Rachael. Rachel notified me that the $799 they would consolidate my loans have my paperwork handled and communicated with FEDLOAN to get me enrolled for he Loan forgiveness program. Both Monique and Rachel even asked me for my fedloan username and password. I continued to tell them and ask them is this legal. I thought it was illegal and unsafe to share login information for my student loans. They wanted access to my account so they could do the work in the background for my student loans. I called Fedloan and asked them about this and they said this was not ethical and unsafe. This is unethical and I would like to file a complaint, THEY SHOULD NOT BE ABLE TO HANDLE STUDENT LOANS IN THIS UNIONIST AND UNSAFE WAY

**Consumer's Desired Resolution:**

would like my $799 refunded

## Complaint Messages

08/26/2016 -

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 11667398, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if

it does, will consider this complaint resolved.

I want to inform you that my complaint has been resolved by issue of a refund from Premier student loan. In addition I would like for my complaint to be made private. Thank you!

Regards,

# Premier Student Loan Center

**Case #:** 11975332

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Covina, CA | | 173 Technology Dr |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 2/5/2017 3:56:36 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

This buisness manager Aaron Acosta LIED and told me that they would FORGIVE my student Loans. I foundout that they can't do this legally. Thay also lied on my application stating that I had 6 people in my household. They did not give me a refund when asked . This man lies and should not be taking peoples money if they can not do the work!

**Consumer's Desired Resolution:**

They should lose thier ability to take money from people by not being truthful.

# Complaint Messages

**02/14/2017 -**

Respond to Complaint

I have gotten harassing calls from the company and want them to stop calling me

# Premier Student Loan Center

**Case #:** 12158591

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lake Park, GA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/16/2017 3:03:02 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I was misled and told my student loans will be completely forgiven. I have called over the last week. Each time I was told the agents were all busy and they would call me back. I have recorded each call. On the last occasion, I was told I would get an email in 2 hrs saying it was cancelled.

**Consumer's Desired Resolution:**

Last payment refunded and contract cancelled to avoid legal action

# Complaint Messages

**05/30/2017 - Albert Kim**
Respond to Complaint

Hello BBB,


I talked to this client personally and gave the client a full refund.(see receipt below). My company also tried to help the client get out of default for her student loans free of charge to completely satisfy her. We always give client full refunds no questions ask, when a client is not satisfied with the services rendered.



General Information

--------------------------------------

Merchant Account: Consumer Advocacy Center Inc

Date/Time : 05/16/2017 4:13:42 PM PDT



--------------------------------------

Transaction Information

-------------------------------------

Transaction Amount : $-239.80

Transaction ID : 3622050250

Transaction Type : Card Refund

Response : APPROVED


-------------------------------------

Customer Billing Information

-------------------------------------

First Name : ███████

Last Name : ███████

Address : ███████

City : Lake Park

State : GA

Zip Code : 31636

Country : US

Phone : ███████

Email : ███████


**06/02/2017 -** ███████
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you**

**wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12158591, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12184223

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Charlotte, NC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/31/2017 4:04:16 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was given the contact information of an associate names Amanda. I called and she spoke with me in regards to Loan Forgiveness. She took a ton of my personal information and told me that I qualify fir loan forgiveness. I would just need to pay $224 for May, June, July and August then $30/ month for 120 months. I have an 11 page contract that states that I would begin payments on 05/29. I called on 05/30 and Amanda is not available. I sent an email with no response. I called today and still nothing. I am calling frequently may I add. I called a number from the website and they tell me that I do not have an account and that Amanda is not available. I am extremely frustrated that I gave someone my personal information and credit card number, who is now unavailable to speak with me.

**Consumer's Desired Resolution:**

If they are unable to fulfill the obligations that are described in the documents that I have, they need to assure me that they have destroyed my personal information.  I feel as though I have been taken for a ride.  855-782-0742 is not a working number.  949-202-4821 is only a voicemail and that is for Amanda, with whom I spoke on 05/22.

