**10/24/2017 -** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12392674, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

I specifically requested that the business verify that the marketer involved in placing outbound calls to cell phones be kicked from their referral program. I offered to provide the information of when I was called and connected to their business. Federal Law holds a business responsible for the actions of their contractors (Google search Dish network telemarketing FCC Fine for an example) as the FCC is well aware of businesses trying to weasel around the rules by paying someone else to violate the law for them.

I additionally requested that I be contacted by a real person who can provide me information about their company. Although Tom was kind enough to respond to the BBB, and admit that he and his company are aware that the marketing companies are contacting potential customers on their behalf, unless of course you want to claim that they are calling people for no reason at all (thanks for that, my statutory damages just went from $250 to $1,500 per call). All I want is the calls to stop. As long as Premier continues to pay marketers to place these calls, they will keep doing so. If they stop paying companies to violate the law, the companies will have no reason to do so. That is my request. If they are unable to resolve my complaint via this process, then I will have no choice but to pursue other options.

Note to Premier: As of writing this response, I have received and recorded 5 robocalls that can be linked directly to your company 2 of which came after you admitted that your company is aware of marketing customers placing unlawful calls on your behalf, bringing my total statutory damages under the TCPA to $3,500. That is not the road I want to go down, I am willing to settle for your assurance that you will discontinue any relationship with a marketer who places robocalls, and the information I need to contact you when a marketer does so on your behalf so that you can discontinue said relationship.

Note to the BBB, as you can see from their response, this company is trying to weasel their way around TCPA laws.I don't understand how they can have an A+ rating when they blatantly violate consumer protection laws?


Regards,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**10/26/2017 – Contact Name**
Respond to Complaint
This is Tom from Premier Student Loan Center. I have called and talked to ▮▮▮ personally. I told him to let me know the phone numbers of the marketing companies that have been trying to call him. Once I get the marketing companies names, I will try my best to add him to the DNC list so they will not bother ▮▮▮ again.

Regards,

Tom

# Premier Student Loan Center

**Case #:** 12415244

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Hopkins, SC | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/28/2017 4:24:08 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

February of this year I signed up with Premier for student loan rehabilitation. I was set up on an agreement if I paid for 5 months wage garnishment would stop and after 9 months it would be removed off my credit. I was told to call around fifth month to make sure everything was ok. Every time I called I was told they didn't have my account. When I called SC Student loan I found out that Premier stop taking my payments. I was told I was still on the program but I need to make a payment. Student loan said they were having issues with Premier and all of my paperwork haven't transferred over. 7 payments later my wages are still being garnished. Premiere still hasn't transferred information over to SC student loan and I am still going in circles. I was just lied to.. I don't feel like I should be mistreated and lie to because something is going on between SC student loans and Premiere. I feel like they should stand by what was agreed upon and what was signed. I felt they should have reached out to me as their client and let me know what was going on

**Consumer's Desired Resolution:**

For me to received what they told me I would receive. After 5 successful payments with in the terms of the agreement garnishment of my wages to be stopped and after 9 payments default status removed

## Complaint Messages

**09/29/2017 - Albert Kim**
Respond to Complaint

Hello 

This is Tom from Premier Student Loan Center. I don't think you are a client of the company. I tried to pull up your file and was not able to locate it. If you can please give me a call at 949 207 1025 and I can see what I can do to help you. I think you are enrolled with a different company.

Regards,

Marin Decl. (BBB) - Attachment A                                   Pl. Ex. 50
                                                                        p. 936

Tom Nelson

# Premier Student Loan Center

**Case #:** 12435537

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Nashville, TN | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 10/10/2017 5:20:25 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
This company routinely uses contractors who violate State and Federal "no call" laws. Case has been turned over to the Secretary of State. If you want to support spam and harassment by all means keep endorsing them. BBB endorsement is a bought joke!

**Consumer's Desired Resolution:**
Public posting of this exact and complete problem complaint on the BBB website.

# Complaint Messages

**10/24/2017 - Albert Kim**
Respond to Complaint

Dear 

I apologize you are getting unsolicited marketing calls by outside marketing companies. I can assure you it is not from Premier Student Loan Center because we never call clients for their business. Clients only call Premier Student Loan Center for free consultations or information. Please block the marketing companies phone numbers that has been bothering you. Once again, I sincerely apologize that Premier Student Loan Center can't help you with these rogue marketing companies that has been calling you.

Regards,

Albert

# Premier Student Loan Center

**Case #:** 12435842

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lincoln, NE | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 10/10/2017 7:37:42 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

I am getting dozens of phone calls soliciting help for student loans. I have no student loans and have requested this company to take me off their call list because I have no student loans. I continue to get harassing calls from this student loan company. Some of the calls are highly offensive. I have also told this organization that I am on the national do not call registers. I have been receiving these nuisance calls for several months and they probably total well over 30 phone calls.

**Consumer's Desired Resolution:**

I also want to have this company fined for calling me since I am on the national do not call registry and have reported this to them many times.

