# Premier Student Loan Center

**Case #:** 12751634

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Newport, VT | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 3/22/2018 3:08:38 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
They use call spoofing to call to get a hold of people when you answer its an automated system(which means they are robo calling). If you select to speak to a live person and dont answer their questions they hang up on you, if you call them out for FCC violations they hang up on you. If you pretend to be interested in their service you can get all the way to a member of the actual company but again if you bring up your complaint they will hang up on you. (If you call back the number these people call from the number isn't in service they always call from a local number.)

**Consumer's Desired Resolution:**
Honestly, I've turned them over to the FCC, I want an apology from them for using such despicable tactics, possibly even considering a suit against them for violation of my consumer rights, as well as my rights protected by the FCC, $10,000 fine for each call isn't enough for these vultures who have been calling my wife and myself almost everyday roughly 5-10 times a day for 3 months.

# Premier Student Loan Center

**Case #:** 12751648

| | | | |
|---|---|---|---|
| **Consumer Info:** |  East Windsor, CT | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 3/22/2018 3:12:18 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
I learned that this company is another "student loan forgiveness" scam and will promise you things such as greatly reduced student loan debt and amazingly low monthly payments. I am unsatisfied with the way this company presents itself as legitimate and makes false promises.

**Consumer's Desired Resolution:**
To have the $239.00 my father was charged returned to his bank account.  He is a disabled veteran and doesn't need the stress from this situation.

# Complaint Messages

**03/23/2018 -**
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12751648, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

I am writing to let you know that a refund has been granted to me by Premiere Student Loan Center (Student Loan Account Management).

Regards,

**03/23/2018 - Christian Stark**
Respond to Complaint

We contacted ▮▮▮▮▮ in regards to her complaints and have come to a resolution. We apologized for any miscommunication there was between us and alleviated the situation by issuing ▮▮▮▮▮ a full refund. ▮▮▮▮▮ was satisfied with the out come and emailed the administrators at our BBB that her complaint with our company has been resolved.

# Premier Student Loan Center

**Case #:** 12754429

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Columbia, SC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 3/23/2018 1:19:10 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Premier Student Loan Center is a scam company feeding off of hardworking people. I want no further contact with this private business and require all of my money back from them. This is not the Student Loan Forgiveness Program.

**Consumer's Desired Resolution:**

I need a record of all monies received from me and a refund of said monies. I don't care about any apology.

# Complaint Messages

**03/29/2018 - Christian Stark**

Respond to Complaint

We have reached out to ▇▇▇▇▇ and apologized for any misunderstanding there may have been about the programs and what service our company provides. Regardless of the situation, we have issued ▇▇▇▇▇ a refund of his enrollment payments made to Premier. We aim to keep our clients satisfied with our services and will do anything in our power to keep our clients happy. If there is anything else we can assist you with, please do not hesitate to call our customer support line 888-548-0476 or call me directly 949-202-1404.

**03/29/2018 -** ▇▇▇▇▇▇▇▇▇▇

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12754429, and find that this resolution satisfactory.  They have performed this action and this complaint is resolved.

However, this company had the audacity to ask me for the BBB to not post my complaint on their behalf. I refused to comply.

Post my complaint.

Thank you,

# Premier Student Loan Center

**Case #:** 12787676

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▮▮▮▮▮▮<br>Converse, TX ▮▮▮▮▮<br>▮▮▮▮▮▮▮ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/10/2018 3:16:30 PM

**Nature of the Complaint:** Advertising Issues
**Consumer's Original Complaint:**
For the last year, I've been receiving unwanted solicitations from Premier Student Loan Center and it's affiliates, National Student Help Center, United States Financial Freedom Center (all based in California) for loan forgiveness. After repeated request to remove my number from the list, they have ignored me, hung up on me, and stated that they could not help me any way in removing my contact details. I have no student debt. They continue to mirror my phone number in an attempt to disguise where they are calling from, and at no times will they divulge any information that would help someone research the legitimacy of their company. These calls range from once a week to several times a day, mostly ranging toward the latter. I can't begin to tell you how annoying and unnecessary they have become. I am at my whits end as to what to do, so i've come to the BBB for help. Most recently i've spoken with Neysha at Premier Student Load Center -- Her direct line is 949-408-4944.
**Consumer's Desired Resolution:**
I expect Premier Student Loan Center, National Student Help Center, and United States Financial Freedom Center to discontinue calling my phone immediately.  I have no student loan debt and explaining this fact to them has become exhausting.

