ORIGINAL

1  SARAH PREIS (D.C. Bar No. 997387)
2  (*Pro Hac Vice Application pending*)
   sarah.preis@cfpb.gov
3  JESSE STEWART (N.Y. Bar No. 5145495)
4  (*Pro Hac Vice Application pending*)
   jesse.stewart@cfpb.gov
5  1700 G Street, NW
6  Washington, DC 20552
   Tel.: (202) 435-9318
7  Fax: (202) 435-5471

8
   LEANNE E. HARTMANN (CA Bar No. 264787) — Local Counsel
9  leanne.hartmann@cfpb.gov
10 301 Howard Street, Suite 1200
   San Francisco, CA 94105
11 Tel.: (415) 844-9787
12 Fax: (415) 844-9788

13 *Attorneys for Plaintiff*
14 *Bureau of Consumer Financial Protection*

15            UNITED STATES DISTRICT COURT
16           CENTRAL DISTRICT OF CALIFORNIA
                  SOUTHERN DIVISION
17

18 Bureau of Consumer Financial            CASE NO.  **8:19-cv-01998 JVS (JDEx)**
19 Protection, et al.                      **PLAINTIFF'S EXHIBITS IN
                                           SUPPORT OF PLAINTIFF'S**
20      Plaintiffs,                        ***EX PARTE* APPLICATION
                                           FOR TEMPORARY
21                                         RESTRAINING ORDER WITH
        v.                                 ASSET FREEZE AND OTHER
22                                         EQUITABLE RELIEF AND
                                           ORDER TO SHOW CAUSE
23 Consumer Advocacy Center Inc., d/b/a    WHY PRELIMINARY
   Premier Student Loan Center,            INJUNCTION SHOULD NOT
24                                         ISSUE**
        Defendants.
25
                                           **VOL. V OF VII (EXS. 50-2-50-4)**
26
27                                         **[FILED UNDER TEMPORARY
                                           SEAL]**
28

# Premier Student Loan Center

**Case #:** 12911130

| | | | |
|---|---|---|---|
| **Consumer Info:** | [redacted] Kathleen, GA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 6/14/2018 12:20:23 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I received a phone call saying that I may qualify to have my student loans forgiven. I listened to determine if it was a scam or not. As the guy on the phone asked for my information, I simultaneously googled premeir student loan center. There were mixed reviews, some saying it is a scam others saying they loved the service. I decided to hear the terms. After the guy told me the terms, he asked for a credit card for my first payment. I told him I wanted him to send me the terms in writing for me to review before I sent any credit card information. His tone changed and he asked, "What terms? I just told you. You have to make the payment. Then I'll send all the paperwork to you." That obviously was a red flag and alarm bell. I told him I wasn't giving my card information to be charged for something I don't even have the details or contract on in my hands. He tried to explain. I hung up. Now every day since then, multiple times a day, I get calls from these people. They spoof their number to make it appear they are calling from a local number so you will answer. I have blocked each number they call from. No matter how many numbers I block, they call from another number. I called the number online for them. A guy, Gary, answered and said he would take me off the call list. I have still continued to receive almost hourly calls from these people. I have pressed the button to be taken off the call list. Still being called. I called the number again today. To my surprise, GARY answers again. When I asked him what more do I need to do to be removed from the list, he responded how do I know it's them calling me. He said they are a legitimate company and a Premeir company in Orlando is the one calling me, that I need to get my facts straight. I said it IS Premeir calling me, all the reports on the Better Business Bureau are right, and I'm making a complaint as well. He responded, "Well, why did you call me then?" Very rude and unprofessional. I want the harassment to stop!

**Consumer's Desired Resolution:**

Take my name off the list for real and do not contact me again!

## Complaint Messages

**06/19/2018 - Christian Stark**

Respond to Complaint

We have reached out to [redacted] and apologized for any calls or rude behavior that may have came from our representatives. At this time we have taken all the necessary steps to ensure that [redacted] will no longer be receiving phone calls from our company. If she receives another call, she has been given a managers direct number so she can report any additional calls received by our company.

**06/21/2018 -** ▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12911130, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 12913317

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Opelousas, LA ▇ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/15/2018 12:37:00 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**

I have about $32k in student loans. I was contacted by this company to help me. I filled out paperwork, sent all required information. I began paying the SL Acct Mgmt $239 a month. I was told that this was going toward my loan and would be paid for 6 months and then a $0 payment. I am not done with the 6 months and have tried to contact Justin Clark due to receiving notice from FedLoan stating they needed more information. I have not gotten any news from Justin who is supposed to be helping me. Now, I have other companies calling to help and am so lost. I need some help in this matter. I just had to call my loan servicing with Fed Loan due to missing information. I would like to be paid back in full the money I have sent this company. They were supposed to handle things like this and have not done so. I will go through my loan servicing company myself.

**Consumer's Desired Resolution:**

I want a refund. My first payment was on 4/05/18, then 5/05/18, and the last payment on 6/07/18. I will be putting a stop payment and expect to start or receive back the monies I have submitted thus far which is a total of $717.

# Complaint Messages

**06/22/2018 - Christian Stark**
Respond to Complaint

We spoke with ▇ in regards to his refund request and found it necessary to issue him a full refund. Prior to our company contacting him, ▇ was already in the process of a loan forgiveness program and was confused about our companies services. We apologized for the miscommunication that lead him to pay for a service that was not necessary for him. We have completely closed out ▇ account, issued a full refund, and erased all information relating to him from our Database.

**06/23/2018 - ▇**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12913317, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action

and, if it does, will consider this complaint resolved.

