# Premier Student Loan Center

**Case #:** 13115666

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Fort Lauderdale, FL | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 9/25/2018 1:10:19 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I setup a contract with company to service my loan but now I'm being handled by a separate company. I honestly prefer the other company, but I'm wondering if I paid $995 to premier for them to handle my loan forgiveness paperwork, and they're not, do I get my money back? Company seems to be no longer operational with no contact about the pass-off in writing paper or electronic.

**Consumer's Desired Resolution:**

Refund of my $995

## Complaint Messages

**10/03/2018 - Christian Stark**

Respond to Complaint

We contacted ⬛ in regards to her concerns and have not been able to get in touch with her. We will wait patiently for her response. When ⬛ is able to speak with us regarding this matter, we will undoubtedly reach a resolution with her. We thank ⬛ for her patience in this matter.

**10/05/2018 - ⬛**

I do not accept the response made by the business to resolve this complaint

The BBB filing explicitly says not to directly contact the customer. All communication is to go through their secure message center.

**10/08/2018 - Christian Stark**

Respond to Complaint

Please verify the address you would like to have your check sent to. We have to verify your mailing address first, before we send out a check. Thank you

**10/10/2018 - ⬛**

I do not accept the response made by the business to resolve this complaint

I do accept their fix, but believe it should remain open until check is received. You should also include the reoccurring fee of $30 you collected for the year (totaling $360), claiming it to be for the loan, when

I actually qualified for $0 payments. So the total amount on the check should read $1,355 in total.

My address is confirmed as



Davie, FL



**11/09/2018 -** [redacted]
I do not accept the response made by the business to resolve this complaint
I am reaching out in regards to my complaint with Premier Student Loan Center. BBB sent the business a closure statement/letter requiring them to reimburse me the full amount, $995, on October 10th. Today is November 9th and I still have not received payment from the business. I confirmed address as requested within the BBB forum and secure messages. Thank you.

**11/18/2018 - Handler**
Respond to Complaint
We apologize for the inconvenience. We will void out the check that we sent out and send you a new check with a USPS tracking number. We thank you for your patience.

# Premier Student Loan Center

**Case #:** 13116895

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Portland, OR | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/25/2018 8:27:19 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

A company identifying themselves as Premier student loan contacted me in September 2017 about loan forgiveness. They knew a lot about my loan and told me that my $164,000 loan had been forgiven and I would only owe $10,000 They collected 5 $239 payments from me and five $40 payment so far. When I called them at the number that I was able to get ahold of them just two weeks after they contacted me, the number now a little more than one year later is different and they answer the phone as Student Loan account management. I sat on hold for about 4 minutes before the message and the phone call disconnected. I am out $1,395 and I want my money back from this company.

**Consumer's Desired Resolution:**

Refund of my money and this company shut down.

## Complaint Messages

**10/03/2018 - Christian Stark**
Respond to Complaint

**UPDATED MESSAGE**

I was actually trying to contact the BBB today in regards to that. I realized I made the mistake as soon as I submitted it. Thank you for catching that for me. I will change the names accordingly.

Best Regards

Christian S.

"We reached out to ▮▮▮▮ in regards to her complaint. At this time we have not yet heard back from her. Once communication is established, we are positive we can come to the resolution that ▮▮▮▮ desires."

We reached out to ▮▮▮▮ in regards to her complaint. At this time we have not yet heard back from her. Once communication is established, we are positive we can come to the resolution that ▮▮▮▮ desires.

**10/03/2018 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13116895, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮▮▮

**11/30/2018 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint
 I would like my complaint number 13116 895 reopened. I am not sure why it got closed. It hasn't been resolved and I'd like to proceed.
Thank you!

**12/08/2018 - Handler**
Respond to Complaint
We apologize your complaint was closed out in error. We will contact you in the beginning of the week and will work towards a resolution with you. Thank you for your patience.

# Premier Student Loan Center

**Case #:** 13117792

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Bowie, MD | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 9/26/2018 11:30:38 AM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

On May 30th, I reached out to SLP regarding being able to get my student loan forgiveness. They asked for my current loan information and asked about my current payments and who I serviced with. They told me I approved for a Public Service Loan Forgiveness program that would reduce my payments and essentially have me paying lower monthly payments as well as a lower loan balance that was currently $xx000.00. I was informed that I would have to pay a service fee of $xxx.00 for 5 months and then my payments would be approved for the forgiven amount around $xxx.00. However, when I reached out to Fed Loan, they had no recollection of this company and my account still had the current loan balance that I was promised to be forgiven. I have been calling and they keep ensuring that the business deal will go through, however, it hasn't and it won't. They've received my employer information and all of my personal information. I am calling my bank to close my card because they have been taking out payments that I am requesting for a refund because the service wasn't fulfilled. Instead of being on a forgiven program, I am on a forbearance and that was never what I requested, but they told me to tell FedLoan that while they work things out (which they never did). I am never able to get in contact with the servicer who set up my account and have spoken with several other employers which is uncomfortable because it means my information is being handled by multiple people. I would like this issue resolv

**Consumer's Desired Resolution:**

I would like a refund of the service fee from May 2018- September 2018 and would like them to close my account and no longer work with the business.

