# Premier Student Loan Center

**Case #:** 13313529

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Phoenix, AZ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/9/2019 2:14:40 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loans in May of 2017 about assisting me with loan consolidations and reducing my student loan balances and payments. They informed me that they could reduce my student loans so that I only paid $5,000 of the $30,000 I owe in $20/month increments. I paid their fee in 6 monthly installments of $245 and have been supposedly paying $20 a month towards my loan balances since then. Today, I checked my loan payment history with FedLoan and Premier has made NO payments towards the balance of my loan even though this $20 a month was supposed to be paid to the balance of my loan. Today, 1/9/18 I have made multiple attempts to email Premier to get my payments applied to my loan and the emails are returned as undeliverable. Their website is also "down for maintenance" at this time. Due to not being able to get in touch with them, I have instructed my bank to stop all future payments and I intend to seek restitution for these payments. This company has not full-filled the promises made to me and I expect a full refund of all charges.

**Consumer's Desired Resolution:**

A full refund of all fees and recurring charges.

# Complaint Messages

**01/16/2019 - Christian Stark**
Respond to Complaint

We called ▮▮▮▮ and left her a voicemail letting her know that we are calling to resolve her complaint. We will wait for her call to close out the account.

**01/17/2019 -** ▮▮▮▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint

I will only be corresponding on this matter via email and through the BBB for my own protection as a consumer. Do not call me on this issue.

**01/28/2019 - Handler**
Respond to Complaint

Hello ▮▮▮▮

We apologize for any inconvenience we are causing you. It is not what we intended to do. Please verify a mailing address where I can send you a refund check.

Best,

Christian

**01/28/2019 -** ███████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13313529, and find that this resolution would be satisfactory to me as long as it is a full refund of all monies paid to the company. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

My mailing address for a full refund can be sent to ████████████ St phoenix, ████████

Regards,

████████████████

# Premier Student Loan Center

**Case #:** 13314589

| | | | | |
|---|---|---|---|---|
| **Consumer Info:** |  | **Business Info:** | Premier Student Loan Center |
| | Columbia, TN | | 173 Technology Dr #202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 1/9/2019 7:48:15 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I located a company via the U.S. Department of education website. The company is called "Premier Student Loan Center" or another name of "SL Account MGMT" They made statements that they would and have worked with "Great Lakes" to lower my payments and take care of all of my student loans. They stated that they would take care of everything. With the amount that I owed "Great Lakes" and the hope of trying to repair my credit, I began working with this company in October 2018. They obtained all of my personal information and student loan information. They stated that they would start with $200 a month for 6 months and then all I would pay would be $44 a month. In speaking with "Great Lakes", the company made fraudulent statements to lower my payment. Was this for my benefit or theirs? So far they have taken $597.51 out of my personal account and have paid nothing to "Great Lakes." I have tried to contact PSLC or SL Account MGMT, via phone and email and have yet received a call back or email back. The service representative with "Great Lakes" said that this company has done nothing for me but add more and more interest to my loan by not paying, which is going to continue to grow and make it more and more difficult to pay off. Here I am trying to help my family and credit by getting this paid off and now it's more money and they have my information too. I am looking to obtain at least my money back from this company and also the interest that was added to my "Great Lakes" account. The interest total, since October, is $1,892.30. This company is not showing that they are helping people with student loans but stealing money for their own financial gain. Please help and advise.
**Consumer's Desired Resolution:**
I am looking to at least obtain my money back $597.51and also the interest that was added to my "Great Lakes" account.  The interest total, since October, is $1,892.30.  Plus the additional interest that is going to add during the time to try and make resolve with "Great Lakes" while my loan is on forbearance for this incident .  Resolve of any business with this company.

## Complaint Messages

**01/16/2019 - Christian Stark**
Respond to Complaint
We will contact ▇▇▇▇ in the Morning regarding his concerns about our services. We will do our best to resolve and refund his account if it is necessary.

# Premier Student Loan Center

**Case #:** 13316884

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Columbus, OH | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 |

0

**Date Filed:** 12/8/2018 12:00:00 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I just need to find out if premier student loan center is a scam someone from Navient called me said I was being scammed by PSLC out of my money. I started student loan forgiveness repayment in June with Premier student loan center. I had to pay them $199.17 to setup the process to pay most of my student loans and I would be left to pay back around I believe $1800-$2000 which starting December 8th I would be paying $30 a month. The $30 a month is supposed to pay what didn't get paid out of the the money paid towards my student loans. Well Monday a guy from Navient said that I was being taken for my money by Premier student loan center. I have every email from Premier student loan center and I have an email from Navient. I just want to know the truth especially if I am one of many people whiling to try and pay back towards my student loans.

**Consumer's Desired Resolution:**

I want to either get all my money back or fix the student loan forgiveness repayment. It's unsettling to hear someone tell you that your hard earned money is being taken from when you're trying to do right.

# Complaint Messages

**01/18/2019 - Christian Stark**

Respond to Complaint

We were able to connect with ▮▮▮▮ and talk things over with her account. We apologize if there was any miscommunication in regards to where certain payments were going. We appreciate the feedback. We are happy that we could come to a resolution to her complaint and keep her on board as a client. If ▮▮▮▮ has any further issues, she may contact the complaint manager she spoke with to resolve her complaint.

# Premier Student Loan Center

**Case #:** 13320716

| | | | |
|---|---|---|---|
| **Consumer Info:** | Brewer, ME | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/12/2019 8:17:19 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
Trying to contact them is diffucult. My loans have not decreased. They do not call like they say they would. Im trying to cancel services. Sent an emaik and tge email address is no longer valid.

