# Premier Student Loan Center

**Case #:** 13412938

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Laguna Niguel, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 2/27/2019 9:06:46 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Premier Student Loans contacted me in 2017 regarding helping me to consolidate and pay off my student loans. They explained to me that they could assist me with the process of getting my student loan payment down to a lower monthly amount, and so I signed up for their services. After paying a larger amount for the first four months, the representative informed me that my monthly payment would be lowered to $30 a month. AT NO POINT did the representative inform me that this payment was to the company and NOT towards my student loans. From the beginning, I was led to believe that my payments would be put towards my loans. All correspondence through phone and email were misleading by stating that my bills would be coming from the Department of Education, not from Premier Student Loans. I have paid a total of $1,469 to this company and none of this money has gone towards paying off any of my loans. The website for the company is "under maintenance" any time I try to go there, and I had difficulty getting in contact with anyone regarding my account. It seems that the person who signed me up no longer works there, and it took about a week for me to get in touch with anyone else who could assist me with my account. Anytime I tried to call, I got an answering service who stated a different name than the name of the company.

**Consumer's Desired Resolution:**

I would like to be refunded the money that I have paid this company.

## Complaint Messages

**03/06/2019 - Christian Stark**
Respond to Complaint

We were able to connect with ⬛ and discuss what our company had done with her loans. We apologize if you were told the payments that you were making to our company were going towards the balance of your loans. The payments made to our company are for document preparation services. We are happy that we were able to resolve your complaint with our company. Please feel free to reach out to us if you have any other questions.

**03/06/2019 -** ⬛
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13412938, and find that this resolution would be satisfactory to me.  The business has agreed to refund the money i have paid them thus far, and said that i should be receiving a check within 7-10 business days. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

Marin Decl. (BBB) - Attachment A                                    Pl. Ex. 50

p. 1140

# Premier Student Loan Center

**Case #:** 13419783

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Ormond Beach, FL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 3/3/2019 9:28:50 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I went for help on student loan which said they would consolidate loans and make payment plans. They consolidated and set up money to go directly to them for years collecting thousands. And nothing applied to my loan. Also claiming forgiveness on my student loans. They care stealing money from me. Deceptive practices 215.00 for 6 months them 40 for thirty years a,big scam

**Consumer's Desired Resolution:**

I want a total refund and out this contract that is stealing money and not going towards my student loans

# Complaint Messages

**03/11/2019 - Christian Stark**

Respond to Complaint

We placed ▇▇▇▇▇ loans into an income based forgiveness program where he had to complete the whole term, in order to be forgiven the remaining loan balance. The payments that he made to our company were for document preparation services our company provides. We do have compliance in place at the end of all enrollment calls, to help ensure clients understand where their money is going. We apologize if this was not communicated to you in a more effective way. We have completed your request and your account has now been closed. Please contact us if you have any additional questions.

# Premier Student Loan Center

**Case #:** 13428119

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Cordele, GA | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 3/7/2019 1:24:57 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This company contacted me in June 2017. They indicated they could enroll me in a student loan forgiveness program. They said the initial fee would be four payments of $232 and after that it would be $30 a month for 10 years. At that point my loans would be forgiven. I recently found out that my student loans were in default, no payments have been made to my student loans and my income tax refund was taken for an offset. I have paid this company roughly $1468 and I lost an almost $5000 refund. The company knew I was in default and did not notify me and then began making $5 payments to put me in a loan rehab program. They did not notify me of any of this, they made payments I did not know about and they originally misrepresented themselves, their company and their services. I am a single mother and I need all my money refunded to me.

**Consumer's Desired Resolution:**

I would like for this company to refund the money they have taken from me since 2017.

## Complaint Messages

**03/14/2019 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮ and apologized for all the trouble we have been causing her. A lack of communication made her miss the final approval of her forgiveness program. Due to this, payments that were supposed to be going directly to her loan servicer were never made, causing her loans to go into default. We did attempt to correct this by placing her loans into a rehab program, but due to a lack of communication, client was never informed. We issued ▮▮▮▮ a full refund and her account is now completely closed. If ▮▮▮▮ has any questions regarding her student loans, please call us directly and we will address your questions.

**03/14/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13428119, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if

it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13445578

| | | |
|---|---|---|
| **Consumer Info:** | ▮▮▮▮▮▮<br>Columbus, OH ▮▮▮▮ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 3/15/2019 2:13:17 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted and advised they would assist with student loan forgiveness. I stayed on the phone with the person for over an hour. He told me he'd reduce my student loan debt to around $10000 from $60000. I appreciated this because i was planning on going back to school for my Masters. He stated that I'd also see a jump in my credit score in a month or two seeing as my debt would reflect $10000 versus $60000 on my credit report. He advised they would file paperwork and contact the loan companies my loans were through. I was told to pay $230 for 5 months then $30 for many years thereafter. The initial payments went through for the correct amount but instead of getting charged $30 which is stated in my contract i signed, my bank card is being deducted for $40. What made this all start to go downhill is the fact that i started getting letters from my loan companies stating my payments were deferred. As well i had a loan officer run my credit for a house and the $60000 for my student loans are still there! I can't reach the company at this 888-283-9631 number. All i do is hold. I feel bamboozled and want a refund for ALL monies involved. I am definitely upset because i didn't have the funds to pay but i made it work because that's a significant decrease from $60000 down to $10000.

