# Premier Student Loan Center

**Case #:** 13589638

| | | | |
|---|---|---|---|
| **Consumer Info:** |  bend, OR | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 5/30/2019 5:25:39 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted in August/September of 2018 to reduce or possibly be introduced into a debt recovery program. I asked many questions and eventually agreed that this may work for me. I was told that I needed to pay 200 dollars a month toward my school loan and that after 6 straight months of paying toward this loan with out being late I would qualify for the program. I had to pay that day and get it to go thru monthly out of bank account. They took my money, I never received any paperwork, calls, nothing!!! I called repeatedly to ask about my account and was never called back. Then recently the numbers that I have for the company do not work. I received a new email today from the company today. Customer Support <pslc@processingsupport.com> 4:27 AM (9 hours ago) to me Dear Hellenorah: We are aware some recent changes may have impacted your experience. We have streamlined our processes for your customer satisfaction and want to apologize for any occurrence(s) leading to: • Company Webpage Navigation (Under Construction) • Emails Returned/Undeliverable • Phone Line Disconnection • Agent Change Processing Support is the company now handling your account for annual re-certification. Customer service requests will be directed to our Customer Service team with Processing Support. Our commitment to you is to provide the highest level of customer service to our customers. Thank you for your past and current business. If you have any questions about these changes, please don't hesitate to contact us via phone or email. Toll Free: (855) 340-7773 Email: pslc@processingsupport.com Look for our new webpage coming soon! Thank you, Premier Student Loan Center Customer Service Department I did call the above number and was told that there were no managers to talk to me and that only managers have access to my information. I am disappointed!!! I would like my money back. Thanks

**Consumer's Desired Resolution:**

i would like a refund and to be contacted by company so that I know my bank account information is deleted.

## Complaint Messages

**06/17/2019 - Christian Stark**

Respond to Complaint

Please return our call when it is most convenient for you. A contact number was provided for you in your voicemail box.

# Premier Student Loan Center

**Case #:** 13590664

| Consumer Info: | | Business Info: | Premier Student Loan Center |
|---|---|---|---|
| | West Islip, NY | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 5/31/2019 9:54:54 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Premier contacted me like two years ago and told me that I qualified for a government program for my student loans. That after 20 years, whatever balance I had outstanding, will be forgiven, which is true. And if you work for not-for-profits then it would be after 10 years. Premier Student Loan Center told me that they would take of everything, they will file all the paper work with the loan Company, Fedloan Servicing, and I didn't have to worry about anything. They made me pay four payments of $224.75 and $30 a month after that. The guy said that was my loan monthly payment, and it was all going towards my student loans. However, after a few months, I kept getting calls and emails from Fedloan telling me I had an outstanding balance. I called Premier and I asked them why weren't my payments being submitted to Fedloan and they said that the $30 were being paid to Premier for providing this service. And that there was a misunderstanding when we first set up the account, meaning I understood wrong. I let that pass by. Last year, they asked me to send them my paystubs because they had to renew the application, which I did. However, this year, they didn't ask me for any support and they submitted the renewal with Fedloan. Fedloan contacted me a couple of months ago telling me I had an outstanding balance (for months) and I told the lady that I didn't know why I owed money when Premier was supposed to be taking care of this. She asked me some questions and I gave her some details about Premier and she said that they were lying. On the application, they put that I was single, that I didn't have any taxable income and that I was supporting three people. I called Premier, and asked for a copy of the application they submitted to Fedloan. I got the application and they lied and they even changed my email address so I wouldn't get any information. I asked them for a full refund and I received it, but they also need to pay for all the interest that I accrued, abt $4K.

**Consumer's Desired Resolution:**

## Complaint Messages

**06/14/2019 - Christian Stark**
Respond to Complaint
We will be working with ▊ directly to resolve this matter.

**06/15/2019 - ▊**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13590664, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13595118

| | | | |
|---|---|---|---|
| **Consumer Info:** |   San Diego, CA | **Business Info:** | Premier Student Loan Center  173 Technology Dr Ste 202  Irvine, CA 92618  (888) 548-0476 |

**Date Filed:** 6/3/2019 2:30:31 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

It has come to my attention that this "business" does not do as they promised. I was under the impression that I would have my student loans forgiven if I pay 4 installments of $248 and then $30 a month after for 240 months....After reaching out to the department of education and Fedloan servicer they said that my loans were not being paid down. Basically I have been paying Premier Student Loan Center for nothing. Now my loans have accumulated a massive amount of interest (over 20K). I want my money refunded immediately. ALL OF IT!

**Consumer's Desired Resolution:**

I want a full refund and the interest paid

Marin Decl. (BBB) - Attachment A          Pl. Ex. 50

p. 1186

# Premier Student Loan Center

**Case #:** 13608970

| | | |
|---|---|---|
| **Consumer Info:** |  Landrum, SC | **Business Info:** Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 6/10/2019 10:01:41 AM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I receive unsolicited calls that I did-not consent to receiving. I would like for someone from the company to reach out to me in regards to a letter that I have for them to review.

**Consumer's Desired Resolution:**
I would like to be contacted.

## Complaint Messages

**06/24/2019 - Christian Stark**
Respond to Complaint
We no longer take in new clients and don't market our services. We only focus on existing clients, so it would not be possible to receive marketing that would be directly coming from our company. A good solution for you would be to place your number on the National Do Not Call lists. Doing this will ensure you will not receive any marketing calls from companies who operate within regulations.

