# SL Account Management

**Case #:** 13068731

| | | | |
|---|---|---|---|
| **Consumer Info:** | Columbia, MD | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 8/31/2018 2:51:00 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This is a scam! I was told that by working with them, they would essentially take over my student loan for me. I was led to believe that the amount I would pay them for their services would clear the rest of my student loan. I was very frustrated when I realized that all they did was file a free form to have my loan changed to income based, so that it would appear as if I had no student loan debt. All the while, my student loan continues to accrue interest, as I pay fees with SL Account Management.

**Consumer's Desired Resolution:**

I would like to have the amount charged for July ($239), August ($239), and any other charges associated with the company to be refunded. I would also prefer not to be contacted by the company.

## Complaint Messages

**09/09/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We wanted to do show ▇▇ that we are not the kind of company that she thinks we are. We fulfilled Lisa's request not to be contacted and have completely closed out her account, with a full refund. If there is anything else we can do, please do no hesitate to make another request.

**09/09/2018 -** ▇▇▇▇▇▇

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13068731, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▇▇▇▇▇▇

# SL Account Management

**Case #:** 13069473

**Consumer Info:** 
Toledo, OH

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(888) 283-9631

**Date Filed:** 8/31/2018 9:28:35 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
Student Loan Account Managment showed in transaction as SLaccountmanagment. This company is a complete scam they are a third party scam company that knock off of Federal Loan Servicing this company got a hold of me after I told them I need help with my student loans they promised me after 5 payments of 239.00 dollars and then told me my payment would go down to 74 dollars a month for ten years and my student loans would be paid off. This company is a complete and other scam and Federal Loan Servicing told me it was a scanner after I unfortunately paid over 1200 dollars to them. Please please please people do not fall for the scam

**Consumer's Desired Resolution:**
I would like a complete refund and then some I've shed tears over this had to change every single one of my accounts over this out of fear of being scammed further more this has been one of the biggest scams I have ever been apart of in my life

# Complaint Messages

**09/09/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We sent Elizabeth a full refund check to her provided address. We apologize if there was any miscommunication while working with our company.

**09/09/2018 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13069473, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13075285

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Brighton, MI | **Business Info:** | SL Account Management<br>8 Whatney # 100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/5/2018 11:21:09 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

SL Account MGMT had been calling me day in and day out about two months ago. I finally answered one day and they let me know that I qualified for student loan forgiveness. They knew the exact amount I owed, with interest, and broke it down to me, saying I would pay $200 each month for six months, and then less after thay for a few more years. They have taken two payments already, but the last payment was supposed to be on my credit card, not through my debit card. I gave them entirety separate sensitive information, only to have them take the money out of the wrong account, effectively overdrafting the account. I am starting to think this is a giant scheme to take advantage of people with debt from school. They are avoiding phone calls and emails, and making it clear they do not wish to assist me. This is putting my life into financial ruin when I was told the opposite.

**Consumer's Desired Resolution:**

I would like to be contacted by the business as I have attempted reaching out multiple times. I also want them to use the proper information I gave them instead of holding onto old payment information. If they cannot assist me with my loan, I want a refund of my two payments, so that I may start paying those off, as well as reimbursement for the overdraft fee they caused, which is an additional $36, and $7 per day.

## Complaint Messages

**09/14/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have cancelled out ▮▮▮ account and issued her a full refund. We were never able to proceed with her program. We apologize if there was any confusion with billing. Please call 949-202-1404 if you have any questions.

**09/14/2018 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13075285, and find

that this resolu███████████████y to me.  I received one refund and am waiting on my second payment to be refunded.

A word of warning to all those with student loans: this is a third party, and not affiliated with any government forgiveness program. I called the Department of Education andthey let me know that they are not affiliated with them, and to check my information as it could have been shared by them. They consider this fraudulent, as does both of my banking institutions.

Regards,

# SL Account Management

**Case #:** 13091914

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Madison, AL | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/13/2018 10:53:12 AM

**Nature of the Complaint:** Advertising Issues
**Consumer's Original Complaint:**

My friend told me about this company SL Account Management who works with the U.S. Dept of Education to help people lower student loans. I gave them a call and sure enough the rep said the same thing. They gave me all of my account detailed info down to the penny. They also said they could get my loan forgiven by $19,000 but to get started they needed 5 payments of $239. After I paid the installments my monthly student loan payment would be paid via direct deposit to them. September 2018 I received a text message from them stating my payment was declined. I had received a new bank card due to my original card expired in August. I called the number several times but never got an answer, I even left my number for a call back once a rep was able to assist me but nothing. This went on for a few days. On September 13 I received a call from Navient saying my account was past due. I explained I had been working with an U.S. Dept of Education company called SL Account Management and that I have been making payments directly to them for a few mouths now. That's when the Navient rep told me that was a SCAM and they are not associated with the U.S. Dept of Education at all and those services I paid for were free! I felt sick to my stomach!

**Consumer's Desired Resolution:**

I would like a full refund for being mislead and ripped off. And for the BBB to let others know that they are not an accedited company and not associated with the U.S. Dept of Education at all.

# Complaint Messages

**09/21/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to ▮▮▮ and apologized for the miscommunication. We have completed ▮▮▮ request to the highest extent and have also closed out her account. If ▮▮▮ has any additional questions she can call our toll free customer support line from Monday through Friday 7:00am to 6:00pm PST.

