# SL Account Management

**Case #:** 13211591

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Prairieville, LA ████ | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 11/16/2018 12:24:09 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
I thought this company was sending my information for a public service student loan forgiveness program and they have not. Instead I have been paying 239$ a month since August of 2018 and am still being asked to pay my student loan by my loan servicer. I want my money back that I have paid and I want my account with SL canceled!!

**Consumer's Desired Resolution:**
I would like the money I paid out since August to be returned to me

## Complaint Messages

**11/22/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We spoke with ████ and apologized about the confusion. We have since, closed out her account and issued her a refund. If ████ has any questions she can contact us directly.

# SL Account Management

**Case #:** 13214110

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Albany, OR | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/18/2018 11:01:40 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

After signing up and moving forward with my student loan forgiveness, I was told half off my loans would be forgiven. That has not happened. I have been paying this company for over 6 months and have seen nothing I was promised. When emailing and calling to try and get this figured out, no one would respond. I just want things resolved. Otherwise I truly know this company is a scam.

**Consumer's Desired Resolution:**

I would like my loans to actually reflect what was promised. And to see that my patents have been put towards them as well.

## Complaint Messages

**11/24/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮▮▮▮ regarding her complaint. We apologize for the negative experience you've been having while working with our company. We always aim to resolve all of our clients complaints. I'm sure once we are able to communicate, we will be able to come to an understanding and resolve the concerns you've been having with us.

**11/24/2018 -** ▮▮▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

I received a voicemail and have tried to return the call but have gotten no answer. So this has not yet been resolved.

**11/28/2018 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13214110, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

███████████████

██████████████

**11/28/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We were able to get in contact with ██████ and resolved her complaint. If she has any questions she may contact the manager she spoke to, to resolve her complaint.

████████

# SL Account Management

**Case #:** 13214184

| | | | |
|---|---|---|---|
| **Consumer Info:** | [REDACTED] <br> Reedsburg, WI <br> [REDACTED] | **Business Info:** | SL Account Management <br> 8 Whatney #100 #8 <br> Irvine, CA 92618 <br> (949) 202-1404 |

**Date Filed:** 11/18/2018 12:36:32 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have been working with SL Account Management for a couple months now, they informed me that my student loans would be basically consolidated and prayed by them ans I would end up owing less money to them then what I would pay in fees and interest for my student loans through my original borrower company. I still receive billing statements and emails from my original company. I do not want to work worth SL Account Management anymore and I want my 3 or 4 payments back from them so I can pay my stiffen t loans on my own. I'm currently being charged $199.17 a month and even noticed that charge twice in October. I have seen many complaints about this company and bad reviews and I do not feel comfortable movie g forward with them.

**Consumer's Desired Resolution:**

I hope that I can get all or some of my money back and no longer work this company or send them monthly payments. I want to pay my loans on my own

# Complaint Messages

**11/24/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We will be [REDACTED]cting [REDACTED] on Monday to go over her options. If she decides she wants to cancel, we will complete [REDACTED] request.

# SL Account Management

**Case #:** 13216126

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Orlando, FL | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 11/19/2018 4:16:38 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I contacted SL Account Management about student loan forgiveness. They advertised that they provide student loan forgiveness and it could be done by paying 5 payments of 239 dollars. I provided them with a payment of 239 dollars only to find out that they have 32 complaints against them concerning the student loan forgiveness, which turns out that it is no loan forgiveness more less student loan consolidation, which I do not need. I called them and left messages also sent emails stating that I want my 239 dollars returned to my account because they are scamming students and ruining their credit. They have avoided my calls and emails. I am a disabled veteran and I want my money back from SL Account Management..

**Consumer's Desired Resolution:**

I want my 239 dollars returned to my account I do not want to do business with this company, they mislead people into thinking that they are getting their loans forgiven and they're not. I am sure that there are other Veterans besides myself who have been scammed by this company.

## Complaint Messages

**11/26/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▮▮▮▮ request. If he has any questions he may contact us directly.


**11/26/2018 -** ▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint


Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13216126, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.


Regards,

# SL Account Management

**Case #:** 13216723

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Stendal, IN | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/19/2018 8:42:23 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was contacted by Derrick Bell with Financial Prepartion Services. He educated and convinced me to apply for Public Service Forgiveness Program. With his business, I would qualify for over $19,000 of my student loan to be forgiving after 10 years of $40/montly payments. I was super excited about this. He took down my information and sent me electronic contracts to sign. I did sign them and had to pay $199 (1 of 6). A few days later I was contacted by Hannah Schuler with SL Account Management. I had to send her my employer information and some additional information. She processed my application and my program was approved. By this time, I had to pay another $199 (2 of 6). My student loan with OSLA has been paid off and refianced with FedLoan Servicing. At this time, I am not expected to make a payment to FedLoan Servicing, however, per Hannah, I will still get credit for each month of the loan (even without making a payment?). Sounds weird to me. I have checked into the FedLoan Servicing account. Yes, no payment is due, but just in 3 weeks, $70 of interest has accurred. I asked Hannah about the $40 monthly payment that Derrick had quoted me, she said it is for their monthly processing and to keep me in the program. I feel completely taken by these individuals and their companies. I am a middle aged woman, going back to school and building education debt. However, I do not need the help of these companies to add to my student loan debt and the length of time to pay them off.

**Consumer's Desired Resolution:**

I want to be discharged from this contract with these companies. I would desire a partial, if not complete refund for their fraudulent services. On the phone with Derrick, he stated I would only pay less than $5000 of my student loan and the remaining balance would be forgiven. However, per Hannah in email, none of the monthly payments actually go towards the balance of the loan; it is all of their processing fees.

# Complaint Messages

### 11/26/2018 - Csmith@slaccountmgmt.com

Respond to Complaint

We completed ▮▮▮▮ request on November 20th and a check was sent out to her verified mailing address. If misty has any additional questions, she may contact our customer support line for assistance.

