ORIGINAL

1  SARAH PREIS (D.C. Bar No. 997387)
2  (*Pro Hac Vice Application pending*)
   sarah.preis@cfpb.gov
3  JESSE STEWART (N.Y. Bar No. 5145495)
4  (*Pro Hac Vice Application pending*)
   jesse.stewart@cfpb.gov
5  1700 G Street, NW
6  Washington, DC 20552
   Tel.: (202) 435-9318
7  Fax: (202) 435-5471

8
   LEANNE E. HARTMANN (CA Bar No. 264787) — Local Counsel
9  leanne.hartmann@cfpb.gov
10 301 Howard Street, Suite 1200
   San Francisco, CA 94105
11 Tel.: (415) 844-9787
12 Fax: (415) 844-9788

13 *Attorneys for Plaintiff*
14 *Bureau of Consumer Financial Protection*

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
                     SOUTHERN DIVISION
17

18
   Bureau of Consumer Financial            CASE NO. **8:19-cv-01998 JVS (JDEx)**
19 Protection, et al.
                                           **PLAINTIFF'S EXHIBITS IN**
20      Plaintiffs,                        **SUPPORT OF PLAINTIFF'S**
                                           ***EX PARTE* APPLICATION**
21                                         **FOR TEMPORARY**
        v.                                 **RESTRAINING ORDER WITH**
22                                         **ASSET FREEZE AND OTHER**
   Consumer Advocacy Center Inc., d/b/a    **EQUITABLE RELIEF AND**
23 Premier Student Loan Center,            **ORDER TO SHOW CAUSE**
                                           **WHY PRELIMINARY**
24      Defendants.                        **INJUNCTION SHOULD NOT**
                                           **ISSUE**
25
26                                         **VOL. VI OF VII (EXS. 50-5-57)**
27
                                           **[FILED UNDER TEMPORARY**
28                                         **SEAL]**



# Exhibit

that this resolution would be satisfactory to me.

Regards,

# SL Account Management

**Case #:** 13677479

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Minneapolis, MN | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(855) 757-7727 |

**Date Filed:** 7/13/2019 9:41:13 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I saw the add on a social media site. I called the number the guy I talked to was very nice and convincing that it was a legitimate company that would help me lower my student loan month to month payments along with cutting back my re payment in half. He told me this was a legal thing and he was convincing that he could help me. I provided all of my information signed the documents provided two paystubs as requested. I started getting calls from a girl her name is Emily, I tried asking her several times for my client Id to make she it was legitimate and she was more concerned about getting my two paystubs. She also told me the guy I spoke with first is no longer with the company. So I am now doing my research I've called, emailed and left several messages no return responses. I just want my money back, I don't want this company to take out anymore money from my account which they won't with the help of my bank but this is wrong what they are doing. Student loans are crippling and I am vulnerable to anything that will help. This is a complete scam I will be warning people from this company rather than referring m. I just want my money back and nothing more to do with this company. Pleas help me.

**Consumer's Desired Resolution:**

I just want my money back. I've learned a lesson here and will be doing my research before I do anything like this again.

## Complaint Messages

**07/19/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We were able to communicate with ▇▇▇ and resolved her complaint to her satisfaction. Please let us know if we can be of further assistance.

# SL Account Management

**Case #:** 13685226

**Consumer Info:**



Hendersonville, NC

**Business Info:**

SL Account Management
8 Whatney Ste 1008
Irvine, CA 92618
(855) 757-7727

**Date Filed:** 7/17/2019 3:31:54 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I spoke with someone named Greg and someone named Turner Justice to help with student loan repayment last November. I went through the process of setting up an account with him over the phone. When going through the contract portion of the process, I saw multiple things claiming that this company is part of the BBB with an A+ rating. I even mentioned this to Greg and he assured me that this company is legitimate and had my best interests in mind. Upon speaking with the department of education and the correct third party company that should be handling my payment I found out that SL Account Management is NOT BBB accredited and unlike myfedloan.org they charge a service fee to "enroll in their program". I have paid $1,200 in just fees to enroll in the program, on top of $40 a month since February. This was only brought to my attention after I tried to call SL Account Management to reschedule the monthly payment since I had a medical emergency come up suddenly and had to pay out of pocket this week and I am left with no money. While on the phone with Greg, I had issues getting an answer out of him when I had questions regarding stipulations I was signing electronically. He proceeded to try and conduct small talk with me and even said something to the effect of "most of these stipulations are just red-tape, you can just go through an initial them they all basically say the same thing". I have found out that this company seems to be nothing but a scam that prays on people who are trying to establish their lives after college. They lied to me about their accreditation with BBB not only on the phone, their website but also in the contract that I signed electronically. I am willing to file a complaint with the Federal Trade Commission in order to resolve this issue.

**Consumer's Desired Resolution:**

A refund from SL Account Management so that I can transfer the funds directly to the company that is actually supposed to deal with my student loan payment, AND to halt all interaction with a company falsely claiming to be BBB accredited.

# Complaint Messages

**07/30/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We communicated with ▇▇▇ and tried to explain to him the services that we provided. We never claimed to be an accredited business with the BBB and if he took the time to look into our BBB website, he would have seen that we are not accredited with the BBB. We understand the importance of BBB accreditation, but it is not the direction we wish to proceed in, as there is an annual fee the BBB charges

for it's services. ████████ ████ ████████ct with our company, he had a $372 payment a month towards his federal student loans. Had we not filed the necessary paper work to get him into the correct forgiveness program, he would have been making that payment for the entire year. He had no knowledge of this program and it's not a program federal loan servicer's offer, until a company like ours steps in and files the necessary paper work. That's when federal loan servicer's will let our clients know that they could have done this all for you for free. When it's something they would have never disclosed to begin with. There are many law suits pending against federal loan servicer's for this exact reason. A simple google search about these law suits will easily point anyone in the right direction.

