# Financial Preparation Services

**Case #:** 13379349

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Spencerville, IN | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 2/12/2019 1:02:23 AM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

I signed up for their services after being told my student loan debt would be paid off in 8 months due to me being on a fixed income and a single mom of 12. I had to sign the contract while on my phone and not being able to read what I was signing. They demanded the first of 6 payments of $215 while on the phone. The lady I had as a case manager did not do her job well at all and constantly asked me for the same paper work several times even after having emailed it to her. When she didfinally give me the contract of my payments it was 2 days before my second $215 payment was to be paid. My payments were not for 8 months but instead for 240 months. I cancelled immediately before they could get more money out of me. They changed all of my student loan log in information and even have my address changed so I got a red flag on my credit report.

**Consumer's Desired Resolution:**

I want my money back since this was a contract signed from false information.

## Complaint Messages

**02/18/2019 - Jake Carter**

Respond to Complaint

We apologize if our services weren't explained properly to you. We appreciate the feed back and we hope to improve our process moving forward. We issued you a refund and should be available for use in a few days. Please let us know if there is anything else we can do for you.

**02/21/2019 -** 

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13379349, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

## Financial Preparation Services
**Case #:** 13382830

**Consumer Info:**



Las Vegas, NV

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 2/13/2019 2:12:15 PM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
I had been receiving calls and text messages from this company regarding forgiving or reducing my financial loan debt. They indicated that they can reset loans to zero, or lower payments or eliminate payments. I talked with a representative today, she asked me all the information needed to qualify for the program. Got access to my loan information, and advised I was eligible for loan reduction. She said although they could not reduce my payment by much, they could cut the terms from 240 months to 123 months, so that I only have to pay over 10 years instead of 20 years. I only needed to pay them 207.50 for the first 6 months, first payment due asap, then the payments would b $197 per month. They would send letters of forbearance to my current loan company and I would not have to pay them anymore money. I gave my credit card information for the 1st $207 payment to be taken out on 2-15, as soon as she received the information, the representative claimed they were having a fire drill right then, and she had to go. She promised to call me back as soon as she returned to her desk. I have not received a call back. I then looked on your website and noticed many consumer complaints. I don't want to continue with using this company's services, and don't want my credit card charged on the 15th. I sent an email to the company to advise them of this, no response yet. I did not complete the requested signing of papers , or sending any proof of income information. I just want it all stopped before it gets started.
**Consumer's Desired Resolution:**
I would like this transaction to be voided, my credit card not billed for the $207.50, and not to be enrolled in this program

## Complaint Messages

### 02/22/2019 - Jake Carter
Respond to Complaint
We apologize if you are uncomfortable with our companies services. Your account never made it to the approval process and has since been deleted from our database. Please give us a call if their is anything else we can do for you.

### 02/25/2019 -
I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13382830, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

# Financial Preparation Services

**Case #:** 13383692

| | | | |
|---|---|---|---|
| **Consumer Info:** | Eugene, OR | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 2/13/2019 7:50:12 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

This company got my name somehow and will not stop calling. I told them I wasn't interested and they hung up. I asked for a supervisor the next time and they hang up. Then ask for legal department info and you guessed it THEY HANG UP. Now they call 10+ times a day and text nearly as much. I had to find the number here because the website doesn't list a valid number but I can't ever get Jay Carter or anyone else to answer the phone but I have left several messages. I have e-mailed, called, texted, even sent a message via Facebook messenger but they continue. I did not sign up for the student loan consolidation nor would I because it is a scam company. I am at my wits end with this horrid business practice. Please help me!

**Consumer's Desired Resolution:**

I need this to stop immediately. I also want JAY CARTER and his supervisors to put in WRITING that this "business" will NEVER contact me again.

## Complaint Messages

**02/22/2019 - Jake Carter**

Respond to Complaint

I apologize for not reaching out to you. The voicemails you left me expressed that you did not want me to call you back. I did however place your number on our DO Not Call list and sent your number to our marketing companies to ensure you would no longer receive calls or texts. We are sorry for your negative experience. If you are still receiving calls in regards to student loans, please note that it may be a different company. There are many companies that offer services similar to ours.

# Financial Preparation Services

**Case #:** 13387130

**Consumer Info:**



Anchorage, AK

**Business Info:**

Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 2/15/2019 1:23:49 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

They said they were working with the Federal Student Loan Programs . They said the FSLP would never accept a payment plan like this and once i pay them the FSLP will never contact me again. They also said this would fix my credit report on all negative marks from the FSLP. A few hours after i hung up I found out different. I have emailed them and told them to delete my contact info and never contact me again.

**Consumer's Desired Resolution:**

AND TO STOP PREYING ON DESPERATE CONSUMERS TRYING TO DO THE RIGHT THING BY PAYING THEIR LARGE STUDENT LOAN DEBTS.

## Complaint Messages

**02/22/2019 - Jake Carter**

Respond to Complaint

We apologize if you're not comfortable with our companies process. We were never able to move forward with submitting your account. We did need some additional information from you to be able to process your account. Your account has been cancelled and your information has been deleted from our systems.

# Financial Preparation Services

**Case #:** 13394833

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Wilmington, DE | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 2/19/2019 10:54:19 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I received a text message that my student loans were forgiven by this company. I contacted the company and was informed that my student loans were forgiven if I was able to make 6 payments at 207.50 and then 120 payments at $42.00. I made the first payment, but then upon conversations with others and other documented resources as well as consulting with my current loan servicer this is a FALSE. This company is unable to give loan forgiveness!!! I have over $64,000.00 in student loans and this company falsely said they could forgive my student debt. There are others noted on sites that were told the same thing and in fact faced higher debt at the end of these so called terms which means they were not able to give forgiveness. I am saddened that as a mother of 4 kids, I certainly was an easy target.

**Consumer's Desired Resolution:**

I want nothing to do with this company. I want all my paperwork destroyed and I want the payment I made on 2/15/19 refunded to my account.

# Complaint Messages

**02/26/2019 - Jake Carter**

Respond to Complaint

We reached out to      and left her a message to resolve her complaint. We went ahead and issued her a refund since she is not comfortable with our companies services. Please give us a call back if you would like to discuss your account.

