# Financial Preparation Services

**Case #:** 13825192

| | | | |
|---|---|---|---|
| **Consumer Info:** | Milwaukee, WI | **Business Info:** | Financial Preparation Services<br>7545 Irvine Center Dr Ste 200 Rm 108<br>Irvine, CA 92618<br>(949) 523-1978 |

**Date Filed:** 9/10/2019 1:00:28 PM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

This company is a FRAUD! They cold call you right after I applied to Department of Education Consolidation program. They talk a great game and have multiple people answer the phone with music and a bogus survey at the end. I experienced a the exact same thing as this person" This company claims to contact the ** ********** ** ********* in reference to my student loans but yet my balance is still increasing. Made promises of 6 installment payments of $207.50 just like others that have had problems with them. Close my account, stop taking payments and delete my information now. This is a scam. You guys are not affiliated with the ** ********** ** ********* and i do not wish to do business with your company." I called multiple times and they have the same clowns posing as loan advisors turned answering service called Customer support. They go back and forth from being in Irvine, CA to Chesapeake, VA. You can't get anyone real on the phone after you spend the money. I've already lost my payments please, please DO NOT give this phony company a penny.

**Consumer's Desired Resolution:**

I would like a complete refund. These people are fake and this is NOT a legitimate business.

## Complaint Messages

**09/25/2019 - Jake Carter**
Respond to Complaint
We are currently working towards a resolution to Isaias complaint. We will update the BBB once a resolution is reached.

Jacob, I was told some inaccurate information on the phone as well as money being pulled from my account. After going to the better business bureau page I see a lot of people have had the same issue with this as well... I want the money that was taken out of my account put back immediately. I have already put in a claim with the better business bureau against you and will take further action if this is not corrected. My bank is also on stand by with problem. It's $239

Sent from my iPhone



New Message

Marin Decl. (BBB) - Attachment C                Pl. Ex. 50
                                                        p. 1423

 

---

## Contact Information
3 messages

---

**Paul Burstrom** <pburstrom@processingsupport.com>                        Fri, Aug 23, 2019 at 2:36 PM
To: ▉▉▉▉ @gmail.com

    Please find contact information below
    My normal work schedule is 9:00 to 5:30 pm Monday through Friday EST
    Paul Burstrom
    Direct Line 1(949) 647-4894
    TOLL FREE  1(888) 998-2587
    Fax: 1(833) 940-1894
    Email: pburstrom@processingsupport.com

---

▉▉▉▉ < ▉▉▉▉ @gmail.com>                        Tue, Sep 3, 2019 at 9:19 AM
To: Paul Burstrom <pburstrom@processingsupport.com>

    Hi Paul,

    Confirming receipt of the check you sent refunding my account with FPS.

    Many thanks,

    ▉▉▉▉

    [Quoted text hidden]

---

**Paul Burstrom** <pburstrom@processingsupport.com>                        Tue, Sep 3, 2019 at 3:31 PM
To: ▉▉▉▉ ▉▉▉▉ @gmail.com>

    It was my pleasure Ma'am

    **Paul Burstrom**

    **Customer Support I**

    **Direct Line 1(949) 647-4894**

    **TOLL FREE  1(888) 998-2587**

    **Fax: 1(833) 940-1894**

    **Email**: pburstrom@processingsupport.com

    Toll-Free: (877) 757-7727

    ***** Email confidentiality notice *****

    CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and
any attachments, may contain CONFIDENTIAL information. The information is intended only for
use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of

the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

---

**From:** ▮▮▮▮▮ <▮▮▮▮▮@gmail.com>
**Sent:** Tuesday, September 3, 2019 6:19:52 AM
**To:** Paul Burstrom <pburstrom@processingsupport.com>
**Subject:** Re: Contact Information

[Quoted text hidden]



M Gmail                                                                    ██████ < ██████ @gmail.com>

**████████ | Proof of Income**

6 messages

████████ @gmail.com>                                                      Mon, Feb 4, 2019 at 6:10 PM
To: mcalloway@financialpreparationservices.com>

Hi Martin,

Thank you for your help today!

Please see attached 2x PDFs of my most recent paychecks.

Kindly confirm receipt.

