1  representative instructed me to file a complaint with Consumer Financial Protection Bureau
2  ("CFPB") to file a claim against SLAM.

3      12.    On May 4, 2019, I called the CFPB to file a complaint against SLAM. The
4  Bureau representative asked me a few questions about my experience with SLAM then directed
5  me to complete my complaint online.

6      13.    I also contacted my bank and cancelled the card associated with the payments and
7  was issued a new card.

8      14.    On May 29, 2019 I received a text from a company called Financial Preparation
9  Services. I had not heard of that company before but the text mentioned a cancelled payment of
10  $40, so I assumed it was related to SLAM. The text was letting me know that my payment did
11  not go through and requesting updated bank account information. The payments were scheduled
12  to start on May 25, 2019.

13      15.    On May 30, 2019, I received a voicemail from SLAM letting me know that they
14  received the complaint I filed with the CFPB and they wanted to discuss my situation.

15      16.    I called Navient to ask for advice about resolving my complaint with SLAM. The
16  Navient representative told me that they couldn't do much.

17      17.    On June 5, 2019, I contacted the CFPB and spoke with a representative about the
18  voice message from SLAM and asked for advice.  The Bureau representative told me that SLAM
19  had up to 60 days to respond to my complaint.

20      18.    On June 8, 2019 while I was at work, I received a second voice message from
21  someone named Christian from SLAM, again stating that SLAM received my complaint and
22  would like to discuss it with me. I thought it was odd they called me on a weekend. Once I got
23  home I called the number and left a message for Christian for a return call. While waiting for his
24  return call, I looked through my emails and saw one from the CFPB stating that the claim was
25  closed because SLAM claimed that they tried to reach me on several occasions with no response
26  from me.

27      19.    I have tried to reach Christian several times since then with no return call or
28  communication.

20.     Finally over 2 months later someone from SLAM called me back and said they were going to refund my money. I received a refund of $1,194 on August 1, 2019.

21.     If I had known that my loan would not be forgiven in whole or in part following payment of the enrollment fees then I never would have paid SLAM for its services.

22.     If I had known that SLAM was going to impersonate me when dealing with my student loan servicer, I never would have signed up for SLAM's services.

23.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24.     Executed on October 1, 2019.

Rochelle Breemes

At Waco, Texas

# Attachment A

| | |
|---|---|
| **From:** | Rochelle Breemes |
| **To:** | Montier, William f(Contractor)(CFPB) |
| **Subject:** | Fwd: Welcome |
| **Date:** | Sunday, August 11, 2019 2:51:43 PM |
| **Attachments:** | image001.jpg |

---------- Forwarded message ---------
From: **Bernadette Albarado** <balbarado@financialpreparationservices.com>
Date: Fri, Nov 16, 2018 at 5:40 PM
Subject: Welcome
To: ▮▮▮▮▮@gmail.com <▮▮▮▮▮@gmail.com>

**Hi,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at https://financialpreparationservices.com

For specifics please call me on my **direct number (949) 522-7313**. There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.

cid:image001.jpg@01D453F7.A6B4EED0



## *MORE INFO BELOW ABOUT LOAN FORGIVENESS*

https://obamawhitehouse.archives.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

## *BELOW IS AN ARTICLE ABOUT SOMEONE WHOM HAS COMPLETED THE PROGRAM*

*https://www.nytimes.com/2018/05/04/your-money/student-loan-forgiveness.html*

*Bernadette Albarado*

Senior Loan Advisor

## Financial Preparation Services

**Direct:**  949-522-7313 | **Fax:**  888-302-3033

https://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#3beb4f5b6c39

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission

# Attachment B



**FPS**
**Financial Preparation**
Services

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between FINANCIAL PREPARATION SERVICES (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

1. **Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

2. **Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials **RB**

3. **Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

4. **No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

5. **Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

6. **Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

Page 1 of 14

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials **RB**

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials **RB**

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates

Page 2 of 14

and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

---

**14. Important Disclosure. You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee — the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you — you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.**

---

Initials ___**RB**___

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), **I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR.** I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

