Declaration of Elaine Crawford

Pursuant to 28 U.S.C. § 1746

I, Elaine Crawford, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Norman, Oklahoma.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. Around April 2018, I contacted Premier Student Loan Center ("Premier") after seeing a Facebook advertisement that said they can assist with student loan forgiveness. I was hoping to lower my student loan balance.

4. The first person I spoke with at Premier was Alisa Roche. She said I qualified for loan forgiveness. I had doubts because I read the requirements for loan forgiveness and I did not seem to fall into any eligible category. She said that Premier had ways of getting people approved. She mentioned my income as a possible way. She asked about my family size, I told her it was just me. She asked about my income and I told her how much I made. After answering her questions about my family size, income, and outstanding loan amount, she told me that I qualified for forgiveness of my student loans. Specifically, she told me that if I made monthly payments of $95 for 240 months, the rest of my loan balance would be completely forgiven.

5. At the time, my loan balance was $29,885 and I paid $113.91 a month. Ms. Roach made the case to me that over the life of the loan with interest I would end up paying $41,270. She said if I paid them $95 a month for 240 months that would equal $22,800 which would be a savings of $18,470. I was told that having my loan consolidated and allowing Premier to manage the account was part of the forgiveness process.

6. She said all I needed to do was sign the contract, give them my password and login to my Navient student loan account, and pay them a fee of $1,195. The fee was to be paid in five monthly payments of $239. I signed the contract on May 1, 2018. A true and correct copy of the electronically signed Premier contract dated May 1, 2018 is attached hereto as **Attachment A.**

7. In early May 2018, I put my student loan into forbearance through August 2018. I then made four of the five monthly payments of $239 to Premier.

8. In August 2018, when the forbearance period on the Navient loans was about to end, Premier applied for forbearance on my loan again, this time through December 2018. I then made my fifth monthly payment. This entire time I was desperately trying to obtain any information about the progress of my account. True and correct copies of my e-mail communications to Premier and SL Account Management ("SLAM") from May 1, 2018 through September 27, 2018 are attached hereto as **Attachment B.**

9. By October 2018, there was no proof that Premier had made any progress toward getting my loan forgiven. At that point, I decided that Premier was a scam and I sent a letter by email, fax, and certified mail to Premier and SLAM to cancel the program. A true and correct copy of the communications sent to Premier and SLAM on October 16, 2018 is attached hereto as **Attachment C.**

10. Premier assured me that it had cancelled my services and that they had stopped all of their processes and were refunding the $1,195 fee that I paid. They refunded my money the next day.

11. A few days later when I checked my Navient account, I noticed that my loans had been transferred to Nelnet. I called Nelnet and learned that Premier set up an account with Nelnet for me using their mailing address and an email address using my name and their company extension.

12. Premier caused my student loans to increase several thousands of dollars due to accrued interest during the forbearance period. Premier also did not get any of my student loan balance forgiven.

13. If I had known that Premier was not able to provide loan forgiveness, I would have never used their services.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___Sept. 19___, 2019.

*Elaine Crawford*

Elaine Crawford

At Norma, Oklahoma

# Attachment A

# PREMIER STUDENT LOAN CENTER

### Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between PREMIER STUDENT LOAN CENTER (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

1. **Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

2. **Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

By initialing here, Client requests Company to complete & submit executed application to DOE.

Initials _ET_

3. **Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

4. **No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

5. **Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

6. **Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

7. **Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial

Page 1 of 17

obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials *EC*

8. **Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

9. **Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

10. **Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

11. **Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials *EC*

12. **Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

13. **Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

14. **Important Disclosure.** You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.

Initials _EC_

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Client Signature: _Elaine Crawford_
Client Printed Name: Elaine Crawford
Executed on this Date: 05/01/2018

## Exhibit "A" to Service Agreement
## Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of $1,195 for document preparation and delivery to Client for a consolidation consistent with the above, or $1,295 for services limited to Default Accounts and rehabilitation programs as described above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees

## ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

Exhibit "B" to Service Agreement

Draft Schedule

| # | Date | Enrollment Fee | | Recurring | Total Payment | |
|---|---|---|---|---|---|---|
| 1 | May 11, 2018 | $239.00 | | $0.00 | $239.00 | |
| 2 | Jun 08, 2018 | $239.00 | | $0.00 | $239.00 | |
| 3 | Jul 20, 2018 | $239.00 | | $0.00 | $239.00 | |
| 4 | Aug 17, 2018 | $239.00 | | $0.00 | $239.00 | |
| 5 | Sep 14, 2018 | $239.00 | | $0.00 | $239.00 | |
| 6 | Oct 18, 2018 | $0.00 | 55.00 | $40.00 | $40.00 | 95.00 |
| 7 | Nov 18, 2018 | $0.00 | | $40.00 | $40.00 | |
| 8 | Dec 18, 2018 | $0.00 | | $40.00 | $40.00 | |
| 9 | Jan 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 10 | Feb 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 11 | Mar 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 12 | Apr 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 13 | May 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 14 | Jun 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 15 | Jul 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 16 | Aug 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 17 | Sep 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 18 | Oct 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 19 | Nov 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 20 | Dec 18, 2019 | $0.00 | | $40.00 | $40.00 | |
| 21 | Jan 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 22 | Feb 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 23 | Mar 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 24 | Apr 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 25 | May 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 26 | Jun 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 27 | Jul 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 28 | Aug 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 29 | Sep 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 30 | Oct 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 31 | Nov 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 32 | Dec 18, 2020 | $0.00 | | $40.00 | $40.00 | |
| 33 | Jan 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 34 | Feb 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 35 | Mar 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 36 | Apr 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 37 | May 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 38 | Jun 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 39 | Jul 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 40 | Aug 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 41 | Sep 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 42 | Oct 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 43 | Nov 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 44 | Dec 18, 2021 | $0.00 | | $40.00 | $40.00 | |
| 45 | Jan 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 46 | Feb 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 47 | Mar 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 48 | Apr 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 49 | May 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 50 | Jun 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 51 | Jul 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 52 | Aug 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 53 | Sep 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 54 | Oct 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 55 | Nov 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 56 | Dec 18, 2022 | $0.00 | | $40.00 | $40.00 | |
| 57 | Jan 18, 2023 | $0.00 | | $40.00 | $40.00 | |
| 58 | Feb 18, 2023 | $0.00 | | $40.00 | $40.00 | |

| | | | | |
|---|---|---|---|---|
| 59 | Mar 18, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Apr 18, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | May 18, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Jun 18, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Jul 18, 2023 | $0.00 | $40.00 | $40.00 |
| 64 | Aug 18, 2023 | $0.00 | $40.00 | $40.00 |
| 65 | Sep 18, 2023 | $0.00 | $40.00 | $40.00 |
| 66 | Oct 18, 2023 | $0.00 | $40.00 | $40.00 |
| 67 | Nov 18, 2023 | $0.00 | $40.00 | $40.00 |
| 68 | Dec 18, 2023 | $0.00 | $40.00 | $40.00 |
| 69 | Jan 18, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Feb 18, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Mar 18, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Apr 18, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | May 18, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Jun 18, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Jul 18, 2024 | $0.00 | $40.00 | $40.00 |
| 76 | Aug 18, 2024 | $0.00 | $40.00 | $40.00 |
| 77 | Sep 18, 2024 | $0.00 | $40.00 | $40.00 |
| 78 | Oct 18, 2024 | $0.00 | $40.00 | $40.00 |
| 79 | Nov 18, 2024 | $0.00 | $40.00 | $40.00 |
| 80 | Dec 18, 2024 | $0.00 | $40.00 | $40.00 |
| 81 | Jan 18, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Feb 18, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Mar 18, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Apr 18, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | May 18, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Jun 18, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Jul 18, 2025 | $0.00 | $40.00 | $40.00 |
| 88 | Aug 18, 2025 | $0.00 | $40.00 | $40.00 |
| 89 | Sep 18, 2025 | $0.00 | $40.00 | $40.00 |
| 90 | Oct 18, 2025 | $0.00 | $40.00 | $40.00 |
| 91 | Nov 18, 2025 | $0.00 | $40.00 | $40.00 |
| 92 | Dec 18, 2025 | $0.00 | $40.00 | $40.00 |
| 93 | Jan 18, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Feb 18, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Mar 18, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Apr 18, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | May 18, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Jun 18, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Jul 18, 2026 | $0.00 | $40.00 | $40.00 |
| 100 | Aug 18, 2026 | $0.00 | $40.00 | $40.00 |
| 101 | Sep 18, 2026 | $0.00 | $40.00 | $40.00 |
| 102 | Oct 18, 2026 | $0.00 | $40.00 | $40.00 |
| 103 | Nov 18, 2026 | $0.00 | $40.00 | $40.00 |
| 104 | Dec 18, 2026 | $0.00 | $40.00 | $40.00 |
| 105 | Jan 18, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Feb 18, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Mar 18, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Apr 18, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | May 18, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Jun 18, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Jul 18, 2027 | $0.00 | $40.00 | $40.00 |
| 112 | Aug 18, 2027 | $0.00 | $40.00 | $40.00 |
| 113 | Sep 18, 2027 | $0.00 | $40.00 | $40.00 |
| 114 | Oct 18, 2027 | $0.00 | $40.00 | $40.00 |
| 115 | Nov 18, 2027 | $0.00 | $40.00 | $40.00 |
| 116 | Dec 18, 2027 | $0.00 | $40.00 | $40.00 |
| 117 | Jan 18, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Feb 18, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Mar 18, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Apr 18, 2028 | $0.00 | $40.00 | $40.00 |
| 121 | May 18, 2028 | $0.00 | $40.00 | $40.00 |
| 122 | Jun 18, 2028 | $0.00 | $40.00 | $40.00 |

