Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**   I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

| | |
|---|---|
| **Client Signature** | *Elaine Crawford* |
| **Client Printed Name** | Elaine Crawford |
| **Executed on this Date** | 05/01/2018 |

| Facts | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |
| Questions? | www.premierstudentloancenter.com | |

Page 15
Crawford Decl. - Attachment A

Pl. Ex. 53
p. 1500

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other Important Information |
|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. |

Page 16
Crawford Decl. - Attachment A

Pl. Ex. 53
p. 1501





# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 4541852 |
| **Document Title** | Client Agreement |
| **Sender IP** | 98.173.4.2 |
| **Number of Signers** | 1 |
| **Signer Email** | ████████@yahoo.com |
| **Signer IP** | |
| **Timestamp** | 2018-05-01T14:15:26-05:00 |
| **Document Hash** | 64fe2d20704dd58b2b3f258d9a4b3d8d |

### Document Audit

- Sent at 2018-05-01T14:12:05:05:00 from IP 98.173.4.2
- Delivered to Elaine Crawford ████████@yahoo.com at 2018-05-01T14:12:33-05:00 from ████████
- Adopted Signature at 2018-05-01T14:14:42-05:00 from ████████
- Completed Signing at 2018-05-01T14:15:26-05:00 from ████████
- PDF Generated at 2018-05-01T14:15:26-05:00

### User Agent

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/58.0.3029.110 Safari/537.36 Edge/16.16299

# Attachment B

# Welcome

From: aroche@premierstudentloancenter.com

To: ▮▮▮▮▮▮@yahoo.com

Date: Tuesday, May 1, 2018, 01:40 PM CDT

**Elaine,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at http://premierstudentloancenter.com/ For specifics please call me on my direct number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.

We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**

**NAVIENT**

https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**

https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**

https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

*Alisa Roche*

PREMIER STUDENT LOAN CENTER

Direct (949) 202-1026

Fax number 888-302-3033

aroche@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Re: Urgent - Proof of Income Required

From: Elaine [                    ]@yahoo.com)

To:     sbresette@slaccountmgmt.com

Date:   Thursday, May 10, 2018, 10:26 AM CDT


Attached are my most current paycheck stubs for your use.

Thank you.

Elaine Crawford


**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:** [          ]@yahoo.com
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject: Urgent - Proof of Income Required**

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are
requesting for you to please send in copies of at least 2 of your most recent paystubs
received in the past 60 days and a copy of your most recent FEDERAL tax return
1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of
income.
**We DO NOT and CANNOT accept pictures of any form via email or fax. Please
remit the necessary paperwork to us as follows**
    **a.   Email** – You may scan and email the documents to us at:
sbresette@slaccountmgmt.com
    **b.   Fax** – You may fax the signed document to: **1-877-765-6365**
    **c.   Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the
documents to:
            8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place
your consolidation on hold. If you have any questions or concerns in regards
to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing Department**



SL Account Mgmt
**SL Account Management**
**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Elaine Crawford's Pay Stub 04272018.pdf
143.4kB

 Elaine Crawford's Pay Stub 04132018.pdf
143.5kB

Re: Urgent - Proof of Income Required

From:  Elaine [REDACTED]@yahoo.com)

To:    sbresette@slaccountmgmt.com

Date:  Saturday, May 12, 2018, 10:53 AM CDT

Shayne:

I bought some time with Navient.  They called and I got a deferment until August.   After that I will have to start paying them while I am paying you so please try to get this processed as quickly as possible.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** [REDACTED]@yahoo.com
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject:** Urgent - Proof of Income Required

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax.** Please remit the necessary paperwork to us as follows

    **a.   Email** – You may scan and email the documents to us at:
sbresette@slaccountmgmt.com
    **b.   Fax** – You may fax the signed document to: **1-877-765-6365**
    **c.   Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:
               8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing  Department**



