**From:** Elaine <████████@yahoo.com>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** ████████@yahoo.com
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,
I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.
If you have any questions, please do not hesitate to call us at **(949) 396-0926**
Thank you,
**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:    1-877-765-6365**
**Email:** sbresette@slaccountmgmt.com

**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt com)

To:      ████████@yahoo.com

Date:  Tuesday, August 14, 2018, 09:58 AM CDT

I have re submitted your forbearance with Navient, please give your account 48 hours to reflect the suspended payments. I just contacted Nelnet, the servicer processing your consolidation and it looks like a couple pages of the application were not received properly through the fax they were sent through so I will be re submitting them today to get us back on track.

**From: Elaine** <████████@yahoo.com>
**Sent: Monday, August 13, 2018 4:56 PM**
**To: Shayne Bresette <sbresette@slaccountmgmt.com>**
**Subject: Re: Documents Received**

Hello Shayne:

My student loans with Navient are now due again.  If you can try to get a forbearance on them that would be great

Also could you check on the status of my consolidation I would greatly appreciate it.

Thank you.

Elaine Crawford

**From: Shayne Bresette <sbresette@slaccountmgmt com>**
**To: Elaine <**████████**@yahoo.com>**
**Sent: Monday, July 16, 2018 10:55 AM**
**Subject: RE: Documents Received**

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval

before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From:** Elaine <​█████████@yahoo.com>
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application?  I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <​█████████@yahoo.com>
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <​█████████@yahoo.com>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** █████████@yahoo.com
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:     1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Virus-free. www.avast.com

Your forbearance request has been approved

From: Navient (CustomerService@navient.com)

To: ████████@yahoo.com

Date: Thursday, August 16, 2018, 06:29 AM CDT

# NAVIENT.

## ELAINE CRAWFORD, your request for forbearance has been approved.

### Your payments will resume on 12/16/18.

If we service your other eligible federal loans, forbearance will also be applied to those loans, and you'll receive notification of those forbearances.

**How will I know when I have to begin making payments of principal and interest?**
Your updated repayment schedule will be sent to you shortly before you're required to begin repaying your loan(s). Remember, your forbearance period may be shortened or canceled if the agreed-upon terms are not met. Please let us know if anything changes that could affect your status.

**Can payments be made before the end of the forbearance period?**
Yes, you can make payments during the forbearance period. You also may contact us to shorten or cancel any current or future forbearance at any time.

We appreciate the opportunity to help you navigate the path to financial success.

Sincerely,

Navient Customer Service

To view all information regarding this notification, log in to your Navient inbox.



**Manage your account online at Navient.com.**

**Remember**, the more you can pay each month, the less you'll pay in interest over the life of your loan(s).

*Please do not respond to this automated message. Emails sent to this address are not monitored.*

Please note you'll need Adobe Reader 5.0 or higher to view your document. Download the latest version of Adobe Reader for free.

RE: Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt.com)

To:          ███████@yahoo.com

Date:  Thursday, September 27, 2018, 09:53 AM CDT


**Hello Elaine,**

**Let me check on the status of your consolidation.**


**From: Elaine** ███████@yahoo.com>
**Sent:** Wednesday, September 26, 2018 1:54 PM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received


Shayne it has been exactly 6 weeks since I last spoke with you see emails below.


Please let me know the status of my consolidation.


Thank you.


Elaine Crawford.


**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <███████@yahoo.com>
**Sent:** Wednesday, August 15, 2018 10:20 AM
**Subject:** RE: Documents Received


It will take about 4 – 6 weeks for the entire approval process.


**From: Elaine** ███████@yahoo.com>
**Sent:** Tuesday, August 14, 2018 10:54 AM

**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thanks Shayne. I will check the Navient account on Friday and see if the forbearance was accepted. After you submit the pages to Nelnet how much longer will it be before the consolidation will be approved?

