## Exhibit "A" to Service Agreement

### Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of 1,195.00 for document preparation and delivery to Client for a consolidation consistent with the above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

Donaldson Decl. - Attachment B

## ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client Signature

Client Printed Name          Novella Donaldson

Executed on this Date        10/29/2018

Donaldson Decl. - Attachment B

## Exhibit "B" to Service Agreement

### Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|---|---|---|---|
| 1 | Oct 29, 2018 | $239.00 | $0.00 | $239.00 |
| 2 | Nov 25, 2018 | $239.00 | $0.00 | $239.00 |
| 3 | Dec 25, 2018 | $239.00 | $0.00 | $239.00 |
| 4 | Jan 25, 2019 | $239.00 | $0.00 | $239.00 |
| 5 | Feb 25, 2019 | $239.00 | $0.00 | $239.00 |
| 6 | Mar 25, 2019 | $0.00 | $40.00 | $40.00 |
| 7 | Apr 25, 2019 | $0.00 | $40.00 | $40.00 |
| 8 | May 25, 2019 | $0.00 | $40.00 | $40.00 |
| 9 | Jun 25, 2019 | $0.00 | $40.00 | $40.00 |
| 10 | Jul 25, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Aug 25, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Sep 25, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | Oct 25, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | Nov 25, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Dec 25, 2019 | $0.00 | $40.00 | $40.00 |
| 16 | Jan 25, 2020 | $0.00 | $40.00 | $40.00 |
| 17 | Feb 25, 2020 | $0.00 | $40.00 | $40.00 |
| 18 | Mar 25, 2020 | $0.00 | $40.00 | $40.00 |
| 19 | Apr 25, 2020 | $0.00 | $40.00 | $40.00 |
| 20 | May 25, 2020 | $0.00 | $40.00 | $40.00 |
| 21 | Jun 25, 2020 | $0.00 | $40.00 | $40.00 |
| 22 | Jul 25, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Aug 25, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Sep 25, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | Oct 25, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | Nov 25, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Dec 25, 2020 | $0.00 | $40.00 | $40.00 |
| 28 | Jan 25, 2021 | $0.00 | $40.00 | $40.00 |
| 29 | Feb 25, 2021 | $0.00 | $40.00 | $40.00 |
| 30 | Mar 25, 2021 | $0.00 | $40.00 | $40.00 |
| 31 | Apr 25, 2021 | $0.00 | $40.00 | $40.00 |
| 32 | May 25, 2021 | $0.00 | $40.00 | $40.00 |
| 33 | Jun 25, 2021 | $0.00 | $40.00 | $40.00 |
| 34 | Jul 25, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Aug 25, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Sep 25, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | Oct 25, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | Nov 25, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Dec 25, 2021 | $0.00 | $40.00 | $40.00 |
| 40 | Jan 25, 2022 | $0.00 | $40.00 | $40.00 |
| 41 | Feb 25, 2022 | $0.00 | $40.00 | $40.00 |
| 42 | Mar 25, 2022 | $0.00 | $40.00 | $40.00 |
| 43 | Apr 25, 2022 | $0.00 | $40.00 | $40.00 |
| 44 | May 25, 2022 | $0.00 | $40.00 | $40.00 |
| 45 | Jun 25, 2022 | $0.00 | $40.00 | $40.00 |
| 46 | Jul 25, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Aug 25, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Sep 25, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | Oct 25, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | Nov 25, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Dec 25, 2022 | $0.00 | $40.00 | $40.00 |
| 52 | Jan 25, 2023 | $0.00 | $40.00 | $40.00 |
| 53 | Feb 25, 2023 | $0.00 | $40.00 | $40.00 |
| 54 | Mar 25, 2023 | $0.00 | $40.00 | $40.00 |
| 55 | Apr 25, 2023 | $0.00 | $40.00 | $40.00 |
| 56 | May 25, 2023 | $0.00 | $40.00 | $40.00 |
| 57 | Jun 25, 2023 | $0.00 | $40.00 | $40.00 |
