DECLARATION OF ALYSSA PUGH

Pursuant to 28 U.S.C. § 1746

I, Alyssa Pugh, hereby declare and state as follows:

1.     I am over the age of eighteen and reside in Franklinville, North Carolina.

2.     I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.     In pursuing my college education, I have incurred a large amount of student loan debt in excess of $30,000.

4.     In October 2017, I was referred by a friend to a student loan debt relief company called Premier Student Loan Center ("Premier").  I searched Premier's website on the internet and found that the company was located in California and assisted federal student-loan borrowers in lowering their monthly payments through debt forgiveness programs offered by the U.S. Department of Education ("DOE").  Based on this information, I called Premier on October 15, 2017 to inquire about its student loan debt relief services.

5.     I spoke with an individual at Premier who identified herself as "Maria," and I informed Maria that I was interested in lowering my monthly student loan payments. Maria told me that Premier was a student loan servicing company working with DOE and that Premier could help lower my monthly loan payments and enroll me in a loan forgiveness program administered by DOE.

6.     Maria asked me about my employment status.  I told Maria I was employed as a speech therapist in the public school system and that I was already aware of the Public

1

1    Service Loan Forgiveness ("PSLF") program for public service employees.  Although I

2    had been making regular monthly payments on my student loans and working towards loan

3    forgiveness, I asked Maria whether I would remain eligible for loan forgiveness if I left my

4    current job in the public sector for a private company.  Maria assured me that Premier

5    provided many student loan forgiveness programs, and if I chose to enroll with Premier,

6    my student loans would be forgiven after making 120 monthly payments, regardless of my

7    employment status.

8         7.    Maria then asked for my email address, which I gave to her.  Maria read to

9    me over the phone my personal contact information and student loan information, which

10   led me to believe that Premier was a credible company since Maria indicated Premier

11   worked directly with DOE and Premier had access to my student loan account information.

12        8.    During the phone conversation, Maria asked me for some information that

13   Maria said was for the PSLF application, including my salary, social security number,

14   marital status, number of dependents, employer, and 1040 tax returns.  I told Maria I was

15   married and have one child, and I provided the other information to Premier in order to

16   qualify for the PSLF program.

17        9.    Based on the information I provided, Maria told me that Premier would be

18   able to lower my monthly payments and interest rate by consolidating my student loans

19   and transferring the servicing of my student loan from Great Lakes to FedLoan Servicing

20   ("FedLoan").  Maria also told me that the fee for processing my application for the PSLF

21   program would be $248.75 for four months, and that after my application was approved by

22   DOE, my student loan payments would be reduced to $41.00 a month for ten years.  It was

2

1   my understanding that $30.00 would be paid to Premier each month as an administrative

2   fee and that $11.00 would be applied each month to my student loan balance.

3         10.    Since I could much more readily afford a monthly loan payment of $41.00

4   and I was excited about the possibility of loan forgiveness, even if left my job in the public

5   school system, I agreed to enroll with Premier.  I then gave Maria my debit card

6   information to begin the application process.

7         11.    Immediately after the phone call ended, I received an email from Maria with

8   an electronic copy of Premier's service agreement.  I signed it through Docusign and

9   emailed the agreement back to Maria, although no one from Premier ever called to review

10   the details of the agreement with me.

11        12.    My bank account was then debited once a month in the amount of $248.75

12   for the next four months on the following dates: October 17, 2017, November 22, 2017,

13   December 22, 2017, and January 23, 2018.  My bank statements showed that the company

14   debiting my account for the payments each month was "Premier Student Loan C."

15        13.    In February 2018, Premier debited $41.00 from my bank account and

16   continued to debit $41.00 from my bank account each month afterwards for the next twelve

17   months, until January 2019.

18        14.    I paid Premier a total of $1,487.00 during the fifteen months I was enrolled

19   in Premier's student loan debt relief program.

20        15.    In September 2018, I received an email from Premier regarding the annual

21   recertification process for my student loans. Premier again asked for information regarding

22   my salary, employer, and pay stubs.  By this time, I had taken a new job as a speech

3

1   therapist for a medical provider in the private sector.  Since I was earning substantially

2   more money than I did in the public school system, Premier informed me that my increased

3   income could jeopardize my eligibility for reduced student loan payments.

4         16.     In January 2019, I received a letter from FedLoan, stating that I was no longer

5   eligible for reduced student loan payments under DOE's income driven repayment ("IDR")

6   plan.  In response to the letter, I called FedLoan and spoke with a representative who told

7   me that my federal student aid ID number ("FSA") had been changed and that Premier had

8   used my email address to create a new FSA with a different user name, security code, and

9   password.  The FedLoan representative also told me that Premier was not working with

10  DOE as a student loan servicer, but Premier had instead changed my FSA password to

11  access my student loan account information.

12        17.     With help from the FedLoan representative, I was able to reset my FSA

13  password and was allowed to discuss the status of my student loan account.  During this

14  conversation, the FedLoan representative informed me that I was no longer eligible for the

15  IDR plan due to my increased annual income.

16        18.     The FedLoan representative also shared with me the information that Premier

17  had submitted to FedLoan.  To my distress, I learned that Premier had submitted false

18  documents to FedLoan stating I was a single mother with three young children, that I had

19  three adult dependents, and that I was unemployed—all of which is untrue and was contrary

20  to what I had told Premier.

21        19.     Immediately following my phone conversation with FedLoan, I called

22  Premier and cancelled my contract with Premier.

4

1     20.    Premier did not provide any beneficial services to me, and Premier has

2    worsened my student loan situation.   My total student loan debt has substantially increased

3    due to Premier's submission of false documents and information to DOE, which incorrectly

4    reduced my monthly student loan payments and caused my loan balance to increase.

5     21.    If I had known that the money I was paying to Premier was not being applied

6    to my student loan balance or that Premier was going to falsify information to my student

7    loan servicer about my family size and income, I would never have entered into Premier's

8    program.

9     22.    I declare under penalty of perjury that the foregoing is true and correct.

10    23.    Executed on October _____9_____, 2019.

11

12

13                           Alyssa Pugh

14

15

16

17

# Exhibit

## Declaration of Teresita Rosca

### Pursuant to 28 U.S.C. § 1746

I, Teresita Rosca, hereby declare and state as follows:

1.     I am over the age of eighteen and reside in Queen Valley, Arizona.

2.     I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.     On September 14, 2018, I called Premier Student Loan Center ("PSLC" or "Premier") using a phone number a friend gave me. I spoke with a Premier representative who identified herself as Lauren Dinatale. Lauren told me that she could help me find out if I qualified for student loan forgiveness.

4.     Lauren told me that to help me she would need information from me, which she would then verify. The information she requested included my social security number, my salary, the balance on my student loans, my marital status, and how many dependents I have. I told her that I am married with zero dependents, I am retired and my only income is my Arizona teacher pension and social security, and that my loan balance was approximately $148,820. I gave Lauren all of the information she asked for and the whole conversation lasted about 45 minutes.

5.     During my conversation with Lauren, she told me that Premier is an advocate for the federal program on student loan forgiveness. During our conversation, she also asked me for my log in information to my federal student loan portal. She said she needed to check the data so she could see whether the program was applicable to my loan. I gave Lauren my FSA user ID and password.

6.     At some point during my conversation with Lauren, I was put on hold for a long time. When Lauren returned to the phone, she told me that my student loans were forgiven down to $33,611. She told me that I would have a monthly payment of $135 for 240 months. At the time, I did not know who the $135 payment was going to.

7.     Lauren also told me that in order to start the program, I needed to pay a monthly service fee of $239 for the first five months and then an additional monthly fee of $40 for the life

of the program, which was 240 months. Lauren told me that I would be making the $239 and $40 monthly payments directly to Premier.

8.      Lauren stated that many federal loan borrowers are not aware of this loan forgiveness program that President Obama started. Lauren told me that Republicans in Congress were trying to put a stop to this program. Because of these representations, I felt a sense of urgency to sign up with PSLC.

9.      I provided Lauren with my credit card number over the phone so she could charge me the $239 monthly fee and additional $40 monthly fees. At the time, I was paying over $500 each month in interest alone. I felt an urgency to sign up with Lauren because she said Premier couldn't start processing my loan forgiveness application without the first $239 payment.

10.     Lauren told me that a processor would follow up with me by phone to verify my application for student loan forgiveness. Lauren also told me that I would need to sign all of Premier's paperwork electronically.

11.     Shortly after our conversation, I received an email from Lauren containing a link to an electronic document signing website. I skimmed through the multi-page document and all of the figures in the document were the same as Lauren quoted me. I applied my electronic signature to the documents and printed them out.

12.     Several days after my conversation with Lauren, I received a phone call from another representative from PSLC, who identified himself as London Anderson. London told me that he would help me process the forgiveness of my student loan. London told me it would take 30 to 90 days to process and that I would continue making the $239 monthly payments during that time. My conversation with London lasted approximately twenty minutes. He asked me for my income, my number of dependents, and my marital status. London told me that my loan forgiveness was approved and that I would have zero payments for the first year. He provided log in instructions to federalloan.org. At the end of our conversation, London and I exchanged email address information.

13. On or about December 1, 2018, I received a follow-up email from London Anderson that stated the first year's payment toward the $33,611 loan balance would be $0 per month starting in January.

14. Shortly after receiving the email from London, I attempted to log into federalloan.org using the instructions he provided to me. I was not able to log in with the information he gave me, so I called FedLoan directly. I spoke with a FedLoan representative who told me that I should not provide access to my account to anybody. I explained to her that Premier needed access to help me with the annual renewal of student loan forgiveness. The FedLoan representative told me that was not correct and I began to worry that Premier was a scam. The FedLoan representative reset my login password.

15. Around January 2019, I successfully logged into federalloan.org servicer web site to check my account. I was dismayed to discover that the loan balance was the same as it had been in September 2018 and now carried a 4% interest rate, compared to the 3.75% I was paying with Navient.

16. This is when I realized that Premier had scammed me. I had been paying Navient a 3.75% interest rate under the Income Based Repayment program, which was to last for 20 years. The interest rate was 3.75% due to a 0.25% reduction because I was enrolled in auto payments. Because Premier changed my loan servicer from Navient to FedLoans, I lost the qualifying payments I had already made toward loan forgiveness and had to start over and make qualifying payments for a new 20 year plan. Also my interest rate initially increased to 4%. Premier did not tell me that I had to re-enroll myself in auto payments under the new servicer. I had to figure this out myself, when I did my interest rate went back down to 3.75%.

17. I sent multiple emails to Lauren and London, the Premier Student Loan representatives that had spoken with me. I did not receive any response. I attempted to access the PSLC website to communicate with them, but the website had been closed for "maintenance." At that point, I had paid Premier five monthly fees of $239, for a total of $1,195. I wanted Premier to return the money that I had paid to them.

18.     In late January or early February 2019, I wrote a letter to the Better Business Bureau (BBB) explaining how Premier had scammed me. After filing my BBB complaint, I received a response through the BBB portal from Premier asking me to contact them directly to resolve my complaint.

19.     On February 21, 2019, I finally spoke to London, the loan processor at Premier I had spoken with earlier. I explained to London the specific loan details of the program that Lauren described to me. London told me that I had misunderstood Lauren. I told London that I had written down everything that Lauren stated when she presented the program to me. I told London that I had not misunderstood and that his accusation was insulting.

20.     Shortly after that conversation with London, I received a credit to my credit card of $1,195. Premier has cost me an additional $1,456 in interest that accumulated during the five months of non-payment, which they did not reimburse. I asked them for full reimbursement and Premier told me that they could only refund me the credit card payments I had made.

21.     Premier Student Loan Center did not save me any money or help me lower my student loan payments. My current student loan balance is even higher than it was in September 2018. I lost my record of having three years of on time payments with Navient at a 3.75% interest rate. It will take me twenty years to pay down these student loans. I am 72 years old, and I do not have time.

22.     If I had known my loan would not be forgiven following payment of the enrollment fees and that switching my servicer would result in the loss of qualifying payments then I would not have signed up for Premier's services.

23.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24.     Executed on ___Sept. 5___, 2019.

*Teresita Rosca*

Teresita Rosca
At Queen Valley, AZ

Rosa Decl.

**Exhibit**

Declaration of Sarah Varno

Pursuant to 28 U.S.C. § 1746

I, Sarah Varno, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Worcester, Massachusetts.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      On June 6, 2018, I contacted Premier Student Loan Center ("Premier") and spoke with Brian Zimring regarding their student loan forgiveness program. The Premier representative stated that I could enroll in the program and receive loan forgiveness. I owed $15,096 in student loans. After I enrolled, I was contacted by Jessica Mendoza, an SL Account Management ("SLAM") representative. Jessica informed me that I would make 5 payments of $239 to cover the costs of processing my paperwork. The payments would be taken out of my account on the following dates: June 15, 2018, July 5, 2018, August 4, 2018, September 5, 2018, and October 5, 2018.

4.      Jessica told me that after making these payments I would have a loan balance of $5,000. Then I would then pay $20 per month for the next 20 years. At the time I thought the $20 payment I was making each month to Premier was going to pay my new student loan balance of $5,000.

5.      At the time that I signed up I was single with no children.

6.      It was not until I went to purchase a home that I discovered the $20 coming out of my account each month was not going toward my student loan balance.

7.      Around April 2019 when I went to apply for a mortgage, the mortgage officer told me that I had $15,000 in student loan debt. The mortgage officer showed me that my student loans had not been reduced to $5,000 like the Premier representative told me.

8.      Premier put me on an income driven repayment plan (IDR) with a zero dollar payment without my knowledge. The only time I was made aware of this change to my student loans was an e-mail from Premier that was sent to me on the day that I cancelled the program. A true and correct copy of the e-mail sent on May 30, 2019 from Premier notifying me of the new repayment plan is attached as **Attachment A**.

1

9.     I tried calling my Premier Representative, Jessica, to inquire about what was actually going on, but whoever answered the Premier number told me that Jessica was not available. I called Premier multiple times and received the same response. I was never called back even though they said someone would call me.

10.    The program was supposed to be a loan forgiveness program but my student loan balance did not change as a result of using Premier's service. The only thing that happened when I signed on with Premier was that I lost approximately $1,300.

11.    On May 1, 2019 I filed a complaint against Premier with the Consumer Financial Protection Bureau ("CFPB").

12.    About a month later someone from Premier, Christian, called me to try to resolve the complaint. I told Christian how disgusted I was that Premier had scammed me. He mentioned that he worked for both Premier and SLAM. During the call he agreed to refund my money and cancel the service. A true and correct copy of the e-mail Christian sent me on May 30, 2019 confirming my cancellation of their service is attached as **Attachment B.**

13.    The same day Premier refunded me $1,315. A true and correct copy of the e-mails showing the refunded payments from Premier are attached as **Attachment C.**

14.    If I had known that the fees paid to Premier were not payments toward my outstanding loan debt, I never would have signed up for their service.

15.    If I had known that my loans would not be forgiven after I made the initial payments of $239 each, I never would have signed up for their service.

16.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17.    Executed on _9-24_ , 2019.

Sarah Varno

At Worcester, Massachusetts

# Attachment A

Pl. Ex. 61
p. 1673

| From: | Sarah Varno |
|---|---|
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fw: Fed Loan servicing Login. |
| Date: | Friday, June 21, 2019 2:03:39 PM |

----- Forwarded Message -----
From: Christian Stark <cstark@processingsupport.com>
To: [REDACTED]@yahoo.com [REDACTED]@yahoo.com>
Sent: Thursday, May 30, 2019, 1:56:55 PM EDT
Subject: Fed Loan servicing Login.

https://myfedloan.org/

Your online account has been set up. Your login information is listed below, if you have any issues logging in please contact me.

**Username:** ▮▮▮▮▮

**Password:** ▮▮▮▮▮

**Answer to your Security Questions:** ▮▮

<u>**Please DO NOT alter your login credentials**</u> without notifying our company.

The details following your new payment plan is as follows:

**Repayment Plan:** REVISED PAY AS YOU EARN

**Approved Monthly Student Loan Payment:** $0

**First Payment Due Date:** 09/22/2018

**Payment End Date:** 09/1/2019

## Christian Stark

**Customer Support Department**

**Customer Support Manager**

Toll-Free: (888) 548-0476

Direct: (949) 202-1404
***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pl. Ex. 61
p. 1675

# Attachment B

| From: | Sarah Varno |
|---|---|
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fw: Customer Service Department - Cancellation Confirmation |
| Date: | Friday, June 21, 2019 1:35:55 PM |

------ Forwarded Message ------

**From:** Christian Stark <cstark@processingsupport.com>
**To:** ▮▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 2:02:34 PM EDT
**Subject:** Customer Service Department - Cancellation Confirmation

Hello Sarah,

**Confirmation #: PSLC-228447848**

This email is to confirm that we have cancelled your file effective: **May 30, 2019**

**Your cancellation has been processed and all scheduled payments will not be drafted.**

We are sorry to hear you won't be continuing your services with us. Your cancellation has been processed and all scheduled payments will not be drafted. If you have any questions or concerns, please feel free to contact us.

Thank you,

**Customer Support**

Premier Student Loan Center

Toll Free: (888) 548-0476

***** **Email confidentiality notice** *****

**CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.**

# Attachment C

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:35:28 PM |

----- Forwarded Message -----
From: "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
To: ▓▓▓▓@yahoo.com" ▓▓▓▓@yahoo.com>
Sent: Thursday, May 30, 2019, 1:46:02 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

_____

General Information
_____

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:46:01 AM PDT

_____

Transaction Information
_____

Transaction Amount : $-20.00
Transaction ID : 4719443211
Authorization Code : 030871
Transaction Type : Card Refund
Response : APPROVED

_____

Customer Billing Information
_____

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▓▓▓▓
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▓▓▓▓
Email ▓▓▓▓@yahoo.com

_____

Customer Shipping Information
_____

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:32:25 PM

----- Forwarded Message -----
From: kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
To: [REDACTED]@yahoo.com" [REDACTED]@yahoo.com>
Sent: Thursday, May 30, 2019, 1:36:22 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

-------------------------------------
General Information
-------------------------------------
Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:36:20 AM PDT

-------------------------------------
Transaction Information
-------------------------------------
Transaction Amount : $-239.00
Transaction ID : 4719428609
Authorization Code : 030785
Transaction Type : Card Refund
Response : APPROVED

-------------------------------------
Customer Billing Information
-------------------------------------
First Name : Sarah
Last Name : Varno
Address [REDACTED]
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone :
Email : [REDACTED]@yahoo.com

-------------------------------------
Customer Shipping Information
-------------------------------------
First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:07 PM |

----- Forwarded Message -----
From: kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
To: ▮▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
Sent: Thursday, May 30, 2019, 1:38:14 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

General Information

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:38:12 AM PDT

Transaction Information

Transaction Amount : $-239.00
Transaction ID : 4719431400
Authorization Code : 030927
Transaction Type : Card Refund
Response : APPROVED

Customer Billing Information

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮▮▮
Email : ▮▮▮▮@yahoo.com

Customer Shipping Information

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:11 PM |

------ Forwarded Message ------
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** ▇▇▇▇▇ @yahoo.com" ▇▇▇▇▇ @yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:40:55 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

------------------------------------
General Information
------
Merchant Account: **STUDENT LOAN MGMT**
Date/Time : 05/30/2019 10:40:53 AM PDT

------------------------------------
Transaction Information
------------------------------------
Transaction Amount : $-239.00
Transaction ID : 4719435658
Authorization Code : 030203
Transaction Type : Card Refund
Response : APPROVED

------------------------------------
Customer Billing Information
------------------------------------
First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▇▇▇▇▇
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▇▇▇▇▇
Email : ▇▇▇▇▇ @yahoo.com

------------------------------------
Customer Shipping Information
------------------------------------
First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:15 PM |

----- Forwarded Message -----
From: kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
To: ████@yahoo.com" ████@yahoo.com>
Sent: Thursday, May 30, 2019, 1:40:09 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

--------------------------------------
General Information
--------------------------------------

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:40:07 AM PDT

--------------------------------------
Transaction Information
--------------------------------------

Transaction Amount : $-239.00
Transaction ID : 4719434282
Authorization Code : 030006
Transaction Type : Card Refund
Response : APPROVED

--------------------------------------
Customer Billing Information
--------------------------------------

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ████
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone ████
Email : ████@yahoo.com

--------------------------------------
Customer Shipping Information
--------------------------------------

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Mortier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:25 PM |

----- Forwarded Message -----
From: kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
To: ▇▇▇▇@yahoo.com" ▇▇▇▇@yahoo.com>
Sent: Thursday, May 30, 2019, 1:42:06 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

--------------------------------
General Information
--------------------------------

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:42:04 AM PDT

--------------------------------
Transaction Information
--------------------------------

Transaction Amount : $-239.00
Transaction ID : 4719437472
Authorization Code : 030442
Transaction Type : Card Refund
Response : APPROVED

--------------------------------
Customer Billing Information
--------------------------------

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▇▇▇▇
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▇▇▇▇
Email : ▇▇▇▇@yahoo.com

--------------------------------
Customer Shipping Information
--------------------------------

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:34:55 PM

----- Forwarded Message -----
**From:** kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
**To:** [REDACTED]@yahoo.com" [REDACTED]@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:43:14 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

-------------------------------------
General Information
-------------------------------------

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:43:12 AM PDT

-------------------------------------
Transaction Information
-------------------------------------

Transaction Amount : $-20.00
Transaction ID : 4719439162
Authorization Code : 030780
Transaction Type : Card Refund
Response : APPROVED

-------------------------------------
Customer Billing Information
-------------------------------------

First Name : Sarah
Last Name : Mankiewicz Varno
Address : [REDACTED]
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : [REDACTED]
Email : [REDACTED]@yahoo.com

-------------------------------------
Customer Shipping Information
-------------------------------------

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| From: | Sarah Varno |
|---|---|
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fw: STUDENT LOAN MGMT Transaction Receipt |
| Date: | Friday, June 21, 2019 1:35:02 PM |

----- Forwarded Message -----
From: "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
To: [redacted]@yahoo.com" [redacted]@yahoo.com>
Sent: Thursday, May 30, 2019, 1:43:51 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

-----------------------------------
General Information
-----------------------------------

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:43:49 AM PDT

-----------------------------------
Transaction Information
-----------------------------------

Transaction Amount : $-20.00
Transaction ID : 4719440070
Authorization Code : 030447
Transaction Type : Card Refund
Response : APPROVED

-----------------------------------
Customer Billing Information
-----------------------------------

First Name : Sarah
Last Name : Mankiewicz Varno
Address : [redacted]
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : [redacted]
Email : [redacted]@yahoo.com

-----------------------------------
Customer Shipping Information
-----------------------------------

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montiert William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:35:11 PM |

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** ▇▇▇@yahoo.com" ▇▇▇@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:44:13 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

General Information

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:44:11 AM PDT

Transaction Information

Transaction Amount : $-20.00
Transaction ID : 4719440602
Authorization Code : 030463
Transaction Type : Card Refund
Response : APPROVED

Customer Billing Information

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▇▇▇
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▇▇▇
Email : ▇▇▇@yahoo.com

Customer Shipping Information

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montien, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:35:17 PM |

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** ▮▮▮▮▮@yahoo.com" ▮▮▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:44:50 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

-------------------------------------
General Information
-------------------------------------
Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:44:49 AM PDT

-------------------------------------
Transaction Information
-------------------------------------
Transaction Amount : $-20.00
Transaction ID : 4719441531
Transaction Type : Card Refund
Response : SUCCESS

-------------------------------------
Customer Billing Information
-------------------------------------
First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮▮
Email ▮▮▮▮▮@yahoo.com

-------------------------------------
Customer Shipping Information
-------------------------------------
First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:35:22 PM

----- Forwarded Message -----
From: "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
To: ▊▊▊@yahoo.com" ▊▊▊@yahoo.com>
Sent: Thursday, May 30, 2019, 1:45:21 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

-----------------------------------
General Information
-----------------------------------

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:45:21 AM PDT

-----------------------------------
Transaction Information
-----------------------------------

Transaction Amount : $-20.00
Transaction ID : 4719442261
Transaction Type : Card Refund
Response : SUCCESS

-----------------------------------
Customer Billing Information
-----------------------------------

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▊▊▊
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▊▊▊
Email : ▊▊▊@yahoo.com

-----------------------------------
Customer Shipping Information
-----------------------------------

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :