Exhibit

# DECLARATION OF SCOTT LAUSE
## Pursuant to 28 U.S.C. § 1746

I, Scott Lause, declare and state as follows:

1. I am a United States citizen and am over 18 years of age. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them.

2. I am employed as the Assistant General Counsel for the Higher Education Loan Authority of the State of Missouri ("MOHELA"), which is a public instrumentality and body politic and corporate of the State of Missouri, established pursuant to Sections 173.350 to 173.445 of the Missouri Revised Statutes. MOHELA's principal place of business is located in Chesterfield, Missouri.

3. MOHELA is engaged in the business of servicing student loans, including student loans that are made by the U.S. Department of Education pursuant to the Federal Direct Loan Program. Additionally, MOHELA owns and services student loans made through the Federal Family Education Loan Program ("FFELP"). MOHELA provides a full range of services to Direct Loan and FFELP borrowers, including billing, payment processing, and advising borrowers about a number of relevant topics, including repayment plan options, loan discharge and loan forgiveness, delinquency and default prevention initiatives, and collections. MOHELA works directly with Direct Loan and FFELP borrowers to ensure that borrowers are in the repayment plan that best meets their needs and, as necessary, to provide borrowers with forbearances and deferments during times when the borrower is in school, unemployed, or is suffering some form of financial hardship.

4. As part of my responsibilities as MOHELA's Assistant General Counsel, I lead a team of employees who are focused on identifying and assisting borrowers who are working with student loan debt relief companies ("SLDRs").

### Background on SLDRs

5. SLDRs are third-party companies that charge borrowers fees to obtain student loan debt relief benefits that typically are available for free through the U.S. Department of Education and federal student loan servicers, such as Income-Driven Repayment ("IDR") plans, forbearance and deferment, and loan consolidation. SLDRs are not federal student loan servicers and are not in any way approved by or affiliated with the federal government or federal student loan servicers.

6. In MOHELA's experience, described below, such companies frequently make false or inaccurate representations to borrowers in order to induce them to make payments to the SLDR and to provide the SLDR with their Federal Student Aid ("FSA") personal identification numbers ("PINs") and federal loan servicing account login credentials. SLDRs then may use this information to initiate various actions on borrowers' accounts, including altering the contact information on borrowers' accounts; removing the auto-debit feature on borrowers' accounts; consolidating, or attempting to consolidate, borrowers' loans; submitting requests for forbearance or deferment; and enrolling, or attempting to enroll, borrowers in various repayment programs, such as IDR Plans. In many cases, MOHELA staff have learned later from borrowers that these actions on their loan accounts were unauthorized or not in the borrowers' best interests.

### MOHELA's Efforts to Protect Affected Borrowers

7. To protect borrowers from fraudulent conduct, MOHELA trains its customer service agents to flag accounts where the borrower indicates that she or he is working with, or has previously worked with, an SLDR, for further investigation and action, as needed. Such investigation typically entails reviewing the activity on the account since the time of the borrower's first contact with the SLDR, including any changes to the contact information on the account, recorded

phone calls, loan consolidation requests, IDR plan applications, forbearance/deferment requests, payment history, and changes to the auto-debit status. Staff may also attempt to contact the borrower to determine whether the borrower authorized these actions and to confirm the accuracy of the borrower's contact information that MOHELA has on file.

8. In addition to investigating SLDRs' actions on individual borrower accounts, MOHELA gathers data on known SLDRs, including company names, website URLs, email and mailing address, telephone numbers, and the names of SLDR representatives. MOHELA uses this contact information to query its system for additional borrower accounts that may be affected.

**MOHELA's Investigation of Premier Student Loan Center and Related Entities**

9. On or around September 7, 2018, I received a request from the North Carolina Department of Justice ("NCDOJ") for information about a SLDR doing business under various names, including Premier Student Loan Center, Financial Preparation Services, First Choice Financial Center, Best Choice Financial Center, Student Loan Account Management, Keystone Document Center, Pacific Shores Advisory, Direct Account Services, ALW Loans Administrative Accounting Center, Edu Doc Support and Consumer Advocacy Center, Inc., (collectively "Premier").

10. Through borrower complaints and by using contact information, specifically mailing addresses and email addresses previously identified by MOHELA, MOHELA staff, under my supervision and direction, identified at least 225 borrower accounts associated with Premier. A copy of the contact information that MOHELA used to search for affected accounts is attached to this declaration as **Attachment A**. MOHELA staff reviewed certain of these accounts to identify problematic activity. This investigation entailed, among other things, reviewing

-3-

account activity notes, payment history, repayment schedules, consolidation requests, forbearance and deferment requests, IDR plan applications, and telephone call recordings, and in some cases, speaking with affected borrowers.

11. Based on this review, MOHELA has determined that Premier has engaged in a variety of conduct that has caused, or has the potential to cause, negative consequences for borrowers, including:

    a) making false or inaccurate statements to borrowers in order to induce them to sign up for Premier's services;

    b) impersonating borrowers during calls with MOHELA in order to gain access to their accounts and initiate loan actions;

    c) submitting IDR Plan applications and forbearance requests, many with signature discrepancies, indicating possible forgery;

    d) altering the contact information on borrowers' accounts;

    e) removing the auto-debit feature from borrowers' accounts;

    f) submitting loan consolidation requests on behalf of borrowers;

    g) submitting forbearance requests on behalf of borrowers when more beneficial options were available; and

    h) providing inaccurate or false information on IDR Plan applications in order to qualify borrowers for low or $0.00 monthly payments for which they would not otherwise have qualified.

Each of these actions is discussed below.

*Making False or Inaccurate Representations to Borrowers*

12. Based on its review of the affected accounts and conversations with more than 125 affected borrowers, MOHELA has determined that Premier has repeatedly made false or misleading representations to borrowers. For example, according to borrowers with whom MOHELA has spoken, Premier has promised

-4-

to lower borrowers' monthly student payments, in some cases permanently. IDR Plan payment amounts are determined on an annual basis based on factors such as income and family size in relation to the borrower's debt. Thus a borrower's payment amount may change as the borrower's circumstances change.

13. Numerous borrowers have informed MOHELA staff that Premier promised to reduce their student loan balance, in many cases drastically. A borrower's student loan balance cannot be reduced solely by working with Premier. Only the Department of Education can grant loan forgiveness, and that can only happen after a borrower has enrolled in a forgiveness program and has complied with the terms of the program, including by making qualifying payments over the requisite number of months (a minimum of 120, depending on the program).[1]

14. Borrowers have provided MOHELA with documentation that appears to be from Premier that includes inaccurate and misleading statements. For example: indicating that borrowers are having up to 90% of their student loan balance forgiven by signing-up with Premier; implying that borrowers could only receive certain benefits by, and that their most beneficial option was, consolidating their loans; and, indicating to borrowers that MOHELA was being sued and/or being forced to cease operations.

15. In addition, borrowers have informed MOHELA staff that Premier has represented that it has a special relationship with the U.S. Department of Education when, in fact, it has no such relationship. For instance, on certain correspondence from Premier, it says that the U.S. Department of Education allows Premier to send a $25.00 Visa Cash Card for each referral, as long as the referral qualifies for a "plan".

---

[1] The U.S. Department of Education can also discharge loans in other limited circumstances, for example for Total and Permanent Disability (TPD) or if a borrower has a defense to repayment.

16. MOHELA staff also has handled numerous contacts from borrowers who were surprised to learn that the payments they made to Premier were not applied to their loans. Other borrowers, with whom MOHELA staff spoke, were surprised that their loans still were, or would be, with MOHELA; these borrowers believed their loans would be serviced by Premier.

### *Impersonating Borrowers*

17. Based on its review of the affected accounts, MOHELA has determined that Premier has impersonated borrowers on numerous phone calls with MOHELA customer service agents in order to gain access to borrowers' accounts, alter the demographic information on borrowers' accounts, and initiate various actions on borrowers' behalves. In determining that Premier has impersonated borrowers on these phone calls, MOHELA considered a variety of factors, including: the telephone number from which the call appeared to have originated; whether the same telephone number called in on multiple different borrower accounts; whether the telephone number resembled the borrower's telephone number save for one or two digits (*i.e.*, whether the number was "spoofed"); whether the borrower recalled calling in on certain dates and times; whether the caller's voice differed from that on previous calls with the borrower; and whether the same person or voice called in on multiple accounts.

### *Forging Borrowers' Signatures*

18. Based on its review of the affected accounts, MOHELA has identified a pattern of signature discrepancies on borrowers' IDR Plan requests and forbearance requests. In some cases, the signatures on these documents appear to be clearly distinct from borrowers' signatures on earlier documents. Additionally, MOHELA staff has identified that many documents submitted on the accounts of borrowers who have, or appear to have, worked with Premier, have a striking uniformity between them; specifically, these documents are

-6-

submitted, often via fax, with the ink heavily faded and with numerous, dark vertical lines on each page. Such distinctive markings are not common on documents submitted to MOHELA. Furthermore, in many cases, borrowers have confirmed to MOHELA staff that they did not submit such IDR Plan request and/or forbearance request.

19. Additionally, MOHELA staff determined that many of these documents containing signatures, particularly forbearance requests, were transmitted to MOHELA from the same fax number associated with Premier, namely, 888-302-3033. In some instances, these documents even display the name of the same individual, likely suggesting that the same Premier representative transmitted, and possibly forged, these documents on the accounts of multiple borrowers. For example, several display the name "Tom Nelson."

<u>*Altering Contact Information on Borrowers' Accounts*</u>

20. Based on its review of the affected accounts and conversations with affected borrowers, MOHELA has determined that Premier has altered the contact information (*e.g.*, email address and mailing address) of at least 100 borrower accounts. Specifically, Premier has removed the borrower's contact information and replaced it with contact information associated with Premier. For example, MOHELA staff identified 91 borrower accounts that contained an e-mail address ending with the domain: @mailprem.com. *See* **Attachment B**.

21. Premier has altered the contact information on borrowers' accounts primarily through three methods. First, Premier has placed telephone calls to MOHELA and, pretending to be borrowers, requested to alter the contact information on the borrower's accounts. Second, Premier has submitted applications or requests containing new contact information associated with Premier. Third, Premier has created or obtained borrowers' login credentials to the U.S. Department of Education's or MOHELA's secure online portal and

-7-

altered the contact information on borrowers' accounts, such as the borrower's email address.

22. By altering the contact information on borrowers' accounts, Premier has prevented borrowers from receiving important correspondence from MOHELA, such as billing statements, delinquency notices, IDR Plan renewal notifications, and more.

### *Removing the Auto-Debit Feature*

23. Based on its review of the affected accounts, MOHELA has determined that Premier has removed the auto-debit feature from multiple borrowers' accounts. This has caused, or has the potential to cause, several negative consequences for borrowers. First, removing the auto-debit feature has resulted, or has the potential to result, in borrowers making untimely payments to MOHELA or missing payments altogether. This has caused, or has the potential to cause, borrowers' account balances to grow, potentially increasing borrowers' repayment periods. Additionally, by removing the auto-debit feature from borrowers' accounts, Premier also has caused borrowers to lose the 0.25% interest rate reduction provided to Direct Loan and FFELP borrowers who pay via auto-debit.

### *Consolidating, or Attempting to Consolidate, Borrowers' Loans*

24. Based on its review of the affected accounts, MOHELA has determined that Premier has consolidated, or attempted to consolidate, borrowers' loans. In some cases, Premier has submitted consolidation requests for borrowers who were already enrolled in repayment plans that offered the possibility of loan forgiveness if the borrowers made a certain number of qualifying payments. When the consolidation requests were processed, new loans were established and the forgiveness periods restarted. This resulted in these borrowers losing months and often years of qualifying payments towards

-8-

forgiveness.

<u>*Submitting Forbearance Requests*</u>

25. Based on its review of the affected accounts, MOHELA has determined that Premier requested forbearances on behalf of multiple borrowers when more beneficial repayment options were available. The forbearances that Premier has requested generally have come from borrowers' limited "general" or "temporary hardship" forbearance time. Pursuant to federal law, this time is limited to three years over the life of the loan. This has allowed Premier to collect payments from borrowers without borrowers' loans becoming delinquent and MOHELA notifying the borrower of the delinquency. During this forbearance period, interest has continued to accrue on borrowers' loans and has capitalized, meaning it was added into the principal balance of the loan when the forbearance period ended. In many cases, when Premier submitted such a forbearance, the borrower was eligible for another type of forbearance, an "administrative" forbearance, which is not limited and upon its cessation does not trigger interest capitalization.

26. MOHELA staff has identified instances where forbearance requests were submitted by Premier that may not have been in the best interests of the borrower. For example, Premier requested forbearances on the accounts of borrowers who had been making regularly monthly payments, and who appeared to be having no trouble meeting their monthly payment obligations. Such was the case with MOHELA borrower DM, who was making regular monthly payments prior to working with Premier. After DM began working with Premier, Premier submitted a general forbearance on DM's account. This general forbearance was submitted in advance of a consolidation request, in which case an administrative forbearance would have been appropriate. Nevertheless, when the general forbearance ended, the interest that had accrued

during the forbearance period was capitalized, thus increasing DM's principal balance.

### *Enrolling, or Attempting to Enroll, Borrowers in Repayment Plans*

27. Based on its review of the affected accounts and conversations with affected borrowers, MOHELA has determined that Premier has submitted IDR Plan applications that contain inaccurate and/or falsified information in order to qualify borrowers for low or $0.00 monthly payments for which they would not otherwise have qualified. For example, Premier has indicated on multiple IDR Plan applications that borrowers filed their taxes single, or otherwise did not have access to their spouse's income; when, in fact, MOHELA staff has learned from speaking to these borrowers that they were married and had access to their spouses' income. By listing these borrowers as single, or otherwise not having access to their spouses' income, Premier was able to avoid having to provide the borrowers' spouses' incomes on their IDR Plan applications, thereby allowing Premier to obtain lower monthly payments on behalf of these borrowers.

28. Premier also has indicated on multiple IDR Plan applications that borrowers had more dependents than the borrowers actually had at the time. By indicating that these borrowers had more dependents than they actually had, Premier was able to obtain for these borrowers lower monthly payments than they would otherwise have qualified for had the correct number of dependents been inputted.

29. In some cases, Premier indicated on IDR Plan applications that borrowers had no taxable income, when borrowers actually had taxable income. By indicating that borrowers had no taxable income on IDR Plan applications, Premier was able to obtain for these borrowers a $0.00 monthly payment amount, which is a lower payment amount than these borrowers may have otherwise qualified had the correct amount of taxable income been inputted on

-10-

the IDR Plan application.

30. Premier's practice of falsifying borrowers' marital status, family size, and income on IDR Plan applications can have negative consequences for borrowers. For instance, it may result in the accrual of unpaid interest, that otherwise may not have accrued, which the borrower will then have to satisfy before any payments will be applied to the principal balance. In some cases, the accrued unpaid interest may capitalize into the principal balance, if not satisfied, such as when a borrower later leaves a particular IDR Plan. A borrower has to leave certain IDR Plans if she or he no longer qualifies for the plan, or she or he may choose to do so if the plan is no longer affordable. The corresponding interest capitalization will leave the borrower with a higher principal balance and daily interest accrual, and thus, a greater debt burden to repay.

31. Based on its review of borrower accounts, MOHELA identified borrowers who have had to bear these negative consequences. For example, MOHELA borrower CL was making regular monthly payments on the level repayment plan, which more than satisfied CL's monthly interest accrual, prior to working with Premier. Premier submitted an IDR Plan request on behalf of CL, which contained inaccurate information pertaining to CL's marital status, family size, and adjusted gross income. The inaccurate information contained on the IDR Plan request qualified CL for a $0.00 monthly payment amount. This monthly payment amount, and consequently not making monthly payments, meant that no interest was satisfied by CL during the duration of the IDR Plan.[2] CL later informed MOHELA that the information on the IDR Plan request was

---

[2] Because CL was repaying under the Revised Pay as You Earn ("REPAYE") plan, a type of IDR plan, he was still provided a partial interest subsidy during the duration of the REPAYE plan in accordance with 34 C.F.R. 685.209(c)(2)(iii)(A) and (B).

-11-

inaccurate. After learning the monthly payment amount based on accurate information, CL determined that the IDR Plan would no longer be affordable. CL chose a different, more affordable repayment plan, resulting in CL leaving the IDR Plan and more than $1,000.00 in accrued unpaid interest capitalizing into CL's principal balance, thereby increasing CL's loan burden.

### Business Records Certification

32. I have personal knowledge and the authority to certify the authenticity of the records produced by MOHELA and attached hereto. These records were made in the regular course of business, by MOHELA, and it was in the regular course of business of MOHELA for an employee or representative of MOHELA with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record and transmit information thereof to be included in such record; and, the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicates of the original.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October __10__, 2019.

_Scott Lause_
Scott Lause
Assistant General Counsel

-12-

Premier Student Loan Center, etc. Demographic Info.

| Mailing Address | Mailing Address | City | State |
| --- | --- | --- | --- |
| 173 TECHNOLOGY DR | #201 | Irvine | CA |
| 173 TECHNOLOGY DR | #202 | Irvine | CA |
| 29901 SNTA MARGRT PKWY | 200F | RCHO STA MARG | CA |
| 29901 SNTA MRGT PKWY | SUITE 200F | RANCHO SNTA MRGRT | CA |
| 29901 SNTA MRGT PKWY | SUITE 200F | RCHO SNTA MRGRT | CA |
| 29901 SNTA MRGT PKWY | 200F | RSM | CA |
| 8 WHATNEY | STE 100 #8 | IRVINE | CA |
| 8 WHATNEY | STE 1008 | IRVINE | CA |



| Zip Code | E-Mail Domains |
|---|---|
| 92618 | mailprem.com |
| 92618 | premierstudentloancenter.com |
| 92688 | mailerserv.net |
| 92688 | |
| 92688 | |
| 92688 | |
| 92618 | |
| 92618 | |

EmailAddress_1

SARAHECKERT@MAILPREM.COM
CHANTHINITH10@MAILPREM.COM
GTURNER53@MAILPREM.COM
LBDAMICO@MAILPREM.COM
VILLALOBOSA93@MAILPREM.COM
KWILLIAMS94@MAILPREM.COM
MFERNANDEZ91@MAILPREM.COM
SFRASER82@MAILPREM.COM
CSCANLO2@MAILPREM.COM
LARRYBROWN0@MAILPREM.COM
AMJOHNSON276@MAILPREM.COM
JWISHNESKI67@MAILPREM.COM
AGRABER89@MAILPREM.COM
GBYERS@MAILPREM.COM
CHILLY.TS1986@MAILPREM.COM
TRICIALUNSFORD@MAILPREM.COM
DESHIELDS_CRAIG@MAILPREM.COM
JFROHLICH86@MAILPREM.COM
JOHNXSUPREME@MAILPREM.COM
VANNAH83@MAILPREM.COM
EMAYAROSS@MAILPREM.COM
HANNA924@MAILPREM.COM
PENNYSTRONG32@MAILPREM.COM
MWATSON51@MAILPREM.COM
YVETTEBABYGIRL@MAILPREM.COM
LSH021991@MAILPREM.COM
MBATTLE68@MAILPREM.COM
MIRALDO1@MAILPREM.COM
MTREADWAY@MAILPREM.COM
ABUCHANAN87@MAILPREM.COM
DWCGIRL9@MAILPREM.COM
CHARCASS17@MAILPREM.COM
ERYNN.MAYLE@MAILPREM.COM
MYLIFEISDANCE@MAILPREM.COM
PEANUTT03@MAILPREM.COM
CPARKER92@MAILPREM.COM
LILIANAR08@MAILPREM.COM
VRIVEROTRAVIS81@MAILPREM.COM
ZOMBIELADY74@MAILPREM.COM
T_WATSON@MAILPREM.COM
STACISMITH@MAILPREM.COM
KHARRISON77@MAILPREM.COM
DREAMTHENCREATE@MAILPREM.COM
RAYHOLLINGS@MAILPREM.COM
MARIAN.ANDERSON.J19@MAILPREM.COM
RENEECURFMAN@MAILPREM.COM

Lause Decl. - Attachment B


EXHIBIT
Pl. Ex. 62
p. 1704

SAMHOILLDAY@MAILPREM.COM
HHKY79@MAILPREM.COM
DENISEMCCAW@MAILPREM.COM
BILLZ68@MAILPREM.COM
NFALLS73@MAILPREM.COM
NORMAMEDRANO06@MAILPREM.COM
WGREEN88@MAILPREM.COM
DCB_05@MAILPREM.COM
SKETCHAM71@MAILPREM.COM
JASON.WARD@MAILPREM.COM
JOHNNYMEDLOCK@MAILPREM.COM
EWARREN70@MAILPREM.COM
LBENNETTS@MAILPREM.COM
KDSCHWARTZ2005@MAILPREM.COM
NOTMEINK@MAILPREM.COM
KRISTI.CRAVEN72@MAILPREM.COM
KRISTINMCGLINN@MAILPREM.COM
STERLINGSILVER04@MAILPREM.COM
KHADIJAHJOHNSON16@MAILPREM.COM
TRINADBRIM@MAILPREM.COM
DENICEHUFFORD@MAILPREM.COM
PRECIOUSJ_05@MAILPREM.COM
ROSIEST@MAILPREM.COM
PENELOPEWORLD@MAILPREM.COM
ADA.CABASSA@MAILPREM.COM
J.ARTIGAS1754@MAILPREM.COM
CROMAGUERA83@MAILPREM.COM
JALFARO@MAILPREM.COM
SCOLE95@MAILPREM.COM
KELLYMSCHNASE@MAILPREM.COM
SHANNONBRAKEBILL@MAILPREM.COM
BAMDAMAN2795@MAILPREM.COM
AENGLE001@MAILPREM.COM
TKCARPENTER69@MAILPREM.COM
GFASSIL88@MAILPREM.COM
CHASITY_REANE@MAILPREM.COM
TTMYWORLD2013@MAILPREM.COM
JESSENIA.GODINES1996@MAILPREM.COM
NICHELLABROWN19@MAILPREM.COM
TINKCERDA@MAILPREM.COM
KENNAI_1967@MAILPREM.COM
JOE.CONTRERAS2112@MAILPREM.COM
ALEXGONZALEZ687@MAILPREM.COM
MAILIMV86@MAILPREM.COM
LINOFRANCK@MAILPREM.COM

# Exhibit