# Exhibit

Declaration of Anneliese Simmons

Pursuant to 28 U.S.C. § 1746

I, Anneliese Simmons, hereby declare and state as follows:

1.      I am competent to make this declaration and have personal knowledge of the following facts.

2.      I am the Stakeholder Services Manager in the Office of Consumer Response (Consumer Response) at the Bureau of Consumer Financial Protection (Bureau).

3.      Under the Dodd-Frank Wall Street Reform and Consumer Protection Act, the Bureau is required to "facilitate the centralized collection of, monitoring of, and response to consumer complaints regarding consumer financial products or services."[1]

4.      Consumers can submit complaints to the Bureau on the Bureau's website or by phone, email, mail, fax, or through a referral. After review, complaints are forwarded via a secure web portal called the "Company Portal" to the appropriate company for response. The Company Portal allows companies to view and respond to complaints submitted to the Bureau, supports the efficient routing of consumer complaints to companies, and enables a timely and secure response by companies to the Bureau and consumers.

5.      Companies register for access to the Company Portal through completing the Boarding Form. The Boarding Form, available on the CFPB's website, provides details about the company's structure, organization, affiliates and subsidiaries. During the boarding process, companies are instructed on how to

---

[1] Codified at 12 U.S.C. 5493(b)(3)(A). *See also* Dodd-Frank Act, Section 1034 (discussing responses to consumer complaints), codified at 12 U.S.C. 5534; Section 1021(c)(2) (noting that one of the Bureau's primary functions is "collecting, investigating, and responding to consumer complaints"), codified at 12 U.S.C. 5511(c)(2).

1

1 provide updated information about notable changes to company information, such
2 as mergers, acquisitions, or name changes through the support ticket process.

3       6.      For companies that have on-boarded and have access to the portal,
4 Consumer Response routes complaints to the company identified by the consumer
5 as the subject of the complaint.

6       7.      If the Bureau receives a complaint about a company that is not on-
7 boarded to the Company Portal, then Consumer Response will evaluate whether
8 the complaint involves a financial product or service within the Bureau's authority.

9       8.      If Consumer Response determines that the company is a candidate for
10 the Company Portal, then Consumer Response sends the company a letter of intent.
11 Attached hereto as Ex. A is a true and accurate copy of the template for the letter
12 of intent.

13       9.      After sending the letter of intent, Consumer Response typically also
14 calls the company to identify a point of contact so that it can email the point of
15 contact a boarding form with instructions.

16       10.     Consumer Response first received a complaint about Premier Student
17 Loan Center on ("Premier") on March 21, 2017.  Consumer Response sent Premier
18 a letter of intent on May 23, 2017. Consumer Response followed up by phone with
19 the company on June 6, 2017 and July 10, 2017.  Consumer Response emailed
20 Christian Stark on July 11, 2017 with a boarding form and instructions, and sent a
21 reminder on July 16, 2017.

22       11.     On July 16, 2017, Consumer Response received a completed
23 Boarding Form on behalf of Premier via email from Christian Stark.  Attached
24 hereto as Ex. B is a true and accurate copy of Premier's completed Boarding Form.

25       12.     Consumer Response provided Premier access to the Company Portal
26 on July 26, 2017.  Attached hereto as Ex. C is a true and accurate copy of

27
28

2

1    Premier's most recent response to a consumer complaint through the Company
2    Portal as of the date of this declaration. The response is dated September 17, 2019.

3         13.    Consumer Response first received a complaint against SL Account
4    Management (SLAM) on June 13, 2018. Consumer Response sent SLAM a letter
5    of intent on July 19, 2018 and sent a follow up email on July 25, 2018. Consumer
6    Response staff also called the company on August 1, 2018.

7         14.    SLAM did not respond to Consumer Response's letter, email, or
8    phone call, and to date SLAM has not returned the Boarding Form.

9         15.    Consumer Response first received a complaint against Financial
10    Preparation Services (FPS) on October 2, 2018. Consumer Response sent a letter
11    of intent to FPS on October 10, 2018. Consumer Response called FPS on October
12    23, 2018, and left a message asking for its customer service manager to return the
13    call. Consumer Response sent a follow up email to FPS on October 31, 2018.

14         16.    To date, FPS has not responded to the Bureau's letter, call, or email,
15    and to date has not returned a boarding form.

16         17.    I declare under penalty of perjury under the laws of the United States
17    of America that the foregoing is true and correct.

18         18.    Executed on _October 15_ , 2019.

19
20
21    Anneliese Simmons
22    At _1700 G St. NW; WADC_ [Location]
23
24
25
26
27    3
28

**cfpb** Consumer Financial Protection Bureau

October 8, 2019

«Entity_Name»
«Street»
«City», «State»  «Zip_Code»

Dear «Entity_Name»,

The Consumer Financial Protection Bureau (CFPB) received one or more consumer complaints about your company.

**What is the CFPB?**

The CFPB is a Federal government agency that helps consumer finance markets work by making rules more effective, by consistently and fairly enforcing those rules, and by empowering consumers to take more control over their economic lives. The Consumer Financial Protection Act of 2010 directs the CFPB to facilitate the centralized collection of, monitoring of, and response to consumer complaints about financial products and services. The CFPB's Office of Consumer Response answers consumers' questions and sends consumers' complaints directly to financial companies. We work with companies to get the consumer a response, generally within 15 days. We know that every complaint we receive gives us, and companies, insights into problems that consumers experience in the marketplace. Companies can easily and securely respond to consumer complaints through the CFPB Company Portal.

**Why am I receiving this letter?**

The CFPB is requesting your help identifying a point of contact (POC) from your company to register for the CFPB Company Portal to respond to this (and possible future) consumer complaint(s). We appreciate your prompt reply to this letter with the name, title, email address, and direct phone number of your company's POC for consumer complaints. Please email your company's POC contact information to CFPB_StakeholderSupport@cfpb.gov and include the company name as listed on your letter in your email response.

**What is a consumer complaint?**

Consumer complaints are submissions that express dissatisfaction with, or communicate suspicion of wrongful conduct by, an identifiable entity related to a consumer's personal experience with a financial product or service.

**Why should my company identify a POC?**

Consumer complaints are submissions that express dissatisfaction with, or communicate suspicion of wrongful conduct by, an identifiable entity related to a consumer's personal experience with a financial product or service.

**Who should my company designate as a POC?**

Your company's POC will be the main person with whom the CFPB communicates about consumer complaints. When a complaint is submitted about a company, the company has 15 calendar days to respond; we need to know who to work with at your company so your company can respond in a timely manner.

If you have any questions, please contact us at CFPB_StakeholderSupport@cfpb.gov.

Thank you,

Office of Consumer Response
Consumer Financial Protection Bureau
consumerfinance.gov

**BOARDING FORM**

# CFPB company portal

OMB No. 3170-0054
Expiration Date: 07/31/2018

To allow your company access to the consumer complaints submitted against it through the Consumer Financial Protection Bureau (CFPB), complete the required sections of this form. The information requested will help us to set up your company portal, provide access to the portal for any company-authorized individual, and to route complaints efficiently to your portal. Once you have completed the form you may submit the form by emailing the form to CFPB_StakeholderSupport@cfpb.gov.

**Notice of Collection under the Privacy Act of 1974, 5 U.S.C. § 552a -- As Amended (Privacy Act Notice)**

The information that you provide to the Consumer Financial Protection Bureau (CFPB) will be used to create a user account so that you may log on to the web-based company portal for the CFPB's Office of Consumer Response. Account access to the web-based company portal will enable you to view complaints or inquiries filed against your company with the CFPB and allow you to respond to the complaints or inquiries. The information you provide may be shared:

- To a court, magistrate, or administrative tribunal in the course of a proceeding;

- For enforcement, statutory, and regulatory purposes;

- To another federal or state agency or regulatory authority;

- To a member of Congress; to the Department of Justice, a court, an adjudicative body or administrative tribunal, or a party in litigation; and

- Pursuant to the CFPB's published Privacy Act System of records notice, CFPB.005- Consumer Response System.

We may also share the response you submit regarding your company and its business activities (but not personally identifiable information) with the public through the Public Complaint Database.

You are not required to submit or provide any identifying information; however, if you do not include the requested information you may not be granted access to the company portal.

The collection of information is authorized by Public Law III-203, Title X, Sections 1011, 1012, 1013 (b)(3), 1021, 1034, codified at 12 U.S.C. 5491, 5492, 5493(b)(3), 5511, 5534.



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Company information

> This section is required. Please fill out the information in this section as it relates to your company.

**1** FULL NAME OF COMPANY

Premier Student Loan Center

**2** **Indicate the business structure of your company**

☐ Corporation ☑ S Corporation ☐ Partnership

☐ Limited Liability Company ☐ Sole Proprietorship

**3** **Enter your company's tax ID**

COMPANY'S TAX ID

47-1590303

**4** **Enter your company's Financial Institution Number (FIN)**

COMPANY'S FINANCIAL INSTITUTION NUMBER

\* If your company does not have a FIN, list "N/A"

**5** **Please list your company's URL or website**

COMPANY'S WEBSITE OR URL

http://premierstudentloancenter.com

**6** **Is this a web-based business (a web-based business is a business whose products or services are offered only through the internet)?**

○ YES ⦿ NO

**7** **Please list the mailing address of your company's headquarters**

*This should NOT be a P.O. Box*

STREET

173 Technology Dr, Ste 202

CITY

Irvine

STATE

C A

ZIP CODE

9 2 6 1 8

**8** **Does this address also reflect your state of incorporation or home state of business?**

*(If "Yes," skip to question 11)*

⦿ YES ○ NO



Consumer Financial
Protection Bureau

**2 of 11**

**COMPANY BOARDING FORM**

## Company information (continued)

Answer question 9 only if you answered "No" to question 8

9   **Please select the state of incorporation or home state of business for your company**

| Select a state |

10   **Please list any state business licenses your company has and indicate the state for which the license is valid**

*(If you need more rows than listed, please use the additional sheets at the end of the form or as an attachment.)*

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

11   **Is your company or a portion of your company owned by another company, often referred to as a parent company?**      ○ YES   ⊙ NO

Answer questions 12-14 only if you answered "YES" to question 11

12   **Please enter the full name of your parent company**

PARENT COMPANY'S FULL NAME

13   **Please list a point of contact (POC) for your parent company**

FULL NAME OF POINT OF CONTACT FOR PARENT COMPANY

14   **Please list a contact phone number or email address for the POC**

WORK PHONE

| | | | – | | | | – | | | | |

EMAIL



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Contact information

**This section is required.** The authorized company officer or their designee will be the main point of contact for the CFPB and will be the only authorized personnel to add or remove users from the company portal maintained by the CFPB.

**15** **Please provide the information of the authorized officer/ employee**

AUTHORIZED OFFICER/EMPLOYEE FULL NAME
Christian Stark

POSITION/TITLE
Customer Service Manager

EMAIL
cstark@premierstudentloancenter.con

WORK PHONE
8 5 5 – 7 8 2 – 0 7 4 2

**16** **If the authorized officer/employee is unavailable, please list the full name of the official designee**

OFFICIAL DESIGNEE FULL NAME
Tom Nelson

EMAIL
tom@premierstudentloancenter.com

WORK PHONE
8 5 5 – 7 8 2 – 0 7 4 2

## Portal users information

**This section is required.** The following information is needed to setup the user profiles for each company-authorized individual. Enter the information necessary for all users that need access to the company portal. Please provide information on each person you designate as a user.

**17** **Are the authorized officer/employee (from Section B) and designee, if named, the only portal users?**

◉ YES    ○ NO

*(If "NO," please fill out the following section for each portal user.)*



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Portal user information (continued)

Answer questions 18-22 only if you answered "NO" to question 17

18   **Please provide the information for the *first* portal user**

FIRST PORTAL USER'S FULL NAME

POSITION/TITLE

EMAIL

WORK PHONE

Will this person need to export data into Excel or some other file?   ◯ YES   ◯ NO

Would you like to designate this person to submit portal servicing tickets?   ◯ YES   ◯ NO

19   **Please provide the information for the *second* portal user**

SECOND PORTAL USER'S FULL NAME

POSITION/TITLE

EMAIL

WORK PHONE

Will this person need to export data into Excel or some other file?   ◯ YES   ◯ NO

Would you like to designate this person to submit portal servicing tickets?   ◯ YES   ◯ NO



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Portal user information (continued)

20  **Please provide the information for the *third* portal user**

THIRD PORTAL USER'S FULL NAME

POSITION/TITLE

EMAIL

WORK PHONE

Will this person need to export data into Excel or some other file?   ◯ YES   ◯ NO

Would you like to designate this person to submit portal servicing tickets?   ◯ YES   ◯ NO

21  **Please provide the information for the *fourth* portal user**

FOURTH PORTAL USER'S FULL NAME

POSITION/TITLE

EMAIL

WORK PHONE

Will this person need to export data into Excel or some other file?   ◯ YES   ◯ NO

Would you like to designate this person to submit portal servicing tickets?   ◯ YES   ◯ NO

22  **Please provide the information for the *fifth* portal user**

FIFTH PORTAL USER'S FULL NAME

POSITION/TITLE

EMAIL

WORK PHONE

Will this person need to export data into Excel or some other file?   ◯ YES   ◯ NO

Would you like to designate this person to submit portal servicing tickets?   ◯ YES   ◯ NO



Consumer Financial
Protection Bureau

Simmons Decl. - Attachment B

Pl. Ex. 64
p. 1809

**COMPANY BOARDING FORM**

## Affiliates and subsidiaries information

**This section is required.** The following information is needed to effectively route consumer complaints against affiliates and subsidiaries.

23   **Does your company have any affiliates or subsidiaries?**

*(If "YES," please fill out the following section for each affiliate or subsidiary)*

○ YES    ◉ NO

24   **Answer these questions only if you have answered "Yes" to question 23**

*(Please only list subsidiaries and affiliates that provide consumer financial products or services, and whose businesses would impact CFPB's routing of consumer complaints)*

AFFILIATE/SUBSIDIARY FULL NAME

TAX ID

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID | ENTITY FOR WHICH IT IS REGISTERED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

AFFILIATE/SUBSIDIARY FULL NAME

TAX ID

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID | ENTITY FOR WHICH IT IS REGISTERED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |



**Consumer Financial Protection Bureau**

Simmons Decl. - Attachment B

Pl. Ex. 64
p. 1810

**COMPANY BOARDING FORM**

## Affiliates and subsidiaries information (continued)

AFFILIATE/SUBSIDIARY FULL NAME

TAX ID

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID | ENTITY FOR WHICH IT IS REGISTERED |
| --- | --- | --- |
| | | |
| | | |
| | | |

AFFILIATE/SUBSIDIARY FULL NAME

TAX ID

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID | ENTITY FOR WHICH IT IS REGISTERED |
| --- | --- | --- |
| | | |
| | | |
| | | |

AFFILIATE/SUBSIDIARY FULL NAME

TAX ID

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID | ENTITY FOR WHICH IT IS REGISTERED |
| --- | --- | --- |
| | | |
| | | |
| | | |



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Products / service information

**This section is required.** The following information is needed to effectively route consumer complaints against these products/services.

25 **What are your company's primary product offerings?**

*(select all that apply)*

☐ Bank Accounts Services    ☐ Debt Collection        ☐ Prepaid Cards

☐ Consumer Loans            ☐ Money Transfers        ☐ Private Student Loans

☐ Credit cards              ☐ Mortgages              ☑ Other

☐ Credit reporting          ☐ Payday loans

PLEASE PROVIDE ADDITIONAL INFORMATION IF YOU SELECTED "OTHER"

Document Preparation Services

26 **Does your company use Bank Identification Numbers (BIN) for product identification?**                    ○ YES    ◉ NO

## Company logo

If you do not check this box, the CFPB will not use your company's logo to assist consumers with company identification.

27 **Please attach a copy of your company's logo/provide an electronic copy of your company's logo.**

*(If you would like to provide multiple logos, please provide them in an attachment along with any appropriate explanations.)*

☐ By checking this box, you indicate that your company grants the CFPB permission to depict on the Consumer Complaint Intake Form your company's logo and/or mark, for the limited purpose of prompting consumers who file online complaints with the CFPB to accurately identify the company that is the subject of their complaint. The CFPB anticipates that this use of company logos will ensure a correct match between the consumer and the company that is the subject of their complaint and will support a more efficient complaint handling process.



Consumer Financial
Protection Bureau

**COMPANY BOARDING FORM**

## Submit

28 ☑ **By clicking this box, you are indicating that you believe the information provided to be true to the best of your knowledge and belief.**

To submit, save this completed form and email to CFPB_StakeholderSupport@cfpb.gov.

### For Internal Use Only

DATE REVISED

REASON FOR REVISION


Consumer Financial Protection Bureau

COMPANY BOARDING FORM

## Additional supplements to On-Boarding form (continued from question 10)

If you needed more rows than listed in question 10, please use the additional space below.

29 **Please list any state business licenses your company has and indicate the state for which the license is valid**

| STATE BUSINESS LICENSE NUMBER | STATE FOR WHICH THE LICENSE IS VALID |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### Paperwork Reduction Act Statement

We estimate it takes about 15 minutes to complete the form with enough information to provide portal access. An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless the collection of information displays a valid control number assigned by the Office of Management and Budget (OMB). The OMB control number for this collection is 3170-0054, expires 07/31/2018.

Comments regarding this collection of information, including the estimated response time, suggestions for improving the usefulness of the information, or suggestions for reducing the burden to respond to this collection should be submitted to Consumer Financial Protection Bureau (Attention:  PRA Office), 1700 G Street NW, Washington, DC 20552, or by email to PRA@cfpb.gov.

cfpb   Consumer Financial Protection Bureau



An official website of the United States Government

Consumer Financial
Protection Bureau

# Summary of complaint submitted

## 190904 4366151
CLOSED

### ⊘ Submitted

**STATUS**
Submitted to the CFPB on
9/4/2019

**PRODUCT**
Student loan

**ISSUE**
Dealing with your lender or
servicer

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer
  protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

I was contacted by Premier Student Loan Center and they told me that they would
consolidate my loans and forgive them after I paid them $200.00 for the first 6 months
and then an additional $30.00 a month for 240 months. The 200 dollars being for filing
paperwork and the 30 dollars a month would go toward my loan. I have checked with
my loan servicer and my loan amount has not changed. Then I called Premier and they
tell me that the monthly fee is for their paperwork services and that I'm not paying my
loan down through them at all. I was lied to and I want my money back.

### ATTACHMENTS

Screen Shot 2019-09-04
at 11.50.44 AM.png
(149.2 KB)

Screen Shot 2019-09-04
at 11.51.24 AM.png
(161.6 KB)

Screen Shot 2019-09-04
at 11.49.14 AM.png
(141.1 KB)

Screen Shot 2019-09-04
at 11.48.56 AM.png
(139.1 KB)

Screen Shot 2019-09-04
at 11.50.06 AM.png



https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500t000000LtBgJ

Screen Shot 2019-09-04 at 11.51.10 AM.png (158.9 KB)

Screen Shot 2019-09-04 at 11.50.22 AM.png (155.6 KB)

Screen Shot 2019-09-04 at 11.50.55 AM.png (165.2 KB)

Screen Shot 2019-09-04 at 11.49.51 AM.png (138 KB)

Screen Shot 2019-09-04 at 11.48.20 AM.png (142.6 KB)

Screen Shot 2019-09-04 at 11.49.34 AM.png (137.8 KB)

Screen Shot 2019-09-04 at 11.48.46 AM.png (135.6 KB)

(155.9 KB)

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Student loan

**TYPE**
Federal student loan

**SCHOOL ATTENDING**
Full Sail University (Winter Park, FL)

## What type of problem are you having?

**ISSUE**
Dealing with your lender or servicer

Simmons Decl. - Attachment C

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500t000000LtBgJ

Pl. Ex. 64
p. 1816

10/7/2019

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500t00000OLtBgJ

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**

Yes

## What happened?

I was contacted by Premier Student Loan Center and they told me that they would consolidate my loans and forgive them after I paid them $200.00 for the first 6 months and then an additional $30.00 a month for 240 months. The 200 dollars being for filing paperwork and the 30 dollars a month would go toward my loan. I have checked with my loan servicer and my loan amount has not changed. Then I called Premier and they tell me that the monthly fee is for their paperwork services and that I'm not paying my loan down through them at all. I was lied to and I want my money back.

☑ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

I want a full reimbursement

**12 attachments**

View uploaded documents by clicking on the file name

Screen Shot 2019-09-04 at 11.50.44 AM.png (149.2 KB)

Screen Shot 2019-09-04 at 11.51.24 AM.png (161.6 KB)

Screen Shot 2019-09-04 at 11.51.36 AM.png (Attachment CR)

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500t00000OLtBgJ

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500I000000LtBgJ

Screen Shot 2019-09-04 at 11.48.56 AM.png (139.1 KB)

Screen Shot 2019 09 04 at 11 50 06 AM png (155 9 KB)

Screen Shot 2019-09-04 at 11.51.10 AM.png (158.9 KB)

Screen Shot 2019 09 04 at 11 50 22 AM png (155 6 KB)

Screen Shot 2019-09-04 at 11.50.55 AM.png (165.2 KB)

Screen Shot 2019 09 04 at 11 49 51 AM png (138 KB)

Screen Shot 2019-09-04 at 11.48.20 AM.png (142.6 KB)

Screen Shot 2019 09 04 at 11 49 34 AM png (137 8 KB)

Screen Shot 2019-09-04 at 11.48.46 AM.png (135.6 KB)

## What company is this complaint about?

**COMPANY INFORMATION**
Premier Student Loan Center

**SOCIAL SECURITY NUMBER**
0454

## What people are involved?

**YOUR CONTACT INFORMATION**

Pl. Ex. 64
p. 1818

Simmons Decl. - Attachment C

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500I000000LtBgJ

10/7/2019

10/7/2019

https://cfpb--c.na21.visualforce.com/apex/MosConsumerGuideComplaintPrint#500t0000000LtBgJ

7069746951

Peachtree Corners, Georgia
United States

## Sent to company

**STATUS**

Sent to company on 9/4/2019

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

**STATUS**

Company responded on 9/17/2019

**RESPONSE TYPE**

Closed with monetary relief

## Company's Response

We were able to get in contact with ▆ and explained to him that our re-certification payments were not going towards the balance of his student loans. The payments he was making were going towards enrollment into an income based forgiveness program and re-certification of that program on an annual basis. Unfortunately, ▆ does not see the value in utilizing our services and wished to handle his loans on his own moving forward. Please contact us directly if there are any other concerns you'd like addressed.

**MONETARY RELIEF AMOUNT**

$1085.85

## Feedback requested

**STATUS**

Feedback requested on

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Simmons Decl. - Attachment C

https://cfpb--c.na21.visualforce.com/apex/MosConsumerGuideComplaintPrint#500t0000000LtBgJ

6/6

10/7/2019

https://cfpb--c.na21.visual.force.com/apex/MosConsumerGuideComplaintPrint#500t00000O0LtBgJ

9/17/2019

**FEEDBACK DUE**
11/16/2019

Submit your feedback

❌ Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Student Loans (https://www.consumerfinance.gov/consumer-tools/student-loans/)

Have a question? ¿Preguntas?

(855) 411-2372

**Privacy Act Statement**

**OMB #3170-0011**

🇺🇸 An official website of the United States Government

Simmons Decl. - Attachment C

Pl. Ex. 64
p. 1820