**Plaintiff's Exhibit 35** is a true and correct copy of the Final Order to Cease and Desist, dated March 14, 2019.

50. In February 2019, I searched the California Bar website, *http://memberscabar.ca.gov* for details about Kaine Wen's bar license. The results of the attorney search for Kaine Wen state that his California bar license #255420 is active and that his contact address is 777 E. Sierra Madre Ave., Azusa, CA 91702. The results also show that Mr. Wen was disciplined and placed on probation on November 22, 2018 pursuant to Case Number 15-O-15791. **Plaintiff's Exhibit 36** is a true and correct copy of the California bar website results and the stipulation of case Number 15-O-15791.

51. On January 16, 2019, Consumer Advocacy Center filed for Bankruptcy in the Central District of Florida, Case No. 19-10655-JKO. **Plaintiff's Exhibits 37-48** are true and correct copies of selected filings from that Bankruptcy case.

52. In October 2019, I reviewed an Assurance of Voluntary Compliance in State of North Dakota v. Consumer Advocacy Center Inc. dba Premier Student Loan Center, Case No. 08-2018-CV-01021. **Plaintiff's Exhibit 49** is a true and correct copy of the Assurance of Voluntary Compliance, dated April 16, 2018.

## IV. Contact with Defendants

53. On October 8, 2019, I placed a call to telephone number (888) 548-0476, which is the telephone number on the Premier Student Loan website (Pl. Ex. 20). I spoke to a representative who identified herself as Ysenia with Student Loan Account Management. The representative asked me for my contact information, information about my student loans, my marital status, and my family size. The representative told me that somebody would return my call to discuss student loan forgiveness with me and confirmed that the person

calling would be with Student Loan Account Management. The representative further explained that they are all in different departments of the same company – the representative indicated that she was in customer support at one location, while the person who would call me back to discuss enrollment qualifications would be with another department at a different location.

54. On October 8, 2019, I received a return call from (949) 528-8263 and spoke to a representative who identified himself as Manny with Student Services Plus. When asked if he was calling from Student Loan Account Management, the representative stated that the company specialized in student loan forgiveness and payment options. The representative later identified the company as studentservicesplus.com. When asked about the prospects for having loans forgiven, the representative provided an example of a person who owed approximately $540,000 that the representative was able to reduce to approximately $40,000.

55. On October 11, 2019, I placed a second call to telephone number (888) 548-0476, which is the telephone number on the Premier Student Loan website (Pl. Ex. 20). I spoke to a representative who identified himself as Arthur with Customer Support. Asked if the company name was Premier Student Loan Center, the representative stated that calls are directed to customer support and confirmed that the company was Premier. After asking for information about my loans, the representative indicated that I would receive a return call from the Student Services Plus, which was described as a sister company. When asked what this meant, the representative stated that the companies work together.

56. On October 8, 2019, I received a return call from a representative who identified himself as Josh with Student Services Plus. After asking about my employment, the representative asked me to confirm my email address that was associated with Premier Student

Loans. When I stated that I had initially called a number that I found on the Premier Student Loan Center website and pointed out that the representative indicated he was calling from a different company, the representative explained that they just merged with another company whose name the representative did not recall, then reiterated that he was calling from Student Services Plus. The representative then went on to explain that there were actually eight different companies that had merged into one, but that they are all doing the same work. When I inquired as to the success rate for loan forgiveness by the company, the representative indicated that the company is usually able to reduce loans by about half.

## Plaintiff's Exhibits

57. Website captures as well as Civil Investigative Demand responses are too voluminous to be included as Plaintiff's Exhibits, and so I have only included selected documents or summary tables. Upon request, these records will be made available to the Court.

58. Copies of all Plaintiff's Exhibits referenced in this declaration, including Plaintiff's Exhibits 1-66, are contained in the volumes comprising Plaintiff's Exhibits.

59. In accordance with privacy policies of the Court and the Bureau, Plaintiff Consumer Financial Protection Bureau's Plaintiff's Exhibits have been redacted to protect Personally Identifiable Information.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 18, 2019
Washington, DC

Dani Schneider

# Table 1
# Address Summary Chart

| Address | Defendant |
|---|---|
| 173 Technology Dr. Ste 202<br>Irvine, CA 92618 | CAC/PSLC (Pl. Exs. 1, 12, 13, 24, 25, 27, 29, 30, 31, 34, 35, 37, 49, 50, 63, 64)<br>True Count/SLAM (Pl. Exs. 25, 30, 31, 33)<br>Prime Consulting/FPS (Pl. Ex. 54)<br>Natural Nine (Pl. Ex. 25) |
| 29901 Santa Margarita Pkwy Ste. 200F<br>Rancho Santa Margarita, CA 92688 | CAC/PSLC (Pl. Exs. 24, 25, 26, 30) |
| 8 Hughes Parkway #210<br>Irvine, CA 92618 | True Count/SLAM (Pl. Exs. 10, 28, 30, 31, 33, 34, 63) |
| 5350 E. Suncrest Road<br>Anaheim, CA 92807 | Consumer Advocacy Center (Pl. Exs. 1, 9, 24) |
| 15261 Laguna Canyon Road, Suite 200<br>Irvine, CA 92618 | Prime Consulting/FPS (Pl. Ex. 63) |
| 777 E Sierra Madre Ave.<br>Azusa, CA 91702 | True Count/SLAM (Pl. Exs. 2, 24, 25, 66 ¶29 )<br>CAC/PSLC (Pl. Ex. 25, 35) |
| 8 Whatney, Suite 100 #8<br>Irvine, CA 92618 | True Count/SLAM (Pl. Ex. 14, 28, 32, 50, 63)<br>CAC/PSLC (Pl. Exs. 1, 53) |
| 7545 Irvine Center Drive, STE 200, Room 108<br>Irvine, CA 92618 | Prime Consulting/FPS (Pl. Exs. 5, 11, 15, 50)<br>True Count/SLAM (Pl. Exs. 2, 11)<br>Coastal Shores Financial Group (Pl. Ex. 50) |
| 11932 Klingerman Street, Suite 3<br>El Monte, CA 91732 | Prime Consulting (Pl. Ex. 5, 24) |
| 823 E Newmark Ave, Apt. A<br>Monterey Park, CA 91755 | Hold the Door, Corp. (Pl. Ex. 3)<br>CAC/PSLC (Pl. Ex. 29) |
| 9228 City Lights Drive<br>Aliso Viejo, CA 92656 | Infinite Management Solutions Inc. (Pl. Ex. 6, 24) |
| 1704 S. Granada Ave<br>Alhambra, CA 91801 | Natural Nine Staffing Inc. (Pl. Exs. 4, 25)<br>TN Accounting, Inc. (Pl. Exs. 4, 24)<br>First Priority, LLC (Pl. Ex. 8) |
| 900 S. Figueroa Street #3001<br>Los Angeles, CA 90015 | CAC/PSLC (Pl. Ex. 29)<br>Infinite Marketing (Pl. Ex. 7) |
| 2522 Chambers Road Suite 100, Room 209<br>Tustin, CA 92780 | Prime Consulting (Pl. Ex. 63)<br>Premier Student Loan Center (Pl. Ex. 23) |

# Table 2
## Summary of Certified Corporate Documents from California Secretary of State

| Pl. Ex. | Company | Date of Incorporation | State of Incorporation | Location(s)[1] | Principal(s)[2] |
|---|---|---|---|---|---|
| Pl. Ex. 1 | Consumer Advocacy Center, Inc. | 8/6/2014 | CA C3700313 Active | 5350 E. Suncrest Rd. Anaheim, CA 92807 (former AA)<br><br>173 Technology Dr. Ste. 202 Irvine, CA 92618 (AA, EA, EMA) | Albert Kim - A, CEO, S, CFO, D, P |
| Pl. Ex. 2 | True Count Staffing Inc. | 2/13/2017 | C3993846 Active | 7545 Irvine Center Dr. Ste. 200 PMB 108 Irvine, CA 92618 (AA, EA, EMA)<br><br>777 E Sierra Madre Ave. Azusa, CA 91702 (former AA, former EA) | Tuong Nguyen - A<br>Kaine Wen - former A, I, CEO, S, CFO, D, P |
| Pl. Ex. 5 | Prime Consulting, LLC | 4/24/2018 CA 12/24/2013 WY | 201812710787 Active | 7545 Irvine Center Dr. Ste. 200 PMB 108 Irvine, CA 92618 (AA, EA, EMA)<br><br>11932 Klingerman Street, Ste. 3 El Monte, CA 91732 (former EA) | Le Ho - A, CEO, P |
| Pl. Ex. 3 | Hold the Door, Corp. | 12/30/2018 | C3977000 Active | 777 E Sierra Madre Ave. Azusa, CA 91702 (AA, EA, EMA)<br><br>823 E Newmark Ave A Monterey Park, CA 91755 (former AA) | Kaine Wen - A, I, CEO, S, CFO<br>Diana Dai - former A |
| Pl. Ex. 4 | Natural Nine Staffing Inc. | 2/13/2017 | C3993847 Dissolved 1/14/2019 | 1704 S Granada Ave. Alhambra, CA 91801 (AA, EA, EMA) | Tuong Nguyen - A, I, P |
| Pl. Ex. 6 | Infinite Management Corporation | 9/8/2016 | C3943767 Suspended | 900 S Figueroa St. #3001 Los Angeles, CA 90015 (AA, EA, EMA)<br><br>9228 City Lights Dr. Aliso Viejo, CA 92656 (former EA) | Albert Kim - P, S, former A<br>Marsha Siha - I<br>Jay Atikinson - Accountant |
| Pl. Ex. 6 | Infinite Management Solutions, Inc. | 5/14/2019 | C4277753 Active | 43911 La Carmela Dr. Palm Desert, CA 92211 (AA, EA, EMA) | Marisa K. Romero - A<br>Marsha Siha - I |
| Pl. Ex. 7 | TN Accounting | 2/8/2017 | C3992364 Active | 1704 S. Granada Ave. Alhambra, CA 91801 (AA, EA, EMA) | Tuong Nguyen - A, P<br>Marsha Siha - I |
| Pl. Ex. 8 | First Priority, LLC | 5/17/2018 CA 10/24/2012 WY | CA 201814510288 Active | 1704 South Granada Ave. Alhambra, CA 91801 (A, EA, EMA) | Tuong Thanh Nguyen - A, P, M |

AA = Agent Address
EA = Entity Address
EMA = Entity Mailing Address

A - Agent for Service of Process
CEO - Chief Executive Officer
S - Secretary
CFO - Chief Financial Officer
D - Director
P - President
M - Manager
I - Incorporator

## Table 3
## Corporate Entities and Related Individual Summary Chart

| Corporate Entity | Related Individuals |
|---|---|
| Consumer Advocacy Center, Inc. dba Premier Student Loan Center | Albert Kim (Pl. Exs. 1, 9, 12, 24, 25, 26, 27, 29, 31, 32, 37, 49, 50, 65) Kaine Wen (Pl. Exs. 23, 24, 25, 26, 27, 29, 30, 31, 32, 37, 63, 65) Tuong Nguyen (Pl. Exs. 24, 31, 64, 65) Christian Stark (Pl. Exs. 50, 64) German Santibanez (Pl. Ex. 24) Kenneth Hu (Pl. Ex. 32) Diana Dai (Pl. Exs. 29, 65) Judy Dai (Pl. Ex. 65) |
| True Count Staffing, Inc. dba Student Loan Account Management | Kaine Wen (Pl. Exs. 10, 25, 28, 30, 31, 32, 61, 63, 65) Albert Kim (Pl. Ex. 24) Tuong Thanh Nguyen (Pl. Exs. 24, 32) Christian Stark (Pl. Ex. 50, 61) Le Ho (Pl. Ex. 63) |
| Prime Consulting, LLC dba Financial Preparation Services | Le Ho (Pl. Exs. 11, 24, 63, 65) |
| First Priority, LLC | Tuong Thanh Nguyen (Pl. Ex. 8) |
| Hold the Door, Corp. | Kaine Wen (Pl. Exs. 3, 23, 24) Diana Dai (Pl. Ex. 3) Albert Kim (Pl. Ex. 65) |
| Natural Nine Staffing Inc. | Tuong Nguyen (Pl. Exs. 4, 25, 65) Albert Kim (Pl. Ex. 25) |
| True Count Staffing Inc. | Kaine Wen (Pl. Exs. 2, 10, 24, 65) Tuong Nguyen (Pl. Exs. 2, 24, 65) Albert Kim (Pl. Exs. 24, 65) |
| Infinite Management Solutions | Albert Kim (Pl. Exs. 6, 24, 65) |
| TN Accounting, Inc. | Tuong Nguyen (Pl. Exs. 7, 24) |

Table 4
Summary of Defendant Websites

| Pl Ex # or Available Upon Request (AUR) | Corporate DBA | Website | Contact Info | Consumer Testimonials | Date of website capture |
|---|---|---|---|---|---|
| Pl. Ex. 13 | Premier Student Loan Center | https://www.premierstudentloancenter.com | 173 Technology Drive Ste. 202<br>Irvine, CA 92618<br>(888) 548-0476 | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | September 6, 2018 |
| Pl. Ex. 20 | Premier Student Loan Center | https://www.premierstudentloancenter.com | (888) 548-0476<br>support@premierstudentloancenter.com | | October 2, 2019 |
| Pl. Ex. 14 | Student Loan Account Management | https://www.slaccountmgmt.com | 8 Whatney, Suite 100 #8<br>Irvine, CA 92618<br>(855) 757-7727<br>(877) 935-4901 fax<br>info@slaccountmgmt.com | Janet McKenzie<br>Ron Nack<br>Kate Underwood<br>Joan McDonald<br>Nate Carpazio<br>Michael Pazzo | January 7, 2019 |
| Pl. Ex. 15 | Financial Preparation Services | https://www.financialpreparationservices.com | 7545 Irvine Center Drive Ste. 200 Rm. 108<br>Irvine, CA 92618<br>(877) 709-0795<br>support@financialpreparationservices.com | | February 11, 2019 |
| AUR | Student Services Plus | https://www.studentservicesplus.com | (888) 394-4852<br>support@studentservicesplus.com | | October 11, 2019 |
| AUR | EDU Doc Support | https://www.EDUdocsupport.com | Westminster, CA 92683<br>(800) 470-8957<br>(949) 873-0376 fax<br>info@edudocsupport.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | August 26, 2019 |
| AUR | Financial Direct Services | https://www.financialdirectservices.com | (855) 394-3709<br>support@financialdirectservices.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | August 26, 2019 |
| Pl. Ex. 18 | Administrative Accounting Center | https://www.administrativeaccountingcenter.com | (844) 680-0793<br>support@administrativeaccountingcenter.com | Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Best Choice Financial Center | https://www.bestchoicefinancialcenter.com | (844) 817-8003<br>support@bestchoicefinancialcenter.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | First Document Services | https://www.firstdocumentservices.com | (855) 728-5743<br>support@firstdocumentservices.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Global Direct Accounting Solutions | https://www.globaldirectaccountingsolutions.com | (833) 780-0913<br>support@globaldirectaccountingsolutions.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Keystone Document Center | https://www.keystonedocumentcenter.com | (844) 279-8002<br>support@keystonedocumentcenter.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| Pl. Ex. 19 | Pacific Palm Financial Group | https://www.pacificpalmfinancialgroup.com | (855) 259-5457<br>support@pacificpalmfinancialgroup.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |

| Pl Ex # or Available Upon Request (AUR) | Corporate DBA | Website | Contact Info | Consumer Testimonials | Date of website capture |
|---|---|---|---|---|---|
| AUR | Pacific Shores Advisory | https://www.pacificshoresadvisory.com | (855) 740-7237<br>support@pacificshoresadvisory.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Sequoia Account Management | https://www.sequoiaaccountmanagement.com | (855) 981-6062<br>support@sequoiaaccountmanagement.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Signature Loan Solutions | https://www.signatureloansolutions.com | (855) 800-5721<br>support@signatureloansolutions.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Yellowstone Account Services | https://www.yellowstoneaccountservices.com | (844) 680-0797<br>support@yellowstoneaccountservices.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | June 24, 2019 |
| AUR | Account Preparation Services | https://www.accountpreparationservices.com | (855) 866-2857<br>support@accountpreparationservices.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Administrative Account Services | https://www.administrativeaccountservices.com | (855) 773-0028<br>support@administrativeaccountservices.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| Pl. Ex. 17 | Administrative Financial | https://www.administrativefinancial.com | (855) 877-9458<br>support@administrativefinancial.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Coastal Shores Financial Group | https://www.coastalshoresfinancialgroup.com | (855) 877-2363<br>support@coastalshoresfinancialgroup.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Direct Account Services | https://www.directaccountservices.com | (855) 877-5211<br>support@directaccountservices.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Doc Management Solutions | https://www.docmanagementsolutions.com | (855) 877-5184<br>support@docmanagementsolutions.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Financial Accounting Center | https://www.financialaccountingcenter.com | (855) 659-8774<br>support@financialaccountingcenter.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Financial Loan Advisors | https://www.financialloanadvisors.com | (877) 709-0795<br>support@financialloanadvisors.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | First Choice Financial Center | https://www.firstchoicefinancialcenter.com | (877) 768-4620<br>support@firstchoicefinancialcenter.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Primary Account Solutions | https://www.primaryaccountsolutions.com | (877) 795-4896<br>support@primaryaccountsolutions.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Prime Document Services | https://www.primedocumentservices.com | (877) 795-4896<br>support@primedocumentservices.com | Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| Pl. Ex. 16 | South Coast Financial Center | https://www.southcoastfinancialcenter.com | (855) 877-4631<br>support@southcoastfinancialcenter.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |
| AUR | Tangible Savings Solutions | https://www.tangiblesavingssolutions.com | (877) 921-3705<br>support@tangiblesavingssolutions.com | Dean Edelman<br>Dawn Robinson<br>Anthony Zwichirowski | April 18, 2019 |