NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Witt W. Chang (SBN 281721)
VENABLE LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
wwchang@venable.com

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiff(s),<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendant(s) | CASE NUMBER:<br>8:19-cv-01998-JVS(JDEx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bureau of Consumer Financial Protection | Plaintiff |
| State of Minnesota, by its Attorney General, Keith Ellison | Plaintiff |
| State of North Carolina, ex rel. Joshua H. Stein, Attorney General | Plaintiff |
| The People of The State of California, Michael N. Feuer, Los Angeles City Attorney | Plaintiff |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center | Defendant |
| True Count Staffing Inc., d/b/a SL Account Management | Defendant |
| Prime Consulting LLC, d/b/a Financial Preparation Services | Defendant |
| Albert Kim, a/k/a Albert King | Defendant |
| Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai | Defendant |
| Tuong Nguyen, a/k/a Tom Nelson | Defendant |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc. | Relief Defendant |
| Hold The Door, Corp. | Relief Defendant |
| TN Accounting Inc. | Relief Defendant |

[Signature block on next page]

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES [2 pages]



| | |
|---|---|
| October 28, 2019 | /s/ Witt W. Chang |
| Date | Signature |
| | Witt W. Chang |

Attorney of record for (or name of party appearing in pro per):
True Count Staffing Inc.; Prime Consulting LLC;
Kaine Wen; Albert Kim; Infinitie Management Corp;
Hold The Door, Corp.

