1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2     wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA 90067
   Telephone: (310) 229-9900
4  Facsimile: (310) 229-9901

5  Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
      abbaker@venable.com
6  Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
      gssachs@venable.com
7  600 Massachusetts Ave., NW
   Washington, D.C. 20001
8  Telephone: (202) 344-4000
   Facsimile: (202) 344-8300
9
   Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12        CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>            Plaintiffs,<br><br>      v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>            Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>            Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**RELIEF DEFENDANT HOLD THE DOOR, CORP.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>Action Filed: October 21, 2019<br>Trial Date:  None set |

Pursuant to Fed. R. Civ. P. 7.1, Relief Defendant Hold The Door, Corp. states that it has no parent company, and no publicly held corporation owns 10% or more of its stock.

Dated: October 28, 2019          VENABLE LLP

By: /s/ Witt W. Chang
Witt W. Chang
Allyson B. Baker
Gerald S. Sachs
Attorneys for Defendants