1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2      wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
       abbaker@venable.com
6  Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
       gssachs@venable.com
7  600 Massachusetts Ave., NW
   Washington, D.C. 20001
8  Telephone:  (202) 344-4000
   Facsimile:   (202) 344-8300

9
   Attorneys for Defendants
10

11          **UNITED STATES DISTRICT COURT**

12   **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| 13  Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-cv-01998-JVS(JDEx) |
| | Hon. James V. Selna Courtroom 10C |
| Plaintiffs, | **DEFENDANT TRUE COUNT STAFFING INC.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | [Fed. R. Civ. P. 7.1] |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | Action Filed:   October 21, 2019<br>Trial Date:      None set |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc., | |
| Relief Defendants. | |

47873205

1    Pursuant to Fed. R. Civ. P. 7.1, Defendant True Count Staffing Inc. states

2 that it has no parent company, and no publicly held corporation owns 10% or more

3 of its stock.

4

5 Dated:  October 28, 2019                    VENABLE LLP

6

7 By:  /s/ Witt W. Chang
         Witt W. Chang

8         Allyson B. Baker
         Gerald S. Sachs

9 Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9800

47873205

1

DEFENDANT TRUE COUNT STAFFING INC.'S CORPORATE DISCLOSURE STATEMENT