# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | CASE NO. 8:19-cv-01998 JVS-JDEx<br><br>**ORDER LIFTING SEAL OVER CASE AND TEMPORARILY EXTENDING THE SEAL OVER CERTAIN EXHIBITS TO PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER**<br><br>[FILED UNDER TEMPORARY SEAL] |

Upon consideration of Plaintiff Bureau of Consumer Financial Protection's (Bureau) *Ex Parte* Application to File Case under Temporary Seal and documents in support thereof filed on October 21, 2019, and the Court's October 21, 2019 Order on that Application, and compelling reasons having been shown, the Court

being fully advised in this matter, and there being no just cause for delay:

**IT IS HEREBY ORDERED** that, unless otherwise ordered or provided, the seal over the above-captioned case is lifted at 11:59 p.m. on October 28, 2019, except that the seal will remain in place for 21 days from the date of this order for the filings set forth below. The seal is extended for those filings in order to provide sufficient time for the Bureau to provide notice to third parties and for those parties or the Defendants to move this Court for a protective order over any aspect of the filings pertaining to the third parties' or the Defendants' confidential information.

After the unsealing of this case at 11:59 p.m. on October 28, 2019, the Bureau will refile public versions of all exhibits included in the below-referenced docket entries that do not contain potentially confidential information and thus are not subject to the 21-day seal.

After 21 days from the date of this order, the seal over the documents identified below will dissolve at 11:59 p.m., except with respect to any portion of those documents subject to a motion for a protective order pending before this Court at that time.   Counsel shall efile on the public docket any documents in dockets 32, 33 and 37 that shall be unsealed.

| Docket No. and Document | Portion to Temporarily Remain Under Seal |
|---|---|
| Docket No. 32 | Exhibits 23-29 to the Bureau's *Ex Parte* Application for a Temporary Restraining Order |
| Docket No. 33 | Exhibits 30-34 to the Bureau's *Ex Parte* Application for a Temporary Restraining Order |
| Docket No. 37 | Exhibits 62-63, 65-66 to the Bureau's *Ex Parte* Application for a Temporary Restraining Order |

This Order should not be construed to prohibit service or other disclosure by the Plaintiff, or those acting at Plaintiff's direction, of the above-referenced

exhibits: (1) to the parties, including relief defendants; (2) in taking any action authorized by the Temporary Restraining Order and Order to Show Cause; or (3) to any domestic or foreign law enforcement agency.

**SO ORDERED** at this 29th day of October, 2019.

_____
Honorable James V. Selna
United States District Judge