FILED

2019 OCT 28 AM 11: 58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: ___

VENABLE LLP
Witt W. Chang (SBN 281721)
   wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
   abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
   gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>　　　　　Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>　　　　　Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:　　　　November 4, 2019<br>Time:　　　　3:00 p.m.<br>Crtrm:　　　　10C<br><br>Action Filed:　October 21, 2019<br>Trial Date:　　None set |

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF KAINE WEN

I, Kaine Wen, declare as follows:

1. I am an individual defendant in the instant case. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. The ordinary monthly livings expenses for me and my dependents are approximately $10,097.80, which consist of the following estimated expenses:

    a. Apartment Rent: $3,000.00;
    b. Car Lease: $1,424.42;
    c. Car Lease (for dependent mother): $578.35;
    d. Auto Insurance: $500.00;
    e. Utilities: $500.00;
    f. Student Loan Payment: $296.07;
    g. Health Insurance: $398.96;
    h. Healthcare Costs (Naturopathic Medical Doctor ("NMD")): $200.00;
    i. Healthcare Costs (NMD – prescribed supplements): $400.00;
    j. Healthcare Costs (NMD – prescribed intravenous therapy treatments): $1,000.00;
    k. Groceries and household supplies: $800.00;
    l. Dining: $1,000.00.

3. This information will also be conveyed in my Individual Financial Statement, as required by Section VIII of the Temporary Restraining Order issued on October 21, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at ____Irvine____, California.

_/s/ Kaine Wen_

Kaine Wen