FILED

2019 OCT 28 AM 11: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

VENABLE LLP
Witt W. Chang (SBN 281721)
   wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
   abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
   gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>    Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>    Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>    Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF ALBERT KIM IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date: November 4, 2019<br>Time: 3:00 p.m.<br>Crtrm: 10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set |

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF ALBERT KIM

I, Albert Kim, declare as follows:

1. I am an individual defendant in the instant case. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. The ordinary monthly living expenses for me and my wife (who is not working and whom I support) are approximately $14,810.00. This amount consists of the following estimated expenses:

   a. Apartment Rent: $9,200.00;
   b. Health Insurance: $1,100.00;
   c. Auto Insurance: $550.00;
   d. Food: $2,500.00;
   e. Gasoline (for vehicles): $300.00;
   f. Electric Bill: $150.00;
   g. Cellular Phone Bill: $250.00;
   h. Television and Internet Bill: $150.00;
   i. Water Bill: $60.00;
   j. Gas Bill: $50.00;
   k. Pet Care Expenses: $100.00;
   l. Vehicle Maintenance: $100.00;
   m. Basic House Necessities: $300.00.

3. This information will also be conveyed in my Individual Financial Statement, as required by Section VIII of the Temporary Restraining Order issued on October 21, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Los Angeles, California.

_/s/ Albert Kim_

Albert Kim