FILED

2019 OCT 28 AM 11: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY ___EN/___

VENABLE LLP
Witt W. Chang (SBN 281721)
 wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
 abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
 gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF ADON JANSE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date: November 4, 2019<br>Time: 3:00 p.m.<br>Crtrm: 10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set |

BY FAX

ORIGINAL

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF ADON JANSE

I, Adon Janse, declare as follows:

1. I am a Customer Service Manager at True Count Staffing, Inc. ("TCS") and have been since approximately February 2019. Prior to that I was in TCS's processing department, and prior to that I was an Enrollment Agent with Prime Consulting, LLC ("PC"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. TCS and PC assist clients by helping them navigate the byzantine federal student loan consolidation and modification process. The companies assist some clients with preparing the paperwork required for the clients' loan consolidation and income-driven repayment ("IDR") program applications. For other clients, whose loans have already been consolidated, the companies assist with preparing the paperwork required to apply for IDR programs.

3. TCS is the "back-end" of the business. On behalf of and working with clients, TCS prepares and submits the documents required to apply for loan consolidation and IDR programs, interfaces with clients' loan servicers, handles customer service inquiries, and gathers necessary information to prepare and submit the re-certifications required for clients to stay in the IDR programs for which it helped them qualify.

4. TCS developed a sophisticated software program—a bot known as "Ultron"—that checks for technical anomalies within TCS's systems that may be indicative of employees cutting corners or engaging in potentially non-compliant activities. When auditing functions catch potentially non-compliant activities, swift action is taken to investigate the issue, rectify any problems discovered, and mete appropriate discipline, up to and including termination. Compliance memos are issued to remind employees of potentially wrongful conduct. These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.

5. Layered on top of auditing functions is the business' backwards-looking auditing and compliance re-certification program. As part of every incoming customer service call, TCS personnel walk the client through a series of documents and questions to recertify that their information was accurate, and that those clients understood the services they signed up for and were satisfied with them. A true and correct copy of a flowchart of this process is attached hereto as Exhibit A.

6. TCS personnel have also included the compliance package as part of annual calls to clients made to obtain the information for paperwork necessary to recertify their information with the Department of Education. Indeed, TCS was in the process of onboarding and training additional personnel to reinforce its compliance re-certification program at the exact time that the CFPB and Receiver raided its offices on October 23, 2019.

7. From August 28, 2019 to September 30, 2019, the business shut itself down to implement a rigorous campaign to raise the bar with respect to its operational compliance policies, procedures, and practices, under which it has consistently operated and from which it does not intend to deviate. In addition to counsel, several outside consultants were retained to assist with these efforts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Lake Forest, California.

_____
Adon Janse

# EXHIBIT A

**Client FSA Create Account**
- Fill out formsite for Select FSA Create Account
- Enter Client ID
- Verify SMS or eMail Sendout
- Select Create Account
- Submit Formsite
- Walk Client through myPt
- Client Enters in ALL information excluding eMail
- Client Click 'Certify'
- Client Clicks 'Create'
- Client Enters in Login Info with CS Badge Number
- Retrieval of .txt file
- Upload Loan Details to DPP

**Client Forgot FSA Password**
- Fill out formsite for Select FSA Create Account
- Enter Client ID
- Verify SMS or eMail Sendout
- Select Forgot Password
- Submit Formsite
- Walk Client through myPortals
- Client Select Forgot Password
- Email Secure Code
- Client Creates New Password
- Client Enters in Login Info with CS Badge Number
- Retrieval of .txt file
- Upload Loan Details to DPP

**Client has FSA Credentials**
- Send myportals link
- Client enters in FSA Username and Password with CSR Badge Number
- Client Clicks Submit
- Fill out formsite for Select FSA Create Account/CREATE ACCOUNT
- Guide client through myportals.org process
- Retrieval of .txt file
- Upload Loan Details to DPP

**AM ReSell**
- Confirm with Client Loan Details Required for Resell
- Determine FSA Account Status for Loan Retrieval through myportals or formsite

**AM Repayment Estimator**
- Enter in Corresponding Loan Details
- Select Accurate Filing Status

**AM Married Filing Joint**
- Obtain Spouses Income
- Obtain Spouses Loans

**Compare Benefits**

**AM Review Loan Options**
- Review Available Loan Programs
- Review New Monthly Payment
- Answer Any Questions

**No Client Benefit**
- Offer Client Cancel
- Offer Client Refund if Needed
- Cancel Account

**AM Client Resold**
- Request Any POI/Docs
- Tag Processing
- Add Notes
- Select Task for Follow up

**Call Complete**

**AM Review**
- Confirms Updated Information
- Rebuttals/Questions
- Explanation of Potential For Resell
- Discussion of Resell vs Refund Criteria

**Call Transfer**

**CS1 Send Verification Form**
- Client Fills in Contact Info
- Client Fills in Family Size
- Client Select Filing Status
- Client Selects Employment Status
- Client Selects Pay Frequency

**Client Discrepancy Identified**
- Rebuttal
- Request Client Complete Verification Form

**Inbound Call**
- Answer Inbound Call
- Review Client Account
- Fill Out 'Create Sign Request'
- Address/Complete Client Concern

**No Resell/Refund**
- Confirm Client's Refund Amount
- Refund Client
- Cancellation
- Update Friday

**CS1 FormSite SendOut**
- Confirm Send Out Method SMS/eMail
- Send HelloSign Verification

**Call Complete**

**Client Review**

**CS1 Client Signing**
- Compliance 6 Initials
- ROA 1 Signature pg.2
- TAS 3 Signature(s) pgs. 5,6,7
- 4506-T 1 Signature pg.1
- IDR pg. 4