FILED

2019 OCT 28 AM 11: 59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

VENABLE LLP
Witt W. Chang (SBN 281721)
   wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
   abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
   gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>          Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>          Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>          Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF SHIRENA HUIZAR IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date: November 4, 2019<br>Time: 3:00 p.m.<br>Crtrm: 10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

BY FAX

ORIGINAL

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF SHIRENA HUIZAR

I, Shirena Huizar, declare as follows:

1. I have been a Human Resources Manager at Prime Consulting, LLC ("PC") since September 2018. In addition, I consult for True Count Staffing, Inc. ("TCS") with respect to human resources issues. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. When PC and TCS's auditing functions catch potentially non-compliant activities, affected client files are paused pending investigation, and swift action is taken to investigate, rectify any problems discovered, and mete appropriate discipline, up to and including termination. A true and correct copy of the disciplinary actions chart upon which Human Resources relies is attached hereto as Exhibit A. True and correct sample write-ups relating to infractions caught by auditing functions are attached hereto as Exhibit B.

3. Additionally, compliance memos are issued to remind employees of potentially wrongful conduct. These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Irvine, California.

_____
Shirena Huizar

# EXHIBIT A

## Sales Adviser Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Employee Level |
|---|---|---|---|
| Submitting Client's Family Size without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Family Size with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Family Size Definition | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Marital/Filing Status with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Submitting Client's Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Marital/Filing Status Definition | Immediate Termination | Zero Tolerance | Advisor |
| Misrepresentation of Company (e.g. DOE, Non Profit Organization, etc) | Immediate Termination | Zero Tolerance | Advisor |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | Advisor |
| Seft-signing Client Fee Agreement even with or without client's approval | Immediate Termination | Zero Tolerance | Advisor |
| Seft-Signing Welcome Email | Immediate Termination | Zero Tolerance | Advisor |
| Using Personal Phone or Computer to create account/ login to pull Loans in FSA and NSLDS System | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc) | 1st Time: Final Warning<br>2nd Time: Immediate Termination | 2 Strikes | Advisor |
| Fail to break down Family Size in Details | 1st Time: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to mention "50% support" OR "Half of support", in Family Size Definition | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to break down in details of Enrollment Fee, Recertification Fee, and Student Loan Payments | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to read Compliance Questions Verbatim | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to Read 6 Verbal Consent Questions Verbatim | 2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Advisor |

*\* Incidences will be on a 3 months rolling period during transition*

# EXHIBIT B


# Employee Disciplinary Warning — Final Warning!

- [ ] Record of Verbal Warning (# ___)
- [x] Written Warning (# ___)
- [ ] Notice of Corrective Probation Period
- [ ] Notice of Suspension

Name of Employee: Cody Alison
Employee Number/Department: Sales   Date: 8/14/9

**Reason for Warning/Notice:**
Mis-pitching Family size. Can't tell client that "we can go up to 6" or it can include "anyone that you buy lunch for."

**To avoid further discipline, employee should:**
Read the "Family Size Explained" supplemental Guide word for word every time

**Next disciplinary step proposed** (Grounds) for Termination

**Employee Response**

Warning Given By: Matt Weinberg
Signature: [signed]   Date: 8/14/19

Corrective Probation Period: Effective Dates: ___ to ___
Suspension Period: Effective Dates: ___ to ___   [ ] paid [ ] unpaid

**For written warning only:**
By signing this warning, I am acknowledging that I have been counseled and warned as noted above. I also acknowledge that my employment is at-will and that the company reserves the right to apply whatever discipline, up to and including termination, is deemed appropriate in a given situation.

Employee Signature: [signed]   Date: 8/15/19

CalChamber.   © CalChamber   Page 1 of 1
V031114

## Employee Disciplinary Warning

☐ Record of Verbal Warning (# ___)        ☒ Written Warning (# 1)
☐ Notice of Corrective Probation Period   ☐ Notice of Suspension

Name of Employee  Sam Foreman
Employee Number/Department  Sales    Date  8/9/19

Reason for Warning/Notice
Inaccurate Family Size Submission
Client: Christina Gonzales  ID: 341187833

To avoid further discipline, employee should
Follow Family Size guidelines

Next disciplinary step proposed
Final Warning

Employee Response

Lindsay Blalock
Warning Given By

[Signature]                              8/9/2019
Signature                                Date

Corrective Probation Period:   Effective Dates: _____ to _____
Suspension Period:             Effective Dates: _____ to _____   ☐ paid  ☐ unpaid

**For written warning only:**
By signing this warning, I am acknowledging that I have been counseled and warned as noted above. I also acknowledge that my employment is at-will and that the company reserves the right to apply whatever discipline, up to and including termination, is deemed appropriate in a given situation.

[Signature]                              8/9/19
Employee Signature                       Date

✂ CalChamber                             © CalChamber    Page 1 of 1
                                                         v031114

## Employee Disciplinary Warning

**FINAL WARNING**

- [ ] Record of Verbal Warning (# ___)
- [ ] Notice of Corrective Probation Period
- [✓] Written Warning (# 1 )
- [ ] Notice of Suspension

Name of Employee  Stewart Wilds
Employee Number/Department Sales        Date  8/19/2019

**Reason for Warning/Notice**
Family size explained incorrectly to client.

Client Julie Rios: PSLC ID# 342522173

**To avoid further discipline, employee should**
Refer to Family Size Compliance Worksheet

**Next disciplinary step proposed**
Final Warning Leading up to Termination

**Employee Response**

Zach Azouz
Warning Given By

Signature                                                   8/19/2019
                                                            Date

Corrective Probation Period:   Effective Dates: _____ to _____
Suspension Period:             Effective Dates: _____ to _____   [ ] paid   [ ] unpaid

---

**For written warning only:**

By signing this warning, I am acknowledging that I have been counseled and warned as noted above. I also acknowledge that my employment is at-will and that the company reserves the right to apply whatever discipline, up to and including termination, is deemed appropriate in a given situation.

Employee Signature                                          8/19/2019
                                                            Date

CalChamber                                    © CalChamber    Page 1 of 1
                                                              v031114