FILED

2019 OCT 28 AM 11:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY___CN___

1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2     wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA 90067
   Telephone: (310) 229-9900
4  Facsimile: (310) 229-9901

5  Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
      abbaker@venable.com
6  Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
      gssachs@venable.com
7  600 Massachusetts Ave., NW
   Washington, D.C. 20001
8  Telephone: (202) 344-4000
   Facsimile: (202) 344-8300

9
   Attorneys for Defendants
10

11               **UNITED STATES DISTRICT COURT**

12        **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>  Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>  Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>  Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**DECLARATION OF GERALD S. SACHS IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Date:        November 4, 2019<br>Time:       3:00 p.m.<br>Crtrm:      10C<br><br>Action Filed: October 21, 2019<br>Trial Date:   None set |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

BY FAX




DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF GERALD S. SACHS

I, Gerald S. Sachs, declare as follows:

1. I am an attorney at law and partner of the law firm Venable LLP, counsel of record for Defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, and Albert Kim and Relief Defendants Infinite Management Corp., and Hold the Door Corp. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of a letter from counsel for PC to the Bureau for Consumer Financial Protection (the "Bureau"), dated August 30, 2019 is attached hereto as Exhibit A.

3. A true and correct copy of an email from counsel for PC to the Bureau, dated September 30, 2019 is attached hereto as Exhibit B. This effort to work with the Bureau did not result in any meaningful discussions between the parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2019, at Washington, D.C.

Gerald S. Sachs

---

3

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

# EXHIBIT A

# O'Melveny

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

August 30, 2019

Laurel Loomis Rimon
D: +1 202 383 5335
lrimon@omm.com

**VIA ELECTRONIC MAIL TO SARAH.PREIS@CFPB.GOV**

Ms. Sarah Preis
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20552

Re: **_Civil Investigative Demand served on Consumer Advocacy Center, Inc. D/B/A as Premier Student Loan Center on September 10, 2018_**

Dear Sarah:

As we indicated we would do when we last spoke, on behalf of the clients of O'Melveny & Myers and Venable, we are providing to you documents related to the inquiries in the above-captioned Civil Investigative Demand issued to Consumer Advocacy Center. The documents are Bates numbered CFPBPROD0000001 to 2475. These documents were also recently produced to the Chapter 7 Trustee for the bankruptcy estate of Consumer Advocacy Center, Inc. in *In re Consumer Advocacy Center, Inc.*, No. 19-10655-JKO (Bankr. S.D. Fla. 2019).

We request that you accord confidential treatment to this production and not disclose it to any person who is not an employee of the Consumer Financial Protection Bureau unless otherwise required to do so by law. We also request that you notify us of any request for disclosure of this production or the information contained herein so that we may have the opportunity to respond. We further request confidential treatment to the full extent provided under 12 CFR § 1070.41.

Sincerely,

Laurel Loomis Rimon

cc: Allyson Baker, Venable LLP
Gerry Sachs, Venable LLP

Century City • Los Angeles • Newport Beach • New York • San Francisco • Silicon Valley • Washington, DC
Beijing • Brussels • Hong Kong • London • Seoul • Shanghai • Singapore • Tokyo

FOIA CONFIDENTIAL TREATMENT REQUESTED

# EXHIBIT B

| | |
|---|---|
| **From:** | Rimon, Laurel L. |
| **To:** | #TrueCount_CFPB |
| **Subject:** | FW: Response to email of 9/27 |
| **Date:** | Monday, September 30, 2019 5:17:16 PM |

Fyi and for the file.

**From:** Rimon, Laurel L.
**Sent:** Monday, September 30, 2019 5:17 PM
**To:** 'sarah.preis@cfpb.gov' <sarah.preis@cfpb.gov>
**Cc:** Baker, Allyson B. <ABBaker@Venable.com>; Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** Response to email of 9/27

Dear Sarah,

As I'm sure you can appreciate, the bankruptcy proceedings and role of the trustee have limited our ability to make any representations or take any action on behalf of CAC. Accordingly, we are not in a position to respond in CAC's stead to the specific CID requests made to CAC. However, our clients do remain interested in voluntarily producing information and material that may be of interest to the Bureau, and we have been working toward that end.

As we have mentioned previously, we believe it may be helpful to meet in person or by phone to better understand the Bureau's priorities and focus, as there is a large volume of material potentially involved, making review time-consuming and logistically challenging. Please let us know if you would like to schedule a meeting.

With respect to your specific information requests, we are in the process of preparing responses to the 2004 subpoenas, and will reach out to the trustee if we determine any additional time is needed. We are also working towards providing you with the information you requested related to our last production. With respect to specific requests in the CID for which our clients' have materials in their custody, possession, or control, we are working on providing you with a realistic estimate for our response, taking into account the two holidays impacting counsels' schedules prior to that date, as well as the volume of material potentially involved. We will follow up soon with that proposed schedule.

Thank you,
Laurel


# O'Melveny

**Laurel Loomis Rimon**
lrimon@omm.com
O: +1-202-383-5335

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or*

*use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*