FILED

2019 OCT 28  PM 12: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

BY FAX

1   VENABLE LLP
    Witt W. Chang (SBN 281721)
2      wwchang@venable.com
    2049 Century Park East, Suite 2300
3   Los Angeles, CA  90067
    Telephone:  (310) 229-9900
4   Facsimile:   (310) 229-9901

5   Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
       abbaker@venable.com
6   Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
       gssachs@venable.com
7   600 Massachusetts Ave., NW
    Washington, D.C. 20001
8   Telephone:  (202) 344-4000
    Facsimile:   (202) 344-8300

9
    Attorneys for Defendants
10

11            **UNITED STATES DISTRICT COURT**

12   **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

13  Bureau of Consumer Financial           CASE NO. 8:19-cv-01998-JVS(JDEx)
    Protection; State of Minnesota, by its
14  Attorney General, Keith Ellison;       Hon. James V. Selna
    State of North Carolina, *ex rel.*     Courtroom 10C
15  Joshua H. Stein, Attorney General;
    and The People of The State of         **DECLARATION OF NICOLE**
16  California, Michael N. Feuer, Los      **BALESTRERI IN SUPPORT OF**
    Angeles City Attorney,                 **DEFENDANTS' RESPONSE TO**
17                                         **ORDER TO SHOW CAUSE WHY**
                 Plaintiffs,               **PRELIMINARY INJUNCTION**
18                                         **SHOULD NOT ISSUE**

19           v.                            Date:        November 4, 2019
                                           Time:        3:00 p.m.
20  Consumer Advocacy Center Inc., d/b/a   Crtrm:       10C
    Premier Student Loan Center; True
21  Count Staffing Inc., d/b/a SL Account  Action Filed:  October 21, 2019
    Management; Prime Consulting LLC,      Trial Date:    None set
22  d/b/a Financial Preparation Services;
    Albert Kim, a/k/a Albert King; Kaine
23  Wen, a/k/a Wenting Kaine Dai, Wen
    Ting Dai, and Kaine Wen Dai; and
24  Tuong Nguyen, a/k/a Tom Nelson,

25          Defendants, and

26  Infinite Management Corp., f/k/a
    Infinite Management Solutions Inc.;
27  Hold The Door, Corp.; and TN
    Accounting Inc.,

28          Relief Defendants.

ORIGINAL

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF NICOLE BALESTRERI

I, Nicole Balestreri, declare as follows:

1. I am a Compliance Manager at Prime Consulting, LLC ("PC") and have been since September 9, 2019. Prior to this role, I was a Co-Manager of Customer Service at True Count Staffing, Inc. ("TCS") since December 10, 2018. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. TCS and PC assist their clients by helping them navigate the byzantine federal student loan consolidation and modification process. The companies assist some clients with preparing the paperwork required for the clients' loan consolidation and income-driven repayment ("IDR") program applications. For other clients, whose loans have already been consolidated, the companies assist with preparing the paperwork required to apply for IDR programs.

3. PC is a sales company that is in charge of the "front-end" of the business. PC acquires clients through online advertising campaigns run and controlled by third parties. PC clearly, completely, and accurately describes the services offered to clients in its sales script on which its employees are thoroughly trained. A true and correct copy of this script is attached hereto as Exhibit A.

4. PC takes pains to walk clients through contracts, authorizations, and disclosures that it needs to ensure that clients understand the services to be rendered. As part of this process, on the initial sales call, a PC employee sends and walks the client through a welcome email containing voluminous disclosures. A true and correct copy of this email is attached hereto as Exhibit B.

5. PC's policies, including its TSR Policy, are distributed and explained to each new employee. A true and correct copy of the TSR Policy is attached hereto as Exhibit C.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

6.     Each new employee must score more than 85% on a compliance quiz before they are allowed to begin.  A true and correct copy of this quiz is attached hereto as Exhibit D.

7.     TCS is the "back-end" of the business.  On behalf of and working with clients, TCS prepares and submits the documents required to apply for loan consolidation and IDR programs, interfaces with clients' loan servicers, handles customer service inquiries, and gathers necessary information to prepare and submit the re-certifications required for clients to stay in the IDR programs for which it helped them qualify.

8.     As part of its ongoing efforts to ensure compliance with regulations such as those that form the basis for the CFPB's TRO, PC instituted auditing procedures, including automatic call recording, and the routine review of sales calls by management.  For its part, TCS developed a sophisticated software program—a bot known as "Ultron"—that checks for technical anomalies within TCS's systems that may be indicative of employees cutting corners or engaging in potentially non-compliant activities.

9.     When auditing functions catch potentially non-compliant activities, swift action is taken to investigate the issue, rectify any problems discovered, and mete appropriate discipline, up to and including termination.  Compliance memos are issued to remind employees of potentially wrongful conduct.  These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.  A sample compliance memo is attached hereto as Exhibit E.

10.     Layered on top of these auditing functions is the business' backwards-looking auditing and compliance re-certification program.  As part of every in-coming customer service call, TCS personnel walk the client through a series of documents and questions to recertify that their information was accurate, and that

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1  those clients understood the services they signed up for and were satisfied with
2  them.

3      11.    TCS personnel have also included the compliance package as part of
4  annual calls to clients made to obtain the information for paperwork necessary to
5  recertify their information with the Department of Education.  Indeed, TCS was in
6  the process of onboarding and training additional personnel to reinforce its
7  compliance re-certification program at the exact time that the CFPB and Receiver
8  raided its offices on October 23, 2019.

9      12.    To date, TCS's re-certification campaign has resulted in
10  approximately 3,252 recertification interactions with clients, ~96% of which
11  certified they were satisfied and re-executed compliance packages.  A sample
12  reverification package is attached hereto as <u>Exhibit F</u>.

13      13.    The vast majority of the ~4% that did not re-execute compliance
14  packages could not do so only because their personal information (*e.g.* family size,
15  marital status, or income) had changed since the time they initially provided such
16  information.

17      14.    From August 28, 2019 to September 30, 2019, the business shut itself
18  down to implement a rigorous campaign to raise the bar with respect to its
19  operational compliance policies, procedures, and practices, under which it has
20  consistently operated and from which it does not intend to deviate.  In addition to
21  counsel, several outside consultants were retained to assist with these efforts.

22      15.    For example, PC implemented new sales scripts and trained
23  salespeople on how to use them.  PC revamped its customer agreements,
24  procedures, and disclosures to ensure clients understood the services being offered
25  and to reduce the risk that information submitted on their behalf was inaccurate or
26  incomplete.  Compliance training modules for Sales, Marketing, Processing, and
27  Customer Service functions were built and deployed.  A true and correct copy of a
28  sample compliance presentation is attached hereto as <u>Exhibit G</u>.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

16.    As an additional safeguard, manager-level personnel listen to phone recordings for compliance.  The sales call for every single client on-boarded since business restarted on or about September 30, 2019 has been audited by an independent company for compliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Lake Forest, California.

Nicole Balestreri

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

4

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

# EXHIBIT A

Updated: 10/21/2019                          Confidential & Business Proprietary Information

## Sales Script

IMPORTANT: **USE CAPS LOCK WHEN COMPLETING THE APPLICATION.** FAILURE TO DO SO WILL PREVENT YOUR FILE FROM MOVING FORWARD TO PROCESSING WHEN YOU SUBMIT.

## QUALIFYING THE CALLER

Student Services Plus, this is _____.  Are you interested in the Federal Student Loan Forgiveness Program or reduced repayment options?

1.  Are your federal loans $10,000 or more?
2.  Are you currently employed or have a source of income?

**IF NO to EITHER** – Unfortunately, we won't be able to help you today. Please contact the Department of Education if you are interested in learning more about your options.  **[HANG UP UNDER 60 SECONDS]**

**IF YES** – Ok great. That means you may qualify for one or more of the Department of Education's programs that can reduce your monthly payments and possibly forgive your student loan balance. What we can do for you today is help you find the loan forgiveness program you may qualify for that will have the lowest monthly payment.

## INTRODUCTION AND INFORMATION GATHERING

**\*Please note that while we may correspond with your servicers on your behalf, we are not the Department of Education. This call is being recorded for quality control and compliance purposes. \***

Let's go ahead and get started, if I could please get:

1.  The proper spelling of your First and Last Name?

2.  The best contact number in case we get disconnected.

3.  What is your email address associated with your student loans?

4.  Can I get your date of birth?

5.  These federal programs are income based. Are you currently paid by the hour or are you on salary?  What is your hourly rate? How many hours per week do you work?

Updated: 10/21/2019                              Confidential & Business Proprietary Information

    **a.** ***ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52***
    **b.** ***TAX TRANSCRIPT*** (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

6.   **HOW TO PROPERLY EXPLAIN FAMILY SIZE:**

Now we'll determine your "family size" under the DOE programs. <u>It's very important to include everyone that qualifies, so you can receive the lowest monthly DOE payment possible and potential loan forgiveness.</u>

    **a.** **How many children, including unborn, do you provide more than half their financial support?**
      *Ex. Include any unborn child or children.*
      *Ex. Providing half the financial support to any children away from home, such as college or military, or even adults.*
      *Ex. <u>Support includes -- money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.</u>*

    **b.** **For anyone living with you, how many do you provide more than half their financial support?**
      *Ex. Providing half the financial support to anyone living with you, even relatives or friends.*

**LET THE CALLER TALK** – Most clients will be very eager to include someone they support financially if it lowers their monthly payment.
- Ex. Yes, my nephew has been living with me.
- Ex. Yes, I support another person financially 50% of the time who lives with me.

    **[Under no circumstances can you assist the client in submitting an incorrect family size.]**

**HOW TO PROPERLY EXPLAIN MARITAL STATUS:**

Under the DOE programs, your marital status will determine whether your monthly payments will be based only on your personal income, or the combined household income for both you and your spouse. Please let me know your marital status based on these 4 DOE application options:

    **a.** **Single**
    **b.** **Married**
    **c.** **Married, but separated** – You will be treated as single
    **d.** **Married, but cannot reasonably access my spouse's income information** – You will be treated as single

**To Caller: "Which Status best describes your current situation?"**

Confidential & Business Proprietary Information

If client selects **b. Married**
**To Caller: "When you filed your last federal income tax return, did you file jointly with your spouse?**

**If YES: You must collect both spouse's incomes; either paystubs or their 1040 Tax Form**
 Is your spouse currently paid by the hour or are they on salary?  What is their hourly rate?
 How many hours per week do they work?
  e.  ***ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52***
  f.  ***TAX TRANSCRIPT*** (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)
   ## ***NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL***

**If NO: You only need to collect the client's income.**
Ex: Recently married, filed as single last year.  This first year they do not need to include their spouse's income.

7.  Do you happen to work for The Government or for a non-profit organization for at least 30 hours per week?

   a.  Great! Working for a not-for-profit or public service agency may qualify you for faster loan forgiveness.  If you work for a not-for-profit or public service agency full time (30+ more hours a week) for 10 years you may be eligible for PSLF.

### OBTAINING THE CALLER'S LOANS

The next step in the process is to obtain your loan details to see exactly how much you owe and determine what programs you may qualify for.

    **[Note:  Do not obtain or use a client's login information for FSA, that is unlawful.]**

**[Must read Verbal Consent for Soft Credit Inquiry VERBATIM.]**

   1.  "Will you authorize us to perform a soft credit inquiry in order to obtain your current amount of outstanding student loans to determine if you may qualify for one of the government's loan forgiveness or income driven repayment programs?"

      If NO: "Soft credit inquiries will not affect your credit score and are never considered as a factor in credit scoring models. Potential lenders are not able to see soft credit inquiries."

Updated: 10/21/2019                    Confidential & Business Proprietary Information

**IF YES:**

1. Access **"FRIDAY SUPPORT"**
2. Click forms then choose **"SOFT CREDIT"**.
3. ***ENTER:*** First name / Last name / Address / City / Zip / State/ **then click** SUBMIT
4. ***If Soft credit pull doesn't work with information entered above, then re-enter information***
5. ***RE-ENTER:*** First name / Last name / Address / City / Zip / State / SSN OR DOB / **then click** SUBMIT

**IF NO: or UNABLE TO SUCCESSFULLY COMPLETE SOFT CREDT INQUIRY: Go to Step 2**

**STEP 2**
**[OPTIONAL IF NO SOFT PULL]**

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

1. Open servicer website.
2. Create or reset log in for servicer. Add servicer username and password to file.
3. Log in to the online account.
4. Save servicer in DPP

### EXPLAINING THE CALLER'S LOAN DETAILS

Ok (Caller's name), thank you for your patience. I am able to review the loan details you provided. I see here that you have a total of ___(#)___ student loans in your name, which you took out between the years of _____ and _____.

Based on the documents that you sent us, your current loan servicer is _____ and you have a balance of $_____ *and a total of $*_____ *in outstanding interest.* If you would like to write this down, you currently owe the federal government a total of $_____ for your federal student loans.

Updated: 10/21/2019                    Confidential & Business Proprietary Information

## PROCESSING DEPARTMENT REVIEW

"What I am going to do now is take a few minutes to review all this information to determine whether we believe you may qualify for a DOE program. If it appears that you may qualify, we can help you get your application process started today. If for any reason it appears that you are <u>not</u> likely to qualify, I will let you know the reasons why we are unable to assist you.  It usually takes about 3-4 minutes to review your file, so I need to place you on a brief hold. To be ready, please have a pen and paper available so we can go over the notes together when I am done. Give me a few minutes here, I'll be right back, and I will have an answer for you shortly."

## ** PLACE THE CALLER ON HOLD (3-4 minutes) **

## THE PITCH AND SERVICE COSTS EXPLAINED

OK (Caller's name), Thank you for your patience, I do have some good news for you. Based on our review, we believe you may be eligible for a loan repayment or forgiveness program with the DOE.

Do you have your pen and paper? Ok great.  Please write this down:  The name of the DOE program that you may be eligible for that gives you the lowest monthly payment based on your current income and family size, and marital status is called the "IBR, PAYE, ICR, REPAYE, PSLF". program. For more information on your program, please refer to pages 5 and 6 of your Income-Driven Repayment Plan Request which will be included in your E-Signature Document Package.

Now I am going to give you some numbers to write down and then I'll review what those numbers mean.
          (Have client write down all five numbers, then move into the following explanation)

1. The first number is $_____, your total loan balance, which is how much you currently owe the federal government for your student loans.
2. The second number is $_____, If you were to stay enrolled in the standard repayment plan this is how much you would end up paying back because of the interest rates associated with your student loans.  Does this number make sense?

Updated: 10/21/2019                    Confidential & Business Proprietary Information

3. The third number is $ _____. This is your projected forgiveness if your current income, family size, and marital status remains the same for your entire (120/240/300) month term, so congratulations!
4. The fourth number <u>$(Quote SL + 41),</u> your new monthly payment.
5. The fifth number is **$1,705**. This is our total Initial Fee or what you pay us to assist you in submitting the documents necessary to obtain a new repayment plan. The good news is, I will break that down into monthly payments for you.

Now, let's take a look at the way your payments are outlined.  For the first 5 months *(whichever selected)* your monthly payments will be **$341** *(or whichever selected),* which will cover all of our fees for assisting you with your document preparation, processing, and enrollment into a government program.

After the first 5 months, your monthly payment may be reduced to just <u>(quote sl + 41)</u>, which includes your monthly student loan payment to your servicer of (Quote SL) and your recertification fee to us of **$41**. Please remember, you must reapply for your program every year with the U.S. Department of Education. However, with the **$41** per month through your (120/240/300) month term, we will make sure to contact you to collect and prepare all the paperwork necessary to keep you in your new loan repayment program every year.

Do these numbers make sense? Ok, great. Please keep in mind that the loan balance, payback number, and savings I provided you are **estimates based on the income and family size that you provided to me today**. These numbers could change if your marital status, income, or family size changes.  To highlight the benefits of these programs if your income decreases or your family size increases you may qualify for a lower payment option.  Please remember since these programs are structured based on those standards they should always work in your favor and your monthly payments should continue to remain affordable. Does that make sense? Okay.

It is very important to us how your money is protected. Our fees will be placed into your own Dedicated Client Account and these funds belong to you at all times. Your dedicated account provider is called Trusted Account Services, and they will only release our fees after the Department of Education approves your Income Driven Repayment program every year. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.

**[READ PARAGRAPH BELOW ONLY IF "IN REPAYMENT" STATUS]**

Since your student loans are in repayment status, we will file a forbearance which if approved will pause your payments to your current servicer. Please note that interest will still accrue while your loan is in forbearance. You are required to continue making your student loan payments until your forbearance request is approved and completed, which may take up to 14 business days.

Confidential & Business Proprietary Information

### COMPLETE THE APPLICATION

Great! Our next step is to complete your application, pick your dates for your payments to us, place a payment method on file for the payment to us, and complete an e-signature document. This process will only take another 5-10 minutes to complete.

Even though we are going to send you everything in writing to review and sign, our Compliance Group requires us to walk through the basic services and the authorizations that we require on the phone during this call.

Thank you. Let's go ahead and get started by collecting the rest of the information we need for your file, starting with you <u>current mailing address</u>.

1.  VERIFY CURRENT MAILING ADDRESS.
2.  IF PSLF, GET EMPLOYER NAME, ADDRESS, AND LENGTH OF EMPLOYMENT (IN MONTHS).
3.  HAVE CLIENT CONFIRM – a) **PRIMARY PHONE NUMBER**, b) **EMAIL**, and c) **SSN**.
4.  HAVE CLIENT PROVIDE (2) REFERENCES – a) **FULL NAME**, b) **PHONE #**, and c) **RELATIONSHIP**.
5.  SAVE YOUR WORK!!!

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

> **2.** "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

1.  Open servicer website.
2.  Create or reset log in for servicer.
3.  Log in to the online account.
4.  Save servicer in DPP

## *TAKE SERVICER SNIPS AND UPLOAD TO DOCS IN DPP*

**SCHEDULE INITIAL PAYMENT**

Ok, the next step is to pick a date for your payment to us. Which day works best for you to make your first payment? (Recommend a date that is no later than 10 business days from today, but do not pressure the customer).
**Note:** There is no government-imposed limit – do not indicate otherwise.

As noted earlier on the call, all payments to us will be placed into your Dedicated Client Account. any time before completion of the work, you can cancel and get your funds back. Your funds will only be released to us after we prove both to you and Trusted Account Services that we have completed the work described above – assisting you with obtaining a new loan repayment / forgiveness program.

Updated: 10/21/2019                                    Confidential & Business Proprietary Information

## CREATE ENROLLMENT SCHEDULE

1. Choose Base Plan: Split Payments + Recurring
2. Program Length: 240 months / 120 months
3. Fee Down Payment: LEAVE BLANK
4. Initial Fee: $1,705 - Split into 5 Payments
5. Recurring: $41
6. Click Recurring Start Date from drop down Calendar, click on date, then click off
7. Save Enrollment Plan, then OK
8. Click on customer name

## OBTAIN EXPRESS VERBAL CONSENT FOR SERVICES

Before I get your payment information, please confirm that you authorize us to proceed with the following services on your behalf, **by stating YES to each of the following**:

1. Do you authorize us to review all supporting documentation for your application that you provide to us?
2. To make the application process easier and faster, we recommend that you allow us to handle all correspondence from your loan servicer via email/mail by using our mailing and email addresses on your application documents <u>for the sole purpose of completing our services</u>. We will send you a copy of all communications we receive from your servicer for your records. Once we have successfully assisted you in obtaining a new loan repayment program, we will change the contact information back to your email/mailing address. To make sure you understand this, we will send you a request to have this authorization in writing in a document called a Limited Power of Attorney. Do you authorize us to do what I just explained?
3. *(ONLY if Client requests a forbearance)* Do you authorize us to prepare and send you a forbearance request to submit to your servicer?
4. Do you authorize us to prepare and send you your loan repayment or loan forgiveness application for the (name of loan repayment or loan forgiveness program)?
5. Do you authorize us to communicate with you through email, text, and phone to provide us with all of the necessary documentation for your annual recertification?
6. Do you authorize us to prepare and send you your annual recertification applications?

## SECURE PAYMENT METHOD

Now that we have your enrollment schedule saved, the next step is to put a payment method on file for our fees only. You have two options to choose from. You can select either debit or credit, whichever you prefer.

Updated: 10/21/2019                          Confidential & Business Proprietary Information

## Credit or Debit Card

1. Select Credit or Debit
2. How does you name appear on the front of the card?
3. Is your middle initial on there? (input initial if it is)
4. And is the billing address for the card the same as your mailing address?
5. Leave Card Issuer Blank
6. Ok, let's go ahead with the 16-digit number when you're ready
7. And the Expiration Date on the card?
8. And the 3-digit code on the back? (CVV)
9. Click Save

## (RPR) VERIFCATION – REPAYMENT PLAN REQUEST

**Direct consolidated loans in Income driven plan = Repayment plan Request**

> 1. File must have Servicer login uploaded in DPP in order to submit file

Open servicer website(s). Create or reset log in for servicer(s). Log in to the online account and upload servicer login Username and password into DPP

Who is your current student loan servicer?  **(Navient, Nelnet, Greatlakes, FedLoan, AES, etc.)**

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers (including your full name, email, date of birth, and social) in order to obtain your current amount of outstanding student loan debt and assist you with finding your lowest monthly payment and potential loan forgiveness options?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

**IF YES:**

1. Open servicer website.
2. Create or reset log in for servicer.
3. Add servicer username and password to file.
4. Log in to the online account.

Updated: 10/21/2019                           Confidential & Business Proprietary Information

Open Repayment Estimator and manually calculate loan repayment options.
## COMPLIANCE (MANDATORY)

Before we get to your Client Agreement, I will first go over our Compliance materials. I am going to send you the link to the Compliance materials via text message.  Please stand by.

**Before sending WC ensure all information is accurate including Marital Status, Income, and Family Size.**

**SEND WC SMS TXT**

**\*\*\*Client will be directed to the "Welcome Email" website. \*\*\***

**Instruct the Client to review and click through their personal and stated information.**

**\*\*\*NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL\*\*\***

**Read all compliance questions VERBATIM and answer any questions Client may have.**

**Client will need to agree "Yes" to all 8 compliance questions.**

When the client finishes, refresh DPP and make sure you see **"WC CONFIRMED"** before moving forward.

## COMPLIANCE CALL SCRIPT

PRIOR TO SUBMITTING YOUR FILE FOR PROCESSING, I AM REQUIRED BY OUR COMPLIANCE DEPARTMENT TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF YOUR INCOME DRIVEN REPAYMENT PROGRAM FOR WHICH YOU ARE APPLYING. YOU WILL BE REQUIRED TO ANSWER 'YES' TO EACH OF THE FOLLOWING QUESTIONS IN ORDER TO MOVE ONTO THE NEXT. IF YOU DO NOT UNDERSTAND ANY OF THE QUESTIONS, PLEASE DO NOT HESITATE TO ASK ME

1. **"Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans?"**

   If No: We are a third-party document preparation services company who assists with all of the necessary paperwork to ensure accuracy and correct filing of the documentation required for any necessary consolidation, recalculation and/or enrollment into your income driven repayment program. While we may correspond with your servicer on your behalf, we are not affiliated with the Department of Education.

2. **"Do you understand that, for your protection, we are not allowed to and will not access your Federal Student Aid account?**

Updated: 10/21/2019                    Confidential & Business Proprietary Information

If No: As a fully compliant document preparation services company, we will always remain within the guidelines mandated by all governing agencies. As such, we will not access your Federal Student Aid account.

3. **"Do you understand that <u>our company does not take any upfront fees</u>, and that your payments to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?"**

    If No: <u>It is very important to us how your money is protected.</u> You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account). Your payments will be released to our company only after the Department of Education accepts your program / plan. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program accepted by the Department of Education. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.

4. **"Do you understand that the fees that I just mentioned for our services to you are the following:**

    a. **Our initial fee of $1,705, broken into payments of $\_\_\_\_ for the first \_\_\_ months, which covers our initial work with you in applying for a loan program with the DOE?" [must receive a yes response**

        *If No: For our services of assisting you with gathering the correct information for your application to the Department of Education's Income Driven Repayment program–and submitting your application, we collect $1,705 for our services. However, these funds will be placed into a Dedicated Client Trust account that are held for your benefit and that you can request back at any time prior to completion of our work for you. What that means is that we don't get paid until you are accepted into a new Department of Education loan repayment program.*

    b. **Our recurring monthly fee of $41, which covers our work with you for your annual recertification.**

        If No: You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to our company for completing all necessary correspondence and communication and document preparation services only after your recertification is approved.

5. **"Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?"**

Updated: 10/21/2019                    Confidential & Business Proprietary Information

*If No: You may attempt to do this, but our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately, including preparing and submitting all the paperwork prior to all deadlines.*

6. **"Do you understand that verification of income by the Department of Education will be required to have your new monthly payment accepted, and that the payment details could change if your family size or proof of income changes?"**

   If No: The numbers discussed today are based off of the information that you provided. Our Processing Department will reach out to you in the next couple of days to verify the income that you stated over the phone.

7. **"Do you understand that once the process is complete, you will begin making the payment of $_____ (or SL payment) to the servicer of your student loans?"**
   ***(Do NOT include the recertification fee in this number.)***

   If No: Once your Income Driven Program is accepted, you will make your new payment of $_____ (or SL payment) to the servicer of your student loans. {If $____ payment: Even a $_____ payment counts as a qualified payment towards your forgiveness.}

8. **"Do you understand that your loans will not be forgiven immediately, but upon completing 300/240/120 months of eligible payments and IF YOU ARE PSLF ELIGIBLE, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?**
   If No: These are term-based programs, which means the forgiveness occurs at the end of the program, which is 300/240 /120 months.

<u>**SEND THE CLIENT FEE AGREEMENT ("DOCS") FOR E-SIGN**</u>

The last step for us today is to complete a very simple E-signature document which I am sending via email and text message. Let me know when you see it. **The subject line will read "Documents Ready to Sign".**

*(DOCS TAB, Generate PDF, Client Agreement SSP, click Send to ClixSign, Generate PDF, Select SMS template "Sales Ready to Sign", from number "Sales", Send for Signature)*

1. **Please take your time to review and let me know when you are ready to begin – I can wait for as long as you would like.  Please review all of it.**
2. When you are ready, please click the "Review and Sign Now" link and click "Begin Signing"
3. Then you will need to draw your signature in the box and click "next"
4. Then draw your initials in the box and click "finished"

Updated: 10/21/2019                                Confidential & Business Proprietary Information

5.  At this point it's pretty simple.  Please take as much time as you need to read and sign the document.  There are 12 tabs that you need to click on to add your signature/initials.  Once you have read the agreement and clicked on all of the tabs, hit the "Finish & Submit Document" to have your own copy directly to your email.

*(Read the paragraph below when the client is ready or ask when you can read some additional information to the client)*

**This document is only consent to work on your file and is an acknowledgement of the numbers we already went over.**

Thank you for taking the time to complete that.  What's going to happen next is you will be receiving a phone call from our company's Jr. Underwriting Department within the next 2-3 business days from a **(949) area code**. They will be requesting a copy of your tax returns or 2 most recent paystubs. This is to verify your income for the Department of Education. Our Customer Service and Jr. Underwriting Departments will take care of all your future paperwork, contacts, and notifications, and will update you every step of the way.

## REFERRALS

LASTLY, were you referred by a friend or family member?

The reason I ask is you're now entitled to your own referrals. Very important: anybody you refer that calls my direct number; we are required to send you a $25 Visa Card for each person I am able to help out. This is mainly to assist anyone unaware of their options and show our appreciation to you for sending us referrals.

## WRAP UP THE CALL

Besides that, do you have any more questions for me right now? Ok, fantastic. It's been a pleasure assisting you today; I am very pleased that we were able to help you with your student loans. I know this program is going to be a huge benefit for you. I hope you have a great rest of your day. Take care.

**EXHIBIT B**



## Welcome Aboard !

### We're Glad You're Here.

Welcome to Super Admin and thank you for agreeing to share your details - which we will keep strictly confidential.

Please take a few moments to confirm your account's information by going through the following steps.

**NEXT >>**



SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

 Complete

# Contact Information

**First Name** *

Kimberly

**Middle Initial**

**Last Name** *

Gruber

**Email Address** *

dotruongq@gmail.com

**Phone** *

9163036776

**Address** *

304 Ponfield Rd West

**City** *

Forest Hill

**State** *

MD

**Zip Code** *

21050



SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved

13% Complete

## Contact Information

**Date of Birth** *

06-02-1989

**Social Security Number** *

220236493

<< PREVIOUS

NEXT >>

SECURED BY 言 formsite

© 2019 Processing Support All Rights Reserved

20% Complete

## Filing Status

Please confirm your application will be submitted with a filing status :Married Filing Joint *

☑ Yes

<< PREVIOUS

NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

**27% Complete**

# Family Size

You have indicated your file will be submitted with a family size of 4. Please confirm your family size by typing it again below for your application submission.

## Submit Family Size *

4

Family size always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.

Support includes: money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. For the purposes of these repayment plans, your family size may be different from the number of exemptions you claim on your federal income tax return.

<< PREVIOUS          NEXT >>



SECURED BY formsite

© 2019 Processing Support All Rights Reserved

**33% Complete**

# Employment Information

### Please confirm your annual adjusted gross income which is $30000.00 *
☑ Yes

### Does your spouse have taxable income? *
Yes ⇕

### Please confirm your spouse's annual adjusted gross income which is $20000.00 *
☑ Yes

### Spouse's Pay Frequency *
Semi-Monthly ⇕

### Spouse's Most Recent Pay-Stub

Choose File   No file chosen

<< PREVIOUS    NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

40% Complete

## Employment Information

**Employment Status** *

Employed

**Pay Frequency** *

Semi-Monthly

**Most Recent Pay-Stub**

Choose File  No file chosen

**Last Year Filed Taxes** *

2018

### 304 Ponfield Rd West, Forest Hill, MD 21050. Was this the address used on your last tax return?" *

No

**Address** *

123 Ponfield Rd West

**City** *

Forest Hill

**State** *

MD

**Zip Code** *

21050

<< PREVIOUS   NEXT >>

 SECURED BY formsite

© 2019 Processing Support All Rights Reserved

**47% Complete**

# Compliance

Prior to submitting your file for processing. We are required by our Compliance Department to verify your understanding of the services being performed and of the details of your Income Driven Program for which you are applying.

You will be required to answer "Yes" by checking in the boxes to each of the following questions in order to move forward. If you do not understand any of the statements. Please pause this form and request more information from us for a better explanation.

<< PREVIOUS          NEXT >>



SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved

53% Complete

## Compliance

**1. Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans? \***

☑ Yes

<< PREVIOUS    NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

60% Complete

## Compliance

**2. Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which Super Admin will continue to assist you with for a monthly cost of $22.0?** *

☑ Yes

<< PREVIOUS

NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved



## Compliance

67% Complete

3. Do you understand that you may attempt to apply for an Income-Based Program through the Department of Education on your own, but you are paying Super Admin to handle all of the paperwork, notifications, and communications for your program? *

☑ Yes

<< PREVIOUS

NEXT >>

SECURED BY formsite

© 2019 Processing Support All Rights Reserved



Compliance

0% complete

4. Do you understand that verification of income will be required to have your new monthly payment approved and that the payment details could change if your family size or proof of income changes? *

☑ Yes

PREVIOUS

NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

80% Complete

Compliance

5. Do you understand that once the process is complete, you will begin making the payment of $7.00 to the servicer of your student loans? *

☑ Yes

<< PREVIOUS

NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved

87% Complete

Compliance

6. Do you understand that your loans will not be forgiven immediately, but upon completing 120 months of approved payments any remaining balance will be forgiven? *

☑ Yes

<< PREVIOUS

NEXT >>

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved

**93% Complete**

## Compliance

**7. Do you understand that all payments for your selected program will show as "Student Loan Management" on your bank or credit card statements? ***

☑ Yes

**By signing below, I certify all information above is true and up-to-date to the best of my knowledge ***



<u>clear</u>

### PLEASE SIGN IN THE SIGNATURE AREA AND MAKE SURE YOUR SIGNATURE IS NOT CUT OFF.

Thank you for taking the time to review your provided information. All the information you've provided will be submitted to our Processing Department.

**By Clicking Submit, you will not be able to edit the information through this form. If you wish to update the information, you must contact us immediately by phone at  +1 888-998-2587
Or email us at support@processingsupport.com.**



SECURED BY formsite

© 2019 Processing Support All Rights Reserved

Success

Your form has been successfully submitted.

**EXHIBIT C**



## TELEMARKETING SALES RULE (FTC)

### MAIN REQUIREMENTS

### CALLING HOUR RESTRICTIONS

No calls to a private residence before 8:00 a.m. or after 9:00 p.m. (local time at called party's location).
NOTE:  See state laws for other restrictions.

### REQUIRED INFORMATION TO CONSUMERS BEFORE THEY ARE REQUIRED TO PAY FOR GOODS/SERVICES SUBJECT TO SALES OFFER

Cost and Quantity;
Any material restrictions, limitations or conditions to purchase, receive or use goods or services; and
Refund Policy if applicable.

### "DO-NOT-CALL POLICIES"

Sellers may not call a consumer who has requested to receive no more calls from or on behalf of, the particular goods/services being offered;
Sellers must maintain "Do-Not-Call" lists of those consumers who do not wish to be contacted by phone;
Sellers must develop a written policy implementing this "Do-Not-Call" list keeping requirements AND TRAIN its telemarketing personnel in these procedures; and
Adherence to National Do Not Call Registry.

### PROHIBITED PRACTICES

It is a violation of the rule to engage in threats, intimidation or the use of profane or obscene language.

My supervisor has reviewed the above summary of the Telemarketing Sales Rule with me and I have been given a copy of it for my records.

_____
Employee Print Name

_____          _____
Employee Signature                                                      Date

_____          _____
Company Representative Signature                              Date

**EXHIBIT D**

**COMPLIANCE QUIZ**
**TRAINING ACKNOWLEDGEMENT**

NAME _____ DATE _____

1. Why might **FPS** call someone who has registered his or her telephone number with the National Do-Not-Call List?
   a. The person is currently a customer of the client we are calling on behalf of.
   b. **FPS** is exempt from the national DNC list.
   c. The person was a previous customer of our client about three years ago.
   d. The person was a referral.

2. You should tell any customer that asks to be placed on the Do-Not-Call List that it may take up to _____ for their phone number to be placed on the DNC list.
   a. 24 hours
   b. 3 months
   c. 30 days
   d. 1 hour

3. What are the national telemarketing hours?
   a. 9 p.m. to 8 a.m.
   b. 10 a.m. to 2 p.m.
   c. 8 a.m. to 9 p.m.
   d. 6 a.m. to 8 p.m.

4. A consumer asks for a copy of **FPS**'s DNC Policy. What do you do?
   a. Do Not Call Again
   b. Transfer the call to a manager or supervisor
   c. It depends on what else happened during the call
   d. Tell them we do not have a DNC policy

5. What is the main goal of the Consumer Financial Protection Bureau (CFPB)?
   a. To protect consumers from fraudulent and/or overly aggressive behavior from banks and other financial institutions
   b. To preserve and promote public confidence in the U.S. financial system by insuring deposits in banks and thrift institutions
   c. To sue fraudulent companies on the behalf of consumers
   d. None of the above

6. What is the main goal of the Consumer Financial Protection Act (CFPA)?
   a. To sue fraudulent companies on the behalf of consumers
   b. To increase oversight and clarify the laws governing financial transactions in order to protect consumers in these transactions

Page 1

Revised October 2018

    c.  To prevent unfair or deceptive acts that may affect business commerce
    d.  All of the above

7.  Which of the following is NOT considered and unfair act or practice?
    a.  Causes or is likely to cause substantial injury to consumers
    b.  Providing a client with all the relevant information for them to make an informed decision
    c.  Cannot be reasonably avoided by consumers
    d.  Is not outweighed by countervailing benefits to consumers or to competition

8.  Which of the following is NOT considered a deceptive act or practice?
    a.  It is likely to mislead or misleads the consumer
    b.  The consumer's interpretation of it is reasonable in light of the claims made
    c.  Taking your time to clarify questions for the client and ensure they have enough information to weigh out their options
    d.  It is material; likely to affect a consumer's decision regarding a product or service

9.  An act is considered abusive if:
    a.  You help the consumer understand the material risks, costs, or conditions of the service provided
    b.  It materially interferes with the ability of a consumer to understand a term or condition of a financial product or service
    c.  You protect the consumer's interest in selecting or using the service
    d.  You do not take unreasonable advantage that the consumer is relying on FPS to act in their best interest

10. What does the Federal Trade Commission Act (FTCA) prevent?
    a.  Unfair or deceptive acts that may affect business commerce
    b.  Small businesses from selling the same products and services as large businesses
    c.  People that want to trade their belongings on Offer Up, or Letgo
    d.  None of the above

11. Does the law require for an actual deception to take place in order for a company to be held liable?
    a.  True
    b.  False

12. What is the goal of the FTC?
    a.  Protect consumers from unfair and deceptive practices in the marketplace
    b.  Maintain competition to promote a marketplace free from anticompetitive mergers, business practices, or public policy outcomes
    c.  Neither A nor B
    d.  Both A & B

Revised October 2018

13. The Telemarketing Sales Rule (TSR) only applies to outbound calls?
    a.  True
    b.  False

14. What does FPS provide to comply with the requirements of Telemarketing Sales Rule (TSR)?
    a.  Client Fee Agreement
    b.  Welcome Service Email
    c.  Both A & B
    d.  Neither A nor B

15. FPS is a telemarketing company and all telemarketing rules apply.
    a.  True
    b.  False

16. You do NOT need to obtain consent to recording prior to continuing with your call.
    a.  True
    b.  False

17. The National Do Not Call Registry overrules all other Do Not Call Registries.
    a.  True
    b.  False

18. What do you do when a client requests to be put on the DNC list?
    a.  Try to call them back first to make sure they are sure
    b.  Tell them to put themselves on the DNC list
    c.  Tell them no and hang up first
    d.  Use the appropriate statement to ensure their request will be met

19. FPS has an Existing Business Relationship with the following:
    a.  Current clients
    b.  Clients within the past 18 months
    c.  Potential clients who have contacted FPS about services within the last 3 months
    d.  All of the above

20. If a client wishes to cancel it is acceptable to use the SMS feature in DPP to tell them what a terrible mistake they are making.
    a.  True
    b.  False

21. How quickly should you submit a client's request for cancellation?
    a.  All requests at the end of the week
    b.  When it is convenient for you
    c.  Immediately

Revised October 2018

    d.  At the end of the day

22. When communicating with clients you should include what information on DPP?
    a.  Their request for cancellation
    b.  Their request for rescheduling
    c.  Your email correspondence in the notes
    **d.  All of the above**

23. If you want to close a sale it is okay to tell a client that, "We are a Certified Enrollment Center that works directly with the Department of Education."
    a.  True
    **b.  False**

24. If a potential client wants to sign up next month you should let them know that their offer will expire by the end of the week to make sure they follow through.
    a.  True
    **b.  False**

25. If a client wants to cancel with our services you should let them know that they will no longer be able to enroll into an IDR.
    a.  True
    **b.  False**

26. To show the client these programs are legit you can include the Department of Education's logo in the bottom of your email signature.
    a.  True
    **b.  False**

27. It is okay to let the client think their payments to FPS are going to pay off their loans because we are their new loan servicer.  Someone else will explain it to the client later and this is a better program for the client anyway.
    a.  True
    **b.  False**

28. When a consolidation is being completed you should let the client know that their credit score will automatically improve.
    a.  True
    **b.  False**

29. It is never okay to "cherry pick" calls to get the ones that you really want.
    **a.  True**
    b.  False

30. You should let your client know that interest will accrue throughout their term even when they are in a forbearance.
    a.  **True**

Revised October 2018

b.   False

31. If a client wants you to help them remove their Auto- Pay you should log in and do it for them.

   a.   True
   b.   False

32. If a client is going to get their taxes offset, you should tell them that we can prevent that from happening for them.

   a.   True
   b.   False

33. You do not need to read the family size definition verbatim. Just the parts that apply to your client.

   a.   True
   b.   False

34. If the client doesn't provide more than half of the support for a family member or someone they live with it is okay to include them as a dependent anyway because the client bought them a present for their birthday.

   a.   True
   b.   False

35. If the client views their pets like children or "part of the family" they count as dependents and should be included in family size.

   a.   True
   b.   False

36. If a client needs to update their credit card but they are driving you should:

   a.   Have the client read you their card number so that you can leave it in the notes and tag reschedules
   b.   Email you their card number, expiration date and CVV
   c.   Send the client the Credit Card Update link for secure updating
   d.   Write down their card information on a Post-It note and get someone to help you later

37. The potential client really wants to sign up right now and they cannot access their email. You should:

   a.   Login and complete their documents for them (they told you that's fine)
   b.   Have the client call you back when they are able to access their email
   c.   Send the documents to yourself so you can sign for the client
   d.   None of the above

38. The client is having a difficult time getting into NSLDS. What is the best option to assisting them getting their loan details?

   a.   Just tell them you will login to NSLDS for them. They need the help right?

Revised October 2018

     b.   They know their login information, but they ask you to help them because they are driving. Of course you can help!

     c.   Walk the client through the steps for them to do it on their own. Remain patient and let them know you will help them to complete this the right way for their benefit.

     d.   Create a login for them and then give them their new username and password.

39. When a client annoys you or upsets you it is acceptable to threaten, intimidate, or use obscene language before hanging up so that you have the last word.
     a.   True
     b.   False

40. Debt Pay Pro is having an error and you are unable to finish entering the client's information.
     a.   Write it down. You can finish entering it later
     b.   Have the client email you all their personal information so you can enter it when the system is back up.
     c.   Both A & B are acceptable options
     d.   Neither A nor B

41. It is acceptable to put potential clients on the DNC list even if they don't request it. They were annoying.
     a.   True
     b.   False

42. It is acceptable to tell a client to enter a different martial/filing status if it gets them a lower monthly payment.  Why should they have to include their spouse's income?!
     a.   True
     b.   False

43. When reading the Compliance Questions, you must read them verbatim.
     a.   True
     b.   False

44. If a client interrupts you during the Compliance Questions, it is acceptable to just pick up in the middle of the last question you left off on.
     a.   True
     b.   False

45. When enrolling a client you don't need to ask them for their marital status we just put everyone as Head of Household because it is better for them.
     a.   True
     b.   False

46. You do not need to read the family size definition verbatim.  Family size is up to interpretation for each individual client.

Revised October 2018

    a. True
    b. False

47. Financial Preparation Services is…
    a. A Loan Servicer
    b. A Certified Enrollment Center
    c. Certified to do business by the Department of Education
    d. None of the above

48. If a potential client, that has not signed up for our services yet needs to hang up mid pitch you need to obtain Prior Express Written Consent to follow up with them later.
    a. True
    b. False

49. We work hand in hand with Navient, Nelnet and Fedloan Servicing.
    a. True
    b. False

50. When a client has only consolidated loans.
    a. Advise them that we will be performing a consolidation
    b. Advise them that there is nothing we can do for them.
    c. Advise them that we will be completing a Repayment Plan Request Change
    d. None of the above

---

# ACKNOWLEDGMENT

## Do-Not-Call Policy and Procedures
## and
## Compliance Training

❑ I acknowledge that I have reviewed and understand **FPS's** Do-Not-Call Policy and Procedures. I agree to comply fully with the policies and procedures described.

❑ I acknowledge that I have reviewed and understand **FPS's** Compliance Training Manual. I agree to comply fully with the policies and procedures described in the manual.

Printed Name    _____

Signature    _____

Date    _____

Revised October 2018

# EXHIBIT E



**FPS**
**Financial Preparation**
Services

<u>SALES COMPLIANCE MEMO</u>

IT IS OUR COMPANY POLICY TO ADHERE TO ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS. THIS SALES COMPLIANCE MEMO OUTLINES AND EXPANDS UPON THE COMPLIANCE CALL SCRIPT. ALL EMPLOYEES SHOULD FULLY UNDERSTAND ITS CONTENTS AND FOLLOW ITS GUIDELINES WHILE PERFORMING HIS OR HER JOB DUTIES AND RESPONSBILITIES.

<u>Company Representation</u>

- FPS is NOT the government.
- FPS is NOT the Department of Education.
- FPS is NOT a loan servicer (FedLoan, Navient, NelNet, Great Lakes, etc.).
- FPS is NOT a "Certified Enrollment Center."
- Do NOT state that FPS has a partnership or relationship with the government, Department of Education, or a loan servicer.
- Do NOT state that FPS has any special or exclusive access to any programs, plans, or consolidations.
- Do NOT use any seals or logos in email communications that may appear to belong to official government agencies or the Department of Education.
- Do NOT imply that FPS is the government, Department of Education, a loan servicer, "Certified Enrollment Center" or anything that FPS is not.

<u>Program Availability</u>

- Do NOT state that the client's eligibility will end at a specific time (i.e. at the end of the day/week).
- Do NOT state that any programs, plans, or consolidations will only be available for a specific period of time (i.e. until the end of the day/week).
- Do NOT state that the client must act now or lose the benefit of a program.
- Do NOT state that there is limited time to apply to a program.
- Do Not imply that there is a limited time or a short time or an end date to apply for a program.

<u>Fee Explanation</u>

- Initial Fee and recertification fees do NOT go to the loan servicer(s).
- Initial Fee and recertification fees are NOT applied to the balance of the loans.

1



**Financial Preparation**
Services

<u>Accurate Enrollment Information</u>

- All client information must be completed accurately and verified: name, address, telephone number, email address, date of birth, family size, stated income, etc.
- Client must sign the Client Fee Agreement himself or herself – NO EXCEPTIONS.

<u>Proper Benefits</u>

- Do NOT state that the client's loans will be immediately or quickly forgiven.
- Do NOT state that the client's interest rate(s) will be reduced.
- Do NOT state that the client's credit will be fixed.
- Do NOT state that the client's credit score will improve or increase.
- Do NOT state that it is guaranteed that the client will be accepted into any program.
- Do NOT state that the client must use our services to obtain any benefit.

BY SIGNING BELOW, EMPLOYEE ACKNOWLEDGES THAT HE OR SHE HAS READ THIS SALES COMPLIANCE MEMO AND AGREES TO AND UNDERSTANDS ITS CONTENTS.

_____

Employee Print Name

_____          _____

Employee Signature                                      Date

_____          _____

Company Representative Signature               Date

2

**EXHIBIT F**

# NAVIΞNT.

Department of Education Loan Servicing
P.O. Box 9635                                                      (800) 722-1300
Wilkes-Barre, PA 18773-9635


Account Number:

Dear

You've recently contacted us asking that we release information to an individual that is not listed on your account. In order to process this, we need your written authorization.

Keep in mind, because we must verify and document the party's relationship to you, the person must be able to provide us with your name, your account number or at least five sequential digits of your Social Security number or other specific information regarding the request that's consistent with what's noted in the loan(s) history that he/she is referencing. In addition, the individual will need to provide **two** of the following items:

- Your date of birth
- Your telephone number
- Your home address
- Your email address

By completing and submitting the form below, you're authorizing us to release all information regarding your education loan account to another person or organization via letters, internet or telephone.

Please return your completed form to us by faxing it to 866-266-0178 or mailing it to the address listed above.

You are under no obligation to submit the form. It's important to note that although you may authorize us to release information to others, the obligation to repay the loan remains the responsibility of you and your cosigner (if applicable).

**Who do you share my information with now?**
We're currently authorized by law to provide information concerning your education loan account to your school and the Department of Education (for any federal loans).

**Questions?** You're welcome to visit us online at Navient.com, or call us toll free at 800-722-1300. We're here to help you Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Navient– Department of Education Loan Servicing


*Information included in this letter is for the loan(s) listed on the following page(s).

---------------------- INFORMATION RELEASE FORM ------------------------

I authorize Navient to release information about my current and any future education loans serviced by Navient, orally, in writing, and/or electronically to:

*(Please print or type)*

Premier Student Loan Center                                              9492021232
_____
Name                                                                     Telephone Number

8 Whatney  #100 #8                     Irvine          CA          92618
_____
Address                                City           State       Zip

_____          10 / 11 / 2019
Borrower Signature                                 Date

<Borrower Name>

Andres F Camelo

DOB :      12/01/1992

SSN :      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

This letter was downloaded from Navient.com on the date noted at the top of the letter. Please note that this version may be slightly different than the letter you may have received by USPS or email.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

# Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint <u>Premier Student Loan Center</u>, with address of <u>8 Whatney #100 #8, Irvine CA 92618</u>, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary to assist me in submitting an application and supporting documentation to the Department of Education, my loan servicer, or their representatives, designated agents, and/or employees on my behalf as follows:

1. To communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2. To communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications and correspondence regarding my account(s).

3. To submit a copy of this form and any necessary other authorization forms to any and/or all of my Federal Student Loan providers and their servicing agencies to allow <u>Premier Student Loan Center</u> to communicate with them on my behalf.

4. To submit any and/or all of my Federal Student Loan update forms on my behalf after I have signed or e-signed any such forms, including but not limited to updating my Proof of Income.

5. To request and receive from my Federal Student Loan providers and their servicing agencies both physical and electronic copies of final payment approval documents, including but not limited to Repayment Plan Approval and Income Driven Repayment Plan Approval forms.

6. To use <u>Premier Student Loan Center</u>'s mailing address on any and/or all of my Federal Student Loan application documents, so that <u>Premier Student Loan Center</u> can receive any written communications on my behalf as expeditiously as possible. This authorization shall be in place until such time as the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness plan. The <u>Premier Student Loan Center</u> shall send me copies of any mail received on my behalf. Further, I understand that I can request copies of any and all such communication directly from and Federal Student Loan providers and their servicing agencies.

To use <u>Premier Student Loan Center</u>'s e-mail address on any and/or all of my Federal Student Loan application documents, so that <u>Premier Student Loan Center</u> can receive any e-mail communications on my behalf as expeditiously as possible. This authorization shall be in place until such time as

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness plan. Premier Student Loan Center _____ shall send me copies of any and all e-mails received on my behalf. Further, I understand that I can request copies of any such communication directly from Federal Student Loan providers and their servicing agencies.

7. To accept, open, and review any of the mail and e-mail communications referenced above to be used for the sole purpose of completing Premier Student Loan Center _____'s services on my behalf – preparing my application and supporting documents for submission to the Department of Education, my loan servicer, or their representatives, designated agents, and/or employees.

I understand that Premier Student Loan Center _____ is not a law firm and cannot and will not provide me with any legal advice. Further, I understand that Premier Student Loan Center _____ providing me with this Special Limited Power of Attorney does not constitute providing legal advice. To the extent I feel necessary, I will seek my own legal advice.

I agree that to the extent I provide any electronic or facsimile copy signature, that signature shall be deemed original and that I authorize its use for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing to the address above, or until the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness program, and the term of such plan or program has expired.

I assert that all of the information that I have provided and will provide to Premier Student Loan Center _____ is true and accurate.

This Special Limited Power of Attorney:

Client's Signature: _____

Client's Printed Name: _Andres F Camelo_____

Executed on this (Date): _____10 / 11 / 2019_____

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6



## ACCOUNT SERVICING AGREEMENT

This Agreement sets forth the terms of the account management services offered to the person or persons signing below ("Customer") by Trusted Account Services ("TAS").

TAS is in the business of processing payments to and from a trust account (including electronic and automatic transfers), making disbursements as directed, and providing online transaction and accounting information related thereto (collectively "Services"), for client's student loan modification company ("SLC" or "Agent"). TAS is not an owner, employee, or partner of any student loan modification companies and provides the Services to Customer as an independent third party.

## APPOINTMENT

Customer authorizes TAS to collect and deposit payments customer has agreed to make under Customer's SLC. The fees shall be debited from Customer's bank account or charged on Customer's credit or debit card as elected and authorized by Customer below. TAS will initiate transfers from Customer's bank account, credit or debit card as authorized by Customer, and deposit and hold Customer's funds in a trust account established and serviced by TAS. Customer authorizes TAS to share information with Agent about account balances and transactions, answer questions, and have access electronically to review all Customer information without involvement of Customer. Fees due to Agent may be a draft separate and distinct from the draft of any other amounts that may be drafted under Customer's student loan/document prep. Program. Customer agrees the trust account is non-interest bearing and may be located in Wyoming or any other state of TAS's choice. Customer agrees that TAS will disburse from Customer funds the current service fees as stated below and those fees of Agent based upon TAS's reasonable determination that the fees have been earned by Agent pursuant to the terms of Customer's agreement with Agent. Customer may withdraw approval for any specific disbursement either directly or through Agent by providing written notice three (3) days before the scheduled disbursement. If Customer fails to notify TAS timely, or TAS does not receive actual notice, the disbursement will be automatically processed, and TAS will have no liability for the payment made. Customer may revoke this appointment with a minimum of five (5) banking days notice to TAS in the manner set forth below. Customer acknowledges that the origination of Automatic Clearing House (ACH) transactions to my account must comply with the provisions of U.S laws.

## TRANSACTION, ACCOUNT INFORMATION, AND COMMUNICATIONS

Customer and Agent will be provided internet access to Customer's account and transaction information. Customer agrees that disclosures, accounting and transaction statements, disbursement verification, and any other communications may be distributed by electronic mail or through TAS's website at www.trustedaccountservices.com. Customer acknowledges that Customer is able to electronically receive, download and print such information and communications, unless Customer and TAS agree otherwise. If Customer is unable to communicate electronically, Customer will notify TAS and reasonable alternative means of communication will be established. Customer may provide notice to TAS at 30 N Gould St Suite R, Sheridan, Wyoming 82801, or email at support@trustedaccoutservices.com.

## SERVICE FEES

Customer authorizes TAS to charge the following fees for services rendered:

- Per Successful Transaction Fee – **$1.00**
- Credit and Debit Card Processing Fee – **3.50%** per successful transaction.
- NSF, Return Item, and Chargeback Fees – As Applicable.
- **No interest** will be paid to you on or with respect to the Account.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## MISCELLANEOUS

Customer agrees to indemnify and hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Customer and any third party. Customer agrees to hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages in any situation where TAS has complied with the directives from Customer or Agent, provided that Customer has not provided notice of revocation of TAS's or Agent's authority under this Agreement.

Customer understands that TAS may share information with its depository institutions, its affiliates, Agent, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

Customer authorize TAS to imitate Automatic Clearing House (ACH) debits from my designated bank account as set forth below. I authorize TAS to debit my designated bank account according to the schedule of debits provided to TAS by me or on my behalf or as otherwise provided by agreement. Customer agrees that sufficient funds will be available in my designated account at least three (3) business days prior to the date of debit transfer. TAS is not liable to any person for not completing a transaction as a result of any limit on my designated bank account, or if a financial institution fails to honor any debit from such account. Customer agrees to notify TAS immediately if a scheduled debit will not or does not occur. Customer authorizes TAS to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including non-sufficient funds.

## DISPUTES

Customer agrees that it will not file a claim for arbitration or with any regulatory or enforcement agency without providing TAS with written notice detailing the nature of its complaint and allowing 20 business days for TAS to resolve or respond the complaint. Customer hereby agrees that any dispute arising between or among the parties shall be heard before a certified mediator with venue exclusively located in Sheridan, Wyoming. Mediation may be attended telephonically or in person. In the event there is no resolution through mediation, any claim or dispute shall be submitted to arbitration with venue in Sheridan, Wyoming and conducted in accordance with the commercial rules of the American Arbitration Association. Judgement upon any award may be entered into any court having jurisdiction. Even if arbitration is not permitted, Customer specifically waives any right to trial by jury, participation in a class action lawsuit and consolidation of claims with any other party. Total damages in the event of litigation will be limited to the fees collected by TAS under this agreement. This AGREEMENT shall be governed by and interpreted in accordance with the Laws of the State of Wyoming. However, in the event of any litigation, venue shall be exclusively in Sheridan, Wyoming, without reference of the rules of conflicts of laws there under, irrespective of the place of residence, or domicile, or business of the Parties hereto. Customer understands that TAS may share information with its depository institutions, its affiliates, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

## TERMINATION OF AGREEMENT

You may terminate this Agreement and close the Account at any time by sending a written notice to TAS customer service. In addition, this Agreement may be terminated, and the Account cancelled at any time without notice for inactivity, if the Account is improperly maintained or used, or if you otherwise violate any provision of this Agreement. If this Agreement is terminated for any reason, the collected balance in the Account will be sent to you by check within a reasonable period of time.

## DEFAULT AND COLLECTION OF ACCOUNTS

If the Account is suspended, cancelled or otherwise terminated for any reason and the Account has a negative balance, you agree to pay the negative balance upon demand. Should you fail to remit the full amount of such negative balance, you shall remain responsible for the deficit and collection actions may be pursued against you. If any such collection action is undertaken, you agree to pay all court costs and collection fees including reasonable attorney's fees, to the extent permitted by applicable law.

## USA PATRIOT ACT COMPLIANCE

In order to assist in combating terrorism and preventing the TAS system and the banking system from being used for money laundering purposes, you authorize TAS to take those steps that are reasonable and practical to identify you and any information about you, including, without limitation, securing or accessing a credit report on you, obtaining other information about you and otherwise verifying your identity as required by the USA Patriot Act.

## CONSUMER LIABLITY AND ERROR RESOLUTION PROCEDURES

If you believe someone has transferred or may transfer money from the Account without your permission, contact TAS customer service immediately. Telephoning is the best way to keep your possible losses down.

In case of errors or questions about transactions involving the Account, call or write TAS customers service no later than sixty days after the transaction in question has been reflected on your monthly statement. Please provide the following information:

1. Your name and Account number.
2. Date and amount of the transaction.
3. Type of transaction and descriptions of the suspected error. Please explain as clearly as possible why you believe there is an error or why you need additional information.
4. Dollar amount of the suspected error.

If you provide this information orally, you also may be required to provide it in writing within ten business days. You will be told of the results of the investigation of the suspected error within ten business days after you submit the information and any error will be promptly corrected. However, if more time is required to investigate suspected error, it may take up to an additional thirty days to complete the investigation. If it is determined that there is no error, you will be provided with a written explanation within three business days of such determination; and you may ask for and receive copies of the documents used in making any such determination.

## PRIVACY POLICY

Personal information may be collected from the Account Application, any updated information you may provide from time to time and the transaction processed through the Account. A description of the Privacy Policy applicable to your Account is provided below. If you have additional questions regarding the privacy of your personal information, please contact TAS customer service.

## COLLECTION / USE OF PERSONAL INFORMATION

Collection of your personal information is designed to protect access to the Account and to assist in providing you with products and services you have requested. All personal information collected and stored by TAS, on or their behalf, is used for specific business purposes to protect and administer your Account and initiate your authorized transactions, to help to design or improve the applicable products and services and to comply with state and federal banking regulations. Only approved personnel will have access to your personal information. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified, e.g., updated or added to, your personal information.

## MAINTENANCE OF ACCURATE INFORMATION

It is your best interest to maintain accurate records concerning your personal information. For this reason, you are allowed to update your personal information online, at any time, by using your Password to log into the TAS website or by contacting TAS customer service.

## LIMITED ACCESS TO PERSONAL INFORMATION

Access is limited to your personal information to only those personnel with a business reason for knowing such information. In addition, all personnel are educated about the importance of confidentiality and customer privacy. Individual user names and passwords are used by approved personnel to access your personal information, providing audit trails to further safeguard the privacy of your personnel information.

## THIRD-PARTY DISCLOSURE RESTRICTIONS

All third parties with a business need to access your personal information are required to adhere to stringent privacy policies. Your personal information may be supplied to a third party in order to process a transaction you have authorized or if the disclosure is allowed or required by law, e.g., the exchange of information with reputable reporting agencies in response to a subpoena, in connection with the investigation of fraudulent activity, etc.

**Additional Information:** If you have any questions regarding this Privacy Policy, please contact TAS customer service.

## CUSTOMER SERVICE INFORMATION

**Website Address:** www.trustedaccountservices.com

**Physical Address:** 109 E. 17th St Suite #5656, Cheyenne, WY 82001

**Email:** support@trustedaccountservices.com

**Business hours:** Mon - Sat   8:00am – 05:00pm MDT

# SELECTION OF METHOD OF PAYMENT

## ACCOUNT AGREEMENT & APPLICATION

I hereby apply for and agree to establish a non-interest bearing account (the "Account") with Trusted Account Services (TAS). I understand that this Application is subject to a customer identification program, as required the USA Patriot Act and other applicable laws; and accordingly, I hereby represent that the following information is true and complete to the best of my knowledge and belief. In addition, I understand that I may be required to provide a copy of driver's license and/or other information from time to time for use in connection with the verification of my identity and the administration of the Account.

**Furthermore, I understand that the Account is governed by the terms of this Agreement and that I am bound by all of its terms and conditions.**

## ACCOUNT OWNERSHIP, CONTROL AND USE

I understand that the Account, established in accordance with this Application and Account Agreement, will contain my sole and exclusive property; that only I (or Authorized Contact, if any) may authorize deposits to and disbursements from the Account; and that I (or Authorized Contact, if any) may withdraw funds from and/or close the Account at any time as provided for in the Agreement. I hereby authorize (a) periodic deposits to be made to the Account pursuant to the authorization provided below and (b) periodic disbursements to be made from the Account pursuant to instructions that I may give from time to time. In this regard, I hereby authorize payment from the Account of the fees and charges provided for this Application and the Agreement.

## PERMISSION TO SHARE DATA

I hereby grant permission for the bank selected by TAS, TAS and the Sponsor to share information regarding the Account and my Program with each other to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account and/or my Program. I understand that the Agreement provides additional information relating to privacy.

Andres F Camelo
Name

12/01/1992
Date of Birth

6969 West 90th Avenue Apt 828
Street Address

9544960980
Phone Number

Westminster        CO        80021
City        State        Zip

andres_c1992@hotmail.com
Email Address

10 / 11 / 2019
Applicant Signature        Date

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSITS (ACH DEBITS)

I (we) hereby authorize TAS, to initiate debit entries to my (our) Checking Account / Saving Account (select one) indicated below at the depository financial institution named below, hereafter called DEPOSITORY, and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. laws.
This authorization is to remain in full force and effect until TAS has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford TAS and DEPOSITORY a reasonable opportunity to act on it, or until the schedule of debits is completed.

### Customer One

| | |
|---|---|
| Andres F Camelo | 12/01/1992 |
| Name | Date of Birth |
| 6969 West 90th Avenue Apt 828 | 9544960980 |
| Street Address | Phone Number |
| Westminster    CO    80021 | andres_c1992@hotmail.com |
| City     State     Zip | Email Address |

### Customer Two

| | |
|---|---|
| | |
| Name | Date of Birth |
| | |
| Street Address | Phone Number |
| | |
| City     State     Zip | Email Address |

### Banking Information

| | |
|---|---|
| | |
| Bank Name | First Draft Amount |
| | |
| City     State     Zip | First Draft Date |

Bank Name
Bank Routing Number _____
                        (e.g. nine-digit ABA number)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tip*     *Your bank may have separate routing number for ACH transactions. Please verify the routing number with your financial institution to prevent delays.*

Bank Account Number _____

Type of Account (please check one)     ☐ Checking          ☐ Savings

Bank Account Holders Name _____

Note:     TAS may run a test of the ACH processor (i.e. pre note) to be sure it is working properly. You may a transaction on the account with a $0 charge.

**I am the authorized signer, or otherwise have authority to act, this funding authorization on the account identified above.**

| _(signature)_ | 10 / 11 / 2019 | | |
|---|---|---|---|
| Customer One Signature | Date | Customer Two Signature | Date |

**CREDIT CARD AUTHORIZATION**

I, _Andres_____, the Customer, hereby authorize TAS to charge my credit card all payments processed pursuant to this Agreement, including Service Fees payable to TAS.

☐ I authorize the TAS to charge a one-time charge to my credit card for the entire payment. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by TAS.

☐ I authorize the Company to charge my credit card pursuant to the scheduled detailed in my agreement with Agent. I also authorize charges to my credit card for any Service Fees payable to TAS or additional as they may occur including but not limited to such charges as Late Fees and/or Reissuance Fees. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by Agent and TAS.

=================================================
Please complete all of the following information.
Your account cannot be processed if incomplete.

Check the type of credit card          MC ☐          VISA ☐          Discover ☐          Amex ☐

CC number: 4737029892241929     Expiration Date:   05   /   2022          Security Code: 141

Name of Credit Card Holder:  Andres Camelo

Billing Address: 11627 NW 47th Ct     City: Coral Springs     State: FL ___     Zip: 33076

_____          10 / 11 / 2019
Signature of Credit Card Holder                        Date

=================================================

| Form **4506-T** | **Request for Transcript of Tax Return** | |
|---|---|---|
| (March 2019) | ▶ Do not sign this form unless all applicable lines have been completed. | OMB No. 1545-1872 |
| Department of the Treasury<br>Internal Revenue Service | ▶ Request may be rejected if the form is incomplete or illegible.<br>▶ For more information about Form 4506-T, visit *www.irs.gov/form4506t*. | |

**Tip.** Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first.<br><br>Andres F Camelo | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)<br><br>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 |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
6969 West 90th Avenue Apt 828 Westminster CO 80021

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5a** If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**5b** Customer file number (if applicable) (see instructions)

**Caution:** If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5a, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request. ▶ ___1040___

**a** **Return Transcript,** which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . ☐

**b** **Account Transcript,** which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

**c** **Record of Account,** which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . ☐

**7** **Verification of Nonfiling,** which is proof from the IRS that you **did not** file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . ☐

**8** **Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript.** The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

**Caution:** If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

**9** **Year or period requested.** Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

| / | / | / | / | / | / | / | / |
|---|---|---|---|---|---|---|---|

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

☑ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions. | Phone number of taxpayer on line 1a or 2a

| | | |
|---|---|---|
| **Sign Here** ▶ | ~~signature~~ | 10 / 11 / 2019 |
| | **Signature** (see instructions) | Date |
| ▶ | | |
| | **Title** (if line 1a above is a corporation, partnership, estate, or trust) | |
| ▶ | | |
| | **Spouse's signature** | Date |

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** | Cat. No. 37667N | Form **4506-T** (Rev. 3-2019)

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

Form 4506-T (Rev. 3-2019)      Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to *www.irs.gov/form4506t*. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

**What's New.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, is shown on the transcript.

A new optional Customer File Number field is available to use when requesting a transcript. You have the option of inputting a number, such as a loan number, in this field. You can input up to 10 numeric characters. The customer file number should not contain an SSN. This number will print on the transcript. The customer file number is an optional field and not required.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5a) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts (Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 855-587-9604 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 855-800-8105 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 855-821-0094 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 855-298-1145 |
| Maine, Massachusetts, New Hampshire, New York, Pennsylvania, Vermont | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 855-821-0094 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number **should not** contain an SSN. Completion of this line is not required.

**Note.** If you use an SSN, name or combination of both, we will not input the information and the customer file number will be blank on the transcript.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 12 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.



**IDR**

# INCOME-DRIVEN REPAYMENT (IDR) PLAN REQUEST

**For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE), Income-Based Repayment (IBR), and Income-Contingent Repayment (ICR) plans under the William D. Ford Federal Direct Loan (Direct Loan) Program and Federal Family Education Loan (FFEL) Programs**

OMB No. 1845-0102
Form Approved
Expiration Date:
8/31/2021

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ **Check this box if any of your information has changed.**

| | |
|---|---|
| SSN | 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 |
| Name | Andres F Camelo |
| Address | 6969 West 90th Avenue Apt 828 |
| City | Westminster      State CO      Zip Code 80021 |
| Telephone - Primary | |
| Telephone - Alternate | |
| Email (Optional) | |

## SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

It's faster and easier to complete this form online at StudentLoans.gov. You can learn more at StudentAid.gov/IDR and by reading Sections 9 and 10. It's simple to get repayment estimates at StudentAid.gov/repayment-estimator. If you need help with this form, contact your loan holder or servicer for free assistance. You can find out who your loan holder or servicer is at StudentAid.gov/login. You may have to pay income tax on any loan amount forgiven under an income-driven plan.

**1. Select the reason you are submitting this form (Check only one):**
☐ I want to enter an income-driven plan - Continue to Item 2.
☐ I am submitting documentation for the annual recertification of my income-driven payment - Skip to Item 3.
☐ I am submitting documentation early to have my income-driven payment recalculated immediately - Skip to Item 3.
☐ I want to change to a different income-driven plan - Continue to Item 2.

**2. Choose a plan and then continue to Item 3.**
☐ (Recommended) I want the income-driven repayment plan with the lowest monthly payment.
☐ REPAYE          ☐ IBR
☑ PAYE            ☐ ICR

**3. Do you have multiple loan holders or servicers?**
☐ Yes - Submit a request to each holder or servicer. Continue to Item 4.
☑ No - Continue to Item 4.

**4. Are you currently in deferment or forbearance?**
After answering, continue to Item 5.
☑ No.
☐ Yes, but I want to start making payments under my plan immediately.
☐ Yes, and I do not want to start repaying my loans until the deferment or forbearance ends.

Note: If you have FFEL Program loans, they are only eligible for IBR. However, you can consolidate your loans at StudentLoans.gov to access more beneficial income-driven repayment plans.

## SECTION 3: FAMILY SIZE INFORMATION

**5. How many children, including unborn children, are in your family and receive more than half of their support from you?**      4

**6. How many other people, excluding your spouse and children, live with you and receive more than half of their support from you?**      2

Note: A definition of "family size" is provided in Section 9. Do not enter a value for you or your spouse. Those values are automatically included in your family size, if appropriate.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

| | | | |
|---|---|---|---|
| **Borrower Name** | Andres F Camelo | **Borrower SSN** | 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 |

## SECTION 4A: MARITAL STATUS INFORMATION

**7. What is your marital status?**
- ☑ Single - Skip to Item 11.
- ☐ Married - Continue to Item 8.
- ☐ Married, but separated - You will be treated as single. Skip to Item 11.
- ☐ Married, but cannot reasonably access my spouse's income information - You will be treated as single. Skip to Item 11.

**8. Does your spouse have federal student loans?**
- ☐ Yes - Continue to Item 9.
- ☐ No - Skip to Item 10.

**9. Provide the following information about your spouse and then continue to Item 10:**

a. **Spouse's SSN** _____

b. **Spouse's Name** _____

c. **Spouse's Date of Birth** _____

**10. When you filed your last federal income tax return, did you file jointly with your spouse?**
- ☐ Yes - Continue to Item 13.
- ☐ No - Skip to Item 17.

## SECTION 4B: INCOME INFORMATION FOR SINGLE BORROWERS AND MARRIED BORROWERS TREATED AS SINGLE

**11. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job, experienced a drop in income, or gotten divorced, or did you most recently file a joint return with your spouse, but you have since become separated or lost the ability to access your spouse's income information?
- ☐ Yes - Continue to Item 12.
- ☐ No - Provide your most recent federal income tax return or transcript. Skip to Section 6.
- ☐ I haven't filed a federal income tax return in the last two years - Continue to Item 12.

**12. Do you currently have taxable income?**

Check "No" if you do not have any income or receive only untaxed income.
- ☐ Yes - Provide documentation of your income as instructed in Section 5. Skip to that section.
- ☐ No - You are not required to provide documentation of your income. Skip to Section 6.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

## SECTION 4C: INCOME INFORMATION FOR MARRIED BORROWERS FILING JOINTLY

**13. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job or experienced a drop in income?
- ☐ Yes - Skip to Item 15.
- ☐ No - Continue to Item 14.
- ☐ We haven't filed a federal income tax return in the last two years - Skip to Item 15.

**14. Has your spouse's income significantly decreased since your spouse filed his or her last federal income tax return?**

For example, has your spouse lost his or her job or experienced a drop in income?
- ☐ Yes - Continue to Item 15.
- ☐ No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

**15. Do you currently have taxable income?**

Check "No" if you do not have any income or receive only untaxed income.
- ☐ Yes - You must provide documentation of your income according to the instructions in Section 5. Continue to Item 16.
- ☐ No - You are not required to provide documentation of your income. Continue to Item 16.

**16. Does your spouse currently have taxable income?**

Check "No" if your spouse does not have any income or receives only untaxed income.
- ☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section.
- ☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 15, skip to Section 5 and document your income. If you selected "No" to Item 15, skip to Section 6.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

Borrower Name   Andres F Camelo                    Borrower SSN   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

## SECTION 4D: INCOME INFORMATION FOR MARRIED BORROWERS FILING SEPARATELY

**17. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job or experienced a drop in income?

- ☐ Yes - Continue to Item 18.
- ☐ No - Provide your most recent federal income tax return or transcript. Skip to Item 19.
- ☐ I haven't filed a federal income tax return in the past two years - Continue to Item 18.

**18. Do you currently have taxable income?**

Check "No" if you have no taxable income or receive only untaxed income. After answering, continue to Item 19.

- ☐ Yes - You must provide documentation of your income as instructed in Section 5.
- ☐ No.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

**19. Has your spouse's income significantly decreased since your spouse filed his or her last federal income tax return?**

For example, has your spouse lost a job or experienced a drop in income?

- ☐ Yes - Continue to Item 20.
- ☐ No - Provide your spouse's most recent federal income tax return or transcript. This information will only be used if you are on or placed on the REPAYE Plan. Skip to Section 6.
- ☐ My spouse hasn't filed a federal income tax return in the past two years - Continue to Item 20.

**20. Does your spouse currently have taxable income?**

Check "No" if your spouse has no taxable income or receives only untaxed income.

- ☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section. This information will only be used if you are on or placed on the REPAYE Plan.
- ☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 18, skip to Section 5 and document your income. If you selected "No" to Item 18, skip to Section 6.

## SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME

You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) were instructed to provide documentation of your current income instead of a tax return or tax transcript.

**This is the income you must document:**

- You must provide documentation of all taxable income you and your spouse (if applicable) currently receive.
- Taxable income includes, for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.
- Do not provide documentation of untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

**This is how you document your income:**

- Documentation will usually include a pay stub or letter from your employer listing your gross pay.
- Write on your documentation how often you receive the income, for example, "twice per month" or "every other week."
- You must provide at least one piece of documentation for each source of taxable income.
- If documentation is not available or you want to explain your income, attach a signed statement explaining each source of income and giving the name and the address of each source of income.
- **The date on any supporting documentation you provide must be no older than 90 days from the date you sign this form.**
- Copies of documentation are acceptable.

**After gathering the appropriate documentation, continue to Section 6.**

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

**Borrower Name**   Andres F Camelo                    **Borrower SSN**   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

## SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION

If I am requesting an income-driven repayment plan or seeking to change income-driven repayment plans, **I request**:

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.
- If I do not qualify for the plan or plans I requested, or did not make a selection in Item 2, that my loan holder place me on the plan with the lowest monthly payment amount.
- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.
- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which of the income-driven plans I qualify for, that my loan holder use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am not currently on an income-driven repayment plan, but I did not complete Item 1 or I incorrectly indicated in Item 1 that I was already in an income-driven repayment plan, **I request** that my loan holder treat my request as if I had indicated in Item 1 that I wanted to enter an income-driven repayment plan.

If I am currently repaying my Direct Loans under the IBR plan and I am requesting a change to a different income-driven plan, **I request** a one-month reduced-payment forbearance in the amount of my current monthly IBR payment or $5, whichever is greater (unless I request another amount below or I decline the forbearance), to help me move from IBR to the new income-driven plan I requested.

☐   **I request** a one-month reduced-payment forbearance in the amount of: _____ (must be at least $5).

**I understand** that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested or my request for recertification or recalculation will not be processed.
- I may choose a different repayment plan for any loans that are not eligible for income-driven repayment.
- If I requested a reduced-payment forbearance of less than $5 above, my loan holder will grant my forbearance for $5.
- If I am requesting a change from the IBR Plan to a different income-driven repayment plan, I may decline the one-month reduced payment forbearance described above by contacting my loan holder. If I decline the forbearance, I will be placed on the Standard Repayment Plan and cannot change repayment plans until I make one monthly payment under that plan.
- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.
- If I am married and I request the ICR plan, my spouse and I have the option of repaying our Direct Loans jointly under this plan. My loan servicer can provide me with information about this option.
- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her information in the National Student Loan Data System (NSLDS). If this applies to me, my loan holder will contact me with instructions.
- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief and that I will repay my loans according to the terms of my promissory note and repayment schedule.

**Borrower's Signature**   _[signature]_                       **Date**   10 / 11 / 2019

**Spouse's Signature**   _____      **Date**   _____

**If you are married, your spouse is required to sign this form unless you are separated from your spouse or you're unable to reasonably access your spouse's income information.**

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

| | |
|---|---|
| Return the completed form and any documentation to: (If no address is shown, return to your loan holder.) | If you need help completing this form call: (If no phone number is shown, call your loan holder.) |

## SECTION 8: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: March 14, 2019 = 03-14-2019. Include your name and account number on any documentation that you are required to submit with this form. **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 9: DEFINITIONS

### COMMON DEFINITIONS FOR ALL PLANS:

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal balance and the total cost of your loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

**Family size** always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For the PAYE, IBR, and ICR Plans, family size always includes your spouse. For the REPAYE plan, family size includes your spouse unless your spouse's income is excluded from the calculation of your payment amount.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. Your family size may be different from the number of exemptions you claim for tax purposes.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

A **forbearance** is a period during which you are permitted to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled.

The **holder** of your Direct Loans is the U.S. Department of Education (the Department). The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing, payment, repayment options, and other communications. References to "your loan holder" on this form mean either your loan holder or your servicer.

A **partial financial hardship** is an eligibility requirement for the PAYE and IBR plans. You have a partial financial hardship when the annual amount due on all of your eligible loans (and, if you are required to provide documentation of your spouse's income, the annual amount due on your spouse's eligible loans) exceeds what you would pay under PAYE or IBR.

The annual amount due is calculated based on the greater of **(1)** the total amount owed on eligible loans at the time those loans initially entered repayment, or **(2)** the total amount owed on eligible loans at the time you initially request the PAYE or IBR plan. The annual amount due is calculated using a standard repayment plan with a 10-year repayment period, regardless of loan type. When determining whether you have a partial financial hardship for the PAYE plan, the Department will include any FFEL Program loans that you have into account even though those loans are not eligible to be repaid under the PAYE plan, except for: **(1)** a FFEL Program loan that is in default, **(2)** a Federal PLUS Loan made to a parent borrower, or **(3)** a Federal Consolidation Loan that repaid a Federal or Direct PLUS Loan made to a parent borrower.

The **poverty guideline amount** is the figure for your state and family size from the poverty guidelines published annually by the U.S. Department of Health and Human Services (HHS) at aspe.hhs.gov/poverty-guidelines. If you are not a resident of a state identified in the poverty guidelines, your poverty guideline amount is the amount used for the 48 contiguous states.

The **standard repayment plan** has a fixed monthly payment amount over a repayment period of up to 10 years for loans other than Direct or Federal Consolidation Loans, or up to 30 years for Direct and Federal Consolidation Loans.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

**SECTION 9: DEFINITIONS (CONTINUED)**

**DEFINITIONS FOR THE REPAYE PLAN:**

The **Revised Pay As You Earn (REPAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the REPAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the REPAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

**DEFINITIONS FOR THE PAYE PLAN:**

The **Pay As You Earn (PAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the PAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the PAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the PAYE plan** if: **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of October 1, 2007 or have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and **(2)** you receive a disbursement of an eligible loan on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011.

**DEFINITIONS FOR THE IBR PLAN:**

The **Income-Based Repayment (IBR) plan** is a repayment plan with monthly payments that are generally equal to 15% (10% if you are a new borrower) of your discretionary income, divided by 12.

**Discretionary income for the IBR plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.

**Eligible loans for the IBR plan** are Direct Loan and FFEL Program loans other than: **(1)** a loan that is in default, **(2)** a Direct or Federal PLUS Loan made to a parent borrower, or **(3)** a Direct or Federal Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the IBR plan** if **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of July 1, 2014 or **(2)** have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after July 1, 2014.

**DEFINITIONS FOR THE ICR PLAN:**

The **Income-Contingent Repayment (ICR) plan** is a repayment plan with monthly payments that are the lesser of **(1)** what you would pay on a repayment plan with a fixed monthly payment over 12 years, adjusted based on your income or **(2)** 20% of your discretionary income divided by 12.

**Discretionary income for the ICR plan** is the amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.

**Eligible loans for the ICR plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct PLUS Consolidation Loan (based on an application received prior to July 1, 2006 that repaid Direct or Federal PLUS Loans made to a parent borrower). However, a Direct Consolidation Loan made based on an application received on or after July 1, 2006 that repaid a Direct or Federal PLUS Loan made to a parent borrower is eligible for the ICR plan.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

**SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION**

Table 1. Income-Driven Plan Eligibility Requirements and General Information

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| Payment Amount | Generally, 10% of discretionary income. | Generally, 10% of discretionary income. | Never more than 15% of discretionary income. | Lesser of 20% of discretionary income or what you would pay under a repayment plan with fixed payments over 12 years, adjusted based on your income. |
| Cap on Payment Amount | None. Your payment may exceed what you would have paid under the 10-year standard repayment plan. | What you would have paid under the 10-year standard repayment plan when you entered the plan. | What you would have paid under the 10-year standard repayment plan when you entered the plan. | None. Your payment may exceed what you would have paid under the 10-year standard repayment plan. |
| Married Borrowers | Your payment will be based on the combined income and loan debt of you and your spouse regardless of whether you file a joint or separate Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. |
| Borrower Responsibility for Interest | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. On subsidized loans after this period and on unsubsidized loans during all periods, you only have to pay half the difference between your monthly payment amount and the interest that accrues. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. | You are responsible for paying all of the interest that accrues. |
| Forgiveness Period | If you only have eligible loans that you received for undergraduate study, any remaining balance is forgiven after 20 years of qualifying repayment. If you have any eligible loans that you received for graduate or professional study, any remaining balance is forgiven after 25 years of qualifying repayment on all of your loans. Forgiveness may be taxable. | Any remaining balance is forgiven after 20 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after no more than 25 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after 25 years of qualifying repayment, and may be taxable. |

Doc ID: 4cea84a00151c8431d5f85b0f261aba86ce106e6

**SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION**

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| **Income Eligibility** | None. | You must have a "partial financial hardship". | You must have a "partial financial hardship". | None. |
| **Borrower Eligibility** | You must be a Direct Loan borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan or FFEL borrower with eligible loans. | You must be a Direct Loan borrower with eligible loans. |
| **Recertify Income and Family Size** | Annually. Failure to submit documentation by the deadline will result in capitalization of interest and increasing your payment to ensure that your loan is paid in full over the lesser of 10 or the remainder of 20 or 25 years. | Annually. Failure to submit documentation by the deadline may result in the capitalization of interest and will increase the payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the recalculation of your payment amount to be the 10-year standard payment amount. |
| **Leaving the Plan** | At any time, you may change to any other repayment plan for which you are eligible. | At any time, you may change to any other repayment plan for which you are eligible. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change plans until you have made one payment under that plan or a reduced-payment forbearance. | At any time, you may change to any other repayment plan for which you are eligible. |
| **Interest Capitalization** | Interest is capitalized when you are removed from the plan for failing to recertify your income by the deadline or when you voluntarily leave the plan. | If you are determined to no longer have a "partial financial hardship" or if you fail to recertify your income by the deadline, interest is capitalized until the outstanding principal balance on your loans is 10% greater than it was when you entered the plan. It is also capitalized if you leave the plan. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | Interest that accrues when your payment amount is less than accruing interest on your loans is capitalized annually until the outstanding principal balance on your loans is 10% greater than it was when your loans entered repayment. |
| **Re-Entering the Plan** | Your loan holder will compare the total of what you would have paid under REPAYE to the total amount you were required to pay after you left REPAYE. If the difference between the two shows that you were required to paid less by leaving REPAYE, your new REPAYE payment will be increased. The increase is equal to the difference your loan holder calculated, divided by the number of months remaining in the 20- or 25-year forgiveness period. | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | No restrictions. |

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## SECTION 11: SAMPLE PAYMENT AMOUNTS

The tables below provide repayment estimates under the traditional and income-driven repayment plans. These figures are estimates based on an interest rate of 6%, the average Direct Loan interest rate for undergraduate and graduate borrowers. The figures also assume a family size of 1, that you live in the continental U.S., and that your income increases 5% each year. Various factors, including your interest rate, your loan debt, your income, if and how quickly your income rises, and when you started borrowing may cause your repayment to differ from the estimates shown in these tables. These figures use the 2016 Poverty Guidelines and Income Percentage Factors.

**Table 2. Non-Consolidation, Undergraduate Loan Debt of $30,000 in Direct Unsubsidized Loans and Starting Income of $25,000**

| Repayment Plan | Initial Payment | Final Payment | Time In Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $333 | $333 | 10 years | $33,967 | N/A |
| Graduated | $190 | $571 | 10 years | $42,636 | N/A |
| Extended-Fixed | Ineligible | - | - | - | - |
| Extended-Graduated | Ineligible | - | - | - | - |
| PAYE | $60 | $296 | 20 years | $38,105 | $27,823 |
| REPAYE | $60 | $296 | 20 years | $38,105 | $24,253 |
| IBR | $90 | $333 | 21 years, 10 months | $61,006 | $0 |
| ICR | $195 | $253 | 19 years, 6 months | $52,233 | $0 |

**Table 3. Non-Consolidation, Graduate Loan Debt of $60,000 in Direct Unsubsidized Loans and Starting Income of $40,000**

| Repayment Plan | Initial Payment | Final Payment | Time In Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $666 | $666 | 10 years | $79,935 | N/A |
| Graduated | $381 | $1,143 | 10 years | $85,272 | N/A |
| Extended-Fixed | $437 | $437 | 25 years | $130,974 | N/A |
| Extended-Graduated | $300 | $582 | 25 years | $126,168 | N/A |
| PAYE | $185 | $612 | 20 years | $87,705 | $41,814 |
| REPAYE | $185 | $816 | 25 years | $131,444 | $0 |
| IBR | $277 | $666 | 18 years, 3 months | $107,905 | $0 |
| ICR | $469 | $588 | 13 years, 9 months | $89,468 | $0 |

Doc ID: 4cea84a0015fc843d5f85b0f261aba86ce106e6

## SECTION 12: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.), and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL and/or Direct Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid Office of Management and Budget (OMB) control number. The valid OMB control number for this information collection is 1845-0102. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 682.215, 685.209, or 685.221.

**If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).**

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## MANDATORY BINDING ARBITRATION TO RESOLVE ALL DISPUTES AND CLASS ACTION WAIVER

Our Services and your executed Client Fee Agreement is governed by a Mandatory Binding Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to our Services or your executed Client Fee Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of your Client Fee Agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Client's Signature: _____

Client's Printed Name: _____ Andres F Camelo _____

Executed on this (Date): _____ 10 / 11 / 2019 _____

## Document Preparation and Service Compliance

1. Do you understand we are not the government, the Department of Education, nor the servicer of your student loans?

   Yes I do.  Initials: _A.C._

2. Do you understand that, for your protection, we are not allowed  and  we will not access your Federal Student Aid account?

   Yes I do.  Initials: _A.C._

3. Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?

   Yes I do.  Initials: _A.C._

4. Do you understand that you have been/are seeking to be enrolled into the PAYE  Income Driven Repayment Program?

   Yes I do.  Initials: _A.C._

5. Is the PAYE Income Driven Repayment Program the loan repayment program that you want/wanted to be enrolled into and signed up for?

   Yes.  Initials: _A.C._

6. Do you understand that your loans will not be forgiven immediately, but upon completing 240 months of approved payments?

   Yes I do.  Initials: _A.C._

7. Do you understand that the program described above has a payment based off your truthful and accurate representations to the Department of Education relating to income, family size, and employment?

   Yes I do.  Initials: _A.C._

8. Do you understand that our initial fee, separate from what you pay your servicer for your loan repayment, is $239.paid monthly over the course of the first 5    months?

   Yes I do.  Initials: _A.C._

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

9. Do you understand that after our initial fee, separate from what you pay your servicer for your loan repayment, we charge an annual recertification fee of $30.0       per month to assist you with your annual recertification due every 12 months?

Yes I do.  Initials:_____ *A.C.*

10. Do you understand that your monthly recertification assistance fee to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?

Yes I do.  Initials:_____ *A.C.*

11. Do you understand that you can request a return of the fees you paid to us that is held in your Dedicated Client Account at any time until we complete our work for you?

Yes I do.  Initials:_____ *A.C.*

12. Are you fully satisfied with our services?

Yes.  Initials:_____ *A.C.*

13. IF YOU ARE PSLF ELIGIBLE, do you understand that your loan will not automatically be forgiven, but that after the successful completion of your program, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?

Yes I do.  Initials:_____ *A.C.*

# ▽ HELLOSIGN

## Audit Trail

| | |
|---|---|
| **TITLE** | My First embedded signature request with a template |
| **FILE NAME** | navient1.jpg, navient2.jpg and 6 others |
| **DOCUMENT ID** | 4cea84a0015fc843fd5f85b0f261aba86ce106e6 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

**This document was signed on processingsupports.com**

## Document History

| | | |
|---|---|---|
| ↱ **SENT** | **10 / 11 / 2019**<br>22:10:32 UTC | Sent for signature to Andres F Camelo<br>(andres_c1992@hotmail.com) from dotruongq@gmail.com<br>IP: 97.74.236.8 |
| ◉ **VIEWED** | **10 / 11 / 2019**<br>22:13:38 UTC | Viewed by Andres F Camelo (andres_c1992@hotmail.com)<br>IP: 67.161.157.187 |
| ✒ **SIGNED** | **10 / 11 / 2019**<br>22:17:53 UTC | Signed by Andres F Camelo (andres_c1992@hotmail.com)<br>IP: 67.161.157.187 |
| ⊘ **COMPLETED** | **10 / 11 / 2019**<br>22:17:53 UTC | The document has been completed. |

**EXHIBIT G**





Dear Employee:

FPS is firmly committed to complying with all applicable regulations pertaining to our industry, including telemarketing regulations. We expect all employees to support this commitment. To assist you, we have prepared this Compliance Training. Please remember that this training does not address every single compliance issue that affects FPS. However, it does address major issues that impact FPS's operations. We ask that you become familiar with its contents and adhere to the policies outlined herein. Sales Management personnel are responsible for the compliance of their staffs and should be consulted if you have any questions. In fact, we expect you will involve your sales manager rather than give incorrect information when responding to a prospect or customer's question.

We thank you for your support. Again, should you have a question, please contact your sales manager or our Compliance Officer.

Sincerely,

**Financial Preparation Services**

# OVERVIEW OF COMPLIANCE TRAINING

- Applicable Laws
- Consumer Financial Protection Act & Consumer Financial Protection Bureau
- CFPB Prohibition Against Unfair, Deceptive, & Abusive Acts or Practices
- Federal Trade Commission Act
- Federal Trade Commission
- Telemarketing Sales Rule

# COMMITMENT TO COMPLIANCE

- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.

- **FPS** is committed to providing its services to the public on a fair and non-discriminatory basis.

- **FPS** is also committed to complying with all applicable federal, state, and local consumer-protection laws.

- Failure to achieve compliance can expose **FPS** to substantial risks, including reputation damage, regulatory enforcement actions, and civil money penalties.

- **FPS** will take all necessary steps to offer consumer loan products and money services in a responsible manner.

- **FPS** will clearly and promptly inform its customers of their legal rights and of other important information necessary for them to make well-informed consumer decisions.

# APPLICABLE LAWS (INCLUDES BUT ARE NOT LIMITED TO):

**Consumer Financial Protection Act (CFPA)**

**CFPA prohibition against Unfair, Deceptive, or Abusive Acts or Practices (UDAAP)**

**Federal Trade Commission Act (FTC Act)**

FTC Act prohibition against Unfair and Deceptive Acts and Practices (UDAP)

**FTC Telemarketing Sales Rule (TSR)**

FTC Identity Theft Red Flag requirements

Telephone Consumer Protection Act (TCPA)

Electronic Fund Transfer Act (Reg. E)

Electronic Signatures in Global and National Commerce Act (E-SIGN)

Fair Credit Reporting Act (Reg.V)

Gramm-Leach-Bliley Act (Reg. P)

Right to Financial Privacy Act (RFPA)

Truth In Lending Act (Regulation Z)

Family Educational Rights and Privacy Act (FERPA)

State debt consolidation and adjusting laws, including registration and licensing requirements

# CONSUMER FINANCIAL PROTECTION ACT (CFPA)

## What is the Consumer Financial Protection Act?

- The CFPA is an amendment to the National Bank Act designed to identify and explain the standards that apply to national banks.

- The CFPA's goal is to increase oversight and clarify the laws governing financial transactions in order to protect consumers in these transactions.

- The act resulted in the creation of the Consumer Financial Protection Bureau (CFPB) to centralize the regulation of various financial products and services.

## Why do we need the Consumer Financial Protection Act?

- After the housing market collapse of the late 2000s, which many blamed, at least partly, on "predatory" lending practices, the Consumer Financial Protection Bureau was established in 2011 to create more oversight of various financial processes.

- The agency strives to consolidate or resolve discrepancies between federal and state financial laws.

- CFPB's main goal is to protect consumers from fraudulent and/or overly aggressive behavior from banks and other financial institutions.

# CONSUMER FINANCIAL PROTECTION BUREAU (CFPB)

## What Is the Consumer Financial Protection Bureau?

- The CFPB is a regulatory agency charged with overseeing financial products and services that are offered to consumers. The CFPB is divided into several units. These units work together to protect and educate consumers about the various types of financial products and services that are available.

## Understanding the Consumer Financial Protection Bureau

- The CFPB helps consumer finance markets work more efficiently by providing rules, enforcing those rules and empowering consumers to take control of their personal financial lives.

- The CFPB works to educate and inform consumers against abusive financial practices, to supervise banks and other financial institutions, and to study data to better understand consumers and the financial markets they participate in.

## The Vision and Goals of the CFPB

- The overall aim of the CFPB is to facilitate the development of the consumer finance marketplace. Through this, consumers have access to transparent financial prices and risk and become aware of deceptive and abusive financial practices. The CFPB breaks down this high-level aim into four very specific strategic goals.

  - The first goal is to prevent financial harm to consumers while promoting good financial practices.
  - The second goal is to empower consumers to live better economic lives.
  - The third goal is to inform the public and policymakers with data-driven analytical insights.
  - The fourth and final goal is to further advance the CFPB's overall impact by maximizing resource productivity.

# CFPB PROHIBITION AGAINST UNFAIR, DECEPTIVE, ABUSIVE ACTS OR PRACTICES (UDAAP)

- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.

- In connection with offering these products and services, **FPS** takes measures to ensure that it complies with all relevant laws.

- **FPS** shall take measures to ensure that it complies with all relevant regulations enforced by these agencies as described in separate policies and procedures.

- **FPS** is committed to delivering its advertising and disclosures in a clear, transparent, and accurate manner so **FPS's** customers thoroughly understand the services being offered and those that are purchased.

- This policy governs all Company advertising, marketing, and sales activities associated with **FPS's** services.

# POLICY REQUIREMENTS

Standards for Unfair, Deceptive, or Abusive

Advertising, Marketing, and Sales Guidelines



Compliance Controls

# UNFAIR ACT OR PRACTICE

An act or practice is considered *unfair* if it meets *all three* of the criteria listed below.

- **Causes or is likely to cause substantial injury to consumers.** Substantial injury usually involves monetary harm. An act or practice that causes a small amount of harm to a large number of people or a large amount of harm to as few as one consumer may be deemed to cause substantial injury. An injury may be substantial if it raises a significant risk of concrete harm.

- **Cannot be reasonably avoided by consumers.** Consumers cannot reasonably avoid injury from an act or practice if it interferes with their ability to effectively make decisions. Withholding material price information until after the consumer has committed to purchase the product or service would be an example of preventing a consumer from making an informed decision. A practice may also be considered unfair if consumers are subject to undue influence or are coerced into purchasing unwanted products or services.

- **Is not outweighed by countervailing benefits to consumers or to competition.** The injury must not be outweighed by any offsetting consumer or competitive benefits that are also produced by the act or practice. Offsetting benefits may include lower prices or a wider availability of products and services.

# DECEPTIVE ACT OR PRACTICE

A representation, omission, or practice is considered **deceptive** if it meets **all three** of the criteria listed below.

- **It is likely to mislead or misleads the consumer.** A deceptive representation may be an express or implied claim or promise, and it may be written or oral. Omission of information may be deceptive if disclosure of the omitted information is necessary to prevent a consumer from being misled.

- **The consumer's interpretation of it is reasonable in light of the claims made.** The reasonable consumer is considered an ordinary consumer that is neither the least nor most sophisticated person. If representations or marketing practices are **targeted** to a specific audience, such as the elderly or the financially unsophisticated, then the standard is based upon the effects of the act or practice on a reasonable member of **that group**.

- **It is material.** A representation, omission, or practice is material if it is likely to affect a consumer's decision regarding a product or service. In general, information about the Company, associations with any government agency, costs, benefits, or restrictions on the use or availability of a product or service is considered material. If express claims are made with respect to a financial product or service, then the claims are presumptively material.

# ABUSIVE ACT OR PRACTICE

An act or practice is considered *abusive* if it meets *one or more* of the criteria listed below.

- **Materially interferes with the ability of a consumer to understand a term or condition of a financial product or service, or**

- **Takes unreasonable advantage of:**
  - the consumer's a lack of understanding of the material risks, costs, or conditions of the product or service;
  - the consumer's inability to protect the consumer's interest in selecting or using the financial product or service; *or*
  - the consumer's reasonable reliance on the Company to act in the interest of the consumer.



# ADVERTISING, MARKETING, AND SALES GUIDELINES

FPS's marketing, advertising, sales will satisfy the principles listed below:

- Clearly disclose all material terms, including making no material omissions of information.

- Clearly disclose which services are being offered by or through FPS versus by the Department of Education.

- Clearly disclose all pricing and payments to FPS versus to the Department of Education for loan repayment.

- Clearly state that FPS is not associated with any government entity. This shall include not referencing FPS as any type of "department" or "agency," but rather always using FPS's name or generically stating FPS.

- Not set any false expectation of scarcity as to loan modification or consolidation.

- Fairly and adequately describe the terms, benefits, and material limitations of the product or service being offered.

  - Do not misrepresent such terms either affirmatively or by omission.

- There must be a reasonable factual basis for all representations made in all communications to clients.

- Draw the attention of clients to key terms that are important in enabling the consumer to make an informed decision regarding whether the product or service meets the client's financial needs.

- Within any given advertisement, *balance* representations about a product's *features and benefits* with disclosures about the product's *risks and limitations*.

# ADVERTISING, MARKETING, AND SALES GUIDELINES CONT.

- Clearly disclose all material restrictions or conditions on the terms or availability of a product or service.

- Inform consumers in a clear and timely manner about any fees, penalties, or other charges that have been or will be imposed, and the reasons for their imposition.

- Clearly disclose the costs and benefits of using forbearance as an option to stay loan repayment.

- Clearly inform consumers of contract provisions that permit a change in the terms and conditions of the agreement.

- The term "guaranteed" cannot be used in any advertising.

- Clearly disclose any limitations, conditions, or restrictions on the offer.

- Do not make claims, representations, or statements that mislead members of the target audience about the cost, value, availability, cost savings, benefits, or terms of the product or service.

- For any term used in connection with an advertising claim, ensure that the term has a reasonable factual basis and that the term meets all other applicable regulatory requirements.

- Avoid advertising terms that are not available to most consumers or that are not representative of the products or services actually obtained by FPS's customers.

- Do not make representations to clients that they may make payments at variance from the written contract terms (e.g., pay late or pay less than the scheduled or minimum amount due) without adequately disclosing any related fees, late fees, accrued interest, or other fees or charges that will result from such consumer action.

- Clearly explain that payment of the FPS's fees will be placed into an escrow account held for the benefit of the client and that the fees due to FPS will only be released to FPS upon completion of work.

- Clearly explain FPS's refund and cancellation policies.



# UDAAP POLICY ENFORCEMENT

- All FPS employees with customer-facing job duties are responsible for complying with this policy.

- Each FPS manager is responsible for ensuring compliance within the manager's operational area.

# FEDERAL TRADE COMMISSION ACT (FTC ACT)

- Congress passed the Federal Trade Commission Act to protect consumers from unfair methods of competition.

- The Federal Trade Commission Act (FTCA) prevents unfair competition methods and unfair or deceptive acts that may affect business commerce.

- Violations of the FTCA are usually proven by showing bad faith, fraud, oppression, or a violation of public policy.

- These unfair or deceptive methods by a business need only to have the possible likelihood of deceiving the consumer. The law does not require that an actual deception take place.

- A business may also be liable for the unfair and deceptive acts of its employees, agents, or representative.

- The FTCA covers a broad range of consumer issues. Every year a new concern arises that falls under the umbrella of the FTCA. For example, in recent years, electronic privacy and identify theft practices have become targets of protection under the authority of the FTCA.

# FEDERAL TRADE COMMISSION (FTC)

- To enforce the FTCA, the act created the Federal Trade Commission (FTC).

- **ONLY** the Federal Trade Commission can enforce the FTCA.

**Goals of the FTC:**

- Protect consumers from unfair and deceptive practices in the marketplace

- Maintain competition to promote a marketplace free from anticompetitive mergers, business practices, or public policy outcomes

- The FTC is vested with administrative rule-making authority, investigatory authority, and enforcement authority; rules established by the FTC are considered administrative codes. They are designed to enforce the various provisions of the FTCA.

- Investigatory authority grants the FTC the ability to follow-up and verify consumer complaints.

- If the FTC decides that a business has violated the FTCA, they have the authority to enforce and regulate the repercussions.

# TELEMARKETING SALES RULE (TSR)

- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.

- In connection with offering these services, **FPS** takes measures to ensure that it complies with the Telemarketing Sales Rule (TSR), 16 C.F.R. § 310 et seq.

- **FPS's** TSR compliance includes adherence to the technical elements of the TSR, the guidance provided by the FTC, and the industry best practices appropriate for companies involved in assisting students with obtaining debt relief of FPS's size, complexity, and service offerings.

- **FPS** is committed to ensuring that all of its business activities comply with the TSR.

# HOW DOES TSR APPLY TO ME?

This policy governs all company advertising, marketing, and payment processing and activities associated with the Company's products and services.

In particular, the TSR applies to **OUTBOUND CALLS** made by FPS.

It also applies to **INBOUND CALLS** made in response to advertising.

# REQUIREMENTS OF TSR

## 1.  Consumer Disclosures

While FPS may make these disclosures either orally or in writing, FPS strives to provide the information in writing whenever possible for the customer's benefit. The information that must be provided must be disclosed prior to any sale and include at a minimum the following information:

- A clear and accurate explanation of all services provided by FPS.

- How much the service costs (both in terms of the initial fee and all recurring payments).

- Any material restrictions, limitations or conditions on the service.

- If the sales presentation includes a statement about the refund or cancellation policies, you must also include a clear and conspicuous disclosure of all terms and conditions of the policies.

- How long it will take the consumer to achieve the represented results based on a good faith estimate.

- To the extent applicable, how much money a customer must save before a settlement offer will be made by FPS to a creditor.

- The possible consequences if the customer fails to make timely payments to creditors.

- The manner in which payment will be made to FPS, including the customer's rights regarding dedicated accounts.

# REQUIREMENTS OF TSR CONT.

2. **Outbound Calls**

All outbound calls must comply with the consumer disclosures. All outbound calls must also promptly disclose, before any sales pitch is given, the following items of information truthfully, clearly, and conspicuously:

- The identity of the seller.
- That the purpose of the call is to sell goods or services.
- The nature of the services being offered.

3. **Advance Fee Prohibition**

FPS shall not collect fees from a client until the following requirements are met:

- A successful result for the client must be reached.
- There must be a written agreement with the client and the Department of Education, loan servicer, or other creditor.
- The customer must have made a payment to the servicer/creditor.

4. **Use of a Dedicated Account**

- FPS must use and require that all customer fees to be paid to FPS are deposited into a specified or dedicated account
  - Trusted Account Services:TAS (Credit Card/Debit Card)
  - Account Management Plus:AMP (ACH)



All Company employees are responsible for complying with this policy.

Each Company manager is responsible for ensuring compliance within the manager's operational areas.

ENFORCEMENT OF TSR