http://premierstudentloancenter.com/

GO

▸ About this capture

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

()

# DON'T LOSE OUT ON AVAILABLE BENEFITS
## CALL NOW
## 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOCUS)

Premier Student Loan Center | A Document Preparation Company

Page 2 of 9

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

()

GO

▸ About this capture

# OUR SERVICES

Helping You Find the Right Loan Programs.

Premier Student Loan Center | A Document Preparation Company

Page 3 of 9



http://premierstudentloancenter.com/

GO

**33 captures** (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

(/web/*/http://premierstudentloancenter.com/) ()

▼ About this capture

**LOAN REVIEW**

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

**REVIEW PROGRAM OPTIONS**

We will review your income and family size to help you choose the program that best suits your needs.

**DOCUMENT PREPARATION**

We'll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review.

**ENJOY NEW PAYMENT**

Once we help you prepare and submit your loan documents, we'll be with you even after the document submission. Ready to help answer any questions you may have.

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

GO

▸ About this capture

## ABOUT US

We Are: A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the completion and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.



http://premierstudentloancenter.com/

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

▶ About this capture

## ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program suited for your situation. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**HONESTY.**



**INTEGRITY.**



**DILIGENCE.**



**RESULTS.**

Premier Student Loan Center | A Document Preparation Company

http://premierstudentloancenter.com/

(http://premierstudentloancenter.com/)

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

()

GO

▶ About this capture

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"



Dawn Robinson
NH

"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."



Anthony Zwichirowski
CA

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that

Wayback Premier website 4/15/2019

Pl. Ex. 21
p. 204

Premier Student Loan Center | A Document Preparation Company



http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

http://premierstudentloancenter.com/)

Dean Edelman
()

GO

▶ About this capture

my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name

Your Email

Subject

https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/

4/15/2019

Wayback Premier website 4/15/2019

Pl. Ex. 21
p. 205

Premier Student Loan Center | A Document Preparation Company

(https://web.archive.org/web/20151230140017/http://premierstudentloancenter.com/)

GO

▸ About this capture

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

()

Your Message

SEND MESSAGE

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.



Click for Review

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

http://premierstudentloancenter.com/

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018

GO

▸ About this capture

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.

(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

http://premierstudentloancenter.com/   [GO]   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)          ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018                                                                          ▾ About this capture

# DON'T LOSE OUT ON AVAILABLE BENEFITS CALL NOW 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOC

## OUR SERVICES

Helping You Find the Right Loan Programs.

http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018    ▼ About this capture

### LOAN REVIEW

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

### REVIEW PROGRAM OPTIONS

We will review your income and family size to help you choose the program that best suits your needs.

### DOCUMENT PREPARATION

We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review.

### ENJOY NEW PAYMENT

Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have.

# ABOUT US

## We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

### AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

http://premierstudentloancenter.com/    GO    **NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER**

**33 captures (/web/*/http://premierstudentloancenter.com/)**

20 Nov 2015 - 27 Dec 2018      ▾ About this capture

### FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the completion and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.

### ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.

 **HONESTY.**

 **INTEGRITY.**

 **DILIGENCE.**

 **RESULTS.**

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA



(https://web.archive.org/web/sign) f

http://premierstudentloancenter.com/    [GO]    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◄ (https://web.archive.org/web/20151120051328/http://premierstudentloancenter

20 Nov 2015 - 27 Dec 2018    ▼ About this capture

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA

# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name                Your Email                Subject

Your Message

SEND MESSAGE

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.

p. 211

http://premierstudentloancenter.com/   GO

33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

ACCREDITED BUSINESS

BBB Rating: A

NOV   WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

(https://web.archive.org/web/20151120051328/http://premierstudentloancenter

Click for Review

About this capture

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

http://premierstudentloancenter.com/options    GO    FEB **MAR** MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122445/H

**45 captures** (/web/*/http://premierstudentloancenter.com/options)    ◄ **31** ► (https://web.archive.org/web/20160401222454/http://premi

31 Mar 2016 - 16 Aug 2018    2015 **2016** 2017 (https://web.archive.org/web/20170608163729/http://prem

**Options**

# Providing Invaluable Services for Loan Repayment Options



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/ribbon.png)

## Teachers

The Teacher Loan Forgiveness Program is intended to encourage individuals to enter and continue in the teaching profession. Under this program, if you teach full-time for five complete and consecutive academic years in certain elementary and secondary schools and educational service agencies you may be eligible for forgiveness of up to a combined total of $17,500



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/nurse.png)

## Nurses

To assist in the recruitment and retention of professional nurses dedicated to providing health care to underserved populations, the Nursing Education Loan Repayment Program offers registered nurses substantial assistance to repay educational loans in exchange for service in eligible facilities located in areas experiencing a shortage of nurses.

http://premierstudentloancenter.com/options          GO

45 captures (/web/*/http://premierstudentloancenter.com/options)
31 Mar 2016 - 16 Aug 2018

2015   2016   2017 (https://web.archive.org/web/20170608163729/http://prem



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/public.png)

## Public Service Job

The PSLF Program is intended to encourage individuals to enter and continue to work full-time in public service jobs. Under this program, borrowers may qualify for forgiveness of the remaining balance of their Direct Loans after they have made 120 qualifying payments on those loans while employed full time by certain public service employers.



(https://web.archive.org/web/20160331093713/http://premierstudentloancenter.com/wp-content/uploads/2015/07/exclamation.png)

## Total and Permanent Disability Discharge

A borrower may qualify for Total and Permanent Disability Discharge on their Federal Student Loans if they are unable to engage in any substantial gainful activity because of a physical or mental impairment.

DISCLAIMER
Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/options   GO   FEB **MAR MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122445/HT**

**45 captures (/web/*/http://premierstudentloancenter.com/options)**   ◀ **31** ▶ **(https://web.archive.org/web/20160401222454/http://premie**

31 Mar 2016 - 16 Aug 2018   2015 **2016** 2017 (https://web.archive.org/web/20170608163729/http://prem

**BBB Rating: A**

ACCREDITED BUSINESS

Click for Review

(https://web.archive.org/web/20160331093713/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

(https://web.archive.org/web/20160331093713/https://www.facebook.com/PremierStudentLoa

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20160331093713/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20160331093713/http://wordpress.org/)

Case 8:19-cv-01998-MWF-KS   Document 56-1   Filed 10/30/19   Page 18 of 30   Page ID
#:3722

| http://premierstudentloancenter.com/learn-more | GO | FEB **MAR** MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122120...) |
|---|---|---|
| **34 captures** (/web/*/http://premierstudentloancenter.com/learn-more) | ◀ **31** ▶ | (https://web.archive.org/web/20160401222604/http://pre |
| 31 Mar 2016 - 16 Aug 2018 | 2015 **2016** 2017 | (https://web.archive.org/web/20170624094302/http://p |

**Learn More**

# Helping You

Allow us to complete your documents to maximize your gains.

Premier Student Loan Center was created to help you and your family by assisting with identifying available federal programs and helping you preparing the documents for the best qualifying programs. With experienced counselors, we will review your loans, evaluate the best options and provide you with a plan, showing you how to qualify for repayment assistance from the government.

# Navigating You Through The Paperwork

Easy. Simple. Effective.

When it comes to loan documents, we understand there is a lot of terms and jargon that is hard to understand. We're here to help make it as easy as possible for you. We help you through every step of the way from reviewing your current loan to helping you prepare and submit your loan documents.

http://premierstudentloancenter.com/learn-more          GO       FEB   MAR  MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/20160501122120

34 captures (/web/*/http://premierstudentloancenter.com/learn-more)    ◀ 31 ▶   (https://web.archive.org/web/20160401222604/http://pre

31 Mar 2016 - 16 Aug 2018                                           2015   2016  2017 (https://web.archive.org/web/20170624094302/http://f







## Federal Student Loan Consolidation

If you have trouble meeting your monthly payments, have exhausted your deferment and forbearance options, and/or want to avoid default, a Federal Consolidation Loan may help you.

## Federal Student Loan Forgiveness

There are a few programs available to you that provide student loan forgiveness. These programs will allow you to work or volunteer and in return will literally erase a certain percentage of your Federal student loan debts.

## Public Service Loan Forgiveness

In 2007, Congress created the Public Service Loan Forgiveness Program to encourage individuals to enter and continue to work full-time in public service jobs.

DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.



(https://web.archive.org/web/20160331093709/http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/#bbbonlineclick)

(https://web.archive.org/web/20160331093709/https://www.facebook.com/PremierStudentloa

| http://premierstudentloancenter.com/learn-more | GO | FEB **MAR MAY (HTTPS://WEB.ARCHIVE.ORG/WEB/2016050112212**

**34 captures** (/web/*/http://premierstudentloancenter.com/learn-more)

31 Mar 2016 - 16 Aug (https://web.archive.org/web/20160331093709/https

(https://web.archive.org/web/20160331093709/http://wordpress.org/)

Copyright 2015 Premier Student Loan Center. All rights Reserved.

| http://premierstudentloancenter.com/ | GO | **NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER** |

**33 captures** (/web/*/http://premierstudentloancenter.com/)    ◄ **(https://web.archive.org/web/20151120051328/http://premierstudentloancenter**

20 Nov 2015 - 27 Dec 2018            ▾ About this capture

# DON'T LOSE OUT ON AVAILABLE BENEFITS CALL NOW 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOO

## OUR SERVICES

Helping You Find the Right Loan Programs.

http://premierstudentloancenter.com/    GO    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018                                                                 ▼ About this capture

**LOAN REVIEW**

It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for.

**REVIEW PROGRAM OPTIONS**

We will review your income and family size to help you choose the program that best suits your needs.

**DOCUMENT PREPARATION**

We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review.

**ENJOY NEW PAYMENT**

Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have.

# ABOUT US

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

### AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

http://premierstudentloancenter.com/   GO   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures (/web/*/http://premierstudentloancenter.com/)**
20 Nov 2015 - 27 Dec 2018                                                        ▾ About this capture

FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the compilation and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.

### ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**100 HONESTY.**

**100 INTEGRITY.**

**100 DILIGENCE.**

**100 RESULTS.**

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA

http://premierstudentloancenter.com/   [GO]   NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018                                                                        ▾ About this capture

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes
of speaking with the Premier Student Loan Center I was able to get qualified for a program that
my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I
have made since graduating."

Dean Edelman
VA



# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!

Your Name                          Your Email                          Subject

DISCLAIMER
Premier Student Loan Center is a private company and does not claim to be affiliated with any
Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/          GO

**33 captures** (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

ACCREDITED BUSINESS
BBB.

**BBB Rating: A**
(https://web.archive.org/web/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER
(https://web.archive.org/web/20151120051328/http://premierstudentloancenter
Click for Review

▼ About this capture

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-
document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-
172013295/#bbbonlineclick)

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)

http://premierstudentloancenter.com/    [GO]    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)    ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018    ▾ About this capture

# DON'T LOSE OUT ON
# AVAILABLE BENEFITS
# CALL NOW
# 888-548-0476

FEATURES (HTTPS://WEB.ARCHIVE.ORG/WEB/20151230140017/HTTP://PREMIERSTUDENTLOANCENTER.COM/#FOO

## OUR SERVICES

Helping You Find the Right Loan Programs.

http://premierstudentloancenter.com/          GO          NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)          (https://web.archive.org/web/20151120051328/http://premierstudentloancente

20 Nov 2015 - 27 Dec 2018          ▼ About this capture

| LOAN REVIEW | REVIEW PROGRAM OPTIONS | DOCUMENT PREPARATION | ENJOY NEW PAYMENT |
|---|---|---|---|
| It's simple. Speak to a Premier Student Loan Center advisor to view your loans to help determine which program(s) you may qualify for. | We will review your income and family size to help you choose the program that best suits your needs. | We\'ll help your organize, prepare, and get the documents you need ready to apply and submit for your loan review. | Once we help you prepare and submit your loan documents, we\'ll be with you even after the document submission. Ready to help answer any questions you may have. |

# ABOUT US

We Are : A Document Preparation Company.

# Learn why we're the best at what we do and why you'll save money with us.

## AMAZINGLY SIMPLE

We will consult with you to determine your goals and needs, and will identify the best loan programs offered by the U.S. Department of Education that you qualify for. Many of the programs can change without notice and can be difficult to navigate or find on your own.

http://premierstudentloancenter.com/     GO
33 captures (/web/*/http://premierstudentloancenter.com/)
20 Nov 2015 - 27 Dec 2018

NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

▼ About this capture

FILING ALL THE PAPERWORK

We help with the document preparation process. We will assist you with the compilation and filing of all the paperwork to ensure it is filled out properly for all programs you qualify for.

ALL QUESTIONS ANSWERED

We listen and review your loan on a per case basis, this ensure we help you find the best federal program to meet your criteria. Our Student Loan Advisors will then educate and explain to you how each program works and how we can help you prepare and apply for the program.



**(100)  HONESTY.**

**(100)  INTEGRITY.**

**(100)  DILIGENCE.**

**(100)  RESULTS.**

# TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA

http://premierstudentloancenter.com/    [GO]    NOV (HTTPS://WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

33 captures (/web/*/http://premierstudentloancenter.com/)          ◀ (https://web.archive.org/web/20151120051328/http://premierstudentloancente
20 Nov 2015 - 27 Dec 2018                                                     ▾ About this capture



(https://web.archive.org/web/...sign...
f

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."


Dean Edelman
VA


# 29901 SANTA MARGARITA PARKWAY, RANCHO SANTA MARGARITA CA 92688

We're Ready to Help You!


Your Name                          Your Email                          Subject


Your Message


SEND MESSAGE


DISCLAIMER

Premier Student Loan Center is a private company and does not claim to be affiliated with any Federal, State, or Local Government agencies.

http://premierstudentloancenter.com/   GO

**BBB Rating: A**
WEB.ARCHIVE.ORG/WEB/20151120051328/HTTP://PREMIERSTUDENTLOANCENTER

**33 captures** (/web/*/http://premierstudentloancenter.com/)   (https://web.archive.org/web/20151120051328/http://premierstudentloance
20 Nov 2015 - 27 Dec 2018

Click for Review                                                                                                    ▼ About this capture

(https://web.archive.org/web/20151230140017/http://www.bbb.org/sdoc/business-reviews/legal-
document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-
172013295/#bbbonlineclick)

Copyright. 2015 Premier Student Loan Center. All Rights Reserved.
(https://web.archive.org/web/20151230140017/http://themeisle.com/themes/zerif-lite/)
(https://web.archive.org/web/20151230140017/http://wordpress.org/)