## Premier Student Loan Center: Maintaining Customer Service

Email | Print Friendly
Share

March 14, 2019 08:00 ET | **Source:** Premier Student Loan Center

Irvine, California, March 14, 2019 (GLOBE NEWSWIRE) -- More and more post-secondary graduates are leaving their educational institutions with more than an education; they are leaving with crippling amounts of student debt. Due to recent downturns in the American economy, more people turned to getting an education as a means of securing themselves sustainable future employment. With increasing enrolment numbers came sky-rocketing tuition rates, forcing many students into high-interest loans not backed by the federal government. With increasing numbers of Americans filing for bankruptcy and student loans falling into default, the need for assistance through debt-relief programs was clear. Companies like **Premier Student Loan Center** arose in response to this need and became an industry leader in financial assistance.

About Premier Student Loan Center

Premier Student Loan Center has been in the financial-assistance industry for half a decade. In that time, they have helped thousands of Americans get out from under their student debt and start their lives on the right track. In partnership with the United States Department of Education, Premier Student Loan Center has one goal in mind: to provide five-star service by helping borrowers pay down their debts and move towards financial freedom.

Premier Student Loan Center Services

Premier Student Loan Center provides borrowers with a number of valuable services aimed at streaming the debt consolidation process, as well as loan forgiveness, debt analysis, and one-on-one budgetary consultation.

Premier Student Loan Center is also continuously working to come up with new and creative solutions to help borrowers with their debt. These programs are developed in adherence to the guidelines set forth by the Department of Education.

Debt Consolidation and Premier Student Loan Center Loan Forgiveness

For borrowers struggling with student debt, often consolidating their loans simplifies the process of paying them down, not to mention saving on interest rates and late-payment penalties. With the help of a debt specialist, some loans can be forgiven, especially in situations where efforts have been made to pay it down but special circumstances prevent the individual from continuing on the repayment path.

Debt Analysis and Financial Consultation

When it comes to financial guidance provided by the Premier Student Loan Center, the debt specialists don't just want to help borrowers pay down their loans, they also want to equip them with the financial skills to manage debt and live on a budget in financially healthy ways. An in-depth debt analysis will reveal the status of the borrower's debt, as well as the best way of approaching paying it down. When it comes to financial consultation, the Premier Student Loan Center debt specialists will sit down with you and come up with a customized budget that will take into account your financial

obligations, goals, and get you on the road to financial freedom and security.

If you are struggling with student debt that seems impossible to pay down without help, you are not alone. Unfortunately, high interest rates place borrowers in a difficult cycle to break as their payments are only chipping away at accrued interest, rather than paying down the principal. A visit to the **Premier Student Loan Center address** or a phone call can get you started on the path to financial assistance.

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.