Back to Newsroom (/newsroom)

**Premier Student Loan Center**

# Premier Student Loan Center is a Premier Provider of Cutting-Edge Services

Tuesday, April 16, 2019 2:05 PM

**IRVINE, CA / ACCESSWIRE / April 16, 2019 /** According to the US Department of Education, the performance of federal student loans is by far poor but comparatively, the loans serviced by Premier Student Loan Center (http://pr.report/8pgPz4qt) perform better than those under other organizations. According to recent reports, the default rate has been roughly 8 percent in the last few years, which compares well with the national default rate of about 12 percent. The default rate is a measure of the percentage of federal student borrowers who are unable to service their loans shortly after hitting the repayment bracket. To help mitigate on the challenge of default, Premier Student Loan Center has devoted a considerable amount of finances in research, development and employee training to equip its staff on key areas that have been the underlying causes of increased default rate among American student loan borrowers.

We understand that borrowers equipped with the knowledge on loans, repayment plans and budgeting are less likely to default. We have created a conducive working environment by partnering with government agencies with a view of making crucial policy recommendations to help educate students before they can access the loans. We have also worked to simplify the repayment option and raise borrower contact, policy reforms that are aimed at significantly increase repayment and lower default rates of the loans we service.

As a professional firm with a firm grasp of financial trends, we design repayment plans based on real data so you are assured of a plan that addresses your situation as a borrower. Premier Student Loan Center works on a default prevention program that is heavily informed by a set of accurate data all designed to prevent default. Our belief is that increasing contact with our clients significantly reduces chances of default.

With the help of this program, Premier Student Loan Center continues to increase income-driven repayment plan enrollment. This is consistent with the Department of Education data and reports that point at a general increase in the number of borrowers already in income-driven repayment plans. Over the last four years, the number has doubled with data showing a decline in the number of default loans by 15% up from 13% in 2014. This can be attributed to the awareness campaigns regarding repayment plan options through consistent contact through numerous channels, such as mail, videos, phone calls and text messages. Some of the ways that have helped reduce the default. What this means is that borrowers will not need to go through the lengthy process of

recertifying their incomes every year. As a student, all you need is to let us work on your repayment plan while you focus on getting a quality certificate and the source of income that you'll use to service your loan upon finishing school.

Not every company offering service similar to ours is keen on ensuring that your individual needs are met. On our part, we acknowledge the fact that handling financial matters requires someone who understands and empathizes with the person looking for financial assistance. This is what distinguishes us from the rest of the players in the industry. Of course, this is why we have Better Business Bureau Rating of "A+", a clear indicator that Premier Student Loan Center (http://pr.report/lMkI6Jzt) is a reputable and reliable partner.

**About Us**

Premier Student Loan Center is a leading provider of student loan account management, financial consultancy and asset management. We're established to help millions of Americans students achieve their dream career in an easy and affordable way. We have retained a team of dedicated and highly skilled finance experts capable of addressing all your concerns around federal student loan repayment plans.

**CONTACT:**

contact@premierstudentloancenter.com (mailto:contact@premierstudentloancenter.com)

**SOURCE:** Premier Student Loan Center

SHARE ARTICLE



CONNECT WITH US

| ABOUT US | PRODUCTS | |
|---|---|---|
| NEWSROOM | BECOME A CLIENT | (https://twitter.com/AccesswireNew) (http://www.facebook.com/Accesswire) (https://www.linkedin.com/company-beta/966956/?pathWildcard=966956) |

| SALES | EDITORIAL |
|---|---|
| Toll Free: 888.952.4446 Opt 2 | Toll Free: 888.952.4446 Opt 1 |
| sales@accesswire.com (mailto:sales@accesswire.com) | cs@accesswire.com (mailto:cs@accesswire.com) |

Copyright 2019 © ACCESSWIRE. All rights reserved. Privacy Policy (/privacy-policy) | Terms and Conditions (/terms)