# Premier Student Loan Center Focusing on Giving the Best Customer Service

Email        Print Friendly

Share

April 19, 2019 00:00 ET | **Source:** Premier Student Loan Center

Irvine, California, April 19, 2019 (GLOBE NEWSWIRE) -- Living with debt is downright hard. Add the nuances which exist in the case of student loan debt and things become even more different. For starters, student loan debts are owed before students have fully transitioned to the work world and have acquired the gainful employment that will allow them to be successful. Without the right kind of assistance, students will find themselves in a world of trouble. Thankfully, the **Premier Student Loan Center** is committed to helping those who are at odds with student loan debt, find the viable solutions they need to set things right.

More About the Premier Student Loan Center

Premier Student Loan Center is a client-focused organization that helps those living with student loan debt enroll in a government program or organize a new debt repayment schedule to assist them with the same. Best of all, the loan center has a very simple and uncomplicated process that begins with an initial consultation. With the consultation, a team of specialists will assess the financial circumstances and needs of all the available clients.

Using the information garnered from the initial consultation, a strategy is devised to help the client move from debt to healthy finances. The key

feature of this strategy is that it surrounds the client's ability to make regularly. The monthly payments consist of amounts that allow the client to meet their requirements, as well as maintain a decent standard of living and quality of life. Being able to strike this balance that allows debtors to clear their debt and still take care of themselves, thereby, increasing the likelihood that they will be able to successfully become debt free.

Customer Service Success Secrets

It is easy to think that the secret to the Premier Student Loan Center's success lies in the quality of their product. While it is true that they do have a high-quality offering, this is still not the secret to their success. Instead, their success lies in their ability to keep their customers satisfied through a tailored approach. That is, instead of opting for a one size fits all model when handling the individual debt situation of their clients, they handle it on a case by case basis.

Offering tailored solutions help clients to individually capitalize on a wide range of options including Department of Education initiatives they may qualify for, debt consolidation, and even debt forgiveness. In addition to crafting tailored plans, the good folks at Premier Student Loan Center go the extra mile to ensure that they are able to help them see through to the completion of their program. They take a hands-on approach that ensures their clients stay focused and consistent and consequently meet their goals of getting rid of their student loan debts.

Moving Forward to Secure Future Success

In an effort to maintain and grow their current success, the **Premier Student Loan Center** is not taking on new clients. Instead, the organization is focusing on providing exceptional customer service for existing clients.

After all, debt resolution does not happen in one fell swoop. Instead, it happens over time, requiring focus and consistency to ensure that all debts are fully resolved. That, coupled with Premier Student Loan Center's unique approach and you get a clearer picture of why the focus has to be on current (and not necessarily new) clients. It is imperative that the organization does not have its team members and resources being spread too thinly.

Still, even with a clear focus on current clients, it is only a matter of time before the organization will take on new clients after existing clients complete their programs. Until such time, those interested in learning more about Premier Student Loan Center and how their services work can visit their official website or send an email at contact@premierstudentloancenter.com.

### Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

### About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.