## Premier Student Loan Center Sticks By No New Clients Announcement

Email    Print Friendly

Share

July 16, 2019 12:13 ET | **Source:** Premier Student Loan Center

Irvine, July 16, 2019 (GLOBE NEWSWIRE) -- Over the last few years, Premier Student Loan Center has grown into one of the biggest companies online helping students manage all of their loan debts. Effective immediately, the company has made the decision to stop accepting new clients. Instead, the company will shift its focus on helping those clients they already work with get back on track financially.

It was a difficult decision for the company, but one that they are planning to stand by. Student loan debt is a serious issue in the United States, and it affects the majority of people who go to college. Being able to help out thousands and thousands of students in an efficient manner to build a strong reputation for the company, but now they want to focus on the customer base they currently have.

Since opening its doors, the focus has always been on customer service over everything else. Having student loan debt and dealing with it can be a very stressful thing for just about anyone to go through. Instead of being just another faceless company to help out, **Premier Student Loan Center** wanted to be different. That meant helping people understand the right fit overall, and also finding the perfect amount to pay each and every month.

Student loan management is not entirely straightforward. There are many different student loans out there, and each one has varying rates. They can be very overwhelming to deal with high interest loans, especially for those people who are just starting out in the workforce. Premier Student Loan Center is focused on making everything extremely affordable, and also not forcing people to make huge payments they couldn't afford.

The current customer base is still at a very high level. The company knew that a decision needed to be made eventually, but they were hoping to put things off as long as possible. In the end, the company, based in Irvine, California, They felt more staff needed to be hired, or the company needed to shift its priorities. They chose the latter, and that seems to be a permanent decision at this point.

Potential clients should look for as many similar qualities as possible out there. Many companies try to provide similar services to Premier Student Loan Center, albeit with not quite the same amount of support. It is recommended to read reviews online and see what companies offer the closest thing.

As for existing customers, not a single thing will change with anyone. Payments are still made the same way, the same numbers exist to call and assistance is very easy to receive. Full customer service will be provided for every single client until their student loans are completely paid off. The company believes in delivering on the promise that they gave every single client who signed up originally. Providing quality customer care is priority number one with the company, and those priorities are not changing.

Nothing has been officially ruled out for the future, but as of right now there are no plans for **Premier Student Loan Center** to reopen their doors. The company seems extremely content with their decision, and they weighed all the pros and cons before going public with the news. They understand that some might be disappointed, but it was a decision that was made with the company's best interests in mind.

it is worth noting that the company will not be losing any employees at this time. Those who focused on new client acquisition will now have the opportunity to transition to another department. Even though the company is not taking on new clients, they are still as busy as ever on a day-to-day basis.

For more information on the company, visit **http://premierstudentloancenter.com/.**

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

## About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.