1  SARAH PREIS (D.C. Bar No. 997387)
   (Admitted *Pro Hac Vice*)
2  sarah.preis@cfpb.gov
   JESSE STEWART (N.Y. Bar No. 5145495)
3  (Admitted *Pro Hac Vice*)
   jesse.stewart@cfpb.gov
4  1700 G Street, NW
   Washington, DC 20552
5  Tel.: (202) 435-9318
   Fax: (202) 435-5471
6
   LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
7  leanne.hartmann@cfpb.gov
   301 Howard Street, Suite 1200
8  San Francisco, CA 94105
   Tel: (415) 844-9787
9  Fax: (415) 844-9788

10 *Attorneys for Plaintiff*
   *Bureau of Consumer Financial Protection*
11

12

13                 **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
14                      **SOUTHERN DIVISION**

15

16 Bureau of Consumer Financial          CASE NO. 8:19-cv-01998 JVS (JDEx)
   Protection, et al.
17                                        **PLAINTIFF'S NON-SEALED**
          Plaintiffs,                     **EXHIBITS FROM VOL. III OF**
18                                        **VII IN SUPPORT OF *EX PARTE***
                                          **APPLICATION FOR**
19        v.                              **TEMPORARY RESTRAINING**
                                          **ORDER WITH ASSET FREEZE**
20 Consumer Advocacy Center Inc.,         **AND OTHER EQUITABLE**
   d/b/a  Premier Student Loan            **RELIEF**
   Center, et al.
21                                        **EXHIBITS 35 & 36**
          Defendants.
22

23

24

25

26

27

28