SARAH PREIS (D.C. Bar No. 997387)
(Admitted *Pro Hac Vice*)
sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *Pro Hac Vice*)
jesse.stewart@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Tel.: (202) 435-9318
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>  Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>**PLAINTIFF'S NON-SEALED EXHIBITS FROM VOL. VII OF VII IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF**<br><br>**EXHIBITS 58-61, 64** |