## DECLARATION OF ALYSSA PUGH

### Pursuant to 28 U.S.C. § 1746

I, Alyssa Pugh, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Franklinville, North Carolina.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. In pursuing my college education, I have incurred a large amount of student loan debt in excess of $30,000.

4. In October 2017, I was referred by a friend to a student loan debt relief company called Premier Student Loan Center ("Premier"). I searched Premier's website on the internet and found that the company was located in California and assisted federal student-loan borrowers in lowering their monthly payments through debt forgiveness programs offered by the U.S. Department of Education ("DOE"). Based on this information, I called Premier on October 15, 2017 to inquire about its student loan debt relief services.

5. I spoke with an individual at Premier who identified herself as "Maria," and I informed Maria that I was interested in lowering my monthly student loan payments. Maria told me that Premier was a student loan servicing company working with DOE and that Premier could help lower my monthly loan payments and enroll me in a loan forgiveness program administered by DOE.

6. Maria asked me about my employment status. I told Maria I was employed as a speech therapist in the public school system and that I was already aware of the Public

1

Service Loan Forgiveness ("PSLF") program for public service employees. Although I had been making regular monthly payments on my student loans and working towards loan forgiveness, I asked Maria whether I would remain eligible for loan forgiveness if I left my current job in the public sector for a private company. Maria assured me that Premier provided many student loan forgiveness programs, and if I chose to enroll with Premier, my student loans would be forgiven after making 120 monthly payments, regardless of my employment status.

7. Maria then asked for my email address, which I gave to her. Maria read to me over the phone my personal contact information and student loan information, which led me to believe that Premier was a credible company since Maria indicated Premier worked directly with DOE and Premier had access to my student loan account information.

8. During the phone conversation, Maria asked me for some information that Maria said was for the PSLF application, including my salary, social security number, marital status, number of dependents, employer, and 1040 tax returns. I told Maria I was married and have one child, and I provided the other information to Premier in order to qualify for the PSLF program.

9. Based on the information I provided, Maria told me that Premier would be able to lower my monthly payments and interest rate by consolidating my student loans and transferring the servicing of my student loan from Great Lakes to FedLoan Servicing ("FedLoan"). Maria also told me that the fee for processing my application for the PSLF program would be $248.75 for four months, and that after my application was approved by DOE, my student loan payments would be reduced to $41.00 a month for ten years. It was

my understanding that $30.00 would be paid to Premier each month as an administrative fee and that $11.00 would be applied each month to my student loan balance.

10. Since I could much more readily afford a monthly loan payment of $41.00 and I was excited about the possibility of loan forgiveness, even if left my job in the public school system, I agreed to enroll with Premier. I then gave Maria my debit card information to begin the application process.

11. Immediately after the phone call ended, I received an email from Maria with an electronic copy of Premier's service agreement. I signed it through Docusign and emailed the agreement back to Maria, although no one from Premier ever called to review the details of the agreement with me.

12. My bank account was then debited once a month in the amount of $248.75 for the next four months on the following dates: October 17, 2017, November 22, 2017, December 22, 2017, and January 23, 2018. My bank statements showed that the company debiting my account for the payments each month was "Premier Student Loan C."

13. In February 2018, Premier debited $41.00 from my bank account and continued to debit $41.00 from my bank account each month afterwards for the next twelve months, until January 2019.

14. I paid Premier a total of $1,487.00 during the fifteen months I was enrolled in Premier's student loan debt relief program.

15. In September 2018, I received an email from Premier regarding the annual recertification process for my student loans. Premier again asked for information regarding my salary, employer, and pay stubs. By this time, I had taken a new job as a speech

1  therapist for a medical provider in the private sector. Since I was earning substantially
2  more money than I did in the public school system, Premier informed me that my increased
3  income could jeopardize my eligibility for reduced student loan payments.
4      16.    In January 2019, I received a letter from FedLoan, stating that I was no longer
5  eligible for reduced student loan payments under DOE's income driven repayment ("IDR")
6  plan. In response to the letter, I called FedLoan and spoke with a representative who told
7  me that my federal student aid ID number ("FSA") had been changed and that Premier had
8  used my email address to create a new FSA with a different user name, security code, and
9  password. The FedLoan representative also told me that Premier was not working with
10 DOE as a student loan servicer, but Premier had instead changed my FSA password to
11 access my student loan account information.
12     17.    With help from the FedLoan representative, I was able to reset my FSA
13 password and was allowed to discuss the status of my student loan account. During this
14 conversation, the FedLoan representative informed me that I was no longer eligible for the
15 IDR plan due to my increased annual income.
16     18.    The FedLoan representative also shared with me the information that Premier
17 had submitted to FedLoan. To my distress, I learned that Premier had submitted false
18 documents to FedLoan stating I was a single mother with three young children, that I had
19 three adult dependents, and that I was unemployed—all of which is untrue and was contrary
20 to what I had told Premier.
21     19.    Immediately following my phone conversation with FedLoan, I called
22 Premier and cancelled my contract with Premier.

20. Premier did not provide any beneficial services to me, and Premier has worsened my student loan situation. My total student loan debt has substantially increased due to Premier's submission of false documents and information to DOE, which incorrectly reduced my monthly student loan payments and caused my loan balance to increase.

21. If I had known that the money I was paying to Premier was not being applied to my student loan balance or that Premier was going to falsify information to my student loan servicer about my family size and income, I would never have entered into Premier's program.

22. I declare under penalty of perjury that the foregoing is true and correct.

23. Executed on October 9, 2019.

*Alyssa Pugh* (signature)
Alyssa Pugh