Declaration of Teresita Rosca

Pursuant to 28 U.S.C. § 1746

I, Teresita Rosca, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Queen Valley, Arizona.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. On September 14, 2018, I called Premier Student Loan Center ("PSLC" or "Premier") using a phone number a friend gave me. I spoke with a Premier representative who identified herself as Lauren Dinatale. Lauren told me that she could help me find out if I qualified for student loan forgiveness.

4. Lauren told me that to help me she would need information from me, which she would then verify. The information she requested included my social security number, my salary, the balance on my student loans, my marital status, and how many dependents I have. I told her that I am married with zero dependents, I am retired and my only income is my Arizona teacher pension and social security, and that my loan balance was approximately $148,820. I gave Lauren all of the information she asked for and the whole conversation lasted about 45 minutes.

5. During my conversation with Lauren, she told me that Premier is an advocate for the federal program on student loan forgiveness. During our conversation, she also asked me for my log in information to my federal student loan portal. She said she needed to check the data so she could see whether the program was applicable to my loan. I gave Lauren my FSA user ID and password.

6. At some point during my conversation with Lauren, I was put on hold for a long time. When Lauren returned to the phone, she told me that my student loans were forgiven down to $33,611. She told me that I would have a monthly payment of $135 for 240 months. At the time, I did not know who the $135 payment was going to.

7. Lauren also told me that in order to start the program, I needed to pay a monthly service fee of $239 for the first five months and then an additional monthly fee of $40 for the life

1

Rosa Decl.

Pl. Ex. 60
p. 1667

of the program, which was 240 months. Lauren told me that I would be making the $239 and $40 monthly payments directly to Premier.

8.  Lauren stated that many federal loan borrowers are not aware of this loan forgiveness program that President Obama started. Lauren told me that Republicans in Congress were trying to put a stop to this program. Because of these representations, I felt a sense of urgency to sign up with PSLC.

9.  I provided Lauren with my credit card number over the phone so she could charge me the $239 monthly fee and additional $40 monthly fees. At the time, I was paying over $500 each month in interest alone. I felt an urgency to sign up with Lauren because she said Premier couldn't start processing my loan forgiveness application without the first $239 payment.

10. Lauren told me that a processor would follow up with me by phone to verify my application for student loan forgiveness. Lauren also told me that I would need to sign all of Premier's paperwork electronically.

11. Shortly after our conversation, I received an email from Lauren containing a link to an electronic document signing website. I skimmed through the multi-page document and all of the figures in the document were the same as Lauren quoted me. I applied my electronic signature to the documents and printed them out.

12. Several days after my conversation with Lauren, I received a phone call from another representative from PSLC, who identified himself as London Anderson. London told me that he would help me process the forgiveness of my student loan. London told me it would take 30 to 90 days to process and that I would continue making the $239 monthly payments during that time. My conversation with London lasted approximately twenty minutes. He asked me for my income, my number of dependents, and my marital status. London told me that my loan forgiveness was approved and that I would have zero payments for the first year. He provided log in instructions to federalloan.org. At the end of our conversation, London and I exchanged email address information.

13. On or about December 1, 2018, I received a follow-up email from London Anderson that stated the first year's payment toward the $33,611 loan balance would be $0 per month starting in January.

14. Shortly after receiving the email from London, I attempted to log into federalloan.org using the instructions he provided to me. I was not able to log in with the information he gave me, so I called FedLoan directly. I spoke with a FedLoan representative who told me that I should not provide access to my account to anybody. I explained to her that Premier needed access to help me with the annual renewal of student loan forgiveness. The FedLoan representative told me that was not correct and I began to worry that Premier was a scam. The FedLoan representative reset my login password.

15. Around January 2019, I successfully logged into federalloan.org servicer web site to check my account. I was dismayed to discover that the loan balance was the same as it had been in September 2018 and now carried a 4% interest rate, compared to the 3.75% I was paying with Navient.

16. This is when I realized that Premier had scammed me. I had been paying Navient a 3.75% interest rate under the Income Based Repayment program, which was to last for 20 years. The interest rate was 3.75% due to a 0.25% reduction because I was enrolled in auto payments. Because Premier changed my loan servicer from Navient to FedLoans, I lost the qualifying payments I had already made toward loan forgiveness and had to start over and make qualifying payments for a new 20 year plan. Also my interest rate initially increased to 4%. Premier did not tell me that I had to re-enroll myself in auto payments under the new servicer. I had to figure this out myself, when I did my interest rate went back down to 3.75%.

17. I sent multiple emails to Lauren and London, the Premier Student Loan representatives that had spoken with me. I did not receive any response. I attempted to access the PSLC website to communicate with them, but the website had been closed for "maintenance." At that point, I had paid Premier five monthly fees of $239, for a total of $1,195. I wanted Premier to return the money that I had paid to them.

18. In late January or early February 2019, I wrote a letter to the Better Business Bureau (BBB) explaining how Premier had scammed me. After filing my BBB complaint, I received a response through the BBB portal from Premier asking me to contact them directly to resolve my complaint.

19. On February 21, 2019, I finally spoke to London, the loan processor at Premier I had spoken with earlier. I explained to London the specific loan details of the program that Lauren described to me. London told me that I had misunderstood Lauren. I told London that I had written down everything that Lauren stated when she presented the program to me. I told London that I had not misunderstood and that his accusation was insulting.

20. Shortly after that conversation with London, I received a credit to my credit card of $1,195. Premier has cost me an additional $1,456 in interest that accumulated during the five months of non-payment, which they did not reimburse. I asked them for full reimbursement and Premier told me that they could only refund me the credit card payments I had made.

21. Premier Student Loan Center did not save me any money or help me lower my student loan payments. My current student loan balance is even higher than it was in September 2018. I lost my record of having three years of on time payments with Navient at a 3.75% interest rate. It will take me twenty years to pay down these student loans. I am 72 years old, and I do not have time.

22. If I had known my loan would not be forgiven following payment of the enrollment fees and that switching my servicer would result in the loss of qualifying payments then I would not have signed up for Premier's services.

23. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24. Executed on _Sept. 5_, 2019.

*Teresita Rosca*

Teresita Rosca
At Queen Valley, AZ

4