Declaration of Sarah Varno

Pursuant to 28 U.S.C. § 1746

I, Sarah Varno, hereby declare and state as follows:

1. I am over the age of eighteen and reside in Worcester, Massachusetts.

2. I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3. On June 6, 2018, I contacted Premier Student Loan Center ("Premier") and spoke with Brian Zimring regarding their student loan forgiveness program. The Premier representative stated that I could enroll in the program and receive loan forgiveness. I owed $15,096 in student loans. After I enrolled, I was contacted by Jessica Mendoza, an SL Account Management ("SLAM") representative. Jessica informed me that I would make 5 payments of $239 to cover the costs of processing my paperwork. The payments would be taken out of my account on the following dates: June 15, 2018, July 5, 2018, August 4, 2018, September 5, 2018, and October 5, 2018.

4. Jessica told me that after making these payments I would have a loan balance of $5,000. Then I would then pay $20 per month for the next 20 years. At the time I thought the $20 payment I was making each month to Premier was going to pay my new student loan balance of $5,000.

5. At the time that I signed up I was single with no children.

6. It was not until I went to purchase a home that I discovered the $20 coming out of my account each month was not going toward my student loan balance.

7. Around April 2019 when I went to apply for a mortgage, the mortgage officer told me that I had $15,000 in student loan debt. The mortgage officer showed me that my student loans had not been reduced to $5,000 like the Premier representative told me.

8. Premier put me on an income driven repayment plan (IDR) with a zero dollar payment without my knowledge. The only time I was made aware of this change to my student loans was an e-mail from Premier that was sent to me on the day that I cancelled the program. A true and correct copy of the e-mail sent on May 30, 2019 from Premier notifying me of the new repayment plan is attached as **Attachment A**.

9. I tried calling my Premier Representative, Jessica, to inquire about what was actually going on, but whoever answered the Premier number told me that Jessica was not available. I called Premier multiple times and received the same response. I was never called back even though they said someone would call me.

10. The program was supposed to be a loan forgiveness program but my student loan balance did not change as a result of using Premier's service. The only thing that happened when I signed on with Premier was that I lost approximately $1,300.

11. On May 1, 2019 I filed a complaint against Premier with the Consumer Financial Protection Bureau ("CFPB").

12. About a month later someone from Premier, Christian, called me to try to resolve the complaint. I told Christian how disgusted I was that Premier had scammed me. He mentioned that he worked for both Premier and SLAM. During the call he agreed to refund my money and cancel the service. A true and correct copy of the e-mail Christian sent me on May 30, 2019 confirming my cancellation of their service is attached as **Attachment B.**

13. The same day Premier refunded me $1,315. A true and correct copy of the e-mails showing the refunded payments from Premier are attached as **Attachment C.**

14. If I had known that the fees paid to Premier were not payments toward my outstanding loan debt, I never would have signed up for their service.

15. If I had known that my loans would not be forgiven after I made the initial payments of $239 each, I never would have signed up for their service.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

17. Executed on __9-24__, 2019.

Sarah Varno

At Worcester, Massachusetts

# Attachment A

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: Fed Loan servicing Login. |
| **Date:** | Friday, June 21, 2019 2:03:39 PM |

----- Forwarded Message -----
**From:** Christian Stark <cstark@processingsupport.com>
**To:** ███████@yahoo.com ███████@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:56:55 PM EDT
**Subject:** Fed Loan servicing Login.

https://myfedloan.org/

Your online account has been set up. Your login information is listed below, if you have any issues logging in please contact me.

**Username:** ███████

**Password:** ███████

**Answer to your Security Questions:** ███

<u>Please DO NOT alter your login credentials</u> without notifying our company.

The details following your new payment plan is as follows:

**Repayment Plan:**         REVISED PAY AS YOU EARN

**Approved Monthly Student Loan Payment:**      $0

**First Payment Due Date:**      09/22/2018

**Payment End Date:**      09/1/2019


## Christian Stark

**Customer Support Department**

**Customer Support Manager**

Toll-Free: (888) 548-0476

Direct: (949) 202-1404

***** Email confidentiality notice *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment B

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: Customer Service Department - Cancellation Confirmation |
| **Date:** | Friday, June 21, 2019 1:35:55 PM |

----- Forwarded Message -----
**From:** Christian Stark <cstark@processingsupport.com>
**To:** ███████@yahoo.com" ███████@yahoo.com>
**Sent:** Thursday, May 30, 2019, 2:02:34 PM EDT
**Subject:** Customer Service Department - Cancellation Confirmation

Hello Sarah,


**Confirmation #: PSLC-228447848**

This email is to confirm that we have cancelled your file effective: **May 30, 2019**

**Your cancellation has been processed and all scheduled payments will not be drafted.**

We are sorry to hear you won't be continuing your services with us. Your cancellation has been processed and all scheduled payments will not be drafted. If you have any questions or concerns, please feel free to contact us.


Thank you,

**Customer Support**

Premier Student Loan Center

Toll Free:  (888) 548-0476


***** Email confidentiality notice *****

**CONFIDENTIALITY STATEMENT:** The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Attachment C

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:35:28 PM

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** ███████@yahoo.com" ███████@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:46:02 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

General Information

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:46:01 AM PDT

Transaction Information

Transaction Amount : $-20.00
Transaction ID : 4719443211
Authorization Code : 030871
Transaction Type : Card Refund
Response : APPROVED

Customer Billing Information

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ███████
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ███████
Email : ███████@yahoo.com

Customer Shipping Information

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:32:25 PM

----- Forwarded Message -----
**From:** kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
**To:** ███████@yahoo.com" ███████@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:36:22 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

---
General Information
---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:36:20 AM PDT

---
Transaction Information
---

Transaction Amount : $-239.00
Transaction ID : 4719428609
Authorization Code : 030785
Transaction Type : Card Refund
Response : APPROVED

---
Customer Billing Information
---

First Name : Sarah
Last Name : Varno
Address ███████
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ███████
Email : ███████@yahoo.com

---
Customer Shipping Information
---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:07 PM |

----- Forwarded Message -----
**From:** kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
**To:** ▮▮▮@yahoo.com" ▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:38:14 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

### General Information

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:38:12 AM PDT

### Transaction Information

Transaction Amount : $-239.00
Transaction ID : 4719431400
Authorization Code : 030927
Transaction Type : Card Refund
Response : APPROVED

### Customer Billing Information

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮
Email : ▮▮▮@yahoo.com

### Customer Shipping Information

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

Page 3
Varno Decl. - Attachment C

Pl. Ex. 61
p. 1681

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:33:11 PM

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** @yahoo.com" @yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:40:55 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

General Information

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:40:53 AM PDT

Transaction Information

Transaction Amount : $-239.00
Transaction ID : 4719435658
Authorization Code : 030203
Transaction Type : Card Refund
Response : APPROVED

Customer Billing Information

First Name : Sarah
Last Name : Mankiewicz Varno
Address :
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone :
Email : @yahoo.com

Customer Shipping Information

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:33:15 PM |

----- Forwarded Message -----
**From:** kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
**To:** ▇▇▇@yahoo.com" ▇▇▇@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:40:09 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

---

General Information

---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:40:07 AM PDT

---

Transaction Information

---

Transaction Amount : $-239.00
Transaction ID : 4719434282
Authorization Code : 030006
Transaction Type : Card Refund
Response : APPROVED

---

Customer Billing Information

---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▇▇▇
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▇▇▇
Email : ▇▇▇@yahoo.com

---

Customer Shipping Information

---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| From: | Sarah Varno |
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fw: STUDENT LOAN MGMT Transaction Receipt |
| Date: | Friday, June 21, 2019 1:33:25 PM |

----- Forwarded Message -----
From: kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
To: ▓▓▓▓@yahoo.com" ▓▓▓▓@yahoo.com>
Sent: Thursday, May 30, 2019, 1:42:06 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

---

**General Information**

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:42:04 AM PDT

---

**Transaction Information**

Transaction Amount : $-239.00
Transaction ID : 4719437472
Authorization Code : 030442
Transaction Type : Card Refund
Response : APPROVED

---

**Customer Billing Information**

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▓▓▓▓
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▓▓▓▓
Email : ▓▓▓▓@yahoo.com

---

**Customer Shipping Information**

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:34:55 PM

----- Forwarded Message -----
**From:** kwen@slaccountmgmt.com <kwen@slaccountmgmt.com>
**To:** ▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:43:14 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

---

General Information

---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:43:12 AM PDT

---

Transaction Information

---

Transaction Amount : $-20.00
Transaction ID : 4719439162
Authorization Code : 030780
Transaction Type : Card Refund
Response : APPROVED

---

Customer Billing Information

---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮
Email : ▮▮▮▮@yahoo.com

---

Customer Shipping Information

---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:35:02 PM

----- Forwarded Message -----
From: "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
To: "▇▇▇▇▇@yahoo.com" ▇▇▇▇▇@yahoo.com>
Sent: Thursday, May 30, 2019, 1:43:51 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

---

General Information

---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:43:49 AM PDT

---

Transaction Information

---

Transaction Amount : $-20.00
Transaction ID : 4719440070
Authorization Code : 030447
Transaction Type : Card Refund
Response : APPROVED

---

Customer Billing Information

---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▇▇▇▇▇
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▇▇▇▇▇
Email : ▇▇▇▇▇@yahoo.com

---

Customer Shipping Information

---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:35:11 PM |

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** ▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:44:13 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

---

General Information

---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:44:11 AM PDT

---

Transaction Information

---

Transaction Amount : $-20.00
Transaction ID : 4719440602
Authorization Code : 030463
Transaction Type : Card Refund
Response : APPROVED

---

Customer Billing Information

---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮
Email : ▮▮▮▮@yahoo.com

---

Customer Shipping Information

---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

**From:** Sarah Varno
**To:** Montier, William (Contractor)(CFPB)
**Subject:** Fw: STUDENT LOAN MGMT Transaction Receipt
**Date:** Friday, June 21, 2019 1:35:17 PM

----- Forwarded Message -----
**From:** "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
**To:** "▮▮▮▮▮@yahoo.com" <▮▮▮▮▮@yahoo.com>
**Sent:** Thursday, May 30, 2019, 1:44:50 PM EDT
**Subject:** STUDENT LOAN MGMT Transaction Receipt

---
General Information
---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:44:49 AM PDT

---
Transaction Information
---

Transaction Amount : $-20.00
Transaction ID : 4719441531
Transaction Type : Card Refund
Response : SUCCESS

---
Customer Billing Information
---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮▮
Email ▮▮▮▮▮@yahoo.com

---
Customer Shipping Information
---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :

| | |
|---|---|
| **From:** | Sarah Varno |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fw: STUDENT LOAN MGMT Transaction Receipt |
| **Date:** | Friday, June 21, 2019 1:35:22 PM |

----- Forwarded Message -----
From: "kwen@slaccountmgmt.com" <kwen@slaccountmgmt.com>
To: ▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
Sent: Thursday, May 30, 2019, 1:45:21 PM EDT
Subject: STUDENT LOAN MGMT Transaction Receipt

---

General Information

---

Merchant Account: STUDENT LOAN MGMT
Date/Time : 05/30/2019 10:45:21 AM PDT

---

Transaction Information

---

Transaction Amount : $-20.00
Transaction ID : 4719442261
Transaction Type : Card Refund
Response : SUCCESS

---

Customer Billing Information

---

First Name : Sarah
Last Name : Mankiewicz Varno
Address : ▮▮▮▮
City : Worcester
State : MA
Zip Code : 01605
Country : US
Phone : ▮▮▮▮
Email : ▮▮▮▮@yahoo.com

---

Customer Shipping Information

---

First Name :
Last Name :
Address :
City :
State :
Zip Code :
Country :
Email :