SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202)-435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiff,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | CASE NO.: 8:19-cv-01998 JVS (JDEx)<br><br>**NOTICE OF ERRATA: RE-FILING PLAINTIFF'S EXHIBIT 59**<br><br>Court:   Hon. James V. Selna<br>             Courtroom 10C |

PLEASE TAKE NOTICE that on October 30, 2019, Plaintiff Bureau of Consumer Financial Protection (Bureau) filed with the Court publicly-available exhibits pursuant to the Court's Order Lifting Seal Over Case and Temporarily Extending the Seal Over Certain Exhibits to Plaintiff's *Ex Parte* Application for a Temporary Restraining Order (ECF No. 45).

The Bureau noticed, when preparing Mandatory Chambers Copies of ECF No. 58, that one exhibit, Exhibit 59, filed at ECF No. 58-2, did not upload properly to the Electronic Case Filing system and could not be viewed on CM/ECF. The Bureau therefore is re-filing Plaintiff's Exhibit 59 to its *Ex Parte* Application for Temporary Restraining Order (ECF No. 3), attached hereto.

Dated: Oct. 31, 2019

Respectfully submitted,

 */s/ Leanne E. Hartmann*
Sarah Preis (D.C. Bar No. 997387)
Jesse Stewart (N.Y. Bar No. 5145495)
Leanne E. Hartmann (CA Bar #264787)
Telephone: (415) 844-9790
Facsimile: (415) 844-9788

Attorneys for Plaintiff
Bureau of Consumer Financial Protection