KERI CURTIS AXEL (Bar No. 186847)
 kaxel@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa, Suite 2850
Los Angeles, CA 90017
Los Angeles, California 90017
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

*Attorneys for defendant Tuong Nguyen and TN Accounting, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California Michael N. Feuer, Los Angeles City Attorney,<br><br>         Plaintiffs,<br>v.<br><br>Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert King, Kaine Wen a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>         Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>         Relief Defendants. | CASE NO.: 8:19-CV-01998 JVS (JDEX)<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF DEFENDANT TUONG NGUYEN AND RELIEF DEFENDANT TN ACCOUNTING, INC. FOR CONTINUANCE OF PRELIMINARY INJUNCTION HEARING AND FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFFS' *EX PARTE* APPLICATION FOR PRELIMINARY INJUNCTION**<br><br>**Original Hearing Date:  November 4, 2019**<br>**[Proposed] Hearing Date: November 18, 2019**<br><br>**Courtroom of the Hon. James V. Selna** |

1   Having reviewed the *Ex Parte Application of Defendant Tuong Nguyen and
2   Relief Defendant TN Accounting, Inc. for Continuance of Preliminary Injunction
3   Hearing and for Additional Time to Respond to Plaintiffs' Ex Parte Application for
4   Preliminary Injunction,* and, based on the consent of the adverse party, defendant
5   Tuong "Tom" Nguyen and TN Accounting, Inc. ("Nguyen Defendants"), and for
6   good cause shown, the hearing on plaintiffs' requested preliminary injunction as it
7   applies to the Nguyen Defendants shall be extended to November 18, 2019.  The
8   Nguyen Defendants' response to the Bureau's application shall be due by November
9   8, 2019, and the Bureau's reply brief (if any) shall be due by November 13, 2019.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                     The Honorable James V. Selna
                                     United States District Court Judge


Respectfully submitted:

BAKER MARQUART LLP


By: */s/ Keri Curtis Axel*
        Keri Curtis Axel
Attorneys for Defendants Tuong Nguyen,
and TN Accounting, Inc.