# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al. | CASE NO. 8:19-cv-01998 JVS-JDEx |
| Plaintiffs, | **[PROPOSED] ORDER DENYING DEFENDANTS' *EX PARTE* APPLICATION TO EXCLUDE INCOMPLETE EVIDENCE AND FOR LEAVE FOR LIVE TESTIMONY AT THE PRELIMINARY INJUNCTION HEARING** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. | |
| Defendants. | |

Upon consideration of Defendants' *Ex Parte* Application to Exclude Incomplete Evidence and for Leave for Live Testimony at Preliminary Injunction Hearing, Plaintiff Bureau of Consumer Financial Protection's Opposition thereto, and compelling reasons having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

**IT IS HEREBY ORDERED** that Defendants' Application is denied.

1    **SO ORDERED** at this _____ day of _____, 2019.

2

3

4                                        _____

5                                        Honorable James V. Selna
                                         United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28