Margaret Lynne Weaver
N.C. Department of Justice
114 West Edenton Street
Raleigh, NC 27603

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison, State of North Carolina, ex rel. Joshua H. Stein, Attorney General, and the People of the State of California      Plaintiffs

Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, and Tuong Nguyen      Defendants, and
Infinite Management Corp., Hold The Door, Corp., and TN Accounting Inc.      Relief Defendants

CASE NUMBER   8:19-CV-01998JVS(JDEx)

8:19-cv-01998-JVS-(JDEx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Weaver, Margaret L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

919-716-6039          919-716-6050
*Telephone Number*    *Fax Number*

lweaver@ncdoj.gov
*E-Mail Address*

of   N.C. Department of Justice
     114 West Edenton Street
     Raleigh, NC 27603

     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

State of North Carolina, ex rel. Joshua H. Stein, Attorney General
*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Tusan, Christina V.
*Designee's Name (Last Name, First Name & Middle Initial)*

192203         213-473-6908
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

christina.tusan@lacity.org
*E-Mail Address*

of   Los Angeles City Attorney's Office
     200 N. Main Street, 5th Floor
     Los Angeles, CA 90012

     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83 2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded   ☐ not be refunded.

Dated: 11/1/19

*/s/ James V Selna*
U.S. District Judge James V Selna