Evan S. Romanoff
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison, State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General, and the People of the State of California<br><br>Plaintiffs<br>v.<br>Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, and Tuong Nguyen<br><br>Defendants, and<br>Infinite Management Corp., Hold The Door, Corp., and TN Accounting Inc.<br><br>Relief Defendants. | CASE NUMBER<br><br>8:19-cv-01998 JVS (JDEx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Romanoff, Evan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*
651-757-1454                    651-296-7438
*Telephone Number*              *Fax Number*
evan.romanoff@ag.state.mn.us
*E-Mail Address*

of Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Office of the Minnesota Attorney General

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Tusan, Christina V.
*Designee's Name (Last Name, First Name & Middle Initial)*
192203              213-473-6908
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
christina.tusan@lacity.org
*E-Mail Address*

of Los Angeles City Attorney's Office
200 N. Main Street, 5th Floor
Los Angeles, CA 90012
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83 2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83 2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated:  11/1/19

*signature: James V Selna*

U.S. District Judge James V Selna