Name and address:

Michael T. Henry
N.C. Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

**LODGED**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, By Its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of the State of California, <br><br> Plaintiff(s) <br> v. <br><br> Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center; True Count Staffing, Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, <br><br> Defendant(s). | CASE NUMBER <br><br> **8:19-cv-01998 JVS (JDEx)** <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Henry, Michael T.                                                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(919) 716-6039                          (919) 716-6050

*Telephone Number*          *Fax Number*

mhenry@ncdoj.gov

*E Mail Address*

N.C. Department of Justice
114 West Edenton Street
Raleigh, NC 27603

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

State of North Carolina, ex rel. Joshua H. Stein, Attorney General

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Tusan, Christina V.                                                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

192203              (213) 473-6908              (213) 978-8112

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

christina.tusan@lacity.org

*E Mail Address*

Los Angeles City Attorney's Office
200 N. Main Street, 5th Floor
Los Angeles, CA 90012

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

        ☐ for failure to complete Application: _____

        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
          is regularly employed or engaged in business, professional, or other similar activities in California.

        ☐ pursuant to L.R. 83 2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated          11/1/19

                                                              *James V Selna*
                                                              **U.S. District Judge James V Selna**