# Exhibit 1

**RAM Payment, LLC**
412 North Cedar Bluff Rd., Suite 400
Knoxville, TN. 37923

*Non-Party, Represented by*

**The Law Office of David W. Wiechert**
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675
Tel.: (949) 361-2822
Fax: (949) 361-5722

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et. al., <br><br> Defendants | No. 8:19-cv-01998 JVS |

**DECLARATION OF STEPHEN CHAYA ON BEHALF OF NON-PARTY RAM PAYMENT, LLC IN RESPONSE TO 10/21/19 TRO**

1

I, Stephen Chaya, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over 21 years of age and am the Chief Compliance Officer of non-party RAM Payment, LLC ("RAM").

2.      I make this declaration in response to the TRO dated 10/21/19, Section VII(D), requiring RAM to provide information regarding accounts held for defendants in the above named action, as well as to questions posed by the Receiver, Mr. McNamara to RAM's counsel. I have made inquiry from persons with our company knowledgeable of the facts stated in this declaration.  If called upon to testify, they could and would competently do so.

3.      Defendant Premier Student Loan Center used a variety of names with RAM, including First Priority, LLC, Priority Account Management, and True Count Staffing, Inc., but it was always the same group of people and they only had one open company in RAM, Priority Account Management. RAM's system lists the owners of Priority Account Management as Kaine Wen, Albert Kim, and Tuong Nguyen.

4.      Priority Account Management is the current business name in RAM. To the best of my recollection, the entity name at the time of sign up and application was First Priority LLC, 1704 S Granada Ave., Alhambra, CA 91901.

5.      The current bank on file at RAM is Sunwest Bank ABA 122228003, account ending 0992. The name on the account is First Priority LLC DDA Account. All funds from RAM are paid to this account.

2

6.     The prior bank on file was JP Morgan Chase, ABA 322271627, account ending 8566. The name on this account was Priority Account Management. RAM did not have any activity on this bank account.

7.     Clients from Priority Account Management began enrollment with RAM in December 2018, the last client draft activity was February 26, 2019 and the last transaction on Priority Account Management's RAM account was March 15, 2019 (fees paid out). This company has been closed in RAM since March 2019.

8.     A total of 36 clients were enrolled and 11 clients drafted. 24 drafts were issued in the total amount of $4,970.88.

9.     RAM currently has nothing pending or payable to Priority Account Management or any of its clients.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: October 28, 2019                    By: _____

                                           Stephen Chaya

                                           Chief Compliance Officer

                                           RAM Payment, LLC

3

# Exhibit 2

## DECLARATION OF DANI SCHNEIDER
## PURSUANT TO 28 U.S.C. §1746

I, Dani Schneider, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.      I am a citizen of the United States and am over the age of eighteen (18) years old. I am employed as an Investigator with the Consumer Financial Protection Bureau ("CFPB" or "Bureau") in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20522.

2.      I began working as an Investigator at the CFPB in August 2013. Prior to joining the CFPB, I worked as an Investigator at the Federal Trade Commission ("FTC") for five years.  In that position, I investigated violations of the FTC Act.  I have a Certified Fraud Examiner's License from the Association of Certified Fraud Examiners. As a Bureau Investigator, I research and investigate persons and entities that may be violating the Consumer Financial Protection Act and other statutes enforced by the Bureau.

3.      In August 2018, I was assigned to work on the Bureau's investigation of Consumer Advocacy Center Inc. ("CAC") dba Premier Student Loan Center ("Premier"), True Count Staffing Inc. dba SL Account Management, Prime Consulting LLC dba Financial Preparation Services, Albert Kim (aka Albert King), Kaine Wen (aka Wenting Kaine Dai, Wen Ting Dai, Kaine Wen Dai), and Tuong Nguyen (aka Tom Nelson), Infinite Management Corporation (fka Infinite Management Solutions, Inc.), Hold the Door, Corp., and TN Accounting, Inc. (collectively, "Defendants").

### Immediate Access

4.      On October 23, 2019, pursuant to the Temporary Restraining Order entered by this Court in CFPB et al. v. Consumer Advocacy Center, et al., Case 8:19-cv-

1

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

01998, I and other Bureau staff members accompanied Tom McNamara, the Court appointed Temporary Receiver ("Receiver") in this matter, as well as the Receiver's associates, to the business premises of the Defendants, located at 173 Technology Drive, Suite 202, Irvine, CA 92618, 15261 Laguna Canyon Road, Suite 200, Irvine, CA 92618, and 8 Hughes parkway, Suite 210, Irvine, CA 92618.

5.     At the time of the immediate access, there were approximately 60 (sixty) employees of the corporate defendants on the premises of 173 Technology Drive Suite 202; approximately 75 (seventy-five) employees of corporate defendants on the premises of 15261 Laguna Canyon Road Suite 200; and approximately 13 (thirteen) employees of the corporate defendants on the premises of 8 Hughes Parkway Suite 210.

6.     The Receiver invited Bureau staff and co-Plaintiffs to review company files as well as paperwork found in and around the desks of company employees. In order to properly identify where the documents were located, each premises was labelled. When inspecting and removing original documents, Bureau staff adhered to the following protocol: (1) indicate where the original documents were located, using the office or cubicle number and, if applicable, any other identifying marks (ie. Desk drawer); and (2) return all original documents to the Receiver after copying was completed. In some cases, copies of original documents were made while on the business premises and immediately returned to the specific location where the document was found.

7.     **Plaintiff's Exhibits 3-11** are true and correct copies of documents which the Bureau removed from the business premises. Personally identifiable information has been redacted. The chart below, which I created, identifies the Plaintiff Exhibit number, the location where the document was found and the assumed custodian of that workspace, and the bates range assigned to that document.

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

| Plaintiff's Exhibit | Location | Bates Number |
|---|---|---|
| Pl. Ex. 3 | 8 Hughes Parkway, Suite 210 Room 2-112, Desk 2 (Calvin Ho) | PSL001 1857-1858 |
| Pl. Ex. 4 | 8 Hughes Parkway, Suite 210 Room 2-112, Desk 2 (Calvin Ho) | PSL001 1964 |
| Pl. Ex. 5 | 173 Technology Drive, Suite 202 Office 2 (Christian Stark) | PSL002 0191-0194 |
| Pl. Ex. 6 | 173 Technology Drive, Suite 202 Office 2 (Christian Stark) | PSL002 0449 |
| Pl. Ex. 7 | 173 Technology Drive, Suite 202 Cubicle 5 (Jackline Shehata) | PSL002 0801 |
| Pl. Ex. 8 | 173 Technology Drive, Suite 202 Cubicle 67 (Melissa B.) | PSL002 0855 |
| Pl. Ex. 9 | 173 Technology Drive, Suite 202 Cubicle 67 (Melissa B.) | PSL002 0876-0877 |
| Pl. Ex. 10 | 173 Technology Drive, Suite 202 Cubicle 3 (Mark Christian) | PSL002 0987-0988 |
| Pl. Ex. 11 | 173 Technology Drive, Suite 202 Cubicle 40 (Josh Mostow) | PSL002 1032 |

8.     During the immediate access, I identified thousands of letters addressed to consumers at defendants' business addresses. Thousands of these letters were in the shred bins, and hundreds more were found in and around employee's desks. Many of these letters were from student loan servicers regarding upcoming student loan payments, notifications of forbearance or consolidation, notification that the consumer's email address isn't working, or notification of deadlines to recertify under IDR. Some of these letters were in the shred bins, but were still sealed. Plaintiff's Exhibit 14 is a photograph I took of the shred bin at 173 Technology

Road, Suite 202. Plaintiff's Exhibit 15 is a photograph I took of unopened mail addressed to consumers at 8 Hughes Parkway, Suite 210.

9.      On October 24, 2019, Joe Cipollini, the Receiver's IT Consultant, provided me with a thumb drive containing over 43,000 .pst files, which are Outlook data files. The thumb drive contained emails and their attachments. **Plaintiff's Exhibits 12 and 13** are true and correct copies of emails that were produced to the Bureau by the Receiver.

10.     During the immediate access, I took photographs and videos of all three of the Defendants' business premises and their business records. **Plaintiff's Exhibits 14 and 15** are true and correct copies of photographs taken during the immediate access.

11.     Mail for the Defendants was intermingled and located at all three business premises. For example, in a cabinet drawer of what appeared to be Tuong Nguyen's office, I identified mail addressed to True Count Staffing, Consumer Advocacy Center, and Prime Consulting in the same folder. During the immediate access, I identified numerous pieces of mail addressed to one location but found onsite at another business location.

12.     During the immediate access, I identified an intermingling of defendants' employees. For example, at 173 Technology Drive, I identified a paystub for Christian Sangalang in his office from True Count Staffing. In the office next door, I identified a paystub for Eric Ortiz in his office from Prime Consulting. In addition, Adon Janse was on site at 8 Hughes during the immediate access, but his office is located at 173 Technology.

13.     **Plaintiff's Exhibits 3, 8, and 11** show evidence that Defendants are using numerous DBAs and fictitious business names to conduct their business.

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

14.     **Plaintiff's Exhibits 7 and 10** further support the notion that Defendants intermingle their business records and use their corporate names interchangeably. In addition, in HR Manager Shirena Huizar's office at 15261 Laguna Canyon, her cabinets contained employee files in alphabetical order. Financial Preparation Services and Premier Student Loan Center employees were intermingled throughout the cabinets. In addition, I identified numerous Student Loan Account Management files in and near her desk. In what appeared to be Tuong Nguyen's office, I identified payroll records from ADP addressed to all three defendants: True Count, Prime Consulting, and Consumer Advocacy Center, in the same manila folder.

15.     **Plaintiff's Exhibits 5, 9, and 12** show guidance for employees on how to explain or respond to questions about family size.

### Consumer Complaints

16.     Over the course of this investigation, I accessed the complaint section of the FTC's Consumer Sentinel Network (Sentinel). Sentinel provides law enforcement members with access to over 18 million fraud and identity theft consumer complaints. Sentinel allows members to access consumer complaints submitted directly to the FTC, as well as to complaints shared by over 40 data contributors, including the Bureau, the Internal Revenue Service, over 20 State Attorneys General, and all North American Better Business Bureaus. Over 2,500 federal, state, local, and international law enforcement have access to Sentinel; hundreds of individual members access the system each week.

17.     On October 31, 2019, I searched Sentinel for complaints filed against the Defendants and dozens of other DBAs used by those companies. I identified 60 complaints in the Sentinel database related to these entities during the time period of September 1, 2019 through October 31, 2019. These consumer complaints come

from consumers in the following 28 states: Alabama, Arizona, California, Colorado, Florida, Georgia, Illinois, Iowa, Kansas, Massachusetts, Michigan, Mississippi, Missouri, Nebraska, Nevada, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oregon, Pennsylvania, South Carolina, Tennessee, Texas, Virginia, West Virginia, and Wisconsin. **Plaintiff's Exhibit 16** is a true and correct copy of a sample of recent consumer complaints.

<b><u>Defendants' Bank Accounts</u></b>

18.     Pursuant to the Asset Freeze entered by this Court in CFPB et al. v. Consumer Advocacy Center et al, Case 8:19-cv-01998-JVS, the Bureau received documents from Defendants' financial institutions. The chart below, which I created, summarizes the responses that the Bureau has received. As of November 1, 2019, the known amount frozen is $5,004,430.

| **Financial Institution** | **Account Title** | **Account #** | **Amount** |
|---|---|---|---|
| Sunwest Bank | True Count Staffing | 2499 | $364,355.56 |
| Quantum | Student Loan Management | 1149 | $490,190.39 |
| National Merchant Center | True Count Staffing dba Premier Student Loan Center | | $1,443,717.86 |
| National Merchant Center | True Count Staffing dba SL Account Mgmt | | $2,120,775.87 |
| JP Morgan Chase | True Count Staffing | 1126 | $8,887.95 |
| JP Morgan Chase | Prime Consulting | 0325 | $517,412.78 |
| JP Morgan Chase | TN Accounting | 7163 | $18,461.53 |

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

| JP Morgan Chase | Infinite Management Corp. | 3880 | $40,628.40 |
|---|---|---|---|
| | | **TOTAL** | **$5,004,430.34** |

### **Contact with Defendants**

19.     On October 8, 2019, I placed a call to telephone number (888) 548-0476, which is the telephone number on the Premier Student Loan website (Pl. Ex. 20). I spoke to a female representative who identified herself as Ysenia with Student Loan Account Management. The representative asked me for my contact information, information about my student loans, my marital status, and my family size. The representative told me that somebody would return my call to discuss student loan forgiveness with me and confirmed that the person calling would be with Student Loan Account Management. The representative further explained that they are all in different departments of the same company – the representative indicated that she was in customer support at one location, while the person who would call me back to discuss enrollment qualifications would be with another department at a different location. **Plaintiff's Exhibit 17** is a true and correct copy of the transcript of this conversation.

20.     On October 8, 2019, I received a return call from (949) 528-8263 and spoke to a representative who identified himself as Manny with Student Services Plus. When asked if he was calling from Student Loan Account Management, the representative stated that the company specialized in student loan forgiveness and payment options.  The representative later identified the company as studentservicesplus.com.  When asked about the prospects for having loans forgiven, the representative provided an example of a person who owed approximately $540,000 that the representative was able to reduce to

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

approximately $40,000. **Plaintiff's Exhibit 18** is a true and correct copy of the transcript of this conversation.

21. On October 11, 2019, I placed a second call to telephone number (888) 548-0476, which is the telephone number on the Premier Student Loan website (Pl. Ex. 20). I spoke to a representative who identified himself as "Arthur" with Customer Support. Asked if the company name was Premier Student Loan Center, the representative stated that calls are directed to customer support and confirmed that the company was Premier. After asking for information about my loans, the representative indicated that I would receive a return call from the Student Services Plus, which was described as a sister company. When asked what this meant, the representative stated that the companies work together. **Plaintiff's Exhibit 19** is a true and correct copy of the transcript of this conversation.

22. On October 11, 2019, I received a return call from a representative who identified himself as Josh Owens with Student Services Plus. After asking about my employment, the representative asked me to confirm my email address that was associated with Premier Student Loans. When I stated that I had initially called a number that I found on the Premier Student Loan Center website and pointed out that the representative indicated he was calling from a different company, the representative explained that they just merged with another company whose name the representative did not recall, then reiterated that he was calling from Student Services Plus. The representative then went on to explain that there were actually eight different companies that had merged into one, but that they are all doing the same work. When I inquired as to the success rate for loan forgiveness by the company, the representative indicated that the company is usually able to reduce loans by about half. **Plaintiff's Exhibit 20** is a true and correct copy of the transcript of this conversation.

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

23.     In accordance with privacy policies of the Court and the Bureau, Plaintiffs'

Exhibits have been redacted to protect Personally Identifiable Information and the

investigative tools of the Bureau.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _November   1, 2019_

_____

Dani Schneider

SCHNEIDER DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# Exhibit 3

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

*SR0010222255S*
23.00
20186516081 4:15 pm 07/16/18
46 PP2 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

MAIL FILED DOCUMENTS TO:

NAME **LE HO**

ADDRESS **2522 CHAMBERS ROAD, SUITE 100, ROOM 209**

CITY/ST/ZIP **TUSTIN, CA 92780-9278**

| | |
|---|---|
| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed) Filing fee $23.00 for one business name $7.00 for each additional business name $7.00 for each additional partner after two |  **HUGH NGUYEN** ORANGE COUNTY CLERK - 12 Civic Center Plaza, Room 106 POST OFFICE BOX 238 Santa Ana, CA 92701 |

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | STUDENT LOAN SOLUTIONS | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 2522 CHAMBERS ROAD, SUITE 100, ROOM 209 | TUSTIN | CA | 92780-9278 | CALIFOR |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | PRIME CONSULTING LLC | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 168-A | IRVINE | CA | 92618 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [ ] Yes | |
| | [X] No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [ ] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association | |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [X] A Limited Liability Company |

CONFORMED COPY OF ORIGINAL
RECORD OF IF BEARS THE STAMP OF THE ORANGE COUNTY CLERK-RECORDER

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| | | |
|---|---|---|
| REGISTRANT(S) NAME | PRIME CONSULTING LLC | LE HO PRESIDENT |
| | (Type or Print Name) | Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

Page 1 of 1 of Document Number 20186516081

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**



# Exhibit 4

**MONDAY**
- 4590 MacArthur Blvd. Ste 500 #8 Newport Beach, CA 92660
- 8 Whatney Ste 100 #8 Irvine, CA 92618
- 173 Technology Dr.  Irvine, CA 92618
- 17322 Murphy Ave.  #A Irvine, CA 92614 (Call Before Pickup)
  (Secure Financial Assist)

**WEDNESDAY**
- 5151 California Ave. Irvine, CA 92617
- 8 Whatney Ste 100 #8 Irvine, CA 92618
- 173 Technology Dr.  Irvine, CA 92618

**Tuesday:**
- 7545 Irvine Center Dr Irvine, CA 92618 (First Priority)
- 8 Whatney Ste 100 #8 Irvine, CA 92618
- 173 Technology Dr.  Irvine, CA 92618

**THURSDAY**
- 15333 Culver Dr. #340p Irvine, CA 92604
- 8 Whatney Ste 100 #8 Irvine, CA 92618
- 173 Technology Dr.  Irvine, CA 92618

**FRIDAY**
- 300 Spectrum Center Dr. #400 Irvine, CA 92618
- 7545 Irvine Center Dr Irvine, CA 92618 (First Priority)
- 8 Whatney Ste 100 #8 Irvine, CA 92618
- 173 Technology Dr.  Irvine, CA 92618
- 17322 Murphy Ave.  #A Irvine, CA 92614 (Call Before Pickup)
  (Secure Financial Assist)

# Exhibit 5

**Steps to Follow when Dealing with FS Error(s)**

- Confidently Cover the reason for Error with the Client

- Assure the client that their problem can and will be resolved letting them know that we have experience with this type of resolution

- Present the client with your resolution moving forward

- Actively listen to the clients concerns regarding the errors and the solution you have presented

- Offer to go over any new payment options with the client

- (If the client is unable to review the numbers presently, set up an adequate follow up time to cover the numbers with them and decide on a resolution moving forward)

Hello my name is (Acct Rep) with our Account Management Department. I apologize for the time on hold but as I am new to the file, I wanted to review the current situation with your account. If I am understanding correctly it looks like we uncovered a discrepancy in the numbers reported on your application and I want to apologize as I'm sure this could cause some concern moving forward. I want to assure you that I will do everything in my power to make sure that we have this resolved in a timely manner and can decide together on what makes the most financial sense for you moving forward. Before we assess the corrected numbers on your application were there any immediate concerns you would like me to address?

**"How Long has my information been wrong and why am I just finding out about this now?"**
I completely understand. I am going to review your file now and we can look at what the impact might be for you. I can tell you that since we have been in business and being that we handle thousands of clients, errors can happen for any number of reason. While we would have to open an internal investigation with our quality assurance department to understand how this error occurred, I feel confident we can figure out details of your repayment plan moving forward. What were you paying before you enrolled into the program?

**"Does this mean that I am going to be kicked out of the program?"**
While I can understand that this opens questions on your repayment program it should not raise any concerns about your eligibility. The Department of Education assesses two things to qualify for an Income Driven Repayment program; income and family size. One of the reasons we have developed so much as a business partially due to the improper filing done by servicers who work directly with the U.S. Department of Education.

Many people were being told they were not eligible for certain repayment programs like the Public Service Loan Forgiveness program or even in several cases qualified borrowers being rejected for income driven repayment. The fact is, if you have Federal Direct Loans or other federal student loan types, you should be eligible for repayment inside of the different plans. What were you paying every month before you enrolled into the program?

**"Does this mean that I am going to be kicked out of the program?"**
While I can understand that this opens questions on your repayment program it should not raise any concerns about your eligibility. The Department of Education assesses two things to qualify for an Income Driven Repayment program; income and family size. One of the reasons we have developed so much as a business partially due to the improper filing done by servicers who work directly with the U.S. Department of Education.

Many people were being told they were not eligible for certain repayment programs like the Public Service Loan Forgiveness program or even in several cases qualified borrowers being rejected for income driven repayment. The fact is, if you have Federal Direct Loans or other federal student loan types, you should be eligible for repayment inside of the different plans. What were you paying every month before you enrolled into the program?

**"So am I going to have to pay back the difference on the monthly payments that were wrong?"**
Of course that is a good question. I think the best news is that we caught this early and not after the five or ten-year mark in the program. Given the sheer amount of student loan borrowers in the United States which has recently been surveyed as 44.7 million people, the Department of Education's Loan Servicers are absolutely inundated with applicants. If you look at a much broader perspective the amount of paperwork that has to be reviewed and filed is unimaginable. We also know more recently even the head of CFPB resigned and has been reported to say that the industry is largely unregulated because of how massive the number of student loan borrowers are. It's no secret that we are facing a major student loan crisis that has made news headlines and the likelihood of one- or two-years misfiling's coming to surface is unlikely. This doesn't mean that we take this lightly and want to be certain that you are moving forward in the right direction. ~~If by the off chance you were to be notified about discrepancies on your monthly payment inside of your program, we plan on still being here and you will have my contact information to discuss options for resolution.~~ With your permission I would like to go over the numbers now to assess the total payment amount.

**"This new payment is going to cost me too much and I can't make that kind of payment right now..."**
Okay I understand the situation and I'm very sorry to have to share this news with you. If this payment amount is too much moving forward, you still have other repayment options. These income driven repayment programs were designed for individuals that were exiting school and entering into the work force or for individuals that were taking lesser paying jobs to stimulate or incentivize certain jobs. If this program does not make sense, we can always place you back into a standard repayment program or look at a graduated repayment plan as an option. Let's

re-assess your family size based on the definition of family size as indicated by the Department
of Education to make sure that these numbers are accurate before we go any further. Of course
the greater number of dependents that you have improves the potential for a decreased monthly
payment. (Refer to the definition of Family Size)

Family size means: The number that is determined by counting the borrower, the borrower's
spouse, and the borrower's children, including unborn children who will be born during the year
the borrower certifies family size, if the children receive more than half their support from the
borrower. A borrower's family size includes other individuals if, at the time the borrower certifies
family size, the other individuals -
(i) Live with the borrower; and
(ii) Receive more than half their support from the borrower and will continue to receive this
support from the borrower for the year the borrower certifies family size. Support includes
money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of
college costs.

With all of that in mind would that change the number of dependents that you might have?

**"How can I trust that moving forward this won't happen again or that you will follow
through with my file?"**
I would never ask you to trust us as a business based on my words alone, however I would
think that by us approaching you with our records it might be clear that we are very much
interested in ensuring file accuracy and compliance with each one of our clients. This industry
has had to account for a massive increase in student loan borrowers that presently outweighs
both credit card holders and auto loan holders in the United States. Unfortunately, quite similar
to the home loan industry, mistakes were made and that means businesses like ours are
learning along the way.

We have more than doubled our customer support department, added additional departments
for quality assurance and are implementing strategies to ensure that each one of our clients not
only feel confident moving forward with us but would want to leave positive reviews and refer us
to friends.

**"I am involving my lawyer.."**
"I understand that you feel it is necessary to move forward with legal involvement. We do have a
legal department that can handle any such matters. I will turn your file over to management and
have someone reach out to you or your attorney to discuss the details of your account in greater
detail."

**What if the person you are speaking with claims to be a lawyer or may in fact practice
law?**

"Thank you for reaching out to us today. If you may, I will just need the State Rep Judicial
Attorney ID that is on your certificate to practice law in your state so that I may add that to our
records and so our attorneys can contact you directly."

# Exhibit 6

10/03/19

Rebecca Guzman
Costal Shores Financial Group
8 Whatney ste 100 #8
Irvine, CA 92618


Dear Ms Guzman:

Due to the lack of communication, you
have cost me over $200 in interest. My
monthly payments have not declined as I
was told would happen. I didn't find out that
I was denied for the program until I received
the info from FedLoan in the middle of September.
As recent as Sept. 24th, your company contacted
me requesting more information to process this program.
With all the problems, I am hereby requesting all
monies paid to your company be refunded, and I'm cancelling,

# Exhibit 7

**Isabel Banda**

**Subject:**                          FW: Name Change Reminder

**From:** Isabel Banda <hr@slaccountmgmt.com>
**Sent:** Wednesday, February 6, 2019 4:16 PM
**Subject:** Name Change Reminder

Hello Team,

As you all know we have had our company name change in the past. Our focus is on being a third party customer service department that takes care of customer support for SL Account Management, Premier Student Loan Center, Financial Preparation Services, Financial Loan Advisors, and Tangible Saving Solutions.

Please continue to answer the phone as customer support/ customer service. You **SHOULD NOT** say that we had a name change or that we are any of those other companies. We are simply the customer service department that supports their clients.

**Script:**
"We are a third party customer service department that takes care of customer support for many different companies. It looks like you have been working with (insert appropriate company name here: SL Account Management, Premier Student Loan Center, Financial Preparation Services, Financial Loan Advisors, and Tangible Saving Solutions)."

If you are unclear or if you have any questions please let us know.

Thank you,

Isabel Banda
**Human Resources**
**SL Account Management**
Direct/Office: (949) 201-2454
Fax: (877) 809-6005

Pl. Ex. 7
P. 43
PSL002 0801