# Exhibit 8

# Manager Cheat Sheet

| *If company name is...* | *Manager's name is...* |
|---|---|
| Administrative Accounting Center | Nicollette Bryan |
| Best Choice Financial Center | Alyssa Levasseur |
| Financial Direct Services | Lindsay Blalock |
| First Document Services | Morgan Miller |
| Global Direct Accounting Solutions | Tara Herrera |
| Keystone Document Center | James Thomas |
| Pacific Palm Financial Group | Zach Kennedy |
| Pacific Shores Advisory | Malea Shapley |
| Regional Accounting Center | Brian Barnes |
| Sequoia Account Management | Austen Kalevitch |
| Signature Loan Solutions | Monica Menchaca |
| Yellowstone Account Services | Matt Weinberg |
| Anything else | Irrelevant – they no longer work here |

# Exhibit 9

**Q: Is this legit?**

A: We are a certified enrollment center, and all of these programs are approved through the US Department of Education. They are all federal government programs and benefits. My job is just collect a valid Proof of Income so that we can get you approved.

**Q: How does this work?**

A: What happens is that the Department of Education is going to pay off your current servicer(s) (Fed loan, Navient, etc) for the entire loan balance. Y will show as "Paid in Full" and be consolidated into 1-2 big loans that will return to a servicer with your program in place. And as long as you stay good on your monthly payments, and re-certify every year which we also help you with, they are going to completely forgive and discharge any balance that remains at the end of your program.

**Q: Who are you guys?/-How do I know this isn't a scam?**

A: We are a certified enrollment center hired to assist in the qualifying and enrollment for the Federal Forgiveness Programs. These are all government programs, similar to social security benefits or disability, and you will be receiving notification of every completed step along the way.

**Q: What happens to my credit?**

A: Great question. The federal government is going to pay off the entire balance of the loans with your current servicer. All of the loans will show on your credit as PAID IN FULL. Then they will eliminate the multiple different loans and combine them into just 1-2 loans, which will be forgiven and removed at the end of your program. [If you are in default, this will have highly positive effects on your credit! The loans will be pulled out of default, and brought back to a positive standing. Each month that you make a payment, it will show and track positive pay history. This will surely prevent any future damage that these loans might have caused in the past]

**Q: Can I pay more each month and get done faster?**

A: That is a very good point that you brought up. So these are TERM based programs, and the forgiveness occurs at the END of the program, which is 240 months (120 mo). If you were to pay more than the minimum, all you would be doing is eating away at the balance that gets forgiven at the end of the program. This is the type of program where you want to just make the minimum monthly payments, in order to receive the maximum amount of forgiveness at the end of the program.

**Q: This sounds too good to be true**

A: This is a government program just like any other, similar to social security benefits or disability. Based on your income, family size, and loan history the factors happen to be in your favor.

**Q: What happens if I go back to school?/Can I back to school?**

A: As long as you are enrolled, your loans will remain current and in good standing, and you'll be more than eligible to return to school and take out additional loans. The additional loans will also qualify to be added to your forgiveness program.

**Q: Why can't I just do this on my own?/ I've heard I could do this for free**

A: You can, however many people fall out of the program without help. They either forget to re-certify or did something wrong in their paperwork and were denied forgiveness. It's very similar to getting your taxes filed using an HR Block, we assist with your documentation so that it is done correctly.

> Fact if needed: Around October in 2018 that less than one percent of borrowers who submitted Public Service Loan Forgiveness applications after the first cohort of candidates became eligible last year—96 out of 28,000—have been accepted into the program. And that's just Public Service. Servicers like Navient are actually under a lawsuit for trying to steer people away from these programs because they make money off your interest. (Case 1:18-cv-09031 if they wanted it)

**Q: Why do I need to send Pay Stubs? / I Thought I was already Approved?**

A: Based on the information you provided your Loan Advisor we can get you approved, however the Department of Education requires verification of this income. Hence the need for your Pay Stubs or your most recent Tax-Filing(For Self Employed: A Letter of Self Employment which we send you the template that is acceptable to the Department of Education)

Takes 6-9 mths. For credit to get better.

# Exhibit 10

> SLAM -
> – Not PSLC?
>         No, but yes –
> – But you're my servicer?
>         No, but don't call them
> – So you're a 3rd party?
>         Well 4th if you count PSLC

Because we get Scam accusations & need to change our name constantly

# Exhibit 11

| DBA | TOLL FREE | WEBSITE | MANAGER |
|---|---|---|---|
| Premier Student Loan Center | (855) 340-7773 | N/A; company no longer take new clients | Matt Weinberg |
| Financial Preparation Services | (877) 709-0795 | https://financialpreparationservices.com/ | Zach Kennedy |
| South Coast Financial Center | (855) 877-4831 | https://www.southcoastfinancialcenter.com/ | James Thomas |
| Direct Account Services | (855) 877-5211 | https://www.directaccountservices.com | Matt Weinberg |
| Financial Loan Advisors | (877) 382-2596 | https://www.financialloanadvisors.com/ | |
| Account Preparation Services | (855) 866-2857 | https://www.accountpreparationservices.com/ | |
| Administrative Financial | (855) 877-9458 | https://www.administrativefinancial.com/ | Nicollette Bryan |
| Tangible Savings Solutions | (877) 921-3705 | http://tangiblesavingssolutions.com/ | |
| Coastal Shores Financial Group | (855) 877-2363 | https://www.coastalshoresfinancialgroup.com/ | Zach Kennedy |
| First Choice Financial Centre | (877) 768-4620 | https://www.firstchoicefinancialcentre.com | |
| Administrative Account Services | (855) 773-0028 | https://www.administrativeaccountservices.com | James Clark |
| Primary Account Solutions | (877) 640-4918 | https://www.primaryaccountsolutions.com | |
| Prime Document Services | (877) 795-4896 | https://www.primedocumentservices.com | |
| Financial Accounting Center | (855) 659-8774 | https://www.financialaccountingcenter.com | Morgan Miller |
| Doc Management Solutions | (855) 877-5184 | https://www.docmanagementsolutions.com | |
| Sequoia Account Management | (855) 981-6062 | https://www.sequoiaaccountmanagement.com | Austen Kalevitch |
| Pacific Palm Financial Group | (855) 259-5457 | https://www.pacificpalmfinancialgroup.com | Zach Kennedy |
| Pacific Shores Advisory | (855) 740-7237 | https://www.pacificshoresadvisory.com | Malea Shapley |
| First Document Services | (855) 728-5743 | https://www.firstdocumentservices.com | Morgan Miller |
| Keystone Document Center | (844) 279-8002 | https://www.keystonedocumentcenter.com | James Thomas |
| Administrative Accounting Center | (844) 680-0793 | https://www.administrativeaccountingcenter.com | Nicollette Bryan |
| Global Direct Accounting Services | (833) 780-0913 | https://www.globaldirectaccountingsolutions.com | Tara Herrera |
| Signature Loan Solutions | (855) 800-5721 | https://www.signatureloansolutions.com | James Clark |
| Best Choice Financial Center | (844) 817-8003 | https://www.bestchoicefinancialcenter.com | Alyssa Levasseur |
| Yellowstone Account Services | (844) 680-0797 | https://www.yellowstoneaccountservices.com | Matt Weinberg |

# Exhibit 12

**To:** Advisor[advisor@financialpreparationservices.com]
**From:** Christian Stark
**Sent:** Tue 8/20/2019 12:51:25 AM
**Subject:** Re: New Note Created On File: ▬▬▬▬▬ - - 342952730

Thanks for the update.

---

**From:** Advisor <advisor@financialpreparationservices.com>
**Sent:** Monday, August 19, 2019 5:45 PM
**To:** Christian Stark <cstark@processingsupport.com>
**Subject:** Re: New Note Created On File: ▬▬▬▬▬ - - 342952730

We have QC team auditing every call over 5 minutes. They just started last week. We are also rolling out a new script that will help a lot with this. Here is the definition that we added to our current script, this is directly from DOE site.

Here is the FS definition off of the studentloans.gov website. Here is the direct link, https://studentloans.gov/myDirectLoan/repaymentEstimator.action. Just look for the word "family size" hyperlinked in blue.

**"Family size always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.**

**For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.**

**Support includes: money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. For the purposes of these repayment plans, your family size may be different from the number of exemptions you claim on your federal income tax return."**

---

**From:** Christian Stark <cstark@processingsupport.com>
**Sent:** Monday, August 19, 2019 5:17:40 PM
**To:** Advisor <advisor@financialpreparationservices.com>
**Subject:** Fw: New Note Created On File: ▬▬▬▬▬ - - 342952730

Do you have a guide for what the department of education considers as family size? The way almost every advisor is pitching family size is pretty similar to this client. This client has no dependents, but his file has a family size of 7 on it.

---

**From:** mshapley@pacificshoresadvisory.com <mshapley@pacificshoresadvisory.com>
**Sent:** Monday, August 19, 2019 4:59 PM
**To:** Christian Stark <cstark@processingsupport.com>
**Subject:** New Note Created On File: ▬▬▬▬▬ - - 342952730

Note Type: General
Entered By: Malea Shapley
Notified: cstark@processingsupport.com, jboylan@financialpreparationservices.com

No same day ran :(

# Exhibit 13

**To:** Christian Stark[cstark@slaccountmgmt.com]
**From:** Monique Dinh
**Sent:** Tue 4/24/2018 6:12:00 PM
**Subject:** FW: Cancellation and Refund Policy

**From:** Albert Kim <albert@premierstudentloancenter.com>
**Sent:** Saturday, April 14, 2018 1:09 PM
**To:** Monique Dinh <monique@slaccountmgmt.com>
**Cc:** tom@premierstudentloancenter.com; Kaine Wen <kaine@premierstudentloancenter.com>
**Subject:** Re: Cancellation and Refund Policy

Looks good Tom.

Sent from my iPhone
On Apr 13, 2018, at 7:55 PM, Monique Dinh <monique@slaccountmgmt.com> wrote:

> Well said Tom!
> **From:** tom@premierstudentloancenter.com <tom@premierstudentloancenter.com>
> **Sent:** Friday, April 13, 2018 10:54 AM
> **To:** 'Albert Kim' <albert@premierstudentloancenter.com>; Monique Dinh <monique@slaccountmgmt.com>
> **Cc:** 'Kaine Wen' <kaine@premierstudentloancenter.com>
> **Subject:** RE: Cancellation and Refund Policy
>
> Hello Everyone,
> So to summarize if a file is submitted incorrectly, (which is in most cases, client is entitled to a full refund.). This will make it easier for customer service representatives.
>
>> 1. Clients are entitled to a full refund if there is anything wrong with their file. No negotiation regarding of partial refunds for these clients. Errors can be FS, Married submitted as single, client didn't get their quoted amount, or client found out a processor called on their behalf to the servicer.
>
> If a client's file is submitted correctly and complains that no one told him he can do it for free.
>
>> 1. Customer Rep can offer to recertify him for free for the next year or offer half of his enrollment fees back. Just let client know that what PSLC does is document preparation similar to what a CPA does for tax clients. They offer to file paperwork for a fee. This usually resolves the problem with clients who say no one told them they can do it for free. If all else fails and client threatens any additional action. I just offer them a full refund.
>
> Tom
>
> **From:** Albert Kim <albert@premierstudentloancenter.com>
> **Sent:** Friday, April 13, 2018 10:08 AM
> **To:** Monique Dinh <monique@slaccountmgmt.com>
> **Cc:** Kaine Wen <kaine@premierstudentloancenter.com>; tom@premierstudentloancenter.com
> **Subject:** Re: Cancellation and Refund Policy
>
> Sent from my iPhone
> On Apr 13, 2018, at 6:22 PM, Monique Dinh <monique@slaccountmgmt.com> wrote:
>
>> I think I can do my best and train all cs reps to be able to know when a refund will be necessary as for the client realizing they could have done it for free, I have some good people for retention on that and if that fails we can offer a partial refund, if that fails I just say cancel and refund
>
> - I'm good with this
>
>> **From:** Kaine Wen <kaine@premierstudentloancenter.com>
>> **Sent:** Friday, April 13, 2018 9:18 AM
>> **To:** Monique Dinh <monique@slaccountmgmt.com>
>> **Cc:** Albert Kim <albert@premierstudentloancenter.com>; tom@premierstudentloancenter.com
>> **Subject:** Re: Cancellation and Refund Policy
>>
>>> In regards to the cancellation policy below I just want to advise you that we submit everyone as single whether married or not so that technically will make everyone eligible for a refund and because of family size.
>>> If the complaining client is single and the family size is correct (confirmed by client) - then that's when the CS Rep can negotiate a partial refund.

T-016102-00211803

Pl. Ex. 13
P. 57

> > So this policy is more of a case by case basis? Should refunds be approved by a manager before issued? Not all the customer service reps will be able to recognize the terms of a refund listed below

Well that's why it's up to you to retrain the CS Dept. ;)

> > > 2. The only time that customer service can negotiate a partial refund is if the clients' file is submitted 100% correctly.

If negotiations attempts fail. CL is still requesting refund( ex. Didn't realize he/she could do on her own for free ) is the policy at that point to refund 100%?

This is the tough one. **Tom** and **Monique**, please offer your thoughts.

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

> On Apr 13, 2018, at 8:52 AM, Monique Dinh <monique@slaccountmgmt.com> wrote:
> Hi guys,
> In regards to the cancellation policy below I just want to advise you that we submit everyone as single whether married or not so that technically will make everyone eligible for a refund and because of family size.
> So this policy is more of a case by case basis? Should refunds be approved by a manager before issued? Not all the customer service reps will be able to recognize the terms of a refund listed below
>
> **From:** Albert Kim <albert@premierstudentloancenter.com>
> **Sent:** Thursday, April 12, 2018 9:19 PM
> **To:** tom@premierstudentloancenter.com
> **Cc:** Kaine Wen <kaine@premierstudentloancenter.com>; Monique Dinh <monique@slaccountmgmt.com>
> **Subject:** Re: Cancellation and Refund Policy
> Please see below.
>
> Sent from my iPhone
> On Apr 13, 2018, at 4:06 AM, <tom@premierstudentloancenter.com> <tom@premierstudentloancenter.com> wrote:
>
> > Hello Albert and Kaine,
> > This is what I am going to tell Monique and Customer Service the refund policy is, if you agree.
> > > 1. Clients are entitled to a full refund if there is anything wrong with their file. No negotiation regarding of partial refunds for these clients. Errors can be FS, Married submitted as single, or client didn't get their quoted amount.
>
> Good- may want to add that processor called in as CL and CL found out?

2. 3. Clients will be fully refunded if they threaten a chargeback, leave a negative review, or threaten to go to a governmental agency or contact their lawyers no matter what.

Good

4. 5. The only time that customer service can negotiate a partial refund is if the clients' file is submitted 100% correctly.

If negotiations attempts fail. CL is still requesting refund( ex. Didn't realize he/she could do on her own for free ) is the policy at that point to refund 100%?

6.
Please offer any other suggestions or disagree with any of the above points. Once you guys both agree, I will roll this out to Monique and customer service. Monique will then add it to the training manual.
Tom
**From:** Monique Dinh <monique@slaccountmgmt.com>
**Sent:** Tuesday, April 10, 2018 3:54 PM
**To:** 'Albert Kim' <albert@premierstudentloancenter.com>; 'Kaine Wen' <kaine@premierstudentloancenter.com>
**Cc:** 'Tom' <tom@premierstudentloancenter.com>
**Subject:** Cancellation and Refund Policy
Hi Albert,
Just wanted to make sure we were all on the same page regarding the cancel and refund policy can you please confirm before I put It in writing in the training manual? Thanks!

## Monique Washington
**Processing Department**

<image005.gif>

<image006.png>
<image008.png>**SL Account Management**
**Direct: (949) 202-1688**
**Fax: 1-877-281-1365**
**Email:Monique@slaccountmgmt.com**
**Toll Free: 1-888-283-9631**

<image005.gif>
***** Email confidentiality notice *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

# Exhibit 14



# Exhibit 15

