UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-1998 JVS (JDEx)  Date  November 1, 2019

Title  Bureau of Consumer Financial Protection v. Consumer Advocacy Center Inc.

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER CONTINUING HEARING AND TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b)(2), and upon a showing of good cause, including the application of Tuong Nguyen and TN Accounting, Inc. (Docket No. 61), the Court takes the following actions:

- The Court continues the hearing on its Order to Show Cause (Docket No. 24) to November 18, 2019 at 3:00 p.m.

- The Court's Temporary Restraining Order (Docket No. 24) shall remain in force for an additional 14 days, until the conclusion of the hearing on November 18, 2019.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |