VENABLE LLP
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
  abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorneys for Defendants

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXCLUDE INCOMPLETE EVIDENCE AND FOR LEAVE FOR LIVE TESTIMONY AT PRELIMINARY INJUNCTION HEARING**<br><br>Date/Time: Under Submission<br>Crtrm: 10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set |

**[PROPOSED] ORDER**

Upon consideration of the *Ex Parte* Application to Exclude Incomplete Evidence and for Leave for Live Testimony at Preliminary Injunction Hearing (the "Application") of True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp. (together, "Moving Parties"), and good cause appearing therefor, it is hereby **ORDERED** that the Application is **GRANTED**; and **IT IS FURTHER ORDERED** that:

(i) the transcripts of the Bureau of Consumer Financial Protection's investigative hearings of Maxwell Camp (Dkt. 33, Ex. 33) and Jovani Ortuno (Dkt. 33, Ex. 34) are hereby stricken from the record and shall not be considered for any purpose; and Moving Parties are entitled to an award of reasonable attorneys' fees and costs expended in connection with applying for this relief according to proof; and

(ii) leave is granted for Moving Parties to present, at the November 4, 2019 show cause hearing, the oral testimony of one or more of the witnesses that submitted declarations in support of Moving Parties' Response to Order to Show Cause Why Preliminary Injunction Should Not Issue (Dkt. 48), including Jimmy Lai, Adon Janse, Nicole Balestreri, and Shirena Huizar.

**IT IS SO ORDERED.**

Dated: 11/1/19

**DENIED**
BY ORDER OF THE COURT

Hon. James V. Selna
United States District Court Judge