Name and address:
Allyson B. Baker
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000 / Email: abbaker@venable.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection; et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-01998-JVS(JDEx) |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Baker, Allyson B.                                      of    VENABLE LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        600 Massachusetts Avenue, NW
                                                                    Washington, DC 20001
(202) 344-4000         (202) 344-8300
*Telephone Number*      *Fax Number*
abbaker@venable.com
*E-Mail Address*                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
True Count Staffing Inc.; Prime Consulting LLC; Albert Kim; Kaine Wen; Infinite Management Corp. (Relief Defendant); and Hold the Door, Corp. (Relief Defendant).

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ___

**and designating as Local Counsel**

Chang, Witt W.                                        of    VENABLE LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        2049 Century Park East, Suite 2300
                                                                   Los Angeles, CA 90067
281721         (310) 229-9900         (310) 229-9901
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
wwchang@venable.com
*E-Mail Address*                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
         ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
         ☐ for failure to complete Application: ___
         ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
         ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
         ☐ because ___

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated  11/1/2019

                                                    *U.S. District Judge James V Selna*

