Name and address:
Gerald S. Sachs
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 344-4000 / Email: gsachs@venable.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiff(s) <br> v. <br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendant(s). | CASE NUMBER <br> 8:19-cv-01998-JVS(JDEx) <br><br> ORDER ON APPLICATION <br> OF NON-RESIDENT ATTORNEY TO APPEAR <br> IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sachs, Gerald S.       of   VENABLE LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   600 Massachusetts Avenue, NW
                                                              Washington, DC 20001

(202) 344-4000        (202) 344-8300
*Telephone Number*    *Fax Number*

gsachs@venable.com
*E-Mail Address*      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

True Count Staffing Inc.; Prime Consulting LLC; Albert Kim; Kaine Wen; Infinite Management Corp. (Relief Defendant); and Hold the Door, Corp. (Relief Defendant).

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Chang, Witt W.        of   VENABLE LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2049 Century Park East, Suite 2300
                                                             Los Angeles, CA 90067

281721               (310) 229-9900        (310) 229-9901
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

wwchang@venable.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** 11/1/2019                    *James V Selna* (signature)
                                        U.S. District Judge James V Selna


American LegalNet, Inc.
www.FormsWorkFlow.com