Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | Case No. 8:19-cv-01998-JVS (JDEx) |
| | **APPENDIX TO PRELIMINARY REPORT OF RECEIVER** |
| Plaintiffs, | |
| v. | JUDGE:    Hon. James V. Selna<br>CTRM:    10C |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc., | |
| Relief Defendants. | |

# INDEX OF EXHIBITS

| Tab | Description | Page |
|---|---|---|
| 1 | DebtPayPro Screenshot | 1 |
| 2 | 15261 Laguna Canyon Road Schematic and Inventory | 2 |
| 3 | 173 Technology Drive Schematic and Inventory | 4 |
| 4 | 8 Hughes Parkway Schematic and Inventory | 6 |
| 5 | Report of Forensic Accountant | 8 |
| 6 | Email re: Wall Street Journal Article (8/27/2019) | 29 |
| 7 | Email re: Sales Pause (8/27/2019) | 49 |
| 8 | Email re: Technology Upgrade Customer Service Script (8/28/2019) | 50 |
| 9 | Zero Tolerance Policy Flyer | 52 |
| 10 | Spreadsheet of Company DBA's | 53 |
| 11 | October 21, 2019 Sales Script | 54 |
| 12 | Receipt for Purchase of 17011 Beach Blvd. Virtual Office (7/8/2019) | 67 |
| 13 | Email re: Billing Information for TAS (6/19/2019) | 71 |
| 14 | Handwritten Note re: TAS Outlook Credentials | 77 |
| 15 | Email re: ACH Processing for True Count (2/26/2019) | 78 |
| 16 | Email re: DAP Flowchart (3/3/2019) | 83 |
| 17 | Email re: TAS Functions (3/11/2019) | 85 |
| 18 | Email re: New TAS Processing Application (4/12/2019) | 87 |

| Tab | Description | Page |
|---|---|---|
| 19 | Email re: TAS Integration with DebtPayPro (6/19/2019) | 90 |
| 20 | Email re: TAS Questions for DebtPayPro (4/24/2019) | 102 |
| 21 | Monday.com Screenshots | 103 |
| 22 | Signed TAS Checks | 107 |
| 23 | Email re: ACH Processing for TAS (4/23/2019) | 108 |
| 24 | Email re: Quantum ePay Processing for PSLC (12/11/2018) | 109 |
| 25 | NMC Merchant Statement for Horizon Consultants LLC | 118 |
| 26 | Email re: TAS Application to First Data (6/25/2019) | 125 |
| 27 | Email re: TAS NMC Application (7/8/2019) | 128 |
| 28 | Email re: Revised TAS NMC Application (7/9/2019) | 136 |
| 29 | NMC Merchant Account Change Request Form (TAS) | 142 |
| 30 | Wyoming Secretary of State Business Entity Detail for TAS | 146 |
| 31 | NMC Card Processing Statement for TAS | 148 |
| 32 | NMC Merchant Statement for TAS | 149 |
| 33 | Email re: TAS Merchant Statements (10/7/2019) | 157 |
| 34 | Instructions for Clients Already in a Repayment Plan | 158 |
| 35 | Email re: Sales Call Audits (4/16/2019) | 160 |
| 36 | Documents re: Sales Commission Structure | 161 |
| 37 | FPS Pay Structure and Bonuses | 175 |

| Tab | Description | Page |
|-----|-------------|------|
| **Tab** | **Description** | **Page** |

| 38 | Hard Close Sales Script ............................................................ | 180 |
| 39 | Email re: Name Change Reminder (2/6/2019) ........................... | 182 |
| 40 | Retention Policies .................................................................... | 183 |
| 41 | Customer Service Disposition Codes ......................................... | 185 |
| 42 | Reverify Campaign Scripting ................................................... | 187 |
| 43 | Handwritten Reverification Campaign Notes (9/17/2019) .......... | 191 |
| 44 | FPS Sales Compliance Memo ................................................... | 192 |
| 45 | New Hire Schedule ................................................................... | 195 |
| 46 | Rebuttals Script (9/22/2019) and Related Documents ................. | 198 |
| 47 | Consumer Complaints ............................................................... | 207 |

Dated:  November 1, 2019            McNamara Smith LLP


                                    By:   /s/ Thomas W. McNamara
                                        Court-appointed Receiver

EXHIBIT 1



EXHIBIT 1
Page 1

EXHIBIT 2



EXHIBIT 2
Page 2

*Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc.,*
*d/b/a Premier Student Loan Center et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-01998-JVS (JDEx)

Furniture and Equipment Inventory
15261 Laguna Canyon Rd., Suite 200

| Item | Quantity |
|---|---|
| All-in-one computer | 7 |
| Cabinets | 4 |
| Chairs | 336 |
| Coffee makers and dispensers | 5 |
| Cold brew dispenser | 1 |
| Conference tables | 2 |
| Couch | 3 |
| Computers | 267 |
| Credenza | 4 |
| Cubicles | 102 |
| Desk with credenza | 1 |
| Desks | 58 |
| Easel | 1 |
| File cabinets | 36 |
| Furmax gaming chair | 1 |
| Headsets | 229 |
| Keyboards/mice | 213 |
| Laptop | 1 |
| Microwaves | 2 |
| Mini-fridge | 6 |
| Monitors | 504 |
| Printer | 12 |
| Reception desk | 1 |
| Refrigerator | 2 |
| Shredder | 1 |
| Sofa chair | 13 |
| Stool | 10 |
| Tables | 3 |
| Toaster oven | 1 |
| TV | 11 |
| Vending machine | 4 |
| Walkie-talkie | 5 |
| Wall cabinet | 1 |
| Water dispenser | 2 |

EXHIBIT 2
Page 3

EXHIBIT 3



173 Technology Dr., Suite 202

EXHIBIT 3
Page 4

*Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc.,*
*d/b/a Premier Student Loan Center et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-01998-JVS (JDEx)

Furniture and Equipment Inventory
173 Technology Drive, Suite 202

| Item | Quantity |
|---|---|
| Chairs | 150 |
| Computer monitors | 93 |
| Computers | 111 |
| Copiers | 1 |
| Couches | 2 |
| Credenzas | 1 |
| Desks | 177 |
| File cabinets | 11 |
| Headsets | 344 |
| Metal Racks | 3 |
| Office storage cabinet | 1 |
| Printers | 4 |
| Projector screens | 1 |
| Refrigerators | 1 |
| Televisions | 2 |
| Vending machines | 1 |
| White boards | 8 |

EXHIBIT 3
Page 5

EXHIBIT 4



EXHIBIT 4
Page 6

*Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center et al.*

U.S. District Court for the Central District of California
Case No. 8:19-cv-01998-JVS (JDEx)

Furniture and Equipment Inventory
8 Hughes Parkway, Suite 210

| Item | Quantity |
|---|---|
| Bookcase | 1 |
| Chairs | 158 |
| Coffee machine | 2 |
| Computers | 69 |
| Copiers | 4 |
| Cubicles with drawers | 121 |
| Desks | 10 |
| Espresso machine | 1 |
| Fax machine | 2 |
| Filing cabinet | 2 |
| Headsets | 77 |
| Heater | 1 |
| Keg fridge with Starbucks and Beer | 2 |
| Keyboards | 72 |
| Laptop | 1 |
| Microwaves | 2 |
| Mini-speakers | 6 |
| Monitors | 199 |
| Phones | 2 |
| Printers/copiers | 13 |
| Refrigerator | 2 |
| Safe | 4 |
| Shredders | 6 |
| Tables | 17 |
| Toaster | 1 |
| TVs | 12 |
| Vending machine | 1 |
| Water dispenser | 2 |
| White board | 1 |

EXHIBIT 4
Page 7

EXHIBIT 5

*Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*
Receivership Initial Accounting Records Review
Lisa Jones, CIRA, CFE
November 1, 2019

On October 23, 2019, I, along with other members of the Receiver's team, gained access to the office of Prime Consulting, LLC, located on Laguna Canyon Drive in Irvine, California. Two days later, defense counsel provided access to QuickBooks Online records for Prime Consulting, LLC doing business as Financial Preparation Services ("Prime Consulting"), and True Count Staffing, Inc. doing business as SL Account Management ("True Count" and collectively, "Receivership Defendants"). The Receivership Defendants had a separate online QuickBooks file for each entity. We received some bank statements from Sunwest Bank, but we have not yet received bank statements from other financial institutions. Below is my preliminary analysis of the Receivership Defendants' financial records.

Even though Receivership Defendants' accounting personnel were not identified, I located the desks used by accounting personnel. There did not appear to be an organized filing system for the physical accounting documents. Based on my review of the QuickBooks files, there are no supporting documents electronically attached to the QuickBooks transactions. I understand that Receivership Defendants used DebtPayPro, a customer relationship management software; however, I have not yet attempted to reconcile transaction information in DebtPayPro with the data in QuickBooks.

Defendants charged consumers an initial document preparation fee (approximately $1,500) for student loan debt relief services. The fee could be divided into four to six payments. After paying the initial document preparation fee in full, the consumers would then pay a monthly amount (between $10 and $42) for ten to twenty years, depending on the agreement, for the "annual recertification." Based on my review of Receivership Defendants' financial records to date, I have not discovered any evidence that any portion of consumers payments were paid to student loan servicers.

Although there appear to be several entities intertwined with Prime Consulting and True Count, Defendants only provided the QuickBooks files for these two entities.

1. Prime Consulting, LLC d/b/a Financial Preparation Services

Based on the QuickBooks records and bank responses, Prime Consulting appears to have one bank account at Sunwest Bank and another bank account at JPMorgan Chase.

The first QuickBooks transaction for Prime Consulting was a journal entry recorded on April 16, 2018. The journal entry recorded the purchase of an aged Wyoming Limited Liability Company to start a business. The first deposit was recorded on July 23, 2018, as an opening bank balance of $6,298. The last entry in QuickBooks was recorded on October 18, 2019. It appears that Defendants regularly downloaded data from their financial institutions into QuickBooks.

1

EXHIBIT 5
Page 8

From September 24, 2018 through September 30, 2019, Prime Consulting recorded "Document Preparation Income" in the amount of $27,951,486 received from True Count. Almost 100% of Prime Consulting's income was received from True Count.

Prime Consulting's largest expense was marketing and lead generation, totaling $15,716,412 or approximately 56% of Prime Consulting's recorded income.  Pub Club Leads was the largest lead generation vendor.  From October 1, 2018 to October 16, 2019, Prime Consulting reported payments to Pub Club Leads in the amount of $9,480,555 or 40% of Prime Consulting's recorded income.

Mice and Men, LLC ("Mice and Men") was Prime Consulting's second largest vendor. Over a period of 18 days (December 10-28, 2018), Prime Consulting reported payments of $5,041,069 to Mice and Men.  Mice and Men filed its Articles of Organization with the Wyoming Secretary of State on December 4, 2018, less than a week before it started receiving payments from Prime Consulting.  Mice and Men is believed to be owned by Kaine Wen's mother.

Farrington Leads, Prime Consulting's third largest vendor, was reportedly paid $743,111 from September 24, 2018 through March 15, 2019.  All of the transactions recorded for Pub Club Leads, Mice and Men, and Farrington Leads are recorded as advertising and marketing expenses.

Payroll was another large expense for Prime Consulting, with wages and taxes totaling $9,028,656.  While ADP processed payroll for Prime Consulting, we have not yet received detailed payroll records.  Rent was also a large expense, totaling $747,617.

Based on the QuickBooks Balance Sheet, Prime Consulting's largest asset is cash in the bank accounts totaling $744,541.  There are no liabilities recorded.

Attached as Exhibit A is the Prime Consulting, LLC Profit and Loss Statement and Balance Sheet for all dates recorded in QuickBooks (April 16, 2018 to October 18, 2019).

2.  <u>True Count Staffing, Inc. d/b/a SL Account Management</u>

Based on QuickBooks records and bank responses, there were eight bank accounts for True Count – Sunwest Bank (five accounts), BNY Mellon (one account), Wells Fargo (one account), and JPMorgan Chase (one account).

The first entry in QuickBooks was a journal entry recorded on January 1, 2018.  The last entry was recorded on October 23, 2019.  It appears that Defendants regularly downloaded data from their financial institutions into QuickBooks.  During this period, True Count recorded "Documentation Preparation Income" of $60,826,505, with refunds and allowances totaling $6,179,675, for a total income of $54,665,905.  True Count transferred $27,951,486, over 50% of their total income to Prime Consulting.

Per the QuickBooks records, True Count used three different merchant processors, with at least five different merchant identification numbers.  Merchant processors often retain a percentage of the funds collected and hold them in a reserve account.  Depending on the merchant processor's policy, funds that have aged for a certain amount of time may be released

2

EXHIBIT 5
Page 9

to the merchant.  The reserve funds for each merchant processor have been recorded in QuickBooks.  Below is a chart listing the income reported in QuickBooks, along with the reserve funds, for the three merchant processors.

| Entity | Merchant Processor | Merchant Identification Number | Amount Collected per QuickBooks | Reserve Funds per QuickBooks |
|---|---|---|---|---|
| True Count Staffing, Inc. | Electronic Merchant Systems | x5266 | 1,264,792.00 | 144,446.00 |
| True Count Staffing, Inc. | QuantumEPay | x1149 | 5,831,782.00 | 283,971.00 |
| True Count Staffing, Inc. | QuantumEPay | x1156 | 95,923.00 | 5,232.00 |
| True Count Staffing, Inc. | National Merchant Center | x6283 | 9,444,870.00 | 2,202,411.00 |
| True Count Staffing, Inc. | National Merchant Center | x6317 | 40,948,033.00 | 2,073,160.00 |
|  |  |  | 57,585,400.00 | 4,709,220.00 |
|  |  |  |  |  |

While the QuickBooks records indicate that National Merchant Center is holding a combined amount of $4,275,571, National Merchant Center declares that it is holding reserves in the combined amount of $3,564,494.  Additional analysis is necessary in order to determine the cause of the discrepancy.

There is an additional merchant processing account recorded in True Count's QuickBooks file that is not included in the above chart.  On July 30, 2019, True Count began recording deposits from National Merchant Center for the merchant account ending x5962.  This merchant account belongs to Horizon Consultants, LLC ("Horizon Consultants").  National Merchant Center had been depositing funds into the Horizon Consultants' Sunwest Bank account from January 2019 through September 30, 2019, with one exception.  In August 2019, there were no funds deposited in Horizon Consultants' Sunwest bank account.  Based on QuickBooks records, those deposits were re-routed to True Count's JPMorgan Chase account.  In September 2019, National Merchant Center deposited $977,242 into True Count's Chase Bank account.  Per the QuickBooks data, the source of those funds was the Horizon Consultants' merchant account.

According to the National Merchant Center's statement as of July 31, 2019 for Horizon Consultants, the 2019 gross sales to date was $10,517,043.  True Count recorded "Document Preparation Income" relating to income from the Horizon Consulting merchant processing account in the amount of $2,840,786 for the period July 30, 2019 through September 26, 2019.

True Count's largest expenses reported were commission and referral fees paid to Consumer Advocacy Center, Inc. in the amount of $12,321,427 and to Prime Consulting in the amount of $27,951,486.  True Count recorded payroll expenses in the amount of $4,872,313.  ADP processed payroll for True Account; however, we have not yet received the payroll records.  Merchant processing and gateway fees are another large expense, totaling $1,904,009.

True Count's QuickBooks records included an expense category named "1099s".  This category most likely includes consultant or other non-employee fees; however, the type of work performed by the consultants is not annotated.  Expenses in this category total $1,993,867.  Among the largest vendors in the "1099s" expense category, and the amounts reported, are Hold the Door Corp. ($1,007,940), Infinite Management Solutions ($627,367).  Both of the entities are

3

EXHIBIT 5
Page 10

Relief Defendants.  Per the California Secretary of State Statement of Information filed in 2018, Kaine Wen is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of Hold the Door, Corp.  Per the California Secretary of State Statement of Information filed in 2019, Albert Kim is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of Infinite Management Solutions, Inc.

There were recorded payments from True Count to TN Accounting, Inc., another Relief Defendant, for the period March 7, 2018 through October 3, 2019 totaling $298,883.  Per the California Secretary of State Statement of Information filed in 2017, Tuong Nguyen is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of TN Accounting, Inc.

Per the Balance Sheet, the largest asset is the funds in the merchant processor reserve accounts, totaling $4,709,221, followed by funds in the bank accounts totaling $322,718.

Attached as Exhibit B is the True Count Staffing, Inc. Profit and Loss Statement and Balance Sheet for all dates recorded in QuickBooks (January 1, 2018 to October 23, 2019).

3.  Horizon Consultants, LLC

The Receiver identified Horizon Consultants as a Receivership Defendant.  Sunwest Bank provided Horizon Consultants' bank statements, which indicate a monthly recurring payment to Intuit for a QuickBooks Online subscription beginning in February 2019 and continuing each month through September 2019.  While access to Horizon Consultants' QuickBooks file was requested, it has not yet been made available.

Horizon Consultants appears to be an aged shelf company.  It appears that Universal Essence, LLC, a Wyoming LLC, was acquired and the name was changed to Horizon Consultants, LLC.  Universal Essence, LLC was registered with the Wyoming Secretary of State on November 30, 2015.  On October 3, 2018, the name was changed to Horizon Consultants, LLC and on October 22, 2018, Horizon Consultants, LLC filed its Application to Register a Foreign Limited Liability Company with the California Secretary of State.  One of the reasons that aged shelf companies are purchased is to purport a longer company history, giving the appearance of a company's longevity.

The Sunwest Bank account appears to have been opened in November 2018.  The first transactions began in January 2019.  Based on the bank statements, it appears that there are deposits from National Merchant Center, a merchant processor, with the first deposit on January 18, 2019.  Below is a chart summarizing the deposits and withdrawals in the Horizon Consultants Sunwest Bank account for each month from January 2019 through September 2019.

4

EXHIBIT 5
Page 11

Sunwest Bank, Account No. x1069
January 1, 2019 through September 30, 2019

| Month | Deposits | Withdrawals |
|---|---|---|
| January | 113,634.70 | (4,113.15) |
| February | 311,612.29 | (12,742.33) |
| March | 1,636,309.08 | (1,249,585.46) |
| April | 1,857,183.95 | (2,121,466.57) |
| May | 1,639,859.93 | (949,114.43) |
| June | 1,417,541.48 | (1,541,004.78) |
| July | 1,866,534.93 | (173,902.27) |
| August | - | (539,663.91) |
| September | 20,771.80 | (325,671.42) |
| Total | 8,863,448.16 | (6,917,264.32) |

The balance in the Sunwest Bank account as of September 30, 2019 was $1,946,183.84. The funds coming into the Horizon Consultants bank account vastly increased from February 2019 to March 2019, with March deposits reaching more than five times the amount deposited in the prior month.

The withdrawals from the Horizon Consultants bank account primarily consist of merchant processor fees, chargebacks, and outgoing wires.  Like the deposits into the account, the withdrawals also drastically increase from February 2019 to March 2019.  While the deposits in March were five times the amount of deposits in February, the withdrawals in March are almost 100 times the amount withdrawn in February.  Approximately 95% of the March withdrawals were outgoing wires.  The chart below summarizes, by month, the total outgoing wires from the Horizon Consultants bank account.

EXHIBIT 5
Page 12

Sunwest Bank, Account No. x1069
January 1, 2019 through September 30, 2019
Outgoing Wires

| Month | Wires Out |
|---|---|
| January | - |
| February | - |
| March | 1,192,886.15 |
| April | 1,958,136.20 |
| May | 784,118.16 |
| June | 1,396,319.31 |
| July | 48,545.65 |
| August | 513,107.16 |
| September | 210,807.80 |
| Total | 6,103,920.43 |

One of the outgoing wires in August 2019, in the amount of $400,000, was sent to True Count's Chase Bank account. Another wire in the amount of $78,500 was sent to True Count's Sunwest Bank account in September 2019. From March through September, wires in the amount of $5,131,460 were sent to Pub Club Leads. A company by the name of Aftermath Labs was wired $48,546 in July 2019. Wires totaling $577,971 were sent to a processing services company in Vietnam, including a wire in the amount of 132,556 that was sent in October 2019.

Per the National Merchant Center statement as of July 31, 2019, the 2019 gross reportable sales of Horizon Consultants totaled $10,517,043.12. Merchant fees, chargebacks, and other miscellaneous fees are deducted from the gross amount. Also, the reserve amount is deducted from the gross sales. The reserve amount for the period January 2019 through July 2019 totals $1,357,244.16. This amount should increase with the addition of the August, September, and October sales. It is unclear why the reserve account for Horizon Consultants is recorded in the QuickBooks file for True Count.

4. First Priority, LLC

The Receiver also identified First Priority, LLC ("First Priority") as a Receivership Defendant. At this time, we do not have QuickBooks records for this entity. My analysis is based on First Priority Sunwest Bank account statements.

Like Horizon Consultants, it appears that an aged shelf company, BFF, LLC, was acquired and the name was changed to First Priority, LLC. BFF, LLC was registered with the Wyoming Secretary of State on October 23, 2012. The name was changed from BFF, LLC to First Priority, LLC on April 26, 2018. On May 17, 2018, First Priority filed its Application to Register a Foreign Limited Liability Company with the California Secretary of State.

6

EXHIBIT 5
Page 13

First Priority opened a bank account with Sunwest Bank in November 2018.  Activity in the account began in December 2018, but has been minimal since that time.  The balance in the account, as of September 30, 2019, was $4,534.25.  There has been no activity in the bank account since April 2019.

There was a $2,000 mobile deposit in December 2019, along with deposits from Reliant Account Management ("RAM"), a payment processor, totaling $70.35.  There were no other deposits until March 19, 2019, when a payment was received from RAM in the amount of $3,983.40.  Most of the withdrawals were payments to RAM, with the exception of one check that was issued to First Priority in the amount of $1,200.  The memo on the check reads, "Transfer to Chase First Priority LLC."[1]  For the period December 2018 through September 2019, based on the First Priority Sunwest Bank account statements, deposits total $6,053.75 and withdrawals total $1,519.50.

5. <u>Summary</u>

I have not yet received all of the relevant bank statements; therefore, a reconciliation of the data in the QuickBooks files with the bank statements has not yet been performed.  Per the data in QuickBooks, the gross income for True Count totals $60,826,505 as of October 23, 2019.  Per the merchant account statements, gross income for Horizon Consultants totals $10,517,043 as of July 31, 2019.  Over a period of less than two years, the combined gross income for these two entities totals 71,343,548.

---

[1]  JPMorgan Chase identified an account for First Priority and reported a balance of $159,457.33 as of October 29, 2019.  We have not yet received any bank statements from JPMorgan Chase.

7

EXHIBIT 5
Page 14

# Exhibit A

EXHIBIT 5
Page 15

# Prime Consulting LLC

## PROFIT AND LOSS

### All Dates

|  | TOTAL |
|---|---|
| **Income** | |
| Document Preparation Income | |
|   Check | 1,559.00 |
|   True Count Staffing Inc | 27,951,486.42 |
|   **Total Document Preparation Income** | **27,953,045.42** |
| **Total Income** | **$27,953,045.42** |
| GROSS PROFIT | **$27,953,045.42** |
| **Expenses** | |
| 1099s | |
|   Christian Valdez | 200.00 |
|   Heaven Light LLC Consulting Services | 12,000.00 |
|   Joseph Livio Boylan Consulting Corp | 305,740.95 |
|   Tron Corporation | 28,299.00 |
|   When Dogs Fly Corp | 24,145.00 |
|   **Total 1099s** | **370,384.95** |
| Advertising & Marketing | |
|   Alphonetic | 464.00 |
|   BPO Leads | 64,692.00 |
|   Consumer Advocacy Center Inc | 46,830.00 |
|   DNC Scrub | 3,880.00 |
|   Facebook | 1,077.26 |
|   Farrington Leads | 743,111.52 |
|   First Fidelity Leads | 2,768.00 |
|   Five Marketing Leads | 98,080.00 |
|   Fortress Leads | 53,740.80 |
|   Imperial Calls Leads | 39,635.50 |
|   Le Clix Leads | 119,234.00 |
|   Mice And Men | 5,041,069.00 |
|   Premier Student Loans Inc | 21,275.00 |
|   Pub Club Leads | 9,480,555.11 |
|   **Total Advertising & Marketing** | **15,716,412.19** |
| Bank Charges | |
|   Gateway | 45.00 |
|   **Total Bank Charges** | **45.00** |
|   Bank Charges & Fees | 2,299.77 |
|   Company Party | 15,980.57 |
|   Gift Card | 48,674.02 |
| Insurance | |
|   Kaiser Foundation Health Plan | 43,089.93 |
|   Liberty Mutual Insurance | 46,653.00 |
|   Mission West Insurance Solutions | 64,789.98 |
|   **Total Insurance** | **154,532.91** |
|   Job marketing | 864.11 |

|  | TOTAL |
|---|---|
| Career Fairs | 450.00 |
| Craigslist | 630.00 |
| Indeed | 31,103.73 |
| LinkedIn | 629.68 |
| Monster | 399.00 |
| Nguoi Viet Newspaper | 93.36 |
| Ziprecruiter | 349.00 |
| **Total Job marketing** | **34,518.88** |
| Legal & Professional Services | -7.42 |
| ADP Payroll Service Expense | 47,579.96 |
| Eva8 HR Consulting | 22,837.50 |
| Huntington Legal Solutions | 50,560.75 |
| Legal Law Center | 95.07 |
| Littler Mendelson PC | 11,574.00 |
| Wyoming Corporation Startup Costs | 2,595.00 |
| **Total Legal & Professional Services** | **135,234.86** |
| Meals & Entertainment | 4,813.94 |
| Office Supplies & Software | 7.98 |
| IT Supplies | 934.07 |
| **Total Office Supplies & Software** | **942.05** |
| Office/General Administrative Expenses | 1,702.42 |
| Bonus Pool | 42,000.00 |
| Copier Rental FBM | 613.14 |
| Department Allowance | |
| HR Allowances | 2,250.00 |
| **Total Department Allowance** | **2,250.00** |
| Food reimbursement | 10,840.93 |
| Janitor Services | 18,218.31 |
| Moving Office | 3,845.97 |
| Office Equipment | 11,311.20 |
| Office Supplies | 41,650.62 |
| Amazon | 78,205.43 |
| Parks Coffee | 23,386.51 |
| **Total Office Supplies** | **143,242.56** |
| Reimbursement Expenses | 3,124.51 |
| Security | 3,400.00 |
| Redrock Sercurity | 250.00 |
| **Total Security** | **3,650.00** |
| Training Course | 1,041.85 |
| Mastery Technologies Inc. | 16,686.40 |
| **Total Training Course** | **17,728.25** |
| **Total Office/General Administrative Expenses** | **258,527.29** |
| Other Miscellaneous Service Cost | 3,078.42 |
| Adecco | 15,679.20 |
| Check Print and Stamp | 1,117.92 |
| Network & Communication Services | |
| Cox&Com | 26,340.00 |
| **Total Network & Communication Services** | **26,340.00** |

|  | TOTAL |
|---|---|
| RingCentral | 344.03 |
| Web Services | 8,626.56 |
| GoDaddy | 3,229.63 |
| Host Gator | 531.48 |
| Lechi Web Services | 738.98 |
| Matbao Corporation | 1,710.60 |
| Rebrandly | 452.00 |
| Webhost | 442.45 |
| **Total Web Services** | **15,731.70** |
| **Total Other Miscellaneous Service Cost** | **62,291.27** |
| Payroll Expenses |  |
| Taxes | 836,834.99 |
| Wages | 8,191,821.01 |
| **Total Payroll Expenses** | **9,028,656.00** |
| Phone and Internet |  |
| Answering Service | 156,542.47 |
| **Total Phone and Internet** | **156,542.47** |
| Rent & Lease |  |
| Discovery Business Center | 747,467.11 |
| Irvine Ranch Executive Suites | 150.00 |
| **Total Rent & Lease** | **747,617.11** |
| Shipping, Freight & Delivery |  |
| UPS | 9,468.57 |
| **Total Shipping, Freight & Delivery** | **9,468.57** |
| Software | 2,780.23 |
| Appscension Ltd | 346.38 |
| AWS | 6,138.10 |
| Bureau | 3,050.00 |
| Hello Sign | 5,011.10 |
| Intuit | 1,231.17 |
| Microsoft | 28,676.31 |
| Monday.com | 1,629.60 |
| Paddle | 471.41 |
| Screen Connection | 360.00 |
| TechSmith | 49.95 |
| Teramind | 816.15 |
| Twilio | 20.07 |
| Zoho Corporation | 3,012.90 |
| **Total Software** | **53,593.37** |
| Staffing Services |  |
| AppleOne | 44,092.60 |
| **Total Staffing Services** | **44,092.60** |
| Taxes & Licenses | 6,241.00 |
| Travel | 22,512.52 |
| Travel Meals | 2,297.97 |
| Uncategorized Expense | 343.29 |
| Utilities |  |
| Water Source | 1,895.52 |

| | TOTAL |
|---|---|
| **Total Utilities** | **1,895.52** |
| **Total Expenses** | **$26,877,918.12** |
| NET OPERATING INCOME | **$1,075,127.30** |
| NET INCOME | **$1,075,127.30** |

EXHIBIT 5
Page 19
4/4

# Prime Consulting LLC

## BALANCE SHEET

### All Dates

|  | TOTAL |
|---|---|
| ASSETS | |
|   Current Assets | |
|    Bank Accounts | |
|     Prime Consulting_Sunwest | 10,000.00 |
|     TOTAL BUS CHK (0325) | 734,540.91 |
|    **Total Bank Accounts** | **$744,540.91** |
|    Other Current Assets | |
|     Payroll clearing | 12,625.86 |
|    **Total Other Current Assets** | **$12,625.86** |
|   **Total Current Assets** | **$757,166.77** |
|   Fixed Assets | |
|    Furniture & Fixtures | |
|     Computer Equipment | 168,956.03 |
|    **Total Furniture & Fixtures** | **168,956.03** |
|   **Total Fixed Assets** | **$168,956.03** |
|   Other Assets | |
|    Security Deposits | |
|     Discovery Business Center LLC | 157,967.00 |
|    **Total Security Deposits** | **157,967.00** |
|   **Total Other Assets** | **$157,967.00** |
| **TOTAL ASSETS** | **$1,084,089.80** |
| LIABILITIES AND EQUITY | |
|   **Total Liabilities** | |
|   Equity | |
|    Opening Balance Equity | 6,297.50 |
|    Owner's Investment | 2,665.00 |
|    Retained Earnings | |
|    Net Income | 1,075,127.30 |
|   **Total Equity** | **$1,084,089.80** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,084,089.80** |

EXHIBIT 5
Page 20
1/1

# Exhibit B

EXHIBIT 5
Page 21

# True Count Staffing Inc

## PROFIT AND LOSS

### All Dates

|  | TOTAL |
|---|---|
| **Income** | |
| Document Preparation Income | |
| 510159011105962 | 2,840,785.81 |
| Check | 319.17 |
| EMS Merchant Account | 1,264,791.58 |
| Horizon Consultant LLC | 400,000.00 |
| Merchant Account 934600000001149 | 5,831,781.79 |
| Merchant Account 934600000001156 | 95,923.03 |
| NMC 1 Merchant Account | 9,444,869.92 |
| NMC 2 Merchant Account | 40,948,033.22 |
| **Total Document Preparation Income** | **60,826,504.52** |
| Refunds and Allowances | |
| Check refunds and allowances | -1,187,975.53 |
| EMS Refunds and Allowances | -20,221.05 |
| EMS Reserve Funds Expense | -79,869.86 |
| EMS Returns and Allowances | -125,812.99 |
| NMC 1 Refunds and Allowances | -29,935.87 |
| NMC 1 Reserve Funds Expense | -444,888.24 |
| NMC 1 Returns and Allowances | -102,136.49 |
| NMC 2 Refunds and Allowances | -1,264,240.01 |
| NMC 2 Reserve Funds Expense | -1,419,940.38 |
| NMC 2 Returns and Allowances | -1,504,654.86 |
| **Total Refunds and Allowances** | **-6,179,675.28** |
| Student Private Loans Referral Income | 19,075.41 |
| **Total Income** | **$54,665,904.65** |
| GROSS PROFIT | **$54,665,904.65** |
| **Expenses** | |
| 1099s | |
| Christian Valdez | 200.00 |
| Dinh Enterprises Inc | 42,184.25 |
| Hold the Door Corp | 1,007,940.00 |
| Infinite Management Solutions | 627,366.50 |
| Marissa M Salazar | 394.20 |
| Monique Dinh | 175,627.35 |
| Quality Contact Solutions Inc | 20,750.00 |
| Reputation Management Company | 85,220.00 |
| Rhonda Askeland | 4,995.00 |
| Shirena Huizar | 28,451.25 |
| Susana Esquibel | 738.00 |
| **Total 1099s** | **1,993,866.55** |
| 510159011105962 Processing Fee | 67,546.92 |
| ADP Payroll Service Expense | 28,779.26 |
| Advertising & Marketing | |

EXHIBIT 5
Page 22
1/5

| | TOTAL |
|---|---:|
| All Service Financial LLC | 882.00 |
| First Priority LLC | 0.00 |
| Olive Branch Lending | 425.00 |
| Powers Marketing Group Inc | 5,859.00 |
| Ratezedia Marketing | -2,500.00 |
| **Total Advertising & Marketing** | **4,666.00** |
| Bank Charges & Fees | 32,082.02 |
| EMS Processing Fees | 19,193.57 |
| Gateway | 98,853.55 |
| Merchant Account 934600000001149 Processing Fees | 39,822.07 |
| Merchant Account 934600000001156 Processing Fees | 2,778.40 |
| NMC 1 Merchant Account Merchant Processing Fees | 399,402.68 |
| NMC 2 Merchant Account Processing Fees | 1,311,876.99 |
| **Total Bank Charges & Fees** | **1,904,009.28** |
| Commissions/Referral Expense | |
| Consumer Advocacy Center Inc | 12,321,427.40 |
| Prime Consulting | 27,951,486.42 |
| **Total Commissions/Referral Expense** | **40,272,913.82** |
| Disposal Services | 10,400.00 |
| Donation | 200.00 |
| Efax | 24,233.25 |
| Employee expense reimbursement | 14,108.86 |
| Finance costs | |
| Capital Loss BNY Mellon Stock Losses | 88,856.27 |
| **Total Finance costs** | **88,856.27** |
| Health and Fitness | 8,994.09 |
| Initial set-up expenses | |
| Lamson | 21,395.00 |
| **Total Initial set-up expenses** | **21,395.00** |
| Insurance | |
| Farmers | 3,012.00 |
| Green and Associates | 12,650.41 |
| Kaiser Group | 28,210.39 |
| Liberty Mutual | 14,498.00 |
| Mission West Insurance Solutions, Inc | 23,675.62 |
| R-T Specialty EPLT | 23,146.47 |
| RLI Insurance | 1,619.00 |
| The Hartford | 14,743.00 |
| True Count Worker's Comp Insurance | -4,970.00 |
| **Total Insurance** | **116,584.89** |
| Janitorial Services | 11,067.13 |
| Job marketing expense | |
| Craiglist | 1,015.00 |
| Indeed | 11,254.73 |
| **Total Job marketing expense** | **12,269.73** |
| Legal & Professional Services | 135.74 |
| Akerman LLC Law Firm | 42,819.84 |
| Baker Marquart LLP | 25,000.00 |
| Berkeley Research Group LLC | 102,900.32 |

| | TOTAL |
|---|---|
| Corporations Today Inc | 52.00 |
| Crammer Accounting Services | 23,446.25 |
| Eva8 HR Consulting | 8,387.50 |
| HCVT Accounting Services | 1,000.00 |
| Huntington Legal Solutions | 60,010.11 |
| McCormick Law Firm | 545.00 |
| McGuireWoods LLP | 4,292.22 |
| Melveny and Myers LLP | 429,014.53 |
| Pansky & Markle | 4,683.66 |
| Thurman Legal | 233.33 |
| TN Accounting  Inc | 298,882.69 |
| Venable LLP | 364,796.90 |
| **Total Legal & Professional Services** | **1,366,200.09** |
| Meals & Entertainment | 28,689.00 |
| Miscellanous Expense | 1,350.03 |
| Office Supplies | 219,073.14 |
| Office/General Administrative Expenses | 9,292.55 |
| Check Order | 3,028.16 |
| Copier Rental | 12,543.33 |
| Irvine Office | 6,519.15 |
| Irvine Ranch Executive Suites | 750.00 |
| Mailbox | 90.00 |
| Next7 | 2,450.00 |
| **Total Mailbox** | **2,540.00** |
| Mileage Reimbursement | 1,484.90 |
| Monthly Bonus Pool | 2,000.00 |
| Parks Coffee California | 16,604.98 |
| Stamps | 15,032.19 |
| **Total Office/General Administrative Expenses** | **69,795.26** |
| Other Miscellaneous Service Cost | 3,680.05 |
| Formsite | 855.61 |
| Mail Services | |
| Postalannex | 702.25 |
| Umbral LLC | 1,156.29 |
| **Total Mail Services** | **1,858.54** |
| Mailjet | 731.77 |
| Network&Communication Services | |
| Cox&Com | 105,133.01 |
| Ring Central | 27,505.97 |
| **Total Network&Communication Services** | **132,638.98** |
| Parking | 55.75 |
| Regus | 1,017.45 |
| Shipping | 389.97 |
| Staffing Service | |
| Adecco | 133,572.57 |
| AppleOne Employment Services | 195,534.83 |
| Volt Management Corp | 1,694.17 |
| **Total Staffing Service** | **330,801.57** |
| Survey Monkey | 481.00 |

| | TOTAL |
|---|---|
| Website Services | 420.40 |
| **Total Other Miscellaneous Service Cost** | **472,931.09** |
| Payroll Expenses | |
| Taxes | 332,905.23 |
| Wages | 4,539,408.19 |
| **Total Payroll Expenses** | **4,872,313.42** |
| Phone Expense | |
| AT&T | 810.00 |
| Callerready Sale LLC | 656,901.75 |
| Fonality | 102,063.14 |
| **Total Phone Expense** | **759,774.89** |
| PinPoint | 95,714.54 |
| Promotional Expense | 6,781.78 |
| Referal Gift Card Expense | 111,113.00 |
| Reimbursable Expenses | 107.79 |
| Rent & Lease | 450.00 |
| 8 Hughes | |
| Stivers Investment Group | 311,185.86 |
| **Total 8 Hughes** | **311,185.86** |
| Alliance | 17,218.01 |
| Guaranted Rate | 86,400.06 |
| **Total Rent & Lease** | **415,253.93** |
| Repairs & Maintenance | 385.00 |
| Security | 6,220.88 |
| Redrock | 10,252.80 |
| **Total Security** | **16,473.68** |
| Settlement And Damage | 5,000.00 |
| Software expense | |
| Adobe | 9,203.86 |
| Chargeback VMPI | 5,000.00 |
| Debtpaypro | 242,747.91 |
| Dropbox | 1,286.03 |
| Express VPN | 1,275.29 |
| Godaddy | 2,299.31 |
| Host Gator | 1,506.73 |
| Informative Research | 9,728.44 |
| Iwriter | 40.00 |
| Mailchimp | 110.00 |
| Microsoft | 36,883.43 |
| Paddle.net Gimmeproxy London | 2,885.81 |
| Quickbooks Online | 820.00 |
| SoftLayer | 29,413.72 |
| Tamhonvn | 1,464.30 |
| Twilio | 11,317.91 |
| **Total Software expense** | **355,982.74** |
| Supplies | 677.39 |
| Joyride Coffee | 34,786.81 |
| Pure Green Corp | 305.13 |
| Sparkletts | 617.62 |

| | TOTAL |
|---|---|
| **Total Supplies** | **36,386.95** |
| Taxes & Licenses | 32,468.75 |
| Orange County Tax | 1,534.03 |
| **Total Taxes & Licenses** | **34,002.78** |
| Travel | 46,702.45 |
| Unapplied Cash Bill Payment Expense | 0.00 |
| Utilities | 3,057.76 |
| **Total Expenses** | **$53,496,980.37** |
| NET OPERATING INCOME | **$1,168,924.28** |
| NET INCOME | **$1,168,924.28** |

EXHIBIT 5
Page 26
5/5

# True Count Staffing Inc

### BALANCE SHEET
All Dates

|  | TOTAL |
|---|---|
| ASSETS |  |
| Current Assets |  |
| Bank Accounts |  |
| BNY Mellon Bank | 2,820.62 |
| Kaine Expense | 0.00 |
| Sunwest TC 2499 | -27,581.77 |
| Sunwest_TC (1670) | 46,172.25 |
| Tom Expense | 0.00 |
| TOTAL BUS CHK (1126) | 301,306.64 |
| **Total Bank Accounts** | **$322,717.74** |
| Other Current Assets |  |
| Huntington Legal Solutions Retainer | 121,510.40 |
| Payroll Clearing | -217,515.76 |
| Total Reserve Funds |  |
| 934600000001149 Reserve Fund Asset | 283,971.19 |
| 934600000001156 Reserve Fund Asset | 5,232.26 |
| EMS Reserve Funds | 144,446.37 |
| NMC 1 Merchant Account Reserve Fund | 2,202,410.99 |
| NMC 2 Merchant Account Reserve Fund | 2,073,160.42 |
| **Total Total Reserve Funds** | **4,709,221.23** |
| **Total Other Current Assets** | **$4,613,215.87** |
| **Total Current Assets** | **$4,935,933.61** |
| Fixed Assets |  |
| Computer Equipment | 1,462.56 |
| Hentium | 168,685.89 |
| newegg | 38,666.63 |
| **Total Computer Equipment** | **208,815.08** |
| **Total Fixed Assets** | **$208,815.08** |
| Other Assets |  |
| 8 Hughes Stivers Security Deposit | 12,689.60 |
| **Total Other Assets** | **$12,689.60** |
| **TOTAL ASSETS** | **$5,157,438.29** |
| LIABILITIES AND EQUITY |  |
| Liabilities |  |
| Current Liabilities |  |
| Other Current Liabilities |  |
| Total Reserve Funds Payable |  |
| 934600000001149 Reserve Fund Payable | 283,971.19 |
| 934600000001156 Reserve Fund Payable | 5,232.26 |
| EMS Reserve Funds Payable | 117,795.46 |
| NMC 1 Reserve Fund Payable | 2,202,410.99 |
| NMC 2 Reserve Funds Payable | 2,099,811.33 |

EXHIBIT 5
Page 27
1/2

|  | TOTAL |
|---|---|
| **Total Total Reserve Funds Payable** | **4,709,221.23** |
| **Total Other Current Liabilities** | **$4,709,221.23** |
| **Total Current Liabilities** | **$4,709,221.23** |
| **Total Liabilities** | **$4,709,221.23** |
| Equity | |
| Opening Balance Equity | -720,707.22 |
| Retained Earnings | |
| Net Income | 1,168,924.28 |
| **Total Equity** | **$448,217.06** |
| **TOTAL LIABILITIES AND EQUITY** | **$5,157,438.29** |

EXHIBIT 6

**From:** Adam Sthay <adams@pubclubleads.com>
**Sent:** Tuesday, August 27, 2019 11:08 AM
**To:** Advisor
**Cc:** Kaine Wen
**Subject:** wsj 8/26 student debt scams

- U.S. Edition
  - ○
  - ○
  - ○
  - ○
  - ○
  - ○

August 26, 2019
Print Edition
Video
Home
World
U.S.
Politics
Economy
Business
Tech
Markets
Opinion
Life & Arts
Real Estate
WSJ. Magazine

Searc

  - ○

    SAVE
  - ○

    SHARE
  - ○

1

EXHIBIT 6
Page 29

TEXT

o

213

- MARKETS
- FINANCE

# Soaring Student Debt Opens Door to Relief Scams

Same testimonials appeared across 26 websites of supposedly different companies; former employee says company submitted claims based on false information

2

EXHIBIT 6
Page 30



Student debt has soared to nearly $1.5 trillion, offering fertile ground to companies that promise to help stretched borrowers by navigating the maze of federal programs that can reduce or forgive debts. PHOTO: DREW ANGERER/GETTY IMAGES

*By*
*Jean Eaglesham,*
*Michael Tobin and*
*Coulter Jones*
Aug. 26, 2019 9:40 am ET

Financial Preparation Services of Irvine, Calif. boasts on its website three glowing

testimonials for its debt-relief services for student loans. It quotes Anthony

Zwichirowski of California, Dawn Robinson of New Hampshire and a smiling

EXHIBIT 6
Page 31

Dean Edelman of Virginia, who says using the company "was the smartest move I have made since graduating."

One or more of the three ostensibly happy borrowers also appears, with slight variations, on at least 25 other websites of purportedly different companies offering student-loan debt-relief in the last four years, The Wall Street Journal found.

Student debt is soaring—it is now nearly $1.5 trillion—and defaults are at a record. That has been fertile ground for companies that promise to help stretched borrowers by navigating the maze of federal programs that can reduce or forgive debts for those who qualify, such as public-service workers or people on low incomes.

SHARE YOUR THOUGHTS

*Have you, or someone you know, worked with a student loan debt relief company? How was that experience? Share your story below.*

Some companies operate legally, although there is nothing they offer that borrowers can't get free, regulators say. Other firms are outright scams, or make promises to borrowers that are illegal, regulators and consumer advocates warn. Financial Preparation Services has submitted claims for federal relief based on fictitious information, according to a former employee. Sales teams within the company also switched regularly to using new corporate names and websites, the former employee said. The company is one of several about which federal regulators are demanding information, according to a bankruptcy court filing.

EXHIBIT 6
Page 32

Many of the websites on which the three testimonials are featured appear to be carbon copies, with only the company's name changed. A few companies attributed the same quote to different people: Dean Edelman becomes Dean Ederman of California, for example. Other websites used the same names and photos with different quotes.

EXHIBIT 6
Page 33

# Testimonials



### Anthony Zwichirowski
CA

"I'm someone who doesn't like to move forward until I know everything. Financial Preparation Services is friendly and knowledgeable and I was able to understand each detail of the program I qualify for before I moved forward."



### Dean Edelman
VA

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Financial Preparation Services I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."



## TESTIMONIALS

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH

"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA



"" *I was in default when I contacted the ClearStudentLoanDebt and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the*



"" *I m someone that doesn't like to move forward until I know everything. ClearStudentLoanDebt Specialists are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward.* ""

EXHIBIT 6
Page 34

Testimonials on the Financial Preparation Services website appeared on at least 25 other websites. "Dean Edelman," who gave the same endorsement on Premier Student Loan Center's website, was listed as "Mark Peterson" on Clear Student Loan Debt's site and "Dean Ederman" on another.

Financial Preparation Services didn't respond to emails requesting comment, and couldn't be reached by phone at the number listed on its website. The Journal wasn't able to find Mr. Edelman, Mr. Zwichirowski and Ms. Robinson or ascertain whether they were indeed real people.

A record $89.2 billion of student loans was in default at the end of June, New York Federal Reserve data show. Of the $1.48 trillion outstanding, 11%, or $160 billion, was at least 90 days behind on repayments—and the true rate is likely double that, because only half the loans are currently in repayment.

"We'll do the work for you," Financial Preparation Services says on its website. "No more drowning in a sea of confusing paperwork and processing!" Its fee: $1,195 for document preparation, then $40 a month for almost 20 years—a total of $10,555—according to a 2018 client agreement reviewed by the Journal.

Regulators, including the Federal Trade Commission and the Consumer Financial Protection Bureau, share oversight of such companies. One issue they face is the sheer number of small firms offering these services, many using several names.

"This is a relatively target-rich environment," Michelle Grajales, an FTC attorney, said in an interview. "There are unfortunately a lot of companies that still appear to violate the law." Ms. Grajales didn't comment on Financial Preparation Services specifically.

EXHIBIT 6
Page 35

The regulator has filed nine civil cases against alleged student-loan debt-relief scams since 2017, involving a total of 77 different companies. Financial Preparation Services isn't among those companies being sued.

Many of the FTC cases allege that the companies charged upfront fees for debt relief, which is illegal, or engaged in other prohibited practices such as masquerading as being government-approved, or faking information on applications for federal relief.

Stephanie Beger of Moscow Mills, Mo., a former teacher turned paralegal, says Financial Preparation Services promised to help reduce payments on her $109,000 of student loans when she contacted them in October in response to a text message. "I told them I was married, and we have two incomes and no children," she said.

Student-loan balance outstanding, quarterlySource: Federal Reserve Bank of New YorkNote: As of 2Q 2019 .trillionAmount 90 or moredays delinquent2004'06'08'10'12'14'16'180.00.20.40.60.81.01.2$1.4

Ms. Beger signed up. In April, she says she got a notice from the government that a payment was due, and discovered when she called up that Financial Preparation Services had used false information about her to apply for debt relief. "I was told the paperwork said I was a single mother of six," she said. She said she made clear that she had no idea what the company had submitted.

She complained to the Better Business Bureau. In response, Financial Preparation Services refunded the fees she had paid. The company wrote an online response on the BBB's website: "We apologize for your negative experience…We will

EXHIBIT 6
Page 36

continue to perfect our process so mistakes do not happen on our clients accounts."

A report by the Government Accountability Office in June identified "indicators of potential fraud or error" in the income-related student loan relief program, including 40,900 plans that were approved based on family sizes of nine or more.

Salespeople at Financial Preparation Services until recently often submitted claims showing a family size of six or seven to qualify callers for debt relief, without the borrower's knowledge, a former employee told the Journal. It couldn't be determined exactly why it changed the practice, but a company email seen by the Journal said that too many of its claims were being rejected.

Financial Preparation Services operates under several different identities, creating new websites every few months, the former employee said. A copy of a sales script, reviewed by the Journal, instructs salespeople when they call customers about payments: "MAKE SURE YOU HAVE THE RIGHT COMPANY NAME: Hi this is NAME with [COMPANY]." The Journal couldn't determine the date of the script.

RED FLAGS FOR A STUDENT LOAN DEBT-RELIEF SCAM

The Federal Trade Commission says borrowers should beware of companies that:

- Charge upfront fees. It is illegal for companies to make you pay before they help you.

- Promise fast loan forgiveness. Scammers may pretend to offer an easy way to wipe out loans—it doesn't exist.

9

EXHIBIT 6
Page 37

- Pretend to have official endorsements, such as using Department of Education logos. The government doesn't approve any debt relief companies: it advises if you have federal loans to go direct to https://studentaid.ed.gov/sa/

- Try to rush you into signing up. Companies may say you have to act fast to qualify for programs: Check them out before you commit to anything.

- Demands your student loan ID, or asks you to sign a power of attorney, to deal with the government on your behalf. You can lose control of your finances, and be cut off from information on what's happening to your loans.

Consumer Advocacy Center—doing business as Premier Student Loan Center, whose website quoted identical testimonials to Financial Preparation Services—filed for chapter 11 bankruptcy in January.

It shut down because of lawsuits by former clients and "investigations from different state attorney generals," according to a court filing. Despite pretax revenues last year of more than $19.4 million, the company had only $24,500 in its bank account when it filed the petition, the bankruptcy trustee said.

Albert Kim, the company's owner, told a bankruptcy court hearing "the possibility of getting into a big lawsuit with, you know, federal regulators made it basically not worth it to continue at that point."

Mr. Kim didn't respond to requests for comment. His lawyer, Peter Levitt, didn't respond to specific questions but said in a statement that Mr. Kim is committed to ensuring all the businesses he is affiliated with operate legally and to "identifying and correcting any compliance deficiencies."

EXHIBIT 6
Page 38

After the bankruptcy, Premier Student Loan Center's operations appear to have carried on as Financial Preparation Services. In addition to the testimonials on multiple sites, both companies use the same Irvine address on their business license. The Journal also identified several employees who worked for companies with those names according to their social media accounts.

In July, the CFPB filed a subpoena in the Premier Student Loan bankruptcy case, demanding information be sent to the regulator and U.S. Attorney for the Southern District of Florida. The subpoena named eight companies, including Prime Consulting LLC, which does business as Financial Preparation Services, and 11 people, including Mr. Kim.

The CFPB didn't respond to a request for comment. A spokeswoman for the U.S. Attorney for the Southern District of Florida declined to comment.

One of the companies named in the subpoena is True Count Staffing Inc., which does business as SL Account Management, also based in Irvine.

A representative declined to comment and the company didn't respond to an email seeking comment.

Since the start of 2018, SL Account Management has racked up more than 70 complaints with the FTC, according to a public records request.

One borrower, who described himself as a "war veteran who just wanted to go to college to pursue happiness," said last year in an FTC complaint that his tax returns and wages have been garnished, he has lost his truck, and "not 1 single cent of my debt has been diminished."

EXHIBIT 6
Page 39

*—Lisa Schwartz contributed to this article.*

MORE

- The Red Flags for Student-Loan Scams
- M.B.A. Students Have Billions in Federal Loans

Write to Jean Eaglesham at jean.eaglesham@wsj.com and Coulter Jones
at Coulter.Jones@wsj.com

Copyright ©2019 Dow Jones & Company, Inc. All Rights Reserved.

87990cbe856818d5eddac44c7b1cdeb8

RECOMMENDED VIDEOS



Water Cannons Deployed in Hong Kong for First Time



Trump Clashes With World Leaders Over Trade at G-7



EXHIBIT 6
Page 40

Science of Work: The Health Costs of Stress



Amid Signs of a Recession, Government Is Running Out of Tools



Flipping for Profit: Meet the Couple Making Six Figures by Reselling

## MOST POPULAR ARTICLES



Americans Have Shifted Dramatically on What Values Matter Most



Wisconsin Congressman Sean Duffy to Resign



The Wisdom of Andrew Luck's Retirement



Trump Softens Tone on China, Iran at G-7 Summit



Cities Are Saying No to 5G, Citing Health, Aesthetics—and FCC Bullying

EXHIBIT 6
Page 41

WSJ MEMBER MESSAGE

# Redeem Your Free Ticket Club Membership

Get the tickets you want, when you want them, without the surprise service fees and receive $10 off your first purchase.

SHOW CONVERSATION(213)

## WHAT TO READ NEXT...

WORLD

### Australian Citizen Yang Hengjun Is Arrested in China on Suspicion of Spying

REVIEW & OUTLOOK

### Opinion | Smearing Steven Menashi

TELEVISION REVIEW

### 'On Becoming a God in Central Florida' Review: Pyramid Power

14

EXHIBIT 6
Page 42

LETTERS

## Opinion | Student Loan Fiasco Is a Lesson for BernieCare

JOURNAL REPORTS: WEALTH MANAGEMENT

## Two Ways to Simplify Your Student-Loan Debt

*Independent of The Wall Street Journal newsroom*

MARKETWATCH

## How the 'halo effect' is driving e-tailers to brick and mortar

MANSION GLOBAL ARTICLE

## SoHo Penthouse Designed by Renzo Piano Headed to Market With $42.5 Million Price Tag

## JOIN THE CONVERSATION

- Afghan Withdrawal Plan Faces New Challenges

EXHIBIT 6
Page 43



- Diverging Paths of Stocks and Data Vex Investors

- Carlos Ghosn Ran a Tech Fund—Using Millions From an Executive at a Nissan Partner



- Americans Have Shifted Dramatically on What Values Matter Most

- Private Jets Ferried Relatives of NRA Chief Executive



- Central Bankers Worry About Trump's Tactics to Reorder Global Trade

EXHIBIT 6
Page 44



- Ferdinand Piëch, Who Transformed Volkswagen, Dies at 82



- Tension Between Trump, World Leaders Takes Spotlight at G-7 Summit



- Big Tech Shares Lose Their Luster



- Leave Your Lunch at Home. This is Shanghai Disneyland.

17

EXHIBIT 6
Page 45

- The Wall Street Journal
- U.S. Edition

  ○
  ○
  ○
  ○
  ○
  ○

  - - Sign Out
  - BACK TO TOP«

- WSJ Membership

- WSJ+ Membership Benefits
- Digital Subscription
- Print Subscription
- Print and Digital Subscription
- Why Subscribe?
- Corporate Subscriptions
- Professor Journal
- Student Journal
- WSJ Amenity Program
- Customer Service

- Customer Center
- Contact Us
- Tools & Features

- Emails & Alerts
- Guides
- My News
- RSS Feeds
- Video Center
- Watchlist
- Podcasts
- Ads

- Advertise
- Commercial Real Estate Ads
- Place a Classified Ad
- Sell Your Business
- Sell Your Home
- Recruitment & Career Ads

18

EXHIBIT 6
Page 46

- More

  - About the Newsroom
  - Content Partnerships
  - Corrections
  - Jobs at WSJ
  - Masthead
  - News Archive
  - Register for Free
  - Reprints
  - Buy Issues

-
-
-
-
-
-
-

  - Dow Jones Products

    - Barron's

    - BigCharts

    - Dow Jones DNA

  - Dow Jones Newswires

    - Factiva

    - Financial News

    - Mansion Global

    - MarketWatch

    - Private Markets

    - realtor.com

  - Risk & Compliance

    - Venturesource

19

EXHIBIT 6
Page 47

- WSJ Conference

- WSJ Pro Central Banking

  - WSJ Video

  - WSJ Wine

    - Privacy Policy
    - Cookie Policy
    - Copyright Policy
      - Data Policy
  - Subscriber Agreement & Terms of Use
      - Your Ad Choices
- Copyright ©2019 Dow Jones & Company, Inc. All Rights Reserved.

EXHIBIT 6
Page 48

EXHIBIT 7

| | |
|---|---|
| **From:** | Eric Ortiz |
| **To:** | Sal Avila; Kenny Nguyen; Erica Tabin |
| **Cc:** | Kaine Wen; Isabel Banda; Calvin Ho; albert@slaccountmgmt.com |
| **Subject:** | Compliance Meeting 8/27/2019 |
| **Date:** | Tuesday, August 27, 2019 5:58:03 PM |

Hello,

Here is a recap of the compliance meeting.

Topic: Compliance
Location: SLAM
Time: 4:00 pm

Present: Kaine Wen, Albert Kim, Isabel Banda, Sal Avila, Kenny Nguyen & Eric Ortiz

Effective immediately all sales and marketing will be paused until further notice (estimated time frame three weeks). The purpose of the pause is to allow for retaining purposes. During this period the company and each department will work on re-training, compliance, and policies. In addition, each department will work together to address any and all mistakes on all client files.

Listed below is a summary but not limited of what is to be considered grounds for suspension/termination with or without notice.

- Zero tolerance for accessing NSLDS
- Zero tolerance for accessing FSA
- Zero tolerance for changing FS (family size)
- Zero tolerance for signing documents on behalf of clients
- Zero tolerance for misrepresentation of the company
  - Example: We work with the DOE/servicer
- Zero tolerance for submitting clients as unemployed on recerts
- Zero tolerance for final pay without ROA/confirmation documents uploaded

*If servicer login credentials are obtain from client. Servicer access will be granted.

If you have any questions or concerns, please contact upper management.

Thank you,

Eric Ortiz

EXHIBIT 7
Page 49

EXHIBIT 8

| | |
|---|---|
| **From:** | Isabel Banda |
| **To:** | Christian Stark; Nicole Balestreri; Adon Janse; Amber Alarcon; Carolina Cazarez; Dawn Schoenbein; Dorothy Tipre; Hawalul Hassan; Heather Miklos; Karla Garcia; Kurt Zehrung; Larryce Hedgeman; Leode Ramirez; Mayte Gomez; Mark Christian; Nolan Chiavetta; Oscar Salazar; Paul Burstrom; Ra"anne Naea; Tauemua Faauli; Mike Nguyen; Davidson King; Felicia Ramirez; Leonardo Kiyabu; Nancy Bernal; Sarah Tagatauli; Shubhangi Vyawahare |
| **Subject:** | URGENT MEMO |
| **Date:** | Wednesday, August 28, 2019 1:32:08 PM |
| **Attachments:** | Image-1.png |

Hi Team-

Please be aware of the following temporary changes and see the script below:

**Customer Service Script**

As our announcement states on our website, *we are upgrading our technology and other systems to ensure that clients have received and continue to receive high-quality services from us. While our acceptance of new clients has been temporarily put on pause, we are absolutely continuing to work with current clients who have paid at least one installment for our services.*

- If no further questions, thank the client for the call.
- If asked for more description on changes/upgrades:
    1. *We are working on a variety of upgrades, including to the way we process payments and other operational processes.*
    2. *Improved quality control to ensure that 100% of our customers received the services that they paid for and are in the right loan modification, repayment or forgiveness plan.*
- If the client wants to cancel – process the cancellation without hesitation.

EXHIBIT 8
Page 50



EXHIBIT 8
Page 51

EXHIBIT 9

# Zero Tolerance Policy

Zero tolerance for accessing NSLDS
Zero tolerance for accessing FSA
Zero tolerance for changing FS (family size)
Zero tolerance for signing documents on behalf of clients
Zero tolerance for misrepresentation of the company
(Example: We work with the DOE/servicer)
Zero tolerance for submitting clients as unemployed on recerts
Zero tolerance for final pay without ROA/confirmation documents uploaded



EXHIBIT 9
Page 52

EXHIBIT 10

| DBA | TOLL FREE | WEBSITE | MANAGER |
|---|---|---|---|
| Premier Student Loan Center | (855) 340-7773 | N/A; company no longer take new clients | Matt Weinberg |
| Financial Preparation Services | (877) 709-0795 | https://financialpreparationservices.com/ | Zach Kennedy |
| South Coast Financial Center | (855) 877-4831 | https://www.southcoastfinancialcenter.com/ | James Thomas |
| Direct Account Services | (855) 877-5211 | https://www.directaccountservices.com | Matt Weinberg |
| Financial Loan Advisors | (877) 382-2596 | https://www.financialloanadvisors.com/ | |
| Account Preparation Services | (855) 866-2857 | https://www.accountpreparationservices.com/ | |
| Administrative Financial | (855) 877-9458 | https://www.administrativefinancial.com/ | Nicollette Bryan |
| Tangible Savings Solutions | (877) 921-3705 | http://tangiblesavingssolutions.com/ | |
| Coastal Shores Financial Group | (855) 877-2363 | https://www.coastalshoresfinancialgroup.com/ | Zach Kennedy |
| First Choice Financial Centre | (877) 768-4620 | https://www.firstchoicefinancialcentre.com | |
| Administrative Account Services | (855) 773-0028 | https://www.administrativeaccountservices.com | James Clark |
| Primary Account Solutions | (877) 640-4918 | https://www.primaryaccountsolutions.com | |
| Prime Document Services | (877) 795-4896 | https://www.primedocumentservices.com | |
| Financial Accounting Center | (855) 659-8774 | https://www.financialaccountingcenter.com | Morgan Miller |
| Doc Management Solutions | (855) 877-5184 | https://www.docmanagementsolutions.com | |
| Sequoia Account Management | (855) 981-6062 | https://www.sequoiaaccountmanagement.com | Austen Kalevitch |
| Pacific Palm Financial Group | (855) 259-5457 | https://www.pacificpalmfinancialgroup.com | Zach Kennedy |
| Pacific Shores Advisory | (855) 740-7237 | https://www.pacificshoresadvisory.com | Malea Shapley |
| First Document Services | (855) 728-5743 | https://www.firstdocumentservices.com | Morgan Miller |
| Keystone Document Center | (844) 279-8002 | https://www.keystonedocumentcenter.com | James Thomas |
| Administrative Accounting Center | (844) 680-0793 | https://www.administrativeaccountingcenter.com | Nicollette Bryan |
| Global Direct Accounting Services | (833) 780-0913 | https://www.globaldirectaccountingsolutions.com | Tara Herrera |
| Signature Loan Solutions | (855) 800-5721 | https://www.signatureloansolutions.com | James Clark |
| Best Choice Financial Center | (844) 817-8003 | https://www.bestchoicefinancialcenter.com | Alyssa Levasseur |
| Yellowstone Account Services | (844) 680-0797 | https://www.yellowstoneaccountservices.com | Matt Weinberg |
| Regional Accounting Center | (855) 997-4589 | https://www.regionalaccountingcenter.com/ | Brian Barnes |
| Financial Direct Services | (855) 394-3709 | https://www.financialdirectservices.com/ | Lindsay Blalock |

EXHIBIT 10
Page 53

EXHIBIT 11

Confidential & Business Proprietary Information

## Sales Script

IMPORTANT: <u>**USE CAPS LOCK WHEN COMPLETING THE APPLICATION.**</u> FAILURE TO DO SO WILL PREVENT YOUR FILE FROM MOVING FORWARD TO PROCESSING WHEN YOU SUBMIT.

### QUALIFYING THE CALLER

Student Services Plus, this is _____.  Are you interested in the Federal Student Loan Forgiveness Program or reduced repayment options?

1.   Are your federal loans $10,000 or more?
2.   Are you currently employed or have a source of income?

**IF NO to EITHER** – Unfortunately, we won't be able to help you today. Please contact the Department of Education if you are interested in learning more about your options.  **[HANG UP UNDER 60 SECONDS]**

**IF YES** – Ok great. That means you may qualify for one or more of the Department of Education's programs that can reduce your monthly payments and possibly forgive your student loan balance. What we can do for you today is help you find the loan forgiveness program you may qualify for that will have the lowest monthly payment.

### INTRODUCTION AND INFORMATION GATHERING

**\*Please note that while we may correspond with your servicers on your behalf, we are not the Department of Education. This call is being recorded for quality control and compliance purposes. \***

Let's go ahead and get started, if I could please get:

1.   The proper spelling of your First and Last Name?

2.   The best contact number in case we get disconnected.

3.   What is your email address associated with your student loans?

4.   Can I get your date of birth?

5.   These federal programs are income based. Are you currently paid by the hour or are you on salary?  What is your hourly rate? How many hours per week do you work?

EXHIBIT 11
Page 54

Confidential & Business Proprietary Information

  a. *ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52*
  b. *TAX TRANSCRIPT* (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

6. <u>**HOW TO PROPERLY EXPLAIN FAMILY SIZE:**</u>

Now we'll determine your "family size" under the DOE programs. <u>It's very important to include everyone that qualifies, so you can receive the lowest monthly DOE payment possible and potential loan forgiveness.</u>

  a. **How many children, including unborn, do you provide more than half their financial support?**
     *Ex. Include any unborn child or children.*
     *Ex. Providing half the financial support to any children away from home, such as college or military, or even adults.*
     *Ex. <u>Support includes -- money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.</u>*

  b. **For anyone living with you, how many do you provide more than half their financial support?**
     *Ex. Providing half the financial support to anyone living with you, even relatives or friends.*

**LET THE CALLER TALK** – Most clients will be very eager to include someone they support financially if it lowers their monthly payment.
- Ex. Yes, my nephew has been living with me.
- Ex. Yes, I support another person financially 50% of the time who lives with me.

  [**Under no circumstances can you assist the client in submitting an incorrect family size.**]

<u>**HOW TO PROPERLY EXPLAIN MARITAL STATUS:**</u>

Under the DOE programs, your marital status will determine whether your monthly payments will be based only on your personal income, or the combined household income for both you and your spouse. Please let me know your marital status based on these 4 DOE application options:

  a. **Single**
  b. **Married**
  c. **Married, but separated** – You will be treated as single
  d. **Married, but cannot reasonably access my spouse's income information** – You will be treated as single

**To Caller: "Which Status best describes your current situation?"**

EXHIBIT 11
Page 55

Confidential & Business Proprietary Information

If client selects **b. Married**
**To Caller: "When you filed your last federal income tax return, did you file jointly with your spouse?**

**If YES: You must collect both spouse's incomes; either paystubs or their 1040 Tax Form**
   Is your spouse currently paid by the hour or are they on salary?  What is their hourly rate?
   How many hours per week do they work?
   e. *ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52*
   f. *TAX TRANSCRIPT* (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

## \*\*\*NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL\*\*\*

**If NO: You only need to collect the client's income.**
Ex: Recently married, filed as single last year.  This first year they do not need to include their spouse's income.

7. Do you happen to work for The Government or for a non-profit organization for at least 30 hours per week?

   a. Great! Working for a not-for-profit or public service agency may qualify you for faster loan forgiveness.  If you work for a not-for-profit or public service agency full time (30+ more hours a week) for 10 years you may be eligible for PSLF.

### <u>OBTAINING THE CALLER'S LOANS</u>

The next step in the process is to obtain your loan details to see exactly how much you owe and determine what programs you may qualify for.

   [Note:  **Do not obtain or use a client's login information for FSA, that is unlawful.**]

[Must read Verbal Consent for Soft Credit Inquiry VERBATIM.]

1. "Will you authorize us to perform a soft credit inquiry in order to obtain your current amount of outstanding student loans to determine if you may qualify for one of the government's loan forgiveness or income driven repayment programs?"

   If NO: "Soft credit inquiries will not affect your credit score and are never considered as a factor in credit scoring models. Potential lenders are not able to see soft credit inquiries."

EXHIBIT 11
Page 56

Updated: 10/21/2019                    Confidential & Business Proprietary Information

**IF YES:**

1. Access **"FRIDAY SUPPORT"**
2. Click forms then choose **"SOFT CREDIT"**.
3. ***ENTER:*** First name / Last name / Address / City / Zip / State/ **then click** SUBMIT
4. ***If Soft credit pull doesn't work with information entered above, then re-enter information***
5. ***RE-ENTER:*** First name / Last name / Address / City / Zip / State / <u>SSN OR DOB</u> / **then click** SUBMIT

**IF NO: or UNABLE TO SUCCESSFULLY COMPLETE SOFT CREDT INQUIRY:** Go to Step 2

**STEP 2**
**[OPTIONAL IF NO SOFT PULL]**

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

1. Open servicer website.
2. Create or reset log in for servicer. Add servicer username and password to file.
3. Log in to the online account.
4. Save servicer in DPP

<u>**EXPLAINING THE CALLER'S LOAN DETAILS**</u>

Ok (Caller's name), thank you for your patience. I am able to review the loan details you provided. I see here that you have a total of ____(#)____ student loans in your name, which you took out between the years of _____ and _____.

Based on the documents that you sent us, your current loan servicer is _____ and you have a balance of $_____ *and a total of $_____ in outstanding interest.* If you would like to write this down, you currently owe the federal government a total of $_____ for your federal student loans.

EXHIBIT 11
Page 57

Updated: 10/21/2019 Confidential & Business Proprietary Information

<u>**PROCESSING DEPARTMENT REVIEW**</u>

"What I am going to do now is take a few minutes to review all this information to determine whether we believe you may qualify for a DOE program. If it appears that you may qualify, we can help you get your application process started today. If for any reason it appears that you are <u>not</u> likely to qualify, I will let you know the reasons why we are unable to assist you.  It usually takes about 3-4 minutes to review your file, so I need to place you on a brief hold. To be ready, please have a pen and paper available so we can go over the notes together when I am done. Give me a few minutes here, I'll be right back, and I will have an answer for you shortly."

<u>**\*\* PLACE THE CALLER ON HOLD (3-4 minutes) \*\***</u>

<u>**THE PITCH AND SERVICE COSTS EXPLAINED**</u>

OK (Caller's name), Thank you for your patience, I do have some good news for you. Based on our review, we believe you may be eligible for a loan repayment or forgiveness program with the DOE.

Do you have your pen and paper? Ok great.  Please write this down:  The name of the DOE program that you may be eligible for that gives you the lowest monthly payment based on your current income and family size, and marital status is called the "IBR, PAYE, ICR, REPAYE, PSLF". program. For more information on your program, please refer to pages 5 and 6 of your Income-Driven Repayment Plan Request which will be included in your E-Signature Document Package.

Now I am going to give you some numbers to write down and then I'll review what those numbers mean.
(Have client write down all five numbers, then move into the following explanation)

1. The first number is $_____, your total loan balance, which is how much you currently owe the federal government for your student loans.
2. The second number is $_____, If you were to stay enrolled in the standard repayment plan this is how much you would end up paying back because of the interest rates associated with your student loans.  Does this number make sense?

EXHIBIT 11
Page 58

Confidential & Business Proprietary Information

3. The third number is $ _____. This is your projected forgiveness if your current income, family size, and marital status remains the same for your entire (120/240/300) month term, so congratulations!
4. The fourth number $(Quote SL + 41), your new monthly payment.
5. The fifth number is **$1,705**. This is our total Initial Fee or what you pay us to assist you in submitting the documents necessary to obtain a new repayment plan. The good news is, I will break that down into monthly payments for you.

Now, let's take a look at the way your payments are outlined.  For the first 5 months *(whichever selected)* your monthly payments will be **$341** *(or whichever selected),* which will cover all of our fees for assisting you with your document preparation, processing, and enrollment into a government program.

After the first 5 months, your monthly payment may be reduced to just (quote sl + 41), which includes your monthly student loan payment to your servicer of (Quote SL) and your recertification fee to us of **$41**. Please remember, you must reapply for your program every year with the U.S. Department of Education. However, with the **$41** per month through your (120/240/300) month term, we will make sure to contact you to collect and prepare all the paperwork necessary to keep you in your new loan repayment program every year.

Do these numbers make sense? Ok, great. Please keep in mind that the loan balance, payback number, and savings I provided you are **estimates based on the income and family size that you provided to me today**. These numbers could change if your marital status, income, or family size changes.  To highlight the benefits of these programs if your income decreases or your family size increases you may qualify for a lower payment option.  Please remember since these programs are structured based on those standards they should always work in your favor and your monthly payments should continue to remain affordable. Does that make sense? Okay.

It is very important to us how your money is protected. Our fees will be placed into your own Dedicated Client Account and these funds belong to you at all times. Your dedicated account provider is called Trusted Account Services, and they will only release our fees after the Department of Education approves your Income Driven Repayment program every year. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.


**[READ PARAGRAPH BELOW ONLY IF "IN REPAYMENT" STATUS]**

Since your student loans are in repayment status, we will file a forbearance which if approved will pause your payments to your current servicer. Please note that interest will still accrue while your loan is in forbearance. You are required to continue making your student loan payments until your forbearance request is approved and completed, which may take up to 14 business days.

EXHIBIT 11
Page 59

Updated: 10/21/2019                                          Confidential & Business Proprietary Information

## COMPLETE THE APPLICATION

Great! Our next step is to complete your application, pick your dates for your payments to us, place a payment method on file for the payment to us, and complete an e-signature document. This process will only take another 5-10 minutes to complete.

Even though we are going to send you everything in writing to review and sign, our Compliance Group requires us to walk through the basic services and the authorizations that we require on the phone during this call.

Thank you. Let's go ahead and get started by collecting the rest of the information we need for your file, starting with you <u>current mailing address</u>.

1. VERIFY CURRENT MAILING ADDRESS.
2. IF PSLF, GET EMPLOYER NAME, ADDRESS, AND LENGTH OF EMPLOYMENT (IN MONTHS).
3. HAVE CLIENT CONFIRM – a) **PRIMARY PHONE NUMBER**, b) **EMAIL**, and c) **SSN**.
4. HAVE CLIENT PROVIDE (2) REFERENCES – a) **FULL NAME**, b) **PHONE #**, and c) **RELATIONSHIP**.
5. SAVE YOUR WORK!!!

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

2. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

5. Open servicer website.
6. Create or reset log in for servicer.
7. Log in to the online account.
8. Save servicer in DPP

## *TAKE SERVICER SNIPS AND UPLOAD TO DOCS IN DPP*

## SCHEDULE INITIAL PAYMENT

Ok, the next step is to pick a date for your payment to us. Which day works best for you to make your first payment? (Recommend a date that is no later than 10 business days from today, but do not pressure the customer).
**Note:** There is no government-imposed limit – do not indicate otherwise.

As noted earlier on the call, all payments to us will be placed into your Dedicated Client Account. any time before completion of the work, you can cancel and get your funds back.  Your funds will only be released to us after we prove both to you and Trusted Account Services that we have completed the work described above – assisting you with obtaining a new loan repayment / forgiveness program.

EXHIBIT 11
Page 60

Updated: 10/21/2019                           Confidential & Business Proprietary Information

## CREATE ENROLLMENT SCHEDULE

1. Choose Base Plan: Split Payments + Recurring
2. Program Length: 240 months / 120 months
3. Fee Down Payment: LEAVE BLANK
4. Initial Fee: $1,705 - Split into 5 Payments
5. Recurring: $41
6. Click Recurring Start Date from drop down Calendar, click on date, then click off
7. Save Enrollment Plan, then OK
8. Click on customer name


## OBTAIN EXPRESS VERBAL CONSENT FOR SERVICES

Before I get your payment information, please confirm that you authorize us to proceed with the following services on your behalf, **by stating YES to each of the following**:

1. Do you authorize us to review all supporting documentation for your application that you provide to us?
2. To make the application process easier and faster, we recommend that you allow us to handle all correspondence from your loan servicer via email/mail by using our mailing and email addresses on your application documents <u>for the sole purpose of completing our services</u>.  We will send you a copy of all communications we receive from your servicer for your records. Once we have successfully assisted you in obtaining a new loan repayment program, we will change the contact information back to your email/mailing address. To make sure you understand this, we will send you a request to have this authorization in writing in a document called a Limited Power of Attorney. Do you authorize us to do what I just explained?
3. ***(ONLY if Client requests a forbearance)*** Do you authorize us to prepare and send you a forbearance request to submit to your servicer?
4. Do you authorize us to prepare and send you your loan repayment or loan forgiveness application for the (name of loan repayment or loan forgiveness program)?
5. Do you authorize us to communicate with you through email, text, and phone to provide us with all of the necessary documentation for your annual recertification?
6. Do you authorize us to prepare and send you your annual recertification applications?


## SECURE PAYMENT METHOD

Now that we have your enrollment schedule saved, the next step is to put a payment method on file for our fees only.  You have two options to choose from.  You can select either debit or credit, whichever you prefer.

EXHIBIT 11
Page 61

Updated: 10/21/2019                                    Confidential & Business Proprietary Information

**Credit or Debit Card**

1. Select Credit or Debit
2. How does you name appear on the front of the card?
3. Is your middle initial on there? (input initial if it is)
4. And is the billing address for the card the same as your mailing address?
5. Leave Card Issuer Blank
6. Ok, let's go ahead with the 16-digit number when you're ready
7. And the Expiration Date on the card?
8. And the 3-digit code on the back? (CVV)
9. Click Save

**(RPR) VERIFCATION – REPAYMENT PLAN REQUEST**

**\*\*Direct consolidated loans in Income driven plan = Repayment plan Request\*\***

    1. File must have Servicer login uploaded in DPP in order to submit file

Open servicer website(s). Create or reset log in for servicer(s). Log in to the online account and upload servicer login Username and password into DPP

Who is your current student loan servicer?  **(Navient, Nelnet, Greatlakes, FedLoan, AES, etc.)**

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers (including your full name, email, date of birth, and social) in order to obtain your current amount of outstanding student loan debt and assist you with finding your lowest monthly payment and potential loan forgiveness options?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

**IF YES:**

9. Open servicer website.
10. Create or reset log in for servicer.
11. Add servicer username and password to file.
12. Log in to the online account.

EXHIBIT 11
Page 62

Updated: 10/21/2019                          Confidential & Business Proprietary Information

Open Repayment Estimator and manually calculate loan repayment options.

## COMPLIANCE (MANDATORY)

Before we get to your Client Agreement, I will first go over our Compliance materials. I am going to send you the link to the Compliance materials via text message.  Please stand by.

**Before sending WC ensure all information is accurate including <u>Marital Status, Income, and Family Size.</u>**

**SEND WC SMS TXT**

**\*\*\*Client will be directed to the "Welcome Email" website. \*\*\***

**Instruct the Client to review and click through their personal and stated information.**

**\*\*\*NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL\*\*\***

**Read all compliance questions VERBATIM and answer any questions Client may have.**

**Client will need to agree "Yes" to all 8 compliance questions.**

When the client finishes, refresh DPP and make sure you see "**WC CONFIRMED**" before moving forward.

## COMPLIANCE CALL SCRIPT

PRIOR TO SUBMITTING YOUR FILE FOR PROCESSING. I AM REQUIRED BY OUR COMPLIANCE DEPARTMENT TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF YOUR INCOME DRIVEN REPAYMENT PROGRAM FOR WHICH YOU ARE APPLYING. YOU WILL BE REQUIRED TO ANSWER 'YES' TO EACH OF THE FOLLOWING QUESTIONS IN ORDER TO MOVE ONTO THE NEXT. IF YOU DO NOT UNDERSTAND ANY OF THE QUESTIONS, PLEASE DO NOT HESITATE TO ASK ME

1. **"Do you understand <u>we are not the government, nor the Department of Education, nor the servicer of your student loans?</u>"**

   If No: We are a third-party document preparation services company who assists with all of the necessary paperwork to ensure accuracy and correct filing of the documentation required for any necessary consolidation, recalculation and/or enrollment into your income driven repayment program. While we may correspond with your servicer on your behalf, <u>we are not affiliated with the Department of Education.</u>

2. **"Do you understand that, for your protection, we are not allowed to and will not access your Federal Student Aid account?**

10 | P a g e

EXHIBIT 11
Page 63

Updated: 10/21/2019                                    Confidential & Business Proprietary Information

If No: As a fully compliant document preparation services company, we will always remain within the guidelines mandated by all governing agencies. As such, we will not access your Federal Student Aid account.

3. **"Do you understand that <u>our company does not take any upfront fees</u>, and that your payments to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?"**

   If No: <u>It is very important to us how your money is protected.</u> You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account). Your payments will be released to our company only after the Department of Education accepts your program / plan. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program accepted by the Department of Education. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.

4. **"Do you understand that the fees that I just mentioned for our services to you are the following:**

   a. **Our initial fee of $1,705, broken into payments of $_____ for the first ____ months, which covers our initial work with you in applying for a loan program with the DOE?" [must receive a yes response**

      *If No: For our services of assisting you with gathering the correct information for your application to the Department of Education's Income Driven Repayment program–and submitting your application, we collect $1,705 for our services.  However, these funds will be placed into a Dedicated Client Trust account that are held for your benefit and that you can request back at any time prior to completion of our work for you.  What that means is that we don't get paid until you are accepted into a new Department of Education loan repayment program.*

   b. **Our recurring monthly fee of $41, which covers our work with you for your annual recertification.**

      If No: You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to our company for completing all necessary correspondence and communication and document preparation services only after your recertification is approved.

5. **"Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?"**

EXHIBIT 11
Page 64

Updated: 10/21/2019                          Confidential & Business Proprietary Information

*If No: You may attempt to do this, but our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately, including preparing and submitting all the paperwork prior to all deadlines.*

6. **"Do you understand that verification of income by the Department of Education will be required to have your new monthly payment accepted, and that the payment details could change if your family size or proof of income changes?"**

   If No: The numbers discussed today are based off of the information that you provided. Our Processing Department will reach out to you in the next couple of days to verify the income that you stated over the phone.

7. **"Do you understand that once the process is complete, you will begin making the payment of $_____ (or SL payment) to the servicer of your student loans?"**
   ***(Do NOT include the recertification fee in this number.)***

   If No: Once your Income Driven Program is accepted, you will make your new payment of $_____ (or SL payment) to the servicer of your student loans. {If $___ payment: Even a $_____ payment counts as a qualified payment towards your forgiveness.}

8. **"Do you understand that your loans will not be forgiven immediately, but upon completing 300/240/120 months of eligible payments and IF YOU ARE PSLF ELIGIBLE, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?"**
   If No: These are term-based programs, which means the forgiveness occurs at the end of the program, which is 300/240 /120 months.

<u>**SEND THE CLIENT FEE AGREEMENT ("DOCS") FOR E-SIGN**</u>

The last step for us today is to complete a very simple E-signature document which I am sending via email and text message. Let me know when you see it. **The subject line will read "Documents Ready to Sign".**

*(DOCS TAB, Generate PDF, Client Agreement SSP, click Send to ClixSign, Generate PDF, Select SMS template "Sales Ready to Sign", from number "Sales", Send for Signature)*

1. **Please take your time to review and let me know when you are ready to begin – I can wait for as long as you would like.  Please review all of it.**
2. When you are ready, please click the "Review and Sign Now" link and click "Begin Signing"
3. Then you will need to draw your signature in the box and click "next"
4. Then draw your initials in the box and click "finished"

Updated: 10/21/2019                              Confidential & Business Proprietary Information

5.  At this point it's pretty simple.  Please take as much time as you need to read and sign the document.  There are 12 tabs that you need to click on to add your signature/initials.  Once you have read the agreement and clicked on all of the tabs, hit the "Finish & Submit Document" to have your own copy directly to your email.

(*Read the paragraph below when the client is ready or ask when you can read some additional information to the client*)

**This document is only consent to work on your file and is an acknowledgement of the numbers we already went over.**

Thank you for taking the time to complete that.  What's going to happen next is you will be receiving a phone call from our company's Jr. Underwriting Department within the next 2-3 business days from a **(949) area code**. They will be requesting a copy of your tax returns or 2 most recent paystubs. This is to verify your income for the Department of Education. Our Customer Service and Jr. Underwriting Departments will take care of all your future paperwork, contacts, and notifications, and will update you every step of the way.

<u>REFERRALS</u>

LASTLY, were you referred by a friend or family member?

The reason I ask is you're now entitled to your own referrals. Very important: anybody you refer that calls my direct number; we are required to send you a $25 Visa Card for each person I am able to help out. This is mainly to assist anyone unaware of their options and show our appreciation to you for sending us referrals.

<u>WRAP UP THE CALL</u>

Besides that, do you have any more questions for me right now? Ok, fantastic. It's been a pleasure assisting you today; I am very pleased that we were able to help you with your student loans. I know this program is going to be a huge benefit for you. I hope you have a great rest of your day. Take care.

EXHIBIT 11
Page 66

EXHIBIT 12

 WyomingRegisteredAgent.com

WyomingRegisteredAgent.com
1621 Central Avenue
Cheyenne, WY 82001
307-637-5151

**Purchasing Information:**

**E-mail Address:**    michaelt@trustedaccountservices.com

**Billing Address:**
TRUSTED ACCOUNT SERVICES
KENNY HUANG
17011 BEACH BLVD, SUITE 900
HUNTINGTON BEACH, CA 92647

**Shipping Address:**
TRUSTED ACCOUNT SERVICES
KENNY HUANG
17011 BEACH BLVD, SUITE 900
HUNTINGTON BEACH, CA 92647

**Billing Phone:**
866-363-6383

**Shipping Phone:**
866-363-6383

**Order Grand Total:**  **$29.00**

**Payment Method:**    Other

**Invoice Summary:**

**Shipping Details:**

**Invoice #:**            65326
**Invoice Date:**        2019-07-10 10:43
**Shipping Method:**     Standard delivery
Products Subtotal:       $29.00
                          ------
**Total for this Invoice: $29.00**

**Products on invoice:**
**1 x Virtual Office (Bronze) - Month - $29.00**
   SKU: VOBRM
   • Name of the company: Trusted Account Services
   • Street Address: 109 E. 17th St.
   • Virtual Suite Number: 5656

---

**This order is *PAID IN FULL*.**

EXHIBIT 12
Page 67



**Wyoming Registered Agent <info@wyomingregisteredagent.com>**

## Receipt for Order Virtual Office - ch_1EuC8ZDMWj8AjnwYCL0Eec25
1 message

**no-reply@wufoo.com** <no-reply@wufoo.com>                                    Mon, Jul 8, 2019 at 11:51 PM
Reply-To: info@wyomingregisteredagent.com
To: michaelt@trustedaccountservices.com

---

**Jul 8, 2019**                                    **Transaction ID**
11:45pm                                            ch_1EuC8ZDMWj8AjnwYCL0Eec25

### Receipt for Order Virtual Office - ch_1EuC8ZDMWj8AjnwYCL0Eec25

**Billing Address**
Kenny Huang
███████████████
Arcadia,CA 91006
US

| Description | Price |
|---|---|
| **Service Level:**<br>*Monthly Bronze $29/mo* | $29.00 |
| **Total** | **$29.00** |

**Credit Card :** ****9394                          **Amount Paid :** $29.00

EXHIBIT 12
Page 68

# WYOMINGREGISTEREDAGENT.COM
## Bronze Virtual Office Instructions

## Your New Mailing Address & Phone Numbers

Trusted Account Services
109 E. 17th St.
Suite #5656
Cheyenne, WY 82001

Thank you for your purchase of the Bronze Wyoming Virtual Office. Below are a few tips and answers to commonly asked questions.

### Forwarding Your Mail

Once a week, your mail will be forwarded to you by first class mail to the address specified in your online account. As we receive mail for you throughout the week, you will be notified by email with a scanned image of the front of the envelope.

### Changing Your Address

You can change your shipping address at any time by sending an email to shipping@wyomingregisteredagent.com, sending a Fax to 307.634.7570, or by managing your online account using your Internet web browser (see below).

### Managing Your Account Online

You can change your email, phone, and mail forwarding address, and view and pay invoices by accessing your online account. To login to your account:

1. Go to http://my.wyomingregisteredagent.com/
2. In the upper right hand corner of the page, enter your username: khuang
3. Enter your password in the password field. If you do not have your password, you can have a new password emailed to you (see below).
4. Click login.

### Lost/Misplaced Password?

To request a temporary password to be emailed to you, please follow these steps:

1. Go to http://my.wyomingregisteredagent.com/user/password
2. Enter your username: khuang
3. Click Email new password

### Questions and Support

If you have any questions about your service, please contact us by email (support@wyomingregisteredagent.com), phone (307.637.5151) or Fax (307.634.7570)

EXHIBIT 12
Page 69



**Wyoming Registered Agent <info@wyomingregisteredagent.com>**

## Order Virtual Office [#133]
1 message

| | |
|---|---|
| **Wufoo** <no-reply@wufoo.com> | Mon, Jul 8, 2019 at 11:43 PM |
| Reply-To: no-reply@wufoo.com | |
| To: info@wyomingregisteredagent.com | |

| | |
|---|---|
| Existing Wyoming Entity: * | Trusted Account Services |
| Service Level: * | Monthly Bronze $29/mo |
| Name * | Kenny  Huang |
| Email * | michaelt@trustedaccountservices.com |
| Phone Number * | 8663636383 |
| Send My Mail Here * | 17011 Beach Blvd, Suite 900 Huntington Beach, CA 92647 United States |

EXHIBIT 12
Page 70

EXHIBIT 13

| | |
|---|---|
| **From:** | Keneth Hu |
| **To:** | Thu Quach |
| **Cc:** | Calvin Ho |
| **Subject:** | FW: TAS |
| **Date:** | Wednesday, June 19, 2019 5:27:21 PM |
| **Attachments:** | Credit Card Authorization .pdf |
| | image002.png |
| | image003.png |
| | image004.png |
| | image007.png |

## Keneth Hu

**System and Data Manager**
**IT Department**

### SL Account Management

**Email:** khu@slaccountmgmt.com
**Phone: (415) 640 - 5133**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

**From:** Keneth Hu
**Sent:** Friday, June 14, 2019 2:10 PM
**To:** Thu Quach <thuq@financialpreparationservices.com>
**Cc:** Calvin Ho <calvin.ho@slaccountmgmt.com>
**Subject:** TAS

Hi,

Please fill for billing information for TAS. Thank you!

## Keneth Hu

**System and Data Manager**
**IT Department**

### SL Account Management

**Email:** khu@slaccountmgmt.com

EXHIBIT 13
Page 71

**Phone: (415) 640 - 5133**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

EXHIBIT 13
Page 72

**Credit Card Payment Authorization**

By signing this form you give Debt Pay, Inc permission to perform scheduled or periodic charges to your account by Credit Card for payments due for monthly DebtPayPro Software invoices or when applicable.

**Please complete the information below:**

I _____, authorize Debt Pay, Inc to charge my credit card account indicated below.

Billing Address _____     Phone#_____

City, State, Zip _____     Email _____

Account Type:  ☐ Visa        ☐ MasterCard        ☐ AMEX        ☐ Discover

Cardholder Name _____

Account Number _____

Expiration Date _____

CVV2 (3 digit number on back of Visa/MC, 4 digits on front of AMEX) _____

_____

SIGNATURE                                                    DATE

I authorize the above named business to charge the credit card indicated in this authorization form according to the terms outlined above. This payment authorization is for the goods/services described above. I certify that I am an authorized user of this credit card and that I will not dispute the payment with my credit card company; so long as the transaction corresponds to the terms indicated in this form.

| | |
|---|---|
| **From:** | Khanh Truong |
| **To:** | Calvin Ho |
| **Cc:** | Alex La |
| **Subject:** | TAS - Form of ID Additional |
| **Date:** | Monday, July 08, 2019 10:58:34 AM |
| **Attachments:** | image001.png |

Hi A

Alex 's signing up virtual office for  TAS at Huntington Beach, they required another form of ID from Kenny Huang( Beside Driver License). Can be Passport, Business License ,Etc. With name and address matched with driver license .



**Khanh Quoc Truong**
**Operation ,IT & Programming**

phone: (916) 303-6776
ktroung@financialpreparationservices.com
**financialpreparationservices.com**

EXHIBIT 13
Page 74

| | |
|---|---|
| **From:** | Alex La |
| **To:** | Calvin Ho |
| **Subject:** | New Virtual Office At Huntington Beach |
| **Date:** | Monday, July 08, 2019 10:32:45 AM |

Hi anh Calvin,

Day la dia chi Virtual Office tai Huntington Beach: 17011 Beach Blvd Suite 900, Huntington Beach, CA 92647

Nguoi ta hoi cai email and phone number. Anh muon tao mot cai email moi hay la dung email nao anh noi em biet. Nguoi ta noi can them can them 1 form ID nua, co the passport, Car Registaration, Business License…. Co gi anh gui copy cho em nha. Cam on anh !

EXHIBIT 13
Page 75

**From:** Thu Quach
**To:** Calvin Ho
**Subject:** bank info
**Date:** Wednesday, July 03, 2019 1:20:43 PM

| Name of card holder | Card No | Expiration Date | CVV | Address |
|---|---|---|---|---|
| Kenny Tingkai Huang | ███ 9394 | 4/24 | ██ | ███ Arcadia CA 91006 |

EXHIBIT 13
Page 76

EXHIBIT 14

EXHIBIT 14
Page 77

EXHIBIT 15

| | |
|---|---|
| **From:** | Donald Cook |
| **To:** | "Kaine Wen"; "Calvin Ho"; Calvin Ho; "Tom Nguyen"; "Thien Nguyen" |
| **Cc:** | "Rey Pasinli" |
| **Subject:** | RE: Commitment to move forward for ACH payment processing.... |
| **Date:** | Tuesday, February 26, 2019 8:00:56 AM |
| **Attachments:** | image003.png |
| | image004.png |

Good morning Kaine,

We can get True Count an approved ACH account <u>BUT</u>,

- https://www.consumer.ftc.gov/articles/1028-student-loans
    - It's illegal for companies to charge you before they help you The first step is to complete the Free Application for Federal Student Aid (FAFSA) form at fafsa.gov

Other:

- https://studentaid.ed.gov/sa/repay-loans/consolidation

- There is only one federal loan consolidation program.

- You can visit the Consumer Financial Protection Bureau's "Repay Student Debt" tool, which helps narrow down your options for both private and federal student repayment. There is also an exhaustive list of student loan repayment options on the Office of Federal Student Aid website.

- Finally, you can report suspected fraud activity to the CFPB (855-411-CFPB) or to the Federal Trade Commission's online Complaint Assistant.

Although it's illegal to "Receive" payment in advance.  It's not illegal for the Students to "Pay" in advance – as long as the accrued fees are held by an independent, non-related 3rd party... Accordingly, we can/will process for True Count as long as Federal (and applicable state mandates) are adhered to.

I also recommend to start using a 3rd party accommodator to monitor and service your existing 50,000 students currently paying you via credit cards.  We can also facilitate this.

Sincerely,

Don
**Donald@DepositChecks.com**
**(866) 927-7180**
**(619) 450-5800**
**(603) 947-5197 - eFax**



---

**From:** Kaine Wen [mailto:kwen@slaccountmgmt.com]
**Sent:** Tuesday, February 26, 2019 3:38 AM
**To:** Donald Cook; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** Re: Commitment to move forward for ACH payment processing....

EXHIBIT 15
Page 78

*1.  True Count can be approved for ACH debit / credit processing for business purposes other than federal student loan document preparation and processing services and monthly re-certification fees.*

TC only does federal student loan document preparation and processing services. You are not able to get TC an ACH account for that business type? Please confirm so we can look for other options.

Thank you.


Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

---

**From:** Donald Cook <Donald@DepositChecks.com>
**Sent:** Monday, February 25, 2019 7:59:36 PM
**To:** Kaine Wen; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** RE: Commitment to move forward for ACH payment processing....

Good evening Kaine,

You're welcome – together, we can make True Count sustaining.

1.  True Count can be approved for ACH debit / credit processing for business purposes other than federal student loan document preparation and processing services and monthly re-certification fees.
2.  Great, the services we propose, work for both Credit Card and ACH.
3.  Negotiations are currently in place to integrate with either/both NMI and USAePay.  Non-integration will not impede us from performing our duties set forth below.

Sincerely,

Don
**Donald@DepositChecks.com**
**(866) 927-7180**
**(619) 450-5800**
**(603) 947-5197 - eFax**

EXHIBIT 15
Page 79

**From:** Kaine Wen [mailto:kwen@slaccountmgmt.com]
**Sent:** Monday, February 25, 2019 6:32 PM
**To:** Donald Cook; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** Re: Commitment to move forward for ACH payment processing....

Hi Donald,

Thank you for the comprehensive proposal. It is a large-scale project and transition that we don't have any data on yet. This is what we're looking for in the short-term:

1. Obtain an ACH account for True Count.
2. We will attempt to enroll new clients using ACH.
3. We will gather data on what % of clients agree to ACH (vs credit/debit).
4. We will gather data on what % of payments get approved/NSF'ed, client refund requests, etc.

Is the plan still for you to integrate with NMI or USAePay?

Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Donald Cook <Donald@DepositChecks.com>
**Sent:** Monday, February 25, 2019 2:37:11 PM
**To:** Kaine Wen; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** Commitment to move forward for ACH payment processing....

Good afternoon everyone,

Congratulations, after meeting and consultations, we have decided to move forward in processing your ACH transactions and those of your referred Clients.  It is our current belief that "true integration" with DebtPayPro, or any CRM of your choice, is not necessary for us to complete our work.

We need for all involved to understand the operating procedures in moving forward.  Please read the entire text below and be prepared to ask questions and add input in the initial conference call. We would like to have all representative on this first call.  **Please provide us with 2 dates/times this week that are convenient for your team.**

## Process
- No advance fees are taken/received/controlled by the Doc Prep Company.

EXHIBIT 15
Page 80

- The Doc Prep Company assists the students completing the required forms, depending on what type of loan, etc.
- The students sign a Recurring ACH Authorization form in favor of the Trustee, not the Doc Prep Company.
- The Trustee debits the students over a period of time agreed upon by the parties [e.g. of 3 months for the $1,200 fee ($400 per month)] plus $6.95 per month for the Trustee fees.  At all times the accumulated funds are owned by the student in the trust account held in the Trustee's name until such time as evidence is provided, to the Trustee, that the contracted work has been performed by the Merchant.
- Upon evidence of completed work, Trustee will send accumulated fees to Doc Prep Company either by wire, ACH or paper check.
- Upon receipt of Cancellation / Refund Request by the Student – Trustee will notify Doc Prep Company and return all then accumulated fees to the Student.
- The student always pays "loan" payments directly to the Lender/Government.
- The Trustee never receives "loan" payments, and, in turn never pays the Lender/Government.
- The Doc Prep Company currently uses the CRM of DebtPayPro.com and may switch CRMs at their discretion.
- The Doc Prep Company currently does not process ACH.
- The Doc Prep Company currently uses GroupISO for Credit Card processing.
- The Doc Prep Company will provide Deposit Checks, Inc a daily ACH processing file.  In return, Deposit Checks, Inc. will provide Doc Prep Company a Results file.
- The ACH "Merchant" is the Trustee (i.e. Deposit Checks, Inc.).
- Deposit Checks, Inc will be the Trustee to administer payments.
- The Student signs a Recurring ACH Authorization in favor of Deposit Checks, Inc.  Deposit Checks, Inc will be a processing client of Today Payments, Inc., dba: **TrusteePay.com (site to be completed by month's end).**
- The Doc Prep Company may assign a **unique "Descriptor"** that is presented to the Student on his/her bank statement.
- Upon certified completion of work – the Doc Prep company will receive it's accumulative fees held by Trustee.

My, in-house, programmers have already constructed the layout of the database to be used and we are ready to become the Trustee or assist a Trustee.

## Considerations

The students sign a Recurring Credit Card Authorization form in favor of the Trustee, not the Doc Prep Company.

## Descriptors

ACH descriptor to be agreed upon by Doc Prep Company and Trustee.

## Credit Card

EXHIBIT 15
Page 81

Credit card processor will be provided the Trust bank information for deposits

## Pricing

Services rendered to Company and its Students

1. $60 Application Fee.

   **ACH Processing**

2. 0.00% Discount Fee
3. $0.50 Transaction Fee for federal student loan document preparation and processing services and monthly re-certification fees (this is paid for by the Doc Prep Company for all transactions initiated by referred Students)
4. $30 Monthly Fee – per Doc Prep Company depository Trust account
5. $2.50 Return Fee (NSF) (this is paid for by the student)
6. $25 Revocation Fee (RO 5, 7, 10) (this is paid for by the Doc Prep Company)
7. $6.95/month Student Escrow Fee, via ACH or Card payments, for collection of Doc Prep Company federal student loan document preparation and processing services (this is paid for by the student)

   **Other Fees**

8. Company Payment Gateway access $100 Monthly Fee Services rendered to Company's Clients
9. Settlement Disbursement Fee using ACH: $5.00
10. Per occurrence fee for any other appropriate service which includes but is not limited to: $25 Wire Transfer Fee, Certified Check, Cashier's Check Depository Fee $10 Paper Check, Money Order

Upon an agreement to move forward by all parties agreements will be transmitted to Doc Prep Company for review, completion, execution and return.

A $10,000 setup fee, payable in two installments: initial payment upon Execution and return of the Company agreement, second installment collected upon "testing sign-off" by both Doc Prep Company and Deposit Checks, Inc.

Respectfully,

Don

**Donald@DepositChecks.com**
**(866) 927-7180**
**(619) 450-5800**
**(603) 947-5197 - eFax**



EXHIBIT 15
Page 82