# EXHIBIT 16

| | |
|---|---|
| **From:** | Calvin Ho |
| **To:** | Advisor; Kaine Wen; Tom Nguyen |
| **Subject:** | DAP Flowchart |
| **Date:** | Sunday, March 03, 2019 11:00:00 PM |
| **Attachments:** | DAP Flowchart.pdf |

Please see attached for DAP Flowchart

EXHIBIT 16
Page 83

# DAP FlowChart



EXHIBIT 16
Page 84

EXHIBIT 17

| | |
|---|---|
| **From:** | Calvin Ho |
| **To:** | "Thu Quach"; Keneth Hu; Khanh Truong; Long Le; Thien Nguyen |
| **Subject:** | TAS |
| **Date:** | Monday, March 11, 2019 7:12:00 PM |
| **Attachments:** | Trusted Account Services.docx |

EXHIBIT 85
Page 85

TAS – Trusted Account Services Functions
1. Transaction Report:
   a. Customer View:
      - Merchant Account ID
      - Company Name
      - Paid Amount
      - Pending Payment
      - Refund Amount
      - Release/Payout Amount
   b. Internal View:
      - Deposit Summary:
         o Batch Amount
         o Deposit
         o Adjustment
         o Reserves
         o Net Deposit
2. CC/ACH Payment:
   a. Charge
   b. Refund
   c. Void
3. Options Setting:
   a. API Configuration
   b. Card ID verification
   c. Address Verification
   d. Settlement Schedule
   e. Transaction Routing
4. Pre-chargeback & Chargeback Alert:
5. Proof of Work Upload
6. Client Profile/Database:
   a. Full  Name (First, Last Name)
   b. CC/DB Card
   c. DPP ID
   d. Address
   e. Uploaded Files
   f. Contracts
7. Client's View
8.

EXHIBIT 85
Page 86

EXHIBIT 18

| | |
|---|---|
| **From:** | Kaine Wen |
| **To:** | Donald Cook; Calvin Ho; Calvin Ho; Tom Nguyen; Thien Nguyen |
| **Cc:** | "Rey Pasinli" |
| **Subject:** | Re: Closure of Horizon processing account.... |
| **Date:** | Friday, April 12, 2019 2:50:39 AM |
| **Attachments:** | image004.png |
| | image005.png |
| | image003.png |

Hi Donald,

The new application has been submitted under "TAS 2019 LLC".

Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Donald Cook <donald@todaypayments.com>
**Sent:** Thursday, April 4, 2019 12:50:55 PM
**To:** Kaine Wen; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** RE: Closure of Horizon processing account....

Hi Kaine,

Sorry for the inconvenience.

We have to await the opening of the "Accommodator" account for testing....

Don
**Donald@TodayPayments.com**
**(866) 927-7180**
**(603) 947-5197 – eFax**



**From:** Kaine Wen [mailto:kwen@slaccountmgmt.com]
**Sent:** Thursday, April 04, 2019 2:14 AM
**To:** Donald Cook; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'

EXHIBIT 18
Page 87

**Subject:** Re: Closure of Horizon processing account….

Hi Don,

Can you keep the Horizon account open so we can continue testing? Don't worry, we are working on getting the new application in. I'm not sure if you can view it but I have it mostly completed - just waiting on the bank account information.


Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

---

**From:** Donald Cook <donald@todaypayments.com>
**Sent:** Wednesday, April 3, 2019 1:18:24 PM
**To:** Kaine Wen; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** RE: Closure of Horizon processing account....

Good afternoon Kaine,

The account has seen $-0- processing since inception and we haven't heard from you for several weeks.

Just "cleaning up the ledgers"….

We are standing ready to receive your new application and processing account!

Respectfully,

Don
**Donald@TodayPayments.com**
**(866) 927-7180**
**(603) 947-5197 – eFax**



---

**From:** Kaine Wen [mailto:kwen@slaccountmgmt.com]
**Sent:** Wednesday, April 03, 2019 1:07 PM
**To:** Donald Cook; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'

EXHIBIT 18
Page 88

**Subject:** Re: Closure of Horizon processing account....

Hi Don,

Why is the Horizon ACH account closed?

We are in the process of submitting the new application, just waiting on the business bank account to be set up.


Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

---

**From:** Donald Cook <donald@todaypayments.com>
**Sent:** Wednesday, April 3, 2019 9:05:32 AM
**To:** Kaine Wen; Calvin Ho; 'Calvin Ho'; Tom Nguyen; Thien Nguyen
**Cc:** 'Rey Pasinli'
**Subject:** RE: Closure of Horizon processing account....


Good morning Gentlemen,


Your Horizon processing account has been closed.


Sincerely,


Don
**Donald@TodayPayments.com**
**(866) 927-7180**
**(603) 947-5197 – eFax**



EXHIBIT 18
Page 89

EXHIBIT 19

| | |
|---|---|
| **From:** | Michael T |
| **To:** | Kaitlyn Dorsey |
| **Cc:** | Calvin Ho; Kaine Wen; Carrie Brown; Advisor; Tom Nguyen |
| **Subject:** | Re: Integration with Trusted Account Services |
| **Date:** | Wednesday, June 19, 2019 5:47:05 PM |
| **Attachments:** | image001.png |
| | image002.png |

Hi Kaitlyn,

I sent you the signed documents. Let me know if there's anything else.

Thanks you,

## Michael Tabin
Chief Technology Officer

**Trusted Account Services**
30 N Gould St, Ste R
Sheridan, WY 82801
t: (307) 200-2961
e: michaelt@trustedaccountservices.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

**From:** Kaitlyn Dorsey <kaitlyn@debtpaypro.com>
**Sent:** Friday, June 14, 2019 11:27:32 AM
**To:** Michael T
**Cc:** Calvin Ho; Kaine Wen; Carrie Brown; Advisor; Tom Nguyen
**Subject:** Re: Integration with Trusted Account Services

Hi Michael,

I have attached the updated scope below. Kaine mentioned your company will be the ones being invoiced and paying? If this is correct, I will also attach our CC Form below as well.

Thank you!

Kaitlyn Dorsey
*Software Specialist*
kaitlyn@debtpaypro.com



**Phone:** (855)874-8222 x109
**Sales:** (630)394-6260

EXHIBIT 19
Page 90

**Fax:** (800) 694 3530

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, Jun 12, 2019 at 11:24 AM Kaitlyn Dorsey <kaitlyn@debtpaypro.com> wrote:

Hi All,

I am waiting on the Team to review the documentation so I can update our scope to resend your way. I will be in touch shortly.

Kaitlyn Dorsey
*Software Specialist*
kaitlyn@debtpaypro.com

**Phone:** (855)874-8222 x109
**Sales:** (630)394-6260
**Fax:** (800) 694 3530

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, Jun 12, 2019 at 11:24 AM Michael T <michaelt@trustedaccountservices.com> wrote:

Hi Mr Calvin,

Full API Documentation was sent to Kaitlyn.

Thanks,

# Michael Tabin

Chief Technology Officer

**Trusted Account Services**
30 N Gould St, Ste R
Sheridan, WY 82801

EXHIBIT 19
Page 91

t: (307) 200-2961
e: michaelt@trustedaccountservices.com

The content of this email is confidential and intended for the recipient specified in
message only. It is strictly forbidden to share any part of this message with any
third party, without a written consent of the sender. If you received this message
by mistake, please reply to this message and follow with its deletion, so that we
can ensure such a mistake does not occur in the future.

**From:** Calvin Ho <calvin@financialpreparationservices.com>
**Sent:** Monday, June 10, 2019 11:57:19 PM
**To:** Kaitlyn Dorsey; Michael T
**Cc:** Kaine Wen; Carrie Brown; Advisor; Tom Nguyen
**Subject:** RE: Integration with Trusted Account Services

Hi Michael,

Have you sent fully updated API Documentation to Kaitlyn yet?

Hi Kaitlyn,

Can you guys expedite this for us instead of 20 days?

**From:** Kaitlyn Dorsey <kaitlyn@debtpaypro.com>
**Sent:** Tuesday, June 4, 2019 8:58 AM
**To:** Michael T <michaelt@trustedaccountservices.com>
**Cc:** Kaine Wen <kwen@slaccountmgmt.com>; Calvin Ho
<calvin@financialpreparationservices.com>; Carrie Brown <carrie@debtpaypro.com>;
Advisor <advisor@financialpreparationservices.com>; Tom Nguyen
<tom@slaccountmgmt.com>
**Subject:** Re: Integration with Trusted Account Services

HI Michael,

Thank you for sending, I need to take this back to the team to update our original scope. It
looks like the only thing added is the "GET transaction/create" - I don't see any updates on
here regarding ACH transactions which I know you mentioned in the previous email you
were going to update that.

The api documentation, is this final? No more updates needed? I rather make sure now
before we have to go back and forth with a new scope / timeline. I know this is pretty
urgent for them.

Thanks,

**Kaitlyn Dorsey** *Software Specialist* kaitlyn@debtpaypro.com

**Phone:** (855)874-8222 x109
**Sales:** (630)394-6260

EXHIBIT 19
Page 92

**Fax:** (800) 694 3530

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Mon, Jun 3, 2019 at 2:24 PM Michael T <michaelt@trustedaccountservices.com> wrote:

> Hi Kaitlyn,
>
> Attached is an updated copy of our API. We included API for requesting transaction status. Please review.
>
> Thank you,
>
> ## Michael Tabin
>
> Chief Technology Officer
>
> 
>
> **T: (307) 200-2961**
> michaelt@trustedaccountservices.com
> www.trustedaccountservices.com
> **30 N Gould St, Ste R Sheridan, WY 82801**
>
> ---
>
> **From:** Kaine Wen <kwen@slaccountmgmt.com>
> **Sent:** Thursday, May 30, 2019 6:32:59 PM
> **To:** Kaitlyn Dorsey; Michael T
> **Cc:** Calvin Ho; Carrie Brown; Advisor; Tom Nguyen
> **Subject:** Re: Integration with Trusted Account Services
>
> Hi Kaitlyn,
>
> Please invoice Trusted Account Services for their integration development. Thank you.
>
>
> Best,
>
> **Kaine Wen**
>
> *Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

EXHIBIT 19
Page 93

**From:** Kaitlyn Dorsey <kaitlyn@debtpaypro.com>
**Sent:** Thursday, May 30, 2019 10:01:20 AM
**To:** Michael T
**Cc:** Calvin Ho; Carrie Brown; Kaine Wen; Advisor; Tom Nguyen
**Subject:** Re: Integration with Trusted Account Services

Michael,

Sounds good, we will update our scope and quote for Calvin once we receive your updated documentation.

Thanks!

**Kaitlyn Dorsey** *Software Specialist* kaitlyn@debtpaypro.com



**Phone:** (855)874-8222 x109
**Sales:** (630)394-6260
**Fax:** (800) 694 3530

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, May 29, 2019 at 6:15 PM Michael T <michaelt@trustedaccountservices.com> wrote:

> Carrie,
>
> I spoke with Keneth from Calvin's team regarding adding new API for getting transaction statuses. Also, we'll be updating transaction/create API to be able to process ACH transactions.
>
>
> Thank you,
>
> # Michael Tabin
>
> Chief Technology Officer
>
>    T: (307) 200-2961
> michaelt@trustedaccountservices.com
> www.trustedaccountservices.com
> 30 N Gould St, Ste R Sheridan, WY 82801

EXHIBIT 19
Page 94

**From:** Calvin Ho <calvin@financialpreparationservices.com>
**Sent:** Tuesday, May 28, 2019 1:36:53 PM
**To:** Carrie Brown
**Cc:** Michael T; Kaine Wen; DebtPayPro Support; Advisor; Tom Nguyen; Kaitlyn Dorsey
**Subject:** RE: Integration with Trusted Account Services

Hi Carrie,

Perfect. Thanks Carrie.

Please keep me posted.

Best regards,


**From:** Carrie Brown <carrie@debtpaypro.com>
**Sent:** Tuesday, May 28, 2019 1:06 PM
**To:** Calvin Ho <calvin@financialpreparationservices.com>
**Cc:** Michael T <michaelt@trustedaccountservices.com>; Kaine Wen <kwen@slaccountmgmt.com>; DebtPayPro Support <support@debtpaypro.com>; Advisor <advisor@financialpreparationservices.com>; Tom Nguyen <tom@slaccountmgmt.com>; Kaitlyn Dorsey <kaitlyn@debtpaypro.com>
**Subject:** Re: Integration with Trusted Account Services

Hi Calvin,

We have a scope and quote. Kaitlyn in sales is finalizing the proposal and will reach out soon to review.'

Regards,

**Carrie Brown**_Client Success Manager_
carrie@debtpaypro.com



**Phone:** (855) 874 8222 x.115

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.


On Thu, May 23, 2019 at 1:00 PM Carrie Brown <carrie@debtpaypro.com> wrote:

Hi Calvin,

EXHIBIT 19
Page 95

We just recently received the API documentation and it is being reviewed by development. No work has or will be started on it until a scope and quote are complete and a proposal for the work is signed off on. Please feel fre to contact me if you have any questions but this is our standard integration procedure.

Regards,

**Carrie Brown**_Client Success Manager_
carrie@debtpaypro.com



Phone: (855) 874 8222 x.115

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Thu, May 23, 2019 at 12:55 PM Calvin Ho <calvin@financialpreparationservices.com> wrote:

Hi Carrie and Michael,

How's everything with the integration? When can we start using TAS? Do you guys have any timeframes for that ? Do you guys need anything from us?

Please let me know if we can help with anything else.

Best regards,

**From:** Carrie Brown <carrie@debtpaypro.com>
**Sent:** Wednesday, May 8, 2019 1:29 PM
**To:** Calvin Ho <calvin@financialpreparationservices.com>
**Cc:** Michael T <michaelt@trustedaccountservices.com>; Kaine Wen <kwen@slaccountmgmt.com>; DebtPayPro Support <support@debtpaypro.com>; Advisor <advisor@financialpreparationservices.com>; Tom Nguyen <tom@slaccountmgmt.com>
**Subject:** Re: Integration with Trusted Account Services

Michael,

Actually, if it's going to be NMI we'd like to get a VAR sheet instead of credentials. If it's Auth.net then credentials are all we need.

Thank you,

**Carrie Brown**_Client Success Manager_

EXHIBIT 19
Page 96

carrie@debtpaypro.com



**Phone:** (855) 874 8222 x.115

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Tue, May 7, 2019 at 3:38 PM Carrie Brown <carrie@debtpaypro.com> wrote:

> No, not for this meeting. Thanks Calvin!
>
> On Tue, May 7, 2019, 1:15 PM Calvin Ho <calvin@financialpreparationservices.com> wrote:
>
>> Hi Carrie,
>>
>> Do you want us to join the meeting as well ?
>>
>> Best regards,
>>
>> **From:** Michael T <michaelt@trustedaccountservices.com>
>> **Sent:** Monday, May 6, 2019 5:19 PM
>> **To:** Carrie Brown <carrie@debtpaypro.com>
>> **Cc:** Calvin Ho <calvin@financialpreparationservices.com>; Kaine Wen <kwen@slaccountmgmt.com>; DebtPayPro Support <support@debtpaypro.com>; Advisor <advisor@financialpreparationservices.com>; Tom Nguyen <tom@slaccountmgmt.com>
>> **Subject:** Re: Integration with Trusted Account Services
>>
>> 1:00pm on Wednesday will work.
>>
>> **From:** Michael T
>> **Sent:** Monday, May 6, 2019 5:15:15 PM
>> **To:** Carrie Brown
>> **Cc:** Calvin Ho; Kaine Wen; DebtPayPro Support; Advisor; Tom Nguyen
>> **Subject:** Re: Integration with Trusted Account Services
>>
>> Yes, that will be fine.
>>
>> Thank you.
>>
>> **From:** Carrie Brown <carrie@debtpaypro.com>
>> **Sent:** Monday, May 6, 2019 10:04:33 AM

EXHIBIT 19
Page 97

**To:** Michael T
**Cc:** Calvin Ho; Kaine Wen; DebtPayPro Support; Advisor; Tom Nguyen
**Subject:** Re: Integration with Trusted Account Services

Hi Michael,

I am out of the office at appointments until Wednesday. I could do 9:00 or 1:00 PST on Wednesday. If one of those times works I'll send out a meeting invite to block the time.

Regards,

**Carrie Brown** *Client Success Manager*
carrie@debtpaypro.com

**Phone:** (855) 874 8222 x.115
**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Mon, May 6, 2019 at 8:49 AM Michael T <michaelt@trustedaccountservices.com> wrote:

Carrie,

You can contact me at (307) 200-2961.

Lets schedule a meeting for tomorrow (5/7) 1:00pm MDT.

**From:** Carrie Brown <carrie@debtpaypro.com>
**Sent:** Friday, May 3, 2019 1:20:57 PM
**To:** Calvin Ho; Michael T
**Cc:** Kaine Wen; DebtPayPro Support; Advisor; Tom Nguyen
**Subject:** Re: Integration with Trusted Account Services

Michael,

What phone number can I reach you to discuss this?

Regards,

**Carrie Brown** *Client Success Manager*
carrie@debtpaypro.com

EXHIBIT 19
Page 98

**Phone:** (855) 874 8222 x.115

**DebtPay Inc**
1900 E Golf Rd, Suite 550
Schaumburg, IL 60173
http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

On Thu, May 2, 2019 at 5:16 PM Calvin Ho
<calvin@financialpreparationservices.com> wrote:

> Hi Carrie,
>
> Here is Michael contact: michaelt@trustedaccountservices.com
>
> Best regards,
>
> **From:** Carrie Brown <carrie@debtpaypro.com>
> **Sent:** Thursday, May 2, 2019 2:25 PM
> **To:** Calvin Ho <calvin@financialpreparationservices.com>
> **Cc:** Kaine Wen <kwen@slaccountmgmt.com>; DebtPayPro Support
> <support@debtpaypro.com>; Advisor
> <advisor@financialpreparationservices.com>; Tom Nguyen
> <tom@slaccountmgmt.com>
> **Subject:** Re: Integration with Trusted Account Services
>
> Thanks, Calvin!
>
> Do you have contact info?
>
> **Carrie Brown** *Client Success Manager*
> carrie@debtpaypro.com



> **Phone:** (855) 874 8222 x.115
>
> **DebtPay Inc**
> 1900 E Golf Rd, Suite 550
> Schaumburg, IL 60173
> http://www.debtpaypro.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

EXHIBIT 19
Page 99

On Thu, May 2, 2019 at 12:05 PM Calvin Ho
<calvin@financialpreparationservices.com> wrote:

Hi Carrie,

You can reach out for Micheal Tabin.

Please let me know if there are anything that I can help.

Best regards,

**From:** Carrie Brown <carrie@debtpaypro.com>
**Sent:** Thursday, May 2, 2019 9:52 AM
**To:** Calvin Ho <calvin@financialpreparationservices.com>
**Cc:** Kaine Wen <kwen@slaccountmgmt.com>; DebtPayPro Support
<support@debtpaypro.com>; Advisor
<advisor@financialpreparationservices.com>; Tom Nguyen
<tom@slaccountmgmt.com>
**Subject:** Re: Integration with Trusted Account Services

Hi Calvin,

Thanks for sending this over. Is there a person there you've been
working with that I can ask reach out to specifically?

On Wed, May 1, 2019, 6:06 PM Calvin Ho
<calvin@financialpreparationservices.com> wrote:

Hi Carrie,

Here is the website from Trusted Account Services:
https://trustedaccountservices.com/

Contact from Trusted Account Services:
technicalsupport@tasportal.com

Let me know if you need any other information.

Best regards,

**From:** Carrie Brown <carrie@debtpaypro.com>
**Sent:** Wednesday, May 1, 2019 6:43 AM
**To:** Kaine Wen <kwen@slaccountmgmt.com>
**Cc:** DebtPayPro Support <support@debtpaypro.com>; Advisor
<advisor@financialpreparationservices.com>; Tom Nguyen
<tom@slaccountmgmt.com>; Calvin Ho
<calvin@financialpreparationservices.com>
**Subject:** Re: Integration with Trusted Account Services

Hi Kaine,

EXHIBIT 19
Page 100

What is the website for this company? Is there a direct contact there I can speak with?

On Wed, May 1, 2019, 3:56 AM Kaine Wen <kwen@slaccountmgmt.com> wrote:

Dear Support,

Please provide detailed answers and explanations to the following questions from Trusted Account Services. We are testing out their dedicated account provider services (same services as Reliant Account Management or Account Management Plus). Thank you in advance.

1. *How can we integrate with DPP?*
2. *Do you have any document that details what information we need to receive from DPP's end or pass to DPP from our end?*
3. *Do you have any API to use for integration?*
4. *How can we manage the transactions and clients between our systems and DPP?*

Best,

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

EXHIBIT 19
Page 101

# EXHIBIT 20

| | |
|---|---|
| **From:** | Long Le |
| **To:** | Calvin Ho |
| **Subject:** | Tas questions for DPP |
| **Date:** | Wednesday, April 24, 2019 2:22:09 PM |

Hi a,

Day la cau hoi cua em va a Thinh.

1. How can we integrate with DPP? Do you guys have any document that help us to know which info that we need to receive from your end or pass to yours from our end?
2. Do you have any API to use for integration?
3. How can we manage the transactions and clients between our systems and DPP?

EXHIBIT 20
Page 102

EXHIBIT 21



EXHIBIT 21
Page 103



EXHIBIT 21
Page 104

["



EXHIBIT 21
Page 106

EXHIBIT 22

2019

Friend

fund

| | | | | |
|---|---|---|---|---|
| TOTAL | | 40 | 00 | |
| THIS CHECK | | | | |
| OTHER TRANS +/- | | | | |
| BALANCE | | | | |

BALANCE BROUGHT FORWARD

| | |
|---|---|
| TOTAL | |
| THIS CHECK | |
| OTHER TRANS +/- | |
| BALANCE | |

**TAS 2019 LLC**
17011 Beach Boulevard, Suite 900
Huntington Beach, CA 92647

9005

90-4086/1222

DATE _____

PAY TO THE ORDER OF _____ $ ____

_____ DOLLARS

HSBC

FOR _____

⑈"009005⑈" ⑆:122240861⑆: ▆▆▆▆ 3327⑈"

BALANCE BROUGHT FORWARD

**TAS 2019 LLC**
17011 Beach Boulevard, Suite 900
Huntington Beach, CA 92647

9006

90-4086/1222

DATE _____

PAY TO THE ORDER OF _____ $ ____

_____ DOLLARS

HSBC

FOR _____

⑈"009006⑈" ⑆:122240861⑆: ▆▆▆▆ 3327⑈"

| | |
|---|---|
| TOTAL | |
| THIS CHECK | |
| OTHER TRANS +/- | |
| BALANCE | |

EXHIBIT 22
Page 107

EXHIBIT 23

| | |
|---|---|
| **From:** | Thien Nguyen |
| **To:** | Keneth Hu |
| **Subject:** | RE: ACH Processing using Green |
| **Date:** | Tuesday, April 23, 2019 2:22:01 PM |

Yes. But not for FPS. We will contact them again as TAS.

**From:** Keneth Hu <khu@financialpreparationservices.com>
**Sent:** Tuesday, April 23, 2019 1:58 PM
**To:** Thien Nguyen <thien@slaccountmgmt.com>
**Subject:** RE: ACH Processing using Green

Is this still one of your options?

**From:** Thien Nguyen <thien@slaccountmgmt.com>
**Sent:** Monday, April 8, 2019 12:03 PM
**To:** Keneth Hu <khu@slaccountmgmt.com>; Keneth Hu <khu@financialpreparationservices.com>
**Cc:** Khanh Truong <ktroung@financialpreparationservices.com>
**Subject:** FW: ACH Processing using Green

Hi Keneth,
Could you skim through the documents? We're trying to find a new processing company. This is one that I found that is provide lots of details on contract and how to post API. Please give me your thought.
Thanks,
Thien Nguyen

**From:** Frank Lewis <frankl@ncms-inc.com>
**Sent:** Monday, April 8, 2019 11:15 AM
**To:** Thien Nguyen <thien@slaccountmgmt.com>
**Subject:** FW: ACH Processing using Green


Thien
I talked with the head underwriting and he is all in to get this done.  He looked at your website and his comment was this is the first website that is doing this correctly.
Give me a call and I will work through this with you.

Frank Lewis
Independent Account Executive
National Cash Management Systems
www.ncms-inc.com
6850 TPC Drive | Suite 208 | McKinney, Texas 75070
Toll Free 877.370.9645 x 100 | Direct 214.544.2245 x 100
Cell 972.880.8997 | Company Fax 214.544.2246



EXHIBIT 23
Page 108

EXHIBIT 24

| | |
|---|---|
| **From:** | Keneth Hu |
| **To:** | Kaine Wen |
| **Subject:** | RE: QUANTUM HORIZON CONSULTANTS - PSLC APPLICATION |
| **Date:** | Tuesday, December 11, 2018 9:47:28 AM |
| **Attachments:** | Quantum Horizon Consultants - PSLC.pdf |

Signed

---

**From:** Kaine Wen <kwen@slaccountmgmt.com>
**Sent:** Monday, December 10, 2018 11:35 PM
**To:** Keneth Hu <khu@slaccountmgmt.com>
**Subject:** Fw: QUANTUM HORIZON CONSULTANTS - PSLC APPLICATION


Please sign on page 6 (twice) and page 7.



**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*


---

**From:** Jimmy Lai <jimmy.lai@swiftpaymentsinc.com>
**Sent:** Monday, December 10, 2018 11:09 PM
**To:** Kaine Wen; Tom Nguyen
**Subject:** QUANTUM HORIZON CONSULTANTS - PSLC APPLICATION


Please review for accuracy, sign, and return.

Thanks,

**Jimmy Lai**
President
Swift Payments
Office: (949) 596-7550
Mobile: (949) 302-3248
Fax:     (949) 328-7535


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any

EXHIBIT 24
Page 109

use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

EXHIBIT 24
Page 110

**QUANTUM** ELECTRONIC PAYMENTS

MERCHANT PROCESSING APPLICATION & AGREEMENT
PAGE 1

## 1. GENERAL INFORMATION | BUSINESS LOCATION INFORMATION | BUSINESS STRUCTURE

Sales Agent ID: _____

Client Business Name (Doing Business As) _____

Location Address (physical location) _____

City _____ State _____ Zip _____

Location Phone _____ Location Fax _____

Customer Service Phone _____ Business Website Address _____ Business Email _____

Client Corporate Name/Legal Name _____

Corporate Address (if different than location) _____

City _____ State _____ Zip _____

Contact Name _____ Contact Phone _____

Fed Tax ID ███████ Tax Filing Name (if different) _____

Prior Security Breach? Yes ☐ No ☐

Date Business Started _____

Send Retrieval/Chargeback Requests to:  Corporate Address ☐     Location Address ☐

Multiple Locations? ☐ Yes ☐ No   If Yes, enter # of locations _____   Additional Location to existing MID _____

Indicate Company Structure:

☐ Sole Prop   ☐ Partnership   ☐ C Corp   ☐ S Corp   ☐ 501 C/Tax Ex   ☐ LLC/LLP   ☐ Govt. (Local/State/Federal)

State Filing _____   ☐ I certify that I am a foreign entity/nonresident alien (If checked, please attach IRS Form W-8)

**NOTE:** Failure to provide accurate information may result in a withholding of merchant funding per: IRS regulations (See Part IV, Section A.3 of your Program Guide for further information)

## 2. BANKING ACCOUNT INFORMATION AND MEMBER BANK DISCLOSURE

Bank Name _____

Bank Phone _____

Routing # _____

Account # ███████████

ACH Method: ☐ Combined     ☐ Individual

(Must be a checking account. Savings accounts are not permitted.)

Visa and MasterCard Member Bank Information as indicated below by agent: **Commercial Bank of California**

**COMMERCIAL BANK**
O F   C A L I F O R N I A

**Mailing Address:** 19752 MacArthur Blvd., Suite 100, Irvine, CA 92612

Prior Bankruptcies? ☐ Yes   ☐ No   If Yes: ☐ Business     ☐ Personal

Date Discharged _____

## 3. TRADE REFERENCE

Trade Reference Business Name _____ Contact _____

Business Address _____ Telephone _____

City _____ State _____ Zip _____ Account No. _____

Quantum Electronic Payments LLC is a registered ISO of Commercial Bank of California

EXHIBIT 24
Page 111

## 4. OWNERS | PARTNERS | OFFICERS

### OWNER | PARTNER | OFFICER 1

Name _____ Title _____ % Ownership* _____ Guarantor** Yes ☐ No ☐

Home Address _____ City _____ State _____ Zip _____

Cell Phone ■■■■■ Social Security ■■■■■ Date of Birth ■■■■■ Email Address _____

### OWNER | PARTNER | OFFICER 2

Name _____ Title _____ % Ownership* _____ Guarantor** Yes ☐ No ☐

Home Address _____ City _____ State _____ Zip _____

Cell Phone _____ Social Security _____ Date of Birth _____ Email Address _____

### OWNER | PARTNER | OFFICER 3

Name _____ Title _____ % Ownership* _____ Guarantor** Yes ☐ No ☐

Home Address _____ City _____ State _____ Zip _____

Cell Phone _____ Social Security _____ Date of Birth _____ Email Address _____

### OWNER | PARTNER | OFFICER 4

Name _____ Title _____ % Ownership* _____ Guarantor** Yes ☐ No ☐

Home Address _____ City _____ State _____ Zip _____

Cell Phone _____ Social Security _____ Date of Birth _____ Email Address _____

* Each individual who owns, directly or indirectly through any contract, arrangement, understanding relationship or otherwise, 25% or more of the equity interests of the Client, or who is the Client's sole proprietor, must be added.

** A control prong owner means a "beneficial owner" who is a single individual (e.g. Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer) with significant responsibility to control, manage, or direct Client's legal entity. The control prong owner must also serve as the Guarantor in connection with the Merchant Processing Agreement.

## 5. NATURE OF BUSINESS | TRANSACTION INFORMATION

**Business Type:**

☐ Retail   ☐ Restaurant   ☐ Healthcare   ☐ Lodging   ☐ Supermarket   ☐ Government

☐ Internet   ☐ QSR   ☐ Education   ☐ Utilities   ☐ Petroleum   ☐ Charity/Non Profit

☐ B2B   ☐ Mail / Telephone Order   ☐ Other _____

| | | |
|---|---|---|
| Requested Monthly V/MC/DS Card Volume _____ | American Exp Monthly Volume _____ | Card Present Swiped _____ % |
| Requested Average V/MC/DS Card Ticket _____ | American Exp Average Ticket _____ | Card Present Keyed _____ % |
| Requested Highest Payment Card Ticket _____ | | MOTO _____ % |
| | | Internet (Ecommerce) _____ % |

Sales to Consumers _____ %
Sales to Business _____ %
Sales to Govt. _____ %

Seasonal Merchant: Yes ☐ No ☐ Months Closed _____   Previous Processor _____ Reason For Leaving _____

Has the Merchant or Owner been terminated from accepting payment cards from any payment network for this business or any other business? Yes ☐ No ☐

If yes, please explain the reason for termination: _____

Description of Products or Services Sold: _____

Describe your Return Policy: _____   Days to delivery _____

**6. SERVICE ACCEPTANCE | FEE SCHEDULES AND OTHER CARD TYPES**                    PAGE 3

| Request to Accept Card Types: | | | Select VI/MC/Discover Network Discount Plan: | |
|---|---|---|---|---|
| ☐ Visa Credit | ☐ MasterCard Credit | ☐ Discover Network | ☐ PIN Debit | ☐ Tiered Basic   ☐ Pass Through |
| ☐ Visa Debit | ☐ MasterCard Debit | ☐ AMEX Network | | ☐ I/C Flat Rate   ☐ CDP Flat Rate |

**Assessments & Brand Fees:** Included ☐   Billed Separately ☐          **Requested Discount Payment Method:** Daily ☐   Monthly ☐

| DISCOUNT FEES: Visa, MasterCard, Discover, Pin Debit | | | | | American Express OPT Blue or AMEX Direct | | | |
|---|---|---|---|---|---|---|---|---|
| **Tiered** | **%** | **Per Item** | **Pass Through** | **%** | **Per Item** | Opt Blue Discount Plan: | | AMEX Direct: |
| Qualified Discount = | | | Pass Through IC+ = | | | ☐ Tiered Basic | | ☐ Order New No.  ☐ Existing SE No. |
| Mid Qual = (Qual+) | | | Debit PassThrough IC+ = | | | ☐ Pass Through Program Pricing | | ☐ Use Existing Cap No. |
| Non Qual = (Qual+) | | | Pin Debit Pass Through+ = | | | ☐ Flat Rate | | (Flat fee of $7.95 or Discount Rate may apply) |
| Debit Qual Discount = | | | **Flat Rate** | **%** | | | **%** | **Per Item** |
| Debit Mid Qual = (Qual+) | | | Flat Rate = | | | Credit Qual = | | |
| Debit Non Qual = (Qual+) | | | Debit Flat Rate = | | | Credit Mid-Qual = | | |
| | | | | | | Credit Non-Qual = | | |
| | | | | | | Pass Through IC = | | |

## Authorization, Monthly AND Miscellaneous Fees

**Authorization & Per Item Fees**

| | |
|---|---|
| Visa/MC/Discover Networks | $ _____ |
| AMEX/Fleet/Other | $ _____ |
| Pin Debit | $ _____ |
| EBT | $ _____ |
| FCS# | _____ |
| Electronic AVS | $ _____ |
| Voice Auth | $ _____ |
| Voice AVS | $ _____ |
| Sales Transaction Fee | $ _____ |
| Return Transactions | _____ |
| Batch Fee (Per Item) | $ _____ |
| Micros Fee (Per Transaction) | $ _____ |

**Monthly Fees**

| | |
|---|---|
| Monthly Service | $ _____ |
| Monthly Minimum | $ _____ |
| Wireless Fee | $ _____ |
| Pin Debit Monthly | $ _____ |
| EBT Monthly | $ _____ |
| PCI Non-Compliance | $ _____ |
| Govt Compliance | $ _____ |
| TIN Mis-Match (until validated) | $ _____ |
| Licensing Fee | $ _____ |
| PCI Monthly Fee | $ _____ |
| Security Software | $ _____ |

**Miscellaneous Fees**

| | |
|---|---|
| Chargeback Fee (Per Occurrence) | $ _____ |
| Retrieval Fee (Per Occurrence) | $ _____ |
| ACH Reject Fee (Per Occurrence) | $ _____ |
| Annual Fee | $ _____ |
| Month to Bill | _____ |
| PCI Annual Fee | $ _____ |
| Risk Monitoring | $ _____ |
| POS Software | $ _____ |
| SPM Setup Fee | $ _____ |
| SPM Monthly Fee | $ _____ |

**Gateway Fees**

| | |
|---|---|
| Gateway Setup Fee | $ _____ |
| Gateway Monthly Fee | $ _____ |
| Gateway Transaction Fee | $ _____ |
| Gateway Batch Fee | $ _____ |

Association fees will be passed through to the merchant. Fees include, but are not limited to, Visa's FANF and APF, Acqr ISA and MasterCard's NABU, Acqr Support, Cross Border Fee and Discover IPF, ISF, Data Usage, AMEX Network, AMEX Non-Swipe, AMEX downgrade, Assessments (MC,Visa Credit,Visa Debit, Discover,MC > $1,000), MC AVS Acqr Access (CNP), MC AVS Acqr Access, MC License, MC KiloByte, Visa AFD Partial Auth, Non Participant, Visa File Transmission, MC CVC2, DISC Network Auth, Visa Acqr Processing (CR), Visa International Acqr, Visa Acqr International Service Assessment, Visa Misuse Auth, Visa Zero Floor, MC Digital Enablement, MC Reversal, Visa Return Data Processing (CR & DB), Visa Acqr Data Processing (Debit), Visa Tran Integrity, Visa Network Part CT, Visa Network CNP. Association fees are set by Associations and are subject to change from time to time.

0.30% non-swiped transaction fee will be charged by American Express for transactions whenever a CNP or Card Not Present Charge occurs. CNP means a charge when the card is not presented at the point of purchase (e.g., Charges by mail, telephone, fax or the Internet). Note: The CNP Fee is applicable to all transactions made on all American Express Cards, including Prepaid Cards.

An inbound fee of 0.40% will be applied on any Charge made using a Card, and including Prepaid Cards that was issued outside the United States (As used herein the United States does not include Puerto Rico, Virgin Islands and other US Territories and possessions).

☐ By checking this box, Guarantor opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional relationship messages from American Express.

☐ **Next Day Funding*** $ _____ Per Month: *NDF is subject to approval and all POS Device batch(es) must be closed by 4:30pm PST/7:30pm EST Monday-Saturday and by 3pm PST/6pm EST on Sunday. All payments are provisional and are subject to, including but not limited to: additional fees, chargebacks, withholding, set off, security and reserve rights. Processor or Bank will not be liable for any delay in receipt of funds, fees for any delays, or errors in debit and credit entries caused by third parties, including by not limited to, any Association or your financial institution.

In the event that this Agreement is terminated early, Merchant will be responsible for the payment of a $ 495 Early Termination Fee in accordance with Part III Section A.3. of the Merchant Program Guide. In the event QEP is unable to price match a competitor offer for similar services in the future, QEP will waive Merchant's ETF. QEP reserves the right to verify proposal and activation.

☐ **Merchant Club**: The representative has explained the Merchant Club program to me and I elect to opt out of the program. I understand I can opt into the program at any time and benefit from the program, which includes equipment support and replacement per terminal/ peripheral (where applicable), as well as great discounts for items such as car rentals, hotels, office supplies, health and legal services and more for my company and employees for an additional fee of $14.95 per month. Initials: _____

## 7. EQUIPMENT | PROCESSING METHOD

**Application Type:**  Retail ☐   Retail w/Tip ☐   MOTO ☐   Quick Serve Restaurant (no tip) ☐   Restaurant w/Tip ☐   Hotel ☐   Auto Rental ☐

| Terminal Features: Choose Desired Functions | | | |
|---|---|---|---|
| Fraud Check (last 4-digits) ☐ | Purchasing Card ☐ | Time Zone _____ | IP Connection ☐ |
| AVS + CVV2 ☐ | Server / Clerk # ☐ | Auto Close ☐<br>If yes, what time? _____ | Dial ☐ |
| EBT Food Stamps ☐ | Order Gift Card ☐ | | Wireless ☐ |
| EBT Cash Benefit ☐ | Invoice / PO # ☐ | Wireless MAN/Serial _____ | Special Request ☐ |
| ACH / Check Services ☐ | CDP Discount ☐ | SIM Card # _____ | _____ |

| TYPE OF EQUIPMENT | PRODUCT NAME | QUANTITY | DEPLOYMENT |
|---|---|---|---|
| ☐ Terminal ☐ Pin Pad ☐ Printer ☐ VAR* | | | ☐ Existing ☐ Agent ☐ New Order (Attach Form) |
| ☐ Terminal ☐ Pin Pad ☐ Printer ☐ VAR* | | | ☐ Existing ☐ Agent ☐ New Order (Attach Form) |
| ☐ Terminal ☐ Pin Pad ☐ Printer ☐ VAR* | | | ☐ Existing ☐ Agent ☐ New Order (Attach Form) |

\* Manufacturer/product/version of PC/Internet Software: _____

Do you use any third party to store, process or transmit cardholder data?   ☐ Yes   ☐ No

If yes, please provide name/address: _____

For software or VAR users, by checking yes below MERCHANT certifies that it has used a certified Qualified Integrator or Reseller (QIR) to install or re-program MERCHANT's software systems. Notwithstanding MERCHANT's use of a QIR as described herein above, MERCHANT acknowledges that is, and shall remain, fully responsible for compliance with PCI-DSS standards at all times in accordance with the Program Terms and Conditions (Program Guide).

☐ Yes   ☐ No

## 8. SITE INSPECTION (COMPLETED BY SALES AGENT)

I have personally conducted a Site Inspection for this merchant, visually inspected the merchant's inventory (if applicable), verified the merchant's payment application is PA-DSS (Payment Application Data Security Standards) validated (if applicable) and represent that the information in this merchant application is accurate, as to the best of my knowledge. I am subject to criminal penalties and/or financial losses for false or misleading information.

Sales Agent Name (printed) _____          Signature _____

## 9. CARD NOT PRESENT INFORMATION

**If you process more than 20% of your bankcard transactions or volume, without swiping, and/or examining the credit card, please complete this section:**

1. Please submit your product catalog; brochures; promotional materials; a current price list; and a copy of your service agreement with card holder, if applicable. If on the internet, please include screen-prints of your website address if your site is not active yet.

2. If internet, please check your type of business:  Selling Hard Goods ☐        Digital Products ☐        Services ☐

   ☐ Other: _____

3. How will the product be advertised or promoted? _____

4. How often will you bill your customer?        Monthly _____ %        Yearly _____ %        One Time _____ %

5. List the name(s) and address(es) of the vendors(s) from which supplies are purchased:

   _____

6. Who performs product/service fulfillment? If direct from vendor, please provide vendor name, address and phone number in full:

   _____

7. Please describe how a sale takes place from beginning of order until completion of fulfillment:

   _____

## 10. SIGNATURES

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the version of the Program Guide stated on this Merchant Processing Application which includes the Processor & Bank Confirmation Page ("Confirmation Page"), which Confirmation Page is hereby incorporated by reference into this Merchant Processing Application and Agreement.  Client acknowledges and agrees that we, our Affiliates and our third-party subcontractors and/or agents may use automatic telephone dialing systems to contact Client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a cellular or wireless number or if Clients has previously registered on a Do Not Call list or requested not to be contacted for solicitation purposes.  Client hereby consents to receiving commercial electronic mail messages from us, our Affiliates and our third-party subcontractors and/or agents from time to time.  Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or internet order.  However, if your Application is approved based upon contrary information stated in Section 7 you are authorized to accept transactions in accordance with the percentages indicated in that section.  Client, and each individual signing below on behalf of the Client or as Guarantor, authorizes Quantum Electronic Payments ("Processor") and Commercial Bank of California ("Bank") and their respective agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies named in this Merchant Processing Application.  Client, and each individual signing below on behalf of the Client or as Guarantor, authorizes Processor and Bank and their respective agents (a) to procure information from any credit reporting agency bearing on Client's credit standing, credit capacity, general reputation, or characteristics, and to obtain consumer reports from consumer reporting agencies on each individual signing below on behalf of Client or as a Guarantor (if such individual asks Processor or Bank whether such a report was requested, Processor or Bank will tell such individual and if Processor or Bank requests a report, Processor or Bank will give such individual the name and address of the agency that furnished it), and (b) to contact all previous references.  Client also authorizes us and our Affiliates to provide amongst each other the information contained in the Merchant Processing Application and Agreement and any information received from all references, including banks and credit reporting agencies.

Client authorizes Processor and Bank and their affiliates to debit Client's designated bank account via Automated Clearing House (ACH) for costs associated with the equipment hardware, software and shipping.

Client certifies and agrees that Client does not and will not provide, offer or facilitate gambling services, including offering or facilitating internet gambling services, or establishing quasi-cash, credit or monetary value of any type that may be used to conduct gambling.

**CIP - Card Identification Program -** IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT
To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will also ask for a copy of your driver's license or other identifying documents.

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct. Client agrees to all terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by Processor and Bank.

**Certification of Beneficial Owner(s)**

Persons opening an Account on behalf of a legal entity must provide the following information:

**a.** Name and title of natural person opening Account,

**b.** Name, address and entity type of legal entity for which the account is being opened as provided in section 2,

**c.** The following information (Name, Date of Birth, Address, and a Social Security Number for a US person or, for a non-US person, a Social Security Number or unexpired alien ID card number, or the number and country of issuance of an unexpired passport or other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard) for each individual, if any, who, directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity (provided in Section 4 above), and

**d.** The following information (Name, Date of Birth, Address, and a Social Security Number for a US person or, for a non-US person, a Social Security Number or unexpired alien ID card number, or the number and country of issuance of an unexpired passport or other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard) for one individual (referred to herein as the "control prong" for purposes of the FinCen Rule) with significant responsibility for managing the legal entity listed on the Merchant Processing Applica-tion and Agreement such as: An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer), or any other individual who regularly performs similar functions.  The under-signed individual opening the Account on behalf of the Client legal entity, has identified the Guarantor as the "control prong" for the Client legal entity, and the Guarantor, by his or her signature below acknowledges that he or she is so regarded.

I, the signer and person opening this Account, hereby certify that I am authorized to open accounts for the Client at financial institutions, and, to the best of my knowledge, that the information provided on this Merchant Processing Application and Agreement is complete and correct.  Client agrees to all the terms of this Merchant Processing Application and Agreement.  This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by Processor and Bank.  Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct.

**Client's Business Principal/Officer**

Signature _____   Title _____     Signature _____   Title _____

Print Name _____   Date _____     Print Name _____   Date _____

**Personal Guarantee**

In exchange for Quantum Electronic Payments, LLC ("Processor") AND Commercial Bank of California ("Bank") (the Guaranteed Parties) acceptance of the Merchant Processing Application and Agreement with the Client named therein (which Merchant Processing Application and Agreement is hereby incorporated by reference into this Personal Guaranty), the undersigned unconditionally and irrevocably guarantees the full payment and performance of Client's obligations under the foregoing agreements, as applicable, as they now exist or as modified from time to time, whether before or after termination or expiration of such agreements and whether or not the undersigned has received notice of any amendment of such agreements.  The undersigned waives notice of default by Client and agrees to indemnify the Guaranteed Parties for any and all amounts due from Client under the foregoing agreements.  The Guaranteed Parties shall not be required to first proceed against Client to enforce any remedy before proceeding against the undersigned.  This is a continuing personal guaranty and shall not be discharged or affected for any reason.  The undersigned understands that this is a Personal Guaranty of payment and not of collection and that the Guaranteed Parties are relying upon this Personal Guaranty in entering in to the foregoing agreements, as applicable. The undersigned authorizes Processor and Bank, and their respective agents, (a) to investigate the references, statements, and other data contained in the Merchant Processing Application and to obtain additional information (including, but not limited to, consumer credit reports) from credit bureaus, consumer reporting agencies and other lawful sources bearing on his or her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, mode of living (if the undersigned asks Processor or Bank whether a consumer report was requested, Processor or Bank will tell such person, and if a report was requested will provide the name and address of the agency which furnished the report), and (b) to contact all previous employers, personal references, and educational institutions as well as to provide amongst each other, the information contained in the Merchant Processing Application as well as any information received from references including banks and consumer reporting agencies.  If the Application is approved, the undersigned authorizes Processor and Bank to obtain subsequent consumer reports in connection with the maintenance, updating, renewal or extension of the Agreement.

Signature _____   Print Name _____   Title _____

**Accepted By Processor**                          **Accepted By Commercial Bank of California**
625 The City Drive S. #420, Orange, CA 92868        19752 MacArthur Blvd., Suite 100, Irvine, CA 92612

Signature _____                   Signature _____

Title _____   Date _____        Title _____   Date _____

Quantum Electronic Payments LLC is a registered ISO of Commercial Bank of California

EXHIBIT 24
Page 116

**PART IV: CONFIRMATION PAGE**

**ISO INFORMATION:**

Name: **Quantum Electronic Payments LLC**
Address: **625 The City Drive S. #420, Orange, CA 92868**

Please read the Program Guide in its entirety. It describes the terms under which we will provide merchant processing Services to you.

Program Guide: https://www.quantumelectronicpayments.com/2018-program-guide/

From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most commonly asked.

**1. Your Discount Rates are assessed** on transactions that qualify for certain reduced interchange rates imposed by Visa, MasterCard, American Express and/or Discover. Any transactions that fail to qualify for these reduced rates will be charged an additional fee.

**2. We may debit your bank account** from time to time for amounts owed to us under the Agreement.

**3. There are many reasons why a Charge-back may occur.** When they occur we will debit your settlement funds or settlement account. For a more detailed discussion, see the Chargebacks Section of the Program Guide.

**4. If you dispute any charge or funding,** you must notify us within 60 days of the date of the statement where the charge or funding appears for Card Processing.

**5. The Agreement limits our liability to you.** For a detailed description, see the Limitation of Liability section of the Program Guide.

**6. We have assumed certain risks** by agreeing to provide you with Card processing or check services. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you, under certain circumstances as described in the Term, Events of Default, Reserve Account, and Security Interest sections of the Program Guide.

**7. By executing this Agreement** with us you are authorizing us and our Affiliates to obtain financial and credit information regarding your business and the signers and guarantors of the Agreement until all your obligations to us and our Affiliates are satisfied.

**8. The Agreement contains a provision** that in the event you terminate the Agreement prior to the expiration of your term, you will be responsible for the payment of an early termination fee as set forth in the "Additional Fee Information" section of the Program Guide.

**9. You may elect to lease equipment from Processor** or third parties under a separate lease agreement not included in the Program Guide. Notwithstanding anything to the contrary herein, Commercial Bank of California neither sells nor leases any equipment to Client and has no responsibility or liability for equipment you obtain through Processor or from others

**10. For questions regarding your Merchant Processing** Application and Agreement, please contact Customer Service at 1-888-858-1678, and /or refer to Important Phone Numbers on the Additional Important Information Page.

**11. Card Organization Disclosure**
Visa and MasterCard Member Bank Information: Commercial Bank of California
The Bank's mailing address is 19752 MacArthur Blvd., Suite 100, Irvine, CA 92612, and its phone number is (310) 882-4800.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal party to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but this information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserves that are derived from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with Cardholder data security and storage requirements.
b) Maintain fraud and Chargebacks below Card Organization thresholds.
c) Review and understand the terms of the Merchant Agreement.
d) Comply with Card Organization rules and applicable law and regulations.
e) Retain assigned copy of this Disclosure Page.
f) You may download "Visa Regulations from Visa's website at: **http://usa.visa.com/merchants/operations/op_regulations.html**
g) You may download "MasterCard Regulations" from MasterCard's website at: **http://www.mastercard.com/us/merchant/support/rules/html**

Print Client's Business Name: _____
By its signature below, Client acknowledges that it has received (either in person, by facsimile, or by electronic transmission) the complete Program Guide including this confirmation.

Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed. Client understands that a copy of the Program Guide is also available for downloading from the Internet using the Program Guide link above.

**NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED.**

Client's Business Principal: Signature _____   Title _____

Print Name of Signer _____   Date _____

**Accepted By Commercial Bank of California** 19752 MacArthur Blvd., Suite 100, Irvine, CA 92612

Signature _____   Title _____   Date _____

**EXHIBIT 24**
**Page 117**

QEP0418

EXHIBIT 25

NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA
926124

1428   0100   1100   01
MERCHANT NUMBER   5101▮▮▮5962

**MERCHANT STATEMENT**
**SUMMARY OF BANKCARD DEPOSITS**
MONTH ENDING 02/28/2019

HORIZON CONSULTANTS LLC       114838    07

RIVERSIDE CA 92505-2776

STUDENTLOANMGMT

RIVERSIDE CA 92505-2776

CUSTOMER SERVICE TEL #:  800-662-8448

| TOTAL CHARGE TO YOUR ACCOUNT IS | 17,915.77 |
|---|---|

### SUMMARY OF CARD DEPOSITS

| CARD TYPE | SALES ADJUSTMENTS | | RETURNS EXCL ADJ | | NET |
|---|---|---|---|---|---|
| MASTERCARD | 145 | 20,903.24 | 3 | 447.00 | 20,456.24 |
| | 0 | 0.00 | 1 - | 207.50 - | |
| MC OFLN DB | 705 | 103,656.02 | 24 | 4,614.89 | 99,041.13 |
| AMEXCT043 | 42 | 5,588.37 | 5 | 1,037.50 | 4,550.87 |
| VISA | 222 | 32,555.24 | 6 | 1,160.50 | 31,394.74 |
| | 0 | 0.00 | 4 - | 652.50 - | |
| VS OFLN DB | 2,262 | 338,857.25 | 47 | 9,769.18 | 329,088.07 |
| DCVR ACQ | 34 | 5,214.97 | 1 | 207.50 | 5,007.47 |
| BANKCD TOT | 3,368 | 501,186.72 | 81 | 16,199.07 | 484,987.65 |
| | 0 | 0.00 | 5 | 860.00 - | |
| TOTAL | 3,410 | 506,775.09 | 86 | 17,236.57 | 489,538.52 |
| | 0 | 0.00 | 5 - | 860.00 - | |
| TOTAL RESERVE AMOUNT | | | | | 181,434.38 |

### SUMMARY OF INTERCHANGE FEES

| INTERCHANGE | RATE | ITEM | COUNT | VOLUME | FEE |
|---|---|---|---|---|---|
| MASTERCARD | | | | | |
| MERIT 1 | .0189 | .10 | 69 | 9,482.05 | 186.14 |
| CREDIT REFUND 3 | .0195 | | 3 - | 447.00 - | 8.72 - |
| WC MERIT 1 | .0205 | .10 | 25 | 3,499.01 | 74.20 |
| WCELITE MERIT1 | .0250 | .10 | 9 | 1,603.68 | 41.01 |
| ENHANCEDMERIT 1 | .0204 | .10 | 28 | 4,313.83 | 90.81 |
| HIGHVAL MERIT 1 | .0250 | .10 | 2 | 239.17 | 6.18 |
| REGCORPDATA1LF | .0005 | .22 | 2 | 80.00 | 0.48 |
| CP RATE 1 BUS | .0265 | .10 | 10 | 1,685.50 | 45.67 |
| MC OFLN DB | | | | | |
| MERIT 1 DEBIT | .0160 | .15 | 353 | 53,457.20 | 908.23 |
| DEBIT REFUND 3 | .0140 | | 15 - | 3,190.38 - | 44.73 - |
| MERIT1PREPDDBTC | .0176 | .20 | 34 | 5,228.75 | 98.78 |
| REGREFUND USFA | | | 9 - | 1,424.51 - | |
| REGULATDMIDMT1 | .0005 | .21 | 7 | 606.67 | 1.77 |
| REGULATFMIDMT1 | .0005 | .22 | 311 | 44,363.40 | 90.47 |
| AMEXCT043 | | | | | |
| B2BNSWP1 | .0185 | .10 | 35 | 4,064.50 | 78.69 |
| PPNSWP2 | .0200 | .10 | 7 | 1,523.87 | 31.17 |
| OPTREFND | | | 5 - | 1,037.50 - | |
| VISA | | | | | |
| CPS MAIL PHONE | .0180 | .10 | 45 | 6,427.75 | 120.19 |

EXHIBIT 25
Page 118

NATIONAL MERCHANT CENTER
5101 ███████ 5962
MONTH ENDING  02/28/2019
Page 2

## SUMMARY OF INTERCHANGE FEES

| INTERCHANGE | RATE | ITEM | COUNT | VOLUME | FEE |
|---|---|---|---|---|---|
| EIRF CR | .0230 | .10 | 1 | 207.50 | 4.87 |
| US CRDT VCR-ME | .0205 | | 6 - | 1,160.50 - | 23.79 - |
| CPS REWARDS 2 | .0195 | .10 | 121 | 16,260.53 | 329.18 |
| US BUS TR1 B2B | .0210 | .10 | 3 | 277.50 | 6.12 |
| US VSP B2B | .0210 | .10 | 48 | 8,865.46 | 190.97 |
| US BUS TR3 B2B | .0240 | .10 | 2 | 60.00 | 1.64 |
| LAC SPR PREMIUM | .0197 | | 1 | 207.50 | 4.08 |
| US BUS TR4 B2B | .0250 | .10 | 1 | 249.00 | 6.32 |
| VS OFLN DB | | | | | |
| CPS CARD NP DB | .0165 | .15 | 637 | 96,634.22 | 1,690.01 |
| EIRF DB | .0175 | .20 | 12 | 2,572.25 | 47.41 |
| US CV DB | | | 47 - | 9,769.18 - | |
| CPS CNP PP | .0175 | .20 | 80 | 15,411.53 | 285.70 |
| EIRF PP | .0180 | .20 | 3 | 654.00 | 12.37 |
| USREGULATED CNP | .0005 | .22 | 1484 | 215,499.45 | 434.23 |
| USREGULATEDEIRF | .0005 | .22 | 18 | 3,661.80 | 5.79 |
| INTR STANDARD | .0160 | | 1 | 239.00 | 3.82 |
| US BUS CNP DB | .0245 | .10 | 4 | 478.32 | 12.11 |
| REG BUS CNP DB | .0005 | .22 | 20 | 3,042.68 | 5.92 |
| REG BUS ST DB | .0005 | .22 | 3 | 664.00 | 0.99 |
| DCVR ACQ | | | | | |
| P CNP RW | .0197 | .10 | 21 | 3,121.32 | 63.57 |
| CMRCL EL | .0230 | .10 | 7 | 1,129.00 | 26.66 |
| CMADJVR1 | .0225 | | 1 - | 207.50 - | 4.67 - |
| PCNPPRM | .0200 | .10 | 1 | 40.00 | 0.90 |
| DCVR AQ DB | | | | | |
| P CNP DB | .0175 | .20 | 4 | 717.15 | 13.35 |
| P CNP DF | .0005 | .22 | 1 | 207.50 | 0.32 |
| TOTAL INTERCHANGE | | | | | 4,838.20 |

## SUMMARY OF CARD FEES

| MASTERCARD | | | | |
|---|---|---|---|---|
| DISC 1 | 20,903 | 0.02000 | | 418.06 |
| OTHER ITEM FEES | 148 | 0.10730 | | 15.88 |
| DUES & ASSESSMENTS | | | | 28.06 |
| AUTHS & AVS | | | | |
| CPU GTWY | 1,158 | 0.1500 | | 173.70 |
| AVS CPU-G | 1,100 | 0.1000 | | 110.00 |
| INTERCHANGE | | | | 444.49 |
| LICENSE RATE | 20,903.24 | 0.0000710 | | 1.48 |
| NABU FEES | 1,103 | 0.01950 | | 21.51 |
| BIN ICA FEE | | | | 1.13 |
| MC ICA AVS CARD NOT PRSNT | 1,100 | 0.01000 | | 11.00 |
| MC CVC2 FEE | 1,080 | 0.00250 | | 2.70 |
| MC DIGITAL ENABLEMENT | 124,559.26 | 0.00010 | | 12.46 |
| MC KILOBYTE FEE | 447 | 0.00350 | | 1.56 |
| LOCATION FEE | | | | 1.25 |
| TOTAL | | | | 1,243.28 |
| MC OFLN DB | | | | |
| DISC 1 | 103,656 | 0.02000 | | 2,073.12 |
| OTHER ITEM FEES | 729 | 0.10730 | | 78.22 |
| DUES & ASSESSMENTS | | | | 139.05 |
| INTERCHANGE | | | | 1,099.25 |
| LICENSE RATE | 103,656.02 | 0.0000710 | | 7.36 |
| NABU FEES | 24 | 0.01950 | | 0.47 |
| BIN ICA FEE | | | | 5.49 |
| TOTAL | | | | 3,402.96 |
| AMEXCT043 | | | | |
| DISC 1 | 5,588 | | | |
| OTHER ITEM FEES | 47 | 0.10723 | | 5.04 |
| OTHER VOLUME FEES | 4,550.87 | 0.02000 | | 91.02 |
| AUTHS & AVS | | | | |
| CPU GTWY | 67 | 0.1500 | | 10.05 |
| AVS CPU-G | 62 | 0.1000 | | 6.20 |
| INTERCHANGE | | | | 109.87 |

EXHIBIT 25
Page 119

NATIONAL MERCHANT CENTER
5101 █████ 5962
MONTH ENDING  02/28/2019
Page 3

---

## SUMMARY OF CARD FEES

| | | | | |
|---|---|---|---|---|
| NETWORK FEE | 5,588.37 | 0.00450 | 25.15 | |
| TOTAL | | | | 247.33 |
| **VISA** | | | | |
| DISC 1 | 32,555 | 0.02000 | 651.10 | |
| OTHER ITEM FEES | 228 | 0.10728 | 24.46 | |
| **AUTHS & AVS** | | | | |
| CPU GTWY | 279 | 0.1500 | 41.85 | |
| AVS CPU-G | 272 | 0.1000 | 27.20 | |
| INTERCHANGE | | | 663.41 | |
| ACQ ISA FEE | 207.50 | 0.00800 | 1.66 | |
| ACQR PROCESSOR FEES | 279 | 0.01950 | 5.44 | |
| INTERNTL ACQUIRER FEE | 207.50 | 0.00448 | 0.93 | |
| TRAN INTEGRITY FEE | 1 | 0.10000 | 0.10 | |
| FIXED NETWORK CNP FEE | 2 | | 160.00 | |
| BIN ICA FEE | | | 0.22 | |
| CR DUES AND ASSESS | 32,555.24 | 0.00140 | 45.58 | |
| FILE TRANSMISSION FEE | | | 4.58 | |
| TOTAL | | | | 1,626.53 |
| **VS OFLN DB** | | | | |
| DISC 1 | 338,857 | 0.02000 | 6,777.15 | |
| OTHER ITEM FEES | 2,309 | 0.10730 | 247.76 | |
| **AUTHS & AVS** | | | | |
| CPU GTWY | 2,942 | 0.1500 | 441.30 | |
| AVS CPU-G | 2,878 | 0.1000 | 287.80 | |
| INTERCHANGE | | | 2,498.37 | |
| ACQ ISA FEE | 239.00 | 0.00799 | 1.91 | |
| ACQR PROCESSOR FEES | 2,942 | 0.01550 | 45.60 | |
| INTERNTL ACQUIRER FEE | 239.00 | 0.00451 | 1.08 | |
| TRAN INTEGRITY FEE | 37 | 0.10000 | 3.70 | |
| BIN ICA FEE | | | 2.26 | |
| ACQ DATA PROC RTN D | | | 0.73 | |
| DB DUES AND ASSESS | 338,857.25 | 0.00130 | 440.51 | |
| TOTAL | | | | 10,748.17 |
| **DCVR ACQ** | | | | |
| DISC 1 | 5,215 | 0.02000 | 104.30 | |
| OTHER ITEM FEES | 35 | 0.10733 | 3.76 | |
| **AUTHS & AVS** | | | | |
| CPU GTWY | 39 | 0.1500 | 5.85 | |
| AVS CPU-G | 38 | 0.1000 | 3.80 | |
| INTERCHANGE | | | 104.80 | |
| DSCV DATA USAGE FEE | 35 | 0.01950 | 0.68 | |
| DISC NETWORK AUTH FEE | 38 | 0.00250 | 0.10 | |
| TOTAL | | | | 223.29 |
| TOTAL CARD FEES | | | | 17,491.56 |

---

## SUMMARY OF MISCELLANEOUS FEES

| | | | | |
|---|---|---|---|---|
| TOTAL CARD FEES | | | | 17,491.56 |
| BATCH HEADER | 28 | | 0.3000 | 8.40 |
| RETURNS | 86 | AT | 0.1500 | 12.90 |
| CHARGEBACKS | 5 | AT | 35.000 | 175.00 |
| SERVICE FEE | | | | 20.00 |
| REGULATORY FEE | | | | 4.95 |
| ANNUAL FEE | | | | 99.00 |
| WIRELESS FEE | | | | 15.00 |
| COMPLIANCE FEE | | | | 3.96 |
| MERCHANT CLUB | | | | 50.00 |
| AMEX DISPUTE | 1 | AT | 35.00000 | 35.00 |
| | | | | |
| TOTAL CHARGES | | | | 17,915.77 |

EXHIBIT 25
Page 120

NATIONAL MERCHANT CENTER
5101 ████████5962
MONTH ENDING  02/28/2019
Page 4

## SUMMARY OF MONETARY BATCHES

### BATCHES

| GROSS | | R&C | NET | | DATE | REF |
|---|---|---|---|---|---|---|
| 40.00 | - | 0.00 | 40.00 | - | 01/27 | 021019MOADJ |
| 207.50 | - | 0.00 | 207.50 | - | 02/04 | 022119MOADJ |
| 12,755.92 | | 0.00 | 12,755.92 | | 02/04 | 98003541603 |
| 3,440.98 | | 0.00 | 3,440.98 | | 02/04 | 98003541604 |
| 5,525.87 | | 0.00 | 5,525.87 | | 02/04 | 98003541605 |
| 73.72 | - | 0.00 | 73.72 | - | 02/05 | 98003641612 |
| 5,149.46 | | 0.00 | 5,149.46 | | 02/05 | 98003641613 |
| 4,573.34 | | 0.00 | 4,573.34 | | 02/06 | 98003741626 |
| 4,720.31 | | 0.00 | 4,720.31 | | 02/07 | 98003841672 |
| 207.50 | - | 0.00 | 207.50 | - | 02/08 | 021319MOADJ |
| 5,537.30 | | 0.00 | 5,537.30 | | 02/08 | 98003941673 |
| 207.50 | - | 0.00 | 207.50 | - | 02/11 | 022019MOADJ |
| 37,001.36 | | 0.00 | 37,001.36 | | 02/11 | 98004241624 |
| 15,754.76 | | 0.00 | 15,754.76 | | 02/11 | 98004241625 |
| 35,325.88 | | 0.00 | 35,325.88 | | 02/11 | 98004241626 |
| 21,050.85 | | 0.00 | 21,050.85 | | 02/12 | 98004341657 |
| 15,158.98 | | 0.00 | 15,158.98 | | 02/13 | 98004441654 |
| 19,084.40 | | 0.00 | 19,084.40 | | 02/14 | 98004541638 |
| 30.00 | - | 0.00 | 30.00 | - | 02/15 | 022219MOADJ |
| 24,571.65 | | 0.00 | 24,571.65 | | 02/15 | 98004641654 |
| 103,226.55 | | 0.00 | 103,226.55 | | 02/15 | 98004611127 |
| 40.00 | | 0.00 | 40.00 | | 02/17 | 021719MOADJ |
| 13,009.36 | | 0.00 | 13,009.36 | | 02/18 | 98004941607 |
| 20,707.66 | | 0.00 | 20,707.66 | | 02/18 | 98004941608 |
| 21,026.51 | | 0.00 | 21,026.51 | | 02/19 | 98005041627 |
| 14,508.15 | | 0.00 | 14,508.15 | | 02/20 | 98005141631 |
| 22,430.18 | | 0.00 | 22,430.18 | | 02/21 | 98005241664 |
| 22,493.91 | | 0.00 | 22,493.91 | | 02/22 | 98005341667 |
| 42,857.93 | | 0.00 | 42,857.93 | | 02/25 | 98005641631 |
| 8,354.55 | | 0.00 | 8,354.55 | | 02/25 | 98005641632 |
| 14,307.35 | | 0.00 | 14,307.35 | | 02/25 | 98005641633 |
| 26.79 | | 0.00 | 26.79 | | 02/26 | 98005741638 |
| 1,538.71 | - | 0.00 | 1,538.71 | - | 02/27 | 98005841662 |
| 207.50 | - | 0.00 | 207.50 | - | 02/28 | 022819PA001 |
| 1,449.05 | - | 0.00 | 1,449.05 | - | 02/28 | 98005941658 |

## SUMMARY OF DAILY DEPOSITS
## ALL CARD TYPES

| DATE | COUNT | SALES CHRGBK/ADJ AMOUNT | COUNT | RETURNS EXCL ADJ AMOUNT | DAILY TOTAL |
|---|---|---|---|---|---|
| 02/04 | 126 | 22,408.27 | 3 | 685.50 | |
| | 0 | 0.00 | 0 | 0.00 | 21,722.77 |
| TOTAL RESERVE AMOUNT | | 2,240.79 | | TOTAL AFTER RESERVE | 19,481.98 |
| 02/05 | 32 | 5,149.46 | 2 | 73.72 | |
| | 0 | 0.00 | 0 | 0.00 | 5,075.74 |
| TOTAL RESERVE AMOUNT | | 514.94 | | TOTAL AFTER RESERVE | 4,560.80 |
| 02/06 | 38 | 4,971.68 | 2 | 398.34 | |
| | 0 | 0.00 | 0 | 0.00 | 4,573.34 |
| TOTAL RESERVE AMOUNT | | 497.16 | | TOTAL AFTER RESERVE | 4,076.18 |

EXHIBIT 25
Page 121

NATIONAL MERCHANT CENTER
5101 ████ 5962
MONTH ENDING  02/28/2019
Page 5

---

**SUMMARY OF DAILY DEPOSITS**
**ALL CARD TYPES**

| DATE | SALES CHRGBK/ADJ COUNT | AMOUNT | RETURNS EXCL ADJ COUNT | AMOUNT | DAILY TOTAL |
|---|---|---|---|---|---|
| 02/07 | 32 | 4,927.81 | 1 | 207.50 | |
| | 0 | 0.00 | 0 | 0.00 | 4,720.31 |
| TOTAL RESERVE AMOUNT | | 492.77 | | TOTAL AFTER RESERVE | 4,227.54 |
| 02/08 | 33 | 5,786.30 | 1 | 249.00 | |
| | 0 | 0.00 | 0 | 0.00 | 5,537.30 |
| TOTAL RESERVE AMOUNT | | 578.61 | | TOTAL AFTER RESERVE | 4,958.69 |
| 02/10 | 0 | 0.00 | 0 | 0.00 | |
| | 0 | 0.00 | 1 - | 40.00 - | 40.00 - |
| 02/11 | 608 | 88,819.17 | 5 | 737.17 | |
| | 0 | 0.00 | 0 | 0.00 | 88,082.00 |
| TOTAL RESERVE AMOUNT | | 8,881.88 | | TOTAL AFTER RESERVE | 79,200.12 |
| 02/12 | 142 | 22,569.69 | 7 | 1,518.84 | |
| | 0 | 0.00 | 0 | 0.00 | 21,050.85 |
| TOTAL RESERVE AMOUNT | | 2,256.96 | | TOTAL AFTER RESERVE | 18,793.89 |
| 02/13 | 106 | 16,486.98 | 6 | 1,328.00 | |
| | 0 | 0.00 | 1 - | 207.50 - | 14,951.48 |
| TOTAL RESERVE AMOUNT | | 1,648.69 | | TOTAL AFTER RESERVE | 13,302.79 |
| 02/14 | 128 | 19,761.61 | 3 | 677.21 | |
| | 0 | 0.00 | 0 | 0.00 | 19,084.40 |
| TOTAL RESERVE AMOUNT | | 1,976.14 | | TOTAL AFTER RESERVE | 17,108.26 |
| 02/15 | 885 | 129,287.25 | 8 | 1,489.05 | |
| | 0 | 0.00 | 0 | 0.00 | 127,798.20 |
| TOTAL RESERVE AMOUNT | | 12,928.71 | | TOTAL AFTER RESERVE | 114,869.49 |
| 02/17 | 0 | 0.00 | 0 | 0.00 | |
| | 0 | 0.00 | 1 | 40.00 | 40.00 |
| 02/18 | 270 | 34,123.69 | 2 | 406.67 | |
| | 0 | 0.00 | 0 | 0.00 | 33,717.02 |
| TOTAL RESERVE AMOUNT | | 3,412.36 | | TOTAL AFTER RESERVE | 30,304.66 |
| 02/19 | 136 | 21,848.18 | 4 | 821.67 | |
| | 0 | 0.00 | 0 | 0.00 | 21,026.51 |
| TOTAL RESERVE AMOUNT | | 21,026.51 | | TOTAL AFTER RESERVE | 0.00 |
| 02/20 | 103 | 15,836.15 | 6 | 1,328.00 | |
| | 0 | 0.00 | 1 - | 207.50 - | 14,300.65 |
| TOTAL RESERVE AMOUNT | | 14,508.15 | | TOTAL AFTER RESERVE | 207.50 - |
| 02/21 | 187 | 23,546.06 | 6 | 1,115.88 | |
| | 0 | 0.00 | 1 - | 207.50 - | 22,222.68 |
| TOTAL RESERVE AMOUNT | | 22,430.18 | | TOTAL AFTER RESERVE | 207.50 - |
| 02/22 | 137 | 24,456.29 | 10 | 1,962.38 | |
| | 0 | 0.00 | 1 - | 30.00 - | 22,463.91 |
| TOTAL RESERVE AMOUNT | | 22,493.91 | | TOTAL AFTER RESERVE | 30.00 - |
| 02/25 | 420 | 65,926.50 | 2 | 406.67 | |
| | 0 | 0.00 | 0 | 0.00 | 65,519.83 |
| TOTAL RESERVE AMOUNT | | 65,519.83 | | TOTAL AFTER RESERVE | 0.00 |
| 02/26 | 27 | 870.00 | 4 | 843.21 | |
| | 0 | 0.00 | 0 | 0.00 | 26.79 |
| TOTAL RESERVE AMOUNT | | 26.79 | | TOTAL AFTER RESERVE | 0.00 |
| 02/27 | 0 | 0.00 | 7 | 1,538.71 | |
| | 0 | 0.00 | 0 | 0.00 | 1,538.71 |
| 02/28 | 0 | 0.00 | 7 | 1,449.05 | |
| | 0 | 0.00 | 1 | 207.50 - | 1,656.55 - |

EXHIBIT 25
Page 122

NATIONAL MERCHANT CENTER
5101 ████ 5962
MONTH ENDING  02/28/2019
Page 6

---

**TAX GROSS REPORTABLE SALES BY TIN**

| MONTH | DESCRIPTION | TOTAL |
|---|---|---|
| FEB | Gross Reportable Sales - TIN # *****1582 | $506,775.09 |
| | **2019 YTD GROSS REPORTABLE SALES** | **$633,035.84** |

TAX GROSS REPORTABLE SALES:  Per IRC 6050W, the total dollar amount of aggregate reportable payment card and third party

network transactions for each participating payee, without regard to any adjustments for credits, cash equivalents, discount amounts,

fees, refunded amounts, or any other amounts per respective tax identification number.

---

**BACKUP WITHHOLDING**

| MONTH | ENTITY | AMOUNT WITHHELD |
|---|---|---|
| FEB | FED | $0.00 |
| YTD | FED | $0.00 |

LAST PAGE OF THIS STATEMENT

EXHIBIT 25
Page 123

10/30/2019                                                     National Merchant Center



# Deposits Summary

| Period | Batch Amount | Deposits | Adjustments | Reserves | Discounts | Net Deposit |
|---|---|---|---|---|---|---|
| 10/29/2019 | 0.00 | | 0.00 | | 0.00 | 0.00 |
| October, 2019 | 10,735.29 | -28,391.92 | -497,773.00 | 0.00 | 0.00 | -526,164.92 |
| Year 2019 | 10,508,776.87 | 11,060,545.25 | -19,435.27 | 1,854,124.72 | 0.00 | 11,041,109.98 |

# Deposits Summary Details

**_Year 2019_ | February, 2019 Report**

| Period | Batch Amount | Deposits | Adjustments | Reserves | Discounts | Net Deposit |
|---|---|---|---|---|---|---|
| 02/04/2019 | 0.00 | 19,481.98 | 0.00 | 2,240.79 | 0.00 | 19,481.98 |
| 02/05/2019 | 0.00 | 4,560.80 | 0.00 | 514.94 | 0.00 | 4,560.80 |
| 02/06/2019 | 0.00 | 4,076.18 | 0.00 | 497.16 | 0.00 | 4,076.18 |
| 02/07/2019 | 0.00 | 4,227.54 | 0.00 | 492.77 | 0.00 | 4,227.54 |
| 02/08/2019 | 0.00 | 4,958.69 | 0.00 | 578.61 | 0.00 | 4,958.69 |
| 02/10/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/11/2019 | 0.00 | 79,200.12 | 0.00 | 8,881.88 | 0.00 | 79,200.12 |
| 02/12/2019 | 0.00 | 18,793.89 | 0.00 | 2,256.96 | 0.00 | 18,793.89 |
| 02/13/2019 | 0.00 | 13,510.29 | 0.00 | 1,648.69 | 0.00 | 13,510.29 |
| 02/14/2019 | 0.00 | 17,108.26 | 0.00 | 1,976.14 | 0.00 | 17,108.26 |
| 02/15/2019 | 0.00 | 114,869.49 | 0.00 | 12,928.71 | 0.00 | 114,869.49 |
| 02/17/2019 | 0.00 | 0.00 | 40.00 | 0.00 | 0.00 | 40.00 |
| 02/18/2019 | 0.00 | 30,304.66 | 0.00 | 3,412.36 | 0.00 | 30,304.66 |
| 02/19/2019 | 0.00 | 0.00 | 0.00 | 21,026.51 | 0.00 | 0.00 |
| 02/20/2019 | 0.00 | 0.00 | 0.00 | 14,508.15 | 0.00 | 0.00 |
| 02/21/2019 | 0.00 | 0.00 | 0.00 | 22,430.18 | 0.00 | 0.00 |
| 02/22/2019 | 0.00 | 0.00 | 0.00 | 22,493.91 | 0.00 | 0.00 |
| 02/25/2019 | 0.00 | 0.00 | 0.00 | 65,519.83 | 0.00 | 0.00 |
| 02/26/2019 | 0.00 | 0.00 | 0.00 | 26.79 | 0.00 | 0.00 |
| 02/27/2019 | 0.00 | -1,538.71 | 0.00 | 0.00 | 0.00 | -1,538.71 |
| 02/28/2019 | 0.00 | -1,449.05 | -207.50 | 0.00 | 0.00 | -1,656.55 |
| **Grand Total:** | **$0.00** | **$308,104.14** | **($167.50)** | **$181,434.38** | **$0.00** | **$307,936.64** |

EXHIBIT 25
Page 124

EXHIBIT 26

| | |
|---|---|
| **From:** | Jimmy Lai |
| **To:** | Kenny Huang; Kaine Wen |
| **Subject:** | FW: New Application: TAS |
| **Date:** | Tuesday, June 25, 2019 3:54:02 AM |

Kaine/Kenny,

There are a lot of things missing that we need to obtain before we can send to First Data for review and approval.

- The application was electronically signed with an adobe mouse.  Not able to accept unless they use DocuSign or they physically sign the application. I will send you a electronic application for e-signature upon receipt of missing info
- The principle also missed a signature on last page under "clients business Principles," signature 1. E-signed application will resolve
- Missing Customer Service Phone number and Contact Number for the Company.
- Missing Mobile number for Kenny Huang
- Business Address at 30 North Gould St Ste R Sheridan WY 82801 is a mail forwarding and violates Visa and Mastercard rules.  We need their physical address.  Please provide. Also, please provide a utility bill for the business address.
- Require Copy of Driver's License
- Contract must be updated to say Convivence fee because they can't charge a credit card fee. That is a surcharge fee which would mean they must be registered with Visa and MasterCard as a surcharge merchant. I will update

Website:

- Website has a page which contains Integration setup for NMI, Authorize.net and other processing payment systems.  This suggests they collect credit card payments and could be see as a payment service provided.  Why would they need to show API integration for their Clients?  This suggests third party processing.
- Contact page lists an address that is not a valid business address.
- Contact page doesn't provide a customer service phone number
- Missing Terms and Conditions and refund policy

Thank you,

EXHIBIT 26
Page 125

John Thompson
Associate Director of
Risk & Underwriting



office:
toll free:
fax:
email:
949. 419. 8400 x 1110
800. 662. 8448
949. 861. 6201
jfthompson@nationalmerchant.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Go Green! Please, consider the environment before printing this email.



-----Original Message-----
From: Jimmy Lai <jimmy.lai@swiftpaymentsinc.com>
Sent: Wednesday, June 19, 2019 6:18 PM
To: John F. Thompson <jfthompson@NationalMerchant.com>
Subject: New Application: TAS

John,

Attached is the complete application pkg.
Please review and let me know if you need anything.

Thanks,

Jimmy

EXHIBIT 26
Page 126

Your message is ready to be sent with the following file or link attachments:

TAS 2019 NMC Application
TAS Agreement revised
Manager Managed LLC -- TAS 2019 LLC
TAS 2019 LLC - Voided Check
TAS 2019 LLC AOO


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving
certain types of file attachments.  Check your e-mail security settings to determine how attachments
are handled.

EXHIBIT 26
Page 127

EXHIBIT 27

| | |
|---|---|
| **From:** | Jimmy Lai <jimmy.lai@swiftpaymentsinc.com> |
| **Sent:** | Monday, July 08, 2019 11:57 PM |
| **To:** | Kaine Wen |
| **Subject:** | FW: TAS Bank Statement |
| **Attachments:** | Application.pdf |

Kaine,

See below

**From:** John F. Thompson <jfthompson@NationalMerchant.com>
**Sent:** Monday, July 8, 2019 3:28 PM
**To:** Jimmy Lai <jimmy.lai@swiftpaymentsinc.com>
**Subject:** RE: TAS Bank Statement

Review and approval of the account must be minimum of Interchange and 199Bps.

Also, they should have their customer service team answering calls during normal business hours.

I updated the location address to his home address and they Wyoming address is the mailing address.

In addition, the website is now down and is no longer active.

Please advise.

Thank you,

EXHIBIT 27
Page 128



Plesk



### What is Plesk

**Plesk** is a hosting control panel with simple an
web, DNS, mail and other services through a c

Developer Blog                    Forum

EXHIBIT 27
Page 129



**John Thompson**

Associate Director of
Risk & Underwriting

| | |
|---|---|
| office: | 949. 419. 8400 x 1110 |
| toll free: | 800. 662. 8448 |
| fax: | 949. 861. 6201 |
| email: | jfthompson@nationalmerchant.com |

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.*

**Go Green!** Please, consider the environment before printing this email.



---

**From:** Jimmy Lai <jimmy.lai@swiftpaymentsinc.com>
**Sent:** Monday, June 24, 2019 12:04 PM
**To:** John F. Thompson <jfthompson@NationalMerchant.com>
**Subject:** Fwd: TAS Bank Statement


Get Outlook for Android

---

**From:** Kenny Huang <tas2019llc@gmail.com>
**Sent:** Wednesday, June 19, 2019 7:43:36 PM
**To:** Jimmy Lai
**Subject:** TAS Bank Statement



**NATIONAL MERCHANT CENTER**

AGENT #  4004

MERCHANT PROCESSING APPLICATION & AGREEMENT

## 1. MERCHANT INFORMATION

LEGAL NAME OF BUSINESS / IRS FILING NAME (MUST MATCH IRS RECORD)
**TAS 2019 LLC**

DBA (DOING BUSINESS AS)
**Trusted Account Services**

| LOCATION / SITE ADDRESS | CITY Arcadia | STATE CA | ZIP CODE 91006 | COMPANY WEBSITE ADDRESS (URL) trustedaccountservices.com |
|---|---|---|---|---|

| MAILING ADDRESS (IF DIFFERENT FROM LOCATION) 30 N Gould St Ste R | CITY Sheridan | STATE WY | ZIP CODE 82801 | COMPANY E-MAIL ADDRESS tas2019llc@gmail.com |

| COMPANY PHONE # 8663636383 | DESCRIPTOR PHONE # (E-COMMERCE or MOTO) (866) 363-6383 | MOBILE PHONE # 8364 | FAX # | CONTACT NAME Kenny Huang | TITLE |

TAX ID  0057

☐ I CERTIFY THAT I'M A FOREIGN ENTITY/NONRESIDENT ALIEN IF CHECKED, PLEASE ATTACH IRS FORM W-8

NOTE: FAILURE TO PROVIDE ACCURATE INFORMATION MAY RESULT IN A WITHHOLDING OF MERCHANT FUNDING PER IRS REGULATIONS (SEE PROGRAM GUIDE PART III, SECTION A.4 FOR DETAILS)

BUSINESS TYPE
○ PARTNERSHIP   ○ PUBLIC CORP.   ○ TAX EXEMPT CORP.
○ SOLE PROPRIETORSHIP   ○ PRIVATE CORP.   ○ LIMITED LIABILITY COMPANY

STATE FILED
**WY**

BUSINESS START DATE ( MM / DD / YYYY )
**03/22/2019**

HAS THIS BUSINESS OR ANY ASSOCIATED PRINCIPAL BEEN TERMINATED AS A VISA / MASTERCARD / AMEX / DISCOVER NETWORK MERCHANT?   ○ YES   ○ NO

HAS MERCHANT OR ANY ASSOCIATED PRINCIPAL DISCLOSED BELOW FILED BANKRUPTCY OR BEEN SUBJECT TO AN INVOLUNTARY BANKRUPTCY?   ☐ YES   ☐ NO

PROVIDE DATE, IF "YES" ( MM / DD / YYYY )

DO YOU CURRENTLY ACCEPT VISA / MC / AMEX / DISCOVER NETWORK? (IF "YES", YOU MUST SUBMIT 3 MOST CURRENT MONTHLY STATEMENTS)   ☐ YES   ☐ NO

YOUR PREVIOUS CARD PROCESSOR

REASON TO CHANGE   ☐ RATES   ☐ SERVICE   ☐ OTHER

TERMINATED ( MM / DD / YYYY )

MERCHANT SELLS: (SPECIFY PRODUCT, SERVICE AND/OR INFORMATION)
**Trust account services**

DO YOU USE ANY THIRD PARTY TO STORE, PROCESS OR TRANSMIT CARDHOLDER'S DATA?   ☐ YES   ☐ NO

IF "YES", NAME OF COMPANY, ADDRESS AND PHONE

REFUND POLICY FOR VISA / MASTERCARD / AMEX / DISCOVER NETWORK SALES
○ REFUND WILL BE GRANTED TO A CUSTOMER AS FOLLOWS ▷
○ NO REFUND. ALL SALES FINAL (MERCHANT MUST NOTIFY CUSTOMERS)

○ VISA / MC / AMEX / DISCOVER NETWORK CREDIT ▷
○ EXCHANGE
○ STORE CREDIT

○ 0-3 DAYS   ○ 8-14 DAYS
○ 4-7 DAYS   ○ OVER 14 DAYS

## 2. BANK DISCLOSURE

**Please read the Merchant Processing Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you. From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most frequently asked.**

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 19 of the Card Processing Program Guide).
2. We may debit your bank account from time to time for amounts owed to us under the Agreement.
3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargeback's, see Section 10.
4. If you dispute any charge or funding, you must notify us within 45 days of the date of the statement where the charge or funding appears or should have appeared.
5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 21.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 24, Term; Events of Default and Section 25, Reserve Account; Security Interest).
7. By executing this Agreement with us you are authorizing us to obtain and guarantors of the Agreement until all your obligations to us are satisfied.
8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 36, Additional Fee Information.
9. If you lease equipment from Processor, it is important that you review Section 35 in Third Party Agreements. This lease is a non-cancelable lease for the full term indicated.

**Association Disclosure**

**Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A** P.O. BOX 6079 CONCORD, CA 94524, and its phone number is the (844) 284-6834.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal (signer) to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply; but Bank information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserve that are deducted from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with cardholder data security and storage requirements.
b) Maintain fraud and chargebacks below Association thresholds.
c) Review and understand the terms of the Merchant Agreement.
d) Comply with Association rules.

**Print Client's Business Legal Name:**  TAS 2019 LLC

By its signature below, Client acknowledges that it received the complete Program Guide (Version NMC0518) consisting of 37 pages including this confirmation. Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed. Client understands that a copy of the Program Guide is also available for downloading from the Internet at:

**http://www.nationalmerchant.com/PDF/ProgramGuideNMC0518.pdf**

**NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE - OUTS SHALL NOT APPLY.**

*Kenny Huang*
Kenny Huang (Jul 1, 2019)

Owner

Jul 1, 2019

CLIENT'S BUSINESS PRINCIPAL SIGNATURE

TITLE

DATE (MM/DD/YYYY)

Kenny  Huang

PRINT NAME

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A.,CONCORD, CA

## 3. TRANSACTION INFORMATION

FINANCIAL DATA

| | | |
|---|---|---|
| AVERAGE COMBINED MONTHLY VISA/MC/DISCOVER/AMEX VOLUME | $ | 25000.00 |
| AVERAGE VISA / MC / AMEX / DISCOVER NETWORK TICKET | $ | 200.00 |
| HIGHEST TICKET AMOUNT | $ | 1500.00 |

☐ SEASONAL? ›  HIGHEST VOLUME MONTHS OPEN   $ _____
› CHECK APPLICABLE MONTHS BELOW

JAN  FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC

**VISA / MASTERCARD / AMEX / DISCOVER NETWORK INFORMATION**

MERCHANT TYPE
- ○ RETAIL OUTLET
- ○ RESTAURANT/FOOD
- ○ LODGING
- ○ HOME BUSINESS, TRADE FAIRS
- ○ OUTSIDE SALES/SERVICE, OTHER, ETC.
- ○ MAIL/TELEPHONE ORDER ONLY
- ○ INTERNET
- ○ HEALTH CARE

NETWORK PROFILE (VISA/MC/AMEX/DISCOVER)

| | | |
|---|---|---|
| SWIPED CREDIT CARDS | | % |
| KEYED CREDIT CARDS | 100 | % |
| TOTAL | 100 | % |
| IF KEYED, WHAT % | MO/TO | 100 % |
| | INTERNET | % |

MERCHANT RECEIVES IMPRINT ON KEYED TRANSACTIONS   ☐ YES  ☐ NO

---

MAIL / TELEPHONE ORDER / BUSINESS TO BUSINESS INFORMATION (ALL QUESTIONS MUST BE ANSWERED BY APPLICABLE TYPE OF MERCHANTS)

WHAT % OF TOTAL SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B 10 % + B2C 90 % = 100% TOTAL SALES
WHAT % OF CREDIT/DEBIT CARD SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B 10 % + B2C 90 % = 100% TOTAL SALES

WHAT IS THE TIME FROM TRANSACTION TO DELIVERY?
(% OF ORDERS DELIVERED IN DAYS)
- 0 - 7 DAYS  100 %
- + 8 - 14 DAYS  %
- + 15 - 30 DAYS  %
- + OVER 30 DAYS  %
- TOTAL  100 % DELIVERED

VISA/MASTERCARD/AMEX/DISCOVER NETWORK SALES ARE DEPOSITED ON (CHECK ONE)
- ◉ DATE OF ORDER
- ☐ DATE OF DELIVERY
- ☐ OTHER _____

WHO PERFORMS PRODUCT/SERVICE FULFILLMENT?
- ◉ DIRECT
- ☐ VENDOR (PROVIDE NAME/ADDRESS/PHONE)
  _____
  _____
  _____
- ☐ OTHER _____

DO YOU OWN THE PRODUCT / INVENTORY   ○ YES ○ NO
IS THE PRODUCT STORED AT YOUR BUSINESS LOCATION   ○ YES ○ NO
IF NO, WHERE IS IT STORED _____

PRODUCT SHIPPED BY: ☐ US MAIL  ☐ OTHER _____
DELIVERY RECEIPT REQUESTED  ☐ YES  ☐ NO

ADVERTISING METHOD(S): CHECK ALL THAT APPLY
- ○ NEWSPAPERS
- ○ MAGAZINE
- ○ YELLOW PAGES
- ○ INTERNET
- ○ RADIO
- ○ OTHER _____

REQUIRED: ATTACH MARKETING MATERIALS FOR ALL MAIL ORDER, B2B, INTERNET BUSINESSES WITH OVER $1MILLION IN ANNUAL VOLUME, ATTACH WEB PAGE PRINTOUT FOR INTERNET MERCHANTS,

PERCENTAGE OF PRODUCTS SOLD VIA
TELEPHONE ORDERS  100 %   MAIL/FAX ORDERS  %   INTERNET ORDERS  %   _____ %

WHO ENTERS CREDIT CARD INFO INTO THE PROCESSING SYSTEM
- ○ MERCHANT
- ○ FULFILLMENT CENTER
- ○ CONSUMER
- ○ OTHER _____

IF CREDIT CARD INFO IS TAKEN OVER THE INTERNET, IS THE PAYMENT CHANNEL ENCRYPTED BY SSL OR BETTER
☐ YES
☐ NO

---

## 4. SITE INSPECTION & BUSINESS INFO

ZONE
- ☐ COMMERCIAL
- ☐ INDUSTRIAL
- ☐ RESIDENTIAL

APPROX. SIZE. (SQUARE FOOTAGE)
- ☐ 0-500 SqFt
- ☐ 501-2000 SqFt
- ☐ 2001+ SqFt

MERCHANT LOCATION
- ☐ SHOPPING CENTER
- ☐ OFFICE BUILDING
- ☐ SEPARATE BUILDING
- ☐ RESIDENCE
- ☐ MOBILE
- ☐ OTHER:

THE MERCHANT
- ☐ OWNS
- ☐ RENTS
- ☐ LEASES   THE BUSINESS PREMISES

LANDLORD NAME _____

LANDLORD PHONE # _____

I HEREBY CERTIFY THAT I HAVE PHYSICALLY INSPECTED THE BUSINESS PREMISES OF THE MERCHANT AT THIS ADDRESS AND THE INFORMATION STATED ABOVE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*Shihhao Lai*
Shihhao Lai (Jun 30, 2019)

SIGNATURE

Shih-Hao Lai
INSPECTED BY (PRINT NAME)

Jun 30, 2019
DATE (MM/DD/YYYY)

---

## 5. CREDIT / DEBIT AUTHORIZATION

| | |
|---|---|
| BANK NAME | HSBC |
| BANK ROUTING # | 122240861 |
| BANK ACCOUNT # | ████ 0413 |

› MUST ATTACH VOIDED CHECK FROM THIS ACCOUNT

MERCHANT hereby authorizes SERVICERS in accordance with this MERCHANT Processing Agreement to initiate debit/credit entries to MERCHANT'S checking account, as indicated below. The authority is to remain in full force and effect until (a) SERVICERS have received written notification from a MERCHANT of its termination in such a manner as to afford SERVICERS reasonable opportunity to act on it; and (b) all obligations of MERCHANT to SERVICERS that have arisen under this Agreement have been paid in full. This authorization extends to such entries in such account concerning processing fees, lease, and rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees, and amounts due for supplies and materials.

---

## 6. TRADE REFERENCE

| VENDOR | ACCOUNT # | CONTACT NAME | PHONE # |
|---|---|---|---|
| | | | |

---

## 7. EQUIPMENT

| | | | |
|---|---|---|---|
| PAYMENT GATEWAY › | NMI | 3rd PARTY PROCESSOR › | |
| SOFTWARE    APPLICATION › | | VERSION # › | TERMINAL MODEL › |

---

## 8. NETWORK ACCEPTANCE

ACCEPT ALL VISA / MASTERCARD / AMERICAN EXPRESS DISCOVER NETWORK TRANSACTIONS (PRESUMED, UNLESS ANY SECTION BELOW ARE CHECKED)

- ☐ ACCEPT VISA CREDIT TRANSACTIONS ONLY
- ☐ ACCEPT VISA NON-PIN DEBIT TRANSACTIONS ONLY
- ☐ ACCEPT MASTERCARD CREDIT TRANSACTIONS ONLY
- ☐ ACCEPT MASTERCARD NON-PIN DEBIT TRANSACTIONS ONLY
- ☐ ACCEPT AMERICAN EXPRESS CREDIT TRANSACTIONS ONLY
- ☐ ACCEPT DISCOVER NETWORK CREDIT TRANSACTIONS ONLY
- ☐ ACCEPT DISCOVER NETWORK NON-PIN DEBIT TRANSACTIONS ONLY

---

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A.,CONCORD, CA

MERCHANT PROCESSING APPLICATION & AGREEMENT
NMC 0518    Revised:MAY, 2018

EXHIBIT 27
Page 132

## 9. SCHEDULE OF CHARGES / FEES

PAYMENT NETWORK INTERCHANGE COST WILL BE CHARGED IN ADDITION TO:

### DISCOUNT RATES:

| | QUALIFIED RATE (ELECTRONIC *) | AUTHORIZATION FEE |
|---|---|---|
| VISA | Int+ 199bp % | $ 0.2500 |
| MASTERCARD | Int+ 199bp % | $ 0.2500 |
| DISCOVER NETWORK | Int+ 199bp % | $ 0.2500 |
| AMERICAN EXPRESS CREDIT | Int+ 199bp % | $ 0.2500 |
| SIGNATURE DEBIT | % | $ |
| OTHER | % | $ |

Qualified Rate is assessed when your transactions meet certain criteria set by the applicable Association and Processor. When your Card transactions fail to meet those qualification criteria, we will process your transactions at the higher mid-qualified discount rate of Int+ 150bp % + $ 0.2500 or in certain circumstances, at a non-qualified discount rate (Standard*) of Int+ 150bp % + $ 0.2500 , both rates are a surcharge to the qualified rate.

### GATEWAY / VT:

| | |
|---|---|
| GATEWAY NAME | NMI |
| GATEWAY MONTHLY FEE | $ 20.00 |
| GATEWAY PER ITEM FEE | $ 0.2500 |
| ADD VIRTUAL TERMINAL | ☐ YES |

### ERR:

| | |
|---|---|
| VISA / MC / DISCOVER | ☐ |
| QUALIFIED RATE | % |
| NON-QUALIFIED SURCHARGE | % |
| AUTHORIZATION FEE | |

### WIRELESS   OR   REMOTE :

| | |
|---|---|
| SETUP FEE | $ 100.00 |
| TRANSACTION FEE | $ 0.2500 |
| MONTHLY FEE | $ 10.00 |

### CHARGEBACK SOLUTIONS: (OPTIONAL )

FOR DETAILED DESCRIPTION SEE: www.nationalmerchant.com/pdf/mitigation.pdf

| CHARGEBACK ALERTS | ☐ ETHOCA | $_____ /ALERT | ☐ REPRESENTMENT SERVICES PER CHARGEBACK | $_____ | ☐ RISK / FRAUD DETECTION | $_____ /MONTH |
|---|---|---|---|---|---|---|
| | ☐ VERIFI | $_____ /ALERT | | | | /RISK INQUIRY |

### DEBIT:

| | |
|---|---|
| MONTHLY ACCESS FEE | $ 10.00 |
| CASH BACK | $ 500.00 MAX |
| AUTHORIZATION/TRANSACTION FEE | $ 0.2500 + NETWORK FEES + 0____ % |
| OTHER FEE | $ 0.25 |

### EBT:

| | |
|---|---|
| FCS # | |
| AUTHORIZATION / TRANSACTION FEE | $ 0.00 |

### MISCELLANEOUS :

| | |
|---|---|
| ELECTRONIC AVS FEE | $ 0.2000 |
| ACH/BATCH FEE | $ 0.30 |
| CHARGEBACK FEE | $ 35.00 |
| RETRIEVAL REQUEST | $ 20.00 |
| SERVICE FEE | $ 20.00 |

| | |
|---|---|
| ☒ WEB/G2 MONTHLY MONITORING FEE | $ 250.00 |
| ☒ EIDS MONTHLY FEE | $ 0.00 |
| ☐ MERCHANT CLUB | $ 20.00 |
| MINIMUM MONTHLY DISCOUNT | $ 30.00 |
| APPLICATION FEE | $ 198.00 |
| | $ 0.00 |

### OTHER FEES:

Payment Network Interchange Fees; Debit Network Fees; Returned Item Fee $25 (charged if NMC debits the bank account but is rejected due to insufficient funds); Decline Fee – An amount equal to Authorization Fee amount and charged per item declined; TIN/TFN invalid monthly fee: $19.95; Monthly Compliance Fee $ 3.96; PCI Annual Compliance Fee $ 69.95 ; PCI NON-Compliant Monthly Fee $ 20.00 (doesn't affect your compliance responsibilities and obligations associated with your merchant account). You may be charged a Chargeback Research Fee: $50 per chargeback. Early Termination Fee (ETF) – shall be: (a) average monthly processing fees charged to You for previous 12 months (or such shorter time than 12 months) multiplied by remaining months of the Agreement, or (b) $ 575.00 whichever is greater; Annual Fee $ 75.00. A Capture per item fee of $ 0.10 is assessed on each bankcard transaction; Monthly Regulatory Fee $ 4.95 ; Voice Referral Authorization Fee $3.50; IVR Voice authorization Fee $1.50; BIN/ICA Fee $_____. If applicable, you may be charged additional pass through card brand fees. See description of card brand fees here: http://www.nationalmerchant.com/pdf/CardBrandFeeDescription.pdf

## 10. OWNERSHIP INFORMATION

LIST PRINCIPALS NAMES THAT OWN COMBINED AT LEAST: 25% FOR CORPORATIONS, 100% FOR PARTNERSHIPS

| PRINCIPAL NAME (FIRST, MI, LAST) 1) Kenny  Huang | | | TITLE Owner | | OWNERSHIP (%) 100 | | DATE OF BIRTH ( MM / DD / YYYY ) /1982 |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY Arcadia | | STATE CA | ZIP CODE 91006 | | HOME PHONE # ███ 8364 |
| SOCIAL SECURITY # ███ | DRIVER LICENSE # 0041 | DR.LIC. STATE/EXP DATE CA-8/2022 | EMAIL tas2019llc@gmail.com | | PERSONAL RESIDENCE | ☐ OWN ⦿ RENT | FOR HOW LONG? ___ YRS. ___ MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 2) | | | TITLE | | OWNERSHIP (%) | | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY | | STATE | ZIP CODE | | HOME PHONE # |
| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | | PERSONAL RESIDENCE | ☐ OWN ☐ RENT | FOR HOW LONG? ___ YRS. ___ MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 3) | | | TITLE | | OWNERSHIP (%) | | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY | | STATE | ZIP CODE | | HOME PHONE # |
| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | | PERSONAL RESIDENCE | ☐ OWN ☐ RENT | FOR HOW LONG? ___ YRS. ___ MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 4) | | | TITLE | | OWNERSHIP (%) | | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY | | STATE | ZIP CODE | | HOME PHONE # |
| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | | PERSONAL RESIDENCE | ☐ OWN ☐ RENT | FOR HOW LONG? ___ YRS. ___ MO. |

5)  **CONTROLLING POSITION**   COMPLETE THE FOLLOWING INFORMATION FOR ONE INDIVIDUAL WITH SIGNIFICANT RESPONSIBILITY FOR MANAGING THE LEGAL ENTITY LISTED ABOVE, SUCH AS: AN EXECUTIVE OFFICER OR SENIOR MANAGER (E.G., CHIEF EXECUTIVE OFFICER, CHIEF FINANCIAL OFFICER, CHIEF OPERATING OFFICER, MANAGER MEMBER, GENERAL PARTNER, PRESIDENT, VICE PRESIDENT, TREASURER); OR ANY OTHER INDIVIDUAL WHO REGULARLY PERFORMS SIMILAR FUNCTIONS. IF THIS INDIVIDUAL IS ALREADY LISTED ABOVE, JUST COMPLETE THE TITLE SECTION.

| CONTROLLING POSITION (FIRST, MI, LAST) | | | TITLE | | OWNERSHIP (%) | | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|---|---|---|---|
| HOME ADDRESS | | CITY | | STATE | ZIP CODE | | HOME PHONE # |
| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | | PERSONAL RESIDENCE | ☐ OWN ☐ RENT | FOR HOW LONG? ___ YRS. ___ MO. |

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., CONCORD, CA

**NMC**
NATIONAL MERCHANT CENTER

## 11. CONFIRMATION

### CERTIFICATION OF BENEFICIAL OWNER(S)

To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

By signing below, I attest that I have accurately provided the name, address, date of birth and Social Security Number (SSN) for the following individuals (i.e. the beneficial owners):

(i)   Each individual, if any, who owns directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation); and

(ii)  An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (i), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (i), you must provide the identifying information of one individual under section (ii). It is possible that in some circumstances the same individual might be identified under both sections (e.g., the President of Acme, Inc. who also holds a 30% equity interest). Thus, a completed form will contain the identifying information of at least one individual (under section (ii)), and up to five individuals (i.e., one individual under section (i) and four 25 percent equity holders under section (i)).

I, the undersigned _____ **Kenny  Huang** _____, certify that all of the information furnished
PRINCIPAL / OWNER:

above with regard to information for each individual, if any, who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above  is complete and accurate.

→ _____*Kenny  Huang*_____                                            Jul 1, 2019
Kenny Huang (Jul 1, 2019)
SIGNATURE:                                                  DATE (MM/DD/YYYY)

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide (NMC0518-M) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-10), and by this reference incorporated herein. (**Program Guide can be downloaded from http://www.nationalmerchant.com/PDF/ProgramGuideNMC0518.pdf**). Client expressly acknowledges and certifies that Client has read the said Program Guide, and Client agrees to be bound by its terms including but not limited to the early termination fee provision. Client acknowledges and agrees that we, our Affiliates and our third party subcontractors and/or agents may use automatic telephone dialing systems to contact client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a  cellular or wireless number of if Client has previously registered on a Do Not Call list of requested not to be contacted Client for solicitation purposes.  Client herby consents to receiving commercial electronics mall messages from us, our  Affiliates and our third party subcontractors and/or agents from time to time. Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or Internet order. However, if your Application is approved based upon contrary information stated in Section 5, Transaction Information section above, you are authorized to accept transactions in accordance with the percentages indicated in that section. This signature page also serves as a signature page to the Equipment Lease Agreement in the Third Party section of the Program Guide, if selected, the undersigned Client being the "Lessee" for purposes of such Equipment Lease Agreement. Client authorizes National Merchant Center ("NMC") and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc) ("Bank") and its agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies names in this Merchant Processing Application. Client authorizes NMC and BANK and their agents (a) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all previous employers, personal references and educational institutions. It is our policy to obtain certain information in order to verify your identity while processing your account application.
The individual who signs this Agreement has authority to do so and to bind its Establishment to the terms and conditions of this Agreement. You further represent that you are authorized to sign and enter into this Agreement on behalf of your establishment, subsidiaries and affiliates.

You further acknowledge and agree that you will not use your merchant account and/or Service for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing or acceptance of transaction in certain jurisdictions pursuant to 31 CRF part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC)

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct. Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by NMC and Bank.

Client's Business Principal(s) / Officer's:

→ *Kenny  Huang*                 Owner                    Kenny Huang              Jul 1, 2019
Kenny Huang (Jul 1, 2019)
MERCHANT  PRINCIPAL 1 SIGNATURE          TITLE                   PRINT NAME               DATE (MM/DD/YYYY)

→ _____          _____          _____          _____
MERCHANT  PRINCIPAL 2 SIGNATURE          TITLE                   PRINT NAME               DATE (MM/DD/YYYY)

### PERSONAL GUARANTEE

The undersigned guarantees to NMC and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc ) ("Bank") the performance of this Agreement, and/or Equipment Lease Agreement, if applicable and any addendum thereto by Client, and in the event of default, hereby waives Notice of Default and agrees to indemnify the other parties, including payment due and owing and costs associated with enforcement of the terms thereof, NMC and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and will not be discharged or affected for any reason and shall bind the heirs, administra-tors, representatives and assigns and be enforced by or for the benefit of any successor of NMC and Bank. The term of this guarantee shall be for the duration of the Merchant Processing Application and Merchant Terms and Conditions Agreement and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activities during the term thereof through enforcement shall be sought subsequent to any termination.

→ *Kenny  Huang*                              Kenny Huang              Jul 1, 2019
Kenny Huang (Jul 1, 2019)
SIGNATURE                          PRINT NAME OF GUARANTOR           DATE (MM/DD/YYYY)

→ _____                  _____          _____
SIGNATURE                          PRINT NAME OF GUARANTOR           DATE (MM/DD/YYYY)

| ACCEPTED BY NATIONAL MERCHANT CENTER | WELLS FARGO BANK, N.A., (A MEMBER OF VISA USA, INC. AND MASTERCARD INTERNATIONAL, INC) P.O. BOX 6079 CONCORD, CA 94524 (844) 284-6834 |
|---|---|
| → _____    _____<br>ISO SIGNATURE          DATE (MM/DD/YYYY) | → _____    _____<br>SIGNATURE                DATE (MM/DD/YYYY) |
| _____<br>TITLE | _____<br>TITLE |

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., CONCORD, CA

EXHIBIT 27
NMC0518- MAY 2018
Page 134 4

# Application

Final Audit Report                                                   2019-07-01

| | |
|---|---|
| Created: | 2019-07-01 |
| By: | PaymentWorld LLC (esignature@paymentworld.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkJ2tTYxV9xLGEmmKOJXqWb6YFygHLCwJ |

## "Application" History

Document created by PaymentWorld LLC (esignature@paymentworld.com)
2019-07-01 - 2:10:32 AM GMT- IP address: 66.171.241.2

Document emailed to Shihhao Lai (jimmy.lai@swiftpaymentsinc.com) for signature
2019-07-01 - 2:10:43 AM GMT

Document e-signed by Shihhao Lai (jimmy.lai@swiftpaymentsinc.com)
E-signature hosted by PaymentWorld LLC (esignature@paymentworld.com)
Signature Date: 2019-07-01 - 2:12:54 AM GMT - Time Source: server- IP address: 45.50.224.183

Document emailed to Kenny Huang (tas2019llc@gmail.com) for signature
2019-07-01 - 2:12:56 AM GMT

Email viewed by Kenny Huang (tas2019llc@gmail.com)
2019-07-01 - 6:48:04 AM GMT- IP address: 66.102.7.238

Document e-signed by Kenny Huang (tas2019llc@gmail.com)
Signature Date: 2019-07-01 - 7:49:53 AM GMT - Time Source: server- IP address: 76.219.238.248

Signed document emailed to PaymentWorld LLC (esignature@paymentworld.com), Kenny Huang (tas2019llc@gmail.com) and Shihhao Lai (jimmy.lai@swiftpaymentsinc.com)
2019-07-01 - 7:49:53 AM GMT

Adobe Sign

EXHIBIT 27
Page 135

EXHIBIT 28

| | |
|---|---|
| **From:** | Jimmy Lai |
| **To:** | Kaine Wen |
| **Subject:** | TAS - REVISED APP |
| **Date:** | Tuesday, July 09, 2019 1:14:41 AM |
| **Attachments:** | Application-Revised.pdf |

Kaine,

Please execute with Wet Signature.

Thanks,


**Jimmy Lai**
President
Swift Payments
Office: (949) 596-7550
Mobile: (949) 302-3248


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

EXHIBIT 28
Page 136



NATIONAL MERCHANT CENTER

AGENT # __4004__

## MERCHANT PROCESSING APPLICATION & AGREEMENT

### 1. MERCHANT INFORMATION

| LEGAL NAME OF BUSINESS / IRS FILING NAME (MUST MATCH IRS RECORD) | DBA (DOING BUSINESS AS) |
|---|---|
| **TAS 2019 LLC** | **Trusted Account Services** |

| LOCATION / SITE ADDRESS | CITY | STATE | ZIP CODE | COMPANY WEBSITE ADDRESS (URL) |
|---|---|---|---|---|
| | **Arcadia** | **CA** | **91006** | **trustedaccountservices.com** |

| MAILING ADDRESS (IF DIFFERENT FROM LOCATION) | CITY | STATE | ZIP CODE | COMPANY E-MAIL ADDRESS |
|---|---|---|---|---|
| 30 N Gould St Ste R | **Sheridan** | **WY** | **82801** | **tas2019llc@gmail.com** |

| COMPANY PHONE # | DESCRIPTOR PHONE # (E-COMMERCE or MOTO) | MOBILE PHONE # | FAX # | CONTACT NAME | TITLE |
|---|---|---|---|---|---|
| **8663636383** | **(866) 363-6383** | **8364** | | **Kenny Huang** | |

| TAX ID | | NOTE: FAILURE TO PROVIDE ACCURATE INFORMATION MAY RESULT IN A WITHHOLDING OF MERCHANT FUNDING PER IRS REGULATIONS (SEE PROGRAM GUIDE PART III, SECTION A.4 FOR DETAILS) |
|---|---|---|
| **0057** | ☐ I CERTIFY THAT I'M A FOREIGN ENTITY/NONRESIDENT ALIEN IF CHECKED, PLEASE ATTACH IRS FORM W-8 | |

| BUSINESS TYPE | | STATE FILED | BUSINESS START DATE (MM / DD / YYYY) |
|---|---|---|---|
| ○ PARTNERSHIP   ○ PUBLIC CORP.   ○ TAX EXEMPT CORP. | | **WY** | **03/22/2019** |
| ○ SOLE PROPRIETORSHIP   ○ PRIVATE CORP.   ○ LIMITED LIABILITY COMPANY | | | |

| HAS THIS BUSINESS OR ANY ASSOCIATED PRINCIPAL BEEN TERMINATED AS A VISA / MASTERCARD / AMEX / DISCOVER NETWORK MERCHANT? | ○ YES  ○ NO | HAS MERCHANT OR ANY ASSOCIATED PRINCIPAL DISCLOSED BELOW FILED BANKRUPTCY OR BEEN SUBJECT TO AN INVOLUNTARY BANKRUPTCY? | ☐ YES  ☐ NO | PROVIDE DATE, IF "YES" (MM / DD / YYYY) |
|---|---|---|---|---|

| DO YOU CURRENTLY ACCEPT VISA / MC / AMEX / DISCOVER NETWORK? (IF "YES", YOU MUST SUBMIT 3 MOST CURRENT MONTHLY STATEMENTS) | ☐ YES  ☐ NO | YOUR PREVIOUS CARD PROCESSOR | REASON TO CHANGE | ☐ RATES  ☐ SERVICE  ☐ OTHER | TERMINATED (MM / DD / YYYY) |
|---|---|---|---|---|---|

| MERCHANT SELLS: (SPECIFY PRODUCT, SERVICE AND/OR INFORMATION) | DO YOU USE ANY THIRD PARTY TO STORE, PROCESS OR TRANSMIT CARDHOLDER'S DATA? | ☐ YES  ☐ NO | IF "YES", NAME OF COMPANY, ADDRESS AND PHONE |
|---|---|---|---|
| **Trust account services** | | | |

| REFUND POLICY FOR VISA / MASTERCARD / AMEX/ DISCOVER NETWORK SALES | ○ REFUND WILL BE GRANTED TO A CUSTOMER AS FOLLOWS ▷<br>● NO REFUND. ALL SALES FINAL (MERCHANT MUST NOTIFY CUSTOMERS) | ○ VISA / MC / AMEX / DISCOVER NETWORK CREDIT ▷<br>○ EXCHANGE<br>○ STORE CREDIT | ○ 0-3 DAYS  ○ 8-14 DAYS<br>○ 4-7 DAYS  ○ OVER 14 DAYS |
|---|---|---|---|

### 2. BANK DISCLOSURE

**Please read the Merchant Processing Program Guide in its entirety. It describes the terms under which we will provide merchant processing services to you. From time to time you may have questions regarding the contents of your Agreement with Bank and/or Processor. The following information summarizes portions of your Agreement in order to assist you in answering some of the questions we are most frequently asked.**

1. Your discount rates are assessed on transactions that qualify for certain reduced interchange rates imposed by MasterCard, Visa and Discover Network. Any transactions that fail to qualify for these reduced rates will be charged an additional fee (see Section 19 of the Card Processing Program Guide).
2. We may debit your bank account from time to time for amounts owed to us under the Agreement.
3. There are many reasons why a Chargeback may occur. When they occur we will debit your settlement funds or settlement account. For a more detailed discussion regarding Chargeback's, see Section 10.
4. If you dispute any charge or funding, you must notify us within 45 days of the date of the statement where the charge or funding appears or should have appeared.
5. The Agreement limits our liability to you. For a detailed description of the limitation of liability see Section 21.

6. We have assumed certain risks by agreeing to provide you with Card processing. Accordingly, we may take certain actions to mitigate our risk, including termination of the Agreement, and/or hold monies otherwise payable to you (see Section 24, Term; Events of Default and Section 25, Reserve Account; Security Interest).
7. By executing this Agreement with us you are authorizing us to obtain and guarantors of the Agreement until all your obligations to us are satisfied.
8. The Agreement contains a provision that in the event you terminate the Agreement early, you may be responsible for the payment of early termination fees as set forth in Section 36, Additional Fee Information.
9. If you lease equipment from Processor, it is important that you review Section 35 in Third Party Agreements. This lease is a non-cancelable lease for the full term indicated.

**Association Disclosure**

**Visa and MasterCard Member Bank Information: Wells Fargo Bank, N.A** P.O. BOX 6079 CONCORD, CA 94524, and its phone number is (844) 284-6834.

**Important Member Bank Responsibilities:**
a) The Bank is the only entity approved to extend acceptance of Visa and MasterCard products directly to a Merchant.
b) The Bank must be a principal (signer) to the Merchant Agreement.
c) The Bank is responsible for educating Merchants on pertinent Visa and MasterCard rules with which Merchants must comply. This information may be provided to you by Processor.
d) The Bank is responsible for and must provide settlement funds to the Merchant.
e) The Bank is responsible for all funds held in reserve that are derived from settlement.

**Important Merchant Responsibilities:**
a) Ensure compliance with cardholder data security and storage requirements.
b) Maintain fraud and chargebacks below Association thresholds.
c) Review and understand the terms of the Merchant Agreement.
d) Comply with Association rules.

**Print Client's Business Legal Name:** TAS 2019 LLC

By its signature below, Client acknowledges that it received the complete Program Guide (Version NMC0518) consisting of 37 pages including this confirmation. Client further acknowledges reading and agreeing to all terms in the Program Guide, which shall be incorporated into Client's Agreement. Upon receipt of a signed facsimile or original of this Confirmation Page by us, Client's Application will be processed. Client understands that a copy of the Program Guide is also available for downloading from the Internet at:

**http://www.nationalmerchant.com/PDF/ProgramGuideNMC0518.pdf**

**NO ALTERATIONS OR STRIKE-OUTS TO THE PROGRAM GUIDE WILL BE ACCEPTED AND, IF MADE, ANY SUCH ALTERATIONS OR STRIKE - OUTS SHALL NOT APPLY.**

| ➡ *Kenny Huang* Kenny Huang Jul 1, 2019 | Owner | Jul 1, 2019 |
|---|---|---|
| CLIENT'S BUSINESS PRINCIPAL SIGNATURE | TITLE | DATE (MM/DD/YYYY) |

Kenny Huang

PRINT NAME

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER. ALL RIGHTS RESERVED.<br>NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., CONCORD, CA

## 3. TRANSACTION INFORMATION

**FINANCIAL DATA**

AVERAGE COMBINED MONTHLY VISA/MC/DISCOVER/AMEX VOLUME  $ 25000.00

AVERAGE VISA / MC / AMEX / DISCOVER NETWORK TICKET  $ 200.00

HIGHEST TICKET AMOUNT  $ 1500.00

☐ SEASONAL? 〉 HIGHEST VOLUME MONTHS OPEN  $ _____
〉 CHECK APPLICABLE MONTHS BELOW

☐ JAN ☐ FEB ☐ MAR ☐ APR ☐ MAY ☐ JUN ☐ JUL ☐ AUG ☐ SEP ☐ OCT ☐ NOV ☐ DEC

**VISA / MASTERCARD / AMEX / DISCOVER NETWORK INFORMATION**

**MERCHANT TYPE**
- ○ RETAIL OUTLET
- ○ RESTAURANT/FOOD
- ○ LODGING
- ○ HOME BUSINESS, TRADE FAIRS
- ○ OUTSIDE SALES/SERVICE, OTHER, ETC.
- ○ MAIL/TELEPHONE ORDER ONLY
- ○ INTERNET
- ○ HEALTH CARE

**NETWORK PROFILE (VISA/MC/AMEX/DISCOVER)**

SWIPED CREDIT CARDS _____ %
KEYED CREDIT CARDS 100 %
TOTAL 100 %
IF KEYED, WHAT % MO/TO 100 %
INTERNET _____ %

MERCHANT RECEIVES IMPRINT ☐ YES
ON KEYED TRANSACTIONS ☐ NO

### MAIL / TELEPHONE ORDER / BUSINESS TO BUSINESS INFORMATION (ALL QUESTIONS MUST BE ANSWERED BY APPLICABLE TYPE OF MERCHANTS)

WHAT % OF TOTAL SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B 10 % + B2C 90 % = 100% TOTAL SALES

WHAT % OF CREDIT/DEBIT CARD SALES REPRESENT BUSINESS TO BUSINESS (VS. BUSINESS TO CONSUMER)   B2B 10 % + B2C 90 % = 100% TOTAL SALES

| WHAT IS THE TIME FROM TRANSACTION TO DELIVERY? (% OF ORDERS DELIVERED IN DAYS) | VISA/MASTERCARD/AMEX/DISCOVER NETWORK SALES ARE DEPOSITED ON (CHECK ONE) | WHO PERFORMS PRODUCT/SERVICE FULFILLMENT? |
|---|---|---|
| 0 - 7 DAYS 100 % | ◉ DATE OF ORDER | ○ DIRECT |
| + 8 - 14 DAYS _____ % | ☐ DATE OF DELIVERY | ○ VENDOR (PROVIDE NAME/ADDRESS/PHONE) |
| + 15 - 30 DAYS _____ % | ☐ OTHER _____ | _____ |
| + OVER 30 DAYS _____ % | | _____ |
| TOTAL 100 % DELIVERED | | ☐ OTHER _____ |

DO YOU OWN THE PRODUCT / INVENTORY   ○ YES ○ NO
IS THE PRODUCT STORED AT YOUR BUSINESS LOCATION   ○ YES ○ NO
IF NO, WHERE IS IT STORED _____

PRODUCT SHIPPED BY: ○ US MAIL ☐ OTHER _____
DELIVERY RECEIPT REQUESTED ☐ YES ☐ NO

ADVERTISING METHOD(S): CHECK ALL THAT APPLY
- ○ NEWSPAPERS
- ○ MAGAZINE
- ○ YELLOW PAGES
- ○ INTERNET
- ○ RADIO
- ○ OTHER _____

**REQUIRED:** ATTACH MARKETING MATERIALS FOR ALL MAIL ORDER, B2B, INTERNET BUSINESSES WITH OVER $1MILLION IN ANNUAL VOLUME, ATTACH WEB PAGE PRINTOUT FOR INTERNET MERCHANTS.

PERCENTAGE OF PRODUCTS SOLD VIA
TELEPHONE ORDERS 100 %   MAIL/FAX ORDERS _____ %   INTERNET ORDERS _____ % _____ %

WHO ENTERS CREDIT CARD INFO INTO THE PROCESSING SYSTEM
- ○ MERCHANT
- ○ FULFILLMENT CENTER
- ○ CONSUMER
- ○ OTHER _____

IF CREDIT CARD INFO IS TAKEN OVER THE INTERNET, IS THE PAYMENT CHANNEL ENCRYPTED BY SSL OR BETTER
☐ YES
☐ NO

## 4. SITE INSPECTION & BUSINESS INFO

| ZONE | APPROX. SIZE. (SQUARE FOOTAGE) | MERCHANT LOCATION | |
|---|---|---|---|
| ☐ COMMERCIAL | ○ 0-500 SqFt | ☐ SHOPPING CENTER | ☐ RESIDENCE |
| ☐ INDUSTRIAL | ○ 501-2000 SqFt | ☐ OFFICE BUILDING | ☐ MOBILE |
| ☐ RESIDENTIAL | ○ 2001+ SqFt | ☐ SEPARATE BUILDING | ☐ OTHER: |

THE MERCHANT ☐ OWNS ☐ RENTS ☐ LEASES THE BUSINESS PREMISES

LANDLORD NAME _____

LANDLORD PHONE # _____

I HEREBY CERTIFY THAT I HAVE PHYSICALLY INSPECTED THE BUSINESS PREMISES OF THE MERCHANT AT THIS ADDRESS AND THE INFORMATION STATED ABOVE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*Shihhao Lai*
Shihhao Lai (Jun 30, 2019)
SIGNATURE

Shih-Hao Lai
INSPECTED BY (PRINT NAME)

Jun 30, 2019
DATE (MM/DD/YYYY)

## 5. CREDIT / DEBIT AUTHORIZATION

BANK NAME  HSBC

BANK ROUTING #  122240861

BANK ACCOUNT #  ████ 0413

> MUST ATTACH VOIDED CHECK FROM THIS ACCOUNT

MERCHANT hereby authorizes SERVICERS in accordance with this MERCHANT Processing Agreement to initiate debit/credit entries to MERCHANT'S checking account, as indicated below. The authority is to remain in full force and effect until (a) SERVICERS have received written notification from a MERCHANT of its termination in such a manner as to afford SERVICERS reasonable opportunity to act on it; and (b) all obligations of MERCHANT to SERVICERS that have arisen under this Agreement have been paid in full. This authorization extends to such entries in such account concerning processing fees, lease, and rental or purchase agreements for POS terminals and/or accompanying equipment and/or check guarantee fees, and amounts due for supplies and materials.

## 6. TRADE REFERENCE

| VENDOR | ACCOUNT # | CONTACT NAME | PHONE # |
|---|---|---|---|
| | | | |

## 7. EQUIPMENT

PAYMENT GATEWAY 〉 NMI

SOFTWARE 〉 APPLICATION _____

3rd PARTY PROCESSOR 〉 _____

VERSION # _____   TERMINAL MODEL _____

## 8. NETWORK ACCEPTANCE

ACCEPT ALL VISA / MASTERCARD / AMERICAN EXPRESS DISCOVER NETWORK TRANSACTIONS (PRESUMED, UNLESS ANY SECTION BELOW ARE CHECKED)

| | | |
|---|---|---|
| ☐ ACCEPT VISA CREDIT TRANSACTIONS ONLY | ☐ ACCEPT MASTERCARD CREDIT TRANSACTIONS ONLY | ☐ ACCEPT DISCOVER NETWORK CREDIT TRANSACTIONS ONLY |
| ☐ ACCEPT VISA NON-PIN DEBIT TRANSACTIONS ONLY | ☐ ACCEPT MASTERCARD NON-PIN DEBIT TRANSACTIONS ONLY | ☐ ACCEPT DISCOVER NETWORK NON-PIN DEBIT TRANSACTIONS ONLY |
| | ☐ ACCEPT AMERICAN EXPRESS CREDIT TRANSACTIONS ONLY | |

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A.,CONCORD, CA

MERCHANT PROCESSING APPLICATION & AGREEMENT
NMC 0518   Revised:MAY, 2018

EXHIBIT 28
Page 138

## 9. SCHEDULE OF CHARGES / FEES
PAYMENT NETWORK INTERCHANGE COST WILL BE CHARGED IN ADDITION TO:

### DISCOUNT RATES:

| | QUALIFIED RATE (ELECTRONIC *) | AUTHORIZATION FEE |
|---|---|---|
| VISA | Int+ 199bp % | $ 0.2500 |
| MASTERCARD | Int+ 199bp % | $ 0.2500 |
| DISCOVER NETWORK | Int+ 199bp % | $ 0.2500 |
| AMERICAN EXPRESS CREDIT | Int+ 199bp % | $ 0.2500 |
| SIGNATURE DEBIT | ___ % | $ ___ |
| OTHER ___ | ___ % | $ ___ |

Qualified Rate is assessed when your transactions meet certain criteria set by the applicable Association and Processor. When your Card transactions fail to meet those qualification criteria, we will process your transactions at the higher mid-qualified discount rate of Int+ 150bp % + $ 0.2500 or in certain circumstances, at a non-qualified discount rate (Standard*) of Int+ 150bp % + $ 0.2500 , both rates are a surcharge to the qualified rate.

### GATEWAY / VT:

| | |
|---|---|
| GATEWAY NAME | NMI |
| GATEWAY MONTHLY FEE | $ 20.00 |
| GATEWAY PER ITEM FEE | $ 0.2500 |
| ADD VIRTUAL TERMINAL | ☐ YES |

### ERR:

| | |
|---|---|
| VISA / MC / DISCOVER | ☐ |
| QUALIFIED RATE | ___ % |
| NON-QUALIFIED SURCHARGE | ___ % |
| AUTHORIZATION FEE | ___ |

### WIRELESS  OR  REMOTE :

| | |
|---|---|
| SETUP FEE | $ 100.00 |
| TRANSACTION FEE | $ 0.2500 |
| MONTHLY FEE | $ 10.00 |

### CHARGEBACK SOLUTIONS: (OPTIONAL )
FOR DETAILED DESCRIPTION SEE: www.nationalmerchant.com/pdf/mitigation.pdf

| CHARGEBACK ALERTS | ☐ ETHOCA | $ ___ /ALERT | ☐ REPRESENTMENT SERVICES PER CHARGEBACK | $ ___ | ☐ RISK / FRAUD DETECTION | $ ___ /MONTH |
|---|---|---|---|---|---|---|
| | ☐ VERIFI | $ ___ /ALERT | | | | $ ___ /RISK INQUIRY |

### DEBIT:

| | |
|---|---|
| MONTHLY ACCESS FEE | $ 10.00 |
| CASH BACK | $ 500.00 MAX |
| AUTHORIZATION/TRANSACTION FEE | $ 0.2500 = NETWORK FEES + 0 % |
| OTHER FEE | $ 0.25 |

### EBT:

| | |
|---|---|
| FCS # | |
| AUTHORIZATION / TRANSACTION FEE | $ 0.00 |

### MISCELLANEOUS :

| | |
|---|---|
| ELECTRONIC AVS FEE | $ 0.2000 |
| ACH/BATCH FEE | $ 0.30 |
| CHARGEBACK FEE | $ 35.00 |
| RETRIEVAL REQUEST | $ 20.00 |
| SERVICE FEE | $ 20.00 |

| | |
|---|---|
| ☒ WEB/G2 MONTHLY MONITORING FEE | $ 250.00 |
| ☒ EIDS MONTHLY FEE | $ 0.00 |
| ☐ MERCHANT CLUB | $ 20.00 |
| MINIMUM MONTHLY DISCOUNT | $ 30.00 |
| APPLICATION FEE | $ 198.00 |
| ___ | $ 0.00 |

### OTHER FEES:
Payment Network Interchange Fees; Debit Network Fees; Returned Item Fee $25 (charged if NMC debits the bank account but is rejected due to insufficient funds); Decline Fee – An amount equal to Authorization Fee amount and charged per item declined; TIN/TFN invalid monthly fee: $19.95. Monthly Compliance Fee $ 3.96; PCI Annual Compliance Fee $ 69.95 ; PCI NON-Compliant Monthly Fee $ 20.00 (doesn't affect your compliance responsibilities and obligations associated with your merchant account). You may be charged a Chargeback Research Fee: $50 per chargeback. Early Termination Fee (ETF) – shall be: (a) average monthly processing fees charged to You for previous 12 months (or such shorter time if You have processed for less than 12 months) multiplied by remaining months of the Agreement, or (b) $ 575.00 whichever is greater; Annual Fee $ 75.00. A Capture per item fee of $ 0.10 is assessed on each bankcard transaction; Monthly Regulatory Fee $ 4.95 ; Voice Referral Authorization Fee $3.50; IVR Voice authorization Fee $1.50; BIN/ICA Fee $ 0.00 . If applicable, you may be charged additional pass through card brand fees. See description of card brand fees here: http://www.nationalmerchant.com/pdf/CardBrandFeeDescription.pdf

## 10. OWNERSHIP INFORMATION
LIST PRINCIPALS NAMES THAT OWN COMBINED AT LEAST: 25% FOR CORPORATIONS, 100% FOR PARTNERSHIPS

| PRINCIPAL NAME (FIRST, MI, LAST) 1) | TITLE | OWNERSHIP (%) | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|
| Kenny Huang | Owner | 100 | /1982 |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| ▓▓▓ | Arcadia | CA | 91006 | ▓▓▓ 8364 |

| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| ▓▓▓ | ▓▓0041 | CA-8/2022 | tas2019llc@gmail.com | ☐ OWN ⦿ RENT | YRS. MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 2) | TITLE | OWNERSHIP (%) | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|
| | | | |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| | | | | ☐ OWN ☐ RENT | YRS. MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 3) | TITLE | OWNERSHIP (%) | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|
| | | | |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| | | | | ☐ OWN ☐ RENT | YRS. MO. |

| PRINCIPAL NAME (FIRST, MI, LAST) 4) | TITLE | OWNERSHIP (%) | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|
| | | | |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| | | | | ☐ OWN ☐ RENT | YRS. MO. |

5) CONTROLLING POSITION COMPLETE THE FOLLOWING INFORMATION FOR ONE INDIVIDUAL WITH SIGNIFICANT RESPONSIBILITY FOR MANAGING THE LEGAL ENTITY LISTED ABOVE, SUCH AS: AN EXECUTIVE OFFICER OR SENIOR MANAGER (E.G., CHIEF EXECUTIVE OFFICER, CHIEF FINANCIAL OFFICER, CHIEF OPERATING OFFICER, MANAGER MEMBER, GENERAL PARTNER, PRESIDENT, VICE PRESIDENT, TREASURER); OR ANY OTHER INDIVIDUAL WHO REGULARLY PERFORMS SIMILAR FUNCTIONS. IF THIS INDIVIDUAL IS ALREADY LISTED ABOVE, JUST COMPLETE THE TITLE SECTION.

| CONTROLLING POSITION (FIRST, MI, LAST) | TITLE | OWNERSHIP (%) | DATE OF BIRTH ( MM / DD / YYYY ) |
|---|---|---|---|
| | | | |

| HOME ADDRESS | CITY | STATE | ZIP CODE | HOME PHONE # |
|---|---|---|---|---|
| | | | | |

| SOCIAL SECURITY # | DRIVER LICENSE # | DR.LIC. STATE/EXP DATE | EMAIL | PERSONAL RESIDENCE | FOR HOW LONG? |
|---|---|---|---|---|---|
| | | | | ☐ OWN ☐ RENT | YRS. MO. |

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., CONCORD, CA

**NMC**
NATIONAL MERCHANT CENTER

## 11. CONFIRMATION

**CERTIFICATION OF BENEFICIAL OWNER(S)**

To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

By signing below, I attest that I have accurately provided the name, address, date of birth and Social Security Number (SSN) for the following individuals (i.e. the beneficial owners):

(i) Each individual, if any, who owns directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation); and

(ii) An individual with significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (i), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (i), you must provide the identifying information of one individual under section (ii). It is possible that in some circumstances the same individual might be identified under both sections (e.g., the President of Acme, Inc. who also holds a 30% equity interest). Thus, a completed form will contain the identifying information of at least one individual (under section (ii)), and up to five individuals (i.e., one individual under section (ii) and four 25 percent equity holders under section (i)).

I, the undersigned _____ **Kenny Huang** _____, certify that all of the information furnished
PRINCIPAL / OWNER

above with regard to information for each individual, if any, who directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, owns 25 percent or more of the equity interests of the legal entity listed above is complete and accurate.

*Kenny Huang* _____ Jul 1, 2019
SIGNATURE: _____ DATE (MM/DD/YYYY)

Client certifies that all information set forth in this completed Merchant Processing Application is true and correct and that Client has received a copy of the Program Guide (NMC0518-M) and Confirmation Page, which is part of this Merchant Processing Application (consisting of Sections 1-10), and by this reference incorporated herein. (**Program Guide can be downloaded from http://www.nationalmerchant.com/PDF/ProgramGuideNMC0518.pdf**). Client expressly acknowledges and certifies that Client has read the said Program Guide, and Client agrees to be bound by its terms including but not limited to the early termination fee provision. Client acknowledges and agrees that we, our Affiliates and our third party subcontractors and/or agents may use automatic telephone dialing systems to contact client at the telephone number(s) Client has provided in this Merchant Processing Application and/or may leave a detailed voice message in the event that Client is unable to be reached, even if the number provided is a cellular or wireless number of if Client has previously registered on a Do Not Call list of requested not to be contacted Client for solicitation purposes. Client herby consents to receiving commercial electronics mail messages from us, our Affiliates and our third party subcontractors and/or agents from time to time. Client further agrees that Client will not accept more than 20% of its card transactions via mail, telephone or Internet order. However, if your Application is approved based upon contrary information stated in Section 5, Transaction Information section above, you are authorized to accept transactions in accordance with the percentages indicated in that section. This signature page also serves as a signature page to the Equipment Lease Agreement in the Third Party section of the Program Guide, if selected, the undersigned Client being the "Lessee" for purposes of such Equipment Lease Agreement. Client authorizes National Merchant Center ("NMC") and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc) ("Bank") and its agents to investigate the references, statements and other data contained herein and to obtain additional information from credit bureaus and other lawful sources, including persons and companies names in this Merchant Processing Application. Client authorizes NMC and BANK and their agents (a) to procure information from any consumer reporting agency bearing his/her personal credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living, and (b) to contact all previous employers, personal references and educational institutions. It is our policy to obtain certain information in order to verify your identity while processing your account application.

The individual who signs this Agreement has authority to do so and to bind his Establishment to the terms and conditions of this Agreement. You further represent that you are authorized to sign and enter into this Agreement on behalf of your establishment, subsidiaries and affiliates.

You further acknowledge and agree that you will not use your merchant account and/or Service for illegal transactions, for example, those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et seq, as may be amended from time to time, or processing or acceptance of transaction in certain jurisdictions pursuant to 31 CRF part 500 et seq. and other laws enforced by the Office of Foreign Assets Control (OFAC)

Client certifies, under penalties of perjury, that the federal taxpayer identification number and corresponding filing name provided herein are correct. Client agrees to all the terms of this Merchant Processing Application and Agreement. This Merchant Processing Application and Agreement shall not take effect until Client has been approved and this Agreement has been accepted by NMC and Bank.

Client's Business Principal(s) / Officer(s):

*Kenny Huang* _____ Owner _____ Kenny Huang _____ Jul 1, 2019
MERCHANT PRINCIPAL 1 SIGNATURE | TITLE | PRINT NAME | DATE (MM/DD/YYYY)

_____ | _____ | _____ | _____
MERCHANT PRINCIPAL 2 SIGNATURE | TITLE | PRINT NAME | DATE (MM/DD/YYYY)

**PERSONAL GUARANTEE**

The undersigned guarantees to NMC and Wells Fargo Bank, N.A. (a member of Visa USA, Inc. and MasterCard International, Inc ) ("Bank") the performance of this Agreement, and/or Equipment Lease Agreement, if applicable and any addendum thereto by Client, and in the event of default, hereby waives Notice of Default and agrees to indemnify the other parties, including payment due and owing and costs associated with enforcement of the terms thereof, NMC and Bank shall not be required to first proceed against Client or enforce any other remedy before proceeding against the undersigned individual. This is a continuing guarantee and will not be discharged or affected for any reason and shall bind the heirs, administra-tors, representatives and assigns and be enforced by or for the benefit of any successor of NMC and Bank. The term of this guarantee shall be for the duration of the Merchant Processing Application and Merchant Terms and Conditions Agreement and any addendum thereto and shall guarantee all obligations which may arise or occur in connection with my activities during the term thereof through enforcement shall be sought subsequent to any termination.

*Kenny Huang* _____ Kenny Huang _____ Jul 1, 2019
SIGNATURE | PRINT NAME OF GUARANTOR | DATE (MM/DD/YYYY)

_____ | _____ | _____
SIGNATURE | PRINT NAME OF GUARANTOR | DATE (MM/DD/YYYY)

ACCEPTED BY NATIONAL MERCHANT CENTER | WELLS FARGO BANK, N.A., (A MEMBER OF VISA USA, INC. AND MASTERCARD INTERNATIONAL, INC) P.O. BOX 6079 CONCORD, CA 94524 (844) 284-6834

_____ | _____ | _____ | _____
ISO SIGNATURE | DATE (MM/DD/YYYY) | SIGNATURE | DATE (MM/DD/YYYY)

_____ | _____
TITLE | TITLE

© COPYRIGHT 2018 NATIONAL MERCHANT CENTER, ALL RIGHTS RESERVED.
NATIONAL MERCHANT CENTER IS A REGISTERED ISO/MSP OF WELLS FARGO BANK, N.A., CONCORD, CA

**EXHIBIT 28**
NMC0518- MAY 2018
Page 140

# Application

**Final Audit Report**                                                              2019-07-01

| | |
|---|---|
| Created: | 2019-07-01 |
| By: | PaymentWorld LLC (esignature@paymentworld.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkJ2tTYxV9xLGEmmKOJXqWb6YFygHLCwJ |

## "Application" History

📄 Document created by PaymentWorld LLC (esignature@paymentworld.com)
2019-07-01 - 2:10:32 AM GMT- IP address: 66.171.241.2

📧 Document emailed to Shihhao Lai (jimmy.lai@swiftpaymentsinc.com) for signature
2019-07-01 - 2:10:43 AM GMT

✒ Document e-signed by Shihhao Lai (jimmy.lai@swiftpaymentsinc.com)
E-signature hosted by PaymentWorld LLC (esignature@paymentworld.com)
Signature Date: 2019-07-01 - 2:12:54 AM GMT - Time Source: server- IP address: 45.50.224.183

📧 Document emailed to Kenny Huang (tas2019llc@gmail.com) for signature
2019-07-01 - 2:12:56 AM GMT

📄 Email viewed by Kenny Huang (tas2019llc@gmail.com)
2019-07-01 - 6:48:04 AM GMT- IP address: 66.102.7.238

✒ Document e-signed by Kenny Huang (tas2019llc@gmail.com)
Signature Date: 2019-07-01 - 7:49:53 AM GMT - Time Source: server- IP address: 76.219.238.248

✅ Signed document emailed to PaymentWorld LLC (esignature@paymentworld.com), Kenny Huang (tas2019llc@gmail.com) and Shihhao Lai (jimmy.lai@swiftpaymentsinc.com)
2019-07-01 - 7:49:53 AM GMT

Adobe Sign

EXHIBIT 28
Page 141

EXHIBIT 29

 

# MERCHANT ACCOUNT CHANGE REQUEST FORM

*Please sign and return to National Merchant Center (NMC) Fax #: (949) 861-6201*

**Current Business Information**

MID # 5101████6333        Legal Business Name  TAS 2019 LLC

DBA  Trusted Account Services        Owner Name:

Website:  https://trustedaccountservices.com/    Email Address:   tas2019llc@gmail.com

Address: ████████        City/State/Zip:  Arcadia, CA 91006

Home Phone: (      )        Work Phone: (      )

Descriptor  TAS - Student Loan

---

**Account Update (Provide updated information below)**

DBA Change:

Business Address Change:

Business Mailing Adrs Change:

Email Address Change:

Website URL Change:

Business Phone # Change:

Descriptor Change        TAS - Student Loan

---

**Change of Bank Account Information**

Bank Name        HSBC Bank USA

Name on Bank Account    TAS 2019 LLC

Account Number:        ████0413

Routing Number:        122240861

Reason        Update for Adjustments, Fees, Chargebacks, Reserves, etc

FAX A COPY OF *PRE-PRINTED CHECK* WITH THIS FORM

If you wish to change the bank account, which is receiving your electronic deposits and debits via ACH, please complete and sign this form and attach a pre-printed voided check to confirm the account number. *Note: This change only affects Visa, Mastercard, Discover and American Express Opt-Blue. If you have a "Direct American Express" account, you will need to contact American Express directly at 800-528-5200, to update your bank information.*

The undersigned is authorized to sign on behalf of the entity named above. By signing below, the undersigned agrees to be bound by the terms and conditions of NMC Merchant Agreement and acknowledges that he/she has read this agreement and kept a copy of this agreement for his/her files. In addition, the undersigned verifies that all of the information contained hereon this form is true, complete and correct to the best of their knowledge. Please allow 5-7 business days to process the change.

By signing below, I expressly authorize NMC or its affiliates to fulfill the above request in connection with my merchant account and/or payment gateway account.

| | | |
|---|---|---|
| OWNER/OFFICER SIGNATURE | Kenny Huang | 9/9/2019 |
| | PRINT NAME | DATE |

---

Internal Office Use Only                ☒ Approved        ☐ Declined

Was a Starter Check or Bank Letter Provided?        ☒ Yes        ☐ No

Legal name/DBA match the Application/Merchant Account?    ☒ Yes    ☐ No

Risk/Underwriter Signature:

NMC - 8:19-cv-01998 JVS - 1737

EXHIBIT 29
Page 142



*deposits*



# MERCHANT ACCOUNT CHANGE REQUEST FORM

*Please sign and return to National Merchant Center (NMC) Fax #: (949) 861-6201*

**Current Business Information**

MID # 5101████6333               Legal Business Name TAS 2019 LLC

DBA Trusted Account Services               Owner Name: _____

Website: https://trustedaccountservices.com/   Email Address:   tas2019llc@gmail.com

Address: ████████████   City/State/Zip: Arcadia, CA 91006

Home Phone: (_____)_____   Work Phone: (_____)_____

Descriptor TAS - Student Loan

**Account Update (Provide updated information below)**

DBA Change: _____

Business Address Change: _____

Business Mailing Adrs Change: _____

Email Address Change: _____

Website URL Change: _____

Business Phone # Change: _____

Descriptor Change            TAS - Student Loan

**Change of Bank Account Information**

Bank Name            HSBC Bank USA

Name on Bank Account      TAS 2019 LLC

Account Number:      ████3327

Routing Number:      122240861

Reason            Update for Deposits and Refunds Only

**FAX A COPY OF *PRE-PRINTED CHECK* WITH THIS FORM**

If you wish to change the bank account, which is receiving your electronic deposits and debits via ACH, please complete and sign this form and attach a pre-printed voided check to confirm the account number. *Note: This change only affects Visa, Mastercard, Discover and American Express Opt-Blue. If you have a "Direct American Express" account, you will need to contact American Express directly at 800-528-5200, to update your bank information.*

The undersigned is authorized to sign on behalf of the entity named above. By signing below, the undersigned agrees to be bound by the terms and conditions of NMC Merchant Agreement and acknowledges that he/she has read this agreement and kept a copy of this agreement for his/her files. In addition, the undersigned verifies that all of the information contained hereon this form is true, complete and correct to the best of their knowledge. Please allow 5-7 business days to process the change.

By signing below, I expressly authorize NMC or its affiliates to fulfill the above request in connection with my merchant account and/or payment gateway account.

| | | |
|---|---|---|
| *(signature)* | Kenny Huang | 9/9/2019 |
| OWNER/OFFICER SIGNATURE | PRINT NAME | DATE |

Internal Office Use Only

☑ Approved          ☐ Declined

Was a Starter Check or Bank Letter Provided?      ☑ Yes   ☐ No

Legal name/DBA match the Application/Merchant Account?   ☑ Yes   ☐ No

Risk/Underwriter Signature: _____

# HSBC ◆✕▶

September 9, 2019

TAS 2019 LLC

Kenny Huang

███ ███ ███

Arcadia, CA 91006

To Whom It May Concern:

The above client has established a business account with HSBC.

Account:        ███3327

ABA:            122240861

Please let me know if you have any questions. Thanks

Sincerely

JIMMY LEE, MBA
Business Banking Relationship Manager - Retail Business Banking

Retail Banking & Wealth Management
HSBC Bank (USA), N.A.1107 S. Baldwin Ave
Arcadia, CA, 91007

Direct +1 626.316.2228

eFax +1 224.352.4357

Email jimmy.x.lee3ius.hsbc.com

HSBC Bank USA, National Association
Arcadia Office, 1107 South Baldwin Avenue Unit C, Arcadia, CA 91007
Tel. 1 (800) 975-4722  Fax: (626) 462-9915

EXHIBIT 30

# Business Center

Online Services    Search

# DETAIL              RETURN TO YOUR SEARCH          FILE YOUR ANNUAL REPORT

---

TAS 2019 LLC

This detail reflects the current data for the filing in the system.                    Print

**Name**
TAS 2019 LLC

**Filing ID**                          **Status**                          **Fictitious Name**
2019-000846927                         Active

**Type**                               **Sub Status**
Limited Liability Company - Domestic   Current

                                       **Initial Filing**
                                       03/20/2019

**Standing - Tax**                     **Term of Duration**
Good                                   Perpetual

**Standing - RA**                      **Formed In**
Good                                   Wyoming

**Standing - Other**
Good

                                       **Principal Office**
                                       30 N Gould St
                                       Ste R
                                       Sheridan, WY 82801
                                       USA

**Mailing Address**
30 N Gould St
Ste R
Sheridan, WY 82801
USA

---

Additional Details

---

**Registered Agent:**                  **Latest AR/Year**
Registered Agents Inc.                 **AR Exempt**
30 N Gould St Ste R                    **License Tax Paid**
Sheridan, WY 82801 USA

---

History

---

NMC - 8:19-cv-01998 JVS - 1785

EXHIBIT 30
Page 146

## Initial Filing - See Filing ID                                    Date: 03/20/2019

Public Notes

No Public Notes Found...

Parties

(Organizer)                                        Organization: Registered Agent
            Address: 30 N Gould St Ste R, Sheridan, WY 82801

NMC - 8:19-cv-01998 JVS - 1786

EXHIBIT 30
Page 147