EXHIBIT 31

# NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA 926124

---

### YOUR CARD PROCESSING STATEMENT

026567/000001/863669/STMT/26567/0000/162080 000 01 000000
**KENNY**
**TAS 2019 LLC**
**30 N GOULD ST STE R**
**SHERIDAN WY  82801-6317**

| | |
|---|---|
| Page 1 of  5 | *THIS IS NOT A BILL* |
| Statement Period | 09/01/19 - 09/30/19 |
| Merchant Number | 5101 ███ 6085 |
| Customer Service | 800-662-8448 |

Chain Code   06119
Location:
  TRUSTED ACCOUNT SERVICES MAINT
  ███████████
  NORTH TUSTIN CA 92705

---

### SUMMARY  An overview of account activity for the statement period.

| | | | |
|---|---|---|---|
| Page | 4 | **Amounts Submitted** | 0.00 |
| Page | 4 | **Third Party Transactions** | 0.00 |
| Page | 4 | **Adjustments/Chargebacks** | 0.00 |
| Page | 4 | **Fees Charged** | 0.00 |
| | | **Total Amount Funded to Your Bank** | **0.00** |

See page 2 for Key Definition of Terms

(Amount Submitted - Third Party) + Adjustments + Chargebacks + Fees Charged = Amount Funded

---

### IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

!ATTENTION!

EFFECTIVE NOVEMBER 2019, THE STAR MERCHANT LOCATION FEE WILL INCREASE FROM $12.00 TO $16.00. AS A RESULT OF THIS FEE AND OUR OWN PRICING CONSIDERATION, YOU WILL BE ASSESSED A STAR ANNUAL FEE IN THE AMOUNT OF $18.00. THIS FEE IS ASSESSED PER PARTICIPATING LOCATION OR WEBSITE THAT IS ENABLED WITH AND/OR ACCEPTS STAR TRANSACTIONS AND COVERS AN ANNUAL PERIOD BEGINNING JUNE 1 OF EACH YEAR. THIS FEE WILL APPEAR ON YOUR NOVEMBER MONTH-END STATEMENT. CONTINUING YOUR MERCHANT ACCOUNT WITH US OR USE OF YOUR MERCHANT ACCOUNT AFTER THE EFFECTIVE DATE WILL CONSTITUTE YOUR ACCEPTANCE TO THESE TERMS.

---

2955 E MAIN STE 100, IRVINE, CA 926124

nnnnnn 01 05 026567 162080R

EXHIBIT 32

NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA
926124

| 1428  0100  1100  01 | | MERCHANT STATEMENT |
|---|---|---|
| MERCHANT NUMBER  5101█████6481 | | SUMMARY OF BANKCARD DEPOSITS |
| | | MONTH ENDING 09/30/2019 |

CHAIN 06515

KENNY                    119291    07
TAS 2019 LLC
30 N GOULD STE R
SHERIDAN WY 82801

TRUSTED ACCOUNT SERVICES EAST
████████████████
NORTH TUSTIN CA 92705-3252

ıl.ıl..llllllll..ıllll.l..lllllll..lll..l..l..ıl

---

CUSTOMER SERVICE TEL #: 800-662-8448

---

!ATTENTION!

EFFECTIVE NOVEMBER 2019, THE STAR MERCHANT LOCATION FEE WILL INCREASE FROM
$12.00 TO $16.00. AS A RESULT OF THIS FEE AND OUR OWN PRICING CONSIDERATION,
YOU WILL BE ASSESSED A STAR ANNUAL FEE IN THE AMOUNT OF $18.00. THIS FEE IS
ASSESSED PER PARTICIPATING LOCATION OR WEBSITE THAT IS ENABLED WITH AND/OR
ACCEPTS STAR TRANSACTIONS AND COVERS AN ANNUAL PERIOD BEGINNING JUNE 1 OF
EACH YEAR. THIS FEE WILL APPEAR ON YOUR NOVEMBER MONTH-END STATEMENT.
CONTINUING YOUR MERCHANT ACCOUNT WITH US OR USE OF YOUR MERCHANT ACCOUNT AFTER
THE EFFECTIVE DATE WILL CONSTITUTE YOUR ACCEPTANCE TO THESE TERMS.

---

| **TOTAL CHARGE TO YOUR ACCOUNT IS** | | | | **0.00** |
|---|---|---|---|---|

### SUMMARY OF CARD FEES

| | | | | |
|---|---|---|---|---|
| MASTERCARD | | | | |
| DISC 1 | | 0.01990 | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 2 | 0.2500 | 0.50 | |
| TOTAL | | | | 0.50 |
| AMEXCT043 | | | | |
| DISC 1 | | 0.01990 | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 2 | 0.2500 | 0.50 | |
| AVS CPU-G | 2 | 0.2000 | 0.40 | |
| TOTAL | | | | 0.90 |
| VS OFLN DB | | | | |
| DISC 1 | | 0.01990 | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 1 | 0.2500 | 0.25 | |
| AVS CPU-G | 1 | 0.2000 | 0.20 | |
| ACQR PROCESSOR FEES | 1 | 0.01550 | 0.02 | |
| TOTAL | | | | 0.47 |
| TOTAL CARD FEES | | | | 1.87 |

### SUMMARY OF MISCELLANEOUS FEES

| | |
|---|---|
| TOTAL CARD FEES | 1.87 |
| MIN. MONTHLY FEE | 28.15 |
| SERVICE FEE | 20.00 |
| REGULATORY FEE | 4.95 |
| COMPLIANCE FEE | 3.96 |
| WEB G2 MO MONITOR | 250.00 |
| EIDS-DISPUTE-TOOL | 50.00 |
| LESS AMOUNT PAID BY CHAIN | 358.93 |
| | |
| TOTAL CHARGES | 0.00 |

| 5345 | 0001 | CC01 | 001 | 07 | 20190930 | Page 1 of 1 | | 1428 | 0100 | U1D | | 119291 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT 32
Page 149

NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA
926124

1428   0100   1100   01
MERCHANT NUMBER   51████████6085

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS
MONTH ENDING 09/30/2019

CHAIN 06119

KENNY
TAS 2019 LLC
30 N GOULD STE R
SHERIDAN WY 82801

119290     07

TRUSTED ACCOUNT SERVICES MAINT
████████████████████
NORTH TUSTIN CA 92705

Il.I.I.I.I.I.I.I.I.III.I.I....I.I.I.II.III....I.I.I.I.IIIII.I.I.I

CUSTOMER SERVICE TEL #: 800-662-8448

!ATTENTION!

EFFECTIVE NOVEMBER 2019, THE STAR MERCHANT LOCATION FEE WILL INCREASE FROM
$12.00 TO $16.00. AS A RESULT OF THIS FEE AND OUR OWN PRICING CONSIDERATION,
YOU WILL BE ASSESSED A STAR ANNUAL FEE IN THE AMOUNT OF $18.00. THIS FEE IS
ASSESSED PER PARTICIPATING LOCATION OR WEBSITE THAT IS ENABLED WITH AND/OR
ACCEPTS STAR TRANSACTIONS AND COVERS AN ANNUAL PERIOD BEGINNING JUNE 1 OF
EACH YEAR. THIS FEE WILL APPEAR ON YOUR NOVEMBER MONTH-END STATEMENT.
CONTINUING YOUR MERCHANT ACCOUNT WITH US OR USE OF YOUR MERCHANT ACCOUNT AFTER
THE EFFECTIVE DATE WILL CONSTITUTE YOUR ACCEPTANCE TO THESE TERMS.

| **TOTAL CHARGE TO YOUR ACCOUNT IS** | | | | **0.00** |
|---|---|---|---|---|

### SUMMARY OF CARD FEES

| | | | | |
|---|---|---|---|---|
| MASTERCARD | | | | |
| DISC 1 | | 0.01990 | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 1 | 0.2500 | 0.25 | |
| TOTAL | | | | 0.25 |
| VS OFLN DB | | | | |
| DISC 1 | | 0.01990 | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 1 | 0.2500 | 0.25 | |
| AVS CPU-G | 1 | 0.2000 | 0.20 | |
| ACQR PROCESSOR FEES | 1 | 0.01550 | 0.02 | |
| TOTAL | | | | 0.47 |
| TOTAL CARD FEES | | | | 0.72 |

### SUMMARY OF MISCELLANEOUS FEES

| | |
|---|---|
| TOTAL CARD FEES | 0.72 |
| MIN. MONTHLY FEE | 29.30 |
| SERVICE FEE | 20.00 |
| REGULATORY FEE | 4.95 |
| COMPLIANCE FEE | 3.96 |
| WEB G2 MO MONITOR | 250.00 |
| EIDS-DISPUTE-TOOL | 50.00 |
| LESS AMOUNT PAID BY CHAIN | 358.93 |
| TOTAL CHARGES | 0.00 |

LAST PAGE OF THIS STATEMENT

EXHIBIT 32
Page 150

NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA
926124

MERCHANT STATEMENT
SUMMARY OF BANKCARD DEPOSITS
MONTH ENDING 09/30/2019

1428   0100   1100   01
MERCHANT NUMBER     510████6333

CHAIN 06424

KENNY                              119349   07
TAS 2019 LLC
30 N GOULD STE R
SHERIDAN WY 82801-6317

TRUSTED ACCOUNT SERVICES
NORTH TUSTIN CA 92705-3252

CUSTOMER SERVICE TEL #: 800-662-8448

---

!ATTENTION!

EFFECTIVE NOVEMBER 2019, THE STAR MERCHANT LOCATION FEE WILL INCREASE FROM
$12.00 TO $16.00. AS A RESULT OF THIS FEE AND OUR OWN PRICING CONSIDERATION,
YOU WILL BE ASSESSED A STAR ANNUAL FEE IN THE AMOUNT OF $18.00. THIS FEE IS
ASSESSED PER PARTICIPATING LOCATION OR WEBSITE THAT IS ENABLED WITH AND/OR
ACCEPTS STAR TRANSACTIONS AND COVERS AN ANNUAL PERIOD BEGINNING JUNE 1 OF
EACH YEAR. THIS FEE WILL APPEAR ON YOUR NOVEMBER MONTH-END STATEMENT.
CONTINUING YOUR MERCHANT ACCOUNT WITH US OR USE OF YOUR MERCHANT ACCOUNT AFTER
THE EFFECTIVE DATE WILL CONSTITUTE YOUR ACCEPTANCE TO THESE TERMS.

---

| **TOTAL CHARGE TO YOUR ACCOUNT IS** | **0.00** |
|---|---|

---

### SUMMARY OF CARD DEPOSITS

| CARD TYPE | | SALES ADJUSTMENTS | | RETURNS EXCL ADJ | | NET |
|---|---|---|---|---|---|---|
| MASTERCARD | 390 | 31,747.15 | 0 | 0.00 | | 31,747.15 |
| | 0 | 0.00 | 1 - | 249.00 - | | |
| MC OFLN DB | 2,095 | 165,368.27 | 5 | 799.00 | | 164,569.27 |
| AMEXCT043 | 120 | 9,664.00 | 1 | 22.00 | | 9,642.00 |
| VISA | 596 | 40,268.26 | 2 | 498.00 | | 39,770.26 |
| | 0 | 0.00 | 4 - | 540.50 - | | |
| VS OFLN DB | 5,937 | 451,978.17 | 9 | 1,785.00 | | 450,193.17 |
| DCVR ACQ | 93 | 6,525.00 | 0 | 0.00 | | 6,525.00 |
| BANKCD TOT | 9,111 | 695,886.85 | 16 | 3,082.00 | | 692,804.85 |
| | 0 | 0.00 | 5 | 789.50 - | | |
| TOTAL | 9,231 | 705,550.85 | 17 | 3,104.00 | | 702,446.85 |
| | 0 | 0.00 | 5 - | 789.50 - | | |

---

### SUMMARY OF INTERCHANGE FEES

| INTERCHANGE | RATE | ITEM | COUNT | VOLUME | FEE |
|---|---|---|---|---|---|
| MASTERCARD | | | | | |
| MERIT 1 | .0189 | .10 | 96 | 7,425.00 | 150.15 |
| INT MERIT 1 | .0189 | .10 | 71 | 6,522.50 | 130.40 |
| WC MERIT 1 | .0205 | .10 | 68 | 5,487.50 | 119.30 |
| WCELITE MERIT1 | .0250 | .10 | 29 | 2,236.00 | 58.83 |
| ENHANCEDMERIT 1 | .0204 | .10 | 89 | 7,002.50 | 151.83 |
| HIGHVAL MERIT 1 | .0250 | .10 | 7 | 806.00 | 20.86 |
| EVPSBCORPDATAR1 | .0280 | .10 | 1 | 20.00 | 0.66 |
| REGULATEDDBTCMM | .0005 | .21 | 1 | 40.00 | 0.23 |
| REGULATEDFDBTCM | .0005 | .22 | 15 | 1,120.65 | 3.86 |
| CP RATE 1 BUS | .0265 | .10 | 13 | 1,087.00 | 30.13 |
| MC OFLN DB | | | | | |
| MERIT 1 DEBIT | .0165 | .15 | 585 | 43,407.24 | 804.17 |
| MERIT1D INTRNET | .0165 | .15 | 484 | 39,111.29 | 717.80 |

EXHIBIT 32
Page 151

NATIONAL MERCHANT CENTER
5101███████6333
MONTH ENDING  09/30/2019
Page 2

## SUMMARY OF INTERCHANGE FEES

| INTERCHANGE | RATE | ITEM | COUNT | VOLUME | FEE |
|---|---|---|---|---|---|
| MERIT1PREPDDBTC | .0176 | .20 | 74 | 7,285.00 | 142.93 |
| REGREFUND USFA | | | 5 - | 799.00 - | |
| REGULATDMIDMT1 | .0005 | .21 | 6 | 214.00 | 1.38 |
| REGULATFMIDMT1 | .0005 | .22 | 519 | 39,264.74 | 133.93 |
| REGULATDMIDEM1 | .0005 | .21 | 5 | 359.00 | 1.23 |
| REGULATFMIDEM1 | .0005 | .22 | 422 | 35,727.00 | 110.57 |
| AMEXCT043 | | | | | |
| B2BNSWP1 | .0195 | .10 | 107 | 8,498.50 | 176.42 |
| PPNSWP1 | .0165 | .10 | 9 | 330.00 | 6.34 |
| PPNSWP2 | .0200 | .10 | 4 | 835.50 | 17.11 |
| OPTREFND | | | 1 - | 22.00 - | |
| VISA | | | | | |
| CPS MAIL PHONE | .0180 | .10 | 69 | 4,679.50 | 91.13 |
| CPS ECOM BASIC | .0180 | .10 | 55 | 3,423.00 | 67.11 |
| US CRDT VCR-CN | .0176 | | 2 - | 498.00 - | 8.76 - |
| CPS REWARDS 2 | .0195 | .10 | 327 | 21,708.50 | 456.01 |
| US BUS TR1 B2B | .0210 | .10 | 4 | 351.00 | 7.77 |
| US VSP B2B | .0210 | .10 | 134 | 9,862.26 | 220.50 |
| US BUS TR2 B2B | .0225 | .10 | 2 | 50.00 | 1.32 |
| US BUS TR3 B2B | .0240 | .10 | 2 | 82.00 | 2.16 |
| US BUS TR4 B2B | .0250 | .10 | 3 | 112.00 | 3.10 |
| VS OFLN DB | | | | | |
| CPS CARD NP DB | .0165 | .15 | 894 | 61,981.69 | 1,156.79 |
| CPS ECO BAS DB | .0165 | .15 | 781 | 65,516.75 | 1,198.17 |
| IR REGULATED DB | .0005 | .22 | 12 | 1,607.00 | 3.44 |
| US CV DB | | | 9 - | 1,785.00 - | |
| CPS CNP PP | .0175 | .20 | 70 | 6,333.00 | 124.82 |
| CPSECOMBASICPP | .0175 | .20 | 64 | 6,018.50 | 118.12 |
| USREGULATED CNP | .0005 | .22 | 2182 | 151,141.50 | 555.61 |
| REG CPS ECOMBSC | .0005 | .22 | 1870 | 155,195.21 | 488.99 |
| INTR STANDARD | .0160 | | 1 | 30.00 | 0.48 |
| US BUS CNP DB | .0245 | .10 | 7 | 855.50 | 21.65 |
| REG BUS CNP DB | .0005 | .22 | 56 | 3,299.02 | 13.96 |
| DCVR ACQ | | | | | |
| P CNP RW | .0200 | .10 | 28 | 2,307.50 | 48.95 |
| CMRCL EL | .0230 | .10 | 21 | 943.00 | 23.80 |
| PCNPPRM | .0200 | .10 | 2 | 84.00 | 1.88 |
| ECOMRWD | .0200 | .10 | 32 | 2,488.00 | 52.96 |
| ECOMPRM | .0200 | .10 | 1 | 42.00 | 0.94 |
| DCVR AQ DB | | | | | |
| P CNP DB | .0175 | .20 | 6 | 351.50 | 7.36 |
| ECOMDBT | .0175 | .20 | 2 | 60.00 | 1.45 |
| ECOMDBFF | .0005 | .22 | 1 | 249.00 | 0.34 |
| TOTAL INTERCHANGE | | | | | 7,438.17 |

## SUMMARY OF CARD FEES

| MASTERCARD | | | |
|---|---|---|---|
| DISC 1 | 31,747 | 0.01990 | 631.77 |
| OTHER ITEM FEES | 390 | 0.10000 | 39.00 |
| DUES & ASSESSMENTS | | | 43.65 |
| AUTHS & AVS | | | |
| CPU GTWY | 1,595 | 0.2500 | 398.75 |
| POS AUTHS | 5 | 0.2500 | 1.25 |
| ECI CPU-G | 1,371 | 0.2500 | 342.75 |
| ECI DIAL | 3 | 0.2500 | 0.75 |
| AVS CPU-G | 1,573 | 0.2000 | 314.60 |
| AVS POS | 5 | 0.2000 | 1.00 |
| AVS ECIC-G | 1,368 | 0.2000 | 273.60 |
| AVS ECIDIL | 3 | 0.2000 | 0.60 |
| INTERCHANGE | | | 666.25 |
| LICENSE RATE | 31,747.15 | 0.0000710 | 2.25 |
| NABU FEES | 2,948 | 0.01950 | 57.49 |
| BIN ICA FEE | | | 3.04 |
| MC ICA AVS CARD NOT PRSNT | 2,949 | 0.01000 | 29.49 |
| MC CVC2 FEE | 2,872 | 0.00250 | 7.18 |
| MC DIGITAL ENABLEMENT | 197,115.42 | 0.00010 | 19.71 |

| 5345 | 0001 | CC01 | 001 | 07 | 20190930 | Page 2 of 5 | | 1428 | 0100 | U1D | | 119349 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

EXHIBIT 32
Page 152

NATIONAL MERCHANT CENTER
5101 ███████ 6333
MONTH ENDING  09/30/2019
Page 3

---

## SUMMARY OF CARD FEES

| | | | | |
|---|---:|---:|---:|---:|
| MC KILOBYTE FEE | 1,244 | 0.00350 | 4.36 | |
| LOCATION FEE | | | 1.25 | |
| TOTAL | | | | 2,838.74 |
| | | | | |
| MC OFLN DB | | | | |
| DISC 1 | 165,368 | 0.01990 | 3,290.83 | |
| OTHER ITEM FEES | 2,100 | 0.10000 | 210.00 | |
| DUES & ASSESSMENTS | | | 227.76 | |
| INTERCHANGE | | | 1,912.01 | |
| LICENSE RATE | 165,368.27 | 0.0000710 | 11.74 | |
| NABU FEES | 5 | 0.01950 | 0.10 | |
| BIN ICA FEE | | | 16.34 | |
| TOTAL | | | | 5,668.78 |
| | | | | |
| AMEXCT043 | | | | |
| DISC 1 | 9,664 | 0.01990 | 192.31 | |
| OTHER ITEM FEES | 121 | 0.10000 | 12.10 | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 76 | 0.2500 | 19.00 | |
| ECI CPU-G | 68 | 0.2500 | 17.00 | |
| AVS CPU-G | 76 | 0.2000 | 15.20 | |
| AVS ECIC-G | 67 | 0.2000 | 13.40 | |
| INTERCHANGE | | | 199.88 | |
| NETWORK FEE | 9,664.00 | 0.00450 | 43.49 | |
| TOTAL | | | | 512.38 |
| | | | | |
| VISA | | | | |
| DISC 1 | 40,268 | 0.01990 | 801.34 | |
| OTHER ITEM FEES | 598 | 0.10000 | 59.80 | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 338 | 0.2500 | 84.50 | |
| POS AUTHS | 1 | 0.2500 | 0.25 | |
| ECI CPU-G | 315 | 0.2500 | 78.75 | |
| AVS CPU-G | 338 | 0.2000 | 67.60 | |
| AVS POS | 1 | 0.2000 | 0.20 | |
| AVS ECIC-G | 313 | 0.2000 | 62.60 | |
| INTERCHANGE | | | 849.14 | |
| ACQR PROCESSOR FEES | 654 | 0.01950 | 12.75 | |
| FIXED NETWORK CNP FEE | 2 | | 80.00 | |
| BIN ICA FEE | | | 0.59 | |
| CR DUES AND ASSESS | 40,268.26 | 0.00140 | 56.38 | |
| FILE TRANSMISSION FEE | | | 11.79 | |
| TOTAL | | | | 2,165.69 |
| | | | | |
| VS OFLN DB | | | | |
| DISC 1 | 451,978 | 0.01990 | 8,994.37 | |
| OTHER ITEM FEES | 5,946 | 0.10000 | 594.60 | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 3,691 | 0.2500 | 922.75 | |
| POS AUTHS | 10 | 0.2500 | 2.50 | |
| ECI CPU-G | 3,256 | 0.2500 | 814.00 | |
| ECI DIAL | 3 | 0.2500 | 0.75 | |
| AVS CPU-G | 3,690 | 0.2000 | 738.00 | |
| AVS POS | 10 | 0.2000 | 2.00 | |
| AVS ECIC-G | 3,247 | 0.2000 | 649.40 | |
| AVS ECIDIL | 3 | 0.2000 | 0.60 | |
| INTERCHANGE | | | 3,682.09 | |
| ACQ ISA FEE | 1,637.00 | 0.01000 | 16.38 | |
| ACQR PROCESSOR FEES | 6,960 | 0.01550 | 107.88 | |
| INTERNTL ACQUIRER FEE | 1,637.00 | 0.00450 | 7.37 | |
| TRAN INTEGRITY FEE | 1 | 0.10000 | 0.10 | |
| BIN ICA FEE | | | 5.93 | |
| ACQ DATA PROC RTN D | | | 0.14 | |
| DB DUES AND ASSESS | 451,978.17 | 0.00130 | 587.57 | |
| INTRNTL ACQ PROC FEE DB | | | 0.26 | |
| TOTAL | | | | 17,126.69 |
| | | | | |
| DCVR ACQ | | | | |
| DISC 1 | 6,525 | 0.01990 | 129.84 | |
| OTHER ITEM FEES | 93 | 0.10000 | 9.30 | |
| | | | | |
| AUTHS & AVS | | | | |

EXHIBIT 32
Page 153

NATIONAL MERCHANT CENTER
5101 ███████6333
MONTH ENDING  09/30/2019
Page 4

## SUMMARY OF CARD FEES

| | | | |
|---|---|---|---|
| CPU GTWY | 49 | 0.2500 | 12.25 |
| POS AUTHS | 1 | 0.2500 | 0.25 |
| ECI CPU-G | 51 | 0.2500 | 12.75 |
| AVS CPU-G | 49 | 0.2000 | 9.80 |
| AVS POS | 1 | 0.2000 | 0.20 |
| AVS ECIC-G | 51 | 0.2000 | 10.20 |
| INTERCHANGE | | | 137.68 |
| DSCV DATA USAGE FEE | 93 | 0.01950 | 1.81 |
| DISC NETWORK AUTH FEE | 101 | 0.00250 | 0.25 |
| TOTAL | | | 324.33 |
| TOTAL CARD FEES | | | 28,636.61 |

## SUMMARY OF MISCELLANEOUS FEES

| | | | | |
|---|---|---|---|---|
| TOTAL CARD FEES | | | | 28,636.61 |
| BATCH HEADER | 20 | | 0.3000 | 6.00 |
| RETURNS | 17 | AT | 0.2500 | 4.25 |
| CHARGEBACKS | 5 | AT | 35.000 | 175.00 |
| SERVICE FEE | | | | 20.00 |
| REGULATORY FEE | | | | 4.95 |
| COMPLIANCE FEE | | | | 3.96 |
| WEB G2 MO MONITOR | | | | 250.00 |
| LESS AMOUNT PAID BY CHAIN | | | | 29,100.77 |
| | | | | |
| TOTAL CHARGES | | | | 0.00 |

## SUMMARY OF MONETARY BATCHES

### BATCHES

| GROSS | R&C | NET | DATE | REF |
|---|---|---|---|---|
| 1.65 | 0.00 | 1.65 | 09/10 | 98025311114 |
| 4,876.25 | 0.00 | 4,876.25 | 09/13 | 98025641706 |
| 8,395.00 | 0.00 | 8,395.00 | 09/16 | 98025941610 |
| 311.25 | 0.00 | 311.25 | 09/16 | 98025911100 |
| 42.00 - | 0.00 | 42.00 - | 09/18 | 092419MOADJ |
| 38,557.01 | 0.00 | 38,557.01 | 09/18 | 98026111089 |
| 249.00 - | 0.00 | 249.00 - | 09/20 | 092519MOADJ |
| 207.50 - | 0.00 | 207.50 - | 09/20 | 092919MOADJ |
| 42.00 - | 0.00 | 42.00 - | 09/20 | 092919MOADJ |
| 249.00 - | 0.00 | 249.00 - | 09/20 | 092919MOADJ |
| 2,758.50 | 0.00 | 2,758.50 | 09/20 | 98026341679 |
| 72,008.71 | 0.00 | 72,008.71 | 09/20 | 98026311093 |
| 22.00 | 0.00 | 22.00 | 09/22 | 98026511033 |
| 506.00 | 0.00 | 506.00 | 09/23 | 98026641650 |
| 73,421.50 | 0.00 | 73,421.50 | 09/23 | 98026611099 |
| 57,882.00 | 0.00 | 57,882.00 | 09/24 | 98026711088 |
| 32,586.25 | 0.00 | 32,586.25 | 09/25 | 98026841649 |
| 71,347.74 | 0.00 | 71,347.74 | 09/26 | 98026941684 |
| 57,325.29 | 0.00 | 57,325.29 | 09/26 | 98026941685 |
| 81,434.76 | 0.00 | 81,434.76 | 09/27 | 98027041684 |
| 24,334.25 | 0.00 | 24,334.25 | 09/27 | 98027041685 |
| 33,212.25 | 0.00 | 33,212.25 | 09/29 | 98027241819 |
| 73,942.23 | 0.00 | 73,942.23 | 09/29 | 98027241820 |
| 45,180.71 | 0.00 | 45,180.71 | 09/29 | 98027211028 |
| 24,343.50 | 0.00 | 24,343.50 | 09/30 | 98027341659 |

EXHIBIT 32
Page 154

NATIONAL MERCHANT CENTER
5101 ███████ 6333
MONTH ENDING  09/30/2019
Page 5

---

### SUMMARY OF DAILY DEPOSITS
### ALL CARD TYPES

| DATE | SALES CHRGBK/ADJ COUNT | AMOUNT | RETURNS EXCL ADJ COUNT | AMOUNT | DAILY TOTAL |
|------|------|------|------|------|------|
| 09/10 | 1 | 1.65 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 1.65 |
| 09/13 | 20 | 4,876.25 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 4,876.25 |
| 09/16 | 37 | 8,913.75 | 1 | 207.50 | |
| | 0 | 0.00 | 0 | 0.00 | 8,706.25 |
| 09/18 | 609 | 38,557.01 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 38,557.01 |
| 09/20 | 729 | 74,767.21 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 74,767.21 |
| 09/22 | 1 | 22.00 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 22.00 |
| 09/23 | 744 | 74,198.50 | 2 | 271.00 | |
| | 0 | 0.00 | 0 | 0.00 | 73,927.50 |
| 09/24 | 600 | 57,882.00 | 0 | 0.00 | |
| | 0 | 0.00 | 1 - | 42.00 - | 57,840.00 |
| 09/25 | 993 | 33,582.75 | 5 | 996.50 | |
| | 0 | 0.00 | 1 - | 249.00 - | 32,337.25 |
| 09/26 | 1494 | 128,673.03 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 128,673.03 |
| 09/27 | 1217 | 106,662.51 | 5 | 893.50 | |
| | 0 | 0.00 | 0 | 0.00 | 105,769.01 |
| 09/29 | 2495 | 153,070.69 | 4 | 735.50 | |
| | 0 | 0.00 | 3 - | 498.50 - | 151,838.69 |
| 09/30 | 291 | 24,343.50 | 0 | 0.00 | |
| | 0 | 0.00 | 0 | 0.00 | 24,343.50 |

---

### TAX GROSS REPORTABLE SALES BY TIN

| MONTH | DESCRIPTION | | TOTAL |
|-------|-------------|------|-------|
| SEP | Gross Reportable Sales - TIN # | 0057 | $705,550.85 |
| | **2019 YTD GROSS REPORTABLE SALES** | | **$705,556.85** |

TAX GROSS REPORTABLE SALES: Per IRC 6050W, the total dollar amount of aggregate reportable payment card and third party network transactions for each participating payee, without regard to any adjustments for credits, cash equivalents, discount amounts, fees, refunded amounts, or any other amounts per respective tax identification number.

---

### BACKUP WITHHOLDING

| MONTH | ENTITY | AMOUNT WITHHELD |
|-------|--------|-----------------|
| SEP | FED | $0.00 |
| YTD | FED | $0.00 |

LAST PAGE OF THIS STATEMENT

---

EXHIBIT 32
Page 155

NATIONAL MERCHANT CENTER
2955 E MAIN STE 100
IRVINE, CA
926124

1428    0100    1100    01    ▮▮▮▮
MERCHANT NUMBER    5101 ▮▮▮ 6481

**MERCHANT  STATEMENT**
**SUMMARY  OF  BANKCARD  DEPOSITS**
MONTH ENDING 09/30/2019

CHAIN 06515

KENNY                        119291    07
TAS 2019 LLC
30 N GOULD STE R
SHERIDAN WY 82801

TRUSTED  ACCOUNT  SERVICES  EAST

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

NORTH TUSTIN CA 92705-3252

ılıılıllllllıııllıllılıılllllılıılıılıılııılıll

CUSTOMER SERVICE TEL #: 800-662-8448

!ATTENTION!

EFFECTIVE NOVEMBER 2019, THE STAR MERCHANT LOCATION FEE WILL INCREASE FROM
$12.00 TO $16.00. AS A RESULT OF THIS FEE AND OUR OWN PRICING CONSIDERATION,
YOU WILL BE ASSESSED A STAR ANNUAL FEE IN THE AMOUNT OF $18.00. THIS FEE IS
ASSESSED PER PARTICIPATING LOCATION OR WEBSITE THAT IS ENABLED WITH AND/OR
ACCEPTS STAR TRANSACTIONS AND COVERS AN ANNUAL PERIOD BEGINNING JUNE 1 OF
EACH YEAR. THIS FEE WILL APPEAR ON YOUR NOVEMBER MONTH-END STATEMENT.
CONTINUING YOUR MERCHANT ACCOUNT WITH US OR USE OF YOUR MERCHANT ACCOUNT AFTER
THE EFFECTIVE DATE WILL CONSTITUTE YOUR ACCEPTANCE TO THESE TERMS.

| **TOTAL CHARGE TO YOUR ACCOUNT IS** | | | **0.00** |
|---|---|---|---|

**SUMMARY OF CARD FEES**

| | | | | |
|---|---|---|---|---|
| MASTERCARD | | | | |
| DISC 1 | | 0.01990 | | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 2 | 0.2500 | 0.50 | |
| TOTAL | | | | 0.50 |
| | | | | |
| AMEXCT043 | | | | |
| DISC 1 | | 0.01990 | | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 2 | 0.2500 | 0.50 | |
| AVS CPU-G | 2 | 0.2000 | 0.40 | |
| TOTAL | | | | 0.90 |
| | | | | |
| VS OFLN DB | | | | |
| DISC 1 | | 0.01990 | | |
| | | | | |
| AUTHS & AVS | | | | |
| CPU GTWY | 1 | 0.2500 | 0.25 | |
| AVS CPU-G | 1 | 0.2000 | 0.20 | |
| ACQR PROCESSOR FEES | 1 | 0.01550 | 0.02 | |
| TOTAL | | | | 0.47 |
| TOTAL CARD FEES | | | | 1.87 |

**SUMMARY OF MISCELLANEOUS FEES**

| | |
|---|---|
| TOTAL CARD FEES | 1.87 |
| MIN. MONTHLY FEE | 28.15 |
| SERVICE FEE | 20.00 |
| REGULATORY FEE | 4.95 |
| COMPLIANCE FEE | 5.96 |
| WEB G2 MO MONITOR | 250.00 |
| EIDS-DISPUTE-TOOL | 50.00 |
| LESS AMOUNT PAID BY CHAIN | 358.93 |
| | |
| TOTAL CHARGES | 0.00 |

EXHIBIT 32
Page 156

EXHIBIT 33

**From:**        Jimmy Lai
**To:**          Tom Nguyen
**Subject:**     FW: Trusted Account Services Merchant Statements for September 2019
**Date:**        Monday, October 07, 2019 2:16:41 PM
**Attachments:** Trusted Account Services Maint Sept 2019 MID 51015901106085.pdf
                 Trusted Account Services West Sept 2019 MID 510159011106549.pdf
                 Trusted Account Services Sept 2019 MID 510159011106333.pdf
                 Trusted Account Services East Sept 2019 MID 510159011106481.pdf

See attached for NMC version of merchant stmts

**From:** John F. Thompson <jfthompson@NationalMerchant.com>
**Sent:** Monday, October 7, 2019 2:09 PM
**To:** Jimmy Lai <jimmy.lai@swiftpaymentsinc.com>
**Cc:** Jimmy Lai <jimmy.lai@nationalmerchant.com>
**Subject:** Trusted Account Services Merchant Statements for September 2019

Trusted Account Services Merchant Statements for September 2019

### John Thompson
Associate Director of
Risk & Underwriting



office:  949. 419. 8400 x 1110
toll     800. 662. 8448
free:    949. 861. 6201
         jfthompson@nationalmerchant.com
fax:
email:

*The information contained in this transmission may contain privileged
and confidential information. It is intended only for the use of the
addressee. If the person actually receiving this communication or any
other reader of the communication is not the named recipient, or the
employee or agent responsible to deliver it to the recipient, any use,
dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please
immediately notify us by return e-mail, and destroy this communication
and all copies thereof, including all attachments.*

***Go Green!*** Please, consider the environment before printing this
email.



EXHIBIT 33
Page 157

EXHIBIT 34

PSLC-315038540

Here's an example of a guy who already did the work and had already enrolled himself into a REPAYE at $0.00 with 11-month credit to his term length

This typically results in:

1. Full Refund (lost all the money paid out towards labor, commissions (processor and SLA),

2. Lost time and energy of our SLA, Processor and CSR reps on outbound and inbound calls,

3. Lost time of our billing department (Issuing refunds) (maybe having to issue checks) (chargebacks)

4. Potential for complaints with BBB, FTC, word of mouth

5. Potential for management involvement because the client feels he was misled to believe he was going into an entirely separate program

Or instead we catch it up front explain what's going on properly and let him know we'd be happy to do the re certification for him so he doesn't have to worry about it and if there are any new programs or better options we would reach out to him. We can charge him $42.00 monthly for recertification and peace of mind knowing he's with a company that let him know what's going on and that he can trust.

This could result in:

1. Long term Happy Client

2. Decreased efforts and labor costs for all departments

3. Word of mouth referrals

4. Potential for positive reviews

I am certain this has been discussed previously and I'm not trying to reinvent the wheel here however I wanted to address selling "Refi'd IDR" or "Re-Calculated IDR" as a discounted option for clients that come in already enrolled into an Income Driven Repayment.

These clients are getting sold the same way as clients that have 10+ trade lines that need to be manually consolidated and enrolled into a PSLF.

That is quite a bit more work and of course for the client we are really doing very little. When a client is sold on consolidation of their loans and enrollment into a loan forgiveness program and they realize all we did is what they did before, but we charged them almost $1,300.00 to do it, they immediately feel scammed.

EXHIBIT 34
Page 158

If enrollment Agents can see on the front end that a client is already in a REPAYE paying $50.00 a month we can still sell them on lowering their monthly payment and processing of paperwork but to set their expectations out of the ballpark just equates to more time wasted, refunds, and disappointment as well as increasing disgruntled clients that will believe that we were trying to SCAM them.

Why not sell a Refinanced IDR for a fraction of the cost and potentially keep the client?

Consolidation and enrollment is $1245.00 ($249.00(5)

Refinance of IDR is $498.00($249.00(2) + RECERT or $747.00(249.(3) +RECERT

**Enrolled Debts**
# ENROLLED 50   CURRENT $34,121.00   AVERAGE $34,126.00

| Creditor | Account # | Current | Whose Debt | Current Payment | New Payment | Type | Status Date | |
|----------|-----------|---------|------------|-----------------|-------------|------|-------------|---|
| DIRECT CONSOLIDATED UNSUBSIDIZED DEPT OF EDINELINET | | $14,463.00 | Applicant | $0.00 | $0.00 | Student Loan | 01/14/2019 | |
| DIRECT CONSOLIDATED UNSUBSIDIZED SCHOOL CODE FOR CONSOLIDATION LOANS 06/02/2018 IN REPAYMENT POST-REVISED PAY AS YOU EARN ALTERNATIVE PLAN | | | | | | | | |
| DIRECT CONSOLIDATED SUBSIDIZED DEPT OF EDINELINET | | $19,658.00 | Applicant | $0.00 | $0.00 | Student Loan | 01/14/2019 | |
| DIRECT CONSOLIDATED SUBSIDIZED SCHOOL CODE FOR CONSOLIDATION LOANS 06/05/2018 IN REPAYMENT POST-REVISED PAY AS YOU EARN ALTERNATIVE PLAN | | | | | | | | |

EXHIBIT 34
Page 159

EXHIBIT 35

| | |
|---|---|
| **From:** | Tom Nguyen <tom@slaccountmgmt.com> |
| **Sent:** | Tuesday, April 16, 2019 10:00 PM |
| **To:** | Joseph Boylan; Calvin Ho; Advisor; Kaine Wen |
| **Subject:** | Sales Call Audit |
| **Attachments:** | sales call audit.xlsx |

Hello Joseph,

Please relisten to the calls I highlighted in red. **All fake FS.** Please let me know if I made a mistake in any of them. However I am pretty thorough in listening for the FS. I did my audit by listening to clients that has a FS of 4 or higher. These clients were enrolled on 4/15/19.

Only 4 passed for FS out of the 10 I listened to. **So 6 failed.** Please write up the salesman, and let them know this can't be happening moving forward. See my notes and let me know if you have any questions. Please think of a plan where this wont occur at such a high rate moving forward also. Thank you.

Regards,

Tom

EXHIBIT 35
Page 160

EXHIBIT 36

Sales Commission Calculator

| Commission Percentage | Total Sales | | Total Commissions Paid |
|---|---|---|---|
| 18.0% | $1245 Enrollment Fee X 18% = $224 Per Deal / 5 Payments = $45 Per Payment | | |
| Salesperson | 7 X $45 Per Payment | Comm Per Week | Comm Per Month (4.2 Weeks) |
| Month #1 | 7 First Pays Cleared  X  $45  Per Payment | $315.00 | $1,323.00 |
| Month # 2 | 7 (1st)  + 7  (2nd)  =  14 X  $45 Per Payment | $630.00 | $2,646.00 |
| Month # 3 | 7 (1st) + 7 (2nd) + 7 (3rd) = 21 X $45 Per Payment | $945.00 | $3,969.00 |
| Month # 4 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) = 28 X $45 Per Payment | $1,260.00 | $5,292.00 |
| Month # 5 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) + 7(5th) = 35 X $45 Per Payment | $1,575.00 | $6,615.00 |
| Total | | | $19,845.00 |

| Commission Percentage | Total Sales | | Total Commissions Paid |
|---|---|---|---|
| 20.0% | $1245 Enrollment Fee X 20% = $249 Per Deal / 5 Payments = $50 Per Payment | | |
| Salesperson | 7 X $45 Per Payment | Comm Per Week | Comm Per Month (4.2 Weeks) |
| Month #1 | 7 First Pays Cleared  X  $50  Per Payment | $350.00 | $1,470.00 |
| Month # 2 | 7 First Pays  + 7  Second Pays =  14 X  $50 Per Payment | $700.00 | $2,940.00 |
| Month # 3 | 7 (1st) + 7 (2nd) + 7 (3rd) = 21 X $50 Per Payment | $1,050.00 | $4,410.00 |
| Month # 4 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) = 28 X $50 Per Payment | $1,400.00 | $5,880.00 |
| Month # 5 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) + 7(5th) = 35 X $50 Per Payment | $1,750.00 | $7,350.00 |
| Total | | | $22,050.00 |

| Commission Percentage | Total Sales | | Total Commissions Paid |
|---|---|---|---|
| 22.0% | $1245 Enrollment Fee X 22% = $274 Per Deal / 5 Payments = $55 Per Payment | | |
| Salesperson | 7 X $45 Per Payment | Comm Per Week | Comm Per Month (4.2 Weeks) |
| Month #1 | 7 First Pays Cleared  X  $55  Per Payment | $385.00 | $1,617.00 |
| Month # 2 | 7 First Pays  + 7  Second Pays =  14 X  $55 Per Payment | $770.00 | $3,234.00 |
| Month # 3 | 7 (1st) + 7 (2nd) + 7 (3rd) = 21 X $55 Per Payment | $1,155.00 | $4,851.00 |
| Month # 4 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) = 28 X $55 Per Payment | $1,540.00 | $6,468.00 |
| Month # 5 | 7 (1st) + 7 (2nd) + 7 (3rd) + 7 (4th) + 7(5th) = 35 X $55 Per Payment | $1,925.00 | $8,085.00 |
| Total | | | $24,255.00 |

EXHIBIT 36
Page 161

# SAME DAYS & ENROLLMENTS

## A same day a day keeps the cancels away so slay those same days !!!!!

Fact if you get a same day and proof of income at the end of call,  processing can start on the file right away, that way if the client does cancel and we have already begun the work there is less of a chance of the client receiving a refund. This is called "Work Rendered."

EXHIBIT 36
Page 162

# <u>Same Day Pitch</u>



➡ **<u>SD Pitch #1:</u>**

➡ Since we are dealing with interest rates and loan amounts **your first payment will be scheduled for today so we can lock in your rate** and begin processing your file. The Government is very strict with this. We must receive your first payment before they will start processing anything.

➡ Now next month we can select any day of the month you would like Which day <u>NEXT</u> month works best for you?

➡ Ok great, just confirming one more time **your first payment of $249/$207 will be drafted today.**

➡ **<u>SD Pitch #2:</u>**

➡ Since we are enrolling you into the program today, obviously the system will be setting your first payment for today.

➡ Next month we can select any date that falls within 30 days from today, which date works best for you <u>next</u> month?

➡ Ok great, just confirming one more time **your first payment of $249/$207 will be drafted today.**

EXHIBIT 36
Page 163

# What <u>to</u> Say:

➢<u>Ask questions to uncover "PAIN POINTS"</u>
   ➢"How much is Navient asking for on a monthly basis? Can you reasonably afford that payment?"
   ➢How have these loan affected your credit? '

➢<u>Identify Client's WHY and offer SOLUTION</u>
   ➢Huge Payments? Target pitch on **LOW, AFFORDABLE payments**
   ➢Huge Debt she'll never get out of? Target pitch on the **MAXIMUM amount of FORGIVENESS**
   ➢In default and trying to restore credit?  Target pitch on **getting credit score back on track**
   ➢**PEACE OF MIND** – "You're in the right place".  We fight to get the maximum benefit awarded under federal guidelines

**KNOW YOUR AUDIENCE – ONLY** solve the problems that matter/exist to client

EXHIBIT 36
Page 164

## **Enrollment Fees**

➤ $1,245 – $9,000+ in loans required ($5,000 if defaulted)

➤ $1,395 – $25,000+ in loans required

➤ $1,545 - $50,000+ in loans required

EXHIBIT 36
Page 165

# $1,245 Enrollment Fee
# Rep's Revenue

| Fee Break-down | 1 pay | 2 pay | 3 pay | 4 pay | 5 pay | 6 pay |
|---|---|---|---|---|---|---|
| | $1145.00 | $622.50 | $415.00 | $311.25 | $249.00 | $207.50 |
| 18% | $206.10 | $112.05 | $74.70 | $56.03 | $44.82 | $37.35 |
| 20% | $229.00 | $124.50 | $83.00 | $62.25 | $49.80 | $41.50 |
| 22% | $251.90 | $136.95 | $91.30 | $68.48 | $54.78 | $45.65 |

EXHIBIT 36
Page 166

# $1,395 Enrollment Fee Rep's Revenue

| Fee Breakdown | 1 pay | 2 pay | 3 pay | 4 pay | 5 pay | 6 pay |
|---|---|---|---|---|---|---|
| | $1,295.00 | $697.50 | $465.00 | $348.75 | $279.00 | $232.50 |
| 18% | $233.10 | $125.55 | $83.70 | $62.78 | $50.22 | $41.85 |
| 20% | $259.00 | $139.50 | $93.00 | $69.75 | $55.80 | $46.50 |
| 22% | $284.90 | $153.45 | $102.30 | $76.73 | $61.38 | $51.15 |

EXHIBIT 36
Page 167

# $1,545 Enrollment Fee Rep's Revenue

| Fee Break-down | 1 pay | 2 pay | 3 pay | 4 pay | 5 pay | 6 pay |
|---|---|---|---|---|---|---|
| | $1,445.00 | $722.50 | $515.00 | $386.25 | $309.00 | $257.50 |
| 18% | $206.10 | $139.05 | $92.70 | $69.53 | $55.62 | $46.35 |
| 20% | $289.00 | $154.50 | $103.00 | $77.30 | $61.80 | $51.50 |
| 22% | $317.90 | $169.95 | $113.30 | $84.98 | $67.98 | $56.65 |

EXHIBIT 36
Page 168

**If you are at 18% and you follow this simple key each week you will always exceed your hourly wages and receive, your commission.**

| **$1,245 Enrollment at 18%** | |
|---|---|
| 1 Full pay 1145 = | $206.10 |
| 1 Two pay = | $112.05 |
| 1 Three pay = | $74.70 |
| 1 Four pay = | $56.03 |
| 6 Five pay= | $268.92 |
| Total : | $717.80 |

| **$1.395 Enrollment at 18%** | |
|---|---|
| 1 Full pay 1295 = | $233.10 |
| 1 Two pay = | $125.50 |
| 1 Three pay = | $83.70 |
| 1 Four pay = | $62.78 |
| 6 Five pay = | $301.32 |
| Total : | $806.45 |

| **$1,545 Enrollment at 18%** | |
|---|---|
| 1 full pay 1445 = | $206.10 |
| 1 two pay = | $139.05 |
| 1 three pay = | $92.70 |
| 1 Four pay = | $69.53 |
| 6 Five pay = | $333.72 |
| Total | $895.10 |

* One full pay each week will make up for two cancels and will still give you commission

* One Two pay each week will make up for one cancel and will still give you commission

EXHIBIT 36
Page 169

**If you are at 20% and you follow this simple key each week you will always exceed your hourly wages and receive, your commission.**

| $1,245 Enrollment at 20% | | $1,395 Enrollment at 20% | | $1,545 Enrollment at 20% | |
|---|---|---|---|---|---|
| 1 Full pay 1145 = | $ 229.60 | 1 Full pay1245 = | $259.00 | 1 full pay 1445 = | $289.00 |
| 1 Two pay = | $ 124.50 | 1 Two pay= | $139.50 | 1 two pay = | $154.50 |
| 1 Three pay = | $ 83.00 | 1 Three pay = | $ 93.00 | 1 three pay = | $103.00 |
| 1 Four pay = | $ 62.25 | 1 Four pay = | $ 69.75 | 1 Four pay = | $77.30 |
| 6 Five pay= | $ 298.80 | 6 Five pay = | $ 334.80 | 6 Five pay = | $370.80 |
| Total : | $797.55 | Total : | $896.05 | Total | $994.60 |

* One full pay each week will make up for two cancels and will still give you commission
* One Two pay each week will make up for one cancel and will still give you commission

EXHIBIT 36
Page 170

**If you are at 22% and you follow this simple key each week you will always exceed your hourly wages and receive, your commission.**

| **$1,245 Enrollment at 22%** | | **$1,395 Enrollment at 22%** | | **$1,545 Enrollment at 22%** | |
|---|---|---|---|---|---|
| 1 Full pay 1145 = | $ 251.90 | 1 Full pay1245 = | $284.90 | 1 full pay 1445 = | $317.90 |
| 1 Two pay = | $ 136.95 | 1 Two pay= | $153.45 | 1 two pay = | $169.95 |
| 1 Three pay = | $ 91.30 | 1 Three pay = | $ 102.30 | 1 three pay = | $113.30 |
| 1 Four pay = | $ 63.48 | 1 Four pay = | $ 76.73 | 1 Four pay = | $84.98 |
| 6 Five pay= | $ 328.68 | 6 Five pay = | $ 334.80 | 6 Five pay = | $407.88 |
| Total : | $872.31 | Total : | $985.66 | Total | $1,094.01 |

* One full pay each week will make up for two cancels and will still give you commission
* One Two pay each week will make up for one cancel and will still give you commission

EXHIBIT 36
Page 171



# The Goal: To make the weekly commission EXCEED your hourly

12.00 x 40hrs = $480.00

- To achieve this goal you want to make sure that you schedule payments on the same day each month
- Keep track of all payments on your commission tracker
- One Full pay a week
- Submit one same day daily
- Be top 15 on the leader board

EXHIBIT 36
Page 172



## LEADER BOARD



Revenue will help you get to the top

22 % commission – Ranking 1-15 (Top Reps)
20 % commission – Ranking 16-40
18 % commission – Ranking 41- and bellow

EXHIBIT 36
Page 173



**FPS Pay Structure and Bonuses:**

1. 5 Submissions = **$50.00**
   a. Files must be created AND approved the same day (5 payment plan)
2. Employee referrals = **$300.00**
   a. Received after referral's 30th day of employment
   b. No limit on number of referrals
3. 10 Deals in a Day = **$300.00**
   a. Files must be created AND approved in the same day (5 payment plan)

4. Monthly Bonus
   a. Most net doc prep payments in a calendar month (point system)

1st = **$1,000**, 2nd = **$750**, 3rd = **$750**, 4th = **$500**, 5th = **$500**, 6th = **$400**, 7th = **$400**, 8th = **$350**, 9th = **$350**

**Pay Raise:**

- Raise = $125 per deal, plus recertification fee (either $22/$32/$42, depending on loan type/size) moving forward
- To qualify: must have **80 net cleared** in a **consecutive two-month period (8 weeks)**

**Quota:**

Minimum of **10** cleared each week

Minimum of **10** scheduled for the following week

**Submissions vs. Cleared**

**Submission** – The application from the client has been completed and filled out.

   Ex: Personal information such as date of birth, address, phone number, and credit card info. In addition, the client has signed all documents and has agreed to the compliance call.

**Cleared** – First payment has been made and cleared. The submission is now considered *cleared.*

   Ex: You submitted the application on Monday the 11th, and the 1st payment is scheduled for Wednesday the 13th. The submission turns into a cleared deal on Wednesday the 13th once payment has cleared.

EXHIBIT 36
Page 174

EXHIBIT 37

*PAY STRUCTURE & BONUS*

| Total Enrollments | Total Payout |
|---|---|
| 1 | 480 |
| 2 | 480 |
| 3 | 480 |
| 4 | 480 |
| 5 | 540 |
| 6 | 600 |
| 7 | 700 |
| 8 | 800 |
| 9 | 900 |
| 10 | 1000 |
| 11 | 1125 |
| 12 | 1250 |
| 13 | 1400 |
| 14 | 1550 |
| 15 | 1700 |

*Additional Bonus specialist can earn each week added to their paycheck*

*Full pop cleared payment = **$100.00***

*5 Enrollments in a day = **$75.00***

*3 Enrollments in a day = **$25.00***

*2 Enrollments in a day = **$15.00***

1. ***Company fee:*** Initial Fee of $1,705, and $41 for Recert Fee, Specialists can only split the payments to 7 or 8 payments once a day. Ultron will check and kick back the file if it catches Specialists who attempted Second Enrollment with 7 or 8 payments.

**\*\*NO BACKOUTS'' \*\*NO CHARGEBACKS\*\* \*\*KEEP YOUR MONEY\*\***
**(Even if client cancels and refunds you will not be reversed commission)**

EXHIBIT 37
Page 175

# Bonus Incentives



Quarterly Raffle!

**Possible Prizes**

MacBook Air

Air Pods

Xbox One

PlayStation 4

Portable Speakers

Movie Tickets

**Suggestions for Prizes Welcome**

# How to earn raffle tickets:

- Top 5 Highest Daily Inbound Connection Rate= 1 Ticket
- Top 3 Highest Monthly Talk Times= 1 Ticket
- Top 3 Highest Monthly Calls= 1Ticket
- Top 3 Highest Monthly Connection= 1 Ticket
- Perfect Weekly Attendance, No Late Days= 5 Tickets

EXHIBIT 37
Page 176

For payroll period of 10/13/2019 – 10/19/2019 and moving forward until further notice, Student Loan Specialist will have the following pay structure:

0-1 Enrollment: Minimum wage of $12

2-4 Enrollments: $15/hour

More than 5 enrollments: Subsidized Pay.

This Pay model will NOT be based on the hours they worked.

Example 1, Specialist A does not go to work for the whole week on the above week, and has 0 Enrollment. That specialist A will get pay $12/hour

Example 2, Specialist B worked 12 hours, and had 4 enrollments on the above week. Specialist B will get pay $15/hour Example 3,

Specialist C worked 30 hours, and had 6 enrollments on the above week. Specialist C will get Subsidized Pay.

SSP Team Manager's Pay Structure:

Team Managers will be guaranteed $34.85 an hour. ($34.85x however many hours they work for the week= total gross pay.) unless they are able to achieve the incentive based model pay structure.

In order for a Team Managers to receive their incentive based pay, all student loan specialists on their team must also have received their incentive based model pay. If a manager is able to have ALL student loan specialists achieve their incentive based pay then they will also receive their current average incentive based hourly rate.

Please review and let me know if you have any questions for this week. For the next pay period, Management will decide on this before the next pay period starts.


- All specialists are set at 12 billable calls in order to receive more must have at least 1 submitted
- Minimum standards will be enforced this week - 1 submitted per day or write up will be issued
- Specialist need to trust the process and pull servicer logins after getting References

EXHIBIT 37
Page 177

Date: _____

Sales Advisor (print): _____

(If applicable)

How long does advisor have to achieve or exceed the requirements?

**Correction period ___/_____ - ____/___/2019**

**Failure to reach minimum sales requirements two weeks in a row is grounds for disciplinary action, <u>up to and including</u> :ermination**

**Verification of Review**

*By signing this form, you confirm that you have discussed this review in detail with your supervisor.*

| Employee Signature | | Date | |
|---|---|---|---|
| Manager's Name | | | |
| Manager Signature | | Date | |

EXHIBIT 37
Page 178

Date: _____

Sales Advisor (print): _____

## Last week, minimum sales requirements met?    YES or NO

If No, Explain. Note any additional training/support provided:

## Sales Requirements This Week:        Met / Exceeded?

**$600+ Revenue?**        YES or NO

**20%+ Closing Ratio?**        YES or NO

**10 Deals scheduled this week and next week?**    YES or NO

**3 Same Day Pays per week?**        YES or NO

**2+ Deals submitted every day?**        YES or NO

**60% Retention Rate?**        YES or NO

**25 Hrs+ Talk Time**        YES or NO

**Circle One:**

**Under Req's**        **Meeting Req's**        **Exceeding Req's**

Substandard performance previously addressed w/ Manager?

When and how?

Which requirement(s) is advisor failing to achieve and why? (or exceeding)

EXHIBIT 37
Page 179

EXHIBIT 38



**BACK TO THE SCRIPT / CLOSE**

GO AHEAD WHEN YOU'RE READY

**DOES THAT MAKE SENSE?**

**OBJECTION**

**REBUTTAL**

*1-3 Sentences MAX

*Common Sense

*Stay Neutral

*Smooth Transition

"Great Question"

"We get that all the time"

"I'm Glad you asked"

**HARD CLOSE:**

**EVERY SINGLE CALL WITHOUT EXCEPTION**

CALL BACK REBUTTALS LISTED BELOW:

- **Physically cannot hold your file open**
- **I'll have to cancel your application out at this time**
- **The government is very strict, we can finish your application now or you can try again next year - _IF_ it is still available**
- **Without a card/documents completed, I'll have to cancel out your application and give your seat to the next caller**
- **Unfortunately, the system does not allow me to keep your application open. I'm going to have to give your seat & benefits to the next person that qualifies as there is limited seating in these programs**

**\*STAY NEUTRAL \* ASSUME THE CLOSE \* NO CALLBACKS EVER\***

EXHIBIT 38
Page 180

# Same Day Pitch

## SD Pitch #1:

Since we are dealing with interest rates and loan amounts **your first payment will be scheduled for today so we can lock in your rate** and begin processing your file.  The Government is very strict with this. We must receive your first payment before they will start processing anything.

Now next month we can select any day of the month you would like, or if you need a buffer between your first two payments, we can push it out 45 days for you.

Which day <u>NEXT</u> month works best for you?

Ok great, just confirming one more time **your first payment of $249/$207 will be drafted today.**


## SD Pitch #2:

Since we are enrolling you into the program today, obviously the system will be setting your first payment for today.

Next month we can select any date that falls within 45 days from today, which date works best for you <u>next</u> month?

Ok great, just confirming one more time **your first payment of $249/$207 will be drafted today.**

EXHIBIT 38
Page 181

EXHIBIT 39

## Isabel Banda

**Subject:**                          FW: Name Change Reminder

**From:** Isabel Banda <hr@slaccountmgmt.com>
**Sent:** Wednesday, February 6, 2019 4:16 PM
**Subject:** Name Change Reminder

Hello Team,

As you all know we have had our company name change in the past.  Our focus is on being a third party
customer service department that takes care of customer support for SL Account Management, Premier
Student Loan Center, Financial Preparation Services, Financial Loan Advisors, and Tangible Saving
Solutions.

Please continue to answer the phone as customer support/ customer service. You **SHOULD NOT** say that we
had a name change or that we are any of those other companies.  We are simply the customer service
department that supports their clients.

**Script:**
"We are a third party customer service department that takes care of customer support for many different
companies.  It looks like you have been working with (insert appropriate company name here: SL Account
Management, Premier Student Loan Center, Financial Preparation Services, Financial Loan Advisors, and
Tangible Saving Solutions)."

If you are unclear or if you have any questions please let us know.

Thank you,

Isabel Banda
**Human Resources**
**SL Account Management**
Direct/Office: (949) 201-2454
Fax: (877) 809-6005

EXHIBIT 39
Page 182

EXHIBIT 40

# Retention Policies

## Cancel: Can't Retain

Refund Rules:

1. If client hasn't sent in appropriate documents to start process = FULL REFUND
2. If Final Pay has not been approved = FULL REFUND
3. If there are only three payments or less and client is extremely insistent and irritated (even if Final Pay has been approved) = FULL REFUND
4. FS issues; threatening to file complaints (BBB, FTC, CFPB, Attorney General, Local PD) anywhere MUST BE SENT TO MANAGEMENT= Management will discuss FULL REFUND. If the client does not mention FS DO NOT BRING IT UP!!

*FAMILY SIZE*

5. If client has 1 Year's Worth of Payments on File and Final Pay was completed client is at Recert stage

*RETENTION IS NEGOTIATING*

   - Step 1: Cancel NO REFUND (Put client on hold to "get permission" for 60 seconds)
   - Step 2: Client insists on refund and recertification has not yet processed= REFUND ALL RECERT FEES ONLY (Put client on hold to "get permission" for 60 seconds)
   - Step 3: If client is insistent on a further refund work through adding 1 enrollment payment at a time for each negotiation past the recert payments. We will not give back more than 3 enrollment payments.

*TAG RETENTION : PLEASE RETAIN OR NEGOTIATE*

## Cancel: Can Retain

Perks Offered Rules:

1. Client has already made 3+ enrollment payments. Client is aware money does not go toward Student Loan Balance. Offer to waive the most recently missed payment and resume payments. If that is not enough negotiate waiving the next enrollment fee (total of 2 fees waived now). Can include a total of 3 enrollment fees waived if a 6 pay. Recert payment must be scheduled within 60 calendar days of last cleared payment to prevent file cancellation.
2. Client has completed enrollment fees. Possibly did resubmission on their own. If client is retained offer to waive the next 12 months of recertification fees. If this is not enough request approval with upper management to see what else could be done for the client.
3. Offer the option to resubmit the IDR/RPR and waive next year's recert fees if there are other discrepancies outside of FS.

** At the end of every retention call stress to the client that if they cannot get ahold of anyone else that you can be the direct line of communication for the client**

As needed **CREATE TASKS** for follow up within timeframe client requests. Utilize tasks and calendar features in DPP.

*Full Refund. No Rehab*

EXHIBIT 40
Page 183

# RETENTION Protocol 02/19/19

Do this every day to retain your clients and make more $$$

**During the FIRST 30 and LAST 30 minutes of your shift EVERYDAY work on your RETENTION using the following lists from DPP:**

1) 1+ Pay Declined
2) 0 Pay Declined
3) Upcoming payments

**1+ PAY DECLINED: Go to DPP - click on the drop-down menu beneath My Contacts – select "1+ Declined"**

- Sort by date
- Determine how many 1+ pay clients you have that have declined for the week
- Call / email / SMS each one of them 2x DAILY AND RESCHEDULE THEIR PAYMENT

**0+ PAY DECLINED: Go to DPP - click on the drop-down menu beneath My Contacts – select "0+ Declined"**

- Sort by date
- Determine how many 0 pay clients you have that have declined for the week
- Call / email / SMS each one of them 2x DAILY AND RESCHEDULE THEIR PAYMENT

**UPCOMING PAYMENTS for the week: Go to DPP - click on the drop-down menu beneath My Contacts – select "Upcoming Payments"**

- Sort by date
- Determine how many upcoming payments you have for the remaining of the week
- Send PAYMENT REMINDER thru SMS to each client 1x daily – have client call if need to

EXHIBIT 40
Page 184

EXHIBIT 41

# Customer Services Disposition Codes

1. **Fees were not disclosed to me**
   -Enrollment and re-certification fees were not properly explained to the client, this could mean they were not told these fees were going to our company for document preparation services.

2. **Client does not qualify due to income**
   -Client's AGI (Adjusted gross income) came out much higher than what was discussed initially. In this case a client would qualify for a payment they will not be able to afford.

3. **Program not explained correctly/ loan forgiveness was immediate**
   Client assumes that their loan balance will decrease immediately after our services have been rendered. Clients must complete their forgiveness term before their loans are qualified for forgiveness.

4. **Spoke with servicer and reconsidered**
   The client, for whatever reason called their servicer and the servicer informed the client that we are not doing anything for them or tell them we are charging them for something they can do on their own. Client becomes hesitant to move forward with our services.

5. **Unable to get a hold of my loan advisor or processor**
   Clients who repeatedly call their advisor and processor, eventually get to the point where they become hesitant to move forward with our services. Their questions were never answered by the individuals they were trying to get a hold of.

6. **Scam**
   Client did their own research online and came to the conclusion that we could possibly be a scam.

7. **Payments did not go towards my student loan payments**
   Clients were not made aware that our enrollment and re-cert fees go to our company. Not to their student loan balance.

8. **Attempting to do it on my own for free**
   Client is aware that they can file the program paper work on their own and is going to attempt to complete the necessary paper work on their own.

9. **Errors on my application**
   Mistakes were made on the client's paper work and the client found out. The client will most likely be upset.

10. **Other (CS rep must add reason in the Cancellation Notes)**
    When choosing this disposition a client can be cancelling due to some other reasons, not listed in the cancellation dispositions. Please list the reason they are cancelling.

11. **Cannot Afford (Ultron & CS)**
    A client can not afford our enrollment payments and is forced to cancel.

EXHIBIT 41
Page 185

**12. Negative impact on credit score**

After using our services a client's credit score is effected for whatever reason.

**13. Loan Originated Status**

When a client's loans are in a "Loan originated status" those clients loans would not qualify for any programs until their loans are out of loan origination. Client's loans must either be in a grace period or in a repayment status.

**14. Still in school**

A client's loans can not placed into a forgiveness program until they graduate and their loans are out of a "loan originated status".

**15. Client left complaint BBB**

Client filed a complaint with BBB and is requesting for a resolution to their complaint. The BBB mediates a clients complaint.

**16. Client left complaint with CFPB**

Client filed a complaint with the CFPB and is requesting a resolution to their complaint. The CFPB mediates a clients complaints.

**17. No POI after 30 days (Ultron)**

After 30 days of receiving no POI (proof of income) a client's account will automatically be cancelled.

**18. No Welcome after 30 days (Ultron)**

After 30 days if a client is not answering and or returning our calls to complete the welcome call. The client's account will be automatically cancelled.

**19. 0 Pay Client (Ultron)**

A client's account will eventually be cancelled out if they do not make a payment. Within one week of a client's payment declining.

**20. Client filed a chargeback**

A client called their bank and filed a dispute on our companies charges. Client received the money back from their bank.

*If CS or Processing field call with angry client please specify in the Cancellation Notes

_____          _____          _____

Employee Name (print)                Employee Name (sign)                    Date

EXHIBIT 41
Page 186

EXHIBIT 42

Reverify Campaign Scripting

## INTRODUCTION

Hi Mr./Mrs. _____, this is _____**YOUR NAME**_____ with Student Loan Management calling on behalf of ___**COMPANY NAME**___.  I am calling you today on a recorded line to ensure the accuracy of all details on your account.  We are contacting all our existing clients to complete a routine follow up as part of our newly required compliance policies and procedures.

[Copy and Paste Phone # into Debt Pay Pro for Client Search and Selection]

**If NOT Able to Complete:**  Click **NOT COMPLETED**

## INFORMATION GATHERING

**To Caller: "Can you please verify your contact information for your security?"**

Verify Proper Spelling of First Name, Last Name and Verify Clients D.O.B. and last 4 of their social

**To Caller: "I am showing we have your first name spelled as _-_-_-_-_ and your last name spelled as _-_-_-_-_. And for your security I am showing your Date of Birth listed as ___-__-__. Lastly, I have the last 4 of your social listed as. Is that all correct?**

[Begin Review of Dept Pay Pro Existing Notes Section for most recent corresponding Information: Servicer Name; # of Children; # of Dependents;  Repayment Plan; Filing Status]

**"Okay, now I am going to send you a link which will include all of the documents prepared by our compliance department as part of our latest policies to ensure your account is up to date and accurate with all of the correct information. What is the best way to send out the documents to you for you to sign, by email or SMS to your phone?"**

[Verify best method to send via SMS or Email and ensure Cell Phone Field is ALWAYS filled out correctly in Debt Pay Pro. Confirm email if email Send Out ]

**"Please open the Package Sent to you and click on Click Here→ You can then click on 'Get Started' and click on the 'Click to Sign' button to fill out your signature. Please select 'INSERT' to be able to sign, initial and review each page. Once you have completed signing click 'Continue' and then 'I Agree' and I will receive the signed copy of the documents for you file so we can complete the call."**

## DISCREPANCY

**IF NO**: Complete and Click **REVERIFIED** Disposition in Caller Ready

[Prepare for Next Call]

EXHIBIT 42
Page 187

**IF YES: "I do apologize it looks like there are some discrepancies on your account, please
allow me to send you another link so we can update your information in our systems. Please
bear with me while I send you the link."**

[Enter in Client ID and select send out method via SMS/Email in Reverification Create Form
https://processingsupports.com/ReVerification/Create]

**"After I collect your accurate details, I will set up a follow up call with one of our account
managers to go over the discrepancies and discuss what makes the most sense moving
forward."**

**"Please copy and paste the link into your browser to access the Form to enter in your
accurate details. Once you have the form open you can click 'Next' to be taken to the next
page. Follow the instructions until you reach the final page and click 'Submit'. Once you see
the Formsite Thank you page please let me know so I can verify we received the updated
information and I can schedule a follow up with an Account Manager"**

Click **DISCREPANCY COMPLETED** Disposition in Caller Ready

### Compliance Questions

**1. Do you understand <u>we are not the government, nor the Department of Education, nor the
servicer of your student loans?</u>**

**If No:** We are a third-party document preparation services company who assists with the all of
the necessary paperwork to ensure accuracy and correct filing of the documentation required
for any necessary consolidation, recalculation and/or enrollment into your income driven
repayment program. While we may correspond with your servicer on your behalf, <u>we are not
affiliated with the Department of Education.</u>

**2. Do you understand that, for your protection, we will not access your Federal Student Aid
account?**

**If No:** As a fully compliant document preparation services company, we must remain inside of
the guidelines mandated by any governing agencies. As such we do not access your Federal
Student Aid account.

**3. Do you understand that you may attempt to apply for an Income Based Program through
the Department of Education on your own, but you are paying our company to handle all of
the paperwork, notifications, and communications for your program?**

**If No:** Just as you have the ability to file your own taxes or use a professional tax preparer to
maximize your return each year, you can also do this on your own. To ensure all of the work is
done professionally and accurately, working with a professional document preparation services
company will save you on all of the time, effort and research needed ensuring you are placed in
the best program for both your short term and long-term benefit. Many people who enroll into

EXHIBIT 42
Page 188

these programs fall out the program within the first 5 years so we are here to ensure you are enrolled into the right program the first time and remain inside of your program to meet all of the necessary requirements to have your loan balance discharged when your terms length is up.

**4. Do you understand that you have been/are seeking to be enrolled into the [REPAYE, PAYE, IBR, or ICR] Income Driven Repayment Program?**

**If No:** Each income driven repayment program has it's own set of guidelines and with each individual program comes it's own set of benefits. We make sure that you are enrolled into the right program based on your eligibility, adjusted gross income and filing status . The major benefit of each program is that they allow for a reduced monthly payment, and the discharge of your remaining loan balance at the end of your term length based on fulfillment of your scheduled qualified monthly payments.

**9. Do you understand that after our initial fee, separate from what you pay your servicer for your loan repayment, we charge an annual recertification fee of [$22/32/42] per month to assist you with your annual recertification due every 12 months?**

**If No:** The Department of Education requires that you recertify every twelve months to remain inside of your program. That means that every twelve months a new set of documents need to go out with proof of income and any changes to your family size. Your recertification fees ensure that we reach out to you when your recertification comes due and that you are recertified inside of your program accurately and on time for each year that you are with us. Many of our clients choose to remain with us until the end of their program knowing that they do not have to worry about misfiling or forgetting to file on time.

**10. Do you understand that your monthly recertification assistance fee to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?**

**If No:** It is very important to us how your money is protected. You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account) until your program is finalized and completed. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program approved by the Department of Education. Your payments will be released to our company only after the Department of Education approves your program / plan. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services

**11. Do you understand that you can request a return of the fees you paid to us that is held in your Dedicated Client Account at any time until we complete our work for you?**

EXHIBIT 42
Page 189

**If No:** To fully emphasize we do not take upfront fees. That means that until your program is approved any payments you are making are going into a separate trust account for you until you are placed in the program initially outline with the payment details initially discussed. This is for your comfort and security knowing that until we can complete the work necessary you have access to any funds transferred into your account.

**12. Are you fully satisfied with our services?**

**If No:** This just means that you are fully satisfied with the service outlined up until this point. Would you be fully satisfied knowing that until you are placed in the best program with the lowest or best monthly payment option, we are not going to collect on any funds transferred into your dedicated client account?

**13. IF YOU ARE PSLF ELIGIBLE, do you understand that your loan will not automatically be forgiven, but that after the successful completion of your program, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?**

**If No:** You are already on your way to completing the required monthly payments to have your remaining loan balance discharged. If you are PSLF eligible you will be/have been turning in the Employment Certification Form to ensure there is a paper trail of your qualifying employment. This forgiveness form is just the last step. When the time comes to forgive your loans, we will help you to submit that final form and the rest is taken care of by FedLoan or the Department of Education.

EXHIBIT 42
Page 190

EXHIBIT 43

Re Verification

September 17, 2019

Caller re-verification Powerpoint
4 Factors
Filing status head of House = Single
Please hold while I review
Upset = Transfer Senior CS.

Sms or Emails
* No mail docs
* We are a paperless document company

- FS, New Address

Only if there is a discrepancy do we send 2nd link.
If no discrepancy = Complete Call.

Meeting: Christian, Adon    September 20, 2019

Reverification
POI Team will assist with
2,800 Files    High priority

Dealing with FS of 1 - 5
Only working initially requiring docs "Hello"

If client doesn't answer Rep will set
New Task following day or 2
Follow up until docs are signed or client cancels
Adon - 2% files have issues
   Most clients will sign.
If Issues Tag
   Account Management
   ADON & Christian.

EXHIBIT 43
Page 191

EXHIBIT 44



**Financial Preparation
Services**

SALES COMPLIANCE MEMO

**It is our company policy to adhere to all applicable federal, state, and local laws, including regulations and formal guidance. This sales compliance memo outlines and expands upon the compliance call script. All employees should fully understand its contents and must follow its guidelines while performing his or her job duties and responsibilities.**

Company Representation

- FPS is NOT the government.
- FPS is NOT the Department of Education.
- FPS is NOT a loan servicer (FedLoan, Navient, Great Lakes, and etc).
- FPS is NOT a "Certified Enrollment Center".
- Do NOT state that FPS has a partnership or relationship with the government, Department of Education, or a loan servicer.
- Do NOT state that FPS has any special or exclusive access to any programs, plans, or consolidations.
- Do NOT use any seals or logos in email communications that may appear to belong to official government agencies or the Department of Education.
- Do NOT imply that FPS is the government, Department of Education, a loan servicer, "Certified Enrollment Center" or anything that FPS is not.

Program Availability

- Do NOT state that the Client's eligibility will end at a specific time (i.e. at the end of the day/week).
- Do NOT state that any programs, plans, or consolidations will only be available for a specific period of time (i.e. until the end of the day/week).
- Do NOT state that the client must act now or lose the benefit of a program.
- Do NOT state that there is limited time to apply to a program.
- Do NOT imply that there is limited time or a short time or an end date to apply for a program.

Fee Explanation

- Initial Fee and recertification fees do NOT go to the loan servicer(s).
- Initial Fee and recertification fees are NOT applied to the balance of the loans.

VERSION 9.22

EXHIBIT 44
Page 192



## Accurate Information

- All Client information must be completed accurately and verified: name, address, telephone number, email address, date of birth, family size, stated income, etc.
- Client must sign the Client Fee Agreement himself or herself – NO EXCEPTIONS.

## Proper Benefits

- Do NOT state that the Client's loans will be immediately or quickly forgiven.
- Do NOT state that the Client's interest rate(s) will be reduced.
- Do NOT state that the Client's credit will be fixed.
- Do NOT state that the Client's credit score will improve or increase.
- Do NOT state that the Client has been accepted to any program.
- Do NOT state that it is guaranteed that the client will be accepted into any program.
- Do NOT state that the Client must use our services to obtain any benefit.

BY SIGNING BELOW, EMPLOYEE ACKNOWLEDGES THAT HE OR SHE HAS READ THIS SALES COMPLIANCE MEMO AND AGREES TO AND UNDERSTANDS ITS CONTENTS.

By (print):_____ By (signature): _____

Date: _____

# Memo
## Compliance Regarding DOE Statements

By signing this memo, you understand that **NO** representative of SSP is **EVER** to imply that we work with or are the Department of Education or a loan servicer. Per the SSP Employee Handbook, we maintain a **ZERO TOLERANCE POLICY** for any fraudulent activity; <u>therefore, the following statements may never be spoken to a client:</u>

1. "We work with the Department of Education or the D.O.E."
2. "We work directly with the Department of Education or the D.O.E."
3. "We work hand in hand with the Department of Education or the D.O.E."
4. "We are partners with the Department of Education or the D.O.E."
5. "We are affiliated with the Department of Education or the D.O.E."
6. "We are the Department of Education or D.O.E."
7. "We are your servicer"
8. "We are Navient, Nelnet, Fedloans, or Great Lakes"
9. "We work with Navient, Nelnet, Fedloans, or Great Lakes"
10. "We are affiliated with Navient, Nelnet, Fedloans, or Great Lakes"
11. "We are a certified enrollment center"

All calls are recorded and monitored for this fraudulent and unacceptable behavior at all times.

***Any SSP employee who is caught saying any of the above (or variant of the above) will be immediately terminated, without notice or discussion.***

Managers are required to thoroughly train and monitor that none of this verbiage is ever spoken to clients. Please refer to upper management with any questions.

## Verification of Review

*By signing this form, you confirm that you have discussed this memo in detail with your supervisor and understand all terms in full.*

| Employee Print | | | |
|---|---|---|---|
| Employee Signature | | Date | |
| Manager Signature | | Date | |

EXHIBIT 44
Page 194

EXHIBIT 45

## NEW HIRE SCHEDULE

**MONDAY**

**7:30am** – Arrive – Begin working on New Hire Packet

**8:30am – 9:00am** – HR will check status of Packets – Must be completed by 9:30 am

**9:30am – 11:30am** – New Hire Orientation with HR

**11:30am – 12:00pm** – Lunch

**12:00pm – 2:20pm** – Welcome to the Student Loan Crisis Part 1 – **Nicole**

**2:20pm – 2:30pm** – Break

**2:30pm – 4:00pm** – Welcome to the Student Loan Crisis Part 2 – **Nicole**

**4:00pm** – Sign Out – End of Day 1


**TUESDAY**

**8:00am – 8:30am** – Arrive; Recap of Day 1

**8:30am – 9:00am** – Assignment #1 Program Details – **Tara**

**9:00am – 10:00am** – Company Fees & Commission Training – **Morgan**

Introduction to Assignment #2 Overview (Filling out an Application-DPP)– **Brian/Zach**

**10:00 am – 10:10 am** Break

**10:10am – 11:30am** –Disburse to Training Rooms and Complete Assignment #2 – **Brian/Zach**

**11:30am – 12:00pm** – Lunch

**12:00pm – 1:00pm** – Assignment #3 FSA & NSLDS logins – **Tara/Nicollette**

**1:00pm – 2:30pm** Explaining Loan Details PowerPoint– **Tara/Nicollette**

**2:30pm – 2:40pm** Break

**2:40pm – 3:40pm** – Assignment #4 Debts Tab – **Tara/Nicollette**

**3:40pm – 4:30pm** – Parent Plus Loans PowerPoint – **Monica/Brian**

**4:30pm** – Sign Out – End of Day 2

EXHIBIT 45
Page 195

**NEW HIRE SCHEDULE**

**WEDNESDAY**

**8:00 am – 9:00 am** – Recap of Day 2

**9:00am – 10:30am** – Assignment # 5 Calculating the Numbers – **Brian/Lindsay**

**10:30 am – 10:40 am** -- Break

**10:40 am – 11:30 am** -- Compliance Questions and Verbal Consent Training – Malea

**11:30 am – 12:00pm** - Lunch

**12:00pm – 1:00 pm** – Family Size & Filing Status Training– **Zach**

**1:00pm – 2:20pm** – Mock Phone Call Assignment with Partner – **Alyssa/Morgan**

**2:20pm – 2:30pm** – Break

**2:30pm – 3:10pm** – Mock Phone Call Assignment with Partner – **Alyssa/Morgan**

**3:10pm – 3:30pm** – Caller Ready, DNC Procedure, Cherry Picking – **Malea**

**3:30pm – 4:30pm** – Shadow on the floor: Take notes

**4:30 pm** Sign out- End of Day 3


**THURSDAY**

**8:00am – 10:00am** – Compliance Training Modules 1 & 2 – **Nicole**

**10:00am – 10:10am** – Break

**10:10am – 11:00am** – Compliance Training Module 3 & Questions – **Nicole**

**11:00am – 11:30 am** – Lunch

**11:30am – 12:00 pm** – Compliance Quiz

**12:00 pm – 1:00pm** – Shadow on the floor: Take notes

**1:00pm – 2:15pm** – Script Practice – **Lindsay/Monica** Split into 2 Groups

**2:15 pm – 2:25pm** – Break

**2:25pm – 3:30pm** – Flow Control and Expert Rebuttal List with Partner – **Brian/Nicollette**

**4:30pm** – Sign Out -- End of Day 4

EXHIBIT 45
Page 196

NEW HIRE SCHEDULE

**FRIDAY**

**8:00 am – 8:30am – Recap OPEN to ANY QUESTIONS**

**8:30am – 10:00 am** – HelloSign PowerPoint– **Lindsay/Alyssa**

**10:00am – 10:10am** – Break

**10:10am – 11:00am** –Client Retention PowerPoints – **Morgan/Monica**

**11:00 am – 11:30** – Lunch

**11:30 am – 1:00pm** – Company Processes

**1:00pm – 2:15pm** – Shadow on the floor: Take notes

**2:15 pm – 2:25pm** – Break

**2:30 pm- 3:30pm** – First Week Recap, Sales 101 Training in Conference Room- **Zach**

**3:30 pm** Sign Out – End of Day 5

Week 2 or 3:

**Wednesday: 2:30pm – 4:00pm** – Friday Support Training, Proper Tagging, & Resells – Malea

Week 4:

**Thursday: 12:00pm – 1:00 pm** – Total and Permanent Disability

EXHIBIT 45
Page 197

EXHIBIT 46

# COMPANY NAME

# STUDENT SERVICES PLUS

# WEBSITE

# WWW.STUDENTSERVICESPLUS.COM

# Toll Free #

# 1-888-394-4852

Train3 Room
#1

EXHIBIT 46
Page 198

# REBUTTALS

Q: **Why can't I just do this on my own? / I've heard I could do this for free**

A: You may attempt to do this for free through the DOE.  However, our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately, including preparing and submitting all the paperwork prior to all deadlines.  Our clients love our services and if you have any doubts about our work, please rest assured that we keep your payment of our fees in a Dedicated Client Account that is held for your benefit until we complete our work. What that means is that you can request a refund if we haven't completed our work.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **I don't want to wait 20 years to have this paid off / or be stuck in a program for 20 years**

A: You can make adjustments to your program once a year.  We are only here to save you the most possible and present the most valuable program available.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **This sounds too good to be true**

A: This is a government program just like any other, similar to social security benefits or disability. Based on your income, family size, and loan history the factors happen to be in your favor.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **What happens if I go back to school? / Can I go back to school?**

A: As long as you remain enrolled in your DOE program your loans will remain in good standing, and you will be eligible to return to school and apply for additional loans.  Any additional loans you take out in the future may also qualify to be added to your forgiveness/repayment program.

*Does that make sense? Great, go ahead when you're ready with...*

## REBUTTALS

Q: **Why do I have to give my social?**

A: Because it is required to locate your federal loans and we will need it for you application:  All information input into the system is encrypted for your security.

*Go ahead when you're ready.*

Q: **Is this legit? / Who are you guys?**

Yes, we're a student loan assistance business that operates out of the State of California. My job as a representative working with student borrowers is to assist you with learning about the various government repayment options, finding the best one for you, gathering all the necessary documentation, and applying for the correct loan repayment program.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **How does this work?**

A: In order to qualify you for a DOE program we'll need to gather some basic information and review your loan details.  These programs are based on your income, family size, loan amount and occupation.  Based on these 4 factors you could qualify for a loan forgiveness / repayment program where the Dept. of Education will basically take over as the lender on your loans and give you a lower monthly payment with the potential of loan forgiveness, where DOE may forgive a portion of your loans if you qualify.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **What happens to my credit?**

**We don't give advice on how to fix or improve credit.**

**However, If Already Consolidated** – It will stay current in regard to your student loans as long as you make on-time payments within your selected program.  **Does that make sense?**

**NOT Consolidated** – All existing loans through your current servicer will show as "paid in full through consolidation" within 60-90 days. The total balance will then be consolidated into 2 loans with your new servicer.  If you are in good standing it is unlikely that there will be any long-term effect.

**If Defaulted** – It is likely that consolidation may have positive effects as we are bringing past due accounts back into good standing.

*Does that make sense? Great, go ahead when you're ready with...*

Q: **Can I pay more each month and get done faster?**

A: These are TERM based programs and the forgiveness occurs at the END of the program, which is 240 months (120 months). If you were to pay more than what is required, all you would be doing is eating away at the balance that gets forgiven at the end of the program. This is the type of program where you want to just make the <u>required</u> monthly payments, in order to receive the <u>maximum</u> amount of forgiveness at the end of the program.

*Does that make sense? Great, go ahead when you're ready with...*

Updated: 9.22.2019

EXHIBIT 46
Page 200

## Doc Assistants – Instructions

Send client link in DPP via sms:  docsassistants.com

**Instruct Client to RESET PASSWORD by clicking "FORGOT PASSWORD"**

Have client input their EMAIL, DATE OF BIRTH and click 'SUBMIT', then click 'CONFIRM'

- An error message will appear if the Email and Date of Birth are not associated with an FSA account.  "Your account couldn't be found using the username, email, or phone number and date of birth that you provided.  Delete the responses you entered and try again." Click Ok

Have client input a SECONDARY EMAIL, DATE OF BIRTH and click SUBMIT.

- If the client's Email and Date of Birth are on file, client will then be instructed to RESET THEIR PASSWORD.  To do this, the client will email a secure code to their email on file, input the 6-digit code, click SUBMIT and create a new password.
- Password must consist of at least 1 uppercase, 1 lowercase and a number
- Instruct the client to then click on the DOC ASSISTANTS ICON, which will take them back to the log-in page.
- Have the client enter their EMAIL, NEWLY CREATED PASSWORD, YOUR BADGE # and click SUBMIT
- Check your outlook inbox for loan details
- If the same error message appears, this means that the client's email is not in the system.  The next step is to walk the caller thru CREATING AN FSA ID.

**Instruct client to Create an FSA ID**

- Click on CREATE NEW ACCOUNT
- Enter username (first part of client's email address + last two digits of their birth year)
- Create Password, confirm password, and select 4 challenge questions from drop down options.
- Instruct client to leave email and mailing address blank, they are not required.
- Check box at bottom and click CREATE
- Tell client to collect 6-digit code sent as text – and enter in Docs Assistants
- Client Selects Return to Log-In Page – Enter Email, Password, and **Badge #**

EXHIBIT 46
Page 201

# **File Accuracy Checklist**

# **Always Check ALL 18 BEFORE You Submit File!**

1. Loans are uploaded to DPP
2. Docs are Signed and read "E-Signature Completed"
3. Servicer Login Username <u>and</u> password <u>Included and Correct</u>
4. Fedloans or AES, 3 security questions answers, Great Lakes: PIN
5. Family Size Calculation is Correct
6. Billing Information with Credit Card Saved
7. W/C is Completed
8. FS input during W/C matches file in DPP
9. NO MOHELA Loans
10. First Payment Date <u>is within 14 days or less</u>
11. 2nd Payment must be 45 or days less after 1st
12. LO (Loan Originated) MUST have LO Template included
13. PARENT PLUS LOANS SOLD ON ICR, box checked Yes
14. 2 DIRECT CONSOLIDATED are NOT in Default
15. PSLF or FEDLOANS FAMILY SIZE 6 OR LESS
16. No Active Bankruptcy
17. Phone Number, DOB, Social, Campaign Name (just REF for Referrals) and Quoted Amount all Correct (Ex. 0 SL + 40 PP)

# Verbal Consent Training

5. Do you authorize us to contact you with reminders in order for you to provide us with all of the necessary documentation for your annual recertification through email, phone call, or text message?

> **I DON'T UNDERSTAND –** In order to maintain the accuracy of your file and avoid any delays in your likely approval we must establish good communication between our company and you.  We must be able to reach you through email, call, or text OR whichever is most convenient for you – in order to keep your program on track and keep you updated throughout your program. **OK?**

6. Do you authorize us to submit your annual recertification after your approval?

> **I DON'T UNDERSTAND -** Please remember, you must reapply for your program every year with the U.S. Department of Education. However, working with us, all this will be done for you. Our Processing Department will contact you to review, collect, and prepare all the paperwork necessary to keep you in the best program available. **OK?**

# 3-STRIKE TERMINATION POLICY FOR:

## A)      Skipping any of the 6 Verbal Consent Questions

## OR

## B)      Modifying/Re-Wording any of the 6 Verbal Consent Questions

EXHIBIT 46
Page 203

# Verbal Consent Training

## HOW TO PROPERLY OBTAIN VERBAL CONSENT:

- ❖ You must get a verbal "YES" to all 6 questions below in order to proceed with Client's file.
- ❖ If Client states "No", you must re-explain the question to the Client and obtain a "Yes"
- ❖ If Client refuses to give a "YES" to any of the 6 questions, **YOU MAY NOT PROCEED WITH FILE**

1. Do you authorize us to gather and review all required documentation for your application?

    **I DON'T UNDERSTAND –** This consent is only to collect and fill out the rest of the information for your file: mailing address, references and payment information – just everything we need to complete the application, **OK?**

2. Do you authorize us to use our mailing and email addresses on your application documents to receive communications on your behalf <u>for the sole purpose of completing our services</u> and to forward a copy of all such communications to your email address on file?

    **I DON'T UNDERSTAND –** In order to ensure the accurate and timely filing of all paperwork for your program, we will handle all correspondence and communication between you and your servicer. This will allow us to complete all work required without any delays - and <u>we will forward you a copy</u> of all correspondence received, **OK?**

**[READ #3 BELOW ONLY IF "IN REPAYMENT" STATUS]**

3. Do you authorize us to submit a forbearance request to your servicer after your approval, <u>if you chose that option</u>?

    **I DON'T UNDERSTAND –** We recommend in order to help our clients with their immediate cash flow needs <u>and to pay our fee</u> is to put your loans into forbearance. This is something that allows you to temporarily stop making your federal student loan payments or temporarily reduce the amount of payment you make – until your program is approved and finalized, **OK?**

4. Do you authorize us to submit your loan repayment or loan forgiveness application for the "PAYE, REPAYE, IBR, ICR" program after your approval?

    **I DON'T UNDERSTAND –** Once your application has been approved, your first program fee has been placed into your trust account, and we have received your proof of income – we will be submitting your application to the DOE for your "PAYE, REPAYE, IBR, ICR" program. The submission of your application is of course required for the DOE to begin processing your new program. **OK?**

EXHIBIT 46
Page 204

## Company Fees

**Enrollment Payment Break Down:**

$1,705 x 1 payment (full-pop) = $1,605

$1,705 x 2 payments = $852.50 per month

$1,705 x 3 payments = $568.33 per month

$1,705 x 4 payments = $426.25 per month

$1,705 x 5 payments = $341.00 per month

$1,705 x 6 payments = $284.16 per month

$1,705 x 7 payments = $243.57 per month (*Limited 1 per day*)

$1,705 x 8 payments = $213.12per month (*Limited 1 per day*)

**Client Needs Loan Rehab Program (*CANNOT ENROLL*):**

1. Direct Consolidated & Defaulted
2. Wage Garnishment

**RECERTIFICATION**

| Loan Amount | Recert Fee |
|---|---|
| $0 - $15,000 | $41 |
| $15,000 - $25,000 | $41 |
| $25,000 + | $41 |

**Minimum Debt Loads:**

$9,000 if Current

$5,000 if Defaulted

Standard Repayment Plan = 1% of Debt, for 180 months = 15 years

**DOE FEDERAL STUDENT AID  HELP HOTLINE: 1-800-433-3243**

Updated: 10.21.2019

EXHIBIT 46
Page 205

## <u>Company Fees</u>

**Initial Fees:**

$1,245 x 5 payments = $249 per month

$1,245 x 6 payments = $207.50 per month (*Limited 2x per day*)

$1,395 x 5 payments = $279 per month

$1,395 x 6 payments = $232.50 per month (*Limited 2x per day*)

$1,545 x 5 payments = $309 per month

$1,545 x 6 payments = $257 per month (*Unlimited*)

**Client Needs Loan Rehab Program (*CANNOT HELP*):**

1. Direct Consolidated & Defaulted
2. Wage Garnishment

**RECERTIFICATION**

| Loan Amount | Recert Fee |
|---|---|
| $0 - $15,000 | $22 |
| $15,000 - $25,000 | $32 |
| $25,000 + | $42 |

**<u>Minimum Debt Loads:</u>**

$9,000 if Current

$5,000 if Defaulted

<u>Standard Repayment Plan</u> = 1% of Debt, for 180 months = 15 years

**<u>DOE FEDERAL STUDENT AID  HELP HOTLINE: 1-800-433-3243</u>**

Updated: 9.22.2019

EXHIBIT 46
Page 206

EXHIBIT 47

| | |
|---|---|
| **From:** | ███ Yoder |
| **To:** | Student Loan Mgmt |
| **Subject:** | Payment amount |
| **Date:** | Tuesday, October 15, 2019 4:51:44 PM |

I emailed and called several times today with no response. The payments that are being taken each month are not the payments I agreed to and not an amount I can manage. I need to hear back from someone asap and get this resolved.

EXHIBIT 47
Page 207

| From: | M▮▮▮ Plumley |
|---|---|
| To: | Student Loan Mgmt |
| Subject: | Questions about our contact. |
| Date: | Sunday, October 13, 2019 7:54:00 AM |

If I'm paying $40/month, WHY has my student loan increased from $52k to $54k?
Your noncommunication with me and my difficulty getting in touch with a human has caused me to lose confidence and TRUST in your company. I urge you to start communicating more effectively.

Change my phone number to ▮▮▮-4476
Change my address to: ▮▮▮▮▮, Annapolis MD 21403

I need clarification for the following questions by Mon, Oct 14, 2919 by 5pm EST

1. Instead of paying $52k to Nelnet, at the end of 240 payments, I will pay a total of $10,555 to Premier Student Loans? Will the balance be expunged from my financial obligation?



| 237 | Dec 13, 2037 | $0.00 | $40.00 | $40.00 |
| 238 | Jan 13, 2038 | $0.00 | $40.00 | $40.00 |
| 239 | Feb 13, 2038 | $0.00 | $40.00 | $40.00 |
| 240 | Mar 13, 2038 | $0.00 | $40.00 | $40.00 |
| | | $1,195.00 | $9,360.00 | $10,555.00 |

2. Can I pay the $10,555 off sooner and is there a penalty for paying it off early?

3. How does this debt forgiveness affect my credit rating?

4. If my income situation improves, does it change the terms of this contract?


Yours in service,
M▮▮▮ Plumley
Business cell: ▮▮▮-4476
▮▮▮▮▮▮

"One person driven with purpose, fueled with passion and defined by pride..."
-Steve Gilliland


----- Forwarded Message -----
**From:** "studentloanmgmt@trustedaccountservices.com" <studentloanmgmt@trustedaccountservices.com>
**To:** ▮▮▮▮@yahoo.com" ▮▮▮▮@yahoo.com>
**Sent:** Sun, Oct 13, 2019 at 10:21 AM
**Subject:** Your Payment Has Been Posted
Dear M▮▮▮,

We received your Automatic Payment of $40.00 for student loan management and dedicated client account services.

EXHIBIT 47
Page 208

If you have any questions, please email us at
studentloanmgmt@trustedaccountservices.com.

Thank you for your payment!

Please do not reply directly to this message.

This information message has been sent to you based on your existing relationship with Trusted Account Services.

If you are not the intended recipient or received this email in error, please call us at (888)-564-4336 and then delete this email from your system.

Trusted Account Services

18261 Alexandra Place

North Tustin, CA 92705

EXHIBIT 47
Page 209

| | |
|---|---|
| **From:** | M█████ Reddick |
| **To:** | Student Loan Mgmt |
| **Subject:** | Re: Your Payment Has Been Posted |
| **Date:** | Monday, October 14, 2019 1:47:36 PM |

I have spoken to Navinet - who hlds my student loan perNavinet they have nothing from you concerning my student loan and they are now delinquent. I need answer's and I am stoping Payment.

On Oct 14, 2019 at 10:15 AM, <Studentloanmgmt> wrote:

```
Dear M█████,


We received your Automatic Payment of $40.00 for student loan management and
dedicated client account services.


If you have any questions, please email us at
studentloanmgmt@trustedaccountservices.com.


Thank you for your payment!


Please do not reply directly to this message.


This information message has been sent to you based on your existing
relationship with Trusted Account Services.


If you are not the intended recipient or received this email in error, please
call us at (888)-564-4336 and then delete this email from your system.


Trusted Account Services


18261 Alexandra Place


North Tustin, CA 92705
```

EXHIBIT 47
Page 210

EXHIBIT 47

**From:**      S█████  Hauschild
**To:**        Student Loan Mgmt
**Subject:**   Student loan
**Date:**      Thursday, October 24, 2019 9:45:51 AM

I am asking for a full refund of the money that I have paid you all.  This is a scam and I want all of my money returned or I am prepared to legal action.  My student loans are still showing up as unpaid on my credit report.

Thank you,
S█████ Hauschild

EXHIBIT 47
Page 211

| | |
|---|---|
| **From:** | Student Loan Mgmt |
| **To:** | Sarah Tagatauli |
| **Subject:** | Fw: Confusion |
| **Date:** | Saturday, October 19, 2019 1:53:09 PM |

Please reach out to client.

---

**From:** Support <support@trustedaccountservices.com>
**Sent:** Friday, October 18, 2019 11:36 AM
**To:** Student Loan Mgmt <studentloanmgmt@trustedaccountservices.com>
**Subject:** Fw: Confusion

Hello Slam

Please handle.

TAS Customer Support.

---

**From:** L███ Harris███ @gmail.com>
**Sent:** Friday, October 18, 2019 10:37 AM
**To:** Support <support@trustedaccountservices.com>
**Subject:** Confusion

If I am going through this organization for my student loans, and if you are charging me $42.00 per month, I have two questions that are confusing me?
1. My loan amount has increased by $5,000 since I turned my information over to you.
2. Fed Loan just sent me an email saying they are going to deduct $131 from my account each month starting November.

Can someone please explain all of this to me, and why did my amount increase?

EXHIBIT 47
Page 212

| | |
|---|---|
| **From:** | ██████ Collins |
| **To:** | Student Loan Mgmt |
| **Subject:** | Re: Your Payment Has Been Posted |
| **Date:** | Friday, October 11, 2019 8:11:46 AM |

This is a scam. You've been reported. Stop contacting me.

Sent from my iPhone

> On Oct 11, 2019, at 10:06 AM, studentloanmgmt@trustedaccountservices.com wrote:
>
>    Dear C█████,
>
> We received your Automatic Payment of $20.00 for student loan management and dedicated client account services.
>
> If you have any questions, please email us at studentloanmgmt@trustedaccountservices.com.
>
> Thank you for your payment!
>
> Please do not reply directly to this message.
>
> This information message has been sent to you based on your existing relationship with Trusted Account Services.
>
> If you are not the intended recipient or received this email in error, please call us at (888)-564-4336 and then delete this email from your system.
>
> Trusted Account Services
>
> 18261 Alexandra Place
>
> North Tustin, CA 92705

EXHIBIT 47
Page 213

| From: | █████ |
|---|---|
| To: | Student Loan Mgmt |
| Subject: | Re: Your Payment Has Been Posted |
| Date: | Monday, October 14, 2019 2:47:43 PM |

STOP TAKING THE AUTOMATIC PAYMENT IMMEDIATELY.  I WANT A REFUND.

The Department of Education called me - you are a fraud!

I will be filing complaints anywhere I can on you!

S█████ Newman.

Get **Outlook for Android**

---

**From:** studentloanmgmt@trustedaccountservices.com <studentloanmgmt@trustedaccountservices.com>
**Sent:** Monday, October 14, 2019 9:17:04 AM
**To:** █████@hotmail.com █████@hotmail.com>
**Subject:** Your Payment Has Been Posted

Dear S█████,

We received your Automatic Payment of $40.00 for student loan management and dedicated client account services.

If you have any questions, please email us at studentloanmgmt@trustedaccountservices.com.

Thank you for your payment!

Please do not reply directly to this message.

This information message has been sent to you based on your existing relationship with Trusted Account Services.

If you are not the intended recipient or received this email in error, please call us at (888)-564-4336 and then delete this email from your system.

Trusted Account Services

18261 Alexandra Place

North Tustin, CA 92705

EXHIBIT 47
Page 214

| | |
|---|---|
| **From:** | ████ Crespo |
| **To:** | Student Loan Mgmt |
| **Subject:** | I am receiving a bill from fedloan. |
| **Date:** | Sunday, October 20, 2019 5:16:12 PM |

I am just trying to figure out why I am still receiving bills from fedloan. They are saying I am behind and that i am not paying. I was told that I wouldn't have to worry about them once I sign on with you guys. Can you please explain.

Thank you
J████ Crespo

EXHIBIT 47
Page 215

| | |
|---|---|
| **From:** | ██ Reimers |
| **To:** | Student Loan Mgmt |
| **Subject:** | Inquiry on payment |
| **Date:** | Wednesday, October 16, 2019 11:16:04 AM |

Hello,

This service was set up to help me with the payments at FEDLOAN SERVICING.  I keep getting emails and phone calls saying my account is past due.  Are the payments you're pulling from my account not being sent to the FEDLOAN SERVICING?  What do I need to do to get this taken care of?

I look forward to hearing from you and getting this resolved.

Thanks you,

 Reimers

Sterling, CO 80751
██ -4633

EXHIBIT 47
Page 216

| From: | ██ THERAPY |
|---|---|
| To: | Student Loan Mgmt |
| Subject: | Re: Your Payment Has Been Posted |
| Date: | Monday, October 14, 2019 7:46:14 AM |

Hi!

Who is this payment going to? I just logged into my FEdloan Servicing Account, and none of my $40 monthly payments are showed as posting to my actual student loans. I am wondering who I am paying?

Thank you so much.

Sincerely,
L██ Tahir
       -4443



Go to https://linktr.ee/██████ and with one click you can access:

1. Therapy Sessions
2. Podcast
3. My Book
4. Join Email List
5. Glass Art
6. Non-Profit & US Patent
7. Patreon Crowdfunding
8. My Social Media

- Receive a **free** audiobook download, and free month subscription from my Podcast sponsor, **Audible** at https://audibletrial.com/██████

**EMERGENCY POLICY:**
If you are in crisis or having an emergency, please call 911 or go to your nearest hospital emergency room.

**CONFIDENTIALITY NOTICE:**
This email and any files transmitted with it are confidential and intended only for the use of the individual(s) to which they are addressed.  Any distribution, reading, copying, or use of this communication and any attachments by anyone other than the individual(s) they were addressed is strictly prohibited and may be unlawful.  If you have received this email in error, please notify L██ Tahir, ██████ at: ████████████ or ██████-4443 and permanently destroy or delete the original message and any copies or printouts of this email and any attachments.

On Mon, Oct 14, 2019 at 9:08 AM <studentloanmgmt@trustedaccountservices.com> wrote:

EXHIBIT 47
Page 217

Dear L█,

We received your Automatic Payment of $40.00 for student loan management and dedicated client account services.

If you have any questions, please email us at studentloanmgmt@trustedaccountservices.com.

Thank you for your payment!

Please do not reply directly to this message.

This information message has been sent to you based on your existing relationship with Trusted Account Services.

If you are not the intended recipient or received this email in error, please call us at (888)-564-4336 and then delete this email from your system.

Trusted Account Services

18261 Alexandra Place

North Tustin, CA 92705

EXHIBIT 47
Page 218

**From:** ████████ davis
**To:** Student Loan Mgmt
**Subject:** Student loans
**Date:** Tuesday, October 15, 2019 12:05:09 PM

I have a question. Why am I paying y'all money and fed loan servicing is reporting missed payments to the credit bureaus. It's messing up my credit score and I really do not need that
Sent from my iPhone

EXHIBIT 47
Page 219

| | |
|---|---|
| **From:** | L█ Bloom |
| **To:** | Student Loan Mgmt |
| **Subject:** | Student loans |
| **Date:** | Monday, October 21, 2019 5:57:16 PM |

Is Navient aware that I am paying my student loans through this company now?

-L█ Bloom

EXHIBIT 47
Page 220