Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Non-Party EDU DOC SUPPORT, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al, | **Case No.:** 8:19-cv-01998-JVS-JDE |
| Plaintiffs, | **NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE** |
| v. | |
| Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al. | **[Memorandum of Points and Authorities, Declaration of Hau Nguyen, Declaration of Brent R. Phillips, Request to Take Judicial Notice, and [Proposed] Order filed Concurrently herewith]** |
| Defendants. | |
| | **Judge:** Hon. James V. Selna |
| | **Courtroom:** 10C |
| | **Complaint Filed:** October 21, 2019 |

///
///
///
///
///
///
///
///
///

- 1 -

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Non-Party Edu Doc Support, LLC ("Edu Doc Support") files this *Ex Parte* Application to challenge the Receiver's determination that Edu Doc Support is an entity related to the "Receivership Defendants" and/or a "Receivership Entity" and for an order ordering the Receiver to release the temporary restraining order on Edu Doc Support's account with its software hosting service allowing it to access and use its business management software. Edu Doc Support has not filed another application to challenge the Receiver's determination or for an order to release the temporary restraining order on Edu Doc Support's business management software account.

On October 21, 2019, the Court issued an *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should not Issue (the "TRO"). The TRO appointed Thomas W. McNamara as temporary receiver (the "Receiver") for the business activities of "Receivership Defendants." The TRO authorized and directed the Receiver to assume full control of Receivership Defendants, take control, custody and possession of all assets and documents of Receivership Defendants, and secure the business premises of Receivership Defendants. The Receiver determined that Edu Doc Support is a Receivership Entity and/or related to Receivership Defendants. The Receiver served the TRO on the hosting service for Edu Doc Support's business management software to lock Edu Doc Support's account and freeze its access to its online business management software referred to as "DebtPaypro" based on his determination.

The Receiver has zero admissible evidence that Edu Doc Support is related to Receivership Defendants and/or a Receivership Entity. The admissible evidence offered by Edu Doc Support in support of this Application establishes that Edu Doc Support is not a Receivership Entity and/or related to Receivership Defendants.

Edu Doc Support applies for relief on an *ex parte* basis on the grounds that Edu Doc Support and its employees will suffer irreparable harm should Edu Doc Support be

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

required to challenge the Receiver's determination through a regularly noticed motion. The use of the DebtPaypro software is critical to Edu Doc Support's operation.  The freeze on Edu Doc Support's access to the DebtPaypro software by the Receiver has shutdown Edu Doc Support's business.  With the week, Edu Doc Support will be completely destroyed as a business due to the freeze on its account and its employees out of their jobs and without paychecks.

This Application is based on this Application, the accompanying Memorandum of Points and Authorities, Declaration of Brent R. Phillips, Declaration of Hau Nguyen, Request for Judicial Notice, and the files and records in this action, and any further evidence and argument that the Court may receive.

PHILLIPS LAW CORPORATION

DATED: November 4, 2019            By: _____
                                       BRENT R. PHILLIPS
                                       RONALD A. GORRIE
                                       Attorneys for Non Party EDU DOC
                                       SUPPORT, LLC

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

- 3 -

**NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE
RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO
RELEASE ASSETS AND BUSINESS SOFTWARE**