Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Non-Party EDU DOC SUPPORT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al. <br><br> Defendants. | **Case No.:** 8:19-cv-01998-JVS-JDE <br><br> **DECLARATION OF BRENT R. PHILLIPS, ESQ. IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE** |

///
///
///
///
///
///
///
///
///
///

- 1 -

DECLARATION OF BRENT R. PHILLIPS, ESQ. IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE

I, Brent R. Phillips, declare as follows:

1.     I am an attorney duly licensed to practice law in all of the courts of the State of California and the Federal District Court for the Central District of California.  I am an attorney in the law firm of Phillips Law Corporation, attorneys of record for Non-Party Edu Doc Support, LLC ("Edu Doc Support").  I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently thereto.

2.     I am the attorney responsible for the handling all of the day-to-day work related to the above-entitled action.  I am familiar with and have personal knowledge of the manner in which Phillips Law Corporation maintains its records.  I personally reviewed the documents referred to herein and have attached a true and correct copies of the documents as maintained in the files of Phillips Law Corporation in the regular course of business.

3.     Edward Chang is counsel for the Receiver Thomas W. McNamara (the "Receiver").  On October 23, 2019, I contacted Mr. Chang regarding a temporary restraining order a freeze on Edu Doc Support's DebtPaypro account.  Mr. Chang informed me that the Receiver had locked Edu Doc Support's DebtPaypro account because the Receiver had determined that Edu Doc Support was a Receivership Defendant and/or an entity related to Defendants.  According to Mr. Chang, documents filed by the CFPB indicate that Edu Doc Support is a related entity to Defendants.

4.     On October 23, 2019, Mr. Chang sent me an e-mail to which a copy of the *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should not Issue (the "TRO").  The correspondence asked for among other items confidential business and personal information for Edu Doc Support and its clients.  Attached hereto as Exhibit "A" is a true and correct copy of Mr. Chang's e-mail to me dated October 23, 2019 as maintained in the files of Phillips Law Corporation in its usual course of business.

4.     I called Mr. Chang again on October 24, 2019 and informed him that Edu Doc Support has no relationship to Consumer Advocacy Center Inc. ("CAC"), True

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

**DECLARATION OF BRENT R. PHILLIPS, ESQ. IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

Count Staffing Inc. ("True Count"), Prime Consulting LLC ("Prime"), Albert Kim, Kaine Wen, Tuon Nguyen, Infinite Management Corp., Hold the Door Corp, and TN Accounting Inc. (collectively "Defendants").  I asked Mr. Chang for the documents or other evidence that indicate that Edu Doc Support is an entity related to Defendants.  Mr. Chang refused to produce the documents or other evidence establishing a relationship with Defendants or consider releasing the freeze on Edu Doc Support's DebtPaypro account.  Mr. Chang also refused to provide any form of assurance of whether the Receiver would release the freeze on Edu Doc Support's DebtPaypro account if it complied with the Receiver's request for information and documents.

5.     On October 25, 2019 and October 26, 2019, Mr. Chang, Mr. McNamara and I exchanged e-mails regarding the freeze on Edu Doc Support's DebtPaypro account. Attached herein as Exhibit "B" are true and correct copies of the e-mails exchanged between Mr. Chang, Mr. McNamara and me on October 25, 2019 and October 26, 2019 as maintained in the files of Phillips Law Corporation in its usual course of business.

6.     On November 1, 2019, I logged onto the PACER website for the United States District Court for the Central District of California and downloaded the documents, and exhibits filed by the Bureau of Consumer Financial Protection ("CFPB"), State of Minnesota, State of North Carolina, and State of California (collectively "Plaintiffs") in support of an *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should not Issue (the "Application") in the case entitled Bureau of Consumer Financial Protections, et al. v. Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, et al. District Court Case Number 8:19-cv-01998-JVS-JDE (the "Action"). I reviewed the documents and exhibits.  None of the documents and/or exhibits referred to Edu Doc Support or indicated that Edu Doc Support was an entity related to the defendants in the Action.

7.     Neither Mr. Chang nor Mr. McNamara informed me that Edu Doc Support had a right to challenge by filing a motion Mr. McNamara's determination that Edu Doc

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

- 3 -

Support is a Receivership Entity or an entity related to the defendants in the Action.

8. The names, addresses, telephone numbers, and e-mail addresses for counsel for the Receiver and Plaintiffs are the following:

| | |
|---|---|
| Bureau of Consumer Financial Protection<br>Sarah Preis, Esq.<br>1700 G Street, NW<br>Washington, DC 20552<br>Tel: (202) 435-9318<br>E-mail: sarah.preis@cfpb.gov | The State of Minnesota<br>Evan Romanoff, Esq.<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101<br>Tel: (651) 757-1454<br>E-mail: evan.romanoff@ag.state.mn.us |
| The State of North Carolina<br>M. Lynne Weaver, Esq.<br>114 W. Edenton Street<br>Raleigh, NC 27602<br>Tel: (919) 716-6000<br>E-mail: lweaver@ncjoj.gov | The People of the State of California<br>Christina V. Tusan, Esq.<br>200 N. Main Street, 500 City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-8707<br>E-mail: christina.tusan@lacity.org |
| Temporary Receiver<br>Thomas W. McNamara, Esq.<br>McNamara Smith LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: 619-269-0499<br>E-mail: tmcnamara@mcnamarallp.com | Counsel for Temporary Receiver<br>Edward Chang, Esq.<br>McNamara Smith LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: 619-269-0446<br>E-mail: echang@mcamarallp.com |

9. On November 4, 2019, counsel for Edu Doc Support contacted counsel for the Receiver, Edward Chang, and counsel for Plaintiffs, Sarah Preis, Evan Romanoff, M. Lynne Weaver, Christina V. Tusan, by telephone and informed counsel by speaking with counsel directly or by leaving a message that (1) Edu Doc Support would be filing an *ex parte* application to challenge the Receiver's determination on November 4, 2019; (2) The *ex parte* application would challenge the Receiver's determination that Edu Doc Support is an entity related to Receivership Defendants and/or Defendants; (3) Edu Doc Support would request an order directing the Receiver to release any freeze on Edu Doc Support's account with DebtPaypro; and, (4) Asked if counsel would be opposing the application.

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

10.    I left messages for Ms. Preis and Ms. Tusan.  I spoke directly with Mr. Chang, Ms. Weaver, and Mr. Romanoff.  Mr. Chang, Ms. Weaver, and Mr. Romanoff had not determine if they intended to oppose Edu Doc Supports *Ex Parte* Application. On November 4, 2019, I sent an e-mail to Ms. Preis, Ms. Tusan, Mr. Chang, Ms. Weaver, and Mr. Romanoff providing the same information noted in paragraph nine (9) above. Attached hereto as Exhibit "C" is a true and correct copy of the e-mail I sent to Ms. Preis Ms. Tusan, Mr. Chang, Ms. Weaver, and Mr. Romanoff on November 4, 2019 as maintained in the files of Phillips Law Corporation in its usual course of business.

I declare under the penalty of perjury under the laws of the United States America that the foregoing is true and correct.

Executed on this 4th day of November, 2019 at Santa Ana, California.

By: _____
BRENT R. PHILLIPS
Declarant

# EXHIBIT A

## Brent Phillips

| | |
|---|---|
| **From:** | Edward Chang <echang@mcnamarallp.com> |
| **Sent:** | Wednesday, October 23, 2019 3:41 PM |
| **To:** | bphillips@phillipslawcorporation.com |
| **Cc:** | Jill Jacobs |
| **Subject:** | CFPB, et al., v. Consumer Advocacy Center Inc., et al. - Temporary Restraining Order |
| **Attachments:** | _Temporary Restraining Order (TRO) Entered, 1.pdf |

Brent,

As I mentioned, I represent the court-appointed Receiver, Thomas W. McNamara.  On October 21, the Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and State of California, filed a complaint against Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, Tuon Nguyen, Infinite Management Corp., Hold the Door Corp, and TN Accounting Inc.  The Central District of California entered the attached TRO, implementing an asset freeze and appointing a temporary receiver.

According to documents filed by CFPB, EDU Doc Support is a related entity to the Defendants.  As a result, Debt Pay Pro has locked your client's account.  In order to determine whether your client is a related entity or a legitimate business, please ask your client to identify the company name, the owner's name, the business location, and its business activity.  In particular, is your client also a student loan debt relief company?  Finally, please ask whether your client will allow Debt Pay Pro to release its account information (i.e., completed application, account history, billing information, etc.) to the Receiver.   We will review the information your client provides as quickly as possible to determine whether EDU Doc Support's Debt Pay Pro account should remain locked.  If you have any additional questions, please let me know.

Ed

Edward Chang
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Direct:  619-269-0446

1

# EXHIBIT B

**Brent Phillips**

| | |
|---|---|
| **From:** | Thomas McNamara <tmcnamara@mcnamarallp.com> |
| **Sent:** | Saturday, October 26, 2019 1:12 PM |
| **To:** | Brent Phillips |
| **Cc:** | Edward Chang |
| **Subject:** | RE: CFPB, et al., v. Consumer Advocacy Center Inc., et al. - Temporary Restraining Order |

Mr. Phillips,

Proceed as you see fit.  We have many things to do on the front end of a receivership, and continuing to engage in endless emails with you is not one of them.

Thomas W. McNamara
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101
Direct:  619-269-0499
Main:   619-269-0400
Fax:      619-269-0401
tmcnamara@mcnamarallp.com
http://mcnamarallp.com

**From:** Brent Phillips [mailto:bphillips@phillipslawcorporation.com]
**Sent:** Saturday, October 26, 2019 1:11 AM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Subject:** Re: CFPB, et al., v. Consumer Advocacy Center Inc., et al. - Temporary Restraining Order

Mr. McNamara:

What is of most concern is not Edu Doc Support's request that your office provide the evidence to support its claim, but rather your office's Gestapo type tactics that turns the concept of due process on its head by requiring a party to prove its innocence. What heightens our concern even more is your office's refusal to turn over the evidence it claims it has that Edu Doc Support is a related entity to defendants. It only supports the fact that your office has none. If you have evidence of Edu Doc Support that suggests a relationship with defendants please turn it over. Otherwise we assume your office has none.

Furthermore, your office did not even follow the requirements of the court's order to inform Edu Doc Support that it could file a motion contesting your decision that it was a related entity.

Again, we simply ask that you provide us with the information and/or documents that suggest that Edu Doc Support is a related entity to defendants.

Sincerely,

Brent Phillips

Sent from my iPhone

On Oct 25, 2019, at 9:10 PM, Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

Thomas W. McNamara
McNamara Smith LLP
655 W Broadway, Suite 1600
San Diego, CA 92101
619-269-0499
tmcnamara@mcnamarallp.com

Begin forwarded message:

> **From:** Thomas McNamara <tmcnamara@mcnamarallp.com>
> **Date:** October 25, 2019 at 9:06:45 PM PDT
> **To:** "bphillips@phillipslawcorporation.vom" <bphillips@phillipslawcorporation.vom>
> **Cc:** Edward Chang <echang@mcnamarallp.com>
> **Subject: Fwd: CFPB, et al., v. Consumer Advocacy Center Inc., et al. - Temporary Restraining Order**
>
> Mr. Phillips,
>
> Ed Chang forwarded me the email below and has kept me updated on telephone calls he has had with you over the last two days.
>
> We have been clear on our position. Until you provide the information Mr. Chang has requested, we will not have sufficient information to be in a position to have Debt Pro Pay release your client's account. Your reluctance to provide the information we have requested only deepens our concern about your client's involvement with the defendants.
>
> Each side understands the other's position. And given that our team has a lot to do in the beginning of a receivership, I hope you understand if we refrain from any further back and forth with you.
>
> Tom McNamara
>
>> **From:** "Brent Phillips" <BPhillips@phillipslawcorporBPBPhillips@phillipslawcorporation.comhillips@phillipslawcorporation.comation.com>
>> **Date:** October 25, 2019 at 8:31:50 PM PDT
>> **To:** "'Edward Chang'" <echang@mcnamarallp.com>
>> **Subject: Re: CFPB, et al., v. Consumer Advocacy Center Inc., et al. - Temporary Restraining Order**
>>
>> Dear Mr. Chang:

As you know, this office represents Edu Doc Support. Pay Pro provides online business management software to Edu Doc Support. The Pay Pro software is for the operation of Edu Doc Support's business without Edu Doc Support cannot function. On October 21, the Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and State of California (collectively "Plaintiffs"), filed a complaint against Consumer Advocacy Center Inc., True Count Staffing Inc., Prime Consulting LLC, Albert Kim, Kaine Wen, Tuon Nguyen, Infinite Management Corp., Hold the Door Corp, and TN Accounting Inc. (collectively "Defendants") in the Federal Court for the Central District of California. The Court appointed Thomas W. McNamara as the Receiver. On October 23, 2019, Mr. McNamara served a temporary restraining order ("TRO") on Pay Pro that blocked Edu Doc Support's access to its management software. The temporary retraining effectively shutdown Edu Doc Support's business. The basis for the TRO to Pay Pro is Mr. McNamara and Plaintiffs allege that Edu Doc Support is a related entity to Defendants. I have informed you several times that Edu Doc Support has no relationship to Defendants and requested that the TRO be lifted on Edu Doc Support's access to its management software. However, you refused and claimed that Plaintiffs have evidence that Edu Doc Support is a entity related to Defendants. I asked you to produce whatever evidence Plaintiffs have to support their allegation that Edu Doc Support is a related entity. You refused. You, instead, claimed that it was Edu Doc Support's burden to prove its innocence. It was not related to Defendants.

I am requesting, once again, that your office produce whatever information and/or documents that it or Plaintiffs have that even suggest that Edu Doc Support is related to Defendants.

If you have any questions, please feel free to contact me.

Sincerely,

Brent R. Phillips, Esq.
PHILLIPS LAW CORPORATION

**California Office**
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
85019

**Arizona Office**
4051 W. Rose
Phoenix, AZ

3

Tel: (714) 573-4087                    Tel: (602) 258-
0110

Dir: (714) 462-8352                    Tel: (714) 462-
8352

Fax: (714) 586-5499                    Fax: (714) 586-
5499

# EXHIBIT C

## Brent Phillips

| | |
|---|---|
| **From:** | Brent Phillips <BPhillips@phillipslawcorporation.com> |
| **Sent:** | Monday, November 04, 2019 2:46 PM |
| **To:** | 'sarah.preis@cfpb.gov'; 'evan.romanoff@ag.state.mn.us'; 'lweaver@ncjoj.gov'; 'christina.tusan@lacity.org'; 'Edward Chang' |
| **Subject:** | Re: Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al. |

Counsel:

This office represents Non-Party Edu Doc Support, LLC ("Edu Doc Support").  I am writing to follow up on our conversation or message left with your office earlier today.  The Receiver has determined that Edu Doc Support is a Receivership Entity and/or an entity related to defendants in this action.  As I mentioned, Edu Doc Support would be filing an *ex parte* application to challenge the Receiver's determination on November 4, 2019.  The *ex parte* application would challenge the Receiver's determination that Edu Doc Support is an entity related to Receivership Defendants and/or Defendants.  Edu Doc Support would request an order directing the Receiver to release any freeze on Edu Doc Support's account with the hosting service of its business management software, permitting it to access and use the software.

We will be providing a copy of Edu Doc Support's *Ex Parte* Application shortly.

Please contact us if you intend to oppose Edu Doc Support's Application.

Should you have any questions, please feel free to contact me.

Brent R. Phillips, Esq.
PHILLIPS LAW CORPORATION

| **California Office** | **Arizona Office** |
|---|---|
| 801 Parkcenter Drive, Suite 105 | 4051 W. Rose |
| Santa Ana, CA 92705 | Phoenix, AZ 85019 |
| Tel: (714) 573-4087 | Tel: (602) 258-0110 |
| Dir: (714) 462-8352 | Tel: (714) 462-8352 |
| Fax: (714) 586-5499 | Fax: (714) 586-5499 |