1 | Brent R. Phillips (SBN 235753)
2 | Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
3 | Santa Ana, CA 92705
Tel: (714) 573-4087
4 | Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com
5
6 | Attorneys for Non-Party EDU DOC SUPPORT, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al, | Case No.: 8:19-cv-01998-JVS-JDE |
| Plaintiffs, | **DECLARATION OF HAU NGUYEN IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE** |
| v. | |
| Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al. | |
| Defendants. | |

19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

- 1 -

I, Hau Nguyen, declare as follows:

1. I am the Chief Executive Officer ("CEO") and managing member of Edu Doc Support ("Edu Doc Support"). I have personal knowledge of the facts stated herein and if called as a witness, could and would testify competently thereto.

2. In my capacity of the CEO and managing member of Edu Doc Support, I am familiar with and have personal knowledge of the manner in which Edu Doc Support maintains its records. I personally reviewed the documents referred to herein and have attached a true and correct copies of the documents as maintained in the files of Edu Doc Support in the regular course of business.

3. Edu Doc Support is a document preparation business and has 10 employees. I am the sole managing member of Edu Doc Support. Edu Doc Support's principal office is located at 13652 Havenwood Drive, Garden Grove, California 92843. Edu Doc Support's business address is 16480 Harbor Boulevard, Suite 202, Fountain Valley, California 92708. Edu Doc Support's business address is listed on its website. Edu Doc Support filed with the California Secretary of State Articles of Organization and a Statement of Information. Attached hereto as Exhibit "A" are true and correct copies of the Articles of Organization and Statement of Information filed by the California Secretary of State as maintained in the files of Edu Doc Support in its usual course of business.

4. Edu Doc Support uses a business management software product called "DebtPaypro." The DebtPaypro software is designed and hosted by DebtPaypro. Edu Doc Support accesses the DebtPaypro software through an Internet portal on the company's website. The DebtPaypro software is critical to the Edu Doc Support's business. Edu Doc Support cannot operate without the use and access to the DebtPaypro management software. Edu Doc Support uses the DebtPaypro software to generate documents, store information and data, process client information and documents, and store business and client documents. The DebtPaypro software and DebtPaypro files contain confidential business and personal information for Edu Doc Support and its

- 2 -
DECLARATION OF HAU NGUYEN IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE

1 clients.

2   5. On October 23, 2019, I came to the office, logged onto my computer, and was provided access to the DebtPaypro software. I observed that Edu Doc Support's employees could also log onto the DebtPaypro software through the Internet portal. At approximately 12:00 p.m., Edu Doc Supports employees called me and informed me that they had been logged off the DebtPaypro software and were being denied access to log back in. I contacted DebtPaypro and was informed that DebtPaypro was having legal issues with Edu Doc Support's access. I demanded an answer because without use of the DebtPaypro software Edu Doc Support could not operate. A representative of DebtPaypro contacted me. The representative informed me that an temporary retraining order had been served on DebtPaypro by Thomas W. McNamara and as a result Edu Doc Support's account was locked.

  6. I understand that on October 21, 2019 the Bureau of Consumer Financial Protection ("CFPB"), State of Minnesota, State of North Carolina, and State of California (collectively "Plaintiffs") filed a complaint against Consumer Advocacy Center Inc. ("CAC"), True Count Staffing Inc. ("True Count"), Prime Consulting LLC ("Prime"), Albert Kim, Kaine Wen, Tuon Nguyen, Infinite Management Corp., Hold the Door Corp, and TN Accounting Inc. (collectively "Defendants"). I have received and reviewed the complaint filed by Plaintiffs against Defendants.

  7. I understand that on October 21, 2019, Plaintiffs also filed an *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should not Issues (the "Application"). I further understand that on October 21, 2019, the Court granted the Application and issued an *Ex Parte* Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should not Issue (the "TRO").

  8. I have received and reviewed the TRO. I understand that the TRO defines Receivership Defendants as follows: Receiyership Defendants as True Count Staffing,

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

- 3 -

DECLARATION OF HAU NGUYEN IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE

Inc. d/b/a SL Account Management, Prime Consulting LLC d/b/a Financial Preparation Services, and their successors, assigns, affiliates, or subsidiaries, and each of them, by whatever names each may be known, provided that the Receiver has reason to believe they are owned or controlled in whole or in part by any of the Receivership Defendants. I understand that the TRO defines "Corporate Defendants" to mean Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, True Count Staffing, Inc. d/b/a SL Account Management, and Prime Consulting LLC d/b/a Financial Preparation Services. I understand that the TRO defines "Individual Defendants" as Albert Kim, Kaine Wen, and Tuong Nguyen.

9. Edu Doc Support has no relation to Defendants. It has never done business with Defendants. Edu Doc Support has always operated under its entity name and has never operated as a fictious business entity for the Receivership Defendants or Corporate Defendants. None of the Individual Defendants has ever been employee, contractor, officer, director, or member of Edu Doc Support. Nor have any of the Individual Defendants had an ownership interest in Edu Doc Support. Edu Doc Support's sole member is and has always been me. Edu Doc Support has never operated or been located at Receivership Defendants' or Corporate Defendants' business offices identified in the Complaint, the TRO or any other location used by Receivership Defendants and/or Corporate Defendants as a business office.

10. The TRO served on DebtPaypro has shutdown Edu Doc Support by freezing its account and access to the DebtPaypro software. Edu Doc Support uses the DebtPaypro business management software to operate its business. Edu Doc Support cannot contact or respond to clients, generate documents, or access or use stored documents. Within 7 days, Edu Doc Support business reputation will have been irreparably damaged and its business destroyed. It will not able to obtain new clients due to negative online reviews. Existing clients will have demand refunds for Doc Edu Support's failure to complete its assignments and fulfill the terms of its contracts.

11. Edu Doc Support will suffer irreparable financial harm within 7 days. Edu Doc Support cannot generate revenue without access to the DebtPaypro business software. Nor can Edu Doc Support collect receipts. Edu Doc Support is being forced to use its cash reserves and funds that I have put into the business to pay bills for Edu Doc Support. Within 5 days, Doc Support will have depleted its reserves and be without funds to pay its rent, employees' salaries and other bills, forcing Doc Support to default on its bills and other financial obligations.

12. Edu Doc Support employs 10 people. I know these people personally. These are people with families for which to provide and bills to pay. I have been using my personal funds and Edu Doc Supports' reserves in order not to lay off employees and to pay Edu Doc Support's employees during this business shutdown. Neither I nor Edu Doc Support have the funds to continue paying the employees. Edu Doc Support within the week will be forced to begin laying off employees.

I declare under the penalty of perjury under the laws of the United States America that the foregoing is true and correct.

Executed on this 3rd day of November, 2019 at Garden Grove, California.

By: _____
HAU NGUYEN
Declarant

- 5 -

DECLARATION OF HAU NGUYEN IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE

# EXHIBIT A

**California Secretary of State**
Electronic Filing



# LLC Registration – Articles of Organization

| | |
|---|---|
| Entity Name: | EDU Doc Support LLC |
| Entity (File) Number: | 201826110685 |
| File Date: | 09/13/2018 |
| Entity Type: | Domestic LLC |
| Jurisdiction: | California |

**Detailed Filing Information**

1. Entity Name: EDU Doc Support LLC

2. Business Addresses:
   a. Initial Street Address of Designated Office in California:
      13652 Havenwood Dr.
      Garden Grove, California 92843
      United States
   b. Initial Mailing Address:
      13652 Havenwood Dr.
      Garden Grove, California 92843
      United States

3. Agent for Service of Process: LEGALZOOM.COM, INC. (C2967349)

4. Management Structure: All LLC Member(s)

5. Purpose Statement: The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer: By: Cheyenne Moseley, Assistant Secretary of Legalzoom.com, Inc.

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.



**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

19-A78611

**FILED**

In the office of the Secretary of State
of the State of California

FEB 25, 2019

This Space For Office Use Only

**IMPORTANT** — Read instructions **before completing this form.**

Filing Fee – $20.00

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

| 1. Limited Liability Company Name (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.) |
|---|
| EDU DOC SUPPORT LLC |

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201826110685 | CALIFORNIA |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |
| b. Mailing Address of LLC, **if different than item 4a** | City (no abbreviations) | State | Zip Code |
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 7161 Wyoming St. | Westminster | CA | 92683 |

**5. Manager(s) or Member(s)** — If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Hau | | Nguyen | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | CA | |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| LEGALZOOM.COM, INC. (C2967349) |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| Document Preparation Service |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Hau | | Nguyen | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 02/25/2019 | Hau Nguyen | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:  ⌈                                                          ⌉
Company:
Address:
City/State/Zip:  ⌊                                                          ⌋

LLC-12 (REV 01/2017)                    Page 1 of 1                    2017 California Secretary of State
                                                                       www.sos.ca.gov/business/be



**Secretary of State
Statement of Information**
(Limited Liability Company)

LLC-12

19-A78611

**FILED**

In the office of the Secretary of State
of the State of California

FEB 25, 2019

This Space For Office Use Only

**IMPORTANT** — Read instructions **before** completing this form.

Filing Fee – $20.00

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
EDU DOC SUPPORT LLC

**2. 12-Digit Secretary of State File Number**
201826110685

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)
CALIFORNIA

**4. Business Addresses**

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>13652 Havenwood Dr. | Garden Grove | CA | 92843 |
| b. Mailing Address of LLC, if different than item 4a<br>13652 Havenwood Dr. | Garden Grove | CA | 92843 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box<br>7161 Wyoming St. | Westminster | CA | 92683 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Hau | | Nguyen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City | State | Zip Code |
|---|---|---|---|
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)
INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is **not** a corporation) - Do not enter a P.O. Box | City | State | Zip Code |
|---|---|---|---|
| | | CA | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b
LEGALZOOM.COM, INC. (C2967349)

**7. Type of Business**
a. Describe the type of business or services of the Limited Liability Company
Document Preparation Service

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Hau | | Nguyen | |

| b. Address | City | State | Zip Code |
|---|---|---|---|
| 13652 Havenwood Dr. | Garden Grove | CA | 92843 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 02/25/2019 | Hau Nguyen | CEO | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name: ⌈           ⌉
Company:
Address:
City/State/Zip: ⌊           ⌋

LLC-12 (REV 01/2017)         Page 1 of 1         2017 California Secretary of State
www.sos.ca.gov/business/be