**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al, <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al. <br><br> Defendants. | **Case No.:** 8:19-cv-01998-JVS-JDE <br><br> **[PROPOSED] ORDER ORDERING THE RECEIVER TO RELEASE THE TEMPORARY RESTRAINING ORDER ON NON-PARTY EDU DOC SUPPORT, LLC'S ACCOUNT WITH DEBTPAYPRO TO PERMIT EDU DOC SUPPORT TO ACCESS ITS BUSINESS SOFTWARE OR ORDERING A HEARING ON SUCH A MOTION** <br><br> **Judge:** Hon. James V. Selna <br> **Courtroom:** 10C <br> **Complaint Filed:** October 21, 2019 |

///
///
///
///
///
///
///
///
///

- 1 -

Having considered Non-Party Edu Doc Support's *Ex Parte* Application Challenging the Receiver's Determination and for an Order Directing the Receiver to Release Assets and Business Software, and the opposing papers filed by the Receiver and/or Plaintiffs, the Court GRANTS Edu Doc Support's *Ex Parte* Application as follows:

1. IT IS HEREBY ORDERED THAT the Receiver withdraw the temporary restraining order served on DebtPaypro, release Edu Doc Support's account with DebtPaypro to allow Edu Doc Support to access its business management software.

OR, IN THE ALTERNATIVE,

1. IT IS HEREBY ORDERED THAT Edu Doc Support's *Ex Parte* Applications shall be set for hearing on_____ with Edu Doc Support's *Ex Parte* Application deemed and filed as the moving papers, any opposition due on or before_____, and reply papers due on or before_____.

IT IS SO ORDERED

DATED: _____

THE HON. JAMES V. SELNA
United States District Judge