Brent R. Phillips (SBN 235753)
Ronald A. Gorrie (SBN 180477)
PHILLIPS LAW CORPORATION
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705
Tel: (714) 573-4087
Fax: (714) 586-5499
E-mail: bphillips@phillipslawcorporation.com

Attorneys for Non-Party EDU DOC SUPPORT, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al, | **Case No.:** 8:19-cv-01998-JVS-JDE |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al. | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

- 1 -

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is PHILLIPS LAW CORPORATION, 801 Parkcenter Drive, Suite 801, Santa Ana, California 92705.

On November 4, 2019, I served the document(s) listed below by electronic service through the United States District Court for the Central District of California's CM/ECF electronic filing system to the attorney(s) listed below in the Service List:

**NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

**DECLARATION OF HAU NGUYEN IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

**DECLARATION OF BRENT R. PHILLIPS, ESQ. IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

**REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF NON-PARTY EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE**

**[PROPOSED] ORDER ORDERING THE RECEIVER TO RELEASE THE TEMPORARY RESTRAINING ORDER ON NON-PARTY EDU DOC SUPPORT, LLC'S ACCOUNT WITH DEBTPAYPRO TO PERMIT EDU DOC SUPPORT TO ACCESS ITS BUSINESS SOFTWARE OR ORDERING A HEARING ON SUCH A MOTION**

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at which direction the service was made.

Executed on November 4, 2019, at Santa Ana, California.

_____
Brent R. Phillips

Phillips Law Corporation
801 Parkcenter Drive, Suite 105
Santa Ana, CA 92705

**CERTIFICATE OF SERVICE**

PHILLIPS LAW CORPORATION
801 PARKCENTER DRIVE, SUITE 105
SANTA ANA, CA 92705

| **SERVICE LIST** | |
|---|---|
| Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center, Inc. d/b/a/ Premier Student Loan Center, et al. District Court Case No.: 8:19-cv-01998-JVS-JDE | |
| Bureau of Consumer Financial Protection<br>Sarah Preis, Esq.<br>1700 G Street, NW<br>Washington, DC 20552<br>Tel: (202) 435-9318<br>E-mail: sarah.preis@cfpb.gov | The State of Minnesota<br>Evan Romanoff, Esq.<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101<br>Tel: (651) 757-1454<br>E-mail: evan.romanoff@ag.state.mn.us |
| The State of North Carolina<br>M. Lynne Weaver, Esq.<br>114 W. Edenton Street<br>Raleigh, NC 27602<br>Tel: (919) 716-6000<br>E-mail: lweaver@ncjoj.gov | The People of the State of California<br>Christina V. Tusan, Esq.<br>200 N. Main Street, 500 City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-8707<br>E-mail: christina.tusan@lacity.org |
| Temporary Receiver<br>Thomas W. McNamara, Esq.<br>McNamara Smith LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: 619-269-0499<br>E-mail: tmcnamara@mcnamarallp.com | Counsel for Temporary Receiver<br>Edward Chang, Esq.<br>McNamara Smith LLP<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br>Tel: 619-269-0446<br>E-mail: echang@mcamarallp.com |

**CERTIFICATE OF SERVICE**