SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

EVAN ROMANOFF (Attorney Reg. No. 0398223)
(Admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

M. LYNNE WEAVER (N.C. Bar No. 19397)
(Admitted *pro hac vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(Admitted *pro hac vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

*Attorneys for Plaintiff the People of the State of California*

PLAINTIFF'S OPPOSITION TO EDU DOC SUPPORT'S EX PARTE APPLICATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx) <br><br> **OPPOSITION TO EDU DOC SUPPORT, LLC'S *EX PARTE* APPLICATION TO CHALLENGE RECEIVER'S DETERMINATION AND FOR AN ORDER DIRECTING RECEIVER TO RELEASE ASSETS AND BUSINESS SOFTWARE** <br><br> Court:   Hon. James V. Selna <br>            Courtroom 10C |

Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California (collectively "Plaintiffs") oppose Edu Doc Support, LLC's *Ex Parte* Application.

Plaintiffs filed this action on October 21, 2019, along with an *ex parte* application for temporary restraining order with asset freeze and other equitable relief and order to show cause as to why a preliminary injunction should not issue (TRO application).  ECF Nos. 2, 3.  In support of the TRO application, Plaintiffs included as an exhibit a declaration from a Bureau investigator, Dani Schneider. Ms. Schneider's declaration detailed similarities across various websites used by the Defendants, including the website www.EDUdocsupport.com. TRO Application, Pl. Ex. 66 (Schneider Decl. at p. 1838-39 ¶¶15-17, Table 4 at p. 1856).  The Court granted the TRO application on October 21, 2019, and

appointed Thomas W. McNamara as temporary Receiver over select corporate Defendants. ECF No. 24.

On November 4, 2019, counsel for Edu Doc Support contacted Plaintiffs for the first time and filed the instant application shortly thereafter. *See* Stewart Decl. ¶ 3; ECF No. 76. Edu Doc Support's Application was accompanied by a declaration from its CEO, who stated that the company provides "document preparation services." Nguyen Decl. at ¶3. Mr. Nguyen also identified a business address of 16480 Harbor Boulevard, Suite 202, Fountain Valley, CA 92708 and stated that its business address is listed on its website. *Id.* The website "edudocsupport.com" does list this same business address. *See* Schneider Decl. ¶ 8. That website also contains identical language, including consumer testimonials, as several websites used by the Defendants to market their student loan debt relief services. Schneider Decl. ¶¶ 5-6. Complaints filed against Edu Doc Support reflect similar allegations regarding deceptive conduct. *See* Schneider Decl. ¶ 7.

On November 5, 2019, Plaintiffs spoke with Brent Phillips, counsel to Edu Doc Support. During that call, Plaintiffs noted that Edu Doc Support's website includes consumer testimonials identical to ones that have appeared on websites used by the Defendants. Stewart Decl. ¶ 4. When asked to explain why Edu Doc Support has identical consumer testimonials if it is unrelated to the student loan debt relief companies at issue in this case, Mr. Phillips initially stated that the testimonials were created by the same web developer. *Id.* ¶ 5. When pressed regarding whether the testimonials were from actual consumers, he then claimed to have no knowledge regarding the information on his client's website. *See id.* Although Plaintiffs encouraged Mr. Phillips to provide information regarding why Edu Doc Support's website contains testimonials that have appeared on Defendants' websites, even though it claims to be unrelated, as of this filing Edu

1  Doc Support has not provided any such information to Plaintiffs. *See id.* ¶ 6. Other
2  than the materials filed with this Court, Edu Document has provided no
3  information to the Bureau in support of its position. *Id.* ¶ 7.
4        Accordingly, at this time Plaintiffs oppose Edu Doc Support's Application.

Dated: Nov. 5, 2019          Respectfully submitted,

    /s/    *Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
Jesse Stewart (N.Y. Bar No. 5145495)
Telephone: (202) 435-9641
Facsimile: (202) 435-5471

Attorneys for Plaintiff
Bureau of Consumer Financial Protection

   /s/ *Evan S. Romanoff*
Evan S. Romanoff (admitted *pro hac vice*)
Attorney Reg. No. 0398223
Email: evan.romanoff@ag.state.mn.us
Telephone: (651) 757-1454
Facsimile: (651) 296-7438

*Attorneys for Plaintiff*
*State of Minnesota*

   /s/    *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397))
Telephone: (919) 716-6039
Facsimile: (919) 716-6050

*Attorney for Plaintiff State of North Carolina*

MICHAEL N. FEUER

Los Angeles City Attorney

   /s/    *Christina V. Tusan*

4

Christina V. Tusan (CA Bar No. 192203)
Supervising Deputy City Attorney
Office of the Los Angeles City Attorney
Telephone (213) 978-8707
Fax (213) 978-8111
christina.tusan@lacity.org

*Attorneys for the People of the State of California*

I, Sarah Preis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

    /s/    *Sarah Preis*
          Sarah Preis