# DECLARATION OF DANI SCHNEIDER
## PURSUANT TO 28 U.S.C. §1746

I, Dani Schneider, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I could and would testify as follows:

1.    I am a citizen of the United States and am over the age of eighteen (18) years old. I am employed as an Investigator with the Consumer Financial Protection Bureau ("CFPB" or "Bureau") in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20522.

2.    I began working as an Investigator at the CFPB in August 2013. Prior to joining the CFPB, I worked as an Investigator at the Federal Trade Commission ("FTC") for five years.  In that position, I investigated violations of the FTC Act.  I have a Certified Fraud Examiner's License from the Association of Certified Fraud Examiners. As a Bureau Investigator, I research and investigate persons and entities that may be violating the Consumer Financial Protection Act and other statutes enforced by the Bureau.

3.    In August 2018, I was assigned to work on the Bureau's investigation of Consumer Advocacy Center Inc. ("CAC") dba Premier Student Loan Center ("Premier"), True Count Staffing Inc. dba SL Account Management, Prime Consulting LLC dba Financial Preparation Services, Albert Kim (aka Albert King), Kaine Wen (aka Wenting Kaine Dai, Wen Ting Dai, Kaine Wen Dai), and Tuong Nguyen (aka Tom Nelson), Infinite Management Corporation (fka Infinite Management Solutions, Inc.), Hold the Door, Corp., and TN Accounting, Inc. (collectively, "Defendants").

4.    On August 26, 2019, I visited *http://edudocsupport.com* and printed the web pages from that website. According to the website, EDU Doc Support offers public service loan forgiveness assistance. The website states that the company can be

1

reached in Westminster, CA 92683, by telephone at (800) 470-8957, by fax at (949) 873-0376, and by email at info@edudocsupport.com. **Attachment A** hereto is a true and correct copy of the webpages that I printed from *www.edudocsupport.com*.

5.      This website, attached hereto as Attachment A, contains three consumer testimonials, see snapshot of http://edudocsupport.com below.



The testimonials listed above are nearly identical to the testimonials on *http://premierstudentloancenter.com* (Pl. Ex. 13, p. 98) and attached hereto as **Attachment B**. The names, photos, and locations of the three consumers are identical on both websites.

6.      The consumer testimonials on EDU Docs Support's website and Premier Student Loan Center's website also appear on other websites used by the Defendants, including: *https://www.financialdirectservices.com*; *https://www.administrativeaccountingcenter.com*; *https://www.bestchoicefinancialcenter.com*; *https://www.firstdocumentservices.com*; *https://www.globaldirectaccountingsolutions.com*; *https://www.keystonedocumentcenter.com*; *https://www.pacificpalmfinancialgroup.com*;

*https://www.pacificshoresadvisory.com*;

*https://www.sequoiaaccountmanagement.com*;

*https://www.signatureloansolutions.com*;

*https://www.yellowstoneaccountservices.com*;

*https://www.accountpreparationservices.com*;

*https://www.administrativeaccountservices.com*;

*https://www.administrativefinancial.com*;

*https://www.coastalshoresfinancialgroup.com*;

*https://www.directaccountservices.com*;

*https://www.docmanagementsolutions.com*;

*https://www.financialaccountingcenter.com*;

*https://www.financialloanadvisors.com*;

*https://www.firstchoicefinancialcenter.com*;

*https://www.primaryaccountsolutions.com*;

*https://www.primedocumentservices.com*;

*https://www.southcoastfinancialcenter.com;* and

*https://www.tangiblesavingssolutions.com*. See also, **Plaintiff's Exhibit 16, 17, 18, and 19** in Support of Motion for Temporary Restraining Order.

7.     I reviewed four consumer complaints filed in Sentinel regarding EDU Doc Support. Consumers stated that they were called by representatives of EDU Doc Support and told that they qualified for student loan forgiveness programs. Consumers stated that they paid upfront fees and that their Federal Student Aid passwords were changed without their knowledge. These complaints are similar to consumer complaints I reviewed relating to the Defendants. A true and correct copy of these Sentinel complaints are attached hereto as **Attachment C**. Consumers' personally identifiable information has been redacted.

8.     On November 5, 2019, I visited *http://edudocsupport.com* and printed the web pages from that website. According to the website, EDU Doc Support offers public service loan forgiveness assistance. The website states that the company can be reached at 16480 Harbor Blvd., Suite 202, Fountain Valley, CA 92708, by telephone at (800) 470-8957, by fax at (949) 873-0376, and by email at info@edudocsupport.com. **Attachment D** hereto is a true and correct copy of the webpages that I printed from *http://edudocsupport.com* on November 5, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _Novembes 5, 2019_

_____

Dani Schneider

# Attachment A



(800) 470-8957



Learn More About Loan Forgivness

Case 8:19-cv-01998-MWF-KS   Document 77-1   Filed 11/05/19   Page 7 of 32   Page ID #:4520

## Available Options

**Edu Doc Support will help you find the perfect solution, making the process both easy and simple. Contact a specialist at Edu Doc Support now for a no cost, no obligation consultation.**

Public Service Loan Forgiveness Instant Assessment

Teacher Loan Forgiveness Instant Assessment

Income Driven Payment Calculator

Refinance Benefits Calculator

## Our Services

## Helping You Find the Right Loan Programs.

The government has passed laws to help you consolidate your student loans. Some borrowers may even qualify for total forgiveness or a deferment of up to 3-years.



### LOAN REVIEW

It's simple. Speak to a EDU Doc Support advisor to view your loans to help determine which program(s) you may qualify for.



### REVIEW PROGRAM OPTIONS

We will review your current loan status, as well as your financial situation to ensure that you find the best program offered by the U.S. Department of Education



### DOCUMENT PREPARATION

We will help you organize, prepare, and get the documents you need ready for you to apply and submit for your loan review.



### ENJOY NEW PAYMENT

Even after you submit your loan documents that we prepared for you, we will still be with you each step of the way and ready to help answer any questions you may have.

## About Us

**Our Mission**

Our mission is to help clients establish a better position to make decisions about their financial future.

**Our Purpose**

Our purpose is to offer the knowledge and proficiency to student loan borrowers that are needed to achieve financial freedom.

**Our Focus**

Our focus is making the process fast, simple, and easy. We will educate you and stick by your side throughout the whole process!

## Testimonials

"I'm someone that doesn't like to move

"I was in default when I contacted the EDU Doc Support and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

 Dawn Robinson
NH

forward until I know everything. EDU Doc Support are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

 Anthony Zwichirowski
CA

"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the EDU Doc Support I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

 Dean Edelman
VA

## Contact Us

Name*

Phone Number*

Email*

# EDU DOC SUPPORT

Westminster, CA 92683

TEL: (800) 470-8957
FAX: (949) 873-0376

DISCLAIMER: EDU DOC SUPPORT IS A PRIVATE COMPANY AND IS NOT AFFILIATED WITH THE US FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES. EDU DOC SUPPORT IS NOT A LOAN SERVICE NOR IS IT AN ORIGINATOR. EDU DOC SUPPORT HELPS OBTAIN FEDERAL GOVERNMENT STUDENT LOAN FORGIVENESS OR CONSOLIDATION BY PREPARING DOCUMENTATION FOR OUR CUSTOMERS TO  SUBMIT. PEOPLE WITH STUDENT LOAN DEBT HAVE THE LEGAL RIGHT TO USE AN ATTORNEY OR PREPARE FEDERAL STUDENT LOAN SERVICES DOCUMENTATION ON THEIR OWN BEHALF.

Copyright © 2018 EDU Doc Support | Powered By EDU Doc Support

# Attachment B

"I was in default when I contacted the Premier Student Loan Center and they qualified me for a loan that paid off all the delinquent debt and got me 1 new loan with 1 lower payment. They reduced my monthly debt load and saved my credit in the process!"

Dawn Robinson
NH



"I'm someone that doesn't like to move forward until I know everything. The PSLC are friendly and knowledgeable and I was able to understand each detail of the program I qualify for before moving forward."

Anthony Zwichirowski
CA



"I worked with my servicer for nearly a year attempting to lower my payment. Within 30 minutes of speaking with the Premier Student Loan Center I was able to get qualified for a program that my servicer couldn't offer. I am on the path to total loan forgiveness. It was the smartest move I have made since graduating."

Dean Edelman
VA



# Attachment C

## Record # 1 / 105736955 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 105736955 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | I was contacted via phone by representative from Edu Doc Support stating that I was qualified for new loan forgiveness programs. The representative then tried toco vince me chanve my loan provider and begin patinf a new lonthly payment that day. The representative then provided me false regarding what would halpen to my loans after 20years and stated that my student loan company would begin taking up 20 % of myincome and sending me ro collections. Also the represenattive accessed my student loan information theough the FedLoan webaite and changed my password without explaining to me what was happening. Luckily I researched telhe company and simialr companies and was able to find information which explained how this company uses scare tactics / misinformation to convince individuals to accept "fees"for their services. Student loan debr is a stressor for many families and these type companies are using predatory practices to prey on vulnerable citizens. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 04/02/2019 11:23:33 PM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 04/02/2019 11:23:33 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Mobile Complaint Assistant | **Product Service Description:** | Telemarketing, Other |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Mobile |
| **Complaint Date:** | 04/02/2019 | **Transaction Date:** | 04/02/2019 |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | Telemarketing Sales Rule | **Law Violation:** | TSR: Caller ID information not transmitted |

| Topic: | | Dispute with Credit Bureau?: | |
|---|---|---|---|
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |

| Consumer Information | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | ████ | Last Name: | ████ |
| Address 1: | ██████████ | Address 2: | |
| City: | Taylorsville | State: | California |
| Zip: | 95983 | Country: | UNITED STATES |
| Home Number: | | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | |
| Age Range: | 30 - 39 | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | Edu Doc Support | Normalized Name: | Edu Doc Support |
| Address 1: | 5000 Birch St. Suite #3000 | Address 2: | |
| City: | Newport Beach | State/Prov: | California |
| ZIP: | 92660 | Country: | UNITED STATES |
| Email: | | URL: | |
| Phone Number: | | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |

Case 8:19-cv-01998-MWF-KS   Document 77-1   Filed 11/05/19   Page 16 of 32   Page ID
#:4529

| Subject ID Issuer Country: | | | |
|---|---|---|---|
| Representative Name: | Edu Doc Support | Title: | |

## Record # 1 / 107102572 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 107102572 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | The consumer reports that she received a call from Edu Doc Support offering to consolidate the consumer students for a fee. The consumer paid $466. The consumer also provide personal info. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 05/10/2019 2:43:05 PM |
| **Created By:** | JDAVIS3 | **Created Date:** | 05/10/2019 2:43:05 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Call Center | **Product Service Description:** | Debt Management\Credit Counseling |
| **Amount Requested:** | $466.00 | **Amount Paid:** | $466.00 |
| **Payment Method:** | Bank Account Debit | **Agency Contact:** | Phone |
| **Complaint Date:** | 05/10/2019 | **Transaction Date:** | 03/20/2019 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Phone: other |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | No | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | No |

| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
|---|---|---|---|
| **Consumer Information** | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | ██████ | Last Name: | █████ |
| Address 1: | ████████████ | Address 2: | |
| City: | Callaway *(Cleansed: Panama City)* | State: | Florida |
| Zip: | 32404 | Country: | UNITED STATES |
| Home Number: | | Cell Number: | ██████ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ████████@gmail.com |
| Age Range: | 40 - 49 | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| **Subject** | | | |
| Subject: | Edu Doc Support | Normalized Name: | Edu Doc Support |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| Email: | | URL: | edudocsupport.com/ |
| Phone Number: | 800-4708957 | Ext: | |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |

## Record # 1 / 108649186 / Consumer Sentinel Network Complaint

| | | | |
|---|---|---|---|
| **Reference Number:** | 108649186 | **Originator Reference Number:** | |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Consumer | **DNC?:** | No |
| **Comments:** | misled by a eeu doc support saying that they can reduce my student loan pricing. i gave them my credit card. but got it canceled. no SSN was given. they wanted $800 up front before they paid off my loans. i am working with nelnet and my bank to ensure that they dont get paid. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 06/25/2019 6:29:46 PM |
| **Created By:** | FTCCIS-FTCUSER | **Created Date:** | 06/25/2019 6:29:46 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | FTC Mobile Complaint Assistant | **Product Service Description:** | Advance-Fee Loans, Credit Arrangers |
| **Amount Requested:** | $800.00 | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | Mobile |
| **Complaint Date:** | 06/25/2019 | **Transaction Date:** | 06/25/2019 |
| **Initial Contact:** | Phone Call: Mobile/Cell | **Initial Response:** | Unknown |
| **Statute/Rule:** | FTC Act Sec 5 (BCP) | **Law Violation:** | Deception/Misrepresentation |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |

| Member of armed forces or dependent?: | No | Cross Border Complaint?: | No |
|---|---|---|---|

| Consumer Information | | | |
|---|---|---|---|
| Consumer Small Business or Organization: | | | |
| First Name: | ▮ | Last Name: | ▮ |
| Address 1: | ▮ | Address 2: | |
| City: | Elgin | State: | Illinois |
| Zip: | 60123 | Country: | UNITED STATES |
| Home Number: | | Cell Number: | ▮ |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▮@gmail.com |
| Age Range: | 20 - 29 | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |

| Subject | | | |
|---|---|---|---|
| Subject: | Edu Doc Support- Jimmy Liu | Normalized Name: | Edu Doc Support- Jimmy Liu |
| Address 1: | 5000 Birch St. suite 3000 | Address 2: | |
| City: | Newport Beach | State/Prov: | California |
| ZIP: | 92660 | Country: | UNITED STATES |
| Email: | Jimmyl@edudocsupport.com | URL: | Edudocsupport.com |
| Phone Number: | 800-4708957 | Ext: | 105 |
| Subject ID Type: | | Subject ID Issuer State: | |
| Subject ID Issuer Country: | | | |
| Representative Name: | Jimmy Liu | Title: | Student Loan Advisor |

| Record # 1 / 108869775 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| Reference Number: | 108869775 | Originator Reference Number: | 01625667 |
| Language: | English | Contact Type: | Complaint |
| Source: | Organization | DNC?: | No |
| Comments: | Issue Description: Have you contacted the entity associated with your issue: Yes Have you contacted the Department of Education regarding this issue: Yes Please describe details of your issue: The customer called and stated that he has been scammed possibly. A company called EDU Doc Support from CA contacting him. He said that they were going to charge 800 dollars upfront to put him on a plan to reduce his loans by 8,000 dollars. He changed his password, his credit card, and he notified his loan servicer, Nelnet. He wants to make sure that his SSN is safe and the company will not do anything on his behalf. Call Notes: I advised there is not a consolidation application on file. I advised he would need need to work with Nelnet regarding his loans. He thanked me. • Name, phone number, and address for company: EDU Doc Support • Name of representative with whom they spoke or e-mailed: jimmy@edudocsupport.com • Date and approximate time of call or e-mail: Today • The company's stated purpose for the call or e-mail: Loan forgiveness • Specific details concerning any and all instances in which the company referenced the Department of Education or Federal Student Aid • Whether any fees would be charged to the customer upfront: 800 dollars. • At least one e-mail or document showing the company's use of the Department's name and/or seal: NA -- Information Source: Phone -- Complaint Type: Repaying Student Financial Aid - Third-Party Debt Relief -- Education Benefits Used: None; No -- Financial Year: 2019 -- Status: Closed - Referred -- Consumer Desired Resolution: Referred within the Department of Education -- Case Closed Date: 06/26/2019 -- Loan Award Year: 2018-2019 -- Consumer Desired Outcome: Customer wants to file complaint about third party company. -- Referred To: Not Listed -- Updates: 6/25/2019: Call - Inbound - Have you contacted the entity associated with your issue: Yes Have you contacted the Department of Education regarding this issue: Yes Please describe details of your issue: The customer called and stated that he has been scammed possibly. A company called EDU Doc Support from CA contacting him. He said that they were going to charge 800 dollars upfront to put him on a plan to reduce his loans by 8,000 dollars. He changed his password, his credit card, and he notified his loan servicer, Nelnet. He wants to make sure that his SSN is safe and the company will not do anything on his behalf. Call Notes: I advised there is not a consolidation application on file. I advised he would need need to work with Nelnet regarding his loans. He thanked me. • Name, phone number, and address for company: EDU Doc Support • Name of representative with whom they spoke or e-mailed: jimmy@edudocsupport.com • Date and approximate time of call or e-mail • The company's stated purpose for the call or e-mail • Specific details concerning any and all instances in which the company referenced the Department of Education or Federal Student Aid • Whether any fees would be charged to the customer upfront • At least one e-mail or document showing the company's use of the Department's name and/or seal. |

| | | | |
|---|---|---|---|
| **Complaint disposition provided?:** | Yes | | |
| **Complaint Disposition:** | Complaint Issue/Communication Channel (WebForm, Chat, or Telephone): Customer wants to file complaint about third party company that contacted him. Research Summary: NSLDS shows loans with ED-Nelnet. Results: ED-Nelnet is the only company that the customer needs to work with regarding payments. Next Steps: Customer may contact ED-Nelnet regarding his payment/forgiveness options. Sources: NA | | |
| **Data Reference:** | More Information on Data Contributor Complaints? (../HelpFiles/DoEdCommentsLegend.pdf) | **Load Date:** | 07/01/2019 10:04:54 PM |
| **Created By:** | USEDU-USER | **Created Date:** | 06/25/2019 12:00:00 AM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | U.S. Department of Education | **Product Service Description:** | Lending: Student Loans |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 06/25/2019 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |
| **Statute/Rule:** | | **Law Violation:** | |
| **Topic:** | | **Dispute with Credit Bureau?:** | |
| **Dispute with Credit Bureau - Responded?:** | | **Dispute with Credit Bureau - Resolved to Satisfaction?:** | |
| **Member of armed forces or dependent?:** | | **Cross Border Complaint?:** | No |
| **Consumer Information** | | | |

| Consumer Small Business or Organization: | | | |
|---|---|---|---|
| **First Name:** | ██████ | **Last Name:** | █████ |
| **Address 1:** | ████████████ | **Address 2:** | |
| **City:** | Elgin | **State:** | Illinois |
| **Zip:** | 60123 | **Country:** | UNITED STATES |
| **Home Number:** | | **Cell Number:** | |
| **Work Number:** | | **Ext:** | |
| **Fax Number:** | | **Email:** | ████████@gmail.com |
| **Age Range:** | | **Military Service Branch:** | |
| **Soldier Status:** | | **Soldier Station:** | |

| Record # 1 / 109111723 / Consumer Sentinel Network Complaint | | | |
|---|---|---|---|
| **Reference Number:** | 109111723 | **Originator Reference Number:** | 190705-4203324 |
| **Language:** | English | **Contact Type:** | Complaint |
| **Source:** | Organization | **DNC?:** | No |
| **Comments:** | CFPB Issue Type: Dealing with your lender or servicer \| Received bad information about your loan --- What Happened: A representative from EDU Doc Supportcalled stating they can get me into a programto consolidate my loans and lower mypayments by $120 a month. They stated thefirst 4 payments would go towards a fee forthis service. I have made 1 payment on6/1/2019 through my debit card and 1payment on 7/1/2019 that is being disputedby my bank. Both payments were $199.75. Icontacted my student loan companyAmerican Education Services and they saidthe loans had not been moved to a differentcompany or consolidated to make a lowerpayment but they were in deferment becauseI'm in school part time. They informed methat this was part of a scam becauseconsolidating is done through education.govand is free. The phone calls and emailsbegan in May and that is when I stoppedpaying on my student loans. --- Have contacted: CC Issuer --- Fair Resolution: Resolution would include repayment of all monies lost plus $200 for time wasted dealing with the aftermath, closing the company and jail time for the representatives involved. | | |
| **Complaint disposition provided?:** | | | |
| **Complaint Disposition:** | | | |
| **Data Reference:** | | **Load Date:** | 07/10/2019 12:22:16 AM |
| **Created By:** | CFPB-USER | **Created Date:** | 07/05/2019 1:14:29 PM |
| **Updated By:** | | **Updated Date:** | |
| **Complaint Source:** | Consumer Financial Protection Bureau | **Product Service Description:** | Lending: Student Loans |
| **Amount Requested:** | | **Amount Paid:** | |
| **Payment Method:** | | **Agency Contact:** | External Agency |
| **Complaint Date:** | 07/05/2019 | **Transaction Date:** | |
| **Initial Contact:** | | **Initial Response:** | |

| Statute/Rule: | | Law Violation: | |
|---|---|---|---|
| Topic: | | Dispute with Credit Bureau?: | |
| Dispute with Credit Bureau - Responded?: | | Dispute with Credit Bureau - Resolved to Satisfaction?: | |
| Member of armed forces or dependent?: | | Cross Border Complaint?: | No |
| **Consumer Information** | | | |
| Consumer Small Business or Organization: | | | |
| First Name: | ▉ | Last Name: | ▉ |
| Address 1: | ▉ | Address 2: | |
| City: | Memphis | State: | Tennessee |
| Zip: | 38104 | Country: | UNITED STATES |
| Home Number: | ▉ | Cell Number: | |
| Work Number: | | Ext: | |
| Fax Number: | | Email: | ▉@yahoo.com |
| Age Range: | 30 - 39 | Military Service Branch: | |
| Soldier Status: | | Soldier Station: | |
| **Subject** | | | |
| Subject: | Edu Doc Support | Normalized Name: | Edu Doc Support |
| Address 1: | | Address 2: | |
| City: | | State/Prov: | |
| ZIP: | | Country: | UNITED STATES |
| Email: | | URL: | |
| Phone Number: | | Ext: | |

| Subject ID Type: | | Subject ID Issuer State: | |
|---|---|---|---|
| Subject ID Issuer Country: | | | |

# Attachment D

(800)
470-
8957



Learn More About Loan Forgivness

## Available Options

**Edu Doc Support will help you find the perfect solution, making the process both easy and simple. Contact a specialist at Edu Doc Support now for a no cost, no obligation consultation.**

Public Service Loan Forgiveness Instant Assessment

Teacher Loan Forgiveness Instant Assessment

Income Driven Payment Calculator

Refinance Benefits Calculator

## Our Services

## Helping You Find the Right Loan Programs.

The government has passed laws to help you consolidate your student loans. Some borrowers may even qualify for total forgiveness or a deferment of up to 3-years.



### LOAN REVIEW

It's simple. Speak to a EDU Doc Support advisor to view your loans to help determine which program(s) you may qualify for.



### REVIEW PROGRAM OPTIONS

We will review your current loan status, as well as your financial situation to ensure that you find the best program offered by the U.S. Department of Education.



### DOCUMENT PREPARATION

We will help you organize, prepare, and get the documents you need ready for you to apply and submit for your loan review.



### ENJOY NEW PAYMENT

Even after you submit your loan documents that we prepared for you, we will still be with you each step of the way and ready to help answer any questions you may have.

## About Us

### Our Mission

Our mission is to help clients establish a better position to make decisions about their financial future.

### Our Purpose

Our purpose is to offer the knowledge and proficiency to student loan borrowers that are needed to achieve financial freedom.

### Our Focus

Our focus is making the process fast, simple, and easy. We will educate you and stick by your side throughout the whole process!

# Contact Us

Name*

Phone Number*

Email*

Message

# EDU DOC SUPPORT

16480 Harbor Blvd. Suite 202
Fountain Valley, CA 92708

TEL: (800) 470-8957
FAX: (949) 873-0376

EMAIL: INFO@EDUDOCSUPPORT.COM

DISCLAIMER: EDU DOC SUPPORT IS A PRIVATE COMPANY AND IS NOT AFFILIATED WITH THE US FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES. EDU DOC SUPPORT IS NOT A LOAN SERVICE NOR IS IT AN ORIGINATOR. EDU DOC SUPPORT HELPS OBTAIN FEDERAL GOVERNMENT STUDENT LOAN FORGIVENESS OR CONSOLIDATION BY PREPARING DOCUMENTATION FOR OUR CUSTOMERS TO  SUBMIT. PEOPLE WITH STUDENT LOAN DEBT HAVE THE LEGAL RIGHT TO USE AN ATTORNEY OR PREPARE FEDERAL STUDENT LOAN SERVICES DOCUMENTATION ON THEIR OWN BEHALF.

Copyright © 2018 EDU Doc Support Powered By EDU Doc Support