**DECLARATION OF JESSE STEWART**
**PURSUANT TO 28 U.S.C. § 1746**

I, Jesse Stewart, hereby state that I have firsthand knowledge of the matters set forth below and could and would testify to them competently if called as a witness:

1. I am a citizen of the United States and am over the age of eighteen (18). I am employed as a Senior Litigation Counsel with the Consumer Financial Protection Bureau (Bureau) in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20522. I am an attorney for the Bureau as Plaintiff in the above-captioned case, appearing *pro hac vice*.

2. This declaration is submitted in support of Plaintiffs' Opposition to Edu Doc Support, LLC's *Ex Parte* Application to Challenge Receiver's Determination and for an Order Directing Receiver to Release Assets and Business Software (Application).

3. On November 4, 2019, Brent Phillips, counsel to Edu Doc Support, contacted Bureau counsel for the first time regarding this matter.

4. On November 5, 2019, Counsel of record for Plaintiffs spoke to Mr. Phillips by phone. During that call, Plaintiffs told Mr. Phillips that Edu Doc Support's website includes consumer testimonials identical to ones that have appeared on websites used by the Defendants.

5. When Plaintiffs asked Mr. Phillips to explain why Edu Doc Support has identical consumer testimonials if it is unrelated to the student-loan debt-relief companies at issue in this case, Mr. Phillips initially stated that the testimonials were created by the same web developer used by the Defendants. Later during the same call, Mr. Phillips claimed to have no knowledge regarding the information on his client's website.

6. Plaintiffs reiterated their request for Mr. Phillips to provide information regarding why Edu Doc Support's website contains testimonials that have appeared on Defendants' websites, even though it claims to be unrelated. As of this filing, Edu Doc Support has not provided any such information to Plaintiffs.

7. Other than the materials filed with this Court, Edu Doc Support has not provided the Bureau with any information in support of its position.

8. In addition, we notified Mr. Phillips via emails of November 4 and 5, 2019, that Edu Doc Support's Application attaches the Court's October 21, 2019 Temporary Restraining Order, which is still sealed on the docket.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November, 2019, at Silver Spring, Maryland.

*/s/ Jesse Stewart*
Jesse Stewart