| *Attorney or Party without Attorney:*<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>Sarah Preis (Pro Hac Vice application pending) (997387)<br>1700 G STREET, NW<br>WASHINGTON, DC 20552<br>Telephone No: (202) 435-9318<br><br>*Attorney For:* Plaintiff | | *For Court Use Only* |
|---|---|---|
| | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>The United States District Court for the Central District of California | | |
| *Plaintiff:* Bureau of Consumer Financial Protection, et al.<br>*Defendant:* Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:19-cv-01998 JVS (JDEx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint; Plaintiff's Ex Parte Application for Leave to File Case under Temporary Seal; See attached lists of additional documents served

3. a. Party served:    TUONG NGUYEN, individually
   b. Person served:   TUONG NGUYEN, individually

4. Address where the party was served:   1704 S. GRANADA AVENUE
                                         ALHAMBRA, CA 91801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party on: Wed, Oct 23 2019 at: 02:47 PM

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   d. *The Fee for Service was:*

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

10/24/2019

(Date)                                                    (Signature)



PROOF OF SERVICE

3914865
(375194)

# Bureau of Consumer Financial Protection v. Consumer Advocacy Center, Inc.
## United States District Court, Central District of California
### Case No.: 8:19-cv-01998 JVS (JDEx)

## Additional Documents Served

1. Summons;
2. Plaintiff's Ex Parte Application for Leave to File Case under Temporary Seal;
3. Complaint;
4. Civil Cover Sheet;
5. Initial Order following filing of Complaint Assigned to Judge Selna;
6. Application for Pro Hac Vice;
7. Plaintiff's Ex Parte Application for TRO, Exhibit cover sheets;
8. Exhibit CD or volumes;
9. [Proposed] Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and other Equitable Relief, and Order to Show Cause why a Preliminary Injunction should not issue;
10. [Proposed] Amended Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of a Receiver, and other Equitable Relief, and Order to Show Cause why a Preliminary Injunction should not issue;
11. Plaintiff's Ex Parte Application and Memorandum in Support of Relief from Local Rule 11-6 Regarding Page Limitations for Memorandum of Points and Authorities in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order;
12. Plaintiff's Recommendation for the Appointment of a Temporary Receiver;
13. Order Granting Plaintiff's Ex Parte Application for Leave to File Case Under Temporary Seal;
14. Order Relieving Plaintiff of the Notice Requirement;
15. Order Granting Plaintiff's Ex Parte Application for Relief from Local Rule 11-6 Regarding Page Limitations;

16. Ex Parte Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and other equitable relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue; and
17. Notice of Assignment to United States Judges.

**LAW ENFORCEMENT CONFIDENTIAL**
*Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al.* *SEALED CASE* (8:19-cv-01998-JVS-JDE)

<u>Plaintiff States' Documents for Service</u>

1. Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
2. Memorandum of Points and Authorities in Support of Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
3. Declarations in Support of States' *Ex Parte* Application
4. [Proposed] Order Granting Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
5. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Michael T. Henry)
6. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Michael T. Henry)
7. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Margaret Lynne Weaver)
8. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Margaret Lynne Weaver)
9. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Evan S. Romanoff)
10. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Evan S. Romanoff)