**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *pro hac vice*)
Tel: (202)-435-9651 / Email: jesse.stewart@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788

*Attorneys for Plaintiffs the Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>    Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>**Hon. James V. Selna**<br>**Courtroom 10C**<br><br>**DECLARATION OF SERVICE ON DEFENDANTS**<br><br>Date/Time: Under Submission<br>Courtroom: 10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set |

1

## DECLARATION OF SARAH PREIS
## PURSUANT TO 28 U.S.C. §1746 AND LOCAL RULE 5-3.1

I certify, pursuant to Local Rule 5-3.1.1, that the documents identified in Attachment A were presented to the Clerk for filing in paper format and were served on the following Defendants on the dates indicated below:

1. True Count Staffing Inc., d/b/a SL Account Management on October 23, 2019, via personal service on counsel, Witt Chang, and Christian Sangalang.

2. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, on October 24, 2019, through its bankruptcy trustee, Sonya Salkin Slott, Esq., The Salkin Law Firm, 950 South Pine Island Rd. Suite A150, Plantation, FL 33324, and the trustee's counsel, Glenn D. Moses, Esq., 100 SE 2nd Street, Suite 440 Miami, FL 33131 via UPS overnight delivery. The Notice to Parties of Court-Directed ADR Program and Notice of Assignment to United States Judges were sent via email to Glenn Moses (gmoses@gjb-law.com) and Sonya Salkin Slott (sonya@msbankrupt.com) on November 6, 2019.

2. Albert Kim (aka Albert King), Prime Consulting, and Infinite Management Corporation on October 24, 2019, through their attorney at the time, Laurel Loomis Rimon, Esq., O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC  20006, via UPS overnight delivery.

3. Kaine Wen (aka Wenting Kaine Dai, Wen Ting Dai, Kaine Wen Dai), and Hold The Door, Corp., on October 25 & 28, 2019, respectively, through their attorney, Gerald S. Sachs, Esq., Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001 via UPS overnight delivery.

4. TN Accounting Inc., on October 29, 2019, through its attorney, Keri Axel, Esq., Baker Marquart LLP, 777 S. Figueroa Street, Suite 2850, Los Angeles, California 90017 via UPS overnight delivery. The Notice to Parties of Court-Directed ADR Program and Notice of Assignment to United States Judges for service on Tuong Nguyen and TN Accounting Inc. were included in this mailing.

2

5.   The Notice to Parties of Court-Directed ADR Program and Notice of Assignment to United States Judges were sent to counsel for Albert Kim, Kaine Wen, True Count Staffing Inc., Prime Consulting LLC, Hold the Door, Corp., and Infinite Management Corporation on October 28, 2019 via UPS overnight delivery to Gerald S. Sachs, Esq., Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001 via UPS overnight delivery.

Dated: November 7, 2019

Sarah Preis (admitted *pro hac vice*)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

*Attorney for Plaintiff Bureau of Consumer Financial Protection*

3