# ATTACHMENT A

1. Complaint
2. *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
3. Summons in a Civil Action
4. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Jesse Stewart)
5. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Sarah Preis)
6. Civil Cover Sheet (8:19-cv-01998 JVS (JDEx)
7. Initial Order Following Filing of Complaint Assigned to Judge Selna
8. Order Granting Plaintiffs' *Ex Parte* Application for Leave to File Case Under Temporary Seal
9. Order Granting Plaintiffs' *Ex Parte* Application for Relief from Local Rule 11-6 Regarding Page Limitations for Memorandum of Points and Authorities in Support of *Ex Parte* Application for Temporary Restraining Order
10. Order Relieving Plaintiff of the Notice Requirement [sic] Under Fed. R. Civ. P. 65(b)(1) and Civ. L.R. 7.19-2
11. Plaintiff's *Ex Parte* Application for Temporary Restraining Order with Asset Freeze and Other Equitable Relief and Order to Show Cause Why Preliminary Injunction Should Not Issue
12. Plaintiff's *Ex Parte* Application for Leave to File Case Under Temporary Seal
13. Plaintiff's *Ex Parte* Application and Memorandum in Support for Relief from Local Rule 11-6 Regarding Page Limitations for Memorandum of Points and Authorities in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order
14. Plaintiff's Recommendation for the Appointment of a Temporary Receiver
15. [Proposed] *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relieve, and Order to Show Cause Why a Preliminary Injunction Should Not Issue
16. Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
17. Memorandum of Points and Authorities in Support of Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
18. Declarations in Support of States' *Ex Parte* Application
19. [Proposed] Order Granting Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
20. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Michael T. Henry)
21. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Michael T. Henry)
22. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Margaret Lynne Weaver)
23. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Margaret Lynne Weaver)

24. Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Evan
    S. Romanoff)
25. Proposed Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Evan S. Romanoff)
26. Order Granting Plaintiff States' *Ex Parte* Application to Join in Bureau's *Ex Parte* Application for Temporary Restraining Order
27. Plaintiff Exhibits 1-66 (encrypted disk)