Name and address:
Glenn D. Moses, Esq.
Genovese Joblove & Battista
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
Fax: 305-428-8807
Email: gmoses@gjb-law.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.,

Plaintiff(s)

v.

CONSUMER ADVOCACY CENTER INC. d/ba PREMIER STUDENT LOAN CENTER, et al.,

Defendant(s).

CASE NUMBER

8:19-cv-01998-JVS (JDEx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Moses, Glenn D.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*
305-349-2300                    305-428-8807
*Telephone Number*        *Fax Number*
gmoses@gjb-law.com
*E-Mail Address*

Genovese Joblove & Battista, PA
100 SE 2nd Street, Suite 4400
Miami, Florida 33131

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Sonya S. Slott, Chapter 7 Trustee for Consumer Advocacy Center, Inc.

*Name(s) of Party(ies) Represented*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Boykins, Tahir L.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*
323441              310-712-6100              310-712-6199
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
tboykins@kelleydrye.com
*E-Mail Address*

Kelley Drye & Warren LLP
10100 Santa Monica Blvd., Suite 2300
Los Angeles, CA 90067

*Firm/Agency Name & Address*

## HEREBY ORDERS THAT the Application be:

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**