Name and address:
Glenn D. Moses, Esq.
Genovese Joblove & Battista
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
Fax: 305-428-8807
Email: gmoses@gjb-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-01998-JVS (JDEx) |
| v. CONSUMER ADVOCACY CENTER INC. d/ba PREMIER STUDENT LOAN CENTER, et al., Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Moses, Glenn D.
*Applicant's Name (Last Name  First Name & Middle Initial)*

of

Genovese Joblove & Battista, PA
100 SE 2nd Street, Suite 4400
Miami, Florida 33131

305-349-2300 — *Telephone Number*
305-428-8807 — *Fax Number*
gmoses@gjb-law.com — *E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Sonya S. Slott, Chapter 7 Trustee for Consumer Advocacy Center, Inc.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Boykins, Tahir L.
*Designee's Name (Last Name  First Name & Middle Initial)*

of

Kelley Drye & Warren LLP
10100 Santa Monica Blvd., Suite 2300
Los Angeles, CA 90067

323441 — *Designee's Cal. Bar No.*
310-712-6100 — *Telephone Number*
310-712-6199 — *Fax Number*
tboykins@kelleydrye.com — *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: ____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  11/12/19

*/s/ James V. Selna*
**U.S. District Judge** James V Selna

G 64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1