VENABLE LLP
Allyson B. Baker (*admitted p.h.v.*)
  abbaker@venable.com
Gerald S. Sachs (*admitted p.h.v.*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for True Count Staffing, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>            Plaintiffs,<br><br>       v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>            Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>            Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Action Filed:         October 21, 2019<br>Complaint Served: October 23, 2019<br>Response Due:     November 13, 2019<br>New Resp. Date:  December 13, 2019 |

Plaintiffs Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California (together, "Plaintiffs") and defendants True Count Staffing, Inc. and Tuong Nguyen (together, "Stipulating Defendants") hereby submit this Stipulation pursuant to Local Rule 8-3 as follows:

1. WHEREAS plaintiffs filed this action on October 21, 2019, and served the complaint on Stipulating Defendants on October 23, 2019;

2. WHEREAS, Stipulating Defendants' response to the complaint is currently due on November 13, 2019;

3. WHEREAS the parties have agreed that Stipulating Defendants' last day to answer, move, or otherwise respond to the complaint shall be extended to December 13, 2019, and such an extension does not extend the time for Stipulating Defendants to respond to the complaint by more than a cumulative total of thirty (30) days from the date its response initially would have been due on November 13, 2019;

4. WHEREAS no dates have been set for discovery cut-off, pretrial conference, or trial;

5. WHEREAS good cause exists for this Stipulation as the parties currently are in the process of negotiating a stipulated preliminary injunction; and

6. WHEREAS this is the first stipulation for an extension of the deadline for Stipulating Defendants' response to the complaint, and TCS has not previously requested any extension from the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:

Stipulating Defendants' new deadline to respond to the complaint in the above-captioned matter is December 13, 2019.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 13, 2019 | BUREAU OF CONSUMER FINANCIAL PROTECTION |
| 2 | | |
| 3 | | By: /s/ Sarah Preis |
| 4 | | Sarah Preis (admitted p.h.v.) Jesse Stewart |
| 5 | | Attorneys for Bureau of Consumer Financial Protection |
| 6 | Dated: November 13, 2019 | KEITH ELLISON |
| 7 | | Attorney General of Minnesota |
| 8 | | By: /s/ Evan Romanoff |
| 9 | | Evan Romanoff, Assistant Attorney General (admitted p.h.v.) |
| 10 | | Attorneys for the State of Minnesota |
| 11 | Dated: November 13, 2019 | JOSHUA H. STEIN |
| 12 | | Attorney General of North Carolina |
| 13 | | By: /s/ M. Lynne Weaver |
| 14 | | M. Lynne Weaver, Special Deputy Attorney General (admitted p.h.v.) |
| 15 | | Michael T. Henry (admitted p.h.v.) Attorneys for the State of North Carolina |
| 16 | | |
| 17 | Dated: November 13, 2019 | MICHAEL N. FEUER |
| | | Los Angeles City Attorney |
| 18 | | |
| 19 | | By: /s/ Christina V. Tusan |
| 20 | | Michael N. Feuer, City Attorney Mary C. Molidor, Chief Assistant City Attorney |
| 21 | | Christina V. Tusan, Supervising Deputy City Attorney |
| 22 | | Attorneys for the People of the State of California |
| 23 | Dated: November 13, 2019 | VENABLE LLP |
| 24 | | |
| 25 | | By: /s/ Witt W. Chang |
| | | Allyson B. Baker (admitted p.h.v.) |
| 26 | | Gerald S. Sachs (admitted p.h.v.) Witt W. Chang |
| 27 | | Attorneys for True Count Staffing, Inc. |
| 28 | | |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

| | |
|---|---|
| Dated: November 13, 2019 | BAKER MARQUARDT LLP |
| | By: /s/ Keri Curtis Axel |
| | Keri Curtis Axel |
| | Attorneys for Tuong Nguyen |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that Sarah Preis, counsel for the Bureau of Consumer Financial Protection, Evan Romanoff, counsel for the State of Minnesota, M. Lynne Weaver, counsel for the State of North Carolina, and Christina Tusan, counsel for the People of the State of California, concur in the content of this filing and have authorized this filing.

| | |
|---|---|
| Dated: November 13, 2019 | VENABLE LLP |
| | By: /s/ Witt W. Chang |
| | Allyson B. Baker (admitted p.h.v.) |
| | Gerald S. Sachs (admitted p.h.v.) |
| | Witt W. Chang |
| | Attorneys for True Count Staffing, Inc. |