# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> CONSUMER ADVOCACY CENTER INC., et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 8:19–cv–01998–JVS–JDE <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  ___11/13/2019___

Document Number(s):  ___95___

Title of Document(s):  ___Notice of Appearance___

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ November 14, 2019 _          By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**