# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection et al<br><br>PLAINTIFF(S)<br>v.<br>Consumer Advocacy Center Inc. et al<br><br>DEFENDANT(S) | **CASE NUMBER**<br>8:19-cv-01998-JVS-JDE<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☒ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: Notice of Deficiency in Electronically Filed Pro Hac Vice Application

Filed date: 11/13/19    Document Number(s): 93

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Attorney listed the full name of the party on the phv application, but this clerk did not see the entire name. Party name is consistent on the application and proposed order.

CLERK, U.S. DISTRICT COURT

Date: 11/14/19        By: Lupe_Thrasher@cacd.uscourts.gov
                          Deputy Clerk

G-11 (03/19)                NOTICE OF CLERICAL ERROR