FELIX T. WOO (SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone:  (213) 335-3960
Facsimile:   (213) 344-4498

Attorney for Non-Party Witness
JIMMY LAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>　　　　　　　　Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>　　　　　　　　Relief Defendants. | Case No. 8:19-cv-01998-JVS (JDEx)<br><br>**NOTICE OF WITHDRAWAL OF DECLARATION OF JIMMY LAI**<br><br>Date:　　November 18, 2019<br>Time:　　3:00 p.m.<br>Crtrm:　　10C<br><br>Action Filed: October 21, 2019<br>Trial Date: None set<br><br>Hon. James V. Selna |

The undersigned counsel for Jimmy Lai, a non-party to this case who submitted a declaration (Dkt. 54), states as follows:

1. On October 27, 2019, the Receiver served a deposition subpoena on Mr. Lai and that deposition was mutually scheduled for November 13, 2019.

2. On November 10, 2019, Mr. Lai's counsel informed the Receiver's office that Mr. Lai would withdraw his declaration, and the Receiver's office in turn agreed to take Mr. Lai's deposition off calendar.

3. I have notified Defendants' counsel of the arrangement Mr. Lai reached with the Receiver described above and indicated to all parties that Mr. Lai has withdrawn his declaration, and he does so formally with this filing.

Dated: November 15, 2019　　　　　　　FTW LAW GROUP

By: /s/ Felix T. Woo
　　　Attorney for Non-Party Witness
　　　JIMMY LAI