SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>**NOTICE OF FILING STIPULATION AND OF LODGING PROPOSED PRELIMINARY INJUNCTION ORDER**<br><br>Court:   Hon. James V. Selna<br>         Courtroom 10C<br><br>Hearing: November 18, 2019 at 3:00 pm |

Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby files the attached Stipulation as to Entry of Preliminary Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, as agreed by counsel for Defendants True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim; Kaine Wen; Tuong Nguyen; Infinite Management Corp., a/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc. (Stipulating Defendants). Also attached is the [Proposed] Stipulated Preliminary Injunction (Proposed Order) agreed to by the Plaintiffs and the Stipulating Defendants.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center (CAC), through counsel for the Chapter 7 Trustee Sonya Salkin Slott (Chapter 7 Trustee), has not stipulated to the Proposed Order. The Bureau nonetheless proposes entry of the Proposed Order as to all Defendants, including because the Chapter 7 Trustee has not timely responded to the Court's October 21, 2019 *Ex Parte* Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (ECF 24), as extended by the Court's November 1, 2019 Order (ECF).

Dated: November 15, 2019          Respectfully submitted,

/s/ Sarah Preis
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Fax: (202) 435-9346
Email: sarah.preis@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection