KERI CURTIS AXEL (Bar No. 186847)
  kaxel@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800

*Attorneys for Defendant Tuong Nguyen and TN Accounting, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California Michael N. Feuer, Los Angeles City Attorney,<br><br>      Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc, d/b/a Premier Student Loan Center; True Count Staffing, Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert King, Kaine Wen a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>      Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br>      Relief Defendants. | Case No.: 8:19-CV-01998-JVS(JDEX)<br><br>**UNOPPOSED *EX PARTE* APPLICATION TO TAKE OFF CALENDAR THE HEARING ON ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE; [PROPOSED] ORDER**<br><br>Assigned to:  Hon. James V. Selna<br>Courtroom:    10C |

EX PARTE APPLICATION

1  Defendants True Count Staffing, Inc., d/b/a SL Account Management, Prime
2  Consulting LLC, d/b/a Financial Preparation Services, Albert Kim aka Albert King,
3  Kaine Wen a/k/a Wenting Kaine Dai aka Wen Ting Dai aka Kaine Wen Dai, and
4  Tuong Nguyen, a/k/a Tom Nelson; and Relief Defendants Infinite Management
5  Corp., f/k/a Infinite Management Solutions, Inc., Hold the Door, Corp., and TN
6  Accounting, Inc. (collectively, "Stipulating Defendants") hereby submit this *Ex
7  Parte* Application to Take Off Calendar the Hearing on the Order to Show Cause
8  Why Preliminary Injunction Should Not Issue.  In light of the agreement between
9  the Plaintiffs and the Stipulating Defendants to a Stipulated Preliminary Injunction,
10  the defendants submit there is no need for a hearing on the Order to Show Cause
11  Why Preliminary Injunction Should Not Issue, and ask the Court to take off calendar
12  the November 18, 2019 hearing.

The Stipulating Defendants have inquired of the plaintiffs, and the plaintiffs have informed them that they do not oppose this *ex parte* application.

Dated: November 15, 2019        BAKER MARQUART LLP


By: */s/ Keri Curtis Axel*
Keri Curtis Axel

Attorneys for Defendant Tuong Nguyen and
Relief Defendant TN Accounting, Inc.

| | | |
|---|---|---|
| 1 | Dated: November 15, 2019 | VENABLE LLP |
| 2 | | By:*/s/ Witt W. Chang* |
| 3 | | Witt W. Chang |
| 4 | | Allison B. Baker |
| | | Gerald S. Sachs |
| 5 | | |
| 6 | | Attorneys for Defendants True Count Staffing, Inc. dba SL Account Management; Prime Consulting, LLC dba Financial Preparation Service; Albert Kim aka Albert King; Kaine Wen aka Wenting Kaine Dai aka Wen Ting Dai aka Kaine Wen Dai; Infinite Management Corp. *Relief Defendant* fka Infinate Management Solutions, Inc.; and Hold The Door, Corp. *Relief Defendant* |