1

2

3

4

5

6  UNITED STATES DISTRICT COURT

7  FOR THE CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California Michael N. Feuer, Los Angeles City Attorney,<br><br>      Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc, d/b/a Premier Student Loan Center; True Count Staffing, Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert King, Kaine Wen a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>      Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br>      Relief Defendants. | Case No.: 8:19-CV-01998-JVS(JDEX)<br><br>**ORDER TAKING HEARING RE ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE OFF CALENDAR**<br><br>Assigned to:  Hon. James V. Selna<br>Courtroom:   10C |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

The Court, having considered Defendant's *Ex Parte* Application to Take Off Calendar the Hearing on the Order to Show Cause Why Preliminary Injunction Should Not Issue, and finding good cause, hereby GRANTS the application and ORDERS that the hearing be taken off calendar.

IT IS SO ORDERED.


DATED:  November 15, 2019

_____

Hon. James V. Selna

United States District Judge