SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>***EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL AND TO WAIVE NOTICE REQUIREMENTS**<br><br>Court:   Hon. James V. Selna<br>              Courtroom 10C |

Pursuant to Local Civil Rule 79-5, Plaintiff Bureau of Consumer Financial Protection (the Bureau) applies *ex parte* for an order granting leave to file certain documents under seal, including the attached Declaration of Sarah Preis (Preis Declaration) and the documents described therein. The Bureau's basis for this application is set forth in the Preis Declaration.  Further, pursuant to Local Civil Rule 7-19.2, the Bureau respectfully requests that the Court waive the notice requirement of Local Civil Rule 7-19.1, the reasons for which are set forth in the Preis Declaration. A proposed order to file under seal and for relief from service has been filed concurrently.

Dated: November 15, 2019          Respectfully submitted,


/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
(admitted *pro hac vice*)
*Enforcement Attorney*
Email: jesse.stewart@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

**EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL AND TO WAIVE NOTICE REQUIREMENTS**