# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 JVS-JDEx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL AND TO WAIVE NOTICE REQUIREMENTS** |

This Court, having considered Plaintiff's *Ex Parte* Application for Leave to File Under Seal and to Waive Notice Requirements, and compelling reasons having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

hereby **GRANTS** Plaintiff's *Ex Parte* Application.

**IT IS THEREFORE ORDERED** that for good cause shown and in the interest of justice, Plaintiff's *Ex Parte* Application is granted in full. The Declaration of Sarah Preis

1 | and the documents identified therein shall be filed under seal and the Bureau is hereby
2 | relieved of the notice requirement of Local Civil Rule 7-19.1 until this sealing order is
3 | lifted.
4 |
5 | **SO ORDERED** at this ____ day of _____, 2019.
6 |
7 | _____
8 | Honorable James V. Selna
  | United States District Judge