SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>**DECLARATION OF SARAH PREIS IN SUPPORT OF *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL AND TO WAIVE NOTICE REQUIREMENTS**<br><br>**[FILED UNDER SEAL]**<br><br>Court:   Hon. James V. Selna<br>         Courtroom 10C |

1

**PREIS DECLARATION [FILED UNDER SEAL]**

I, Sarah Preis, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney for the Bureau of Consumer Financial Protection (Bureau), an agency of the United States and the Plaintiff in this lawsuit. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

2. On October 22, 2019, the United States Attorney's Office for the Central District of California provided counsel for the Bureau with a copy of the Complaint in *United States of America ex rel. Frank Hernandez v. Premier Student Loans, Inc., et al.*, Case No. SA CV 19-01251 MWF (KSx) ("*Relator* action") (under seal).

3. On November 5, 2019, the United States Attorney's Office for the Central District of California (USAO) provided counsel for the Bureau with a copy of a Notice of Related Case filed in the *Relator* action.

4. As of November 6, 2019, the USAO had not intervened in the *Relator* action and counsel for the USAO stated that it has until February 2020 to do so.

5. Counsel for the USAO indicated that the USAO has not informed the Bureau's co-plaintiffs in this matter, namely the State of Minnesota, the State of North Carolina, and the People of the State of California, of the existence of the *Relator* action, and that in order to do so it would need to seek a partial unsealing of the *Relator* action.

6. Upon information and belief, to date the USAO has not sought a partial unsealing of the *Relator* action, and therefore that action remains entirely under seal pursuant to 31 U.S.C. § 3730(b)(2).

7. In order to avoid disclosure of the sealed *Relator* action and to comply with 31 U.S.C. § 3730(b)(2), the Bureau is requesting that this declaration, the Notification of Filing, and the Notice of Related Case in the *Relator* action be placed under seal, and

that the notice requirements with respect to these filings be waived as to all other parties, until such time as the *Relator* Complaint is unsealed.

8. Counsel for the Bureau will take appropriate action to notify the Court when they become aware of the *Relator* Complaint having been unsealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November, 2019, at Washington, D.C.

_____
Sarah Preis