# Exhibit A

| | |
|---|---|
| **From:** | Baker, Allyson B. |
| **Sent:** | Monday, November 18, 2019 3:31 PM |
| **To:** | Stewart, Jesse (CFPB); Chang, Witt W.; Preis, Sarah (CFPB) |
| **Cc:** | Sachs, Gerald S. |
| **Subject:** | RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration |
| **Categories:** | TCS |

Sarah & Jesse:  We are renewing our request to be provided with a copy of the document that you have filed under seal.  Again, we are parties to the case and entitled to see any documents filed with the Court, and, of course, if they are filed under seal, that means that they are not public – but it does not mean that parties to the case are prohibited from viewing these documents.  Please provide us with a copy of the documents as soon as possible.  Thanks very much.  Allyson.

**Allyson B. Baker, Esq. | Venable LLP**
**t** 202.344.4708 **| f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ABBaker@Venable.com **|** www.Venable.com

**From:** Baker, Allyson B.
**Sent:** Friday, November 15, 2019 9:38 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Jesse: Are you seeking in camera review or under seal treatment. Please review the LR, as I think that you likely required to share your filing with us. Thx very much. Allyson

Allyson B. Baker
Venable LLP
(202) 344-4708 (ph)
abaker@venable.com


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Date:** Friday, Nov 15, 2019, 9:36 PM
**To:** Baker, Allyson B. <ABBaker@Venable.com>, Chang, Witt W. <WWChang@Venable.com>, Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Dear Allyson and Witt,

The application sought leave to file under seal and for relief from the notice requirements under the local rules. At this time, we will not be providing more than what is available on the public docket.

Thank you,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Baker, Allyson B. <ABBaker@Venable.com>
**Sent:** Friday, November 15, 2019 8:34 PM
**To:** Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration
**Importance:** High

Sarah and Jesse: Please send us what you filed under seal as soon as possible. As parties to the case, per the LR and FRCP, we are allowed to receive what is filed under seal simultaneously. Indeed, generally such motions to file under seal have a meet and confer obligation, as well. Thanks very much. Allyson

Allyson B. Baker
Venable LLP
(202) 344-4708 (ph)
abaker@venable.com


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Chang, Witt W. <WWChang@Venable.com>
**Date:** Friday, Nov 15, 2019, 7:09 PM
**To:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>, Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Baker, Allyson B. <ABBaker@Venable.com>, Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** FW: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Sarah/Jesse, please send us this declaration as soon as possible. Thanks.


Witt W. Chang, Esq. | t 310.229.0366 | wwchang@venable.com

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, November 15, 2019 3:44 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Stewart, Jesse on 11/15/2019 at 3:43 PM PST and filed on 11/15/2019

**Case Name:**   Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al
**Case Number:**   8:19-cv-01998-JVS-JDE
**Filer:**   Bureau of Consumer Financial Protection
**Document Number:** 105

**Docket Text:**
**SEALED DECLARATION IN SUPPORT OF EX PARTE APPLICATION to file document under seal[104] filed by Plaintiff Bureau of Consumer Financial Protection.(Stewart, Jesse)**

**8:19-cv-01998-JVS-JDE Notice has been electronically mailed to:**

Allyson B Baker    abbaker@venable.com

Brent R Phillips    bphillips@phillipslawcorporation.com, bphill3780@aol.com

Christina Victoria Tusan    christina.tusan@lacity.org, m.donna.uy-barreta@lacity.org, rebecca.morse@lacity.org, stephen.mayer@lacity.org, william.pletcher@lacity.org

Edward Chang    echang@mcnamarallp.com, jjacobs@mcnamarallp.com, tmcnamara@mcnamarallp.com

Evan Romanoff    evan.romanoff@ag.state.mn.us

Gerald S Sachs    gsachs@venable.com

Glenn D Moses    gmoses@gjb-law.com

Jesse D Stewart    jesse.stewart@cfpb.gov, cfpb_courtdocs@cfpb.gov

Keri Curtis Axel    kaxel@bakermarquart.com

Leanne E Hartmann    leanne.hartmann@cfpb.gov, CFPB_CourtDocs@cfpb.gov

Margaret L Weaver    lweaver@ncdoj.gov

Mary Clare Molidor    mc.molidor@lacity.org

Michael Nelson Feuer    mike.feuer@lacity.org

Michael T Henry    mhenry@ncdoj.gov

Michael William Reining    mreining@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Sanjay Bhandari    sbhandari@mcnamarallp.com, jjacobs@mcnamarallp.com

Sarah M Preis    sarah.preis@cfpb.gov

Tahir Lynn Boykins    tboykins@kelleydrye.com, docketing@kelleydrye.com, wtaylor@kelleydrye.com

Witt W Chang    wchang@venable.com, rrubio@venable.com

**8:19-cv-01998-JVS-JDE Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2019-11-15_Preis Declaration (OCR).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/15/2019] [FileNumber=28781400-0] [3f4cf604e7939133b56262bb67c618ab579ea276bfdaccc4fb0a9b5684554649be93b9758d3c80d45948eaa89ac8bff37e98394204761960158b4846c78b9454]]

***************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***************************************************************************

# Exhibit B

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> |
| **Sent:** | Friday, November 22, 2019 6:09 AM |
| **To:** | Baker, Allyson B.; Chang, Witt W.; Preis, Sarah (CFPB) |
| **Cc:** | Sachs, Gerald S.; Williams, Tiffany C.; Dimock, Nathan (CFPB) |
| **Subject:** | RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration |
| **Categories:** | TCS |

Allyson,

At this time, we will not be providing more than what is available on the public docket. We are available for a call this morning between 10am and 12pm EST.

Thank you,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Baker, Allyson B. <ABBaker@Venable.com>
**Sent:** Thursday, November 21, 2019 5:43 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>; Williams, Tiffany C. <TCWilliams@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Sarah & Jesse: Further to this email, can you please provide us with a copy of what you have filed under seal, as required by the FRCP and Local Rules. The Court's order does not eliminate the need for you to produce those materials; rather, that order simply allows for you to have proceeded in ex parte fashion.

In the alternative, please let us know when you are available tomorrow for a meet and confer call regarding a motion to compel production of those documents, now filed under seal in the matter in which our clients are parties. Thanks very much. Allyson.

**Allyson B. Baker, Esq. | Venable LLP**
**t** 202.344.4708 | **f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ABBaker@Venable.com | www.Venable.com

**From:** Baker, Allyson B.
**Sent:** Monday, November 18, 2019 6:31 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

1

Sarah & Jesse:  We are renewing our request to be provided with a copy of the document that you have filed under seal.  Again, we are parties to the case and entitled to see any documents filed with the Court, and, of course, if they are filed under seal, that means that they are not public – but it does not mean that parties to the case are prohibited from viewing these documents.  Please provide us with a copy of the documents as soon as possible.  Thanks very much.  Allyson.

**Allyson B. Baker, Esq. | Venable LLP**
**t** 202.344.4708 | **f** 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

ABBaker@Venable.com | www.Venable.com

**From:** Baker, Allyson B.
**Sent:** Friday, November 15, 2019 9:38 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Jesse: Are you seeking in camera review or under seal treatment. Please review the LR, as I think that you likely required to share your filing with us. Thx very much. Allyson

Allyson B. Baker
Venable LLP
(202) 344-4708 (ph)
abaker@venable.com


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Date:** Friday, Nov 15, 2019, 9:36 PM
**To:** Baker, Allyson B. <ABBaker@Venable.com>, Chang, Witt W. <WWChang@Venable.com>, Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Dear Allyson and Witt,

The application sought leave to file under seal and for relief from the notice requirements under the local rules.  At this time, we will not be providing more than what is available on the public docket.

Thank you,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

**From:** Baker, Allyson B. <ABBaker@Venable.com>
**Sent:** Friday, November 15, 2019 8:34 PM
**To:** Chang, Witt W. <WWChang@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** RE: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration
**Importance:** High

Sarah and Jesse: Please send us what you filed under seal as soon as possible. As parties to the case, per the LR and FRCP, we are allowed to receive what is filed under seal simultaneously. Indeed, generally such motions to file under seal have a meet and confer obligation, as well. Thanks very much. Allyson

Allyson B. Baker
Venable LLP
(202) 344-4708 (ph)
abaker@venable.com


Sent with BlackBerry Work
(www.blackberry.com)


**From:** Chang, Witt W. <WWChang@Venable.com>
**Date:** Friday, Nov 15, 2019, 7:09 PM
**To:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>, Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Baker, Allyson B. <ABBaker@Venable.com>, Sachs, Gerald S. <GSachs@Venable.com>
**Subject:** FW: Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration

Sarah/Jesse, please send us this declaration as soon as possible. Thanks.


Witt W. Chang, Esq. | t 310.229.0366 | wwchang@venable.com

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, November 15, 2019 3:44 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 8:19-cv-01998-JVS-JDE Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Sealed Declaration in SupportDeclaration


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Stewart, Jesse on 11/15/2019 at 3:43 PM PST and filed on 11/15/2019

**Case Name:**        Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al
**Case Number:**    8:19-cv-01998-JVS-JDE
**Filer:**                  Bureau of Consumer Financial Protection
**Document Number:** 105

**Docket Text:**
**SEALED DECLARATION IN SUPPORT OF EX PARTE APPLICATION to file document under seal[104] filed by Plaintiff Bureau of Consumer Financial Protection.(Stewart, Jesse)**


**8:19-cv-01998-JVS-JDE Notice has been electronically mailed to:**

Allyson B Baker      abbaker@venable.com

Brent R Phillips      bphillips@phillipslawcorporation.com, bphill3780@aol.com

Christina Victoria Tusan      christina.tusan@lacity.org, m.donna.uy-barreta@lacity.org, rebecca.morse@lacity.org, stephen.mayer@lacity.org, william.pletcher@lacity.org

Edward Chang      echang@mcnamarallp.com, jjacobs@mcnamarallp.com, tmcnamara@mcnamarallp.com

Evan Romanoff      evan.romanoff@ag.state.mn.us

Gerald S Sachs      gsachs@venable.com

Glenn D Moses      gmoses@gjb-law.com

Jesse D Stewart      jesse.stewart@cfpb.gov, cfpb_courtdocs@cfpb.gov

Keri Curtis Axel      kaxel@bakermarquart.com

Leanne E Hartmann      leanne.hartmann@cfpb.gov, CFPB_CourtDocs@cfpb.gov

Margaret L Weaver      lweaver@ncdoj.gov

Mary Clare Molidor      mc.molidor@lacity.org

Michael Nelson Feuer      mike.feuer@lacity.org

Michael T Henry      mhenry@ncdoj.gov

Michael William Reining      mreining@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Sanjay Bhandari      sbhandari@mcnamarallp.com, jjacobs@mcnamarallp.com

Sarah M Preis      sarah.preis@cfpb.gov

4

Tahir Lynn Boykins    tboykins@kelleydrye.com, docketing@kelleydrye.com, wtaylor@kelleydrye.com

Witt W Chang     wchang@venable.com, rrubio@venable.com

**8:19-cv-01998-JVS-JDE Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2019-11-15_Preis Declaration (OCR).pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=11/15/2019] [FileNumber=28781400-0] [3f4cf604e7939133b56262bb67c618ab579ea276bfdaccc4fb0a9b5684554649be93b9758d3c80d45948eaa89ac8bff37e98394204761960158b4846c78b9454]]

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************


************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************