VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>  Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>  Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>  Relief Defendants. | CASE NO. 8:19-cv-01998-JVS(JDEx)<br><br>Hon. James V. Selna<br>Courtroom 10C<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO COMPEL COMPLIANCE WITH LOCAL RULE 79-5 IN REGARDS TO SERVICING SEALED DOCUMENTS**<br><br>Date/Time:  Under Submission<br>Crtrm:         10C<br><br>Action Filed:  October 21, 2019<br>Trial Date:     None set |

# [PROPOSED] ORDER

Upon consideration of the *Ex Parte* Application To Compel Compliance With Local Rule 79-5 In Regards To Servicing Sealed Documents (the "Application") of True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp. (together, "Defendants"), and good cause appearing therefor, it is hereby **ORDERED** that the Application is **GRANTED**; and **IT IS FURTHER ORDERED** that:

(i) the Bureau of Consumer Financial Protection (the "Bureau") must comply with Local Rule 79-5 and produce the Preis Documents and the Sealed Document, as defined in the Application, and all documents subsequently filed under seal to Defendants;

(ii) the Defendants are entitled to an award of their reasonable attorneys' fees and costs incurred in bringing the instant *ex parte* application, including time spent requesting the Preis Documents, and the Sealed Document, and participating in the meet and confer, according to proof.

**IT IS SO ORDERED.**

Dated: _____

Hon. James V. Selna
United States District Court Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900