UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　Defendants. | CASE NO. 8:19-cv-01998 JVS-JDEx<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS'** *EX PARTE* **APPLICATION TO COMPEL COMPLIANCE WITH LOCAL RULE 79-5 IN REGARDS TO SERVICING SEALED DOCUMENTS** |

　　This Court, having considered Defendants' *Ex Parte* Application to Compel Compliance with Local Rule 79-5 in Regards to Servicing Sealed Documents (ECF 109), Plaintiff the Bureau of Consumer Financial Protection's (the Bureau) Opposition thereto, the documents filed under seal at ECF 105 and 108, and compelling reasons having been shown, the Court being fully advised in this matter, and there being no just cause for delay:

　　hereby **DENIES** Defendant's Motion to Compel.

1

**IT IS ORDERED** that under Local Civil Rule 79-5.3, the Bureau is excepted from having to serve or provide any party to this action with ECF 105 (Preis Declaration) and 108 (Under-seal Filing and Exhibit) until the Court lifts its November 18, 2019 Order sealing those documents.

**SO ORDERED** at this ____ day of _____, 2019.

_____
Honorable James V. Selna
United States District Judge