SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>JOINT APPLICATION FOR EXTENSION OF TIME TO MEET AND CONFER REGARDING DISCOVERY AND TO RESPOND TO COMPLAINT<br><br>Court:    Hon. James V. Selna<br>          Courtroom 10C<br><br>Hearing: N/A |

Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California, and Defendants True Count Staffing, Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting, Inc., respectfully request the deadline to meet and confer regarding a discovery plan be extended to December 13, 2019, the deadline for a Joint Rule 26(f) Report be extended until January 13, 2020, and the deadline to file an answer, to move, or otherwise respond to the complaint be extended until February 3, 2020.

1. Under Fed. R. Civ. Pro. 16(b), a scheduling order must be issued "as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared."

2. Counsel for Defendants True Count Staffing Inc., Prime Consulting LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp. appeared on October 28, 2019. Sixty days from when the first Defendant appeared is December 27, 2019.

3. Fed. R. Civ. Pro. 26(f)(1) requires the parties to confer "as soon as practicable—and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)."

4. Hence, under Rule 16(b), the parties were required to meet and confer by December 6, 2019, and submit a Joint 26(f) Report by December 20, 2019.

5. On December 6, 2019, Plaintiffs and Counsel for Defendants True Count Staffing Inc., Prime Consulting LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp., Tuong Nguyen, and TN Accounting conferred by phone and by email regarding seeking the extensions requested herein.

6. Plaintiffs are reviewing the financial information provided pursuant to the Temporary Restraining Order and the Stipulated Preliminary Injunction and are engaging in expedited discovery.

7. Plaintiffs received an additional production of documents and information

from select defendants on December 5, 2019 and expect to receive a similar production soon from Defendant Nguyen.

8. The undersigned Defendants have stated their willingness to cooperate and work toward a settlement with Plaintiffs as soon as practicable.

9. Extending these deadlines regarding the scheduling order will also enable the Plaintiffs and Defendants to better evaluate the time necessary for discovery and settlement in this matter, particularly considering the information recently provided to Plaintiffs.

10. The undersigned parties also request the time to file a Joint 26(f) Report be extended until January 13, 2020, to accommodate the extended meet and confer deadline, the upcoming federal holidays, and scheduled leave for several attorneys representing the parties.

11. Finally, the undersigned parties also jointly request the deadline for filing a responsive pleading be extended until February 3, 2020.

12. The Plaintiffs and True Count Staffing, Inc. and Tuong Nguyen previously stipulated to extend the deadline to file an answer, move, or otherwise respond to the complaint to December 13, 2019.

13. There is just cause for extending the deadline to file an answer, move, or otherwise respond to the complaint, because the additional time requested will better enable the parties to explore reaching a negotiated resolution to this matter. It will also allow Plaintiffs an opportunity to more fully review the large amount of materials produced in this matter as they consider whether to amend the complaint to add additional related parties.

14. Defendant Consumer Advocacy Center, Inc., notified the Bureau on December 9, 2019 that it does not object to the relief requested herein.

Dated: December 10, 2019             Respectfully submitted,

By: /s/ *Sarah Preis*

Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Fax: (202) 435-9346
Email: sarah.preis@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*
Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,

Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
christina.tusan@lacity.org

By: /s/ *Gerald Sachs*
Gerald Sachs, Esquire (admitted *pro hac vice*)
Venable LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Attorney for Defendants True Count Staffing, Inc., Prime s, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp.

By: /s/ *Keri Curtis Axel*
Keri Curtis Axel
Banker Marquart LLP
777 S. Figueroa, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 65207850

Attorney for Defendants Tuong Nguyen and TN Accounting, Inc.

I, Sarah Preis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sarah Preis*
Sarah Preis