1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

Bureau of Consumer Financial
Protection, et al.,

      Plaintiffs,

      v.

Consumer Advocacy Center Inc., d/b/a
Premier Student Loan Center, et al.,

      Defendants.

CASE NO. 8:19-cv-01998 JVS-JDEx

**[PROPOSED] ORDER GRANTING
JOINT APPLICATION FOR
EXTENSION OF TIME TO
MEET AND CONFER REGARDING
DISCOVERY AND TO
RESPOND TO COMPLAINT**

      This Court, having considered the pending Joint Application for Extension of Time
to Meet and Confer Regarding Discovery and to Respond to Complaint filed by Plaintiffs
the Bureau of Consumer Financial Protection (the "Bureau"), the State of Minnesota, the
State of North Carolina, and the People of the State of California, and Defendants True
Count Staffing, Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door
Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting, Inc. (the

1

1   "Application"), the Court being fully advised in this matter, for good cause shown, and

2   being otherwise unopposed, hereby **GRANTS** the Application.

3        **IT IS THEREFORE ORDERED** that the deadline to meet and confer regarding a

4   discovery plan is extended to December 13, 2019, the deadline to submit a Joint Rule

5   26(f) Report is extended to January 13, 2020, and the deadline to file an answer, to move,

6   or otherwise respond to the complaint is extended until February 3, 2020.

7

8   **SO ORDERED** at this _____ day of _____, 2019.

9

10                                      _____
                                       Honorable James V. Selna
                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28