SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202)-435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>    Defendants. | CASE NO. 8:19-cv-01998 JVS (JDEx)<br><br>**APPLICATION TO UNSEAL DOCKET ENTRIES 32, 33 & 37**<br><br>Court:    Hon. James V. Selna<br>          Courtroom 10C |

Now comes Plaintiff Consumer Financial Protection Bureau (the "Bureau") and files the instant Application to Unseal Docket Entries 32, 33 & 37, and moves the Court for an order directing the Office of the Clerk to unseal the entries and all attachments thereto consistent with the Court's October 29, 2019 Order Lifting Seal Over Case and Temporarily Extending the Seal Over Certain Exhibits To Plaintiff's *Ex Parte* Application for a Temporary Restraining Order.  DE #45.

## Points and Authorities

On October 21, 2019, the Bureau filed its *Ex Parte* Application to File Case under Temporary Seal.  DE #1.  The Court granted the motion on the same date.  DE #15.

On October 29, the Court issued an order lifting the seal over the case, while also temporarily extending the seal for 21 days over the following exhibits and corresponding attachments to the Bureau's *Ex Parte* Application for a Temporary Restraining Order:  Exhibits 23-29 at Docket Entry 32, Exhibits 30-34 at Docket Entry 33, and Exhibits 62-63 and 65-66 at Docket Entry 37.  DE #45.  The Court also ordered that the Bureau "efile on the public docket any documents in dockets 32, 33 and 37 that shall be unsealed."  *Id.*  The Bureau complied with the Court's order by filing those documents on October 30.  DE #56-58.  Finally, the Court further ordered that "[a]fter 21 days from the date of this order, the seal over the documents [identified in the order] will dissolve at 11:59 p.m., except with respect to any portion of those documents subject to a motion for a protective order pending before this Court at that time."  DE #45 at 2.

To date, there are no docket entries in this case reflecting any motion for a protective order with respect to the documents identified in the Court's October 29 Order; however, the relevant docket entries are still designated as "restricted" on the ECF case docket.  Therefore, it is now appropriate for the Office of the Clerk to

lift the seal and remove the restrictions over the entries, making public all documents contained at Docket Entries 32, 33 and 37.

## Conclusion

Based upon the foregoing, the Bureau respectfully requests that the Court grant the instant Application and issue an order directing the Office of the Clerk to lift the seal and otherwise remove the restrictions over Docket Entries 32, 33 and 37, along with all attachments filed therewith.  A proposed order is filed herewith.

Dated: December 10, 2019                    Respectfully submitted,

   /s/     *Leanne E. Hartmann*
Sarah Preis (D.C. Bar No. 997387)
Jesse Stewart (N.Y. Bar No. 5145495)
Leanne E. Hartmann (CA Bar #264787)
Telephone: (415) 844-9790
Facsimile: (415) 844-9788

Attorneys for Plaintiff
Bureau of Consumer Financial Protection