**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　　Defendants. | CASE NO. 8:19-cv-01998 JVS-JDEx<br><br>**ORDER GRANTING APPLICATION TO UNSEAL DOCKET ENTRIES 32, 33 & 37** |

　　This Court, having considered Plaintiff Consumer Financial Protection Bureau's pending Application to Unseal Docket Entries 32, 33 & 37, the Court being fully advised in this matter, for good cause shown, and consistent with this Court's October 29, 2019, Order Lifting Seal Over Case and Temporarily Extending the Seal Over Certain Exhibits To Plaintiff's *Ex Parte* Application for a Temporary Restraining Order (DE #15):

　　hereby **GRANTS** the Application.

**IT IS THEREFORE ORDERED** that the Office of the Clerk is DIRECTED to unseal and otherwise lift the restrictions and make public all documents contained at Docket Entries 32, 33 & 37.

**SO ORDERED** at this 10th day of December. 2019.

_____
Honorable James V. Selna
United States District Judge