# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 JVS-JDEx <br><br> **ORDER GRANTING JOINT APPLICATION FOR EXTENSION OF TIME TO MEET AND CONFER REGARDING DISCOVERY AND TO RESPOND TO COMPLAINT** |

This Court, having considered the pending Joint Application for Extension of Time to Meet and Confer Regarding Discovery and to Respond to Complaint filed by Plaintiffs the Bureau of Consumer Financial Protection (the "Bureau"), the State of Minnesota, the State of North Carolina, and the People of the State of California, and Defendants True Count Staffing, Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting, Inc. (the

"Application"), the Court being fully advised in this matter, for good cause shown, and being otherwise unopposed, hereby **GRANTS** the Application.

   **IT IS THEREFORE ORDERED** that the deadline to meet and confer regarding a discovery plan is extended to December 13, 2019, the deadline to submit a Joint Rule 26(f) Report is extended to January 13, 2020, and the deadline to file an answer, to move, or otherwise respond to the complaint is extended until February 3, 2020.

**SO ORDERED** at this 10th day of December ,2019.

_____
   Honorable James V. Selna
   United States District Judge

2