Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | Case No. 8:19-cv-01998-MWF (KSx) **NOTICE OF RECEIVER'S FIRST INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS** |
| Plaintiffs, | JUDGE: Hon. Michael W. Fitzgerald CTRM:  5A DATE:  January 27, 2020 TIME:  10:00 a.m. |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc., | |
| Relief Defendants. | |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 27, 2020 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Thomas W. McNamara, as Court-appointed Receiver, will present his First Interim Application for Order Approving Fees and Expenses of the Receiver and His Professionals for the period of October 21, 2019 through November 30, 2019.

Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Defendants by the Temporary Restraining Order ("TRO," ECF No. 24). The Receiver's appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered November 15, 2019 (ECF No. 103). The PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order[.]" PI, Section XV(J), page 25; *see also* TRO, Section XIII(J), page 22 (same).

The PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by or in the possession or control of, or which may be received by, the Receivership Defendants." PI, Section XX, page 33; *see also* TRO, Section XVII, page 33 (same).

The Receiver now submits this First Interim Fee Application for approval to pay the following fees and expenses for services during the period of October 21,

2019 through November 30, 2019:  $122,113.50 fees and $1,776.44 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; $143,283.50 fees and $3,159.58 expenses of the Receiver's counsel, McNamara Smith LLP; $17,631.25 fees and $1,543.73 expenses of the Receiver's computer forensic expert, Hadron Computer Forensics & Investigations; and $18,431.50 fees of the Receiver's private investigators, Whelan & Associates.

These requested fees and expenses, and the invoices regarding them, are detailed and reviewed in the Declaration of Thomas W. McNamara filed with this Application.

This Application is made pursuant to Sections XV(J) and XX of the Preliminary Injunction and is based upon this Notice of Application, the Declaration of Thomas W. McNamara, and upon such other pleadings and oral and documentary evidence as may be presented at or before the time of the hearing on the Application.

Dated:  December 20, 2019                    MCNAMARA SMITH LLP


                                             By:     /s/ Edward Chang
                                                 Edward Chang
                                                 *Attorneys for Receiver,*
                                                 *Thomas W. McNamara*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of December, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.


 /s/ Edward Chang
Edward Chang
*Attorney for Receiver,*
*Thomas W. McNamara*