# EXHIBIT A

# Regulatory Resolutions

655 West Broadway, Suite 1600
San Diego, CA 92101

Tel   (619) 269-0400
Fax   (619) 269-0401
www.regulatoryresolutions.com

December 20, 2019

| | |
|---|---|
| **Invoice No:** | 10960 |
| **Our File No.:** | 2112-01/RR |
| **For Services Through:** | 11/30/2019 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $122,113.50 |
| Total Disbursements | $1,776.44 |
| **Grand Total** | **$123,889.94** |

# Regulatory Resolutions

655 West Broadway, Suite 1600
San Diego, CA 92101

Tel   (619) 269-0400
Fax   (619) 269-0401
www.regulatoryresolutions.com

| | |
|---|---|
| **Invoice No.:** | 10960 |
| **Our File No.:** | 2112-01/RR |
| **For Services Through:** | 11/30/2019 |

Matter:  SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/19/2019 | TWM | Review and prepare notes from Consumer Advocacy Center bankruptcy proceeding; review building photos received from preliminary investigation; identify key individuals. | 1.20 | 540.00 |
| 10/20/2019 | TWM | Draft and circulate summary of bankruptcy filings in Florida and the corporations and individuals involved in student debt relief operation; relay team assignments and logistics of buildings and individuals involved; call with private investigator about what he observed at Technology and Laguna Canyon sites. | 3.70 | 1,665.00 |
| 10/21/2019 | TWM | Review temporary restraining order and exhibits forwarded by CFPB; coordinate with team for Wednesday immediate access. | 2.10 | 945.00 |
| | TRP | Review correspondence from T. McNamara re: immediate access plan; review complaint against defendant and memorandum of points and authorities for appointment of receiver; conference call with T. McNamara and team re: action plan for immediate access. | 1.40 | 490.00 |
| 10/22/2019 | TWM | Continue review of pleadings, consumer declarations, temporary restraining order, and appointment of receiver; prepare notes and summaries re: same; meet with team to plan logistics; travel to Irvine to meet with plaintiffs' team; return to San Diego; continue and complete review of exhibits in support of TRO; plan entry to three sites; team meeting re: same; review memorandum for TRO re: allegations and prepare questions to ask employees. | 9.10 | 4,095.00 |
| | AWR | Meet with Receiver, Receiver's counsel and staff re: immediate access plan. | 0.80 | 280.00 |
| | LMJ | Review and analyze forensic accountant report and investigator's report; review correspondence from T. McNamara and E. Chang re: new case; conference call with E. Chang, C. Gordon, S. Carroll, T. McNamara, S. Bhandari, and plaintiffs' team re: case; review Statement of Financial Affairs included in bankruptcy petition; correspond with J. Jacobs re: | 8.70 | 1,870.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | bank accounts and merchant processors; confer with T. McNamara, E. Chang, L. Smith, S. Bhandari, C. Gordon, S. Carroll, A. Robertson, and J. Jacobs re: case. | | |
| 10/22/2019 | AWR | Review TRO and other pleadings. | 1.20 | 420.00 |
| 10/23/2019 | TWM | Travel to Irvine; meet with law enforcement and immediate access teams to plan entry into three sites; conduct immediate access at Technology site; implement steps to take control of sites; interview employees and supervisors; meet with defense counsel; interact with CFPB team; meet with computer forensics team to address a number of issues throughout the day; travel to other sites to review; meet with teams at those sites; return to Technology site; begin review of documents. | 14.30 | 6,435.00 |
| | AWR | Meet with Receiver, Receiver's counsel, plaintiffs' team, and law enforcement re: immediate access plan. | 1.50 | 525.00 |
| | TRP | Travel from San Diego to Irvine; meet with team to plan immediate access; implement immediate access at Technology receivership site; interview customer support manager C. Sangalang and prepare interview summary; return to San Diego. | 7.50 | 2,625.00 |
| | LMJ | Round trip travel to Irvine, CA for initial entry to Laguna Canyon site. | 2.40 | 516.00 |
| | LMJ | Prepare for and initial entry to Laguna Canyon site; interview employees; begin review of physical and electronic files. | 12.50 | 2,687.50 |
| | AWR | Travel to Irvine for immediate access. | 1.00 | 350.00 |
| | AWR | Implement immediate access at Laguna Canyon site, including interview personnel, review documents on site, and conferences with Receiver and counsel. | 9.20 | 3,220.00 |
| 10/24/2019 | TWM | Return to Technology site; continue review of documents; contact Wyoming corporate registration company; meet with computer forensics team to discuss access to emails; travel to Laguna Canyon site; meet with teams re: findings and follow-up steps and report; review several offices for documents; begin review of one email account; meet with plaintiffs' team; meet with computer forensics team periodically to address issues as they arise; return to San Diego. | 13.20 | 5,940.00 |
| | LMJ | Round trip travel to Irvine, CA. | 2.40 | 516.00 |
| | AWR | Continue to review and investigate at Laguna Canyon site, including review documents and sales materials. | 7.50 | 2,625.00 |
| | LMJ | Review physical and electronic files; prepare documents for further investigation. | 11.00 | 2,365.00 |
| | AWR | Begin rough draft of preliminary report. | 0.90 | 315.00 |
| | AWR | Return travel to San Diego. | 1.00 | 350.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2019 | TWM | Calls with counsel for defendants; call with CFPB; continue review of email; focus on Trusted Account Services documents and online materials; call with former payment processor; call with counsel for another payment processor; meet with team to discuss findings and next steps; review and respond to related party counsel. | 9.60 | 4,320.00 |
| | LMJ | Review and analyze documents from defendants' offices; prepare merchant processor summary; review and analyze merchant processor statements; begin preparation of accountant's report. | 9.70 | 2,085.50 |
| | AWR | Continue to revise rough draft of preliminary report; confer with Receiver re: report and exhibits. | 4.60 | 1,610.00 |
| | LMJ | Correspond with T. McNamara re: TAS 2019, LLC bank accounts. | 0.10 | 21.50 |
| | LMJ | Begin review of QuickBooks accounts. | 0.50 | 107.50 |
| 10/26/2019 | TWM | Review and revise discussion re: defendants' August 2019 business pivot. | 1.50 | 675.00 |
| | LMJ | Review and analyze QuickBooks data. | 2.70 | 580.50 |
| | TWM | Draft and revise defendants' August 2019 business pivot discussion; meet with A. Robertson and E. Chang re: fact issues and items to review for inclusion in preliminary report; review various email accounts. | 6.80 | 3,060.00 |
| 10/27/2019 | AWR | Review collected hard copy documents and draft preliminary report sections. | 2.90 | 1,015.00 |
| | LMJ | Prepare QuickBooks reports; export QuickBooks data; convert QuickBooks Online data to QuickBooks desktop; review and analyze reports to confirm complete export; correspond with E. Chang re: same. | 1.50 | 322.50 |
| | LMJ | Review and analyze QuickBooks data. | 3.20 | 688.00 |
| | LMJ | Correspond with S. Bhandari and E. Chang re: Mice and Men, LLC. | 0.30 | 64.50 |
| | TWM | Continue to review defendants' email; outline subpoena to registered agents in WY; review dedicated account provider flowchart and related information; draft and revise discussion concerning Trusted Account Services; meet with E. Chang, A. Robertson, and C. Gordon re: various fact issues and follow-up necessary for purposes of preliminary report. | 7.90 | 3,555.00 |
| 10/28/2019 | LMJ | Prepare summary of defendants' bank accounts; correspond with E. Chang re: same. | 0.50 | 107.50 |
| | AWR | Review documents and evidence; continue to draft preliminary report; confer with Receiver and counsel re: same. | 6.50 | 2,275.00 |
| | LMJ | Review and analyze documents re: Swift Payments and TAS 2019, LLC; correspond with T. McNamara, E. Chang, and C. Gordon re: same. | 0.70 | 150.50 |
| | LMJ | Review and analyze financial disclosure statements. | 1.10 | 236.50 |

SLAM Receivership                                                                                                    Page      4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/28/2019 | LMJ | Continue review and analysis of QuickBooks data and bank statements; prepare accountant's report. | 9.60 | 2,064.00 |
| | TWM | Review and revise latest Trusted Account Services section; review and comment on other sections of draft preliminary report; review defendants' response in opposition to preliminary injunction motion; review declarations thereto; call with RAM counsel; correspond with defense counsel re: emails and other passwords; review National Merchant Center merchant account statements for Trusted Account Services; conference call with DebtPayPro. | 5.80 | 2,610.00 |
| 10/29/2019 | AP | Review consumer emails sent to Trusted Account Services. | 4.00 | 180.00 |
| | LMJ | Review and analyze merchant processor reports re: TAS 2019, LLC; correspond with T. McNamara, E. Chang, L. Smith, A. Robertson, and S. Bhandari re: same. | 1.80 | 387.00 |
| | AWR | Prepare preliminary report and related exhibits; confer with Receiver and counsel. | 6.80 | 2,380.00 |
| | LMJ | Correspond with T. McNamara re: Huntington Legal Solutions retainer. | 0.10 | 21.50 |
| | LMJ | Review JPMorgan Chase correspondence re: frozen accounts. | 0.10 | 21.50 |
| | LMJ | Correspond with T. McNamara re: consumer mail. | 0.20 | 43.00 |
| | LMJ | Review and analyze QuickBooks data re: transfers to Hold the Door, LLC; correspond with T. McNamara re: same. | 0.90 | 193.50 |
| | LMJ | Review and analyze QuickBooks data re: transfers to Mice and Men, LLC; correspond with T. McNamara re: same. | 1.40 | 301.00 |
| | LMJ | Continue review and analysis of QuickBooks data; continue preparation of accountant's report. | 7.20 | 1,548.00 |
| | TWM | Review Trusted Account Services bank records and internal defendant emails re: Trusted Account Services; call with counsel representing receivership defendants in civil suits; contact Trusted Account Services merchant account provider; correspond with counsel for same re: production for asset freeze; first review of draft preliminary report; discussion with A. Robertson and E. Chang re: same. | 9.90 | 4,455.00 |
| 10/30/2019 | AP | Review consumer emails sent to Trusted Account Services. | 3.00 | 135.00 |
| | LMJ | Review and analyze documentation re: TAS 2019, LLC; prepare questions re: TAS 2019, LLC; confer with S. Bhandari and C. Gordon re: same. | 1.60 | 344.00 |
| | AWR | Prepare preliminary report; confer with Receiver and counsel; assemble exhibits. | 8.20 | 2,870.00 |
| | LMJ | Review correspondence from Wells Fargo Bank re: frozen bank accounts. | 0.10 | 21.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/30/2019 | LMJ | Continue review and analysis of QuickBooks data and bank statements; continue preparation of accountant's report. | 9.80 | 2,107.00 |
| | TWM | Review summary of C. Ho email review; revise same and incorporate in Trusted Account Services section; continue to revise Trusted Account Services section with additional materials pulled from emails and hard copy documents; communicate with defense counsel re: Mice and Men asset freeze; numerous calls with National Merchant Center counsel re: document production; review draft subpoena to same; review materials forwarded by National Merchant Center. | 10.60 | 4,770.00 |
| 10/31/2019 | AWR | Continue to prepare preliminary report; confer with Receiver and counsel; review documents. | 8.90 | 3,115.00 |
| | LMJ | Correspond with E. Chang re: QuickBooks files. | 0.30 | 64.50 |
| | LMJ | Correspond with C. Gordon and L. Smith re: payment gateway and merchant processing. | 0.40 | 86.00 |
| | LMJ | Review and analyze documentation produced by National Merchant Center; review correspondence from T. McNamara and S. Bhandari re: same. | 0.50 | 107.50 |
| | LMJ | Review documents and correspond with S. Bhandari re: TAS 2019, LLC. | 1.00 | 215.00 |
| | LMJ | Continue review and analysis of QuickBooks data and bank statements; prepare exhibits to accountant's report; continue preparation of accountant's report. | 8.70 | 1,870.50 |
| | TWM | Correspond and call with defense counsel; correspond with counsel defending receivership defendants in civil litigation; calls with defense counsel; review correspondence from J. Lai counsel and discuss internally; revise preliminary report section re: J. Lai's involvement; revise Trusted Account Services section; draft section on recent customer complaints. | 10.10 | 4,545.00 |
| 11/1/2019 | LMJ | Review Receiver's report; confer with E. Chang re: same. | 0.70 | 150.50 |
| | AWR | Finalize preliminary report and exhibits for filing with court; confer with Receiver and counsel re: same. | 8.80 | 3,080.00 |
| | LMJ | Review correspondence from BNY Melon and HSBC re: response to the Temporary Restraining Order. | 0.20 | 43.00 |
| | LMJ | Review and analyze financial disclosures from TN Accounting and T. Nguyen. | 0.70 | 150.50 |
| | LMJ | Review and analyze merchant account application and merchant account statements; correspond with S. Bhandari and E. Chang re: same. | 0.80 | 172.00 |
| | LMJ | Review documents re: Quantum; correspond with S. Bhandari, E. Chang, and T. McNamara re: J. Lai and Quantum. | 0.90 | 193.50 |

SLAM Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/1/2019 | LMJ | Correspond with S. Preis and J. Calvarese re: QuickBooks files; begin preparation re: same. | 1.20 | 258.00 |
| | LMJ | Review and analyze financial documents; complete accountant's report. | 3.10 | 666.50 |
| | TWM | Review customer complaints and categorize same; discuss internally; revise preliminary report several times over the course of the day; meet internally re: same; review exhibits for inclusion in preliminary report; review draft accountant's report; review and proof final preliminary report and exhibits. | 11.20 | 5,040.00 |
| 11/2/2019 | TWM | Review financial disclosure statements of defendants; note follow-up for same with accountant and team. | 1.40 | 630.00 |
| 11/3/2019 | TWM | Review logistics issues, consumer notice, and websites update; correspond with defense counsel. | 1.70 | 765.00 |
| 11/4/2019 | LMJ | Correspond with J. Calvarese re: QuickBooks files. | 0.10 | 21.50 |
| | LMJ | Review correspondence from Intuit re: QuickBooks. | 0.10 | 21.50 |
| | LMJ | Review Consumer Advocacy Center Statement of Financial Affairs. | 0.60 | 129.00 |
| | LMJ | Review and analyze Prime Consulting and True Count Staffing QuickBooks transaction reports re: transfers to related parties and vendors; review deposit and check detail. | 3.90 | 838.50 |
| | TWM | Correspond with attorneys representing defendants in underlying civil cases (e.g. employment matters); review draft subpoena to National Merchant Center; review material re: processing through NMI; review order staying appeal in employment case; correspond with plaintiff's attorney in underlying action; discuss J. Lai deposition and request to continue; review correspondence from counsel for Edu Doc Support; review National Merchant Center response re: merchant account; meet with A. Robertson to discuss advance fee legislative history and case law; correspond with defendant's counsel re: consumer notification and annual recertification; review Edu Doc Support ex parte application. | 4.90 | 2,205.00 |
| 11/5/2019 | LMJ | Correspond with T. McNamara re: payroll. | 0.20 | 43.00 |
| | LMJ | Review payroll and payroll-related documents. | 0.30 | 64.50 |
| | LMJ | Review and analyze Quantum Electron Payments transactions and National Merchant Center processing statements; reconcile select transactions. | 2.30 | 494.50 |
| | TWM | Discuss response to ex parte application of Edu Doc Supoprt; review draft response; review correspondence with J. Lai; review latest draft National Merchant Center subpoena. | 1.40 | 630.00 |
| 11/8/2019 | TWM | Conference call with CFPB and states; review and revise voluntary request to National Merchant Center; review website FAQs. | 1.90 | 855.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/9/2019 | TWM | Call with attorney B. Phillips; discuss with E. Chang; draft response to B. Phillips. | 0.30 | 135.00 |
| 11/10/2019 | TWM | Draft and revise email to B. Phillips re: additional information necessary to evaluate claim presented by B. Phillips' client; discuss with E. Chang; revise email; review email from B. Phillips and respond. | 0.50 | 225.00 |
| 11/11/2019 | TWM | Review J. Lai materials and letter re: withdrawal of declaration; correspond with B. Phillips re: Edu Doc Support; correspond with J. Alpert re: National Merchant Center. | 0.80 | 360.00 |
| 11/12/2019 | TWM | Calls with CFPB counsel re: stay of actions provision. | 0.40 | 180.00 |
| 11/13/2019 | TWM | Identify avenues to provide addtional notification to customers; contact inside counsel/compliance officers for serveral federal student loan servicers to determine if they can assist and how it might be structured; outline potential collaboration and revise request for instruction allowing receiver to share customer information with servicers; participate in conference call with plaintiffs. | 3.80 | 1,710.00 |
| 11/14/2019 | TWM | Review and revise summary of contact with Edu Doc Support and correspondence with CFPB; review correspondence; review letter from T. Nguyen's counsel and investigate claims made therein; review J. Lai's offer to withdraw declaration. | 0.80 | 360.00 |
| 11/15/2019 | LMJ | Draft letter to S. Preis re: QuickBooks. | 0.50 | 107.50 |
|  | TWM | Review correspondence from CFPB counsel re: Edu Doc Support and J. Lai declaration; follow-up with S. Bhandari re: J. Lai; review submission from J. Lai's counsel withdrawing declaration; further communications with CFPB; correspond with defense counsel re: mass email and correspondence with loan servicers; conference call with CFPB re: status; review motions and stipulated preliminary injunction and associated correspondence; review draft email communication to consumers; correspond with Chapter 7 bankruptcy trustee counsel for defendant Consumer Advocacy Center. | 5.20 | 2,340.00 |
| 11/16/2019 | TWM | Correspond with defense counsel re: email to active clients and solutions; review options; call with former IT employee to discuss how to get the email sent through the defendants' DebtPayPro system; internal communications re: same and set out plan to accomplish. | 0.80 | 360.00 |
| 11/18/2019 | TWM | Meet landlord at Laguna Canyon site; visit Technology site. | 0.90 | 405.00 |
| 11/19/2019 | LMJ | Confer with E. Chang re: cash flow analysis and largest vendors. | 0.10 | 21.50 |
|  | LMJ | Correspond with S. Preis re: QuickBooks. | 0.20 | 43.00 |
|  | TWM | Update receiver's website to reflect stipulated preliminary injunction; update customer FAQs; review consumer email numbers and open rate; correspond with CFPB team; correspond with all parties re: communication to all active customers; meet with team to identify third parties which may have funds or assets of receivership defendants; meet | 2.30 | 1,035.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | with S. Bhandari re: J. Lai compliance and National Merchant Center subpoena. | | |
| 11/20/2019 | TWM | Correspond with counsel for National Merchant Center; review letter from F. Woo; call with plaintiffs' attorneys; follow-up with loan servicers. | 2.30 | 1,035.00 |
| 11/21/2019 | TWM | Call with Mohela in-house counsel re: consumer notice. | 0.40 | 180.00 |
| | TWM | Review counsel for J. Lai's arguments re: voluntary production by National Merchant Center; discuss internally and review subpoena to National Merchant Center; review counsel's argument re: treating Trusted Account Services customers differently from the remainder of Defendants' customers; review open rate re: emails to consumers; conference call with CFPB re: outstanding issues; follow-up on issues identified in the call. | 2.60 | 1,170.00 |
| 11/22/2019 | TWM | Review state of defendants' websites; identify additional requests to defendants. | 0.30 | 135.00 |
| | TWM | Review O'Melventy letter re: outstanding attorney's fees; discuss internally. | 0.30 | 135.00 |
| | TWM | Review states' requests for CRM access; conference call with CFPB; review bankruptcy trustee issues; correspond with defendant's counsel re: employee communications; review draft letter to same. | 1.60 | 720.00 |
| 11/25/2019 | TWM | Review National Merchant Center subpoena issues with S. Bhandari; review request to meet and confer. | 0.30 | 135.00 |
| | TWM | Calls with government official re: search warrant. | 0.80 | 360.00 |
| 11/27/2019 | TWM | Conference call with AUSA re: outstanding OIG subpoena and associated logistics issues; correspond with counsel representing defendants in civil case pending at the time of the lawsuit; review inquiry from contractor re: vacating receivership sites. | 0.90 | 405.00 |
| | **TOTAL FEES** | | **356.20** | **$122,113.50** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|---|
| 10/22/2019 | Out-of-town travel: Round trip mileage to Irvine (T. McNamara) | 90.25 |
| 10/23/2019 | Out-of-town travel: Mileage to Irvine, CA (T. McNamara) | 45.12 |
| | Out-of-town travel: Round trip mileage from San Diego to Irvine (T. Plowden) | 78.30 |
| | Out-of-town travel: Round trip mileage from San Diego to Laguna Canyon receivership site (L. Jones) | 83.64 |

SLAM Receivership                                                                                              Page      9

| Date | Description | Amount |
|---|---|---|
| 10/23/2019 | Out-of-town travel: Meals | 2.79 |
| | Other: Locksmith re: rekey Hughes receivership site | 171.05 |
| | Out-of-town travel: Accommodations (T. McNamara) | 115.14 |
| | Out-of-town travel: Accommodations (A. Robertson) | 115.14 |
| 10/24/2019 | Out-of-town travel: Return mileage to San Diego, CA (T. McNamara) | 45.12 |
| | Out-of-town travel: Round trip mileage from San Diego to Laguna Canyon receivership site (L. Jones) | 83.64 |
| | Other: Locksmith re: rekey Laguna and Technology receivership sites | 672.30 |
| 11/15/2019 | Delivery services/messengers: FedEx to S. Preis, CFPB | 34.95 |
| 11/25/2019 | Other: Locksmith services re: search warrant at Laguna Canyon receivership site | 239.00 |
| | **TOTAL DISBURSEMENTS** | **$1,776.44** |
| | **TOTAL CURRENT CHARGES** | **$123,889.94** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alec Padilla | 7.00 | 45.00 | $315.00 |
| Andrew W. Robertson | 69.80 | 350.00 | $24,430.00 |
| Lisa M. Jones | 116.90 | 215.00 | $25,133.50 |
| Terry R. Plowden | 8.90 | 350.00 | $3,115.00 |
| Thomas W. McNamara | 153.60 | 450.00 | $69,120.00 |

EXHIBIT B

# McNamara Smith LLP

655 West Broadway, Suite 1600
San Diego, CA 92101
Tel  (619) 269-0400
Fax  (619) 269-0401
www.mcnamarallp.com

December 20, 2019

|  |  |
|---|---|
| **Invoice No:** | 10961 |
| **Our File No.:** | 2112-02/MS |
| **For Services Through:** | 11/30/2019 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $143,283.50 |
| Total Disbursements | $3,159.58 |
| **Grand Total** | **$146,443.08** |

# McNamara Smith LLP

655 West Broadway, Suite 1600
San Diego, CA 92101
Tel   (619) 269-0400
Fax   (619) 269-0401
www.mcnamarallp.com

|  |  |
|---|---|
| **Invoice No.:** | 10961 |
| **Our File No.:** | 2112-02/MS |
| **For Services Through:** | 11/30/2019 |

Matter:   SLAM Receivership

## PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/22/2019 | EC | Draft memo to D. Whelan. | 1.00 | 365.00 |
| | LDS | Prepare for receivership and review related materials. | 0.80 | 380.00 |
| | LDS | Meet with team re: initial entry issues and logistics. | 0.60 | 285.00 |
| | SEC | Conference call with plaintiffs and T. McNamara re: initial entry. | 1.30 | 253.50 |
| | SEC | Review TRO, complaint, and declarations in preparation for initial entry; prepare documents for initial entry. | 5.90 | 1,150.50 |
| | CJBG | Review documents provided by plaintiffs. | 0.70 | 227.50 |
| | CJBG | Attend team meeting to discuss initial entry; confer with S. Carroll re: same. | 0.90 | 292.50 |
| | CJBG | Attend call with plaintiffs; discuss internally re: same. | 1.30 | 422.50 |
| | EC | Meet with C. Gordon, L. Jones, and S. Carroll and call with T. McNamara in preparation for initial entry. | 0.30 | 109.50 |
| | EC | Meet with team in preparation for initial entry. | 0.90 | 328.50 |
| | EC | Conference call with Receiver, Receiver's team and plaintiffs' team in preparation for initial entry. | 1.00 | 365.00 |
| | EC | Review documents in preparation for initial entry. | 2.40 | 876.00 |
| 10/23/2019 | EC | Travel from San Diego to Irvine; meet with Receiver, plaintiffs, and law enforcement in preparation for initial entry; implement TRO; interview employees; review receivership defendants' documents; meet with T. McNamara and team. | 14.00 | 5,110.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/23/2019 | LDS | Travel from San Diego to receivership site; meet with team in advance of initial entry at Technology site; take possession of Technology site with T. McNamara and law enforcement; conduct initial employee interviews; review documents, gather evidence, and confer internally re: findings; return travel to San Diego. | 14.00 | 6,650.00 |
| | SB | Draft and respond to emails from attorney for National Merchant Center re: subpoena. | 0.20 | 99.00 |
| | SB | Attend meeting with law enforcement and others before entry at receivership sites. | 0.80 | 396.00 |
| | SB | Travel from San Diego to Irvine; enter receivership sites and implement TRO, including assets/entities identification; conduct and/or assist with interviews of several employees (A. Janes, H. Vu, K. Hu (briefly), and several temporary employees); draft notes for preliminary report and evidence review. | 12.50 | 6,187.50 |
| | SEC | Travel from San Diego to Irvine to implement TRO. | 1.50 | 292.50 |
| | SEC | Conduct initial entry at Laguna Canyon site; review files, identify and photograph space, inventory, and meet with employees. | 13.60 | 2,652.00 |
| | CJBG | Travel to initial meeting site; attend briefing with plaintiffs, law enforcement, and others re: initial entry; conduct initial entry of Hughes site, including interview of employees onsite and review of documents; travel to Laguna Canyon site and continue to review documents. | 13.10 | 4,257.50 |
| 10/24/2019 | EC | Continue to review receivership defendants' documents; meet with T. McNamara and team; meet with Receiver and CFPB; return travel from Irvine to San Diego. | 13.00 | 4,745.00 |
| | LDS | Travel to receivership site; continue to review materials and gather evidence at Technology site; confer with Wyoming registered agent re: ownership of Trusted Account Services and investigate ownership of Trusted Account Services; review materials meet with team re: update; review materials at Hughes site; return travel from receivership site. | 11.50 | 5,462.50 |
| | SB | Review evidence; several team meetings to discuss evidence and priorities; draft file notes of significant information; continue to review assets and sites to execute receivership duties; return travel to San Diego. | 10.30 | 5,098.50 |
| | SEC | Travel from Irvine to San Diego. | 1.50 | 292.50 |
| | SEC | Continue to review files and documents at Laguna Canyon site. | 13.50 | 2,632.50 |
| | CJBG | Review documents at Laguna Canyon site, including accountant's email; review documents and conduct final site review at Hughes site; return travel from receivership site to San Diego. | 11.30 | 3,672.50 |
| 10/25/2019 | EC | Revise letters to financial institutions and electronic data hosts. | 0.60 | 219.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/25/2019 | EC | Revise letter re: additional receivership defendants. | 0.90 | 328.50 |
| | LDS | Continue to review documents gathered and draft preliminary report sections. | 5.50 | 2,612.50 |
| | SB | Correspond and calls with Venable attorneys re: assets. | 0.30 | 148.50 |
| | SB | Draft portion of Receiver's preliminary report re: Hughes site, including review of rough notes, discussions with team to obtain inventory and floorplan, and analysis of same. | 1.10 | 544.50 |
| | SB | Calls from National Merchant Center attorney re: subpoena compliance and request for protective order; discuss same with Receiver; research C.D. Cal. protective orders; email to plaintiffs' counsel re: protective order. | 0.70 | 346.50 |
| | SB | Review O'Melveny correspondence re: fees; review court orders re: same; discuss and review pre-receivership liability with E.Chang; calls and emails with O'Melveny attorney re: same. | 0.70 | 346.50 |
| | SB | Review and draft emails and participate in various team meetings re: factual developments being tracked and collaboratively developed. | 1.20 | 594.00 |
| | SB | Review evidence including K. Wen emails. | 2.40 | 1,188.00 |
| | EC | Call and correspond with G. Sachs re: QuickBooks. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and S. Bhandari re: preliminary report. | 0.20 | 73.00 |
| | EC | Call with M. Earley re: CallerReady. | 0.20 | 73.00 |
| | EC | Call with CACI re: email accounts. | 0.30 | 109.50 |
| 10/26/2019 | LDS | Continue to review evidence gathered at Technology site and draft sections of preliminary report focused on processing and customer support; review and revise section circulated by A. Robertson. | 6.80 | 3,230.00 |
| | CJBG | Research and draft portion of preliminary report addressing formation and structure of Trusted Account Services. | 3.10 | 1,007.50 |
| | EC | Call and correspond with A. Padilla re: email review. | 0.20 | 73.00 |
| | EC | Correspond with R. Anderlick, DebtPayPro, re: CRM database. | 0.20 | 73.00 |
| | EC | Call with J. Cipollini re: document collection. | 0.20 | 73.00 |
| | EC | Draft sections of preliminary report. | 1.00 | 365.00 |
| | EC | Review receivership defendants' documents. | 2.00 | 730.00 |
| 10/27/2019 | EC | Revise preliminary report. | 1.50 | 547.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/27/2019 | LDS | Continue to review documents and electronic materials gathered at Technology site; draft sections of preliminary report focused on Trusted Account Services; send emails re: same. | 4.50 | 2,137.50 |
| | SB | Review and respond to team emails re: factual investigation for Receiver's preliminary report, including analysis re: new Wyoming entity. | 0.40 | 198.00 |
| | CJBG | Review and revise preliminary report. | 0.90 | 292.50 |
| | CJBG | Research receivership defendants' use of AMP. | 1.50 | 487.50 |
| | EC | Call with A. Robertson re: preliminary report. | 0.10 | 36.50 |
| | EC | Call with J. Cipollini re: receivership defendants' emails. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and C. Gordon re: preliminary report. | 0.30 | 109.50 |
| | EC | Review receivership defendants' documents. | 1.00 | 365.00 |
| 10/28/2019 | EC | Call with CallerReady re: call recordings. | 0.50 | 182.50 |
| | EC | Review defendants' filings. | 1.00 | 365.00 |
| | EC | Conference call with DebtPayPro counsel and K. Kehler. | 0.70 | 255.50 |
| | EC | Review receivership defendant documents. | 2.40 | 876.00 |
| | SEC | Meet with Receiver and team re: preliminary report. | 0.40 | 78.00 |
| | SEC | Draft deposition subpoena and notice to J. Lai. | 0.50 | 97.50 |
| | LDS | Continue to review documents and electronic materials gathered at Technology site; draft sections of preliminary report focused on Trusted Account Services; send emails re: same. | 4.20 | 1,995.00 |
| | SB | Review documents and gather information from team members re: Trusted Account Services and other Wyoming entities. | 0.80 | 396.00 |
| | SB | Draft subpoenas and perform related legal analysis for Wyoming entities. | 0.50 | 247.50 |
| | SB | Draft subpoena and arrange deposition (including discussions with private investigator and review of TRO provisions) of J. Lai. | 0.50 | 247.50 |
| | SB | Review emails of C. Ho and K. Wen. | 0.90 | 445.50 |
| | SB | Discussions with A. Robertson and other team members re: analysis and evidence review required to complete Receiver's preliminary report, including emails and team meeting. | 1.20 | 594.00 |
| | SEC | Review email accounts and documents re: business operations. | 3.10 | 604.50 |
| | CJBG | Attend call with counsel for DebtPayPro. | 0.50 | 162.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/28/2019 | CJBG | Attend receivership team meeting re: preliminary report. | 0.70 | 227.50 |
| | CJBG | Review emails of J. Lai for preliminary report (1.3). | 1.30 | 422.50 |
| | CJBG | Continue drafting section on Trusted Account Services for preliminary report. | 3.80 | 1,235.00 |
| | EC | Call with T. Toomey re: Pinpoint Payments. | 0.10 | 36.50 |
| | EC | Call with A. Watts re: DebtPayPro CRM and Trusted Account Services. | 0.20 | 73.00 |
| | EC | Meet with Receiver and team re: preliminary report. | 1.00 | 365.00 |
| 10/29/2019 | EC | Continue to review receivership defendants' documents. | 4.30 | 1,569.50 |
| | EC | Continue to draft preliminary report. | 2.10 | 766.50 |
| | EC | Correspond with CallerReady counsel. | 0.20 | 73.00 |
| | LDS | Conduct research re: family size; review complaints in DebtPayPro CRM system. | 4.20 | 1,995.00 |
| | SB | Review emails and other evidence. | 4.80 | 2,376.00 |
| | SB | Communications via email and phone with investigator re: subpoenas, and perform related factual investigation to supply needed information. | 0.50 | 247.50 |
| | CJBG | Review K. Hu and K. Wen emails in preparation for preliminary report. | 6.30 | 2,047.50 |
| | SEC | Revise notice of deposition subpoena and effectuate service. | 0.60 | 117.00 |
| | SEC | Revise Receiver's preliminary report. | 1.30 | 253.50 |
| | SEC | Review DebtPayPro database and emails re: customers, processors, client file documents, call recordings, etc; review inventory and maps. | 6.90 | 1,345.50 |
| | EC | Correspond with Sunwest Bank re: wire transfers. | 0.20 | 73.00 |
| | EC | Call with J. Cipollini re: emails. | 0.20 | 73.00 |
| | EC | Correspond with Premier Workspaces. | 0.20 | 73.00 |
| | EC | Review and revise preliminary report. | 1.10 | 401.50 |
| 10/30/2019 | EC | Review Premier Workspaces documents and draft summary re: same. | 0.30 | 109.50 |
| | EC | Draft website update. | 0.40 | 146.00 |
| | LDS | Continue to prepare preliminary report and review with team; draft section re: Trusted Account Services and family size; review documents produced via subpoena; review documents re: potential advance fees and TSR; | 5.00 | 2,375.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | review C. Stark emails and computer files; review A. Janse files; review consumer emails. | | |
| 10/30/2019 | SB | Draft summary of relevant evidence for team to use in Receiver's preliminary report. | 1.50 | 742.50 |
| | SB | Call Wyoming firm for supplemental documents. | 0.10 | 49.50 |
| | SB | Review supplemental Wyoming production. | 0.10 | 49.50 |
| | SB | Review information produced by Wyoming firm and compare to subpoena. | 0.20 | 99.00 |
| | SB | Discussions with L. Jones, C. Gordon and L. Smith re: evidence relevant to J. Lai deposition. | 0.40 | 198.00 |
| | SB | Review defense pleadings and declarations for issues and evidence relevant to Receiver's preliminary report and duties, and to prepare for J. Lai deposition. | 0.60 | 297.00 |
| | SB | Review T. Nguyen emails for relevant information. | 0.80 | 396.00 |
| | SEC | Prepare Hughes site inventory. | 1.00 | 195.00 |
| | SEC | Revise preliminary report and review documents and prepare exhibits re: same. | 8.40 | 1,638.00 |
| | CJBG | Review and revise section of preliminary report addressing Trusted Account Services. | 1.00 | 325.00 |
| | EC | Meet with T. McNamara and A. Robertson re: preliminary report. | 1.00 | 365.00 |
| | EC | Revise forensic accountant's report. | 2.10 | 766.50 |
| | EC | Review receivership defendants' documents. | 3.00 | 1,095.00 |
| | EC | Revise preliminary report. | 4.00 | 1,460.00 |
| 10/31/2019 | EC | Continue to revise preliminary report. | 4.10 | 1,496.50 |
| | LDS | Conduct research with focus on C. Stark; review of emails; draft sections focused on TSR violations and family size misuse; review issues relating to TSR. | 6.40 | 3,040.00 |
| | SB | Review documents, discuss evidence and issues with team, prepare exhibits, and prepare for J. Lai deposition. | 3.40 | 1,683.00 |
| | SB | Review and suggest edits to Receiver's preliminary report. | 0.30 | 148.50 |
| | SB | Engage in written correspondence, text messages, and telephone calls with J. Lai's attorney F. Woo, and in several calls with court reporter, paralegal and others, to rearrange J. Lai deposition. | 1.70 | 841.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/31/2019 | SEC | Prepare exhibits for J. Lai's deposition. | 0.50 | 97.50 |
| | SEC | Calls and emails with court reporting company and plaintiffs' counsel re: J. Lai's deposition. | 0.90 | 175.50 |
| | SEC | Calls with HSBC bank re: response to TRO and asset freeze. | 1.10 | 214.50 |
| | SEC | Revise preliminary report and review documents and prepare exhibits re: same. | 8.70 | 1,696.50 |
| | CJBG | Begin reviewing and preparing potential exhibits for preliminary report. | 1.40 | 455.00 |
| | CJBG | Review emails re: J. Lai for upcoming deposition; draft potential deposition questions. | 1.40 | 455.00 |
| | CJBG | Review and prepare exhibits for J. Lai deposition. | 2.20 | 715.00 |
| | EC | Meet with T. McNamara and team. | 1.20 | 438.00 |
| | EC | Continue to review receivership defendants' documents and email. | 5.50 | 2,007.50 |
| 11/1/2019 | EC | Meet with T. McNamara and A. Robertson re: preliminary report. | 1.70 | 620.50 |
| | LDS | Review defendants' documents re: Trusted Account Services fees, reverification campaign, and consumer complaints; prepare sections of preliminary report re: same; confer internally re: same. | 4.80 | 2,280.00 |
| | SB | Review exhibits for J. Lai deposition. | 0.30 | 148.50 |
| | SB | Communicate with paralegal and court reporter re: J. Lai deposition. | 0.10 | 49.50 |
| | SB | Review recent pleadings for evidence relevant to preliminary report. | 0.20 | 99.00 |
| | SB | Discussion with J. Lai's counsel and internal discussions re: J. Lai's request to modify TRO re: chargeback/refund issues. | 0.30 | 148.50 |
| | SB | Review court order and discuss with K. Woo alternative arrangements for J. Lai deposition. | 0.50 | 247.50 |
| | SEC | Calls with HSBC re: response to TRO. | 0.50 | 97.50 |
| | SEC | Revise preliminary report and review documents and prepare exhibits re: same. | 9.70 | 1,891.50 |
| | CJBG | Review and revise draft preliminary report. | 1.70 | 552.50 |
| | CJBG | Continue to review and prepare exhibits for preliminary report. | 8.10 | 2,632.50 |
| | EC | Review and revise preliminary report. | 5.40 | 1,971.00 |
| | EC | Continue to review receivership defendants' documents and email. | 6.40 | 2,336.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/2/2019 | SB | Call from LA City Attorney's office re: J. Lai deposition. | 0.10 | 49.50 |
| | SB | Send email notice re: new J. Lai deposition. | 0.10 | 49.50 |
| | SB | Review Receiver's preliminary report re: additional evidence; correspond with Receiver re: same. | 0.40 | 198.00 |
| 11/4/2019 | EC | Revise letter to UBS re: TRO and asset freeze. | 0.30 | 109.50 |
| | SB | Draft subpoena to National Merchant Center; revise same. | 0.40 | 198.00 |
| | SB | Respond to Receiver re: law firm trust balances as receivership assets. | 0.10 | 49.50 |
| | SB | Discussion with E. Chang and team re: opposing ex parte application; brief review of same. | 0.30 | 148.50 |
| | SB | Call with LA City Attorney's office. | 0.30 | 148.50 |
| | SB | Draft document subpoenas for J. Lai and TAS 2019, LLC. | 0.60 | 297.00 |
| | SB | Numerous communications by email and telephone with counsel for J. Lai re: deposition and document request, and discussions with team members re: requests made by counsel for J. Lai. | 1.70 | 841.50 |
| | SEC | Calls to financial institutions re: TRO and asset freeze. | 0.30 | 58.50 |
| | SEC | Coordinate J. Lai deposition with court reporter and CFPB. | 0.30 | 58.50 |
| | CJBG | Review and revise draft subpoena to Trusted Account Services. | 0.30 | 97.50 |
| | SEC | Call with D. Trainor re: leased vending machines. | 0.10 | 19.50 |
| | SEC | Draft update for receivership defendants' websites. | 0.30 | 58.50 |
| | EC | Revise subpoena to J. Lai re: document production. | 0.20 | 73.00 |
| | EC | Call and correspond with C. Linden re: outstanding invoice, TRO, and appointment of receiver. | 0.30 | 109.50 |
| 11/5/2019 | EC | Draft email to F. Woo re: Trusted Account Services compliance with TRO. | 0.80 | 292.00 |
| | EC | Draft notice to employees re: personal items. | 0.50 | 182.50 |
| | SB | Participate in meet and confer between Edu Doc Support's counsel and plaintiffs' counsel, and emails and discussions with T. McNamara and E. Chang re: same. | 0.80 | 396.00 |
| | SB | Revise opposition to ex parte application based on team comments. | 0.40 | 198.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/5/2019 | SB | Draft opposition to ex parte application, including discussions with team re: same, legal research, review of record, and review of CFPB's opposition papers. | 2.70 | 1,336.50 |
| | CJBG | Review TRO; revise draft National Merchant Center subpoena. | 1.20 | 390.00 |
| | EC | Call with S. Barth re: AppleOne invoices. | 0.10 | 36.50 |
| | EC | Revise telephone greeting. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and S. Bhandari re: response to ex parte application. | 0.20 | 73.00 |
| | EC | Call with CFPB attorney re: ex parte application. | 0.20 | 73.00 |
| | EC | Conference call with plaintiffs and B. Phillips re: Edu Doc Support ex parte application. | 0.50 | 182.50 |
| | EC | Call with F. Woo re: Trusted Account Services. | 0.60 | 219.00 |
| 11/8/2019 | EC | Conference call with plaintiffs' counsel and Receiver re: student loan servicers, payroll, J. Lai and Edu Doc Support. | 0.40 | 146.00 |
| | EC | Review financial disclosures re: additional receivership defendants. | 0.30 | 109.50 |
| | EC | Correspond with DebtPayPro re: consumer update. | 0.30 | 109.50 |
| | EC | Review documents re: additional receivership defendants. | 0.20 | 73.00 |
| | EC | Correspond with C. Tait re: 1st Generation Holdings Wells Fargo accounts. | 0.20 | 73.00 |
| | EC | Revise FAQs. | 0.40 | 146.00 |
| | SB | Discussions with E. Chang and T. McNamara re: open issues including J. Lai deposition; call with J. Lai's attorney re: deposition. | 0.60 | 297.00 |
| | SEC | Review JPMorgan Chase document production. | 0.40 | 78.00 |
| | EC | Call with F. Woo re: Trusted Account Services. | 0.20 | 73.00 |
| 11/9/2019 | EC | Conference call with T. McNamara and B. Phillips re: Edu Doc Support. | 0.40 | 146.00 |
| 11/10/2019 | EC | Review Edu Doc Support documents. | 0.80 | 292.00 |
| | SB | Calls to J. Lai's attorney re: deposition and document production. | 0.20 | 99.00 |
| | EC | Revise email to B. Phillips. | 0.60 | 219.00 |
| 11/11/2019 | SB | Review Wyoming subpoena productions. | 0.20 | 99.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/11/2019 | SB | Call with J. Lai's counsel, written communications, and discussion with Receiver re: J. Lai declaration withdrawal and deposition. | 0.50 | 247.50 |
| | EC | Correspond with A. Watts re: TRO, read only accounts, and email notice. | 0.10 | 36.50 |
| 11/12/2019 | SB | Correspond with J. Lai's counsel (and Trusted Account Services' counsel) re: document subpoenas. | 0.10 | 49.50 |
| | SB | Consult with Receiver re: J. Lai deposition. | 0.20 | 99.00 |
| | EC | Correspond with T. McNamara and team re: DebtPayPro. | 0.20 | 73.00 |
| | EC | Call with A. Watts re: DebtPayPro. | 0.30 | 109.50 |
| 11/13/2019 | EC | Correspond with plaintiffs re: DebtPayPro. | 0.40 | 146.00 |
| | EC | Revise letter to CFPB re: QuickBooks online. | 0.30 | 109.50 |
| | SB | Confer with Receiver re: J. Lai deposition. | 0.20 | 99.00 |
| | SB | Written and telephonic communications with F. Woo and W. Chang, Venable re: J. Lai deposition and declaration withdrawal. | 0.60 | 297.00 |
| 11/14/2019 | EC | Draft emails to Edu Doc Support and CFPB. | 0.30 | 109.50 |
| | SB | Calls, emails, texts, and discussions with S. Preis of CFPB, F. Woo, and Receiver re: J. Lai declaration and withdrawal of same. | 0.50 | 247.50 |
| 11/15/2019 | EC | Correspond with B. Phillips re: Edu Doc Support. | 0.10 | 36.50 |
| | SB | Communicate with S. Preis, F. Woo, and Receiver re: J. Lai declaration and withdrawal of same. | 0.40 | 198.00 |
| | SB | Call from J. Lai's counsel re: J. Lai's request for modification of TRO. | 0.20 | 99.00 |
| | SB | Discuss follow-up proceedings with Receiver and E. Chang. | 0.20 | 99.00 |
| | SEC | Review DebtPayPro and provide consumer notice of preliminary injunction and plaintiffs' action. | 4.70 | 916.50 |
| | EC | Revise letter to CFPB re: QuickBooks. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and S. Carroll re: consumer notice. | 0.20 | 73.00 |
| 11/17/2019 | EC | Inspect receivership sites. | 0.30 | 109.50 |
| 11/18/2019 | EC | Conference call with K. Hu and S. Carroll re: Mailjet and notice to consumers. | 0.50 | 182.50 |
| | EC | Calls with J. Kim, Irvine Company, re: Laguna Canyon site. | 0.30 | 109.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/18/2019 | SEC | Continue to review DebtPayPro and provide consumer notice of preliminary injunction and plaintiffs' action. | 3.60 | 702.00 |
| | SEC | Call with D. Whalen. | 0.10 | 19.50 |
| | SEC | Call with K. Hu re: consumer email notice. | 0.20 | 39.00 |
| 11/19/2019 | SB | Team meeting re: strategy to follow-up on various matters including possible fraudulent transfer actions. | 0.50 | 247.50 |
| | SB | Correspond and call with J. Lai's attorney re: document subpoenas; discussions with E. Chang and Receiver re: same. | 0.50 | 247.50 |
| | SEC | Call with vending machine vendor re: leased equipment. | 0.10 | 19.50 |
| | SEC | Meet with T. McNamara and team re: outstanding issues | 0.30 | 58.50 |
| | SEC | Review reports re: email notice to consumers. | 0.60 | 117.00 |
| | SEC | Review financial disclosures re: vehicles and other assets. | 1.30 | 253.50 |
| | EC | Correspond with J. Kim re: Laguna Canyon site. | 0.10 | 36.50 |
| | EC | Meet with T. McNamara and team re: outstanding issues. | 0.20 | 73.00 |
| | EC | Meet with L. Jones re: transferees. | 0.20 | 73.00 |
| | EC | Meet with T. McNamara, S. Bhandari, and L. Smith re: potential receivership claims. | 0.40 | 146.00 |
| 11/20/2019 | EC | Call with vending machine vendor re: leased equipment. | 0.20 | 73.00 |
| | EC | Revise website notice. | 0.10 | 36.50 |
| | EC | Call and correspond with K. Bosche re: Hughes receivership site and preliminary injunction. | 0.60 | 219.00 |
| | EC | Correspond with R. Carr re: AppleOne invoices. | 0.40 | 146.00 |
| | SB | Revise National Merchant Center subpoena and discuss same with T. McNamara. | 0.40 | 198.00 |
| | SB | Review and respond to several communications from counsel for J. Lai. | 0.50 | 247.50 |
| | SEC | Review documents produced by J. Lai and Trusted Account Services responsive to subpoena. | 0.30 | 58.50 |
| | CJBG | Draft motion to sell assets and vacate property. | 1.60 | 520.00 |
| | SEC | Draft updated website notice. | 0.10 | 19.50 |
| | SEC | Review financial disclosures and prepare materials for T. McNamara. | 0.50 | 97.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/20/2019 | EC | Correspond with J. Kim re: receivership sites. | 0.10 | 36.50 |
| | EC | Call with R. Carr re: Appleone invoices. | 0.20 | 73.00 |
| 11/21/2019 | SB | Discussion with E. Chang, review letter from J. Lai's counsel re: National Merchant Center subpoena, and draft response re: same. | 0.30 | 148.50 |
| | SEC | Email with C. Marlow re: website notices and credentials. | 0.30 | 58.50 |
| | SEC | Review MailJet campaign re: open percentage and details. | 0.30 | 58.50 |
| | EC | Call with N. Bryan re: payroll issue. | 0.10 | 36.50 |
| | EC | Call and correspond with M. Roth re: preliminary injunction and TCPA case. | 0.20 | 73.00 |
| 11/22/2019 | SB | Review prior correspondence and court orders to draft correspondence to Venable re: attorney trust account, and discussions with team re: same. | 0.40 | 198.00 |
| | SEC | Review websites and credentials; communicate with C. Marlow re: website updates; correspond with T. McNamara re: same. | 0.80 | 156.00 |
| | EC | Inspect receivership sites. | 0.30 | 109.50 |
| 11/25/2019 | EC | Revise letters to bank re: receivership defendants bank accounts. | 0.50 | 182.50 |
| | SEC | Call with D. Trainor re: vending machines. | 0.10 | 19.50 |
| | SEC | Call with D. Whalen re: locksmith. | 0.10 | 19.50 |
| | SEC | Calls with locksmith. | 0.20 | 39.00 |
| | EC | Call and correspond with government officials. | 0.30 | 109.50 |
| 11/26/2019 | SEC | Call with janitorial company re: invoices. | 0.10 | 19.50 |
| | SEC | Call with consumer re: automatic payments. | 0.30 | 58.50 |
| | SEC | Calls with vendors re: return of leased equipment. | 0.50 | 97.50 |
| | SEC | Communicate with C. Marlow and T. McNamara re: updates on defendant's websites. | 0.60 | 117.00 |
| | SEC | Review emails re: First Republic Bank. | 0.60 | 117.00 |
| | EC | Call with M. Watanabe re: receivership sites. | 0.20 | 73.00 |
| | EC | Correspond with M. Watanabe re: receivership sites. | 0.20 | 73.00 |
| 11/27/2019 | SEC | Correspond and calls with vendors and D. Whalen re: receivership sites. | 0.60 | 117.00 |
| | EC | Conference call with T. McNamara and government official. | 0.20 | 73.00 |

|   | Hours | Amount |
|---|---|---|
| **TOTAL FEES** | **401.90** | **$143,283.50** |

**DISBURSEMENTS**

| Date | Description | |
|---|---|---|
| 10/22/2019 | Printing the TROs (Inventus-INV#078432) | 667.19 |
| 10/23/2019 | Out-of-town travel: Round trip mileage to Irvine, CA (L. Smith) | 74.82 |
| | Out-of-town travel: Mileage to Irvine, CA (E. Chang) | 47.56 |
| | Out-of-town travel: Meals | 9.48 |
| | Out-of-town travel: Meals for receivership team | 17.35 |
| | Delivery services/messengers: FedEx service of TRO to Bank of America, N.A. | 57.89 |
| | Delivery services/messengers: FedEx service of TRO to BNY Mellon | 57.89 |
| | Out-of-town travel: Meals for receivership team | 60.41 |
| | Out-of-town travel: Lyft to Irvine, CA (S. Bhandari) | 80.09 |
| | Out-of-town travel: Accommodations (E. Chang) | 115.14 |
| | Out-of-town travel: Meals for receivership team | 133.26 |
| | Delivery services/messengers: FedEx service of TRO to BankUnited | 57.89 |
| | Out-of-town travel: Accommodations (S. Bhandari) | 115.14 |
| | Out-of-town travel: Accommodations (S. Carroll) | 115.14 |
| | Out-of-town travel: Accommodations (C. Gordon) | 115.14 |
| 10/24/2019 | Out-of-town travel: Return mileage to San Diego, CA (E. Chang) | 47.56 |
| | Out-of-town travel: Round trip mileage to Irvine, CA (L. Smith) | 74.82 |
| | Delivery services/messengers: FedEx service of TRO to Intuit Inc. | 57.89 |
| | Out-of-town travel: Meals for receivership team | 93.07 |
| | Out-of-town travel: Meals for receivership team | 141.68 |
| 10/25/2019 | Delivery services/messengers: FedEx service of TRO to to Dropbox, Inc. | 57.89 |
| 10/26/2019 | Other: Dropbox Plus | 11.99 |

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/2019 | Delivery services/messengers: Deliver records subpoena to Registered Agents, Inc. (First Legal) | 310.75 |
|  | Delivery services/messengers: Deliver records subpoena to Wyoming Registered Agent (First Legal) | 310.75 |
| 10/29/2019 | Delivery services/messengers: FedEx service of TRO to HSBC Bank USA, N.A. | 57.89 |
|  | Delivery services/messengers: FedEx service of TRO to ADP | 48.51 |
| 10/31/2019 | Postage | 15.40 |
| 11/4/2019 | Delivery services/messengers: FedEx preliminary report to U.S. District Court | 22.88 |
| 11/5/2019 | Delivery services/messengers: FedEx opposition to Edu Doc Support's challenge to U.S. District Court | 18.89 |
|  | Delivery services/messengers: FedEx TRO to UBS Private Wealth Management | 57.89 |
| 11/14/2019 | Delivery services/messengers: FedEx site documents to McNamara Smith LLP | 25.55 |
| 11/19/2019 | Copying: Prepare exhibits for J. Lai deposition (Inventus-INV079622) | 67.50 |
| 11/25/2019 | Delivery services/messengers: FedEx to Whelan & Associates | 14.28 |

**TOTAL DISBURSEMENTS**                                                      **$3,159.58**

**TOTAL CURRENT CHARGES**                                                    **$146,443.08**

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Cornelia J. B. Gordon | 64.30 | 325.00 | $20,897.50 |
| Edward Chang | 106.00 | 365.00 | $38,690.00 |
| Logan D. Smith | 68.30 | 475.00 | $32,442.50 |
| Shoshanna E. Carroll | 98.60 | 195.00 | $19,227.00 |
| Sanjay Bhandari | 64.70 | 495.00 | $32,026.50 |

EXHIBIT C

**Hadron Computer Forensics & Investigations**

*Joseph R. Cipollini, EnCE*                                    Invoice #HCF2019-029

5021 Verdugo Way, Suite 105-268

Camarillo, CA 93012-8676

Phone: 805-479-8388

**To:** Tom McNamara

McNamara Smith LLP

655 West Broadway, Suite 1600

San Diego, CA 92101

Phone: 619-269-0400

**SLAM Receivership - Services of Forensic IT Consultant**

| Service Date | Total Hrs /Mileage | Description | Rate | Total |
|---|---|---|---|---|
| October 23, 2019 | 36.75 | Examiner Cipollini, Houser, and Michael oversite of collection by CACI Examiners of three location receivership; assist Receiver in the preservation and review of evidence. | $175 | $ 6,431.25 |
| October 23, 2019 | | Lodging at Hampton Inn Irvine for Cipollini, Houser, and Michael. | $188.98 | $ 566.94 |
| October 24, 2019 | 40.25 | Examiner Cipollini, Houser, and Michael continued oversite of collection by CACI examiners of three receivership locations; assist Receiver in the preservation and review of evidence. | $175 | $ 7,043.75 |
| October 25-27, 2019 | 11.25 | Create backup images of 72 devices from three locations for preservation. | $175 | $ 1,968.75 |
| October 28-29, 2019 | 9.5 | Extract OST & PST files from A. Kim, K. Wen, C. Ho, T. Nugyen, N. Balestreri, S. Hulzar, and K. Hu's computers for Receiver; extract and report A. Janse iPhone; access Outlook accounts for each and download without time restrictions; copy all to drive for Receiver. | $175 | $ 1,662.50 |
| October 23-28, 2019 | | Storage media for original, backup, and production ((1) 10TB [$182], (2) 6TB [$139], (2) 4TB [$89], (4) 2TB [$59], (1) 64 GB [$10]). | $884 + tax | $ 950.29 |
| October 29, 2019 | | Shipping to McNamara Smith. | $26.50 | $ 26.50 |
| October 29, 2019 | 1.25 | Create VM to test Monday.com and provide results. | $175.00 | $ 218.75 |

EXHIBIT C
Page 30

| Service Date | Total Hrs /Mileage | Description | Rate | Total |
|---|---|---|---|---|
| November 1-2, 2019 | 1.75 | Access and secure Monday.com; collect data from site, create logical evdience files and produce. | $175.00 | $     306.25 |
| | | | TOTAL | $ 19,174.98 |
| | | | | |
| | | | Fees | $ 17,631.25 |
| | | | Costs | $   1,543.73 |
| | | | TOTAL | $ 19,174.98 |

EXHIBIT C
Page 31

# EXHIBIT D

## INVOICE Whelan & Associates

**Dan Whelan**

ADDRESS:
1048 Irvine Ave #409
Newport Beach, CA 92660

INVOICE NO. 19-007
DATE December 10, 2019

Telephone (949) 233-3200
dan@whelanconsulting.net

Project Description **SLAM Receivership**

**TO**
**McNamara Smith LLP**
Attn: Tom McNamara
655 West Broadway #1600
San Diego, CA 92101

| Date | Hours | DESCRIPTION | Rate | LINE TOTAL |
|---|---|---|---|---|
| 10/15/19 | 2.00 | Observations and photos of business sites related to the upcoming receivership (15261 Laguna Canyon Road and 173 Technology Drive) | 125.00 | 250.00 |
| 10/18/19 | 1.50 | Observation and photos of business sites related to the upcoming receivership (Hughes Ave) | 125.00 | 187.50 |
| 10/22/19 | 39.25 | 7 security agents/investigators @ 110/hour per agent at 15261 Laguna Canyon Road, Irvine, CA for service of TROs | 110.00 | 4,317.50 |
| 10/22/19 | 47.25 | 6 security agents/investigators @ 110/hour per agent at 173 Technology Drive, Irvine, CA for service of TRO | 110.00 | 5,197.50 |
| 10/22/19 | 24.50 | 3 security agents/investigators @ 110/hour per agent at 8 Hughes, Irvine, CA for service of TRO | 110.00 | 2,695.00 |
| 10/23-29/19 | 3.70 | Download of videos, inventory follow-up and document locate | 125.00 | 462.50 |
| 10/30/19 | 7.40 | Surveillance to locate and serve subpoena on J. Lai | 100.00 | 740.00 |
| 11/8/19 | 25.50 | 3 investigators to set-up, escort and document employees' return of personal property at 15261 Laguna Canyon Road, 173 Technology Drive and 8 Hughes from 0930 - 1700 + 1 hr travel | 110.00 | 2,805.00 |
| 11/25/19 | 5.25 | Open and observation of law enforcement search warrant | 110.00 | 577.50 |
| 11/26/19 | 1.40 | Assist with fire security maintenance matter | 110.00 | 154.00 |
| 12/5/19 | 9.50 | Assist with return of personal property at 15261 Laguna Canyon Road, 173 Technology Drive and 8 Hughes from 0900 - 1730 + 1 hour travel | 110.00 | 1,045.00 |
| **Total** | **167.25** | | | **18,431.50** |