KERI CURTIS AXEL (Bar No. 186847)
  kaxel@bakermarquart.com
Emily Stierwalt (Bar No. 323927)
  estierwalt@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Defendant Tuong Nguyen and TN Accounting, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>　　　　Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br>　　　　Relief Defendants. | Case No. 8:19-cv-01998-MWF-KS<br><br>Assigned to: Michael W. Fitzgerald<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES FILED ON BEHALF OF TUONG NGUYEN AND TN ACCOUNTING, INC.** |

1  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, the undersigned, counsel
2  for Defendants Tuong Nguyen ("Nguyen") and TN Accounting, Inc. ("TN
3  Accounting") hereby states that no party other than Nguyen and TN Accounting has
4  a pecuniary interest in the outcome of this case.  TN Accounting does not have a
5  parent corporation, and no publicly held company owns more than 10% or more of
6  TN Accounting's stock.  These representations are made to enable the Court to
7  evaluate possible disqualification or recusal.

Dated: January 2, 2019                      BAKER MARQUART LLP


                                            By: */s/ Keri Curtis Axel*
                                                 Keri Curtis Axel

                                            Attorneys for Defendants Tuong Nguyen
                                            and TN Accounting, Inc.

---

1
CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES