KERI CURTIS AXEL (Bar No. 186847)
  kaxel@bakermarquart.com
Sam Meehan (Bar No. 307934)
  smeehan@bakermarquart.com
Emily Stierwalt (Bar No. 323927)
  estierwalt@bakermarquart.com
BAKER MARQUART LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

*Attorneys for Defendant Tuong Nguyen and TN Accounting, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br>Relief Defendants. | Case No. 8:19-cv-01998-MWF-KS<br><br>Assigned to: Michael W. Fitzgerald<br><br>**[CORRECTED] [DKT 121] CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES FILED ON BEHALF OF TUONG NGUYEN AND TN ACCOUNTING, INC.** |

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, the undersigned, counsel for Defendants Tuong Nguyen ("Nguyen") and TN Accounting, Inc. ("TN Accounting") hereby states that no party other than Nguyen and TN Accounting has a pecuniary interest in the outcome of this case. TN Accounting does not have a parent corporation, and no publicly held company owns more than 10% or more of TN Accounting's stock. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: January 2, 2019        BAKER MARQUART LLP

By: */s/ Keri Curtis Axel*
Keri Curtis Axel

Attorneys for Defendants Tuong Nguyen and TN Accounting, Inc.