Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,

Plaintiffs,

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,

Defendants, and

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,

Relief Defendants.

Case No. 8:19-cv-01998-MWF (KSx)

**STIPULATION AUTHORIZING RECEIVER TO LIQUIDATE OR ABANDON RECEIVERSHIP ESTATE ASSETS AND VACATE LEASED PREMISES**

JUDGE: Hon. Michael W. Fitzgerald
CTRM: 5A

Plaintiffs Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and The People of The State of California (collectively, "Plaintiffs"), and Corporate Defendants True Count Staffing Inc., Prime Consulting LLC, and Sonya S. Slott, the Chapter 7 Trustee for Consumer Advocacy Center, Inc., Individual Defendants Albert Kim, Kaine Wen, and Tuong Nguyen, Relief Defendants Infinite Management Corp., Hold the Door Corp., and TN Accounting Inc. (collectively, "Defendants"), and the Court-appointed Receiver Thomas W. McNamara ("Receiver"), hereby stipulate as follows:

WHEREAS, on October 21, 2019, the Court entered an *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("TRO") (ECF No. 24), which among other things, appointed Thomas W. McNamara as temporary receiver for the business activities of Receivership Defendants. *See* TRO, Section XII. Pursuant to the TRO, on October 23, 2019, the Receiver took possession of Receivership Defendants' leased premises located at 15261 Laguna Canyon Road, Suite 200, Irvine; 173 Technology Drive, Suite 202, Irvine; and 8 Hughes Parkway, Suite 210, Irvine, California (the "Receivership Sites").

WHEREAS, on November 15, 2019, the Court entered the Stipulated Preliminary Injunction ("PI") (ECF No. 103), continuing the Receiver's appointment as Receiver for the business activities of Receivership Defendants. *See* PI, Section XIV. The PI also directs and authorizes the Receiver to "[c]onserve, hold, and manage all Receivership Defendants' Assets, and perform all acts necessary or advisable to preserve the value of those Assets." *See* PI, Section XV.D.

WHEREAS, the Receiver filed his Preliminary Report on November 1, 2019 (ECF No. 75) and concluded that Receivership Defendants' student loan debt relief business could not operate lawfully and profitably going forward.

WHEREAS, in order to conserve the Assets of the Receivership Defendants, the Receiver has determined that it is advisable to vacate the Receivership Sites as soon as practicable, return the premises to the landlords, and seek the return of any available security deposits.

WHEREAS, the Receiver has also determined that it is advisable to sell the Assets of the Receivership Defendants located at the Receivership Sites, principally comprised of, but not limited to, computers, monitors, printers, chairs, cubicles, office furniture, office equipment, and TVs (the "Office Equipment and Property"), most of which are of limited value and costly to move and store.

THEREFORE, BE IT RESOLVED THAT:

Plaintiffs, Defendants, and the Receiver stipulate and agree as follows:

1. The Receiver shall liquidate the Office Equipment and Property as soon as reasonably practical following entry of an order approving this Stipulation, and without further Court order or hearing, in such a manner as the Receiver determines to be most cost-effective so as to maximize the recovery to the Receivership Estate, in the Receiver's discretion and business judgment, in one or more public auctions and/or private sales, or any combination thereof, as the Receiver may determine will maximize value, minimize expense, and expedite the sale of the Office Equipment and Property.

2. Before the sale of the Office Equipment and Property, the Receiver shall preserve all business records, hard drives, and a small number of computers that the Receiver has determined contain consumer personal information and/or potential evidence. These items will be kept in a storage facility to be determined by the Receiver.

3. In the Receiver's discretion and business judgment, the Receiver may abandon any Office Equipment and Property that cannot be profitably liquidated for the benefit of the Receivership Estate without further notice, hearing, or additional court order.

4. Following entry of an order approving this Stipulation, the Receiver shall vacate the Receivership Sites as soon as practical and seek to recover security deposits from landlords.

5. An order approving this Stipulation shall satisfy the requirements for the sale of such property pursuant to 28 U.S.C. § 2004 and all such sales shall be deemed authorized and approved under 28 U.S.C. § 2004 without further notice, hearing, or court order.

The signatories listed below concur in this stipulation and have authorized its filing.

SO STIPULATED AND AGREED:

Dated: January 9, 2020

BUREAU OF CONSUMER FINANCIAL PROTECTION

By: /s/ Sarah Preis
Sarah Preis (*Pro Hac Vice*)
Jesse Stewart (Pro Hac Vice)
1700 G Street, NW
Washington, DC 20552
Tel.: 202-435-9318 (SP)
sarah.preis@cfpb.gov
Tel.: 202-435-9651 (JS)
jesse.stewart@cfpb.gov
Fax: 202-435-5471
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

Dated: January 9, 2020

PEOPLE OF THE STATE OF CALIFORNIA

By: /s/ Christina V. Tusan
Michael N. Feuer, City Attorney
Mary Clare Molidor, Chief Assistant City Attorney
Christina V. Tusan, Supervising Deputy City Attorney
Office of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012-4131
Tel.: 213-978-8707
Fax: 213-978-8112
christina.tusan@lacity.org;
william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

Dated: January 9, 2020

STATE OF MINNESOTA

By: /s/ Evan Romanoff
Evan Romanoff (*Pro Hac Vice*)
Assistant Attorney General
The State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: 651-757-1454
evan.romanoff@ag.state.mn.us
*Attorneys for Plaintiff the State of Minnesota*

Dated: January 9, 2020

STATE OF NORTH CAROLINA

By: /s/ M. Lynee Weaver
M. Lynne Weaver (*Pro Hac Vice*)
Michael T. Henry (*Pro Hac Vice*)
North Carolina Department of Justice
The State of North Carolina
114 W. Edenton Street
Raleigh, NC 27602
Tel.: 919-716-6000
Fax: 919-716-6050
lweaver@ncdoj.gov; mhenry@ncdoj.gov
*Attorneys for Plaintiff the State of North Carolina*

Dated: January 9, 2020

VENABLE LLP

By: /s/ Gerald Sachs
Gerald S. Sachs (*Pro Hac Vice)*
Allyson B. Baker (*Pro Hac Vice*)
600 Massachusetts Ave., NW
Washington, DC 20001
Tel.: 202-344-4000
Fax: 202-344-8300
abbaker@venable.com;
gssachs@venable.com
*Attorneys for Corporate Defendants True Count Staffing Inc. and Prime Consulting LLC, Individual Defendants Albert Kim and Kaine Wen, and Relief Defendants Infinite Management Corp. and Hold the Door Corp.*

///

///

///

///

Dated: January 9, 2020

BAKER MARQUART LLP

By: /s/ Keri Curtis Axel
Keri Curtis Axel
777 S. Figueroa, Suite 2850
Los Angeles, CA 90017
Tel.: 424-652-7800
Fax: 424-652-7850
kaxel@bakermarquart.com
*Attorneys for Defendant Tuong Nguyen and Relief Defendant TN Accounting, Inc.*

Dated: January 9, 2020

GENOVESE JOBLOVE & BATTISTA, PA

By: /s/ Glenn D. Moses
Glenn D. Moses
100 SE 2nd Street, Suite 4400
Miami, FL 33131
Tel.: 305-349-2300
Fax: 305-428-8807
*Attorneys for Sonya S. Slott, the Chapter 7 Trustee for Consumer Advocacy Center, Inc.*

Dated: January 9, 2020

MCNAMARA SMITH LLP

By: /s/ Edward Chang
Edward Chang
655 West Broadway, Suite 1600
San Diego, CA 92101
Tel.: 619-269-0400
Fax: 619-269-0401
*Attorneys for Receiver, Thomas W. McNamara*

**CONSENT CERTIFICATION**

I, Edward Chang, hereby certify that the content of this "STIPULATION AUTHORIZING RECEIVER TO LIQUIDATE OR ABANDON RECEIVERSHIP ESTATE ASSETS AND VACATE LEASED PREMISES" is acceptable to counsel for Plaintiffs Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and The People of The State of California, Corporate Defendants True Count Staffing Inc. and Prime Consulting LLC, Individual Defendants Albert Kim, Kaine Wen, and Tuong Nguyen, Relief Defendants Infinite Management Corp., Hold the Door, Corp., and TN Accounting

Inc., and Sonya S. Slott, the Chapter 7 Trustee for Consumer Advocacy Center, Inc. who have authorized me to affix their CM/ECF electronic signatures to this Stipulation.

Dated: January 9, 2020

MCNAMARA SMITH LLP

By: /s/ Edward Chang

Edward Chang
655 West Broadway, Suite 1600
San Diego, CA 92101
Tel.: 619-269-0400
Fax: 619-269-0401
*Attorneys for Receiver,*
*Thomas W. McNamara*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Edward Chang
Edward Chang
*Attorney for Receiver,*
*Thomas W. McNamara*