VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**DECLARATION OF WITT W. CHANG IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Date/Time:   Under Submission<br>Crtrm:         5A<br><br>Action Filed:         October 21, 2019<br>Complaint Served: October 23, 2019<br>Response Due:      February 3, 2020<br>Prop. Resp. Date:  May 4, 2020 |

## DECLARATION OF WITT W. CHANG

I, Witt W. Chang, declare as follows:

1. I am an attorney at law and associate at the law firm Venable LLP, counsel of record for Defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, and Albert Kim. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. On January 27, 2020, I advised counsel for Plaintiffs of the date and substance of the concurrently-filed *ex parte* application. Plaintiffs do not oppose the requested relief.

3. Other than as set forth in the concurrently-filed *ex parte* application, Defendants have made no prior request for an extension of time, and no prior request has been denied.

4. No dates have yet to be set for the initial scheduling conference, discovery cut-off, pretrial conference, or trial in the above-captioned matter.

5. Since the entry of the stipulated injunction, plaintiff Bureau of Consumer Financial Protection and Defendants have engaged in informal settlement discussions. Plaintiffs and Defendants anticipate commencing formal settlement discussions when Plaintiffs obtain authority to do so from their respective offices. Defendants are willing and ready to discuss settlement, and are requesting that the Court permit ample time to pursue a resolution of this matter through these efforts.

6. Pursuant to the Stipulated Preliminary Injunction in the above-captioned matter, all of Defendants' assets have been frozen and they have limited resources available for living expenses and attorneys' fees to litigate this case. Defendants believe that their limited resources, not to mention the resources of the Court, are best spent on encouraging their efforts to reach a settlement to dispose of this entire action rather than on continued litigation.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on January 28, 2020, at Los Angeles, CA.

6       /s/ Witt W. Chang
7        Witt W. Chang

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

2
DECLARATION OF WITT W. CHANG IN SUPPORT OF UNOPPOSED *EX PARTE*
APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT