VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>　　　　　Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,<br><br>　　　　　Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Date/Time:　Under Submission<br>Crtrm:　　　5A<br><br>Action Filed:　　　October 21, 2019<br>Complaint Served:　October 23, 2019<br>Response Due:　　February 3, 2020<br>Prop. Resp. Date:　May 4, 2020 |

48495242

# [PROPOSED] ORDER

Upon consideration of the Unopposed *Ex Parte* Application to Extend Time to Respond to the Complaint submitted by defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., Hold The Door, Corp., and Tuong Nguyen (together, "Moving Parties"), and the declaration submitted in support thereof; and good cause appearing therefor, it is hereby **ORDERED** that Moving Parties' new deadline to respond to the complaint in the above-captioned matter is May 4, 2020.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Court Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

48495242

1

[PROPOSED] ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION
TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT