SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF-KS <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

PLEASE TAKE NOTICE, pursuant to Local Rule 83-1.4, of a pending action or proceeding involving Defendants Consumer Advocacy Center Inc. (CAC) and Anan Enterprise, Inc. The Chapter 7 Trustee appointed over the estate of Defendant CAC (the Trustee) initiated an adversarial proceeding against Anan under 11 U.S.C. §§ 547 and 548 and for unjust enrichment on December 30, 2019, in the U.S. Bankruptcy Court for the Southern District of Florida.  The adversarial proceeding appears to arise from the same facts that form the basis of the Bureau's claims against Anan as a Relief Defendant in this proceeding.  The Trustee and the Bureau each allege that Anan was unjustly enriched by payments from CAC to Anan.  A copy of the complaint filed in the adversarial proceeding is included as Attachment A to this Notice.

The names, addresses, and telephone numbers for the parties to that adversarial proceeding are:

**Plaintiff:**

Sonya Salkin Slott, Chapter 7 Trustee

c/o Glenn D. Moses

Genovese Joblove & Battista, P.A.

100 S.E. Second Street

Suite 4400

Miami, FL 33131

Tel: 954-423-4469

**Represented by:**

Glenn D. Moses

Genovese Joblove & Battista, P.A.

100 S.E. Second Street

Suite 4400

Miami, FL 33131

Tel: (305) 349-2300

**Defendant:**

Anan Enterprise Inc.

c/o Kyle Dongwook Kim

1015 Crocket St.

R#25

Los Angeles, CA 90021

**Represented by:**

Pro Se

Please note that although Anan is listed as pro se in the adversarial proceeding, the following attorneys entered an appearance on its behalf in the underlying bankruptcy proceeding (Case No. 19-10655-PGH):

Michael S. Budwick, Esquire

Utibe I. Ikpe, Esquire

MELAND RUSSIN & BUDWICK, P.A.

3200 Southeast Financial Center

200 South Biscayne Boulevard

Miami, Florida 33131

Telephone: (305) 358-6363

Dated: February 24, 2020                    Respectfully submitted,

/s/ Sarah Preis
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318

Fax: (202) 435-9346
Email: sarah.preis@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection