SARAH PREIS (D.C. Bar No. 997387)
sarah.preis@cfpb.gov
(202)-435-9318
JESSE STEWART (N.Y. Bar No. 5145495)
jesse.stewart@cfpb.gov
(202)-435-9641
JEHAN A. PATTERSON (D.C. Bar No.1012119)
jehan.patterson@cfpb.gov
(202) 435-7264
N. NATHAN DIMOCK (D.C. Bar No. 487743)
nathan.dimock@cfpb.gov
(202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
Attorneys for Plaintiff
Bureau of Consumer Financial Protection

LEANNE E. HARTMANN, CA Bar #264787 – Local Counsel
Email: leanne.hartmann@cfpb.gov
301 Howard St., Suite 1200
San Francisco, CA  94105
Phone: (415) 844-9787
Fax (415) 844-9788

Attorneys for Plaintiff
Consumer Financial Protection Bureau

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>    Plaintiff,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>    Defendants. | Case No. 8:19-CV-01998 MWF (KS)<br><br>**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL FOR N. NATHAN DIMOCK'S ADMISSION *PRO HAC VICE***<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A |

I, Leanne E. Hartmann, declare:

1.     I am an Enforcement Attorney with the Bureau of Consumer Financial Protection (Bureau).

2.     I am a member in good standing of the Bar of this Court. My California State Bar Number is 264787. I work in the Bureau's office in San Francisco, California.

3.     The Bureau is an independent agency of the United States created by the Consumer Financial Protection Act of 2010 and has independent litigating authority as set forth in 12 U.S.C. § 5564(a)-(b).

4.     The Court and Defendants will be able readily to communicate with me as necessary regarding the conduct of this case and serve documents upon me, as provided under Local Rule 83-2.1.3.4 (Designation of Local Counsel).

5.     I have been designated as local counsel in this matter.

6.     While the Bureau does not maintain an office in this District, it does maintain a regional office in San Francisco, where I work.

7.     Because of the Bureau's independent litigating authority, my membership in the Bar of this Court, my availability to serve as local counsel in this case, and my employment in a California office of an agency that is a plaintiff in this action, permitting me to serve as local counsel would serve the interests of efficiency and economy.

8.     I therefore request designation as local counsel in support of Mr. Dimock's application to appear *pro hac vice*, and ask that the Bureau be relieved from the requirement of Local Rule 83-2.1.3.4 requiring that an attorney designated as Local Counsel maintain an office within the Central District of California.

**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL**

1        I declare under penalty of perjury under the laws of the United States that the

2    foregoing is true and correct. This declaration was signed on March 31, 2020, in San

3    Francisco, CA.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Leanne E. Hartmann*
Leanne E. Hartmann
Consumer Financial Protection Bureau
Attorney for Plaintiff

**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL**