# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiff(s)<br>v.<br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:19-cv-01998 MWF-KS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Dimock, Neve Nathan    of    Bureau of Consumer Financial Protection
*Applicant's Name (Last Name, First Name & Middle Initial*         1700 G Street, NW
(202) 435-9198    (202) 435-5476                              Washington, DC 20552
*Telephone Number*    *Fax Number*
Nathan.dimock@cfpb.gov
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Hartmann, Leanne E.    of    Bureau of Consumer Financial Protection
*Designee's Name (Last Name, First Name & Middle Initial*        301 Howard Street
264787    (415) 844-9787    (415) 844-9788                    Suite 1200
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*    San Francisco, CA 94105
leanne.hartmann@cfpb.gov
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: April 2, 2020

*[signature]*

**U.S. District Judge**