SARAH PREIS (D.C. Bar No. 997387) (Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495) (Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>JOINT APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES<br><br>Court: Hon. Michael W. Fitzgerald<br><br>Scheduling Conference Date: May 4, 2020<br><br>Proposed Scheduling Conference Date: July 13, 2020 |

Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California, and Defendants True Count Staffing Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door, Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting Inc., respectfully request that the scheduling conference set for May 4, 2020, be continued to July 13, 2020, or shortly thereafter. The undersigned Defendants also respectfully request that their deadline to file a responsive pleading be continued to July 13, 2020, or shortly thereafter, and the Plaintiffs do not oppose this request.

On January 30, 2020, the Court granted Defendants' unopposed application to extend the time to respond to the Complaint until May 4, 2020 [Doc. 130]. The parties submit that the following facts support a further continuance:

1. The aforementioned parties are currently engaged in settlement discussions and hope to reach a negotiated resolution of this matter before July 13, 2020.

2. On February 24, 2020, the Plaintiffs filed the First Amended Complaint, which named several additional defendants and relief defendants. Although Plaintiffs have attempted service on all defendants, to date at least two defendants have not returned waivers of service or otherwise been served.

3. On April 9, 2020, the Bureau contacted counsel to the Chapter 7 Trustee about extending the scheduling conference in this matter. Counsel to the Chapter 7 Trustee did not take a position on extending the deadline.

4. There is just cause for extending the scheduling conference, the time for the undersigned Defendants to respond to the Complaint, and the time to file a Rule 26(f) report. The additional time requested will better enable the parties to explore reaching a negotiated resolution to this matter and could also help ensure that all remaining defendants are able to participate in preparing the 26(f) report and the scheduling conference.

Dated: April 14, 2020

Respectfully submitted,

By: /s/ *Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9318
Fax: (202) 435-9346
Email: sarah.preis@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*
Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
christina.tusan@lacity.org

By: /s/ *Gerald Sachs*
Gerald S. Sachs (admitted *pro hac vice*)
Venable LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4269
Facsimile: (202) 344-8300

Attorney for Defendants True Count Staffing, Inc., Prime Consulting LLC, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., and Hold The Door, Corp.

By: /s/ *Keri Curtis Axel*
Keri Curtis Axel
Banker Marquart LLP
777 S. Figueroa, Suite 2850
Los Angeles, CA 90017
Telephone: (424) 652-7800
Facsimile: (424) 65207850

Attorney for Defendants Tuong Nguyen and TN Accounting, Inc.

I, Sarah Preis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sarah Preis*
Sarah Preis