# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998-MWF (KSx) <br><br> **[PROPOSED] ORDER GRANTING JOINT APPLICATION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES** |

Having considered the pending Application to Continue Scheduling Conference and Associated Deadlines filed by Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California, and Defendants True Count Staffing Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door, Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting Inc. (the "Application"), being fully advised in this matter,

1  and for good cause shown the Court hereby **GRANTS** the Application.

2  **IT IS THEREFORE ORDERED** that the Scheduling Conference in this matter currently set for May 4, 2020 is continued to July ___, 2020, at _____.  **IT IS FURTHER ORDERED** that the time for Defendants True Count Staffing Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door, Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting Inc. to respond to the Complaint shall be extended until July ___, 2020.  **IT IS FURTHER ORDERED** that the deadline to file a 26(f) report and to file initial disclosures shall be calculated based on the new Scheduling Conference date.

**SO ORDERED** at this ____ day of _____, 2020.

                                                            _____
                                                            Honorable Michael W. Fitzgerald
                                                            United States District Judge