NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998-MWF (KSx)<br><br>**ORDER GRANTING EXTENSION TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER VACATING SCHEDULING CONFERENCE** |

    Having considered the pending Application to Continue Scheduling Conference and Associated Deadlines filed by Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California, and Defendants True Count Staffing Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door, Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting Inc. (the "Application"), being fully advised in this matter, and for good cause shown the Court hereby **GRANTS** the Application.

**IT IS THEREFORE ORDERED** that the time for Defendants True Count Staffing Inc., Prime Consulting LLC, Infinite Management Corp., Hold the Door, Corp., Albert Kim, Kaine Wen, Tuong Nguyen, and TN Accounting Inc. to respond to the First Amended Complaint shall be extended until July 13, 2020.  If the parties are able to resolve this matter, a Notice of Settlement shall be immediately filed.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for May 4, 2020 is VACATED.  The deadline to file a 26(f) report and file initial disclosures, and the Scheduling Conference will be re-set if and when a response to the First Amended Complaint is filed.

**SO ORDERED** at this 14th day of April, 2020.

_____
Michael W. Fitzgerald
United States District Judge