FELIX T. WOO (SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone:   (213) 335-3960
Facsimile:    (213) 344-4498

Attorney for Defendant
TAS 2019 LLC D/B/A
TRUSTED ACCOUNT SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>    Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>    Defendants, and | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**UNOPPOSED EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Date/Time:   Under Submission<br>Courtroom: 5A**<br><br>**Action Filed: October 21, 2019<br>FAC Served: March 3, 2020<br>Response Due: May 4, 2020<br>Proposed Response Date: May 18, 2020** |

| | |
|---|---|
| 1 | Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Relief Defendants. |

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 4050
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960

Ex Parte To Extend Time To Respond To First Amended Complaint
8:19-cv-01998-MWF-KSx

# EX PARTE APPLICATION

Pursuant to Local Rule 7-19, Moving Party and Defendant TAS 2019 LLC d/b/a Trusted Account Services moves *ex parte* to extend its deadline to respond to Plaintiffs' First Amended Complaint from May 4, 2020 to May 18, 2020 in order to facilitate a transition of counsel for TAS 2019 LLC.

Pursuant to Local Rule 7-19.1, counsel for the Moving Party advised counsel for Plaintiffs of the date and substance of this *ex parte* application. See Declaration of Felix T. Woo ("Woo Decl.") ¶ 2.

Plaintiffs do not oppose the requested relief and there is good cause to grant it for the reasons set forth below.

## I. MOVING PARTY/DEFENDANT TAS 2019 LLC SHOULD BE PERMITTED ADDITIONAL TIME TO RESPOND TO THE COMPLAINT.

1. *The Pleadings*.

Plaintiffs filed this action on October 21, 2019. Dkt. No. 2.

The First Amended Complaint ("FAC") was filed on February 24, 2020 naming TAS 2019 LLC as a defendant. Dkt. 134. Plaintiffs then sent to counsel for TAS 2019 LLC by email and overnight delivery copies of the Summons and FAC on March 3, 2020. (Woo Decl., ¶ 3).

Counsel for TAS 2019 LLC returned the waiver of service on March 11, 2020. *Id.*, ¶ 4. Plaintiffs filed the waiver of service on March 18, 2020 and set a response date for TAS 2019 LLC to respond to the FAC for May 4, 2020. *Id*.

2. *TAS 2019 LLC cooperates with the Receiver*.

Months prior to being named as a defendant in the FAC, TAS 2019 LLC was served with subpoenas by the Receiver in this case and was later identified by the Receiver as a Receivership Defendant making it subject to the Temporary Restraining Order and Preliminary Injunction issued in this case.

In response, TAS 2019 LLC cooperated with the Receiver by turning over electronic information and financial information and documents. (Woo Decl., ¶ 5).

TAS 2019 LLC also turned over control of TAS 2019 LLC's bank accounts, databases, e-mail accounts and phone systems (including admin logins and passwords). *Id*. At the same time, TAS 2019 LLC essentially ceased to conduct any further operations. *Id*. Thus, as a practical matter, TAS 2019 LLC became defunct. All this activity took place in November 2019, well before TAS 2019 LLC was added to this lawsuit as a party.

    3.    *Good Cause Exists to Extend the Deadline For TAS 2019 LLC to Respond to the FAC*.

The undersigned counsel informed Plaintiffs on May 4, 2020 that new counsel will soon be replacing TAS 2019 LLC, and as a result, the two-week extension requested here will facilitate a reasonable transition, but without prejudice to new counsel requesting of Plaintiffs an additional extension to the extent new counsel sees fit. (Woo Decl., ¶ 6). Based on this request, Plaintiffs agreed not to oppose an application to extend the current deadline to May 18, 2020. *Id*.

As a result, TAS 2019 LLC respectfully requests that the Court grant this application and extend its time to respond to the FAC to May 18, 2020.

Dated: May 4, 2020                      FTW LAW GROUP

By:     /s/ Felix T. Woo
        Attorney for TAS 2019 LLC d/b/a
        TRUSTED ACCOUNT SERVICES