FELIX T. WOO (SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (213) 335-3960
Facsimile: (213) 344-4498

Attorney for Defendant
TAS 2019 LLC D/B/A
TRUSTED ACCOUNT SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF FELIX T. WOO IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Date/Time:** Under Submission<br>**Courtroom: 5A**<br><br>**Action Filed: October 21, 2019**<br>**FAC Served: March 3, 2020**<br>**Response Due: May 4, 2020**<br>**Proposed Response Date: May 18, 2020** |

| | |
|---|---|
| 1 | Infinite Management Corp., f/k/a |
| 2 | Infinite Management Solutions Inc.; |
|   | Hold The Door, Corp.; TN |
| 3 | Accounting Inc.; Mice and Men |
| 4 | LLC; 1st Generation Holdings, LLC; |
|   | Sarah Kim, and Anan Enterprise, |
| 5 | Inc., |
| 6 |        Relief Defendants. |

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 4050
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960

Declaration of Felix T. Woo ISO Ex Parte To Extend Time To Respond To First Amended Complaint
8:19-cv-01998-MWF-KSx

**DECLARATION OF FELIX T. WOO**

I, Felix Woo, declare:

1. I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court. I am lead counsel of record for Moving Party and Defendant TAS 2019 LLC d/b/a Trusted Account Services. I make this declaration on my own personal knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. On May 2, 2020 and May 4, 2020, I communicated with lawyers representing the Consumer Finance Protection Bureau requesting an extension of time for TAS 2019 LLC to respond to the First Amended Complaint. Among other things I discussed with the Bureau's lawyers, I informed them that TAS 2019 LLC was in the process of retaining new counsel, and to facilitate that transition, my client was requesting a two-week extension of time to respond, although such request was without prejudice to new counsel's follow-up requests in the future. I also sent a draft copy of this *ex parte* application to the Bureau's lawyers. The Bureau's lawyers agreed to the two-week extension and indicated they would not oppose this application.

3. The First Amended Complaint ("FAC") was filed on February 24, 2020 naming TAS 2019 LLC as a defendant. The Bureau's lawyers sent me a copy of the Summons and FAC on March 3, 2020 by email and overnight delivery copies and requested TAS 2019 LLC execute a waiver of service.

4. I returned the waiver of service to the Bureau's counsel on March 11, 2020. The Bureau's lawyers filed the waiver of service on March 18, 2020 and set a response date for TAS 2019 LLC to respond to the FAC for May 4, 2020.

5. Several months ago, in October 2020, TAS 2019 LLC was served with subpoenas seeking testimony and documents by the Receiver in this case. TAS 2019 LLC was later identified by the Receiver as a Receivership Defendant making it subject to the Temporary Restraining Order and Preliminary Injunction issued in

this case. Through November 2020, TAS 2019 LLC cooperated with the Receiver by turning over electronic documents and financial information. TAS 2019 LLC also turned over control of its bank accounts, databases, e-mail accounts and phone systems (including admin logins and passwords). At the same time, TAS 2019 LLC essentially ceased to conduct any further operations. All this activity took place in November 2019, well before TAS 2019 LLC was added to this lawsuit as a party.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2020, in Downey, California.

                                      /s/ *Felix T. Woo*
                                           Felix T. Woo

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 4050
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960