1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

Bureau of Consumer Financial
Protection; State of Minnesota, by its
Attorney General, Keith Ellison;
State of North Carolina, ex rel.
Joshua H. Stein, Attorney General;
and The People of The State of
California, Michael N. Feuer, Los
Angeles City Attorney,

             Plaintiffs,

v.

17
18
19
20
21
22
23
24
25
26
27

Consumer Advocacy Center Inc., d/b/a
Premier Student Loan Center; True
Count Staffing Inc., d/b/a SL Account
Management; Prime Consulting LLC,
d/b/a Financial Preparation Services;
TAS 2019 LLC d/b/a Trusted Account
Services; Horizon Consultants LLC;
First Priority LLC d/b/a Priority
Account Management; Albert Kim,
a/k/a Albert King; Kaine Wen, a/k/a
Wenting Kaine Dai, Wen Ting Dai, and
Kaine Wen Dai; and Tuong Nguyen,
a/k/a Tom Nelson,

             Defendants, and

Case No. SACV 19-1998-MWF(KSx)

Hon. Michael W. Fitzgerald

**ORDER GRANTING
UNOPPOSED EX PARTE
APPLICATION OF TAS 2019 LLC
d/b/a TRUSTED ACCOUNT
SERVICES, LLC TO EXTEND
TIME TO RESPOND TO
COMPLAINT**

**Date/Time:   Under Submission
Courtroom: 5A**

**Action Filed: October 21, 2019
FAC Served: March 3, 2020
Response Due: May 4, 2020
Proposed Response Date: May 18,
2020**

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Infinite Management Corp., f/k/a
Infinite Management Solutions Inc.;
Hold The Door, Corp.; TN
Accounting Inc.; Mice and Men
LLC; 1st Generation Holdings, LLC;
Sarah Kim, and Anan Enterprise,
Inc.,

                    Relief Defendants.

1    The Court has considered the *ex parte* application of Defendant TAS 2019

2    LLC d/b/a Trusted Account Services for an order extending its deadline to respond

3    to Plaintiffs' First Amended Complaint from May 4, 2020 to May 18, 2020 in order

4    to facilitate a transition of counsel for TAS 2019 LLC.

5    Good cause having been shown, the Court GRANTS the application.

6    Defendant TAS 2019 LLC d/b/a Trusted Account Services shall have until May 18,

7    2020 to respond to Plaintiffs' First Amended Complaint.

8    IT IS SO ORDERED.

9

10

11    Dated:  May 5, 2020

12

13                                                    _____
                                                      Michael W. Fitzgerald
                                                      United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Ex Parte To Extend Time To Respond To First Amended Complaint
8:19-cv-01998-MWF-KSx