VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**DECLARATION OF WITT W. CHANG IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date/Time:   Under Submission<br>Crtrm:           5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:      February 24, 2020 |

49094956

| | |
|---|---|
| 1 | Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., |
| 2 | |
| 3 | Relief Defendants. |

49094956

**DECLARATION OF WITT W. CHANG**

I, Witt W. Chang, declare as follows:

1. I am an attorney at law and an associate at the law firm Venable LLP, counsel of record for True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp, and Hold The Door, Corp. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. It is my understanding that many of the Unrepresented Defendants,[1] which were added to this lawsuit by the February 24, 2020 First Amended Complaint, have been diligently seeking suitable counsel free of potential conflicts to represent them in this action, and that such efforts have been significantly hampered by the ongoing global pandemic and the resulting state and local stay-at-home and shelter-in-place orders.

3. In an email chain beginning on May 1, 2020, my office advised counsel for Plaintiffs[2] of the date and substance of the concurrently filed *ex parte* application.

4. In emails dated May 4, 2020 and May 5, 2020, counsel for the Consumer Financial Protection Bureau represented the position of Plaintiffs (other than the City of Los Angeles) as follows: (1) "Plaintiffs do not oppose a two week extension to the respective responsive pleading deadlines for Relief Defendants Sarah Kim and Anan Enterprises and Defendants First Generation, Horizon Consulting, First Priority, and Mice and Men in order to provide them additional

---

[1] Unrepresented Defendants," as used herein, refers to the following parties added to the First Amended Complaint: Defendants Horizon Consultants LLC; and First Priority LLC d/b/a/ Priority Account Management; and Relief Defendants Mice and Men LLC, 1st Generation Holdings, LLC, Sarah Kim, and Anan Enterprise, Inc. The undersigned counsel does not represent any of these parties.

[2] "Plaintiffs," as used herein, refers to Plaintiffs Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California.

time to obtain counsel;" and (2) "If those defendants are willing to complete the Bureau's financial disclosure forms within the next two weeks as part of an effort to reach a negotiated resolution, then we would also not oppose extending their response deadline to July 13, 2020." Further, "Plaintiffs have also indicated that they are open to agreeing to the requested continuance if those defendants are willing to complete the requested forms but do not think they can do so in two weeks, in which case Plaintiffs suggested discussing an alternative timeline for the completion of those materials."

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on May 5, 2020, at Los Angeles, California.

_____
Witt W. Chang