VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
   abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
   gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8300

Witt W. Chang (SBN 281721)
   wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>               Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>               Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date/Time:   Under Submission<br>Crtrm:           5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:      February 24, 2020 |

49098803

Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

        Relief Defendants.

## [PROPOSED] ORDER

Upon consideration of the *Ex Parte* Application to Extend Time to Respond to First Amended Complaint submitted by Defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp., Hold The Door, Corp., and Tuong Nguyen (together, "Moving Parties"), and the declaration submitted in support thereof; and good cause appearing therefor, it is hereby **ORDERED** that the new deadline of Defendants Horizon Consultants LLC and First Priority LLC d/b/a/ Priority Account Management, and Relief Defendants Mice and Men LLC, 1st Generation Holdings, LLC, Sarah Kim, and Anan Enterprise, Inc. to respond to the First Amended Complaint is July 13, 2020.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                          Hon. Michael W. Fitzgerald
                                                          United States District Court Judge

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49098803

1

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
TO EXTEND DEFENDANTS' TIME TO RESPOND TO FAC