# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>            Plaintiffs,<br><br>      v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>            Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>            Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date/Time:   Under Submission<br>Crtrm:          5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:     February 24, 2020 |

Upon consideration of the *Ex Parte* Application to Extend Time to Respond to First Amended Complaint submitted by Defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Infinite Management Corp.,

49098803

1  Hold The Door, Corp., and Tuong Nguyen (together, "Moving Parties"), and the
2  declaration submitted in support thereof; and good cause appearing therefor, it is
3  hereby **ORDERED** that the new deadline of Defendants Horizon Consultants LLC
4  and First Priority LLC d/b/a/ Priority Account Management, and Relief Defendants
5  Mice and Men LLC, 1st Generation Holdings, LLC, Sarah Kim, and Anan
6  Enterprise, Inc. to respond to the First Amended Complaint is July 13, 2020.
7     **IT IS SO ORDERED.**

9  Dated:  May 7, 2020         _____
                                Michael W. Fitzgerald
10                              United States District Judge