FELIX T. WOO (SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (213) 335-3960
Facsimile: (213) 344-4498

Attorney for Defendant
TAS 2019 LLC D/B/A
TRUSTED ACCOUNT SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Date/Time:** Under Submission<br>**Courtroom:** 5A<br><br>**Action Filed: October 21, 2019**<br>**FAC Served: March 3, 2020**<br>**Response Due: May 18, 2020**<br>**Proposed Response Date: July 13, 2020** |

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 4050
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960

1  Infinite Management Corp., f/k/a
2  Infinite Management Solutions Inc.;
   Hold The Door, Corp.; TN
3  Accounting Inc.; Mice and Men
4  LLC; 1st Generation Holdings, LLC;
   Sarah Kim, and Anan Enterprise,
5  Inc.,
6
           Relief Defendants.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EX PARTE APPLICATION**

Pursuant to Local Rule 7-19, Moving Party and Defendant TAS 2019 LLC d/b/a Trusted Account Services moves *ex parte* to further extend its deadline to respond to Plaintiffs' First Amended Complaint from May 18, 2020 to July 13, 2020 in order to facilitate a transition of counsel for TAS 2019 LLC and to make TAS's response due the same date as every other served defendant in this case.

Pursuant to Local Rule 7-19.1, counsel for the Moving Party advised counsel for Plaintiffs of the date and substance of this *ex parte* application. *See* Declaration of Felix T. Woo ("Woo Decl.") ¶ 2.

Although notice of this *ex parte* application was first given on Thursday evening, May 14, 2020, and again on Sunday, May 17, 2020. as of the time of the filing of this application around 11 am PT on Monday, May 18, 2020, Plaintiffs had not yet responded to indicate whether they would oppose the application. However, based on the other *ex parte* application the Court recently granted on this same issue (*see* Dkt. 152), TAS assumes the Plaintiffs would take the same position.

### **I.      MOVING PARTY/DEFENDANT TAS 2019 LLC SHOULD BE PERMITTED ADDITIONAL TIME TO RESPOND TO THE COMPLAINT**.

The Court previously granted TAS two additional weeks to respond to the First Amended Complaint ("FAC") in order for TAS to facilitate transitioning this case to new counsel. Dkt. 150.

As of today's date, that new representation is still in process, and new counsel informed TAS's current counsel that they would not be substituted into this case in time for them to make an appearance or file any further application to extend the time for TAS to respond. Woo Decl., ¶ 3.

Moreover, as noted above, on May 7, 2020, the Court granted several unrepresented defendants an extension of time to July 13, 2020 to respond to the FAC. Dkt. 152. This is the same date all of the other defendants have to respond to the FAC. As it currently stands, only TAS is required to respond earlier than July

13, 2020. Thus, not only will granting the additional time sought here give more time for TAS to facilitate its transition to new counsel, but it will save that new counsel and TAS from having to make a further extension request, and will make all of the served defendants' responses the same date, all of which makes sense for the reasons stated in the *ex parte* application (Dkt. 151) the Court approved on May 7, 2020.

    As a result, TAS 2019 LLC respectfully requests that the Court grant this application and extend its time to respond to the FAC to July 13, 2020.

Dated: May 18, 2020                    FTW LAW GROUP

By:     /s/ Felix T. Woo
       Attorney for TAS 2019 LLC d/b/a
       TRUSTED ACCOUNT
       SERVICES