FELIX T. WOO (SBN 208107)
fwoo@ftwlawgroup.com
FTW LAW GROUP
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (213) 335-3960
Facsimile: (213) 344-4498

Attorney for Defendant
TAS 2019 LLC D/B/A
TRUSTED ACCOUNT SERVICES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF FELIX T. WOO IN SUPPORT OF EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date/Time: Under Submission<br>Courtroom: 5A<br><br>Action Filed: October 21, 2019<br>FAC Served: March 3, 2020<br>Response Due: May 18, 2020<br>Proposed Response Date: July 13, 2020 |

| | |
|---|---|
| 1 | Infinite Management Corp., f/k/a |
| 2 | Infinite Management Solutions Inc.; Hold The Door, Corp.; TN |
| 3 | Accounting Inc.; Mice and Men |
| 4 | LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, |
| 5 | Inc., |
| 6 | Relief Defendants. |

FTW LAW GROUP
601 SOUTH FIGUEROA STREET, SUITE 4050
LOS ANGELES, CALIFORNIA 90017
(213) 335-3960

# DECLARATION OF FELIX T. WOO

I, Felix Woo, declare:

1. I am an attorney at law duly licensed to practice in the State of California and a member of the bar of this Court. I am lead counsel of record for Moving Party and Defendant TAS 2019 LLC d/b/a Trusted Account Services. I make this declaration on my own personal knowledge and, if called and sworn as a witness, I could and would testify competently hereto.

2. On the evening of May 14, 2020 and again on May 17, 2020, I emailed lawyers representing the Consumer Finance Protection Bureau and the other Plaintiffs in this case requesting a further extension of time for TAS 2019 LLC to respond to the First Amended Complaint. I informed them that TAS 2019 LLC was still in the process of retaining new counsel, and to facilitate that transition and also to align with the Court's recent order granting unrepresented defendants additional time, my client was requesting an extension of time to July 13, 2020 to respond. As of the filing of this ex parte application around 11 am PT on Monday, May 18, 2020, I have not received any response to my two emails.

3. As of today's date, TAS's new representation is still in process, and new counsel has informed me that they will not be substituted into this case in time for them to make an appearance or file any further application to extend the time for TAS to respond to the FAC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2020, in Downey, California.

/s/ *Felix T. Woo*
Felix T. Woo