UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>         Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>         Defendants, and | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**Date/Time:** Under Submission<br>**Courtroom: 5A**<br><br>Action Filed: October 21, 2019<br>FAC Served: March 3, 2020<br>Response Due: May 18, 2020<br>Proposed Response Date: July 13, 2020 |

| | |
|---|---|
| 1 | Infinite Management Corp., f/k/a |
| 2 | Infinite Management Solutions Inc.; |
| | Hold The Door, Corp.; TN |
| 3 | Accounting Inc.; Mice and Men |
| 4 | LLC; 1st Generation Holdings, LLC; |
| | Sarah Kim, and Anan Enterprise, |
| 5 | Inc., |
| 6 | Relief Defendants. |

The Court has considered the *ex parte* application of Defendant TAS 2019 LLC d/b/a Trusted Account Services for an order extending its deadline to respond to Plaintiffs' First Amended Complaint from May 18, 2020 to July 13, 2020 in order to facilitate a transition of counsel for TAS 2019 LLC and to make TAS's response due the same date as the other defendants in this case (*see, e.g.*, Dkt. 152).

Good cause having been shown, the Court GRANTS the application. Defendant TAS 2019 LLC d/b/a Trusted Account Services shall have until July 13, 2020 to respond to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: _____, 2020

_____
Hon. Michael W. Fitzgerald
United States District Court Judge