UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; et al.,<br><br>Relief Defendants. | Case No. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING EX PARTE APPLICATION OF TAS 2019 LLC d/b/a TRUSTED ACCOUNT SERVICES, LLC TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court has considered the *ex parte* application of Defendant TAS 2019 LLC d/b/a Trusted Account Services for an order extending its deadline to respond to Plaintiffs' First Amended Complaint from May 18, 2020 to July 13, 2020 in order to facilitate a transition of counsel for TAS 2019 LLC and to make TAS's response due the same date as the other defendants in this case (*see, e.g.*, Dkt. 152).

Good cause having been shown, the Court GRANTS the application. Defendant TAS 2019 LLC d/b/a Trusted Account Services shall have until July 13, 2020 to respond to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated: May 19, 2020

_____
Michael W. Fitzgerald
United States District Judge