# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br>Plaintiff(s)<br>v.<br>Consumer Advocacy Center Inc., et al.<br>Defendant(s) | CASE NUMBER<br>8:19-cv-01998-MWF(KSx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Hold The Door, Corp.     ☐ Plaintiff   ☐ Defendant   ☒ Other   Relief Defendant
*Name of Party*

to substitute  Matthew Eanet (Eanet, PC)                                                             who is

☒ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

550 S. Hope Street, Suite 750
*Street Address*

Los Angeles, CA 90071                             matt@eanetpc.com
*City, State, Zip*                                 *E-Mail Address*

310-775-2495                    310-593-2589                    227490
*Telephone Number*               *Fax Number*                   *State Bar Number*

as attorney of record instead of  Venable LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

Witt W. Chang; Allyson B. Baker; Gerald S. Sachs

**is hereby**     ☐ GRANTED     ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                  U. S. District Judge/U.S. Magistrate Judge