# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br>Plaintiff(s)<br>v.<br>Consumer Advocacy Center Inc., et al.<br>Defendant(s) | CASE NUMBER<br>8:19-cv-01998-MWF(KSx)<br><br>ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY |

The Court hereby orders that the request of:

Hold The Door, Corp. ☐ Plaintiff ☐ Defendant ☒ Other Relief Defendant
*Name of Party*

to substitute Matthew Eanet (Eanet, PC) who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

550 S. Hope Street, Suite 750
*Street Address*

Los Angeles, CA 90071                            matt@eanetpc.com
*City, State, Zip*                                *E-Mail Address*

310-775-2495              310-593-2589              227490
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of Venable LLP
*List all attorneys from same firm or agency who are withdrawing.*
Witt W. Chang; Allyson B. Baker; Gerald S. Sachs

is hereby   ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated June 2, 2020

*U. S. District Judge* [signature: Michael W. Fitzgerald]

G-01 ORDER (09/17)   ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY