# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.,

Plaintiff(s)

v.

CONSUMER ADVOCACY CENTER INC., et al.,

Defendant(s).

CASE NUMBER: 8:19-cv-01998-MWF-KS

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__TAS 2019 LLC__   Plaintiff   x Defendant   Other _____
*Name of Party*

to substitute   __Marc S. Williams of Cohen Williams LLP__   who is

x  Retained Counsel      Counsel appointed by the Court (Criminal cases only)      Pro Se

724 South Spring St., 9th Floor
*Street Address*

Los Angeles, CA 90014                              mwilliams@cohen-williams.com
*City, State, Zip*                                  *E-Mail Address*

(213) 232-5160              (213) 232-5167                 198913
*Telephone Number*            *Fax Number*                 *State Bar Number*

as attorney of record instead of   __Felix Woo of FTW Law Group, APC__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**      GRANTED      DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

   Dated _____             _____
                                            U. S. District Judge/U.S. Magistrate Judge