# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.,

Plaintiff(s)

v.

CONSUMER ADVOCACY CENTER INC., et al.,

Defendant(s).

CASE NUMBER: 8:19-cv-01998-MWF-KS

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Prime Consulting LLC__      Plaintiff    x Defendant    Other _____
*Name of Party*

to substitute __Marc S. Williams of Cohen Williams LLP__ who is

   x   Retained Counsel      Counsel appointed by the Court (Criminal cases only)    Pro Se

724 South Spring St., 9th Floor
*Street Address*

Los Angeles, CA 90014                    mwilliams@cohen-williams.com
*City, State, Zip*                        *E-Mail Address*

(213) 232-5160            (213) 232-5167                 198913
*Telephone Number*         *Fax Number*                  *State Bar Number*

as attorney of record instead of __Witt W. Chang, Allyson B. Baker, and Gerald S. Sachs of Venable LLP__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby       GRANTED    DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                                       U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)  **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**