**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>CONSUMER ADVOCACY CENTER INC., et al.,<br><br>Defendant(s). | CASE NUMBER:<br>8:19-cv-01998-MWF-KS<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__TAS 2019 LLC__        Plaintiff    x Defendant    Other _____
*Name of Party*

to substitute   Marc S. Williams of Cohen Williams LLP                              who is

   x   Retained Counsel       Counsel appointed by the Court (Criminal cases only)    Pro Se

724 South Spring St., 9th Floor
*Street Address*

Los Angeles, CA 90014                                 mwilliams@cohen-williams.com
*City, State, Zip*                                              *E-Mail Address*

(213) 232-5160                (213) 232-5167                198913
*Telephone Number*            *Fax Number*                 *State Bar Number*

as attorney of record instead of   Felix Woo of FTW Law Group, APC
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby     xx GRANTED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  June 9, 2020

*[signature]*

U. S. District Judge