**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al., <br> Plaintiff(s) <br> v. <br> CONSUMER ADVOCACY CENTER INC., et al., <br> Defendant(s). | CASE NUMBER: <br> 8:19-cv-01998-MWF-KS <br><br> ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

__Prime Consulting LLC__      Plaintiff    x Defendant    Other _____
*Name of Party*

to substitute  __Marc S. Williams of Cohen Williams LLP__  who is

  x  Retained Counsel     Counsel appointed by the Court (Criminal cases only)    Pro Se

__724 South Spring St., 9th Floor__
*Street Address*

__Los Angeles, CA 90014__                                __mwilliams@cohen-williams.com__
*City, State, Zip*                                            *E-Mail Address*

__(213) 232-5160__          __(213) 232-5167__          __198913__
*Telephone Number*          *Fax Number*              *State Bar Number*

as attorney of record instead of __Witt W. Chang, Allyson B. Baker, and Gerald S. Sachs of Venable LLP__
*List **all** attorneys from same firm or agency who are withdrawing*

is hereby     **GRANTED.**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   __June 10, 2020__

*/s/ Michael W. Fitzgerald*
U.S. District Judge