VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>  Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>  Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**DECLARATION OF WITT W. CHANG IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date/Time:  Under Submission<br>Crtrm:  5A<br><br>Action Filed:  October 21, 2019<br>FAC Filed:  February 24, 2020 |

49539599

1

Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants.

## DECLARATION OF WITT W. CHANG

I, Witt W. Chang, declare as follows:

1. I am an attorney at law and an associate at the law firm Venable LLP, counsel of record for True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, and Albert Kim. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. As of May 5, 2020, when Defendants previously moved the Court for an extension of the responsive pleading deadline, Defendants were waiting for Plaintiffs to provide a draft proposed stipulated judgment, which is generally the beginning of the CFPB's negotiation process, and had been so waiting since settlement conversations commenced in November 2019. Plaintiffs provided a first draft of the proposed stipulated order, on May 23, 2020—approximately six months after the parties began settlement negotiations. Defendants responded as quickly as possible, coordinating the various concerns of Defendants (many of whom are represented by separate counsel), and provided their proposed changes to Plaintiffs on June 22, 2020. On July 2, 2020, right before the holiday weekend, Plaintiffs provided their response, in the form of a further revised draft. Defendants need time to consider and respond to that that draft.

3. During the time previously provided by the Court as an extension of Defendants' time to respond to the First Amended Complaint, other than First Priority LLC, all parties were able to retain counsel.

4. Per a July 7, 2020 email from Jesse Stewart, counsel of record for the CFPB, plaintiffs do not oppose continuing the July 13, 2020 responsive pleading date until July 31, 2020.

49539599

2

DECLARATION OF WITT W. CHANG ISO
*EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FAC

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on July 9, 2020, at Los Angeles, California.

/s/ Witt W. Chang

Witt W. Chang

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49539599

3

DECLARATION OF WITT W. CHANG ISO
*EX PARTE* APPLICATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO FAC