VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>             Plaintiffs,<br><br>       v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>             Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**DECLARATION OF JULIAN BURNS KING IN SUPPORT OF *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Date/Time:    Under Submission<br>Crtrm:           5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:      February 24, 2020 |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49536140

1

Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

          Relief Defendants.

## DECLARATION OF JULIAN BURNS KING

I, Julian Burns King, declare as follows:

1.     I am an attorney duly admitted to practice before this Court. I am a partner at the law firm of King & Siegel LLP, attorneys of record for Relief Defendants 1st Generation Holdings, LLC and Sarah Kim. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.     My firm was retained to represent 1st Generation Holdings, LLC and Sarah Kim on July 7, 2020. We are endeavoring to quickly review the case file and engage with Plaintiffs on behalf of our clients. However, given the volume of prior pleadings, the number of parties, and the complexity of the case, I respectfully request an extension for our clients to file responsive pleadings until August 27, 2020. Such an extension serves the interests of both efficiency and justice by allowing us to attempt to negotiate resolution on behalf of our clients with the CFPB, thus eliminating the need for ongoing litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2020 in Los Angeles, California.

_____
Julian Burns King

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49536140

2