SARAH PREIS (DC Bar No. 997387)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
(admitted *pro hac vice*)
JESSE STEWART (NY Bar No. 5145495)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
(admitted *pro hac vice*)
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KSx)<br><br>**OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Court:   Hon. Michael W. Fitzgerald<br>         Courtroom 5A<br><br>Date/Time: Under submission<br>Action Filed: October 21, 2019<br>Amended Complaint Filed: Feb. 24, 2020 |

1

**OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME**

Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California oppose Defendants' *Ex Parte* Application to Extend Time to Respond to the First Amended Complaint until August 27, 2020 (Defendants' Motion) (ECF 165).  Plaintiffs have agreed to or have not opposed four extensions to the responsive pleading date: from November 13 to December 13, 2019 (ECF 94), from December 13, 2019, to February 3, 2020 (ECF 114), from February 3 to May 4, 2020 (ECF 130), and from May 4 to July 13, 2020 (ECF 143).[1] Plaintiffs believe a shorter extension, until July 31, 2020, should be sufficient to determine whether the parties can reach an agreement in principle on settlement.  If the parties are unable to reach an agreement in principle by the end of July, Plaintiffs do not expect that further settlement discussions will be fruitful at this stage of the proceedings.

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Defendants' Motion and set the responsive pleading deadline to July 31, 2020.

Dated: July 10, 2020                          Respectfully submitted,


/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
(admitted *pro hac vice*)
Enforcement Attorney
Email: jesse.stewart@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

---

[1] For defendants added by the First Amended Complaint on February 24, 2020, Plaintiffs did not oppose extending the time to respond until July 13, 2020, provided that those defendants agreed to complete a financial disclosure form as part of an effort to reach a negotiated resolution. (ECF 151 at 5.)

2
**OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME**

/s/ *M. Lynne Weaver*
M. Lynne Weaver (NC Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

/s/ *Evan Romanoff*
Evan Romanoff (Atty. Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

*Attorney for Plaintiff State of Minnesota*

/s/ *Christina Tusan*
Christina Tusan (CA Bar No. 192203)
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Phone: (213) 473-6908
Fax: (213) 978-8111
Email: christina.tusan@lacity.org
*Attorney for Plaintiff*
*The People of the State of California*

3

**OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME**

I, Jesse Stewart, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                        /s/ Jesse Stewart
                        Jesse Stewart

**OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION TO EXTEND TIME**