UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. SA CV 19-1998-MWF (KSx) | Date: July 10, 2020 |
| Title: Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE: MOVING DEFENDANTS' EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [165]

On July 9, 2020, Defendants True Count Staffing, Inc., Prime Consulting, LLC, Kaine Wen, Albert Kim, Tuong Nguyen, Horizon Consultants LLC, TAS 2019 LLC, and Relief Defendants Infinite Management Corp., Hold The Door, Corp., Mice and Men LLC, 1st Generation Holdings, LLC, and Sarah Kim ("Moving Defendants") filed an Ex Parte Application to Extend Time to Respond to First Amended Complaint (the "Application"). (Docket No. 165). On July 10, 2020, Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California filed an Opposition. (Docket No. 166).

Through the Application, Moving Defendants seek an extension to respond to Plaintiff's First Amended Complaint ("FAC") from July 13, 2020 to August 27, 2020. (Application at 2). Defendants have previously sought, and were granted, numerous extensions. Nonetheless, they argue that an additional extension is warranted because the parties are engaging in settlement negotiations. (*Id.* at 2-3). They further argue that they need time to analyze a recent Supreme Court decision. (*Id.* at 3).

In their Opposition, Plaintiffs assert that a shorter extension, until July 31, 2020, should be sufficient to determine whether the parties can reach an agreement in principle on settlement. (Opposition at 2). Plaintiffs also note that they have agreed to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  SA CV 19-1998-MWF (KSx)          **Date:**  July 10, 2020
**Title:**    Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al.

or have not opposed four previous extensions to the responsive pleading date.  (*Id.*) (citing Docket Nos. 94, 114, 130, 143).

The Application is **GRANTED** *in part*.  The Court agrees with Plaintiffs that only an extension until July 31, 2020 is warranted, especially in light of the numerous extensions Defendants have already requested and received in this action.  Accordingly, Defendants are **ORDERED** to respond to the First Amended Complaint by no later than **July 31, 2020**.

IT IS SO ORDERED.