VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.**<br><br>Date:         August 31, 2020<br>Time:        10:00 a.m.<br>Crtrm:       5A<br><br>Action Filed:   October 21, 2019 |

| | |
|---|---|
| 1 | Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., |
| 2 | |
| 3 | |
| 4 |           Relief Defendants. |

49652058

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

# [PROPOSED] ORDER

Upon consideration of Venable LLP's Motion to Withdraw as Counsel of Record ("Motion") for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. (collectively, "Defendants"), the papers submitted in support of and in opposition to the Motion, oral argument of counsel, and the record evidence; and good cause appearing therefor, it is hereby **ORDERED** that the Motion is **GRANTED** and Venable is hereby granted leave to withdraw and is terminated as counsel of record for Defendants as of the date of this order.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Court Judge