VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants
True Count Staffing, Inc., Albert Kim,
Kaine Wen, and Relief Defendant
Infinite Management Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>            Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>            Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>*EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.**<br><br>Date/Time:   Under Submission<br>Crtrm:           5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:      February 24, 2020 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants.

## *EX PARTE* APPLICATION

Pursuant to Local Rule 7-19 and the Court's procedures, Venable LLP ("Venable LLP") hereby moves *ex parte* for an order (i) shortening the time to brief and hear its Motion to Withdraw as Counsel of Record for Defendants True Count Staffing, Inc., Albert Kim, and Kaine Wen, and Relief Defendant Infinite Management Corp. (collectively, "Defendants") ("Motion") (ECF No. 168), which is currently set for hearing on August 31, 2020; and (ii) extending Defendants' last day to respond to the operative First Amended Complaint from July 31, 2020 to August 21, 2020.

Good cause exists for such relief for the following reasons:

First, Venable has ample reason to request immediate withdrawal from its joint representation of Defendants. As identified in the Motion, Venable should be permitted to withdraw due to an actual conflict of interest that (i) recently arose in Venable's joint representation of Defendants; (ii) implicates multiple California Rules of Professional Conduct; (iii) has resulted in a breakdown in communications between Venable and Defendants; (iv) is unwaivable; and (v) prevents Venable from continuing its representation of Defendants.

Second, the Motion is currently set for hearing on August 31, 2020, which was the first date on which Venable was available that complied with this District's notice requirements and this Court's availability for motion hearings. Declaration of Gerald S. Sachs ¶ 2. But, Defendants' response to the operative complaint is currently due one month before that—on July 31, 2020. Considering Venable's request for withdrawal, it would raise significant concern for all involved should

Venable be forced to prepare responsive pleadings on Defendants' behalf.

Third, no prejudice would inure to any party if the requested relief is granted. The Motion and its briefing and hearing schedule does not affect any party other than Defendants and Venable, the interests of both of which are best served by the relief requested herein. Similarly, Defendants' responsive pleading deadline does not affect any defendant other than the few that are represented by Venable, and certainly affects none of the Plaintiffs in any material fashion. While Defendants did not consent to Venable's withdrawal (thus necessitating the Motion), it is unclear to date whether Defendants intend to file oppositions to the Motion, or whether they oppose the relief in this *ex parte* application, though notice was provided to them. *Id*. ¶ 3. Plaintiffs do not oppose shortening time on the hearing and briefing of the Motion as proposed below. *Id*. ¶ 4.

Plaintiffs do, however, oppose the requested extension of Defendants' responsive pleading deadline. *Id*. While Defendants' prior request to extend their deadline to respond to the operative complaint was only granted in part (extended by two weeks rather than the full amount requested) (*see* ECF No. 167), the instant situation is far different than the circumstances present then. Specifically, since the time that extension was granted, based on an actual conflict of interest that precludes further representation and after withdrawal could not be obtained by consent, Venable had no choice but to move to withdraw. A short delay in the responsive pleading deadline causes hardly any prejudice, especially in relation to the significant conflicts issues identified in the Motion.

Accordingly, Venable respectfully requests that the Court advance the hearing on the Motion and adopt the following schedule with respect to briefing:

| Event | Current Date | Proposed Date |
|---|---|---|
| Motion Filed | July 24, 2020 | N/A |
| Oppositions Due | August 10, 2020 | August 4, 2020 |

| Replies Due | August 17, 2020 | August 7, 2020 |
| Hearing | August 31, 2020 | August 14, 2020 |

Venable further respectfully requests that the Court extend Defendants' responsive pleading deadline from July 31, 2020 to August 21, 2020, such that there is sufficient time following the hearing on the Motion for Defendants to obtain new counsel if the Motion is granted, or for Venable to prepare Defendants' responsive pleadings if the Motion is denied.

Dated: July 28, 2020

VENABLE LLP

By: /s/ Witt W. Chang
Allyson B. Baker (admitted p.h.v.)
Gerald S. Sachs (admitted p.h.v.)
Witt W. Chang
Attorneys for Defendants
True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp.