VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants
True Count Staffing, Inc., Albert Kim,
Kaine Wen, and Relief Defendant
Infinite Management Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>            Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>            Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**DECLARATION OF GERALD S. SACHS IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP**<br><br>Date/Time:    Under Submission<br>Crtrm:             5A<br><br>Action Filed:   October 21, 2019<br>FAC Filed:     February 24, 2020 |

49673848

1

Infinite Management Solutions Inc.;
Hold The Door, Corp.; TN
Accounting Inc.; Mice and Men
LLC; 1st Generation Holdings, LLC;
Sarah Kim, and Anan Enterprise,
Inc.,

Relief Defendants.

## DECLARATION OF GERALD S. SACHS

I, Gerald S. Sachs, declare as follows:

1. I am an attorney at law and a partner at the law firm Venable LLP ("Venable"), counsel of record for Defendants True Count Staffing, Inc., Prime Consulting, LLC, Albert Kim, and Kaine Wen, and Relief Defendant Infinite Management Corp. (collectively, "Defendants"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. With respect to setting the hearing on Venable's July 24, 2020 Motion to Withdraw as Counsel of Record ("Motion"), August 31, 2020 was the first date on which Venable was available that complied with this District's notice requirements and this Court's availability for motion hearings.

3. On or about July 28, 2020, I made reasonable, good faith efforts to advise Defendants, through Mr. Kim and Mr. Wen, of the date and substance of the concurrently-filed *ex parte* application. As of the time the *ex parte* papers were being finalized, I am not aware whether Defendants will oppose the application, and it is unclear to me whether Defendants intend to file oppositions to the Motion.

4. On or about July 28, 2020, I made reasonable, good faith efforts to advise Plaintiffs, through their counsel, of the date and substance of the concurrently-filed *ex parte* application. Plaintiffs do not oppose shortening time on the hearing and briefing of the Motion as proposed in the *ex parte* application, though they oppose the requested extension of Defendants' responsive pleading deadline.

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct.
3    Executed on July 28, 2020, at Washington, D.C.

*[signature]*

Gerald S. Sachs

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49673848

3

DECLARATION OF GERALD S. SACHS ISO
*EX PARTE* APPLICATION FOR ORDER SHORTENING TIME