| | |
|---|---|
| 1 | VENABLE LLP |
| | Allyson B. Baker (*Admitted Pro Hac Vice*) |
| 2 |   abbaker@venable.com |
| | Gerald S. Sachs (*Admitted Pro Hac Vice*) |
| 3 |   gssachs@venable.com |
| | 600 Massachusetts Ave., NW |
| 4 | Washington, D.C. 20001 |
| | Telephone:  (202) 344-4000 |
| 5 | Facsimile:   (202) 344-8300 |

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants
True Count Staffing, Inc., Albert Kim,
Kaine Wen, and Relief Defendant
Infinite Management Corp.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>        Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>        Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.**<br><br>Date/Time:  Under Submission<br>Crtrm:       5A<br><br>Action Filed:  October 21, 2019<br>FAC Filed:    February 24, 2020 |

49673988

| | |
|---|---|
| 1<br>2<br>3<br>4 | Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>    Relief Defendants. |

## [PROPOSED] ORDER

Upon consideration of the *Ex Parte* Application for Order Shortening Time to Brief and Hear Motion to Withdraw as Counsel of Record for Defendants True Count Staffing, Inc., Albert Kim, and Kaine Wen, and Relief Defendant Infinite Management Corp. (collectively, "Defendants") (the "Motion") and the declaration submitted in support thereof; and good cause appearing therefor, it is hereby **ORDERED** that:

1. The hearing on the Motion is advanced from August 31, 2020 at 10:00 a.m. to August 14, 2020 at 10:00 a.m.;

2. Any oppositions to the Motion must be filed on or before August 4, 2020;

3. Any replies in support of the Motion must be filed on or before August 7, 2020; and

4. Defendants' last day to respond to the First Amended Complaint is extended from July 31, 2020 to August 21, 2020.

**IT IS SO ORDERED.**


Dated: _____          _____
                                Hon. Michael W. Fitzgerald
                                United States District Court Judge