EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:   310-775-2495
Facsimile:    310-593-2589
matt@eanetpc.com

Attorneys for Hold The Door, Corp.
and Mice and Men LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>          Plaintiffs,<br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>          Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>          Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**NOTICE OF FILING DECLARATIONS IN RESPONSE TO MOTION OF VENABLE LLP TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.**<br><br>Date/Time:    August 31, 2020 at 10:00 A.m.<br>Crtrm: 5A<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020 |

NOTICE OF FILING DECLARATIONS IN RESPONSE TO MOTION TO WITHDRAW

In connection with the Notice of Motion and Motion of of Allyson B. Baker, Gerald S. Sachs, and Witt W. Chang (Venable LLP) to Withdraw as Attorney for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. ("Motion to Withdraw"), enclosed herewith are the following declarations:

1. Declaration of Kaine Wen;
2. Declaration of Albert Kim; and
3. Declaration of Matthew Eanet

This firm is counsel of record for Relief Defendants Hold The Door, Corp. and Mice and Men LLC, not any of the Defendants subject to the Motion to Withdraw. The declarations of Mr. Wen and Mr. Kim are not being submitted on behalf of Hold The Door, Corp. and Mice and Men LLC, but solely to accommodate Mr. Wen and Mr. Kaine, who are otherwise unable to access the Court's ECF system for filing. Neither Eanet, PC nor Matthew Eanet represent Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. and this filing is not intended to be an appearance on their behalf.

Dated: July 28, 2020

EANET, PC

By: /s/ Matthew L. Eanet
Matthew L. Eanet

Attorneys for Relief Defendants Mice and Men, LLC and Hold the Door Corp.

- 1 -

NOTICE OF FILING DECLARATIONS IN RESPONSE TO MOTION TO WITHDRAW