## **Declaration of Albert Kim**

1. My name is Albert Kim, I am filing this with the court. I do not intend to waive any of my privileges. I would like to inform the court of what is going on.

2. Kaine Wen and I hired Venable in 2019 due to compliance issues and to help assist in bringing the companies into full compliance. Venable asked us to sign a conflict waiver and we signed.

3. In October 2019, we retained Venable to defend us in the CFPB lawsuit that was filed against us and the companies. Venable asked us to sign another conflict waiver and we signed.

4. In April 2020, Venable asked for additional funds and we paid it.

5. In June and July 2020, Venable asked for additional funds they needed in order to continue representing us. We asked for more information regarding our ledger account because we did not receive invoices for most of the months during Venable's representation. Through this time, Venable did not raise any concerns about potential conflicts.

6. On July 21, 2020, Allyson Baker and Gerry Sachs from Venable told Kaine and me that Venable wanted to withdraw because of a conflict. Allyson said, there was only a potential conflict and not an actual conflict. We asked them what the potential conflict was, and they did not explain. I still do not know what the potential conflict is.

7. Shortly after that talk, Kaine and I emailed Allyson and Gerry stating that we do not want Venable to withdraw as our attorneys, and that we do not understand the potential conflict. On two occasions, we have waived conflicts and will continue to waive conflicts.

8. On July 23, 2020, Gerry emailed Kaine and me and said that Venable was withdrawing as our counsel the following day.

9. Early in the morning PST on July 24, 2020, Kaine and I emailed Allyson and Gerry and asked them to include specific statements in their motion so that the court would be informed of our position.

10. Mid-day PST on July 24, 2020, I received an email from Allyson saying that, according to her understanding of the accounting, Kaine and I owe Venable $8,039.99. I do not know if this is correct because I do not understand how they have been accounting for their work.

11. Late evening PST, July 24, 2020, Venable filed a motion to withdraw. They did not include the specific statements that we requested to be added.

12. I do not want Venable to withdraw. I am disappointed they did not tell the court the message we told them to add to explain Kaine and my position. I do not understand why they would reveal privileged information like we owe them significant amounts of money and cannot pay, when in fact they told us a few hours earlier that the balance was $8,039.99.

13. I am concerned that if they withdraw, we will be left without attorneys just when the settlement discussions are moving toward a global resolution, and just a couple days before our response deadline.

I declare under penalty and perjury according to the laws of California that the forgoing is true and correct.

_____
Albert Kim