EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:   310-775-2495
Facsimile:    310-593-2589
matt@eanetpc.com

Attorneys for Hold The Door, Corp. and Mice and
Men LLC;

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>DECLARATION OF MATTHEW L. EANET |

Plaintiffs,

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,

Defendants, and

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants.

DECLARATION OF MATTHEW L. EANET

## <u>DECLARATION OF MATTHEW L. EANET</u>

I, Matthew L. Eanet, declare as follows:

1. I am an attorney at law and a shareholder at Eanet, PC, counsel of record for Relief Defendants Hold The Door, Corp. and Mice and Men LLC. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2. Since shortly after June 2020, when I made my appearance in this action, there have been ongoing settlement discussions between the Plaintiffs and Defendants. Venable LLP has taken the lead on the Defendants' side in these negotiations and has served as the  principal point of contact with Plaintiffs on these matters.  These negotiations have involved the exchange of several drafts of proposed settlement documents between Plaintiffs and Defendants which involved a "global" settlement with all Plaintiffs and all Defendants.

3. On July 23, 2020, Plaintiffs sent their most recent proposed settlement documents to counsel for Defendants.  However, as Venable has filed a motion to withdraw citing a conflict of interest, this will delay any global resolution of the claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 28, 2020, at Los Angeles, California.

Matthew L. Eanet

DECLARATION OF MATTHEW L. EANET