# DECLARATION OF JESSE STEWART
## PURSUANT TO 28 U.S.C. § 1746

I, Jesse Stewart, hereby state that I have firsthand knowledge of the matters set forth below and could and would testify to them competently if called as a witness:

1. I am a citizen of the United States and am over the age of eighteen (18). I am employed as a Senior Litigation Counsel with the Consumer Financial Protection Bureau (Bureau) in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20522. I am an attorney for the Bureau as Plaintiff in the above-captioned case, appearing *pro hac vice*.

2. This declaration is submitted in support of Plaintiffs' Opposition to Defendants' *Ex Parte* Application to Extend Time to Respond to First Amended Complaint, ECF 170 (Application).

3. On July 22, 2020, counsel to Defendants True Count Staffing Inc., Kaine Wen, Albert Kim, and Relief Defendant Infinite Management Corp. (Defense Counsel), emailed Bureau counsel to ask if Plaintiffs would be willing to agree to a 30-day extension of the responsive pleading deadline "to finalize a settlement." At no point did Defense Counsel mention their intent to move shortly thereafter to withdraw from their representation of defendants in this matter due to a conflict or that they believed that this conflict would prevent them from preparing a responsive pleading on behalf of their clients.

4. A true and correct copy of this email is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2020, at Silver Spring, Maryland.

_____
Jesse Stewart

Ex. 1

| | |
|---|---|
| **From:** | Sachs, Gerald S. |
| **To:** | Stewart, Jesse (CFPB); Preis, Sarah (CFPB); Dimock, Nathan (CFPB); Patterson, Jehan (CFPB); Weaver, Lynne; Romanoff, Evan; Christina Tusan; William Pletcher; rebecca.morse@lacity.org |
| **Cc:** | Keri Axel; Matthew Eanet; Marc Williams; Jim Spertus; Baker, Allyson B.; Chang, Witt W.; julian@kingsiegel.com |
| **Subject:** | RE: CFPB v. CAC - Settlement |
| **Date:** | Wednesday, July 22, 2020 3:47:24 PM |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,

Thank you. Considering my understanding is that we are moving toward and may be close to settlement, would you be willing to file a joint application (or ex parte application) seeking to extend the responsive pleading deadline by 30 days to finalize a settlement? I'm assuming that if we can agree to that, the parties would agree to hold their production requests in abeyance pending a settlement.

Please let me know sooner rather than later. If you would like to discuss this via phone, please let me know.

Thanks,
Gerry


Gerald S. Sachs, Esq. | Venable LLP
t 202.344.4269 | f 202.344.8300 | m 202.297.5613
600 Massachusetts Avenue, NW, Washington, DC 20001

GSachs@Venable.com | www.Venable.com


**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Tuesday, July 21, 2020 4:49 PM
**To:** Sachs, Gerald S. <GSachs@Venable.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Weaver, Lynne <lweaver@ncdoj.gov>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; rebecca.morse@lacity.org
**Cc:** Keri Axel <KAxel@bakermarquart.com>; Matthew Eanet <matt@eanetpc.com>; Marc Williams <mwilliams@cohen-williams.com>; Jim Spertus <jim@spertuslaw.com>; Baker, Allyson B. <ABBaker@Venable.com>; Chang, Witt W. <WWChang@Venable.com>; julian@kingsiegel.com
**Subject:** RE: CFPB v. CAC - Settlement

**Caution: External Email**

Ex. A

Hello Gerry,

We are working to circulate a revised draft stipulated judgment as soon as possible and will be in touch this week.

Thanks,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Sachs, Gerald S. <GSachs@Venable.com>
**Sent:** Tuesday, July 21, 2020 11:08 AM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Weaver, Lynne <lweaver@ncdoj.gov>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; rebecca.morse@lacity.org
**Cc:** Keri Axel <KAxel@bakermarquart.com>; Matthew Eanet <matt@eanetpc.com>; Marc Williams <mwilliams@cohen-williams.com>; Jim Spertus <jim@spertuslaw.com>; Baker, Allyson B. <ABBaker@Venable.com>; Chang, Witt W. <WWChang@Venable.com>; julian@kingsiegel.com
**Subject:** RE: CFPB v. CAC - Settlement

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,

I'm following up on our settlement conversation from last Wednesday, July 15, 2020, to see where Plaintiffs stand with regard to the issues that we raised and reaching a settlement.

Please advise us at your earliest convenience.

Regards,
Gerry

Gerald S. Sachs, Esq. | Venable LLP
t 202.344.4269 | f 202.344.8300 | m 202.297.5613
600 Massachusetts Avenue, NW, Washington, DC 20001

GSachs@Venable.com | www.Venable.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Ex. A

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

Ex. A