VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>       Plaintiffs,<br><br>   v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>       Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**PROOF OF SERVICE**<br><br>**(RE: ECF NO. 170 *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.)**<br><br>Action Filed:     October 21, 2019 |

49684200

| | |
|---|---|
| 1<br>2<br>3<br>4 | Infinite Management Solutions Inc.;<br>Hold The Door, Corp.; TN<br>Accounting Inc.; Mice and Men<br>LLC; 1st Generation Holdings, LLC;<br>Sarah Kim, and Anan Enterprise,<br>Inc.,<br><br>          Relief Defendants. |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49684200

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **July 28, 2020**, I served a copy ☒ / original ☐ of the foregoing document(s) described as:

- ***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.** [ECF No. 170]
- **DECLARATION OF GERALD S. SACHS IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.** [ECF No. 170-1]; and
- **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO BRIEF AND HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP.** [ECF No. 170-2]

on the interested parties listed below in this action, addressed as follows:

| | |
|---|---|
| Mr. Kaine Wen<br>Email: 1█████@gmail.com | Individual Defendant |
| Mr. Albert Kim<br>Email: a█████@gmail.com | Individual Defendant, and Representative of Infinite Management Corp. |

☒ **BY ELECTRONIC MEANS (FRCP 5(b)(2)(E)):** Pursuant to FRCP 5(b)(2)(E), I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 29, 2020**, at Los Angeles, California.

_____
Raquel L. Rubio