Additional Declaration of Albert Kim

1. Late afternoon PST, 7/28/20, I received an email from Gerry Sachs saying that he was going to file an ex-parte that same day to move up the hearing on Venable's motion to withdraw as my attorneys.  In that email he never asked me what my position was.
2. Early evening PST, 7/28/20, I received another email from Gerry Sachs asking me to reply as soon as possible if I wanted to oppose his ex-parte.
3. Mid-day PST, 7/29/20, I emailed Gerry Sachs, asking him to tell the court that Venable was still my lawyer and that he never told me what the supposed conflict is between me, Kaine, Infinite, and True Count. I told Gerry in my email that I was relying on him to protect me and I have no idea what position I should take about the ex-parte.  I also asked him again not disclose to any privileged and confidential information.
4. Early afternoon, 7/29/20, I received a response from Gerry saying, "I have received your email." That is all Gerry's email said and he did not disclose to me that he already filed his ex-parte the day before on 7/28/20.  I was unaware he filed it and he did not send me a copy when he filed it.
5. My position regarding the ex-parte is as I told Gerry above in paragraph #3.

I, Albert Kim, declare under penalty and perjury according to the laws of California that the forgoing is true and correct.

_____

Albert Kim