VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Attorneys for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>  Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>  Defendants, and<br><br>Infinite Management Corp., f/k/a | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**PROOF OF SERVICE**<br><br>**(RE: ECF NO. 174 VENABLE'S REPLY POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO WITHDRAW)**<br><br>Action Filed:     October 21, 2019 |

49694701

PROOF OF SERVICE (RE: ECF NO. 174 VENABLE'S REPLY ISO MOTION TO WITHDRAW)

| | |
|---|---|
| 1<br>2<br>3<br>4 | Infinite Management Solutions Inc.;<br>Hold The Door, Corp.; TN<br>Accounting Inc.; Mice and Men<br>LLC; 1st Generation Holdings, LLC;<br>Sarah Kim, and Anan Enterprise,<br>Inc.,<br><br>            Relief Defendants. |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49694701

PROOF OF SERVICE (RE: ECF NO. 174 VENABLE'S REPLY ISO MOTION TO WITHDRAW)

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 2300, Los Angeles, California.

On **July 30, 2020**, I served a copy ☑ / original ☐ of the foregoing document(s) described as:

- **VENABLE'S REPLY POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO WITHDRAW** [ECF No. 174]

on the interested parties listed below in this action, addressed as follows:

| | |
|---|---|
| Mr. Kaine Wen<br>Email: 1██████@gmail.com | Individual Defendant |
| Mr. Albert Kim<br>Email: a██████@gmail.com | Individual Defendant, and Representative of Infinite Management Corp. |

☑ **BY ELECTRONIC MEANS (FRCP 5(b)(2)(E)):**  Pursuant to FRCP 5(b)(2)(E), I served the above stated document by electronic means to the interested parties in this action whose names and e-mail addresses are listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 30, 2020**, at Los Angeles, California.

_____
Raquel L. Rubio