1 | Marc S. Williams (Bar No. 198913)
E-mail: mwilliams@cohen-williams.com
2 | Reuven L. Cohen (Bar No. 231915)
E-mail: rcohen@cohen-williams.com
3 | **COHEN WILLIAMS LLP**
724 South Spring Street, Ninth Floor
4 | Los Angeles, CA  90014
Tel. (213) 232-5160
5 | Fax (213) 232-5167

Attorneys for Defendants,
PRIME CONSULTING LLC, HORIZON
CONSULTANTS LLC. AND TAS 2019 LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BUREAU OF CONSUMER FINANCIAL
PROTECTION, et al.,

            Plaintiffs,

vs.

CONSUMER ADVOCACY CENTER
INC., et al.,

            Defendants, and.

INFINITE MANAGEMENT CORP., F/K/A
INFINITE MANAGEMENT SOLUTIONS
INC., et al.,

            Relief Defendants

Case No. 8:19-cv-01998-MWF-KS

**ANSWER TO FIRST AMENDED
COMPLAINT BY DEFENDANTS
PRIME CONSULTING LLC,
HORIZON CONSULTANTS LLC,
AND TAS 2019 LLC;**

**DEMAND FOR JURY TRIAL**

## **ANSWER**

Defendants PRIME CONSULTING LLC, HORIZON CONSULTANTS LLC, and TAS 2019 LLC (collectively "Defendants") hereby answer the First Amended Complaint filed by the plaintiffs in this action on February 24, 2020 (ECF 134) as follows:

1.      Defendants admit the allegations in Paragraph 1, except Defendants deny that they were part of the alleged "student-loan debt relief operation," deny that they violated any of the laws set forth in Paragraph 1, and deny that they are liable under any of the laws set forth in Paragraph 1.

2.      Defendants admit the allegations in Paragraph 2, except Defendants deny that they were part of the alleged "student-loan debt relief operation," deny that they violated any of the laws set forth in Paragraph 2, and deny that they are liable under any of the laws set forth in Paragraph 2.

3.      Defendants admit the allegations in Paragraph 3, except Defendants deny that they were part of the alleged "student-loan debt relief operation," deny that they violated any of the laws set forth in Paragraph 3, and deny that they are liable under any of the laws set forth in Paragraph 3.

4.      Defendants admit the allegations in Paragraph 4, except Defendants deny that they were part of the alleged "student-loan debt relief operation," deny that they violated any of the laws set forth in Paragraph 4, and deny that they are liable under any of the laws set forth in Paragraph 4.

5.      Defendants deny all of the allegations in Paragraph 5 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis deny each and every allegation contained therein.

6.      Defendants deny all of the allegations in Paragraph 6 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

7.      Defendants admit the allegations in Paragraph 7.

8.      Defendants deny all of the allegations in Paragraph 8 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 and on that basis deny each and every allegation contained therein.

9.      Defendants deny all of the allegations in Paragraph 9 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis deny each and every allegation contained therein.

10.     Defendants deny all of the allegations in Paragraph 10 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 and on that basis deny each and every allegation contained therein.

11.     Defendants deny all of the allegations in Paragraph 11 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 and on that basis deny each and every allegation contained therein.

12.     Defendants deny all of the allegations in Paragraph 12 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 and on that basis deny each and every allegation contained therein.

13.     Defendants deny all of the allegations in Paragraph 13 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis deny each and every allegation contained therein.

14.     Defendants deny all of the allegations in Paragraph 14 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

belief as to the truth of the allegations contained in Paragraph 14 and on that basis deny each and every allegation contained therein.

15.    Defendants deny all of the allegations in Paragraph 15 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis deny each and every allegation contained therein.

16.    Defendants deny all of the allegations in Paragraph 16 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis deny each and every allegation contained therein.

17.    Defendants deny all of the allegations in Paragraph 17 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis deny each and every allegation contained therein.

18.    Defendants admit the allegations in Paragraph 18.

19.    Defendants admit the allegations in Paragraph 19.

20.    Paragraph 20 argues statement of law that does not require a response.

21.    Paragraph 21 argues statement of law that does not require a response.

22.    Paragraph 22 argues statement of law that does not require a response.

23.    Paragraph 23 argues statement of law that does not require a response.

24.    Paragraph 24 argues statement of law that does not require a response.

25.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis deny each and every allegation contained therein.

26.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

27.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 and on that basis deny each and every allegation contained therein.

28.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 and on that basis deny each and every allegation contained therein.

29.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 and on that basis deny each and every allegation contained therein.

30.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 and on that basis deny each and every allegation contained therein.

31.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31 and on that basis deny each and every allegation contained therein.

32.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 and on that basis deny each and every allegation contained therein.

33.     Defendants admit the allegations in Paragraph 33 that Defendant TAS 2019 LLC, d/b/a Trusted Account Services (TAS) is a Wyoming limited liability corporation. Defendants deny the remaining allegations contained in Paragraph 33.

34.     Defendants admit the allegations in Paragraph 34.

35.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 35 and on that basis deny each and every allegation contained therein.

36.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 36 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

37.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 37 and on that basis deny each and every allegation contained therein.

38.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 38 and on that basis deny each and every allegation contained therein.

39.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 39 and on that basis deny each and every allegation contained therein.

40.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 40 and on that basis deny each and every allegation contained therein.

41.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 41 and on that basis deny each and every allegation contained therein.

42.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 42 and on that basis deny each and every allegation contained therein.

43.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 43 and on that basis deny each and every allegation contained therein.

44.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 44 and on that basis deny each and every allegation contained therein.

45.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 45 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

46.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 46 and on that basis deny each and every allegation contained therein.

47.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 47 and on that basis deny each and every allegation contained therein.

48.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 48 and on that basis deny each and every allegation contained therein.

49.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 49 and on that basis deny each and every allegation contained therein.

50.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 50 and on that basis deny each and every allegation contained therein.

51.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 51 and on that basis deny each and every allegation contained therein.

52.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 52 and on that basis deny each and every allegation contained therein.

53.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis deny each and every allegation contained therein.

54.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

55.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis deny each and every allegation contained therein.

56.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny each and every allegation contained therein.

57.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny each and every allegation contained therein.

58.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny each and every allegation contained therein.

59.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis deny each and every allegation contained therein.

60.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny each and every allegation contained therein.

61.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis deny each and every allegation contained therein.

62.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny each and every allegation contained therein.

63.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

64.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny each and every allegation contained therein.

65.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny each and every allegation contained therein.

66.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny each and every allegation contained therein.

67.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny each and every allegation contained therein.

68.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny each and every allegation contained therein.

69.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis deny each and every allegation contained therein.

70.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny each and every allegation contained therein.

71.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny each and every allegation contained therein.

72.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

73.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny each and every allegation contained therein.

74.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny each and every allegation contained therein.

75.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny each and every allegation contained therein.

76.     Defendants deny all of the allegations in Paragraph 76 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny each and every allegation contained therein.

77.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis deny each and every allegation contained therein.

78.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny each and every allegation contained therein.

79.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny each and every allegation contained therein.

80.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny each and every allegation contained therein.

81.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

82.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 82 and on that basis deny each and every allegation contained therein.

83.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 83 and on that basis deny each and every allegation contained therein.

84.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny each and every allegation contained therein.

85.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 85 and on that basis deny each and every allegation contained therein.

86.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 86 and on that basis deny each and every allegation contained therein.

87.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis deny each and every allegation contained therein.

88.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 88 and on that basis deny each and every allegation contained therein.

89.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 89 and on that basis deny each and every allegation contained therein.

90.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 90 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

91.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 91 and on that basis deny each and every allegation contained therein.

92.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 92 and on that basis deny each and every allegation contained therein.

93.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 93 and on that basis deny each and every allegation contained therein.

94.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 94 and on that basis deny each and every allegation contained therein.

95.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 95 and on that basis deny each and every allegation contained therein.

96.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis deny each and every allegation contained therein.

97.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis deny each and every allegation contained therein.

98.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis deny each and every allegation contained therein.

99.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

100.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 100 and on that basis deny each and every allegation contained therein.

101.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis deny each and every allegation contained therein.

102.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis deny each and every allegation contained therein.

103.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 103 and on that basis deny each and every allegation contained therein.

104.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis deny each and every allegation contained therein.

105.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 105 and on that basis deny each and every allegation contained therein.

106.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis deny each and every allegation contained therein.

107.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis deny each and every allegation contained therein.

108.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

109.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 109 and on that basis deny each and every allegation contained therein.

110.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 110 and on that basis deny each and every allegation contained therein.

111.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 111 and on that basis deny each and every allegation contained therein.

112.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 112 and on that basis deny each and every allegation contained therein.

113.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 113 and on that basis deny each and every allegation contained therein.

114.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 114 and on that basis deny each and every allegation contained therein.

115.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 115 and on that basis deny each and every allegation contained therein.

116.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 116 and on that basis deny each and every allegation contained therein.

117.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 117 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

118.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 118 and on that basis deny each and every allegation contained therein.

119.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 119 and on that basis deny each and every allegation contained therein.

120.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 120 and on that basis deny each and every allegation contained therein.

121.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 121 and on that basis deny each and every allegation contained therein.

122.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 122 and on that basis deny each and every allegation contained therein.

123.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 123 and on that basis deny each and every allegation contained therein.

124.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis deny each and every allegation contained therein.

125.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 125 and on that basis deny each and every allegation contained therein.

126.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 126 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

127.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 127 and on that basis deny each and every allegation contained therein.

128.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 128 and on that basis deny each and every allegation contained therein.

129.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 129 and on that basis deny each and every allegation contained therein.

130.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 130 and on that basis deny each and every allegation contained therein.

131.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 131 and on that basis deny each and every allegation contained therein.

132.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis deny each and every allegation contained therein.

133.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis deny each and every allegation contained therein.

134.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 134 and on that basis deny each and every allegation contained therein.

135.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 135 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

136.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 136 and on that basis deny each and every allegation contained therein.

137.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 137 and on that basis deny each and every allegation contained therein.

138.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 138 and on that basis deny each and every allegation contained therein.

139.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 139 and on that basis deny each and every allegation contained therein.

140.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 140 and on that basis deny each and every allegation contained therein.

141.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 141 and on that basis deny each and every allegation contained therein.

142.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 142 and on that basis deny each and every allegation contained therein.

143.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 143 and on that basis deny each and every allegation contained therein.

144.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 144 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

145.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 145 and on that basis deny each and every allegation contained therein.

146.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 146 and on that basis deny each and every allegation contained therein.

147.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis deny each and every allegation contained therein.

148.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 148 and on that basis deny each and every allegation contained therein.

149.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 149 and on that basis deny each and every allegation contained therein.

150.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 150 and on that basis deny each and every allegation contained therein.

151.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 151 and on that basis deny each and every allegation contained therein.

152.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 152 and on that basis deny each and every allegation contained therein.

153.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 153 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

154. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis deny each and every allegation contained therein.

155. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 155 and on that basis deny each and every allegation contained therein.

156. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis deny each and every allegation contained therein.

157. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis deny each and every allegation contained therein.

158. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 158 and on that basis deny each and every allegation contained therein.

159. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 159 and on that basis deny each and every allegation contained therein.

160. Defendants deny all of the allegations in Paragraph 160.

161. Defendants deny all of the allegations in Paragraph 161.

162. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 162 and on that basis deny each and every allegation contained therein.

163. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 163 and on that basis deny each and every allegation contained therein.

164. Defendants deny all of the allegations in Paragraph 164.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

165.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis deny each and every allegation contained therein.

166.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny each and every allegation contained therein.

167.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny each and every allegation contained therein.

168.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis deny each and every allegation contained therein.

169.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis deny each and every allegation contained therein.

170.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny each and every allegation contained therein.

171.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 171 and on that basis deny each and every allegation contained therein.

172.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 172 and on that basis deny each and every allegation contained therein.

173.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 173 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

174.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 174 and on that basis deny each and every allegation contained therein.

175.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 175 and on that basis deny each and every allegation contained therein.

176.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 176 and on that basis deny each and every allegation contained therein.

177.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 177 and on that basis deny each and every allegation contained therein.

178.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny each and every allegation contained therein.

179.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis deny each and every allegation contained therein.

180.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 180 and on that basis deny each and every allegation contained therein.

181.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny each and every allegation contained therein.

182.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

183.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny each and every allegation contained therein.

184.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny each and every allegation contained therein.

185.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis deny each and every allegation contained therein.

186.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 186 and on that basis deny each and every allegation contained therein.

187.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis deny each and every allegation contained therein.

188.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis deny each and every allegation contained therein.

189.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 189 and on that basis deny each and every allegation contained therein.

190.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 190 and on that basis deny each and every allegation contained therein.

191.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

192.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis deny each and every allegation contained therein.

193.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis deny each and every allegation contained therein.

194.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 194 and on that basis deny each and every allegation contained therein.

195.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 195 and on that basis deny each and every allegation contained therein.

196.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 196 and on that basis deny each and every allegation contained therein.

197.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis deny each and every allegation contained therein.

198.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 198 and on that basis deny each and every allegation contained therein.

199.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 199 and on that basis deny each and every allegation contained therein.

200.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 200 and on that basis deny each and every allegation contained therein.

201. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis deny each and every allegation contained therein.

202. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 202 and on that basis deny each and every allegation contained therein.

203. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 203 and on that basis deny each and every allegation contained therein.

204. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis deny each and every allegation contained therein.

205. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis deny each and every allegation contained therein.

206. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis deny each and every allegation contained therein.

207. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis deny each and every allegation contained therein.

208. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis deny each and every allegation contained therein.

209. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

210.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis deny each and every allegation contained therein.

211.   Paragraph 211 argues statement of law that does not require a response.

212.   Paragraph 212 argues statement of law that does not require a response.

213.   Paragraph 213 argues statement of law that does not require a response.

214.   Paragraph 214 argues statement of law that does not require a response.

215.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 215 and on that basis deny each and every allegation contained therein.

216.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 216 and on that basis deny each and every allegation contained therein.

217.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 217 and on that basis deny each and every allegation contained therein.

218.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 218 and on that basis deny each and every allegation contained therein.

219.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 219 and on that basis deny each and every allegation contained therein.

220.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 220 and on that basis deny each and every allegation contained therein.

221.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 221 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

222.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 222 and on that basis deny each and every allegation contained therein.

223.   Paragraph 223 argues statement of law that does not require a response.

224.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 224 and on that basis deny each and every allegation contained therein.

225.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 225 and on that basis deny each and every allegation contained therein.

226.   Paragraph 226 argues statement of law that does not require a response.

227.   Paragraph 227 argues statement of law that does not require a response.

228.   Paragraph 228 argues statement of law that does not require a response.

229.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 229 and on that basis deny each and every allegation contained therein.

230.   Paragraph 230 argues statement of law that does not require a response.

231.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 231 and on that basis deny each and every allegation contained therein.

232.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 232 and on that basis deny each and every allegation contained therein.

233.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 233 and on that basis deny each and every allegation contained therein.

234.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 222.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

235.   Paragraph 235 argues statement of law that does not require a response.

236.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 236 and on that basis deny each and every allegation contained therein.

237.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 237 and on that basis deny each and every allegation contained therein.

238.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 222.

239.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 239 and on that basis deny each and every allegation contained therein.

240.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 240 and on that basis deny each and every allegation contained therein.

241.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 241.

242.   Paragraph 242 argues statement of law that does not require a response.

243.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 243 and on that basis deny each and every allegation contained therein.

244.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 244 and on that basis deny each and every allegation contained therein.

245.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 245 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

246.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 222.

247.   Paragraph 247 argues statement of law that does not require a response.

248.   Defendants deny the allegations in Paragraph 248.

249.   Defendants deny the allegations in Paragraph 249.

250.   Defendants deny all of the allegations in Paragraph 250 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 250 and on that basis deny each and every allegation contained therein.  Paragraph 250 also is vague, ambiguous, and unintelligible.

251.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 222.

252.   Paragraph 252 argues statement of law that does not require a response.

253.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 253 and on that basis deny each and every allegation contained therein.

254.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 254 and on that basis deny each and every allegation contained therein.

255.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 255 and on that basis deny each and every allegation contained therein.

256.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 256 and on that basis deny each and every allegation contained therein.

257.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 257 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

258.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 258 and on that basis deny each and every allegation contained therein.

259.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 259 and on that basis deny each and every allegation contained therein.

260.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 260 and on that basis deny each and every allegation contained therein.

261.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 261 and on that basis deny each and every allegation contained therein.

262.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 262 and on that basis deny each and every allegation contained therein.

263.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 263 and on that basis deny each and every allegation contained therein.

264.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 264 and on that basis deny each and every allegation contained therein.

265.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 265 and on that basis deny each and every allegation contained therein.

266.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 222.

267.   Paragraph 267 argues statement of law that does not require a response.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

268.   Defendants deny all of the allegations in Paragraph 268 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 268 and on that basis deny each and every allegation contained therein.

269.   Defendants deny all of the allegations in Paragraph 269 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 269 and on that basis deny each and every allegation contained therein.

270.   Defendants deny all of the allegations in Paragraph 270 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 270 and on that basis deny each and every allegation contained therein.

271.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 210 and 223 through 233.

272.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 272 and on that basis deny each and every allegation contained therein.

273.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 273 and on that basis deny each and every allegation contained therein.

274.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 274 and on that basis deny each and every allegation contained therein.

275.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 275 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

276.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 276 and on that basis deny each and every allegation contained therein.

277.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 277 and on that basis deny each and every allegation contained therein.

278.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 278 and on that basis deny each and every allegation contained therein.

279.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 210 and 223 through 233.

280.   Defendants deny all of the allegations in Paragraph 280 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 280 and on that basis deny each and every allegation contained therein.

281.   Defendants deny all of the allegations in Paragraph 281 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 281 and on that basis deny each and every allegation contained therein.

282.   Defendants deny all of the allegations in Paragraph 282 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 282 and on that basis deny each and every allegation contained therein.

283.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 210 and 223 through 233.

284.   Paragraph 284 argues statement of law that does not require a response.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

285.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 285 and on that basis deny each and every allegation contained therein.

286.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 286 and on that basis deny each and every allegation contained therein.

287.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 287 and on that basis deny each and every allegation contained therein.

288.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 288 and on that basis deny each and every allegation contained therein.

289.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 210 and 223 through 233.

290.   Paragraph 290 argues statement of law that does not require a response.

291.   Defendants deny all of the allegations in Paragraph 291 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 291 and on that basis deny each and every allegation contained therein.

292.   Defendants deny all of the allegations in Paragraph 292 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 292 and on that basis deny each and every allegation contained therein.

293.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 233.

294.   Paragraph 294 argues statement of law that does not require a response.

295.   Paragraph 295 argues statement of law that does not require a response.

296.   Paragraph 296 argues statement of law that does not require a response.

297. Defendants deny all of the allegations in Paragraph 297 as to themselves. As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 297 and on that basis deny each and every allegation contained therein.

298. Defendants deny all of the allegations in Paragraph 298 as to themselves. As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 298 and on that basis deny each and every allegation contained therein.

299. Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 233.

300. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 300 and on that basis deny each and every allegation contained therein.

301. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 301 and on that basis deny each and every allegation contained therein.

302. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 302 and on that basis deny each and every allegation contained therein.

303. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 303 and on that basis deny each and every allegation contained therein.

304. Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 270 and 299 through 303.

305. Paragraph 305 argues statement of law that does not require a response.

306. Paragraph 306 argues statement of law that does not require a response.

307. Paragraph 307 argues statement of law that does not require a response.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

308.   Paragraph 308 argues statement of law that does not require a response. Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 308 and on that basis deny each and every allegation contained therein.

309.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 309 and on that basis deny each and every allegation contained therein.

310.   Defendants deny all of the allegations in Paragraph 310 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 310 and on that basis deny each and every allegation contained therein.

311.   Defendants deny all of the allegations in Paragraph 311 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 311 and on that basis deny each and every allegation contained therein.

312.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 270 and 299 through 311.

313.   Paragraph 313 argues statement of law that does not require a response.

314.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 314 and on that basis deny each and every allegation contained therein.

315.   Defendants deny all of the allegations in Paragraph 315 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 315 and on that basis deny each and every allegation contained therein.

316.   Defendants deny all of the allegations in Paragraph 316 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

form a belief as to the truth of the allegations contained in Paragraph 316 and on that basis deny each and every allegation contained therein.

317.   Defendants deny all of the allegations in Paragraph 317 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 317 and on that basis deny each and every allegation contained therein.

318.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 270 and 299 through 303.

319.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 319 and on that basis deny each and every allegation contained therein.

320.   Paragraph 320 argues statement of law that does not require a response.

321.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 321 and on that basis deny each and every allegation contained therein.

322.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 322 and on that basis deny each and every allegation contained therein.

323.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 323 and on that basis deny each and every allegation contained therein.

324.   Defendants deny all of the allegations in Paragraph 324 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 324 and on that basis deny each and every allegation contained therein.

325.   Defendants deny all of the allegations in Paragraph 325 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

form a belief as to the truth of the allegations contained in Paragraph 325 and on that basis deny each and every allegation contained therein.

326.    Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 270, 299 through 303, and 318 through 325.

327.    Defendants deny all of the allegations in Paragraph 327 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 327 and on that basis deny each and every allegation contained therein.

328.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 328 and on that basis deny each and every allegation contained therein.

329.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 329 and on that basis deny each and every allegation contained therein.

330.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 330 and on that basis deny each and every allegation contained therein.

331.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 331 and on that basis deny each and every allegation contained therein.

332.    Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 332 and on that basis deny each and every allegation contained therein.

333.    Defendants deny all of the allegations in Paragraph 333 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 333 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

334.   Defendants deny all of the allegations in Paragraph 334 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 334 and on that basis deny each and every allegation contained therein.

335.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 270, 299 through 303, and 318 through 334.

336.   Paragraph 336 argues statement of law that does not require a response.

337.   Paragraph 337 argues statement of law that does not require a response.

338.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 338 and on that basis deny each and every allegation contained therein.

339.   Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 339 and on that basis deny each and every allegation contained therein.

340.   Paragraph 340 argues statement of law that does not require a response.

341.   Paragraph 341 argues statement of law that does not require a response.

342.   Paragraph 342 argues statement of law that does not require a response.

343.   Defendants re-allege and incorporate by reference their above answers to the allegations in Paragraphs 1 through 342.

344.   Paragraph 344 argues statement of law that does not require a response.

345.   Paragraph 345 argues statement of law that does not require a response.

346.   Paragraph 346 argues statement of law that does not require a response.

347.   Paragraph 347 argues statement of law that does not require a response.

348.   Defendants admit the allegations in Paragraph 348.

349.   Defendants deny all of the allegations in Paragraph 349 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 349 and on that basis deny each and every allegation contained therein.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

350.   Defendants deny all of the allegations in Paragraph 350 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 350 and on that basis deny each and every allegation contained therein.

351.   Defendants deny all of the allegations in Paragraph 351 as to themselves.  As to the other defendants, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 351 and on that basis deny each and every allegation contained therein.

352.   To the extent an answer to Plaintiffs' Prayer for Relief is required, Defendant denies each and every allegation contained therein and specifically denies that Plaintiffs are entitled to any relief against Defendant.

## AFFIRMATIVE DEFENSES

Without admitting that they carry the burden of proof as to any of the issues listed below, Defendants allege the following separate and independent defenses to the First Amended Complaint, and reserve the right to amend this pleading to allege additional defenses as they become known through the course of discovery:

### First Affirmative Defense

1.   The First Amended Complaint fails to state any claim upon which relief can be granted.

### Second Affirmative Defense

2.   The claims asserted in the First Amended Complaint are barred to the extent Plaintiffs and/or consumers did not sustain any legal injury.  Without limiting the foregoing, Plaintiffs are not entitled to any form monetary relief to the extent that consumers have already received refunds of amounts paid to any of the defendants.

### Third Affirmative Defense

3.   Plaintiffs' claims are time-barred, in whole or in part, under the applicable statutes of limitations, statutes of repose, and the doctrine of laches.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

### Fourth Affirmative Defense

4.      Plaintiffs' claims are barred by the doctrine of unclean hands.

### Fifth Affirmative Defense

5.      Plaintiffs' damages and the damage to consumers, if any, were fully or partially caused by the acts or omissions of persons/entities other than Defendants, including the other defendants, the consumers, and/or third parties.

### Sixth Affirmative Defense

6.      Plaintiffs' claims are barred, in whole or in part, due to Plaintiffs' misjoinder of parties, as Plaintiffs have failed to join all necessary and indispensable parties to this action.

### Seventh Affirmative Defense

7.      The First Amended Complaint is barred, in whole or in part, by the doctrines of waiver, estoppel, and acquiescence.

### Eighth Affirmative Defense

8.      Plaintiffs lack capacity and/or standing to bring the claims alleged in the First Amended Complaint.

### Ninth Affirmative Defense

9.      Plaintiffs and consumers failed to mitigate any damages that they may have sustained.

### Tenth Affirmative Defense

10.      Plaintiffs' claims are barred, in whole or in part, by the doctrines of res judicata, collateral estoppel, and/or other similar doctrines.

### Eleventh Affirmative Defense

11.      If Plaintiffs recover a verdict against Defendants, then Defendants are entitled to indemnification and/or contribution from any person or entity who contributed to the alleged injuries and damages of Plaintiffs and/or consumers.

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

### Twelfth Affirmative Defense

12.   All times relevant, Defendants' conduct conformed to all applicable statutes, governmental regulations, and industry standards.

### Thirteenth Affirmative Defense

13.   Plaintiffs' claims for monetary relief are barred, in whole or in part, under *Liu v. Securities Exchange Commission*, 140 S. Ct. 1936 (2020).  Without limiting the foregoing, in the event that the Court finds Defendants, or any of them, liable and issues a judgment for monetary relief, the amount of such relief must be offset by the amount of any refunds paid by credit card companies to consumers and "charged back" to Defendants plus the amount of any related fees, costs, or penalties charged by the credit card companies to Defendants.  Furthermore, as of the filing of this Answer, the Receiver appointed by the Court in this action, is in possession and control of all funds in the Defendants' bank accounts.  To the extent such funds belong to consumers who have already been paid refunds by credit card companies, and to the extent those credit card companies have issued chargebacks to Defendants for the amount of those refunds, the Receiver should be ordered to use the funds in Defendants' accounts to pay the chargebacks plus any related fees, costs, or penalties.  In addition, in the event that the Court finds Defendants, or any of them, liable and issues a judgment requiring disgorgement of amounts paid to Defendants by consumers, the Court should order such disgorgement to be paid by the Receiver to those consumers who are identifiable and not to the U.S. Treasury or any other account.

### Fourteenth Affirmative Defense

14.   Plaintiffs' claims are barred, in whole or in part, under *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020).

### Fifteenth Affirmative Defense

15.   Defendants have insufficient knowledge or information upon which to form a belief as to whether additional defenses are available.  Defendants reserve the right to raise such additional defenses, and to amend existing defenses, upon receiving more complete

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

information regarding the matters alleged in the First Amended Complaint, through discovery or otherwise.

### Prayer

WHEREFORE, Defendants pray that:

a.      Plaintiffs take nothing by reason of their First Amended Complaint;

b.      That the First Amended Complaint be dismissed with prejudice;

c.      That Defendants be awarded its costs, expenses, disbursements, and attorney's fees incurred in this action; and

d.      That Defendants be awarded such other and further relief as the Court may deem just and proper.

Dated:  July 31, 2020                    **COHEN WILLIAMS LLP**

By: <u>/s/ Marc S. Williams</u>
        Marc S. Williams
        Reuven L. Cohen
        Attorneys for Defendant,
        PRIME CONSULTING LLC, HORIZON
        CONSULTANTS LLC, AND TAS 2019 LLC

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DEMAND FOR JURY TRIAL

Defendants, PRIME CONSULTING LLC, HORIZON CONSULTANTS LLC, and TAS 2019 LLC, hereby demand trial by jury of all issues so triable under the law.

Dated:  July 31, 2020                  **COHEN WILLIAMS LLP**

By: /s/ Marc S. Williams
     Marc S. Williams
     Reuven L. Cohen
     Attorneys for Defendant,
     PRIME CONSULTING LLC, HORIZON
     CONSULTANTS LLC, AND TAS 2019 LLC

ANSWER TO FAC BY PRIME CONSULTING, HORIZON CONSULTANTS, AND TAS 2019