1
2
3
4

EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:    310-775-2495
Facsimile:    310-593-2589
matt@eanetpc.com

5
6

Attorneys for Hold The Door, Corp.
and Mice and Men LLC

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

Bureau of Consumer Financial
Protection; State of Minnesota, by its
Attorney General, Keith Ellison; State of
North Carolina, ex rel. Joshua H. Stein,
Attorney General; and The People of
The
State of California, Michael N. Feuer,
Los Angeles City Attorney,

                    Plaintiffs,

          v.

Consumer Advocacy Center Inc., d/b/a
Premier Student Loan Center; True
Count Staffing Inc., d/b/a SL Account
Management; Prime Consulting LLC,
d/b/a Financial Preparation Services;
TAS 2019 LLC d/b/a Trusted Account
Services; Horizon Consultants LLC;
First Priority LLC d/b/a Priority
Account Management; Albert Kim,
a/k/a Albert King; Kaine Wen, a/k/a
Wenting Kaine Dai, Wen Ting Dai, and
Kaine Wen Dai; and Tuong Nguyen,
a/k/a Tom Nelson,

                    Defendants, and

Infinite Management Corp., f/k/a
Infinite Management Solutions Inc.;
Hold The Door, Corp.; TN
Accounting Inc.; Mice and Men
LLC; 1st Generation Holdings, LLC;
Sarah Kim, and Anan Enterprise, Inc.,

                    Relief Defendants.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO. 8:19-cv-01998-MWF(KSx)

Hon. Michael W. Fitzgerald

**DEFENDANTS' HOLD THE DOOR,
CORP. AND MICE AND MEN LLC'S
ANSWER TO FIRST AMENDED
COMPLAINT**

Action Filed: October 21, 2019
FAC Filed: February 24, 2020

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

### **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

Defendant HOLD THE DOOR CORP. and MICE AND MEN LLC ("Defendants") herby files hereby file this Answer and Affirmative Defenses to the First Amended Complaint filed by Plaintiffs and state as follows:

### **INTRODUCTION**

1.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one.

2.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two.

3.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three.

4.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph four.

5.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph five.

6.     This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants;

Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph six.

7.      This paragraph does not require a response because it contains only legal conclusions; Defendants admit the allegation in this paragraph that they have been named as "Relief Defendants" in this action and as to the remaining allegations, Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seven.

**OVERVIEW**

8.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eight.

9.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph nine.

10.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ten.

11.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eleven.

12.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twelve.

13.      This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirteen.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

14.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fourteen.

15.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifteen.

16.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixteen.

17.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventeen..

**JURISDICTION AND VENUE**

18.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighteen.

19.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph nineteen.

**PARTIES**

20.     This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty.

21.     This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-one.

22.     This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-two.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

23.     This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-three.

24.     This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-four.

25.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-five.

26.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-six.

27.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-seven.

28.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-eight.

29.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph twenty-nine.

30.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty.

31.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-one.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

32.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-two.

33.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-three.

34.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-four.

35.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-five.

36.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-six.

37.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-seven.

38.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-eight.

39.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph thirty-nine.

40.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

41.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-one.

42.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-two.

43.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-three.

44.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-four.

45.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-five.

46.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-six.

47.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-seven.

48.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-eight.

49.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph forty-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

50.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifty.

51.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifty-one.

52.     Defendants admit the allegations in this paragraph fifty-two.

53.     Defendants admit the allegations in this paragraph fifty-three.

54.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifty-four.

55.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifty-five.

56.     Defendants admit that Mice and Men LLC is a Wyoming corporation incorporated in December 2018 and its principal office address is or was 30 N Gould St, Ste R, Sheridan WY 82801, and to the extent that this paragraph fifty-six. contains additional allegations, these allegations are denied.

57.     Defendants admit the allegations in this paragraph fifty-seven.

58.     Defendants admit the allegation of this paragraph fifty-eight. that Judy Dai is listed as the owner of Mice and Men allegations in this

59.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph fifty-nine.

60.     Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty.

61.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-one.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

62.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-two.

63.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-three.

## FACTS

64.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-four.

65.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-five.

66.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-six.

67.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-seven.

68.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-eight.

69.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph sixty-nine.

70.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

71.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-one.

72.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-two.

73.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-three.

74.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-four.

75.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-five.

76.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-six.

77.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-seven.

78.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-eight.

79.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph seventy-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

80.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty.

81.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-one.

82.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-two.

83.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-three.

84.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-four.

85.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-five.

86.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-six.

87.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-seven.

88.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-eight.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

89.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph eighty-nine.

90.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety.

91.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-one.

92.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-two.

93.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-three.

94.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-four.

95.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-five.

96.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-six.

97.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-seven.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

98.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-eight.

99.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph ninety-nine.

100.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred.

101.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred one.

102.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred two.

103.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred three.

104.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred four.

105.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred five.

106.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred six.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

107.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seven.

108.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eight.

109.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred nine.

110.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ten.

111.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eleven.

112.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twelve.

113.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirteen.

114.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fourteen.

115.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifteen.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

116.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixteen.

117.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventeen.

118.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighteen.

119.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred nineteen.

120.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty.

121.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-one.

122.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-two.

123.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-three.

124.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-four.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

125.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-five.

126.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-six.

127.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-seven.

128.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-eight.

129.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred twenty-nine.

130.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty.

131.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-one.

132.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-two.

133.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-three.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

134.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-four.

135.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-five.

136.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-six.

137.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-seven.

138.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-eight.

139.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred thirty-nine.

140.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty.

141.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-one.

142.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-two.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

143.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-three.

144.   Defendants admit the allegation in this paragraph that Wen has been an authorized user on Hold the Door's bank account and Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph one hundred forty-four.

145.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-five.

146.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-six.

147.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-seven.

148.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-eight.

149.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred forty-nine.

150.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty.

151.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-one.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

152.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-two.

153.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-three.

154.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-four.

155.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-five.

156.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-six.

157.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-seven.

158.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-eight.

159.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred fifty-nine.

160.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

161.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-one.

162.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-two.

163.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-three.

164.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-four.

165.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-five.

166.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-six.

167.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-seven.

168.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-eight.

169.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred sixty-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

170.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy.

171.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-one.

172.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-two.

173.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-three.

174.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-four.

175.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-five.

176.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-six.

177.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-seven.

178.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-eight.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

179.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred seventy-nine.

180.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty.

181.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-one.

182.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-two.

183.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-three.

184.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-four.

185.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-five.

186.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-six.

187.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-seven.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

188.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-eight.

189.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred eighty-nine.

190.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety.

191.   Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety-one.

192.   Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph one hundred ninety-two.

193.   Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph one hundred ninety-three.

194.   Defendant denies the allegations in this paragraph as to Hold the Door; and Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph one hundred ninety-four.

195.   Defendant denies the allegations in this paragraph as to Hold the Door; and Defendant lacks knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph one hundred ninety-five.

196.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety-six.

197.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety-seven.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

198.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety-eight.

199.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph one hundred ninety-nine.

200.    Defendants admit the allegations in this paragraph two hundred.

201.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred one.

202.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred two.

203.    Defendants admit the allegations in this paragraph two hundred three.

204.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred four.

205.    Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred five.

206.    Defendant admits the allegations in this paragraph two hundred six.

207.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seven.

208.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eight.

209.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

210.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ten.

**LEGAL BACKGROUND**

211.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eleven.

212.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twelve.

213.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirteen.

214.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fourteen.

215.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifteen.

216.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixteen.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

217.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventeen.

218.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighteen.

219.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred nineteen.

220.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty.

221.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-one.

222.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-two.

223.   This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-three.

224.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-four.

225.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-five.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

226.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-six.

227.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-seven.

228.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-eight.

229.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred twenty-nine.

230.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty.

231.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-one.

232.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-two.

233.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-three.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT I**

234.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred thirty-four.

235.    This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-five.

236.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-six.

237.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-seven.

**COUNT II**

238.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred thirty-eight.

239.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred thirty-nine.

240.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty.

**COUNT III**

241.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred forty-one.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

242.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-two.

243.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-three.

244.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-four.

245.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-five.

**COUNT IV**

246.     Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred forty-six.

247.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-seven.

248.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-eight.

249.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred forty-nine.

250.     This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT V**

251.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred fifty-one.

252.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-two.

253.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-three.

254.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-four.

255.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-five.

256.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-six.

257.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-seven.

258.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-eight.

259.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred fifty-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

260.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty.

261.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-one.

262.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-two.

263.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-three.

264.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-four.

265.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-five.

**COUNT VI**

266.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 -222 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred sixty-six.

267.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-seven.

268.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-eight.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

269.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred sixty-nine.

270.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy.

### COUNT VII

271.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 210 and 223 - 233 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred seventy-one.

272.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-two.

273.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-three.

274.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-four.

275.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-five.

276.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-six.

277.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-seven.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

278.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred seventy-eight.

**COUNT VIII**

279.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 210 and 223 - 233 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred seventy-nine.

280.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty.

281.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-one.

282.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-two.

**COUNT IX**

283.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 210 and 223 – 233 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred eighty-three.

284.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-four.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

285.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-five.

286.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-six.

287.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-seven.

288.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred eighty-eight.

### COUNT X

289.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 210 and 223-233 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred eighty-nine.

290.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety.

291.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-one.

292.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-two.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT XI**

293.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 210 and 223-233 of the First Amended Complaint as if fully set forth herein to this paragraph two hundred ninety-three.

294.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-four.

295.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-five.

296.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-six.

297.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-seven.

298.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph two hundred ninety-eight.

**COUNT XII**

299.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 233 to this paragraph two hundred ninety-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

300.    Defendants deny the allegations in this paragraph as to Mice and Men and Hold the Door; and lack knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph three hundred.

301.    Defendants deny the allegations in this paragraph as to Mice and Men and Hold the Door; and lack knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph three hundred one.

302.    Defendants deny the allegations in this paragraph as to Mice and Men and Hold the Door; and lack knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph three hundred two.

303.    Defendants deny the allegations in this paragraph as to Mice and Men and Hold the Door; and lack knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph three hundred three.

### COUNT XIII

304.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 270 and 299-303 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred four.

305.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred five.

306.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred six.

307.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred seven.

308.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred eight.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

309.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred nine.

310.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred ten.

311.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred eleven.

**COUNT XIV**

312.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 270 and 299-311 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred twelve.

313.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirteen.

314.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred fourteen.

315.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred fifteen.

316.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred sixteen.

317.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred seventeen.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT XV**

318.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 270 and 299-303 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred eighteen.

319.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred nineteen.

320.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty.

321.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-one.

322.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-two.

323.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-three.

324.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-four.

325.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-five.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT XVI**

326.    Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 270, 299-303, and 318-325 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred twenty-six.

327.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-seven.

328.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-eight.

329.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred twenty-nine.

330.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty.

331.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-one.

332.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-two.

333.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-three.

334.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-four.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT XVII**

335.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 270, 299-303, and 318-334 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred thirty-five.

336.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-six.

337.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-seven.

338.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-eight.

339.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred thirty-nine.

340.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty.

341.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-one.

342.   This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-two.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

**COUNT XVIII**

343.   Defendants incorporate by reference their responses to the allegations in paragraphs 1 – 342 of the First Amended Complaint as if fully set forth herein to this paragraph three hundred forty-three.

344.   This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-four.

345.   This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-five.

346.   This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-six.

347.   This paragraph does not require a response because it contains only legal conclusions; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-seven.

348.   This paragraph does not require a response because it contains only legal conclusions and does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred forty-eight.

349.   Defendants deny the allegations in subparagraph (a) (v) of this paragraph as to these Defendants and incorporate by this reference their responses to the allegations in paragraphs 50-63, 191-210 and 299-303 (COUNT XII); the remaining allegations in this paragraph do not make allegations involving these answering Defendants and Defendants lack knowledge or information sufficient to form a belief about the truth of all other allegations in this paragraph three hundred forty-nine.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

350.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred fifty.

351.    This paragraph does not make allegations involving these answering Defendants; Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph three hundred fifty-one.

352.    Defendants deny each and every allegation contained in the Prayer for Relief and deny that Plaintiffs are entitled to relief against these Defendants

## AFFIRMATIVE DEFENSES

All allegations in the First Amended Complaint that are not expressly admitted are hereby denied.  By way of separate and distinct affirmative defenses to the entire First Amended Complaint, Defendants state as follows:

### FIRST AFFIRMATIVE DEFENSE

As their First separate and distinct Affirmative Defense, Defendants assert that the First Amended Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

As their Second separate and distinct Affirmative Defense, Defendants assert Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitations and the doctrine of repose.

### THIRD AFFIRMATIVE DEFENSE

As their Third separate and distinct Affirmative Defense, Defendants assert that the Court lacks jurisdiction over Defendants.

### FOURTH AFFIRMATIVE DEFENSE

As their Fourth separate and distinct Affirmative Defense, Defendants assert that

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

Plaintiffs lack standing and/or capacity to bring the claims asserted in the Complaint.

FIFTH AFFIRMATIVE DEFENSE

As their Fifth separate and distinct Affirmative Defense, Defendants assert that Plaintiffs' state law claims are preempted by federal law.

SIXTH AFFIRMATIVE DEFENSE

As their Sixth separate and distinct Affirmative Defense, Defendants assert that Plaintiffs' claims for equitable relief against these Defendants are barred because Plaintiffs cannot show that they will suffer any irreparable harm from Defendant's actions.

SEVENTH AFFIRMATIVE DEFENSE

As their Seventh separate and distinct Affirmative Defense, Defendants assert that the alleged injury or damages suffered by Plaintiffs, if any, would be adequately compensated by damages.  Accordingly, Plaintiffs have a complete and adequate remedy at law and is not entitled to equitable relief.

EIGHTH AFFIRMATIVE DEFENSE

As their Eighth separate and distinct Affirmative Defense, Defendants assert, without admitting that the First Amended Complaint states a claim against them, that the relief sought against these Defendants constitutes an unlawful penalty and is in excess of the net profits from alleged unlawful activity and the claims are barred under *Liu v. Securities and Exchange Comm'n.,* 140 S. Ct. 1936 (2020).

NINTH AFFIRMATIVE DEFENSE

As their Ninth separate and distinct Affirmative Defense, Defendants asserts that the claims by Plaintiff CFPB are barred by *Seila Law LLC v. Consumer Financial Protection Bureau,* 140 S. Ct. 2183 (2020).   without admitting that the First Amended Complaint

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC

states a claim against them, that the relief sought against these Defendants constitutes an unlawful penalty and is in excess of the net profits from alleged unlawful activity and the claims are barred under *Liu v. Securities and Exchange Comm'n.,* 140 S. Ct. 1936 (2020).

TENTH AFFIRMATIVE DEFENSE

As their Tenth separate and distinct Affirmative Defense, Defendants asserts that the claims by Plaintiff CFPB are barred by *Seila Law LLC v. Consumer Financial Protection Bureau,* 140 S. Ct. 2183 (2020).   without admitting that the First Amended Complaint states a claim against them, that the relief sought against these Defendants constitutes an unlawful penalty and is in excess of the net profits from alleged unlawful activity and the claims are barred under *Liu v. Securities and Exchange Comm'n.,* 140 S. Ct. 1936 (2020).

ADDITIONAL AFFIRMATIVE DEFENSE

Defendants reserve the right to assert additional affirmative defenses if discovery or Defendants' investigation reveals grounds for the assertion for the additional defenses, including, without limitation, affirmative defenses referenced in Rule 8(c) of the Federal Rules of Civil Procedure or are otherwise available under applicable law.

WHEREFORE, Defendants respectfully request that the Court:

A. Enter judgment in Defendants favor;

B. Award Defendants their reasonable costs and fees; and

C. Grant Defendants such other and further relief as the Court deems just and proper.

Dated:  July 31, 2020

EANET, PC

By: _____
     Matthew L. Eanet

Attorneys for Relief Defendants Mice and
Men, LLC and Hold the Door Corp.

## DEMAND FOR JURY TRIAL

Defendants  demand a trial by jury on all issues triable by a jury.

Dated:  July 31, 2020

EANET, PC

By: _____
     Matthew L. Eanet

Attorneys for Relief Defendants Mice and
Men, LLC and Hold the Door Corp.

ANSWER OF HOLD THE DOOR, CORP. AND MICE AND MEN LLC TO FAC