Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel:     (213) 465-4802
fax:    (213) 465-4803

Attorneys for Relief Defendants
1st Generation Holdings, LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, <br><br>        Plaintiffs, <br><br>    v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | CASE NO. 8:19-CV-01998-MWF(KSx) <br><br> Assigned to Hon. Michael W. Fitzgerald Dept. 5A – First Street <br><br> **RELIEF DEFENDANT FIRST GENERATION HOLDINGS, LLC'S ANSWER TO THE FIRST AMENDED COMPLAINT** <br><br> Action Filed:     Oct. 21, 2019 <br> FAC Filed:       Feb. 24, 2020 |

King & Siegel LLP

Defendants, and

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants.

Relief Defendant 1st Generation Holdings, LLC ("Relief Defendant") submits the following answer and affirmative defenses to Plaintiffs' First Amended Complaint ("FAC"), and denies all allegations unless expressly admitted below:

## **INTRODUCTION**

1.      Relief Defendant admits that the Bureau purports to bring this action under the statutes and regulations identified against the defendants identified. This Paragraph does not contain any specific allegations concerning Relief Defendant.

2.      Relief Defendant admits that the State of Minnesota purports to bring this action under the statutes and regulations identified against the defendants identified. This Paragraph does not contain any specific allegations concerning Relief Defendant.

3.      Relief Defendant admits that the State of North Carolina purports to bring this action under the statutes and regulations identified against Defendants. This Paragraph does not contain any specific allegations concerning Relief Defendant.

4.      Relief Defendant admits that the People of the State of California (collectively with the States of Minnesota and North Carolina) purport to bring this action under the statutes and regulations identified against Defendants. This Paragraph does not contain any specific allegations concerning Relief Defendant.

King & Siegel ‖ LLP

5.      Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

6.      In response to paragraph 6 of the FAC, Relief Defendant admits that the Bureau and the States are plaintiffs in this action, is without sufficient knowledge or information to form a belief as to the Bureau and the States' motivations for bringing this action or Defendants' allegedly unlawful conduct. This Paragraph does not contain any specific allegations concerning Relief Defendant.

7.      Relief Defendant admits that it is named as a Relief Defendant in the FAC.

**OVERVIEW**

8.      Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

9.      Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

10.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

11.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

12.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

13.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

14.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

15.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

16.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

17.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

## JURISDICTION AND VENUE

18.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

19.     Relief Defendant admits that Defendant Albert Kim is a resident of the District. Relief Defendant lacks sufficient information sufficient to admit or deny the remainder of this allegation, and denies the allegation on that basis.

## PARTIES

20.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, the Paragraph argues a statement of law that requires no response.

21.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, the Paragraph argues a statement of law that requires no response.

22.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, the Paragraph argues a statement of law that requires no response.

23.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, the Paragraph argues a statement of law that requires no response.

24.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, the Paragraph argues a statement of law that requires no response.

25.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

26.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

27.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

28.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS'  ANSWER TO FIRST AMENDED COMPLAINT

29.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

30.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

31.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

32.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

33.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

34.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

35.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

36.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

37.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

38.     Relief Defendant admits that Albert Kim is a resident of the State of California. As to all other allegations in this Paragraph, Relief Defendant lacks sufficient information to admit or deny, and denies on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

39.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

40.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

41.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

42.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

43.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

44.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

45.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

46.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

47.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

48.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

49.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

50.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

51.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

52.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

53.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

54.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

55.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

King & Siegel ‖ LLP

56.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

57.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

58.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

59.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

60.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

61.     Relief Defendant admits that it is a Wyoming corporation. With respect to the remainder of the allegation, Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis.

62.     Admit.

63.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

## FACTS

### Student Loan Forgiveness and Repayment Programs

64.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

65.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

66.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

67.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

### The Student Loan Debt Relief Companies

68.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

69.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

70.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

71.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

72.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

73.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

74.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

75.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

76.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

**Debt Relief Sales and Business Practices**

77.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

78.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

79.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

80.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

81.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

82.     Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

1    83.     Relief Defendant lacks sufficient information to admit or deny this alle-
2  gation, and denies the allegation on that basis. This Paragraph does not contain any
3  specific allegations concerning Relief Defendant.

4                          **Representations about Fees**

5    84.     Relief Defendant lacks sufficient information to admit or deny this alle-
6  gation, and denies the allegation on that basis. This Paragraph does not contain any
7  specific allegations concerning Relief Defendant.

8    85.     Relief Defendant lacks sufficient information to admit or deny this alle-
9  gation, and denies the allegation on that basis. This Paragraph does not contain any
10  specific allegations concerning Relief Defendant.

11    86.     Relief Defendant lacks sufficient information to admit or deny this alle-
12  gation, and denies the allegation on that basis. This Paragraph does not contain any
13  specific allegations concerning Relief Defendant.

14    87.     Relief Defendant lacks sufficient information to admit or deny this alle-
15  gation, and denies the allegation on that basis. This Paragraph does not contain any
16  specific allegations concerning Relief Defendant.

17    88.     Relief Defendant lacks sufficient information to admit or deny this alle-
18  gation, and denies the allegation on that basis. This Paragraph does not contain any
19  specific allegations concerning Relief Defendant.

20    89.     Relief Defendant lacks sufficient information to admit or deny this alle-
21  gation, and denies the allegation on that basis. This Paragraph does not contain any
22  specific allegations concerning Relief Defendant.

23    90.     Relief Defendant lacks sufficient information to admit or deny this alle-
24  gation, and denies the allegation on that basis. This Paragraph does not contain any
25  specific allegations concerning Relief Defendant.

26    91.     Relief Defendant lacks sufficient information to admit or deny this alle-
27  gation, and denies the allegation on that basis. This Paragraph does not contain any
28  specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

King & Siegel ||| LLP

**Representations about Loan Forgiveness**

92.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

93.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

94.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

95.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

96.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**Representations about Lower Monthly Payments**

97.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

98.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

99.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

1   100.   Relief Defendant lacks sufficient information to admit or deny this alle-
2   gation, and denies the allegation on that basis. This Paragraph does not contain any
3   specific allegations concerning Relief Defendant.

4   **Preparing and Submitting Forbearance Requests and IDR Plan Applications**

5   101.   Relief Defendant lacks sufficient information to admit or deny this alle-
6   gation, and denies the allegation on that basis. This Paragraph does not contain any
7   specific allegations concerning Relief Defendant.

8   102.   Relief Defendant lacks sufficient information to admit or deny this alle-
9   gation, and denies the allegation on that basis. This Paragraph does not contain any
10  specific allegations concerning Relief Defendant.

11  103.   Relief Defendant lacks sufficient information to admit or deny this alle-
12  gation, and denies the allegation on that basis. This Paragraph does not contain any
13  specific allegations concerning Relief Defendant.

14  104.   Relief Defendant lacks sufficient information to admit or deny this alle-
15  gation, and denies the allegation on that basis. This Paragraph does not contain any
16  specific allegations concerning Relief Defendant.

17  105.   Relief Defendant lacks sufficient information to admit or deny this alle-
18  gation, and denies the allegation on that basis. This Paragraph does not contain any
19  specific allegations concerning Relief Defendant.

20  106.   Relief Defendant lacks sufficient information to admit or deny this alle-
21  gation, and denies the allegation on that basis. This Paragraph does not contain any
22  specific allegations concerning Relief Defendant.

23  107.   Relief Defendant lacks sufficient information to admit or deny this alle-
24  gation, and denies the allegation on that basis. This Paragraph does not contain any
25  specific allegations concerning Relief Defendant.

26  108.   Relief Defendant lacks sufficient information to admit or deny this alle-
27  gation, and denies the allegation on that basis. This Paragraph does not contain any
28  specific allegations concerning Relief Defendant.

King & Siegel ‖ LLP

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

1   109.    Relief Defendant lacks sufficient information to admit or deny this alle-
2   gation, and denies the allegation on that basis. This Paragraph does not contain any
3   specific allegations concerning Relief Defendant.

4   110.    Relief Defendant lacks sufficient information to admit or deny this alle-
5   gation, and denies the allegation on that basis. This Paragraph does not contain any
6   specific allegations concerning Relief Defendant.

7   **Submitting Consolidation and IDR Requests with False Information**

8   111.    Relief Defendant lacks sufficient information to admit or deny this alle-
9   gation, and denies the allegation on that basis. This Paragraph does not contain any
10  specific allegations concerning Relief Defendant.

11  112.    Relief Defendant lacks sufficient information to admit or deny this alle-
12  gation, and denies the allegation on that basis. This Paragraph does not contain any
13  specific allegations concerning Relief Defendant.

14  113.    Relief Defendant lacks sufficient information to admit or deny this alle-
15  gation, and denies the allegation on that basis. This Paragraph does not contain any
16  specific allegations concerning Relief Defendant.

17  114.    Relief Defendant lacks sufficient information to admit or deny this alle-
18  gation, and denies the allegation on that basis. This Paragraph does not contain any
19  specific allegations concerning Relief Defendant.

20  115.    Relief Defendant lacks sufficient information to admit or deny this alle-
21  gation, and denies the allegation on that basis. This Paragraph does not contain any
22  specific allegations concerning Relief Defendant.

23  116.    Relief Defendant lacks sufficient information to admit or deny this alle-
24  gation, and denies the allegation on that basis. This Paragraph does not contain any
25  specific allegations concerning Relief Defendant.

26  117.    Relief Defendant lacks sufficient information to admit or deny this alle-
27  gation, and denies the allegation on that basis. This Paragraph does not contain any
28  specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

118.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

**Representations about and Collection of Fees from Consumers**

119.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

120.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

121.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

122.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

123.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

124.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

125.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

126.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

**Roles of the Individual Defendants**

127.    Relief Defendant understood that Albert Kim was an owner of CAC. Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

128.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

129.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

130.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

131.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

132.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

133.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

134.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

135.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

136.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

137.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

138.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

139.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

140.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

141.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

142.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

143.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

144.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

145.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

146.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

147.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

148.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

149.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

150.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

151.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

152.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

153.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

154.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

155.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

156.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

**Roles of the Payment Companies**

157.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

158.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

159.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

160.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

161.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

162.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

163.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

164.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

165.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

166.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

167.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

168.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

169.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

170.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

171.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

172.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

173.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

174.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

175.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

176.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

177.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

178.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

179.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

1   180.   Relief Defendant lacks sufficient information to admit or deny this alle-
2   gation, and denies the allegation on that basis. This Paragraph does not contain any
3   specific allegations concerning Relief Defendant.

**The Student Loan Debt Relief Companies Operated as a Common Enterprise**

5   181.   Relief Defendant lacks sufficient information to admit or deny this alle-
6   gation, and denies the allegation on that basis. This Paragraph does not contain any
7   specific allegations concerning Relief Defendant.

8   182.   Relief Defendant lacks sufficient information to admit or deny this alle-
9   gation, and denies the allegation on that basis. This Paragraph does not contain any
10   specific allegations concerning Relief Defendant.

11   183.   Relief Defendant lacks sufficient information to admit or deny this alle-
12   gation, and denies the allegation on that basis. This Paragraph does not contain any
13   specific allegations concerning Relief Defendant.

14   184.   Relief Defendant lacks sufficient information to admit or deny this alle-
15   gation, and denies the allegation on that basis. This Paragraph does not contain any
16   specific allegations concerning Relief Defendant.

17   185.   Relief Defendant lacks sufficient information to admit or deny this alle-
18   gation, and denies the allegation on that basis. This Paragraph does not contain any
19   specific allegations concerning Relief Defendant.

20   186.   Relief Defendant lacks sufficient information to admit or deny this alle-
21   gation, and denies the allegation on that basis. This Paragraph does not contain any
22   specific allegations concerning Relief Defendant.

23   187.   Relief Defendant lacks sufficient information to admit or deny this alle-
24   gation, and denies the allegation on that basis. This Paragraph does not contain any
25   specific allegations concerning Relief Defendant.

26   188.   Relief Defendant lacks sufficient information to admit or deny this alle-
27   gation, and denies the allegation on that basis. This Paragraph does not contain any
28   specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

189.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

190.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

### Transfer of Assets to Relief Defendants

191.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

192.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

193.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

194.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

195.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

196.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

197.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

198.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

199.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

200.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

201.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

202.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

203.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

204.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

205.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

206.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

207.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

208.   Deny.

209.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

210.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

## LEGAL BACKGROUND

### The TSR

211.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

212.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

213.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

214.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

215.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

216.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

217.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

218.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

219.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

220.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

221.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

222.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

### The CFPA

223.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

224.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

225.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

226.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

227.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

228.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

King & Siegel ‖ LLP

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

229.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

230.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

231.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

232.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

233.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT I**

**By the Bureau and the States**

**(Advance Fees in Violation of the TSR – Enrollment Fees)**

**(The Student Loan Debt Relief Companies and Individual Defendants)**

234.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

235.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any

specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

236.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

237.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT II**

**By the Bureau and the States**

**(Advance Fees in Violation of the TSR – Monthly Fees)**

**(The Student Loan Debt Relief Companies and Individual Defendants)**

238.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

239.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

240.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT III**

**By the Bureau and the States**

**(Misrepresentations About Material**

**Aspects of Their Services in Violation of the TSR)**

**(The Student Loan Debt Relief Companies and Individual Defendants)**

241.    Relief Defendant incorporates responses to the allegations in all proceed-ing Paragraphs.

242.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

243.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

244.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

245.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT IV**

**By the Bureau and the States**

**(Misrepresentations About Material**

**Aspects of Their Services in Violation of the TSR)**

**(True Count, Prime, and TAS)**

246.    Relief Defendant incorporates responses to the allegations in all proceed-ing Paragraphs.

247.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

248.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

249.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

250.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

**COUNT V**

**By the Bureau and the States**

**(Substantial Assistance in Violation of the TSR)**

**(Individual Defendants)**

251.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

252.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

253.   Relief Defendant admits that she understood that Kim was a manager of CAC. Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

254.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

255.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

256.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

257.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

258.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

259.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

260.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

261.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

262.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

263.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

264.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

265.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

**COUNT VI**

**By the Bureau and the States**

**(Substantial Assistance in Violation of the TSR)**

**(Payment Companies)**

266.    Relief Defendant incorporates responses to the allegations in all proceed-ing Paragraphs.

267.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

268.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

269.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

270.    Relief Defendant lacks sufficient information to admit or deny this alle-gation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Relief Defendant lacks sufficient

King & Siegel ‖ LLP

information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

## COUNT VII

### By the Bureau

### (CFPA – Deception)

### (The Student Loan Debt Relief Companies and Individual Defendants)

271.    Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

272.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

273.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

274.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

275.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

276.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

277.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

278.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT VIII**

**By the Bureau**

**(CFPA – Deception)**

**(True Count, Prime, and TAS)**

279.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

280.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

281.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

282.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT IX**

**By the Bureau**

**(Substantial Assistance in Violation of the CFPA)**

**(Individual Defendants)**

283.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

King & Siegel | LLP

284.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

285.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

286.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

287.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

288.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT X**

**By the Bureau**

**(Substantial Assistance in Violation of the CFPA)**

**(Payment Companies)**

289.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

290.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

291.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

292.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT XI**

**By the Bureau**

**CFPA Violation Based on Violation of TSR**

**(All Defendants)**

293.    Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

294.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

295.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

296.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

297.    Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

298.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT XII**

**By the Bureau and the States**

**(Relief Defendants)**

299.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

300.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

301.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

302.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

303.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

## COUNT XIII

### By the State of Minnesota

### Prevention of Consumer Fraud Act

### Minn. Stat. § 325F.69, et seq.

### (The Student Loan Debt Relief Companies and Individual Defendants)

304.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

305.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

306.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

307.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

308.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

309.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

310.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

311.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**COUNT XIV**

**By the State of Minnesota**

**Uniform Deceptive Trade Practices Act**

**Minn. Stat. § 325F.43, et seq.**

**(The Student Loan Debt Relief Companies and Individual Defendants)**

312.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

313.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

314.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

315.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

316.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant.

317.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
statement of law that requires no response.

**Count XV**

**By the State of North Carolina**

**North Carolina Debt Adjusting Act**

**N.C. Gen. Stat. § 14-423, et seq.**

**(The Student Loan Debt Relief Companies and Individual Defendants)**

318.    Relief Defendant incorporates responses to the allegations in all proceed-
ing Paragraphs.

319.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
statement of law that requires no response.

320.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
statement of law that requires no response.

321.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant.

322.    Relief Defendant lacks sufficient information to admit or deny this alle-
gation, and denies the allegation on that basis. This Paragraph does not contain any
specific allegations concerning Relief Defendant.

323.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

324.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

325.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

**Count XVI**

**By the State of North Carolina**

**North Carolina Unfair and Deceptive Practices Act**

**N.C. Gen. Stat. § 75-1.1**

**(All Defendants)**

326.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

327.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

328.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

329.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS' ANSWER TO FIRST AMENDED COMPLAINT

1    330.    Relief Defendant lacks sufficient information to admit or deny this alle-
2  gation, and denies the allegation on that basis. This Paragraph does not contain any
3  specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
4  statement of law that requires no response.

5    331.    Relief Defendant lacks sufficient information to admit or deny this alle-
6  gation, and denies the allegation on that basis. This Paragraph does not contain any
7  specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
8  statement of law that requires no response.

9    332.    Relief Defendant lacks sufficient information to admit or deny this alle-
10  gation, and denies the allegation on that basis. This Paragraph does not contain any
11  specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
12  statement of law that requires no response.

13    333.    Relief Defendant lacks sufficient information to admit or deny this alle-
14  gation, and denies the allegation on that basis. This Paragraph does not contain any
15  specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
16  statement of law that requires no response.

17    334.    Relief Defendant lacks sufficient information to admit or deny this alle-
18  gation, and denies the allegation on that basis. This Paragraph does not contain any
19  specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a
20  statement of law that requires no response.

### Count XVII

### By the State of North Carolina

### North Carolina Telephonic Seller Registration Act

### N.C. Gen. Stat. § 66-260

### (The Student Loan Debt Relief Companies and Individual Defendants)

26    335.    Relief Defendant incorporates responses to the allegations in all proceed-
27  ing Paragraphs.

28

336.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

337.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

338.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

339.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

340.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

341.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

342.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

RELIEF DEFENDANT 1ST GENERATION HOLDINGS'  ANSWER TO FIRST AMENDED COMPLAINT

**Count XVIII**

**By the People of the State of California**

**California Unfair Competition Law**

**Cal. Bus. & Prof. Code § 17200 et seq.**

**(All Defendants and Relief Defendants)**

343.   Relief Defendant incorporates responses to the allegations in all proceeding Paragraphs.

344.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

345.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

346.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

347.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

348.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

349.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

350.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

351.   Relief Defendant lacks sufficient information to admit or deny this allegation, and denies the allegation on that basis. This Paragraph does not contain any specific allegations concerning Relief Defendant. Moreover, this Paragraph argues a statement of law that requires no response.

### DEMAND FOR RELIEF

350.   Relief Defendant denies that Plaintiffs are entitled to any of the relief they seek in this Action.

### AFFIRMATIVE DEFENSES

These affirmative defenses are based solely on the allegations in the FAC. Without admitted that Relief Defendant carries the burden of proof with respect to any of the issues set forth below, Relief Defendant alleges the following affirmative defenses, with reservation of rights to add additional affirmative defenses as they become known through the course of investigation and discovery:

### First Affirmative Defense

The FAC fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The claims alleged and the relief pursued in the FAC are barred in whole or in part by the applicable statutes of limitations.

### Third Affirmative Defense

The claims alleged and the relief pursued in the FAC are barred in whole or in

part because the Court lacks jurisdiction over Defendants.

### Fourth Affirmative Defense

The relief sought constitutes an unlawful penalty and is in excess of the net profits from alleged unlawful activity and the claims are barred under *Liu v. Securities and Exchange Comm'n.*, 140 S. Ct. 1936 (2020).

### Fifth Affirmative Defense

Plaintiff CFPB lacks authority to bring this action because its structure is unconstitutional under *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020).

### Sixth Affirmative Defense

The claims alleged and the relief pursued in the FAC are barred in whole or in part because the State law claims are preempted by federal law.

### Seventh Affirmative Defense

The claims alleged and relief sought are barred in whole or in part by equitable principles, including the doctrines of estoppel, laches, waiver, and unclean hands.

### Eighth Affirmative Defense

The claims alleged and relief sought are barred in whole or in part because the CFPB failed to declare the alleged acts unlawful in advance, and Defendants lacked notice about the unlawfulness of their actions in violation of due process.

### Ninth Affirmative Defense

Plaintiffs' claims and the relief sought are barred in whole or in part to the extent they seek to impose liability based on mistake, inadvertence, or bona fide error.

### Tenth Affirmative Defense

The claims alleged and the relief sought are barred in whole or in part to the extent they seek multiple recoveries for the same alleged conduct.

### Eleventh Affirmative Defense

Plaintiffs are not entitled to injunctive relief because the alleged wrongful conduct is not ongoing.

King & Siegel ‖ LLP

## Twelfth Affirmative Defense

The claims alleged and the relief sought are barred in whole or in part to the extent they rely on conduct with respect to a consumer as to whom Relief Defendant would have a complete or partial defense if that consumer had brought a civil action for relief in his or her own name to remedy that conduct, or the consumer would not have prevailed in such civil action.

## Thirteenth Affirmative Defense

The claims alleged and the relief sought are barred in whole or in part to the extent any plaintiff lacks standing to assert the claims in the FAC or obtain the relief sought in the FAC.

WHEREFORE, Relief Defendant prays for relief as follows:

A.      That judgment be rendered in favor of Relief Defendant with respect to all counts and causes of action set forth in the FAC;

B.      That plaintiffs' FAC be dismissed in its entirety with prejudice;

C.      That plaintiffs take nothing by reason of their FAC;

D.      That Relief Defendant be awarded his costs of suit and attorneys' fees incurred in defense of this action; and

E.      For such other relief in favor of Relief Defendant as the Court deems just and proper.

Dated:  July 31, 2020                 KING & SIEGEL LLP

By:    /s/ Julian Burns King
Attorneys for Relief Defendant 1st Generation Holdings, LLC

1   WHEREFORE, Relief Defendant demands a trial by jury on all claims and rem-

2   edies so triable.

3

4   Dated: July 31, 2020                    KING & SIEGEL LLP

5                                           By:    /s/ Julian Burns King
                                            Attorneys for Relief Defendant 1st Gener-
6                                           ation Holdings, LLC

King & Siegel ‖‖‖ LLP

RELIEF DEFENDANT 1ST GENERATION HOLDINGS'  ANSWER TO FIRST AMENDED COMPLAINT