1  VENABLE LLP
   Allyson B. Baker (*Admitted Pro Hac Vice*)
2     abbaker@venable.com
   Gerald S. Sachs (*Admitted Pro Hac Vice*)
3     gssachs@venable.com
   600 Massachusetts Ave., NW
4  Washington, D.C. 20001
   Telephone:   (202) 344-4000
5  Facsimile:   (202) 344-8300

6  Witt W. Chang (SBN 281721)
      wwchang@venable.com
7  2049 Century Park East, Suite 2300
   Los Angeles, CA  90067
8  Telephone:   (310) 229-9900
   Facsimile:   (310) 229-9901

9

10 Attorneys for Defendants

11            **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13 Bureau of Consumer Financial          CASE NO. 8:19-cv-01998-MWF(KSx)
   Protection; State of Minnesota, by its
14 Attorney General, Keith Ellison; State of   Hon. Michael W. Fitzgerald
   North Carolina, *ex rel*. Joshua H. Stein,   Courtroom 5A – First Street
15 Attorney General; and The People of The
   State of California, Michael N. Feuer,
16 Los Angeles City Attorney,               **NOTICE OF LODGING OF
                                            VENABLE LLP'S *IN CAMERA***
17            Plaintiffs,                   **SUBMISSION IN RESPONSE TO
                                            COURT ORDER [ECF NO. 177] RE**
18       v.                                 ***EX PARTE* APPLICATION**

19 Consumer Advocacy Center Inc., d/b/a
   Premier Student Loan Center; True        Action Filed:     October 21, 2019
20 Count Staffing Inc., d/b/a SL Account    FAC Filed:        February 24, 2020
   Management; Prime Consulting LLC,
21 d/b/a Financial Preparation Services;
   TAS 2019 LLC d/b/a Trusted Account
22 Services; Horizon Consultants LLC;
   First Priority LLC d/b/a Priority
23 Account Management; Albert Kim,
   a/k/a Albert King; Kaine Wen, a/k/a
24 Wenting Kaine Dai, Wen Ting Dai, and
   Kaine Wen Dai; and Tuong Nguyen,
25 a/k/a Tom Nelson,

26            Defendants, and

27 Infinite Management Corp., f/k/a
   Infinite Management Solutions Inc.;
28 Hold The Door, Corp.; TN

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49704847

1

1    Accounting Inc.; Mice and Men
     LLC; 1st Generation Holdings, LLC;
2    Sarah Kim, and Anan Enterprise,
     Inc.,

3               Relief Defendants.

4

5       **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

6       **PLEASE TAKE NOTICE** that pursuant to the Court's Order (ECF No.

7 177), Venable LLP hereby lodges with the Court "Venable LLP's *In Camera*

8 Submission in Response to Court Order re *Ex Parte* Application" for the Court's *in*

9 *camera* review.  That document is lodged without wavier or prejudice to any

10 attorney-client privilege or any other applicable privilege or doctrine.

11

12 Dated:  August 3, 2020            VENABLE LLP

13                          By:   /s/ Witt W. Chang

14                             Allyson B. Baker (admitted p.h.v.)
                             Gerald S. Sachs (admitted p.h.v.)

15                             Witt W. Chang
           Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49704847