1  Julian Burns King (Bar No. 298617)
   julian@kingsiegel.com
2  KING & SIEGEL LLP
3  724 S. Spring Street, Ste. 201
   Los Angeles, CA 90014
4  tel:    (213) 465-4802
   fax:    (213) 465-4803
5
6  Attorneys for Relief Defendants
   1st Generation Holdings, LLC
7

8              UNITED STATES DISTRICT COURT

9         FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  Bureau of Consumer Financial Protection;          CASE NO. 8:19-CV-01998-MWF(KSx)
11  State of Minnesota, by its Attorney Gen-
    eral, Keith Ellison; State of North Caro-          Assigned to Hon. Michael W. Fitzgerald
12  lina, *ex rel.* Joshua H. Stein, Attorney Gen-     Dept. 5A – First Street
13  eral; and The People of The State of Cali-
    fornia, Michael N. Feuer, Los Angeles              **NOTICE OF FILING OF**
14  City Attorney,                                      **DECLARATIONS REGARDING**
                                                        **VENABLE'S MOTION TO**
15                                                      **WITHDRAW AS COUNSEL**
                 Plaintiffs,
16                                                      Action Filed:      Oct. 21, 2019
17        v.                                            FAC Filed:         Feb. 24, 2020
18  Consumer Advocacy Center Inc., d/b/a
19  Premier Student Loan Center; True
    Count Staffing Inc., d/b/a SL Account
20  Management; Prime Consulting LLC,
21  d/b/a Financial Preparation Services;
    TAS 2019 LLC d/b/a Trusted Account
22  Services; Horizon Consultants LLC;
23  First Priority LLC d/b/a Priority
    Account Management; Albert Kim,
24  a/k/a Albert King; Kaine Wen, a/k/a
25  Wenting Kaine Dai, Wen Ting Dai, and
26  Kaine Wen Dai; and Tuong Nguyen,
    a/k/a Tom Nelson,
27

28

1        Defendants, and

2   Infinite Management Corp., f/k/a
3   Infinite Management Solutions Inc.;
    Hold The Door, Corp.; TN
4   Accounting Inc.; Mice and Men
5   LLC; 1st Generation Holdings, LLC;
    Sarah Kim, and Anan Enterprise,
6   Inc.,

7
8        Relief Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

King & Siegel ‖‖ LLP

**To all parties and their counsel of record:**

**Please take notice that**, in further response to Venable's Motion to Withdraw as Attorney for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. ("Motion"), the parties represented by Venable requested that counsel for Relief Defendants Sarah Kim and 1st Generation Holdings, LLC enclose the attached declarations of Kaine Wen (**Exhibit 1**) and Albert Kim (**Exhibit 2**). The parties represented by Venable do not have access to the Court's ECF filing system and this Notice is filed for the limited purpose of allowing them to submit additional materials for the Court's consideration.

This Firm is not counsel for the parties represented by Venable and this filing is not an appearance on their behalf. This Notice is solely to accommodate defendants and relief defendants who lack access to ECF and cannot appear to represent their own interests in light of their counsel of record's Motion.

Dated:          August 4, 2020          Respectfully submitted,

**KING & SIEGEL LLP**

By: _____
 Julian Burns King
*Attorneys for Relief Defendants Sarah Kim
and 1st Generation Holdings, LLC*

- 1 -

King & Siegel ‖ LLP