Declaration

1. My name is Albert Kim, I am filing this with the court. I do not intend to waive any of my privileges. I would like to inform the court of what is going on.
2. In April, Venable asked for additional funds and we paid it.
3. 6/15/20, 10:28 am EST, Kaine and I received an email from Gerry Sachs saying that he needs more funds to continue the case.
4. 6/29/20, 12:02 pm EST, Allyson sent an email to Kaine and me following up on Gerry's request for additional funds to continue representing us.
5. 7/1/20, 11:08am EST, Allyson emailed me and Kaine again asking for additional funds.
6. 7/7/20, 11:33 pm EST, Gerry emailed me and asked again for additional funds.
7. 7/12/20, 8:47 pm EST, Gerry sent me an email requesting to schedule a call.  Around 9pm EST, I sent an email to Gerry saying that I am still reviewing the retainer invoices that were sent to Kaine and I should be available on Tuesday, 7/14/20.   Around 10pm EST that night, Gerry replies to my email saying that it would be better if we talk on Monday.
8. 7/13/20, 11:03 am EST - Gerry sent a Zoom invite for a call on Monday at 5 pm EST.  On 7/13/20 at 5 pm EST. Gerry asked for additional funds.  I asked for more information that they did.
9. 7/13/20, 9:15 pm EST, I received a call from Gerry and Allyson.  Allyson asked for additional funds to continue defending Kaine and me.  The call ended with Gerry saying that he will get us the missing invoices so Kaine and I can review the invoices.
10. 7/14/20, 5:56 pm EST, I received an email from Gerry Sachs with the invoices that Kaine requested from the 7/13/20 call.  After reviewing the invoices Gerry sent, Kaine emailed Gerry to let him know that we were still missing invoices and to send the missing invoices to us.
11. 7/15/20, 2:35 pm EST, Gerry sent Kaine and me the missing invoices through email and when I added the invoices up on a spreadsheet, it showed that we still had a credit with Venable.  When I explained this to Venable and requested an explanation, Gerry told us that he will have a finance department reach out to us.
12. Up until this point, neither Gerry nor Allyson ever mentioned anything about a potential conflict.
13. 7/21/20, 8:30 pm EST, I had a call with Gerry, Allyson, and Kaine.  We discussed invoices.  Allyson said that Venable wanted to withdraw because of a potential conflict.  She explained that there was no actual conflict and she asked us to consent to the withdraw, and we respectfully declined.  She refused to explain what the potential conflict was.
14. 7/23/20, 2:20 pm EST, Gerry emailed us a new settlement proposal from the CFPB, but he never discussed it or explained it to us.
15. As of today, I still do not know what the potential conflict is, and I don't understand why Venable won't explain it to me.

I, Albert Kim, declare under penalty and perjury according to the laws of California that the foregoing is true and correct.

_____
Albert Kim