1

VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
   abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
   gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:   (202) 344-8300

2

3

4

5

6

Witt W. Chang (SBN 281721)
   wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

7

8

9

Attorneys for Defendants

10

11

**UNITED STATES DISTRICT COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,

14

15

16

CASE NO. 8:19-cv-01998-MWF(KSx)

Hon. Michael W. Fitzgerald
Courtroom 5A – First Street

17

Plaintiffs,

**DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT**

18

v.

19

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,

Action Filed:       October 21, 2019
FAC Filed:         February 24, 2020

20

21

22

23

24

25

26

Defendants, and

27

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants.

Defendant Albert Kim ("Defendant") submits the following answer and affirmative defenses to Plaintiffs' First Amended Complaint ("FAC"), and denies all allegations unless expressly admitted below:

## INTRODUCTION

1.     In response to paragraph 1 of the FAC, Defendant admits that the Bureau brings this action under the statutes and regulations identified against the defendants identified, and denies each and every other allegation asserted against him in this paragraph.

2.     In response to paragraph 2 of the FAC, Defendant admits that the State of Minnesota brings this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against him in this paragraph.

3.     In response to paragraph 3 of the FAC, Defendant admits that the State of North Carolina brings this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against him in this paragraph.

4.     In response to paragraph 4 of the FAC, Defendant admits that the People of the State of California (collectively with the States of Minnesota and North Carolina) bring this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against him in this paragraph.

5.     Defendant denies each and every allegation asserted against him in paragraph 5 of the FAC.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

6.     In response to paragraph 6 of the FAC, Defendant admits that the Bureau and the States are plaintiffs in this action, is without sufficient knowledge or information to form a belief as to the Bureau and the States' motivations for bringing this action and denies those allegations on that basis, and denies each and every other allegation asserted against him in this paragraph.

7.     In response to paragraph 7 of the FAC, Defendant admits that the Bureau and the States bring this action against the Relief Defendants identified in the paragraph, and denies each and every other allegation asserted against him in this paragraph.

## OVERVIEW

8.     Defendant denies each and every allegation asserted against him in paragraph 8 of the FAC.

9.     In response to paragraph 9 of the FAC, Defendant admits that he was involved in a student loan document preparation business, and denies each and every other allegation asserted against him in this paragraph.

10.     Paragraph 10 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

11.     Paragraph 11 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

12.     Paragraph 12 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

13.     Paragraph 13 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

14.     Paragraph 14 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

15.     Paragraph 15 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

16.     Paragraph 16 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

17.     In response to paragraph 17 of the FAC, Defendant admits that he was involved in a student loan document preparation business involving multiple companies and fictitious names over time, and denies each and every other allegation asserted against him in this paragraph.

**JURISDICTION AND VENUE**

18.     In response to paragraph 18 of the FAC, Defendant admits that he does not contest this Court's jurisdiction over him, and denies each and every other allegation asserted against him in the paragraph.

19.     In response to paragraph 19 of the FAC, Defendant admits that he does not contest that venue in this District is proper, and denies each and every other allegation asserted against him in the paragraph.

**PARTIES**

20.     In response to paragraph 20 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

21.     In response to paragraph 21 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

22.    In response to paragraph 22 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

23.    In response to paragraph 23 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

24.    In response to paragraph 24 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

25.    Paragraph 25 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

26.    Paragraph 26 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

27.    Paragraph 27 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

28.    Paragraph 28 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

29.    Paragraph 29 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

30.    Paragraph 30 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1
2
3

31.     Paragraph 31 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

4
5
6

32.     Paragraph 32 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

7
8
9

33.     Paragraph 33 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

10
11
12

34.     Paragraph 34 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

13
14
15

35.     Paragraph 35 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

16
17
18

36.     Paragraph 36 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

19

37.     Admit.

20

38.     Admit.

21
22
23

39.     In response to paragraph 39 of the FAC, Defendant admits that he exercised control consistent with his job duties at CAC, and denies each and every other allegation against him in this paragraph.

24
25
26

40.     In response to paragraph 40 of the FAC, Defendant admits that he managed some of CAC's operations and participated in some of the conduct of its affairs, and denies each and every other allegation against him in this paragraph.

27
28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

41.     Paragraph 41 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

42.     Paragraph 42 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

43.     Paragraph 43 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

44.     Paragraph 44 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

45.     Paragraph 45 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

46.     Paragraph 46 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

47.     Paragraph 47 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

48.     Paragraph 48 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

49.     Paragraph 49 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

50.     Paragraph 50 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

51.     Admit.

52.     Paragraph 52 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

53.     Paragraph 53 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

54.     Paragraph 54 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

55.     Paragraph 55 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

56.     Paragraph 56 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

57.     Paragraph 57 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

58.     Paragraph 58 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

59.     Paragraph 59 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

60.  Paragraph 60 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

61.  Paragraph 61 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

62.  Admit.

63.  In response to paragraph 63 of the FAC, Defendant admits that Kyle Kim is Defendant's brother-in-law, and denies each and every other allegation against him in this paragraph.

## FACTS

### Student Loan Forgiveness and Repayment Programs

64.  Paragraph 64 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

65.  Paragraph 65 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

66.  Paragraph 66 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

67.  Paragraph 67 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### The Student Loan Debt Relief Companies

68.  Paragraph 68 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

69.     Paragraph 69 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

70.     Paragraph 70 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

71.     Paragraph 71 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

72.     In response to paragraph 72 of the FAC, Defendant admits that CAC's processing and customer service functions were outsourced to True Count in or around March 2018, and denies each and every other allegation against him in this paragraph.

73.     Paragraph 73 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

74.     Paragraph 74 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

75.     Paragraph 75 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

76.     In response to paragraph 76 of the FAC, Defendant admits that TAS was established to provide escrow services to hold funds for the benefit of True Count customers, and denies each and every other allegation against him in the paragraph.

**Debt Relief Sales and Business Practices**

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

77.     Paragraph 77 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

78.     Paragraph 78 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

79.     Paragraph 79 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

80.     Paragraph 80 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

81.     Paragraph 81 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

82.     Paragraph 82 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

83.     Paragraph 83 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Representations about Fees**

84.     Paragraph 84 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

85.     Paragraph 85 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

86.     Paragraph 86 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

87.     Paragraph 87 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

88.     Paragraph 88 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

89.     Paragraph 89 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

90.     Paragraph 90 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

91.     Paragraph 91 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Representations about Loan Forgiveness**

92.     Paragraph 92 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

93.     Paragraph 93 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

94.     Paragraph 94 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

95.     Paragraph 95 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

96.     Paragraph 96 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Representations about Lower Monthly Payments

97.     Paragraph 97 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

98.     Paragraph 98 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

99.     Paragraph 99 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

100.    Paragraph 100 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Preparing and Submitting Forbearance Requests and IDR Plan Applications

101.    Paragraph 101 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

102.    Paragraph 102 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

103.   Paragraph 103 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

104.   Paragraph 104 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

105.   Paragraph 105 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

106.   Paragraph 106 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

107.   Paragraph 107 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

108.   Paragraph 108 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

109.   Paragraph 109 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

110.   Paragraph 110 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Submitting Consolidation and IDR Requests with False Information**

111.   Paragraph 111 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

112.   Paragraph 112 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

113.   Paragraph 113 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

114.   Paragraph 114 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

115.   Paragraph 115 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

116.   Paragraph 116 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

117.   Paragraph 117 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

118.   Paragraph 118 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Representations about and Collection of Fees from Consumers

119.   Paragraph 119 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

120.   Paragraph 120 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

121.   Paragraph 121 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

122.   Paragraph 122 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

123.   Paragraph 123 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

124.   Paragraph 124 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

125.   Paragraph 125 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

126.   Defendant denies each and every allegation against him in paragraph 126 of the FAC.

### Roles of the Individual Defendants

127.   In response to paragraph 127, Defendant admits that he was CAC's owner and manager, and denies each and every other allegation against him in this paragraph.

128.   Admit.

129.   In response to paragraph 129 of the FAC, Defendant admits that he oversaw some or certain aspects of CAC's marketing, and denies each and every other allegation against him in this paragraph.

130.   Admit.

131.   Admit.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

132.   In response to paragraph 132 of the FAC, Defendant admits that he had access to CAC's bank accounts and was an authorized user on CAC's and True Count's bank accounts, and denies each and every other allegation against him in this paragraph.

133.   In response to paragraph 133 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

134.   Paragraph 134 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

135.   In response to paragraph 135 of the FAC, Defendant admits that he attempted to generate marketing leads for Prime, and denies each and every other allegation against him in this paragraph.

136.   Paragraph 136 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

137.   Paragraph 137 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

138.   Paragraph 138 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

139.   Paragraph 139 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

140.   Paragraph 140 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

141.   Paragraph 141 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

142.   Paragraph 142 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

143.   Paragraph 143 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

144.   Paragraph 144 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

145.   Paragraph 145 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

146.   Paragraph 146 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

147.   Paragraph 147 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

148.   Paragraph 148 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

149.   Paragraph 149 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

150.   Paragraph 150 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

151.   Paragraph 151 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

152.   Paragraph 152 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

153.   Paragraph 153 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

154.   Paragraph 154 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

155.   Paragraph 155 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

156.   Paragraph 156 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Roles of the Payment Companies**

157.   In response to paragraph 157 of the FAC, Defendant denies that he used TAS, Horizon, and First Priority to obtain merchant accounts and to collect fees from consumers and denies each and every other allegation against him in this paragraph.

158.   In response to paragraph 158 of the FAC, Defendant denies that he transferred payment processing to TAS, admits that in September 2019, True

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

Count began to utilize TAS's services in connection with holding True Count's customer's funds in escrow, and denies each and every other allegation against him in this paragraph.

159.   Paragraph 159 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

160.   Defendant denies each and every allegation asserted against him in paragraph 160 of the FAC.

161.   Defendant denies each and every allegation asserted against him in paragraph 161 of the FAC.

162.   In response to paragraph 162 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

163.   In response to paragraph 163 of the FAC, Defendant denies that he controlled TAS's email system, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

164.   Paragraph 164 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

165.   In response to paragraph 165 of the FAC, Defendant denies that he used Horizon to process consumer's payments, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

166.   Paragraph 166 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

20

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

167.   In response to paragraph 167 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

168.   Paragraph 168 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

169.   Paragraph 169 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

170.   Paragraph 170 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

171.   Paragraph 171 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

172.   Paragraph 172 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

173.   Paragraph 173 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

174.   Paragraph 174 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

175.   Paragraph 175 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

176.   In response to paragraph 176 of the FAC, Defendant denies that he used First Priority to receive consumer's payments, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

177.   In response to paragraph 177 of the FAC, Defendant denies that he used First Priority to obtain and copy documents, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

178.   Paragraph 178 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

179.   In response to paragraph 179 of the FAC, Defendant admits that he served as a contact on behalf of First Priority for a payment processor, and denies each and every other allegation against him in the this paragraph.

180.   Paragraph 180 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**The Student Loan Debt Relief Companies Operated as a Common Enterprise**

181.   Paragraph 181 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

182.   Paragraph 182 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

183.   Paragraph 183 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

184.   Paragraph 184 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

185.   Paragraph 185 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

186.   Paragraph 186 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

187.   Paragraph 187 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

188.   Paragraph 188 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

189.   Paragraph 189 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

190.   Paragraph 190 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Transfer of Assets to Relief Defendants**

191.   In response to paragraph 191 of the FAC, Defendant admits that it established and was the sole officer of Infinite, and denies each and every other allegation against him in the paragraph.

192.   In response to paragraph 192 of the FAC, Defendant admits that he was the signatory on the bank account for Infinite and controlled Infinite's

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

accounts and funds, and denies each and every other allegation against him in the paragraph.

193. Paragraph 193 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

194. In response to paragraph 194 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

195. Paragraph 195 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

196. In response to paragraph 196 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

197. Paragraph 197 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

198. Paragraph 198 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

199. Paragraph 199 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

200. Paragraph 200 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

201.   Paragraph 201 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

202.   Paragraph 202 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

203.   Paragraph 203 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

204.   Paragraph 204 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

205.   Paragraph 205 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

206.   Paragraph 206 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

207.   Paragraph 207 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis..

208.   Paragraph 208 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

209.   Paragraph 209 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

210.   Paragraph 210 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## LEGAL BACKGROUND

### The TSR

211.   Paragraph 211 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

212.   Paragraph 212 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

213.   Paragraph 213 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

214.   Paragraph 214 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

215.   Paragraph 215 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

216.   Paragraph 216 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

217.   Paragraph 217 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

218.   Paragraph 218 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

219.   Defendant denies each and every allegation asserted against him in paragraph 219 of the FAC.

220.   Paragraph 220 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

221.   Paragraph 221 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

222.   Paragraph 222 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**The CFPA**

223.   Paragraph 223 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

224.   Paragraph 224 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

225.   Paragraph 225 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

226.   Paragraph 226 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

227.   Paragraph 227 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

228.   Paragraph 228 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

229.   Paragraph 229 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

230.   Paragraph 230 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

231.   In response to paragraph 231, Defendant admits that he was CAC's owner and officer, was a manager at CAC, controlled CAC's bank accounts, managed CAC's sales and marketing, entered into contractual relationships on CAC's behalf with payment processors, and responded to certain consumer complaints, and denies each and every other allegation against him in this paragraph.

232.   Paragraph 232 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

233.   Paragraph 233 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT I

**By the Bureau and the States**
**(Advance Fees in Violation of the TSR – Enrollment Fees)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

234.   In response to paragraph 234, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

235.   Paragraph 235 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

236.   In response to paragraph 236 of the FAC, Defendant denies that he charged and collected anything from consumers, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

237.   Paragraph 237 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT II

**By the Bureau and the States**
**(Advance Fees in Violation of the TSR – Monthly Fees)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

238.   In response to paragraph 238, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

239.   In response to paragraph 239 of the FAC, Defendant denies that he charged and collected anything from consumers, and is without sufficient knowledge or information to form a belief as to the rest of the allegations against him in this paragraph and denies each and every one of them on that basis.

240.   Paragraph 240 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT III

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

241.   In response to paragraph 241, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

242.   Paragraph 242 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

243.   In response to paragraph 243 of the FAC, Defendant did not interact with consumers and on this basis denies each and every allegation asserted against him in this paragraph.

244.   In response to paragraph 244 of the FAC, Defendant did not interact with consumers and on this basis denies each and every allegation asserted against him in this paragraph.

245.   Defendant denies each and every allegation against him in paragraph 245 of the FAC.

**COUNT IV**

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(True Count, Prime, and TAS)**

246.   In response to paragraph 246, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

247.   Paragraph 247 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

248.   Paragraph 248 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

249.   Paragraph 249 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

250.   Defendant denies each and every allegation asserted against him in paragraph 250 of the FAC.

**COUNT V**

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Individual Defendants)**

251.   In response to paragraph 251, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

252.   Paragraph 252 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

253.   In response to paragraph 253, Defendant admits that he managed some operations and some marketing, denies approving sales scripts, and denies each and every other allegation against him in this paragraph.

254.   In response to paragraph 254 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

255.   In response to paragraph 255 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

256.   Admit.

257.   In response to paragraph 257 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

258.   Paragraph 258 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

259. Paragraph 259 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

260. Paragraph 260 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

261. Paragraph 261 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

262. Paragraph 262 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

263. Paragraph 263 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

264. Paragraph 264 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

265. Defendant denies each and every allegation against him in paragraph 265 of the FAC.

## COUNT VI

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Payment Companies)**

266. In response to paragraph 266, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

267. Paragraph 267 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

268.   Paragraph 268 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

269.   Paragraph 269 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

270.   Paragraph 270 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT VII

### By the Bureau
### (CFPA – Deception)
### (The Student Loan Debt Relief Companies and Individual Defendants)

271.   In response to paragraph 271, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

272.   In response to paragraph 272 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

273.   Paragraph 273 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

274.   Paragraph 274 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

275.   In response to paragraph 275 of the FAC, Defendant admits that he generated marketing leads for Prime, interacted with sales scripts for CAC, participated in the management of CAC operations and True Count, was generally aware of CAC's and True Count's chargebacks and consumer refund rates, and denies each and every other allegation against him in this paragraph.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

276.   Paragraph 276 of the FAC contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

277.   Paragraph 277 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

278.   Defendant denies each and every allegation asserted against him in paragraph 278 of the FAC.

## COUNT VIII

**By the Bureau**
**(CFPA – Deception)**
**(True Count, Prime, and TAS)**

279.   In response to paragraph 279, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

280.   Paragraph 280 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

281.   Paragraph 281 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

282.   Paragraph 282 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT IX

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Individual Defendants)**

283.   In response to paragraph 283, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

1
2
3

284.   Paragraph 284 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

4
5
6
7

285.   In response to paragraph 285, Defendant admits that he was an owner and president of CAC, participated in the management of CAC and True Count, and was involved with Prime's marketing, and denies each and every other allegation against him in this paragraph.

8
9
10

286.   Paragraph 286 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

11
12
13

287.   Paragraph 287 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

14
15

288.   Defendant denies each and every allegation asserted against him in paragraph 288 of the FAC.

16

## COUNT X

17
18

### By the Bureau
### (Substantial Assistance in Violation of the CFPA)
### (Payment Companies)

19
20

289.   In response to paragraph 289, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

21
22
23

290.   Paragraph 290 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

24
25
26

291.   Paragraph 291 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

27
28

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

292.   Paragraph 292 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT XI

**By the Bureau**
**CFPA Violation Based on Violation of TSR**
**(All Defendants)**

293.   In response to paragraph 293, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

294.   In response to paragraph 294 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

295.   Paragraph 295 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

296.   Paragraph 296 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

297.   Defendant denies each and every allegation against him in paragraph 297 of the FAC.

298.   Defendant denies each and every allegation asserted against him in paragraph 298 of the FAC.

## COUNT XII

**By the Bureau and the States**
**(Relief Defendants)**

299.   In response to paragraph 299, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

300.   Defendant denies each and every allegation against him in paragraph 300 of the FAC.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

301.   Defendant denies each and every allegation against him in paragraph 301 of the FAC.

302.   Defendant denies each and every allegation against him in paragraph 302 of the FAC.

303.   Paragraph 303 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT XIII

### By the State of Minnesota

**Prevention of Consumer Fraud Act**
**Minn. Stat. § 325F.69, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

304.   In response to paragraph 304, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

305.   Paragraph 305 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

306.   Paragraph 306 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

307.   Paragraph 307 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

308.   Admit.

309.   In response to paragraph 309 of the FAC, Defendant denies that he interacted with consumers, and on this basis denies each and every allegation against him in this paragraph.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

310.   In response to paragraph 310, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

311.   Defendant denies each and every allegation asserted against him in paragraph 311 of the FAC.

### COUNT XIV

**By the State of Minnesota**
**Uniform Deceptive Trade Practices Act**
**Minn. Stat. § 325F.43, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

312.   In response to paragraph 312, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-311.

313.   Paragraph 313 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

314.   In response to paragraph 314, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

315.   In response to paragraph 315, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

316.   In response to paragraph 316, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

317.   Defendant denies each and every allegation asserted against him in paragraph 317 of the FAC.

### Count XV

**By the State of North Carolina**
**North Carolina Debt Adjusting Act**

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

**N.C. Gen. Stat. § 14-423, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

318.   In response to paragraph 318, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

319.   Paragraph 319 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

320.   Paragraph 320 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

321.   Defendant denies each and every allegation asserted against him in paragraph 321 of the FAC.

322.   Paragraph 322 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

323.   Defendant denies each and every allegation made against him in paragraph 323 of the FAC.

324.   Defendant denies each and every allegation made against him in paragraph 324 of the FAC.

325.   In response to paragraph 325 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

**Count XVI**

**By the State of North Carolina**
**North Carolina Unfair and Deceptive Practices Act**
**N.C. Gen. Stat. § 75-1.1**
**(All Defendants)**

326.   In response to paragraph 326, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303, 318-325.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

327.   Defendant denies each and every allegation asserted against him in paragraph 327 of the FAC.

328.   Paragraph 328 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

329.   Paragraph 329 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

330.   Paragraph 330 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

331.   Paragraph 331 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

332.   Paragraph 332 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

333.   Paragraph 333 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

334.   In response to paragraph 334 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

## Count XVII

**By the State of North Carolina**
**North Carolina Telephonic Seller Registration Act**
**N.C. Gen. Stat. § 66-260**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49689061

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

335.   In response to paragraph 335, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303, 318-334.

336.   Paragraph 336 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

337.   Paragraph 337 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

338.   Paragraph 338 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

339.   Paragraph 339 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

340.   Paragraph 340 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

341.   Paragraph 341 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

342.   Paragraph 342 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Count XVIII**

**By the People of the State of California**
**California Unfair Competition Law**
**Cal. Bus. & Prof. Code § 17200 et seq.**
**(All Defendants and Relief Defendants)**

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

343.    In response to paragraph 343, Defendant incorporates by reference his responses to the allegations in paragraphs 1-342.

344.    Paragraph 344 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

345.    Paragraph 345 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

346.    Paragraph 346 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

347.    Paragraph 347 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

348.    In response to paragraph 348, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

349.    Defendant denies each and every allegation asserted against him in paragraph 349 of the FAC.

350.    Defendant denies each and every allegation against him in paragraph 350 of the FAC.

351.    Defendant denies each and every allegation asserted against him in paragraph 351 of the FAC.

## DEMAND FOR RELIEF

352.    Defendant denies that any plaintiff is entitled to any of the relief requested in the FAC.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## AFFIRMATIVE DEFENSES

Defendant's affirmative defenses set forth herein are based solely on the allegations in the FAC, which does not describe the events and claims therein with sufficient particularity to enable Defendant to determine all of the defenses which may exist to such claims without discovery.  Without these details, Defendant cannot respond further to the FAC.  Therefore, Defendant reserves the right to assert and rely upon additional defenses that become available or apparent during the pendency of this action, and to modify the affirmative defenses set forth herein as additional information is obtained by Defendant.

Defendant asserts the affirmative defenses set forth below, each as separate and distinct affirmative defenses to plaintiffs' alleged claims.  Insofar as any of the following expresses denial of an element of any claim alleged against Defendant, that denial does not indicate that any plaintiff is relieved of its burden to prove each and every element of any such claims or that Defendant assumed any burden of proof.  Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during, for example, pre-trial proceedings in this case, and hereby reserves the right to amend this answer and offer or assert additional defenses that cannot now be articulated because, among other reasons, Defendant has not completed discovery.  Defendant also raises the affirmative defenses below to avoid waiving them.

### First Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part because Plaintiffs have failed to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the applicable statutes of limitations.

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

### Third Affirmative Defense

Plaintiff CFPB lacks authority to bring this action because its structure is unconstitutional under *Seila Law LLC v. Consumer Financial Protection Bureau*, 591 U.S. __ (2020).

### Fourth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the Due Process Clause because Defendant did not have adequate and fair notice of the conduct prohibited under the statutes pursuant to which Plaintiffs' sue.

### Fifth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by equitable principles, including the doctrines of estoppel, laches, waiver, and unclean hands.

### Sixth Affirmative Defense

The CFPB's claims and relief sought in the FAC are barred in whole or in part because the CFPB is required, pursuant to 12 U.S.C. §§ 5531(a), (c) to declare an act as unfair before bringing suit to address that purportedly unfair act or practice, and it has not done so.

### Seventh Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on mistake, inadvertence, or bona fide error.

### Eighth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek multiple recoveries for the same alleged conduct.

### Ninth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on good faith reliance on

information provided to them by third parties that was incorrect, incomplete, or misleading, or other acts or omissions undertaken in good faith with a basis in fact or law, as known to Defendant at the time.

### Tenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability for harms caused by the acts or omissions of third parties for whom Defendant is not responsible, or other intervening acts or omissions.

### Eleventh Affirmative Defense

The U.S. Constitution bars or limits the relief sought by Plaintiffs to the extent that it unfairly subjects Defendant to punishment or to an extreme and excessive remedy without required notice or opportunity to defend itself, the relief requested is an unconstitutional taking, the relief requested is out of proportion to the alleged conduct, the remedy is unrestricted by any reasonable standard, or the relief requested has an unfair economic impact on Defendant.

### Twelfth Affirmative Defense

Plaintiffs are not entitled to injunctive relief because the alleged wrongful conduct is not ongoing.

### Thirteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they rely on conduct with respect to a consumer as to whom Defendant would have a complete or partial defense if that consumer had brought a civil action for relief in his or her own name to remedy that conduct, or the consumer would not have prevailed in such civil action.

### Fourteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent any plaintiff lacks standing to assert the claims in the FAC or obtain the relief sought in the FAC.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT ALBERT KIM'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

### Fifteenth Affirmative Defense

Plaintiffs' claims and the relief sought under the TSR are barred in whole or in part because Defendant is not a "debt relief service."

### Sixteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant provided bona fide services for value to Defendants.

### Seventeenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent other funds are more readily available for consumer redress, if any such redress is warranted.

### Eighteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent attributing the alleged wrongful conduct of Defendants to Defendant would work an injustice to Defendant.

### Nineteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant acted in good faith at all relevant times.

### Twentieth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant reasonably relied on the advice of legal and/or tax professionals with respect to the acts and/or omissions alleged in the FAC.

///
///
///

1    WHEREFORE, Defendant prays for relief as follows:

2    A.    That judgment be rendered in favor of Defendant with respect to all

3          counts and causes of action set forth in the FAC;

4    B.    That plaintiffs' FAC be dismissed in its entirety with prejudice;

5    C.    That plaintiffs take nothing by reason of their FAC;

6    D.    That Defendant be awarded his costs of suit incurred in defense of this

7          action; and

8    E.    For such other relief in favor of Defendant as the Court deems just

9          and proper.

10

11   Dated:  August 7, 2020          VENABLE LLP

12                                   By:   /s/ Witt W. Chang
13                                         Allyson B. Baker (admitted p.h.v.)
                                           Gerald S. Sachs (admitted p.h.v.)
14                                         Witt W. Chang
                                     Attorneys for Defendants
15

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900