1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>Action Filed:       October 21, 2019<br>FAC Filed:          February 24, 2020 |

1

1  Accounting Inc.; Mice and Men
   LLC; 1st Generation Holdings, LLC;
2  Sarah Kim, and Anan Enterprise,
   Inc.,

3          Relief Defendants.

4

5          Relief Defendant Infinite Management Corp. ("Defendant") submits the

6  following answer and affirmative defenses to Plaintiffs' First Amended Complaint

7  ("FAC"), and denies all allegations unless expressly admitted below:

8                          **INTRODUCTION**

9          1.     Paragraph 1 contains no allegations against Defendant and Defendant

10 denies each and every allegation against it in this paragraph on that basis.

11         2.     Paragraph 2 contains no allegations against Defendant and Defendant

12 denies each and every allegation against it in this paragraph on that basis.

13         3.     Paragraph 3 contains no allegations against Defendant and Defendant

14 denies each and every allegation against it in this paragraph on that basis.

15         4.     Paragraph 4 contains no allegations against Defendant and Defendant

16 denies each and every allegation against it in this paragraph on that basis.

17         5.     Paragraph 5 contains no allegations against Defendant and Defendant

18 denies each and every allegation against it in this paragraph on that basis.

19         6.     Paragraph 6 contains no allegations against Defendant and Defendant

20 denies each and every allegation against it in this paragraph on that basis.

21         7.     In response to paragraph 7 of the FAC, Defendant admits that the

22 Bureau and the States bring this action against the Relief Defendants identified in

23 the paragraph, and denies each and every other allegation asserted against it in this

24 paragraph.

25                           **OVERVIEW**

26         8.     Paragraph 8 contains no allegations against Defendant and Defendant

27 denies each and every allegation against it in this paragraph on that basis.

28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

9.     Paragraph 9 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

10.     Paragraph 10 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

11.     Paragraph 11 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

12.     Paragraph 12 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

13.     Paragraph 13 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

14.     Paragraph 14 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

15.     Paragraph 15 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

16.     Paragraph 16 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

17.     Paragraph 17 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

1

## JURISDICTION AND VENUE

2      18.    In response to paragraph 18 of the FAC, Defendant admits that it does

3 not contest this Court's jurisdiction over it, and denies each and every other

4 allegation asserted against it in the paragraph.

5      19.    In response to paragraph 19 of the FAC, Defendant admits that it does

6 not contest that venue in this District is proper, and denies each and every other

7 allegation asserted against it in the paragraph.

8

## PARTIES

9      20.    Paragraph 20 contains no allegations against Defendant and

10 Defendant denies each and every allegation against it in this paragraph on that

11 basis.

12      21.    Paragraph 21 contains no allegations against Defendant and

13 Defendant denies each and every allegation against it in this paragraph on that

14 basis.

15      22.    Paragraph 22 contains no allegations against Defendant and

16 Defendant denies each and every allegation against it in this paragraph on that

17 basis.

18      23.    Paragraph 23 contains no allegations against Defendant and

19 Defendant denies each and every allegation against it in this paragraph on that

20 basis.

21      24.    Paragraph 24 contains no allegations against Defendant and

22 Defendant denies each and every allegation against it in this paragraph on that

23 basis.

24      25.    Paragraph 25 contains no allegations against Defendant and

25 Defendant denies each and every allegation against it in this paragraph on that

26 basis.

27

28

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

26.     Paragraph 26 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

27.     Paragraph 27 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

28.     Paragraph 28 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

29.     Paragraph 29 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

30.     Paragraph 30 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

31.     Paragraph 31 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

32.     Paragraph 32 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

33.     Paragraph 33 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

34.     Paragraph 34 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

35.     Paragraph 35 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

36.     Paragraph 36 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

37.     Paragraph 37 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

38.     Paragraph 38 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

39.     Paragraph 39 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

40.     Paragraph 40 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

41.     Paragraph 41 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

42.     Paragraph 42 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

43.     Paragraph 43 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

44.     Paragraph 44 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

45.     Paragraph 45 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

46.     Paragraph 46 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

47.     Paragraph 47 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

48.     Paragraph 48 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

49.     Paragraph 49 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

50.     Admit.

51.     Admit.

52.     Paragraph 52 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

53.     Paragraph 53 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

49689046

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

54.     Paragraph 54 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

55.     Paragraph 55 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

56.     Paragraph 56 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

57.     Paragraph 57 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

58.     Paragraph 58 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

59.     Paragraph 59 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

60.     Paragraph 60 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

61.     Paragraph 61 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

62.     Paragraph 62 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

63.     Paragraph 63 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## FACTS

### Student Loan Forgiveness and Repayment Programs

64.     Paragraph 64 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

65.     Paragraph 65 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

66.     Paragraph 66 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

67.     Paragraph 67 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### The Student Loan Debt Relief Companies

68.     Paragraph 68 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

69.     Paragraph 69 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

70.     Paragraph 70 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

71.     Paragraph 71 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

72.     Paragraph 72 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

73.     Paragraph 73 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

74.     Paragraph 74 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

75.     Paragraph 75 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

76.     Paragraph 76 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Debt Relief Sales and Business Practices**

77.     Paragraph 77 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

78.     Paragraph 78 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

79.     Paragraph 79 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

80.     Paragraph 80 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

81.     Paragraph 81 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

82.     Paragraph 82 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

83.     Paragraph 83 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Representations about Fees**

84.     Paragraph 84 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

85.     Paragraph 85 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

86.     Paragraph 86 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

87.     Paragraph 87 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

88.     Paragraph 88 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

89.     Paragraph 89 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

90.     Paragraph 90 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

91.     Paragraph 91 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Representations about Loan Forgiveness**

92.     Paragraph 92 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

93.     Paragraph 93 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

94.     Paragraph 94 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

95.     Paragraph 95 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

96.     Paragraph 96 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

///

///

///

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

**Representations about Lower Monthly Payments**

97.    Paragraph 97 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

98.    Paragraph 98 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

99.    Paragraph 99 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

100.   Paragraph 100 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Preparing and Submitting Forbearance Requests and IDR Plan Applications**

101.   Paragraph 101 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

102.   Paragraph 102 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

103.   Paragraph 103 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

104.   Paragraph 104 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

105.   Paragraph 105 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

106.   Paragraph 106 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

107.   Paragraph 107 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

108.   Paragraph 108 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

109.   Paragraph 109 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

110.   Paragraph 110 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Submitting Consolidation and IDR Requests with False Information**

111.   Paragraph 111 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

112.   Paragraph 112 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

113.   Paragraph 113 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

114.   Paragraph 114 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

115.   Paragraph 115 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

116.   Paragraph 116 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

117.   Paragraph 117 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

118.   Paragraph 118 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

**Representations about and Collection of Fees from Consumers**

119.   Paragraph 119 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

120.   Paragraph 120 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

121.   Paragraph 121 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

122.   Paragraph 122 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

123.   Paragraph 123 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

124.   Paragraph 124 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

125.   Paragraph 125 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

126.   Paragraph 126 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Roles of the Individual Defendants**

127.   Paragraph 127 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

128.   Paragraph 128 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

129.   Paragraph 129 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

130.   Paragraph 130 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

131.   Paragraph 131 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

132.   Paragraph 132 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

133.   Paragraph 133 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

134.   Paragraph 134 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

135.   Paragraph 135 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

136.   Paragraph 136 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

137.   Paragraph 137 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

138.   Paragraph 138 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

139.   Paragraph 139 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

140.   Paragraph 140 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

141.   Paragraph 141 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

142.   Paragraph 142 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

143.   Paragraph 143 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

144.   Paragraph 144 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

145.   Paragraph 145 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

146.   Paragraph 146 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

147.   Paragraph 147 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

148.   Paragraph 148 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

149.   Paragraph 149 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

150.   Paragraph 150 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

151.   Paragraph 151 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

152.   Paragraph 152 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

153.   Paragraph 153 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

154.   Paragraph 154 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

155.   Paragraph 155 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

156.   Paragraph 156 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Roles of the Payment Companies**

157.   Paragraph 157 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

158.   Paragraph 158 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

159.   Paragraph 159 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

160.   Paragraph 160 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

161.   Paragraph 161 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

162.   Paragraph 162 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

163.   Paragraph 163 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

164.   Paragraph 164 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

165.   Paragraph 165 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

166.   Paragraph 166 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

167.   Paragraph 167 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

168.   Paragraph 168 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

169.   Paragraph 169 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

170.   Paragraph 170 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

171.   Paragraph 171 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

172.   Paragraph 172 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

173.   Paragraph 173 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

174.   Paragraph 174 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

175.   Paragraph 175 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

176.   Paragraph 176 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

177.   Paragraph 177 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

178.   Paragraph 178 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

179.   Paragraph 179 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

180.   Paragraph 180 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**The Student Loan Debt Relief Companies Operated as a Common Enterprise**

181.   Paragraph 181 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

182.   Paragraph 182 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

183.   Paragraph 183 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

184.   Paragraph 184 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

185.   Paragraph 185 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

186.   Paragraph 186 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

187.   Paragraph 187 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

188.   Paragraph 188 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

189.   Paragraph 189 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

190.   Paragraph 190 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Transfer of Assets to Relief Defendants**

191.   In response to paragraph 191, Defendant admits that Kim directed and controlled Infinite, and denies each and every other allegation against it in this paragraph.

192.   In response to paragraph 192, Defendant admits that Kim is the signatory on the bank account for Infinite, and denies each and every other allegation against it in this paragraph.

193.   In response to paragraph 193 of the FAC, Defendant admits that from 2017 to 2019, payments from CAC or True Count made up most or almost all the income of Infinite, and denies each and every other allegation against it in this paragraph.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

194.   In response to paragraph 194 of the FAC, Defendant admits that monies were transferred from Infinite to Kim's personal accounts, and denies each and every other allegation against it in this paragraph.

195.   Paragraph 195 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

196.   In response to paragraph 196 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

197.   In response to paragraph 197 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

198.   Admit.

199.   Paragraph 199 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

200.   Paragraph 200 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

201.   Paragraph 201 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

202.   Paragraph 202 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

203.   Paragraph 203 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

204.    Paragraph 204 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

205.    Paragraph 205 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

206.    Paragraph 206 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

207.    Paragraph 207 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

208.    Paragraph 208 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

209.    Paragraph 209 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

210.    Paragraph 210 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## LEGAL BACKGROUND

## The TSR

211.    Paragraph 211 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

212.   Paragraph 212 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

213.   Paragraph 213 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

214.   Paragraph 214 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

215.   Paragraph 215 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

216.   Paragraph 216 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

217.   Paragraph 217 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

218.   Paragraph 218 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

219.   Paragraph 219 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

220.   Paragraph 220 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49689046

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

221.   Paragraph 221 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

222.   Paragraph 222 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**The CFPA**

223.   Paragraph 223 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

224.   Paragraph 224 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

225.   Paragraph 225 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

226.   Paragraph 226 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

227.   Paragraph 227 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

228.   Paragraph 228 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

229.   Paragraph 229 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

230.   Paragraph 230 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

231.   Paragraph 231 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

232.   Paragraph 232 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

233.   Paragraph 233 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT I

### By the Bureau and the States
### (Advance Fees in Violation of the TSR – Enrollment Fees)
### (The Student Loan Debt Relief Companies and Individual Defendants)

234.   In response to paragraph 234, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

235.   Paragraph 235 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

236.   Paragraph 236 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

237.   Paragraph 237 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# COUNT II

### By the Bureau and the States
### (Advance Fees in Violation of the TSR – Monthly Fees)
### (The Student Loan Debt Relief Companies and Individual Defendants)

238.   In response to paragraph 238, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

239.   Paragraph 239 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

240.   Paragraph 240 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

# COUNT III

### By the Bureau and the States
### (Misrepresentations About Material
### Aspects of Their Services in Violation of the TSR)
### (The Student Loan Debt Relief Companies and Individual Defendants)

241.   In response to paragraph 241, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

242.   Paragraph 242 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

243.   Paragraph 243 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

244.   Paragraph 244 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

V E N A B L E  L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

245.   Paragraph 245 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT IV

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(True Count, Prime, and TAS)**

246.   In response to paragraph 246, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

247.   Paragraph 247 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

248.   Paragraph 248 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

249.   Paragraph 249 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

250.   Paragraph 250 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT V

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Individual Defendants)**

251.   In response to paragraph 251, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1

252.   Paragraph 252 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

253.   Paragraph 253 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

254.   Paragraph 254 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

255.   Paragraph 255 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

256.   Paragraph 256 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

257.   Paragraph 257 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

258.   Paragraph 258 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

259.   Paragraph 259 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

260.   Paragraph 260 contains no allegations against Defendant and
Defendant denies each and every allegation against it in this paragraph on that
basis.

261.   Paragraph 261 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

262.   Paragraph 262 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

263.   Paragraph 263 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

264.   Paragraph 264 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

265.   Paragraph 265 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### COUNT VI

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Payment Companies)**

266.   In response to paragraph 266, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

267.   Paragraph 267 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

268.   In response to paragraph 268 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

269.   In response to paragraph 269 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis..

270.   Paragraph 270 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT VII

### By the Bureau
### (CFPA – Deception)
### (The Student Loan Debt Relief Companies and Individual Defendants)

271.   In response to paragraph 271, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

272.   Paragraph 272 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

273.   Paragraph 273 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

274.   Paragraph 274 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

275.   Paragraph 275 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

276.   Paragraph 276 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

277.   Paragraph 277 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

278.   Paragraph 278 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### COUNT VIII

**By the Bureau**
**(CFPA – Deception)**
**(True Count, Prime, and TAS)**

279.   In response to paragraph 279, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

280.   Paragraph 280 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

281.   Paragraph 281 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

282.   Paragraph 282 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### COUNT IX

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Individual Defendants)**

283.   In response to paragraph 283, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

284.   Paragraph 284 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

285.   Paragraph 285 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

286.   Paragraph 286 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

287.   Paragraph 287 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

288.   Paragraph 288 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT X

### By the Bureau
### (Substantial Assistance in Violation of the CFPA)
### (Payment Companies)

289.   In response to paragraph 289, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

290.   Paragraph 290 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

291.   Paragraph 291 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

292.   Paragraph 292 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## COUNT XI

### By the Bureau
### CFPA Violation Based on Violation of TSR
### (All Defendants)

293.   In response to paragraph 293, Defendant incorporates by reference its responses to the allegations in paragraphs 1-233.

294.   Paragraph 294 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

295.   Paragraph 295 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

296.   Paragraph 296 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

297.   Paragraph 297 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

298.   Paragraph 298 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## COUNT XII

### By the Bureau and the States
### (Relief Defendants)

299.   In response to paragraph 299, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

300.   Defendant denies each and every allegation asserted against it in paragraph 300 of the FAC.

301.   Defendant denies each and every allegation asserted against it in paragraph 301 of the FAC.

302.   Defendant denies each and every allegation asserted against it in paragraph 302 of the FAC.

303.   Defendant denies each and every allegation asserted against it in paragraph 303 of the FAC.

## COUNT XIII

### By the State of Minnesota

### Prevention of Consumer Fraud Act
### Minn. Stat. § 325F.69, et seq.
### (The Student Loan Debt Relief Companies and Individual Defendants)

304.   In response to paragraph 304, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

305.   Paragraph 305 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

306.   Paragraph 306 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

307.   Paragraph 307 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

308.   Paragraph 308 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

309.   Paragraph 309 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

310.   Paragraph 310 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

311.   Paragraph 311 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### COUNT XIV

**By the State of Minnesota**
**Uniform Deceptive Trade Practices Act**
**Minn. Stat. § 325F.43, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

312.   In response to paragraph 312, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-311.

313.   Paragraph 313 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

314.   Paragraph 314 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

315.   Paragraph 315 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

316.   Paragraph 316 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

317.   Paragraph 317 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

# Count XV

## By the State of North Carolina
## North Carolina Debt Adjusting Act
## N.C. Gen. Stat. § 14-423, et seq.
## (The Student Loan Debt Relief Companies and Individual Defendants)

318.    In response to paragraph 318, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303.

319.    Paragraph 319 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

320.    Paragraph 320 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

321.    Paragraph 321 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

322.    Paragraph 322 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

323.    Paragraph 323 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

324.    Paragraph 324 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

325.    Paragraph 325 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

49689046

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

# Count XVI

**By the State of North Carolina**
**North Carolina Unfair and Deceptive Practices Act**
**N.C. Gen. Stat. § 75-1.1**
**(All Defendants)**

326.   In response to paragraph 326, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303, 318-325.

327.   Paragraph 327 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

328.   Paragraph 328 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

329.   Paragraph 329 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

330.   Paragraph 330 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

331.   Paragraph 331 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

332.   Paragraph 332 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

333.   Paragraph 333 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

334.   Paragraph 334 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## Count XVII

**By the State of North Carolina**
**North Carolina Telephonic Seller Registration Act**
**N.C. Gen. Stat. § 66-260**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

335.   In response to paragraph 335, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303, 318-334.

336.   Paragraph 336 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

337.   Paragraph 337 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

338.   Paragraph 338 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis

339.   Paragraph 339 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

340.   Paragraph 340 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

341.   Paragraph 341 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

342.   Paragraph 342 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## Count XVIII

**By the People of the State of California**
**California Unfair Competition Law**
**Cal. Bus. & Prof. Code § 17200 et seq.**
**(All Defendants and Relief Defendants)**

343.   In response to paragraph 343, Defendant incorporates by reference its responses to the allegations in paragraphs 1-342.

344.   Paragraph 344 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

345.   Paragraph 345 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

346.   Paragraph 346 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

347.   Paragraph 347 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

348.   Paragraph 348 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

349.   Defendant denies each and every allegation against it in paragraph 349 of the FAC.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

350.   Paragraph 350 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

351.   Paragraph 351 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### DEMAND FOR RELIEF

352.   Defendant denies that any plaintiff is entitled to any of the relief requested in the FAC.

### AFFIRMATIVE DEFENSES

Defendant's affirmative defenses set forth herein are based solely on the allegations in the FAC, which does not describe the events and claims therein with sufficient particularity to enable Defendant to determine all of the defenses which may exist to such claims without discovery.  Without these details, Defendant cannot respond further to the FAC.  Therefore, Defendant reserves the right to assert and rely upon additional defenses that become available or apparent during the pendency of this action, and to modify the affirmative defenses set forth herein as additional information is obtained by Defendant.

Defendant asserts the affirmative defenses set forth below, each as separate and distinct affirmative defenses to plaintiffs' alleged claims.  Insofar as any of the following expresses denial of an element of any claim alleged against Defendant, that denial does not indicate that any plaintiff is relieved of its burden to prove each and every element of any such claims or that Defendant assumed any burden of proof.  Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during, for example, pre-trial proceedings in this case, and hereby reserves the right to amend this answer and offer or assert additional defenses that cannot now be articulated because, among

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

other reasons, Defendant has not completed discovery.  Defendant also raises the affirmative defenses below to avoid waiving them.

### First Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part because Plaintiffs have failed to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the applicable statutes of limitations.

### Third Affirmative Defense

Plaintiff CFPB lacks authority to bring this action because its structure is unconstitutional under *Seila Law LLC v. Consumer Financial Protection Bureau*, 591 U.S. __ (2020).

### Fourth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the Due Process Clause because Defendant did not have adequate and fair notice of the conduct prohibited under the statutes pursuant to which Plaintiffs' sue.

### Fifth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by equitable principles, including the doctrines of estoppel, laches, waiver, and unclean hands.

### Sixth Affirmative Defense

The CFPB's claims and relief sought in the FAC are barred in whole or in part because the CFPB is required, pursuant to 12 U.S.C. §§ 5531(a), (c) to declare an act as unfair before bringing suit to address that purportedly unfair act or practice, and it has not done so.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

RELIEF DEFENDANT INFINITE MANAGEMENT CORP.'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

### Seventh Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on mistake, inadvertence, or bona fide error.

### Eighth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek multiple recoveries for the same alleged conduct.

### Ninth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on good faith reliance on information provided to them by third parties that was incorrect, incomplete, or misleading, or other acts or omissions undertaken in good faith with a basis in fact or law, as known to Defendant at the time.

### Tenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability for harms caused by the acts or omissions of third parties for whom Defendant is not responsible, or other intervening acts or omissions.

### Eleventh Affirmative Defense

The U.S. Constitution bars or limits the relief sought by Plaintiffs to the extent that it unfairly subjects Defendant to punishment or to an extreme and excessive remedy without required notice or opportunity to defend itself, the relief requested is an unconstitutional taking, the relief requested is out of proportion to the alleged conduct, the remedy is unrestricted by any reasonable standard, or the relief requested has an unfair economic impact on Defendant.

### Twelfth Affirmative Defense

Plaintiffs are not entitled to injunctive relief because the alleged wrongful conduct is not ongoing.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

### Thirteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they rely on conduct with respect to a consumer as to whom Defendant would have a complete or partial defense if that consumer had brought a civil action for relief in his or her own name to remedy that conduct, or the consumer would not have prevailed in such civil action.

### Fourteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent any plaintiff lacks standing to assert the claims in the FAC or obtain the relief sought in the FAC.

### Fifteenth Affirmative Defense

Plaintiffs' claims and the relief sought under the TSR are barred in whole or in part because Defendant is not a "debt relief service."

### Sixteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant provided bona fide services for value to Defendants.

### Seventeenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent other funds are more readily available for consumer redress, if any such redress is warranted.

### Eighteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent attributing the alleged wrongful conduct of Defendants to Defendant would work an injustice to Defendant.

### Nineteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant acted in good faith at all relevant times.

**<u>Twentieth Affirmative Defense</u>**

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant reasonably relied on the advice of legal and/or tax professionals with respect to the acts and/or omissions alleged in the FAC.

WHEREFORE, Defendant prays for relief as follows:

A.   That judgment be rendered in favor of Defendant with respect to all counts and causes of action set forth in the FAC;

B.   That Plaintiffs' FAC be dismissed in its entirety with prejudice;

C.   That Plaintiffs take nothing by reason of their FAC;

D.   That Defendant be awarded his costs of suit incurred in defense of this action; and

E.   For such other relief in favor of Defendant as the Court deems just and proper.

Dated:  August 7, 2020                    VENABLE LLP

                                          By:   /s/ Witt W. Chang
                                                Allyson B. Baker (admitted p.h.v.)
                                                Gerald S. Sachs (admitted p.h.v.)
                                                Witt W. Chang
                                          Attorneys for Defendants

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900