VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:    (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-cv-01998-MWF(KSx) <br><br> Hon. Michael W. Fitzgerald <br> Courtroom 5A – First Street |
| Plaintiffs, | **DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | Action Filed:      October 21, 2019 <br> FAC Filed:       February 24, 2020 |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1

1  Accounting Inc.; Mice and Men
   LLC; 1st Generation Holdings, LLC;
2  Sarah Kim, and Anan Enterprise,
   Inc.,

3                    Relief Defendants.

4

5        Defendant Kaine Wen ("Defendant") submits the following answer and

6  affirmative defenses to Plaintiffs' First Amended Complaint ("FAC"), and denies

7  all allegations unless expressly admitted below:

8                        **INTRODUCTION**

9        1.    In response to paragraph 1 of the FAC, Defendant admits that the

10 Bureau brings this action under the statutes and regulations identified against the

11 defendants identified, and denies each and every other allegation asserted against

12 him in this paragraph.

13       2.    In response to paragraph 2 of the FAC, Defendant admits that the

14 State of Minnesota brings this action under the statutes and regulations identified

15 against Defendants, and denies each and every other allegation asserted against

16 him in this paragraph.

17       3.    In response to paragraph 3 of the FAC, Defendant admits that the

18 State of North Carolina brings this action under the statutes and regulations

19 identified against Defendants, and denies each and every other allegation asserted

20 against him in this paragraph.

21       4.    In response to paragraph 4 of the FAC, Defendant admits that the

22 People of the State of California (collectively with the States of Minnesota and

23 North Carolina) bring this action under the statutes and regulations identified

24 against Defendants, and denies each and every other allegation asserted against

25 him in this paragraph.

26       5.    Defendant denies each and every allegation asserted against him in

27 paragraph 5 of the FAC.

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

6.    In response to paragraph 6 of the FAC, Defendant admits that the Bureau and the States are plaintiffs in this action, is without sufficient knowledge or information to form a belief as to the Bureau and the States' motivations for bringing this action and denies those allegations on that basis, and denies each and every other allegation asserted against him in this paragraph.

7.    In response to paragraph 7 of the FAC, Defendant admits that the Bureau and the States bring this action against the Relief Defendants identified in the paragraph, and denies each and every other allegation asserted against him in this paragraph.

## OVERVIEW

8.    Defendant denies each and every allegation asserted against him in paragraph 8 of the FAC.

9.    In response to paragraph 9 of the FAC, Defendant admits that he was involved in a student loan document preparation business, and denies each and every other allegation asserted against him in this paragraph.

10.    Paragraph 10 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

11.    Paragraph 11 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

12.    Paragraph 12 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

13.    Paragraph 13 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

14.     Paragraph 14 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

15.     Paragraph 15 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

16.     Paragraph 16 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

17.     In response to paragraph 17 of the FAC, Defendant admits that he was involved in a student loan document preparation business involving multiple companies and fictitious names over time, and denies each and every other allegation asserted against him in this paragraph.

**JURISDICTION AND VENUE**

18.     In response to paragraph 18 of the FAC, Defendant admits that he does not contest this Court's jurisdiction over him, and denies each and every other allegation asserted against him in the paragraph.

19.     In response to paragraph 19 of the FAC, Defendant admits that he does not contest that venue in this District is proper, and denies each and every other allegation asserted against him in the paragraph.

**PARTIES**

20.     In response to paragraph 20 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

21.     In response to paragraph 21 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

22.   In response to paragraph 22 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

23.   In response to paragraph 23 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

24.   In response to paragraph 24 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

25.   Paragraph 25 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

26.   Paragraph 26 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

27.   Paragraph 27 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

28.   Paragraph 28 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

29.   Paragraph 29 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

30.   Paragraph 30 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

31. Paragraph 31 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

32. Paragraph 32 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

33. Paragraph 33 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

34. Paragraph 34 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

35. Paragraph 35 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

36. Paragraph 36 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

37. Paragraph 37 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

38. Paragraph 38 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

39. Paragraph 39 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

49687440

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

40.     Paragraph 40 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

41.     In response to paragraph 41 of the FAC, Defendant admits that he is True Count's owner and founder, that he incorporated True Count and served as its chief executive officer, director, and president, and denies each and every other allegation against him in this paragraph.

42.     In response to paragraph 42 of the FAC, Defendant admits that he is a resident of the State of California and that he performed work for True Count and CAC while residing in this jurisdiction, and denies each and every other allegation against him in this paragraph.

43.     In response to paragraph 43 of the FAC, Defendant admits that he exercised control consistent with his job duties at True Count, and denies each and every other allegation against him in this paragraph.

44.     In response to paragraph 44 of the FAC, Defendant admits that he managed some of True Count's operations and participated in some of the conduct of its affairs, and denies each and every other allegation against him in this paragraph.

45.     In response to paragraph 45 of the FAC, Defendant admits that he participated in and managed some conduct of CAC's affairs, and denies each and every other allegation asserted against him in this paragraph.

46.     Paragraph 46 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

47.     Paragraph 47 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

48.     Paragraph 48 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

49.     Paragraph 49 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

50.     Paragraph 50 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

51.     Paragraph 51 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

52.     Paragraph 52 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

53.     Admit.

54.     Paragraph 54 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

55.     Paragraph 55 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

56.     Paragraph 56 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

57.     Paragraph 57 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

58.     In response to paragraph 58 of the FAC, Defendant admits that Judy Dai is his mother, and denies each and every other allegation against him in this paragraph on the basis that there are no other such allegations.

59.     Paragraph 59 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

60.     Paragraph 60 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

61.     Paragraph 61 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

62.     Paragraph 62 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

63.     Paragraph 63 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## FACTS

### Student Loan Forgiveness and Repayment Programs

64.     Paragraph 64 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

65.     Paragraph 65 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

66.     Paragraph 66 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

67.     Paragraph 67 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## The Student Loan Debt Relief Companies

68.     Paragraph 68 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

69.     Paragraph 69 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

70.     Paragraph 70 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

71.     Paragraph 71 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

72.     In response to paragraph 72 of the FAC, Defendant admits that CAC's processing and customer service functions were outsourced to True Count in or around March 2018, and denies each and every other allegation against him in this paragraph.

73.     Paragraph 73 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

74.     Paragraph 74 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

75.     Paragraph 75 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

76.     In response to paragraph 76 of the FAC, Defendant admits that TAS was established to provide escrow services to hold funds for the benefit of True Count customers, and denies each and every other allegation against him in the paragraph.

**Debt Relief Sales and Business Practices**

77.     Paragraph 77 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

78.     Paragraph 78 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

79.     Paragraph 79 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

80.     Paragraph 80 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

81.     Paragraph 81 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

82.     Paragraph 82 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

83.     Paragraph 83 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## Representations about Fees

84.     Paragraph 84 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

85.     Paragraph 85 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

86.     Paragraph 86 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

87.     Paragraph 87 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

88.     Paragraph 88 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

89.     Paragraph 89 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

90.     Paragraph 90 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

91.     Paragraph 91 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## Representations about Loan Forgiveness

92.     Paragraph 92 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

93.     Paragraph 93 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

94.     Paragraph 94 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

95.     Paragraph 95 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

96.     Paragraph 96 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## Representations about Lower Monthly Payments

97.     Paragraph 97 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

98.     Paragraph 98 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49687440

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

99.     Paragraph 99 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

100.    Paragraph 100 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Preparing and Submitting Forbearance Requests and IDR Plan Applications**

101.    Paragraph 101 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

102.    Paragraph 102 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

103.    Paragraph 103 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

104.    Paragraph 104 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

105.    Paragraph 105 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

106.    Paragraph 106 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

107.    Paragraph 107 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

108.   Paragraph 108 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

109.   Paragraph 109 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

110.   Paragraph 110 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Submitting Consolidation and IDR Requests with False Information**

111.   Paragraph 111 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

112.   Paragraph 112 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

113.   Paragraph 113 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

114.   Paragraph 114 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

115.   Paragraph 115 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

116.   Paragraph 116 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

117.   Paragraph 117 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

118.   Paragraph 118 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Representations about and Collection of Fees from Consumers**

119.   Paragraph 119 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

120.   Paragraph 120 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

121.   Paragraph 121 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

122.   Paragraph 121 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

123.   Paragraph 123 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

124.   Paragraph 124 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

125.   Paragraph 125 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

126.   Paragraph 126 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Roles of the Individual Defendants

127.   Paragraph 127 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

128.   Paragraph 128 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

129.   Paragraph 129 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

130.   Paragraph 130 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

131.   Paragraph 131 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

132.   Paragraph 132 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

133.   Paragraph 133 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

134.   Paragraph 134 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

135.   Paragraph 135 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

136.   In response to paragraph 136 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph because of their lack of specificity and denies each and every one of them on that basis.

137.   In response to paragraph 137 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

138.   In response to paragraph 138 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

139.   In response to paragraph 139 of the FAC, Defendant admits that he participated in the decision that resulted in True Count providing processing services to CAC, and denies each and every other allegation against him in this paragraph.

140.   Admit.

141.   Admit.

142.   Admit.

143.   In response to paragraph 143 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

144.   Admit.

145.   Admit.

146.   Paragraph 146 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

147.   Paragraph 147 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

148.   Paragraph 148 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

149.   Paragraph 149 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

150.   Paragraph 150 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

151.   Paragraph 151 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

152.   Paragraph 152 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

153.   Paragraph 153 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

154.   Paragraph 154 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

155.   Paragraph 155 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

156.   Paragraph 156 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**Roles of the Payment Companies**

157.   In response to paragraph 157 of the FAC, Defendant denies that he used TAS, Horizon, and First Priority to obtain merchant accounts and to collect fees from consumers,  and denies each and every other allegation against him in this paragraph.

158.   In response to paragraph 158, Defendant denies that he transferred payment processing to TAS, admits that in September 2019, True Count began to utilize TAS's services in connection with holding True Count's customer's funds in escrow, and denies each and every other allegation against him in this paragraph.

159.   Paragraph 159 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

160.   Defendant denies each and every allegation asserted against him in paragraph 160 of the FAC.

161.   Defendant denies each and every allegation asserted against him in paragraph 161 of the FAC.

162.   Paragraph 162 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

163.   In response to paragraph 163, Defendant denies that he controlled TAS's email system, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

164.    Paragraph 164 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

165.    In response to paragraph 165 of the FAC, Defendant denies that he used Horizon to process consumer's payments, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

166.    Paragraph 166 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

167.    In response to paragraph 167 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him and denies each and every one of them on that basis.

168.    Paragraph 168 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

169.    In response to paragraph 169 of the FAC, Defendant admits that he provided advice to Horizon, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

170.    Paragraph 170 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

171.    Paragraph 171 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

172.   Paragraph 172 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

173.   In response to paragraph 173, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

174.   In response to paragraph 174, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

175.   Paragraph 175 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

176.   In response to paragraph 176 of the FAC, Defendant denies that he used First Priority to receive consumer's payments, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

177.   In response to paragraph 177 of the FAC, Defendant denies that he used First Priority to obtain and copy documents, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

178.   Paragraph 178 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

179.   In response to paragraph 179 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

49687440

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

180.   Paragraph 180 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**The Student Loan Debt Relief Companies Operated as a Common Enterprise**

181.   Paragraph 181 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

182.   Paragraph 182 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

183.   Paragraph 183 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

184.   Paragraph 184 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

185.   Paragraph 185 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

186.   Paragraph 186 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

187.   Paragraph 187 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

188.   Paragraph 188 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

189.   Paragraph 189 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

190.   Paragraph 190 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Transfer of Assets to Relief Defendants

191.   In response to paragraph 191 of the FAC, Defendant admits that it established and was the sole officer of Hold the Door, and denies each and every other allegation against him in the paragraph.

192.   In response to paragraph 192 of the FAC, Defendant admits that he was the signatory on the bank account for Hold the Door and controlled Hold the Door's accounts and funds, and denies each and every other allegation against him in the paragraph.

193.   Paragraph 193 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

194.   In response to paragraph 194, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

195.   In response to paragraph 195 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

196.   Paragraph 196 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

197.   Paragraph 197 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

198.   Paragraph 198 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

199.   Paragraph 199 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

200.   Paragraph 200 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

201.   Paragraph 201 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

202.   Paragraph 202 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

203.   Paragraph 203 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

204.   Paragraph 204 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

205.   In response to paragraph 205 of the FAC, Defendant admits that he was granted certain limited access to view information in the Mice and Men account at UBS, and denies each and every other allegation against him in the paragraph.

206.   Paragraph 206 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

207.   Admit.

208.   Paragraph 208 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

209.   Paragraph 209 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

210.   Paragraph 210 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## LEGAL BACKGROUND
### The TSR

211.   Paragraph 211 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

212.   Paragraph 212 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

213.   Paragraph 213 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

214.   Paragraph 214 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

215.   Paragraph 215 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

216.   Paragraph 216 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

217.   Paragraph 217 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

218.   Paragraph 218 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

219.   Paragraph 219 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

220.   Defendant denies each and every allegation asserted against him in paragraph 220 of the FAC.

221.   Paragraph 221 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

222.   Paragraph 222 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

**The CFPA**

223.   Paragraph 223 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

224.   Paragraph 224 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

225.   Paragraph 225 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

226.   Paragraph 226 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

227.   Paragraph 227 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

228.   Paragraph 228 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

229.   Paragraph 229 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

230.   Paragraph 230 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

231.   Paragraph 231 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

232.   In response to paragraph 232, Defendant admits that he is True Count's owner and officer, was involved in making some decisions at CAC, was involved in the decision for True Count to begin providing processing services to CAC, entered into some contractual relationships on behalf of True Count with

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

payment processors, and was a signatory on True Count's bank accounts, and denies each and every other allegation against him in this paragraph.

233.   Paragraph 233 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT I

### By the Bureau and the States
### (Advance Fees in Violation of the TSR – Enrollment Fees)
### (The Student Loan Debt Relief Companies and Individual Defendants)

234.   In response to paragraph 234, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

235.   Paragraph 235 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

236.   In response to paragraph 236 of the FAC, Defendant denies that he charged and collected anything from consumers, and is without sufficient knowledge or information to form a belief as to the other allegations against him in this paragraph and denies each and every one of them on that basis.

237.   Paragraph 237 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT II

### By the Bureau and the States
### (Advance Fees in Violation of the TSR – Monthly Fees)
### (The Student Loan Debt Relief Companies and Individual Defendants)

238.   In response to paragraph 238, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

239.   In response to paragraph 239 of the FAC, Defendant denies that he charged and collected anything from consumers, and is without sufficient

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   knowledge or information to form a belief as to the other allegations against him in

2   this paragraph and denies each and every one of them on that basis.

3       240.   Paragraph 240 contains no allegations against Defendant and

4   Defendant denies each and every allegation against him in this paragraph on that

5   basis.

## COUNT III

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

10      241.   In response to paragraph 241, Defendant incorporates by reference his

11  responses to the allegations in paragraphs 1-222.

12      242.   Paragraph 242 contains no allegations against Defendant and

13  Defendant denies each and every allegation against him in this paragraph on that

14  basis.

15      243.   In response to paragraph 243 of the FAC, Defendant denies that he

16  charged and collected anything from consumers, and is without sufficient

17  knowledge or information to form a belief as to the other allegations against him in

18  this paragraph and denies each and every one of them on that basis.

19      244.   In response to paragraph 244 of the FAC, Defendant denies that he

20  charged and collected anything from consumers, and is without sufficient

21  knowledge or information to form a belief as to the other allegations against him in

22  this paragraph and denies each and every one of them on that basis.

23      245.   Defendant denies each and every allegation against him in paragraph

24  245 of the FAC.

## COUNT IV

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(True Count, Prime, and TAS)**

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   246.   In response to paragraph 246, Defendant incorporates by reference his

2   responses to the allegations in paragraphs 1-222.

3   247.   Paragraph 247 contains no allegations against Defendant and

4   Defendant denies each and every allegation against him in this paragraph on that

5   basis.

6   248.   Paragraph 248 contains no allegations against Defendant and

7   Defendant denies each and every allegation against him in this paragraph on that

8   basis.

9   249.   Paragraph 249 contains no allegations against Defendant and

10   Defendant denies each and every allegation against him in this paragraph on that

11   basis.

12   250.   Defendant denies each and every allegation asserted against him in

13   paragraph 250 of the FAC.

**COUNT V**

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Individual Defendants)**

17   251.   In response to paragraph 251, Defendant incorporates by reference his

18   responses to the allegations in paragraphs 1-222.

19   252.   Paragraph 252 contains no allegations against Defendant and

20   Defendant denies each and every allegation against him in this paragraph on that

21   basis.

22   253.   Paragraph 253 contains no allegations against Defendant and

23   Defendant denies each and every allegation against him in this paragraph on that

24   basis.

25   254.   Paragraph 254 contains no allegations against Defendant and

26   Defendant denies each and every allegation against him in this paragraph on that

27   basis.

28

255.   Paragraph 255 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

256.   Paragraph 256 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

257.   Paragraph 257 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

258.   In response to paragraph 258 of the FAC, Defendant admits that he entered into payment processing agreements as a representative of True Count and a signatory on True Count's behalf, and denies each and every other allegation against him in this paragraph, including on the basis that he is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph.

259.   In response to paragraph 259, Defendant admits that he was a representative of CAC and True Count for merchant accounts, he was a signatory on bank accounts from which refunds and chargebacks to consumers were paid, he had a general idea of chargeback and refund rates and the general nature of the consumers' stated reasons therefor, which may have included the term "fraud" to mean fraud prevention as it relates to stolen credit cards or unauthorized foreign transactions, and denies each and every other allegation against him in this paragraph.

260.   In response to paragraph 260 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

261.   In response to paragraph 261 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

262.   Paragraph 262 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

263.   Paragraph 263 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

264.   Paragraph 264 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

265.   Defendant denies each and every allegation against him in paragraph 265 of the FAC.

## COUNT VI

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Payment Companies)**

266.   In response to paragraph 266, Defendant incorporates by reference his responses to the allegations in paragraphs 1-222.

267.   Paragraph 267 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

268.   Paragraph 268 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

269.   Paragraph 269 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

270.   Paragraph 270 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT VII

### By the Bureau
### (CFPA – Deception)
### (The Student Loan Debt Relief Companies and Individual Defendants)

271.   In response to paragraph 271, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

272.   In response to paragraph 272 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

273.   Paragraph 273 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

274.   Paragraph 274 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

275.   Paragraph 275 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

276.   In response to paragraph 276 of the FAC, Defendant admits that he managed payment processor relationships on behalf of True Count, was a signatory on True Count's bank accounts, was generally aware of True Count's low chargeback rate, had authority commensurate with his job duties at True Count, and denies each and every other allegation against him in this paragraph.

277.   Paragraph 277 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

278.   Defendant denies each and every allegation asserted against him in paragraph 278 of the FAC.

## COUNT VIII

**By the Bureau**
**(CFPA – Deception)**
**(True Count, Prime, and TAS)**

279.   In response to paragraph 279, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

280.   Paragraph 280 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

281.   Paragraph 281 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

282.   Paragraph 282 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT IX

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Individual Defendants)**

283.   In response to paragraph 283, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

284.   Paragraph 284 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

285.   Paragraph 285 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

286.   In response to paragraph 286 of the FAC, Defendant admits that he was True Count's owner and president and was generally aware of True Count's low chargeback rate and consumers' stated reasons therefor, and denies each and every other allegation against him in this paragraph.

287.   Paragraph 287 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

288.   Defendant denies each and every allegation asserted against him in paragraph 288 of the FAC.

## COUNT X

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Payment Companies)**

289.   In response to paragraph 289, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

290.   Paragraph 290 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

291.   Paragraph 291 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

292.   Paragraph 292 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

## COUNT XI

**By the Bureau**
**CFPA Violation Based on Violation of TSR**
**(All Defendants)**

293.   In response to paragraph 293, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

294.   In response to paragraph 294 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

295.   Paragraph 295 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

296.   Paragraph 296 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

297.   Defendant denies each and every allegation against him in paragraph 297 of the FAC.

298.   Defendant denies each and every allegation asserted against him in paragraph 298 of the FAC.

## COUNT XII

### By the Bureau and the States
### (Relief Defendants)

299.   In response to paragraph 299, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

300.   Defendant denies each and every allegation against him in paragraph 300 of the FAC.

301.   Defendant denies each and every allegation against him in paragraph 301 of the FAC.

302.   Defendant denies each and every allegation against him in paragraph 302 of the FAC.

303.   Paragraph 303 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## COUNT XIII

### By the State of Minnesota

### Prevention of Consumer Fraud Act
### Minn. Stat. § 325F.69, et seq.
### (The Student Loan Debt Relief Companies and Individual Defendants)

304.   In response to paragraph 304, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

305.   Paragraph 305 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

306.   Paragraph 306 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

307.   Paragraph 307 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

308.   Admit.

309.   In response to paragraph 309 of the FAC, Defendant denies that he interacted with consumers and on this basis denies each and every allegation against him in this paragraph.

310.   In response to paragraph 310 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

311.   Defendant denies each and every allegation asserted against him in paragraph 311 of the FAC.

## COUNT XIV

### By the State of Minnesota
### Uniform Deceptive Trade Practices Act
### Minn. Stat. § 325F.43, et seq.
### (The Student Loan Debt Relief Companies and Individual Defendants)

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

312.   In response to paragraph 312, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-311.

313.   Paragraph 313 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

314.   In response to paragraph 314 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

315.   In response to paragraph 315 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

316.   In response to paragraph 316 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

317.   Defendant denies each and every allegation asserted against him in paragraph 317 of the FAC.

### Count XV

**By the State of North Carolina**
**North Carolina Debt Adjusting Act**
**N.C. Gen. Stat. § 14-423, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

318.   In response to paragraph 318, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

319.   Paragraph 319 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

320.   Paragraph 320 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

321.   Defendant denies each and every allegation asserted against him in paragraph 321 of the FAC.

322.   Paragraph 322 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

323.   Defendant denies each and every allegation made against him in paragraph 323 of the FAC.

324.   Defendant denies each and every allegation made against him in paragraph 324 of the FAC.

325.   In response to paragraph 325 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

## Count XVI

### By the State of North Carolina
### North Carolina Unfair and Deceptive Practices Act
### N.C. Gen. Stat. § 75-1.1
### (All Defendants)

326.   In response to paragraph 326, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303, 318-325.

327.   Defendant denies each and every allegation asserted against him in paragraph 327 of the FAC.

328.   Paragraph 328 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

329.   Paragraph 329 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

330.   Paragraph 330 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

331.   Paragraph 331 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

332.   Paragraph 332 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

333.   Paragraph 333 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

334.   In response to paragraph 334 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

**Count XVII**

**By the State of North Carolina**
**North Carolina Telephonic Seller Registration Act**
**N.C. Gen. Stat. § 66-260**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

335.   In response to paragraph 335, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303, 318-334.

336.   Paragraph 336 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

337.   Paragraph 337 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

49687440

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

338.    Paragraph 338 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

339.    Paragraph 339 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

340.    Paragraph 340 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

341.    Paragraph 341 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

342.    Paragraph 342 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

### Count XVIII

**By the People of the State of California**
**California Unfair Competition Law**
**Cal. Bus. & Prof. Code § 17200 et seq.**
**(All Defendants and Relief Defendants)**

343.    In response to paragraph 343, Defendant incorporates by reference his responses to the allegations in paragraphs 1-342.

344.    Paragraph 344 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

345.    Paragraph 345 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

346.   Paragraph 346 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

347.   Paragraph 347 contains no allegations against Defendant and Defendant denies each and every allegation against him in this paragraph on that basis.

348.   In response to paragraph 348 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

349.   Defendant denies each and every allegation asserted against him in paragraph 349 of the FAC.

350.   Defendant denies each and every allegation against him in paragraph 350 of the FAC.

351.   Defendant denies each and every allegation asserted against him in paragraph 351 of the FAC.

## DEMAND FOR RELIEF

352.   Defendant denies that any plaintiff is entitled to any of the relief requested in the FAC.

## AFFIRMATIVE DEFENSES

Defendant's affirmative defenses set forth herein are based solely on the allegations in the FAC, which does not describe the events and claims therein with sufficient particularity to enable Defendant to determine all of the defenses which may exist to such claims without discovery.  Without these details, Defendant cannot respond further to the FAC.  Therefore, Defendant reserves the right to assert and rely upon additional defenses that become available or apparent during the pendency of this action, and to modify the affirmative defenses set forth herein as additional information is obtained by Defendant.

49687440

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    Defendant asserts the affirmative defenses set forth below, each as separate

2  and distinct affirmative defenses to plaintiffs' alleged claims.  Insofar as any of the

3  following expresses denial of an element of any claim alleged against Defendant,

4  that denial does not indicate that any plaintiff is relieved of its burden to prove

5  each and every element of any such claims or that Defendant assumed any burden

6  of proof.  Defendant hereby gives notice that it intends to rely upon such other and

7  further defenses as may become available or apparent during, for example, pre-trial

8  proceedings in this case, and hereby reserves the right to amend this answer and

9  offer or assert additional defenses that cannot now be articulated because, among

10  other reasons, Defendant has not completed discovery.  Defendant also raises the

11  affirmative defenses below to avoid waiving them.

### First Affirmative Defense

13    Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

14  part because Plaintiffs have failed to state a claim upon which relief may be

15  granted.

### Second Affirmative Defense

17    Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

18  part by the applicable statutes of limitations.

### Third Affirmative Defense

20    Plaintiff CFPB lacks authority to bring this action because its structure is

21  unconstitutional under *Seila Law LLC v. Consumer Financial Protection Bureau*,

22  591 U.S. __ (2020).

### Fourth Affirmative Defense

24    Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

25  part by the Due Process Clause because Defendant did not have adequate and fair

26  notice of the conduct prohibited under the statutes pursuant to which Plaintiffs'

27  sue.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## Fifth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by equitable principles, including the doctrines of estoppel, laches, waiver, and unclean hands.

## Sixth Affirmative Defense

The CFPB's claims and relief sought in the FAC are barred in whole or in part because the CFPB is required, pursuant to 12 U.S.C. §§ 5531(a), (c) to declare an act as unfair before bringing suit to address that purportedly unfair act or practice, and it has not done so.

## Seventh Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on mistake, inadvertence, or bona fide error.

## Eighth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek multiple recoveries for the same alleged conduct.

## Ninth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on good faith reliance on information provided to them by third parties that was incorrect, incomplete, or misleading, or other acts or omissions undertaken in good faith with a basis in fact or law, as known to Defendant at the time.

## Tenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability for harms caused by the acts or omissions of third parties for whom Defendant is not responsible, or other intervening acts or omissions.

### Eleventh Affirmative Defense

The U.S. Constitution bars or limits the relief sought by Plaintiffs to the extent that it unfairly subjects Defendant to punishment or to an extreme and excessive remedy without required notice or opportunity to defend itself, the relief requested is an unconstitutional taking, the relief requested is out of proportion to the alleged conduct, the remedy is unrestricted by any reasonable standard, or the relief requested has an unfair economic impact on Defendant.

### Twelfth Affirmative Defense

Plaintiffs are not entitled to injunctive relief because the alleged wrongful conduct is not ongoing.

### Thirteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they rely on conduct with respect to a consumer as to whom Defendant would have a complete or partial defense if that consumer had brought a civil action for relief in his or her own name to remedy that conduct, or the consumer would not have prevailed in such civil action.

### Fourteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent any plaintiff lacks standing to assert the claims in the FAC or obtain the relief sought in the FAC.

### Fifteenth Affirmative Defense

Plaintiffs' claims and the relief sought under the TSR are barred in whole or in part because Defendant is not a "debt relief service."

### Sixteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant provided bona fide services for value to Defendants.

### Seventeenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

DEFENDANT KAINE WEN'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

part to the extent other funds are more readily available for consumer redress, if any such redress is warranted.

## Eighteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent attributing the alleged wrongful conduct of Defendants to Defendant would work an injustice to Defendant.

## Nineteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant acted in good faith at all relevant times.

## Twentieth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent Defendant reasonably relied on the advice of legal and/or tax professionals with respect to the acts and/or omissions alleged in the FAC.

WHEREFORE, Defendant prays for relief as follows:

A.   That judgment be rendered in favor of Defendant with respect to all counts and causes of action set forth in the FAC;

B.   That plaintiffs' FAC be dismissed in its entirety with prejudice;

C.   That plaintiffs take nothing by reason of their FAC;

D.   That Defendant be awarded his costs of suit incurred in defense of this action; and

E.   For such other relief in favor of Defendant as the Court deems just and proper.

Dated:  August 7, 2020                         VENABLE LLP

By:   /s/ Witt W. Chang
      Allyson B. Baker (admitted p.h.v.)
      Gerald S. Sachs (admitted p.h.v.)
      Witt W. Chang
      Attorneys for Defendants

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900