1   VENABLE LLP
    Allyson B. Baker (*Admitted Pro Hac Vice*)
2      abbaker@venable.com
    Gerald S. Sachs (*Admitted Pro Hac Vice*)
3      gssachs@venable.com
    600 Massachusetts Ave., NW
4   Washington, D.C. 20001
    Telephone:   (202) 344-4000
5   Facsimile:   (202) 344-8300

6   Witt W. Chang (SBN 281721)
       wwchang@venable.com
7   2049 Century Park East, Suite 2300
    Los Angeles, CA  90067
8   Telephone:   (310) 229-9900
    Facsimile:   (310) 229-9901

9
    Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13  Bureau of Consumer Financial              CASE NO. 8:19-cv-01998-MWF(KSx)
    Protection; State of Minnesota, by its
14  Attorney General, Keith Ellison; State of  Hon. Michael W. Fitzgerald
    North Carolina, *ex rel*. Joshua H. Stein,  Courtroom 5A – First Street
15  Attorney General; and The People of The
    State of California, Michael N. Feuer,    **DEFENDANT TRUE COUNT**
16  Los Angeles City Attorney,                **STAFFING, INC.'S ANSWER TO**
                                              **FIRST AMENDED COMPLAINT**
17                Plaintiffs,

18           v.                               Action Filed:    October 21, 2019
                                              FAC Filed:       February 24, 2020
19  Consumer Advocacy Center Inc., d/b/a
    Premier Student Loan Center; True
20  Count Staffing Inc., d/b/a SL Account
    Management; Prime Consulting LLC,
21  d/b/a Financial Preparation Services;
    TAS 2019 LLC d/b/a Trusted Account
22  Services; Horizon Consultants LLC;
    First Priority LLC d/b/a Priority
23  Account Management; Albert Kim,
    a/k/a Albert King; Kaine Wen, a/k/a
24  Wenting Kaine Dai, Wen Ting Dai, and
    Kaine Wen Dai; and Tuong Nguyen,
25  a/k/a Tom Nelson,

26                Defendants, and

27  Infinite Management Corp., f/k/a
    Infinite Management Solutions Inc.;
28  Hold The Door, Corp.; TN

1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

Accounting Inc.; Mice and Men
LLC; 1st Generation Holdings, LLC;
Sarah Kim, and Anan Enterprise,
Inc.,

Relief Defendants.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

Defendant True Count Staffing, Inc. ("Defendant") submits the following answer and affirmative defenses to Plaintiffs' First Amended Complaint ("FAC"), and denies all allegations unless expressly admitted below:

## INTRODUCTION

1.     In response to paragraph 1 of the FAC, Defendant admits that the Bureau brings this action under the statutes and regulations identified against the defendants identified, and denies each and every other allegation asserted against it in this paragraph.

2.     In response to paragraph 2 of the FAC, Defendant admits that the State of Minnesota brings this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against it in this paragraph.

3.     In response to paragraph 3 of the FAC, Defendant admits that the State of North Carolina brings this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against it in this paragraph.

4.     In response to paragraph 4 of the FAC, Defendant admits that the People of the State of California (collectively with the States of Minnesota and North Carolina) bring this action under the statutes and regulations identified against Defendants, and denies each and every other allegation asserted against it in this paragraph.

5.     Defendant denies each and every allegation asserted against it in paragraph 5 of the FAC.

6.      In response to paragraph 6 of the FAC, Defendant admits that the Bureau and the States are plaintiffs in this action, is without sufficient knowledge or information to form a belief as to the Bureau and the States' motivations for bringing this action and denies those allegations on that basis, and denies each and every other allegation asserted against it in this paragraph.

7.      In response to paragraph 7 of the FAC, Defendant admits that the Bureau and the States bring this action against the Relief Defendants identified in the paragraph, and denies each and every other allegation asserted against it in this paragraph.

## OVERVIEW

8.      Defendant denies each and every allegation asserted against it in paragraph 8 of the FAC.

9.      In response to paragraph 9 of the FAC, Defendant admits that it is a student loan document preparation business, and denies each and every other allegation asserted against it in this paragraph.

10.     Defendant denies each and every allegation in paragraph 10 of the FAC.

11.     Defendant denies each and every allegation in paragraph 11 of the FAC.

12.     Defendant denies each and every allegation in paragraph 12 of the FAC.

13.     Defendant denies each and every allegation in paragraph 13 of the FAC.

14.     Defendant denies each and every allegation in paragraph 14 of the FAC.

15.     Defendant denies each and every allegation against it in paragraph 15 of the FAC.

16.     Admit.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

17.    Defendant denies each and every allegation against it in paragraph 17 of the FAC.

## JURISDICTION AND VENUE

18.    In response to paragraph 18 of the FAC, Defendant admits that he does not contest this Court's jurisdiction over it, and denies each and every other allegation asserted against it in the paragraph.

19.    In response to paragraph 19 of the FAC, Defendant admits that it does not contest that venue in this District is proper, and denies each and every other allegation asserted against it in the paragraph.

## PARTIES

20.    In response to paragraph 20 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

21.    In response to paragraph 21 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

22.    In response to paragraph 22 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

23.    In response to paragraph 23 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

24.    In response to paragraph 24 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

25.    Paragraph 25 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

26.     Paragraph 26 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

27.     Paragraph 27 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

28.     Paragraph 28 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

29.     Admit.

30.     Admit.

31.     Paragraph 31 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

32.     Paragraph 32 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

33.     Paragraph 33 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

34.     Paragraph 34 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

35.     Paragraph 35 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

36.     Paragraph 36 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

37.     Paragraph 37 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

38.     Paragraph 38 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

39.     Paragraph 39 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

40.     Paragraph 40 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

41.     In response to paragraph 41 of the FAC, Defendant admits that Wen is True Count's owner and founder, that he incorporated True Count and served as its chief executive officer, director, and president, and denies each and every other allegation against him in this paragraph.

42.     In response to paragraph 42 of the FAC, Defendant admits Wen performed some work for True Count while residing in this jurisdiction, and denies each and every other allegation against him in this paragraph.

43.     In response to paragraph 43 of the FAC, Defendant admits that Wen exercised control consistent with his job duties at True Count, and denies each and every other allegation against him in this paragraph.

44.     In response to paragraph 44 of the FAC, Defendant admits that Wen participating in managing some of True Count's operations and participated in

1  some of the conduct of its affairs, and denies each and every other allegation

2  against him in this paragraph.

3      45.     In response to paragraph 45 of the FAC, Defendant admits that Wen

4  participated in managing some conduct of CAC's affairs, and denies each and

5  every other allegation asserted against it in this paragraph.

6      46.     In response to paragraph 46 of the FAC, Defendant admits that

7  Nguyen was True Count's secretary, and denies each and every other allegation

8  against it in this paragraph.

9      47.     In response to paragraph 47 of the FAC, Defendant admits that

10 Nguyen performed some work for True Count, and denies each and every other

11 allegation against it in this paragraph.

12     48.     Paragraph 48 contains no allegations against Defendant and

13 Defendant denies each and every allegation against it in this paragraph on that

14 basis.

15     49.     In response to paragraph 49 of the FAC, Defendant admits that

16 Nguyen participated in the conduct of True Count's affairs, and denies each and

17 every other allegation against it in this paragraph.

18     50.     Paragraph 50 contains no allegations against Defendant and

19 Defendant denies each and every allegation against it in this paragraph on that

20 basis.

21     51.     Paragraph 51 contains no allegations against Defendant and

22 Defendant denies each and every allegation against it in this paragraph on that

23 basis.

24     52.     Paragraph 52 contains no allegations against Defendant and

25 Defendant denies each and every allegation against it in this paragraph on that

26 basis.

27

28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

53.     Paragraph 53 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

54.     Paragraph 54 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

55.     Paragraph 55 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

56.     Paragraph 56 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

57.     Paragraph 57 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

58.     Paragraph 58 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

59.     Paragraph 59 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

60.     Paragraph 60 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

61.     Paragraph 61 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

62.     Paragraph 62 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

63.     Paragraph 63 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

# FACTS

## Student Loan Forgiveness and Repayment Programs

64.     Paragraph 64 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

65.     Paragraph 65 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

66.     Paragraph 66 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

67.     Paragraph 67 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## The Student Loan Debt Relief Companies

68.     Paragraph 68 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

69.     Paragraph 69 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

70.     Paragraph 70 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

71.     Paragraph 71 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

72.     In response to paragraph 72 of the FAC, Defendant admits that in or around March 2018, it began to provide processing and customer service functions to CAC, and denies each and every other allegation against it in this paragraph.

73.     Paragraph 73 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

74.     In response to paragraph 74 of the FAC, Defendant admits that it assisted consumers with preparing the paperwork for their loan consolidation and IDR plan applications and collected payment information from consumers, including from consumers who had previously dealt with CAC, and denies each and every other allegation against it in this paragraph.

75.     In response to paragraph 75 of the FAC, Defendant admits that it provided processing and customer service functions to Prime, and denies each and every other allegation against it in this paragraph.

76.     In response to paragraph 76 of the FAC, Defendant admits that TAS was established to provide escrow services to hold funds for the benefit of True Count customers, and denies each and every other allegation against it in the paragraph.

**Debt Relief Sales and Business Practices**

77.     Defendant denies each and every allegation against it in paragraph 77 of the FAC.

**V E N A B L E  L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

78.     Paragraph 78 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

79.     Paragraph 79 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

80.     Paragraph 80 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

81.     Paragraph 81 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

82.     Paragraph 82 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

83.     Paragraph 83 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Representations about Fees**

84.     Paragraph 84 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

85.     Paragraph 85 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

86.     Paragraph 86 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

87.     Paragraph 87 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

88.     Paragraph 88 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

89.     Paragraph 89 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

90.     Paragraph 90 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

91.     Paragraph 91 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Representations about Loan Forgiveness**

92.     Paragraph 92 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

93.     Paragraph 93 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

94.     Paragraph 94 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

95.     Paragraph 95 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

96. Paragraph 96 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### Representations about Lower Monthly Payments

97. Paragraph 97 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

98. Paragraph 98 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

99. Paragraph 99 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

100. Paragraph 100 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

### Preparing and Submitting Forbearance Requests and IDR Plan Applications

101. Admit.

102. In response to paragraph 102 of the FAC, Defendant admits that processors typically conducted a welcome call during which Defendant required processors to ask for proof of income, verify information, and provide disclosures, and denies each and every other allegation against it in this paragraph.

103. In response to paragraph 103 of the FAC, Defendant admits that processors often assisted customers with preparing forbearance requests to student loan servicers, and denies each and every other allegation against it in this paragraph.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1    104.   In response to paragraph 104 of the FAC, Defendant is without

2    sufficient knowledge or information to form a belief as to the allegations against it

3    in this paragraph and denies each and every one of them on that basis

4    105.   Paragraph 105 contains no allegations against Defendant and

5    Defendant denies each and every allegation against it in this paragraph on that

6    basis.

7    106.   Defendant denies each and every allegation against it in paragraph

8    106 of the FAC.

9    107.   Defendant denies each and every allegation against it in paragraph

10   107 of the FAC.

11   108.   Defendant denies each and every allegation against it in paragraph

12   108 of the FAC.

13   109.   In response to paragraph 109 of the FAC, Defendant is without

14   sufficient knowledge or information to form a belief as to the allegations against it

15   in this paragraph and denies each and every one of them on that basis.

16   110.   Defendant denies each and every allegation against it in paragraph

17   110 of the FAC.

18   **Submitting Consolidation and IDR Requests with False Information**

19   111.   In response to paragraph 111 of the FAC, Defendant admits that it had

20   controls in place to reasonably ensure that processors did not prepare documents

21   containing false information or information not provided by the consumer, and

22   denies each and every other allegation against it in this paragraph.

23   112.   In response to paragraph 112 of the FAC, Defendant admits that it had

24   controls in place to reasonably ensure that processors did not prepare documents

25   containing false information or information not provided by the consumer, and

26   denies each and every other allegation against it in this paragraph.

27   113.   In response to paragraph 113 of the FAC, Defendant admits that it had

28   controls in place to reasonably ensure that processors did not prepare documents

1  containing false information or information not provided by the consumer, and

2  denies each and every other allegation against it in this paragraph.

3      114.  In response to paragraph 114 of the FAC, Defendant admits that it had

4  controls in place to reasonably ensure that processors did not prepare documents

5  containing false information or information not provided by the consumer, and

6  denies each and every other allegation against it in this paragraph.

7      115.  In response to paragraph 115 of the FAC, Defendant admits that it

8  temporarily diverted all email correspondence to the Student Loan Debt Relief

9  Company to more timely respond to inquiries from the consumer's student-loan

10  servicer, and denies each and every other allegation against it in this paragraph.

11      116.  In response to paragraph 116 of the FAC, Defendant admits that it

12  temporarily diverted all mail correspondence to the Student Loan Debt Relief

13  Company to more timely respond to inquiries from the consumer's student-loan

14  servicer, and denies each and every other allegation against it in this paragraph.

15      117.  In response to paragraph 117 of the FAC, Defendant is without

16  sufficient knowledge or information to form a belief as to the allegations against it

17  in this paragraph and denies each and every one of them on that basis.

18      118.  Defendant denies each and every allegation against it in paragraph

19  118 of the FAC.

20      **Representations about and Collection of Fees from Consumers**

21      119.  In response to paragraph 119 of the FAC, Defendant is without

22  sufficient knowledge or information to form a belief as to the allegations against it

23  in this paragraph and denies each and every one of them on that basis.

24      120.  Admit.

25      121.  Defendant denies each and every allegation against it in paragraph

26  121 of the FAC.

27      122.  Admit.

28      123.  Admit.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49688677

15

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

124.  Defendant denies each and every allegation against it in paragraph 124 of the FAC.

125.  In response to paragraph 125 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

126.  Defendant denies each and every allegation against it in paragraph 126 of the FAC.

**Roles of the Individual Defendants**

127.  Paragraph 127 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

128.  In response to paragraph 128 of the FAC, True Count admits that Kim sometimes helped manage True Count's operations, and denies each and every other allegation against it in this paragraph.

129.  Paragraph 129 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

130.  Paragraph 130 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

131.  Paragraph 131 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

132.  In response to Paragraph 132 of the FAC, Defendant admits that Kim was an authorized user for True Count's bank account, and denies each and every other allegation against it in this paragraph.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

133.   Paragraph 133 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

134.   Paragraph 134 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

135.   Paragraph 135 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

136.   Paragraph 136 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

137.   Paragraph 137 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

138.   Paragraph 138 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

139.   In response to paragraph 139 of the FAC, Defendant admits that Wen participated in the decision that resulted in True Count providing processing services to CAC, and denies each and every other allegation against it in this paragraph.

140.   Admit.

141.   Admit.

142.   Admit.

143.   In response to paragraph 143 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

144.    In response to paragraph 144 of the FAC, Defendant admits that Wen has been an authorized user on its bank account, and denies each and every other allegation against it in this paragraph.

145.    In response to paragraph 145 of the FAC, Defendant admits that Wen was a point of contact or signed for at least one merchant account for True Count, and denies each and every other allegation against it in this paragraph.

146.    Paragraph 146 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

147.    Paragraph 147 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

148.    Paragraph 148 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

149.    Admit.

150.    In response to paragraph 150 of the FAC, Defendant admits that Nguyen was a point of contact for one of True Count's merchant accounts, and denies each and every other allegation against it in this paragraph.

151.    Paragraph 151 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

152.    Paragraph 152 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

153.    Paragraph 153 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    154.   Paragraph 154 contains no allegations against Defendant and
2  Defendant denies each and every allegation against it in this paragraph on that
3  basis.

4    155.   In response to paragraph 155 of the FAC, Defendant is without
5  sufficient knowledge or information to form a belief as to the allegations against it
6  in this paragraph and denies each and every one of them on that basis.

7    156.   In response to paragraph 156 of the FAC, Defendant admits that
8  Nguyen was an authorized user on a bank account held by True Count, and denies
9  each and every other allegation against it in this paragraph on that basis.

10                    **Roles of the Payment Companies**

11    157.   In response to paragraph 157 of the FAC, Defendant admits that it
12  used Horizon to obtain merchant accounts and to collect fees from consumers, and
13  denies each and every other allegation against it in this paragraph.

14    158.   In response to paragraph 158, Defendant admits that in September
15  2019, True Count began to utilize TAS's services in connection with holding True
16  Count's customer's funds in escrow, and denies each and every other allegation
17  against it in this paragraph.

18    159.   Paragraph 159 contains no allegations against Defendant and
19  Defendant denies each and every allegation against it in this paragraph on that
20  basis.

21    160.   Defendant denies each and every allegation asserted against it in
22  paragraph 160 of the FAC.

23    161.   Defendant denies each and every allegation asserted against it in
24  paragraph 161 of the FAC.

25    162.   Paragraph 162 contains no allegations against Defendant and
26  Defendant denies each and every allegation against it in this paragraph on that
27  basis.

28

163.   In response to paragraph 163 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

164.   Paragraph 164 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

165.   In response to paragraph 165, Defendant admits that it utilized various merchant accounts to process payments and hold consumer funds in escrow, and denies each and every other allegation against it in this paragraph.

166.   In response to paragraph 166 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

167.   In response to paragraph 167 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

168.   Paragraph 168 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

169.   Paragraph 169 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

170.   Admit.

171.   Paragraph 171 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

172.   In response to paragraph 172 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

49688677

20

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

173.   Paragraph 173 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

174.   Paragraph 174 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

175.   In response to paragraph 175 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

176.   In response to paragraph 176 of the FAC, Defendant admits that it received consumer payments, and is without sufficient knowledge or information to form a belief as to the other allegations in this paragraph and denies each and every one of them on that basis.

177.   Defendant denies each and every allegation asserted against it in paragraph 177 of the FAC.

178.   Paragraph 178 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

179.   Paragraph 179 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

180.   In response to paragraph 180 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

**The Student Loan Debt Relief Companies Operated as a Common Enterprise**

181.   In response to paragraph 181 of the FAC, Defendant admits that it used the same database to store consumers' information and track certain information as CAC and Prime, and is without sufficient knowledge or information

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

to form a belief as to the other allegations against the other Defendants, and on that basis denies each and every other allegation in this paragraph.

182.  Defendant denies each and every allegation asserted against it in paragraph 182 of the FAC.

183.  Defendant denies each and every allegation asserted against it in paragraph 183 of the FAC.

184.  Admit.

185.  In response to paragraph 185 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

186.  In response to paragraph 186 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

187.  In response to paragraph 187 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

188.  In response to paragraph 188 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

189.  Defendant denies each and every allegation against it in paragraph 189 of the FAC.

190.  Paragraph 190 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Transfer of Assets to Relief Defendants**

191.  Paragraph 191 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    192.    Paragraph 192 contains no allegations against Defendant and

2  Defendant denies each and every allegation against it in this paragraph on that

3  basis.

4    193.    In response to paragraph 193 of the FAC, Defendant is without

5  sufficient knowledge or information to form a belief as to the allegations against it

6  in this paragraph and denies each and every one of them on that basis.

7    194.    Paragraph 194 contains no allegations against Defendant and

8  Defendant denies each and every allegation against it in this paragraph on that

9  basis.

10    195.    Paragraph 195 contains no allegations against Defendant and

11  Defendant denies each and every allegation against it in this paragraph on that

12  basis.

13    196.    Paragraph 196 contains no allegations against Defendant and

14  Defendant denies each and every allegation against it in this paragraph on that

15  basis.

16    197.    Paragraph 197 contains no allegations against Defendant and

17  Defendant denies each and every allegation against it in this paragraph on that

18  basis.

19    198.    Paragraph 198 contains no allegations against Defendant and

20  Defendant denies each and every allegation against it in this paragraph on that

21  basis.

22    199.    Paragraph 199 contains no allegations against Defendant and

23  Defendant denies each and every allegation against it in this paragraph on that

24  basis.

25    200.    Paragraph 200 contains no allegations against Defendant and

26  Defendant denies each and every allegation against it in this paragraph on that

27  basis.

28

201.   Paragraph 201 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

202.   Paragraph 202 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

203.   Paragraph 203 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

204.   Paragraph 204 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

205.   Paragraph 205 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

206.   Admit.

207.   Admit.

208.   Paragraph 208 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

209.   Admit.

210.   Paragraph 210 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

## LEGAL BACKGROUND

## The TSR

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

211.   Paragraph 211 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

212.   Paragraph 212 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

213.   Paragraph 213 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

214.   Paragraph 214 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

215.   In response to paragraph 215 of the FAC, Defendant admits that it offered processing and customer service functions to CAC and Prime, and denies each and every other allegation against it in this paragraph.

216.   In response to paragraph 216 of the FAC, Defendant admits that it offered and provided processing and customer service functions to CAC and Prime using the telephones, and denies each and every other allegation against it in this paragraph.

217.   In response to paragraph 217 of the FAC, Defendant admits that it offered and provided processing and customer service functions to CAC and Prime in exchange for payment, and denies each and every other allegation against it in this paragraph.

218.   Defendant denies each and every allegation against it in paragraph 218 of the FAC.

219.   Paragraph 219 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1    220.   Defendant denies each and every allegation asserted against it in

2    paragraph 220 of the FAC.

3    221.   Defendant denies each and every allegation asserted against it in

4    paragraph 221 of the FAC.

5    222.   Paragraph 222 contains no allegations against Defendant and

6    Defendant denies each and every allegation against it in this paragraph on that

7    basis.

8                                    **The CFPA**

9    223.   Paragraph 223 contains no allegations against Defendant and

10   Defendant denies each and every allegation against it in this paragraph on that

11   basis.

12   224.   Defendant denies each and every allegation against it in paragraph

13   224 of the FAC.

14   225.   Paragraph 225 contains no allegations against Defendant and

15   Defendant denies each and every allegation against it in this paragraph on that

16   basis.

17   226.   Paragraph 226 contains no allegations against Defendant and

18   Defendant denies each and every allegation against it in this paragraph on that

19   basis.

20   227.   Paragraph 227 contains no allegations against Defendant and

21   Defendant denies each and every allegation against it in this paragraph on that

22   basis.

23   228.   Paragraph 228 contains no allegations against Defendant and

24   Defendant denies each and every allegation against it in this paragraph on that

25   basis.

26   229.   Paragraph 229 contains no allegations against Defendant and

27   Defendant denies each and every allegation against it in this paragraph on that

28   basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

230.   Paragraph 230 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

231.   Paragraph 231 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

232.   In response to paragraph 232, Defendant admits that Wen is True Count's owner and officer, was involved in the decision for True Count to begin providing processing services to CAC, entered into contractual relationships on behalf of True Count with payment processors, and was a signatory on True Count's bank accounts, and denies each and every other allegation against it in this paragraph.

233.   In response to paragraph 233 of the FAC, Defendant admits that Nguyen was a point of contact for at least one of True Count's merchant accounts, and denies each and every other allegation against it in this paragraph.

## COUNT I

### By the Bureau and the States
### (Advance Fees in Violation of the TSR – Enrollment Fees)
### (The Student Loan Debt Relief Companies and Individual Defendants)

234.   In response to paragraph 234, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

235.   Paragraph 235 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

236.   In response to paragraph 236 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

237.   In response to paragraph 237 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

## COUNT II

**By the Bureau and the States**
**(Advance Fees in Violation of the TSR – Monthly Fees)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

238.   In response to paragraph 238, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

239.   Defendant denies each and every allegation against it in paragraph 239 of the FAC.

240.   Defendant denies each and every allegation against it in paragraph 240 of the FAC.

## COUNT III

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

241.   In response to paragraph 241, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

242.   Paragraph 242 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

243.   Defendant denies each and every allegation against it in paragraph 243 of the FAC.

244.   Defendant denies each and every allegation against it in paragraph 244 of the FAC.

245.   Defendant denies each and every allegation against it in paragraph 245 of the FAC.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

**COUNT IV**

**By the Bureau and the States**
**(Misrepresentations About Material**
**Aspects of Their Services in Violation of the TSR)**
**(True Count, Prime, and TAS)**

246.   In response to paragraph 246, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

247.   Paragraph 247 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

248.   Paragraph 248 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

249.   Paragraph 249 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

250.   Defendant denies each and every allegation asserted against him in paragraph 250 of the FAC.

**COUNT V**

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Individual Defendants)**

251.   In response to paragraph 251, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

252.   Paragraph 252 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

253.   In response to paragraph 253 of the FAC, Defendant admits that Kim participated in the management of True Count's day-to-day operations at some

1   point in time, and denies each and every other allegation against it in this

2   paragraph.

3       254.   Defendant denies each and every allegation against it in paragraph

4   254 of the FAC.

5       255.   In response to paragraph 255 of the FAC, Defendant is without

6   sufficient knowledge or information to form a belief as to the allegations against

7   him in this paragraph and denies each and every one of them on that basis

8       256.   Paragraph 256 contains no allegations against Defendant and

9   Defendant denies each and every allegation against it in this paragraph on that

10  basis.

11      257.   Paragraph 257 contains no allegations against Defendant and

12  Defendant denies each and every allegation against it in this paragraph on that

13  basis.

14      258.   In response to paragraph 258 of the FAC, Defendant admits that Wen

15  is True Count's owner and officer, Wen entered into payment processing

16  agreements on True Count's behalf, including at least one where he represented

17  that True Count intended to fully comply with the TSR, and denies each and every

18  other allegation against it in this paragraph.

19      259.   In response to paragraph 259, Defendant admits that Wen was a

20  representative of True Count for merchant accounts, Wen was a signatory on True

21  Count's bank account from which refunds and chargebacks to consumers were

22  paid, Wen had a general idea of chargeback and refund rates and the general nature

23  of the consumers' stated reasons therefor, which may have included the term

24  "fraud" to mean fraud prevention as it relates to stolen credit cards or unauthorized

25  foreign transactions, and denies each and every other allegation against it in this

26  paragraph.

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

260.   In response to paragraph 260 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis

261.   In response to paragraph 261 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis

262.   In response to paragraph 262 of the FAC, Defendant admits that Nguyen served as a point of contact for at least on True Count merchant account, and denies each and every other allegation against it in this paragraph.

263.   In response to paragraph 263 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

264.   In response to paragraph 264 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

265.   Defendant denies each and every allegation against it in paragraph 265 of the FAC.

## COUNT VI

**By the Bureau and the States**
**(Substantial Assistance in Violation of the TSR)**
**(Payment Companies)**

266.   In response to paragraph 266, Defendant incorporates by reference its responses to the allegations in paragraphs 1-222.

267.   Paragraph 267 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

268.   In response to paragraph 268 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

269.   In response to paragraph 269 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis..

270.   Paragraph 270 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**COUNT VII**

**By the Bureau**
**(CFPA – Deception)**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

271.   In response to paragraph 271, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

272.   In response to paragraph 272 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

273.   In response to paragraph 273 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

274.   Defendant denies each and every allegation against it in paragraph 274 of the FAC.

275.   In response to paragraph 275 of the FAC, Defendant admits that Kim participated in the management of day-to-day operations of True Count at some point in time, and was generally aware of True Count's chargeback and refund rates, and denies each and every other allegation against it in this paragraph.

276.   In response to paragraph 276 of the FAC, Defendant admits that Wen managed payment processor relationships on behalf of True Count, was a signatory on True Count's bank accounts, was generally aware of True Count's low chargeback rate, and had authority commensurate with his job duties at True Count, and denies each and every other allegation against it in this paragraph.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

277.   In response to paragraph 277 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

278.   Defendant denies each and every allegation asserted against it in paragraph 278 of the FAC.

## COUNT VIII

**By the Bureau**
**(CFPA – Deception)**
**(True Count, Prime, and TAS)**

279.   In response to paragraph 279, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

280.   Defendant denies each and every allegation against it in paragraph 280 of the FAC.

281.   Defendant denies each and every allegation against it in paragraph 281 of the FAC.

282.   Defendant denies each and every allegation against it in paragraph 282 of the FAC.

## COUNT IX

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Individual Defendants)**

283.   In response to paragraph 283, Defendant incorporates by reference its responses to the allegations in paragraphs 1-210 and 223-233.

284.   Paragraph 284 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

285.   In response to paragraph 285 of the FAC, Defendant admits that Kim participated in the management of some operations at True Count at some point in time, and denies each and every other allegation against it in this paragraph.

286.    In response to paragraph 286 of the FAC, Defendant admits that Wen was True Count's owner and president and was generally aware of True Count's low chargeback rate and consumers' stated reasons therefor, and denies each and every other allegation against it in this paragraph.

287.    In response to paragraph 287 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

288.    Defendant denies each and every allegation asserted against it in paragraph 288 of the FAC.

## COUNT X

**By the Bureau**
**(Substantial Assistance in Violation of the CFPA)**
**(Payment Companies)**

289.    In response to paragraph 289, Defendant incorporates by reference his responses to the allegations in paragraphs 1-210 and 223-233.

290.    Paragraph 290 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

291.    In response to paragraph 291 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

292.    Defendant denies each and every allegation asserted against it in paragraph 292 of the FAC.

## COUNT XI

**By the Bureau**
**CFPA Violation Based on Violation of TSR**
**(All Defendants)**

293.    In response to paragraph 293, Defendant incorporates by reference its responses to the allegations in paragraphs 1-233.

34

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA   90067
310-229-9900

294.   In response to paragraph 294 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

295.   Paragraph 295 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

296.   Paragraph 296 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

297.   Defendant denies each and every allegation asserted against it in paragraph 297 of the FAC.

298.   Defendant denies each and every allegation asserted against it in paragraph 298 of the FAC.

## COUNT XII

### By the Bureau and the States
### (Relief Defendants)

299.   In response to paragraph 299, Defendant incorporates by reference his responses to the allegations in paragraphs 1-233.

300.   Defendant denies each and every allegation asserted against it in paragraph 300 of the FAC.

301.   Defendant denies each and every allegation asserted against it in paragraph 301 of the FAC.

302.   Defendant denies each and every allegation asserted against it in paragraph 302 of the FAC.

303.   Defendant denies each and every allegation asserted against it in paragraph 303 of the FAC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

## COUNT XIII

### By the State of Minnesota

### Prevention of Consumer Fraud Act
### Minn. Stat. § 325F.69, et seq.
### (The Student Loan Debt Relief Companies and Individual Defendants)

304.   In response to paragraph 304, Defendant incorporates by reference his responses to the allegations in paragraphs 1-270 and 299-303.

305.   Paragraph 305 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

306.   Paragraph 306 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

307.   Paragraph 307 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

308.   Admit.

309.   In response to paragraph 309 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

310.   In response to paragraph 310 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

311.   Defendant denies each and every allegation asserted against it in paragraph 311 of the FAC.

## COUNT XIV

### By the State of Minnesota
### Uniform Deceptive Trade Practices Act
### Minn. Stat. § 325F.43, et seq.
### (The Student Loan Debt Relief Companies and Individual Defendants)

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

312.   In response to paragraph 312, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-311.

313.   Paragraph 313 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

314.   In response to paragraph 314 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

315.   In response to paragraph 315 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

316.   In response to paragraph 316 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

317.   Defendant denies each and every allegation asserted against it in paragraph 317 of the FAC.

**Count XV**

**By the State of North Carolina**
**North Carolina Debt Adjusting Act**
**N.C. Gen. Stat. § 14-423, et seq.**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

318.   In response to paragraph 318, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303.

319.   Paragraph 319 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

320.   Paragraph 320 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

321.   Defendant denies each and every allegation asserted against it in paragraph 321 of the FAC.

322.   In response to paragraph 322 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

323.   Defendant denies each and every allegation made against it in paragraph 323 of the FAC.

324.   Defendant denies each and every allegation made against it in paragraph 324 of the FAC.

325.   In response to paragraph 325 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

### Count XVI

**By the State of North Carolina**
**North Carolina Unfair and Deceptive Practices Act**
**N.C. Gen. Stat. § 75-1.1**
**(All Defendants)**

326.   In response to paragraph 326, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303, 318-325.

327.   Defendant denies each and every allegation asserted against it in paragraph 327 of the FAC.

328.   Admit.

329.   Defendant denies each and every allegation against it in paragraph 329 of the FAC.

330.   Defendant denies each and every allegation against it in paragraph 330 of the FAC.

331.   Defendant denies each and every allegation against it in paragraph 331 of the FAC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

332.   Defendant denies each and every allegation against it in paragraph 332 of the FAC.

333.   Defendant denies each and every allegation against it in paragraph 333 of the FAC.

334.   In response to paragraph 334 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against it in this paragraph and denies each and every one of them on that basis.

### Count XVII

**By the State of North Carolina**
**North Carolina Telephonic Seller Registration Act**
**N.C. Gen. Stat. § 66-260**
**(The Student Loan Debt Relief Companies and Individual Defendants)**

335.   In response to paragraph 335, Defendant incorporates by reference its responses to the allegations in paragraphs 1-270 and 299-303, 318-334.

336.   Paragraph 336 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

337.   Paragraph 337 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

338.   In response to paragraph 338 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

339.   Defendant denies each and every allegation against it in paragraph 339 of the FAC.

340.   Paragraph 340 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

341.   Paragraph 341 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

342.   Paragraph 342 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

**Count XVIII**

**By the People of the State of California
California Unfair Competition Law
Cal. Bus. & Prof. Code § 17200 et seq.
(All Defendants and Relief Defendants)**

343.   In response to paragraph 343, Defendant incorporates by reference its responses to the allegations in paragraphs 1-342.

344.   Paragraph 344 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

345.   Paragraph 345 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

346.   Paragraph 346 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

347.   Paragraph 347 contains no allegations against Defendant and Defendant denies each and every allegation against it in this paragraph on that basis.

348.   Admit.

349.   In response to paragraph 349 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

49688677

DEFENDANT TRUE COUNT STAFFING, INC.'S ANSWER TO FIRST AMENDED COMPLAINT

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

350.   In response to paragraph 350 of the FAC, Defendant is without sufficient knowledge or information to form a belief as to the allegations against him in this paragraph and denies each and every one of them on that basis.

351.   Defendant denies each and every allegation asserted against it in paragraph 351 of the FAC.

## DEMAND FOR RELIEF

352.   Defendant denies that any plaintiff is entitled to any of the relief requested in the FAC.

## AFFIRMATIVE DEFENSES

Defendant's affirmative defenses set forth herein are based solely on the allegations in the FAC, which does not describe the events and claims therein with sufficient particularity to enable Defendant to determine all of the defenses which may exist to such claims without discovery.  Without these details, Defendant cannot respond further to the FAC.  Therefore, Defendant reserves the right to assert and rely upon additional defenses that become available or apparent during the pendency of this action, and to modify the affirmative defenses set forth herein as additional information is obtained by Defendant.

Defendant asserts the affirmative defenses set forth below, each as separate and distinct affirmative defenses to plaintiffs' alleged claims.  Insofar as any of the following expresses denial of an element of any claim alleged against Defendant, that denial does not indicate that any plaintiff is relieved of its burden to prove each and every element of any such claims or that Defendant assumed any burden of proof.  Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during, for example, pre-trial proceedings in this case, and hereby reserves the right to amend this answer and offer or assert additional defenses that cannot now be articulated because, among other reasons, Defendant has not completed discovery.  Defendant also raises the affirmative defenses below to avoid waiving them.

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA   90067
310-229-9900

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

### First Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part because Plaintiffs have failed to state a claim upon which relief may be granted.

### Second Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the applicable statutes of limitations.

### Third Affirmative Defense

Plaintiff CFPB lacks authority to bring this action because its structure is unconstitutional under *Seila Law LLC v. Consumer Financial Protection Bureau*, 591 U.S. __ (2020).

### Fourth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by the Due Process Clause because Defendant did not have adequate and fair notice of the conduct prohibited under the statutes pursuant to which Plaintiffs' sue.

### Fifth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part by equitable principles, including the doctrines of estoppel, laches, waiver, and unclean hands.

### Sixth Affirmative Defense

The CFPB's claims and relief sought in the FAC are barred in whole or in part because the CFPB is required, pursuant to 12 U.S.C. §§ 5531(a), (c) to declare an act as unfair before bringing suit to address that purportedly unfair act or practice, and it has not done so.

### Seventh Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on mistake, inadvertence, or

bona fide error.

### Eighth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek multiple recoveries for the same alleged conduct.

### Ninth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability based on good faith reliance on information provided to them by third parties that was incorrect, incomplete, or misleading, or other acts or omissions undertaken in good faith with a basis in fact or law, as known to Defendant at the time.

### Tenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they seek to impose liability for harms caused by the acts or omissions of third parties for whom Defendant is not responsible, or other intervening acts or omissions.

### Eleventh Affirmative Defense

The U.S. Constitution bars or limits the relief sought by Plaintiffs to the extent that it unfairly subjects Defendant to punishment or to an extreme and excessive remedy without required notice or opportunity to defend itself, the relief requested is an unconstitutional taking, the relief requested is out of proportion to the alleged conduct, the remedy is unrestricted by any reasonable standard, or the relief requested has an unfair economic impact on Defendant.

### Twelfth Affirmative Defense

Plaintiffs are not entitled to injunctive relief because the alleged wrongful conduct is not ongoing.

### Thirteenth Affirmative Defense

Plaintiffs' claims and the relief sought in the FAC are barred in whole or in part to the extent they rely on conduct with respect to a consumer as to whom

V E N A B L E   L L P
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1  Defendant would have a complete or partial defense if that consumer had brought a

2  civil action for relief in his or her own name to remedy that conduct, or the

3  consumer would not have prevailed in such civil action.

4  ### Fourteenth Affirmative Defense

5  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

6  part to the extent any plaintiff lacks standing to assert the claims in the FAC or

7  obtain the relief sought in the FAC.

8  ### Fifteenth Affirmative Defense

9  Plaintiffs' claims and the relief sought under the TSR are barred in whole or

10  in part because Defendant is not a "debt relief service."

11  ### Sixteenth Affirmative Defense

12  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

13  part to the extent Defendant provided bona fide services for value to Defendants.

14  ### Seventeenth Affirmative Defense

15  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

16  part to the extent other funds are more readily available for consumer redress, if

17  any such redress is warranted.

18  ### Eighteenth Affirmative Defense

19  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

20  part to the extent attributing the alleged wrongful conduct of Defendants to

21  Defendant would work an injustice to Defendant.

22  ### Nineteenth Affirmative Defense

23  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

24  part to the extent Defendant acted in good faith at all relevant times.

25  ### Twentieth Affirmative Defense

26  Plaintiffs' claims and the relief sought in the FAC are barred in whole or in

27  part to the extent Defendant reasonably relied on the advice of legal and/or tax

28  professionals with respect to the acts and/or omissions alleged in the FAC.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

WHEREFORE, Defendant prays for relief as follows:

A.     That judgment be rendered in favor of Defendant with respect to all counts and causes of action set forth in the FAC;

B.     That Plaintiffs' FAC be dismissed in its entirety with prejudice;

C.     That Plaintiffs take nothing by reason of their FAC;

D.     That Defendant be awarded his costs of suit incurred in defense of this action; and

E.     For such other relief in favor of Defendant as the Court deems just and proper.

Dated:  August 7, 2020

VENABLE LLP

By:   /s/ Witt W. Chang
     Allyson B. Baker (admitted p.h.v.)
     Gerald S. Sachs (admitted p.h.v.)
     Witt W. Chang
Attorneys for Defendants

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900