VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
 abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
 gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Witt W. Chang (SBN 281721)
 wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel*. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**RELIEF DEFENDANT INFINITE MANAGEMENT CORP. AND DEFENDANT ALBERT KIM'S DEMAND FOR JURY TRIAL**<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020 |

Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,

           Relief Defendants.

Relief Defendant Infinite Management Corp. and Defendant Albert Kim hereby demand a trial by jury on all issues triable by a jury.

Dated: August 17, 2020          VENABLE LLP

By:  /s/ Witt W. Chang
      Allyson B. Baker (admitted p.h.v.)
      Gerald S. Sachs (admitted p.h.v.)
      Witt W. Chang
Attorneys for Defendants

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

49793152

2

RELIEF DEFENDANT INFINITE MANAGEMENT CORP. AND DEFENDANT ALBERT KIM'S DEMAND FOR JURY TRIAL