VENABLE LLP
Allyson B. Baker (*Admitted Pro Hac Vice*)
  abbaker@venable.com
Gerald S. Sachs (*Admitted Pro Hac Vice*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:   (202) 344-4000
Facsimile:   (202) 344-8300

Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:   (310) 229-9900
Facsimile:   (310) 229-9901

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>                Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>                Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>**NOTICE OF LODGING OF VENABLE LLP'S *IN CAMERA* SUPPLEMENTAL BRIEF IN SUPPORT OF *IN CAMERA* SUBMSSION RE MOTION TO WTIHDRAW IN RESPONSE TO COURT ORDER [ECF NO. 177]**<br><br>Action Filed:        October 21, 2019<br>FAC Filed:          February 24, 2020 |

| | |
|---|---|
| 1 | Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., |
| 2 | |
| 3 | Relief Defendants. |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order (ECF No. 177), Venable LLP hereby lodges with the Court "Venable LLP's *In Camera* Supplemental Brief in Support of *In Camera* Submission re Motion to Withdraw" and "Declaration of Gerald S. Sachs in Support of Venable LLP's *In Camera* Supplemental Brief" for the Court's *in camera* review. These document are lodged without wavier or prejudice to any attorney-client privilege or any other applicable privilege or doctrine.

Dated: August 21, 2020

VENABLE LLP

By: /s/ Witt W. Chang
   Allyson B. Baker (admitted p.h.v.)
   Gerald S. Sachs (admitted p.h.v.)
   Witt W. Chang
Attorneys for Defendants