**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
REBECCA MORSE, Deputy City Attorney (CA Bar No. 314853)

OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

*Attorneys for Plaintiff the People of the State of California*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF <br><br> **MOTION FOR CLARIFICATION OF COURT'S ORDER DATED JULY 31, 2020 (Dkt. No. 177)** <br><br> Court:  Hon. Michael W. Fitzgerald |

Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California ("Plaintiffs") respectfully move the Court for clarification of its July 31, 2020 Order (Dkt. No. 177) ("Order"). Specifically, Plaintiffs seek clarification regarding the need to file an application of default against Defendant Anan Enterprise, Inc. ("Anan"). The Court's Order required Anan to obtain counsel by August 14, 2020, and, if it did not, required Plaintiffs to move for entry of default.  Plaintiffs' action against Anan has been stayed by the Bankruptcy Court for the Southern District of Florida. Accordingly, Plaintiffs seek clarification of the Court's Order in order to avoid violating either the Bankruptcy Court's order or this Court's Order.

**DISCUSSION**

Plaintiffs instituted this action by filing their original complaint against multiple defendants on October 21, 2019. (Dkt. No. 2.) Plaintiffs filed their First Amended Complaint ("Complaint") on February 24, 2020, adding several additional defendants, including relief defendant Anan. (Dkt. No. 134.) On May 5, 2020, Plaintiffs filed an executed waiver of service. (Dkt. No. 149.)

On May 20, 2020, the Bankruptcy Court in the Southern District of Florida, which is overseeing the CAC bankruptcy proceedings, issued an order staying Plaintiffs' enforcement of their claims against Anan. The order was docketed with this Court on the same day. (Dkt. No. 155). Plaintiffs interpreted the bankruptcy court order as staying further proceedings as against Anan.

On July 31, 2020, the Court entered its Order noting, in part, that Defendant Anan was unrepresented by counsel. (Dkt. No. 177 at 4 (citations omitted).) Accordingly, the Court ordered Anan to file notice to the Court that it had retained counsel by August 14, 2020.[1] *Id.* at 5. The Court further ordered that "should [Anan] continue to be unrepresented by counsel, Plaintiffs shall apply for entry of default by no later than August 28, 2020, and shall move for default judgment within ten (10) days of entry of default by the Clerk." *Id.*

Given that Plaintiffs are currently stayed from pursuing their claims against Anan, by order of the Bankruptcy Court, Plaintiffs seek clarification as to whether they should apply for the Clerk's entry of default against Anan under Fed. R. Civ. P. 55.[2]

---

[1] Although CAC did not file a notice with the Court until August 20, 2020, counsel for CAC had previously appeared in the case. (Dkt. Nos. 89, 92 & 95).

[2] Because corporate defendant Anan is not represented by counsel, Plaintiffs were unable to confer with counsel pursuant to Local Rule 7-3 prior to filing the instant motion for clarification.

## CONCLUSION

For the foregoing reasons, Plaintiffs seek clarification from this Court as to whether the need to move for default pursuant to the Order has been obviated given that the action is stayed as to Anan.

Dated: August 25, 2020

Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*

Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
Email: christina.tusan@lacity.org

I, Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *N. Nathan Dimock*

N. Nathan Dimock