| | |
|---|---|
| 1 | EANET, PC |
| 2 | Matthew Eanet (SBN 227490) |
| | 550 S. Hope Street, Suite 750 |
| | Los Angeles, CA 90071 |
| 3 | Telephone: 310-775-2495 |
| | Facsimile: 310-593-2589 |
| 4 | matt@eanetpc.com |
| 5 | Attorneys for Hold The Door, Corp. |
| | and Mice and Men LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, <br><br> Plaintiffs, <br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, <br><br> Defendants, and <br><br> Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., <br><br> Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx) <br><br> Hon. Michael W. Fitzgerald <br><br> **NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF KAINE WEN IN RESPONSE TO MOTION OF VENABLE LLP TO WITHDRAW AS COUNSEL** <br><br> Date: August 31, 2020 <br> Time: 10:00 AM <br> Crtrm: 5A <br><br> Action Filed: October 21, 2019 <br> FAC Filed: February 24, 2020 |

In connection with the Motion to Withdraw as Counsel of Allyson B. Baker, Gerald S. Sachs, and Witt W. Chang (Venable LLP) for Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. ("Motion to Withdraw"), enclosed herewith is the Second Supplemental Declaration of Kaine Wen, in response to Venable LLP's *In Camera* Supplemental Brief in Support of *In Camera* Submission Re: Motion to Withdraw.

This firm is counsel of record for Relief Defendants Hold The Door, Corp. and Mice and Men LLC, *not* any of the Defendants subject to the Motion to Withdraw. The declaration of Mr. Wen is not being submitted on behalf of Hold The Door, Corp. and Mice and Men LLC, but solely to accommodate Mr. Wen, who is otherwise unable to access the Court's ECF system for filing. Neither Eanet, PC nor Matthew Eanet represent Defendants True Count Staffing, Inc., Albert Kim, Kaine Wen, and Relief Defendant Infinite Management Corp. and this filing is *not* intended to be an appearance on their behalf.

Dated: August 27, 2020

EANET, PC

By: /s/ Matthew L. Eanet
Matthew L. Eanet

Attorneys for Relief Defendants Mice and Men, LLC and Hold the Door Corp.

- 1 -

NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF KAINE WEN IN RESPONSE TO MOTION OF VENABLE LLP TO WITHDRAW AS COUNSEL