**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
REBECCA MORSE, Deputy City Attorney (CA Bar No. 314853)

1  OFFICE OF THE CITY ATTORNEY
   200 N. Main Street, 500 City Hall East
2  Los Angeles, California 90012-4131
   Tel: (213) 978-8707/Fax: (213) 978-8112
3  Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

4  *Attorneys for Plaintiff the People of the State of California*

5

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8  | Bureau of Consumer Financial | CASE NO. 8:19-cv-01998 MWF |
   | Protection, et al., | |
9  | | **PLAINTIFFS' APPLICATION FOR** |
   | Plaintiffs, | **CLERK'S ENTRY OF DEFAULT** |
10 | | **AGAINST DEFENDANT** |
   | v. | **FIRST PRIORITY LLC** |
11 | | |
   | Consumer Advocacy Center Inc., d/b/a | Court:   Hon. Michael W. Fitzgerald |
12 | Premier Student Loan Center, et al., | |
13 | | |
14 | Defendants. | |

15

16     Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the
17 State of North Carolina, and the People of the State of California (Plaintiffs) respectfully
18 request that the Clerk of Court enter default against Defendant First Priority LLC (First
19 Priority) pursuant to Federal Rule of Civil Procedure 55(a) and the Court's Order dated
20 July 31, 2020.  (Dkt. No. 177.)   As shown in the accompanying affidavit of the
21 undersigned counsel, Defendant First Priority executed a Waiver of the Service of
22 Summons as to the First Amended Complaint on March 13, 2020, Dkt. No. 139, and has
23 since failed to enter an appearance or respond to Plaintiffs' First Amended Complaint
24 within the time allowed by the Court.

25

26

27

28

App. for Clerk's Entry of Default Against Defendant First Priority LLC

On May 7, 2020, the Court issued an order extending the deadline for First Priority and select additional defendants to respond or answer to July 13, 2020. (Dkt. No. 152.)

In an order issued on July 31, 2020, the Court noted that Defendant First Priority remained unrepresented by counsel, and that "[t]he basic rule is that corporations must appear in federal court through counsel." (Dkt. No. 177 at 4-5 (citations omitted)). The Court ordered Defendant First Priority to file notice to the Court that it had retained counsel by August 14, 2020. (*Id.* at 5.) The Court further ordered that should First Priority fail to retain counsel, "Plaintiffs shall apply for entry of default by no later than August 28, 2020 and shall move for default judgment within ten (10) days of entry of default by the Clerk." (*Id.*) As of the date of this filing, no counsel has entered an appearance on behalf of Defendant First Priority and Defendant First Priority has not filed a responsive pleading or answer.

Because Defendant First Priority has not retained counsel nor filed a response or answer to the Complaint within the time allowed by the Court, has not otherwise filed a defense in this action, Plaintiffs respectfully request that the Clerk enter default against Defendant First Priority.

Dated: August 28, 2020            Respectfully submitted,

By: /s/ *N. Nathan Dimock*
N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*
Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
Email: christina.tusan@lacity.org

I, Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is

submitted, concur in the filing's content and have authorized the filing.

/s/ *N. Nathan Dimock*

N. Nathan Dimock