UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **SACV 19-1998-MWF(KSx)**                              Dated: **August 31, 2020**

Title:   Bureau of Consumer Financial Protection, et al. -v- Consumer Advocacy Center Inc., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| --- | --- |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

| Christina Tusan | Allyson Baker |
| --- | --- |
| Jesse D. Steward | Gerald Sachs |
| Evan Romanoff | Matthew Eanet |
| Lynn Weaver | Mark Williams |
|  | Witt W. Chang |

**PROCEEDINGS:**   **TELEPHONIC - MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS TRUE COUNT STAFFING, INC., ALBERT KIM, AND KAINE WEN, AND RELIEF DEFENDANT INFINITE MANAGEMENT CORP. [168]**

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

: 15 min