SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1

**NOTICE OF FILING STIPULATION AND OF LODGING OF PROPOSED ORDER**

Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby files the attached Stipulation as to Entry of Final Judgment and Order as to Relief Defendants Hold the Door, Corp. and Mice and Men LLC, as agreed by counsel for Plaintiffs the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California, and Relief Defendants Hold the Door, Corp. and Mice and Men LLC. Also attached is the [Proposed] Stipulated Final Judgment and Order as to Relief Defendants Hold the Door, Corp. and Mice and Men LLC.

Dated: September 5, 2020   Respectfully submitted,

By: /s/ *Jesse Stewart*
Jesse Stewart (NY Bar No. 5145495)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9641
Fax: (202) 435-9346
Email: jesse.stewart@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

2
**NOTICE OF FILING STIPULATION AND OF LODGING OF PROPOSED ORDER**