**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
REBECCA MORSE, Deputy City Attorney (CA Bar No. 314853)
OFFICE OF THE CITY ATTORNEY

1  200 N. Main Street, 500 City Hall East
   Los Angeles, California 90012-4131
2  Tel: (213) 978-8707/Fax: (213) 978-8112
   Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
3
4  *Attorneys for Plaintiff the People of the State of California*

5  **UNITED STATES DISTRICT COURT**
6  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF APPLICATION AND APPLICATION FOR ENRTY OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST PRIORITY LLC** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | Court: Hon. Michael W. Fitzgerald  Date: October 26, 2020  Time: 10:00 AM  Place: Courtroom 5A |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on Monday, October 26, 2020, at 10:00 AM, or as soon thereafter as this matter may be heard, Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California (Plaintiffs) will, and hereby do, apply to the Court for entry of a default judgment against Defendant First Priority LLC, a corporation ("First Priority") on the grounds that said defendant has failed to notice the retention of counsel, answer or otherwise defend this action. The hearing will take place in the Courtroom of the Hon. Michael W. Fitzgerald, First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012.

Plaintiffs' application is based on the accompanying Memorandum of Points and Authorities, the Declarations of N. Nathan Dimock, Mansour Heidari and Lisa Jones, and accompanying exhibits, the filings and records in this action, and any other evidence Plaintiffs may present in support of the application.

The judgment that Plaintiffs seek contains findings that Defendant First Priority provided substantial assistance in violation of the Telemarketing Sales Rule (TSR), 16 C.F.R. § 310.3(b) (Count VI), provided substantial assistance in violation of Section 1036(a)(3) of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5536(a)(3) (Count X), violated the CFPA based on violation of the TSR, 15 U.S.C. § 6102 (Count IX), violated the North Carolina Unfair and Deceptive Practices Act, N.C. Gen. Stat. § 75-1.1 (Count XVI), and violated the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 et seq. (Count XVIII), by participating in a deceptive student loan debt-relief scheme that caused millions of dollars in consumer injury.

The proposed judgment imposes a permanent injunction and orders Defendant First Priority to pay a civil money penalty of $6,500,000 under the CFPA, a civil penalty of $1,200,000 under the California Unfair Competition Law, and to pay $165,848.05 in refunds or restitution under the CFPA. Pursuant to Local Rule 58-11, the proposed judgment is submitted together with this Notice and Application.

Pursuant to Local Rule 55-2, defendants may submit declarations in opposition to the amount requested.

The moving party was unable to hold a meet and confer with counsel pursuant to L.R. 7-3 because Defendant First Priority, a corporation, is not represented by counsel.

Because Defendant First Priority has not retained counsel nor filed a response or answer to the Complaint within the time allowed by the Court and has

not otherwise filed a defense in this action, Plaintiffs respectfully request that the Court enter an order and judgment of default against Defendant First Priority.

Further, should Defendant First Priority fail to appear and/or respond to the instant Application after 28-days from the date of service as required pursuant to this Court's procedures, and because damages are capable of ascertainment from definite figures contained in the documentary evidence and detailed affidavits submitted herewith, Plaintiffs respectfully request that the Court vacate the above referenced hearing and enter judgment by default without a hearing. *Davis v. Fendler,* 650 F.2d 1154, 1161 (9th Cir. 1981).

Dated: September 10, 2020            Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603

Phone: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*
Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
Email: christina.tusan@lacity.org

I, Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *N. Nathan Dimock*

N. Nathan Dimock

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2020, I filed the following documents with the Clerk of the Court using CM/ECF.

- NOTICE OF APPLICATION AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST PRIORITY LLC

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST PRIORITY LLC

- [PROPOSED] ENTRY OF DEFAULT JUDGMENT AND ORDER AGAINST DEFENDANT FIRST PRIORITY LLC

- DECLARATION OF N. NATHAN DIMOCK IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AND ACCOPANYING EXHBITS

- DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AND ACCOMPANYING EXHIBITS

- DECLARATION OF LISA JONES

I also certify that the foregoing documents are being served on Defendant First Priority at least 28-days prior to the above referenced hearing date via United

Parcel Service Next Day Air at the following address on file with the California Secretary of State:

                1704 South Granada Ave, Alhambra, CA 91801.

Because Defendant Nguyen is the only officer of Defendant First Priority listed with the California Secretary of State, out of an abundance of caution, I also caused the email delivery of electronic copies of the notice, application and related filings to counsel for individual Defendant Nguyen.

Dated: September 10, 2020        Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection