SARAH PREIS (D.C. Bar No. 997387) (Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495) (Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
N. NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF <br><br> **DECLARATION OF PLAINTIFFS COUNSEL IN SUPPORT OF APPLICATION FOR OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST PRIORITY LLC** <br><br> Court:  Hon. Michael W. Fitzgerald |

I, N. Nathan Dimock, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Bureau of Consumer Financial Protection (Bureau), an agency of the United States and a Plaintiff in this lawsuit.

2. The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties.

3. On February 24, 2020, Plaintiffs the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California filed their First Amended Complaint ("Amended Complaint") in the United States District Court for the Central District of California against, among others, First Priority LLC d/b/a Priority Account Management (First Priority). (Dkt. No. 134.) The Complaint alleges, among other things, that Defendant First Priority provided substantial assistance in violation of the Telemarketing Sales Rule (TSR), 16 C.F.R. § 310.3(b) (Count VI), provided substantial assistance in violation of Section 1036(a)(3) of the Consumer Financial Protection Act (CFPA), 12 U.S.C. § 5536(a)(3) (Count X), violated the CFPA based on the violations of the TSR, 15 U.S.C. § 6102 (Count XI), violated the North Carolina Unfair and Deceptive Practices Act, N.C. Gen. Stat. § 75-1.1 (Count XVI), and violated the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq*. (Count XVIII), by engaging in a deceptive student loan modification scheme.

4. On March 6, 2020, Plaintiffs served a copy of the Complaint, Notice of a Lawsuit and a Request to Waive Service of a Summons, two copies of the waiver form, the Court's then most recent Scheduling Order, and a Notice of Related Proceedings on Defendant First Priority by delivering a copy to personal counsel for Defendant Tuong Nguyen. According to filings with the California Secretary of State, Defendant Nguyen is the sole officer of corporate Defendant First Priority. *See*, Ex. 1. Plaintiffs filed an executed Waiver of the Service of Summons with the Court on March 20, 2020, Dkt. No. 139, a true

and correct copy of which is attached hereto as Exhibit 2.

5. On May 5, 2020, multiple defendants filed an *Ex Parte* Application to Extend Time to File Answer to July 13, 2020. (Dkt. No. 151.) On May 7, 2020, the Court granted the application, extending the deadline for Defendants, including Defendant First Priority, to respond or file an answer to July 13, 2020. (Dkt. No. 152.)

6. In an order issued on July 31, 2020, the Court noted that Defendant First Priority remained unrepresented by counsel, and that "[t]he basic rule is that corporations must appear in federal court through counsel." (Dkt. No. 177 at 4-5 (citations omitted).) In that order, the Court directed that Defendant First Priority "file notice to the Court that they have retained counsel by August 14, 2020." *Id.* at 5. The Court further directed that should First Priority fail to retain counsel, "Plaintiffs shall apply for entry of default by no later than August 28, 2020, and shall move for default judgment within ten (10) days of entry of default by the Clerk." *Id*.

7. When Defendant First Priority failed to notice the retention of counsel or otherwise respond, on August 28, 2020, Plaintiffs filed an application for the Clerk of the Court to enter default against Defendant First Priority. (Dkt. No. 212.)

8. The Clerk of the Court entered default against Defendant First Priority on August 31. The entry of default by Defendant First Priority on the Amended Complaint is filed as Dkt. No. 213, and a true and correct copy is attached hereto as Exhibit 3.

9. As of the date of this filing, Defendant First Priority has failed to appear or otherwise respond to the allegations in the Amended Complaint, nor has it responded to or moved to vacate the entry of default by the Clerk of the Court.

9. Defendant First Priority is a corporation, not a natural person, and

3
Declaration of N. Nathan Dimock in Support of App. for Default Judgement

therefore cannot be an infant or incompetent person under Rule 55(b) of the Federal Rules of Civil Procedure and cannot be in military service under the Servicemembers Civil Relief Act, 50 U.S.C. § 521.8.

10. I caused Defendant First Priority to be served with written notice of the instant notice of application and application for default judgment at least twenty-eight days before any hearing on the application by causing copies of the notice, application and related filings to be delivered to corporate Defendant First Priority at the address on file with the California Secretary of State. The notice states the amount of damages and civil penalties requested by Plaintiffs. The notice further states that Plaintiffs' request that the Court vacate the hearing and rule on the papers without a hearing if Defendant First Priority fails to appear or respond within 28-days after service.  Because Defendant Nguyen is the only officer of Defendant First Priority listed with the California Secretary of State, out of an abundance of caution, I also caused the delivery of electronic copies of the notice, application and related filings to counsel for individual Defendant Nguyen.

1
2      I declare under penalty of perjury that the foregoing is true and correct to
3  the best of knowledge and belief.
4
5  Dated: September 10, 2020                Respectfully submitted,
6
7                                           By: /s/ *N. Nathan Dimock*
8
                                            N. Nathan Dimock (D.C. Bar No.
9                                           487743)
                                            (admitted *pro hac vice*)
10                                          *Enforcement Attorney*
                                            1700 G Street NW
11                                          Washington, DC 20552
                                            Phone: (202) 435-9198
12                                          Fax: (202) 435-9346
                                            Email: nathan.dimock@cfpb.gov
13
14
15                                          Attorney for Plaintiff
                                            Bureau of Consumer Financial Protection
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Secretary of State
Statement of Information
(Limited Liability Company)**

LLC-12

18-C23567

**FILED**

In the office of the Secretary of State
of the State of California

JUN 28, 2018

This Space For Office Use Only

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)
FIRST PRIORITY LLC

**2. 12-Digit Secretary of State File Number**
201814510288

**3. State, Foreign Country or Place of Organization** (only if formed outside of California)
WYOMING

**4. Business Addresses**

| | City | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |

**5. Manager(s) or Member(s)** If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Document Preparation

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/28/2018 | Tuong Thanh Nguyen | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:
Company:
Address:
City/State/Zip:

# EXHIBIT 2

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Bureau of Consumer Financial Protection<br>*Plaintiff*<br>v.<br>First Priority LLC<br>*Defendant* | )<br>)<br>) Civil Action No. 19-1998-MWF(KSx)<br>)<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Sarah Preis
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 03/06/2020, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 3/13/20

*Signature of the attorney or unrepresented party*

First Priority LLC
*Printed name of party waiving service of summons*

Tuong Nguyen
*Printed name*

1704 S. Granada Ave
Alhambra CA 91801
*Address*

tuongn21@yahoo.com
*E-mail address*

626 861 9569
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# EXHIBIT 3

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CONSUMER ADVOCACY CENTER INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:19−cv−01998−MWF−KS<br><br><br><br>**DEFAULT BY CLERK<br>F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  FIRST PRIORITY LLC

 

Clerk, U.S. District Court

| | |
|---|---|
|  August 31, 2020  | By  /s/ *Yvette Louis*   |
| Date | Deputy Clerk |

CV−37 (10/01)                   **DEFAULT BY CLERK F.R.Civ.P. 55(a)**