# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>        Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF APPLICATION FOR OF DEFAULT JUDGMENT AGAINST DEFENDANT FIRST PRIORITY LLC**<br><br>Court:   Hon. Michael W. Fitzgerald |

I, Mansour Heidari, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1. I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection (Bureau). I am a forensic accountant working in the Office of Enforcement within the Bureau in Washington, D.C. I am also a Certified Public Accountant and Certified Fraud Examiner. As an employee with the Bureau, my current duties include conducting financial and data analysis in support of investigations and to be used as evidence in litigation. I have been an employee of the Bureau since November 6, 2011.

2. I am assigned to work on the Bureau's investigation and litigation involving the defendants in the above captioned case, which includes Defendant First Priority LLC (First Priority).

3. According to the Office of the Secretary of State of California, Defendant First Priority is a Wyoming LLC engaged in "document preparation"

with a principal office address of 1704 South Granada Ave., Alhambra, CA 91801, with Defendant Tuong Nguyen as its member/manger.  Ex. 1, First Priority LLC, June 28, 2018 CA SOS Statement of Information.

4.      During the course of the investigation and with regards to Defendant First Priority, I analyzed bank records from JP Morgan Chase & Co (JPMC) and Sunwest Bank (Sunwest) related to accounts controlled by the Defendant First Priority.  Specifically, I reviewed and analyzed financial records for the following accounts:

| Account Holder's Name | Bank Name | Account Type | Account Number | Date of First / Last Known Transaction | Name (Date) of Signatory / Authorized User on Account |
|---|---|---|---|---|---|
| First Priority, LLC | JP Morgan Chase & Co. | Checking | X8566 | 5/1/18 – 10/31/19 | Nguyen (5/1/18) |
| First Priority, LLC | Sunwest Bank | Checking | X0922 | 12/11/18 – 3/19/19 | Nguyen (11/1/18) |

I also analyzed bank records from JPMC for Co-Defendant True Count Staffing Inc. (True Count).

5.      During the course of analyzing the above referenced accounts, I determined that Defendant First Priority received deposits from two payment processors, Account Management Plus (AMP) and Reliant Account Management (RAM), both of which processed consumer payments on behalf of Defendant First Priority.  I also determined that funds were transferred between the above referenced accounts controlled by Defendant First Priority and accounts controlled by Co-Defendant True Count Staffing Inc. (True Count).  I created a true and correct summary of the transactions reflected in the JPMC and Sunwest account documents that I reviewed, which is attached hereto as Ex. 2.

Declaration of Mansour Heidari in Support of App. for Default Judgement

6.      Between May 23, 2018, and October 1, 2018, approximately $408,438.92 was transferred from an account at JPMC held by Co-Defendant True Count with account number ending in 1126 to Defendant First Priority's account at JPMC ending in 8566.  Between October 10, 2018, and December 31, 2018, all these funds were subsequently transferred from Defendant First Priority's JMPC account back to Co-Defendant True Count's JMPC account ending in 1126.

7.      From May 1, 2018, through December 31, 2018, Defendant First Priority received approximately $750.00 in total net electronic deposits to its JPMC account ending in 8566 from JPMC accounts ending in 7163 and 1126, which were controlled by Co-Defendant True Count.

8.      Additionally, from December 11, 2018, to December 25, 2018, Defendant First Priority received approximately $800 in total net electronic deposits to its Sunwest account ending in 0992, from its JPMC account ending in 8566.  This is the net amount of several transfers between Defendants First Priority and Co-Defendant True Count, and the funds originated from Co-Defendant True Count's accounts at JPMC ending in 7163 and 1126.

9.      Consequently, Defendant First Priority received total net deposits totaling $1,550 from accounts controlled by Co-Defendant True Count.

10.     In the course of my review and summary of Defendant First Priority's bank accounts, I determined that Defendant First Priority received its first direct incoming transfer from a payment processor on February 15, 2019, in the form of a transfer from AMP in the amount of $454 that was received in Defendant First Priority's bank account at JPMC ending in account number 8566.

11.     From February 1, 2019, through October 31, 2019, Defendant First Priority's JPMC account ending in 8566 received net electronic deposits, after accounting for electronic refunds and chargebacks, of approximately $160,563.80 that were processed by AMP.

Declaration of Mansour Heidari in Support of App. for Default Judgement

12.     From December 12, 2018, to March 19, 2019, Defendant First Priority's Sunwest account number ending in 0992 received net electronic deposits, after accounting for electronic refunds and chargebacks, from RAM in the approximate amount of $3,734.25.

13.     Based on my analysis of bank accounts and payment processor records and related transactions for the above accounts, Defendant First Priority received at least approximately $165,848.05 in net electronic payments from consumers from May 1, 2018, through October 31, 2019.  Of this amount, $1,550.00 consisted of consumer payments received by Co-Defendant True Count from payment processors that were subsequently transferred to Defendant First Priority; and approximately $164,298.05 consisted of consumer payments that were received by payment processors AMP and RAM, and subsequently transferred into accounts held by Defendant First Priority.

14.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September _10_, 2020

Mansour Heidari

Tustin, CA

4

Declaration of Mansour Heidari in Support of App. for Default Judgement

# EXHIBIT 1

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

**LLC-12**

18-C23567

# FILED

In the office of the Secretary of State
of the State of California

JUN 28, 2018

**This Space For Office Use Only**

**IMPORTANT —** Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC.  If you registered in California using an alternate name, see instructions.)

FIRST PRIORITY LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201814510288 | WYOMING |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| b. Mailing Address of LLC, **if different than item 4a**<br>1704 South Granada Ave. | Alhambra | CA | 91801 |
| c. Street Address of **California** Office, if Item 4a is not in California - Do not list a P.O. Box<br>1704 South Granada Ave. | Alhambra | CA | 91801 |

**5. Manager(s) or Member(s)**   If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed.  If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank).  If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank).  Note:  The LLC cannot serve as its own manager or member.  If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**6. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Tuong | Thanh | Nguyen | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 1704 South Granada Ave. | Alhambra | CA | 91801 |

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company
Document Preparation

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The Information contained herein, including any attachments, is true and correct.**

| 06/28/2018 | Tuong Thanh Nguyen | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)

Page 1 of 1

2017 California Secretary of State
www.sos.ca.gov/business/be

# EXHIBIT 2

| Date(s) | Description of transaction | Relevant Transactions for First Priority's JPMC Account Ending 8566 | Relevant Transactions for First Priority's Sunwest Account Ending 0992 |
|---|---|---|---|
| | SUMMARY OF RELEVANT DEFENDANT FIRST PRIORITY LLC BANKING ACTIVITY | | |
| 5/1/2018 | Check #2146 dated 5/1/18 from True Count Staffing JPMC Account Ending 7163 | $1,550.00 | |
| 5/23/2018 | Transfer from True Count Staffing JPMC Account Ending 1126 | $3,995.00 | |
| 5/23/2018 | Transfer from True Count Staffing JPMC Account Ending 1126 | $5.00 | |
| 6/27/2018 | Transfer from True Count Staffing JPMC Account Ending 1126 | $23,076.92 | |
| 10/1/2018 | Transfer from True Count Staffing JPMC Account Ending 1126 | $381,362.00 | |
| 10/10/2018 | ACH Transfer to True Count Staffing JPMC Account Ending 1126 | ($100,000.00) | |
| 10/11/2018 | ACH Transfer to True Count Staffing JPMC Account Ending 1126 | ($181,362.00) | |
| 10/11/2018 | ACH Transfer to True Count Staffing JPMC Account Ending 1126 | ($100,000.00) | |
| 12/11/2018 | Check #103 from First Priority JPMC Acct Ending 8566 Deposited into First Priority Sunwest Account Ending 0992 | ($2,000.00) | $2,000.00 |
| 12/12/2018 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 12/14/2018 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 12/18/2018 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 12/19/2018 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 12/21/2018 | ACH Charge by RAM Payment Processor | | ($18.00) |
| 12/21/2018 | ACH Charge by RAM Payment Processor | | ($50.25) |
| 12/25/2018 | Check #5000 from First Priority Sunwest Account Ending 0992 Deposited into First Priority JPMC Account Ending 8566 | $1,200.00 | ($1,200.00) |
| 12/26/2018 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 12/27/2018 | ACH Transfer to True Count JPMC Account Ending 1126 | ($4,000.00) | |
| 12/31/2018 | ACH Transfer to True Count JPMC Account Ending 1126 | ($23,076.92) | |
| 1/3/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 1/8/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 1/14/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 1/15/2019 | ACH Charge by RAM Payment Processor | | ($20.10) |
| 1/16/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 1/23/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 2/5/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 2/12/2019 | ACH Charge by RAM Payment Processor | | ($20.10) |
| 2/14/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 2/15/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 2/26/2019 | ACH Charge by RAM Payment Processor | | ($10.05) |
| 2/1/19 to 2/28/19 | Transfers to First Priority from Account Management Pro Payment Processor | $1,720.84 | |
| 3/19/2019 | Transfer to First Priority from RAM Payment Processor | | $3,983.40 |
| 3/1/19 to 3/31/19 | Transfers to First Priority from Account Management Pro Payment Processor | $10,327.15 | |
| 4/1/19 to 4/30/19 | Transfers to First Priority from Account Management Pro Payment Processor | $47,142.13 | |
| 5/1/19 to 5/31/19 | Transfers to First Priority from Account Management Pro Payment Processor | $47,119.37 | |
| 6/3/19 to 6/27/19 | Transfers to First Priority from Account Management Pro Payment Processor | $29,757.77 | |
| 7/1/19 to 7/31/19 | Transfers to First Priority from Account Management Pro Payment Processor | $10,834.77 | |
| 8/1/19 to 8/30/19 | Transfers to First Priority from Account Management Pro Payment Processor | $10,218.82 | |
| 9/1/19 to 9/30/19 | Transfers to First Priority from Account Management Pro Payment Processor | $2,226.95 | |
| 10/1/19 to 10/31/19 | Transfers to First Priority from Account Management Pro Payment Processor | $1,216.00 | |
| | **Net Totals** | **$161,313.80** | **$4,534.25** |
| | **Net Total of First Priority JPMC and Sunwest Account Transactions** | **$165,848.05** | |
| | Net Total of Transfers To or From Account Managment Pro or RAM Payment Processors | $160,563.80 | $3,734.25 |
| | Net Total of Transactions To or From True Count Staffing | $750.00 | $800.00 |
| | **Net Total Transfers Into First Priority Accounts** | **$161,313.80** | **$4,534.25** |
| | **Net Total Received by First Priority from Payment Processors RAM and Account Management Pro and from True Count Staffing** | **$165,848.05** | |