# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **DECLARATION OF LISA JONES** |

I, Lisa Jones, hereby declare as follows:

1. I am a Certified Insolvency and Restructuring Advisor and Certified Fraud Examiner. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to the facts stated herein.

2. I am a citizen of the United States and over the age of eighteen (18) years old. I am employed by Thomas W. McNamara, the Court-appointed Receiver in this case. My office address is 655 West Broadway, Suite 1680, San Diego, California 92101.

3. On October 23, 2019, the Receiver provided JPMorgan Chase Bank, N.A. ("JPMC") notice of the Temporary Restraining Order entered on October 21, 2019 (ECF No. 24).

4. On October 29, 2019, JPMC responded by letter indicating that, among other accounts, First Priority LLC's account ending 8566 had been frozen in the amount of $159,457.33.

5. On November 26, 2019, JPMC transferred $159,520.33 from First Priority LLC's account ending 8566 to the receivership.

6. On October 23, 2019, the Receiver provided Sunwest Bank ("Sunwest") notice of the Temporary Restraining Order entered on October 21, 2019 (ECF No. 24).

7. On October 25, 2019, Sunwest responded by letter indicating that, among other accounts, First Priority LLC's account ending 0992 had been frozen in the amount of $4,534.25.

8. On November 26, 2019, Sunwest transferred $4,534.25 from First Priority LLC's account ending 0992 to the receivership.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of September, 2020, in San Diego, California.

Lisa Jones