# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Raquel L. Rubio | 2a. Contact Phone Number: 310-229-0372 | 3a. Contact E-mail Address: rlrubio@venable.com |
| 1b. Attorney Name (if different): Witt W. Chang | 2b. Attorney Phone Number: 310-229-0366 | 2b. Attorney E-mail Address: wwchang@venable.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Witt W. Chang
Venable LLP
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

**5. Name & Role of Party Represented:** Former Attorneys for Defts True Count, Albert Kim, Kaine Wen and Relief Deft Infinite Mgmt

**6. Case Name:** Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center, et al.

**7a. District Court Case Number:** 8:19-cv-01998-MWF-KS     **7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):**

☐ DIGITALLY RECORDED  ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS | | | b. SELECT FORMAT(S) | | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
| 08/31/2020 | MWF | Motion to Withdrawal as Counsel of Record | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ _____ | 14-Day |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |
| | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date: October 16, 2020    Signature: /s/ Witt W. Chang

G-120 (06/18)


American LegalNet, Inc.
www.FormsWorkFlow.com