**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
REBECCA MORSE, Deputy City Attorney (CA Bar No. 314853)

OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

*Attorneys for Plaintiff the People of the State of California*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF <br><br> **PLAINTIFFS' APPLICATION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT TRUE COUNT STAFFING INC.** <br><br> Court:  Hon. Michael W. Fitzgerald |

Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California (Plaintiffs) respectfully request that the Clerk of Court enter default against Defendant True Count Staffing Inc., d/b/a SL Account Management (True Count), pursuant to Federal Rule of Civil Procedure 55(a) and the Court's order dated September 3, 2020. (Dkt. No. 215.)  As shown in the accompanying affidavit of the undersigned counsel, Defendant True Count was served with a copy of the original complaint on October 23, 2019, by serving a copy on True Count's then counsel of record, Witt W. Chang.  (Dkt. No. 80.).  On February 24, 2020, then counsel of record for Defendant True Count was served with a copy of the First Amended Complaint via CM/ECF.  (Dkt. No. 134.)

On May 7, 2020, the Court issued an order extending the deadline for Defendant True Count and select additional defendants to respond or answer to July 13, 2020, and on July 10, 2020, the Court further extended the deadline to respond or answer to July 31, 2020. (Dkt. Nos. 152 & 167.)

On July 24, 2020, counsel for Defendant True Count filed a motion to withdraw as counsel of record. (Dkt. No. 168.) By order dated July 31, 2020, the Court ordered additional briefing on the motion to withdraw, and further ordered that then counsel for Defendant True Count respond to the First Amended Complaint by August 7, 2020. (Dkt. No. 177.) On August 7, 2020, Defendant True Count filed its answer to the First Amended Complaint. (Dkt. No. 193.) Relatedly, Defendant True Count filed its demand for jury trial on August 17, 2020. (Dkt. No. 194.)

The Court held a hearing on the motion to withdraw on August 31, 2020, and granted the withdrawal in an order issued on September 3, 2020. (Dkt. No. 215.). As it relates to Defendant True Count, the Court ordered as follows:

> As for Defendants Infinite and True Count, the basic rule is that a corporation must appear in federal court through counsel. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993) (only natural persons may proceed *in forma pauperis* because, *inter alia*, organizations need a lawyer in federal court). Accordingly, because Infinite and True Count cannot proceed pro se in this action, they must fill [sic] notice with the Court no later than **October 16, 2020** that they have retained new counsel. Should they fail to file the above notice, the Court shall strike their Answers (Docket Nos. 191, 193), and Plaintiffs shall apply for entry of default against Infinite and True Count by no later than **October 30, 2020**, and shall move for default judgment within ten (10) days of entry of default by the Clerk.

(Dkt. No. 215 at 3-4 (emphasis in original).)[1]

Because Defendant True Count has not retained counsel within the time allowed by the Court, and because the Court has ordered that its answer be stricken, meaning that True Count has not otherwise filed a defense in this action, Plaintiffs respectfully request that the Clerk enter default against Defendant True Count.

Dated: October 30, 2020

Respectfully submitted,

By: /s/ *N. Nathan Dimock*
N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

By: /s/ *M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Phone: (919) 716-6039

---

[1] The Court also ordered that if Relief Defendant Infinite Management Corp failed to notice the retention of counsel by October 16, the Court would strike the company's answer and that Plaintiffs were to file for entry of default against the company by October 30. While the company missed the Court's deadline, Plaintiffs are not applying for entry of default against Infinite Management at this time, as attorney Julian King Burns entered an appearance on behalf of the company on October 29. (Dkt. No. 228.)

Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

Attorney for Plaintiff
State of North Carolina

By: /s/ *Evan Romanoff*
Evan Romanoff (admitted *pro hac vice*)
Atty. Reg. No. 0398223
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Phone: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff
State of Minnesota

By: /s/ *Christina Tusan*
Christina Tusan,
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
213-473-6908
Email: christina.tusan@lacity.org

I, Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *N. Nathan Dimock*
N. Nathan Dimock