UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-1998-MWF (KSx)            **Date:** November 3, 2020

Title:    Bureau of Consumer Financial Protection et al. v. Consumer Advocacy Center Inc. et al.

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER STRIKING ANSWER OF DEFENDANT TRUE COUNT

On September 3, 2020, the Court granted Venable LLP's motion to withdraw as counsel of record for Defendants True Count Staffing, Inc. ("True Count"), and Relief Defendant Infinite Management Corp. ("Infinite"). (Docket No. 215). The Court warned Infinite and True Count that, as corporations, they could not proceed pro se in this action and ordered them to file notice with the Court no later than October 16, 2020, that they have retained new counsel. (*Id.* at 4). The Court warned that should Infinite or True Count fail to file such notice, the Court would strike their Answers (Docket Nos. 191, 193), and Plaintiffs should apply for entry of default against Infinite and True Count by no later than October 30, 2020, and move for default judgment within ten (10) days of entry of default by the Clerk. (Docket No. 215 at 4).

On October 29, 2020, Infinite filed a notice of attorney appearance. (Docket No. 228). Although Infinite's notice was filed nearly two weeks after the Court's deadline, the Court will not strike Infinite's answer. However, Infinite must *scrupulously* comply with the Court's deadlines in the future.

On October 30, 2020, Plaintiffs filed a request for entry of default against True Count, but declined to request entry of default against Infinite because of Infinite's October 29, 2020 notice of attorney appearance. (Docket No. 229).

---

**CIVIL MINUTES—GENERAL**            1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-1998-MWF (KSx)           **Date:** November 3, 2020

Title:     Bureau of Consumer Financial Protection et al. v. Consumer Advocacy Center Inc. et al.

True Count has not filed a notice of attorney appearance as of the date of this order. (*See generally* Docket). Accordingly, True Count's Answer (Docket No. 193) is **STRICKEN**.

Plaintiffs shall move for default judgment against True Count within ten (10) days of entry of default by the Clerk.

IT IS SO ORDERED.