SARAH PREIS (D.C. Bar No. 997387) (Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (N.Y. Bar No. 5145495) (Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
1700 G Street, NW
Washington, DC 20552
N. NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>   Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**DECLARATION OF PLAINTIFFS' COUNSEL IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TRUE COUNT STAFFING INC.**<br><br>Court:  Hon. Michael W. Fitzgerald |

I, N. Nathan Dimock, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the Bureau of Consumer Financial Protection (Bureau), an agency of the United States and a Plaintiff in this lawsuit.

2. The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties.

3. On February 24, 2020, Plaintiffs the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California filed their First Amended Complaint ("Amended Complaint") in the United States District Court for the Central District of California against, among others, True Count Staffing Inc. (True Count). (Dkt. No. 134.) The Complaint alleges, among other things, that by engaging in a deceptive student loan modification scheme, Defendant True Count violated §§ 1031, 1036(a), 1054, and 1055 of the Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536(a), 5564 & 5565, and the Telemarketing and Consumer Fraud and Abuse Prevention Act (Telemarketing Act), 15 U.S.C. §§ 6101-6108, and its implementing regulation, the Telemarketing Sales Rule (TSR), 16 C.F.R. Part 310 (Counts I-IV, VII-VIII, & XI); the Minnesota Prevention of Consumer Fraud Act, Minn. Stat. § 325F.69, et seq. (Count XIII), and Uniform Deceptive Trade Practices Act, Minn. Stat. § 325D.43, et seq. (Count XIV); the North Carolina Debt Adjusting Act, N.C. Gen. Stat. § 14-423, et seq. (Count XV), Unfair and Deceptive Practices Act, N.C. Gen. Stat. § 75-1.1 (Count XVI), and Telephonic Seller Registration Act, N.C. Gen. Stat. § 66-260, et seq. (Count XVII); and the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, et seq. (Count XVIII). On the same day, True Count's then counsel of record was served with a copy of the Amended Complaint through the Court's CM/ECF system.

4. After the Court granted several extensions for defendants, including True Count, to respond to the Amended Complaint, on July 24, 2020, counsel for Defendant True Count filed a motion to withdraw as counsel of record. (Dkt. No. 168.) By order dated July 31, 2020, the Court ordered additional briefing on the motion to withdraw and

ordered that then counsel for Defendant True Count respond to the Amended Complaint by August 7, 2020.  (Dkt. No. 177.)   On August 7, 2020, Defendant True Count filed its answer.  (Dkt. No. 193.)

  5. The Court held a hearing on the motion to withdraw on August 31, 2020 and granted the withdrawal in an order issued on September 3, 2020.  (Dkt. No. 215.)  As it relates to Defendant True Count, the Court ordered that "because . . . True Count cannot proceed pro se in this action," the company was required to notice the retention of counsel by October 16, 2020, and, if it failed to do so, the Court would strike its answer and Plaintiffs would be required to apply for entry of default by October 30, 2020, "and shall move for default judgment within ten (10) days of entry of default by the Clerk." (Dkt. No. 215 at 3-4.)

  6.  Because True Count failed to notice the retention of counsel by October 16, on October 30, 2020, Plaintiffs filed an application for the Clerk to enter default against the company.  (Dkt. No. 229.)

  7. On November 3, 2020, the Court entered an order striking True Count's answer, and the Clerk of the Court entered default against the company on the same day. (Dkt. Nos. 230 & 231.)  A true and correct copy of the Clerk's entry of default is attached hereto as Exhibit 1.

  9. As of the date of this filing, Defendant True Count has failed to appear or otherwise respond to the allegations in the Amended Complaint, nor has it responded to or moved to vacate the entry of default by the Clerk of the Court.

  10. Defendant True Count is a corporation, not a natural person, and therefore cannot be an infant or incompetent person under Rule 55(b) of the Federal Rules of Civil Procedure and cannot be in military service under the Servicemembers Civil Relief Act, 50 U.S.C. § 521.

  11. I caused Defendant True Count to be served with written notice of the instant notice of application and application for default judgment at least twenty-eight

days before any hearing on the application by causing copies of the notice, application and related filings to be delivered to corporate Defendant True Count, in care of its sole corporate officer, Defendant Kaine Wen, at the addresses on file with the California Secretary of State. *See* Exh. 2. The notice states the amount of damages and civil penalties requested by Plaintiffs. The notice further states that Plaintiffs request that the Court vacate the hearing and rule on the papers without a hearing if Defendant True Count fails to appear or respond within 28-days after service. Because Defendant Wen is the only officer of Defendant True Count listed with the California Secretary of State, out of an abundance of caution, I also caused the delivery of electronic copies of the notice, application and related filings to counsel for individual Defendant Wen.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Dated: November 13, 2020        Respectfully submitted,

By: /s/ *N. Nathan Dimock*
N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

# EXHIBIT 1

Case 8:19-cv-01998-MWF-KS Document 233-2 Filed 11/13/20 Page 5 of 10 Page ID #:6356

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>CONSUMER ADVOCACY CENTER INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:19−cv−01998−MWF−KS<br><br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  True Count Staffing Inc.

 

Clerk, U.S. District Court

  November 3, 2020                         By  */s/ Ingrid Valdes*
Date                                            Deputy Clerk

CV−37 (10/01)                       **DEFAULT BY CLERK F.R.Civ.P. 55(a)**

# EXHIBIT 2

| ARTS-CL | Articles of Incorporation of a Close Corporation |
|---|---|

3993846

To form a **close corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:
- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

Note: *Before submitting the completed form*, you should consult with a private attorney for advice about your specific business needs.

FILED 
Secretary of State
State of California

**FEB 13 2017**

1 PC    This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the proposed corporation name. The name **must** include the word Corporation, Incorporated or Limited or an abbreviation of one of those words. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is __True Count Staffing Inc.__

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. **Do not** list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. __Kaine Wen__
Agent's Name

b. __777 E Sierra Madre Ave__   __Azusa__   CA __91702__
Agent's Street Address (if agent is **not** a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip

**Corporate Addresses**

④ a. __777 E Sierra Madre Ave__   __Azusa__   __CA 91702__
Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip

b. _____
Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock.
The total number of shares which this corporation is authorized to issue is __100__.

**Number of Shareholders** (List the number of shareholders the corporation is authorized to have. The number *must not exceed 35*.)

⑥ This corporation is a **Close Corporation**. All of the corporation's issued shares of stock, of all classes, will be held of record by not more than __3__ persons.
(Must not exceed 35)

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _[signature]_      __Kaine Wen__
Incorporator - Sign here      Print your name here

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | **By Mail** Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | **Drop-Off** Secretary of State 1500 11th Street., 3rd Floor Sacramento, CA 95814 |
|---|---|---|

Corporations Code §§ 158 and 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-CL (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

# State of California
## Secretary of State

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

S

1. **CORPORATE NAME**

2. **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | | |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | | |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. | SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. | CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | | |
|---|---|---|---|---|---|
| 10. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

_____     _____     _____     _____
DATE                    TYPE/PRINT NAME OF PERSON COMPLETING FORM          TITLE                           SIGNATURE

SI-200 (REV 01/2013)                          **Page 1 of 1**                           APPROVED BY SECRETARY OF STATE

| | | |
|---|---|---|
| Secretary of State **Statement of Information** (California Stock, Agricultural Cooperative and Foreign Corporations) | 133 | **SI-550** |

**IMPORTANT** — Read instructions **before completing this form.**

Fees (Filing plus Disclosure) – $25.00;

Copy Fees – First page $1.00; each attachment page $0.50; Certification Fee - $5.00 plus copy fees

**FILED**
Secretary of State
State of California

**SEP 25 2018**

*This Space For Office Use Only*

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

TRUE COUNT STAFFING INC

**2. 7-Digit Secretary of State File Number**

3993846

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |
| b. Mailing Address of Corporation, **If different than Item 3a** | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer/ First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| KAINE | | WEN | |
| Address | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |
| b. Secretary First Name | Middle Name | Last Name | Suffix |
| KAINE | | WEN | |
| Address | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |
| c. Chief Financial Officer/ First Name | Middle Name | Last Name | Suffix |
| KAINE | | WEN | |
| Address | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name **and** address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| KAINE | | WEN | |
| Address | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |

b. Number of Vacancies on the Board of Directors, if any [ ]

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| TUONG | | NGUYEN | |
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

Describe the type of business or services of the Corporation
OFFICE WORK

**8. The Information contained herein, including in any attachments, is true and correct.**

| 08/16/18 | KAINE WEN | PARTNER | *[signature]* |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be