# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**DECLARATION OF MANSOUR HEIDARI IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TRUE COUNT STAFFING INC.**<br><br>Court:  Hon. Michael W. Fitzgerald |

    I, Mansour Heidari, pursuant to 28 U.S.C. § 1746, hereby state and declare that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

    1.    I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection (Bureau). I am a forensic accountant working in the Office of Enforcement within the Bureau in Washington, D.C. I am also a Certified Public Accountant and Certified Fraud Examiner. As an employee with the Bureau, my current duties include conducting financial and data analysis in support of investigations and to be used as evidence in litigation. I have been an employee of the Bureau since November 6, 2011.

    2.    I am assigned to work on the Bureau's investigation and litigation involving the defendants in the above-captioned case, which includes Defendant True Count Staffing Inc. (True Count).

    3.    During the course of the investigation and litigation of this case, I received and analyzed bank records from JP Morgan Chase & Co (JPMC) related

1  to accounts controlled by Defendant True Count.  Specifically, I reviewed and
2  analyzed financial records for the following account:

| Account Holder's Name | Bank Name | Account Type | Account Number | Date of First / Last Known Transaction | Name (Date) of Signatory / Authorized User on Account |
|---|---|---|---|---|---|
| True Count Staffing Inc. | JP Morgan Chase & Co. | Checking | X1126 | 1/1/18 – 8/31/19 | T Nguyen 4/13/17<br>K Wen 4/13/17<br>A Kim 8/27/18<br>T Nguyen 8/27/18<br>K Wen 8/27/18 |

13  I also analyzed the profit and loss statement for True Count, which covered all
14  periods from January 1, 2018 to August 24, 2019.  I determined this is the period
15  covered by True Count's profit and loss statement by comparing it to the
16  transactions contained in True Count's general ledger that was obtained by
17  download from the company's accounting software, QuickBooks.  I then used the
18  JPMC bank records for the period from August 25, 2019 through August 31, 2019
19  to complete my analysis of the company's revenue net of refunds for the periods
20  from January 1, 2018 to August 31, 2019.  While I understand that True Count
21  continued to operate until the filing of the instant case, revenues to True Count
22  after August 31 are not included in my analysis because I did not have bank
23  records for the company beyond that date.  Therefore, my analysis likely
24  understates the total revenue received by the company.  My summary of the
25  relevant information contained in the evidence I reviewed, and my analysis of that
26  information, is attached hereto as Exhibit 1.

4. During the course of analyzing the above-referenced accounts, I determined that Defendant True Count received deposits from three payment processors, National Merchant Center (NMC) which identifies its transactions with the word "Bankcard", Electronic Merchant Services (EMS), and Quantum Electronic Payments (Quantum), all of which processed consumer payments on behalf of Defendant True Count. The first transaction was with NMC on March 2, 2018. I also determined that funds received by a related company called Horizon Consultants were transferred to True Count and recorded as revenue. A true and correct summary of the revenues received from the above sources net of refunds both electronic and by check are reflected in Exhibit 1.

5. Between March 2, 2018, and August 24, 2019, $60,826,504.52 was received by True Count from NMC, EMS, Quantum, and Horizon Consultants. Refunds from these sources, either electronically or by check, amounted to $6,179,675.28. Therefore, True Count's revenue net of refunds and chargebacks for this time period amounted to $54,646,829.24. Notably, this amount would not include any fees charged by NMC, EMS, or Quantum that were deducted from consumer payments and retained by the processors prior to the transfers to True Count.

6. According to the JPMC records, from August 25, 2019, through August 31, 2019, Defendant True Count received from NMC another $713,987.90.

7. Based on my analysis, and as reflected in my attached summary exhibit, from March 2, 2018 to August 31, 2019, True Count received revenue net of refunds and chargebacks totaling $55,360,817.14.

Executed on November 12, 2020

Mansour Heidari

Tustin, CA

# EXHIBIT 1

**True Count Staffing Inc. Revenue Net of Refunds and Chargebacks**
**March 2, 2018 through August 31, 2019**

**From Profit & Loss Statement and General Ledger March 2, 2018 through August 24, 2019**

| | | |
|---|---|---:|
| Total Amount Received from NMC/BankCard | $ | 50,392,903.14 |
| Total Amount Received from EMC | $ | 1,264,791.58 |
| Total Amount Received from Quantum | $ | 5,927,704.82 |
| Total Amounts Received from Co-Defendant Horizon Consultants, LLC | $ | 3,240,785.81 |
| Other Amount Recorded as Revenue by True Count | $ | 319.17 |
| **Total Amount Received and Recorded as Revenue** | **$** | **60,826,504.52** |
| | | |
| Toal Refunds and Chargebacks by Checks | $ | 1,187,975.53 |
| Toal EMS Refunds and Chargebacks | $ | 225,903.90 |
| Total NMC/BankCard Refunds and Chargebacks | $ | 4,765,795.85 |
| **Total Amount of Refunds and Chargebacks** | **$** | **6,179,675.28** |
| | | |
| **Gross Revenues from Profit & Loss and General Ledger** | **$** | **54,646,829.24** |

**From JP Morgan Chase Account Ending in 1126 August 25 through August 31, 2019**

| | | |
|---|---|---:|
| Amounts Received from NMC/BankCard | $ | 713,987.90 |
| | | |
| **Total Gross Revenue Net of Refunds and Chargebacks** | **$** | **55,360,817.14** |