UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **DECLARATION OF LISA JONES** |

I, Lisa Jones, hereby declare as follows:

1. I am a Certified Insolvency and Restructuring Advisor and Certified Fraud Examiner. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to the facts stated herein.

2. I am a citizen of the United States and over the age of eighteen (18) years old. I am employed by Thomas W. McNamara, the Court-appointed Receiver in this case. My office address is 655 West Broadway, Suite 1680, San Diego, California 92101.

3. On October 23, 2019, the Receiver provided BNY Mellon notice of the Temporary Restraining Order entered on October 21, 2019 ("TRO," ECF No. 24).

4. On October 24, 2019, BNY Mellon responded by email indicating that, among other accounts, True Count Staffing Inc.'s account ending 2000 had been frozen in the amount of $2,824.83.

5. On January 17, 2020, BNY Mellon transferred $2,832.83 from True Count Staffing Inc.'s account ending 2000 to the receivership.

6. On July 2, 2020, BNY Mellon sent an email to the Receiver's counsel, Edward Chang, notifying him of a residual balance of $1.90 in True Count Staffing Inc.'s account ending 2000 and requesting instructions.

7. On July 28, 2020, BNY Mellon transferred the remaining $1.90 from True Count Staffing Inc.'s account ending 2000 to the receivership.

8. On October 23, 2019, the Receiver provided JPMorgan Chase Bank, N.A. ("JPMC") notice of the TRO.

9. On October 29, 2019, JPMC responded by letter indicating that, among other accounts, True Count Staffing Inc.'s account ending 1126 had been frozen in the amount of $8,887.95.

10. On November 26, 2019, JPMC transferred $8,887.95 from True Count Staffing Inc.'s account ending 1126 to the receivership.

11. October 23, 2019, the Receiver provided Sunwest Bank ("Sunwest") notice of the TRO.

12. On October 25, 2019, Sunwest responded by letter indicating that, among other accounts, True Count Staffing Inc. dba SL Account Mgmt.'s account ending 2499 had been frozen in the amount of $364,355.56.

13. On November 26, 2019, Sunwest transferred $361,180.24 from True Count Staffing Inc. dba SL Account Mgmt.'s account ending 2499 to the receivership.

14. October 23, 2019, the Receiver provided Wells Fargo Bank, N.A. ("Wells Fargo") notice of the TRO.

15. On October 24, 2019, Wells Fargo responded by letter indicating that, among other accounts, True Count Staffing Inc.'s account ending 7276 had been frozen in the amount of $1,500.00.

16. On December 5, 2019, Wells Fargo transferred $1,500.00 from True Count Staffing Inc.'s account ending 7276 to the receivership.

17. October 23, 2019, the Receiver provided Electronic Merchant Systems ("EMS") notice of the TRO.

18. On November 4, 2019, EMS, through its counsel, responded by letter indicating that, among other accounts, True Count Staffing Inc. dba SL Account Mgmt.'s account ending 5266 had been frozen in the amount of $144,446.37.

19. On March 9, 2020, EMS transferred $144,446.37 from True Count Staffing Inc. dba SL Account Mgmt.'s account ending 5266 to the receivership.

20. October 23, 2019, the Receiver provided National Merchant Center ("NMC") notice of the TRO.

21. On October 30, 2019, NMC, through its counsel, provided a declaration stating that NMC had two accounts for True Count Staffing Inc. The account titled True Count Staffing Inc. dba Premier Student Loan Center had reserve funds of $1,443,717.86 and the account titled True Count Staffing Inc. dba SL Account Mgmt. had reserve funds of $2,120,775.87.

22. On June 19, 2020, NMC transferred $1,336,034.74 from True Count Staffing Inc. dba Premier Student Loan Center's account and $1,466,016.48 from True Count Staffing Inc. dba SL Account Mgmt.'s account to the receivership. NMC retained the balance of the reserve funds at that time based on the potential of ongoing customer chargebacks.

23. On October 27, 2020, the Receiver's counsel was informed that NMC still had a reserve balance for True Count Staffing Inc. dba Premier Student Loan

Center in the amount of $99,299.55 and a reserve balance for True Count Staffing Inc. dba SL Account Mgmt in the amount of $488,513.97. The Receiver has demanded the return of these remaining reserve funds.

24. October 23, 2019, the Receiver provided Quantum Electronic Payments, LLC ("Quantum") notice of the TRO.

25. On June 26, 2020, counsel for Commercial Bank of California, the acquiring bank for Quantum, contacted Receiver's counsel Edward Chang, confirming that they held reserve funds for Quantum and that they would transfer those funds directly to the Receiver.

26. On June 29, 2020, funds in the amount of $476,963.32 were transferred from the reserve funds held by Quantum on behalf of True Count Staffing Inc. to the receivership.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of November, 2020, in San Diego, California.

_Lisa M Jones_
Lisa Jones