UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**ORDER GRANTING RECEIVER'S SECOND INTERIM FEE APPLICATION [223]** |

Thomas W. McNamara, as court-appointed Receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and his professionals for the receivership.

Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Defendants by the Temporary Restraining Order ("TRO," ECF No. 24), which appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered November 15, 2019 (ECF No. 103).

The TRO and PI authorize the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of

duties and responsibilities under the authority granted by this Order[.]"  PI, Section XV(J); *see also* TRO, Section XIII(J), page 22 (same).

The TRO and PI also provide that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by or in the possession or control of, or which may be received by, the Receivership Defendants."  PI, Section XX; *see also* TRO, Section XVII, page 33 (same).

The Court has reviewed the Receiver's Declaration and supporting documents, and is satisfied with the Receiver's application and approves payment of the following requested amounts for fees and expenses for the nine month period December 1, 2019 through August 31, 2020:  $127,554.50 fees and $4,246.18 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; and $152,512.00 fees and $4,819.58 expenses of the Receiver's counsel, McNamara Smith LLP.

**IT IS SO ORDERED.**

Dated:  November 16, 2020

_____
Michael W. Fitzgerald
United States District Judge