# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV 19-1998 MWF (KSx) |
| v. | |
| CONSUMER ADVOCACY CENTER INC., et al., | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 11/13/2020 | 233 | Application for Default Judgment |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☑ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Plaintiffs shall file and serve a CORRECTED Notice of Application, setting forth the correct DATE, time and location. Proof of Service of the Corrected Notice shall be filed no later than November 30, 2020. Failure to file and serve Corrected Notice will result in the Application being stricken.

Clerk, U.S. District Court

Dated: November 19, 2020      By: Rita Sanchez/sjm
                                  Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge