**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454/Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov/mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
REBECCA MORSE, Deputy City Attorney (CA Bar No. 314853)
OFFICE OF THE CITY ATTORNEY

200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

*Attorneys for Plaintiff the People of the State of California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | **(RE: ECF NO. 237 PLAINTIFFS' CORRECTED NOTICE OF APPLICATION AND APPLICATION FOR ENRTY OF DEFAULT JUDGMENT AGAINST DEFENDANT TRUE COUNT STAFFING INC.)** |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | |
| Defendants. | Court: Hon. Michael W. Fitzgerald |

I, N. Nathan Dimock, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I, the undersigned, certify and declare that I am over the age of 18 years, employed as an attorney for the Bureau of Consumer Financial Protection (Bureau), an agency of the United States and a Plaintiff in this lawsuit.

2. The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties.

3. On this 20th day of November, 2020, I caused true and correct copies of the following documents to be served on Defendant True Count Staffing Inc. by depositing the documents in sealed envelopes with the United Parcel Service, Next Day Air shipping prepaid:

- NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY

2
Proof of Svc. Corrected Notice of Appl. and Appl. for Default Judgment Against True Count

- FILED DOCUMENTS (ECF No. 235);
- RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS (ECF No. 236); and
- PLAINTIFFS' CORRECTED NOTICE OF APPLICATION AND APPLICATION FOR ENRTY OF DEFAULT JUDGMENT AGAINST DEFENDANT TRUE COUNT STAFFING INC. (ECF No. 237)

addressed to the following addresses on file with the California Secretary of State:

- True Count Staffing Inc., 7545 Irving Center Dr., Suite 200, PMB #108, Irvine, CA 92618; and
- True Count Staffing Inc., 777 E. Sierra Madre Ave., Azusa, CA 91702.

4.  I hereby declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2020, at Washington, DC.

Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

1
2  Attorney for Plaintiff
3  Bureau of Consumer Financial Protection
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28