EXHIBIT A

**SLAM Receivership**
**Receipts and Disbursements Summary**
**through November 30, 2020**

| | | |
|---|---:|---:|
| **Receipts** | | |
|    Frozen Funds from Banks/Merchant Processors | | $ 8,429,075.35 |
|    IOLTA Funds re: True Count Staffing | | $ 300,000.00 |
|    Liquidation of Assets [Nguyen Bitcoin] | | $ 113,606.59 |
|    Sale of Furniture & Equipment | | $ 29,000.00 |
|    Money Market Account Interest | | $ 5,771.16 |
| **Total Receipts** | | $ 8,877,453.10 |
| | | |
| **Disbursements** | | |
|    Court-Ordered Payments to Plaintiffs as Part of Settlements [ECF Nos. 205, 210] | | $ 1,490,000.00 |
|    CRM Services | | $ 5,956.00 |
|    Professional Fees | | $ 321,250.86 |
|       Legal Fees | $ 159,754.44 | |
|       Receiver's Fees | $ 123,889.94 | |
|       IT Forensic Consultant Fees | $ 19,174.98 | |
|       Private Investigators/Security | $ 18,431.50 | |
|    Record Productions | | $ 61.75 |
|    Records Storage | | $ 1,832.00 |
|    Telephone Lines | | $ 28,422.97 |
|    Vehicle Costs | | $ 500.00 |
|    Web Developer Services | | $ 510.00 |
|    Winddown Costs re: Receivership Sites | | $ 1,958.75 |
| **Total Disbursements** | | $ 1,850,492.33 |
| | | |
| Net Cash at 11/30/2020 | | $ 7,026,960.77 |