UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **NOTICE OF APPLICATION AND APPLICATION FOR ENTRY OF PROPOSED STIPULATED PROTECTIVE ORDER** <br><br> Court:   Hon. Michael W. Fitzgerald <br>             Courtroom 5A |

    Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby files the attached proposed Stipulated Protective Order agreed to by counsel for Plaintiffs the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California; active Defendants Albert Kim, Kaine Wen and TAS 2019 LLC; and active Relief Defendants Infinite Management Corp., 1st Generation Holdings, LLC, and Sarah Kim (collectively, Stipulating Parties).

    The Court-appointed receiver, Thomas McNamara, does not object to entry of the proposed Stipulated Protective Order.  Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, through counsel for the Chapter 7 Trustee Sonya Salkin Slott, takes no position on the proposed Stipulated Protective Order.  Counsel for Plaintiff Bureau did not confer with counsel for terminated parties or with defaulting defendants True

Count Staffing Inc. or First Priority LLC.  Nor did Plaintiff Bureau confer with corporate relief defendant Anan Enterprise, Inc., which has not noticed the appearance of counsel and proceedings against which are currently stayed.  The Bureau nonetheless proposes entry of the proposed Stipulated Protective Order as to all parties for the reasons of good cause as set forth in the proposed Stipulated Protective Order.

Pursuant to Magistrate Judge Stevenson's procedures for stipulated protective orders and expedited review, a Word version of the proposed Stipulated Protective Order, which is substantially based on the model protective order available on Magistrate Judge Stevenson's webpage, and a redline comparing the model and proposed Stipulated Protective Order are being transmitted via electronic mail to chambers for Magistrate Judge Stevenson.

Dated: December 8, 2020          Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

2
**STIPULATED PROTECTIVE ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2020, I filed the following documents with the Clerk of the Court using CM/ECF.

- NOTICE OF APPLICATOIN AND APPLICATION FOR ENTRY OF PROPOSED STIPULATED PROTECTIVE ORDER

- [PROPOSED] STIPULATED PROTECTIVE ORDER

Per the Court's procedures, I also emailed a Word copy of the Proposed Stipulated Protective Order, and a redline comparison of the CDCA model and proposed order, to chambers for Magistrate Judge Stevenson.

Dated: December 8, 2020

Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection