# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **NOTICE OF LOGING OF [PROPOSED] DEFAULT JUDGMENT AND ORDER AGAINST DEFENDANTS FIRST PRIORITY LLC AND TRUE COUNT STAFFING INC.** <br><br> Court:  Hon. Michael W. Fitzgerald <br> Courtroom 5A |

**NOTICE OF LOGING OF
[PROPOSED] DEFAULT JUDGMENT AND ORDER AS TO
DEFENDANTS FIRST PRIORITY LLC AND
TRUE COUNT STAFFING INC.**

PLEASE TAKE NOTICE that Plaintiffs the Bureau of Consumer Financial

Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California lodge the attached [Proposed] Default Judgment and Order as to Defendants First Priority LLC and True Count Staffing Inc. ("Proposed Judgment"). The Proposed Order is filled in connection with Plaintiffs applications for default judgment against Defendants First Priority LLC and True Count Staffing Inc. (Docket Nos. 219 & 233), and pursuant to the Court's December 1, 2020 Order granting the applications for default and directing Plaintiffs to file the instant Proposed Judgment (Docket No. 243).

Dated: December 14, 2020                    Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of December 2020, I filed the following documents with the Clerk of the Court using CM/ECF:

- NOTICE OF LOGING OF [PROPOSED] DEFAULT JUDGMENT AND ORDER AS TO DEFENDANTS FIRST PRIORITY LLC AND TRUE COUNT STAFFING INC.
- [PROPOSED] DEFAULT JUDGMENT AND ORDER AS TO DEFENDANTS FIRST PRIORITY LLC AND TRUE COUNT STAFFING INC.

Per the Court's procedures, I also emailed a Word copy of the Proposed Order to chambers through the CM/ECF system.

Dated: December 12, 2020

Respectfully submitted,

By: /s/ *N. Nathan Dimock*

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov

Attorney for Plaintiff
Bureau of Consumer Financial Protection