# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

This Court, having considered the Bureau of Consumer Financial Protection Bureau's Application for Leave to File Under Seal, as well as any related filings from Defendant Kaine Wen, and there being no just cause for delay:

**[DENIED]:**

**IT IS HEREBY ORDERED** that the Bureau's Application to File Under Seal is **[DENIED]** and that the Bureau may file the information on the public docket, redacted consistent with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2-1.

1

**[GRANTED]:**

**IT IS HEREBY ORDERED** that the Bureau's Application to File Under Seal is **[GRANTED]** and that the Bureau may file the following documents under seal as follows:

| Exhibit No. | Description | Full Seal or Redacted as Proposed by Defendant Wen |
|---|---|---|
| 1 | Cover letter and Individual Financial Statement submitted November 4, 2020 for Kaine Wen | |
| 2 | November 27, 2019 email | |
| 3 | December 5, 2019 letter from Gerald Sachs | |
| 4 | October 1 and 5, 2020 emails | |
| 5 | November 7, 2020 Letter from Matthew Eanet | |
| 6 | November 19, 2020 Letter from Jesse Stewart | |
| 7 | December 1, 2020 Email from Jesse Stewart | |
| 8 | December 4, 2020 email from Jesse Stewart | |
| 9 | Declaration of Kaine Wen December 4, 2020 | |
| 10 | Email correspondence dated December 9 and 11, 2020 | |
| 11 | Email from Jesse Stewart dated December 16, 2020 | |
| 12 | Email from Sarah Preis dated December 17, 2020 | |
| 13 | Amended Financial Statement submitted on December 18, 2020 | |
| 14 | Email from Jesse Stewart dated December 18, 2020 | |
| 15 | Letter from Matthew Eanet dated December 21, 2020 | |

DATED: _____

                                              _____
Honorable Michael Fitzgerald
United States District Judge