**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435- 9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF (KS) |
|---|---|
| Plaintiffs, | **SUPPLEMENTAL CERTIFICATE OF SERVICE FOR PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL UNDER L.R. 79-5.2(b)** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | Court: Hon. Michael W. Fitzgerald Courtroom 5A |
| Defendants. | |

**PLANTIFF'S SUPPLEMENTAL CERTIFICATE OF SERVICE**

In addition to sending by email as set forth in the Certificate of Service dated December 23, 2020, I hereby certify that a true and correct copy of the Bureau's Application for Leave to File Under Seal, the Declaration of Jesse Stewart in support, all corresponding exhibits, and Proposed Order were served on

1

December 28, 2020 by UPS overnight mail to Matthew Eanet, Counsel to Defendant Kaine Wen, at the following address:

Matthew Leo Eanet

Eanet PC

550 South Hope Street Suite 750

Los Angeles, CA 90071

I further certify under L.R. 79-5.3 that service of other documents on other parties should not be required due to Defendant Wen's concerns regarding confidentiality of the information contained in the Declaration of Jesse Stewart and all corresponding exhibits, and because those parties do not have a known interest in this motion. Accordingly, the Bureau has not otherwise served the foregoing Application for Leave to File Under Seal or related documents on the remaining parties in this matter.

Dated: December 28, 2020        /s/Sarah Preis_____
                                Sarah Preis