

**VENABLE** LLP

2049 CENTURY PARK EAST   SUITE 2300   LOS ANGELES, CA 90067
T 310.229.9900   F 310.229.9901   www.Venable.com

November 4, 2019

Witt W. Chang

T 310.229.0366
F 310.229.9901
WWChang@venable.com

**BY OVERNIGHT DELIVERY**

Sarah Preis
Jesse Stewart
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552

Re:   *Bureau of Consumer Financial Protection, et al., v. Consumer Advocacy Center Inc., et al.*, U.S.D.C., Central District of California, Southern Division, Case No. 8:19-cv-01998-JVS(JDEx) – Financial Disclosures

Dear Ms. Preis and Mr. Stewart,

As a follow up to my November 1, 2019 email production, and pursuant to your request, please find enclosed hard copies of the financial disclosures for the following:

- True Count Staffing Inc.;
- Prime Consulting LLC;
- Kaine Wen;
- Albert Kim;
- Infinite Management Corp.; and
- Hold The Door, Corp.

With respect to each of these financial disclosures, due to the asset freeze imposed by the TRO and defendants' lack of access to their bank accounts, statements, and financial information, each defendant has completed these disclosures to the best of its/his ability, and any errors or omissions would be inadvertent and not purposeful.

Very truly yours,

Witt W. Chang

WWC:rlr
Enclosures
cc:   Allyson B. Baker (By Email)
      Gerald S. Sachs (By Email)

Ex. 1-1
P. 1