## Attachment A

### Individual Financial Statement

**Instructions:**

1     Complete all items. Enter "None" or "N/A" ("Not Applicable") where appropriate. If you cannot fully answer a question, explain why.

2     "Dependents" include your live-in companion, dependent children, or any other person, whom you or your spouse (or your children's other parent) claimed or could have claimed as a dependent for tax purposes at any time during the past five years.

3     "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

4     Attach continuation pages as needed. On the financial disclosure form, state next to the Item number that the Item is being continued. On the continuation page(s), identify the Item number(s) being continued.

5     Type or print legibly.

6     Initial each page in the space provided in the lower right corner.

7     Sign and date the completed financial disclosure form on the last page.

**Penalty for False Information:**

Federal law provides that any person may be imprisoned for not more than five years, fined, or both, if such person in any:

(a) "matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals or covers up by any trick, scheme, or device a material fact; (2) makes any false, fictitious or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement or entry" (18 U.S.C. § 1001);

(2) "statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true" (18 U.S.C. § 1621); or

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

(3) "(...statement under penalty of perjury as permitted under section 1746 of title 28, United States Code) in any proceeding before or ancillary to any court or grand jury of the United States knowingly makes any false material declaration or makes or uses any other information...knowing the same to contain any false material declaration." (18 U.S.C. § 1623)

For a felony conviction under the provisions cited above, federal law provides that the fine may be not more than the greater of (i) $250,000 for an individual or $500,000 for a corporation, or (ii) if the felony results in pecuniary gain to any person or pecuniary loss to any person other than the defendant, the greater of twice the gross gain or loss. 18 U.S.C. § 3571.

2

Initials KW

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

## BACKGROUND INFORMATION

**Item 1.**  **Information About You**

Your Full Name  KAINE WEN                                    Social Security No.
Redacted  3143

Place of Birth  TAIWAN                    Date of Birth  Redacted  1977  Drivers License
No.  Redacted

Current Address  Redacted                                      CA  Redacted  From
(Date)  SEP/2014

Rent or Own?  RENT  Telephone No.  Redacted  8290  Facsimile No.
NONE

E-Mail Address  Redacted  @gmail.com  Internet Home Page
NONE

Previous Addresses for past five years:

Address_____  Rent or Own?_____
From/Until_____

Address_____  Rent or Own?_____
From/Until_____

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were

used  WEN-TING DAI  Redacted  (1977-AUG/2011),  KAINE DAI  (SEP/1995 - AUG/2011)

Marital Status:  SINGLE_____  (i.e., Married, Single, Divorced, Widowed, Separated)

3

Initials  KW

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

**Item 2.** **Information About Your Spouse or Live-In Companion**

Spouse/Companion's Name  _NONE_ _____ Social Security No.
_____

Place of Birth _____ Date of Birth
_____

Identify any other name(s) and/or social security number(s) your spouse/companion has used,
and the time period(s) during

which they were used
_____

Address (if different from yours)
_____

From (Date) _____ Rent or Own?_____ Telephone
No._____

Employer's Name and Address
_____

Job Title _____ Years in Present Job _____ Annual Gross
Salary/Wages $_____

**Item 3.** **Information About Your Previous Spouse**

Previous Spouse's Name & Address
_NONE_

_____ Social Security No. _____ Date of
Birth _____

4

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

Item 4.  Contact Information

Name & Address of Nearest Living Relative or Friend

_JUDY DAI (MOTHER)_

Redacted    Redacted

Redacted         _CA_  Redacted                        Telephone No. _____

Redacted    _5015_

Item 5.  Information About Dependents Who Live With You

Name _NONE_____    Date of Birth _____

_____

Relationship _____    Social Security No. _____

_____

Name _____    Date of Birth _____

_____

Relationship _____    Social Security No. _____

_____

Name _____    Date of Birth _____

_____

Relationship _____    Social Security No. _____

_____

Item 6.  Information About Dependents Who Do Not Live With You

Name & Address

_NONE_____

_____

Date of Birth _____    Relationship _____    Social Security

No. _____

5

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

Name Address _____

_____ _____

Date of Birth _____ Relationship _____ Social Security
No. _____

Name & Address _____

_____ _____

Date of Birth _____ Relationship _____ Social Security
No. _____

**Item 7. Employment Information**   *PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION.*

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (*e.g.*, health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

Company Name & Address _____

_____

Dates Employed: From (Month/Year) _____ To (Month/Year)

_____

Positions Held with Beginning and Ending Dates

_____

Income Received: This year-to-date: $_____:
$_____

   20____: $_____:
   $_____

Initials *KW*

6

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

_____: $_____:

$_____

Company Name & Address

_____

Dates Employed:  From (Month/Year) _____ To (Month/Year)

_____

Positions Held with Beginning and Ending Dates

_____

Income Received:  This year-to-date: $_____:
$_____

20____: $_____:

$_____

_____: $_____:

$_____

Company Name & Address

_____

Dates Employed:  From (Month/Year) _____ To (Month/Year)

_____

Positions Held with Beginning and Ending Dates

_____

Income Received:  This year-to-date: $_____:
$_____

20____: $_____:

$_____

Initials _KW_

7

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

_____ : $ _____ :

$ _____

## Item 8. Pending Lawsuits Filed by You or Your Spouse

List all pending lawsuits that have been filed by you or your spouse in court or before an administrative agency.
(List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address
NONE _____

Court's Name & Address
_____

Docket No. _____ Relief Requested _____ Nature of Lawsuit
_____

_____ Status
_____

## Item 9. Pending Lawsuits Filed Against You or Your Spouse

List all pending lawsuits that have been filed against you or your spouse in court or before an administrative agency.
(List lawsuits that resulted in final judgments or settlements in Items 16 and 25).

Opposing Party's Name & Address
NONE _____

Court's Name & Address
_____

Docket No. _____ Relief Requested _____ Nature of Lawsuit
_____

_____ Status
_____

Initials *KW*

8

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020



9

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

<u>Item 10</u>.  **Safe Deposit Boxes**

List all safe deposit boxes, located within the United States or elsewhere, held by you, your spouse, or any of your dependents, or held by others for the benefit of you, your spouse, or any of your dependents.  On a separate page, describe the contents of each box.

Owner's Name                    Name & Address of Depository Institution                    Box
No.

_NONE_____        _____

           _____

_____

           _____

<u>Item 11</u>.  **Business Interests**

List all businesses for which you, your spouse, or your dependents are an officer or director.

Business' Name & Address  _TRUE COUNT STAFFING INC_
_8 HUGHES, #200   IRVINE, CA 92618_____

Business Format (e.g., corporation) _S-CORP (CA)_____  Description of Business
_CUSTOMER SERVICE AND BILLING SERVICES___

_____ Position(s) Held, and By Whom
_MANAGING MEMBER_____

Business' Name & Address  _HOLD THE DOOR CORP_
_777 E SIERRA MADRE AVE    AZUSA, CA 91702__

Business Format (e.g., corporation) _S-CORP (CA)_____  Description of Business
_CONSULTING SERVICES___

_____ Position(s) Held, and By Whom
_OWNER_____

Business' Name & Address                              Initials _KW_

10                                                        Att. A
                                                 To Proposed TRO
                                          [Filed Under Temporary Seal]

PREMIER STUDENT LOANS INC

Business Format (e.g., corporation)   CORP (CA)        Description of Business

MARKETING SERVICES

_____   Position(s) Held, and By Whom

OWNER

Initials KW

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

## FINANCIAL INFORMATION: ASSETS AND LIABILITIES

**REMINDER:** "Assets" and "Liabilities" include ALL assets and liabilities, located within the United States or elsewhere, whether held individually or jointly.

**Item 12.**  **Cash, Bank, and Money Market Accounts**

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.

Cash on Hand $ ___0_____  Cash Held For Your Benefit
$ _0_____

Name on Account  Name & Address of Financial Institution          Account No.
         Current Balance

NONE (SEE ITEM 30) _____
_____ $_____

_____
_____ $_____

_____
_____ $_____

_____
_____ $_____

_____
_____ $_____

_____
_____ $_____

Initials __KW__

12

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

<u>Item 13</u>. **U.S. Government Securities**

List all U.S. Government securities, including but not limited to, savings bonds, treasury bills, and treasury notes, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Name on Account  Type of Obligation                          Security Amount        Maturity
Date  NONE _____                                              $_____

_____  _____            $_____
_____

_____            $_____
_____

<u>Item 14</u>. **Publicly Traded Securities and Loans Secured by Them**

List all publicly traded securities, including but not limited to, stocks, stock options, registered and bearer bonds, state and municipal bonds, and mutual funds, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Issuer  NONE _____  Type of Security _____  No. of Units Owned _____

Name on Security _____  Current Fair Market Value $_____  Loan(s) Against Security $_____

Broker House,  Address _____  Broker Account No. _____

13                                                        Initials  KW

                                                              Att. A
                                                    To Proposed TRO
                                              [Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

<u>Item 15</u>.  **Other Business Interests**

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Business Format _____NONE_____ Business' Name &
Address _____

_____

Ownership % _____._____

Owner (e.g., self, spouse) _____ Current Fair Market Value
$ _____

<u>Item 16</u>.  **Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents**

List all monetary judgments or settlements owed to you, your spouse, or your dependents.

Opposing Party's Name &
Address ___NONE_____

Court's Name & Address _____

Docket No. _____ Nature of Lawsuit _____

Date of Judgment _____ Amount $ _____

<u>Item 17</u>.  **Other Amounts Owed to You, Your Spouse, or Your Dependents**

List all other amounts owed to you, your spouse, or your dependents.

Debtor's Name, Address, & Telephone No.

Initials _KW_

14

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

_NONE_ _____

Original Amount Owed $_____ Current Amount Owed $_____ Monthly Payment $_____

## Item 18.  Life Insurance Policies

List all life insurance policies held by you, your spouse, or your dependents.

Insurance Company's Name, Address, & Telephone No. _NONE_ _____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

Insurance Company's Name, Address, & Telephone No. _____

Insured _____ Beneficiary _____ Face Value $_____

Policy No. _____ Loans Against Policy $_____ Surrender Value $_____

15

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

<u>Item 19</u>.  **Deferred Income Arrangements**

List all deferred income arrangements, including but not limited to, deferred annuities, pensions plans, profit-sharing plans, 401(k) plans, IRAs, Keoghs, and other retirement accounts, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Name on Account _____ NONE _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $ _____

Name on Account _____ Type of Plan _____ Date Established _____

Trustee or Administrator's Name, Address & Telephone No. _____

Account No. _____ Surrender Value $ _____

<u>Item 20</u>.  **Personal Property**  PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION.

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

| Property Category (e.g., artwork, jewelry) | Name of Owner | Property Location | Acquisition Cost $ | Current Value $ |
|---|---|---|---|---|
| | | | $ | $ |
| | | | | Initials KW |

16

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

|  |  |  | $_____ | $_____ |
|---|---|---|---|---|
|  |  |  | $_____ | $_____ |
|  |  |  | $_____ | $_____ |

**Item 21.  Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles**

*PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION*

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Vehicle Type _____ Make _____ Model _____
_____ Year _____

Registered Owner's Name _____ Registration State & No._____

Address of Vehicle's Location _____

Purchase Price $_____ Current Value $_____ Account/Loan No._____

Lender's Name and Address_____
—

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

Mileage _____ Current condition of car _____ Purchase date _____

Vehicle Type _____ Make _____ Model _____
Initials _KW_

17

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

_____ Year _____

Registered Owner's Name _____ Registration State & No. _____

Address of Vehicle's Location
_____

Purchase Price $_____ Current Value $_____ Account/Loan No._____

Lender's Name and Address_____

Original Loan Amount $_____ Current Loan Balance $_____ Monthly Payment $_____

Mileage _____ Current condition of car _____ Purchase date _____

**Item 22. Real Property**

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Type of Property _NONE_____ Property's Location _____

Name(s) on Title and Ownership Percentages_____

Acquisition Date_____ Purchase Price $_____ Current Value $_____

Basis of Valuation_____ Loan or Account No._____

18

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

Lender's Name and Address_____

_

Current Balance On First Mortgage $_____Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance
$_____

Monthly Payment $_____Rental Unit?_____ Monthly Rent
Received $_____

Type of Property_____Property's
Location_____

Name(s) on Title and Ownership
Percentages_____

Acquisition Date_____Purchase Price $_____Current Value
$_____

Basis of Valuation_____Loan or Account
No._____

Lender's Name and Address_____

_

Current Balance On First Mortgage $_____Monthly Payment $_____

Other Loan(s) (describe)_____ Current Balance
$_____

Monthly Payment $_____Rental Unit?_____ Monthly Rent
Received $_____

Initials _KW_

19

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

Item 23. **Other Assets**

List all other assets not identified above, held by you, your spouse, or your dependents, including but not limited to, patents, and other intellectual property, and cryptocurrency and other virtual currencies.

| Description Current | Location | | Acquisition |
| --- | --- | Cost | Value |

NONE

$_____  $_____  _____

$_____  $_____  _____

$_____  $_____  _____

$_____  $_____  _____

$_____  $_____  _____

Item 24. **Credit Cards**

List each credit card held by you, your spouse, or your dependents.  Also list any other credit cards that you, your spouse, or your dependents use.

| Name of Credit Card (e.g., Visa, MasterCard, Department Store) | Account No. | Name(s) on Account | Current Balance | Minimum Monthly Payment |
| --- | --- | --- | --- | --- |
| VISA | Redacted  4705 | KAINE WEN | | |

$ Redacted (as of 11/1/2019) _____  $_____

$_____

Initials KW

20

PLEASE SEE ATTACHED CREDIT REPORTS FOR ADDITIONAL (UNUSED) CREDIT CARDS.

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

_____ $_____

$_____

_____ $_____

$_____

_____ $_____

$_____

_____ $_____

$_____

_____ $_____

$_____

## Item 25.  Taxes Payable

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your dependants.

| Type of Tax | Amount Owed | Year Incurred |
|---|---|---|
| INCOME | $ UNKNOWN | |
| 2019 | | |
| | $ | |
| | $ | |
| | $ | |

## Item 26.  Judgments or Settlements Owed

List all judgments or settlements owed by you, your spouse, or your dependents.

Initials _KW_

21

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

Opposing Party's Name & Address _NONE_____

Court's Name & Address_____

Docket No._____ Nature of Lawsuit_____

Date_____ Amount $_____

**Item 27.  Other Loans and Liabilities**

List all other loans or liabilities  in your, your spouse's, or your dependents' names.

Name & Address of Lender/Creditor _Redacted_____

_Redacted_____ _Redacted_, _CA_ _Redacted_____

Nature of Liability _PERSONAL LOAN , UNSECURED_____ Name(s) on Liability _KAINE WEN_____

Date of Liability _10/25/2019_____ Amount Borrowed $_Redacted_____ Current Balance $_Redacted__

Payment Amount $_TBD_____ Frequency of Payment _TBD_____

Name & Address of Lender/Creditor _____

_____

Nature of Liability_____ Name(s) on Liability_____

Date of Liability_____ Amount Borrowed $_____ Current Balance $_____

Payment Amount $_____ Frequency of Payment_____

Initials_KW_

22

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

23

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

## OTHER FINANCIAL INFORMATION

**Item 28.** **Tax Returns**   *PLEASE SEE 2016, 2017, AND 2018 TAX RETURNS ATTACHED.*

List all federal tax returns that were filed during the last three years by or on behalf of you, your
spouse, or your dependents. Provide a copy of each signed tax return that was filed during the
last three years, including amendments (if any).

Tax Year         Name(s) on Return                                    Refund

Expected _____

_____   $ _____

_____

$ _____

_____

$ _____

_____

Initials *KW*

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

24

**Item 29.  Applications for Credit**

List all applications for bank loans or other extensions of credit that you, your spouse, or your dependents have submitted within the last two years.  Provide a copy of each application, including all attachments.

| Name(s) on Application | Name & Address of Lender |
|---|---|
| NONE | |
| | |
| | |

**Item 30.  Trusts and Escrows**

List all funds or other assets that are being held in trust or escrow by any person or entity for you, your spouse, or your dependents. Also list all funds or other assets that are being held in trust or escrow by you, your spouse, or your dependents, for any person or entity.  Provide copies of all executed trust documents. *I AM UNABLE TO LOCATE TRUST DOCUMENTS AT THIS MOMENT, BUT I WILL SUPPLEMENT IF I AM ABLE.*

| Trustee or Escrow Agent's Name & Address | Date Established | Grantor | Beneficiaries | Present Market Value of Assets |
|---|---|---|---|---|
| KAINE WEN 2017 TRUST $ Redacted | Redacted | | Redacted | Redacted Redacted Redacted |
| KAINE WEN 2017 TRUST $ Redacted | Redacted | | Redacted | Redacted Redacted Redacted |
| $ | | | | |
| $ | | | | |

Initials _KW_

25

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

$_____

**Item 31.** **Transfers of Assets**   *PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION*

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or other assets during the previous three years by loan, gift, sale, or other transfer. For each such person, state the total amount transferred during that period.

| Transferee's Name, Address, & Relationship | Property of Transfer | Aggregate Transferred | Transfer Value Date | Type (e.g., Loan, Gift) |
|---|---|---|---|---|
| | | $_____ | | |
| | | $_____ | | |
| | | $_____ | | |
| | | $_____ | | |
| | | $_____ | | |

**Item 32.** **Foreign Assets and Liabilities**

In any location outside of the United States, do you, or your spouse, or your dependents have any of the following:

Do you, your spouse, or your dependents have, in any location outside of the United States, any assets not otherwise identified in this disclosure (including, but not limited to real estate, bank accounts, investments, or other financial products)?

Initials _KW_

26

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Yes/No

Do you, your spouse or your dependents have, in any location outside of the United States, any liabilities not otherwise identified in this disclosure (including, but not limited to liens, credit card debt or other financial obligations)?

Yes/No

If yes, to any of the above, please separately list below each asset and liability category, their location, the acquisition cost and current value.  Please include a copy of all Reports of Foreign Bank and Financial Accounts (FBAR) filings.

| Asset Category | Asset Location | Acquisition | |
|---|---|---|---|
| Current | | Cost | Value |
| $_____ $_____ | | | |
| $_____ $_____ | | | |
| $_____ $_____ | | | |
| $_____ $_____ | | | |

| Liability Category | Liability Location | Acquisition | |
|---|---|---|---|
| Current | | Cost | Value |
| $_____ $_____ | | | |
| $_____ $_____ | | | |

Initials KW

27

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

$_____  $_____

$_____  $_____

## Item 33.  Foreign Positions

Do you, your spouse, or your dependents hold any corporate office or partnership in any entity located outside the United States? Yes/No

Are you, your spouse, or your dependents the trustee of any trust or similar entity outside the United States? Yes/No

If yes to any of the above, please separately list below the name of the entity or trust, the country under which such entity or trust is organized and your position with such entity or trust. Please include a copy of all organizing documents for each such corporation, partnership or trust.

Name of Entity or Trust          Country

_____        _____

_____        _____

## Item 34.  Credit Report

Provide a copy of you and your spouse's most recent credit report, within the last 60 days upon receipt of this form, from a credit bureau.

## SUMMARY FINANCIAL SCHEDULES

## Item 35.  Combined Balance Sheet for You, Your Spouse, and Your Dependents

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on Hand (Item | | Credit Cards (Item 23) | |

Initials _KW_

28

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

| 12) | | | |
|---|---|---|---|
| Cash in Financial Institutions (Item 12) | O | Motor Vehicles - Liens (Item 21) | Redacted |
| U.S. Government Securities (Item 13) | O | Real Property - Encumbrances (Item 22) | O |
| Publicly Traded Securities (Item 14) | O | Loans Against Publicly Traded Securities (Item 14) | O |
| Other Business Interests (Item 15) | O | Taxes Payable (Item 24) | UNKNOWN |
| Judgments or Settlements Owed to You (Item 16) | O | Judgments or Settlements Owed (Item 25) | O |
| Other Amounts Owed to You (Item 17) | O | CREDIT CARDS | Redacted |
| Surrender Value of Life Insurance (Item 18) | O | Other Loans and Liabilities  (Item 26) | Redacted |
| Deferred Income Arrangements (Item 19) | O | | |
| Personal Property (Item 20) | UNKNOWN | Other Liabilities (Itemize): | |
| Motor Vehicles (Item 21) | Redacted | | |
| Real Property (Item 22) | O | | |
| | | | |
| Other Assets (Itemize): | O | | |

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

30

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

__Item 36.__  **Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months**  *PLEASE SEE ATTACHED SUPPLEMENTAL INFORMATION.*

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months.  Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

Initials _KW_

31

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

**INCOME**

| | |
|---|---|
| Salary – After Taxes | $_____ |
| Fees, Commissions, and Royalties | $_____ |
| Interest | $_____ |
| Dividends and Capital Gains | $_____ |
| Gross Rental Income | $_____ |
| Profits from Sole Proprietorships | $_____ |
| Distributions from Partnerships, S-Corporations, and LLCs | $_____ |
| Distributions from Trusts and Estates | $_____ |
| Distributions from Deferred Income Arrangements | $_____ |
| Social Security Payments | $_____ |
| Alimony/Child Support Received | $_____ |
| Gambling Income | |
| Other Income (Itemize) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **Total Income** | $_____ |

**EXPENSES**

| | |
|---|---|
| Mortgage Payments for Residence(s) | $_____ |
| | $_____ |
| Property Taxes for Residence(s) | |
| Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance | $_____ |
| Car or Other Vehicle Lease or Loan Payments | $_____ |
| Food Expenses | $_____ |
| Clothing Expenses | $_____ |
| Utilities | $_____ |
| Medical Expenses, Including Insurance | $_____ |
| Other Insurance Premiums | $_____ |
| Other Transportation Expenses | $_____ |
| Other Household Expenses | $_____ |
| Other Expenses (Itemize) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **Total Expenses** | $_____ |

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

32

## ATTACHMENTS

### Item 37.  Documents Attached to this Financial Disclosure Form

Indicate whether the below documents are being submitted with the financial disclosure form.

Item No. Document        Description of Document
Relates To

| Item 27. | Tax Returns | Yes/No |
| Item 28. | Applications of Credit | Yes/No |
| Item 31. | Reports of Foreign Bank & Financial Account Filings | Yes/No |
| Item 32. | Credit Report | Yes/No |

List any other documents and forms as well as the item number, in the financial form, the document relates to and a description of the document.

Item No. Document        Description of Document
Relates To

7, 20, 21, 31, 36        SUPPLEMENTAL INFORMATION

WARNING:

33

Initials _KW_

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

I am submitting this financial disclosure form with the understanding that it may affect action by the
Bureau of Consumer Financial Protection or a federal court. The responses I have provided to the
items above are true and contain all the requested facts and information of which I have notice or
knowledge. I have provided all requested documents in my custody, possession, or control. I further
declare that I have no assets, owned either directly or indirectly (including owned by my spouse or
dependents), or income of any nature other than as shown in, or attached to, this statement. I
understand that the Bureau of Consumer Financial Protection is a federal agency and that this
financial disclosure form is being submitted in connection with a matter within its jurisdiction. I
understand that a false, fictitious, or fraudulent statement or representation on this form, or the
concealment of any material fact is a violation of Federal law and could result in criminal prosecution,
and significant civil penalties. I understand that a false statement is punishable under 18 U.S.C. §§
1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000.

Executed on:

__11/1/2019__

(Date)

_____

Signature

✱ DUE TO THE CURRENT CIRCUMSTANCES WHEREBY THE GOVERNMENT HAS ON
ONE HAND FROZEN ALL OF MY ASSETS AND LOCKED ME OUT OF VIRTUALLY ALL OF
MY BANK ACCOUNTS, STATEMENTS, AND FINANCIAL INFORMATION AND AT THE SAME
TIME DEMANDED THAT I FILL OUT FORMS ATTESTING TO EVERYTHING TO WHICH
THEY HAVE PROHIBITED ACCESS, I HAVE COMPLETED THESE FORMS TO THE BEST OF MY
ABILITY, AND ANY ERRORS OR OMISSIONS ARE INADVERTENT AND NOT PURPOSEFUL

34

Initials kw

Att. A
To Proposed TRO
[Filed Under Temporary Seal]

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

<u>Item 7.</u>

*Please see attached individual tax returns to confirm income received from each company.*

Mr. Pink Collections LLC
(No current address)
2011 through 2016
Member
(No Income Received)

Consumer Advocacy Center Inc.
173 Technology Dr, Ste 202
Irvine, CA 92618
2015 through 2018
Consultant
(See Tax Returns)

True Count Staffing Inc
777 E Sierra Madre Ave
Azusa, CA 91702
Feb/2017 through Current
Managing Member
(No Income Received. However, I received payment as a Consultant of Hold The Door Corp who was hired or contracted by True Count Staffing Inc.)

Hold the Door Corp
777 E Sierra Madre Ave
Azusa, CA 91702
Jan/2017 through Current
Owner/Consultant
2019 – Redacted

In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health, supplies, etc.

2018 – Redacted

In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health, supplies, etc.

2017 – Redacted

In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health, supplies, etc.

Think Logica, LLC
(No current address)
2014 through 2018
Member
2018 – Redacted
Redacted

2017 – (See Tax Returns)

Premier Student Loans Inc.
(No current address)
Jan/2017 through Current
Owner
(No Income Received)

<u>Item 20.</u>

*Due to the present circumstances, I am unable to access my complete banking transaction history and do not want to speculate on this form as to acquisition cost or current value. Notwithstanding that, I am disclosing the below-stated assets to the best of my knowledge.*

- Redacted
- Redacted
- Redacted
- Redacted
- Redacted

## Item 21.

Car lease

Redacted

CA, VIN # Redacted        4193
Redacted
Redacted CA Redacted
Redacted monthly lease payment
12/26/2020 end of lease term

Car lease

Redacted

CA, VIN # Redacted        7276
Redacted
Redacted        CA Redacted
Redacted monthly lease payment
09/01/2020 end of lease term

Car

Redacted

CA, VIN # Redacted        2471
Redacted
Redacted        CA Redacted
Purchase Price: $63,000
Current Value: approximately Redacted (from Kelly Blue Book)
Mileage: ~15,000
Purchase Date: 04/12/2019

Car
Toyota, Prius Plug-In, 2014
(Sold in Mar/2019)

<u>Item 31.</u>

*Due to the current circumstances, I am unable to access my complete banking transaction history and do not want to speculate on this form. All transfers of funds for any amount will be shown in my bank records.*

*Notwithstanding the TRO, many of these bank accounts were previously closed and I no longer have access to the information.*

*Further, notwithstanding the above, I am disclosing the transfers below that do not relate to any of the conduct at issue in this matter.*

Redacted

Redacted        Redacted

02/05/2018

Redacted

Type of Transfer: Redacted

Redacted

Redacted

Redacted        Redacted

08/20/2019

Redacted

Type of Transfer: Redacted

Redacted

Item 36.

Income – $0.00 (No Income Received. However, I received payment as a Consultant
of Hold The Door Corp who was hired or contracted by True Count Staffing Inc.)

Expenses:
Rent – Redacted
Car Lease Redacted – Redacted
Car Lease Redacted – Redacted
Food Expenses – Redacted
Utilities – Redacted
Health Insurance – Redacted
Healthcare Costs (services) – Redacted
Healthcare Costs (supplements) – Redacted
Healthcare Costs (treatments) – Redacted
Auto Insurance – Redacted
Groceries and Household Supplies – Redacted
Student Loan Payment – Redacted
= Redacted
x 6 months
= Redacted