| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **To:** | Sachs, Gerald S.; Baker, Allyson B.; Chang, Witt W. |
| **Cc:** | Preis, Sarah (CFPB); Weaver, Lynne; Romanoff, Evan; Christina Tusan; Dimock, Nathan (CFPB) |
| **Subject:** | CFPB v. CAC |
| **Date:** | Wednesday, November 27, 2019 1:15:35 PM |

Hello Counsel,

We continue to review the financial disclosures provided by your clients and request the following:

1. Please provide three years of federal tax returns on behalf of Mr. and Mrs. Kim, and any claimed dependents, as required by Item 28 of the individual financial disclosure form.
2. The information Mr. Kim provided at Item 7 of his financial disclosure form does not cover the previous five years.  Please provide complete information or explain.
3. Please confirm whether Anan Enterprise, Inc. is owned by a relation to Mr. Kim.
4. Please identify the financial institution(s) involved in the transfers to Judy Dai in 2018 and 2019 that are listed at Item 31 of Mr. Wen's financial disclosure.  Please provide all available documentation evidencing the transfers.

We may have additional questions as we review the financial disclosures.

Also, Section VIII(F) of the preliminary injunction (Order) requires that your clients provide, at a minimum, the name and address of any financial institution responsive to Section VIII(D).  Please provide that information for each defendant that you represent or confirm that information previously provided fully responds to that requirement.

Several of your clients identified non-cash assets on their financial disclosures. As you know, non-cash assets are subject to the asset freeze imposed by the Order at Section VI, and your clients are therefore obligated to safeguard these assets so as to preserve their value. Please confirm that your clients will adhere to the provisions of Section VI with respect to non-cash assets subject to the Order, including by not taking any action that would dissipate or otherwise dispose of vehicles, jewelry, artwork, or other assets.

Thank you,

Jesse

Jesse Stewart
Senior Litigation Counsel
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.