# Complaint Messages

**06/05/2017 -** ▮▮▮▮

Respond to Complaint

Hello,

I Am sending this message to inform you that my concern has been resolved. There was a miscommunication and I panicked. This company is what it says it is and does as it says that it will. I transposed the numbers in my phone number and they were unable to reach me. I thank you for your assistance.

Thank you kindly,

# Premier Student Loan Center

**Case #:** 12229113

| | |
|---|---|
| **Consumer Info:** |  Killeen, TX |

| | |
|---|---|
| **Business Info:** | Premier Student Loan Center |
| | 173 Technology Dr #202 |
| | Irvine, CA 92618 |
| | (888) 548-0476 |

**Date Filed:** 6/26/2017 1:17:49 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by Premier as a student loan forgiveness company and initially completed all the paperwork before reading the bbb site on their company. After reading the reviews, I decided not to go with the program and emailed Nick to let him know that I would not proceed any further with the application or paperwork because I felt like the fees were extensive and I could find a better student loan forgiveness company. I felt I had been scammed and told him I would be filing a complaint. This is the response I received with made me feel all the more that this is a scam. "Why would you write a complaint when the services were never provided. You cant file a complaint when your not even in the program with our company!. Plus we provide a service. The company does not do re-enrolment. The "fee" , as you so put it, is for all the document preparation and the work that goes into this program on your behalf.. Get your facts straight before you go making accusations. It is NOT a scam, we are an A plus rated certified enrollment center. DO YOUR RESEARCH!! Don't believe negative people on the internet. Do you believe everything you read!?? Honestly , do what you want." Now who would want to do business with a company who treats it's potential clients like this and responds to an e-mail like this. All the more reason to make me believe it is a scam. I tell you what, after reading the complaints, Nicks name has come up several times. They better not take any money from my account or we gone have some problems.

**Consumer's Desired Resolution:**

I would like for them to simply not process the application any further and would like clarification from the company that they will not proceed any further with the application and for them to not contact me anymore. Teach Nick how to respond appropriately to an e-mail too.

# Complaint Messages

**07/03/2017 - Contact Name**
Respond to Complaint

This client called in to get some help with her student loans. We began the application but before we could enroll her she decided to cancel our services. We deleted all of her personal information and cancelled her application as requested. She called in and emailed with her concerns and it does appear she was treated rudely by her enrollment specialist. I have taken the necessary actions to make sure no

one is representing our company in that manner or treating our clients poorly.


Regards,


Patrick Johnson Sales Manager

# Premier Student Loan Center

**Case #:** 12230336

| **Consumer Info:** | ███████████████ De Graff, OH ██ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |
|---|---|---|---|

**Date Filed:** 6/26/2017 8:20:47 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have asked them several time to quite co texting me and to remove my phone number from their system.i have even gone far enough to block their numbers but they generate new ones go message me from. When asked to be removed from calling list they simply hang up. If I tell them I am not interested in their service they hang up. It is becoming borderline stalking the amount they text/call me. For having an a good rating from the BBB you would think they would have better policies and attitudes.

**Consumer's Desired Resolution:**

I want them to leave me alone and never contact me again. I've tried to get them to on my own but they will not listen. If they co tongue then I request help pursuing this through the legal system.

## Complaint Messages

**07/03/2017 - Contact Name**
Respond to Complaint

Hello BBB,


This is not a client of Premier Student Loan Center. She is getting called by the marketing company. Premier Student Loan Center does not solicit clients by calling them. All of our clients only call us directly. Please take down this complaint, since this is not a client of Premier Student Loan Center.


Regards,


Albert

# Premier Student Loan Center

**Case #:** 12243899

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Carnegie, PA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 7/5/2017 11:39:57 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I contacted the company because they advertised that they were able to assist with the class action lawsuit against Navient (who services my loans). In speaking with Oscar, the initial representative, I declined their services and asked that they delete me from their system. He verbally told me he would and I asked for email confirmation, which he said he would send. He never sent confirmation that it was done. I continue to receive text messages and phone calls from this company EVEN AFTER I had asked repeatedly to be removed and have texted "STOP" as per their text message protocol. I called several times this morning and spoke with three different men asking to be removed and to speak with a supervisor. Each time they were rude and hung up on me when I made my request. I am tired of being harassed by this company when I opted not to use their service and it rubs insult to injury when they continue to contact me after I was already allegedly deleted from their system according to Oscar.

**Consumer's Desired Resolution:**

Please ensure that my information is removed from the company records, is not shared with or sold to other companies and I am no longer contacted by anyone from this company. Thank you.

## Complaint Messages

**07/06/2017 - Contact Name**
Respond to Complaint

*Dear* 

*I sincerely apologize for the experience you had with Premier Student Loan Center. However, once you told us you wanted to cancel the enrollment, we deleted all of your personal information. Therefore we would have been unable to contact you after your request for cancellation. We only accept clients who call us. We don't make outbound calls to solicit clients. It is a marketing company that has your information and they have been texting you. I can assure you it is not from Premier Student Loan Center. If you need further information, you can give us a call directly and ask to speak to  Tom Nelson and he can explain the situation in further details. Once again I apologize for the rogue marketing company that*

*is trying to solicit your business.*

*Regards,*


*Tom Nelson*



**07/06/2017 -** ███████████████

I accept the business's response to resolve this complaint


Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12243899, and appreciate the explanation and apology. I t appears a separate marketing company related to this organization has been contacting me after I asked them to stop. I have accepted Mr. Nelson's reply and there appears to be no further action on the company's part at this time. I consider this complaint resolved.


Regards,

███████████████████

# Premier Student Loan Center

**Case #:** 12248136

| | | | |
|---|---|---|---|
| **Consumer Info:** | Hurley, NY | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 7/7/2017 5:12:25 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have been receiving unsolicited text messages from this company concerning student loan debt which have not stopped despite multiple requests. . I contacted the Customer service department to address the issue of inappropriate text messages. Two of my attempts were met with immediate hang ups by representatives upon hearing of my issue. . My third call to a representative, Mr Brian Park, occurred after I expressed interest in their program. On describing the nature of my problem, Mr Park abruptly hung up on me. . I informed Mr. Park by e-mail that I would be filing a complaint. . I question the legitimacy of this organization as their practices suggest a boiler room type of operation for purposes of soliciting a scam.

**Consumer's Desired Resolution:**

Written apology from the senior executive in charge,

A written apology from Mr. Brian Park acknowledging his unprofessional actions.

A complete explanation of how my cell phone number was obtained.

A complete explanation of why replies to text messages requesting to stop them did not result

A Detailed  description of the corrective / preventive actions taken to assure that neither of the above will occur again.

## Complaint Messages

**07/10/2017 - Contact Name**
Respond to Complaint



*This is Tom Nelson Premier Student Loan Center. I am the billing manager here. Premier Student Loan Center does not do outbound calls to solicit clients. It is most likely a marketing company that has been calling you for your business. Premier Student Loan Center only accepts clients who call us. I am sorry for the experience you have been having with the marketing company.I do not know which marketing company has been calling and texting you.  I also couldn't find your file in our database. I think you signed up with another company. If you can please give me a call at 949 207 1025 and I will try to help*

*you. However Premier Student Loan Center did not sign you up or charged you.*

*Regards,*

*Tom Nelson*

# Premier Student Loan Center

**Case #:** 12254164

| Consumer Info: |  | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | Trussville, AL | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 7/10/2017 8:59:58 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I would like to cancel my arrangement which I was told by Colton N. that I could do at any time. Every time I called, I was hung up on by other people, or I was told I would have to contact him directly but no one ever gave me a phone number for him. I called the number he gave me and left multiple messages and no return call was ever made.

**Consumer's Desired Resolution:**

I would like my account canceled completely and my personal information, bank, and financial information deleted.

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 918

# Premier Student Loan Center

**Case #:** 12258307

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| |  Spokane, WA | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 7/12/2017 3:36:44 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

In March of 2017 I started working with Premier Student Loan Center to consolidate my school loans. Through multiple conversations with the company I was told that I could qualify for the income based repayment plan as well as well as a lower repayment term due to the fact that I work for a non-profit. These conversations went over the amount I would pay to the company for their "services" and what I was lead to believe was monthly payments towards my loans for a 10 year period until the remainder of the loan was forgiven. What I have since learned after making payments for 5 months now is that all of the money I have paying goes to this company for a service I could do myself. They made me feel that this is an extremely difficult process that I would not be able to do on my own. I asked multiple questions about the process specifically about the payments and they continued to reassure me that the 4 payments of $224 was all I was paying to their company and the additional payments of $20 a month was towards my loan. I found out that I'm paying $0.00 towards my loan and will eventually pay $3000 to their company just to submit proof of income documents each year to the Department of Education which I can do myself.

**Consumer's Desired Resolution:**

I am cancelling my services with this company and would like a full refund.  I feel this is fraudulent and they do not give all of the information even when you ask the right questions.

# Complaint Messages

**07/20/2017 - Contact Name**
Respond to Complaint

Hello 

I am sorry to hear about the experience you had with Premier Student Loan Center. We make it known during the compliance call that Premier Student Loan Center is a document preparation company and the fees goes towards the company to prepare your documents for you. I have refunded you your entire balance that you have made to Premier Student Loan Center on 7/14/17. Please give Premier Student Loan Center a call and ask for Tom and I will help you out with any matters moving forward to resolve

this matter to your satisfaction.


Regards,


Tom Nelson

# Premier Student Loan Center

**Case #:** 12302767

| **Consumer Info:** |  Greenville, TX | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 8/1/2017 10:05:46 AM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**
First off, I can not get in contact this company! After signing with Premier Student Loan Center, I have called, emailed, and used the website contact fill-in. When I use the phone number it rings the company, auto attendant asks to choose a selection, transfer sound and drops my call. I have tried every selection with the same results. I have emailed them with a request that they contact me, NO RESPONSE! Read every single word of the contract before you sign. The person I spoke with "walked me through " the contract. Afterward, when reading it more closely I realized I did not agree with the services to be rendered. AND NOW RESPONSE! I, foolishly, gave personal information to this company (SSN, CC#, access to my FAFSA) AND NOW NO RESPONSE TO MANY EMAILS, PHONE CALLS, WEBSITE CONTACT!!! I feel I have been duped!
**Consumer's Desired Resolution:**
Void, Discontinue, Stop services and my payment for these services. I tried contacting them multiple times immediately after signing with them to tell them they have some of the information wrong and needs to be corrected. But when I couldn't get them and I looked at the email I got, I realized there was no contact info. Only an email address which I also tried with no response.

## Complaint Messages

**08/13/2017 - Albert Kim**
Respond to Complaint

Hello 

Premier Student Loan Center cancelled out your file on 7/30/17 as you requested. We sent you an email on that date confirming cancellation of your file. You were never charged. It is also company policy to delete all of the client's personal information once the client's file gets cancelled. It is other marketing company's that have been calling the client. Premier Student Loan Center does not call clients to solicit business. We only accept clients who call us.

The following is the cancellation email that was sent to the client on 7/30/17.

Hello 

Premier Student Loan Center has cancelled out your file as requested. You will not be charged for any services by Premier Student.

If you have any questions, feel free to email or give me a call at (949) 207 -1025. Thank you and have a wonderful day.

Regards,

Tom Nelson

PREMIER STUDENT LOAN CENTER

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Premier Student Loan Center

**Case #:** 12331955

| | | | |
|---|---|---|---|
| **Consumer Info:** | Asbury Park, NJ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/16/2017 1:07:08 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by this company in March or April and talked to Larissa Denton, who created an account for me. Was told my loan amount would decrease dramatically and payments would last for 120 months. Gave her access to withdraw $225 from my account for four months. All monies were taken. I provided last two pay stubs and was told it could take up to 90 days to get approval from Dept of Education. Was told to ignore all contact from Nelnet about existing loans. I hadn't heard anything from Premier, so I started calling and leaving numerous voice mails to Ms Denton, with no response at all. I called the main number only to be hung up on several times, when I asked to speak to a supervisor (very rude). Finally a Mr William Jones answered and told me he wouldn't hang up on me and looked into my account, told there was some issues locating it and didn't have the credentials to access it since another representative opened the account. He told me he would have his supervisor look into and promised me a call back in an hour. That never happened. I called him back today only to receive his voicemail. If this company cannot provide the services the promised then I would need to be fully refunded.

**Consumer's Desired Resolution:**

If services cannot be provided as promised, I would need a full refund of money paid.

## Complaint Messages

**08/22/2017 - Albert Kim**
Respond to Complaint

Hello 

Premier Student has left you a voicemail and email numerous times for a call back to answer any questions and resolve any concerns you may have. Please give me a call at 949 207 1025 so I can resolve this matter for you. Premier Student Loan Center does offer a full money back gurantee if we do not provide the services as promised to the client.

Regards,


Tom

# Premier Student Loan Center

**Case #:** 12337865

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Woonsocket, RI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/18/2017 10:35:23 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

After falling behind on Federal student loan payments, I sought after the help from Premier Student Loans. After a brief consultation the individual I spoke with said I was approved for one of their forgiveness programs which reduced my $46k loan down to $12k, which I was extremely ecstatic about. I only needed to pay their $800 program buy in and then would make $30/month payments until the $12k was paid off in full. I started making the $800 installment payments in January of 2017 and finally in march went down to $30 a month. Now, after looking at my credit report, it still was reporting that I owed $46k, which was odd. I thought maybe it would take a little time for the information to be updated to my new loan amount. I attempted to call/email the company/processing coordinator to get more information on the situation and no response. I continued to call/email 1-3 times a week for 3 1/2 MONTHS and no response at all! Come to find out, I JUST HAPPENED to look up my original Federal Student Loan account and apparently no forgiveness was ever given, no payments have been received, I am 120+ days delinquent and my credit score dropped 100 points. If you put 2 and 2 together, it seems they're taking my money. Biggest mistake in the world.

**Consumer's Desired Resolution:**

I want a FULL refund of the $800 plus any money I've paid since inception into this "program" and best believe extremely severe legal action will be taken against Premier Student Loan Center

## Complaint Messages

**08/31/2017 - Albert Kim**
Respond to Complaint

*Dear* 

*I read the notes on your file and it seems Casey has contacted you and clarified everything regarding the DOE program you were signed up for. If for however any reason you are still confused or do not understand the program you were enrolled in or our services. Please give Christian Stark the customer service manager a call and he will gladly assist you. His number is 949-202-1218.*

-

*Regards,*

*Tom*

**09/01/2017 - Mr. Jesse B Jackson III**
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12337865, and find that this resolution would be satisfactory to me. Thank you for facilitating this.

Regards,

# Premier Student Loan Center

**Case #:** 12335170

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | Southington, CT | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 8/17/2017 7:50:45 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I was contacted to see if I qualified for federal loan forgiveness. The representative, Mark, asked for my name and email address. He did not disclose the fact that he was changing my FSA ID password. When I questioned why I was receiving an email to change my password, he hung asking me "do you have me on speaker phone?" I am really suspicious of the company's practice on pulling loan information.

**Consumer's Desired Resolution:**

I would like to make sure that my personal information is not being used without my permission. I was not given the chance to AUTHORIZE this company to change my password to any account associated with my student loan.

## Complaint Messages

**08/31/2017 - Albert Kim**

Respond to Complaint

Hello

Thank you for making us aware of this issue. First, I want to apologize for the way Mark pulled your loans. Pulling loans like that is definitely against our company policy, and I will look further into this incident and take disciplinary action if necessary. You can call me directly at 949-264-9966, and I would be happy to explain the programs and benefits in detail that you may qualify for.  Please let us know if there's anything we can do to make this situation right !

Best,

Jenny Keffer

# Premier Student Loan Center

**Case #:** 12358561

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lexington, KY | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 8/29/2017 7:04:56 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
I was told about this loan company and how they could help me get some of my student loans forgiven, so being desperate for some relief I called and talked to Amanda. She told me how I could get my loans down to a little over $8000 after the forgiveness. I questioned her about it and she gave me this long speech about how President Obama set up something to help people get out of debt. Anyways, I was told that for four months I would pay $200 some for them to do the paperwork and then after that it would be $30 a month and that would be my student loan payment. She went over the paper work extremely quick and I never was emailed or mailed a copy. My loans were consolidated with a new company and I was told my payment was $0 a month for a year until the next year to re-certify. So I called Cody at Preimer and asked where the $30 a month was going if my payment was $0. He said that it goes to them to do my paperwork each year. That is not what I was originally told when I spoke with Amanda, she said it would go straight to my student loans. I told Cody I wanted to cancel and asked for a confirmation of my cancellation. I still have yet to receive it. I also sent an email to Amanda and Cody asking for a copy of my paper work and I am still waiting on a response.
**Consumer's Desired Resolution:**
I want a copy of my paper work and I want a copy of my cancellation that was asked for on 8/28/2017. If it hasn't been canceled already, I want it canceled now. I do not want to pay another dime.

## Complaint Messages

**08/30/2017 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12358561, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12372673

| | | |
|---|---|---|
| **Consumer Info:** |  | **Business Info:** |



Newport News, VA

**Business Info:** Premier Student Loan Center
173 Technology Dr #202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 9/7/2017 8:37:02 AM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
I was dealing with a Ryan when I first started with the company. Ryan told several time, because I made sure to ask him several times how the deal was going to work. He explained to me that I would be repaying a total 9995.00 and that would be over a 12 year period and payments starting at 34 dollars a month. I agreed and proceeded with the deal and plan under that stand that this is what I was getting out of. Once the plan was approve and I talks to them again that I found out that they change the plan on me and now if I stay with them I am stuck with 20 years of payment which I did not agree upon when I started and there is no set amount has Ryan told me. Also, was told Ryan no longer there as well which does not help out the issue any. Talked to a Chris Last night, Sept 6th 2017, he claimed to be a manager (very unprofessional manager if he is one which I do not believe he is), and he just kept trying to do a round about on the issue as hand trying to say it a good deal and all. So now they state I have 20 years starting at 30 a month, no set amount that I agreed on in the pass with Ryan, and will be stuck paying any where from 35,000 to 50,000 with this new deal they change me to with out informing that this was the plan set up. If I knew the change was happening would not have agreed. At least with the deal I agree to with Ryan I would have been able to pay it off possible sooner but now I have no clue what the end results shall be, or how much I am screwed due to a break of agreement. Also, Chris said and I quote you can just pay your loans like I was supposed to be. The catch to going to a company like this is due to the difficulties that it to pay the loan as is since it not common sense that a mortgage payment size amount it rather hard to repay with the current way job under pay people and cost of living.
**Consumer's Desired Resolution:**
I want the original deal that I was told I was approved for by Ryan, or a better solution to this issues compared to a false manage Chris solution. Would like a corp. level manager to get in contact me and let resolved. this. Also, currently looking into possible legal accord since the agreed about deal was change with out notice

# Complaint Messages

**09/15/2017 - Albert Kim**
Respond to Complaint

Hello

This is Tom from Premier Student Loan Center. I called you personally and thus far have explained the entire DOE program details to you and will submit your PSLF form once you complete it and email it back to me. I am glad we have resolved this matter to your satisfaction.

Regards,

Tom

**09/18/2017 -** ▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

**At this time will agree with current resolution**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12372673, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 12392674

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| |  Holland, MI | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 9/18/2017 5:20:13 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I have received several incoming automated phone calls from this business or their agent to my cell phone which is listed on the Federal do not call list. Attempts to contact the company to rectify the situation at the numbers listed on the BBB website are unsuccessful. The primary number is just an answering service, the second number is disconnected and the third is just an open voice mail box.
**Consumer's Desired Resolution:**
I would like to be contacted by an officer of the company who can provide me with a mailed copy of their do not call policy as required by federal law when requested. I would like said officer to confirm the removal of the contractor or agent who is placing the calls from their referral/advertising program.

## Complaint Messages

**10/20/2017 - Contact Name**
Respond to Complaint

Dear

Premier Student Loan Center does not call out to solicit clients. Clients only call us. I am sorry another marketing company has been calling you. I can assure you it is not Premier Student Loan Center that is calling you because we do not do out bound calls to solicit clients.

Regards,

Tom