## Complaint Messages

**10/24/2017 - Albert Kim**
Respond to Complaint

Dear ▇

I apologize you are getting unsolicited marketing calls by outside marketing companies. I can assure you it is not from Premier Student Loan Center because we never call clients for their business. Clients only call Premier Student Loan Center for free consultations or information. Please block the marketing companies phone numbers that has been bothering you. Once again, I sincerely apologize that Premier Student Loan Center can't help you with these rogue marketing companies.

Regards,

Tom

# Premier Student Loan Center

**Case #:** 12438088

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ <br> Bronx, NY ████ <br> ████████ | **Business Info:** | Premier Student Loan Center <br> 173 Technology Dr #202 <br> Irvine, CA 92618 <br> (888) 548-0476 |

**Date Filed:** 10/11/2017 7:28:53 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This company is a scam! They made a whole bunch of promises over the phone, and pressured me to sign their contracts without reading them. They told me 90% of my student loans would be forgiven, and coerced me to sign their forms urgently. DO NOT GIVE THEM ANY INFORMATION ABOUT YOU! After reading their forms, they are a scam company that charges money for consolidating your loan. Nick Starr told me that I should not pay my loans anymore and they will take care of the forgiveness forms. I just need to sign a form. He told me I needed to esign the form while we were on the phone. I feel terrible for falling for this scam.

**Consumer's Desired Resolution:**

I have notified my bank and I will speak to my attorney if I receive anything else from this scam company.

## Complaint Messages

**10/18/2017 - Albert Kim**
Respond to Complaint

Hello 

This is Tom from Premier Student Loan Center, I just gave you a call and left you a Voicemail to resolve any complaints you may had with Premier Student Loan Center. Please give me a call at 949 207 1025 so I can fully resolve this matter. I am sorry you had a bad experience with one of Premier Student Loan Center's workers.

Regards,

Tom

# Premier Student Loan Center

**Case #:** 12443699

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Ronkonkoma, NY | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 10/14/2017 5:11:27 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

This company faslely representes themselves, they claimed they worked on behalf of the department of education and my student loans would be forgiven. They didnt tell me that they would consolidate my loans to a private lender and charge me to do so. Upon research I discovered I wanted to withdraw my application with this company. I called four times, representatives would hang up on me, and flat out ignore my request to speak to a manager or acknowledge my question so I could withdraw my request.

**Consumer's Desired Resolution:**

I would like my agreement terminated, and I would like something in writing confirming that I no longer seek their services.

## Complaint Messages

**10/18/2017 - Albert Kim**
Respond to Complaint

Hello

This is Tom from Premier Student Loan Center. You have been calling the incorrect number for Premier Student Loan Center that is why those companies did not respond to your phone call. I just called and left you a Voicemail to give me a call back to resolve this matter. As of now, I have cancelled out your file and emailed you confirmation of the cancellation as requested. If you need further assistance please give me a call directly at 949 207 1025.

Regards,

Tom

# Premier Student Loan Center

**Case #:** 12452075

| | | | |
|---|---|---|---|
| **Consumer Info:** |  West Hartford, CT | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 10/19/2017 12:00:20 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This company uses remote call centers to mask their calls and then constantly harass me by calling my phone even though that phone is listed on the "do not call registry" both federally and in my state. When I attempt to obtain identification information about the caller, I am hung-up on.

**Consumer's Desired Resolution:**

I want them to stop calling - and if someone asks where they are calling from, they should give them that information and not just hang-up.

## Complaint Messages

**10/24/2017 - Albert Kim**
Respond to Complaint

Dear 

I apologize you are getting unsolicited marketing calls by outside marketing companies. I can assure you it is not from Premier Student Loan Center because we never call clients for their business. Clients only call Premier Student Loan Center for free consultations or information. Please block the marketing companies phone numbers that has been bothering you. Once again, I sincerely apologize that Premier Student Loan Center can't help you with these rogue marketing companies.

Regards,

Albert

# Premier Student Loan Center

**Case #:** 12461052

| | | | |
|---|---|---|---|
| **Consumer Info:** | Eliot, ME | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 10/24/2017 9:27:29 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**
The company said that they would be assuming my loan from Navient in order to provide lower payments and a forgiveness at the end of my loan repayment program. I woke up to find that they had simply put my Navient loan into forbearance. I would like for this company to cancel my contract with them and delete any personal information that they have of mine on file.

**Consumer's Desired Resolution:**
Cancellation of contract

# Complaint Messages

**10/25/2017 - Albert Kim**
Respond to Complaint

Hello 

Premier Student Loan Center cancelled out your file on 10/24/17. You were never charged by us. Here is the cancellation email Premier Student emailed you on 10/24/17. Rest assured all of your personal information has been deleted. It is company policy to delete all personal information for a client once they cancel. If you have any questions feel free to give me a call at 949 207 1025.

Dear 

Premier Student Loan Center has cancelled out your file  as requested. If you have any questions, feel free to email or give me a call at 949 207 1039. Thank you and have a wonderful day.

Regards,

Please call me with any questions.  Thanking you in advance.

David Sparaco

PREMIER STUDENT LOAN CENTER

Direct 949-207-1039

Toll Free 888-548-0476

Fax number 888-302-3033

dsparaco@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

Regards,

Tom

**10/26/2017 -** ▮▮▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12461052, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12497189

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Holland, OH | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 11/9/2017 10:50:48 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Premier Student Loan Center called me and asked for my email address after quitting seating service. I was asked if I had an FSA account that was connected with the email address and I said yes. They quickly said they were sending me an email with a six digit number and I needed to give them the number to move forward. I gave them the number and then I looked back at the email again and realize this was a code that they would be using to change my password to my FSA account. I was very upset that came my FSA account in this matter. The rap I was talking she was names of Mary she's in quickly said this would be the amount I would have to pay after they were able to consolidate my loan. She then said I had to pay an amount right then for the companies to submit my forms and the process to begin and be eligible for the deal. I told her I did not have any money to pay her and she said that I would have to wait one year one year to reapply if I didn't have the money right then and now because she already was filing my application. I restate it would be impossible for me as I mentioned before I have no money right now and she said oh we can extend it out a week to the 16th if you can have the money by then. I then said I would not have that amount of money until December 1st and she said that would be too late and I said she had already filed the application and I would have to wait one year to reapply. The whole process was not very detailed very uncomfortable and I felt like I was being scammed.

**Consumer's Desired Resolution:**

I just want to be insured this was not an identity steps Kiana none of my information has been stolen from my FSA account. I would like an email confirmation or some type of documentation stating that all my information has been erased the company's system.

# Complaint Messages

**11/10/2017 - Tom**
Respond to Complaint

Hello 

This is Tom from Premier Student Loan Center. I sincerely apologize for the experience you had with us. First of all I want to reassure you all of your private information has been deleted once you cancelled your file per company policy. I also want to let you know, you were never charged by our company

because you did not sign any contract. Please give me a call at 949 207 1025 and I will answer any
questions or concerns you may have. Once again I apologize for the experience you had with the
enrollment specialist and I will go and talk to her, to make sure this does not happen again.


Regards,


Tom

# Premier Student Loan Center

**Case #:** 12497952

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▮▮▮▮▮▮▮<br>Oxford, MS ▮▮▮▮ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 11/10/2017 12:42:27 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I'm receiving telemarketing calls form this company up to 5 times a day. I have asked repeatedly to have them remove my number but all they do is hang up on me. They spoof the number so you can't call them back. The pre-recorded message is the same with each call. It's currently 11:40 am where I live and I have already received three calls from them. This has to stop!!!!

**Consumer's Desired Resolution:**

## Complaint Messages

**11/12/2017 - Tom**

Respond to Complaint

Hello BBB,

▮▮▮▮▮▮ is not a client of Premier Student Loan Center. I have reached out to the marketing companies we have and added ▮▮▮ to the DNC list. This should resolve the issue.

Regards,

Tom

# Premier Student Loan Center

**Case #:** 12500172

| | | | |
|---|---|---|---|
| **Consumer Info:** |  San Mateo, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 11/12/2017 3:51:53 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was solicited by phone two weeks ago by James Vaccaro | Senior Loan Manager of Premier Student Loan Center (Office: 949-207-1554 | Fax: 888-302-3033) James introduce himself as someone who helps people to get rid of student loans. His promises: 1. He can reduce my $50,000 student loan to $5,000 and I will be paying it 10 years ($2,000 within 8 months and the rest only $40.00 a month). He did not mentioned that I have to pay it to Premier Student Loan Center and nothing goes towards principal. 2. He said that I should not call my loan holder, because Government is just a collection agency in this situation. 3. He said that he would contact my student loan holder by himself for me and asked for my very sensitive and private information like my date of birth, social security number, my ID and password on government site, even security questions. 4. He said that it takes a lot of stress, energy, time and knowledge to deal with government organizations. He didn't mentioned that Financial Student Aid (FSA) government organization will help you manage the repayment of your federal student loans—for free. And it take only two short applications, which I can easily fill up by myself. 5. The contract did not even have address of Premier Student Loan Center 6. Finally he guaranteed 100% as long I pay my monthly fee towards $5000. I paid $239.00 and very next day realized that I was fooled. I found Financial Student Aid site https://studentaid.ed.gov/sa/repay-loans/understand/servicers#free-help And read What should I do if I am contacted by someone who wants to charge me fees to consolidate my federal student loans or to apply for an income-based repayment plan? Contact your federal loan servicer; these services and more can be completed by your servicer for FREE! If you are contacted by a company asking you to pay "enrollment," "subscription," or "maintenance" fees to enroll you in a federal repayment plan or forgiveness program, you should walk away.

**Consumer's Desired Resolution:**

My father  wrote email to James demanding my money back, but got no answer.

This is the email

Dear 

Thanks for the email.

However, David decided not to proceed with your services and informed you about his decision on November 7, 2017 via email. He requested a full refund of his money in the amount of $239.

As of now neither him or me have heard from you regarding the refund.

This is to confirm that ████████████ (who is 'cc' on this email) will not proceed with your services and is cancelling the contract from November 6, 2017.

Please advice when to expect the refund of $239 your company charged to ███████ credit card. If we fail to hear from you by the end of the November 13, 2017 we will have no choice but report to BBB.

I am asking BBB to stop companies like Premier Student Loan Center from committing such unethical practices based on misrepresentation. And I want BBB to help me to get my money back.

## Complaint Messages

**11/13/2017 - Tom**
Respond to Complaint

Hello ███████

This is Tom from Premier Student Loan Center. I am sorry for the experience you had with us. I just called and left you a Voicemail to resolve any issues you may had with our company. My number is 949 207 1025, so please give me a call back so I can resolve this matter for you. In the meantime, we refunded you your money(see receipt below) and you should receive the funds back in your account in 2-3 business days.

| Transaction Detail | |
| --- | --- |
| **Void**\|Charge Again: (**Auth**\|**Sale**)\|**Back** | **Print Receipt**\|**E-Mail Receipt** |

| | |
| --- | --- |
| **Merchant:** | **Premier Student Loan Center - (Irvine, CA)** |
| **Date/Time:** | **11/13/2017 12:23:52 PM CST** |
| **Transaction ID:** | **3865623870** |
| **Transaction Type:** | **Card Refund** |
| **Status:** | *Pending Settlement* |

| Credit Card Information | |
| --- | --- |
| **CC Type:** | Visa |
| **CC Number:** | |

**CC Expiration:** ▮▮▮▮▮▮

**Auth. Code:** 013567

**AVS Status:**

**CVV Status:**

**Processor:** Premier Student Loan Ctr

**Currency:** USD

| Billing Information |
|---|

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮ 6454

▮▮▮▮▮▮▮▮

Foster City CA, ▮▮▮▮

US

| Shipping Information |
|---|

,

| Transaction History | | | |
|---|---|---|---|
| **Type** | **Status** | **Transaction Time** | **Amount** |
| Card Refund | Success | 11/13/2017 12:23:52 PM CST | -239.00 |
| *APPROVED* | | *Virtual Terminal [PremierStudentLoan@104.238.46.64]* | |

**11/16/2017 -** ▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you**

Marin Decl. (BBB) - Attachment A

**wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12500172, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12515828

| | | | |
|---|---|---|---|
| **Consumer Info:** |  San Diego, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 11/21/2017 12:04:50 PM

**Nature of the Complaint:** Advertising Issues
**Consumer's Original Complaint:**
This company hired a third party to call my cell phone and then they did a live transfer. The person on the initial call stated that it was a transfer within their company. It is illegal to call cell phones to engage in telemarketing. The code section that has been violated is 47 USC section 227. If you have been illegally called by Premier Student Loan Center (aka Consumer Advocacy Center, Inc,), and want to sue them for $10,000 in small claims court, the please do so. The form to use is SC-100. The violations are multiple: robo dial, pre recorded voice message, calling a cell phone, calling a number on the do not call registry, more than a two second delay, failure to provide contact information, illegal recording without notice, failure to provide a copy of their do not call policy, failure to train personnel, overt and express threat to harm me. These are just a few of the violations that you can also recover money damages for in court. Albert Kim is the name of the person in charge that I found on the CA secretary of state web page. This company is a bunch of scammers in a boiler-room filled with telemarkters.

**Consumer's Desired Resolution:**
This business needs to shut down and stop illegal telemarketing in violation of 47 USC section 501 and 227.  Stop harassing me.  Stop threatening my life.

# Complaint Messages

**11/26/2017 - Tom**
Respond to Complaint

*Dear* 


*This is Tom from Premier Student Loan Center. I have added you to the DNC list with the telemarketers and blocked them from calling you. I sincerely apologize that they have been calling you. If you need any assistance please give me a call at 949 207 1025.*

*Regards,*

*Tom*

# Premier Student Loan Center

**Case #:** 12557461

| | | | |
|---|---|---|---|
| **Consumer Info:** | ██████████ Menifee, CA ██ ██████████ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 12/14/2017 1:28:41 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Premier Student Loan Center collected money under the context that student loans would be forgiven through their services. However this is false, instead of putting loans in a forgiveness plan they transfer the loans to another company who then puts loans in an income driven payment plan. After speaking to the company my loans were transferred to under the impression of "loan forgiveness" I learned this is not true. Though my payment says $0 due, my loan is in a repayment status and in 12 months that will change depending on my income, but my loans are not forgiven and are still active and accruing interest and still need to be paid in full.

**Consumer's Desired Resolution:**
Along with a refund for the services I have paid for I'd like the company to modify/discontinue the  advertised claim because the company's advertising is misleading and unclear.

# Complaint Messages

**01/17/2018 - Tom**
Respond to Complaint

Premier Student Loan Center has contacted the client in regards to her complaint. Her issues with our company have been addressed and resolved to the clients satisfaction. Client thought that her loans would be forgiven by paying for our companies services. The program does require you to complete the entire Income Driven Forgiveness program and re-certify on an annual basis. Even though you are approved for a $0 payment, those payments will go towards the 240 qualifying payments needed to receive forgiveness at the end of the income based forgiveness programs. After the term is completed, whatever remaining loan balance is forgiven by the Federal Government including all interest. Although the client was not comfortable moving forward with Premier Student Loan Center's services, the client was very pleased with the resolution that came about. Premier Student Loan Center issued the client a full refund in the amount of $959.00 and erased all information pertaining to the client from Premier's data base.

**01/18/2018 -** ▮▮▮▮▮▮▮▮▮

Respond to Complaint

To whom it may concern,

Christian has addressed my complaints and has given me my full refund. I do hope going forward Premier does a more honest approach to they way they do business. I am still in the processing of contacting all those who I have referred and inform them of the true experience I have had.

Best of luck to Premier in their future endeavors.

# Premier Student Loan Center

**Case #:** 12570808

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Mount Pleasant, MI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 12/21/2017 10:26:29 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This organization contacted me offering me student loan forgive esss. They indicated that they were working with the Department if Education and the federal government. It wasn't until the end of the call that they revealed their company name. Since Jennifer i have researched on the Department of Education website and they do not work with any such organizations. In addition the forgiveness program for student loans that I qualify under does not exist on the Department of Education website that details these options. It appears to me to be a false representation of services. I want this company to cancel any communications on my part and to remove my information from their systems.

**Consumer's Desired Resolution:**

Written confirmation of and a release from any services from this company.

## Complaint Messages

**01/17/2018 - Tom**

Respond to Complaint

Premier Student loan Center does not work directly with The Department Of Education, but our company does submit all Income Driven Request forms to the Department Of Education due to the fact that they are responsible for the program. If you go on studentaid.ed.gov website, plenty of information can be found about the Income Driven Forgiveness programs. Premier Student Loan Center has cancelled out the clients account and erased any and all information relating to the client, from Premier Student Loan Center's Database.


**01/19/2018 -** ▮▮▮▮▮▮

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12570808, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 960

it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12601771

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Elk Grove, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/8/2018 5:42:04 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by this company, who claimed they could get my student loan "forgiven" after making 5 payments of $239 then $20 per month for 240 months. I looked on BBB and it seemed legit. I looked up some reviews and it seemed they were legit. However, after being contacted by Federal Loan Services, I was told it was a scam. No one other than the Fed Loan Service themselves can offer forgiveness or reduce a loan debt. Now I'm out money in addition to having begin making payments on my loan and the company is not returning my phone calls, nor has my load been "forgiven" or transferred out of Sallie Mae.

**Consumer's Desired Resolution:**

I would like a refund of $717 (3 payments of $239) and for my account with them to be closed.

# Complaint Messages

**01/19/2018 - Tom**

Respond to Complaint

Premier Student Loan Center has reached out to ▆▆▆ in Regards to the concerns about our company. I have not been able to connect with him at this time. As of now the Client is still currently enrolled with our company and sent in all the required information so we can process the clients IDR. Premier Student Loan Center will follow up with the client every week until the issues are resolved.

**02/06/2018 -** ▆▆▆▆▆▆▆▆▆▆▆▆

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12601771, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Hello there,

My name is [redacted], I filed complaint #12601771. The company did get back to me and is still working
on my file, so I would like to retract my complaint. Let me know what information you need from me to do so.
Thanks so much for your time.

Regards,

# Premier Student Loan Center

**Case #:** 12603812

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Tucson, AZ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/9/2018 2:27:04 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Premier Student Loan Center promised to get my loan reduced from (approx) $31,000 down to (approx) $8,000 and take care of every aspect of paying it off. I have paid them $1,000 thus far and am scheduled to pay $30 a month for the next 240 months. My first red flag was noticing that they were making their automatic withdrawals using differenames for their company each month. My second red flag was when my credit score recently dropped by 45 points (as soon as my loan went out of forbearance) and I realized that my student loan debt has increased since using their service. I just contacted the holder of my loans (Federal Loan Servicing) and they informed me that I am in a bad situation with Premier Student Loan Center and that as of now, no one is making monthly payments on my behalf. They also let me know that my loan amount has not been reduced or "forgiven", as I was promised, and that at this time I owe $31,156.33. This is absolutely not what i signed up for. I am now out over $1,000 and am that much further from paying off my student loan debt. This is fraudulent and the person i spoke to told me that it it illegal for Premier Student Loan Center to even set up my account with them like they did. She said that the government is aware that there are companies out there doing this and they are organizing lawsuits. If I don't get refunded I will contact the Consumer Financial Protection Bureau. I am very upset that none of the promises that I paid for have been fulfilled and that I have been lied to. The only reason I trusted them is because I read the complaints that i saw on the BBB website and saw that refunds were issued where things didn't go as promised. I can't afford to have been scammed and hope that this can be resolved.

**Consumer's Desired Resolution:**

I want a full refund of the $1,030 that has already been taken from my bank account and I want to be ensured that no further payments will be taken from my account. I do not want to have to close my bank account.

# Complaint Messages

**01/19/2018 - Tom**

Respond to Complaint

Premier Student Loan Center has been making efforts to contact the client, so we can come up with a resolution. I apologize on behalf of Premier Student Loan Center for the possible miscommunication. Unfortunately you do have to complete the entire Income Based Forgiveness Program to have your federal student loan amount reduced and or forgiven. Premier Student Loan Center will issue the client

a full refund once contact has been made.

**01/23/2018 -** ████████████████████

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12603812, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

I appreciate the BBB's help in working toward a resolution regarding my complaint (#12603812) with Premier Student Loan Center. Christian did contact me today and we came to a resolution. He assured me that I will be receiving a check in the mail for a full refund. As soon as the check arrives, I will contact you and let you know that my complaint has been resolved.

I appreciate you!

Thanks,

████████████████

# Premier Student Loan Center

**Case #:** 12609608

| | | |
|---|---|---|
| **Consumer Info:** |  Houston, TX ▬ | **Business Info:** |

Premier Student Loan Center
173 Technology Dr #202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 1/11/2018 7:21:00 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I have the same complaint that others have reported, so no need to go into a long story. I believe this company is scamming innocent post-grads who are trying to avoid paying back thousands in loan debt. My situation is this - I want to retract my contract and receive the almost $500 I've paid to this company. I initially spoke to Andrew who was very polite, mind you, about wanting to cancel the deal I've made with this company. He told me his boss would call me back b/c she was at lunch...she nor he ever called me back. I've called him and another rep for the company 4X in the last week - no answer, no call back. I've had to call my bank to stop future payments from this company. When I asked Andrew how he could prove to me that I wasn't being scammed, I never really got a good answer. My lesson has been learned. I'm signing up for the Public Service Loan Program with assistance (directly) from reps with the Department of Education. Also, I would appreciate my money back, ASAP. Someone needs to contact me please, thank you.
**Consumer's Desired Resolution:**
Not only would I appreciate my refund, I need to speak to someone with this Premier Studen Loan who will ensure that I will have no further issues with this company, given that I've given them VERY personal information.

## Complaint Messages

**01/19/2018 - Tom**
Respond to Complaint
Premier Student Loan Center contacted the client and resolved all the issues she had with our company. Premier Student Loan Center issued the client a full refund and erased all information relating to the client, from Premier Student Loan Center's data base. The client is pleased with the resolution that came about.

# Premier Student Loan Center

**Case #:** 12674282

| | | |
|---|---|---|
| **Consumer Info:** | <br>Chicago, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br><br>0 |

**Date Filed:** 2/8/2018 12:00:00 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

The company Premier Student Loan falsified my household size with FedLoan Servicing. They indicated my household size to by 5 when it is only 1. The company falsified my household size to FedLoan Servicing U.S Department of Education when consolidating my student loans. They indicated my household size to by 5 when it is only 1. As a result of this falsification I have to pay a higher premium to the government for my student loan repayment. FedLoan Servicing has recommended me to report this company to BBB and the Federal Trade Commission. I was required to pay $30 service fee per month to this company. I would like to be refunded this service fee totaling $480 due to their illegal activities. I first began membership with Premier Student Loan Company Nov 17 2016 and have paid them $30 each month since. I also paid $899 to start the program

**Consumer's Desired Resolution:**

I have paid the company a total of $1379 dollars over the course of 15 months of $30 per month and also paid $899 to start the program. I would like this entire amount refunded.

# Complaint Messages

**02/09/2018 - Tom**
Respond to Complaint

Premier Student Loan Center reached out to ⬛ immediately after receiving her complaint. Premier does not take errors on our clients accounts lightly and immediately addressed the situation. We are doing everything in our power to make sure all our clients have amazing experiences with our company. Due to the error on her account, Premier issued ⬛ a full refund of all the payments she has made towards our company. If there is anything else that she needs we will cater to ⬛ and push for anything else she would need assistance on.

**02/09/2018 - ⬛**
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12674282, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12681364

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Mill Valley, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/13/2018 2:21:22 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Company employs man criminals. This is one of their managers Brianna Graves. Has convicted charges stemming from fraud. http://behindthebadgeoc.com/cities//package-thief-custody-fpd-thanks-public-helping-id-suspect-via-social-media The company should get rid of all people with backgrounds in theft and fraud at THE VERY LEAST. STAY AWAY FROM THIS COMPANY

**Consumer's Desired Resolution:**

Background checks on all employees anyone with theft or fraud should be fired.

# Premier Student Loan Center

**Case #:** 12683438

| **Consumer Info:** | ██████████ Wildomar, CA ██████████ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |
|---|---|---|---|

**Date Filed:** 2/13/2018 11:31:40 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Premier Student Loan Center collected money under the context that student loans would be forgiven through their services. However this is false, instead of putting loans in a forgiveness plan they transfer the loans to another company who then puts loans in an income driven payment plan. After speaking to the company my loans were transferred to under the impression of "loan forgiveness" I learned this is not true. Though my payment says $0.00 due, my loan is an repayment status and in 12 months that will change depending on my income, but my loans are not forgiven and are still active and accruing interest and still need to be paid in full.

**Consumer's Desired Resolution:**

I would like a full refund of all money collected by Premier and not just the monthly payment of 20.00 they refunded me. Before I started making monthly payments I paid From 2/22/17-5/08/17 monthly the amount of $224.75 for a total of $899.00. I would like the refund amount of $ 899.00

# Complaint Messages

**02/14/2018 - Tom**

Respond to Complaint

Premier Student Loan Center has reached out to ██████ to resolve the issues she's currently having with our company. Once ██████ reaches out to Premier, we will issue her a full refund in the amount of $899.

**02/14/2018 -** ██████████████████

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12683438, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 970

Regards,

# Premier Student Loan Center

**Case #:** 12686677

| | | |
|---|---|---|
| **Consumer Info:** |  Virginia Beach, VA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/15/2018 3:04:50 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I continue to receive solicitations from your outbound marketing company and I continue to request to be placed on your do not call list. They continue to call me, by the wrong name have you, and hang up as soon as I say anything that does not immediately answer their question. When I call back and ask to be placed on the DNC list... they hang up on me. This is not acceptable customer service! Even if I had a desire for your services, I am so put off by the practices of someone you have partnered with to conduct business that I will not and after reviewing your BBB listing, I see that I am not alone. I would like someone to contact me in regards my complaint.

**Consumer's Desired Resolution:**

## Complaint Messages

**02/16/2018 - Tom**

Respond to Complaint

Premier Student Loan Center reached out to ▇▇▇ in regards to placing her number on our Do Not Call list. We apologized for the inconvenience this has caused her and assured her that she would not be getting calls from our company. We appreciate ▇▇▇ efforts in taking the time out of her day to address an issue that could be potentially harmful to our company. This will provide our company with more insight on how we can better serve any of our potential customers.

# Premier Student Loan Center

**Case #:** 12700076

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Beverly Hills, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/22/2018 11:40:47 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

COMPLETE SCAM. The BBB should be ashamed of giving this scam company an A rating. This company obviously posts fake reviews to boost its ratings and the BBB allows it do rig the system. They then use that rating to sucker in customers. They make telemarketing calls to persons on the do not call list and sucker them in to paying them hundreds of dollars to do something any person can do for themselves. I want a full refund and $1000 for violation of the TCPA for the phone calls placed to me. I will be suing this scam company.

**Consumer's Desired Resolution:**

Refund and payment.

## Complaint Messages

**02/23/2018 - Tom**
Respond to Complaint
We were unable to find an account associated with the clients email and phone number. In addition we were also unable to find any transactions associated with clients email, phone number, and name provided to our company.

**02/23/2018 -** ▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12700076, and have determined that this proposed action would not resolve my complaint. For your reference, details of the offer I reviewed appear below.

this company is lying. They know who I am and that they continue to call me non-stop. They need to be put out of business

Regards,

**02/23/2018 - Tom**
Respond to Complaint
If you could please provide Documentation of our services or any transaction receipts that came from
our merchant account. We can provide you with a refund with no problem.

**02/23/2018 -**
I do not accept the response made by the business to resolve this complaint
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12700076, and have
determined that this proposed action would not resolve my complaint. For your reference, details of
the offer I reviewed appear below.

You owe me at least $5000 for the TCPA violations. I am talking to a lawyer about filing a class action
against this company. I would love to serve as the class representative and put this company out of
business and there owners in jail

Regards,

**02/27/2018 -**
Respond to Complaint
Premier student loan never  provided any receipt or invoice or contract. They took my credit card
number over the telephone.

**03/03/2018 -**
Respond to Complaint
I reversed the charges with my credit card company so that matter is resolved. There is the matter of
the TCPA violations remaining. Now this company just owes me for the TCPA violations.

# Premier Student Loan Center

**Case #:** 12708275

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Bellerose, NY | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 2/27/2018 1:52:53 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
I am being harassed by this company to use their services for the studentt loan forgiveness program. I've tried to take myself off their calling lists numerous times, even so much as to go through the process so they can see i don't qualify, which i do not. Even after failing to qualify and repeatedly being told i am off their lists i continue to get 5-20 calls a month. I use my phone for business and simply cannot just ignore calls for fear of missing a clients call. This is harassment.

**Consumer's Desired Resolution:**
I would like to be taken off their call list and never contacted again by this company

## Complaint Messages

**02/28/2018 -** ▇▇▇▇▇▇▇▇▇▇▇
Respond to Complaint
I have continuously received phone calls from the mid company after following all instructions to take me off calling list. I receive at least 1 call a day sometimes up to 5 calls. I feel like i was pressured into going through their qualification process in order to be able to get off their calling list. I do not qualify for their services and yet,in spite of going through the process, not qualifying, and speaking to numerous people, i still receive calls every day. This cannot be good business practice. I feel harassed.

**03/07/2018 - Christian Stark**
Respond to Complaint
We took ▇▇▇▇ off our calling list back in January and our system has not called her back since then. I reached out to ▇▇▇▇ today and let her know that she is on our Do not call list and that other companies are reaching out to her.

# Premier Student Loan Center

**Case #:** 12715611

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ <br> Fullerton, CA ████ <br> ████████ | **Business Info:** | Premier Student Loan Center <br> 173 Technology Dr #202 <br> Irvine, CA 92618 <br> (888) 548-0476 |

**Date Filed:** 3/2/2018 6:54:12 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I get constant marketing calls from call centers regarding Student loans, some with live people others with automated prompts. All of them eventually lead and transfer to Premier Student Loan Center. It's amazing how many other complaints I read here, are answered with the "We do not call anyone, people call us". Technically that may be true but they pay telemarketers/call centers to call and once they get your name and some basic screening information you are transferred to Premier Student Loan Center. So technically the call is made to them from the call center, being familiar with telemarketing I know they pay for each screened transfer. This is crazy and illegal because Premier Student Loan Center is ultimately the cause of this harassment, even though they do not make the calls themselves from their office.

**Consumer's Desired Resolution:**

I want to get a call from whoever is responsible for hiring and contracting out the service that keeps calling shamelessly over and over again, so they can understand that what they are doing is wrong.

# Premier Student Loan Center

**Case #:** 12718941

| **Consumer Info:** | **Business Info:** | Premier Student Loan Center |
|---|---|---|
| Elmwood Park, IL | | 173 Technology Dr #202 |
| | | Irvine, CA 92618 |
| | | (888) 548-0476 |

**Date Filed:** 3/5/2018 3:37:04 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was scammed by a third party student loan company claiming that they would be able to forgive my loan under some type of policy with Obama. I was told that they would forgive my loan by half. They provided me with a new student loan provider/servicer, and set me up with a forbearance plan to make it seem like I wouldn't have to pay anything toward my loan. They said for 6 months that they would take out $199 from my account. The first payment of $199 was taken out on February 15. I also reached out to my new loan provider and was found out that me debt was not cut into to half, and that the $199 didn't go toward my loan. In addition, I was told that there were no such program that existed with Obama that forgive you loans for no reason. So, I was scammed by Premier Student Loan Center. Their main phone number is 888-548-0476. My main concern is that this company will stop operating, and scamming people. So please do all that you can to try cause that in whatever you can, because this is a big scam and many people are being frauded by them.

**Consumer's Desired Resolution:**

To see Premier Student Loan Center closed as a business.

# Premier Student Loan Center

**Case #:** 12719388

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| |  Round Rock, TX | | 173 Technology Dr #202 Irvine, CA 92618 8885480476 |
| | | | 0 |

**Date Filed:** 3/2/2018 12:00:00 AM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
The center employee said they would get my student loan forgiven for all of it, but about 6,000 dollars. When I called Premier Student Loan, Amanda, their employee stated that my entire loan would be forgiven because I am a public servant. She stated that I would only owe an amount just over 5,000 dollars and that my credit score would go up immensely due to this amount being cleared. She stated that all I would have to do is pay them $829 over 4 months and have my employer fill out some paperwork. Then all I had left to pay was $30 dollars a month for student loans for ten years and the debt would be settled. This however did not happen, instead I received notice from the Federal Student Loan Program that I would be paying them $10 dollars a month for a year and then had to reapply(do paperwork again)to see my new payment amount every year based on my last year's income. I then started paying that when low and behold Premier Student Loan Center contacts me to let me know that I still owe them $30 dollars a month for ten years, regardless of that other program. This was not what I was told at all. I explained to them what their employee Amanda had stated and that she did not explain their services in this way at all. I proceeded to tell them that I had recorded the whole conversation and they told me Amanda had since been fired for misrepresenting the company. I told them that they should still honor what they said because she was their employee at the time and that was how she had explained their services. Needless to say, they lied and now they call me several times a day everyday. I am not going to pay them. I want them to stop calling, refund me my $829 and go out of business because I am sure they have duped many people.
**Consumer's Desired Resolution:**
I want a refund and to be left alone. They LIED about their services!!!

# Complaint Messages

**03/06/2018 - Christian Stark**
Respond to Complaint
We've reached out to ▇▇▇ in regards to her complaint and apologized for any inconvenience our company has caused her. We told ▇▇▇ that we would issue her a full refund by check and is satisfied with this resolution. ▇▇▇ will consider this complaint resolved once she receives a check, deposits it into her account, and the funds clear. We will reach out to ▇▇▇ in 5 business days to follow up.

**03/06/2018 -** ▇▇▇▇▇▇

I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12719388, and have determined that this proposed action would not resolve my complaint.  For your reference, details of the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

I spoke to a representative, Mr. Stark, and let him know that I needed a letter from them with business letterhead stating that my balance is zero and my account with them has been closed due to the account, once again having a zero balance and must be addressed to me with first and last name. Mr. Stark stated on 03-05-18 that this is what letter would contain, however he immediately emailed me a letter with no salutation to me in particular, just hello and stated that my account was cancelled. It must say that I have a zero balance and that I owe them nothing and I also would like my refund check. Once I have my letter, check, and check cleared by my bank, I will consider this matter settled.

Regards,

██████████████

**03/06/2018 - Christian Stark**
Respond to Complaint
I will mail out a letter stating that you have a $0 balance with Premier. The letter will state that you will no longer be charged by our business, be contacted by our business in any way, and erase all information relating to you from our database. A check will also be sent out in the amount of @929.00 to the address you provided.

**03/06/2018 -** ███████████
I do not accept the response made by the business to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12719388, and have determined that this proposed action would not resolve my complaint.  For your reference, details of

the offer I reviewed appear below.

[Provide details of why you are not satisfied with this resolution. Please respond in this space ONLY]

I am glad to hear Mr. Stark's response, however I do not wish to withdraw my complaint or have it marked as offer accepted until I have the letter, my check, and that it has cleared my bank. Once this is done, I will consider this whole fiasco settled. Please advise as to whether or not this is feasible.

Regards,

█████████████

**03/26/2018 -** ███████████
Respond to Complaint
To Whom It May Concern,

Mr. Stark at Premier Student Loan Center resolved my complaint as requested and I am satisfied with said outcome.

Best Regards,
█████████████