## Complaint Messages

**04/20/2018 - ▮▮▮▮▮▮▮▮▮▮▮**
Respond to Complaint
I'm a bit confused here - The items that are being asked do not exist.  The substance and nature of my complaint are unwanted phone calls from Premier Student Loan Center.


**05/08/2018 - Christian Stark**
Respond to Complaint
We have taken ▮▮▮▮ off our calling list. He should not receive any calls from Premier. Please keep in mind that other companies may reach out to you as well. But please rest assured that we have taken you off of our calling list and you should not be able to connect with anyone that will represent themselves as some one who works for Premier Student Loan Center. Please contact my number directly if you are still receiving calls from Premier and we will look further into the matter. You can reach me at my direct number Monday through Friday 9:00am to 6:00pm PST 949-202-1404

# Premier Student Loan Center

**Case #:** 12795928

| | | | |
|---|---|---|---|
| **Consumer Info:** | Henderson, NV | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 4/14/2018 11:31:44 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

They called me regularly about being able to help me with my student loans, until I was finally desperate enough to give in. After collecting $1000 in 3 payments they were to have all of my student loans out of default, at one servicer and a large portion of it forgiven. That is what was promised repeatedly and aggressively if I expressed doubt. Now I find out I still have over $18,000 in default. They didn't do any of the things they were supposed to do, and never mentioned that they would try and take another $20 in monthly fees. This is a brutal scam and they are wrong for using manipulative tactics to get your money without providing the promised service.

**Consumer's Desired Resolution:**

I would like my money back because they didn't do anything they said they would and they shouldn't be paid for a service they didn't provide.

## Complaint Messages

**04/20/2018 - Christian Stark**

Respond to Complaint

We reached out to ▇▇▇▇ in hopes to comes to a resolution to her complaint. We want to do anything necessary to make sure ▇▇▇ and all of our clients are treated with the utmost respect and courtesy. I'm positive once ▇▇▇ reaches back out to us, we will come to a resolution and she will be pleased with the outcome to this whole situation.

**04/24/2018 -** ▇▇▇▇▇▇▇▇▇

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response. If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12795928, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

After talking on the phone we have resolved the issue and I am assured that I will receive a refund so this complaint doesn't need to post to their BBB profile, they took care of the issue right away.

Regards,

# Premier Student Loan Center

**Case #:** 12799330

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Mexico, NY ▮▮▮▮ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 4/17/2018 9:39:40 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
I called to cancel my terms with this company and was still charged $239 AFTER I called to cancel. I was told that I would receive a cancellation email and that my information would be deleted, but this has not yet happened, and I am concerned about this company having access to my personal information.

**Consumer's Desired Resolution:**
I would like a full refund of my $239 and I would like a formal document sent to me stating the cancellation of all terms between myself and this company, as well as assurance and proof that my personal information has been deleted from their records.

# Complaint Messages

**04/18/2018 - Christian Stark**
Respond to Complaint
We have reached out to ▮▮▮▮ in regards to cancelling her account, deleting all of her personal information, and refunding her money in full. ▮▮▮▮ is happy with the resolution that came about and will be emailing our administrators at the BBB that everything has been resolved to her satisfaction.

**04/24/2018 - ▮▮▮▮▮▮**
I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12799330, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Hello, I am writing in regards to complaint 12799330. I could not reply through the link I was provided so I am hoping this reaches someone. The company I filed a complaint against has reached out to me directly and has agreed to cancel my terms with them and have posted my refund. I should receive the refund within the next 5 days. As far as I am concerned at this point the dispute has been resolved, I will only contact BBB again if the refund does not end up being

deposited.

Thank you!

# Premier Student Loan Center

**Case #:** 12812487

| | | | |
|---|---|---|---|
| **Consumer Info:** |   Ironia, NJ | **Business Info:** | Premier Student Loan Center  173 Technology Dr #202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 4/24/2018 9:15:32 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I received a call from premier loan center. They stated they were contracted by the Federal Student Loan center and will be able to rehabilitate my loan. All I have to do is to make 5 payments of 239 and then I will may payments of $30 each month they stated my loan will then be out of default. If I pay $30 for 240 months the loan will then be considered paid in full. I signed up for the service and they started to take payments out of my account. I was later received a letter from the state of new jersey stating that my refund was garnished. I called the federal student loan department and they stated they have not received any payments from Premier and that premier is not contracted with them. I then called the collection agency and they stated that It appears that premier is a scam and they no payments were ever made on my behalf. I call casey Kulek and left numerous messages for him at 949-207-1034. I am in banking and saw that a refund was made so I thought the other payments would be refunded. nothing was every refunded

**Consumer's Desired Resolution:**

I desire this company to stop scamming individuals by stating they are contracted by a federal student loan  entity when they are not.   I desire a refund of the five payments of $239  I made as well as the $30 payment.

## Complaint Messages

**04/30/2018 - Christian Stark**

Respond to Complaint

We have reached out to ███ in regards to his complaint and came to a resolution to his complaint. We have issued ███ a refund of all the payments he has made with our company. ███ will be notifying the BBB that we came to a resolution and would like to have his complaint removed. We appreciate his feedback, information like this will help our company run more efficiently in the future, so all of clients will have a better experience using our companies services.

# Premier Student Loan Center

**Case #:** 12815510

| | | | |
|---|---|---|---|
| **Consumer Info:** |   Wilmington, NC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/25/2018 1:54:58 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

No one in our family has ever had a Federal Student Loan, (except wife's Pell Grant, paid in full in 1992), But this company just randomly calls a few times a month, ask generic questions, and as soon as you ask them whats the name on the file they are currently looking at, they hang up on you. Then when I call back, they say the file is mine, because its my name on the caller ID. They asked for my name, told them my first name only and he called me ▮▮▮▮▮▮▮(which I never told him my last name). He asked how that was spelled, I told him its spelled just like it shows up on caller ID. He spelled it back ▮▮▮▮▮▮▮▮
▮▮▮

**Consumer's Desired Resolution:**

An apology email from a verifiable member of management, and no more phone calls or text messages from this group.

## Complaint Messages

**05/01/2018 -** ▮▮▮▮▮▮▮▮▮▮▮▮

Respond to Complaint

I can no longer access those records, the number was blocked so it no longer shows up on any records I can access. All I can provide it a screen shot of where I call them repeatedly asking to speak with a supervisor, and then they stopped accepting calls, requesting a supervisor .

**05/15/2018 - Christian Stark**

Respond to Complaint

We have put ▮▮▮▮▮number on our Do Not Call list and ▮▮▮▮should no longer be receiving calls from or be connected with anyone representing themselves as someone who works for Premier. We apologize for any inconvenience this may have caused you and we sincerely apologize if anyone was being rude or disrespectful to you, they will be dealt with. We appreciate your feedback as this will help us ensure that our business will run in a more efficient manner. Please contact us directly if you have any questions. You will be able to reach someone in management if you call 949-202-1404.

**05/16/2018 -** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

**[A default letter is provided here which indicates your acceptance of the business's response.  If you
wish, you may update it before sending it.]**

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12815510, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12827964

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Triangle, VA | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 4/29/2018 1:02:37 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by a representative claiming to be helping me forgive a large amount on my loan. They basicaly were forgiving an amount of interest based on what the rep told me accrued over the 218 remaining payments i owned to my lender. The issue i have is i looked up Fedloan on how many payments i have remaining and its 168. So the amount of payments he quoted was a lie. The amount premier student loans are charging me are the same in a shorter time period raising my monthly payment substancially. I would like to proceed in canceling this process ASAP.

**Consumer's Desired Resolution:**

I would like to cancel this process and not deal with Premier Student loan Center

# Premier Student Loan Center

**Case #:** 12840699

| **Consumer Info:** | ████████ San Antonio , TX ████ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>8885480476 |

**Date Filed:** 5/6/2018 6:03:42 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
This company is claiming to be student loan forgiveness but it's not. They are doing five large payments and then small payments for the next 7 years then your done with the student loans which is a rip off. I want my refund. After my first payment I did my first payment of )239.00 and I want it back.

**Consumer's Desired Resolution:**
My desire solution is to stop these scam artist from hurting other people. They should not be using the BBB name because it destory the meaning of the bureaucracy.

I want a full refund.

# Complaint Messages

**05/16/2018 - Christian Stark**
Respond to Complaint
We have reached out to ████ in regards to her refund request and have refunded ████ in full. We have also cancelled out her account and deleted all pertinent information about ████, from our database. We apologize if the program was not explained to you in the proper way and appreciate the feedback. Your efforts will ensure that our future clients will have a much better experience with our companies services. Thank you for your cooperation.

# Premier Student Loan Center

**Case #:** 12847303

| | | | |
|---|---|---|---|
| **Consumer Info:** | [redacted]  Sierra Blanca, TX [redacted] | **Business Info:** | Premier Student Loan Center  173 Technology Dr #202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 5/9/2018 7:49:14 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

I'm a college graduate and had already been going through a Student Loan consolidation company, which probably isn't the best idea either from what I've just recently been seeing online. Anyhow, I've been getting calls from this company and decided to answer to find out exactly what they could offer. I already knew that I want eligible for any forgiveness, but was curious because maybe I was missing something. I got an agent and he went over the process with me and got me approved for the forgiveness program. While I was on the phone with him I was still getting calls from this company. I immediately thought something was wrong of that's happening. I complete their process and hang up. I continue getting calls from them. One time I had my husband answer to find out why I'm still getting calls from them after I completed the process. The system hung up on him. Another time I answer to all them myself. I got a live person and started asking my question and she hung up on me. This last time I tried to get a live person and got an automated voice after hours message. This is a scam and I was robbed of $239. I'll be contacting my bank regarding this issue first thing tomorrow.

**Consumer's Desired Resolution:**

I'd like to get my money back and stop getting these calls.

# Complaint Messages

**05/11/2018 - Christian Stark**

Respond to Complaint

We reached out to [redacted] In regards to her complaint and cleared up some miscommunication that may have occurred during her first initial call with our company. At this time [redacted] does not want to continue with our services and is going to attempt to get this program done by herself. I informed [redacted] that our company is still willing to help her if she is unable to accomplish getting her loan servicer to assist her in getting into a Forgiveness program and will consider calling us back in the future. We have come to a resolution with [redacted] and we have cancelled her account. We also issued her a full refund in the amount of $239.00. Since we resolved her complaint to her satisfaction, [redacted] will be letting the administrators at our BBB know that we came to a resolution and will be asking them to have her complaint not post to our BBB.

# Premier Student Loan Center

**Case #:** 12867886

| | | | |
|---|---|---|---|
| **Consumer Info:** | Unknown, Unknown<br>Unknown<br>IRVINE, CA 92618 | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>8885480476 |
| | noreply@noemailprovided.org | | |

**Date Filed:** 5/21/2018 12:00:00 AM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
see Attached document
**Consumer's Desired Resolution:**
see Attached document

# Premier Student Loan Center

**Case #:** 12874730

| | | |
|---|---|---|
| **Consumer Info:** |  New Baltimore, MI | **Business Info:** Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/24/2018 12:00:00 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by Logan Briggs of Premier student loan (Personal extension - (949) 517-7526) about a loan forgiveness program in which I would pay 5 payments of $239 (monthly) and then 240 payments of $20 (monthly) in exchange for my debt being forgiven which was around $7900 at the time through great lakes borrowing service (dept of education). After realizing that my debt was not paid off, but moved to another loan company (Fedloan) for the exact same amount of $7900, I realized that I did not received the service that was advertised to me and that I paid for. They basically stated they were paying for my student loans and all they did was move them to another company. Now I'd have to continue to pay premier for their "service" and the student loans that weren't "forgiven." I would like a full refund. (My 4 payments of $239 and to cancel any future payments).

**Consumer's Desired Resolution:**

I would like a full refund of my 4 payments of $239 totaling $956 and to cancel any future payments.

# Complaint Messages

**06/02/2018 - Tom**
Respond to Complaint
We apologize if the forgiveness program was not explained to you in the most accurate way. The forgiveness program does require you to complete the entire program before your loans are forgiven by the Federal Government. If we can please schedule a time to call you on Monday, I'm positive we can come to a resolution and issue you a full refund if necessary. I thank you for your patience in this matter. A manager can be reached at 949-202-1404, his name is Christian and he will be assisting you in anyway possible.

**06/05/2018 -** ▮▮▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint
 I called the number provided twice today and once yesterday and received no answer. I just kept getting Christian's voicemail after several rings. My issued has not been resolved and I haven't had the chance to speak to anyone about my refund. I'm cancelling my debit card that they have access to, to prevent further charges.

Marin Decl. (BBB) - Attachment A

Pl. Ex. 50
p. 1000

**06/08/2018 - Christian Stark**
Respond to Complaint

We reached out to ███ in regards to his complaint and have resolved his case to his satisfaction. I apologized for not seeing his missed calls, as he did not leave a voicemail and his call got lost in the numerous calls I receive on a day to day basis. We have refunded ███ in full and closed out his account with us. ███ will be contacting the administrators at our BBB to let them know that we have come a resolution, once the refunds we issued him make it back into his account.

**06/12/2018 -** ████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12874730, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Good evening sir. Just emailing you to inform you that my complaint/issue with Premier Student Loan center has been resolved and i have been issued a full refund in the amount that I paid. Christian from Premier was more than helpful. Thank you for your facilitation of this exchange between the company and myself.

Regards,

████████

# Premier Student Loan Center

**Case #:** 12876960

| | | |
|---|---|---|
| **Consumer Info:** | Edgewood, NM | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>9492011324<br><br>0 |

**Date Filed:** 4/30/2018 12:00:00 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

False advertising. Identity theft. I received a call from the 505 area code of my region. Upon answering the phone I was addressed by a woman who said she represented United States Department of Education for student loan forgiveness. She said that she would transfer me to an authorized agent for considering my qualifications of student loan forgiveness. I think everyone who has student loans is pretty excited to hear that they might qualify for forgiveness. So I said yes. Upon the transfer she even gave an agent number to the man I spoke to making it sound very official. When I began talking to him I asked him several times if he was an authorized agent of the United States government he said yes several times. After confirming that he was working with United States Department of Education unfortunately I shared my social security number. As the phone call went on I began to suspect that something isn't right. Mainly because my security program wouldn't let me into their site. The man also changed and edited several of my personal account without my authorization upon finding out this happened I demanded to know what was changed. After I received everything that he changed I informed him that what he was doing was illegal. At this point he informed me that they were a third-party company attaining student loans for repayment. I also informed him that posing as a government worker is against the law and taking my Social Security information without my full knowledge of what was going on is illegal. I would like to reiterate that throughout this conversation several times I expressed that I didn't feel right about the process and I also asked several times if they were working with the United States government and they confirmed That they were. Until too many red flags made them come clean. I feel like a complete idiot that I would share my Social Security number but at the same time I was let on to think that this was a government agency.

**Consumer's Desired Resolution:**

I want to know that my Social Security number safe but I don't think you can provide that service. It was my own mistake but it was made under the pretense that this company was in correlation with our government. If I am to be indemnified for any identity theft associated with this company please contact me at the information listed above.

# Complaint Messages

**06/02/2018 - Tom**
Respond to Complaint
Please let me start off by apologizing for any miscommunication that may have happened during your

phone call with our company. The only thing our company does in correlation with the Department of Education, is that we submit your applications to that agency. I'm sorry if the representative you spoke to made you feel uncomfortable with our process, he will be reprimanded. Please rest assured that we have done nothing with your personal information. All potential client accounts are automatically erased by our systems on a weekly basis, If we do not hear from you. The file with your information in it has been completely erased from our systems. If you have any further questions a manager can be reached at 949-202-1404, his name is Christian and he can answer any additional questions you may have. I thank you for your patience in this matter.

# Premier Student Loan Center

**Case #:** 12889950

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Columbus, OH | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/3/2018 10:08:08 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
I was told by this company that they were putting me into the Student Loan Forgiveness program and they have charged me $199.17/month for a total so far of $796.68. I found out by my Loan Servicing Companies that I was already enrolled in Student Loan Forgiveness and that I was not required to make any payments and they also stated that they have not received any money from Premier Student Loan company on my behalf.

**Consumer's Desired Resolution:**
I want a refund of the $796.68 that they took from me and I also want them to stop debiting my bank account.

## Complaint Messages

**06/12/2018 - Christian Stark**
Respond to Complaint

We have contacted ████████ in regards to her issues she's been having with our company. ████████ explained to us that she had already been placed in a forgiveness program prior to contacting our company. We took a further look into her account and found that ████████ was indeed correct in this matter. We have issued her a refund in full and she is satisfied with the resolution that came about. ████████ will contacting the BBB and will let them know to make her review private, due to the resolution that came about.

**06/13/2018 -** ████████████████████████
I accept the business's response to resolve this complaint

Better Business Bureau:

I wanted to let you know that I was contacted by Premier Student Loan and the matter has been resolved.

Regards,

████████████████

# Premier Student Loan Center

**Case #:** 12895235

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | East Saint Louis, IL | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 6/5/2018 8:47:32 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
Premier Student Loan Center recently contacted me collecting name email and birthdate falsely advertising student loan forgiveness. I did not continue the call as I fear the company is a scam based on further research.

**Consumer's Desired Resolution:**
I would like any and all information collected in the initial phone call be deleted from the companies database, files, and system as a whole. I do not give permission to the company to access any of my personal information.

## Complaint Messages

**06/11/2018 - Christian Stark**
Respond to Complaint
We have reached out to [redacted] in regards to his concerns about his personal information being deleted from our systems. We have deleted all information relating to [redacted] from our Database and he will no longer be receiving calls from our marketing. We apologize if you are uncomfortable with our process and would like to know if you'd want us to possibly go over your options with your loans. if you need any further assistance please call 949-202-1404, his name is Christian and he will assist you in anyway he can. Thank you for your patience and understanding in this matter.

# Premier Student Loan Center

**Case #:** 12901495

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ Hot Springs Village, AR ██ ████████ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 6/8/2018 6:19:18 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

These people call 3-5 times each day with a different number from a 562 area code. I so far have over 100 different generated phone numbers from them asking me about a student loan I do not have. They harass me daily and I've recorded just about every phone from each number and it's sideways the same business. Their listed business phone number whn you call will state they only do their processing which I've called and recorded many times. I am going to sue them and I told them I was and now I am fuming charges with the police as well. They think they're free of me but they will pay for this and most likely lose their license unless I agree to compensation.

**Consumer's Desired Resolution:**

DO NOT CALL ME EVER AGAIN!

These people call 3-5 times each day with a different number from a 562 area code. I so far have over 100 different generated phone numbers from them asking me about a student loan I do not have. They harass me daily and I've recorded just about every phone from each number and it's sideways the same business. Their listed business phone number whn you call will state they only do their processing which I've called and recorded many times. I am going to sue them and I told them I was and now I am fuming charges with the police as well. They think they're free of me but they will pay for this and most likely lose their license unless I agree to compensation.

## Complaint Messages

**06/12/2018 - Christian Stark**

Respond to Complaint

We contacted ████ in regards to his request to place his number on our marketing's do not call list. At this time we have done whats necessary to make sure that ████ will no longer receive any calls that would eventually lead him to speak with a representative at Premier. We apologized for any inconvenience and distress this may have caused him. When we spoke with ████ he had told Christian that he was not receiving calls anymore that day and will wait a few more days to make sure he is not getting anymore calls in regards to student loans. If he receives another call, he has been given Christian's direct contact number and he will contacting him if more calls are received.

# Premier Student Loan Center

**Case #:** 12901669

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▮▮▮▮▮<br>Fort Worth, TX ▮<br>▮▮▮▮▮ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/8/2018 8:07:16 PM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

Premier Student Loan Center targets individuals in student loan debt and presents to them that they qualify for student loan forgiveness programs offered by the Department of Education. The company's representatives make representations of student loans being discharged or reduced at a significant amount. The Premier Student Loan Center's contract indicates that it will prepare the documents at a cost. Premier Student Loan Center is not an agent of the Department of Education and misrepresents orally and fails to memorialize the assertions made in calls to writing. The contract presented requests confidential information for the company to act as your agent.

**Consumer's Desired Resolution:**

I prefer to not be charged for services agreed and cancelled on the same day for a misrepresentation. This company is not an agent of the Department of Education and should refrain from targeting individuals with student loans making representations/assertions that the individual qualifies for that it has no authority or knowledge to make.

# Premier Student Loan Center

**Case #:** 12903821

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | Fort Lauderdale, FL | | 173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/11/2018 9:57:21 AM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**
Premier student Loan center has taken over $1100 from my banking institution and NOT applied it
toward the student loan as promised/agreed. They also have my loan listed with a college that I NEVER
attended-, as the school I did attend, FMU, closed for accredited misrepresentation!! I have tried to
contact them, repeatedly, via phone and email with no response. Premier student loan representative
stated that my original loan of $11, 223.00 would be immediately reduced by $4000.00 once I paid a
total of $1000.00 over 4 months. I did that, and not one penny went toward my student loan. Where is
my money?? Who's account did it go to?? NOT to my loan! I want my money back and for them to stop
taking money from my account - but they will not answer
**Consumer's Desired Resolution:**
Refund and stop taking any further funds from my bank account.  where did my money go
and why is my loan not credited accordingly??

# Premier Student Loan Center

**Case #:** 12907464

| | | | |
|---|---|---|---|
| **Consumer Info:** |  DES MOINES, IA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>9492021218 |

**Date Filed:** 6/12/2018 12:00:00 AM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
see Attached document
**Consumer's Desired Resolution:**
see Attached document

## Complaint Messages

**06/19/2018 - Christian Stark**
Respond to Complaint
We have reached out to ▓▓▓ in regards to his refund request and we will be waiting for his correspondence. Once we've spoken with ▓▓▓ we will determine if he is eligible for a refund. I'm positive once ▓▓▓ returns our call, he will be more than happy with the the resolution that we will reach.

**06/22/2018 - ▓▓▓▓▓▓▓▓**
I do not accept the response made by the business to resolve this complaint
When Christian called me, he left me a voicemail. I responded to his voicemail and called him back on 6/21/18. I tried to call twice and he did not answer, so I left him a voicemail. Hoping to hear back from him soon so we can get this resolved.

**06/25/2018 - Christian Stark**
Respond to Complaint
We were finally able to get a hold of ▓▓▓ and came to an agreement to refund his account in the amount of $817.00. Since ▓▓▓ was not satisfied with our services, we issued him a refund on his account. We aim to keep all of our clients happy and our goal is provide a better experience for all future clients. If ▓▓▓ has anymore issues, he's been given Christian's direct number and he will assist ▓▓▓ in anyway necessary.

**06/29/2018 - ▓▓▓▓▓▓▓**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12907464, and find
that this resolution would be satisfactory to me.  I will wait until for the business to perform this action
and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 12909179

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | Whitewright, TX | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 6/13/2018 1:33:31 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I continue to receive unsolicited calls by telemarketers after being on the "do not call" list by FTC, engaged by this company. https://www.ftc.gov/news-events/media-resources/do-not-call-registry/enforcement

**Consumer's Desired Resolution:**
Cessation of unsolicited calls by this company to any consumer, which is in violation of FTC laws.

# Complaint Messages

**06/19/2018 - Christian Stark**
Respond to Complaint
We have placed your number on our do not call list. I apologize for the inconvenience this may have caused you. If for some reason you are still receiving calls, please call this number 949-202-1404. A manager can be reached at that number, his name is Christian and he will assist you.

**06/19/2018 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12909179, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,