Regards,

█████████

# Premier Student Loan Center

**Case #:** 12923288

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Waxhaw, NC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/20/2018 8:20:48 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I clicked on a link on Facebook and received a text message and a then a phone call. The gentlemann on the phone asked me questions about my federal loan and said he would see if I was eligible to receive loan forgiveness. I gave him my email and birth date. He then said I would be emailed a six digit code and he needed that code. I gave it to him, not knowing that that code was allowing him to change the password on my FSA account. He did not inform me that this is what he was doing. He then sent me another email and I had to fill in a new ID and password that he had created. It sent him something. I don't know what, but he said he received it. He put me on hold for a couple minutes and came to tell me that I qualified. I questioned him about changing my password and that I did not feel comfortable. He told me info about how I should trust him and this was legit. He then told me how much I would save, and when I continued to question him about the program he was rude and said how could I not want to save that much money. I told him I was done and hung up. I feel very uncomfortable about the call and I am very concerned about my information being stolen.

**Consumer's Desired Resolution:**

I would like to know if this is a true business. I would like peace of mind that my information has not been stolen.

# Complaint Messages

**06/25/2018 - Christian Stark**

Respond to Complaint

We were finally able to get a hold of ▮▮▮ and came to an agreement to refund his account in the amount of $817.00. Since ▮▮▮ was not satisfied with our services, we issued him a refund on his account. We aim to keep all of our clients happy and our goal is provide a better experience for all future clients. If ▮▮▮ has anymore issues, he's been given Christian's direct number and he will assist ▮▮▮ in anyway necessary.

**06/28/2018 - Christian Stark**

Respond to Complaint

"We have made efforts to contact ▮▮▮ is regards to the safety of her personal information. All of the information on ▮▮▮ account has been erased from our Database. Her information is safe and is no longer on file. We apologize if you were uncomfortable with our process and are hesitant to move forward with our companies services. If you'd like to speak to a manager, a manager can be reached at 949-202-1404. His

name is Christian and he will assist you in any way he can."

# Premier Student Loan Center

**Case #:** 12942046

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Georgetown, TX | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 7/1/2018 1:18:08 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Hello, my name's [redacted] and I graduated from A&M in 2015 and came out with $24,000+ in loans with FedLoan. This past March, someone from a company called Premier Student Loan Center contacted me and claimed they'll do a student loan forgiveness program where they'll pay the rest of my loans (20,000+) and I'll pay $8395 with them instead with $239 for the first five months and $30 for the next 240 months (I already paid them for the first four months). I signed up for their program and I just researched more about them and worry that it's might be a scam. My FedLoan account now says it's paid in full, but I got an email from them saying I got a new service account on Navient. It says I don't have any payment due currently, but the total current balance still says $20,992.87 (what I have left before I joined the program). Everyone online says it's a scam, so what should I do to get my money back and resume paying my loans the old-fashioned way? Do I contact them personally to request a cancelation and refund or I will contact the federal government or someone about them? I don't know who to ask to talk about this company or process. I also emailed Navient about the scam and they stated the following: "Your Direct Consolidated loan that is currently serviced at Navient contains nine individual Stafford loans that were previously serviced at FedLoan Servicing. From what I can see Premier Student Loan Center completed a Direct Consolidation application for you and none of the funds you are paying them are being applied to your student loans, or counting towards any Federal loan forgiveness programs. You do not have to continue to pay them any money."

**Consumer's Desired Resolution:**

I signed an agreement with the Premier Student Loan Center and I would like them to terminate the agreement and refund for the money they got from me ($239 each for four months).

## Complaint Messages

**07/03/2018 - Christian Stark**

Respond to Complaint

We made an effort to get in contact with [redacted] and took care of his concerns today. There was some confusion about what our company does as a service and what our enrollment fees are going towards. The fees do go toward the consolidation of your student loans and then placing those loans into an income based forgiveness program. We apologize if there was any miscommunication in regards to where your payments were going and we hope to make amends with you. We agreed to refund your

account in full due to the miscommunication that may have happened. At this time we have completely refunded the money paid towards enrollment fees and have also closed out your account. If you have any questions please do not hesitate to call our office.

**07/03/2018 -** ▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12942046, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 12971610

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ Grand Junction, CO ███ | **Business Info:** | Premier Student Loan Center |
| | | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 7/17/2018 1:24:20 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I receive 2-3 automated calls daily from this business (using a different local number each time). I finally stayed on the line, walked through the process, asked for the comp[any name, and asked to be removed from the call list, at which point the company hung up on me

**Consumer's Desired Resolution:**
Take me off the call list, never call me again

## Complaint Messages

**07/19/2018 - Christian Stark**
Respond to Complaint
We have placed ████ number on our Do Not Call list and he will no longer be receiving calls that will connect him with a representative from our company. We apologize for the inconvenience this may have caused him and hope that a response to this matter will be a sufficient resolution. If you receive any more calls please contact our Manager Christian and he will make sure that you are taken care of. His direct number is 949-202-1404, please do not hesitate to call.

# Premier Student Loan Center

**Case #:** 12974276

| | | |
|---|---|---|
| **Consumer Info:** |  Baltimore, MD | **Business Info:** |

Premier Student Loan Center
173 Technology Dr #202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 7/18/2018 3:16:23 PM

**Nature of the Complaint:** Advertising Issues
**Consumer's Original Complaint:**
Premier Credit Union (SCAM) has been calling me everyday for the last couple months. I have asked them multiple times to take me off their list. I have been receiving unsolicited text messages. The message urges the recipient to call a provided number regarding compromise on their student loan debt. They call at all hours of the day. I believe they are a scam.
**Consumer's Desired Resolution:**
Stop contacting me.

## Complaint Messages

**07/24/2018 - Christian Stark**
Respond to Complaint
We have reached out to ▮▮▮ in regards to his complaint and apologized for any inconvenience we may have caused him. At this time we have completely removed ▮▮▮ number from our systems and forwarded his information to our marketing so he can be placed on the internal Do Not Call list. He will no longer be receiving calls that will eventually lead him to a representative at Premier. If you have any questions please contact our manager Christian and he will gladly assist you in any way he can.

# Premier Student Loan Center
**Case #:** 12980455

| **Consumer Info:** |  Rossville, GA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |
|---|---|---|---|

**Date Filed:** 7/20/2018 5:00:37 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Two days ago on a Wednesday I spoke with Ryan Sinclair. I was automatically skeptical when he asked for my ss#. Though my student loans is something that I have been ignoring for a while. The deal he offered sounded amazing. All I had to pay was 215 $ once a month for 6 months then pay 20$ a month going forward. That I had to make the first payment by Friday. I said I would see what I could do. It would be better for me to start in 2 weeks. I had to cut the call short because, I had to get to work. So through out the day I spent my breaks talking to him. I gave him my payment method. After the fact he told me the 6 payments would not go towards my loans. Which threw me off. While at work I checked the company out. There are mixed reviews on BBB and I decided to follow what most complaints were. I called Ryan at the end of the day and told him I wanted to check my facts that I did not want to go through with it until I did so. I would call back Thursday and let him know for sure. Well Thursday I called my servicer on my loans and actually got everything sorted out. I called Ryan back and told him to cancel it . Who then, ridiculed me and stated "Oh so you became a loan specialist over night." He then tried to sway me saying the first payment could be pushed past Friday. Though Wednesday he said no to that option. He assured me no payment would be made. Well today Friday I had a missed call from a processor who left a message saying I needed to send my documents in. So I then checked my bank account and behold the 215$ was missing. Then I had to leave work early to call them. I spoke with Ryan. I was obviously upset demanded a Supervisor and he hung up on me. I tried calling back no answer. Then it was incredibly difficult to find a number. I called the # BBB has for them and spoke with two gentleman who said my money would be refunded and it would be cancelled and 3-5 days I should see it reflect on my account. Good thing I have a little savings.

**Consumer's Desired Resolution:**

I would like my calls to be listened to and Ryan to be coached. I would also like no more contact with the business once my refund has been made.

Also I would like the customer service number to this Business  to be readily available. Were it can easily be found.

## Complaint Messages

**07/26/2018 - Christian Stark**
Respond to Complaint

█████ called our customer service number and was able to speak with a representative who informed her

that she would be receiving her refund. We apologize for any miscommunication and will see to it that Ryan is reprimanded for his actions. At this time we have completely closed out your account and your funds should now be available. If you have any questions please do not hesitate to call our customer support line 888-548-0476.

# Premier Student Loan Center

**Case #:** 12979975

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Woonsocket, RI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 7/20/2018 2:24:43 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Earlier in 2018, I was contacted by Daisy in Processing about my yearly re certification. I emailed her back the information that was requested and she emailed me back a few days later stating my new monthly payment would be $0/month. A month or so later, I noticed in my bank statements I was being charged $30 a month for something, being debited from Premier Student Loans. I immediately emailed Daisy and asked her what this charge was for as I do not recognize what I'm being charged $30 (twice) for. No answer. Emailed again. No answer. I emailed her 5 times to be exact and not one reply whatsoever. The emails did not get kicked back so I know they went through. I filed a claim with my bank to get my money back and I did. I had to cancel my debit card and everything. In the mean time, I received calls and emails from PSLC about a declined $30 payment. Now this is the SECOND time, second time, within a year I've had problems with this company, as last year I called and emailed and tried to contact another associate about some questions I had and ALSO did not get a response. Come to find out, if my questions had been answered when I asked in the first place, I would have realized my credit score was taking a severe hit. My credit score dropped over 100 points because of that. How does a company operate when they do not respond to their clients? Not one but TWO separate people ignored my attempts of contact. Fool me once, shame on you... fool me twice, shame on me.

**Consumer's Desired Resolution:**

Answer your phones when people call you. Answer your emails when people email you. I am not requesting a settlement because the damage has already been done and it will be a waste of my time to continue to be beyond frustrated. It will take me YEARS and $$$ to repair my credit. Make sure my account with PSLC is completely deleted with all my personal info and documents, I will be taking my business to another company.

# Premier Student Loan Center

**Case #:** 12989163

**Consumer
Info:**



Brooklyn, NY

**Business
Info:**

Premier Student Loan Center
173 Technology Dr #202
Irvine, CA 92618

**Date Filed:** 7/25/2018 2:33:11 PM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
see Attached document
Click here to Get the File - use the Password:
https://bluecomplaints.bbb.org/attachment/?c=12989163
**Consumer's Desired Resolution:**
see Attached document

## Complaint Messages

**08/02/2018 - Christian Stark**
Respond to Complaint

We issued ███████ a refund as soon as we saw he filed a complaint against our company. We would have refunded you no questions asked if you called in and requested a refund. We apologize for any miscommunication that may have occurred and hope that closing out your account and issuing you a full refund will resolve your complaint to your liking.

**08/02/2018 -**

I accept the business's response to resolve this complaint

Better Business Bureau:

I wish to receive my refund of 239 dollars from the company primer Student Loan Center, because I was definitely not paying for services that would benefit me in the long run. And I talk to the people at FedLoan Servicing and they agree to the fact that not only with this Student Loan Center not affect my student loans anyway, but the money would go straight to them instead of benefiting me whatsoever. In that situation instead of paying these third party Student Loan Center ; which doesn't have any effect on mystudent loans at all, I could have just been paying FedLoan Servicing instead. So instead with that money I would like to pay my student loans.

I have reviewed the response made by the business in reference to complaint ID 12989163, and find that this resolution would be satisfactory to me. I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13005707

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Windsor Locks, CT | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/2/2018 3:27:54 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted by Premiere Student Loan Center of California, in July of 2017, offering to look at all of my student loan debt and see if I was eligible for any student loan forgiveness. I am a teacher so I do not remember if they knew that or I mentioned that, but we got on the track of teaching at a low income / non profit school and they got back to me in August 2017 stating they would be sending a form to me to fill out to verify this was indeed the institution where I teach. They asked for upfront the following payments that I completed from my back listed above. 8/14/17 payment of $248.75 and 8/12/17 payment of $248.75 and 10/12/17 payment of $248.75 and 11/13/17 payment of $248.75. Then they assured me the repayment plan would be this: 120 payments (monthly totaling ten years) of $30 to THEM (not my student loan company which is fedloanservicing.gov (totaling $189,000) starting 12/12/17 $30.00 every month until June 2018. When you go to their website they are VERY misleading when they show at the bottom of their page BBB approval A-, which implies they are BBB accredited but when you go to BBB site they flat out state that Premiere Student Loan Center is NOT BBB accredited. Now I returned to Walden University May of 2018 to finish my PhD and my actual student loans, at fedloanservicing.gov, were put on an in-school deferment status. But Premiere Student Loan Center still collected. I found out today, from fedloanservicing.gov (Nadine - conversation was recorded) that they did receive a form in November showing I do teach a nonprofit school and therefore AM eligible for student loan forgiveness, but she assured me based on my income and family size my ACTUAL repayment is $0.00 for 120 months. Repayment with my actual loan servicer fedloanservicing.gov has NOT yet gone into effect; they have not received one dime from any of the monthly payments I have been paying to Premiere. The $1000 (4 initial payments of 248.75) was for NOTHING. No payment made

**Consumer's Desired Resolution:**

I would love my money back, since according to the US Federal Gov it is free to apply for forgiveness programs and fill out the paperwork. They lied, misrepresented themselves, and have not put one dime of the $30 monthly payments towards my balance.

# Complaint Messages

**08/10/2018 - Christian Stark**

Respond to Complaint

We apologize for the miscommunication that may have happened between you and the initial representative you spoke with. The day you looked at our BBB there was a glitch in the BBB's system and

temporarily said that we were not an accredited company with the BBB. But I assure you we have been an accredited business with the BBB since October 8, 2015. If you go to the BBB and look up our company it will show that we are indeed accredited with the BBB. I apologize if that alarmed you, but the problem has been fixed. We hope you've received the refund check we sent last week and hope that helps put faith back into our company. We apologize for any inconvenience this whole ordeal may have caused you.

# Premier Student Loan Center

**Case #:** 13005734

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Johnson City, TN | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/2/2018 3:37:56 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I won't lie I feel taken advantage of. This company advertised their ability to lessen my student loan payments when in reality they transferred my loans to a different service provider with a higher interest rate. I began to do research and found that none of my payments were going towards my loans and that this company has a bad reputation for misleading customers. Immediately I wanted to end their services. I was told I would not be issued a refund but that I could cancel the contract. I have followed up three times and informed it would be taken care of, but low and behold a month later they are requesting payment for their services. I am beyond frustrated trying to get a seemingly easy result.

**Consumer's Desired Resolution:**

I want to ensure that they will have no time in my student loans going further.  They have already done damage I can't undo.

# Complaint Messages

**08/10/2018 - Christian Stark**

Respond to Complaint

We reached out to ▇▇▇ in regards to her complaint and have not yet had the opportunity to speak with her in regards to the matter. We want to ensure that she is treated properly and leaves our company satisfied about the outcome of her complaint. We will contact her again Monday to follow up with her matters.

**08/14/2018 - ▇▇▇▇▇▇▇▇▇▇▇▇**

I do not accept the response made by the business to resolve this complaint

The company has attempted to reach out to me but never at the scheduled or told time. I.e their response was I'd hear something Monday,  nothing.  Same thing with the first contact Christian said he'd reach out later in the afternoon and he did not.

**08/14/2018 - Christian Stark**

Respond to Complaint

We spoke with ▇▇▇ in regards to her complaint this morning and resolved the whole situation to her liking. We apologized that we weren't able to reach her after we had left messages letting her know we

were trying to get in contact with her. We understand that sometimes phone calls are missed and that playing phone tag can be very frustrating. We wish you good luck in all your future endeavors and if you ever have any questions, please do not hesitate to call our company. We would gladly assist.

**08/15/2018 -** ▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13005734, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 13033209

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████ | **Business Info:** | Premier Student Loan Center |
| | Greenville, MI ███ | | 173 Technology Dr #202 |
| | ████████████ | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 8/14/2018 3:45:05 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company called me offering the student loan forgivness and I continued to say i was interested and go through the process. They got all of my information and even asked for 2 paystubs which I did send and they claim they did nkt recieve. The deal was that they pay my original student loan funder (navient) in full then I make 5 large payments of 199.99 for 6 months to the new consolidated loan of 5000 they were to set up. I had called and called this company to try to figure things out with no call returns. They took the first payment which i want refunded because I have contacted navient and they have not payed anything of the loan they just changed my username and password so I coukdnt check it. When I called the pslc today to ask I finally got someone on the line and they hung up on me as soon as I asked a question. I want my refund and I want them to shred my information. This was a scam.

**Consumer's Desired Resolution:**

I want a refund and I want all my information with this company erased. And no future patments to be taken from my account.

# Complaint Messages

**08/15/2018 - Christian Stark**
Respond to Complaint

We contacted ████ to take care of her complaint today and made an effort to make sure she was taken care of. We apologized for our representatives rude behavior and will have that representative reprimanded. We issued her a refund as requested and closed her account. All information relating to ████ has also been erased from our database. If there are any additional questions that need answering, please do not hesitate to call.

# Premier Student Loan Center

**Case #:** 13034379

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Chattanooga, TN | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/15/2018 1:39:56 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

They contact me about reducing my loan debt from 14k to 3994.00 they explained I would make 5 payments of 239.00 a month and the 20.00 a month for 120 months to relieve my debt and boost my credit report by making on time payments. My credit report reflects that the my loan amount had been taking out with a company called NetNel and it was reflecting a deferred loan in my name until September 1st 2019 and my old loans were closed. So I am completely confused. Where has my money went because the loan company said they have received no payments at all and that premier could not charge me to provide this service and that I could do it on my own.

**Consumer's Desired Resolution:**

I would like a refund of all the money I have paid to premier student loan. I would like to receive it in a timely manner as well.

## Complaint Messages

**08/17/2018 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮▮ in regards to her refund request and have deemed it necessary for her to receive a full refund. We apologized for any miscommunication that may have occurred and have now completely closed out her account. We apologize if them program was not communicated to you in the proper way. Thank you for your feed back, it is much appreciated. Please do not hesitate to call if yo have you need any additional assistance.

# Premier Student Loan Center

**Case #:** 13036303

| | | | |
|---|---|---|---|
| **Consumer Info:** | Austin, TX | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/15/2018 6:15:30 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Premier Student Loan Center is using a company which employs robo calls to contact me, on my cell phone, which is on a business line, and on a registered DNC list. These robo calls use spoofed local area numbers to confuse consumers into answering and attempt to hide their identity. I was called 5 times today; the robocaller left messages on my voice mail identifying them When I spoke to Troy after providing him with enough information to email me I asked him what was the companies policy with regards to contacting people on DNC lists. He informed me that he would contact the company used to call people but that his company was not responsible for the business practices of their partners. I informed him that I disagree that they are responsible. He then said my claim was "ridiculous" and that he would not remove me from the list and to "keep picking up the phone". Telephone Consumer Protection Act, (TCPA)47 U.S.C. 227(b)(1)(A)(iii) prohibits calling cell phones (whether the call is from a live or a recorded message).47 U.S.C. 227(b)(1)(B) prohibits calling landlines or cell phones with a recorded message unless the company calling has a business relationship with the recipient.47 U.S.C. 227(b)(3) provides consumers harmed by violations of the TCPA with the right to sue the violator for $500 per violation. If the violator knowingly broke the law, the court can order them to pay up to triple damages.Rules and Regulations Implementing the Telephone Consumer Protection Act47 C.F.R. 64.1200(b)(1) requires that recorded messages state the identity of the business responsible for the call at the beginning, and 64.1200(b) requires that they state the telephone number of the business during the call.47 C.F.R. 64.1200(c)(2) prohibits calling any number on the national Do Not Call list.Rules and Regulations Implementing the Telemarketing and Consumer Fraud and Abuse Prevention Act16 C.F.R 310.4(b)(iii)(A) prohibits calling anybody who has previously asked not to be cal

**Consumer's Desired Resolution:**

I am seeking compensation for 5 violations in accordance with 47 U.S.C 227(b)(3) for a total amount of $2500.

# Premier Student Loan Center

**Case #:** 13038575

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Forney, TX | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/16/2018 5:20:20 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This complaint is regarding what is believed to be a scam company referenced as Premier Student Loan Center allegedly located at 173 Technology Dr #202 Irvine, CA 92618 (likely a drop box) with various telephone numbers that appear to be local. PSLC called me today at 3:14pm from 972-849-8164 (Grand Prairie, TX). After multiple disregarded calls from them, I answered this call. The lady asked for my name and how much I owe in Student Loans, then transferred me to another lady who was going to tell me all about the forgiveness program. Enjoying the amusement, I decided to listen up. She again asked for my name and amount I owed. I informed her the lady gave her that information when she introduced the call, and I only want to know about the program. She said she would just make it up, I said OK. She then proceeded to explain the program to me and stated the Department of Education will pay my loan off through PSLC, take it back and lower my rate. I responded, first off, the Department of Education isn't paying off anything, they never have or will so let's get that straight. She immediately started yelling to the top of her lungs, stating I work with loan forgiveness and you don't know what you're talking about, you are trying to tell me you know everything, I don't understand the point of this call if you refuse to let me talk. She paused for a second and I started laughing and asked why she was so upset, she then started up again, I'm not upset, I'm not yelling, you're yelling, then she put me on hold for 3 minutes and disconnected the call. As comical as it may be to me, I'm fortunate to have a career where fraud is identified regularly, but others aren't so lucky. This company need to be shut down, sanctioned and fined for these illegal practices and taking advantage of misinformed and disadvantaged people!

**Consumer's Desired Resolution:**

This company need to be shut down, sanctioned and fined for these illegal practices and taking advantage of misinformed and disadvantaged people! They should also pay me a settlement for harassing me with all these scam calls.

# Premier Student Loan Center

**Case #:** 13048114

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Wolcott, CT | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 8/21/2018 7:20:28 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

In March I was contacting by Premier Student Loan Center with a deal to help me with my student loans. Now the agreement was pay $200 for 6 months then pay $40 for the following months. I'm ok with the arrangement my problem is now this is month 6 so I contacted the guy I dealt with to make sure that this month would be the last time $200 is taken out of my account and next month (September) would start the $40 a month payment. I have called multiple times and emailed and haven't been contacted back. It makes me worried that I have been scammed. I need answers...ASAP

**Consumer's Desired Resolution:**

I want to be contacted by the business confirming our deal and I also want BBB to send me something that assures me that this business is accredited and that I'm not being scammed.

## Complaint Messages

**08/28/2018 - Christian Stark**

Respond to Complaint

We reached out to ▇▇▇▇ in regards to her trouble getting a hold of a certain representative from our company and apologized that her calls were not being returned. We informed ▇▇▇▇ that the person she was calling was no longer an employee at our company and that was the reason no one ever returned her calls. We gave ▇▇▇▇ our customer support number so this does not happen again moving forward. Our customer support line is open from Monday through Friday 7:00am to 6:00pm PST. She will be continuing our companies services and is pleased with the outcome of her complaint.

**08/28/2018 - ▇▇▇▇▇▇▇▇▇▇**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13048114, and find that this resolution would be satisfactory to me.  I spoke with the business and they fixed my issue so I have no complaint with them anymore. I would like this complaint to be removed from their business records.

Regards,

# Premier Student Loan Center

**Case #:** 13062577

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Myrtle Beach, SC | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 8/28/2018 7:51:04 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Back in June I received a call from Sheldon Morphis claiming that he can help me with student loan forgiveness. Sheldon stated that I could get 90% of my student loans forgiven with their company. After giving Sheldon my info, he stated that I could pay $5000 and have the remaining loans forgiven. Sheldon explained that the $5000 would be broken down into 6 payments of $199 and then $40 after that until the $5000 was paid off. Sheldon informed me that I would receive a call from their processing department (SL Account Management) to finalize the payments. After making two payments of $199, I received an email from James Bausch stating that I have a new loan servicer Fedloans. The email stated that I will have to start making payments to them of $10 a month . I tried several times to contact Sheldon with the contact information that was given to me with no luck. I also called James with no luck. After calling the toll free number that was in the email I did speak with a customer service rep who basically fast talked me when I tried to get an explanation on how the program actually works. The customer service rep stated that after I make the payments of $199 for 6 months and $40 after until the $5000 is paid the remaining balance of my loan will be forgiven. When I asked him why I was still liable to pay $10 a month? He stated that unfortunately that's how the program worked. I felt taken advantage of and called back anbd spoke with Vincent Pham who cancelled any future payments but would not refund the $398 I paid. Premier Studant Loans misled me into participating in a program that was not needed. Leaading my to believe that if I pay $5000 my student loans would be forgiven. Basically they are just charging to file paperwork for income based payments with the Dept. of Education when you could do that for free on your own.

**Consumer's Desired Resolution:**

I would like Premier Student Loans to refund my $398 that was taken from me under false pretense.

# Complaint Messages

**08/31/2018 - Christian Stark**
Respond to Complaint

We reached out to [REDACTED] about her complaint and figured out with each other what went wrong during her experience with our company. She was told that her payments to us were going towards her student loans and not for the services we were providing. We also figured out that she did not need our services as she was already enrolled in a forgiveness program. This qualified [REDACTED] for a full refund and

have issued the refund as stated. If ███████ has any questions she has a managers number readily available, who she can call at anytime.

**08/31/2018 –** ███████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13062577, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

██████████████

# Premier Student Loan Center

**Case #:** 13063883

| | | | |
|---|---|---|---|
| **Consumer Info:** | Belleville, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/29/2018 1:35:36 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company was supposed to help me with my student loans and help me to get loan forgiveness. I have to pay them $250 the first 3 months then they got my payment down to $30 a month. I been paying them over a year thinking I was paying toward my student loans until I rec'd a email for Fedloan saying I owe them $329! I call up fedloan they advised me that they haven't rec'd a payment for me since 2010. I will a refund so I can be current with my actual student loan lender. Because of the company I am behind on my student loan payments and my credit score has dropped.

**Consumer's Desired Resolution:**

Refund – of the amount paid for products or services if they were not delivered or were unsatisfactory.

## Complaint Messages

**09/06/2018 - Christian Stark**
Respond to Complaint

We contacted ████ about her complaint and have not heard back from her. We understand sometimes people may be busy with their day to day life and we will patiently wait for her response. We would like the opportunity to address her concerns and possibly issue her a refund. If she would like to contact someone immediately she can call 949-202-1404, she will be able to reach a manager with the number provided.

**09/06/2018 - ████████████**

I do not accept the response made by the business to resolve this complaint

No need to be contacted just send me a refund so I can get current on my student loan

**09/14/2018 - Christian Stark**
Respond to Complaint

We have completed ████ refund request and have cancelled out her account. If she has any questions she can call our toll free customer support line for assistance.

# Premier Student Loan Center

**Case #:** 13081547

| | | | |
|---|---|---|---|
| **Consumer Info:** |  New Bern, NC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 9/7/2018 5:52:27 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I received a call from Nicole from Premiere Student Loan Center describing a process to decrease my student loan balance by 90%. The first six payments are to be $220.00 and after that the payments would be $45.00 for 4 months the remainder of the payments would be 40.00 for the term of the loan. I have made several calls to Nicole's number 949-207-1573 to cancel the contract however she never answers. The number posted on my account where the payment was taken is 888-283-9631 which rings and put you on hold. When the phone is answered, the recorded voice is very distorted so it can't be understood. The reference number is 5723. The item is listed as Professional Services Not Elsewhere Classified. Also received a call from Jessica from the Processing Department regarding the Student Loan Forgiveness Program needing to go over the next steps to continue with my file. Jessica's number is 949-202-4076. I have called her several times and she does not answer the phone.

**Consumer's Desired Resolution:**

Not have any more money taken out of my account and get contract cancelled.

## Complaint Messages

**09/14/2018 - Christian Stark**

Respond to Complaint

We have cancelled out ▇▇▇▇ account and issued her a refund. We apologize if you were experiencing trouble with our phone systems. We are currently revamping our systems and there have been a few glitches. We apologize for all the confusion. Please do not hesitate to contact us if you have any questions or concerns.

# Premier Student Loan Center

**Case #:** 13084373

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| |  Philadelphia, PA | | 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/10/2018 10:59:11 AM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This is a scam company who charge you for a service and then never do it. They advertise 'student loan forgiveness' or 'lower student loan payments.' They charge you hundreds of dollars and say 'they' can do it but in reality don't actually do anything at all. This company charges you for services that you can go do yourself for free. They hacked my account on a student loan government website and changed all of my information. I was contacted by my student loan provider that red flags went up about this company.

**Consumer's Desired Resolution:**

People need to be made aware that this company is fraudulent.

## Complaint Messages

**09/18/2018 - Christian Stark**

Respond to Complaint

We reached out to ▉ in regards to her concerns. We were never able to reach her to discuss these issues. So our company went ahead and cancelled out her account with a full refund. We never were able to proceed with her program and we have now deleted her information from our systems. If ▉ has any questions, she can call our company any time for assistance.

**09/18/2018 - ▉**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13084373, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▉

# Premier Student Loan Center

**Case #:** 13086023

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Holyoke, MA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/10/2018 8:16:27 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

For months I have been contacted by this loan service agency and I had refused them serveral times, asking them to put me on their do not call list because I suspected they were phishing and were scammers. Today they caught me at a weak moment and I let the customer service agent get personal information out of me. I know now that my loans could never actually be forgiven. I gave my debit card info so I phoned company back to try and get someone to cancel all that was already done on previous phone call. The man I spoke with apologized and stated that he would send me a cancellation notice and guarantee that they will not move forward, of course I never get that email and I'm sure he didn't put me on that do not call list. Now I'm gonna hav to go to my bank and close down my cards and worry about what will happen with my other personal information.

**Consumer's Desired Resolution:**

I want this company to cancel any plans to bill me or use my debit information for billing or charges. I want this company to put me on their do not call list and stop trying to get me to fall for their loan forgiveness scam.

# Complaint Messages

**09/18/2018 - Christian Stark**

Respond to Complaint

We have cancelled out ▮▮▮▮▮ account and have also erased all information relating to her from our database. Additionally we have also placed her number on our internal DO NOT CALL list. She will no longer receive calls that would eventually lead to our company. If ▮▮▮▮▮ has any questions or any further concerns, she may contact us during office hours and her questions will be answered immediately.

**09/18/2018 - ▮▮▮▮▮▮▮▮**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13086023, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if

it does, will consider this complaint resolved.

Regards,

Marin Decl. (BBB) - Attachment A                Pl. Ex. 50

p. 1046

# Premier Student Loan Center

**Case #:** 13093916

| **Consumer Info:** |  | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Big Sky, MT | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 9/14/2018 9:19:13 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I signed up for debt forgivness at 239 for 5 months and was supposed to receive reduced payments of 40$ a month for my student loans. I have made 4 payments so far and after waiting on what I now know as "false" documents I am getting the run around from Jared Hurd in the processing department. I have contacted him by phone and email and each time he makes up a new date of when my documents were to be finished. I contacted the department of education and they informed me that your "company" has been posing as me, which is illegal and you are NOT a valid company and there is no reason for any company to charge for "documents" or to refinance student loans. I have been getting 4 telemarketing calls a day and this is harassment. I've had to close my bank accounts and filed a fraud claim. I'm waiting on over 900$ to be returned to my account. I have been trying to reach "Heidi" who initially called me and she is unreachable. The fact that you guys have all of my personal information is terrifying. The department of education said it's 100% illegal to not disclose you are a 3rd party company and to act as if you were me is a federal offense. I'm demanding you repay all 4 payments of 239$ and remove from your do not call list immediately.

**Consumer's Desired Resolution:**

## Complaint Messages

**09/21/2018 - Christian Stark**

Respond to Complaint

We have completed the clients request and have closed out her account. We have also erased all information relating to ▮▮▮▮▮ from our database. You should no longer be receiving calls from our company as your number has been placed on our Do Not Call list. Please do not hesitate to contact us if you have any additional questions.

# Premier Student Loan Center

**Case #:** 13096238

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Goose Creek, SC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 9/15/2018 1:29:23 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

In December 2017, I spoke to a representative of Premier Student Loan Center ((Irvine, CA) regarding my student loan qualifying for Loan Forgiveness through the Public Service Loan Forgiveness Program. I was told that my loan would qualify if I agreed to pay them $239.00 for (5) months, in addition to paying $40 a month for the duration of the loan for then next 10 years. While I was in the process of completing my paperwork, I was required to begin paying them the $239 with an auto-draft from my checking account. My paperwork took almost 5 months to be approved, as every time it was submitted it was returned for additional information and/or denied. I inquired if the $239 monthly payments would go towards my loan payoff and I was told that was the administrative fee for them to handle the processing of my student loan to the Forgiveness Program. I inquired of the $40 per month they would continue to charge me for the next 10 years if that would be applied towards my loan. Again, I was told that is an administrative fee if they ever had to intervene with my new loan. I have since learned that this entire process of qualifying my loan under this program is completely Free of charge under FedLoan Servicing-US Dept. of Education. I have been completely scammed as have many other people looking for debt relief. I have paid Premier Student Loan company up to date a total of $1,195 for the (5) months of processing my paperwork and a total of $240 for a $40 a month service fee for a company that is doing Nothing for me and is not required for me to qualify for this loan program. Over the life of the loan they will have stolen a total of $4,800 while not providing me with anything. I am contacting the SC Attorney General's Office to inform them of the student loan scam with Premier Student Loans. I will not allow this charge to be auto-drafted from my checking account from this date forward. I am demanding my $1,435.00 be refunded immediately.

**Consumer's Desired Resolution:**

I am demanding all monies paid to this company be refunded to me immediately. I will not pay them for a service they are not providing nor required to have in order to qualify for this loan program.

# Complaint Messages

**09/23/2018 - Handler**

Respond to Complaint

We reached out to ▮▮▮ in regards to her concerns and apologized for the miscommunication. We have completed her request to close out her account and issue a refund. If she any additional questions she

may contact our toll free customer support line for assistance.

**09/23/2018 -** ▉▉▉▉▉▉▉▉
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13096238, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▉▉▉▉▉▉▉

# Premier Student Loan Center

**Case #:** 13109664

| | | | |
|---|---|---|---|
| **Consumer Info:** |  West Jordan, UT | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/21/2018 4:06:22 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I am being called around 10-15 times per business day by this business from different phone numbers. My wife has the same experience as well. When asked to be put on the do not call list, they hang up on me and call again the next day. When asked to talk to a supervisor, they hang up. When asked why they keep using local numbers and different numbers, they hang up. When I've tried to call back, the line says it is no longer in service. In being "interested" in their services, I finally was able to ask support reps the business name and location and they provided this information. Once I mentioned I will file a complaint if they don't stop calling, they hung up on me. In calling their direct number, I reached a supervisor (not sure her name) and once I explained the situation she hung up on me. I called again and received a different supervisor who escalated me but they denied any involvement/tie to my information despite me verifying their name and location and continuing to receive calls everyday. I want them to stop contacting me and let me know what information of mine they have and are actively using.

**Consumer's Desired Resolution:**
I would like to be left alone (never contacted again by them or any of their affiliates) and I would like to know what information of mine they have and are using.

# Complaint Messages

**09/28/2018 - Christian Stark**
Respond to Complaint
We apologize for any inconvenience we may have caused you. We have placed your numbers on our Do Not Call list and you should no longer be receiving calls that will direct you to our company. We strongly suggest that you place your number on the National Do No Call registries and you will not receive any telemarketing calls from any company. That is always the best solution so you will not be disturbed in the future. Please do not hesitate to give us a call in the event you have any further issues.

**09/28/2018 -** ▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13109664, and find that this resolution would be satisfactory to me. I have also registered with the do not call registry as recommended.

I would strongly recommend a few changes to the business practices of the Premier Student Loan Center to avoid issues like this in the future:

1. Employees of your institution should identify the business with each and every call instead of hanging up on callers when asked.

2. Employees (especially managers) should comply with requests by callers to not receive future calls instead of hanging up on callers when asked.

3. Your institution should stop spoofing numbers to pose as a local area code of call recipients to avoid caller ID blocking.

Thank you for your help resolving this matter BBB.

Regards,

# Premier Student Loan Center

**Case #:** 13112874

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ ███████████ Missouri City, TX ███ ███████████ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/24/2018 12:05:10 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loan. In their presentation via email, noted that they were experts in helping student refinance and pay off their student loans. I became interested because I'm struggling to pay off my student loan. The reason why I decided to work with this organization, is that I noted they had the BBB seal on their website. After verifying that the had a "good" standing with the Borough, I decided to do business with them. To this point, I have paid Premier Student Loan the amount of $977.00. I made three initial payments of $259.00 and I have made five monthly payments of $40.00. For the past month, I've been trying to contact these people via email, via telephone conversation. I've left multiple messages; however, nobody is responding to my emails or my telephone calls.

**Consumer's Desired Resolution:**

That they either refund my money or credit my student loan the money that they agreed to pay.

## Complaint Messages

**10/01/2018 - Christian Stark**

Respond to Complaint

We have made contact with ██████ and we are in the process of resolving his complaint. We understand life can get busy at times and we will wait patiently for his response.

# Premier Student Loan Center

**Case #:** 13103828

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Washington, DC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 9/19/2018 1:54:09 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

On September 17, 2018 I was contacted via phone by Jacob Harrison of PREMIER STUDENT LOAN CENTER. He was informing me that I might be eligible for partial or full student loan forgiveness. He went on to ask me several questions about my loan balances and remaining interest to be paid. He told me it did look like I might qualify and so he asked me to send some additional information from the Federal Student Aid office (https://studentaid.ed.gov). He said he needed this to process the application to make sure I was eligible. I sent it to him and he put me on hold to process the information. He said it would be about 3-4 minutes. During this time he sent an email with more information about the company and their program (included below as much as your form allows). I also got a frightening email from the FSA website notifying me my password had been changed (without my permission). After about 10 minutes of being on hold, I hung up due to having to go somewhere and I emailed him quickly and asked him to call back or email to let me know if my eligibility was approved. I tried calling and the number kept beeping and then disconnecting. And he has not returned my email or phone call. I believe I may have been the victim of a scam. I am reporting this information to your office as well as the BBB (and any others I come across that could help). These people should be investigated for any potential identity theft or financial crimes.

**Consumer's Desired Resolution:**

Just trying to spread the word about this company.