# Complaint Messages

**10/04/2018 - Christian Stark**

Respond to Complaint

We have resolved the complaint filed by ▇▇▇ and have completed her request. We apologize for the misunderstanding and hope that the resolution that we came about was to your satisfaction. If you have any additional questions,please do not hesitate to call us during our office hours.

**10/04/2018 -** ▇▇▇▇▇▇

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13117792, and find that I need to follow up on all payments have being refunded that was made by me. Once this is resolved, then this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 1059

# Premier Student Loan Center

**Case #:** 13123240

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Columbus, OH | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618 |

**Date Filed:** 9/28/2018 7:30:31 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loan center last week who claimed to be a Student Loan Forgiveness Program who worked directly with the Dept. of Education and government affiliates. I was asked how much money I made and was told that I qualified for the program based on my income. I was told that I would only have to pay 10,795 out of the total student loan owed of $274,000 until the year 2035 and then at this time, the remaining amount of $263,205 would be forgiven. I then signed a contract by initializing it stating that I would pay them 199.17 for the first 6 months which was a fee owed to them for helping me out with my student loans and then I'd only be responsible for $40 a month after the 6 months until the full $10,795 was paid in full. They told me to stop paying my current student loan provider Fed Loan Servicing and told me that that they'd now be working with me and to only pay them. They then asked me for my bank account information. I only gave them my debit card number for a joint account through my bank in fear that this could be a scam and didn't want them to have my routing/account number. I then was asked for two recent pay stubs which I faxed them. They've already taken one payment of $199.17 from my bank account on 9/25/18. I have received a copy of the payment contract that shows the payments owed to them for the first 6 months and $40/month after this but nowhere in the contract does it state that after the above payments are made that I'd be forgiven for the remaining amount of $263,205. I then spoke to the processing dept. about this and requested a contract outlining this information. Since, I've asked for this I have been unable to reach anyone at this company. I then spoke to my current student loan provider, Fed Loan Servicing and they agreed that this company is fraudulent and a scam and not legit. They have placed a security password on my account since this company did fraudulently sign my name and tell them to close out my account without my permission. Seebelw

**Consumer's Desired Resolution:**

Continued from above. They've also fraudulently signed into my FSA ID account through the Dept. of Education without my permission.  I have just changed my Username and Password to ensure no further activity. I am requesting a full refund of $199.17 credited back to me since it turns out that this company is fraudulent and it's a scam. I haven't been able to talk to anyone but am wanting to cancel this service. Can you please help me. Today, I canceled the debit card that they used.

# Complaint Messages

**10/09/2018 - Handler**

Respond to Complaint

We have fulfilled ███ request. We sincerely apologize for any misunderstandings that may have occurred. If you have any questions please do not hesitate to give us a call.

## Premier Student Loan Center

**Case #:** 13140607

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Milwaukee, WI | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 10/9/2018 10:02:19 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

A company identifying themselves as Premier student loan contacted me in February 2018 about loan forgiveness. They knew a lot about my loan and told me that my $55,000 in loans and could help lower my payments and save some money with the forgiveness program. They collected five $239 payments from me and three $40 payment so far. When I called them at the number I originally had, the number does not work. I was able to find an old email and I contacted them through email. Nothing got resolved, they stopped responding after I kept asking them questions. Then I got the number from the withdrawal on my bank account. I tried calling multiple times but could not get through. I finally left a message with an operator to call me back. Still no call. I am out $1,315 and I want my money back from this company.

**Consumer's Desired Resolution:**

I would like my money back. I wanted this forgiveness to help me financially not to make me more in debt.

## Complaint Messages

**10/12/2018 - Christian Stark**

Respond to Complaint

We reached out to ███████ and apologized for her experience while working with our company. At this time we have fulfilled ███████ request. If she has any additional questions she may contact our Manager Christian for assistance.

# Premier Student Loan Center

**Case #:** 13153479

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Claxton, GA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 10/16/2018 8:38:25 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was told I would be in a loan forgiveness program and to not pay my current student loan account. Premier Student Loan Center told me they would be contacting my student loan creditor and would be paying off the loan. After I received late payments from my student loan creditor, I called them and they had no recourse as to any of the information described above. I've since then tried to contact the company, (PSLC) with no success. I found a discrepancy in what I was told, which was to NOT send any more payments to my current student loan creditor, and what was written in the fine print of the document. It stated the exact opposite. I also contacted the Department of Education and was told this company was not a legit forgiveness program.

**Consumer's Desired Resolution:**

I was debited $239 in September 2018 and am attempting to stop payment with  my bank so that the next payment of $239 does not come out of my checking account for this company.

## Complaint Messages

**10/22/2018 - Christian Stark**

Respond to Complaint

We completed          request and apologized for her experience with our company. If she has any questions, our customer support line is available Monday through Friday 7am to 6pm PST.

# Premier Student Loan Center

**Case #:** 13171941

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Washington, DC | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 10/25/2018 10:00:46 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This organization prey's one recent college graduates with the intent to assist with enrollment into federal student loan forgiveness programs. In actuality the company collects all your information and and put your federal loans into forbearance without your consent, then they charge you ridiculous over priced fee's for there quote on quote services. If your cognizant about income driven repayment plans I suggest that you contact your student loan servicing company directly, and do business directly with them, this company is a scam and profits from monies in your checking and/or savings account. They do not even offer refunds. Everything they did I could have easily done myself! I asked for refund and they denied giving me a refund which I am entitled to, they debited my checking account 3 times for the amount of 259.00 which equals $777.00.

**Consumer's Desired Resolution:**

Refund of $777.00.

## Complaint Messages

**10/31/2018 - Christian Stark**

Respond to Complaint

We have completed ▓▓▓▓ request. If he has any questions he may contact our office during business hours.

# Premier Student Loan Center

**Case #:** 13190589

| | | |
|---|---|---|
| **Consumer Info:** | Canton, MI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 11/5/2018 1:46:58 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**
It has come to my attention that this company misrepresented themselves as a loan consolidation company for the student loans. When I have attempted to contact them to discuss my account, they number is no longer in service. I am now receiving bills for my students loans that I assumed were being paid by this company.

**Consumer's Desired Resolution:**
I am requesting a refund in the amount of $1295 the amount I have paid out to this company.

## Complaint Messages

**11/09/2018 – Christian Stark**
Respond to Complaint

We contacted ▮▮▮▮▮▮ and would like to resolve her complaint. I'm positive we can come to a resolution once we are able to communicate.

**11/09/2018 –** ▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13190589, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13190600

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | Lawrenceville, GA | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 11/5/2018 1:51:52 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I paid Premier Student Loan a total of $1345 to help consolidate my student loans. I have been trying to reach them to help with a student loan, but i have not received a response. I am now reading that they no longer in business, but they are still taking $30 from my account each month. Will I get a refund for all of the money that was taken from me? I need to consolidate all of my loans

**Consumer's Desired Resolution:**

I can stop the fees that are still being charged, but can i be refunded for the money that was taken so i can give it to a reliable company?

## Complaint Messages

**11/09/2018 - Christian Stark**

Respond to Complaint

We made contact with ____ and we are currently working on a resolution. I'm positive that once she speaks with our Client Relations Manager, a resolution will be reached.

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 1067

# Premier Student Loan Center

**Case #:** 13192724

**Consumer Info:**



Saint Joseph, MO

**Business Info:** Premier Student Loan Center
173 Technology Dr #202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 11/6/2018 12:50:56 PM

## Nature of the Complaint: Contract Issues
## Consumer's Original Complaint:

Back in April 2018 (the 12th), I was contacted by Premier Student Loan Center with an offer to assist me in student loan forgiveness. After doing some research I decided to take a chance with what seemed to be a reputable business. I worked through Kevin Pereira (949-662-1184, and signed up for the service. I was offered a 120 month program wherein I would pay $199.17 for the first 6 months, then would pay $20 for the remaining 114 months. Fast forward 7 months and everything seemed to be on track, $199.17 was coming out of my account monthly until the 7th month when $40 came out instead of $20. Around the same time, FedLoan contacted me stating that my bill was past due. I paid the bill but found myself wondering why I was paying 2 people for my student loans now. I did some research and found that this is a pretty common occurrence with PSLC.

## Consumer's Desired Resolution:

If they are not providing me the service I am paying for, and I am now paying twice on my student loans I would like to cease doing business with them and get a full refund of the $1235.00 that I have paid them to date. I do not want them taking more money out of my account for a service they do not provide.

# Complaint Messages

**11/12/2018 - Christian Stark**
Respond to Complaint

We reached out to ▮▮▮ and will be waiting for his response. Once we are able to communicate, I'm positive we can reach a resolution to his complaint.

# Premier Student Loan Center

**Case #:** 13193478

| | | | |
|---|---|---|---|
| **Consumer Info:** |   Valdosta, GA | **Business Info:** | Premier Student Loan Center  173 Technology Dr #202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 11/6/2018 4:59:37 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

In June 2017, I was contacted by Premier Student Loan in regards to forgiving my student loans. I was told my $64,000 loans would be forgiven after I make four payments of $224.75 and 120 payments of $30 due to me being approved for Public Service Loan Forgiveness. I was then told I would receive and email from Michael with my loan service provider login information and any other documents I need to submit. I received the email and noticed it was through Fed Loan servicing and I thought this definitely has to be legitimate. A few months later I decided to login to the account that was setup to check on my loans but when I looked at it nothing had changed and it did not show that I was making any payments. I tried to contact Aaron who setup the loan but could get no answer. Then I tried calling Michael but could get no answer so I finally called the customer service number and was told Aaron and Michael has moved up in the company and I will be contacted by my new advisor. I was never contacted so I called the customer service number again and demanded to speak to a supervisor and was told they will contact me back. I received messages about recertifying my payment plan through Fed Loan and when I did my payments went up to $143.50 a month so I called several times and was finally told to disregard that balance and my account will be updated, which it hasn't still. I have been having automatic payments coming out of my bank account for over a year now, which is more than $1200. I have tried to contact this company on numerous occasions and my credit has dropped due to my loan not actually being paid. To my understanding I have been paying just to benefit this company not my student loans. I want to cancel my account with this company, have my information erased, and get refunded my money so I can pay back my loans.

**Consumer's Desired Resolution:**

Refund me my money and no further contact!

# Complaint Messages

**11/12/2018 - Christian Stark**

Respond to Complaint

We spoke with ▇▇▇▇ and cleared up some of the confusion. He will be working with us closely to make sure his loans are being handled appropriately.

**11/12/2018 - ▇▇▇▇▇▇▇▇▇**

I accept the business's response to resolve this complaint

Better Business Bureau

I have reviewed the response made by the business in reference to complaint ID 13193478, and find that this resolution would be satisfactory to me. I was told by christain when I received a call today that I will receive $614.75 of what I have paid out. I consistently stted I will not like to do business with this company anymore. I was told I am not able to receive my full refund do to the special I enrolled in. I am just going to take my losses and wait for my check to come in 5-7 business days and use that money to pay on my loans. I will also wait for the business to perform this action and, if it does, i will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13194881

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Appleton, NY | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/7/2018 12:58:52 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

This company was supposed to help me with my student loans and help me to get loan forgiveness. I had to pay them $250 the first 3 months then they got my payment down to $30 a month. I have been paying them over a year thinking I was paying toward my student loans until I received an email from Fedloan Servicing saying I owed them $838.62! I called up Fedloan Servicing and they advised me that they haven't received a payment for me since September 2017. I spoke with someone for Premier and they said the $30 was a payment for them to keep me in the program. Instead they put my loan in a Forbearance so I'm not actually paying and my interest is just going up. I want a refund for the money that I paid to them. I need to pay my student loan not get scammed by a company.

**Consumer's Desired Resolution:**

I want the three payments of $250 as well as the year of monthly payments of $30 back totaling to $1,110!

# Complaint Messages

**11/13/2018 - Christian Stark**

Respond to Complaint

We contacted ▮▮▮ in regards to her complaint and left her a message letting her know that we would like to reach a resolution. When we are able to connect with ▮▮▮ I'm positive we can make amends with her.

# Premier Student Loan Center

**Case #:** 13197070

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████████ Columbia, SC ████████ ███████████████ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 11/8/2018 12:22:04 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Beginning in May 2018 I began paying PSLC to help me with my student loans. On 10/12 I received an email from James Baucsh in their processing department that my loan through Navient has been transferred over to FedLoans. In the email they gave me log on information to carry through the process with fed loan, however when I went to log on to fedloan it wasn't the right log on-it was my navient information. I have called and emailed PSLC and James Bausch religiously to find out how to proceed. It has been almost a month now, PSLC customer service reps kept telling me they are going to have James Bausch call me to tell me what is going on, and he never gets back to me. I have decided to call fed loans myself and they do not even have an account set up for me. I feel that PSLC is acting in a fraudulent manner.

**Consumer's Desired Resolution:**

I wish to have my five payments of $239.00  totaling $1,195 plus my additional extra $30 payment fully refunded.

# Complaint Messages

**11/15/2018 - Christian Stark**

Respond to Complaint

We reached out to ████████ in regards to her issues with our company. At this time we have not heard back from her. I'm positive once we are able to connect, we will be able to reach a resolution to her complaint.

# Premier Student Loan Center

**Case #:** 13197595

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Chicago, IL | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/8/2018 3:20:19 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

Approximately a year ago, I paid this organization $1,000 to consolidate my student loan via the Obama Loan Forgiveness Program. There which, I was assigned a process fee of $10 monthly for yearly recertification equaling 120 payments paid to Federal Loan Center. Not only have they not recertify my annual application, it appears they have been sold to another company. I want to stop these payments based on the fact they haven't held up to their agreement of recertification. Needless to say, I've called daily for a month and no response from Premier Student Loan Center.

**Consumer's Desired Resolution:**

To discontinue contract/agreement and void any future payments.

## Complaint Messages

**11/15/2018 - Christian Stark**

Respond to Complaint

We have cancelled out ▮▮▮▮▮ account. She will no longer be billed for our services. If she has any questions she can contact us during our office hours.

# Premier Student Loan Center

**Case #:** 13202281

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Aurora, CO | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/11/2018 10:43:38 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

In September 2018, my 23 years old son was called from by a guy named Arya Amshesh Phone # 949-523-1678. This guy started saying he was from Student loan servicing and he is wanting to offer him help by lowering his student loan payments. He took full name, Date of Birth, Social Security number, address and Credit Card where he planned to take out $239.00 for 5 months and after that, it will be $ 30.00 till 2038. When I called this person after my son authorized me and I asked legitimate questions such as where he really was from and how he got my son's name and phone # , iI also told him that legitimate companies do not ask for Sensitive info as the ones he got from my son, he said they get the student's info from the internet and they start calling . One thing to add , I called back for a whole week trying to take my frustration with a manager, they kept taking messages, saying he was out of town, at lunch, off today and so forth. Amsh did not want to talk to me anymore simply because he got all he needed from my naive son. I stopped my son's card and froze his credit reports. My son was asked from this guy to sign the disclosure and the documents acknowledging the acceptance. Among those, there is a Disclaimer which states that this company is not government agency, department of education or the loan servicing" of course, my son did not see this and went ahead and signed . Bottom line, this company presents themselves as being the department of education and they are calling to help young adults who are just starting their lives. They are No transparent and do not explain who they are . If you look at the reviews , after they collect the first 5 payments, they never answer your phone calls. I had tried calling to talk to someone for a week and report this scaming initial calls, nobody answered the phone simply because they got what they wanted from my son. They operate also under FINANCIAL PREPARATION SERVICES -Owner CEO ALBERT KIM. I already sent him letter

**Consumer's Desired Resolution:**

BBB Needs to search what this company does and follow reviews and see the dissatisfaction from scammed people . Everyone needs to stay away from these people and this business must shot down because they are not transparent on how they present themselves.    I would like a contact from BBB to let me know on what happens after they contact this company and report my concern .

# Complaint Messages

**11/18/2018 - Handler**
Respond to Complaint

We would like to have the opportunity to take a further look into your sons account. If you could please arrange a time when you are available to speak with management, we will reach out when it is most convenient for you. Thank you for your patience.

**11/18/2018 -** ███████████████

I accept the business's response to resolve this complaint

I would like the Business to call me at ███████████ between 11 am and 12 pm mountain time please

Thank you so much BBB for your help so far

Regards,

███████████

**11/20/2018 -** ███████████████
I do not accept the response made by the business to resolve this complaint
 Hello Nicolette,

Thank you for your time speaking with me today and explaining the process. Please REOPEN the complaint. I apologize about my misunderstanding. On Sunday Night the 18th, I responded to your request for an action and asked if business can give me a call ASAP between 10 am MST and Noon every day , but did not mean to CLOSE the case by clicking on the ACCEPT button. so sorry again . I was thinking by doing So, I was accepting that the business can deal with me by phone calls.

Again, I hope business calls me as soon as possible .

P.S
As I mentioned, the letter I mailed to them on 10/24/18 to address :  173 Technology Dr. # 202 Irvine, CA 92618 was returned to me as " Invalid Address "

Please reply to me stating that this statement is sufficient to reopen the file , Or, if I need to add / Edit , I will do that as well.

Thank you so very Much for your help Nicolette !

███████████

**11/28/2018 - Christian Stark**

Respond to Complaint

We spoke with ███████ and we are currently trying to resolve her issues.

**11/29/2018 -** ████████████████████

I do not accept the response made by the business to resolve this complaint

Hello, I am rejecting Business response because I am waiting . Business called me and stated they
submitted my concerns to concerned party and I must wait for someone from that party to call me .
Thank you

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 1076

# Premier Student Loan Center

**Case #:** 13213678

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Richmond, VA | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 11/17/2018 6:14:51 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I am so dissappointed with this company for several reasons. I was contacted by a company advertising themselves as 'Premier Student Loan Center" and spoke with a representative (Tracy Meza) who stated that I qualified for a significant reduction in my student loan payments because of where I was employed and my loans were over 10,000. Of course, I was ecstatic to learn that my $300+ payments would drop to $40 once I paid them the 5 payments of 239.00 for processing and filing of paperwork during consolidation processes. Once I made my first payment, I was notified that my payments would actually be 145 due to my paystubs... still better that 300.00+ right? So I agreed to that but of course the price went up to 175.00 and things started getting more and more questionable.. I would call Tracy Meza at the number she left to contact her with no call back but she would email vague remarks or tell me that she's been busy. I was told that my student loans would be in forbearance during the time it took to consolidate the loans, however, I received several emails from my student loan company stating that I had missed payments and then an email from my credit monitoring program informing me that I had 2 months of missed payments and my account wasn't current! When I tried to access my account through Navient I was locked out! When I finally changed all my information and gained access again (because they had changed my username and password) I saw that they had made a payment to navient (only 5.00) WITHOOUT MY CONSENT! I don't care if it's .099 you need my authorization to use MY debit card! I have made 4 payments to this company only to find out that my loans were behind due to missed payments and my credit score lowered! That's a total of $956 that I want refunded!!!! I want my information removed and the money I gave to this company so that I can bring my account with Navient current!! I want nothing to do with this company ever again.

**Consumer's Desired Resolution:**

I would like a refund and for them to delete my information.

# Complaint Messages

**11/24/2018 - Christian Stark**
Respond to Complaint

We contacted ▮▮▮▮▮ in regards to her complaint. We apologize for the negative experience you've been having while working with our company. We would like no more than to resolve this complaint with you. I'm sure once we are able to communicate, we will be able to come to an understanding and resolve the issues you've been having with us.

**11/26/2018 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13213678, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and
refund me my money in full and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13216351

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Woodbridge, VA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/19/2018 5:30:42 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I've been paying this company for about two years now to "forgive" my loans just to find out I have a past due balance with fed loan servicing. After calling multiple numbers and being on hold for hours, I was able to reach a premier student loan representative. After explaining to her the email I've received from fedloan she went on to say that in her system my monthly payments are $0 and to call fedloan directly. Once I called fedloan their representative explained to me that I have a past due balance because premier submitted my paper work after the deadline. I submitted my paperwork to Nellie on time so I don't feel that I should be responsible for this payment. After my conversation with the fedloan representative, I attempted to call premier back and was on hold for literally 53 mins before getting frustrated and hanging up. I have called every single employee that I have worked with through premier, to which not one of the numbers are in service any longer. I've even left emails to be reached and no one has called but when they needed my payment to sign up it was really easy to get in contact with someone. My credit score is in jeopardy and it does not put me at ease that I am unable to reach anyone about the issue. The fedloan representative informed me that I could work with them directly as far as the payment plans and it is unnecessary for me to pay the amount that I have been paying for premier to do so. With that being said I would prefer that premier closes my account and refunds me all of the money that I have payed.
**Consumer's Desired Resolution:**
To be contacted by a representative from premier to see if we can fix the problem. If not I would like to receive a refund of past payments.

# Complaint Messages

**11/26/2018 - Christian Stark**
Respond to Complaint
We made an attempt to contact ▉▉▉▉ At this time we have not yet heard back. We will wait for her response and resolve her complaint when she is able to call in.


**11/28/2018 -** ▉▉▉▉▉▉▉▉
I accept the business's response to resolve this complaint


Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13216351, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13218318

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Chino Hills, CA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/20/2018 2:37:59 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Premier Student Loan Center (PSL) said that they can give me 100% Forgiveness and payoff of my Federal Student Loans of $29K for ONLY $10,595! I thought it was too good to be true. They also promised that I have a 5 month cancellation period which I can walk away free and clear and get a full refund for the money paid to them over five month installments $239 per month if I were to cancel their services. Turns out after 2 months I received notification of new student loans through a company called Nelnet. I knew nothing of this prior nor agreed to have new student loans. They basically just transferred my Fed. Student loans from Navient to Nelnet with a new interest rate and same previous balance. Then after calling my account manager at PSL he told me that there is ABSOLUTELY no way I can cancel services. That I am locked into this program with them for 20 years and there's nothing I can do about it. Also Since that time my credit score has dropped 101 points! The salesman also ensured me my credit score would increase after my loans had been forgiven. With many phone calls, much hassle, and inconvenience I did cancel my program. My credit card company was able to help me out with one installment refund. Premier Student Loan Center Company needs to refund me the balance of the other two installments paid $478. So far they have ignored my emails since my cancellation of services (what a surprise). I want a full refund of every penny paid to this company because they are a SCAM! Others beware!! This company promised me that I can cancel at any time during the 5 months and get a full refund, and they can get me forgiveness of my Federal Student loans for only $10,595. They also said my credit score will increase. These people are liars and I do not recommend anyone signing up with their "Forgiveness Program"!

**Consumer's Desired Resolution:**

refund me my full refund of $478.00

# Premier Student Loan Center

**Case #:** 13220277

| **Consumer Info:** |  | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |
|---|---|---|---|

**Date Filed:** 11/21/2018 2:11:28 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Hello, I was told by Premier Student Loan that I would only pay $30 a month for two years , then my loan would be forgiven.I have been paying Premier Student Loan Center for more than the two years we agreed upon. I've been trying to get in touch with them so we can discuss the matter and all phone numbers are disconnected. Was I scammed? Am I going to start getting bills from my school loans again? Can you help me either get my money back or get them to tell me what's going on?

**Consumer's Desired Resolution:**

I would like them to contact me a nd refund me the overage that they have charged.

## Complaint Messages

**11/28/2018 - Christian Stark**
Respond to Complaint

We contacted ▮▮▮▮ in regards to her concerns and left her a voicemail letting her know that we are trying to contact her to resolve her complaint. We will wait for her response and resolve her concerns when she is able to give us a call.

# Premier Student Loan Center

**Case #:** 13229560

| | | | |
|---|---|---|---|
| **Consumer Info:** | [redacted] Minneapolis, MN [redacted] | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 11/27/2018 1:55:03 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted by an automated call saying that I qualified for total student loan forgiveness. They said all I had to do was pay them $150 for 6 months and from then on a $10 monthly fee for 240 months (or 20 years). In total, I would be paying about $3,500 versus my original sum of $8,600. They put me under forbearance so I wouldn't have to pay my loan and instead pay them the service fee. They claimed that I had nothing to worry about because all would be forgiven after 20 years including any accrued interest. I grew suspicious as Jacob B., who was helping me, couldn't give me solid answers to any of my concerns, gave me 10 business days to accept offer, difficult to get a hold of, and gave vague and confusing explinations. I tried to cancel within a two weeks, however they said it was not possible to cancel with them. They told me that I had already accepted the service and they somehow paid all my loan out already, so I was stuck paying for the service fee until my 20 years was up. There would be HIGH penalties for cancelling , to which were never specified. I found out that not only is this "service fee" doing nothing and handling all my private information for the consolidation process, they gave my Fed Loan (loan provider) the wrong email to contact me. What they did was create an email with my name but @premier.com---essentially intercepting my monthly statements or alerts from Fed Loan. I quickly called to cancel everything with them once again. Spoke with a woman named Cathy who was extremely rude and said she knew nothing on how to cancel, but claimed she would forward it to the department that does handles it. She hung up without taking any of my information down so I have no idea how she's going to cancel my service with Premier. I had to call again to cancel and they said they I'll get an email with my refund and cancellation soon. It never came!

**Consumer's Desired Resolution:**

I want ALL my money back as soon as possible---that's exactly $879.15---all of my personal information wiped from their systems, no more harassing calls from Premier Student Loan or their affiliates, and guaranteed that they will not share my personal information that I provided to them.

# Complaint Messages

**12/04/2018 - Christian Stark**

Respond to Complaint

We spoke with [redacted] in regards to her daughters account with our company. We completed her request November 27th and have also erased the information she had requested, from our database.

Please do not hesitate to call if you have any questions.

**12/05/2018 -** ▇▇▇▇▇▇
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13229560, and find
that this resolution would be satisfactory to me.  They completely refunded my money to me after a few
disputes.

Regards,

▇▇▇▇▇

# Premier Student Loan Center

**Case #:** 13232594

| | | |
|---|---|---|
| **Consumer Info:** |  Columbus, OH | **Business Info:**  Premier Student Loan Center  173 Technology Dr #202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 11/28/2018 4:56:43 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

This company charged me a 4 month fee of $248 then after $10 claiming they were a student loan forgiveness program. They only sold my loan to another company and have not fulfilled the forgiveness of my loan. It is terribly wrong to deceive people into believing their loans will be forgiven all the while they are placed in another loan service and still owing the full loan. These scams are outrageous and these companies are crooks. I would like to see a refund of my payments or my loans forgiven for the amount promised.

**Consumer's Desired Resolution:**

I would like a refund for my payments or the loan forgiveness as promised. This company needs to be fully honest that no loan is forgiven just sold to another loan agency

## Complaint Messages

**12/05/2018 - Christian Stark**

Respond to Complaint

We spoke with ███ and cleared up the confusion on her account. She will be continuing services with our company. We apologize for any inconvenience our company has caused you. If you have any questions please contact the complaint manager you had spoken with.

# Premier Student Loan Center

**Case #:** 13263521

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Grafton, WI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 12/13/2018 11:50:50 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

In December 2017 I received a phone call from Premier Student Loans saying that he was working with the Department of Education to determine if I qualified to lower my student loans. He asked me a few qualifying questions about the amount of student loans, my income, etc. He determined I qualified for the Department of Education to purchase my loans from Great Lakes. He explained for 6 months I would owe $239.00 and after that, it will be $20.00 for the next 20 years. After 20 years the remainder of my loans would be forgiven. He provided me with a payment plan and even had my employer complete the Public Service Loan Forgiveness Employment Certification Form. I provided him with 30 days of pay stubs and my W2. Beginning 12/11/2017 an automatic withdrawal was taken out of my account in the amount of $239.00 for 6 months, after the 6 months it has been $20.00. I received a call from Great Lakes stating they have not received a payment from me since February 2018. Great Lakes is not familiar with who Premier Student Loans are. My bank and I attempted to contact the number associated with my automatic withdrawal, 855-782-0742, however its a generic voice message. I will need to file an incident report with my bank and close out my account since the next scheduled withdrawal is set for 12/26/2018. I called 855-265-4038 with William D. Ford Federal Direct Loan Program and they have no record of me.

**Consumer's Desired Resolution:**

I need to be refunded the money I have been paying this fake company for a year. I am a single mom and it is the holiday so money is already very tight. Great Lakes expects me to arrange payments with them, therefore I need to be refunded this money to give to the correct student loans. Please can someone call me back with the next steps taken.

# Complaint Messages

**12/19/2018 - Christian Stark**

Respond to Complaint

We made an attempt to reach out to [redacted] and left a voicemail in regards to the complaint filed. At this time we are waiting on a return call.

**12/20/2018 -** [redacted]

I do not accept the response made by the business to resolve this complaint

I received a voice message from Christian Stark with Premier Student Loans on 12/19/18, 949-202-

1404.  I did not think I was supposed to talk directly to Premier Student Loans.  When I attempted to call Christian back, I only received a voice message.  Christian did not offer any resolution.


**12/31/2018 - Christian Stark**
Respond to Complaint
We were able to follow up with ███ and came to a resolution to her complaint. Please let us know if there is anything else we can do for you.


**01/04/2019 -** ████████████
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13263521, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

████████████

# Premier Student Loan Center

**Case #:** 13273079

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
| --- | --- | --- | --- |
| | ▮▮▮▮▮▮ | | 173 Technology Dr #202 |
| | Minneapolis, MN ▮▮▮▮ | | Irvine, CA 92618 |
| | ▮▮▮▮▮▮ | | (888) 548-0476 |

**Date Filed:** 12/18/2018 2:00:38 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
This company charged me a 5 month fee of $239 then claiming they were a student loan forgiveness program. They only sold my loan to another company and have not fulfilled the forgiveness of my loan. They processed my intial paperwork but have not done anything. They claim the $20 per month per my agreement is to "monitor" my student loan. I attempted to contact them but their website is gone and their phone number goes to a number that never has any customer service agents available.
**Consumer's Desired Resolution:**
I would like to see a refund of my payments or my loans forgiven for the amount promised per my signed agreement last December.

## Complaint Messages

**12/24/2018 - Christian Stark**
Respond to Complaint
We called ▮▮▮▮▮ and left him a voicemail letting him know were reaching out to him to resolve his complaint. We will wait to hear from ▮▮▮▮ to resolve his complaint.

# Premier Student Loan Center

**Case #:** 13277641

| **Consumer Info:** | Orlando, FL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |
|---|---|---|---|

**Date Filed:** 12/20/2018 11:27:34 AM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

The center of my complaint involves verbal guarantees versus reality. I'm usually pretty skeptical, but the telephone salesperson said that this was a special program under Obama and that the Trump administration is working to eliminate this loan FORGIVENESS program. I told quoted an estimate of money that would be forgiven under the program. I questioned it on the phone, but they continuously promised they would be able to forgive and help my situation out. As much as I owe, I was hopeful that perhaps there is a program designed to help and I reluctantly trusted the coaxing and cajoling of the telephone salesperson. They use a person's hope and neediness against them and do use tactics that fall far below the ethical line. I was straight up lied to on the phone, they did not uphold their promise, and I see their boxed answers to each complaint, but I honestly think the BBB needs to reconsider their rating. I would never have paid the amount charged if I thought this was just a paperwork processing company.

**Consumer's Desired Resolution:**

I want this company to discontinue these advertising tactics.  I believe they need to be secret shopped to test out what all these people are saying on-line.  There needs to be a full investigation into the company.

# Complaint Messages

**12/28/2018 - Christian Stark**

Respond to Complaint

We are unable to find an account associated with the name and number left. Please provide us with valid information so we can access your account. We have no issues refunding your account if you are not satisfied with our services.

# Premier Student Loan Center

**Case #:** 13284631

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████████ | **Business Info:** | Premier Student Loan Center |
| | Latonia, KY ██████ | | 173 Technology Dr #202 |
| | ████████████ | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 12/24/2018 12:39:22 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

Premier Student Loan Center has been deducting money from my bank account every month for mine and my husbands student loans. None of the money they have taken out has gone to pay any of the student loans and I received a negative rating on my credit showing that my loans were in arrearage.

**Consumer's Desired Resolution:**

I want all of the money back that I have paid to them for mine and my husbands student loans so I can send it to actually pay the student loans off. I feel this company should be prosecuted!

## Complaint Messages

**12/31/2018 - Christian Stark**

Respond to Complaint

We contacted ██████ and apologized for any miscommunication that may have occurred. We have closed out the account and a full refund was issued. Please do not hesitate to call if you need further assistance.

# Premier Student Loan Center

**Case #:** 13298569

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Elk Grove Village, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br><br>http://www.premierstudentloancenter.com/ |

**Date Filed:** 10/30/2018 12:00:00 AM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I was under the impression that this was a viable company that where my payments would be going towards my interest of my student loan. They are not. I was under the impression that this was a viable company that where my payments would be going towards my interest of my student loan, however after communicating with them for reapplication - it has not been. I want you to remove ALL my contact AND payment information from my account, IMMEDIATELY. I have called my bank and cancelled any further payment processing.
**Consumer's Desired Resolution:**
Full refund of $1675

## Complaint Messages

**01/11/2019 - Christian Stark**
Respond to Complaint
We spoke with ▆▆▆ and completed her request to cancel her account. Please give us a call if you have any additional questions.

# Premier Student Loan Center

**Case #:** 13305680

| | | | |
|---|---|---|---|
| **Consumer Info:** | Charlottesville, VA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/5/2019 4:28:54 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Premier Student Loan Center falsely represented themselves as a legitimate student loan company when they are unknown by the US Department of Education. Unreturned emails and phone calls started making me think this company was illegitimate; a conversation today with NelNet, an actual student loan company working with the US Department of Education, made me realize my assumptions were correct. I also have reason to believe that Premier Student Loan Center may have gone by other names, further confusing this already frustrating situation.

**Consumer's Desired Resolution:**

I would like all monies Premier Student Loan has taken from me to be applied to my actual student loan, in other words, I am looking to be fully refunded.

## Complaint Messages

**01/12/2019 - Christian Stark**

Respond to Complaint

We have attempted to reach out to ▆▆▆ in regards to her complaint. At this time we have not heard back from her.

**01/13/2019 - ▆▆▆▆▆▆**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13305680, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13308918

| | | | |
|---|---|---|---|
| **Consumer Info:** | Baton Rouge, LA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/7/2019 5:48:46 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I signed up with them in November. They drafted from my account in December but not January. I tried to call but no one answers. I just want to know if this is legitimate.

**Consumer's Desired Resolution:**

If this is a legitimate company i would like to continue my services. If this is illegitimate i would like a refund.

## Complaint Messages

**01/14/2019 - Christian Stark**

Respond to Complaint

We contacted ▮▮▮ in regards to his account and would like the opportunity to explain our companies services. If for whatever reason you are still not comfortable moving forward with our services after we speak, we will cancel out your account and issue you a full refund. Please feel free to return our call at your earliest convenience.

# Premier Student Loan Center

**Case #:** 13312332

| | | | |
|---|---|---|---|
| **Consumer Info:** | Chicago, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/9/2019 1:26:56 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I have been paying Premier student loans for the past year and 4 months $20 a month and I recently contacted FedLoan servicing about this and they said that they haven't received any payments from them and that my current monthly payment is $0. I paid an enrollment fee of $248.75 for the first 4 months and then it had been $20 a month since then and for the next 20 years. They haven't done anything for me this whole time.

**Consumer's Desired Resolution:**

I would like a refund for all of the money I spent sending this company money for LITERALLY doing nothing for me and a cancellation of this program. I no longer want to be in it.

## Complaint Messages

**01/15/2019 - Christian Stark**

Respond to Complaint

We reached out to ▮▮▮▮ in regards to her complaint. We are waiting for her to return our call so we can resolve the issues she's currently having with our company.

**01/17/2019 - ▮▮▮▮▮▮▮▮**

I do not accept the response made by the business to resolve this complaint

I do not accept the response because there hasn't been one. I got called the other day and was unable to pick up at the time and when I called back Christian didn't respond. I called back yesterday and got no response. I called back today and have yet to receive a response. He has yet to pick up the phone and talk to me so I'm not okay with this at all. This isn't a proper response because I haven't gotten any message from them.

**01/25/2019 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮ and were able to resolve her issues with our company. Please give us a call if there is anything else we can do for you.

**01/28/2019 -** ▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13312332, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