**Consumer's Desired Resolution:**
All money paid in to be returned asap

## Complaint Messages

**01/19/2019 - Christian Stark**
Respond to Complaint
We have completed ██████ request. We apologize for the inconvenience. Pleas feel free to give us a call if you have any questions.

# Premier Student Loan Center

**Case #:** 13325884

| | | |
|---|---|---|
| **Consumer Info:** | ▆▆▆▆▆▆▆ Casper, WY ▆▆▆ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/15/2019 4:13:50 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

BEWARE! PREMIER STUDENT LOANS is a SCAM! They "bought" my student loan in January of 2018 and said that if I paid them for 120 months they would forgive the rest of the debt, thus saving me approximately $6000.00 They have been taking money out of my account every month, but have not made one payment to the feds. Funny thing is, is that they had all of my personal information including my FAFSA number, SS#, Address, etc. that's why I thought they were legit. I would like to warn everybody that has contact with them to run the other way as fast as possible. I spoke with a Cory Cole who was good I have to admit, suckered me for sure. I have contacted the FTC Consumer Protection Bureau and The FBI criminal division in order to get some justice. Hopefully this message gets out and no one else get scammed like I did. Please be careful!

**Consumer's Desired Resolution:**

I WANT MY MONEY BACK WITH INTEREST!  THIS HAS AFFECTED MY CREDIT.

## Complaint Messages

**01/22/2019 - Christian Stark**

Respond to Complaint

We apologize for the miscommunication that may have occurred between you and one of our representatives. To be clear, we did not buy out your loans. We consolidated your loans with a new loan servicer, Fed Loans. Fed Loan Servicing handles all Public Service Loan Forgiveness applicants and all applicants must go through them to receive public service benefits.We thank you for giving us this feedback as it will help to improve our process. We have closed out your account with our company and issued you a full refund. Please let us know if you have any questions.

# Premier Student Loan Center

**Case #:** 13326748

| **Consumer Info:** |  Aurora, IL | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/15/2019 10:06:15 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was sold on Premier student loan by George F. I was told that my student loan company was in alot of trouble with the government because they were fraudulent charging clients double and triple interest on their student loans. The Obama administration had a tight wind on this and it was going to close and I should act now. I was told at any time that I could have a refund if I wasnt satisfied. I had to pay the processing fee of $224.75 for 4 months beginning on July 14,2017. My student loan payments begin on October 14, 2017 for $30 and I have been paying that up to the present. My account was just deducted today(1/15/19) of $30. The problem came in when I had to submit any income difference because I was told by George my loan would probably change in the next year. Well it did to almost $200 and then I started getting student loan missed payment emails from Fed Student Loan. They never heard of Premier student loan center and I was close to be in default. I then contacted my new representative Lauren. She then emailed me a copy of my agreement with them and was extremely rude. I asked where are all of these payments because Fed Student Loan didnt have them, she stated once I was finished paying them in May 14, 2037. They would forgive the remainder of the loan. I have called Lauren since no response. I have emailed no response. I have emailed George the initial representative that told me that at any time if I was satisfied I could cancel and receive a refund. I have to contact Fed Loan to get a forbearance because I am in college currently. Why is $30 a month continue to be deducted if it isnt being sent to my student loans. This company is a fraud and they are taking money from innocent people that are in difficult situations. This is a scam. Please help. Please take my experience and do not allow them to continue to do this. I am officially not satisfied and I would like my funds returned to me as I was told would happen, the problem now is nobody answers call

**Consumer's Desired Resolution:**

I was told by George Fonseca that at any time if I was unhappy with the service that I could cancel and receive a full refund that I was not held to this payment arrangement. At this time Premier student loan hasnt been honorable and kept all the promised that were made and the information they provided was untruths.

# Complaint Messages

**01/22/2019 - Christian Stark**
Respond to Complaint
We would like no more than to have the opportunity to resolve this issue with you. We called and left

you a message, when it is most convenient for you please give us a call back and we will resolve these issues.

# Premier Student Loan Center

**Case #:** 13328451

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Salem, NJ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/16/2019 4:03:58 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I reached out to them from a family recommendation to help repay my student loans. They took over my federal loan account, gave me a payment plan over a 10yr period with the first 6 months account for larger service fee payments. They have been taking their scheduled payments since Dec 2017. I got an email from ny federal loan provider last week saying I owed a payment and that my income nased repayment option needed to be renewed. I call the loan provider and they say I may have been scammed because this is a third party service and may not be reliable. I call the woman who handled my account in 2017, she doesn't answer but another woman does. She tells me that I should ignore the email and that I should be fine as long as I'm making the $40 payment to them. She then asks me to forward the email to her personal email account so she can review it...the email did not seem legit at the @ was @processingsupport. I did not send the email and saw that there were people with similar issues. I just want to make sure this company is who they say they are and that I'm not being scammed out of my money, my identity, or my standing with the federal loan provider.

**Consumer's Desired Resolution:**

I want to know if this company is legitimate or a scam and what has been done with the money they have already received and what is the true status of my federal student loans.

# Complaint Messages

**01/24/2019 - Christian Stark**
Respond to Complaint

We were able to get in touch with          and we are currently working on a resolution. We thank          for her patience regarding this matter.

# Premier Student Loan Center

**Case #:** 13330393

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Jersey City, NJ | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 |
| | | | premierstudentloancenter.com |

**Date Filed:** 1/17/2019 1:33:04 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

In reaching out and reviewing my status with the Federal Loan Servicing I was given information that contradicted what Premier had stated in our discussions. Premier staff had misinformed me in the process of transferring over my account to Premier for their services. Their are 2 current discrepancies in the information that was given to me during the initial process. 1- I was misinformed about information over consolidating my account. I specifically asked the question about previous payments made by me on these loans and how they would count towards the Loan Forgiveness Program. I was told by a Premier representative that i would be able to get credit for the years i had paid previously for the Public Service Loan Forgiveness Program. I reached out to the Federal Loan Servicing who premier transferred my loan to and was told that once you consolidate your loan it is not an option to be credited for years because of the recent consolidation of my loans with Premier. My prior years of payment will no longer count. 2- I also filled out and faxed an application to Premier to be enrolled in Student Loan Forgiveness Program on 4/11/2018 and I am not enrolled in it. This is one of Premiers responsibilities in "servicing" my loan. At this point I have had to submit a new application to them to be enrolled. So realistically i am servicing my own loan and they are not doing anything. I already paid the initial payments of 239.00 from 4/2018 to 8/2019 and 40.00 payments from 09/18-12/18 Both of these discrepancies could have been avoided if the staff at Premier had been transparent with the information and followed through with the supposed "servicing" of my loan. Needless to say I am disheartened by Premier's lack of consideration, honesty and professionalism

**Consumer's Desired Resolution:**

I would like to have this matter resolved by getting a refund and i would like to end my contract with Premier Loan Service Center.

# Complaint Messages

**01/24/2019 - Christian Stark**

Respond to Complaint

We were able to get a hold of ███ and we are working towards a resolution to her complaint. We thank ███ for her patience regarding this matter.

# Premier Student Loan Center

**Case #:** 13330981

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Rex, GA | **Business Info:** | Premier Student Loan Center 173 Technology Dr #202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/17/2019 5:14:13 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

Premier Student Loan Center falsely represented themselves as a legitimate student loan company. They are unknown by the US Department of Education. I have been paying money for 20 months total. I was informed that if they auto draft 4 payments $232.25 then $30.00 monthly for service. I was thinking that money would be applied to my Federal Loan. Which that money was only to pay for the service. I spoke with my Federal Loan servicer about the payments. Federal Loan do not recognize Premier Student Loan as a good value company. Which has not been applied to my loans. Which has given my Credit Rating a bad report. The money Premier Student Loan is deducting from my account do not help me at all. I am paying my student loan the same amount that Premier indicates to me. I was informed that Premier Student loan changes the consumer contact information to Premier Student loan domain name to receive all communication. None of the money they have taken out has gone to pay any of the student loans and I received a negative rating on my credit showing. They claim the $30 per month per my agreement is to "monitor" my student loan and to recertify my information every year. Federal Loan does the exact same paperwork and processing. All that information is email or mailed to the customer each year. I was informed by Premier Student Loan rep John and Carlos they do not use the money for Tax information purpose as well. I received and email will all my payments to date with this company. I was not happy to know this company only purpose or mission is to monitor for fee and NO money is applied to any student loans. I would like to have all my money returned and all DATA personal profile information removed from this company. You have my information to contact me... I look forward to a good resolution in this matter.... DISAPPOINTED WITH PREMIER STUDENT LOAN AND POLICIES, PRACTICES.

**Consumer's Desired Resolution:**

ALL $1350.00 RETURNED AND ALL DATA INFORMATION REMOVED FROM THIS COMPANY'S SERVERS related to me....  I am aware this company issue a customer a FULL REFUND OF ALL MONEY ON 12/31/2018

# Complaint Messages

**01/25/2019 - Christian Stark**

Respond to Complaint

We issued ▮▮▮▮▮ a refund January 18th and erased his information from our database. We are happy that we were able to resolve his concerns. Please let us know if there is anything else we can do to assist

you.

# Premier Student Loan Center

**Case #:** 13340806

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Moncks Corner, SC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr #202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/22/2019 9:05:41 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Premier Student Loans contacted me in regards to helping me obtain Public Service Loan Forgiveness in the end of 2017. Not knowing that this was a free service, I agreed to let them "help" me through the refinancing process. The charged my account 5 payments of $239 beginning 1/8/18 - 6/4/18 and have charged my account $40 each month since. The last payment was taken out for $40 on 1/3/19. When I continued to receive bills from my old student loan account, I inquired as to why I still had an account with them. I was told that nothing had been consolidated, yet money was still being charged from my account monthly. When I finally received word from a new loan processor, Great Lakes Student Loans, that my consolidation couldn't be completed due to missing information, I was told that what I was paying for was a free service. Premier Student Loans had used their address on my Great Lakes account, as well as entered wrong information on the consolidation. I have tried to contact them and can't get anyone to return my calls.

**Consumer's Desired Resolution:**

I am demanding that all monies paid to this company be refunded to me immediately.  I will not pay them for a service they are not providing nor required to have in order to qualify for this loan program.  I also demand that monies stop being drafted from my account immediately.

# Complaint Messages

**01/30/2019 - Christian Stark**

Respond to Complaint

We would like to resolve _____ complaint. We reached out to her and would like the chance to go over her account before we proceed with cancelling out her account.

# Premier Student Loan Center

**Case #:** 13341972

| | | | |
|---|---|---|---|
| **Consumer Info:** |   Phoenix, AZ | **Business Info:** | Premier Student Loan Center  173 Technology Dr #202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 1/23/2019 1:22:00 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I was originally contacted by Premier Student Loans for loan forgiveness and debt consolidation. They have apparently sold my loan to SL Account Services (although it is still Premier who is pulling $30/month from my bank account). I have been paying them to handle my student loans and they have verbally told me not to make any payments to FedLoan Servicing or Great Lakes. I just had to make a $98 payment to FedLoan Servicing to keep my account from going delinquent and getting kicked out of my Master's degree program. The next day, Premier took $30 from my account. I can't get any documentation from SL or Premier as they no longer answer my requests and I was told that my account still has a balance of $65,000, all but $8,000 of which was supposed to be forgiven according to Premier when I started this process. I paid them $250/month for 4 months and I'm not sure how many payments of $30/month since then. I just want to cancel any contract they think I have with them and get my money back so I can ACTUALLY apply it to my student loans instead of wasting it on Premier/SL Account Managment.

**Consumer's Desired Resolution:**

Cancel any "account" and refund all money they have taken OR they can cancel any "account" and make the payment of everything I've given them to FedLoan Servicing. Either way this money was intended to pay off a debt that they have made no payment on.

## Complaint Messages

**01/31/2019 - Christian Stark**

Respond to Complaint

We followed up with ▮▮▮▮ and her questions and concerns were addressed by the processor assigned to her account. She will be continuing our companies services. We appreciate your patience and are happy to have you as a client. Please give us a call if you have any more concerns.

# Premier Student Loan Center

**Case #:** 13349264

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Goose Creek, SC | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 1/27/2019 10:44:45 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
Unknown by the US Department of Education, Premier Student Loan Center falsely represented themselves as a legitimate student loan company when they are not .They no longer have an active website or as it's stated, temporarily closed for maintenance.I had a conversation with Navient, , the actual student loan company working with the US Department of Education that they signed me up for made me realize my assumptions were correct. I also, like another reviewer stated, have reason to believe that Premier Student Loan Center may have gone by other names. They have been taking money from me for the past year (as of now almost 1600 dollars) and not one penny has gone to my increasing interest. i have been trying to contact them via phone (no one answers) and there is no legitimate email address to file a complaint with them. i want to stop their services without them trying to tack remaining balance onto my credit and i want a refund for the fraudulent statements they have made.

**Consumer's Desired Resolution:**
I would like a refund or at the least, be able to cancel my relationship with them. I do not need them to monitor my situation with Navient, nor do i need them to "file the paperwork" with navient, because i have to do this myself anyway. there is zero reason for me to have to have paid them. this hurt me and my family very much as we were already hurting for money. this could have been used on my newborn SON's medical needs!

# Complaint Messages

**02/04/2019 - Christian Stark**
Respond to Complaint
We would like the opportunity to address the concerns you have with the program our company had placed you in. When it is most convenient for you please give us call back so we can discuss your options moving forward.

**03/21/2019 -** ▇▇▇▇▇▇▇▇▇▇
I do not accept the response made by the business to resolve this complaint
Hello,

my issue was not resolved the company called and left avoicemail i called back and they never responded.

**03/29/2019 - Christian Stark**

Respond to Complaint

We are sorry the BBB closes the complaint when we are not finished resolving. Please return our
voicemail and we will be more than happy to address your concerns.

# Premier Student Loan Center

**Case #:** 13349948

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Warren, MI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 1/27/2019 10:49:33 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Premier Student Loan Center has been deducting money from my bank account every month for my student loans. None of the money they have taken out has gone to pay any of the student loans and I received a negative rating on my credit showing that my loans were in default. It is impossible to get in touch with anyone. All the email addresses I have bounce back and the phone numbers just ring.

**Consumer's Desired Resolution:**

I would like a refund as to discontinue my business with them.

# Complaint Messages

**02/05/2019 - Christian Stark**

Respond to Complaint

████████ was able to reach a representative from our company and had her questions answered. She will be continuing our companies services.

# Premier Student Loan Center

**Case #:** 13358225

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Decatur, GA | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 1/31/2019 3:16:31 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I paid Premier Student Loans to consolidate my student loans and enroll me in a student loan forgiveness program. While they facilitated the consolidation, I was never actually enrolled in the student loan forgiveness program. My student loan repayment has recently increased to over half of my income and due to their negligence I am not even in the program I qualify for to have my loans forgiven. I reached out to the person I was in contact with and the email address is no longer valid AND the website is no longer functioning. This is a scam.

**Consumer's Desired Resolution:**

I paid for a service that was NOT provided and would like my money returned.

## Complaint Messages

**02/07/2019 - Christian Stark**
Respond to Complaint

We have contacted ▮ and left a message to return our call. We would like to explain what happened to your account. The annual renewal of your program is due and due to your high loan balance, your servicer is asking for a payment that is extremely high. By renewing your program, we can avoid you having to pay such a high fee. Please give us a call back as soon as possible so we can resolve this together. Thank you for your patience.

**02/07/2019 -** ▮

I do not accept the response made by the business to resolve this complaint

To whom it may concern,

I have since been able to resolve the issue without the assistance of Premier Student Loans. I am being charged $30 a month for a service they are NOT providing. My documents were not submitted to the loan provider in a timely manner and my repayment plan was denied so I had to pay over $2000 instead of a lower amount. Additionally, there is no record that I am on a loan forgiveness program which is why I initiated my relationship with this business initially. I do not think I should be financially responsible for

paying for a service that I have had to perform on my own. I still want a refund and I want Premier
Student Loans to stop charging me a monthly "enrollment fee" which I have been paying for over a year
now.


Sincerely,

███████████████████


**02/18/2019 - Christian Stark**
Respond to Complaint
We were never able to connect with ███ and go over what had happened with their account. We would
like to issue you a refund, please reach out to us so we can discuss the amount and where to send the
funds.

# Premier Student Loan Center

**Case #:** 13358461

**Consumer Info:** 

Hamersville, OH

**Business Info:** Premier Student Loan Center
173 Technology Dr Ste 202
Irvine, CA 92618

**Date Filed:** 1/31/2019 4:07:18 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loan Services 12/2017. They had my fed ed ID# and knew all of my account/student loan info. I was told I had to pay $1,195 in good faith installations of $239 Jan-May to get the process started. Then $40 per month starting June 2018 would also be applied to my student loan balance. I was told I was being set up on an Income driven repayment plan $40.00 per month for next 20 years and then remaining balance due would be forgiven. I'm now trying to get a home loan and my loan processor needs my student loan documents. I called Fed Ed dept and was told they do not know premier, I have not made any payments toward my loans and that this company was a Fraud. I was advised my Fed Ed to change my account password and Premier to stop all drafts. I called Premier and told them what Fed Ed stated and was told "I don't know why they would say that, we are listed on the BBB and we service almost all of the loans for Fed Ed." I had the guy email my original documents. I provided all the documents to my home loan processor and called Premier back today 1/31/19 I can not get through to stop the payments. I didnt ask to stop payments on 1/30/19 as I wanted to make sure I did recieve all the documents I requested. I also looked up the BBB website as I was talking to Premier and BBB stated Premier is in the middle of a Class Action Lawsuit. I wanted to have those documents before I contacted the lawyer.

**Consumer's Desired Resolution:**

I want a refund of the full amount I have paid Premier student loan center. I was lied to, manipulated, and harrassed, called all hours of the evening until I talked to them about my student loans. I also want to know how Premier student loan center obtained my fed ed account information log in ect?

# Complaint Messages

**02/07/2019 - Christian Stark**

Respond to Complaint

We contacted ▆▆▆ for a resolution to her complaint and waiting to hear back so we can go over what our company had done with her loans. Your concerns will be handled to the best of our abilities. We thank you for your patience. Please give us a call back at your earliest convenience.

**02/07/2019 -** ▆▆▆▆▆

I do not accept the response made by the business to resolve this complaint

I have called the company representative back 5 times today, left 3 messages and still no response.

**02/18/2019 - Christian Stark**

Respond to Complaint

We were able to connect with ▆▆▆▆ and go over what our company had done with her loans. We placed her loans in an income based forgiveness program where she was making qualified payments towards that program. The mortgage approval process is complicated and most of the time the forgiveness programs are difficult for lenders to decipher, since these programs require annual renewals. We apologize for the inconvenience we have caused you and we appreciate your patience. If there is anything else we can do for you, please feel free to give us a call.

# Premier Student Loan Center

**Case #:** 13364937

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Deer Creek, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/4/2019 5:43:14 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have called and left messages with employees the past three weeks with no call back. Was told the contact person working on my account doesnt even work there anymore, then I call back and was told he does! He will not answer me. They submitted my income payment plan as a single and I am married. They did this so my payment would be zero. That is fraudulent. I was told I had a grant approved to pay off one of my loans. That was a lie. I called Navient and there is no grant. I have 5 loans that have been sitting there with no payments which they were supposed to take care of. I want out of this asap. This past year they have done nothing and I pay thirty dollars per month.

**Consumer's Desired Resolution:**

I want last years payments and to cancel everything.  I will be reporting this because they know I am married. I do not want a fraud on my navient account.

# Complaint Messages

**02/11/2019 - Christian Stark**

Respond to Complaint

We contacted ▮▮▮▮ and apologized for the for the errors on her account. We will be taking a further look into where the errors could have occurred. We issued ▮▮▮▮ a refund and her account has since been closed. Please give us a call if you have any questions.

**02/11/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13364937, and find that this resolution is satisfactory.

I still think the business is misleading and difficult to contact as well as suspicious.  Thank you for the refund.

▮▮▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 13365772

**Consumer
Info:**



Queen Valley, AZ

**Business
Info:**

Premier Student Loan Center
173 Technology Dr Ste 202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 2/5/2019 1:36:03 AM

## Nature of the Complaint: Delivery Issues
## Consumer's Original Complaint:

On Sept. 14, 2018, I contacted PSLC upon the recommendation of a friend. I spoke with Lauren Dinatale. She explained the student loan forgiveness service PSLC offers. She took my ID numbers including my FSA. After a long hold, she came back to tell me that my loan is forgiven down to $33, 611 with monthly payments of $135.07 for 24 months. With a service fee of a monthly $239 for 5 months and additional monthly $40 for the life of the program, she can get started. She mentioned that many federal loan borrowers are not aware of this loan forgiveness program that President Obama started. She created an urgency by saying that the Republicans are trying to put a stop to this program. I personally tried to find such program, but the complexity of the procedure frustrated me. I am a retired teacher who taught for 43 years, and yet the federal loan forgiveness program online was difficult to follow. So, I concluded that the PSLC service is legitimate. Ms. Dinatale's numbers and terms were very specific. I agreed to pay for their service. London Anderson contacted me to process the forgiveness of my student loan. He told me it takes 30-90 days. We exchanged emails. On December 1, he emailed me that my first year payment to the $33, 611 , I assumed, is $0 starting January. I was delighted, considering I was paying almost $500/month just for the interest. I decided to open the federalloan.org servicer to check my account. I was very dismayed that the loan balance was the same as Sept. 2018, and now it carries 4% interest, compared to the 3.75% I was paying with Navient. I have sent 3 emails to Mr. Anderson and Ms. Dinatale, but have not received any response. I opened the PSLC website to communicate with them, but the website has been closed for "maintenance". Hence, I am writing this letter to the Better Business Bureau (BBB).

## Consumer's Desired Resolution:

I would like PSLC to credit my Citicard of all the deductions it received and put back Navient as my servicer with the terms I had as of September, 2018. I was already into the 3rd yr of the 20 yr loan forgiveness program. Or PSLC can perform the student loan reduction I was promised.

# Complaint Messages

### 02/11/2019 - Christian Stark
Respond to Complaint

We tried to reach [ ] to give her an adequate explanation of what has occurred on her account. We are positive that once we are able to speak with her, we will be able to explain to her what our

company has done with her federal loans. We called the number on file and we are having trouble connecting with the carrier. Please let us know if there is another number where we are able to reach you.

**02/12/2019 -** █████████████
I do not accept the response made by the business to resolve this complaint

I finally received an email from London Anderson of Premier SL Center last week partially explaining the program. I will call them via Viber or magic jack. I received another email saying they have cancelled my file because I instructed my credit card company to charge back the last $239 they debited my visa card. I still want to see/learn how they can document their claim on the federal loan forgiveness program. And also get reimbursement for the total fee I've been charged if they cannot prove their claim through a published documentation.

Could you please tell me how many customers have written you (BBB) showing concerns about this company?

Thank you for your help.

**02/20/2019 - Christian Stark**
Respond to Complaint
We would like no more than to explain to you the forgiveness program we had enrolled you in. Please schedule a time you would like for us to get in contact with you through the BBB's messaging system.

**02/24/2019 -** █████████████
I do not accept the response made by the business to resolve this complaint

I spoke with Greg of Premier SL regarding my complaint on 2-21-19. He connected me with London, the loan processor. I explained the specific numbers & program that Lauren, the agent, described to me. He called the event a misunderstanding. I wrote every amount and terms that she stated. There was no misunderstanding.

There was no savings for me whatsoever. My current student loan balance is even higher than it was in Sept., 2018. I lost the 3 years of the 240 months with Navient at 3.75% and have to start the 240 months over again at 4%. I am 72 years old, do the math please. I regret my experience with them. I hope the authority will stop the company from luring students who are already stressed out with their school

loans into believing the "forgiveness" program it can provide.

I expect Premier SL Center to pay for the accrued interest $1,456 that have accumulated and increased my loan balance; and also reimburse the $1195 I was charged (239 x 5) for not delivering what it said it would. I want to stop its services.

I would like the communication with Premier SL to continue through the BBB. Thank you.

# Premier Student Loan Center

**Case #:** 13368522

| | | |
|---|---|---|
| **Consumer Info:** | New Castle, DE | **Business Info:** Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 2/6/2019 9:56:50 AM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Premier Student Loan Center contacted me in Sept. 2018 regarding student loan consolidation. Which was a lie! They have been taking $199.70 out of my account for the past 5 months. I recently looked at my loans on www.myfedloan.gov and (1) realized that my loans have only been put into Income Driven Repayment and (2) the application that the company submitted on my behalf was full of inaccurate information....including but not limited to, my home address and email address. It is ridiculous that a company would scam people like this. I work hard to make the little amount of money I do, just to be taken advantage of. I called the company on the customer service line and the representative's direct line and both times a younger woman answered the phone...unprofessional. I had to ask who I was calling, because they did not want to identify themselves to me. She then asked me for some sort of PIN and I refused to give any of my account information. She had no interest in listening to my complaint. She only said that someone will get back to me. I want a full refund of the amount that was taken out of my account. I now know that Student Loan Consolidation services are free and I should have never trusted this.

**Consumer's Desired Resolution:**

I would like to receive a full refund of the monies Premier Student Loan Center has withdrawn from my account.

## Complaint Messages

**02/13/2019 - Christian Stark**

Respond to Complaint

We apologize about your negative experience with our company. Although we strive to be perfect, every now and then things do go wrong. We hope to learn from your experience and improve upon it to the best of our abilities. We have issued you a full refund and the funds should now be available to you. If there is anything we can do for you in the near future, please do not hesitate to reach out to us. We will assist you in the best way possible.

**02/13/2019 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13368522, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13371374

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Clinton Township, MI | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 2/7/2019 1:12:07 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

These people are liars. They called me talking about my student loans claiming they were going to help me. They stole my money that was supposed to go towards payments for the loan and apparently it just went in their pocket. They did absolutely nothing for me besides rip me off and put me further in debt.

**Consumer's Desired Resolution:**

I'm not sure exactly how much money I gave them but I'm well aware it was over $500 closer to $1,000. I'm requesting at least $500 or I will be suing.

## Complaint Messages

**02/13/2019 - Christian Stark**

Respond to Complaint

We believe this complaint is for the wrong company. We don't have any files associated with the name and number left. We checked our accounts and there are no payments on record for this person.

# Premier Student Loan Center

**Case #:** 13381882

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Little Rock, AR | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/13/2019 2:58:39 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

When I signed up with Premier Student Loan Center I spoke to a representative by the name of Morgan who was super helpful at the time. She sold their company to me as if the money I was going to be paying them was going to go towards my student loans. I was so excited to finally start paying on them so that I could boost my credit. She informed me the first 4 payments would be $239/month and then they would go down to $30/month. I made the first payment of $239 that day (July 2018); however, I was able to get my initial payments down to $125/month which is what they have been drafting since Oct. 2018. I provided a rep named James with my proof of employment and income. I also provided him with my Fed Loan Servicing login information. Fast forward 7 months later and not one payment I have made to them thus far has gone toward my student loans. I kept receiving emails about my bill via Fed Loan servicing so I tried to contact the company multiple times. No response. I've tried to contact Morgan directly in the past, she's never available. When I tried to login to see for myself, my password as well as all my security questions had been changed. I had to contact Fed loan servicing to get everything reset and at that time I learned that PREMIER STUDENT LOANS had not done anything they told me they would. My loans were still outstanding and had not been paid on. They told me this company was a 3rd party service and the money I was paying them was not for my loans but for their "service." In which no service had been rendered. They informed me that they do not recognize Premier Student Loans as a quality company and they're not even recognized by the US Dept. of Education. I immediately contacted my bank to put a block on payments being drafted by them. I would like a FULL refund for all payments made thus far and ALL my personal information removed from their database. I feel completely taken advantage of by this company. I look forward to resolving this matter.

**Consumer's Desired Resolution:**

I would like a FULL refund for all payments made thus far and ALL my personal information removed from their database as if this never occurred. I feel completely taken advantage of by this company. I hope they will show some integrity and I look forward to resolving this matter.

# Complaint Messages

**02/18/2019 - Christian Stark**
Respond to Complaint
We apologize if you were told that the enrollment payments you were making to our company were

going towards the balance of your student loans. Those payments were going to our company for
document preparation services, to get you enrolled into an income based forgiveness program. To prove
to you that we are not a company who ignores our clients request. We have completed your refund
request and closed out your account. Please let us know if you need any additional assistance.

**02/18/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13381882, and find
that this resolution would be satisfactory to me.  I have recieved a full refund and I thank Premier
Student Loans for quickly resolving this issue.

Regards,

▮▮▮▮▮▮▮▮▮▮▮▮

Marin Decl. (BBB) - Attachment A          Pl. Ex. 50

p. 1129

# Premier Student Loan Center

**Case #:** 13385100

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▆▆▆▆▆▆ | **Business Info:** | Premier Student Loan Center |
| | Kent, WA ▆▆▆▆ | | 173 Technology Dr Ste 202 |
| | ▆▆▆▆▆▆ | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 2/14/2019 2:58:38 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have been dealing with Premier Student Loan Center since 8/2018 and they claimed to be able to assist people that have student loans apply for Public Service Student Loan Forgiveness. The representatives that I worked with claimed to have stopped my student loans from going into default, and that my wages will not be garnished and my taxes will not be taken as long as I am enrolled in this program to pay them 215.83 a month for 6 months and then a service fee of 20.00 a month for the remainder of the program 10 years, and a 0.00 dollar amount to my student loan providers, I was also told that each year my income amount and expenses would be reassessed to see if I would have to pay anything to my student loan providers. Well, I filled my 2018 taxes on 1/29/19 and was supposed to receive a refund on 2/12/19. I went to check the IRS website to check the status of my refund on 2/13/19 and it said I had an offset. I was extremely confused, because I knew I didn't own anyone money. I called the number and was told this was about my federal student loans, I was told they defaulted and my taxes were reduced for it; which is what the above company told me would not happen since I enrolled in their program. I have called Premier Student Loan and asked them to cancel my account and not withdrawal anymore payments, I was also told that someone would be emailing me information regarding a refund of what I had already paid them. I have called twice since speaking to them on 2/13/19 and have received no information other than my account has been closed and they will not be taking any future payments from my bank account. I have received no information about getting a refund even thought I was told I will get one. This company has nothing to do with assisting with student loan forgiveness all they do is take the money and put it in there pockets. I have also just started to receive bills from Navient the original provider of my student loans. Please help

**Consumer's Desired Resolution:**

I would like a full refund of the payments the company has withdrawal from my bank account starting from the first payment in 8/2018 to the last payment made in 1/2019.  I would like this company investigated so no one else has to go through what I am currently dealing with.  I am extremely upset that my taxes were taken and that the loans went to default when the company told me that this would not happen.  This has put me in a huge financial bind, and I don't like throwing my hard earned money away to a company that claims to do something and clearly did not do what they said they would do.  I would like my refund set to me immediately, within the next week.  I am able to provide a copy of the contract I signed and email that I have received if needed.

# Complaint Messages

**02/22/2019 - Christian Stark**

Respond to Complaint

We apologize if there was some miscommunication in regards to whether or not all of your loans were going to be serviced by our company. Unfortunately our company only services federal student loans and it was your private student loans  that caused your taxes to be offset. We have issued you a full refund and closed out your account. Please let us know if there is anything else we can assist you with.

# Premier Student Loan Center

**Case #:** 13388963

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | White Plains, NY | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 2/16/2019 12:59:48 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

In December 2017 Premier Student Loan Center contacted me about a "Student Loan Forgivieness" program I of course decided to pursue the program as I fit the qualifications of Public Service Student Loan forgiveness as a social worker whom has been working in non profit industry for 10 years. The program set me up to initially pay 259$ for 5 months and then 40$ for 120 months and my projected loan forgiveness amount would be 90k$ Sounds great. So we went through with the program yet all my loans are defaulted and not being addressed. NO payments are going to loans that I can track. Additionally I have received a cancellation of debt notice for 2018 for 40k$ but there is no record of true cancellation of debt with loan holders that I can find. I have been reaching out to Premier Student loan center and cant get responses or clear cut answers oh and forgot to mention the staff: Named: Andrew Vanlee is no longer working there. I am hoping I can get some answers

**Consumer's Desired Resolution:**

Certainly looking for a refund if I am not given clear answers and provided print outs oh how the payments were applied or if they even are linked to any possible loan cancellation lastly if this loan cancellation is a fake thats a federal offense and I would pusuit further legal action if I cannot get answers.

## Complaint Messages

**02/22/2019 - Christian Stark**

Respond to Complaint

We are currently working on a resolution to ████ complaint. We will update the BBB once we have resolved his concerns.

**04/24/2019 -** ████

I do not accept the response made by the business to resolve this complaint

 Hi

my complaint is not yet resolved with Premier Student Loan Center...

I am trying to see if I can get them to reimburse me for all payments made.

--



"Impossible is Nothing"

**05/03/2019 - Christian Stark**
Respond to Complaint
We followed up with ▇▇▇ in regards to his concerns about the validity of the rehabilitation program our company set up for him. We were able to successfully complete his rehabilitation program and his loans are now out of default. We are working on providing the proper documentation for ▇▇▇ to prove that this has all been accomplished by our company. We will update the BBB once a decision is reached.

**Exhibit**

# Premier Student Loan Center

**Case #:** 13395705

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Boston, MA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/20/2019 12:09:56 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

Company is scam. They contacted me directly to help with loan consolidation. However, they obtained personal information not provided to them, they lied on the income repayment application by stating I am a 6 member household when I am a single member household.

**Consumer's Desired Resolution:**

I want full refund of all payments made to them from 12/2017 to present.

## Complaint Messages

**02/27/2019 - Christian Stark**

Respond to Complaint

We have contacted ▮▮▮▮▮▮ and would like to resolve the issues going on with her account. Please return our call at your earliest convenience.

# Premier Student Loan Center

**Case #:** 13405852

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lee, NH | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 2/25/2019 12:37:29 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

The more I discover about P.S.L.C. the more I believe they are a company involved in fraudulent business acts. I was introduced to the possibility of student loan forgiveness by a phone call from a supposed employee of P.S.L.C. named Sheldon. We spoke for at least 45 minutes, where he sold me this wonderful possibilty of decreasing the total amount of my student debt from 28,000 down to a little over 10,000. Of course I was skeptical, but he had an answer to all my questions. So of course I agreed, to 4 initial payments of $239 which all were paid and then $40 per month until I paid off the supposed Decreased Debt Amount of 10,000. A couple weeks later I was hounded by phone and email for proof of income, by a woman and supposed employee named Tania Plazola. I hesitantly sent the documentation and nothing has happened since. No e mail, phone call or update of any kind. They took 4 payments of $239 and disappeared. With the pile up of similar complaints and speculation surrounding P.S.L.C. I demand full refund of all funds paid and I would like to see this company follow through with their initial promise and help this generation get out of debt. Prove to everyone that P.L.S.C. is not a fraudulent company.

**Consumer's Desired Resolution:**

## Complaint Messages

**03/04/2019 - Christian Stark**

Respond to Complaint

We were able to connect with ▓▓▓▓ to explain to him our services and what we had done with his loans. We explained that we did not just simply place his loans into a deferment, like his loan servicer had told him. We placed his loans into an income based forgiveness program, where his loan balance can be forgiven if he completes the entire loan forgiveness term. Its not always in the best interest of the loan servicer to place qualified clients into loan forgiveness programs. They don't get to collect payments and their business runs solely for the purpose of collecting the most fees possible from a client. We apologize if this creates some confusion, but we are here to ensure our clients are made aware of their benefits regarding student loan repayment. Please feel free to contact us if you have any additional questions.

# Premier Student Loan Center

**Case #:** 13406186

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Fort Washington, MD | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/25/2019 10:14:11 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have contacted the company via email and spoken to an agent to request a refund and cancellation of my agreement for over 6 months and have not received my money. I'm told that the office is closed but my refund should reach me in 2 to 3 days and that was over 3 weeks ago.

**Consumer's Desired Resolution:**

I would like a full refund on my account and verification of account closure

## Complaint Messages

**03/04/2019 - Christian Stark**

Respond to Complaint

We have cancelled out your account and issued you a refund. We apologize if your account was not cancelled and refunded in timely manner. Please give us a call if you have any other requests.

# Premier Student Loan Center

**Case #:** 13409996

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Dahlonega, GA | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 2/26/2019 4:31:29 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was in contact with Cody, then David, who told me that I needed to pay $199.17/mo for six months and $30/mo for 234 months so 240 months total. Nothing has been taken off my student loan debt which is steadily accuring interest and putting me even more in debt. I have everything documented from emails to bank statements. I have paid in all $1,434.98 and want a full refund. This company reels you in and makes you feel comfortable to pay your loans, but it's nothing but a scam.

**Consumer's Desired Resolution:**

Full refund of $1,434.98 and erase all information in regards to my account.

## Complaint Messages

**03/06/2019 - Christian Stark**

Respond to Complaint

We spoke with ███ and we are currently working on a resolution to her complaint. We will update the BBB once we resolve her complaint.


**03/21/2019 - ███████**

I do not accept the response made by the business to resolve this complaint

I did not receive the email for me to respond to the company but I have been trying to get back in contact with Premier Student Loan Center to figure this out. They called me once, March 6th. I went around with Christian, an account agent, almost an hour wanting to know why he couldnt send me a record showing where my money is going. The only thing he did say was that noone has been in the program long enough to see results and only at the end of the program does the money paid reflect  on the balance. I dont understand how that's possible. He only sent me an email so I could log on to FSA and see my accounts. He seemed satisfied that I said I would look over everything and get back to him with an answer. I looked at FSA and saw that the loan accounts were consolidated but nothing showing who did that or who has them. I took screenshots of FSA, and credit karma where the loans show they are consolidated, but still occurring interest and emailed them to Christian and asked again for a record showing what I have paid and where it's going to on the balance. No response. I have called and left messages for him to call back and no response.

I sencearly feel taken advantage of not only because of this issue, but apparently I wasnt told the exact truth about what they do. I was told in the beginning that my payments were all going towards my loans, and Christian was saying that's not the case. The payments starting with the $30, is going towards my loans, not the other payments. So I've been lied to and cheated.

I just want all of my money back and my information wiped from their system. If they aren't keeping track of my money and refuse to show me the payments I've made to my loans, I'm being scammed. I have attached the same screenshots I sent Christian.

**03/29/2019 - Christian Stark**
Respond to Complaint
I apologize if we have been having some trouble connecting. If you are not satisfied with the information I had forwarded to you, we can proceed with refunding your account. I returned your call a few days ago and have not heard back. Please call me on Monday and we can move forward with closing out your account.

**04/03/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13409996, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮▮▮