**Consumer's Desired Resolution:**

I want a refund for all monies i this company debuted from my account.

## Complaint Messages

**03/22/2019 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮ and went over her account with our company. We apologize if you were told that your loan balance would reduce after our services were rendered. The income based forgiveness programs do require that you complete the entire term in order to be forgiven your remaining loan balance. So it is not something that happens immediately. We completed your request and your account has been completely closed. Your information will also be deleted from our database, for your security. Please reach out to us if you have any other requests or concerns.

# Premier Student Loan Center

**Case #:** 13479888

| | | |
|---|---|---|
| **Consumer Info:** |  Fort Thomas, KY | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/1/2019 9:45:32 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have been trying to contact this company in regards to my student loans. The website has been down and the email address isn't valid anymore. I don't have access to my student email account anymore. This company said my student loans would be resolved if I paid a certain amount for five months and then after I would pay $40 a month for five years and all other loans would be forgiven. My interest rate on my account keeps rising and I have no way of contacting them. I also need to update a debit card information. I don't even know how to contact anyone to get information.

**Consumer's Desired Resolution:**

I would like to understand why I can't contact them and why my interest keeps increasing every month on student loans that I'm suppose to be paying. I would also like to be able to contact them in regards to issues and service related issues. I need to update my debit card information and have the documents sent to my updated email address ASAP.

# Complaint Messages

**04/08/2019 - Christian Stark**

Respond to Complaint

We reached out to ▉▉▉ in regards to her concerns. Please return our call at your earliest convenience.

# Premier Student Loan Center

**Case #:** 13494653

| Consumer Info: |  Westford, MA | Business Info: | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 4/9/2019 6:42:45 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I checked in on my student loans that they consolidated for me after a recent income driven recertification and noticed that there were no payments made to them. I was puzzled so I contacted the FedLoan Services and they advised me that my payments have been $0 since May of 2018 and my recertification showed a family size of 4. I have not had that size family for years! My income has decreased and I did advise Premier, but when I contacted them, the customer service rep did not have an answer for me about that info. She would look into it. She said that they "negotiated that payment of $0 with fed loan serv. from May of 2018- May of 2019, but that is not the information they had on file. So now my payment went up and I am still responsible for paying Premier a $40 a month fee on top of the increase in my monthly payment to Fed loan serv after they changed my family size! I no longer wish to proceed with their services and feel they scam you out of money and mislead you. I have been out of work for 5 mos and on Long term disability.

**Consumer's Desired Resolution:**

## Complaint Messages

**04/12/2019 - Christian Stark**
Respond to Complaint

We were able to connect with ▮ and explain to her the situation that has occurred on her account. We apologize for the inconvenience we have caused you. We hope the solution that we came up with for your complaint was to your satisfaction. Please let us know if there is anything else we can assist you with. If you need advice on how to file for a disability discharge in the future , please give us a call and we will assist you in anyway we can. Thank you for your patience and understanding.

**04/12/2019 - ▮**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13494653, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

I will add that Christian from Premier was very professional and apologetic and was quick to resolve this issue.  He is in the process of sending a refund for my inconvenience.

Regards,

# Premier Student Loan Center

**Case #:** 13496289

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Cleveland, OH | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/10/2019 3:30:33 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**
Called Premier Student loans and spoke to rick woods in hopes of having my federal student loans forgiven by paying 3 payments of $166.00 for 3 months but today received phone call from department of education informing me they have received no payments

**Consumer's Desired Resolution:**
I would like a refund of my $166.00 and discontinuation of services

## Complaint Messages

**04/17/2019 - Christian Stark**
Respond to Complaint
We do not have this client in our database. Please forward this complaint to the correct company and also ask them to provide proof of our services, so the complaint can be valid.

# Premier Student Loan Center

**Case #:** 13505878

| | | | |
|---|---|---|---|
| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
| | Rosedale, NY | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 4/16/2019 1:25:57 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**
This company contacted (Jovani) me in October 2018. They indicated they could enroll me in a student loan forgiveness program. They said the initial fee would be six payments of $199.15 and after that it would be $40 a month for 10 years. At that point, my loans would be forgiven. I recently found out that my student loans were in default, no payments have been made to my student loans. I have paid this company roughly $1194.90, I CALLED AND EMAIL WITH NO RESPOSEDS. The company took my money and did nothing. I need a full refund of my money.

**Consumer's Desired Resolution:**
I WANT HAVE FULL REFUND OF MY PAYMENTS $1,194.90

## Complaint Messages

**04/23/2019 - Christian Stark**
Respond to Complaint
We are attempting to contact ▮▮▮ in regards to his concerns about what our company has done with his loans. ▮▮▮ loans are not in default, we successfully were able to transfer his loans to a federal loan servicer. His loans are current and good standing with that company, under income based forgiveness terms. If we didn't submit the proper paperwork to get his loans out of default, his loans would still be with a debt collector. Please return our call at your earliest convenience and we will explain to you exactly what happened with your federal student loans. We thank you for your patience regarding this matter.

# Premier Student Loan Center

**Case #:** 13516739

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>South Holland, IL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/22/2019 6:31:11 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

So back in September of 2018I was contacted by Premiere Student Loans about a loan forgiveness program. They informed me that if I paid $200 dollars from September to February then come March I would only have to pay $40 a month for 10 years and anything else left over after 10 years would be forgiven. I joined the program and paid them like I was supposed to. On April 1,2019 I called FedLoan, the company they sent my loans to after 5 months, to get some information about my student loans and how much I had been paying since I didn't receive anything in the mail for my taxes. I explained the situation to the Customer Service rep I spoke to and they informed me that I didn't need to pay ANYBODY for a service that is supposed to be free and that I had been scammed. I couldn't believe what I had heard. Due to recent life changes I haven't had the time to file the complaint up until now but I don't appreciate being tricked and finding out somebody or some organization had been pocketing my money that I thought I was using to get myself out of debt.

**Consumer's Desired Resolution:**

I would like a refund of all funds I spent from September 2018 up to March 2019 and ALL of my private and secure information erased from the organization as a whole. That includes any accounts they have and any other identifiable information they could use nharm me later on down the line.

# Complaint Messages

**04/29/2019 - Christian Stark**
Respond to Complaint

We were able to connect with ⬛⬛⬛ to address his concerns. At this time we are currently working on a resolution to his complaint. We will update the BBB once a resolution is reached.

**05/01/2019 - ⬛⬛⬛**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13516739. I have

spoken to an associate of Premiere Student Loan Center/Student Loan Account Managment. They recently called me and I explained to them how I felt about everything and requested a full refund. The associate I spoke to said that they would mail me a full refund within 5-7 business days and if I do not receive a full refund check in the mail at my current address then I should call them back. At this time, this is satisfactory but if their end of the bargain is not kept I will be giving them another call and I will be filing another complaint. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13520041

| | | |
|---|---|---|
| **Consumer Info:** |  Romeoville, IL | **Business Info:** Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/24/2019 12:13:24 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

When I initially signed up for this program I was lead to believe that my monthly payments were going to be paid on my student loans. However no payment has been made on my student loans since I had joined this program. Instead my loans have been deferred and no payments are being sent. I remember asking for clarification if the monthly payments would go towards my loans and the person on the call confirmed, but that wasn't entirely true.

**Consumer's Desired Resolution:**

I would like a refund of every payment that I have made to this company. I want to pay off my loans but there has been no progress and it looks awful on my credit report.

## Complaint Messages

**04/30/2019 - Christian Stark**

Respond to Complaint

Please return our phone call when most convenient for you. We would like to resolve your complaint.

# Premier Student Loan Center

**Case #:** 13523577

| | | | |
|---|---|---|---|
| **Consumer Info:** |  San Ramon, CA | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 4/26/2019 12:00:18 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have a loan repayment plan with Premier Student Loan services. They promised me loan consolidation and that I would pay no more than $12,000 of my total amount over 10 years. They raised my monthly payments from $67 to $339 literally overnight. They were not helpful when I told them that I couldn't afford to pay that amount. I also looked at my balance on the FAFSA website and after paying on the loan for 6 years, my balance has only decreased by $100. Where are my payments going??? In addition, I paid $1000 to be in this loan forgiveness program along with a monthly fee. I want a refund of all of the money I have paid to them.

**Consumer's Desired Resolution:**

I would like a refund for all of the money I paid to this company and released from any further financial obligations to them.

## Complaint Messages

**04/30/2019 - Christian Stark**
Respond to Complaint

Please return our calls at your earliest convenience. We sent you an email with the proper contact numbers. We were unable to leave you a voicemail, due to your voicemail box being full.

**04/30/2019 -**

I do not accept the response made by the business to resolve this complaint

I did not receive an email with contact information and my voicemail box is not full. To ensure the information you have is accurate: email is ▌ and phone number is ▌

**05/13/2019 - Handler**
Respond to Complaint

We reached out to ▌ in regards to her complaint. Unfortunately we've had conflicting schedules and have not yet reached a resolution. We are positive once we are able to communicate, we will reach a resolution that will satisfy her concerns and will be pleased with the outcome.

**05/14/2019 -** ████████████

I do not accept the response made by the business to resolve this complaint

I have received one phone call and i returned the call.  We have not yet communicated.  I will not accept the response until we speak, my money is returned to me, and a reasonable payment plan is agreed upon.

# Premier Student Loan Center

**Case #:** 13525230

| | | | |
|---|---|---|---|
| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
| | Everett, MA | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 4/26/2019 7:28:10 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Attempted to pay my monthly bill, and couldn't contact the company. I hope to resolve this immediately!

**Consumer's Desired Resolution:**

Contact immediately, with additional  information!

## Complaint Messages

**05/02/2019 - Christian Stark**

Respond to Complaint

was able to get in contact with our customer support department and his payments have been rescheduled. If you have this trouble in the future please call our customer support line. Our customer support line is 888-548-0476.

## Premier Student Loan Center

**Case #:** 13527355

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▮▮▮ <br> Washington, PA ▮▮ | **Business Info:** | Premier Student Loan Center <br> 173 Technology Dr Ste 202 <br> Irvine, CA 92618 <br> (888) 548-0476 |

**Date Filed:** 4/29/2019 8:51:09 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have been trying to contact this company in regards to my student loans. The website has been down and the email address isn't valid anymore. I emailed workers email that I have and all come back return to sender. The website has been down for a month now. The phone number listed I call and it just rings and no one picks up. My loan company wants certification and I have not heard from Premier Student Loan Center. I have no Idea how to reach them.

**Consumer's Desired Resolution:**

Contact by the business  by email

# Complaint Messages

**05/03/2019 - Christian Stark**

Respond to Complaint

We attempted to reach out to you this morning in regards to your concerns. Please contact the number that was left on your voicemail. You can also call 888-548-0476. This is our customer support number that is also listed on our BBB.

**05/06/2019 -** ▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13527355, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮

# Premier Student Loan Center

**Case #:** 13530540

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Warminster, PA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/30/2019 1:53:55 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
I registered with Premier Student Loan Services with an agreement to pay my loan at a discounted rate over a given period of time. I was told I would be contacted to update information annually. I never received a phone call. Over the past few months, I have been trying to call and check their website. I am unable to get in contact with this company. I paid the initial months of $224.75 followed by monthly payments of $30 over the following 12 months. I have received emails from a ckulek@slaccountmgmt.com SL Account Management Direct: (949) 202-1173 Fax: 1-833-583-7374 Email: ckulek@slaccountmgmt.com I also called numbers from my bank statements and I am getting a company named "Allied Wallet" (888)255-1137

**Consumer's Desired Resolution:**
I would like my money refunded and assurance that my identity is protected.

## Complaint Messages

**05/06/2019 - Christian Stark**
Respond to Complaint
We reached out to ▮▮▮▮▮ in regards to her concerns about our company. Please give us a call back at the number that was provided to you in your voicemail box.

**05/06/2019 - ▮▮▮▮▮▮▮▮▮**
I do not accept the response made by the business to resolve this complaint
I received a voicemail. I called back and left a message. Until we speak over the phone I will not accept this. I have left a message and expect a call back

**05/15/2019 - Christian Stark**
Respond to Complaint
We were able to connect with ▮▮▮▮ and went over the details of her account. We are pleased that we were able to resolve some of her concerns and completed her requests. We appreciate your follow up and patience regarding the matter at hand. Please feel free to contact us directly if you have any additional concerns.

**05/16/2019 -** ███████████████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13530540, and find that this resolution is satisfactory.

I have received a refund and feel my complaint has been resolved.

Regards,

██████████████████

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 1159

# Premier Student Loan Center

**Case #:** 13530653

| | | |
|---|---|---|
| **Consumer Info:** | Lincroft, NJ | **Business Info:** Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 4/30/2019 2:37:54 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loan Company to help me enter the Public Loan Forgiveness Program. Although I was quoted a payment much higher by MyFedLoan, Premier Student Loan Company said they would be able to lower my monthly payment for a fee of $40 a month. It has been one year of payments as of today. Part of the Public Loan Forgiveness Program is reapplying each year. After doing so, I learned that I had been severely mislead by Premier Student Loan Company. My payment in February 2018 was 599.25. I was then paying $239.00 a month for 5 months, which was supposed to be going to my student loan, however, it all went to Premier Student Loan Company. They placed my loan in forbearance, which they were "processing" my application. After speaking with MyFedLoan, I was informed that I had already been approved for the program and there was no need for this forebearance. I was also infomred by MyFedLoan that Premier Student Loan Company provided false information on my behalf regarding my family size as 6. I am one person so my family size is 1. This is how my payment was significantly lowered. If they called on behalf of my federal student loans and lied, then what other information do I need to be worried about them stealing? I calculated the amount of money I have paid Premier Student Loan Servicing has cost me and the total is $1600 in fees and $5000 in payments that were supposed to go to my student loan. I was under the impression that I would be paying $362 instead of $798 monthly. I contacted Premier Student Loan Company and was told the representative that opened my account would need to help me, however, he is no longer with the company (Gilbert Martinez). I was told a manager would call me back regarding the issue and I could not speak to a manager right away. Not only did this company lie on my behalf, they have delayed my repayment to the Public Loan Forgiveness Program and caused me to pay an astronomical amount in interest.

**Consumer's Desired Resolution:**

I would like a refund and I would like this company to be honest. If you are going to lie about my family size, please inform me so I have the option of being honest myself or being dishonest like your employees. I want others to understand that these companies are not needed in entering programs for federal student loans. You can do all the work yourself and when they quote you a number it is right. Do not believe this company.

# Complaint Messages

**05/07/2019 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮ in regards to her complaint about our company. We apologize for the negative experience you had while working with us. An investigation was launched on your account with hopes that we will be able to better serve our clients moving forward. Your account was closed and your requests have been completed. Please let us know if there is anything else we can do for you.

# Premier Student Loan Center

**Case #:** 13531421

| **Consumer Info:** |  | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Wausau, WI | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 4/30/2019 7:17:48 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted in May 2018 by this company who told me that they would help me pay my student loans at a reduced payment of $239/month for 6 months and then $40/month after that. I have no idea where my money has gone as I have contacted Navient and they do not have any payments made to them on my student loans. This company is a SCAM. I have paid this company roughly $1674 and have called and emailed them with no responses back! The company took my money and did nothing. I NEED a full refund.

**Consumer's Desired Resolution:**

Full refund from this company.  I would like to be contacted by this company so that I can receive my refund and close the account with them.

## Complaint Messages

**05/06/2019 - Christian Stark**
Respond to Complaint

We reached out to █████ in regards to her complaint. Please give us a call back at the number that was provided for you in your voicemail box.

**05/15/2019 -** ███████████

I do not accept the response made by the business to resolve this complaint

 I am contacting you because this complaint is not resolved.  I understand I did not get to your emails promptly, but I have tried to contact the company back 5 times with messages after they did reach out to me and left a message.

Please reach back out to me at your earliest convenience.

Thank you,

████████

**05/24/2019 - Christian Stark**
Respond to Complaint

We followed up with █████ and apologized for the miscommunication in regards to what are fees were going towards. We were able to work out a solution for this and █████ is going to be continuing our

services. Please let us know if you have any additional concerns that need to be addressed.

**05/29/2019 -** ███████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13531421, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

They have contacted me back and worked every thing out to my Satisfaction.

Regards,

████████████

# Premier Student Loan Center

**Case #:** 13533804

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Pantego, NC | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 5/1/2019 11:53:42 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I applied for a public service loan forgiveness program in April 2018. I was told that I would make 6 payments of $199 starting the month of May 2018 through October 2018 which would cover document processing for Premier Student Loan Center. After these 6 installments, I was told that my payment would decrease to $30/month as was negotiated with Fedloan Servicing. I was also told that I would receive a call each year to renew my contract for student loan fogiveness. I called multiple numbers that I had on file for this company and all numbers have been disconnected. I then called Fedloan Servicing who reports they have not recieved a payment from me since April 2018 and that my payment amount is $0 under the income driven repayment plan. I have been paying $30/month since November 2018 in addition to the 6 installments of $199.

**Consumer's Desired Resolution:**

I expect a full refund from this business as none of the money I have paid in has contributed towards my student loans and previously discussed. The total amount would be $1374.00

## Complaint Messages

**05/07/2019 - Christian Stark**

Respond to Complaint

We reached out to ▮▮▮▮ and left her a voicemail. Please return our call when most convenient for you. A call back number was provided for you.

# Premier Student Loan Center

**Case #:** 13537116

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████ Canyon Lake, TX ███████ | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 5/2/2019 6:00:06 PM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

This place is a scam! I was told by a family member I should call them and see if they can help me with my student loan problems. This was back on September,19 2017 and here we are May 02, 2019, and I owe more money then when we started this process. They told me that my 70,000 in student loan debut would be cut all the way down to 7,000! I paid 200+ for the first 3 months and then $30 on the 10th of every month after that! No one is answering the phone and the website is conveniently down! I want my money back and I want the interest amount I thought had stopped over the past two years! I want to know who is filing a law suit against them and I want in! They also took my personal information, i.e SSN and FAFSA information.

**Consumer's Desired Resolution:**

## Complaint Messages

**05/07/2019 - Christian Stark**
Respond to Complaint
We called ████ and left her a voicemail to return our call. A contact number was provided for you in your voicemail, please give us a call when most convenient for you.

# Premier Student Loan Center

**Case #:** 13537585

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▓▓▓▓ <br> Augusta, GA ▓▓ <br> ▓▓▓▓▓ | **Business Info:** | Premier Student Loan Center <br> 173 Technology Dr Ste 202 <br> Irvine, CA 92618 <br> (888) 548-0476 |

**Date Filed:** 5/2/2019 10:21:48 PM

**Nature of the Complaint:** Guarantee Or Warranty Issues

**Consumer's Original Complaint:**

Premier student services contacted me in 2017 about my student loan debt and claimed they could save me over 7K in interest if I would pay them $248.00 for 4 months. They claimed after the first four months my payment would be $139.00 for 105 months and all the extra interest would be done away with. Well, they placed my student loan apparently in deferment and with another company who sent me statements for a few months stating I had $0 payment due. After a while, the paper statements stopped. Suddenly in February I started getting email communication only stating I was past due and they are going to report me to the credit bureau. The problem is they have never called me, and when I try to log in to the account, it will not allow me. First I had to claim I forgot my user name for an account I never set up. Then after they sent me that, I had to claim I "forgot" my password (which again I never set up) so they could email me a temporary one. I did that, but when I put in the user ID and temp. password it asked me to answer security questions which again, I NEVER SET UP!! The new company, FedLoan Servicing claims they do not know who Premier is, but i believe they are working together, because I am not the only one now receiving past due notices from them. Seems to me Premier and FedLoan were working together, but now they will not honor my payment terms. THIS IS A SCAM ON TOP OF A SCAM, BECAUSE THE ORIGINAL LOAN WAS ORCHESTRATED BY THE NOW DEFUNCT AND DEFAMED DEVRY. I WANT A FULL REFUND AND I AM GOING TO WRITE THE DEPARTMENT OF EDUCATION. THIS HAS TO STOP!

**Consumer's Desired Resolution:**

I want a TOTAL refund of all charges and I want to know why FEDLOAN Servicing does not have to honor the repayement terms.  I do NOT believe for one second they do not know what was going on or had a hand in it.  I will be filing a complaint with the Department of Education.

# Complaint Messages

**05/07/2019 - Christian Stark**

Respond to Complaint

We were able to connect with ▓▓ and give her the information she was looking for. ▓▓ is looking to get her Devry loans discharged, due to the school over promising its students. With her loans going through that process, a forgiveness program would no longer be necessary. We completed ▓▓ request and her account has been closed. Please give us a call if you have any other questions.

# Premier Student Loan Center

**Case #:** 13538871



| | | | |
|---|---|---|---|
| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
| | Jacksonville, FL | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 5/3/2019 2:49:49 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I too have fallen victim to this company. Back in August of 2017, I was contacted by Premier Student Loans about a loan forgiveness program. They informed me that if I made 4 payments of $248.75 dollars from August through November 2017, then from there, I would only have to pay $30 a month consecutively for 10 years and anything else left over after 10 years would be forgiven. I joined the program and paid them like I was supposed to. In April of 2019 I called FedLoan Servicing, the company that holds my student loans, to get some information about my account and how much I had been paying since I didn't receive anything in the mail for my taxes. I explained the situation to the Customer Service rep I spoke to and they informed me that I didn't need to pay ANYBODY for a service that is supposed to be free and that I had been scammed. I couldn't believe what I had heard. Not only was I making monthly payments to Premier Student Loans, but none of the money I paid went toward my student loan at FedLoan Servicing. Interest just kept adding up during this timeframe, which continued to increase my student loan debt. What's also upsetting is that the initial representative that was helping me no longer wanted to take ownership of my account. Therefore, it was sent to another representative to handle, come to find out, the other representative worked for another company which was called "SL Account Mgmt", where I was informed that Premier Student Loan Center was split into two companies now and that SL Account Mgmt does all of the processing for the Premier Student Loan Center. Like others before me, I too had recent life changes, where I haven't had the time to file the complaint up until now, but I don't appreciate being lied to and finding out a company had been using my money for their own personal gain, when I thought they were truly helping me resolve my student loan debt.

**Consumer's Desired Resolution:**

If possible, I would like all of my money returned/refunded, so that I can put that money toward actually paying down my student loan with the servicer itself, which is FedLoan Servicing. Please help!

# Complaint Messages

**05/20/2019 - Christian Stark**

Respond to Complaint

We were able to come up with a resolution to ▮▮▮ complaint. We apologize for the inconvenience our company has caused you. We have completed your requests and your account has been closed.

Please feel free to give us a call if you have any more issues.

**05/20/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13538871, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮

Marin Decl. (BBB) - Attachment A                    Pl. Ex. 50

p. 1169

# Premier Student Loan Center

**Case #:** 13543136

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Kimberly, AL | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/6/2019 4:04:46 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
I was contacted by this scam business in June 2018 about their student loan forgiveness program. They said I would have to oay $199 a month for 6 months and then $40 a month for 10 years and anything left of my student loans would be forgiven. All they did was file a forebearance with my student loans and made no payments. All I need is a refund from these crooks. DO NOT SIGN UP WITH THEM.
**Consumer's Desired Resolution:**
I WANT MY MONEY BACK AND THESE A HOLES PUT IN JAIL FOR PREYING ON THE AMEFICAN PUBLIC.

# Complaint Messages

**05/15/2019 - Christian Stark**
Respond to Complaint
We left ▇▇▇▇ a voicemail in regards to his complaint. Please give us call back at the number that was provided for you.

# Premier Student Loan Center

**Case #:** 13544619

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Bath, ME | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 5/7/2019 10:56:42 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I started with this company to help with public student loan forgiveness after ten years. It was great until came time to recertify and it is taking forever. I called fedloan back who has been looking for money and they told me this company was a scam and they haven't seen any money from them and that they lied about my initial application. I called premier student Loans and they denied it and said they would speak with them. Paperwork was resubmitted by premier and I just got a denial. Tried calling company and it rings once and hangs up. Try another number for them and does same thing. Try third number and get a person who says they can give me my info if I buy ID theft protection first. I refuse, they give me bogus number to call and hang up.

**Consumer's Desired Resolution:**

I want to cease my connection to this company and all my money back. I dont want them contacting me ever again.

# Complaint Messages

**05/15/2019 - Christian Stark**

Respond to Complaint

We apologize for your negative experience while working with our company. We would like to do anything we can to help resolve your concerns. Please let us know if it would be alright to call you directly. We are also currently working on your husbands resolution, so if you would like for him to speak on your behalf, please let us know. Thank you for your patience.

**05/15/2019 -** 

I do not accept the response made by the business to resolve this complaint

I don't want them contacting me for any reason directly.  I would like money back and to sever any and all ties with them.

**05/23/2019 - Christian Stark**
Respond to Complaint
Due to the nature of your complaint, we do need to speak with you directly if you are requesting a full
refund.

**05/23/2019 -** ███████████████
I accept the business's response to resolve this complaint

Better Business Bureau:
I will let them contact me once in response to my request for full refund but do not wish further contact
beyond one conversation.
I have reviewed the response made by the business in reference to complaint ID 13544619, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

███████████

# Premier Student Loan Center

**Case #:** 13544633

| | | | |
|---|---|---|---|
| **Consumer Info:** | Englishtown, NJ | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/7/2019 11:03:06 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I contacted FedLoan Services and they advised me that my payments have been $0. I asked the representative what was the difference between Fedloan and Premier Student loan, because they kept on calling me advising I missed a payment with them, so back from December 2016 I have been making payments with them to find out that they have been pocketing my money for almost 3 years!! I am devastated, Premier Student Center service is a SCAM! I have tried going online, emailing calling and unable to get through. My interest rate on my account keeps rising and I have no way of contacting them I no longer wish to proceed with their services and would like to see if I can get a refund of the $200 down payment, another $150, and $10 a month since December of 2016!! None of that money went to my loans! Beware they are scammers!

**Consumer's Desired Resolution:**

A refund of the money I have paid them for these past years, and for them to stop payment as soon as possible.

# Complaint Messages

**05/21/2019 - Christian Stark**

Respond to Complaint

We were able to resolve ▇▇▇▇ concerns and completed the requests she made to resolve her complaint adequately. We apologize for any inconvenience we may have caused you during your time with our company. Please let us know if you have any other issues that need to be addressed.

# Premier Student Loan Center

**Case #:** 13544958

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Huntsville, AL | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 5/7/2019 12:47:47 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
Some time ago I was solicited by Premiere Student Loan Center and they were able to successfully reduce my payments while I payed them several installments of $240 (I believe this was the amount, can't remember the exact number). No I continue to get charged 40 a month and I don't know how to contact them as their website is constantly under maintenance.
**Consumer's Desired Resolution:**
Please reach out to me ASAP or I will dispute the charges.

## Complaint Messages

**05/20/2019 - Christian Stark**
Respond to Complaint
We spoke with ▮▮▮▮▮▮ in regards to his concerns about the forgiveness program his loans are currently placed in. ▮▮▮▮▮ does not see the program being beneficial to his situation and has decided to not continue our companies services. If there are any other questions or concerns please feel free to communicate with us directly.

# Premier Student Loan Center

**Case #:** 13547324

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Bath, ME | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/8/2019 12:43:43 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I was contacted by this bussiness to consolidate my student loan. They were supposed to enroll me in the public service loan forgivness program as well. I have been getting mailings from Fed Loans saying the monthly balance is $0 for the past year. I called fed loan months ago to check on this and they advised they are the loan holder and that Premiere Student Loans is a third party loan document servicer. As of recent I have found out as well as my wife our info was given to Fed Loans falsely and that Fed Loans has not been paid anything for the past year. I contacted Premeire Student Loans and was told they will not get any of the money until the program is finished. I asked then why is Fed loans sending me statements saying the monthly balance is $0? The person said that they (Fed Loans) is trying to get me to pay the full loan off and thats what they try to do to people. My wife was recently contacted by Fed Loans and was told that Premiere Student Loans is a scam. I called Premiere Student Loans again and was told the same thing that they are trying to get me to pay the loan in full. I asked what about the monthly statements from them again the answer was I don't know. My wife attempted to contact Premiere Students Loans again just the other day and spoke with a man named Jared who was going to work on her stuff since Fed Loans was contacting us about redoing our income based payments. She tried to call Jared at Premeire student Loans yesterday our accounts there and the phone rang once and hung up. My wife tried 2 other numbers she had and one of the numbers was a company that wanted her to pay them $5 for security assurance before they would talk to her. I tried to call them today as well and it rang once and hung up. Last time I talked to them to confront them the person was swift to transfer me to a supervisor. They (PSL) also changed my FSA ID info, the phone number and email were not my correct ones, I changed those back to my correct info.

**Consumer's Desired Resolution:**

all monies to be refunded by this bussiness that have been paid to them in the past year. I gave them 5 payments of $235 and then have paid $40 a month since.

## Complaint Messages

**05/15/2019 - Christian Stark**

Respond to Complaint

Please return our call at your earliest convenience. wW left you a voicemail with a number to contact. Thank you for your patience.

**05/15/2019 -** ███████████████

I do not accept the response made by the business to resolve this complaint
I would prefer to communicate with Premier Student Loans through the Better Bussiness Bureau
regarding a reolution to my complaint.

**05/23/2019 - Christian Stark**
Respond to Complaint
Due to the nature of your complaint, we do need to speak with you directly if you are requesting a full
refund.

**05/24/2019 -** ███████████████
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13547324, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved. It is ok for this business to contact me once about this
matter. After I have received the refund they are sending me I do not want any further contact with the
business.

Regards,

███████████

# Premier Student Loan Center

**Case #:** 13554859

| | | | |
|---|---|---|---|
| **Consumer Info:** | [redacted]<br>Florissant, MO | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/12/2019 10:15:07 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Signed up with this company thinking they would help with student loans payments. Paid a fee prior to them reducing payments each month. Told after making these payments rest of loans would be deleted. Now have been receing Bill's from fedloans saying payments have to be made. Now 3 months behind and affecting credit. Please help to know that this is a reputable company. If not would like refund of all money paid to them over the last year.

**Consumer's Desired Resolution:**

Payment ts taken care of or total refund.

## Complaint Messages

**05/28/2019 - Christian Stark**

Respond to Complaint

We left [redacted] a voicemail in regards to her complaint. Please call the number that was provided to you in your voicemail.

# Premier Student Loan Center

**Case #:** 13575850

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Granbury, TX | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 5/23/2019 11:44:07 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I was contacted by Premier Student Loan Center or SL Account Management regarding a forgiveness program for my student loan. I was granted to pay $239 for 5 months then $20 after that. Of course thinking this is a good thing and going to help me with my student loan since I am a single mom who barely makes it paycheck to paycheck. The payments have been auto drafted out since September of 2018 until last month when I received a text message saying my payment wasn't processed. I got online to www.myfedloan.org thinking it was all tied together. I went into payment history and didn't have any payment history so then I got concerned so I got onto my bank account and called the last number that was attached to my last payment that was processed. I called them and whomever I talked to couldn't explain to me why my payment didn't go through. I verified all my information with her over the phone and the payment was processed. I asked the person I talked to if all these payments were going towards to student loan because that is the impression I was under. She proceeded to tell me no they were no and that they were fees for them to process the paperwork. I also asked her if I could pay my balance in full early and she told me no. Two questions I asked before doing this was will this go towards my student loan and can I pay the balance off early. I was told yes before I started this process. Today I asked if they had a website to look at my progress and she informed that they didn't have a website which is a LIE. Their websites are www.premierstudentloanservice.com and www.slaccountmgmt.com and the only thing you can do is request for someone to contact you. You can do the EXACT process through www.myfedloan.org that these companies are doing at NO CHARGE. DO NOT let these companies scam you like they have me for the past almost 9 months. At this point I would like to get the $1300 they have taken away from my kids and I. I will figure out how to manage my student loan.

**Consumer's Desired Resolution:**

I would like my full refund back of the amount I have paid in so I can handle my student loan on my own.

# Complaint Messages

**06/06/2019 - Christian Stark**

Respond to Complaint

Please return our call at your earliest convenience. A call back number was provided for you in your voicemail.

# Premier Student Loan Center

**Case #:** 13580288

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Ypsilanti, MI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/24/2019 10:10:35 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I've just learned that Premier has scammed me, as well. In September 2017, they contacted me about my student loans and made some promises about my loans if I just made 4 payments of $248.75. After that, I would only have to pay $10 a month consecutively for 10 years and the rest would be forgiven. But all they did was set up an account with Navient for me (hard credit check in with someone else's address from California) and they haven't paid into it since. I've been giving these guys $10/mo for almost 2 years now for no reason, plus that initial grand for them to set up the paperwork. Total scam.

**Consumer's Desired Resolution:**

I want a full refund of $995 for the initial account setup and $170 for monthly fees, equaling $1165.00.

## Complaint Messages

**06/04/2019 - Christian Stark**

Respond to Complaint

We were able to connect with [redacted] and are currently working towards a resolution together. We will update the BBB once a resolution is reached.

# Premier Student Loan Center

**Case #:** 13584474

| | |
|---|---|
| **Consumer Info:** | San Diego, CA |

| | |
|---|---|
| **Business Info:** | Premier Student Loan Center |
| | 173 Technology Dr Ste 202 |
| | Irvine, CA 92618 |
| | (888) 548-0476 |

**Date Filed:** 5/28/2019 4:35:14 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

It has come to my attention that this "business" does not do as they promised. I was under the impression that I would have my student loans forgiven if I pay 4 installments of $248 and then $30 a month after for 240 months....After reaching out to the department of education and Fedloan servicer they said that my loans were not being paid down. Basically I have been paying Premier Student Loan Center for nothing. I want a refund.

**Consumer's Desired Resolution:**

## Complaint Messages

**06/11/2019 - Christian Stark**
Respond to Complaint
We reached out to ▮▮▮ in regards to his concerns a few times now. We have not heard from him. Please call the number that was provided for you in your voicemail box.

**06/11/2019 -** ▮▮▮
I do not accept the response made by the business to resolve this complaint

**06/21/2019 - Christian Stark**
Respond to Complaint
We continue to reach out to ▮▮▮ and we are still unsuccessful in making contact with him. ▮▮▮ spoke to a few of our representatives and told them that he understood what our services were doing for him, after the the programs were explained by these representatives. Please reach out to us and we will go over your options moving forward.

**06/21/2019 -** ▮▮▮
I do not accept the response made by the business to resolve this complaint
I will call Monday so we can discuss. I have spoken to fedloans.