# Premier Student Loan Center

**Case #:** 13615270

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Landrum, SC | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/12/2019 1:24:58 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I receive unsolicited calls from this company and I have tried to reach them by phone, email and mail to give them a letter that I have, however everything is returned or disconnected.

**Consumer's Desired Resolution:**
I would like a way to send the letter to the company.

# Premier Student Loan Center

**Case #:** 13620376

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Santa Barbara, CA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/14/2019 5:14:31 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This business is harassing students, including myself, by calling multiple times a day, everyday even after asking to have my number removed. I have blocked the numbers they call from, I have asked kindly for them to remove my number, I have selected to "OPT OUT". I spoke with a representative today who told me his name was Larry Thompson and his phone number was 949-277-5771. When I asked if he would remove my number from their call list, he hung up on me as all of the representatives have done in the past. This company is a scam and should be legally punished for harassing people.

**Consumer's Desired Resolution:**

Legal Action for Harassment

## Complaint Messages

**06/27/2019 - Christian Stark**

Respond to Complaint

We no longer take in new clients and don't market our services. We only focus on existing clients, so it would not be possible to receive marketing that would be directly coming from our company. A good solution for you would be to place your number on the National Do Not Call lists. Doing this will ensure you will not receive any marketing calls from companies who operate within regulations.

# Premier Student Loan Center

**Case #:** 13634956

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Buffalo, NY | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 6/21/2019 11:52:20 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I read an article that I saw on Facebook about the governments Student Loan Forgiveness program and called the number that was given. I was told that I did qualify for the program and was immediately transferred to Kevin, the "Senior Loan Advisor", who broke it down to me as follows: My total Student Loan Balance = $11,479.00, the forgiveness amount = $7,884.00 and my Payback amount = $3,595.00. He said that the Department of Education will pay off my Nelnet account (which in fact was paid in full) and that all my Federal student loans would be paid in full (which were actually picked up by a new lender). He further broke down what the remaining balance of $3,595.00 included: the first 5 months payments of $295 ($1195) would cover document prep work and processing fees. After that, I would pay $20/month for 120 months ($2400). I also have a note that I jotted down that says Premier Student Loan Center does not take any fees. Fast forward to today, when I checked on my student loan balance through my new lender, MyFedLoan.org, I have a balance of $11,483.72. Nothing has been paid off and in fact I owe more in interest than I did because payments have not been made. PSLC has filed an Income Driven Repayment request to make my payment $0.00 so that it seems like I don't owe the lender any money. When I spoke with my new lender I told them that I believed I was involved in a scam with PSLC and they suggested I contact the FTC and the BBB. I was also told by my lender that PSLC have claimed that I have 4 dependents when in fact I only have one. I believe they did this purposely to make sure that my IDR payments remained at $0.00

**Consumer's Desired Resolution:**

I would like dissolution of contract that I signed with PSLC first and foremost. PSLC has not made good on their end of the contract. I would like all future automatic withdraws from my bank account discontinued.

If possible, I would like to be reimbursed the $1195 plus $180 that I have paid in monthly fees thus far = $1,375.

I would also like advisement on how to proceed if the contract cannot be dissolved.

# Complaint Messages

**07/08/2019 - Christian Stark**

Respond to Complaint

We have contacted ▮ and will be working towards a resolution. The BBB will be updated once a

resolution is reached.

**07/10/2019 -** ▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13634956, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 13671336

**Consumer Info:**



Tonawanda, NY

**Business Info:**

Premier Student Loan Center
173 Technology Dr Ste 202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 7/10/2019 7:08:04 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I read an article that I saw on Facebook about the governments Student Loan Forgiveness program and called the number that was given. I was told that I did qualify for the program and was immediately transferred to Landon Earll, who broke it down to me as follows: My total Student Loan Balance = $35,712, the forgiveness amount = $57,024 and my Payback amount = $14,400. He said that the Department of Education will pay off my Navient and fend loan accounts (which in fact was paid in full) and that all my Federal student loans would be paid in full (which were actually just assigned back to MyFedLoans). He further broke down what the remaining balance of $14,400 included: the first 5 months payments of $239 ($1195) would cover document prep work and processing fees. After that, I would pay $40/month for 120 months ($4,800). I also have a note that I jotted down that says Premier Student Loan Center does not take any fees. Fast forward to today, when I checked on my student loan balance through my new lender, MyFedLoan.org, I have a balance of $37,342. Nothing has been paid off and in fact I owe $200.00 more in interest than I did because payments have not been made. PSLC has filed an Income Driven Repayment request to make my payment $47.00. When I spoke with my new lender I told them that I believed I was involved in a scam with PSLC and they suggested I contact the FTC and the BBB. I was also told by my lender that PSLC may have claimed that I my income and dependent status was different then information I provided. I believe they did this purposely to make sure that my IDR payments remained low and in the IDR program.

**Consumer's Desired Resolution:**

I would like help getting out of the contract that I signed with PSLC first and foremost. AND I would like to be reimbursed the $1195 plus $800 that I have paid in monthly fees thus far = $1,995

# Complaint Messages

**07/17/2019 - Christian Stark**

Respond to Complaint

We were able to connect with ▮ and resolved her complaint with our company. At this time ▮ is completely satisfied with the outcome of her resolution.

# Premier Student Loan Center

**Case #:** 13677597

**Consumer Info:**


Roanoke, VA

**Business Info:** Premier Student Loan Center
173 Technology Dr Ste 202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 7/14/2019 1:00:47 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I am just realizing I got scammed! I feel embarrassed and stupid! This company contacted me October 2017 saying they will help consolidate my student loans. I paid 4 payments of 248.75 and I've been pay $20 every month til just recently I've been having some financial troubles so they haven't been getting my money and they reached out because of payment got rejected and I'm just realizing my advisor has a different last name? What up with that! I wish I can have my money back please!!! I still have the same amount of student loan debt when I gave my money over to this company, it has actually increased ! And this company did not help me. They hurt me! All they did was take my money and ruin my credit score!

**Consumer's Desired Resolution:**

Getting my money back and getting my student loans back in check without there so called help from premier studied loan center. credit score resolution as well

# Complaint Messages

**07/19/2019 - Christian Stark**

Respond to Complaint

We followed up with ▇ and left a message with a contact number they can call, to have their complaint resolved. We will update the BBB once a resolution is reached.

# Premier Student Loan Center

**Case #:** 13679939

| | | | |
|---|---|---|---|
| **Consumer Info:** |  | **Business Info:** | Premier Student Loan Center |
| | Landrum, SC | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 7/15/2019 3:56:39 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I received unsolicited telemarketing calls from Premier Student Loan Center also operating as Financial Accounting Center. I want to work with the business to resolve these unwanted calls.

**Consumer's Desired Resolution:**

I would like a working email address of someone I could reach in regards to the illegal calls.

# Premier Student Loan Center

**Case #:** 13712518

| | | | |
|---|---|---|---|
| **Consumer Info:** | Ashland, OH | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 7/26/2019 5:00:32 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was told by Colleen Barret from Premier Student Loan Center (she no longer works there I was told in an email) that I had qualified for student loan forgiveness. She took the information and filled out the paperwork with the Department of Education is what she told me. I would be required to pay $199.17 for six months and after that I would have to pay $30 each month for 120 months. After that time, the remaining balance to my loan would be forgiven. I began getting paperwork in June about re-certification for this process. It seemed strange that they would need my tax returns, so I started looking into things. Once I called my loan provider, they were able to tell me that a third party is not needed to at all and I could fill out the paperwork myself. The last year, I have been paying them rather than my student loan. I also realized while trying to sort this mess out that the company falsified information and claimed more dependents then I actually have. I am very frustrated and hope that other people will not be scammed by this company who claims to be legit in helping people with their student loans.

**Consumer's Desired Resolution:**

I am not paying this company another dime. I am sure that I owe more money on my student loans now. I hope that this company gets shut down and cannot harm anyone else.

# Complaint Messages

**08/06/2019 - Christian Stark**

Respond to Complaint

We contacted ▮▮▮▮ and will be resolving his complaint when communication is made. We will update the BBB once a resolution is reached.

# Premier Student Loan Center

**Case #:** 13744824

| | | | |
|---|---|---|---|
| **Consumer Info:** | Union, MS | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/2/2019 1:57:31 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**
Asked to taken of their call list still receiving voice mail from the company every day. Called the number and did the auto replay to be removed from list. Contacted the company numerous times to have them stop leaving voice mail. Was cussed at by operator whom refused to removing my number.

**Consumer's Desired Resolution:**
To stop them from calling me and anyone else. The company if it is one should be shut down

# Complaint Messages

**08/16/2019 - Christian Stark**
Respond to Complaint
We no longer take in new clients and don't market our services. We only focus on existing clients, so it would not be possible to receive marketing that would be directly coming from our company. A good solution for you would be to place your number on the National Do Not Call lists. Doing this will ensure you will not receive any marketing calls from companies who operate within regulations.

**08/17/2019 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13744824, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13748191

| | | | |
|---|---|---|---|
| **Consumer Info:** | ▓▓▓▓▓▓▓▓<br>Columbus, OH | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/5/2019 3:51:44 AM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
On May 26th, 2016 I entered into an agreement with Premier Student Aid to pay 166.33 for 3 months to catch up and then my loans would be forgiven. I made those 3 payments and thought I was in the clear. Then i found out that it was a scam and I lost my money and my loans weren't forgiven nor were they applied to my loans. I saw there was a lawsuit but i have had no information on it.
**Consumer's Desired Resolution:**
To have my money returned to me.

# Complaint Messages

*08/06/2019 - Christian Stark*
Respond to Complaint
This complaint is for Premier Student Aid. We are not that company and we don't have you as a client in our data base. Please remove this complaint from our BBB.

# Premier Student Loan Center

**Case #:** 13753891

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Cleveland, OH | **Business Info:** | Premier Student Loan Center 173 Technology Dr Ste 202 Irvine, CA 92618 (888) 548-0476 |

**Date Filed:** 8/7/2019 8:46:02 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

Hi I am enrolled in a income driven repayment program with Premier Student Loan Center. They told me since I am a registered nurse that I qualified for their "public service" program. I spoke with a rep who at the time the company called themselves "SL Account Management" who broke down all of my student loans and gave me the total including interest at the end of the 10 years. I was supposed to pay $199 for the first 6 months as this was a fee for their services then after it would be based soley on my income which was $40 per month. I have looked into my account through myfedloan and there have been no payments made at all. I tried to contact the representative who I had been working with and had recieved no response.

**Consumer's Desired Resolution:**

I would like to have the money back that I am owed and I am currently going to look for a different reputable student loan consolidation program

## Complaint Messages

**08/21/2019 - Christian Stark**

Respond to Complaint

We are attempting to reach ▮ with the number that's attached to his account. We don't seem to be getting though and aren't able to leave a message. If you could please call 949-202-1404 your complaint will be handled by our complaint handler, Christian. He will take care of all your concerns. Thank you for your patience.

**08/22/2019 -** ▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

I have not received any calls from "Christian" and I do have a voicemail box set up to where he can leave a message. I have tried to contact that number but have recieved no answer and sent to voicemail without an automated message setup.

**09/02/2019 - Christian Stark**

Respond to Complaint

We were able to follow up with ▮ and explained to him what needed to be done with his federal loans. We apologize for the confusion. Thank you for allowing our company to continue servicing your

loans. Please let us know if you have any additional concerns.

# Premier Student Loan Center

**Case #:** 13769788

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lansing, MI | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/14/2019 3:04:02 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
Well besides this student loan center being a useless third party in the first place that charges you $20 a month for nothing, they won't refund me. The wrongfully charged me four times on the same day I canceled. Whenever I call they say they have no record of it being taken out of my account. I emailed proof from my bank and they are still denying it. They stole $80 from my bank account and as you can tell I'm not happy about it. Now they did send a check in the mail refunding me $120 but that was because I canceled and it's a return of premium, not because of the $80 I was wrongfully charged.
**Consumer's Desired Resolution:**
I would like my $80 refunded to me.

## Complaint Messages

**08/28/2019 - Christian Stark**
Respond to Complaint
We ask the BBB to please remove this duplicate complaint. This is the same complaint as Complaint ID: 13769790.


**09/02/2019 -** ▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint


Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13769788, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.


Regards,

▮▮▮▮▮▮▮▮

# Premier Student Loan Center

**Case #:** 13769790

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Lansing, MI | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 8/14/2019 3:04:04 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Well besides this student loan center being a useless third party in the first place that charges you $20 a month for nothing, they won't refund me. The wrongfully charged me four times on the same day I canceled. Whenever I call they say they have no record of it being taken out of my account. I emailed proof from my bank and they are still denying it. They stole $80 from my bank account and as you can tell I'm not happy about it. Now they did send a check in the mail refunding me $120 but that was because I canceled and it's a return of premium, not because of the $80 I was wrongfully charged.

**Consumer's Desired Resolution:**

I would like my $80 refunded to me.

## Complaint Messages

**08/28/2019 - Christian Stark**

Respond to Complaint

We spoke with ▮▮▮▮ and apologized for charging him in error. We are sending ▮▮▮▮ a check to cover what was charged to his account. Please let us know if we can be of further assistance.

# Premier Student Loan Center

**Case #:** 13770230

| **Consumer Info:** | | **Business Info:** | Premier Student Loan Center |
|---|---|---|---|
| | Ashland, OH 4 | | 173 Technology Dr Ste 202 |
| | | | Irvine, CA 92618 |
| | | | (888) 548-0476 |

**Date Filed:** 8/14/2019 5:06:27 PM

**Nature of the Complaint:** Advertising Issues
**Consumer's Original Complaint:**
Since 2015 I have been I seen an ad for student forgiveness. I clicked on it. Received a phone call. And was told I would only have 120 months to pay my loan of $3,800 out of $20,000 at that time, and that it was interest free. Since then I have received emails from Naviant stating I need to file for deferment or Income driven base. And as of today it shows I owe almost $30,000. I have paid my intial down payment fees of $1,200, along with 10 dollars a month is coming out of my account. What I qould like to see is for this company to pay for my loans in full based on the fact of false advertising. If need be, I will find my first intial contract and send it in. This company has taken to much money from me already.
**Consumer's Desired Resolution:**
I would like a full refund along with this company paying off my student loans. Based on the false advertisement.

## Complaint Messages

**08/28/2019 - Christian Stark**
Respond to Complaint
We spoke with ▇▇▇▇ and cleared up the confusion regarding her student loan program. ▇▇▇▇ will be continuing with our companies services.

# Premier Student Loan Center

**Case #:** 13773074

| | | | |
|---|---|---|---|
| **Consumer Info:** |  East Dublin, GA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 8/15/2019 7:40:14 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I received a call from Premier Student Loans in 2017 and spoke to Jay, a representative who stated I qualified for student loan forgiveness through my Public Service work at the VA. I was told that my student loans totalling $12,000 could be greatly reduced each month on an income driven repayment plan and that I would need to provide my account information for the FedLoan company so that they could complete the application process. I was told that I must pay $299.00 for 3 months and then I would pay only $10.00 a month for 120 payments and after that my student loan would be paid off. I made every payment, and today I called to check on my current amount due, only to find out the interest has accrued the entire time and Paige, a representative at FedLoan, states PSLC has never made a payment or submitted any Public Service Loan Forgiveness forms of any kind. I am now 3 years behind on getting my student loans paid off, and will have to start the 10 years of public service (120 payments) all over again, and pay interest for the past 3 years! The company has all of my personal information as well as my spouse and children's information. This company did not assist me with the Public Service student loan forgiveness as stated, and did not submit any payments to Fedloan for the entire time I was paying for their services.

**Consumer's Desired Resolution:**

I would like the amount charged for the first three months, as well as the $10.00 which has been charged every month since to be repaid back to me for services not provided as stated per phone conversations, emails, billing statements and contracts that were fraudulent. I would like to be released from any contracts or further payments with the Premier Student Loan Center. The company, PSLC, has been contacted, but has yet to call me back.

# Complaint Messages

**08/29/2019 - Christian Stark**
Respond to Complaint

We spoke with ▮▮▮▮ and covered her concerns about the Public Service Loan Forgiveness program. She does not have to start over and can submit a PSLF application to have qualified payments towards her program. ▮▮▮▮ account has been cancelled and our contract together has been terminated. Please feel free to reach out to us if there are any additional concerns or questions.

**08/30/2019 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13773074, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Premier Student Loan Center

**Case #:** 13811722

| | | | |
|---|---|---|---|
| **Consumer Info:** | Cedar Rapids, IA | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 9/3/2019 9:29:09 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I graduated college in 2016 owing $27,000 in debt with a job paying $22k a year. I received a call from Premier Student Loan Center saying they can do all the paperwork so I only have to pay $10,500 instead of $27,000. All I have to do is pay $295 for five months and then $40 a month after that to them to qualify me for loan forgiveness. I was told my loans would reflect this change in payment situation. I just logged into my Navient account that they setup and my balance is now $33,500. Premier Student loan center LIES. All they did was put my loans in forbearance while they continued to accrue by 5.8% interest!! I have paid almost $1600 dollars to this company OUT OF POCKET. My loans on the other hand have gone up by $6500 because I have not been making payments!!! PREMIER STUDENT LOANS HAS COST ME OVER $7600.

**Consumer's Desired Resolution:**

Full refund

## Complaint Messages

**09/16/2019 - Christian Stark**

Respond to Complaint

We contacted ▨ at the number provided by the BBB. Unfortunately, we were not able t leave a voicemail, due to the voicemail box being too full to accept new messages. Please contact Christian at 949-202-1404 and your complaint will be addressed.

# Premier Student Loan Center

**Case #:** 13816268

| | |
|---|---|
| **Consumer Info:** | **Business Info:** |

Buffalo, NY

**Business Info:** Premier Student Loan Center
173 Technology Dr Ste 202
Irvine, CA 92618
(888) 548-0476

**Date Filed:** 9/5/2019 4:54:50 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
I read an article that I saw on Facebook about the governments Student Loan Forgiveness program and called the number that was given. I was told that I did qualify for the program and was immediately transferred to JAMES BAUSCH at Processing Department of SL Account Management. I was told the Department of Education will pay off my Nelnet account (which in fact was paid in full) and that all my Federal student loans would be paid in full, however they were transferred to Navient. The following is the fee structure that was put in place. I also have a note that I jotted down that says Premier Student Loan Center does not take any fees. Fees Number of payments total Fees Initial fee $239 5 1,195 # of month 40 146 5,840 $7,035 12 years for the fees Fast forward to today, when I checked on my student loan balance through my new lender, Navient, I have a balance of $67,315. Nothing has been paid off and in fact I owe $313.05 more in interest than I did because payments have not been made. PSLC has filed an Income Driven Repayment request. When I spoke with my new lender, I told them that I believed I was involved in a scam with PSLC and they suggested I contact the FTC and the BBB. I would like help getting out of the contract that I signed with PSLC first and foremost. If possible, I would like to be reimbursed the $1195 plus $360 that I have paid in monthly fees thus far = $1,555. Date Filed: 09/05/2019 Sal: First Name: ▮▮▮▮ is the name on the account, setup in error Middle Name: Last Name: ▮▮ Suffix: Address: ▮▮▮▮▮▮▮ Daytime Phone: ▮▮▮▮▮▮ Evening Phone: ▮▮▮▮▮▮ Business Information Business ID: ▮▮▮3295 Name: Premier Student Loan Center Address: 173 Technology Dr Ste 202 City: Irvine State/County: CA Zip/Postal Code: 92618 Business Phone Number: (888) 548-0476
**Consumer's Desired Resolution:**
Return fees paid YTD

# Complaint Messages

**09/20/2019 - Christian Stark**
Respond to Complaint
We were able to follow up with ▮▮▮ and resolved her complaint. We apologize for the misunderstanding. We wish you good luck with your student loan repayment. If you ever have any trouble filing your income based forgiveness program, please feel free to reach out to us.

# Premier Student Loan Center

**Case #:** 13816835

| | | | |
|---|---|---|---|
| **Consumer Info:** |  White Plains, NY | **Business Info:** | Premier Student Loan Center<br>173 Technology Dr Ste 202<br>Irvine, CA 92618<br>(888) 548-0476 |

**Date Filed:** 9/5/2019 9:07:26 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I paid the initial fees to work with Premiere Student Loans 3 years ago. It was 3 payments of a few hundred dollars than $30 a month so they can continue to file my paperwork each year. I HAVE BEEN SCAMMED. The last 2 years Premiere Student Loans recertified my loans and I did not think anything of it. This year when I tried to contact them to get my loan recertified I received the runaround so I decided to contact my lender and see how I can file the paperwork myself. When I logged in to my FSA account I realized my payments have been low because they filed that I have 4 children and 2 dependents ?!?!?! UNBELIEVABLE!

**Consumer's Desired Resolution:**

I would like a refund of my $30 fee over the last 12 months amounting to $360.  They also do not deserve to be in business.  They are scamming young adults out of college!

## Complaint Messages

**09/20/2019 - Christian Stark**

Respond to Complaint

We apologize for your negative experience while utilizing our companies services. Mistakes of this nature do not occur frequently and we will use this mishap as a learning experience, to better serve our clients moving forward. Please let us know if there are any additional concerns you need to have addressed.

# Exhibit



**‹ Recents**

# (888) 430-4877

message   call   video   mail   pay

## April 25, 2018

| 13:07 | **Outgoing Call** | 27 seconds |
| 13:07 | **Outgoing Call** | 15 seconds |
| 13:06 | **Outgoing Call** | 19 seconds |
| 13:06 | **Outgoing Call** | 19 seconds |
| 13:05 | **Outgoing Call** | 1 minute |
| 13:03 | **Outgoing Call** | 55 seconds |
| 13:03 | **Outgoing Call** | 50 seconds |

Favorites   **Recents**   Contacts   Keypad   Voicemail



Better Business Bureau
of Metropolitan New York, Inc.
30 East 33rd Street, 12th Floor
New York, NY 10016
212-533-7500

*Please print or type (\* = required information)*

\*Your Name: ▓▓▓▓▓▓▓▓

\*Address: ▓▓▓▓▓▓▓▓

\*City: _Brooklyn_            \*Day Phone ▓▓▓▓▓▓▓▓

\*State, Zip _N.Y., 11203_        E-mail: ▓▓▓▓▓▓▓▓

## COMPLAINT INFORMATION (Please print or type)

\*Company's Name: _Premier Student Loan Center_

\*Address: _173 Technology Dr. Ste 202_

\*City: _Irvine_       \*State: _CA_  Zip Code: _92618_  Business Phone: _888-548-0476_

Date of transaction: _6 / 29 / 2018_        \*Date Problem First Occurred: _7 / 11 / 2018_

Have You Complained to the Business? _I called them then saled Fed Loan peson_

Purchase Price: $ _239.00_        Amount in Dispute: $ _239.00_

\*Product or Service Involved: _Forgiveness Loan Program_

Brand Name or Manufacturer: _____        Model Name or Number: _____

If advertising is involved: Date: ___ / ___ / ___    (Circle one: TV – Radio – Print - Internet)

\*Give Brief Description of Problem: (Please Use Additional Paper, If Necessary)

_____

_____

_____

_____

_____

\*Desired Resolution: _I would like to be refunded the money_
_that I put in to this scam, which is 239.00._
_Although I put in the money it was to help lowen_
_my student loans. However, fed loan service say_
_it will do nothing_

\*Your Signature: ▓▓▓▓▓▓▓▓        \*Date: _7 / / 2018_

So I get a call from a forgiveness program, or so it seemed. And I assumed it was legit so I signed up with the program & they mentioned the payment being 239.00 each month. later on a friend of mine told me about 3rd party scams related to forgiveness loan, apparent-ly people give out a title of being a program to help student loan decrease; turns out to be false. later I talked to the bank to not only take them out of my account I wanted to get my 239 back. My Bank said to get my money back I would have to talk to the business



# ← FEDLOAN SERVICING ⋮

Last reported to TransUnion on Jan 31, 2019



# FEDLOAN SERVICING

Opened: Feb 21, 2018 (1 yr)

**GOOD STANDING**

## Balance: $21,461

Highest Balance: $20,905
Monthly payment: $0
Term: 240 months

## Payment Status: Current

J F M A M J J A S O N D

2018

Boost Mobile  ▫ ◗ ⁑ .ıll 40% 3:07 PM

↓   🔒 **Loan Detail --**   SHARE ⁞

https://nslds.ed.gov/nslds/nslds_SA/secure/SaFinShowLoanDetail.do?sno=0

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate Type | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|---|
| $13,676 | $13,791 | 02/28/2019 | $322 | 02/28/2019 | FIXED | 4.38% | $0 | N/A |
| Most Recent Pay. Eff. Date | 02/12/2019 | Cumulative Payment Amount | $0 | Repayment Plan Type | REVISED PAY AS YOU EARN PLAN | | PSLF Cumulative Matched Months | 0 |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 02/21/2018 | $13,676 | RP | IN REPAYMENT | 07/01/2018 |
| | | FB | FORBEARANCE | 05/12/2018 |
| | | RP | IN REPAYMENT | 04/22/2018 |
| | | FB | FORBEARANCE | 02/21/2018 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA)<br>PO BOX 530210<br>ATLANTA GA 303530210<br>800-699-2908<br>accountinfo@myfedloan.org |

FOIA  |  Privacy  |  Security  |  Notices        WhiteHouse.gov  |  USA.gov  |  ED.gov

Marin Decl. (BBB)- Attachment A

Pl. Ex. 50
p. 1214

# Loan Detail --

https://nslds.ed.gov/nslds/nslds_SA/secure/SaFinShowLoanDetail.do?sno=1

## Amounts and Dates

| Loan Amount | Outstanding Principal Balance | Outstanding Principal Balance As of Date | Outstanding Interest Balance | Outstanding Interest Balance As of Date | Interest Rate Type | Interest Rate | Canceled Amount | Canceled Date |
|---|---|---|---|---|---|---|---|---|
| $7,229 | $7,290 | 02/28/2019 | $76 | 02/28/2019 | FIXED | 4.38% | $0 | N/A |

| Most Recent Pay. Eff. Date | Cumulative Payment Amount | Repayment Plan Type | | PSLF Cumulative Matched Months |
|---|---|---|---|---|
| 02/12/2019 | $0 | REVISED PAY AS YOU EARN PLAN | | 0 |

## Disbursement(s) and Status(es)

| Disbursement Date | Disbursement Amount | Loan Status | Status Description | Status Effective Date |
|---|---|---|---|---|
| 02/21/2018 | $7,229 | RP | IN REPAYMENT | 07/01/2018 |
| | | FB | FORBEARANCE | 05/12/2018 |
| | | RP | IN REPAYMENT | 04/22/2018 |
| | | FB | FORBEARANCE | 02/21/2018 |

## Servicer/Lender/Guaranty Agency/ED Servicer Information

| Contact Type | Contact |
|---|---|
| Current ED Servicer: | DEPT OF ED/FEDLOAN SERVICING(PHEAA) PO BOX 530210 ATLANTA GA 303530210 800-699-2908 accountinfo@myfedloan.org |

FOIA | Privacy | Security | Notices          WhiteHouse.gov | USA.gov | ED.gov

Marin Decl. (BBB)- Attachment A

Pl. Ex. 50
p. 1215



**Confirmation #: PSLC-223159906**

This email is to confirm that we have cancelled your file effective: **Jul 08, 2019**

**Your cancellation has been processed and all scheduled payments will not be drafted.**

We are sorry to hear you won't be continuing your services with us. Your cancellation has been processed and all scheduled payments will not be drafted. We will also be sending you a refund check in the amount of $1,375.00 to the address that was verified. Please allow up to 5-7 business days for the check to be delivered. If you have any questions or concerns, please feel free to contact us.

Thank you,

**Customer Support**

Premier Student Loan Center

# Attachment B

# SL Account Management

**Case #:** 12886826

**Consumer Info:** 
Carson, CA

**Business Info:**   SL Account Management
8 Whatney Ste 1008
Irvine, CA 92618
8882839631

http://www.slaccountmgmt.com/about/dedicated-account-provider/

**Date Filed:** 5/31/2018 11:12:21 PM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**

I was taken by a student loan consolidation firm. They gave me detailed information about how they would be able to reduce the amount of student loans I had. I thought ok, great. I listened to their deal and how they broke the payments down 5 months of 239 and after that $40 a month until 2038. I thought it was weird that they wouldnt return my phone calls, even after I emailed them requesting that I want to know what a good time to call them was. Then I notice my bank statements said it was SL Account MGMT, when the people I spoke to were call Premier Student Loan Center. Then i started receiving calls from people who had my information, but were unable to answer my questions about the services or anything from my account with them, but just called to ask fro my address to send me a $25 gift card. I questioned why they would have to ask for my address when I have already been doing business with them but I digress. I made a mistake by taking this refferall from my colleague. Another colleague used this as well and alerted me that consolidating loans are free and they you shouldnt give a third party money to do it. I called the loan company who also stated that consolidation is free. I feel really naive that I thought I had to pay for this. They already took 3 payments of 239. I hope they dont take anymore.

**Consumer's Desired Resolution:**
I would like them to stop any further payments and to leave me alone.

# Complaint Messages

**06/29/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We have reached out to ▇▇▇▇ in regards to her complaints and have come to a resolution. We apologized for any miscommunication that may have occurred and agreed to close out her account. We were able to do a conference call with her bank and issue the refunds from our merchant accounts successfully. We have completely refunded Victoria and the funds should reflect back into her account in 5 business days. If Victoria has any further questions, she has been given a managers contact number to call directly.

**07/12/2018 -** ▇▇▇▇▇▇
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 12886826, and find that this resolution would be satisfactory to me.  I will wait until for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

They gave the money back.

# SL Account Managment

**Case #:** 12927551

**Consumer Info:** 
Berwyn, IL

**Business Info:** SL Account Managment
8 Whatney #100 #8
Irvine, CA 92618
(888) 283-9631

**Date Filed:** 6/22/2018 8:10:41 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**
I hired a third party to help with student loan forgiveness. I have since learned that the company forged my signature on a document putting me into forbearance with my student loan lender without my knowledge or permission.

**Consumer's Desired Resolution:**
I would like this business to face any legal ramifications (if applicable) and for others to be aware that this company has committed forgery on documents.

## Complaint Messages

**07/02/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We have reached out to ▮▮▮ in regards to her concerns about her signature being used by our company. The signature used was the signature generated by the E-sign documents you signed for with our company. That document also stated that our company would be filing for an administrative forbearance on your behalf. We apologize if there was any miscommunication on our end. We have completely closed out your account and issued you a full refund. If you have any questions, please do not hesitate to call.

**07/10/2018 -** ▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint

I am not referring to any electronic signature. I am referring to the forbearance document that was hand signed and also had the incorrect name. I have also discovered that this company has called FedLoans stating that they were me and not representing me. I have received a correspondence log from FedLoans including a phone call on June 20th attempting to cancel the consolidation. The caller claimed to be me. Also, the IP address given to me by Ms. Olivia Nicotra that was IP address sent to SL Account Management with the forged forbearance document came from Florida and not Illinois (where I reside). There are other very serious issues at play here.

███████████

**07/18/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

At this time we have taken all the necessary measures to ensure what happened in this incident has been documented and is currently under company investigation. Full refunds have been issued and ████ has verified she has received the funds. We sincerely apologize for any inconvenience this may have caused you.

███████

# SL Account Management

**Case #:** 13037736

| | | | |
|---|---|---|---|
| **Consumer Info:** | Charlotte, NC | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 8/16/2018 1:00:46 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by SL Acct Mgmt back in Feb or March. They informed me that they could help me with my Student Loan issues. I was told by them that they would reduce the amount of my total student loans and I would have around $10,000.00 to pay versus the 70+ thousand that I owed. After asking a few times for clarification of the loan reduction he ensured me that I would be paying back much less than I owed. This of course was something that I would agree to due to the savings. I agreed to pay $199 for 6 months as a service charge to them for setting up the new terms. Again I agreed due to savings only. I paid all 6 months and then I saw the 70+ thousand back on my credit from Fed Loan Servicing. I immediately contacted them to discuss the savings I was promised. The Fed Loan rep informed me that I was contacted by a 3rd party who charged me $1200 to set up a free service that is provided by the US Government, and that the savings amount was a lie that is told as a tactic to get people to pay. I will like a FULL refund of all of the payment I made to SL Account Management. I understand that this was not towards my loan but I was deceived into agreeing due to the fact they promised to reduce my total loan amount by over 70%.

**Consumer's Desired Resolution:**

I believe that SL Acct Management owes me a FULL refund due to them deceiving me on the reduction the total loan amount. They were aware that they would not be reducing the loan and used the reduction as a tactic to get me to agree to payment.

## Complaint Messages

**08/24/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We reached out to ▆▆ in regards to her concerns about our company and had the opportunity the go over what our company had done for her. We apologized if there was any miscommunication in regards to how the programs are ran and what they entail. We agreed to give ▆▆ a full refund and we sent her a check for the full amount. If ▆▆ has any additional questions, she has been given a number to a manager from our company who can assist her.

# SL Account Management

**Case #:** 13043388

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Edgerton, KS | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (888) 283-9631 |

**Date Filed:** 8/19/2018 11:28:39 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

The company advertised the ability the lower my student loan payments per month for a set period. Looked originally into the company but found nothing against them at the time. The charges of 239 were charged to a credit,card account of mine for 4 months but when the time came for the new payment I was notified by nelnet that my deferment had ended and needed to repay. I was told by SL management not to make payments that I did not owe anything to them. Everytime i have tried to reach out to Carlos he has not returned my emails or calls to try and solve this issue. So far a credit issue has not raised on my credit but I do not wish it to get that far.

**Consumer's Desired Resolution:**

Would like a refund to my credit card account for the amounts charged and cancellation of,account with SL management.

## Complaint Messages

**08/27/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We reached out to ▮▮▮▮ in regards to his concerns and assured him of our companies services. We guaranteed to him that if we do not complete the work necessary to get his loans approved for an income based forgiveness program, we would issue him a refund in full. ▮▮▮▮ is going to be continuing our companies services. If at any time he feels uncomfortable with our process, he has been given a managers number who can assist him at anytime.

# SL Account Management

**Case #:** 13066993

| | | |
|---|---|---|
| **Consumer Info:** | Stone Mountain, GA | **Business Info:** SL Account Management |
| | | 8 Whatney #100 #8 |
| | | Irvine, CA 92618 |
| | | (888) 283-9631 |

**Date Filed:** 8/30/2018 5:53:43 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted by premier loan center, they claimed to be a student forgiveness program. I was told that my student loans were forgiven and I would only be responsible for 10 thousand dollars. A payment program was established letting me know that the first few payments were to be their fees. Another schedule was worked out for my remaining balance. I did not feel comfortable so I contacted the department of education to follow up. I was instructed by an associate that their was not a charge to consolidate loans and that my debt was no forgiven like they claimed. I was also instructed to report this business because these actions we illegal. I have tried to contact them but no one would return my calls. I spoke with Jessica Mendoza 949-202-4076 email jmendoza@slaccountmgmt.com. I saw another complaint on 8/10/18 I have experienced the same thing. I contacted my back and also the local police department.

**Consumer's Desired Resolution:**

I need whatever profile was created by this business to be closed and all charges reversed.

## Complaint Messages

**09/06/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with _____ about her concerns with our company and what was done for her. We apologized if there was any miscommunication about the programs and how they work. We hope the resolution we came up with for her is satisfactory and to her liking. If she has any additional questions she can call us with her concerns and they will be immediately addressed.