# SL Account Management

**Case #:** 13092885

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Bergenfield, NJ | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/13/2018 4:08:40 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company has done nothing for me, and put me far more in debt than I was before. I kept getting text messages about student loan forgiveness. Matt Weinberg reached out to me and let me know that Premier Student Loans would be able to assist me in getting a debt consolidation where, on my behalf, they would be able to "negotiate" with the government for a lower fee. Matt Weinberg continued to mention that if I did not go this route and "If you (myself) plan on filing taxes this year, they will start garnishing your wages. I'm not trying to scare you, just let you know." He explained that I would only have to pay $199.17 per month for the first 6 months and then $30.00 a month for the next 20 years and that would take care of my loan. Obviously thinking this sounded great, I agreed. After Maria Garcia sent me emails requesting my paystubs and tax documents, she began telling me we were just beginning the process. A charge to my card was made with out any guarantee, and when I asked about this all she did was have a receipt issued to me. I checked my credit report today and found that my score was dropping, specifically because I had debt build up on my student loan. How could that be? I've been paying diligently since February! I immediately called and was placated by Gerry Valencia telling me it was a "dead loan" and the creditors should know that. I spoke with the loan company and found out no payments were being made to them and that I had successfully accrued almost $400.00 in interest so far. I immediately reached out to my bank to discover that I was getting charged by "SL Account Management" which is not even the same company? I spoke with a rep from "SL Account Management" and had my file closed however the rep claimed I did not qualify for a refund. I am still waiting to hear back from a manager, and have spent collectively over an hour on hold today. Everything they "did" was already available to me for free.

**Consumer's Desired Resolution:**

Refund.

## Complaint Messages

**09/21/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We reached out to ▇ and apologized for the miscommunication. We have completed ▇ request and have also closed out her account. If ▇ has any additional questions she can call our toll free customer support line from Monday through Friday 7:00am to 6:00pm PST.

**09/23/2018 -** ▮▮▮▮▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint
 They did in fact refund what I had paid into the "service" however, it took 10 hours and calling from several phones to accomplish this. They lied about who I was speaking with and when I initially asked for a refund I was told I couldn't have one. After finally getting someone on the phone from the 4th different number I had to use to call them (as they had clearly flagged every number I got through to them with prior) I then had to argue my case with David Sporaco, who tried to explain that filing paperwork was worth 8k and the 40k in debt they'd now gotten me (from the original 18k). After having to explain that I was literally TOLD the money I was paying them went towards my debt (as I noticed they used the word miscommunication in their response), David finally issued the refund of total monies paid. Their refund resolution is satisfactory, however they are predatory and go out of their way to lie to get the money/protect what they've gotten.

**09/28/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We apologize it took so long for you to connect with a representative and request a refund. The week you had called, was the week we were testing our new phone systems to improve our customer support lines. I apologize you were caught in the middle of that. Please give us a call if you have any additional questions. We'd be happy to help.

# SL Account Management

**Case #:** 13094110

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Roseland, VA | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/14/2018 11:12:40 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by this company by e-mail regarding forgiveness on student loans shortly after graduating from Miller-Motte college in Lynchburg,Va which I have now found out that I was overcharged and mislead by this college as well. I was promised by SL Account Management in Irvin, CA that they could reduce my student loans from $ 35,000 to $10,500. After checking my credit record I noticed there had been a new company added by the name of Navient with an amount of $35,000. I don't have a clue who this company is or why they are now on my credit file. I called SL Account Management back and was told everything was OK that all I would have to pay was the amount that had been quoted to me by four different individuals at this establishment which was the $10.500. There names are Justin, Landen, Marc Lopez, and Madison Perry. But after more investigating and two payments of $239.00 drafted from my debit card I have learned that this company has fraudulent lawsuits against it along with Navient and SL Account Management is scamming people out of money with five payments of $239.00 dollars in the promise to reduce with forgiveness the student loan amount. The paperwork that was e-mailed to me by SL Account Management had a letterhead with Premier Student Loan Center that stated my payments would be $ 40.00 a month until the year of 2038. I have later found out from Navient after calling to see who this company is, that the money that I would have been paying SL Account would not be added to my student loan account making my student loan debt higher. I would like this company prosecuted for taking advantage of people who are trying to make their life better by going to school instead of being so far in debt that they can't ever get it paid. I would also like the contract revoked with SL Account Management and with Navient since I didn't authorize any agreement with them. I would also like my two payments of $239.00 dollars returned to my account immediately.

**Consumer's Desired Resolution:**

Prosecute this company and revoke the contract. Refund me the two payments that they scammed me out of immediately. Thank you

# Complaint Messages

**09/23/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▊▊▊▊ about her concerns with our company and what was done for her. We apologized if there was any miscommunication about the programs and how they work. We hope the

resolution we came up with for her is satisfactory and to her liking. If she has any additional questions she can call us with her concerns and they will be immediately addressed.

# SL Account Management

**Case #:** 13094984

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Peru, IN | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/14/2018 4:08:54 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

Sl management company told me they could get my student lia5ns forgiven and it would only cost 1200.00 i paid 199.17 and they said they could get my payments down to 41.00 per month. After speaking with the dept of education i learned that this is a scam and they really do nothing to help get my loans taken care of and that the dept. Of education does this for free..i tried to call sL mgmt for a refund and they keep dodgeing my calls and will not respond to me..then i learn from my bank that sl mgmt tried to withdrawal another 199.17 from my bank account but yhankfully i had already made the bank aware of this.

**Consumer's Desired Resolution:**

## Complaint Messages

**09/23/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▮▮▮▮ about her concerns with our company and what was done for her. We apologized if there was any miscommunication about the programs and how they work. We hope the resolution we came up with for her is satisfactory and to her liking. If she has any additional questions she can call us with her concerns and they will be immediately addressed.

**09/24/2018 -** ▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13094984, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮

# SL Account Management

**Case #:** 13095861

**Consumer Info:** 
Valley Stream, NY

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(888) 283-9631

**Date Filed:** 9/15/2018 2:34:27 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This business stated they help with loan forgiveness and helped me obtain an income driven loan for my outstanding student loan. I have been making all my payments on time as agreed- and my federal student loan is currently reflected in default

**Consumer's Desired Resolution:**

I would like a refund so I can pay my loan and get me out of current default status

# Complaint Messages

**09/23/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ⬛ in regards to her concerns with our company and what was done for her. We apologized if there was any miscommunication about the programs. We hope the resolution we came up with for her is satisfactory and to her liking. If she has any additional questions she can call us with her concerns and they will be immediately addressed.

# SL Account Management

**Case #:** 13099117

| **Consumer Info:** | ███████████<br>Bentonville, AR ███████<br>███████████ | **Business Info:** | SL Account Management<br>8 Whatney # 100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |
|---|---|---|---|

**Date Filed:** 9/17/2018 3:52:40 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

These people at SL Account Management called me and said that they were with the student loan forgiveness program. They said that they were a branch of fedloan servicing who I have an account with for my student loans. They gave me false information and now the government is saying that they are a third party and to not give them any money. These people had my personal information and passed themselves on to be a legitimate business. I did authorize them to run my card for 199.17 however I was told not to pay fedloan servicing as they would be taking care of my loan at a different payment and that it would not reflect negatively on my credit report. However that information was false as the government has told me that I cant do that and that I can be reported negatively on my credit. I spoke with a gentleman at SL Account Management who said that my account would be in forgiveness status 6 days ago and that he would send me a confirmation email. I have never received an email and I have tried calling the number on there website many times with no answer as the website states that it is a 24/7 number. These people are completely fraudulent and scamming people.

**Consumer's Desired Resolution:**

I want my money refunded immediately and to delete all of my personal information that they have. If I can't get my money back I want them to close the account completely and delete all of my personal information.

# Complaint Messages

**09/25/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ███████ in regards to his concerns with our company. We apologized if there was any miscommunication about the programs and how they work. We hope the resolution we came up with for him is satisfactory and to his liking. If he has any additional questions he can call us with his concerns and they will be addressed immediately.

# SL Account Management



**Case #:** 13103426

**Consumer Info:** Atlanta, GA

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(888) 283-9631

**Date Filed:** 9/19/2018 11:56:17 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

In July of 2017, a friend of mine referred me to Premier Student Loan Center for help with my student loans. I was already on the student loan forgiveness program with Navient. But, had several issues with them, so I decided to try this company. By far the worst decision I made. The person that signed me up was Justin Parks. He satsted that my payments would be $30 a month. However, he FAILED to disclose that the additional $30 was a payment to the this company and not one dime was toward my student loans. He also stated that I would receive a $25 gift card for ever person that I referred. I referred about 4 people who signed up and I NEVER RECEIVED the gift cards that were promised. I was calling and leaving messages because I had questions and he did not return my calls. About 10 days later, I got a call from Nolan Eleccion stating that he needed additional information to process my consolidation with the Department of Education. I told him that I work for a 501(c)(3) and submitted the documentation to him. Thirteen days later, I got another call from Kassie Bautista in regards to the consolidation. It is clear that the turn over was very high and I was getting the run around when it came to questions. Every time I tried to call, I kept getting voice mails and no returned calls. I finally found a 1-800 number that finally worked. I kept asking if the paperwork was submitted to the Department of education and I was insured that it was. However, it was NEVER submitted. So I have been paying this company for nothing as I ended up submitting the documentation directly to the Department of Education myself and the notified me that is service is actually FREE!! I don't appreciate being mislead in this process and paying for a service that I ended up doing myself.

**Consumer's Desired Resolution:**

I want a refund of the fees I paid:

Four payments of $248.75 ( July- October 2017) = $995.00

11 payments of $30 (November 2017- Sept 2018) = $330.00

Total refund of $1,325.00

# Complaint Messages

**09/26/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We reached out to ▮▮▮▮ in regards to her issues with our company. We are waiting to hear back from Tonya to resolve her problems and issue a refund if it is necessary.

**09/26/2018 - ▮▮▮▮▮▮▮▮▮▮**

I accept the business's response to resolve this complaint

Whomever called did not leave a message. all calls are screened due to the amount of spam calls and automated telemarketers. Yes, I would like a refund for the fees I paid ( as stated in the inital complaint) who ever calls next needs to leave a voicemail as I will not answer unknown numbers.

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13103426, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮

# SL Account Management

**Case #:** 13104071

| | | | |
|---|---|---|---|
| **Consumer Info:** | Akron, OH | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/19/2018 3:11:17 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have an experience that is very similar to another person's story with this company. I applied for loan consolidation for my student loans. This company called me and told me they could have my loans completely forgiven. They walked me through the details of how my loans were forgiven but I had to pay them for processing and such. $239 a month for the first five months and then $40 a month for then next 20 years. I still had to pay money but all in all they said they had saved me over $30,000 on my loans. Fast forward a few months and I am now getting letters from my actual loan servicer stating I still have to pay the full amount of my loans. What am I paying SL account mgmt for if I still have to pay back the entire amount of the loans? Then I did some research and found out that you do not have to pay for loan consolidation, and this company has been doing this same thing to multiple people. Admittedly I should have done this research before I signed on with this company, but I cannot change that now. I believe that this company uses dishonest and predatory business practices.

**Consumer's Desired Resolution:**

I would like to have my money refunded by this company if at all possible. As of 9/18/2018 they have taken $239 from me four times, which adds up to $956.

# Complaint Messages

**09/26/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We called Sean to resolve his complaint with our company. We are waiting to hear back from him so we can take a look into his account and see where things went wrong.

**10/01/2018 -**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13104071, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13104497

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Atlanta, GA | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/19/2018 5:30:42 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I believe this company is a scam. They stated that they would help me refinance my federal student loan and have been collecting a $200 monthly fee from me. When I contacted the new company they processed my refinancing through (FedLoan) we discovered that they had submitted my application with false information to obtain a lower subsidized loan deal. The terms of my new loan (as explained to me by SLAM) do not mimic the terms of the actual new loan with FedLoan. I feel like I was misinformed and lied to by SLAM. I have closed the online account they created on my behalf and am refinancing on my own with FedLoan.

**Consumer's Desired Resolution:**

Ideally I would like to be reimbursed for the $400 I have already paid this company as they falsified federal documents and lied to me about the terms. If I cannot be reimbursed I at least want to be removed from owing them more. I do not want to have business with this company any more. I do not want to be penalized because they lied on official documents, I did not authorize this.

# Complaint Messages

**09/27/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We contacted ▮▮▮▮ about her complaint and have reached a resolution. We apologized for any inconvenience and miscommunication during her process. We thank ▮▮▮▮ for being so patient in this matter and allowing us to resolve this situation with her. If she has any additional questions she may contact us during our hours of operation.

# SL Account Management

**Case #:** 13111206

| | | | |
|---|---|---|---|
| **Consumer Info:** | Springfield, IL | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(888) 283-9631 |

**Date Filed:** 9/22/2018 12:01:05 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I was contacted by SL Account Management that also goes by Premier Student Loan Center, that I could enter a loan forgiveness program for my student loans. I was told I would make 4 payments of $199.17 and then $40 per month for processing fees to have my student loans forgiven. I have made the 4 payments of $199.17 and I am being told a 5th payment needs to be taken. I also received information from Navient, they have apparently purchased my loans for loan consolidation, not forgiveness, so at some point I will have to make a payment. I am very embarrassed that I have been scammed from this company and fell for the student loan forgiveness. I have been trying to call all day to stop the 5th payment and have no response. I have emailed the company that I cannot make this payment and also sent a 2nd email that I would like out of their program and have the 4 payments of $199.17 returned to me. Please help me recover my money and get out of this scam program.

**Consumer's Desired Resolution:**

## Complaint Messages

**09/28/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▮▮▮ and apologized about the miscommunication that occurred during her initial contact with the company that we process applications for. We took the necessary steps to make sure all of her requests were met. If Anne has any questions she can contact us during our hours of operation.

**10/01/2018 -** ▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13111206, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13118956

**Consumer Info:** 
Perryville, KY

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(888) 283-9631

**Date Filed:** 9/26/2018 6:01:07 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I had started a contract with sl account management and after everything was done like paperwork I decided to go ahead and look them up and found all of these complaints and after reading them I decided that I no longer wanted to do business with them. So I contacted the person who helped told them I don't want to continue doing business with you and I want my 199.17 back well after she got my message she called me and tried every trick she could think of to get me to stay. I had to repeatedly tell her no and she got rude with me which I found to be very bad customer service and made my decision to not do business with them be the right decision.

**Consumer's Desired Resolution:**

199.17

# Complaint Messages

**10/04/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▇▇▇ request. We apologize for any misunderstandings with our company. If Crystal has any additional questions, she may contact us during office hours.

**10/04/2018 -** ▇▇▇▇▇

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13118956, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▇▇▇▇▇

# SL Account Management

**Case #:** 13121261

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Wellston, OK | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 9/27/2018 7:32:40 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I recently used this company to for student loan consolidation. They told me I would pay 5 payments of $239 and the $30 a month for around 10 years and I wouldn't pay anymore than that. However, all they did was change my loan service and put me on a income based plan for a year and after that I would still have to make monthly loan payments. I also gave them my personal information.

**Consumer's Desired Resolution:**

I expect a full refund, for them to to cancel their services and erase my information.

## Complaint Messages

**10/04/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have attempted to reach out to ▇▇▇▇ in regards to to his complaint. At this time we have yet to get a hold of him and we will be waiting patiently for his response. Once contact has been made, I am positive that we can reach a resolution that he desires.

**10/08/2018 - ▇▇▇▇▇▇▇▇▇**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13121261, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

Pl. Ex. 50
p. 1250

# SL Account Management

**Case #:** 13145600

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Sevierville, TN | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/11/2018 12:32:46 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I'm a single mom and during the summer when I was contacted by SL Account Management (also known as Premier Student Loan Center) I was working two jobs. "Aaron" contacted me about reducing or getting forgiveness of my student loans. I had heard of such programs but I had had trouble finding one that could help so I agreed to get help from this company. I agreed to terms of payment for this service because I assumed according to what he was saying that I could save a lot of money plus get the student loans off my credit. I was willing to pay for that help since I didn't have the time or intimate knowledge of these programs. I was told after he collected information from me and a woman named Shannon McNabb, that the request had gone through and that I now owed $12,235. I would continue to pay the 5 installments of $239 and the $46 after that ($30 in fees to the company to maintain my paperwork etc and $16 towards my student loans). My account was put on administrative hold as they said and the loans were removed from my credit. Unfortunately, much to my surprise, I was contacted by Navient, who now has my student loans (and is now reporting on my credit) that my balance is still the same plus my payments are higher (and this doesn't include the $30 that SL still expects!). My payments had been put on hold but my balance will increase without payment due to interest. I was also told by the rep I contacted at Navient that no such forgiveness that I had been told I was given exists. Plus, the paperwork submitted on my behalf had false information such as my household and income. I have sent an email to the company asking to be released from the contract since the services that were rendered did not result in the conclusion I was told in detail I had received. I am waiting a response but the last email sent about my contract resulted in no response. I feel foolish because I fell for this misleading and possibly predatory company when I was in a bad situation.

**Consumer's Desired Resolution:**

## Complaint Messages

**10/17/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮▮▮▮ in regards to her concerns about our company. We have provided her with the necessary information to show the validity of the program we had enrolled her into. If she has any additional questions she may feel free to contact the manager she had spoken with to resolve her complaint.

# SL Account Management

**Case #:** 13146400

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Pascoag, RI | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/11/2018 5:11:35 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**

I was contacted by Premier Student Loans about a loan forgiveness/rehabilitation plan. They quoted me $239 a month for 5 months for their company to file all the necessary paperwork to get my loans out of default and out of wage garnishment. I would then make $10 payments for 120 months. I was told there would be 9 months of "good faith payments" to the Department of Education and I would be out of wage garnishment after 9 months. That would have been in August of 2018. Somehow I have been dealing with SL Account Management and not Premier Student Loans. When I was offered this "deal" I researched Premier not SL. Fast forward to September 2018 where I am still having my wages garnished. I attempt to contact my Processing Agent, Monica Mejia or Pacheco (there are two different last names) but do not here back from her. I eventually get to a supervisor named John Egbert. He asks me for bank records. I send him a handwritten copy of dates and amounts of payments to his company and the US Dept of Ed. Back and forth, finally a phone call. He admits the enrollment agent had given me poor information and that I had made 5 "good faith payments" instead of the 4 they thought. He was refunding me one of my $239 payments to his company and starting the process to end the wage garnishment. That did not happen, my wages are garnished again. John tells me it is 30 days from your 5th payment of 9/28/18. I tell him my fifth payment was cleared on 9/4/18 before our previous conversation. He continues to say the letter will be sent out in 30 days around 11/1/18, not acknowledging that this is the 6th payment and he previously stated it would happen after the 5th and HE was starting the process. I threatened to contact the BBB and was referred back to Monica. Monica left me a voicemail stating to not contact John, but her and the letter would be sent out around 11/1/18. My wages were garnished again today. Monica is no where to be found, I do not trust this company

**Consumer's Desired Resolution:**

I would like my wages to stop being garnished. This process is two weeks shy of a year, I was told 9 months! I also would like this company investigated.

# Complaint Messages

**10/17/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to [redacted] in regards to her rehabilitation program for her student loans. We apologized and have fully explained where the miscommunication occurred. Her wage garnishment

should be lifted ▓▓▓▓▓▓▓▓▓▓▓ks and when her rehab program is fully complete, her loans will be in good standing. At this time she will be continuing with our companies services. We thank you for your patience and understanding in this matter.

# SL Account Management

**Case #:** 13150040

| | | |
|---|---|---|
| **Consumer Info:** | [redacted] <br> Oriskany, NY [redacted] | **Business Info:** SL Account Management <br> 8 Whatney #100 #8 <br> Irvine, CA 92618 <br> (949) 202-1404 |

**Date Filed:** 10/14/2018 5:31:03 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was called by a customer service person from this business telling me that they can lower my student loan debit and payments. they told me that my payments would be 239.00 a month for 4 months then go to 69.00 a month there after. on month 5 there was no lone payment pulled from my account and I received a letter from ,who I though was my former student lone carrier stating that my payment of 269.00 will be due next month now that my forbearance was no longer in place. I called them and explained what SL Account Mgmt had told me and they said that I had signed a form putting my lone in forbearance until October. I then looked up my 1st payment to SL-A-M and realized that on that day when I did the paperwork in my email , Sl A.M. sent in a forbearance request to my Student loan company. as it stands now I am not saving any money , my payments were not reduced and I paid them for services that were not rendered. according to my student loan company they have no idea what I was talking about and I was more than likely scammed. They also stated that I now owe more money due to the forbearance. I feel as though I was scammed and SL Account Management owes me the money I paid them and the money I'm out due to interest on my student loan. If this is a scam they should be held criminally liable. I have tried several times to reach them with no answer or return call. I want an explanation of where my money went and why I am now in debit more with my student lone than when I started with them.

**Consumer's Desired Resolution:**

I want my money back or them to follow through with the services I was told they would do. if they do anything other than those two requests they should be held accountable for misleading consumers and causing anguish for the stress of finding out you have not saved a dime and have parted with 100's of dollars only to find out you have been scammed.

# Complaint Messages

**10/18/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We called [redacted] and let him a voicemail letting him know we are trying to resolve his complaint. When we hear back from [redacted] we ill issue a refund in full, as we have not done anything on his account. We were unable to proceed with his program with out him sending in his proof of income. Once we speak with him, I'm positive that we can either get his forgiveness program started and or issue a refund, if he is uncomfortable moving forward with our companies services.

**10/18/2018 -** ▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13150040, and find
that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if
it does, will consider this complaint resolved. I was unaware that there was a need for further info on
my part this was the first I had heard, I would hope by providing this info I can resolve the issue and
continue this program as described to me.

Regards,

▮▮▮▮▮▮▮▮

# SL Account Management

**Case #:** 13151128

| | | |
|---|---|---|
| **Consumer Info:** | Philadelphia, PA | **Business Info:** SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/15/2018 10:28:13 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have researched and found the processing fees are not to be charged. That for loan forgiveness there are no processing fees. This is a scam and they make your credit worse. They call it loan forgiveness then I get an email about loan consolidation and that my student loan is in forbearance. I want out and my money back.

**Consumer's Desired Resolution:**

Explanation of terms, and possible out and refund with this business. It is presented as loan forgiveness ten I receive all these other emails that do not state anything about loan forgiveness.

# SL Account Management

**Case #:** 13152348

**Consumer Info:** 
Huntertown, IN

**Business Info:** SL Account Management
8 Whatney Ste 100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 10/15/2018 4:32:14 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was contacted about Public Service Loan Forgiveness from this company. They had much of my loan information available at hand and sounded legitimate. They promised to fill out all the forms needed in order to enroll in this loan forgiveness plan with a cost of monthly $239.00 for five months. After the five months, my amount due would be substantially less ($94.00). It has been two months and I received paperwork from Fedloan Servicing indicating that nothing was sent indicating my income based repayment and public service loan forgiveness. I attempted to contact Ryan Fisher at (949)202-4406 but can never reach him.

**Consumer's Desired Resolution:**

I have canceled my credit car used for the bill pay with this company. I need a refund of the $478.00 from this company as that is my total loss. I fear this "company" has my personal information and I am also at risk of identity theft.

# Complaint Messages

**10/22/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to ▮▮▮▮▮▮ and apologized for his experience while working with our company. We have completed his request and his information has been deleted from our database. If he has any questions please contact our customer support line.

**10/22/2018 -** ▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13152348, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13154562

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Guthrie, OK | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/16/2018 3:16:56 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I contacted SL Account Management about a student loan forgiveness program. They have drafted my bank account 4 times for $239 each and the 5th draft is set for 10/18/2018. I have found out that this is a scam and my student loans are in default because they are not sending the payments to Navient. I want this cancelled and I want a full refund. 06/11/2018 $239 07/19/2018 $239 08/20/2018 $239 09/19/2018 $239 10/18/2018 $239 Pending

**Consumer's Desired Resolution:**

I want a full refund from this company for the money they have taken from me and said would be applied to my student loans and it hasn't been.

# Complaint Messages

**10/22/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮▮▮▮ and apologized for the miscommunication. We were never able to proceed with a program due to missing income information, that is essential to completing the necessary paper work for the forgiveness program. We have issued a full refund and have completely closed the account. We thank you for your patience.

# SL Account Management

**Case #:** 13163303

| | | | |
|---|---|---|---|
| **Consumer Info:** | Chapmansboro, TN | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/20/2018 10:34:07 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was called about loan forgiveness. My call was received by financial preperation services. We talked about a payment plan. I was told $39 for the first 5 months and $40 a month for 10 years. I was also told that no money would be coming out of my account. Till everything was finalized through sl account management. Well, I have not spoken to them and money has been pulled from my account. I have looked them up on your page and long and behold there's the same problems happening with other people. I want my $239 that was pulled from my account!!! They are frauds. They are taking innocent peoples money. They didn't do anything that was explained on the phone.

**Consumer's Desired Resolution:**

I want my $239 back and to never be contacted by them again!!!

## Complaint Messages

**10/25/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▮▮▮▮ request. If there are any additional questions please do not hesitate to call our customer support line.

# SL Account Management

**Case #:** 13164317

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Summerville, SC | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 10/21/2018 1:22:04 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**
I paid for a school loan payoff and continue to pay monthly payments. I just found out that this company never paid my original loan and I am responsible for paying $17,000. I have called and called, left messages and emailed them. I have received no response.

**Consumer's Desired Resolution:**
Complete refund and stop charging my account.

# Complaint Messages

**10/25/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We have contacted ▮▮▮▮ and would like to complete his request. Please verify your mailing address and we will send a check for the disputed amount. Thank you

**10/25/2018 - ▮▮▮▮▮▮▮**
I accept the business's response to resolve this complaint

▮▮▮▮▮▮▮▮▮▮▮

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13164317, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮

# SL Account Management

**Case #:** 13164618

**Consumer Info:** 

Indianola, MS

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 10/21/2018 6:50:39 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

I have been trying to call the agent who I was talking to at first to see how can I see the account dealing with my student loan forgiveness. After they received money from me, I have not heard or cannot get anybody to return my phone call. Also, I was told that I did not have to worry about my student loan payments and to just pay the sl account management. I have received a bill from the student loan people after paying sl account management. I will like to have my money refund back to me so that I can start paying my student loan.

**Consumer's Desired Resolution:**
Refund the amount of money I have paid in full.

## Complaint Messages

**10/26/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We contacted ▮▮▮▮▮ and apologized for the misunderstanding. We have completed her request and if she has any additional questions she may contact us directly.

**10/28/2018 -** ▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13164618, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮

# SL Account Management

**Case #:** 13166193

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Tucson, AZ | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/22/2018 3:57:50 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company claimed to be affiliated with the department of education and claimed to be offering student loan forgiveness\consolidation. They changed us over a hundred dollars a month for the first 5 months and then charged a fee of 10 dollars a month after that for over a year which was to be applied to the loan amount. We were told this amount would be paid for a set term and after the completion of that term the amount remaining on the student loan would be forgiven. We were led to believe that they were the servicer or our loan but have come to find out not only were they not our servicer but they falsified information and documents in our names with our actual servicer. They have been pocketing our money for over a year with no actual forgiveness program in place. We have also found out through the department of education that they are falsely claiming to be with the department of education and that is is illegal for them to charge the fees that they were. Overall they have stolen money under false pretenses, lied about their offiliations, damaged our credit and caused our overall loan balance to increase. We want the money we have paid them back plus damages for al the other issues they have caused including the increSed loan balance.

**Consumer's Desired Resolution:**

We expect that the amount we had paid them be returned as well as damages to cover the damaged credit and increased loan balance as well as falsified legal documents with our loan

# Complaint Messages

**10/29/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▮▮▮▮▮ and apologized for the experience she had with our company. We understand these types of situations can get very frustrating and we appreciate the patience ▮▮▮▮ has exhibited. We have issued her a full refund and we will look further into this matter. Please contact your complaint handler if you have any questions.

**10/29/2018 - ▮▮▮▮▮▮▮▮**

I do not accept the response made by the business to resolve this complaint

This business has stated that they would issue me a refund of the money that was sent to them though I have not gotten it yet so I can't comfortably say I have gotten a refund. They did not however yet do

anything to make amends for the money that I now owe my actual student loan provided as I haven't actually been paying them for a year or my damaged credit. I have informed them that I plan on taking legal action if these things are also not compensated in some way. I plan to make people aware of this SCAM as the whole time I was on the phone with them they continued to perpetuate the lies they have been telling me and even continue to say my loans would have been forgiven had I continued with my arrangement though that is not the case. They also did not once acknowledge that what they were doing was illegal in any way. So for these reasons I do not accept that response or feel that my complaint has been appropriately handled at this time.

**11/05/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We have sent a refund check and the check takes anywhere from 5-6 business to be delivered. The BBB does not mediate law suits and is beyond the BBB's purview.

**11/06/2018 -** ███████████
I do not accept the response made by the business to resolve this complaint
I am very aware the bbb does not deal with lawsuits I was merely stating all the facts and outlets I have taken for others who may have been scammed. As far as the supposed refund I was told I t would be received within those 5 business days and have now called twice with a different answer each time and no one knowing the correct information and being told they would let a supervisor know. As I am now on business day 8 which is past your time frame of when I should have received this refund. So until I do my last response stands. If and when I actually receive the refund I was suppose to already get I will revise and send a new statement. And again, nothing has been done to resolve any other damages your companies illegal dealings caused.

# SL Account Management

**Case #:** 13166312

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lake Charles, LA | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 10/22/2018 4:34:11 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I had started a contract with sl account management and before I finalized the process, I realized that this was a high potential to be a scamming company. I got into contact with quite a few representatives about cancelling services, and it was confirmed through email that they would be refunding my the 239.00 that I had initially paid for "processing fees". The day that they issued me a receipt of the "refund" transaction, my bank account was actually in the negative because they had CHARGED, rather than REFUNDED me. When calling again, I used the number in the email and it turns out that the number is actually a line to a third party company who screens the calls for SL management. Fast forward to Oct. 22nd, and I have still not received a refund for the initial purchase or the second, unauthorized charge or any communication about the matter. I have called and been on hold for 30 minutes, as well as periodically calling throughout the day. To be clear, the second charge would not have even been authorized based on the initial contract I had with them. Also, I have two separate confirmations that my services will be cancelled and all monies refunded to me, I have not had any luck in reaching any representatives since Oct. 19th, 2018.

**Consumer's Desired Resolution:**

I would like for SL Account Management to issue the refunds confirmed to me.

## Complaint Messages

**10/26/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▓▓▓▓▓ and got down to the bottom of her complaint. We have completed her request. If there are any additional questions please contact us during our office hours.

# SL Account Management

**Case #:** 13168642

**Consumer Info:** 

Orange, CA

**Business Info:** SL Account Management
8 Whatney Ste 100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 10/23/2018 4:58:43 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
This company claims to be running a student forgiveness program when in fact it doesn't. Fedloan currently have my loans and I have spoken to them and asked them if they work with this company when it comes to my student loans, they said "no". They warned me about this company and said that this company have been taking money from unsuspecting people claiming to be a student forgiveness company. they told me to stop everything with them right away. I contacted SL Account Management and asked them about this and they accused FedLoan of lying, but FedLoan isn't lying. I checked my loans and they have not decreased ever since I started paying SL Account Management last year.
**Consumer's Desired Resolution:**
I would like a refund of every payment I made to this company.

## Complaint Messages

**10/30/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We have completed ⬛ request. If he has any questions he may contact the complaint manager who he spoke with.

**10/30/2018 -** ⬛
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13168642, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

⬛

# SL Account Management

**Case #:** 13177534

**Consumer Info:**


Albany, NY

**Business Info:**

SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 10/29/2018 11:20:56 AM

**Nature of the Complaint:** Delivery Issues

**Consumer's Original Complaint:**

SL Account Management completely misrepresented the consolidation loan they were putting me into. After speaking with the loan company they put me with, the loan company informed me that such a loan does not exist. I am now making a higher payment than what I was and for an additional 30 years, after I have been paying for 12. They charged me to do the paperwork, completely misrepresented the loan, and I am now in a loan that is not beneficial to me and is for a longer period than I was in. They have all of personal information. They charged my credit card account. They do not return my calls, and have not provided me with any information regarding my account. A random consumer service person will tell me they'll get back to me, but its been weeks now. I had to reach out the loan company directly (Navient, the federal government), and that is when I discovered I was just involved in scam.

**Consumer's Desired Resolution:**

This business is a scam. Now that they have changed my loan, it is impossible for me to go back to my old loan terms. I now have a higher monthly payment and I will be paying for a longer period.

# Complaint Messages

**11/05/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We apologize if there was a lack of communication while working with our company. We were never able to finish up the process with your program due to a cancellation request. We have refunded your payment in full and have closed out your account. Please call if you have any questions.

# SL Account Management

**Case #:** 13194961

**Consumer Info:**



Hobart, IN

**Business Info:**

SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 11/7/2018 1:22:36 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

I was contacted by SL Account Management two weeks ago and they said I had been approved for student loan forgiveness through the William D Ford Act as stated by the Department of Education. They have withdrawn $200 from my account but no one has contacted my current student loan holder and I am still being required to pay my student loan on top of making a payment to SL Account Management. My name was spelled incorrectly on the document that they sent to me as well. They requested my last two pay stubs but every time I have tried to call them no one answers or responds to my call or message.

**Consumer's Desired Resolution:**

I want to stop all transactions with this company and I want my money ($200) refunded from October 27th.

## Complaint Messages

**11/14/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We spoke with ▮▮▮▮ and issued her a full refund. We do not clam to be affiliated with the Department of Education. We are a certified document preparation company. We apologize if you are uncomfortable with our services. Please give us a call if you need any further assistance.

# SL Account Management

**Case #:** 13195997



| | |
|---|---|
| **Consumer Info:** | Norwalk, CT |
| **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/7/2018 7:47:25 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**

I signed into an agreement with the named company which stated if I did not provide the requested documentation which included my tax information within 30 days of signing up for services; my file would not be complete which would disqualify me for services and a refund would be given with written request. I did not send my tax information as the company never followed up with me stating they received other documentation like my pay stubs. The company also failed to communicate with me when I emailed the contact Advisor listed in previous correspondence. They never responded to emails or contacted me via phone or in writing. When I canceled in writing, and via telephone, services; I requested a refund of money they billed to my credit card in the amount of $199.17. After calling customer service and making a complaint, an Advisor called me back to inform me I would not be receiving a refund. This goes against what is in the contract.

**Consumer's Desired Resolution:**
I would like a refund of $199.17

# Complaint Messages

**11/13/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We completed ▮▮▮▮ request November 7th and have completely closed out her account. If ▮▮▮ has any questions or any further concerns, she may contact us directly.

# SL Account Management

**Case #:** 13205282

| | | | |
|---|---|---|---|
| **Consumer Info:** | Brooklyn, NY | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/13/2018 1:20:04 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Yesterday on November 12, 2018 I saw an add from Fox 4 news about a student forgiveness program on Facebook. I should have done my research before signing up and I should have read the comments that were attached to that posting but I didn't know you had to click on the add to see them. I called this company slaccountmgmt for this loan forgiveness program and they asked for my social security number because I didnt know what my account number was for my loan information. I than wasn't told about the company's name till the transaction has been done at the end. They said my first payment had to be on the same day I signed up for $213.00 and I would have to pay this for 7 months and than it would be $40.00 a month till it's paid off. I checked your website about this company and apparently many people have been scammed from this company. I went my bank today to close out my card and get a new one because they have my debit information and my social security number which terrifies me. I need help.with this matter at hand and I hope that you are willing to help me out. If you need anymore information let me know and I will provide it for you. Thank you for your time and patience.

**Consumer's Desired Resolution:**

I want to be credited for the $213.00 and find out who is actually running this scam and they should be penalized for their unjustly actions.

# Complaint Messages

**11/19/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▮▮▮▮ request. If she has any questions she may contact our company during our hours of operation.

# SL Account Management

**Case #:** 13209182

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Springfield, IL | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/15/2018 9:03:35 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

In April of 2018 I was contacted by a "specialist" named Kevin who appeared to be friendly and caring. He went on and told me how he could help lower my student loans (I have a Ph.D., so you can imagine how much I owe!). I was not too sure at first, but he reassured me everything was legal, even though it seemed odd he asked for a lot of my personal information right away. I asked him if he was associated with the government agency of that take care of loans, multiple times, and he never game me a clear direct answer. After inputting my info in the system, he said he would save me over $140,000.00 and that I had been a record for him, given the huge amount of savings. He went ahead and told me I would be charged $199.99 for 5 months, and yet after those 5 months I have been starting to get billed $49 monthly. I called the business phone number, and the workers that picked up the phone used voice disguisers. I asked why they were still charging me. In addition, I wanted to know why I had started to receive the same additional billing statements from the governmental Loan offices as they were doing before April! In other words, I started investigating and it turns out that nothing got done. The Teacher Loan Forgiveness never went through the governmental branch, and all the paper work I got given through e-mail was basically made up, under their company name. Even yet, I was never told I would be charged $49 until my loan was paid off! That's 20-30 years from now!I have contacted them through e-mail requesting to talk with Kevin, the original person I made contact and no response. I have written a few e-mails and they never respond. If they do, I could write a paragraph and they respond with half a sentence. In sum, I paid for a service and this company didn't provide the quality or even attempt to do anything they said. If you look in their website, they do not provide a phone number either, so the only way to get in contact is through e-mail, very frustrating.

**Consumer's Desired Resolution:**

I want my money back, and wish to have no further contact with them. This is a scam, and they think they can get away with it by recently placing a big warning announcement about what they really do, and who they are not associated with - In other words, stating that it's the customer's own responsibility if they proceed.

# Complaint Messages

**11/22/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We apologize about the frustration our company has been causing you. We aim to keep our clients

happy and customer service is now our main focus. We are sorry you had trouble getting a hold of certain individuals in the past. We are currently working on revamping our entire customer support department, so our clients can have a much more pleasant experience. We would like no more than to reach a resolution with you. Please forward your mailing address and we will issue you a refund by way of check. We thank you for your willingness to resolve this situation. We look forward to hearing from you.

**11/30/2018 -** █████████████████

I do not accept the response made by the business to resolve this complaint
*I do not accept the solution proposed in writing. There is no mentioning of canceling*
*my membership/contract. I wish to end it.  There also needs to be a mentioning of*
*the exact amount refunded.*

**12/03/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We sent you an email stating how much we refunded and the amount of business days it would take to reflect back into your account. Please check your email to confirm we have cancelled and refunded your account.

**12/05/2018 -** █████████████████

I accept the business's response to resolve this complaint

Hello,

My complaint number is 13209182.

My case got closed due to not responding to a solution sent on 11/22. Unfortunately due to being Thanksgiving week, I was out of the office, and that notice sent to me got lost in the e mail.

I am satisfied with the proposed solution and would like to accept! Could you open up the

solution again██████████████████d? The company simply needs an e mail to contact me.

The case worker is ████████████

I hope to hear from you soon, and I apologize for being an inconvenience.

████████

Marin Decl. (BBB) - Attachment B                    Pl. Ex. 50

p. 1276