# SL Account Management

**Case #:** 13218303

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Erlanger, KY | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/20/2018 2:30:46 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I have contacted this company multiple of time. They misrepresented their company. The agent that that I spoke to said they were rated A+ with BBB and they are NR at all. I was lied to multiple of times. I have verbally filed a complaint with BBB and also my states attorney generals office. I have tired to contact this so called company multiple of times with no response. I have filed a security closure on my account. I did read multiple complaints on BBB website that are people dealing with the same situation. This company is not a company and I am embarrassed to admit that I got scammed please take a moment to read the complaints before you make the same mistake.

**Consumer's Desired Resolution:**

For this company to cancel any business that I have with them. They have not taken money from me yet and I have tried to call multiple of times to cancel so they will not take money from me with no response.  I was told it was able to be canceled at anytime and I tired the same day finding out the lies that were told to me and have not been contacted back since.

## Complaint Messages

**11/27/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have cancelled out ▮▮▮▮▮ account with our company. We apologize for any inconvenience we may have caused you. If you have any questions please do not hesitate to call.

**11/28/2018 -** ▮▮▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13218303, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved. If in fact this is a real business, please have guidelines and prevent agents from lying to your customers. That does not promote good business, nor customer service.

Regards, 

# SL Account Management

**Case #:** 13220552

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Tuscaloosa, AL | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 11/21/2018 4:24:02 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I agreed with this company to consolidate my student loans so that I would be able to go back to school and become eligible for federal funding again. They advised me that I would be eligible after 30 to 60 days as long as I made the monthly payments of $239.00 for five months then after the fifth month I would be paying 40 dollars a month. Well they had the money part right, but the school information was wrong. I went to apply for school and federal funding and was denied. I now have to pay for school out of pocket. When trying to contact them and the initial agent, they tell me that he doesn't work their anymore and that they would have to gather more information and get back with me. I've made three payments and would like to have my money back so that I can pay for my first semester.

**Consumer's Desired Resolution:**

I would like my money refunded back to me.

## Complaint Messages

**11/28/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We completed ▮▮▮▮▮▮ request November 22nd and funds should now be available. If there is anything else we can help you with, please do not hesitate to call.

# SL Account Management

**Case #:** 13227193

**Consumer Info:**  Chicago, IL

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 11/26/2018 4:04:09 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have attempted to contact my assigned representative several times regarding the paper work that was to be completed to lower my payment. The representative either does not return my call or email me incorrect information. I have had to handle the situation myself and would like to be refunded all the money have I spent with this company. I also called the customer service line and was on hold for over 30 minutes without anyone answering the phone. This company has misrepresented the service they said they could provide.

**Consumer's Desired Resolution:**

I would like a total refund of the funds spent as this company has misrepresented the services they provide

# Complaint Messages

**12/03/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We apologize for the inconvenience our company has caused you. We have completed your request, please let us now if we could be of further assistance.

# SL Account Management

**Case #:** 13234798

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Greenville, SC | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 11/29/2018 4:01:09 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I agreed to a student loan service which would forgive me of my student loans, saving me thousands of dollars. Upon signing up I paid $400, 2 payments of $199.17. After contacting them because they opened 4 different department of Ed/naivent accounts against my credit, which I did not knowingly agree too. Now they say I owe them $6 payments of $200 and then $40 a month. I would like to cancel this service and for them to un do everything they did because this is not what I agreed to.

**Consumer's Desired Resolution:**

I would like to cancel this service and for them to un do everything they did because this is not what I agreed to.

# Complaint Messages

**12/06/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We completed ▮▮▮▮▮ income based forgiveness program and completed all the necessary paper work September 20th. ▮▮▮▮▮ was confused with our enrollment fees and was not clear he had to make six enrollment payments. Although ▮▮▮▮▮ did not pay our fees in full, the work we did with his loans will remain and it will be up to him to maintain what we had set up.

**12/11/2018 -** ▮▮▮▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

I was sold student loan forgiveness. When I spoke with the "manager" he was quick to cancel my account after he argued that they did required 6 payments which I do not remember being told. He also told me my account had a 0 balance but my credit report says other wise... after accusing me of lying he proceed to cancel my account and hung up the phone. I have proof they opened 4 different accounts against my credit, lowering my single loan account but now I have 5 payments instead of 1. Which was not what I agreed to either.

I Have a furniture business and if I sold a piece of furniture and they paid me for delivery, then I do not deli ever the product but make them pick up a their product with a their vehicle I would refund them

their delivery fee because I did not hold up my end of the deal.

**12/19/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint
We were able to speak with ▆▆▆▆▆ in regards to his loans and helped sort things out with what was
showing up on his credit history. We are happy that we were able to come to a mutual resolution to his
complaint.

# SL Account Management

**Case #:** 13237656

| | |
|---|---|
| **Consumer**<br>**Info:** | <br>Laurens, SC |

**Business**
**Info:**

SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 11/30/2018 9:31:36 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**

I was told by SL Management that I qualified for the Public service forgiveness program, the first 5 payments of $239 and $10 for the remaining 10 years. I have received emails from Navient bc my account is behind. I called Navient and spoke with them about SL Management, they have never heard of the company. Informed me that I could fill the paperwork out for free. In return, I called SL Management, a representative told me that Navient wouldn't know about them because they are a third party. The representative told me that the person over my file would contact me, he did but gave me the same information and was suppose to call with update and has not. I'm requesting that the $717 that I have paid be given back to me so I can pay Navient before this scam destroys my credit score.

**Consumer's Desired Resolution:**

My account and all paperwork be destroyed and a refund of $717 of which I have paid this far.

# Complaint Messages

**12/07/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We called ▇▇▇ to speak to her in regards to her complaint. We would like to offer an adequate explanation of the services we provided. I'm sure once we are able to communicate we can resolve the problems she is currently having with our company.

**12/07/2018 - ▇▇▇▇▇▇**
I do not accept the response made by the business to resolve this complaint
No one has called me and if so they did not leave a message. When they needed information before, they left messages and sent emails. I just would my file to be shredded and $717 so I can pay Navient

**12/11/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We attempted to refund ▇▇▇ account. We were unable to refund the account electronically, since our account has now been blocked. Please forward your mailing address so we can send a full refund check.

**12/17/2018 -** ▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

What is the amount that will be sent?
Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13237656, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮

**01/21/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint
We spoke with ▮▮▮▮ and confirmed with her that the check was sent out today. She will wait 5 business days to receive the check and close out the complaint once the check arrives to her address.

**01/29/2019 -** ▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13237656, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮

# SL Account Management

**Case #:** 13255962

| | | | |
|---|---|---|---|
| **Consumer Info:** | North Hollywood, CA | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 12/10/2018 5:13:24 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I signed up with SLAM I thought this would be a legit company to work with for tackling student loan forgiveness. They claim that I would get 0 dollar payments but that was a lie...they want to charge you 40bucks a months regardless but I went forward anyway. My original rep Taylor was very professional, reachable and respectful and I liked the fact that I could get a refund if I had not made all 5 payments, thinking this was security. Yea...this was a nightmare. After signing up, they kept authorizing payments on wrong dates which made me crazy because every month I had to call and get it change and every month I would get some rude man rushing me off the phone swearing that they made notes telling me this would never happen again. But no, every month the same thing. Then, when they tried to take money on an unauthorized date, I was done and called requesting all notes on my account. Gerry condescendingly tells me that no one does not want to steal my money and that he would send over notes but would not acknowledge my questions about why they authorized payment on wrong date. He just kept saying my payment didn't go through...duh! They tried to take it on wrong date, as they had for months. Then he sends me an email listing payments which clearly shows there mistake and asks me to pay that day. I, for the 4th time ask him to send notes that reps say they wrote on the account and ask him to address their mistake....but nothing. I then follow up via email (because I can't trust anything they say at this point) and nothing. I am so done with this company then , come to find out, I am one of MANY who have had this issue. I want a full refund so I can just deal with DOE on my own.

**Consumer's Desired Resolution:**

I want a full refund based on the contract and verbal via Taylor Welch.

# Complaint Messages

**12/17/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▮▮▮▮ request. Her account has been cancelled and a refund was issued. If there are any additional questions, please do not hesitate to call.

# SL Account Management

**Case #:** 13261586

**Consumer Info:** 
Buda, TX

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 12/12/2018 3:11:34 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**
I signed up with SL Account Management to make five monthly payments of $200 and then a lowered monthly payment of $40 dollars per month in order to sign up for what the agent I talked to on the phone called their "student loan forgiveness" program. I made the five payments and have been paying $40 dollars per month for 4 months as of December 2018. They recently called me to renew my application for the forgiveness program and I decided to finally research the company. I found multiple instances of people being told the same, but that you have to meet specific requirements in order to qualify for student loan forgiveness that I definitely do not meet. I looked at my student loan account through my creditor and found that I was put on an income driven repayment plan by SL Account Management, nothing more. I feel that I was mislead by the company and signed up to receive a service that was falsely advertised, only to receive a completely different service.

**Consumer's Desired Resolution:**
I would like a full refund of the $200 dollars I payed every month for the five months as well as for the $40 dollars I payed for 4 months, for a total of $1160 since I did not receive the services I thought I had been paying for.

## Complaint Messages

**12/19/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We called ▇▇ and left her a message letting her know that we would like to resolve her complaint. We want to explain to ▇▇ that we placed her loans into a income driven repayment plan, that is also a forgiveness program, once ▇▇ terms are completed.

# SL Account Management

**Case #:** 13264747

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Seattle, WA | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br><br>http://www.slaccountmgmt.com |

**Date Filed:** 12/13/2018 6:56:00 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

1 year ago, a company by the name of SL Account MGMT called and said I may be approved for student loan forgiveness program. They asked me about my information regarding who I took student loans out with while reassuring me that I was safe to tell them because they were apart of the Federal Student program. I assumed that was true! Not the first time, but a few weeks later they called and I did give them my information. It's been a year-I know I must have given them enough information to see what I owed because they knew exactly the remaining balance of loans I owed at the time ($9,123). They gave me some numbers to work with, I spoke on the phone with them for about 7-9 minutes. In December 2017 they said if I can pay $349 a month my loans would be cut in half, and then I'd have a small payment of $15 a month until my loans disappeared. At the time I could not do it, so I hung up. Months later in August 2018, I had a little more wiggle room to take on the payments if it meant cutting my debt in half. Again I got another similar speech, the guy talked rather fast and in a hurry so I didn't understand what he meant. This time the amount came to $199-I thought "oh that's even better!" And the person on the phone was so charming, I was tricked into thinking I could trust them. I initialed on online paperwork stating my payments and that I would be responsible to this company until 2038.. 2 months into my payments, with SL Account MGMT, I see that my loans have not been removed from my student loan providers. When I looked over the emails, the emails say it takes 3 weeks for my new account to be set up. But never saying where and I thought it would be set up with SL Account MGMT! 3 weeks go by and make a 3rd payment. My loans are deducted from my previous account, however the new website I have been set up with belongs to Navient. Which I never heard of before until a representative tells me about them Navient. (Not the "trusted" rep I spoke with). These two companies may work together. SL owes me.

**Consumer's Desired Resolution:**

A check with $597 and my name on it. Along with business shutdown for committing fraud. And a reversal of my student loans to my precious loan providers.

# Complaint Messages

**12/23/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ███████ and apologized for the miscommunication that had occurred. We have completed her request and have sent out a check to her verified mailing address. If ███████ has any

questions, she ~~may feel free to call us du~~ring office hours.

# SL Account Management

**Case #:** 13276329

| | | | |
|---|---|---|---|
| **Consumer Info:** | ████████ San Diego, CA ████ ████████ | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 12/19/2018 5:28:26 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

Iv been paying this company for my student loan forgiveness and I see that my credit has lowered. I don't understand why and on top of that my student loan has gone up why? I have been paying on time every month why is my student loan going up?

**Consumer's Desired Resolution:**

This company has not been paying my student loan then I would like my money back! Iv paid 1300 on this loan and its not lowering my loan its going up every month

# Complaint Messages

**12/24/2018 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ████████ in regards to her complaint and provided her with an explanation as to why interest was accumulating on her account. We are glad we were able to offer her an explanation as to why this was occurring. If there are any other questions that need to be answered, please give us a call during office hours.

# SL Account Management

**Case #:** 13287225

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Laurens, SC | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 12/26/2018 7:49:29 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

I have made a few payments to the business to take over my student loans and since then I have noticed on my student loan account with Navient that they have been applying for forbesrances on my half and not asking me. I feel like the program has been a scam because I have to pay $199+ per month for 6 months for them to take my account. I feel like the company is also fraud because they have changed my account login with Navient to an email address that I don't own. I noticed this when trying to login. When I called Navient tonight I was advised that they have been receiving a lot of calls from customers with similar issues from this company or different companies. Also I was advised by Navient that I'm currently in forbearance on one of my loans. I previously had an payment plan with Navient where I was paying my loans under a repayment plan. Due to their activity I had to report to them that my account was fraud and changed my bank info. I am no longer making payments to the company but due wish for them to send me a refund in the amount of payments I have made.

**Consumer's Desired Resolution:**

A full refund.

## Complaint Messages

**12/31/2018 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to ▮▮▮▮▮ and left a message letting them know that we are trying to resolve a complaint filed. We will wait to proceed until we are able to communicate.

**01/04/2019 -** ▮▮▮▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

Christian from the company called me on Monday and left a voicemail message. I have not returned the call because I'm too afraid to speak with the company because what has occurred. On yesterday Jacob called and left me a message saying they are still processing things on my behalf. This is unacceptable to me and I have notified my student loan services regarding the activity. Why do they feel like they can continue to do this. I do not want to continue doing any business with them because of their activities and I am requesting a full refund.

**01/11/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint ████████████████

We apologize for the problems you have been experiencing with our company. We were not able to
issue a refund electronically, so a check has been sent to the address you had left with the BBB. Please
contact the BBB if you do not receive your check within 5-7 business days. Thank you for your patience.

████████

# SL Account Management

**Case #:** 13293373

| | | | |
|---|---|---|---|
| **Consumer Info:** |  North Canton, OH | **Business Info:** | SL Account Management 8 Whatney Ste 100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 12/30/2018 9:10:29 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

SL Account Management was charging me money for my student loans when the process was supposed to be free using Nelnet (where my loans are actually with). This company had false information on my account where my address was located in California, I wasn't married, I had a child and my monthly payment didn't effect my husband's income. They had my email address wrong as well. I have paid $199.17 since October 19th and I want them to refund my money since I wasn't supposed to be charged anything.

**Consumer's Desired Resolution:**

I would like my money back that they charged me. I had to get a new debit card so they would quit withdrawing from my account.

## Complaint Messages

**01/06/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have completed ▬▬▬▬ request. Please call if you have any questions.

**01/06/2019 -** ▬▬▬▬▬▬▬▬

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13293373, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▬▬▬▬▬▬▬

# SL Account Management

**Case #:** 13303331

**Consumer
Info:**


Douglas, GA

**Business
Info:**

SL Account Management
8 Whatney Ste 100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 1/4/2019 12:58:48 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have recently been notified by my loan servicing company FedLoan that the services provided by this company are a major scam and they are charging thousands of people to submit paperwork that can be done for free through them or many other companies that are associated with the Dept of Ed. I have attempted to call the last person that emailed me setting up my account and have also emailed them with no response. They can't seem to be able to answer the phone apparently.

**Consumer's Desired Resolution:**

I would like a refund of the $956 I've paid in this far and a cancellation of my account. Due to fraudulence and miss information.

# Complaint Messages

**01/11/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We apologize for the problems you have been experiencing with our company. We were not able to issue a refund electronically, so a check has been sent to the address you had left with the BBB. Please contact us if you do not receive your check within 5-7 business days. Thank you for your patience.

# SL Account Management

**Case #:** 13315848

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Clarksdale, MS | **Business Info:** | SL Account Management<br>8 Whatney Ste 100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 1/10/2019 12:31:07 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I paid SL ACCOUNT MANAGEMENT AROUND 1200+ dollars over a course of 6 months for a service i was not satisfied with. I was offered a total refund on dec 18th of 2018. I have spoken with them several times and have been assured everything was fine? but have yet to receive my refund. I called today and spoke with a lady who didnt give me her name, then i was rushed off the phone in the middle of a sentence and hang up on. She stated she would see whats going on, before i was able to ask if i would be contacted back or if she was just going to request a new check, she hung up.

**Consumer's Desired Resolution:**

I would like a full refund and a over night check sent to my home, seeing as ive been calling and being patient for about 3 weeks now with no results. Most days they wont answer my call unless i leave a voicemail. They recognize my phone number when i call which which results in not getting anyone often.

# Complaint Messages

**01/18/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We spoke with ▮▮▮▮ and cancelled out his account with a full refund. We apologize for any inconvenience we may have caused you. Please let us know if there are any additional questions you may want answered.

# SL Account Management

**Case #:** 13318388



| | |
|---|---|
| **Consumer Info:** | |
| | Hayward, CA |

**Business Info:**  SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 1/11/2019 2:07:52 PM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
So they said they would help me consolidate my loans and they convinced me to leave a prior service I was getting because they made themselves seem like the better choice. Now they are taking auto payments out of my bank account and I'm also getting letters in the mail from the FedLoan servicing which I know is a legit business but I'm confused on why I'm having to bills and I call SL ACCOUNT MANAGEMENT to ask for some clarity but they take forever to get back to you. I called them yesterday 1/10/19 they said someone would call back but didn't and Ive called them several times today 1/11/19 and now they won't answer at all please help me I don't want to be getting scammed and robbed for my money. Help me figure out if they are real or fake and if possible a way to get possible refunds or something. I want out of there service if they are going to be acting this way.
**Consumer's Desired Resolution:**
Refund of my money for bad service, to be out of there service don't want there help anymore and an answer if they are fraud or not.

# Complaint Messages

**01/18/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We were able to connect with ▇ and get down to the bottom of where his problems had first originated. We apologize for the lack of communication on our end, we promise that it will not happen again moving forward. We are happy that we were able to assist you with resolving your complaint and were able to keep you on board as a client. Please do not hesitate to contact the complaint manager you had spoken with to resolve your concerns, if you have any additional questions.

**01/18/2019 -** ▇
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13318388, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13326605

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Arvada, CO | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 1/15/2019 8:35:15 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I thought I had made the right decision by consolidating my loan with SL account management, at first I felt Like I could finally get ahead and pay off my loan. Come to fine out they have actually nothing to do with my loan holder and are a third party scam, now I'm just further in debt then I was before! Robert Holland was who processed and set the whole thing, He lied to me the entire length of our conversation telling me that I would have a lower balance on my loan once the installments of 199.00 were paid each month for 6 months. After that I was to have a $20 payment a month for 20 yrs. He said I could call back and talk to him anytime I had questions. The next time I called the same number back I got Sam Callazo, he proceeded to tell me everything was were it needed to be and my loan was in good standings. Now after trying numerous times to get a hold of either gentlemen I spoke with in the beginning I get nothing, when you call the number I was given to reach them it just plays music. Thinking something was off I called the original 1800-433-3243 number to ask about them and my account, well the lady simply said they are information only and that they do not accept payments of any kind. well then I wanna know where did my money go and what did I pay for? My bank statement clearly says SL account management withdrew the funds every month. After looking further into what I thought was a good choice I found that my loan in fact is with Fed loan servicing and that they have not received any form of payment from me or any third party on my account, also that my account had accumulated a fair amount of interest. This has been a very confusing and stressful process for me to go through only to find out that I'm back were I started and worse in debt. They not only had nothing to do with my loan but they victimized me as I thought they were helping but were only there to take my money!

**Consumer's Desired Resolution:**

They absolutely need to refund me in a timely manner so I can pay one my loan!

## Complaint Messages

**01/23/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to ▮▮▮ in regards to her concerns and would like to resolve her issues with our company. If Nicole is not happy with our services, we will provide her with a full refund. Please give us a call when it is convenient for you and we will take care of this matter.

**01/23/2019 -** ▮▮▮▮▮▮▮

I accept the bu███████████████ve this complaint

Better Business Bureau:

How am I supposed to get a hold of anyone at a number that doesn't send you anywhere, I'd be happy to have a full refund. What number can I get ahold of someone at? Also how would they refund me? I'm not giving them any more personal information, thanks

I have reviewed the response made by the business in reference to complaint ID 13326605, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13341808

**Consumer Info:** 
White Lake, MI

**Business Info:** SL Account Management
8 Whatney #100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 1/23/2019 12:30:36 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

SL Account Management contacted me and stated that they would help me save money on my student loans. They stated that when all was said and done, they would be saving me over $20,000. They stated that I needed to pay 5 payments of $239, which would not go towards my student loans but would pay for the services they provide. They stated that after those 5 payments, I would pay $40 a month towards my student loans. I have made all 5 payments of $239 and 1 payment of $40. SL Account Management created an account for me at Fed Loan Servicing. Recently my debit card changed so I contacted Fed Loan Servicing and inquired why my payment history was not showing. The individual I spoke to explained that I did not owe any money and the money I had been paying did not go towards my student loans at all. Fed Loan Servicing is a free service, and SL Account Mgmt was charging me money. Therefore, I feel that I have been scammed $1,235 dollars. They set up my account at Fed Loan Servicing and told me to never change my password, and I believe this is to gain access to my payment information.

**Consumer's Desired Resolution:**

I would like a refund of $1,235. SL Account Management charged me money by giving me the impression that the money I was sending them was going towards helping pay off my student loans. And although they did state that the five payments of $239 would not go towards my student loans, but would pay for the services they provide, I feel that this is fraud because these services are already free.

# Complaint Messages

**01/30/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We like the opportunity to discuss ████ account with our company before proceeding with cancelling her account. Please give us a call back at your earliest convenience.

# SL Account Management

**Case #:** 13341969

**Consumer Info:**  Phoenix, AZ

**Business Info:** SL Account Management
8 Whatney Ste 100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 1/23/2019 1:19:40 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**

I was originally contacted by Premier Student Loans for loan forgiveness and debt consolidation. They have apparently sold my loan to SL Account Services (although it is still Premier who is pulling $30/month from my bank account). I have been paying them to handle my student loans and they have verbally told me not to make any payments to FedLoan Servicing or Great Lakes. I just had to make a $98 payment to FedLoan Servicing to keep my account from going delinquent and getting kicked out of my Master's degree program. The next day, Premier took $30 from my account. I can't get any documentation from SL or Premier as they no longer answer my requests and I was told that my account still has a balance of $65,000, all but $8,000 of which was supposed to be forgiven according to Premier when I started this process. I paid them $250/month for 4 months and I'm not sure how many payments of $30/month since then. I just want to cancel any contract they think I have with them and get my money back so I can ACTUALLY apply it to my student loans instead of wasting it on Premier/SL Account Managment.

**Consumer's Desired Resolution:**

Cancel any "account" and refund all money they have taken OR they can cancel any "account" and make the payment of everything I've given them to FedLoan Servicing. Either way this money was intended to pay off a debt that they have made no payment on.

# Complaint Messages

**01/31/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We appreciate you expressing your concerns about the initial company you had signed up with. We are the company that handles their clients processing and customer support. We apologize if it may seem like we are the same company. We are happy you were able to get the answers you wanted for clarity. Please let us know if there is anything we can do for you.

# SL Account Management

**Case #:** 13343268

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lithonia, GA | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 1/23/2019 9:10:15 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**

I contacted Student Loan Counsel because they advertised that they could help lower my monthly repayment amount. I was asked to pay $200 upfront to enrolled, which would go to my loans. Then my newly calculated loan repayment amount would be $39. I had no idea this was a "service fee". Instead, i was led to believe this was going directly to my student loan balance. I have been with them for 1 year and not 1 dime has been credited towards my student loans. They did not tell me they only filed your repayment paper work for you. I had already done that with Fed Loans and got a repayment amount. Student Loan Counsel only told me that they could reduce my repayment to $39 and I would have to renew every year.

**Consumer's Desired Resolution:**

I want all my money back.

## Complaint Messages

**01/30/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We were able to communicate with ███ and resolved her concerns with our company. We are happy we were able to assist her and keep her on board as a client.

**02/02/2019 - ███**
I do not accept the response made by the business to resolve this complaint
The Response makes no sense. What have they done to resolve my issue?

**02/13/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We apologize for the confusion. We looked at your account and it looked as if your account was already cancelled with a refund. We will reach out to you again shortly, to possibly issue you a refund in full. Thank you for your patience.

**02/20/2019 - ███**
I do not accept the response made by the business to resolve this complaint

███████████████

NO ONE HAS CONTACTED ME. THEY STOLE MY MONEY.

**07/15/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

Hello,

We issued this client a full refund towards the end of February. Here are screen shots of the refunds we processed. Please post our response to this complaint. Complaint ID: 13343268.

"We issued ████████ a full refund and provided the BBB with the supporting documents. We apologize for the inconvenience. Please let us know if you have any additional concerns."

Best,
Chris

# SL Account Management

**Case #:** 13371974

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Woodstock, GA | **Business Info:** | SL Account Management 8 Whatney #100 #8 Irvine, CA 92618 (949) 202-1404 |

**Date Filed:** 2/7/2019 4:49:03 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I was contacted in June, 2018 to have a student loan deferred. It would cost a one time fee and they would review it each year. I'm now getting calls from the original student loan service. I've tried to contact the individual that set up the deferment, Casey Kulek. I have tried via email and via phone. I've tried in October, November, December, January, and February. I left voice mails. Now when I call, it hangs up. I have received no response from Casey. When I call the number on their website, it does the same. I did leave a message on the number on this BBB site and left a message.

**Consumer's Desired Resolution:**

I would like to have all of my funds refunded for lack of service.

## Complaint Messages

**02/14/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We reached out to ▆▆▆▆ and left a voicemail to give us a call back. We would like to go over her account and explain what our company has done with her loans.

# SL Account Management

**Case #:** 13386749

| | | |
|---|---|---|
| **Consumer Info:** | ▇▇▇▇▇ Lisle, NY ▇▇▇ | **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 2/15/2019 11:24:36 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

This company said that my student loans would be forgiven if I made payments to them which I did. My loans were not being take care of by this company and the treasury department took my federal return to cover a few payments which according to this company should have been $0 but in turn I lost over $3,700 of my tax return and $1,200 of my personal money to this company

**Consumer's Desired Resolution:**

Refund of all the money this company has cost me not just my personal but also my tax return which they said would be safe from garnishment

## Complaint Messages

**02/22/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▇▇ in regards to his complaint and we have yet to hear back. Please give us a call back at your earliest convenience.

**02/23/2019 -** ▇▇▇▇▇▇▇▇

I do not accept the response made by the business to resolve this complaint

I really don't have anything to say to the company

**03/01/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

To have a better understanding of your current situation, it would be best if we could speak to you directly. We placed your loans in an income based forgiveness program before the end of 2018. If you were garnished your tax return, it wouldn't be due to your federal students loans. Your federal student loans are current and not in a defaulted status. We currently have $597.51 of your funds, you made 3 payments of $199.17. I can return those funds to your account or issue a check. Please let us know how you would like to move forward.

**03/09/2019 -** ▇▇▇▇▇▇▇

I accept the business's response to resolve this complaint

███████████

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13386749, and find
that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if
it does, will consider this complaint resolved. I am ok with them returning the money that I gave them.

Regards,

████████

████

# SL Account Management

**Case #:** 13395827

**Consumer
Info:**


Winchendon, MA

**Business
Info:**

SL Account Management
8 Whatney Ste 100 #8
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 2/20/2019 12:48:27 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

Ive been paying SL account managment for over a year now for what was supposed to go toward my
federal student loan balance after paying them 6 installments which total $995 to send in forms to the
federal loan center. I have not been able to contact them about the monthly withdrawl of $30 every
month which is supposed to go toward the federal loan i have. I checked fed loan servicing and thr
balnce has not change and interest has accumulated due to the fact no payments have been made. I
would like to get a refund of the monthly payment i have paid to them over the course of a year plus.
**Consumer's Desired Resolution:**
I would like to have a refund of the 30 dollar a month payment i have been making toward
my loan through them which has not been applied to my loan.

# Complaint Messages

**02/27/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint
We were able to connect with ▮▮ and had the opportunity to go over what we had done with his loans.
We explained to ▮▮ that we had placed his loans in an income based forgiveness program, where his
income was low enough to qualify for whats called a $0 payment. Sometimes this does look like we may
have just placed your loans into a forbearance, but if you check your servicer website, it will reflect an
income based program. We are happy that we were able to come to a resolution and that you will be
continuing our companies services. Please do not hesitate to reach out if you have any more questions.

# SL Account Management

**Case #:** 13432388

| **Consumer Info:** | | **Business Info:** | SL Account Management |
|---|---|---|---|
| | Nashville, TN | | 8 Whatney Ste 100 #8 |
| | | | Irvine, CA 92618 |
| | | | (949) 202-1404 |

**Date Filed:** 3/8/2019 5:24:48 PM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**

SL management contacted me saying the could get forgiveness for my student loan account. I signed up and submitted all necessary documentation. I payed an amount of $199.17 for 5 months and would then pay $20 a month for 20 years. I was told i qualified for partial forgiven, which we cut my loan in half. I recently found out my credit score dropped due to my loan being in forbearance, which i was not aware of. I called SL management to figure out what was going on with my account. I was told everything was fine and owed one more payment of 119.17 (which was not agreed) and they put my loan in forbearance, because they didn't want double payments to happen. I was already in income based repayment so it was not necessary to forebear it. I asked for a refund because of the things i didn't agree to or unaware. They transfer me to someone who said they might give me a refund, but hung up up before i could ask any questions. I called backed and was given a number that is not worked. I called again and was given unhelpful information. I just want all my money back.

**Consumer's Desired Resolution:**

## Complaint Messages

**03/15/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We reached out to ▮▮▮▮ to resolve her complaint. We have left her a voicemail to give us a call back. Please contact us at your earliest convenience.

**03/19/2019 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13432388, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

[redacted]

[redacted]

# SL Account Management

**Case #:** 13438737



| | |
|---|---|
| **Consumer Info:** | Cincinnati, OH |
| **Business Info:** | SL Account Management<br>8 Whatney #100 #8<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 3/12/2019 3:42:22 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

This company has scammed me. They told me there would be a service charge to process my school loan documents in order to qualify for a repayment program. These programs are valid according to student aid.ed.gov website. Although what is not true is charging fees in order to process the application and submit documents. I have paid them $1195 ($199.17 for 5 months and $199.15 for 1 month) and am now currently paying them $20 a month until Oct 2019. They have my credit card on file and are automatically billing my card. I would like all of my money back, it's a scam and the student loan governmental websites will state there are no fees for this service.

**Consumer's Desired Resolution:**

I would like all of my money back, it's a scam and the student loan governmental websites will state there are no fees for this service. I would also like this company reported to the federal government as they are misleading millions of students across the country.

## Complaint Messages

**03/21/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮ to resolve her complaint against our company. We left her a message to return our call. Once we are able to communicate, we will update the BBB with our resolution.

# SL Account Management

**Case #:** 13474265

**Consumer Info:**


Madison, WI

**Business Info:**

SL Account Management
8 Whatney Ste 1008
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 3/29/2019 10:38:55 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

SL Account Management falsely misled me into believing that they were affiliated with the U.S. government and that is was required that I should sign up for student loan forgiveness. They made me sign documents, including a Power of Attorney document, and asked for my credit card information prior to telling me that they did not work with the U.S. government. They coerced me into signing their documents under the false pretense that they were working on behalf of the U.S. government.

**Consumer's Desired Resolution:**

I would like to have the papers I signed with SL Account Management revoked, specifically the Power of Attorney document. I'd also like to be removed from their contact list and my information not stored in their company records nor given to their affiliates.

## Complaint Messages

**04/05/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We cancelled ▮▮▮▮▮ account April 3rd and have revoked all contracts. We also erased all information in regards to ▮▮▮▮ from our database.

**04/08/2019 - ▮▮▮▮▮▮▮▮▮**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13474265, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮

# SL Account Management

**Case #:** 13502374

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Reading, PA | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 4/14/2019 2:50:27 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Student Loan Account Management claims to be a forgiveness program but really only files paperwork and charges a fee for the paperwork that I could have done myself.

**Consumer's Desired Resolution:**

I want a full refund on all monthly payments to this company

# Complaint Messages

**04/25/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮▮▮ April 17th and left her a voicemail to return our call. Please call us at your earliest convenience.

**04/25/2019 -** ▮▮▮▮▮▮▮▮

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13502374, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮

# SL Account Management

**Case #:** 13546012

| | | | |
|---|---|---|---|
| **Consumer Info:** | Camarillo, CA | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 5/7/2019 6:47:15 PM

**Nature of the Complaint:** Guarantee Or Warranty Issues
**Consumer's Original Complaint:**

I was cold called by this company regarding my student loans. The person that I spoke to on the phone was friendly and said they could save me thousands of dollars by cutting my student loan repayment by half. All this company did was take $199.15 a month for 6 months and set up my student loans with a new company charging me an interest rate of 4.25%. I'm very upset, this did nothing for me and what was promised was not fulfilled. I need someone to reach out to me and give me a credit. I have wasted $1,194.90 on literally nothing.

**Consumer's Desired Resolution:**

Didn't delivery on what they promised and I would like my money back on a service they did not perform.

# Complaint Messages

**05/20/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We followed up with ▮▮▮▮ and got down to the bottom of the issues she's been currently having with our company. We apologize for the inconvenience we have caused you. Your account has been closed and your requests have been completed. Please feel free to reach out to us if you have any additional concerns.

# SL Account Management

**Case #:** 13551010

| **Consumer Info:** |  Spanish Fork, UT | **Business Info:** | SL Account Management 8 Whatney Ste 1008 Irvine, CA 92618 (949) 202-1404 |
|---|---|---|---|

**Date Filed:** 5/9/2019 10:38:52 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I had sl account managment contact me about my student loans in june of 2018 telling me they could do a forgivness program for me and thatit would only cost 6 payment of 199.00 and then every year the only thing i would have to do was give them a copy of my w2 for the next 20 years and after that my loans would be forgiven so i started making the 199 payments after the 6 month my payments were up so i though the verbal agreement that i was told was 1200 for there services and that was it untill i started noticing 2 transaction on my bank account on for 30 a month the other for 50 a mpnth my student loan payment was 14 a month i was paying 50 just to pay more principle both of the transactions on my bank said student loan i didnt notice for about 6 months because they were at different time in the month and i wasnt really paying much attention untill they both cleared on the same day so i called them to see what this 30 dollars was that i had been paying for the last 6 months and they tell me that its the prossesing fee for doing the forgiveness program and i tell them i was never told about it and they tell me well you sogned the contract and that i was to pay 30 a montb for 340 months and i know for a fact i was never told that when i sogned up for the services cause if i would of been told that i would of never agreed to them doing the forgiveness program im no math wizz but i can figure out 30 a month for 340 month is not no pocket change and all they keep saying is you signed the contract and on page this it states that on a 150 page contract my fault for not reading the contract but before i ever started signing things i asked what my total cost would be for there services and it was 6 pqyments of 299 and w2 for the next 20 years i just want other people to be aware of this and when i tried cancelling they told me i couldnt and that if i stopped paying them my student loans would go back to being 340 a month and thats a lie

**Consumer's Desired Resolution:**

Get my mpney back

## Complaint Messages

**05/17/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We were able to connect with [redacted] and go over his concerns about our companies re-certification fees. [redacted] was not aware we had this fee and requested that these fees be returned to him. We have refunded the re-certification payments he made to us and his account is now closed. If [redacted] ever needs assistance in the future, he may contact us at his convenience.

# SL Account Management

**Case #:** 13574933



| | |
|---|---|
| **Consumer Info:** | **Business Info:** SL Account Management |
| Chester, VA | 8 Whatney Ste 1008 |
| | Irvine, CA 92618 |
| | (949) 202-1404 |

**Date Filed:** 5/22/2019 8:11:07 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I contacted SL Account Management in regards to a loan forgiveness program. I was informed that I would have to pay $199.17 for six months which would go towards loan repayments then my payments would significantly decrease for the remaining payments. So far, 6 months has passed and a different company by the name of fedloan is now working my loan. None of the payments went towards my student loans as promised. A total of $995.85 has been withdrawn from my account and I want my money back. I still haven't received all my paperwork that was signed and at this point I feel like this company is a scam. I am a active duty service member and don't appreciate those who prey on individuals that are trying to simply pay back a debt. On top of it all, this company has my personal information which frustrates me even more. After reading previous complaints, I feel taken advantage of and this issue needs to be resolved.

**Consumer's Desired Resolution:**

I need a refund total of $995.85 which was withdrawn from my account due to failed obligations and poor customer service from this company.

# Complaint Messages

**06/06/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We called and left you a voicemail with a contact number to call, so you can have your complaint resolved. Please reach out to us at your earliest convenience.

**06/08/2019 -**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13574933, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# SL Account Management

**Case #:** 13628766

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Iva, SC | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 6/18/2019 11:55:51 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I would like them to cancel my account with them. If I would have read this from the start I would have never given them my information. I do not want to use them to help with my student loans.

**Consumer's Desired Resolution:**

Cancel my account remove my information from their records and dont contact me again!

# Complaint Messages

**07/15/2019 - Business**

Respond to Complaint

Hello,

Please post our response to this complaint ID-13628766. It was closed as unanswered.

"We closed out this clients account and were not able to move forward with processing. The account has been completely closed and the information on file has been deleted from our database. Please feel free to contact us if you have any questions"

Best,
Chris

# SL Account Management

**Case #:** 13638600

| | | | |
|---|---|---|---|
| **Consumer Info:** | Pompano Beach, FL | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(949) 202-1404 |

**Date Filed:** 6/24/2019 10:17:34 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I was told this company would handle the repayment of my loans. They have not paid a cent to my loans and now it has been reported on my credit report. I have been paying this company since August 2018. I have an email showing that my monthly payments to my loan handler would be $0 per month.

**Consumer's Desired Resolution:**

I want every cent I paid to this company back. I am more than capable of filing the paperwork for an income based repayment plan on my own as I have done that previously. I will pay NelNet on my own.

# Complaint Messages

**07/29/2019 - Business**
Respond to Complaint
Hello,

Please input this response on Complaint ID: 13638600. This complaint was closed as unanswered. I apologize for the inconvenience.

"We were able to resolve ▮▮▮▮▮▮ complaint by completing her request. We sent what she was requesting to the address that is also listed on her BBB complaint. Please let us know if we can be of further assistance."

Best,
Chris

# SL Account Management

**Case #:** 13656496

**Consumer
Info:**



Dallas, TX

**Business
Info:**

SL Account Management
8 Whatney Ste 1008
Irvine, CA 92618
(949) 202-1404

**Date Filed:** 7/2/2019 6:13:26 PM

**Nature of the Complaint:** Refund / Exchange Issues
**Consumer's Original Complaint:**
I would like for my application to be deleted and all my information removed from their system. I don't
think I Need to go into detail they have several complaints and they are all the same. I'm not about to
have them lie to me and contact my student loan company and have my loans halted while taking my
money. I believe this is whats happening to people. They are telling lies saying they are paying off your
loans , but in reality telling ur loan company to put your loans on forbearance, while taking payment
plan money! I would like a response letting me know you have canceled my application and will not
proceed to try and take funds from me and you will not contact my student loan company! Thanks in
advance !

**Consumer's Desired Resolution:**
I would like for my application to be deleted and all my information removed from their
system. I don't think I Need to go into detail they have several complaints and they are all
the same. I'm not about to have them lie to me and contact my student loan company and
have my loans halted while taking my money. I believe this is whats happening to people.
They are telling lies saying they are paying off your loans , but in reality telling ur loan
company to put your loans on forbearance, while taking payment plan money! I would like a
response letting me know you have canceled my application and will not proceed to try and
take funds from me and you will not contact my student loan company! Thanks in advance !

# Complaint Messages

**07/09/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint
      account was cancelled July 5th and her entire account has been deleted from our database.
Please let us know if we can be of further assistance.

**07/09/2019 -**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13656496, and find