# SL Account Management

**Case #:** 13750694

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Orange, NJ | **Business Info:** | SL Account Management 8 Whatney Ste 1008 Irvine, CA 92618 (855) 757-7727 |

**Date Filed:** 8/5/2019 10:59:11 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

1 year ago, a company by the name of SL Account MGMT called and said I may be approved for student loan forgiveness program. They asked me about my information regarding who I took student loans out with while reassuring me that I was safe to tell them because they were apart of the Federal Student program. I assumed that was true! Not the first time, but a few weeks later they called and I did give them my information. It's been a year-I know I must have given them enough information to see what I owed because they knew exactly the remaining balance of loans I owed at the time (13,500 They gave me some numbers to work with, I spoke on the phone with them for about 7-9 minutes. In october 2018 they said if I can pay $199.17 a month my loans would be cut in half, and then I'd have a small payment of $20 a month until my loans disappeared. Months later in August 2018, I was tricked into thinking I could trust them. I initialed on online paperwork stating my payments and that I would be responsible to this company until 2038.. 14 months into my payments, with SL Account MGMT, I see that my loans have not been removed from my student loan providers. i called the department of education they told me you guys are a scam and i just want my hard working money back i have not even graduated with my degree yet this is beyond wrong.

**Consumer's Desired Resolution:**

refund

## Complaint Messages

**08/19/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint

We spoke to ██████ and offered to refund his account. We apologize for the miscommunication. Please let us know if there is anything else we can do for you.

**08/19/2019 - ████████████**
I accept the business's response to resolve this complaint

i have received a check from them for the amount of

**$398.34  meanwhile my total pay to them was well over 1,000$ they only gave me back my first two monthly payments. i have made payments to them over a year times surpassing the amount of**

**1300 dollars.** ██████████████

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13750694, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

████████████

███████

# SL Account Management

**Case #:** 13753371

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Orlando, FL | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(855) 757-7727 |

**Date Filed:** 8/6/2019 8:47:43 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

Back in November, I was contacted from SL Accounting Management and was told that I could have my student loans cut in half if I paid $239 a month for 5 months, and then $20 a month for 20 years. I contacted Nelnet today when I got a bill in the mail from them showing that I was making $0 in payments and that interest was accruing on my account. When I talked to the representative, they told me that every dollar I gave them would go towards my student loans, but not a single penny I have given SL Account Management has went towards any of my loans. I contacted SL Account Management. The first guy I talked to laughed when I expressed my frustration and then transferred me to Dororthy, who offered to refund me $60, but I would like my $1195 for the first 5 months. This company is a SCAM. They are falsely advertising their services. I want my $1195 back.

**Consumer's Desired Resolution:**

I want my $1195 refunded to my account.

## Complaint Messages

**08/20/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We contacted ▮▮▮▮ to resolve her complaint. We will update the BBB once a resolution is reached.

# SL Account Management

**Case #:** 13769077

| | | |
|---|---|---|
| **Consumer Info:** |  Thomasville, GA | **Business Info:** |

**Business Info:** SL Account Management
8 Whatney Ste 1008
Irvine, CA 92618
(855) 757-7727

**Date Filed:** 8/14/2019 11:27:12 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I received a call from Anthony with SL Account Management in June 2018 & he stated I was approved for a Student Loan Debt Consolidation Forgiveness Program for all my federal student loans. He said my 11 loans (which was weird that he knew that information) would be consolidated into 1 loan at a 6.8% interest rate & after making 240 consecutive payments of $30 per month the remaining balance would be forgiven. He advised there would be an enrollment fee of $1200 & it would be divided into 6 payments of $200. I agreed - sounded like a win to me! A few days later, Maxwell Camp called me from SL Account Management stating he needed 3 months worth of paystubs - i sent him the documents. A month later I received an email from Maxwell Camp stating my account was approved & my current providers would be paid & my consolidation loan will be issued to a new provider on a Income Driven Plan (i thought that was weird but figured it was part of the "forgiveness"). It would be another 3-6 weeks until they received the final approval. On Aug 6th I received an email from Maxwell stating my Final Approval had been received & my new loan provider would be FedLoan & my payments would be based off "pay as you earn" (again weird). I started getting charged $30 monthly from SL Account Management. I figured this was the monthly payment toward the 240 consecutive payments. After about 8 months of paying the $30 & noticing my Fedloan balance only increasing, I called Fedloan & they advised they have not received any payments from SL Acct Managament and that my account is based on my income & my monthly payment is currently $0. I asked Maxwell Camp what the $30 monthly charge was for & he advised it goes toward my Annual Re-certification. I started questioning things and he stopped replying. I have called SL Acct Management many times with 0 return calls and now Maxwell Camp email is "undeliverable". I have paid over $1500 already & having NOTHING to show for it. My loans are only GROWING!

**Consumer's Desired Resolution:**

I would like a refund and my account terminated. Fedloan is stating I owe them over $25K now with no option of forgiveness. I am more in debt now then when I started with SL Account Management.

# Complaint Messages

**08/28/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We are currently working towards a resolution to ████████ complaint. The BBB will be updated once

we reach a resolution.

**08/28/2019 - ▮**
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13769077. I will wait for the business to perform this action.

Regards,

# SL Account Management

**Case #:** 13803918

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Crowley, TX ▮▮▮ | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(855) 757-7727 |

**Date Filed:** 8/29/2019 4:32:35 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This company employs the use of Illegal auto-dialing systems to make unsolicited calls. I have received at least 3 documented, auto dialed, automated unsolicited sales calls to my cell phone from this company despite being on the National DNC list since 2006. I received a call back number, website and an email with the company name. The person I spoke to also provided the business address. I have reached out to the principal contacts via regular and certified mail on 8/1/2019, which was returned after it had been accepted. I sent another certified letter 8/12/19 and it was refused twice. The letters I sent regular mail were not returned so I am confident they received it. I requested contact from a principal member of the company or someone authorized to speak for them as well as a copy of their Do Not Call Policy. So far, no one from the has attempted to contact me.

**Consumer's Desired Resolution:**

Contact by the business in response to my previous communications and a copy of their Do Not Call Policy, as requested.

## Complaint Messages

**09/10/2019 - Csmith@slaccountmgmt.com**

Respond to Complaint

We have placed ▮▮▮ number on our Do Not Call list. The marketing company that we utilize runs all calls through the National Do Not Call list and is in compliance with the TCPA.

**09/11/2019 - ▮▮▮▮▮▮▮**

I do not accept the response made by the business to resolve this complaint

First of all, the law states that SL Account Management is still responsible for any calls made on their behalf by a hired marketing company. Second, my personal cell number has been on the National DNC list since 2006. I do not have any student loans and have never opted in to receive contact from this company or any of their partners. I receive relentless calls from this and other companies, even after personally asking the callers to add me to the internal DNC list. The numbers which show up on my caller ID are "spoofed" so you cannot call them back because they are disconnected. This is a serious violation of new laws that have recently gone into effect. The automated calls themselves are in

violation of the FTC and FCC regulation.

Despite several letters being sent, I still have not received any contact from the principal members of the company nor anyone authorized to speak for them. I have not received a copy of their DNC policy and how they ensure that it is enforced. I would also like for them to provide contact information for the marketing company placing the calls on their behalf. I would prefer to resolve this matter with the company instead of making it a matter for the courts decide upon.

**09/18/2019 - Csmith@slaccountmgmt.com**
Respond to Complaint
Attached to this response is a copy of our DO Not Call Policy. Due to the nature of your complaint. We no longer wish to communicate through the BBB. The BBB does not mediate settlements.

**09/24/2019 -** ███████████████
I do not accept the response made by the business to resolve this complaint

SLAM responded with "Due to the nature of your complaint. We no longer wish to communicate through the BBB. The BBB does not mediate settlements." This is completely correct. The name, Better Business Bureau, explains the reason why I filed a complaint through them. I am hoping for better business practices. They allow legitimate complaints to be seen by those who may be thinking of doing business with a company.

I have a legitimate complaint against your company. Your own Do Not Call Policy states:*"SLAM policy forbids all representatives, including its employees from making telephone solicitation calls to any person who has:*

• *Put his or her telephone number(s) on the national do-not-call registry, state do-not-call list or SLAM-specific do-not-call list, except as otherwise permitted by law.*

My number has been on the national do-not-call registry since 2006. I am NOT your customer, nor have I ever had a business relationship with your company. Therefore, your persistent, illegal robocalls constitute bad business practices that go against your own policies.

I have neither asked nor expected the BBB to mediate a settlement between us. I tried several times to contact your company through legitimate means and contact was rejected. I have asked, through the BBB format, for personal company contact several times in order to resolve this dispute and I still have not received it. At this point, if this complaint is damaging to your business reputation, I feel you only have yourselves to blame. Please have someone from your legal/compliance department contact me at the email you have on record.

# SL Account Management

**Case #:** 13857994

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Marietta, GA | **Business Info:** | SL Account Management<br>8 Whatney Ste 1008<br>Irvine, CA 92618<br>(855) 757-7727 |

**Date Filed:** 9/21/2019 9:39:22 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

SL Account Management promoted their business as a student loan forgiveness program which helps students consolidate loans while in the loan forgiveness program. The business stated that I was approved for loan forgiveness and even mailed FedLoan stubs saying my monthly student loan amount was $0 dollars. The company asked for an upfront payment of $200 for processing and additional payments were made for processing. Recently, I was contacted by FedLoan via email stating that a payment is required to pay down my student loans. When I received this email, I immediately called FedLoan to notify them of my loan forgiveness. My student loans have NOT been forgiven. Unfortunately, SL Account Management lied and no money was ever going toward my student loan debt. I also found out that my student loans did not need to be consolidate at all. I was so upset and disappointment about this discovery. I immediately called SL Account Management to speak with someone directly. I was on hold for at least an hour and my call was transferred to three different people. The third person I spoke with was rude and asking why am I leaving SL Account Management. I notified them that my student loans did not need to be consolidated and that I was never apart of the loan forgiveness program. The representative said, "that's not his problem and okay we will remove your information from our system." I could not believe the disregard and disrespect. SL Account Management sent an email stating that my information will not be used and payments will no longer be drafted. I contacted the U.S. Department of Education to make sure my student loan was not affected by SL Account Management. Thank goodness my loan were not affected in any way. SL Account Management promoted themselves as a loan forgiveness service in order to receive money. This business is a scam, please be aware of SL Account Management.

**Consumer's Desired Resolution:**

I no longer want to have receive any contact or have any money drafted from my bank account

# SL Account Management Billing Department Inbox

**Christian Stark**
to me
2:09 PM View details

Hello ▮▮▮▮▮
SL Account Management has cancelled out your file and refunded your payment of $956.00 (4 payments of $239.00). Please expect to receive the funds back in your account in 3-5 business days.

We are sorry to hear you won't be continuing your services with us. You will not be charged for any services by SL Account Management. If you have any questions, feel free to email or give us a call at your best convenience.

**Customer Support**



SL Account Mgmt

**SL Account Management**

**Toll Free:  1-855-757-7727**

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is

# Transaction Detail

**Charge Again ▾**

Print Receipt    Email Receipt

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)

**Transaction Type:** Card Settle

**Date:** 01/24/2019 3:53:02 PM PST

**Transaction ID:** 4494826214

**Status:** Complete

## Credit Card Information

**CC Number:** ████████5898

**CC Expiration:** ████

**CC Type:** Mastercard

**Processor:** SLAM#2

**AVS Status:**

**CVV Status:**

**Auth. Code:** 024893

**Currency:** USD

🔍 Search Card

## Billing Information

████████████

Lithonia, GA ████

US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Refund | APPROVED | 01/24/2019 3:53:02 PM PST | $-199.17 Virtual Terminal [SLAM2@70.183.27.242] |
| Card Settle | CLOSE_113772.95 | 01/25/2019 3:29:42 PM PST | $-199.17 Internal [SLAM2@70.183.27.242] |

# Transaction Detail

Charge Again ▾          Print Receipt   Email Receipt

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)

**Transaction Type:** Card Settle

**Date:** 01/24/2019 3:53:07 PM PST

**Transaction ID:** 4494826332

**Status:** Complete

## Credit Card Information

**CC Number:** ████5898

**CC Expiration:** ████

**CC Type:** Mastercard

**Processor:** SLAM#2

**AVS Status:**

**CVV Status:**

**Auth. Code:** 024776

**Currency:** USD

🔍 Search Card

## Billing Information

████████████████

Lithonia, GA ████

US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|-----------------|--------|
| Card Refund | SUCCESS APPROVED | 01/24/2019 3:53:07 PM PST | $-199.17 Virtual Terminal [SLAM2@70.183.27.242] |
| Card Settle | SUCCESS CLOSE_113772.95 | 01/25/2019 3:29:42 PM PST | $-199.17 Internal [SLAM2@70.183.27.242] |

Marin Decl. (BBB) - Attachment B

Pl. Ex. 50
p. 1345

# Transaction Detail

Charge Again ▾

Print Receipt     Email Receipt

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 02/26/2019 2:12:11 PM PST
**Transaction ID:** 4551862708
**Status:** Complete

## Credit Card Information

**CC Number:** ▮▮▮▮5898
**CC Expiration:** ▮▮▮
**CC Type:** Mastercard
**Processor:** SLAM#2

**AVS Status:**
**CVV Status:**
**Auth. Code:** 026687
**Currency:** USD

🔍 Search Card

## Billing Information

Lithonia, GA
US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Refund | SUCCESS APPROVED | 02/26/2019 2:12:11 PM PST | $-199.17 Virtual Terminal [SLAM2@70.183.27.242] |
| Card Settle | SUCCESS CLOSE__65590.56 | 02/26/2019 3:17:45 PM PST | $-199.17 Internal [SLAM2@70.183.27.242] |

# Transaction Detail

**Charge Again ▾**

**Print Receipt**   **Email Receipt**

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)

**Transaction Type:** Card Settle

**Date:** 02/26/2019 2:12:23 PM PST

**Transaction ID:** 4551863097

**Status:** Complete

## Credit Card Information

**CC Number:** ██████5898

**CC Expiration:** ████

**CC Type:** Mastercard 

**Processor:** SLAM#2

**AVS Status:**

**CVV Status:**

**Auth. Code:** 026123

**Currency:** USD

🔍 Search Card

## Billing Information

███████████████

Lithonia, GA ██████
US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|---|---|---|---|
| Card Refund | SUCCESS APPROVED | 02/26/2019 2:12:23 PM PST | $-199.17 Virtual Terminal [SLAM2@70.183.27.242] |
| Card Settle | SUCCESS CLOSE__65590.56 | 02/26/2019 3:17:45 PM PST | $-199.17 Internal [SLAM2@70.183.27.242] |

██████████████ *"Do-Not-Call"* **Policy**

Recently you asked our company to provide you with a copy of our "Do Not Call" Policy. The following information represents our "Do Not Call" policy:

SL Account Management (SLAM) respects the wishes of those customers and prospective customers who do not want to receive telephone solicitation calls. Accordingly, SLAM policy forbids all representatives, including its employees from making telephone solicitation calls to any person who has:

- Requested that SLAM representatives not make such calls to their specified phone number(s).

  - SLAM maintains a company-specific do-not-call list and will honor a request that a phone number be placed on this list within a reasonable time of the request. A request can be made by giving the phone number(s) to be added to the SLAM do-not-call list via one of the following: 1) writing SLAM at the address below; 2) telephoning SLAM at the phone number below; or 3) notifying the SLAM representative who placed the telephone solicitation call. This list will not be sold or shared in any way (except with a SLAM subsidiary or affiliate) without the requestor's prior express permission.

  - Allow up to 30 days for the phone number(s) to be entered on the SLAM do-not-call list and honored. After that, ████████ould be no further telephone solicitation calls from any SLAM representative. The phone number(s) will remain on the SLAM do-not-call list for five years (or longer if required by applicable law), unless a request is made by the person to have the number(s) removed.

  - If a listed telephone number changes, a separate request must be submitted to have the new phone number(s) added to the SLAM do-not-call list.

- Put his or her telephone number(s) on the national do-not-call registry, state do-not-call list or SLAM-specific do-not-call list, except as otherwise permitted by law.

SLAM is responsible for training its employees or representatives and ensuring their compliance with applicable do-not-call rules. If SLAM employees make telephone solicitation calls, they are provided training on do-not-call procedures, including, but not limited to use of the SLAM do-not-call list.

Also, in compliance with federal rules (Code of Federal Regulations, Section 64.1200), we will mail a copy of this document in response to a consumer's request.

Telephone-sales rules typically allow companies to contact their own customers, even if those customers appear on the national or state do-not-call lists. Thus, we may still contact SLAM customers for **non-solicitation purposes**, including billing, claims and other service-related matters. This helps to ensure that we give our customers the best possible customer experience.

We are committed to ensuring compliance with all applicable do-not-call laws and regulations. Any questions concerning the SLAM do-not-call policy may be directed to:

**SL Account Management**
**8 Whatney Suite 100 #8,**
**Irvine, CA 92618**
Phone Number: 855-757-7727

# Attachment C

# Financial Preparation Services

**Case #:** 13163305

| **Consumer Info:** | | **Business Info:** | Financial Preparation Services |
|---|---|---|---|
| | Chapmansboro , TN | | 7545 Irvine Center Dr Ste 200 Rm 108 |
| | | | Irvine, CA 92618 |
| | | | 8777090795 |

https://financialpreparationservices.com/Contact

**Date Filed:** 10/20/2018 10:21:21 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I received a call from this company offering student loan forgiveness. When I spoke to the lady we talked, she said I was approved, and that my payments would be $239 for the first 5 months and $40 after that for the next 10 years... upon talking to her she told me nothing would be pulled from my account until i spoke with someone from SL management to get everything signed and finalized.. I have not spoken to anyone about the rest of the deal and there is already money being pulled out of my bank account. I decided to look them up on your page and long an behold I'm not the only one with the problem!! These people need to be found and dealt with. They've taken money from us wrongfully and I'm ticked about it. I've been trying to call them since Thursday, have not gotten a call back.. that tells me they are a fraud!!!!

**Consumer's Desired Resolution:**

I want my $239 taken out by this company and to never be contacted by them again!

# Complaint Messages

**12/06/2018 - Business**

Respond to Complaint

"We apologize for any inconvenience our company has caused you. We have closed out your account and issued you a refund in full. We are sorry if you are uncomfortable with our process. Please give us a call if you have any questions about our process, or would like a further explanation of the programs we offer."

Best Regards,

Jay Carter

# Financial Preparation Services

**Case #:** 13171147

| | | | |
|---|---|---|---|
| **Consumer Info:** | San Francisco, CA | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>9495231978<br><br>https://financialpreparationservices.com/ |

**Date Filed:** 10/24/2018 6:21:29 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

This company evidently trys to "help" already debt-ridden people with Student Loan Debt. I have student loan debt still, and probably will my whole life and never own a home. At any rate, I have already applied directly with the Department of Education for Student Loan Forgiveness. THIS company sent me a text message that said, exactly: "Your Student Loan Debt has been FLAGGED for forgiveness. Your new monthly payment is $0. Please call 888 915-6332 ASAP." Now, how can they not identify themselves and tell me I don't owe anything anymore, when I have already applied to receive forgiveness? What if I assumed this was a confirmation of my application, and stopped paying my loan right away?! Even when I called them, they want to know my information before identifying who they are. I think this is VERY dangerous, especially for people like me who have a legitimate claim in place already. It would not be out of the question to be getting a notification of a loan forgiveness.

**Consumer's Desired Resolution:**

Since they claim my 'new monthly payments is $0' they should honor this claim and PAY OFF my almost $60,000 student loan debt that I've already been paying on for 15 years! They need to learn not to declare true statements like this, especially when forgiveness paperwork is already pending.  A good way to do this is to make them honor their claim! They made an absolute statement that my monthly payment on my loan is now $0.   There were no 'maybes', 'mights', 'if this...'"   So make it happen!

# Complaint Messages

**12/06/2018 - Business**
Respond to Complaint
Hello,

Can you please ask ▋▋▋ for some kind of proof we did business with him? (Complaint ID #: 13171147) I can't find his name or number as an active client in our database.

Best Regards,

Jay Carter

# Financial Preparation Services

**Case #:** 13200983

| | | | |
|---|---|---|---|
| **Consumer Info:** | Lake Elsinore, CA | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(877) 709-0795 |

**Date Filed:** 11/10/2018 2:03:40 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

This company is a fraud. Said they would help pay my school loans told me false information saying I only would owe 5995 dollars only after I paid them 239 dollars for the first five months. I made the only payment yesterday but did further rest to find out they are scamming me. I need legit help. Please

**Consumer's Desired Resolution:**

I just want my money back to take my business elsewhere. Theodore company isn't what they described to me.

## Complaint Messages

**12/06/2018 - Business**

Respond to Complaint

"We reached out to ▮▮▮▮▮▮ in regards to his account and apologized for any miscommunication. We have completed his request and have issued a full refund. We were never able to submit his application. We wish you good luck with your loans. If you have any additional questions, please do not hesitate to call."

Best Regards,

Jay Carter

# Financial Preparation Services

**Case #:** 13184033

| | | | |
|---|---|---|---|
| **Consumer Info:** | Wildwood, NJ | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>9495231978 |
| | | | Financialpreparationservices.com |

**Date Filed:** 11/1/2018 8:52:01 AM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
Changed my access password to federal loan website without authorization, did not inform me codes received were to reset my password.
**Consumer's Desired Resolution:**
To not have this type of thing happen to people in the future via an advertisement cold call.

# Financial Preparation Services
**Case #:** 13230591

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Richmond, VA | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(877) 709-0795 |

**Date Filed:** 11/27/2018 8:10:50 PM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
They are promising to forgive large amounts of student loans, charging clients to apply for loan consolidation, which is free to do.. they are wrongfully taking advantage of people.

**Consumer's Desired Resolution:**
I want the $199 to paid back.

## Complaint Messages

**12/04/2018 - Jake Carter**
Respond to Complaint

We have closed out ████████ account and refunded the money she paid to us in full.  We are sorry you are uncomfortable with our process. Please do not hesitate to give us a call if you have any additional questions. We thank you for your patience regarding this matter.

# Financial Preparation Services

**Case #:** 13238116

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Odin, IL | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(877) 709-0795 |

**Date Filed:** 12/1/2018 11:15:40 AM

**Nature of the Complaint:** Billing or Collection Issues
**Consumer's Original Complaint:**
Student loan consolidation through financial preparation services. Bill date and program set up dates do not correspond. Think it's a scam. No one will answer phone calls to cancel repayment plan.
**Consumer's Desired Resolution:**
Payment of $199.17 from financial preparation services/FSA to me. Cancel all services with company.

## Complaint Messages

**12/04/2018 - Jake Carter**
Respond to Complaint

We spoke with ████ and apologized about the miscommunication. We have completed Megan's requests and have closed out her account. If there any other questions that need to be answered, please do not hesitate to give us a call.

# Financial Preparation Services

**Case #:** 13263677

**Consumer Info:** 
Broadview Heights, OH

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 12/13/2018 12:00:00 AM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**
This company had called me from 877-394-4713 and left me a voicemail to contact them back about loan forgiveness for student loans. I called them back since I missed the phone call. They went through some details with me, some how got access to my FAFSA account in which I had to go and change my information. The company told me that my payments would be paid to the U.S. Education Department. I called the U.S. Department of Education to confirm this information. The U.S. Department of Education told me they have no affiliation with this company.

**Consumer's Desired Resolution:**
I just want to make sure that no one else gets screwed over.

# Complaint Messages

**12/19/2018 - Jake Carter**
Respond to Complaint
We are unable to find ▮ in our systems. Please provide proof of a transaction with our company.

**12/20/2018 - ▮**
I do not accept the response made by the business to resolve this complaint

I have a voicemail from 12-10-2018 and once I got the voicemail I called the company back and talked to Tona and the phone number she gave me was 949-577-8958. She said that was her direct phone number. They even accessed my FAFSA account and I had to change my password.

**12/24/2018 - Jake Carter**
Respond to Complaint
I'am unable to find a recording associated with the number provided. Please verify that the complaint is for the correct company.

███████████████

**01/17/2019 - Mr. ███████████**
Respond to Complaint

*I don't know  what more I am supposed to say. The phone number that called me was 877-394-4713 and the agent I talked to was named Tona and her direct phone number was 949-577-8958.  Now they are calling me every day from 216-350-7382.*

*They accessed my FAFSA account on December 10,2018 without my knowledge so that they could access my student loan information.  They wanted me to go in and change my password.  Somehow they still got in when they asked me to read the code that came through and they then got my password. I then had to go in and change it because I got an email later that said my password was changed.  This is ridiculous that the company doesn't have any of my information.  They took my address, my phone number and everything.*

████████

# Financial Preparation Services

**Case #:** 13296436

| | | | |
|---|---|---|---|
| **Consumer Info:** | Jonesville, MI | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 1/1/2019 10:40:35 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Back in November I saw an ad on Facebook about applying for student loan forgiveness. I called the number and I spoke with a girl, Hannah who stated that I would pay for a fee of $199.00 a month for 6 months and then $30 a month for 120 months after, that gets applied to my student loans. After the 120 months of payment, whatever I have left on my student loans would be forgiven. However, each year they would re-apply for me and depending on my income, the payment could increase. She said I would pretty much have my loans be going into an income-driven repayment plan, but that they would do everything for me each year and that is what I am paying for with them. I recently received an email from a Casey from Financial Preparation Services, who stated that he is helping me moving forward and that my loan with Navient is at $0 for a monthly payment for the next year. I called Casey directly because I was supposed to be paying $30 a month, but the document says it should be $0. I could not get a straight answer if the $30 a month is paying for fees for them handling my loans or if the $30 was going to my actual loan. I have tried reaching out since my last call because I just do not feel right about this. If I am just paying to have my loans managed and the monthly fee does not go towards my loan, then what is the point. Also, I spoke with FASFA and there is nothing that you can do to have your loans forgiven. They are selling a service to get people to pay all these fees which is how they get their money. They are promising people that their loans will be forgiven after so many payments, when they will not be. It is a scam that people are going to pay for 20 years. After 20 years they will run into the problem their loans are not forgiven and it will be too late to do anything about it. Who knows if Financial Preparation Services will even be in business by then as it seems like they are doing this to make a quick buck and sell out.

**Consumer's Desired Resolution:**

I would like to cancel my business with financial preparation Services and would like a refund of my payments so far.

# Complaint Messages

**01/08/2019 - Jake Carter**

Respond to Complaint

We apologize for any inconvenience our company has caused you. We have completed your request and the funds will go back into your account. Please give us a call if you have any questions.

**01/08/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13296436, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

▮▮▮▮▮▮▮▮▮▮

▮▮▮▮

# Financial Preparation Services

**Case #:** 13308016

**Consumer Info:** 
Little Rock, AR

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 1/7/2019 1:29:23 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This business is a Fraud! It took two weeks to get a confirmation email stating my account was closed. I closed a account for student loan forgiveness that wasn't a legit forgiveness plan it was consolidation! Waiting on a reimbursement for the payments i made previously. The customer service Representative i spoke to said it would take 3-5 business days to hit my account. Which has not happened. I called again to talk about this issue and they said they would call me back within an hour. I waited until the next day to call back and the same issue!

**Consumer's Desired Resolution:**

I want my money back for the payment i have made. As well as i want no further contact with this company!

# Complaint Messages

**01/12/2019 - Jake Carter**

Respond to Complaint

We have closed out [redacted] account and have issued her a full refund. We apologize if you are uncomfortable with our process. Please give us a call if you have any questions.

# Financial Preparation Services

**Case #:** 13330335

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Arvada, CO | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 1/17/2019 1:24:43 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

After filling a complaint against SL account management for victimizing me and taking my money for a loan consolidations but were never even affiliated with my loan holder. I get an email from Financial Preparation Services saying my $20 amount payment has not gone though, they are affiliated with SL and are scamming and victimizing me in the same manner! I want this to be know, they are absolutely a fraud. The email proceeded to tell me that my file will be canceled if I do not contact them with the correct info, when I tried to call so I could get more info on them it just rings once and plays music, therefore I was unable to get a hold of anyone to find anything out. I'm further in debt with my loan now then before, the anxiety and stress this whole thing has put me through is unacceptable and very hard for me to deal with. I have no idea what i'm going to do now but please don't fall for there scam!

**Consumer's Desired Resolution:**

I do not think I can get anything back as this point as I do not know what they have taken from me, I think at this time nothing as my card was cancelled because of all this. If I could get reimbursed for pain and suffering that would be great but I doubt I will be able to, best case I will be happy to never hear from them again and for others to know about them. This business needs to be looked into and stopped, they are a scam and a fraud!

## Complaint Messages

**01/24/2019 - Jake Carter**
Respond to Complaint
Complaint filed is for the incorrect company.

**01/24/2019 -** ▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint
if it's the wrong bussiness then why do I have there number and why are they trying to take $20 from me, what is that for then? I dont have any other loans at this time, the number and address I have for them is the same and they have to be affiliated with SL. I dont have any idea what else I'd be paying this $20 to if not but it sure is funny it's the same date that SL was taking the other money from me. This information came from my bank statment, also emails and texts I'm getting from this company.

**01/31/2019 - Jake Carter**

Respond to Complaint

We'll take a further look into this matter. Thanks for your patience.

**02/11/2019 - Jake Carter**

Respond to Complaint

 was a client of SL account management. We figured out that she was in contact with them already and received a full refund in regards to her complaint.

**02/11/2019 -**

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13330335, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Financial Preparation Services

**Case #:** 13336892

| | | |
|---|---|---|
| **Consumer Info:** |  Wilsonville, OR | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 1/21/2019 2:49:24 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I was considering using this company's services and changed my mind a week before the first payment was to come out of my account. I emailed and called them revoking all access to my bank account and student loan information. When I didn't get a response, I assumed they cancelled my account and would not be removing money from my account. However on January 18, 2019, I was charged $207.50. I did not authorize this charge. I would like a full refund of my money.

**Consumer's Desired Resolution:**

I would like a full refund of the money I was charged. I want my account officially cancelled and no further contact afterwards.

# Complaint Messages

**01/30/2019 - Jake Carter**

Respond to Complaint

We cancelled out ▮▮▮▮▮ account and issued her a refund of her initial payment. We apologize if you are uncomfortable with our process. Please let us know if there is anything else we can assist you with.

# Financial Preparation Services

**Case #:** 13340476

| **Consumer Info:** |  | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |
|---|---|---|---|

**Date Filed:** 1/22/2019 6:25:23 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I want confirmation in email or writing from Financial Preparation Services that my application was not submitted as I requested. I already tried speaking with a representative Monica Hill, but was hung up on the first time and transferred to another department, then hung up on while on hold the second time. The main number also does not seem to be working. I spoke with the US Department of Education and this company is not affiliated with them or any government agency and is a third party company. They claim that they are representing the Federal Student Loan Program and can guarantee a set loan repayment plan. Ms. Hill told me after paying $207 per month for 6 months, then I would only have to pay $42 per month for 10 years and all of my student loans would be forgiven. The Department of Education Representative told me that such a fixed rate is not even possible because each year, your payment plan is recalculated and adjusted. Also, Financial Preparation Services takes a portion of the monthly payment as a fee, and the Department of Education Representative said that anyone can manage their loans directly through them for free.

**Consumer's Desired Resolution:**

I requested that the application not be submitted at the end of the first phone call. I was hung up on before I could request verification that my application was not submitted. Upon the second phone call, I was able to make the request and was transferred to another department, put on hold, then hung up on again. To resolve this issue, I want written verification that my application was not submitted and all of my personal information expunged from their company.

# Complaint Messages

**01/30/2019 - Jake Carter**

Respond to Complaint

We did not submit ▮▮▮▮ account for approval and no work has been done on her loans. We apologize if you were hung up on by certain representatives, they will be reprimanded. Your information has been deleted from our database for your security. Please let us know if you have any other questions.

**01/31/2019 - ▮▮▮▮▮▮▮**

I accept the business's response to resolve this complaint

Better Business ██████ ████████████

I have reviewed the response made by the business in reference to complaint ID 13340476, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

████████████

████████

# Financial Preparation Services

**Case #:** 13338283

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Sacramento, CA | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 1/21/2019 7:04:10 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I saw an ad on Facebook for student loan forgiveness and was contacted by the company. I spoke with a girl on the phone who stated she needed to access my FAFSA account in order to view my total loan debt. Shortly after I received an email that my FAFSA account password was changed. AT NO TIME SHOULD THEY NEED TO ACCESS THIS INFORMATION OR CHANGE A PASSWORD WITHOUT PERMISSION. This company is a FRAUD please be careful.

**Consumer's Desired Resolution:**

# Financial Preparation Services

**Case #:** 13343203

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Tucson, AZ | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 1/23/2019 8:17:45 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

On 1/18/2019, I was contacted by the Financial Preparation Services to discuss my student loans and to see if I qualified for their "recertification program" that does not exist. The lady I spoke to named Cat, kept telling me this program was ending on the 24th and I could save on my interest rate and kept implying it was my "golden ticket." She was eager for me to buy in. She kept calling me a few times in 3 hours. This person was able to login into my account with a security code. How? I don't know. Why and how are agencies able to access personal info? I called my fed loan yesterday on 1/22/2019 to discuss my consolidation of my student loans and asked them if this recertification program that was sold to me existed and surprise! It doesn't. This company is taking peoples hard earned income to pay for free services that can be completed in one click online through the myfedloan.org. The company tried to obtain my 2017 tax info, but I didn't send them anything. Such personal info that doesn't need to be in the wrong hands. I emailed this Cat person back and let her know that I did not have my tax return on me and thanked for their services, but immediately after I do that, she calls and leaves me a voicemail stating that I'm still in the program and that she can use my paystubs, which I still did not provide. She was convincing on the voicemail, but after I looked up the company on BBB, enough said.

**Consumer's Desired Resolution:**

All I ask is that the company close out my account and leave me alone. I am still receiving calls and now from Wisconsin on their behalf 262-419-1161 shows up as a scam on google. Also, something needs to be done to improve our systems to avoid companies such as this one from being able to access the public's information- even if that person gave consent via a phone conversation. And no charges to be made to my account.

# Complaint Messages

**01/30/2019 - Jake Carter**

Respond to Complaint

███ account was never submitted for approval and nothing was ever done on her loans. We have erased her information from our database. If there are any other questions, please feel free to contact us.

# Financial Preparation Services

**Case #:** 13361231

**Consumer Info:** 
Middletown, OH

**Business Info:**   Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 2/1/2019 9:40:30 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I was given the number to FINANCIAL PREPARATION SERVICES by a friend saying that they could help me out with my student loan debt, I was told that my first 6 payments would be 207 a month and then 42 dollars a month for 240 months. After going through the motions, I started to get an iffy feeling about what I had just signed up for and called the Dept. of Education and they told me that this type of forgiveness is not legitimate and to change all of my financial aide passwords immediately. I have tried calling representative Stephen Zambrano back three times now and tried emailing him as well and no one is returning my calls or assisting me.

**Consumer's Desired Resolution:**

I want all of my information deleted from your system and to be ensured that I will NOT be billed for this fraudulent attempt to help with student loans. I need this action to be taken immediately. I am very unhappy that the man I spoke to misled me to believe this company was even legitimate. Please do not submit any of my documentation, or release any of my personal information.

# Complaint Messages

**02/07/2019 - Jake Carter**
Respond to Complaint

We apologize if you are uncomfortable with our services. Your account has been cancelled since February 2nd and a cancellation email was sent to the email address we have on file. We will be deleting your information from our systems for your security. Please do not hesitate to give us a call if you have any other requests.

# Financial Preparation Services

**Case #:** 13361367

| | | | |
|---|---|---|---|
| **Consumer Info:** | Jeffersonville, NY | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 2/2/2019 12:05:39 AM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I found an article through a seemingly legit link on Snapchat. I spoke to Ashleigh Rodriguez. I gave her my FSA ID, email, address, credit card information and SSN because she promised to forgive my student loans through some Obama program. She said I'd have to pay $249 for 5 months and then $42 for 240 months. When I googled the phone number that Ashleigh Rodriguez gave me as her work number, it just came up with a town in California. But when I googled the fax number she gave me, it came up with "Premier Student Loan Center" on the BBB website, and there are nothing but scam complaints listed. My first payment is scheduled for 2/8/19 but I shut off my card and will get a new one. I would like confirmation that my contract has been severed and additional confirmation from Financial Preparation Services that I do not give them permission to speak to Great Lakes, studentaid.ed.gov, or any other parties I associate with in reference to my student loans, and that I do not give them permission to use my credit card number, email, or SSN for any reason.

**Consumer's Desired Resolution:**

I would like confirmation that my contract has been severed and additional confirmation from Financial Preparation Services that I do not give them permission to speak to Great Lakes, studentaid.ed.gov, or any other parties I associate with in reference to my student loans, and that I do not give them permission to use my credit card number, email, or SSN for any reason.

# Complaint Messages

**02/08/2019 - Jake Carter**

Respond to Complaint

Your account has been cancelled and a cancellation email was sent to the email address we have on file. Your information will be deleted from our database, for your security. Please give us a call if you have any other requests.

# Financial Preparation Services

**Case #:** 13366329

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Kalamazoo, MI | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 2/5/2019 11:36:00 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

This company claims to consolidate your student loans for you but I have been in a program for over 60 days and nothing has happened I've called several times over the past 3 business days just to get told they were going to email my representative. So far there have been 4 emails sent to this man Jeff W. And I have yet to receive a call back. Was told garnishments wouldn't happen and I've paid over 400 in monthly fees to them only to get told they will email a person who will never call me back. I asked to cancel and a full refund only to get told they have to email the cancellation department, go figure. I haven't heard from anyone from this company and I believe this is a SCAM please don't use this service for loan consolidation

**Consumer's Desired Resolution:**

A full refund and cancellation of program

## Complaint Messages

**02/11/2019 - Jake Carter**

Respond to Complaint

We apologize for the lack of communication on our end. Your calls shouldn't have been ignored and returned in a timely manner by the processor assigned to your account. They will be reprimanded for their actions. We have issued you full refund since we were never able to process your application. Please give us a call if there is anything else we can do on our end.

# Financial Preparation Services

**Case #:** 13372562

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Indianapolis, IN | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 2/7/2019 9:57:27 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

The evening of 2/7/19, I was informed by a Shane that I could reap the benefits of a program after I paid $207 a month for six months and $42 a month for the next 20 years. He stated that he could work with Navient to have a my student loan reduced to $78 a month and the loan would be forgiven after 20 years. Shane even told me to cancel my student loan payment because the $207 would take the place of my monthly payment to Navient. Reading the fine print, now, I have to pay the $207 and my $270 student loan payment his month. This company gave me a promise that was too good to be true.

**Consumer's Desired Resolution:**

I would like a full refund to any monies charged to my credit card, my account cancelled immediately, and my contract voided.

## Complaint Messages

**02/13/2019 - Jake Carter**

Respond to Complaint

We reached out to ▇▇ and left a voicemail to return our call. We would like to explain to Levi our process. He doesn't have to make both payments and I would like to explain our services in detail.