# Financial Preparation Services

**Case #:** 13403247

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Lake Geneva, WI | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 2/22/2019 5:08:20 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I was told incorrect and misleading information in order to convince me to use their education loan services. I was told that they work directly with the Department of Education and that I was approved to have part of my loan forgiven and could repay the remaining part of my loan at a lower amount through them. I was told that I do not have to pay my current student loan amount through Navient or even speak to them again. I was told that they were taking over my loan with Navient. I was assured that this was not a scam and that I could contact them with any concerns. After doing some research, I found out that they do not work with the DOE and when I tried to contact them to cancel the loan payments based on their misleading information, I was connected with a different independent contractor who had no way to connect me with the person or organization I originally spoke to. Their independent contractors tell you false information to try to get you to agree to and sign the loan papers. They play on your desperation to pay off your student loan. I asked questions about the document as I read it, and was given misleading and false information in answer to my questions. I was able to determine that the information given to me was false by reading more about the company, and through other complaints submitted to the Better Business Bureau by people who had been given similar misinformation.

**Consumer's Desired Resolution:**

I would like the loan, service agreement and payment schedule cancelled immediately. I was told that I would no longer be responsible for the student loan debt amount owed to Navient and that this organization was working with the Department of Education. Both of these statements are false. I signed up for this loan under false pretenses and as much as I requested verification that this was not a scam. I was assured that it was not, and that I could contact them. This is also not true.

# Complaint Messages

### 03/01/2019 - Jake Carter

Respond to Complaint

We apologize if you were having some issues connecting with your enrollment agent. We do have a customer service line that has a live representative to answer your calls 24 hours a day. Sometimes our phone lines do get busy and you may be put on hold for 10 minutes. So we apologize if you had experienced that as well. We are currently working on having a much shorter hold time for our clients. Please rest assured that we have cancelled out your account and deleted your information from our systems. If there is anything else we can do for you, please feel free to reach out to us anytime.

**03/03/2019 -** ████████████████

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13403247, and find that this resolution would be satisfactory to me. I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

████████████████

# Financial Preparation Services

**Case #:** 13405836

**Consumer Info:**



Los Angeles, CA

**Business Info:**

Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 2/24/2019 11:54:56 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I received a call from this company offering student loan forgiveness. When I spoke with one of them over the phone, they said I was approved and that my payments would be $207 for the first 6 months and $22 after that for the next 10 years. At first, everything sounded very reasonable and professional, especially since the man over the phone was claiming they were apart of a govement agency, and approved/worked closely with the Department of Education. They said they will take over the loan, yet, i am getting charged from my previous loans (Navient) and theirs (Financial Preparation Services). I was lied to, nothing has been done, and they are stealing money from me. talking to her she told me nothing would be pulled from my account until i spoke with someone from SL management to get everything signed and finalized. It's been one month, I've tried everything to contact them and nothing. I've called, and i have even sent an email expressing my dissatisfaction and request for terminating my account and for a full refund. I have not spoken to anyone about the rest of the deal and there is already money being pulled out of my bank account. This is a COMPLETE FRAUD

**Consumer's Desired Resolution:**

A FULL REFUND OF THE MONEY THAT WAS GIVEN TO THEM.

A total of $414 dollars.

# Complaint Messages

**03/04/2019 - Jake Carter**

Respond to Complaint

We spoke with ████ and we were able to come to a resolution to his concerns about our company. We are glad that we were able to communicate with you and get down to the bottom of why you were having issues with our company in the first place. We thank you for your patience, please give us a call if you have any other concerns you'd like addressed.

# Financial Preparation Services

**Case #:** 13414808

**Consumer Info:**



Richmond, VA

**Business Info:**

Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 2/28/2019 4:39:25 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

I contacted this company to inquire about student loan forgiveness. I was told that they work with the federal student loan agency to determine if they can allow loan forgiveness. As the conversation continued I became suspicious and hung up. I never received a call back. but what I did get was an email from FSA ( Federal Student Aid) saying that my password had been changed. I did not give them permission to go into my personal student aid and get any information. I am now concerned. When I reached out to the company to see what they were doing the call mysteriously disconnected. I am currently in the process of putting all my accounts on fraud alert.

**Consumer's Desired Resolution:**

I would like an explanation and also to be assured that they have not checked my credit and/or did anything unlawful.

# Complaint Messages

**03/07/2019 - Jake Carter**

Respond to Complaint

We are sorry you became uncomfortable during your call with one of our representatives and decided to hangup the call. What happens to your loans after your interaction with our company is not our responsibility. There could be a number of factors that caused you to receive notifications that your accounts settings were changed. Please rest assured that all your information has been wiped from our systems for your security.

# Financial Preparation Services

**Case #:** 13421579

| | | |
|---|---|---|
| **Consumer Info:** | ▮▮▮▮▮▮▮<br>Batesville, AR ▮▮▮▮ | |

| | |
|---|---|
| **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 3/4/2019 5:36:59 PM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

The student loan financial advisor asked me for SSN, last year's taxes, 2 recent check stubs, and promised me loan forgiveness. Terms were $207 for 6 months and then $42 per month for 240 months and then the loan would be forgiven. The total amount of my student loans is about $21,000 I was told my payment to the US Dept of Education would be $0 and that the $42 per month was for recertification. After reading many negative reviews and blogs stating that this company is a scam, I called in to request a full refund. The representative told me he had a client on the other line and then he hung up on me. I requested a refund and he hung up on me.

**Consumer's Desired Resolution:**

I want a full refund.  This company's practices are questionable at best and I am now concerned that my personal information is at risk.  I cannot confirm if this is a scam, or not at this point in time, but I also cannot identify any legitimate DOE student loan forgiveness programs that I do qualify for.  So, best case scenario, I would be spending money applying for programs that I do not qualify for.

# Complaint Messages

**03/11/2019 - Jake Carter**

Respond to Complaint

We apologize for your negative experience while working with our company. You should never be hung up on while speaking with one of our representatives. We apologize for this persons actions, they will be reprimanded. Please rest assured that your account has been cancelled and your information has been deleted from our database for your security. Please let us know if you have any other requests.

# Financial Preparation Services

**Case #:** 13433929

**Consumer Info:** 
Ware, MA

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 3/9/2019 8:35:37 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**
They changed my family size to 8 which gave me a zero payment to the government. I did not know this till i called naviant who is the service on my school loan. They lied to get a 0 payment, this is fraud. I know have to refile a new another icr with the dept of edu. Also I had to cancel my credit card.

**Consumer's Desired Resolution:**
I feel they owe me at leas 500 dollars for this unnecessary unjust act.

# Complaint Messages

**03/15/2019 - Jake Carter**
Respond to Complaint
We apologize if there was an error on your account. We are investigating what caused your account to have errors. For now we have issued you a refund of your initial payment and your account has been closed. We apologize for your negative experience with our company.

# Financial Preparation Services

**Case #:** 13434535

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Palm Coast, FL | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 3/10/2019 3:45:33 PM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**
This company claims to contact the US Department of Education in reference to my student loans but yet my balance is still increasing. Made promises of 6 installment payments of $207.50 just like others that have had problems with them. Close my account, stop taking payments and delete my information now. This is a scam. You guys are not affiliated with the US Department of Education and i do not wish to do business with your company.

**Consumer's Desired Resolution:**
Stop taking money out of my account as I no longer wish to do business with your company.

## Complaint Messages

**03/18/2019 - Jake Carter**
Respond to Complaint
We reached out to ▮▮▮▮ and are requesting that he return our message so we can resolve his complaint. Please call at your earliest convenience.

# Financial Preparation Services

**Case #:** 13446790

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>San Diego, CA | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 3/16/2019 1:01:30 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I entered into their forgiveness loan program, and completed a contract that Asked for an initial payment of $249 on 2-20-19 to begin the processing of my paperwork that relinquishes it out of the possession of Navient. I was told that after making the first processing fee, my paperwork would be taken care of, and that I will not begin my other 5 payments of $249 until 3months , followed by remaining payments of $32. My problem is that I am still getting contacted by navient about needing to choose a payment plan, or I'll have to begin payment in april, which means that I'll not only be making payments to navient, but also to my "forgiveness loan plan." This ordeal is totally contrary to what I expected, since the processing of my loan should have been taken care of already with the initial payment. I just feel that a payment shouldnt have been withdrawn from my account until the processing was completed.

**Consumer's Desired Resolution:**

If the matter of understanding regarding my loanr isn't cleared up with navient, is like to receive a refund. Because, right now I'm confused as to whom I'm  supposed to refer payments.

# Complaint Messages

### 03/22/2019 - Jake Carter
Respond to Complaint

We are currently working on offering ▮▮▮ an explanation of our services. We seem to be having some issues connecting. We tried giving you a call, but we were unable to leave a message due to your voice mail being full. Please call the number that is listed on our BBB. We will make sure you are taken care of.


**03/23/2019 -** ▮▮▮▮▮▮

I accept the business's response to resolve this complaint


Better Business Bureau:


I have reviewed the response made by the business in reference to complaint ID 13446790, and find that this resolution would be not satisfactory to me. They said they did not receive the payment of $249,

however, it sho██████████████████ that it was deducted on 2-21-19.  I will wait for the business to perform this action of a refund. After that, I will consider this complaint resolved

Regards,

██████████

██████

# Financial Preparation Services

**Case #:** 13478897

**Consumer Info:** 
Bowling Green, OH

**Business Info:**
Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 4/1/2019 3:23:46 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I'm trying to get out of using this service. I feel like they were not truthful with me when I signed up. I thought they were a company that was taking over my student loans. I had no idea that they just do the documentation process for my loans and I have to pay them monthly on top of my student loan payment/

**Consumer's Desired Resolution:**

I would like to get out of my agreement and no longer use their business.

## Complaint Messages

**04/08/2019 - Jake Carter**

Respond to Complaint

We cancelled out [ ] account and have stopped billing her for our services. During your initial conversation with our company, we do require that our clients go through a series of compliance questions. These compliance questions are in place to make sure you understand that we are a document preparation company. Its possible you may have forgot that you agreed and understood what our services were for. Madison's account has been completely closed and her information was deleted from our database for her security. Please reach out to us if you have any questions.

# Financial Preparation Services

**Case #:** 13495006

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Gloucester, MA | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 4/9/2019 10:20:01 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company is a scam and has taken my money. They called me and claimed they would consolidate my loans and all I had to do was pay 208$ for a few months and then a monthly payment of 40$. They claimed that I was forgiven 18,000$ off of my student loan. Tax season came up and I did not receive a form for my taxes and when I asked they would not give me an answer. That sent off a light bulb in my head so I decided to look into my bank statements and my loan provider information and they were not matching up. I would like to close out my account with them and I want all of the money I had paid to them back. Thank goodness I decided to look them up now and realized it was a scam rather than a few years down the line when I would owe more for my loans.

**Consumer's Desired Resolution:**

I would like any money that I paid to them to be placed back into my account and for them to close out my account.

## Complaint Messages

**04/17/2019 - Jake Carter**

Respond to Complaint

We were able to connect with ▮▮▮▮▮▮ and explained to her our companies services. At this time we are currently working on a resolution together. ▮▮▮▮▮▮ is considering continuing our companies services. She will update the BBB once we reach an agreement.

# Financial Preparation Services

**Case #:** 13500137

**Consumer Info:**



Moscow Mills, MO

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 4/12/2019 2:03:58 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

I was contacted by this company through a requested service regarding Sallie Mae lawsuit settlements. They sent a text, which I called the number of. This company said they could reduce my student loan payments and offer forgiveness in 10 years. This company made some great promises about helping with loan forgiveness and reducing my student loan payments. I was charged $199.17 per month, for 6 months, for their promised services. In April of 2019, I received notice from FedLoans that I had a payment due, which I was unaware of. I called Fedloans and let them know I was working with this company, and that I had been notified that my paperwork had been sent in. The representative obtained a copy of the paperwork filed by Financial Preparation Services. I learned that they filed paperwork in my name, with Fedloans, that contained false information. They "reduced my payment" by falsifying papers which states I was a Single Mother of 5....I am married, and have never had children. When I started working with this group, I let them know I was married and had no children. They informed me that my husband's income does not count in this calculation and that they would reduce the payments; I was unaware they would accomplish this through lies. After speaking with the Fedloans representative, I was informed that the false documents could get me audited, and in serious trouble with the federal government because there was no way to prove I was not the one who filed the false documents with the federal government. When I tried to contact them for answers as to what was going on, the phone number on their website, and the phone number listed with one of their representatives, kept saying not in use. I emailed a representative, and have heard nothing. I am out $1,200, have had to obtain a new debit card, bank account and I am fighting with my bank to recover the funds. Additionally, I am now receiving automated phone calls stating that a lawsuit has been filed against my social

**Consumer's Desired Resolution:**

Refund my $1200.

## Complaint Messages

**04/25/2019 - Jake Carter**

Respond to Complaint

We apologize for your negative experience while working with our company. While we strive to perfect our process, every now and then we do run into errors that can happen for various reasons. We will continue to perfect our process so mistakes do not happen on our clients accounts. Your patience regarding the matter is appreciated. We have completed your requests and your account has been

closed with a re█████ ████ ████ ██ if you have any other concerns you'd like addressed.

# Financial Preparation Services

**Case #:** 13504080

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ Barnhart, MO ███ ███████████ | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 4/15/2019 3:58:06 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

This service states that it offers a 100% guarantee, through written advertisement and orally on the phone with the service provider representative. This is false. I have tried to get my refund and am unable to do so. I have called numerous times--the phone number is not a working number anymore. I have emailed the company, my service representative, and my personal financial representative that sent in the paperwork to FEDLOAN. On top of the fact that they are falsely promising a refund at any time up until the first payment to FEDLOAN, they also lied on my application to the government about my employer (stating am paid monthly which is true, but also that I am paid 10 out of 12 months a year, which is false.) They also stated I had more children than I do to get me a lower payment rate. I had to redo my paperwork and Finacial Preparation Services is not contacting me or providing me with a phone number to call and resolve these issues. ,

**Consumer's Desired Resolution:**

I would like to discuss my concerns and dissatisfaction with a person from Financial Preparation Services and get a refund of the payments made to the company. I want them to stop any services on my behalf, and to stop trying to collect any more payments from me.

# Complaint Messages

**04/30/2019 - Jake Carter**

Respond to Complaint

We spoke to ███████ in regards to the discrepancies that occurred her account. We apologize for the negative experience you had while working with our company. We have completed your request, please let us know if there is anything else we can do for you.

# Financial Preparation Services

**Case #:** 13518391

| | | | |
|---|---|---|---|
| **Consumer Info:** | Kansas City, MO | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618 |

https://www.financialpreparationservices.com/

**Date Filed:** 4/23/2019 2:58:55 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I filed for a Student Loan reduction loan in Feb 2019 and recently tried to contact this company for an loan application withdrawl. I emailed jbidwell@financialpreparationservices.com with no response, also faxed a letter to withdrawl the loan application to 833-475-8133 which was successfully transmitted, however they seem to be out of business. When I call the 877-709-0795 it says this isn't a working number. I have no idea what status that leaves me in with this company. I don't want their loan and don't know what to do. They are also floating around somewhere with my Social security number and my credit card information as I had set this up at the time of loan application. I'm very worried I have been scammed.

**Consumer's Desired Resolution:**

I want to withdraw my loan application and them to acknowledge this in writing.

# Financial Preparation Services

**Case #:** 13518475

**Consumer Info:** 
Kansas City, MO

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 4/23/2019 3:14:26 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I applied for a student loan reduction program in Feb 2019, filled out the loan application, gave my SS #, my credit card information and thought all was a go. I tried to call today as I haven't heard anything, the number is disconnected, I emailed my loan officer John Bidwell with the request to withdraw my loan application also faxed the letter to withdraw my loan application and I get no response. I am quite worried as I gave my SS# and my Credit card information. I feel I have been scammed.

**Consumer's Desired Resolution:**

I want my loan application withdrawn and verification my SS# and credit card information has been destroyed.

# Complaint Messages

**04/30/2019 - Jake Carter**

Respond to Complaint

We apologize if you were not comfortable with the service our company provides. Please rest assured that all your information has been deleted from our systems, for your security. Please give us a call if you would like a more adequate explanation of our services. We thank you for your patience regarding this matter.

# Financial Preparation Services

**Case #:** 13527408

| | | | |
|---|---|---|---|
| **Consumer Info:** | Jamestown, NC | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 4/29/2019 9:31:48 AM

**Nature of the Complaint:** Service Issues
**Consumer's Original Complaint:**
This company contacted me regarding student loan consolidation which I signed a contract and repayment plan for. They drafted $600 from my given payment method but I was still receiving notices about my student loans being past due from the original lender. When I initially tried to contact the company I was told they needed a copy of my W-2 in order to proceed with our contract. Those documents were provided and the original lender still has not been contacted and my loans are still showing past due. I have tried multiple times to contact the two employees I worked with, one to set-up the consolidation and one to provide my documentation, I have been unable to connect with either person. I have not received a call back or an email response to any of my attempts to make contact.
**Consumer's Desired Resolution:**
I would like a refund of the payments that were drafted from my account since NO services were provided. Other people need to be aware of what a scam this company is running.

# Complaint Messages

**05/06/2019 - Jake Carter**
Respond to Complaint
We apologize for the inconvenience our company has caused you. We never received the necessary documentation to submit your application. Due to this and the lack of communication on our end, nothing was ever done on your account. We have completed your requests, please let us know if there is anything else we can assist you with.

# Financial Preparation Services

**Case #:** 13538153

**Consumer
Info:**



Guyton, GA

**Business
Info:**

Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 5/3/2019 10:34:35 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

This company is scamming. My credit card company told me that they were so I needed this to stop immediately. However I have been being charged since January/February. This needs to be resolved.

**Consumer's Desired Resolution:**

I would like to be refunded for al months that have been taken from me as as be removed from this program.

## Complaint Messages

**05/07/2019 - Jake Carter**

Respond to Complaint

We were able to communicate with ▇▇▇▇ and reassured her of our companies services. She no longer wants to cancel and is going to move forward with our services.

# Financial Preparation Services

**Case #:** 13543093

| | | | |
|---|---|---|---|
| **Consumer Info:** | [REDACTED]<br>Barnesville, GA [REDACTED] | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 5/6/2019 3:47:30 PM

**Nature of the Complaint:** Refund / Exchange Issues

**Consumer's Original Complaint:**

This company was stating that I could get my student loans forgiven (loan forgiveness program). They were going to handle the paperwork with the Department of Education to get all of this handled, but they did not. I was to pay them a certain amount of money for a certain amount of years and that would take care of the loans. At the present time, the company that handles my student loans (Navient) has not gotten anything from them on top of me paying the financial services money to handle this situation. At the present time, I am paying the financial services money on top of having to pay Navient. When I called the financial preparation services office about not getting anything from Navient, they stated that I should get a letter from them about my loans being forgiven. This has not happened. I haven't received a letter nor does Navient have anything from them. This service is not cheap and I have been schemed out of money from it and would like for that money to be returned and my file deleted from the financial preparations services record.

**Consumer's Desired Resolution:**

I wold like a refund of the services and my file to be deleted from their records.

# Complaint Messages

**05/20/2019 - Jake Carter**

Respond to Complaint

We reached out to [REDACTED] today and we were unable to leave her a voicemail due to connectivity issues with our phone systems. Please call 949-523-1978 and ask to speak with Jay Carter. He is our complaint manager and will take care of all your concerns. Thank you for your patience.

**05/22/2019 -** [REDACTED]

I accept the business's response to resolve this complaint

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13543093, and find that this resolution would be satisfactory to me. The complaint has been resolved to my satisfaction.

Regards,

# Financial Preparation Services

**Case #:** 13547610

| | | | |
|---|---|---|---|
| **Consumer Info:** | [redacted] Meridian, ID [redacted] | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 5/8/2019 2:09:04 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I have tried to consolidate my student loans and now the numbers that I had for the company no longer work. I have given them $1250.00 or more and have seen nothing. I am not sure what to do from here. Has anyone else had issues with the company. This company said they could reduce my student loan payments and offer forgiveness in 10 years. This company made some great promises about helping with loan forgiveness and reducing my student loan payments. I was charged $249.00 per month, for 6 months, for their promised services. I sign an agreement and part is as followed "By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes."

**Consumer's Desired Resolution:**

I would like to know if the company is really doing what they stated they are doing as well as make things right with the Student Loan lender and fix my credit.

## Complaint Messages

**05/15/2019 - Jake Carter**

Respond to Complaint

Please return our call at your earliest convenience, a contact number was provided for you in your voicemail box.

# Financial Preparation Services

**Case #:** 13549214

| **Consumer Info:** | ▮ Akron, OH ▮ ▮ | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 5/9/2019 10:02:18 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

Was told $199.17 was going toward fees in the first 6 months, the every month afterwards $40 every month for 20 years was going to be taken out of my account for services working to consolidate my student debt and forgive $10,000 some odd dollars. I believe I was scammed because Nelnet is still contacting me for my loans. FPS promised me I wouldn't be getting anymore calls or letter from Nelnet after informing them that To basically go through FPS if there is any problem. However because I'm still being contacted I'm guessing that was a lie. All I want is my money back in full.

**Consumer's Desired Resolution:**

I just want to get my money back hassle free. All $1,195.02.

## Complaint Messages

**05/16/2019 - Jake Carter**

Respond to Complaint

We spoke with ▮ about her concerns with what our company had done with her loans. We explained to ▮ the income based forgiveness program we set her up for and she now completely understands our services and what that entails. Unfortunately she has decided not to continue services at this time and her account was cancelled out with her desired request. ▮ is open to possibly continuing our services in the future and we would happily take her back as a client. Please give us a call if you any additional questions.

# Financial Preparation Services

**Case #:** 13551148

| | | | |
|---|---|---|---|
| **Consumer Info:** | Tampa, FL 33634 | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 5/10/2019 1:41:29 AM

**Nature of the Complaint:** Customer Service Issues

**Consumer's Original Complaint:**

This company is a fraud, they texted me offering help with student loan forgiveness and after I agreed to this they said my first 6 months payments would be $220 then 22$ after that for 10 years. It has been 4 months and I am still receiving missed payments from FedLoan and FedLoan states no one has taken over my payments and I am still behind in payments. I have emailed this company and no one has responded!!' This is a scam!!!! This company needs to contact me ASAP or a lawyer will be contacting!

**Consumer's Desired Resolution:**

Explanation, proof and/or refund

## Complaint Messages

**05/24/2019 - Jake Carter**

Respond to Complaint

We left ▇▇▇▇ a voicemail with direct contact information. Please reach out to us at your earliest convenience.

Marin Decl. (BBB) - Attachment C

Pl. Ex. 50
p. 1402

# Financial Preparation Services

**Case #:** 13552929

**Consumer Info:**



New Haven, IN

**Business Info:**
Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 5/10/2019 8:00:16 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company contacted me offering student loan forgiveness. I spoke to a lady and started the process, everything was completed and she told I had to pay a processing fee. Which was broken up into six payments of 207.50, and 32 dollars after that for the next 10 years. I asked her by doing this that only had deal with them and she yes, I asked again so I don't have anymore dealings with FEDLoan and she yes, and if fed loan contacted me to call her back. So I was still getting letters and phone call from fed loan, so I called her back and she said it'll take 30 days for fed loan to get all the paperwork. They have taken out several payments of the 207.50 and the letters and phone calls are still coming in after 3 or 4 months of paying this company. I made calls to in contact with this company and now the number has been changed or no longer in service. So I decided one to look them up on BBB website, because something smelled fishy and sure I discovered I wasn't the only one that they scammed. They took the money and never provided any service that was promised. I called this fraud and need answers.

**Consumer's Desired Resolution:**

Pay the money back they took out of my account. Nothing more and nothing less.

# Complaint Messages

**05/24/2019 - Jake Carter**
Respond to Complaint
We called Tyrus and left him a voicemail with our contact information. Please return our call at your earliest convenience.

# Financial Preparation Services

**Case #:** 13556713

| | | |
|---|---|---|
| **Consumer Info:** | Hyattsville, MD | **Business Info:** Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 5/13/2019 6:20:43 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I signed up with financial preparation services with the impression that they would takeover my loans from my old servicer and that I would pay an initial 5 monthly fees of $249 and then pay installments of $42 every month there after (with reassessment every year based on my job and income). I signed up in January 2019 and at this point in time, early May 2019, I have made 4 payments totalling $1000. I had a question about my loans and i try to call the company. Every phone number i found is now out of service and every email that I have attempted to send has come back as undeliverable. At this time, I'm now convinced that this company lies to students to get them to sign up for financial services and steals money from them. My loan balance is still the same, nothing has changed except the fact that I'm now $1000 out of money. I would appreciate a refund due to their lies and scamming. I would also appreciate that this business be punished for the lies that they are telling to students, who are seriously seeking assistance, to scam them out of their money. I will be getting a new bank card to insure that they can no longer charge me. I want to cancel my account but theres no number to call and no one to email.

**Consumer's Desired Resolution:**

I would appreciate a refund due to their lies and scamming. I would also appreciate that this business be punished for the lies that they are telling to students, who are seriously seeking assistance, to scam them out of their money.

# Complaint Messages

**05/28/2019 - Jake Carter**

Respond to Complaint

We left ▆▆▆ a voicemail to return our call. A number was provided for her to call back. Please return our call at your earliest convenience.

**05/28/2019 - ▆▆▆▆▆▆▆**

I accept the business's response to resolve this complaint

Hello,

The business successfully resolved this issue by closing my account and providing me with a full refund. I hope that in the future they do not treat students the way that they have treated me.

Thanks,

███████████

Better Business Bureau:

I have reviewed the response made by the business in reference to complaint ID 13556713, and find that this resolution would be satisfactory to me.  I will wait for the business to perform this action and, if it does, will consider this complaint resolved.

Regards,

███████████

# Financial Preparation Services

**Case #:** 13572051

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Topeka, KS | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 5/21/2019 4:32:10 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company said we would pay $199 a month for 6 months to consolidate loans then we would pay the new loan company the monthly payment (which is $0 based on my income for 10 yrs with a payment plan revision every year (per new loan company). Both new loan company and department of ed said these people are scammers...they are still charging $40 a month. Won't communicate back and have tried to close account with them as new loan company also said that there shouldn't be anyone else involved but them in regards to account and income driven repayment. They claimed they were affiliated with department of education but are not. I'm fighting with bank to get money back and had to cancel my card. They are completely untruthful, liars, and pray on unknowledgable people who actually believe they are affiliated with department of ed. Who has never heard about these people and have said that no one should have to pay to co allocate loans.

**Consumer's Desired Resolution:**

Refund and closing of account with them with NO further contact.

## Complaint Messages

**06/04/2019 - Jake Carter**

Respond to Complaint

Due to the nature of your complaint. We do need to speak with you directly in order to issue a refund. Please contact the number that was provided for you in your voicemail box.

**06/06/2019 -**

I do not accept the response made by the business to resolve this complaint

I have contacted them multiple times and left two messages that have been unreturned. Due to only having 5 days to accept or reject, their failure to follow through and actually deal with this personally has forced me to have to reject their response as they are apparently unwilling to actually fix this directly.

**06/13/2019 - Jake Carter**

Respond to Complaint

We apologize if you were not able to reach a resolution to your complaint on the day you had first attempted to make contact with us. Since then we have reached out to you a few times and left you

voicemails, but ~~we still have not heard~~ back. Please give us a call back and leave a voicemail with the best time to reach you if we are unable to answer your call.

# Financial ██████ Services

**Case #:** 13621616

| | | | |
|---|---|---|---|
| **Consumer Info:** | ██████<br>Farmington, MN ██ | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 6/15/2019 6:08:16 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I registered with this company under the pretenses that I paid this company and they were paying the student loan services which after my loans are late find out that I am paying them just for processing forms and ██████ of that I am paying my student loan servicer. This would have changed my mind about going with this company which has now barged my $1250 to do 5 mins of paperwork. They are not willing to refund my money and I feel they Are a scam as everyone else was stating. They also do not do not return phone calls. Sad.

**Consumer's Desired Resolution:**

I would like a refund of my payment as I was lied to about your services and now my student loans are late.

# Financial Preparation Services

**Case #:** 13623792

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Richmond, TX | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 6/17/2019 2:34:34 PM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I was cold called by Maggie Real at FPS in December of 2018. She told me that FPS could get my student loan payments reduced to $130 a month and more that half my debt reduced. I did some research to make sure this was not some kind of scam. They had what looked like a legitimate website, she sent me some articles, and some reviews I found on Google seemed satisfactory. my loan is with Navient. I specifically asked Maggie where my loan would go. She told me it would move to the Department of Education. That was not the case. I paid them $199.17 per month for 4 months. During that time I got several letters from navient saying my monthly payment changed. First, it was still with Navient, which was not what I was told. Second, the new monthly payment was $330 then $240, not what I was told it would be. Finally, i called navient to find out what was going on with my loan. They told me nothing had changed and I am in the same program I have always been in. The changes in my monthly payment was because I had changed employers twice and called FPS to update my income information. That is all they did. I don't see how my payments would have changed if I had not changed jobs. They did nothing. They did not do what I hired them to do. The phone number on their website is no longer in service. Some other company called "The Processing Department" handles my case. My point of contact changed 3 times. What they tell me is not consistent with what Navient tells me. I feel like I am a victim of a scam. All I want is my money back.

**Consumer's Desired Resolution:**

I just want my money back: $796.68

# Complaint Messages

**07/02/2019 - Jake Carter**

Respond to Complaint

Please call us at your earliest convenience. A contact number was provided for you in your voicemail box. Thank you for your patience.

# Financial Preparation Services

**Case #:** 13632893

| | | | |
|---|---|---|---|
| **Consumer Info:** | Lawrence, KS | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 6/20/2019 6:28:24 PM

**Nature of the Complaint:** Sales Issues

**Consumer's Original Complaint:**

On four separate occasions, Financial Preparation Services has contacted me at more than one of my personal cell phone numbers in an attempt to help me "Enroll in student loan forgiveness." I have asked repeatedly for all four numbers related to me be added to their DNC list. In light of the fourth cal which came yesterday, I have asked for confirmation of the addition on company letterhead. I have emailed this request to support@financialpreparationservices.com and jcarter@financialpreparationservices.com. Mail tracking software shows jcarter@financialpreparationservices.com has opened the email nine times but I have yet to receive any kind of viable response to my email. I have also called the business and a supervisor told me she was adding me to her DNC list, but I do not have any confidence since I've have been told that before. Please stop calling me.

**Consumer's Desired Resolution:**

Please provide a written statement on company letterhead that my numbers were added to your DNC list and provide a response to my communications.

# Complaint Messages

**07/05/2019 - Jake Carter**

Respond to Complaint

We can not confirm that we called you with the number you provided, that was attached to your complaint. Please feel free to place your numbers on the National Do Not Call lists, so you don't receive calls from companies who operate within regulations.

**07/05/2019 -** ▆▆▆▆▆▆▆▆▆

I do not accept the response made by the business to resolve this complaint

My number is already on the National Do Not Call list and you have received documentation of this via US Mail. Please confirm to me that you will stop calling my phone numbers ▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆

I have filed litigation regarding your consistent TCPA violations.

**07/11/2019 - Jake Carter**
Respond to Complaint
Due to the nature of your complaint and the pending litigation, we no longer need to address this
complaint with the BBB.

# Financial Preparation Services
**Case #:** 13647436

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Arvada, CO | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 6/27/2019 6:47:17 PM

**Nature of the Complaint:** Product Issues

**Consumer's Original Complaint:**

To whom it concerns, My name is ⬛ and I was working with Caitlin Beebower in regards to managing my federal student loans.I received a call stating that they would help me consolidate and refinance my federal student loans. In the first month, I was told that they would work with me on getting my loans consolidated, refinanced, and then moved to another servicer for the remainder of the loan term, but it required that I pay $249 for the first 5 months as an enrollment and registration fee. However, 2 months in, I had not heard any progress about this process and was still expected to pay and reached out several times. I have email documentation of the conversations stating that if I was patient, I would see the loan balance as paid off on my credit report, etc. However, in the last month, I have been reaching out trying to get help with this account to no avail, and in an attempt to reach out to speak to someone found out that my contact who I've been working with's email is no longer valid. I have several month's worth of documentation since March, over 3 months ago, that my federal loan management would transition to your company, which had provided me peace of mind that my financial future was going to be alright. However, since March, I have reached out NUMEROUS times regarding this process and what was taking place, with little to no reassurance. In April, I was told to give more time and patience due to the "guarantee" that things were taking place and this would be reflected on my credit report, which has YET to show. At this point, I am officially requesting to be withdrawn from this student loan management organization and to sever ties with Financial Preparation Services. I would also, like to be refunded the $996 which I have paid with NO services actually provided for this money.

**Consumer's Desired Resolution:**

I'd like the $996 that I paid for services over the past month refunded and to be removed from the program since I can't seem to get a hold of anyone through the company to take care of this.

# Complaint Messages

### 07/11/2019 - Jake Carter

Respond to Complaint

We were able to follow up with ⬛ and came up with a resolution to her complaint. Her requests are now complete and her information has been wiped from our database. Please let us know if there are any additional concerns you'd like addressed.

# Financial Preparation Services

**Case #:** 13651842

**Consumer Info:** 
Spartanburg, SC

**Business Info:** Financial Preparation Services
7545 Irvine Center Dr Ste 200 Rm 108
Irvine, CA 92618
(949) 523-1978

**Date Filed:** 6/30/2019 9:22:24 PM

**Nature of the Complaint:** Customer Service Issues
**Consumer's Original Complaint:**
I have called this company several times to cancel my contract, to none of which i could get a response. After reading several others problems regarding this company, I called to find out why my old student loans are being "handled" but great lakes is still in charge and delievering bills to me for loans that have been processed this past year. When speaking with this company, I was told that I paid them $260 for 6 months as a FEE for them to handle all past and future loans. Also, I still recieved 2 bills (after making my initial payment to them) by great lakes for my loans, so I paid my 250 depeost AND 2 months of student loan bills. I told them i was in school still taking out loans, married, and have a child and they told me my spouses income doesnt matter and not to put them on the application. This whole company is a scam and I want a refund for the amount that I have paid up to date for them to "handle" my loans, as well as my information deleted from the system so they will stop trying to charge my bank account.
**Consumer's Desired Resolution:**
Refund of Feb-April months of payments for "FEE"$ 207.50×3= $622.50 and to take my information out of their system so I can go back to Great Lakes

# Complaint Messages

**07/11/2019 - Jake Carter**
Respond to Complaint
Please call the number that was provided for you in your voicemail box. We would like to resolve your complaint.

**07/12/2019 -**
I do not accept the response made by the business to resolve this complaint
Called and left a message to be called back

**07/18/2019 - Jake Carter**
Respond to Complaint
We've followed up with       a couple times now after she left us a voicemail to return her call. We have still have not heard back. Please schedule a time you would like for us to reach out to you.

**08/19/2019 -** ▮▮▮▮▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

This is how unorganized this company is. A lower level manager was able to kindly and very simply resolve my complaint in which all upper levels of management couldnt. This company really dropped the ball in so many ways from communication, services not completed, charging for not needed services to begin with, not being available for customers and repeatedly saying the customer is unresponsive and the cause of issues not being resolved. This company is lucky to have a few employees such as Adon left, or it wouldnt be in business for long.

# Financial Preparation Services

**Case #:** 13762436

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Riverview, MI - | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 8/11/2019 2:52:33 PM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I signed a contract with this business for a student loan forgiveness program. I was told they would handle alll the paperwork and to disregard any paperwork sent my federal loans. I was told if i pay$ 249 for 5 months and 48 /month there after for 10 years my loans would be forgiven and after 3 months my credit report would show 0 balance and Financial Prep Services would assume the loans. However my credit report still shows 86,000 for student loans and last payment recieved was in June 27, and it is now August. I want to also be refunded all my payments as I have paid every month as per contract.

**Consumer's Desired Resolution:**

I want a full refund and my credit report addressed as promised

## Complaint Messages

**08/26/2019 - Jake Carter**

Respond to Complaint

We are currently working towards a resolution with ▮▮▮▮. We will update the BBB once we've reached a resolution to her complaint.

# Financial Preparation Services

**Case #:** 13778423

| | | | |
|---|---|---|---|
| **Consumer Info:** | ███████████ Brooklyn, NY ███ ███████████ | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 8/19/2019 11:57:27 AM

**Nature of the Complaint:** Contract Issues
**Consumer's Original Complaint:**

I refinanced my student loan held with FedLoan through Financial Preparation Services in February 2019. They offered me a lower monthly payment. FPS offered to pay my off my loan with FedLoan for monthly payments of $207 from February to July of 2019. Starting in August, my monthly payment was going to drop to $148.23. Payments were to be automatically withdrawn from my account on the 21st of each month. FPS filed for loan forbearance with FedLoan in February and March. FedLoan is sending me records of this. My loan was never repaid to FedLoan. FPS deducted 6x payments of $207.50 from my checking account account (Wells Fargo Bank) from February to July 2019. This is a total of $1,245.00 of payments. FPS was able to lower my monthly payments by falsifying my records. I am the only member of my household. FPS lied, claiming my household number was 6: myself, 3 children, and 2 other dependents. This is false. I have been in touch with FedLoan and my bank, Wells Fargo. Fed Loan reports my loan is 130 past due. They did not receive payments from me from April-August 2019. My loan was sent to Collections and my credit score dropped from 728 to 615 between July 28th and August 15th.

**Consumer's Desired Resolution:**

1. Refund:

I would like a refund of the $1,245.00 I paid to FPS. They lied, saying this was going to pay my student loans. They never paid my loan. They stole this money from me.


2. Correction to a credit report:

I would like to have my credit score returned to 728, if possible. I would also like there to be a note on my credit that explains that I was the victim of fraud, which is why my credit was negatively affected.

# Complaint Messages

**09/03/2019 - Jake Carter**
Respond to Complaint

█████ spoke with a senior supervisor regarding the errors on her account. We apologize if the information regarding the programs was not conveyed to you in an appropriate manner. Errors of this nature are not

taken lightly and we will do everything in our power to make sure this does not happen again moving forward as a company. We have issued ▮▮▮ a full refund and hope that this resolution is satisfactory to her. Please let us know if we can be of further assistance.

**09/04/2019 -** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
I do not accept the response made by the business to resolve this complaint

Dear BBB,

I am rejecting this response from the business, Financial Preparation Services (FPS), as it is purposely misleading. FPS stole my student payments for six months. They committed fraud to the government without my knowing or consent, by falsifying my records to my federal loan company. I am the only member of my household. FPS lied, claiming my household number was 6: myself, 3 children, and 2 other dependents. This is false! They then did not pay any of the original loan their business model promises they would. They kept all my money for six months of payments and would have done for years if I had not ben notified by Collections that my original loan had gone into delinquency.

Yes, I have since been refunded the money. My bank requests half of my money back, which I received. I then got the remaining half back because I called the company and threatened to sue them.

This company is LYING to clients and the government by knowingly falsifying records and preying on the vulnerable population in need of relief from student loan debt. This is ILLEGAL and a SCAM. PLEASE SHUT THEM DOWN SO OTHERS DO NOT BECOME VICTIMS LIKE I WAS.

When you contact this company by phone or email, no one gives you their direct line and no emails have signatures. All the files sent to clients to sign are e-files that cannot be saved into PDFs. I am so regretful I trusted them. Looking back now I can see they were a scam all along. I AM ATTACHING ALL ME EMAILS EITH THIS COMPANY AND ITS REPRESENTATIVES TO THIS EMAIL. PLEASE READ THEM.

Please look into this shady scam of a company!

**09/10/2019 - Jake Carter**
Respond to Complaint
We are truly sorry for the experience you had while utilizing our companies services. It was not our intention to put you through such a complicated situation and cause you unnecessary frustration. Even though your complaint can be perceived as negative, we hope to learn from this situation and use your experience as an example. We thank you for your feedback. We will continue to perfect our process, so mistakes of this magnitude, do not happen again moving forward.

# Financial Preparation Services

**Case #:** 13818212

| | | | |
|---|---|---|---|
| **Consumer Info:** | <br>Duncanville, TX | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 9/6/2019 2:22:04 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I have spoken with the US Department of Education and this company is not affiliated with them or any government agency and is a third party company. They claim that they are representing the Federal Student Loan Program and can guarantee a set loan repayment plan. Ms. **** told me after paying $207 per month for 6 months, then I would only have to pay $42 per month for 10 years and all of my student loans would be forgiven. The Department of Education Representative told me that such a fixed rate is not even possible because each year, your payment plan is recalculated and adjusted. Also, Financial Preparation Services takes a portion of the monthly payment as a fee, and the Department of Education Representative said that anyone can manage their loans directly through them for free.

**Consumer's Desired Resolution:**

This is a scam and I wish to be removed from the program..

# Complaint Messages

**09/20/2019 - Jake Carter**

Respond to Complaint

We have contacted ▮▮▮ and his account with our company is now closed. We apologize for the miscommunication regarding your student loan repayment. We have completed your request, please let us know if we can be of further assistance.

**09/23/2019 -** ▮▮▮▮▮▮

I do not accept the response made by the business to resolve this complaint

They did not close on their on accord they got caught as a scam and my bank refunded my money

# Financial  Services

**Case #:** 13821637

| | | | |
|---|---|---|---|
| **Consumer Info:** | Lake Worth, FL | **Business Info:** | Financial Preparation Services 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, CA 92618 (949) 523-1978 |

**Date Filed:** 9/9/2019 7:55:38 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

I have more than one complaint! However, you can only choose one from the dropbox. Customer service: They're extremely kind and available to speak with you anytime of day before they take you money. After 7 months of successful payments, all I want is to be able to speak to someone who can take care of one issue and no one is ever available to take my call. It has been a month of fun around and saying I will receive a call back and I have not. Breach in contract on their part. As discussed and I am sure on record in the original conversation back in February. Once I successfully made 7 months towards this service, my garnishment of my paycheck would stop. 3 paychecks later and it has not! I need to speak to someone so It will stop as originally stated upon me signing a contract or I want the last 7 months of $250 paid to your company in full return.

**Consumer's Desired Resolution:**

An immediate phone call from my processor, JARED HERD, on an immediate solution on my garnishments not being pulled from another paycheck or a FULL refund of all payments made to financial preparation services from February 2019 onward.