Warm regards,

████ @gmail.com

**2 attachments**

📄 ████ PayStub 2.pdf
    10K

📄 ████ PayStub 1.pdf
    10K

Martin Calloway <mcalloway@financialpreparationservices.com>              Mon, Feb 4, 2019 at 6:13 PM
To: ██████ < ██████ @gmail.com>

Awesome!!! Thanks! Your welcome!

[Quoted text hidden]

████████ < ██████ @gmail.com>                                             Mon, Feb 4, 2019 at 6:16 PM
To: Martin Calloway <mcalloway@financialpreparationservices.com>

Thanks again!

████
[Quoted text hidden]

Martin Calloway <mcalloway@financialpreparationservices.com>              Mon, Feb 4, 2019 at 6:19 PM
To: ██████ - ██████ @gmail.com>

Absolutely ! Enjoy the rest of your day.

[Quoted text hidden]

████████ < ██████ @gmail.com>                                             Mon, Mar 4, 2019 at 12:19 PM
To: Martin Calloway <mcalloway@financialpreparationservices.com>

Hi Martin,

This is ████. You helped me get set-up with FPS last month.

I wanted to ask if you have a web payment service available or if I can set-up automatic payments for my student loans? I don't remember exactly what was set-up when I
signed up.

Thank you! Hope you are well!

Best regards,

████
[Quoted text hidden]

████████ < ██████ @gmail.com>                                             Thu, Aug 15, 2019 at 1:32 PM
To: Martin Calloway <mcalloway@financialpreparationservices.com>

Hi Martin,

Can you please reach out to me regarding the repayment loan I set up with you in March of this year?

I am getting notices that my loan with FedLoan has been delinquent and it's showing up on my credit report.

Please help me get this figured out.

Thank you,



[Quoted text hidden]

 Gmail



## Update - Application Submitted

4 messages

**Jose Garcia** <jgarcia@processingsupport.com>                           Thu, Feb 14, 2019 at 6:42 PM
To: [redacted]@gmail.com

██,

We received all the necessary documentation in order to process your income driven program application! We have reviewed your file for accuracy and have submitted your application to the Department of Education. Please keep in mind that the approval process can take up to 30-50 days.

If you have any questions, please do not hesitate to call me at (949) 899-6438

## Jose Garcia

### Processing Department

Direct Line: (949) 899-6438

Direct Fax: +1 (833) 777-7386

Email: jgarcia@processingsupport.com

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

---

[redacted] <[redacted]@gmail.com>                                       Fri, Feb 15, 2019 at 12:48 PM
To: Jose Garcia <jgarcia@processingsupport.com>

Hi Jose,

Thank you for your message and for working with the DoE on my behalf!

I received an email from StudentLoan.gov saying that I need to send my income documentation (see attached screenshot). Can you confirm that this is already done? I'm not sure if this is what your team has already submitted.

Thanks!



[Quoted text hidden]

                        **Screen Shot 2019-02-15 at 12.34.46 PM.png**
                        342K



**@processingsupport.com** <jgarcia@processingsupport.com>          Fri, Feb 15, 2019 at 2:12 PM
To: ▓▓▓▓ <▓▓▓▓@gmail.com>

Hello ▓▓▓,

Please disregard as I have done that for you already

Regards,

Jose Garcia

[Quoted text hidden]

---

▓▓▓▓ <▓▓▓▓@gmail.com>          Fri, Feb 15, 2019 at 2:55 PM
To: jgarcia@processingsupport.com

Thank you, Jose!
[Quoted text hidden]

 

---

## Repayment Plan Request Approved
3 messages

---

**Jose Estrada** <jestrada@processingsupport.com>                    Tue, Apr 9, 2019 at 7:22 PM
To: ████ @gmail.com

Hello ███,

Your application has been approved by Fedloans Your new payment information for the year is listed below:

**Repayment Program: Repaye**

**Monthly Payment Amount: $47**

**First payment Due Date:08/01/2019**

I will be reaching out to you in 10 months for updated proof of income, for your annual recertification. Please call me with any questions.

## Jose Garcia

**Processing Department**

Direct Line: (949) 899-6438

Direct Fax: +1 (833) 777-7386

Email: jgarcia@processingsupport.com

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

---

████ < ████ @gmail.com>                         Thu, Aug 15, 2019 at 1:30 PM
To: Jose Estrada <jestrada@processingsupport.com>, Martin Calloway <mcalloway@financialpreparationservices.com>

Hi Jose,

Can you please reach out to me regarding the repayment in your previous email?

I am getting notices that my loan with FedLoan has been delinquent and it's showing up on my credit report.

Please help me get this figured out.

Thank you,



[Quoted text hidden]

---

**Jos** ████ <jestrada@processingsupport.com>              Mon, Aug 19, 2019 at 12:07 PM
To: ████ < ████ @gmail.com>, Martin Calloway <mcalloway@financialpreparationservices.com>

Hello Ms. ,

Thank you for contacting us.

The email i sent you shows an amount of $47 dollars that has to be made directly to your servicer on a monthly basis. Your payments were to begin on 08/01/2019.

Were you able to make that payment to them?

---

**From:** ████████ <████████@gmail.com>
**Sent:** Thursday, August 15, 2019 10:30:53 AM
**To:** Jose Estrada <jestrada@processingsupport.com>; Martin Calloway <mcalloway@financialpreparationservices.com>
**Subject:** Re: Repayment Plan Request Approved

[Quoted text hidden]

# Attachment D

# Direct Account Services

## Case #: 13615122

**Consumer Info:**

████████████████
Raceland, LA █████
████████████████

**Business Info:**

Direct Account Services
173 Technology Dr
Irvine, CA 92618
8558775211

www.directaccountservices.com

**Date Filed:** 6/12/2019 12:22:55 PM

**Nature of the Complaint:** Advertising Issues

**Consumer's Original Complaint:**

I contacted Direct Account Services on 06/03/19 about after business hours robocalls to my cell phone made on 05/30/10, 06/03/19, 06/04/19, 06/06/19 with a pre recorded message selling their services that disconnected after their sales message played. My number is on the Do Not Call List. I contacted company again on 06/04/19 and requested copy of their Do Not Call List Policy. They did not provide policy or respond to any of my communications.

**Consumer's Desired Resolution:**

Contact by the business to provide copy of their Do Not Call List Policy and details/source regarding my number on their contact list.

# Attachment E

# Coastal Shores Financial Group

**Case #:** 13400699

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Kendallville, IN ██ ████@gmail.com | **Business Info:** | Coastal Shores Financial Group 7545 Irvine Center Dr Irvine, CA 92618 8558772363 https://www.coastalshoresfinancialgroup.com/ |

**Date Filed:** 2/22/2019 12:03:36 AM

**Nature of the Complaint:** Service Issues

**Consumer's Original Complaint:**

I spoke with the US Department of Education and this company is not affiliated with them or any government agency and is a third party company. They claim that they are representing the Federal Student Loan Program and can guarantee a set loan repayment plan. Ms. **** told me after paying $207 per month for 6 months, then I would only have to pay $42 per month for 10 years and all of my student loans would be forgiven. The Department of Education Representative told me that such a fixed rate is not even possible because each year, your payment plan is recalculated and adjusted.

**Consumer's Desired Resolution:**

Follow up by someone to shut this place down before people actually fall for this scam. It is a sister company to financial preparation services. That place needs shut down also for scamming people.

# Coastal Shores Financial Group

**Case #:** 13594303

| | | | |
|---|---|---|---|
| **Consumer Info:** |  Cranston, RI [gmail.com] | **Business Info:** | Coastal Shores Financial Group<br>7545 Irvine Center Dr<br>Irvine, CA 92618<br>(855) 877-2363 |

**Date Filed:** 6/3/2019 9:21:33 AM

**Nature of the Complaint:** Billing or Collection Issues

**Consumer's Original Complaint:**

I hired Coastal Financial to help with filing paperwork for Student Loan Relief, after making 3 payments totaling $662.13 I was informed by "Vincent Pham - Customer Support" that the client retention department cancelled out my file and I would receive a full refund. Within two weeks of receiving this email $441.42 was credited back to me but the remaining balance of $220.71 was never returned. I was told the refund would take 3-5 days from teh email received on 05/09/19. Email copied and pasted: Vincent Pham <vpham@processingsupport.com> May 9, 2019, 11:53 AM to me Hi Justin, Our client retention department has cancelled out your file and refunded your initial payment of $662.13. Please expect all funds back to your account inside of 3-5 business days. We are sorry to hear you won't be continuing your services with us. If you have any questions, feel free to email or give us a call at your earliest convenience and we hope you will keep us in mind for future services. Thank you, Customer Support Coastal Shores Financial Group Toll Free: (855) 877-2363

**Consumer's Desired Resolution:**

I would simply like to be paid out the balance owed

# Attachment F

# Global Direct Accounting Solutions

**Case #:** 13778384

| | | | |
|---|---|---|---|
| **Consumer Info:** | Garland, TX | **Business Info:** | Global Direct Accounting Solutions<br>173 Technology Dr<br>Irvine, CA 92618<br>8337800913<br><br>www.globaldirectaccountingsolutions.com |

**Date Filed:** 8/19/2019 11:28:30 AM

**Nature of the Complaint:** Contract Issues

**Consumer's Original Complaint:**

They were suppose to reduce my student loans thru a forgiveness program. They advised me to stop payment with my student loans and they would take over the loan and I would pay them direct. They stated I had to pay 5 installments of $250 and $80 per month thereafter for the next 20 years. They debited my bank account $250 for the first initial payment. I then began receiving outstanding bills from my student loans stating I was behind in my payment. I called MyFedLoans and they advised that they had never heard of Global Direct Accounting and my loan has been delinquent. I called Global Direct Accounting Solutions several times, with no return phone call. I would like them to refund my money of $250 as they are giving false advertising that they will help you with your loans when they are really taking my money and not doing anything to assist me in consolidating my student loans.

**Consumer's Desired Resolution:**

I would like a refund of $250.00 and destruction of all my personal information including my social security number, address and birthdate.

# Exhibit

Declaration of Lynne Berthiaume

Pursuant to 28 U.S.C. § 1746

I, Lynne Berthiaume, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Tacoma, Washington.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      I am a forensic nurse specialist and a single mom.

4.      Around April 2018, I received a phone call from a representative of Student Loan Account Management ("SLAM"). The representative identified herself as Hannah Schuler. Ms. Schuler told me that I could qualify for lower student loan payments because I qualify for the Public Student Loan Forgiveness Program (PSLF). Ms. Schuler gave me her direct phone number, (949) 202-2599, and SLAM's toll free phone number, (888) 283-9631.

5.      During our initial phone conversation, Ms. Schuler asked me for some information that she said was for the student loan forgiveness application, including my salary, social security number, marital status, dependents, employer, and 1040 tax returns. I told her I had two children and provided the other information to SLAM in order to qualify for PSLF.

6.      Ms. Schuler first told me that I would have to pay four monthly payments of $298.75 and then after that, I would pay a $40 additional cost per month. I asked why there was an additional $40 charge and Ms. Schuler told me that SLAM collects a $40 administrative fee for the next 10 years to maintain my account. Ms. Schuler also told me that after the four payments of $298.75, I would only pay $541 toward my student loan each month and then after 10 years the loan would be considered paid off under the PSLF program.

7.      At the time, I was making monthly student loan payments of between $580-600, depending on my income because I was in an income driven repayment plan.

8.      On April 24, 2018, I signed an agreement electronically with SLAM.

9.      On April 26, 2018, I received an email from hschuler@slaccountmgmt.com with the subject "Urgent – Proof of Income Required." Hannah Schuler asked me to verify my salary with my two most recent paystubs. I scanned the requested verification documents and emailed

1

them to SLAM. A true and correct copy of the April 26, 2018 email with the subject "Urgent – Proof of Income Required" is attached hereto as **Attachment A**.

10.     On April 26, 2018, I received a second email from hschuler@slaccountmgmt.com with the subject "Public Service Application Needed." In that email, Hannah Schuler asked me to verify my employment and included instructions for my employer. Shortly after receiving this email from Ms. Schuler, I submitted my employer verification. A true and correct copy of the April 26, 2018 email with the subject "Public Service Application Needed" is attached hereto as **Attachment B**.

11.     On April 27, 2018, my bank account was debited $298.75 by "SL Account MGMT 888-283-9631."

12.     On May 10, 2018, I received an email from hschuler@slaccountmgmt.com with the subject "Update – Application Submitted." In that email, signed by Hannah Anderson, but sent by Hannah Schuler, it states that my application has been submitted to the Department of Education. A true and correct copy of the May 10, 2018 email with the subject "Update – Application Submitted" is attached hereto as **Attachment C**.

13.     On May 30, 2018, my bank account was debited $298.75 by "SL Account MGMT 888-283-9631."

14.     On June 1, 2018, I received an email from hschuler@slaccountmgmt.com stating that my application had been approved and that my payments would be $261. A true and correct copy of the June 1, 2018 email with the subject "Repayment Plan Request Approved" is attached hereto as **Attachment D**.

15.     I assumed I had been approved for a lower initial monthly payment and that was why I had to pay $261 instead of the $541 that Hannah had quoted to me during the initial call.

16.     On June 30, 2018, my bank account was debited $298.75 by "SL Account MGMT 888-283-9631."

17.     On July 30, 2018, my bank account was debited $298.75 by "SL Account MGMT 888-283-9631."

18.     Between April and July 2018, I made four monthly payments of $298.75 directly to SLAM, as described in the paragraphs above.

19.     During that time, I received several email notifications from Fed Loans that my loans were past due.

20.     After each email I received from FedLoans, I called Hannah Schuler at SLAM to tell her that FedLoans was reporting me late on my payments. Ms. Schuler told me to ignore FedLoans and that payments are made through SLAM and I shouldn't worry about it. I asked Hannah several times if she was sure that I should not pay through FedLoans and she said yes, that I should pay SLAM instead of FedLoans. Hannah told me that FedLoans had not updated their website yet, but that I was fine. I had never been late on any of my payments to FedLoans, so I was worried about the emails I received from them.

21.     On August 29, 2018, my bank account was debited $40 by "SL Account MGMT 888-283-9631."

22.     On September 6, 2018, I sent an email to hschuler@slaccountmgmt.com with the subject "Payment." I told Ms. Schuler, "I did pay the 261.00 but fedloans shows me still owing the 483. They are showing me past due. Help please!!"

23.     On September 6, 2018, Ms. Schuler replied to my email and stated, "Your payments to fedloan a month are a total of $261."

24.     On September 7, 2018, I replied to Ms. Schuler's email "Re: Payment" and asked if I should call FedLoans. On the same day, hschuler@slaccountmgmt.com replied to my email and stated, "No I can see it on my end you are fine I promise." A true and correct copy of the email chain with the subject "Payment" is attached hereto as **Attachment E**.

25.     In September, I got another email from FedLoans regarding a late payment. This time, rather than call Hannah, I decided to call FedLoans directly.

26.     When I called FedLoans, I spoke to a representative who informed me that I still owed $483.81 for the month of September and that FedLoans had not received any payments from me since March 2018. The FedLoans representative also suggested to me that SLAM might be a scam and that I should change my bank card. He told me to call the company directly and

3

threaten to file a complaint. The FedLoans representative also told me to file a complaint with
the Consumer Financial Protection Bureau.

27.     The FedLoans representative told me that SLAM had reported me as having 5
dependents, for a total family size of six. I now believe that SLAM misreported my family size
in an effort to lower my monthly payment. I only have three in my family size, myself and my
two children. SLAM did not allow me to review the information it provided FedLoans. I never
would have reported more than two dependents.

28.     If I had known the money I was paying SLAM was not going to my loan balance,
I never would have paid the company.

29.     If I had known SLAM was going to submit false information to my student loan
servicer about my family size or income, I never would have paid the company.

30.     Immediately after speaking with the FedLoans representative, I called SLAM and
demanded my money back or I would file a complaint. The SLAM representative I spoke to told
me that I would get reimbursed.

31.     Approximately one or two days after my conversation with the SLAM
representative, I got a debit card refund for $1,235.00. This amount does not include the interest
that had accrued on the unpaid student loan payments.

32.     I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct.

33.     Executed on ___*30 August*___, 2019.


Lynne Berthiaume

At Tacoma, Washington

# Attachment A

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Lynne Berthiaume ▮▮▮▮▮ @gmail.com> |
| **Sent:** | Monday, July 1, 2019 10:00 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Re: Urgent - Proof of Income Required |

On Thu, Apr 26, 2018 at 10:19 AM Hannah Schuler <hschuler@slaccountmgmt.com> wrote:

Hello Lynne,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.

We **DO NOT** and **CANNOT** accept pictures of any form via email or fax. Please remit the necessary paperwork to us as follows

    **a.**  **Email** – You may scan and email the documents to us at: hschuler@slaccountmgmt.com

    **b.**  **Fax** – You may fax the signed document to: **1-877-977-9349**

    **c.**  **Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:

          8 Whatney Ste 100 #8 Irvine, CA 92618

**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Hannah Schuler**

**Processing Department**

1



# SL Account Mgmt

**SL Account Management**

**Direct:  949-202-2599**

**Fax:     1-877-977-9349**

**Email:  hschuler@slaccountingmgmt.com**

**Toll  Free: 1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment B

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Lynne Berthiaume ███████ @gmail.com> |
| **Sent:** | Monday, July 1, 2019 10:03 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Re: Public Service Application Needed |

On Thu, Apr 26, 2018 at 10:25 AM Hannah Schuler <hschuler@slaccountmgmt.com> wrote:

Hello Lynne,

We are still waiting for your employment verification form to be returned in order to complete your enrollment in the program. I have attached a copy if needed. Please have your employer fill this form out and return back to me as soon as possible. If you have any questions, please do not hesitate to call us at **949-202-2599**

Once again, congratulations!

    a.   **Email** – You may scan and email the document to me at: hschuler@slaccountmgmt.com

    b.   **Fax** – You may fax the signed document to: **1-877-977-9349**

    c.   **Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to: 8 Whatney Ste 100 #8 Irvine, CA 92618

**Hannah Schuler**

**Processing  Department**



SL Account Mgmt

**SL Account Management**

**Direct:  949-202-2599**

**Fax:    1-877-977-9349**

1

Email: **hschuler@slaccountingmgmt.com**

Toll Free: 1-888-283-9631

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment C

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Lynne Berthiaume ██████ @gmail.com> |
| **Sent:** | Monday, July 1, 2019 10:04 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Re: Update - Application Submitted |


On Thu, May 10, 2018 at 10:31 AM Hannah Schuler <hschuler@slaccountmgmt.com> wrote:

Lynne,

We received all the necessary documentation in order to process your income driven program application! We have reviewed your file for accuracy and have submitted your application to the Department of Education. Please keep in mind that the process can take up to 30-50 days.

If you have any questions, please do not hesitate to call me at 949-202-2599

**Hannah Anderson**

**Processing Department**



**SL Account Management**

**Direct: 949-202-2599**

**Fax:   1-877-977-9349**

**Email:** hschuler@slaccountmgmt.com

**Toll Free: 1-888-283-9631**

Berthiaume Decl. - Attachment C

Pl. Ex. 51
p. 1450

***** **Email confidentiality notice** *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Berthiaume Decl. - Attachment C              Pl. Ex. 51
                                                    p. 1451

# Attachment D

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Lynne Berthiaume ████████@gmail.com> |
| **Sent:** | Monday, July 1, 2019 10:05 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Re: Repayment Plan Request Approved |

On Fri, Jun 1, 2018 at 2:51 PM Hannah Schuler <hschuler@slaccountmgmt.com> wrote:

Hello Lynne,

Your application has been approved by (Insert Servicer). Your new payment information for the year is listed below:

**Repayment Program: PAYE**

**Monthly Payment Amount: $261**

**First payment Due Date: 08/23/18**

I will be reaching out to you in 10 months for updated proof of income, for your annual recertification. Please call me with any questions.

**Hannah Anderson**

**Processing Department**



**SL Account Management**

**Direct:  949-202-2599**

**Fax:    1-833-817-6482**

**Email:  hschuler@slaccountmgmt.com**

**Toll  Free:  1-888-283-9631**


**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment E

## Schneider, Dani (CFPB)

| | |
|---|---|
| **From:** | Lynne Berthiaume < ███████ @gmail.com> |
| **Sent:** | Monday, July 1, 2019 10:06 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Re: Payment |


On Fri, Sep 7, 2018 at 7:59 AM Hannah Schuler <hschuler@slaccountmgmt.com> wrote:

No I can see it on my end you are fine I promise.


**From:** ███████ @gmail.com>
**Sent:** Friday, September 7, 2018 7:55 AM
**To:** Hannah Schuler <hschuler@slaccountmgmt.com>
**Subject:** RE: Payment


Okay, I will wait for them to catch up.  Should I call them?




Sent from my T-Mobile 4G LTE Device


-------- Original message --------

From: Hannah Schuler <hschuler@slaccountmgmt.com>

Date: 9/6/18 1:16 PM (GMT-08:00)

To: ███████ @gmail.com>

Subject: RE: Payment


Your payments to fedloan a month are a total of $261

Berthiaume Decl. - Attachment E

Pl. Ex. 51
p. 1456

**From:** ▆▆▆▆▆▆▆▆▆▆@gmail.com>
**Sent:** Thursday, September 6, 2018 12:22 PM
**To:** Hannah Schuler <hschuler@slaccountmgmt.com>
**Subject:** Payment

Hannah, I did pay the 261.00 but fedloans shows me still owing the 483.  They are showing me past due.  Help please!!  Lynne ▆▆▆▆▆▆▆ .

Sent from my T-Mobile 4G LTE Device

# Exhibit

Declaration of Rochelle Breemes

Pursuant to 28 U.S.C. § 1746

I, Rochelle Breemes, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Waco, Texas.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In November 2018, I received a phone call from Student Loan Account Management ("SLAM") letting me know I was eligible for a reduction in my student loan balance based on my income. I told the SLAM representative that I was not interested and probably would not qualify for income based reductions. The SLAM representative told me that a new law had passed and it would be in my best interest to see if I qualified. They made it seem like they were part of the Department of Education ("DOE"). A true and correct copy of the e-mail they sent me after the call dated November 16, 2018 is attached hereto as **Attachment A.**

4.      I decided to sign up for their services on November 16, 2018. A true and correct copy of the electronically signed contract dated November 16, 2018 is attached hereto as **Attachment B.** At the time I did not notice that the contract actually had the name of another company, Financial Preparation Services, in the header.

5.      After I signed up for the service I provided SLAM with information to see if I qualified for income based reductions to my student loans. They asked me about my income and family size. I told them my family size was four and provided them with copies of paystubs. At the time I was making payments of approximately $200 a month on my student loans. A true and correct copy of the e-mail from SLAM requesting my paystubs is attached hereto as **Attachment C.**

6.      A SLAM representative called me and told me that I had been approved for a loan reduction of more than half my loan balance at the time. They said I had to pay them $199.15 per month for 6 months to start the program followed by a $40 per month payment for a fee starting in May 2019 for 10 years. In May 2019 I would also start making payments to Navient of $97.75, then after 10 years of payments the remaining balance of the loan would be forgiven.  I

1

Breemes Decl.

asked the SLAM representative if I could pay Navient more per month to pay the loan off quicker and avoid additional interest. They told me, no, that I would not be able to make additional or extra payments as the new balance is based on the terms of the agreement.

7.    During a follow up phone conversation, the SLAM representative told me that the balance of my loans would be reduced from approximately $45,000 down to approximately $10,000. I was instructed by the SLAM representative not to make any more payments to Navient, the company that currently services my student loans, until I was instructed to do so. I asked if I should contact Navient to let them know that I will not be making payments. The representative stated that SLAM would contact Navient and let them know what was happening with my payments, balance, and status of my loan.

8.    I asked the SLAM representative how this loan reduction would affect my credit score. The representative stated that this payment arrangement would not affect my credit score other than to show that I was in the process of reducing my student loan balance.

9.    I made six payments of $199.15 to SLAM, from November 2018 through April 2019. In May 2019, my monthly payments of $97.75 to Navient and $40 to SLAM were scheduled to start.

10.    During the six months that I was paying SLAM and not Navient, I continued to receive statements from Navient reflecting the missed payments, additional fees and an increasing loan balance. I was slightly concerned about these letters but I assumed that all of these issues would be taken care of when SLAM had completed the paperwork for their program.

11.    On May 3, 2019, I called Navient to make sure they had my current bank account information for the upcoming payments. When they asked about my missed payments I told them I was working with SLAM. The Navient representative stated that no one had ever called them from SLAM. They also mentioned that my plan had changed to an income based repayment plan. I asked Navient how they knew I had applied for an income based payment plan if SLAM did not contact them. The Navient representative told me that SLAM probably posed as me and applied for the income based payment plan on the Navient website. The Navient representative further stated that it seemed like I was the victim of third party fraud. The Navient

Breemes Decl.                                                                                    Pl. Ex. 52