**Client Signature**

**Client Printed Name**       Rochelle Breemes

**Executed on this Date**      11/16/2018

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1468

## Exhibit "A" to Service Agreement

### Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of 1,195.00 for document preparation and delivery to Client for a consolidation consistent with the above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

## ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client Signature

Client Printed Name          Rochelle Breemes

Executed on this Date        11/16/2018

Breemes Decl. - Attachment B

## Exhibit "B" to Service Agreement

### Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|---------------|-----------|---------------|
| 1 | Nov 20, 2018 | $199.17 | $0.00 | $199.17 |
| 2 | Dec 20, 2018 | $199.17 | $0.00 | $199.17 |
| 3 | Jan 20, 2019 | $199.17 | $0.00 | $199.17 |
| 4 | Feb 20, 2019 | $199.17 | $0.00 | $199.17 |
| 5 | Mar 20, 2019 | $199.17 | $0.00 | $199.17 |
| 6 | Apr 20, 2019 | $199.15 | $0.00 | $199.15 |
| 7 | May 20, 2019 | $0.00 | $40.00 | $40.00 |
| 8 | Jun 20, 2019 | $0.00 | $40.00 | $40.00 |
| 9 | Jul 20, 2019 | $0.00 | $40.00 | $40.00 |
| 10 | Aug 20, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Sep 20, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Oct 20, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | Nov 20, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | Dec 20, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Jan 20, 2020 | $0.00 | $40.00 | $40.00 |
| 16 | Feb 20, 2020 | $0.00 | $40.00 | $40.00 |
| 17 | Mar 20, 2020 | $0.00 | $40.00 | $40.00 |
| 18 | Apr 20, 2020 | $0.00 | $40.00 | $40.00 |
| 19 | May 20, 2020 | $0.00 | $40.00 | $40.00 |
| 20 | Jun 20, 2020 | $0.00 | $40.00 | $40.00 |
| 21 | Jul 20, 2020 | $0.00 | $40.00 | $40.00 |
| 22 | Aug 20, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Sep 20, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Oct 20, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | Nov 20, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | Dec 20, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Jan 20, 2021 | $0.00 | $40.00 | $40.00 |
| 28 | Feb 20, 2021 | $0.00 | $40.00 | $40.00 |
| 29 | Mar 20, 2021 | $0.00 | $40.00 | $40.00 |
| 30 | Apr 20, 2021 | $0.00 | $40.00 | $40.00 |
| 31 | May 20, 2021 | $0.00 | $40.00 | $40.00 |
| 32 | Jun 20, 2021 | $0.00 | $40.00 | $40.00 |
| 33 | Jul 20, 2021 | $0.00 | $40.00 | $40.00 |
| 34 | Aug 20, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Sep 20, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Oct 20, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | Nov 20, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | Dec 20, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Jan 20, 2022 | $0.00 | $40.00 | $40.00 |
| 40 | Feb 20, 2022 | $0.00 | $40.00 | $40.00 |
| 41 | Mar 20, 2022 | $0.00 | $40.00 | $40.00 |
| 42 | Apr 20, 2022 | $0.00 | $40.00 | $40.00 |
| 43 | May 20, 2022 | $0.00 | $40.00 | $40.00 |
| 44 | Jun 20, 2022 | $0.00 | $40.00 | $40.00 |
| 45 | Jul 20, 2022 | $0.00 | $40.00 | $40.00 |
| 46 | Aug 20, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Sep 20, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Oct 20, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | Nov 20, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | Dec 20, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Jan 20, 2023 | $0.00 | $40.00 | $40.00 |
| 52 | Feb 20, 2023 | $0.00 | $40.00 | $40.00 |
| 53 | Mar 20, 2023 | $0.00 | $40.00 | $40.00 |
| 54 | Apr 20, 2023 | $0.00 | $40.00 | $40.00 |
| 55 | May 20, 2023 | $0.00 | $40.00 | $40.00 |
| 56 | Jun 20, 2023 | $0.00 | $40.00 | $40.00 |
| 57 | Jul 20, 2023 | $0.00 | $40.00 | $40.00 |
| 58 | Aug 20, 2023 | $0.00 | $40.00 | $40.00 |

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1471

| | | | | |
|---|---|---|---|---|
| 59 | Sep 20, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Oct 20, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | Nov 20, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Dec 20, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Jan 20, 2024 | $0.00 | $40.00 | $40.00 |
| 64 | Feb 20, 2024 | $0.00 | $40.00 | $40.00 |
| 65 | Mar 20, 2024 | $0.00 | $40.00 | $40.00 |
| 66 | Apr 20, 2024 | $0.00 | $40.00 | $40.00 |
| 67 | May 20, 2024 | $0.00 | $40.00 | $40.00 |
| 68 | Jun 20, 2024 | $0.00 | $40.00 | $40.00 |
| 69 | Jul 20, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Aug 20, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Sep 20, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Oct 20, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | Nov 20, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Dec 20, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Jan 20, 2025 | $0.00 | $40.00 | $40.00 |
| 76 | Feb 20, 2025 | $0.00 | $40.00 | $40.00 |
| 77 | Mar 20, 2025 | $0.00 | $40.00 | $40.00 |
| 78 | Apr 20, 2025 | $0.00 | $40.00 | $40.00 |
| 79 | May 20, 2025 | $0.00 | $40.00 | $40.00 |
| 80 | Jun 20, 2025 | $0.00 | $40.00 | $40.00 |
| 81 | Jul 20, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Aug 20, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Sep 20, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Oct 20, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | Nov 20, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Dec 20, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Jan 20, 2026 | $0.00 | $40.00 | $40.00 |
| 88 | Feb 20, 2026 | $0.00 | $40.00 | $40.00 |
| 89 | Mar 20, 2026 | $0.00 | $40.00 | $40.00 |
| 90 | Apr 20, 2026 | $0.00 | $40.00 | $40.00 |
| 91 | May 20, 2026 | $0.00 | $40.00 | $40.00 |
| 92 | Jun 20, 2026 | $0.00 | $40.00 | $40.00 |
| 93 | Jul 20, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Aug 20, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Sep 20, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Oct 20, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | Nov 20, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Dec 20, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Jan 20, 2027 | $0.00 | $40.00 | $40.00 |
| 100 | Feb 20, 2027 | $0.00 | $40.00 | $40.00 |
| 101 | Mar 20, 2027 | $0.00 | $40.00 | $40.00 |
| 102 | Apr 20, 2027 | $0.00 | $40.00 | $40.00 |
| 103 | May 20, 2027 | $0.00 | $40.00 | $40.00 |
| 104 | Jun 20, 2027 | $0.00 | $40.00 | $40.00 |
| 105 | Jul 20, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Aug 20, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Sep 20, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Oct 20, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | Nov 20, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Dec 20, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Jan 20, 2028 | $0.00 | $40.00 | $40.00 |
| 112 | Feb 20, 2028 | $0.00 | $40.00 | $40.00 |
| 113 | Mar 20, 2028 | $0.00 | $40.00 | $40.00 |
| 114 | Apr 20, 2028 | $0.00 | $40.00 | $40.00 |
| 115 | May 20, 2028 | $0.00 | $40.00 | $40.00 |
| 116 | Jun 20, 2028 | $0.00 | $40.00 | $40.00 |
| 117 | Jul 20, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Aug 20, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Sep 20, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Oct 20, 2028 | $0.00 | $40.00 | $40.00 |

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1472

Client Signature

Client Printed Name      Rochelle Breemes

Executed on this Date     11/16/2018

Breemes Decl. - Attachment B

## Credit Card Authorization Form

I hereby authorize FINANCIAL PREPARATION SERVICES and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

**Please complete all of the following information.**

**Your account cannot be processed if incomplete.**

Check the type of credit card: MC <u>X</u> VISA Discover AMEX

Credit Card Number: ████████████

Expiration Date: ██████

Security (CVC) Code: ███

Name of Credit Card Holder (exactly as it appears on the card): **Rochelle B Breemes**

Billing Address: ████████████

City: **WACO**

State: **TX**

Zip Code: **76712**

Signature of Credit Card Holder:
████████████

Breemes Decl. - Attachment B

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint FINANCIAL PREPARATION SERVICES, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf

1.   Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.   Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide FINANCIAL PREPARATION SERVICES is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with FINANCIAL PREPARATION SERVICES concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

FINANCIAL PREPARATION SERVICES

7545 Irvine Center Dr, Ste 200, Room 108

Irvine, CA 92618

Any and all communications directed to me will be referred to FINANCIAL PREPARATION SERVICES.

I understand that FINANCIAL PREPARATION SERVICES is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from FINANCIAL PREPARATION SERVICES relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the FINANCIAL PREPARATION SERVICES program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | |
| Client Printed Name | Rochelle Breemes |
| Executed on this Date | 11/16/2018 |

## National Student Loan Data System Access Permission

**Purpose:**   For FINANCIAL PREPARATION SERVICES to access your student loan information from government websites.

**Reason:**   For FINANCIAL PREPARATION SERVICES to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**   As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:**   We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you — you must do that on your own.

**Authorization:**   As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1475

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**   I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

**Client Signature**
**Client Printed Name**          Rochelle Breemes
**Executed on this Date**        11/16/2018

| Facts: | WHAT DOES FINANCIAL PREPARATION SERVICES ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons FINANCIAL PREPARATION SERVICES chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates everyday business purposes** — information about your creditworthiness | No | We don't share |
| **For non-affiliates to market to you** | Yes | Yes |
| **Questions?** | https://financialpreparationservices.com/ | |

Breemes Decl. - Attachment B

| Who we are | |
|---|---|
| **Who is providing this notice?** | FINANCIAL PREPARATION SERVICES |

| What we do | |
|---|---|
| **How do we protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings.<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| **How do we collect my personal information?** | We collect your personal information, for example when you<br>  Give us your income information<br> -Provide employment information<br> -Provide account information<br> -Give us your contact information<br>We also collect your personal information from other companies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br> -Sharing for affiliates' everyday business purposes information about your creditworthiness<br> -Affiliates from using your information to market to you<br> -Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| **Affiliates** | Financial and non-financial companies related by common ownership or control.<br><br> • FINANCIAL PREPARATION SERVICES does not share with our affiliates |
| **Non-affiliates** | Financial and non-financial companies not related by common ownership or control.<br><br> • FINANCIAL PREPARATION SERVICES does not share with non-affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non affiliated financial companies that together market financial products or services to you<br><br> • FINANCIAL PREPARATION SERVICES doesn't jointly market. |

| Other Important Information | |
|---|---|

**For California and Vermont Residents**: We will not share information we collect about you with non affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account.

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1478

 

# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5414499 |
| **Document GUID** | 2ebe74ff-2c00-e940-6c3d-02dcad7a050c |
| **Document Title** | Client Agreement - Financial Preparation Services |
| **Sender IP** | 70.183.63.77 |
| **Number of Signers** | 1 |
| **Signer Email** | ████@gmail.com |
| **Signer IP** | ████ |
| **Timestamp** | 2018-11-16T18:15:40 06:00 |
| **Document Hash** | 98b75bf0ecb3f4632d982e39a395c62d |

## Document Audit

- Sent at 2018-11-16T18:07:45-06:00 from IP 70.183.63.77
- Delivered to Rochelle Breemes████████@gmail.com at 2018-11-16T18:13:37-06:00 from ████████
- Adopted Signature at 2018-11-16T18:13:50-06:00 from████
- Completed Signing at 2018-11-16T18:15:40-06:00 from ████████
- PDF Generated at 2018-11 16T18:15:40-06:00

## User Agent

Mozilla/5.0 (Linux; Android 6.0.1; SAMSUNG SM-T800 Build/MMB29K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/7.4 Chrome/59.0.3071.125 Safari/537.36

Breemes Decl. - Attachment B

Pl. Ex. 52
p. 1479

# Attachment C



**SL Account Management**

**Direct: (949) 202-1303**

**Fax:    1-833-719-7599**

**Email:** Jnuqui@slaccountmgmt.com

**Toll  Free: 1-855-757-7727**


**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

**Exhibit**