Page 7 of 17

Page 7
Crawford Decl. - Attachment A

Pl. Ex. 53
p. 1492

| # | Date | | | |
|---|---|---|---|---|
| 123 | Jul 18, 2028 | $0.00 | $40.00 | $40.00 |
| 124 | Aug 18, 2028 | $0.00 | $40.00 | $40.00 |
| 125 | Sep 18, 2028 | $0.00 | $40.00 | $40.00 |
| 126 | Oct 18, 2028 | $0.00 | $40.00 | $40.00 |
| 127 | Nov 18, 2028 | $0.00 | $40.00 | $40.00 |
| 128 | Dec 18, 2028 | $0.00 | $40.00 | $40.00 |
| 129 | Jan 18, 2029 | $0.00 | $40.00 | $40.00 |
| 130 | Feb 18, 2029 | $0.00 | $40.00 | $40.00 |
| 131 | Mar 18, 2029 | $0.00 | $40.00 | $40.00 |
| 132 | Apr 18, 2029 | $0.00 | $40.00 | $40.00 |
| 133 | May 18, 2029 | $0.00 | $40.00 | $40.00 |
| 134 | Jun 18, 2029 | $0.00 | $40.00 | $40.00 |
| 135 | Jul 18, 2029 | $0.00 | $40.00 | $40.00 |
| 136 | Aug 18, 2029 | $0.00 | $40.00 | $40.00 |
| 137 | Sep 18, 2029 | $0.00 | $40.00 | $40.00 |
| 138 | Oct 18, 2029 | $0.00 | $40.00 | $40.00 |
| 139 | Nov 18, 2029 | $0.00 | $40.00 | $40.00 |
| 140 | Dec 18, 2029 | $0.00 | $40.00 | $40.00 |
| 141 | Jan 18, 2030 | $0.00 | $40.00 | $40.00 |
| 142 | Feb 18, 2030 | $0.00 | $40.00 | $40.00 |
| 143 | Mar 18, 2030 | $0.00 | $40.00 | $40.00 |
| 144 | Apr 18, 2030 | $0.00 | $40.00 | $40.00 |
| 145 | May 18, 2030 | $0.00 | $40.00 | $40.00 |
| 146 | Jun 18, 2030 | $0.00 | $40.00 | $40.00 |
| 147 | Jul 18, 2030 | $0.00 | $40.00 | $40.00 |
| 148 | Aug 18, 2030 | $0.00 | $40.00 | $40.00 |
| 149 | Sep 18, 2030 | $0.00 | $40.00 | $40.00 |
| 150 | Oct 18, 2030 | $0.00 | $40.00 | $40.00 |
| 151 | Nov 18, 2030 | $0.00 | $40.00 | $40.00 |
| 152 | Dec 18, 2030 | $0.00 | $40.00 | $40.00 |
| 153 | Jan 18, 2031 | $0.00 | $40.00 | $40.00 |
| 154 | Feb 18, 2031 | $0.00 | $40.00 | $40.00 |
| 155 | Mar 18, 2031 | $0.00 | $40.00 | $40.00 |
| 156 | Apr 18, 2031 | $0.00 | $40.00 | $40.00 |
| 157 | May 18, 2031 | $0.00 | $40.00 | $40.00 |
| 158 | Jun 18, 2031 | $0.00 | $40.00 | $40.00 |
| 159 | Jul 18, 2031 | $0.00 | $40.00 | $40.00 |
| 160 | Aug 18, 2031 | $0.00 | $40.00 | $40.00 |
| 161 | Sep 18, 2031 | $0.00 | $40.00 | $40.00 |
| 162 | Oct 18, 2031 | $0.00 | $40.00 | $40.00 |
| 163 | Nov 18, 2031 | $0.00 | $40.00 | $40.00 |
| 164 | Dec 18, 2031 | $0.00 | $40.00 | $40.00 |
| 165 | Jan 18, 2032 | $0.00 | $40.00 | $40.00 |
| 166 | Feb 18, 2032 | $0.00 | $40.00 | $40.00 |
| 167 | Mar 18, 2032 | $0.00 | $40.00 | $40.00 |
| 168 | Apr 18, 2032 | $0.00 | $40.00 | $40.00 |
| 169 | May 18, 2032 | $0.00 | $40.00 | $40.00 |
| 170 | Jun 18, 2032 | $0.00 | $40.00 | $40.00 |
| 171 | Jul 18, 2032 | $0.00 | $40.00 | $40.00 |
| 172 | Aug 18, 2032 | $0.00 | $40.00 | $40.00 |
| 173 | Sep 18, 2032 | $0.00 | $40.00 | $40.00 |
| 174 | Oct 18, 2032 | $0.00 | $40.00 | $40.00 |
| 175 | Nov 18, 2032 | $0.00 | $40.00 | $40.00 |
| 176 | Dec 18, 2032 | $0.00 | $40.00 | $40.00 |
| 177 | Jan 18, 2033 | $0.00 | $40.00 | $40.00 |
| 178 | Feb 18, 2033 | $0.00 | $40.00 | $40.00 |
| 179 | Mar 18, 2033 | $0.00 | $40.00 | $40.00 |
| 180 | Apr 18, 2033 | $0.00 | $40.00 | $40.00 |
| 181 | May 18, 2033 | $0.00 | $40.00 | $40.00 |
| 182 | Jun 18, 2033 | $0.00 | $40.00 | $40.00 |
| 183 | Jul 18, 2033 | $0.00 | $40.00 | $40.00 |
| 184 | Aug 18, 2033 | $0.00 | $40.00 | $40.00 |
| 185 | Sep 18, 2033 | $0.00 | $40.00 | $40.00 |
| 186 | Oct 18, 2033 | $0.00 | $40.00 | $40.00 |

| # | Date | | | |
|---|---|---|---|---|
| 187 | Nov 18, 2033 | $0.00 | $40.00 | $40.00 |
| 188 | Dec 18, 2033 | $0.00 | $40.00 | $40.00 |
| 189 | Jan 18, 2034 | $0.00 | $40.00 | $40.00 |
| 190 | Feb 18, 2034 | $0.00 | $40.00 | $40.00 |
| 191 | Mar 18, 2034 | $0.00 | $40.00 | $40.00 |
| 192 | Apr 18, 2034 | $0.00 | $40.00 | $40.00 |
| 193 | May 18, 2034 | $0.00 | $40.00 | $40.00 |
| 194 | Jun 18, 2034 | $0.00 | $40.00 | $40.00 |
| 195 | Jul 18, 2034 | $0.00 | $40.00 | $40.00 |
| 196 | Aug 18, 2034 | $0.00 | $40.00 | $40.00 |
| 197 | Sep 18, 2034 | $0.00 | $40.00 | $40.00 |
| 198 | Oct 18, 2034 | $0.00 | $40.00 | $40.00 |
| 199 | Nov 18, 2034 | $0.00 | $40.00 | $40.00 |
| 200 | Dec 18, 2034 | $0.00 | $40.00 | $40.00 |
| 201 | Jan 18, 2035 | $0.00 | $40.00 | $40.00 |
| 202 | Feb 18, 2035 | $0.00 | $40.00 | $40.00 |
| 203 | Mar 18, 2035 | $0.00 | $40.00 | $40.00 |
| 204 | Apr 18, 2035 | $0.00 | $40.00 | $40.00 |
| 205 | May 18, 2035 | $0.00 | $40.00 | $40.00 |
| 206 | Jun 18, 2035 | $0.00 | $40.00 | $40.00 |
| 207 | Jul 18, 2035 | $0.00 | $40.00 | $40.00 |
| 208 | Aug 18, 2035 | $0.00 | $40.00 | $40.00 |
| 209 | Sep 18, 2035 | $0.00 | $40.00 | $40.00 |
| 210 | Oct 18, 2035 | $0.00 | $40.00 | $40.00 |
| 211 | Nov 18, 2035 | $0.00 | $40.00 | $40.00 |
| 212 | Dec 18, 2035 | $0.00 | $40.00 | $40.00 |
| 213 | Jan 18, 2036 | $0.00 | $40.00 | $40.00 |
| 214 | Feb 18, 2036 | $0.00 | $40.00 | $40.00 |
| 215 | Mar 18, 2036 | $0.00 | $40.00 | $40.00 |
| 216 | Apr 18, 2036 | $0.00 | $40.00 | $40.00 |
| 217 | May 18, 2036 | $0.00 | $40.00 | $40.00 |
| 218 | Jun 18, 2036 | $0.00 | $40.00 | $40.00 |
| 219 | Jul 18, 2036 | $0.00 | $40.00 | $40.00 |
| 220 | Aug 18, 2036 | $0.00 | $40.00 | $40.00 |
| 221 | Sep 18, 2036 | $0.00 | $40.00 | $40.00 |
| 222 | Oct 18, 2036 | $0.00 | $40.00 | $40.00 |
| 223 | Nov 18, 2036 | $0.00 | $40.00 | $40.00 |
| 224 | Dec 18, 2036 | $0.00 | $40.00 | $40.00 |
| 225 | Jan 18, 2037 | $0.00 | $40.00 | $40.00 |
| 226 | Feb 18, 2037 | $0.00 | $40.00 | $40.00 |
| 227 | Mar 18, 2037 | $0.00 | $40.00 | $40.00 |
| 228 | Apr 18, 2037 | $0.00 | $40.00 | $40.00 |
| 229 | May 18, 2037 | $0.00 | $40.00 | $40.00 |
| 230 | Jun 18, 2037 | $0.00 | $40.00 | $40.00 |
| 231 | Jul 18, 2037 | $0.00 | $40.00 | $40.00 |
| 232 | Aug 18, 2037 | $0.00 | $40.00 | $40.00 |
| 233 | Sep 18, 2037 | $0.00 | $40.00 | $40.00 |
| 234 | Oct 18, 2037 | $0.00 | $40.00 | $40.00 |
| 235 | Nov 18, 2037 | $0.00 | $40.00 | $40.00 |
| 236 | Dec 18, 2037 | $0.00 | $40.00 | $40.00 |
| 237 | Jan 18, 2038 | $0.00 | $40.00 | $40.00 |
| 238 | Feb 18, 2038 | $0.00 | $40.00 | $40.00 |
| 239 | Mar 18, 2038 | $0.00 | $40.00 | $40.00 |
| 240 | Apr 18, 2038 | $0.00 | $40.00 | $40.00 |

Client Signature: *Elaine Crawford*
Client Printed Name: Elaine Crawford
Executed on this Date: 05/01/2018

## Credit Card Authorization Form

I hereby authorize PREMIER STUDENT LOAN CENTER and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC  X  VISA  Discover  AMEX

Credit Card Number: ▇▇▇▇▇▇▇▇

Expiration Date: ▇▇▇▇

Security (CVC) Code: ▇▇

Name of Credit Card Holder (exactly as it appears on the card): I Elaine Crawford

Billing Address: ▇▇▇▇▇▇▇▇

City: Norman

State: OK

Zip Code: 73072

Signature of Credit Card Holder:
*Elaine Crawford*
Date: 05/01/2018

# Client Trust Account Authorization

## Dedicated Account Provider

### No Advance Fees

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – NO ADVANCE FEES**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1. Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2. Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

**Service Fees** – Client authorizes the DAP to charge the following fees for services rendered:

- All service fees are waived.

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint PREMIER STUDENT LOAN CENTER, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1. Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2. Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide PREMIER STUDENT LOAN CENTER is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with PREMIER STUDENT LOAN CENTER concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

PREMIER STUDENT LOAN CENTER

173 Technology Dr, Ste 202

Irvine, CA 92618

Any and all communications directed to me will be referred to PREMIER STUDENT LOAN CENTER.

I understand that PREMIER STUDENT LOAN CENTER is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from PREMIER STUDENT LOAN CENTER relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the PREMIER STUDENT LOAN CENTER program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

Client Signature: *Elaine Crawford*
Client Printed Name: Elaine Crawford
Executed on this Date: 05/01/2018

## National Student Loan Data System Access Permission

**Purpose:** For PREMIER STUDENT LOAN CENTER to access your student loan information from government websites.

**Reason:** For PREMIER STUDENT LOAN CENTER to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:** As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:** We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you – you must do that on your own.

**Authorization:** As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Page 13 of 17