**SL Account Mgmt**
**SL Account  Management**

**Direct: (949) 396-0926**
**Fax:     1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

Virus-free. www.avast.com

## Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To:         ████████@yahoo.com

Date: Friday, May 18, 2018, 10:15 AM CDT


Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing  Department**



## SL Account Mgmt

**SL Account  Management**

**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**

**Email:  sbresette@slaccountmgmt.com**

**Toll Free:  1-888-283-9631**


***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To:            @yahoo.com

Date: Monday, May 21, 2018, 10:42 AM CDT

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <            @yahoo.com>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:**            @yahoo.com
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing  Department**



# SL Account Mgmt

**SL Account Management**

**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**

**Email:** sbresette@slaccountmgmt.com

**Toll Free:   1-888-283-9631**


**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Welcome

From: aroche@premierstudentloancenter.com

To:  ▇▇▇▇▇▇@yahoo.com

Date: Monday, June 11, 2018, 04:03 PM CDT

You're very welcome Elaine!

**From: Elaine <▇▇▇▇▇@yahoo.com>**
**Sent: Monday, June 11, 2018 1:56 PM**
**To: aroche@premierstudentloancenter.com**
**Subject: Re: Welcome**

Ok thank you.

**From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>**
**To: 'Elaine' <▇▇▇▇▇@yahoo.com>**
**Sent: Monday, June 11, 2018 3:34 PM**
**Subject: RE: Welcome**

$55 on loans and $40 recertification

**From: Elaine <▇▇▇▇▇@yahoo.com>**
**Sent: Monday, June 11, 2018 12:39 PM**
**To:aroche@premierstudentloancenter.com**
**Subject: Re: Welcome**

OK I can't remember what my new payment amount is going to be.  I think you said $95.00 a month.

I'm not seeing a change on the forms that you sent me.

From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
To: 'Elaine' <████████@yahoo.com>
Sent: Monday, June 11, 2018 2:32 PM
Subject: RE: Welcome

Hi Elaine,

I sent an updated version of the documents. If you go through and re-sign the document a copy will be sent to your email and you'll have the option to download a copy as well.  Let me know if you need any help.

From: Elaine <████████@yahoo.com>
Sent: Monday, June 11, 2018 10:58 AM
To:aroche@premierstudentloancenter.com
Subject: Re: Welcome

Alisa:

You asked me to let you know if I didn't receive the paperwork with the new payment amounts.  Well I haven't received them so I'm just letting you know so that you can get them to me.  Shayne in processing has not given me any updates since the last time we talked.

Thank you,

Elaine

---

From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
To:████████@yahoo.com
Sent: Tuesday, May 1, 2018 1:40 PM
Subject: Welcome

Elaine,

   It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.
   We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education.  We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs.  With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.
   For general information, you may view our website at http://premierstudentloancenter.com/ For specifics please call me on my direct

number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.
We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**
**NAVIENT**
https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**
https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**
https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

*Alisa Roche*
PREMIER STUDENT LOAN CENTER
Direct (949) 202-1026
**Fax number** 888-302-3033
aroche@premierstudentloancenter.com
www.premierstudentloancenter.com
http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6
**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any

unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To:       ███████@yahoo.com

Date: Monday, July 16, 2018, 10:55 AM CDT

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From: Elaine <**█████████**@yahoo.com>**
**Sent: Friday, July 13, 2018 7:21 AM**
**To: Shayne Bresette <sbresette@slaccountmgmt.com>**
**Subject: Re: Documents Received**

Shayne:

Where are we on my student loan application? I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

**From: Shayne Bresette <**sbresette@slaccountmgmt.com**>**
**To: Elaine <**█████████**@yahoo.com>**
**Sent: Monday, May 21, 2018 10:42 AM**
**Subject: RE: Documents Received**

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

| Facts | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |
| Questions? | www.premierstudentloancenter.com | |

Crawford Decl - Attachment B

Pl. Ex. 53
p. 1518

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br> • PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br> • PREMIER STUDENT LOAN CENTER does not share with non affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br> • PREMIER STUDENT LOAN CENTER doesn't jointly market |

| Other Important Information |
|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. |

 clixsign.



## E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 4541852 |
| **Document Title** | Client Agreement |
| **Sender IP** | 98.173.4.2 |
| **Number of Signers** | 1 |
| **Signer Email** | ██████@yahoo.com |
| **Signer IP** | |
| **Timestamp** | 2018-05-01T14:15:26-05:00 |
| **Document Hash** | 64fe2d20704dd58b2b3f258d9a4b3d8d |

### Document Audit

- Sent at 2018-05-01T14:12:05-05:00 from IP 98.173.4.2
- Delivered to Elaine Crawford ██████@yahoo.com at 2018-05-01T14:12:33-05:00 from ██████
- Adopted Signature at 2018-05-01T14:14:42-05:00 from ██████
- Completed Signing at 2018-05-01T14:15:26-05:00 from ██████
- PDF Generated at 2018-05-01T14:15:26-05:00

### User Agent

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/58.0.3029.110 Safari/537.36 Edge/16.16299

# Attachment C

Welcome

From: aroche@premierstudentloancenter.com

To:  ⬛⬛⬛⬛⬛@yahoo.com

Date:  Tuesday, May 1, 2018, 01:40 PM CDT

**Elaine,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at http://premierstudentloancenter.com/ For specifics please call me on my direct number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.

We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**

<u>NAVIENT</u>

https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-
complaints


<u>GREAT LAKES</u>

https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-
education-corporation-in-madison-wi-12000219/reviews-and-complaints


<u>NELNET</u>

https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-
loan-network-in-lincoln-ne-209000034/reviews-and-complaints


*Alisa Roche*

PREMIER STUDENT LOAN CENTER

Direct (949) 202-1026

Fax number 888-302-3033

aroche@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6

***** **Email confidentiality notice** *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any
attachments, may contain CONFIDENTIAL information. The information is intended only for use by the
addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly prohibited. If you are not
the intended addressee, please notify the sender immediately and delete this message.

Re: Urgent - Proof of Income Required

From: Elaine [REDACTED]@yahoo.com)

To: sbresette@slaccountmgmt.com

Date: Thursday, May 10, 2018, 10:26 AM CDT

Attached are my most current paycheck stubs for your use.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** [REDACTED]@yahoo.com
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject:** Urgent - Proof of Income Required

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax.** Please remit the necessary paperwork to us as follows

    **a.**   **Email** – You may scan and email the documents to us at: sbresette@slaccountmgmt.com
    **b.**   **Fax** – You may fax the signed document to: **1-877-765-6365**
    **c.**   **Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:
            8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing  Department**



**SL Account Mgmt**
**SL ~~Account~~ Management**
**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

 Elaine Crawford's Pay Stub 04272018.pdf
143.4kB

 Elaine Crawford's Pay Stub 04132018.pdf
143.5kB

## Re: Urgent - Proof of Income Required

From: Elaine ▬▬▬@yahoo.com)

To: sbresette@slaccountmgmt.com

Date: Saturday, May 12, 2018, 10:53 AM CDT

Shayne:

I bought some time with Navient. They called and I got a deferment until August. After that I will have to start paying them while I am paying you so please try to get this processed as quickly as possible.

Thank you.

Elaine Crawford

---

**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:** ▬▬▬@yahoo.com
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject:** Urgent - Proof of Income Required

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax.** Please remit the necessary paperwork to us as follows

   **a. Email** – You may scan and email the documents to us at: sbresette@slaccountmgmt.com

   **b. Fax** – You may fax the signed document to: **1-877-765-6365**

   **c. Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:

         8 Whatney Ste 100 #8 Irvine, CA 92618

**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing Department**



**SL Account Mgmt**
**SL Account Management**

Direct: **(949) 396-0926**
Fax:     **1-877-765-6365**
Email:  **sbresette@slaccountmgmt.com**
Toll Free:   **1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

 Virus-free. www.avast.com

Pl. Ex. 53
p. 1527

## Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt.com)

To:  ███████████ @yahoo.com

Date:  Friday, May 18, 2018, 10:15 AM CDT

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing Department**



## SL Account Mgmt

**SL Account Management**

**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**

**Email:  sbresette@slaccountmgmt.com**

**Toll Free:  1-888-283-9631**

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt.com)

To:         ███████@yahoo.com

Date:  Monday, May 21, 2018, 10:42 AM CDT

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <████████@yahoo.com>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:**███████@yahoo.com
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing  Department**



**SL Account Management**

**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**

**Email:** sbresette@slaccountmgmt.com

**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Welcome

From:  aroche@premierstudentloancenter.com

To:  ██████ @yahoo.com

Date:  Monday, June 11, 2018, 04:03 PM CDT

You're very welcome Elaine!

**From: Elaine <** ██████ **@yahoo.com>**
**Sent:** Monday, June 11, 2018 1:56 PM
**To:** aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

Ok thank you.

---

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:** 'Elaine' < ██████ @yahoo.com>
**Sent:** Monday, June 11, 2018 3:34 PM
**Subject:** RE: Welcome

$55 on loans and $40 recertification

**From: Elaine <** ██████ **@yahoo.com>**
**Sent:** Monday, June 11, 2018 12:39 PM
**To:** aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

OK I can't remember what my new payment amount is going to be.  I think you said $95.00 a month.

I'm not seeing a change on the forms that you sent me.

---

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:** 'Elaine' <      @yahoo.com>
**Sent:** Monday, June 11, 2018 2:32 PM
**Subject:** RE: Welcome


Hi Elaine,

I sent an updated version of the documents. If you go through and re-sign the
document a copy will be sent to your email and you'll have the option to download a
copy as well.  Let me know if you need any help.

**From:** Elaine <      @yahoo.com>
**Sent:** Monday, June 11, 2018 10:58 AM
**To:**aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

Alisa:

You asked me to let you know if I didn't receive the paperwork with the new payment amounts. Well I
haven't received them so I'm just letting you know so that you can get them to me.  Shayne in
processing has not given me any updates since the last time we talked.

Thank you,

Elaine

---

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:**     @yahoo.com
**Sent:** Tuesday, May 1, 2018 1:40 PM
**Subject:** Welcome


**Elaine,**

   It was a pleasure speaking with you, and thank you very much for taking the time
to speak with me regarding your Student loan options.
   We provide assistance to borrowers with federal student loans by helping you
navigate the myriad of available programs designed to provide financial assistance.
We will guide you through the steps necessary to apply and qualify for your benefits
with the U.S. Department of Education.  We are dedicated to helping people take
advantage of U.S. Department of Education approved Direct Consolidation Loan
programs.  With these programs some of the benefits include: one lender, one
payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be
happy to assist you in our prescreening process to determine your eligibility for loan
forgiveness & consolidation programs.
   For general information, you may view our website at
http://premierstudentloancenter.com/ For specifics please call me on my direct

number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you. We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**
**NAVIENT**
https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**
https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**
https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

## *Alisa Roche*
PREMIER STUDENT LOAN CENTER
Direct (949) 202-1026
**Fax number** 888-302-3033
aroche@premierstudentloancenter.com
www.premierstudentloancenter.com
http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6
**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any

unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To: ▮▮▮▮▮@yahoo.com

Date: Monday, July 16, 2018, 10:55 AM CDT

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From: Elaine <▮▮▮▮▮@yahoo.com>**
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject: Re: Documents Received**

Shayne:

Where are we on my student loan application? I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <▮▮▮▮▮@yahoo.com>
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.