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <████████@yahoo.com>
**Sent:** Tuesday, August 14, 2018 9:58 AM
**Subject:** RE: Documents Received

I have re submitted your forbearance with Navient, please give your account 48 hours to reflect the suspended payments. I just contacted Nelnet, the servicer processing your consolidation and it looks like a couple pages of the application were not received properly through the fax they were sent through so I will be re submitting them today to get us back on track.

*This was the First time Nelnet was ever mentioned. Elaine*

**From:** Elaine <████████@yahoo.com>
**Sent:** Monday, August 13, 2018 4:56 PM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Hello Shayne:

My student loans with Navient are now due again. If you can try to get a forbearance on them that would be great.

Also could you check on the status of my consolidation I would greatly appreciate it.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <████████@yahoo.com>
**Sent:** Monday, July 16, 2018 10:55 AM
**Subject:** RE: Documents Received

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From:** Elaine <█████████@yahoo.com>
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application? I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <█████████@yahoo.com>
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <█████████@yahoo.com>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** █████████@yahoo.com
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,
I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.
If you have any questions, please do not hesitate to call us at **(949) 396-0926**
Thank you,

**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:     1-877-765-6365**
**Email:** sbresette@slaccountmgmt.com
**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

 Virus-free. www.avast.com

# Attachment D

## HP LaserJet Pro MFP M521dn

# Fax Confirmation

Oct-16-2018   9.07AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 140 | 10/16/2018 | 9:06:14AM | Send | 18777656365 | 0:41 | 1 | OK |

October 16, 2018

Via facsimile and by U.S. Mail
1-888-765-6365

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 92618

Via facsimile 1-877-765-6365

SL Account Management
ShayneBresette
Processing Department

Re:   Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you are working on getting my student loans forgiven and/or consolidated. I have called and emailed several times and cannot get any answers.

This letter is a request to stop further efforts to consolidate and/or place my student loan account with Navient into another student loan servicing program. This letter also is a request to refund the five payments of $239.00 each for your fee to prepare documentation. The documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

Elaine Crawford

*Called Navient 10/16/2018 — Stop payment*

## HP LaserJet Pro MFP M521dn

# Fax Confirmation

Oct-16-2018  9:13AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 142 | 10/16/2018 | 9:12:17AM | Send | 18883023033 | 0:41 | 1 | OK |

October 16, 201█

Via facsimile and by U.S. Mail
1-888-265-6365    932-302-3033

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 9261█

Via facsimile 1-877-765 6365

SL Account Management
ShayneBresette
Processing Department

Re:    Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you are working on getting my student loans forgiven and/or consolidated. I have called and emailed several times and cannot get any answers.

This letter is a request to stop any further efforts to consolidate and/or place my student loan account with Navient into another student loan servicing program. This letter also is a request to refund the five payments of $239.00 each for your fee to prepare documentation. The documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

Elaine Crawford

Pl. Ex. 53
p. 1548

**Subject:** Re: Consolidation Update

**From:** Elaine (████████@yahoo.com)

**To:** sbresette@slaccountmgmt.com;

**Date:** Tuesday, October 16, 2018 9:09 AM

Please see the attached Cancellation of Program letter. Stop working on this immediately.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** ████████@yahoo.com" <████████@yahoo.com>
**Sent:** Monday, October 1, 2018 7:49 PM
**Subject:** Consolidation Update

Hello Elaine,

Thank you for your patience during this process I know it had been delayed quite some time so far. Nelnet has received your consolidation but the processing still seems to be delayed, I am currently working on expediting the process and I will update you in no more than a week. Your cooperation is greatly appreciated.

## Shayne Bresette
**Processing Department**

---



**SL Account Management**
Direct: (949) 202-2356
Fax:    1-877-765-6365
Email:

**SL Account Mgmt**
sbresette@slaccountmgmt.com
Toll Free: 1-888-283-9631

---

***** Email confidentiality notice *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure,

dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

## Attachments

- image001.gif (205B)
- image002.png (167B)
- image004.png (13.04KB)
- Cancellation of Program.pdf (24.41KB)

Pl. Ex. 53
p. 1550



Elaine Crawford

Norman, OK 73072
e-mail: ▮▮▮▮▮@yahoo.com

October 16, 2018

Via facsimile and by U.S. Mail
1-888-765-6365   ~~988~302~3033~~

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 92618

Via facsimile 1-877-765-6365

SL Account Management
ShayneBresette
Processing Department

Re:    Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you are working on getting my student loans forgiven and/or consolidated. I have called and emailed several times and cannot get any answers.

This letter is a request to stop any further efforts to consolidate and/or place my student loan account with Navient into another student loan servicing program. This letter also is a request to refund the five payments of $239.00 each for your fee to prepare documentation. The documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

*Elaine Crawford*
Elaine Crawford

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.45
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ 2.75
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$ .47
Total Postage and Fees
$ 6.67
Sent To    Premier Student Loan Center
Street and Apt. No., or PO Box No.  173 Technology Dr. Ste. 202
City, State, ZIP+4®  Irvine, CA 92618

Postmark
Here

8989.9054
(Elaine)

Crawford Decl. - Attachment D

**Exhibit**

Declaration of Novella Donaldson

Pursuant to 28 U.S.C. § 1746

I, Novella Donaldson, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Wood Village, Oregon.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In late October 2018, I received a telemarketing phone call from Financial Preparation Services ("FPS") to my home phone number.

4.      The FPS representative identified himself as Matthew Garnica, and stated that he could wipe away my student loan debt entirely. Mr. Garnica assured me this was not a scam. I told him that this sounded too good to be true, but I wanted to learn more.

5.      Mr. Garnica asked for my social security number to access my loan information. I provided this number to him. My student loans were through Nelnet at the time and totaled approximately $65,000. I recall being asked for my income information and I told him how much I made and that I was on a salary. I do not recall being asked for my family size, but at the time I was single with no children. Mr. Garnica said that FPS could help consolidate my student loans and enroll me in a loan forgiveness program.

6.      Mr. Garnica told me that the consolidation and forgiveness program was a U.S. Department of Education program and I thought he was part of the Department of Education. He stated that these programs were started by the Obama administration. Mr. Garnica stated that FPS does this every day and told me "I love my job."

7.      At the time, I was paying between $250 and $300 per month to pay down my student loan debt. Mr. Garnica said I would pay $239 per month for 5 months and then $40 per month for ten years.

8.      Mr. Garnica tried to convince me to post on social media about FPS. He said I could get paid through their referrals program. He told me several people have referred so many new clients that their payment would be covered by the money made from their referrals.

1

Donaldson Decl.

9.      I was on the phone with Mr. Garnica for approximately 30 minutes during our first phone call. I told him I was going to think about it. After the call, he sent me an email with the documents I needed to send him with a payment in order to get started should I choose to do so.

10.     I decided to enroll with FPS for the federal student loan forgiveness program. Mr. Garnica asked me for financial information including my household debt and if I owned a home. I also had to send him copies of my paystubs.

11.     On October 29, 2018, I received an email from Mr. Garnica congratulating me for enrolling into the student loan forgiveness program. The email also advertised that I would receive a $25 Visa cash card for each person I referred that enrolled with FPS. A true and correct copy of this email from mgarnica@financialpreparationservices.com is attached hereto as **Attachment A**.

12.     Also on October 29, 2018, I received an email with a link to complete my enrollment with FPS online. I clicked on the link and used DocuSign to sign it electronically. A true and correct copy of the contract I signed is attached hereto as **Attachment B**.

13.     After I made the first few payments to FPS, I received emails from Nelnet saying that they were starting the process of a loan consolidation on my behalf.  Next I received correspondence from Nelnet saying my loan balance was zero. Then I got correspondence from Navient stating that I owed $65,000. When I received these emails, I did not understand what FPS was doing with my student loans.

14.     I called Navient and explained that I was working with FPS to do my loan consolidation. The Navient representative told me that Navient does not work with that company, and suggested that I try and get my money back and cancel the card I provided for auto-drafts. The Navient representative said that the money I was paying FPS was not going to pay my student loan. I thought the payment was going to my student loan and was dismayed to learn that it was not.

15.     In January 2019 I called Mr. Garnica at FPS at least twice and he did not return my calls.

16.     I found another phone number for FPS and told the representative that they were a scam and I wanted to cancel. The representative told me that I had been told that my payments were a fee for a service that had been provided by FPS, not payments going toward my loan balance. I was so furious that Mr. Garnica had lied to me and that my payments were really going to FPS fees and not to pay down my student loans that I terminated the phone call.

17.     I emailed FPS to request that they immediately cancel any services and agreements in my name. I received a response email stating that FPS would cancel my agreement and will no longer be debiting money out of my account.

18.     I contacted my bank and told the bank representative that FPS had been a scam. My bank offered to refund all of the money that had been debited out of my bank account by FPS. I also contacted my credit card company, which is how I made the first two payments. In or around January 2019, I received a refund from my bank and credit card, not FPS.

19.     If I had known that FPS was doing something I could do for myself, enrolling me in income based repayment and consolidation, I never would have signed up for its services.

20.     If I had known that the fees paid to FPS were not payments toward my outstanding loan balance, I never would have signed up for its services.

21.     If I had known that FPS could not actually get any of my loans forgiven, I never would have signed up for its service.

22.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23.     Executed on ___9/11___, 2019.


Novella Donaldson

Novella Donaldson
At Wood Village, Oregon


3
Donaldson Decl.

# Attachment A

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Novie D█████@gmail.com> |
| **Sent:** | Friday, July 12, 2019 5:47 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fwd: Referral Program |

---------- Forwarded message ---------
From: **Matthew Garnica** <mgarnica@financialpreparationservices.com>
Date: Mon, Oct 29, 2018 at 10:13 AM
Subject: Referral Program
To: █████@gmail.com █████@gmail.com>

Novella,

We want to congratulate you, once again, on your enrollment into the Student Loan Forgiveness Program. Don't forget about our referral program! Now that you are enrolled, you are entitled to a $25 VISA CASH card for each person you refer, so long as they qualify for the program.

**\*THERE IS NO LIMIT ON THE AMOUNT OF VISA CASH CARDS YOU CAN ACQUIRE\***



## POST TO ANY SOCIAL MEDIA PLATFORM

To make things even easier just **copy and paste** the information below onto your page:

VVVVVVVVVVVVVVVVVVVVVV

**1**

***STUDENT LOAN FORGIVENESS PROGRAM***

**If you owe $10,000 or more in federal student loans and would like some more
information on getting up to 90% forgiven, the Department of Education & the
Federal Government have income-based benefits for you. Call Matthew
Garnica @ 949-523-1886 and he will help you as he helped me! Make sure to
tell him that I referred you.**

*Matthew Garnica*

Loan Advisor



**Direct:**   949-523-1886 | **Fax:**      888-302-3033

https://financialpreparationservices.com/

https://moneyqanda.com/financial-preparation-services-launches/

https://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#3beb4f5b6c39

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL
information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or
copying of the contents of the information and any attachments contained in this electronic transmission

Donaldson Decl. - Attachment A

Pl. Ex. 54
p. 1557

# Attachment B



**Financial Preparation**
Services

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between FINANCIAL PREPARATION SERVICES (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

1. **Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

2. **Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials **ND**

3. **Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing payment support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

4. **No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

5. **Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

6. **Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

Page 1 of 17

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials **AD**

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials **AD**

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates

Donaldson Decl. - Attachment B

Pl. Ex. 54
p. 1560

and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

---

**14. Important Disclosure. You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.**

---

Initials **ND**

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), **I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR.** I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

**Client Signature**

**Client Printed Name**    Novella Donaldson

**Executed on this Date**    10/29/2018

Donaldson Decl. - Attachment B

Pl. Ex. 54
p. 1561