| 58 | Jul 25, 2023 | $0.00 | $40.00 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 59 | Aug 25, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Sep 25, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | Oct 25, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Nov 25, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Dec 25, 2023 | $0.00 | $40.00 | $40.00 |
| 64 | Jan 25, 2024 | $0.00 | $40.00 | $40.00 |
| 65 | Feb 25, 2024 | $0.00 | $40.00 | $40.00 |
| 66 | Mar 25, 2024 | $0.00 | $40.00 | $40.00 |
| 67 | Apr 25, 2024 | $0.00 | $40.00 | $40.00 |
| 68 | May 25, 2024 | $0.00 | $40.00 | $40.00 |
| 69 | Jun 25, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Jul 25, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Aug 25, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Sep 25, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | Oct 25, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Nov 25, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Dec 25, 2024 | $0.00 | $40.00 | $40.00 |
| 76 | Jan 25, 2025 | $0.00 | $40.00 | $40.00 |
| 77 | Feb 25, 2025 | $0.00 | $40.00 | $40.00 |
| 78 | Mar 25, 2025 | $0.00 | $40.00 | $40.00 |
| 79 | Apr 25, 2025 | $0.00 | $40.00 | $40.00 |
| 80 | May 25, 2025 | $0.00 | $40.00 | $40.00 |
| 81 | Jun 25, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Jul 25, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Aug 25, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Sep 25, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | Oct 25, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Nov 25, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Dec 25, 2025 | $0.00 | $40.00 | $40.00 |
| 88 | Jan 25, 2026 | $0.00 | $40.00 | $40.00 |
| 89 | Feb 25, 2026 | $0.00 | $40.00 | $40.00 |
| 90 | Mar 25, 2026 | $0.00 | $40.00 | $40.00 |
| 91 | Apr 25, 2026 | $0.00 | $40.00 | $40.00 |
| 92 | May 25, 2026 | $0.00 | $40.00 | $40.00 |
| 93 | Jun 25, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Jul 25, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Aug 25, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Sep 25, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | Oct 25, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Nov 25, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Dec 25, 2026 | $0.00 | $40.00 | $40.00 |
| 100 | Jan 25, 2027 | $0.00 | $40.00 | $40.00 |
| 101 | Feb 25, 2027 | $0.00 | $40.00 | $40.00 |
| 102 | Mar 25, 2027 | $0.00 | $40.00 | $40.00 |
| 103 | Apr 25, 2027 | $0.00 | $40.00 | $40.00 |
| 104 | May 25, 2027 | $0.00 | $40.00 | $40.00 |
| 105 | Jun 25, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Jul 25, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Aug 25, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Sep 25, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | Oct 25, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Nov 25, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Dec 25, 2027 | $0.00 | $40.00 | $40.00 |
| 112 | Jan 25, 2028 | $0.00 | $40.00 | $40.00 |
| 113 | Feb 25, 2028 | $0.00 | $40.00 | $40.00 |
| 114 | Mar 25, 2028 | $0.00 | $40.00 | $40.00 |
| 115 | Apr 25, 2028 | $0.00 | $40.00 | $40.00 |
| 116 | May 25, 2028 | $0.00 | $40.00 | $40.00 |
| 117 | Jun 25, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Jul 25, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Aug 25, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Sep 25, 2028 | $0.00 | $40.00 | $40.00 |
| 121 | Oct 25, 2028 | $0.00 | $40.00 | $40.00 |
| 122 | Nov 25, 2028 | $0.00 | $40.00 | $40.00 |

Donaldson Decl. - Attachment B

| | | | | |
|---|---|---|---|---|
| 123 | Dec 25, 2028 | $0.00 | $40.00 | $40.00 |
| 124 | Jan 25, 2029 | $0.00 | $40.00 | $40.00 |
| 125 | Feb 25, 2029 | $0.00 | $40.00 | $40.00 |
| 126 | Mar 25, 2029 | $0.00 | $40.00 | $40.00 |
| 127 | Apr 25, 2029 | $0.00 | $40.00 | $40.00 |
| 128 | May 25, 2029 | $0.00 | $40.00 | $40.00 |
| 129 | Jun 25, 2029 | $0.00 | $40.00 | $40.00 |
| 130 | Jul 25, 2029 | $0.00 | $40.00 | $40.00 |
| 131 | Aug 25, 2029 | $0.00 | $40.00 | $40.00 |
| 132 | Sep 25, 2029 | $0.00 | $40.00 | $40.00 |
| 133 | Oct 25, 2029 | $0.00 | $40.00 | $40.00 |
| 134 | Nov 25, 2029 | $0.00 | $40.00 | $40.00 |
| 135 | Dec 25, 2029 | $0.00 | $40.00 | $40.00 |
| 136 | Jan 25, 2030 | $0.00 | $40.00 | $40.00 |
| 137 | Feb 25, 2030 | $0.00 | $40.00 | $40.00 |
| 138 | Mar 25, 2030 | $0.00 | $40.00 | $40.00 |
| 139 | Apr 25, 2030 | $0.00 | $40.00 | $40.00 |
| 140 | May 25, 2030 | $0.00 | $40.00 | $40.00 |
| 141 | Jun 25, 2030 | $0.00 | $40.00 | $40.00 |
| 142 | Jul 25, 2030 | $0.00 | $40.00 | $40.00 |
| 143 | Aug 25, 2030 | $0.00 | $40.00 | $40.00 |
| 144 | Sep 25, 2030 | $0.00 | $40.00 | $40.00 |
| 145 | Oct 25, 2030 | $0.00 | $40.00 | $40.00 |
| 146 | Nov 25, 2030 | $0.00 | $40.00 | $40.00 |
| 147 | Dec 25, 2030 | $0.00 | $40.00 | $40.00 |
| 148 | Jan 25, 2031 | $0.00 | $40.00 | $40.00 |
| 149 | Feb 25, 2031 | $0.00 | $40.00 | $40.00 |
| 150 | Mar 25, 2031 | $0.00 | $40.00 | $40.00 |
| 151 | Apr 25, 2031 | $0.00 | $40.00 | $40.00 |
| 152 | May 25, 2031 | $0.00 | $40.00 | $40.00 |
| 153 | Jun 25, 2031 | $0.00 | $40.00 | $40.00 |
| 154 | Jul 25, 2031 | $0.00 | $40.00 | $40.00 |
| 155 | Aug 25, 2031 | $0.00 | $40.00 | $40.00 |
| 156 | Sep 25, 2031 | $0.00 | $40.00 | $40.00 |
| 157 | Oct 25, 2031 | $0.00 | $40.00 | $40.00 |
| 158 | Nov 25, 2031 | $0.00 | $40.00 | $40.00 |
| 159 | Dec 25, 2031 | $0.00 | $40.00 | $40.00 |
| 160 | Jan 25, 2032 | $0.00 | $40.00 | $40.00 |
| 161 | Feb 25, 2032 | $0.00 | $40.00 | $40.00 |
| 162 | Mar 25, 2032 | $0.00 | $40.00 | $40.00 |
| 163 | Apr 25, 2032 | $0.00 | $40.00 | $40.00 |
| 164 | May 25, 2032 | $0.00 | $40.00 | $40.00 |
| 165 | Jun 25, 2032 | $0.00 | $40.00 | $40.00 |
| 166 | Jul 25, 2032 | $0.00 | $40.00 | $40.00 |
| 167 | Aug 25, 2032 | $0.00 | $40.00 | $40.00 |
| 168 | Sep 25, 2032 | $0.00 | $40.00 | $40.00 |
| 169 | Oct 25, 2032 | $0.00 | $40.00 | $40.00 |
| 170 | Nov 25, 2032 | $0.00 | $40.00 | $40.00 |
| 171 | Dec 25, 2032 | $0.00 | $40.00 | $40.00 |
| 172 | Jan 25, 2033 | $0.00 | $40.00 | $40.00 |
| 173 | Feb 25, 2033 | $0.00 | $40.00 | $40.00 |
| 174 | Mar 25, 2033 | $0.00 | $40.00 | $40.00 |
| 175 | Apr 25, 2033 | $0.00 | $40.00 | $40.00 |
| 176 | May 25, 2033 | $0.00 | $40.00 | $40.00 |
| 177 | Jun 25, 2033 | $0.00 | $40.00 | $40.00 |
| 178 | Jul 25, 2033 | $0.00 | $40.00 | $40.00 |
| 179 | Aug 25, 2033 | $0.00 | $40.00 | $40.00 |
| 180 | Sep 25, 2033 | $0.00 | $40.00 | $40.00 |
| 181 | Oct 25, 2033 | $0.00 | $40.00 | $40.00 |
| 182 | Nov 25, 2033 | $0.00 | $40.00 | $40.00 |
| 183 | Dec 25, 2033 | $0.00 | $40.00 | $40.00 |
| 184 | Jan 25, 2034 | $0.00 | $40.00 | $40.00 |
| 185 | Feb 25, 2034 | $0.00 | $40.00 | $40.00 |
| 186 | Mar 25, 2034 | $0.00 | $40.00 | $40.00 |

Donaldson Decl. - Attachment B

| | | | | |
|---|---|---|---|---|
| 187 | Apr 25, 2034 | $0.00 | $40.00 | $40.00 |
| 188 | May 25, 2034 | $0.00 | $40.00 | $40.00 |
| 189 | Jun 25, 2034 | $0.00 | $40.00 | $40.00 |
| 190 | Jul 25, 2034 | $0.00 | $40.00 | $40.00 |
| 191 | Aug 25, 2034 | $0.00 | $40.00 | $40.00 |
| 192 | Sep 25, 2034 | $0.00 | $40.00 | $40.00 |
| 193 | Oct 25, 2034 | $0.00 | $40.00 | $40.00 |
| 194 | Nov 25, 2034 | $0.00 | $40.00 | $40.00 |
| 195 | Dec 25, 2034 | $0.00 | $40.00 | $40.00 |
| 196 | Jan 25, 2035 | $0.00 | $40.00 | $40.00 |
| 197 | Feb 25, 2035 | $0.00 | $40.00 | $40.00 |
| 198 | Mar 25, 2035 | $0.00 | $40.00 | $40.00 |
| 199 | Apr 25, 2035 | $0.00 | $40.00 | $40.00 |
| 200 | May 25, 2035 | $0.00 | $40.00 | $40.00 |
| 201 | Jun 25, 2035 | $0.00 | $40.00 | $40.00 |
| 202 | Jul 25, 2035 | $0.00 | $40.00 | $40.00 |
| 203 | Aug 25, 2035 | $0.00 | $40.00 | $40.00 |
| 204 | Sep 25, 2035 | $0.00 | $40.00 | $40.00 |
| 205 | Oct 25, 2035 | $0.00 | $40.00 | $40.00 |
| 206 | Nov 25, 2035 | $0.00 | $40.00 | $40.00 |
| 207 | Dec 25, 2035 | $0.00 | $40.00 | $40.00 |
| 208 | Jan 25, 2036 | $0.00 | $40.00 | $40.00 |
| 209 | Feb 25, 2036 | $0.00 | $40.00 | $40.00 |
| 210 | Mar 25, 2036 | $0.00 | $40.00 | $40.00 |
| 211 | Apr 25, 2036 | $0.00 | $40.00 | $40.00 |
| 212 | May 25, 2036 | $0.00 | $40.00 | $40.00 |
| 213 | Jun 25, 2036 | $0.00 | $40.00 | $40.00 |
| 214 | Jul 25, 2036 | $0.00 | $40.00 | $40.00 |
| 215 | Aug 25, 2036 | $0.00 | $40.00 | $40.00 |
| 216 | Sep 25, 2036 | $0.00 | $40.00 | $40.00 |
| 217 | Oct 25, 2036 | $0.00 | $40.00 | $40.00 |
| 218 | Nov 25, 2036 | $0.00 | $40.00 | $40.00 |
| 219 | Dec 25, 2036 | $0.00 | $40.00 | $40.00 |
| 220 | Jan 25, 2037 | $0.00 | $40.00 | $40.00 |
| 221 | Feb 25, 2037 | $0.00 | $40.00 | $40.00 |
| 222 | Mar 25, 2037 | $0.00 | $40.00 | $40.00 |
| 223 | Apr 25, 2037 | $0.00 | $40.00 | $40.00 |
| 224 | May 25, 2037 | $0.00 | $40.00 | $40.00 |
| 225 | Jun 25, 2037 | $0.00 | $40.00 | $40.00 |
| 226 | Jul 25, 2037 | $0.00 | $40.00 | $40.00 |
| 227 | Aug 25, 2037 | $0.00 | $40.00 | $40.00 |
| 228 | Sep 25, 2037 | $0.00 | $40.00 | $40.00 |
| 229 | Oct 25, 2037 | $0.00 | $40.00 | $40.00 |
| 230 | Nov 25, 2037 | $0.00 | $40.00 | $40.00 |
| 231 | Dec 25, 2037 | $0.00 | $40.00 | $40.00 |
| 232 | Jan 25, 2038 | $0.00 | $40.00 | $40.00 |
| 233 | Feb 25, 2038 | $0.00 | $40.00 | $40.00 |
| 234 | Mar 25, 2038 | $0.00 | $40.00 | $40.00 |
| 235 | Apr 25, 2038 | $0.00 | $40.00 | $40.00 |
| 236 | May 25, 2038 | $0.00 | $40.00 | $40.00 |
| 237 | Jun 25, 2038 | $0.00 | $40.00 | $40.00 |
| 238 | Jul 25, 2038 | $0.00 | $40.00 | $40.00 |
| 239 | Aug 25, 2038 | $0.00 | $40.00 | $40.00 |
| 240 | Sep 25, 2038 | $0.00 | $40.00 | $40.00 |

Client Signature

Client Printed Name   Novella Donaldson

Executed on this Date   10/29/2018

Donaldson Decl. - Attachment B

Pl. Ex. 54

p. 1567

## Credit Card Authorization Form

**I** hereby authorize FINANCIAL PREPARATION SERVICES and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC $\underline{X}$ VISA Discover  AMEX

Credit Card Number: ███████████

Expiration Date: ██████

Security (CVC) Code: ████

Name of Credit Card Holder (exactly as it appears on the card): **Novella Donaldson**

Billing Address: ████████████

City: **Wood Village**

State: **OR**

Zip Code: **97060**

Signature of Credit Card Holder:
████████████████

Donaldson Decl. - Attachment B

## Client Trust Account Authorization

## Dedicated Account Provider

### No Advance Fees

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – NO ADVANCE FEES**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1.  Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2.  Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.





# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5279285 |
| **Document GUID** | ef59dd90-a244-b846-25b8-c6dd5d2243e4 |
| **Document Title** | Client Agreement - Financial Preparation Services |
| **Sender IP** | 70.183.63.77 |
| **Number of Signers** | 1 |
| **Signer Email** | ████@gmail.com |
| **Signer IP** | ████ |
| **Timestamp** | 2018-10-29T12:04:37-05:00 |
| **Document Hash** | 6b42dc660cf515c8209c6536bf74fc05 |

## Document Audit

- Sent at 2018-10-29T11:58:34-05:00 from IP 70.183.63.77
- Delivered to Novella Donaldson ████ @gmail.com at 2018-10-29T11:58:48-05:00 from ████
- Adopted Signature at 2018-10-29T11:59:30-05:00 from ████
- Completed Signing at 2018-10-29T12:04:37-05:00 from ████
- PDF Generated at 2018-10-29T12:04:37-05:00

## User Agent

Mozilla/5.0 (Linux; Android 7.0; SAMSUNG-SM-G925A) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.64 Mobile Safari/537.36

Donaldson Decl. - Attachment B

Pl. Ex. 54
p. 1570

**Service Fees** – Client authorizes the DAP to charge the following fees for services rendered:

:    **All service fees are waived.**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

Client Signature
Client Printed Name          Novella Donaldson
Executed on this Date        10/29/2018

## Special Limited Power of Attorney

**To: Any and all of my Student Loan Creditors**

I hereby duly authorize, empower, and appoint FINANCIAL PREPARATION SERVICES, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.  Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.  Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide FINANCIAL PREPARATION SERVICES is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with FINANCIAL PREPARATION SERVICES concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

FINANCIAL PREPARATION SERVICES

173 Technology Dr, Ste 202

Irvine, CA 92618

Any and all communications directed to me will be referred to FINANCIAL PREPARATION SERVICES.

I understand that FINANCIAL PREPARATION SERVICES is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from FINANCIAL PREPARATION SERVICES relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the FINANCIAL PREPARATION SERVICES program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | |
| Client Printed Name | Novella Donaldson |
| Executed on this Date | 10/29/2018 |

## National Student Loan Data System Access Permission

**Purpose:**  For FINANCIAL PREPARATION SERVICES to access your student loan information from government websites.

**Reason:**  For FINANCIAL PREPARATION SERVICES to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**  As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure

**Why We May Request Your User Name and Password:**  We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only use your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you — you must do that on your own.

**Authorization:**  As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Donaldson Decl. - Attachment B

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**    I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

Client Signature
Client Printed Name          Novella Donaldson
Executed on this Date        10/29/2018

Donaldson Decl. - Attachment B

| Facts: | WHAT DOES FINANCIAL PREPARATION SERVICES ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>* Social Security number and income<br>* Account balances and account numbers<br>* Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons FINANCIAL PREPARATION SERVICES chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |

| Questions? | https://financialpreparationservices.com/ |
|---|---|

Donaldson Decl. - Attachment B

| Who we are | |
|---|---|
| **Who is providing this notice?** | FINANCIAL PREPARATION SERVICES |

| What we do | |
|---|---|
| **How do we protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| **How do we collect my personal information?** | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>  Sharing for affiliates' everyday business purposes information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| **Affiliates** | Financial and non-financial companies related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with our affiliates |
| **Non-affiliates** | Financial and non-financial companies not related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with non-affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• FINANCIAL PREPARATION SERVICES doesn't jointly market. |

| Other Important Information | |
|---|---|

**For California and Vermont Residents:** We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account.

Donaldson Decl. - Attachment B

 

# E-Signature Completion Certificate

| | |
|---|---|
| **Document ID** | 5279285 |
| **Document GUID** | ef59dd90 a244 b846 25b8-c6dd5d2243c4 |
| **Document Title** | Client Agreement - Financial Preparation Services |
| **Sender IP** | 70.183.63.77 |
| **Number of Signers** | 1 |
| **Signer Email** | ████@gmail.com |
| **Signer IP** | ████ |
| **Timestamp** | 2018-10-29T12:04:37-05:00 |
| **Document Hash** | 6b42de660ef515c8209c6536bf74fc05 |

## Document Audit

- Sent at 2018-10-29T11:58:34-05:00 from IP 70.183.63.77
- Delivered to Novella Donaldson ████ @gmail.com at 2018-10-29T11:58:48-05:00 from ████
- Adopted Signature at 2018-10-29T11:59:30-05:00 from ████
- Completed Signing at 2018-10-29T12:04:37-05:00 from ████
- PDF Generated at 2018-10-29T12:04:37-05:00

## User Agent

Mozilla/5.0 (Linux; Android 7.0; SAMSUNG-SM-G925A) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.64 Mobile Safari/537.36

Donaldson Decl. - Attachment B

Pl. Ex. 54
p. 1576

# Exhibit

Declaration of Jennifer Etzel-Elaqad

Pursuant to 28 U.S.C. § 1746

I, Jennifer Etzel-Elaqad, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Phoenix, Arizona.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In 2015, I had approximately $40,000 worth of student loans that went into default. I wanted to reinstate my student loans and get them out of default.

4.      Around January 2016, I received a phone call from Premier Student Loans ("Premier"). The Premier representative stated that he got my information from the U.S. Department of Education ("DOE"). The Premier representative said that due to a law signed by President Obama, and because I have a nursing degree, that I was eligible for a special program. The Premier representative stated that under this program, I could enroll and after 10 years of reduced payments my loan would be totally paid off.

5.      I began to research Premier and found a Facebook post where a consumer recommended Premier.

6.      I called Premier and spoke to a representative who identified herself as Rachel Villasenor. I was on the phone with her for about 15 minutes. She told me that I would be applying to a student loan forgiveness program. She stated that my monthly payments would be lowered. I would make monthly payments for ten years and at the end of the ten years the rest of my loan would be forgiven. It sounded like a partial forgiveness program to me. I told her I would think about signing up for the program.

7.      A few days later Rachel called me back and asked for some personal information including my income and how many children lived in my home. I told her that I have three dependents and myself in the household and that I receive a salary. She also asked me to verify my FASFA login and password. She stated that because of this new government program, I would pay $299 per month for three months, then $30 a month for ten years. These payments were all fees for Premier to manage my account. She explained that I would also have to make a

1

Etzel-Elaqad Decl.                                    Pl. Ex. 55
                                                      p. 1577

monthly loan payment to my servicer, but that my monthly student loan payment would be
lowered. I provided Rachel with access to my checking account to charge me automatically.

8.      Rachel emailed me so I had her contact information. One of the links below her
signature said "whitehouse.gov." I clicked on the link and it looked official. A true and correct
copy of the e-mail sent to me on September 27, 2016 is attached hereto as **Attachment A.**

9.      I thought Premier was a legitimate company so I signed up for its services. A true
and correct copy of the agreement I signed on September 27, 2016 is attached hereto as
**Attachment B.**

10.     After signing up, I made the first three payments of $299. I noticed my student
loan balance was increasing and my credit score was going down.

11.     At that time Navient was my student loan servicer. I logged into my Navient
account and saw that I had no payments due because my account status was still in default.

12.     I called Premier and asked why my loan balance was going up and why Navient's
website stated that I had no payments due and was still in default. The Premier representative put
me on hold for a few minutes and came back on the line to tell me that they had Navient on the
phone and Navient stated that I had been approved for an income based repayment plan (IBR).

13.     On October 16, 2016, I accessed the CFPB website and filed a complaint because
Premier was not returning my calls or emails.

14.     When I finally got in touch with someone from Premier, the person with whom I
spoke told me that I had been approved for partial loan forgiveness as long as I continue to make
my monthly payments under the IBR program. On October 24, 2016, Premier notified me that
my monthly payment would be $21 per month. A true and correct copy of the e-mail I received
from Premier on October 24, 2016 is attached hereto as **Attachment C.**

15.     After receiving that e-mail I logged on to Navient to verify what Premier had told
me. When I logged on to the Navient site it stated there was no payment due. I immediately
wrote Premier an e-mail trying to understand what I owed. A true and correct copy of the e-mail
I sent to Premier on October 31, 2016 is attached hereto as **Attachment D.**

16. On November 17, 2016, I received an email from Premier saying I would have to pay them $30 per month due on December 17, 2016. A true and correct copy of the e-mail from Premier on November 17, 2016 is attached hereto as **Attachment E.**

17. Eventually I did receive statements from Navient stating that I owed $21 a month. I continued to pay Navient and Premier for the next year.

18. In August 2017 I received a notification that my annual IBR recertification was complete. I assume that Premier had sent in the information for this recertification for me. I was not contacted by Premier for this information. After this my payment to Navient went down to $13 a month.

19. Another year passed, and this time I received notification from Navient that I had to complete the recertification process. I provided Navient with the requested documentation, including my tax returns. They told me that my new payment would be $506 a month. I was completely shocked. There is no way I could afford that payment and requested forbearance.

20. I had no idea how Premier was able to get my payment so low. I tried to figure out what could have made my payment so low, and experimented with an online IBR payment calculator using different numbers for income and family size. I concluded that Premier must have inflated the number of family members or reduced my income in applying for an IBR plan on my behalf.

21. I recently contacted Navient to ask them what was submitted on my behalf in August 2017 for the annual IBR recertification. They sent me a message stating that my family size on that form was listed as 3 children and 3 dependents. A true and correct copy of the message from Navient is attached hereto as **Attachment F.**

22. If I had known that my lower monthly payment would be based on falsified family size or income then I would never have paid Premier for its services.

23. If I had known that Premier could not actually provide loan forgiveness, then I never would have paid Premier for its services.

24. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

Etzel-Elaqad Decl.                                                                 Pl. Ex. 55
p. 1579

25.   Executed on ___9/23___, 2019.

Jennifer Etzel-Elaqad

At Phoenix, Arizona

4

# Attachment A

| | |
|---|---|
| **From:** | J.E.E |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fwd: Premier Student Loan Center |
| **Date:** | Tuesday, July 16, 2019 11:39:21 AM |
| **Attachments:** | image001.jpg |

2nd emailng me asking question

---------- Forwarded message ---------
From: **rachel@premierstudentloancenter.com** <Rachel@premierstudentloancenter.com>
Date: Thu, Sep 29, 2016 at 12:45 PM
Subject: RE: Premier Student Loan Center
To: J.E.E <▮▮▮▮▮▮▮▮@gmail.com>

Loans are VERY confusing and that's why I'm here! Just like not everyone qualifies for these
programs not all consolidated and non-consolidated loans qualify that's why I have to take a look at
your loans before I tell you what and if you qualify for. As far as yours and Beckys loans they are all in
the clear to qualify. If you ladies have any further questions you can always reach me at (949) 207-
1022

**From:** J.E.E [mailto:▮▮▮▮▮▮▮@gmail.com]
**Sent:** Thursday, September 29, 2016 11:41 AM
**To:** rachel@premierstudentloancenter.com
**Subject:** Re: Premier Student Loan Center

Is it consolidated or non consolidated loans that qualify beck and I are confused.

On Sep 27, 2016 14:53, "rachel@premierstudentloancenter.com"
<Rachel@premierstudentloancenter.com> wrote:

**Rachel Villasenor**

Enrollment Specialist

**Premier Student Loan Center**

*Direct 949-207-1022*

*Fax number 888-302-3033*

rachel@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

**http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/**

**https://en.wikipedia.org/wiki/Federal_Direct_Student_Loan_Program**


Description: Description: download





***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment B