

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

**CONFIDENTIAL-FOIA EXEMPT / FOR SETTLEMENT PURPOSES ONLY /**
**PROVIDED PURSUANT TO FED. R. EVID. 408**

Gerald S. Sachs

**T 202.344.4269**
**F 202.344.8300**
gsachs@venable.com

December 5, 2019

**Sent via email**
Jesse Stewart, Senior Litigation Counsel
Sarah Preis, Senior Litigation Counsel
Consumer Financial Protection Bureau
1700 G Street. MW
Washington, DC 20552

Re:    CFPB v. CAC et al (8:19-cv-01998-JDEx)

Redacted

Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted

Redacted



Jesse Stewart, Senior Litigation Counsel
December 5, 2019
Page 2

1.  **Please provide three years of federal tax returns on behalf of Mr. and Mrs. Kim, and any claimed dependents, as required by Item 28 of the individual financial disclosure form.**

    These tax returns are being produced contemporaneously with this letter via a Secure File Transfer Protocol link. The password for the 2016 and 2017 returns is <span style="color:red">Redacted</span> and for the 2018 return is <span style="color:red">Redacted</span>. I understand that the CFPB does not accept such links, so the other plaintiffs may be able to download the documents for you. We will also send the documents on a DVD.

2.  **The information Mr. Kim provided at Item 7 of his financial disclosure form does not cover the previous five years.  Please provide complete information or explain.**

    The information on Item 7 requests a listing of Mr. Kim's employment for the past five full years.  From approximately 2014 – 2015, Mr. Kim worked at Advantage Student Loans located at 18100 Von Karmen, Irvine, CA 92612, and as an employee earned <span style="color:red">Redacted</span>

3.  **Please confirm whether Anan Enterprise, Inc. is owned by a relation to Mr. Kim.**

    The current corporate registration on the California Secretary of State website lists Mr. Kyle Dongwook Kim as the CEO, Secretary, and CFO. Kyle Dongwook Kim is not an immediate family member of Mr. Albert Kim. However, Kyle Dongwook Kim is Albert Kim's brother-in-law. Mr. Albert Kim confirmed this information recently and is unaware of the exact date when Kyle Dongwook Kim took on these roles.

4.  **Please identify the financial institution(s) involved in the transfers to Judy Dai in 2018 and 2019 that are listed at Item 31 of Mr. Wen's financial disclosure.  Please provide all available documentation evidencing the transfers.**

    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>

    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>
    <span style="color:red">Redacted</span>



Jesse Stewart, Senior Litigation Counsel
December 5, 2019
Page 3

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

**5.** Redacted

Redacted
Redacted
Redacted

Redacted
Redacted
Redacted

Redacted

Redacted

Redacted

Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted



Jesse Stewart, Senior Litigation Counsel
December 5, 2019
Page 4

Redacted
Redacted
Redacted
Redacted

Sincerely,

/s/ Gerry
Gerald S. Sachs

cc:    Lynne Weaver, North Carolina Department of Justice (via email)
       Evan Romanoff, Minnesota Attorneys General Office (via email)
       Christina Tusan, City of Los Angeles (via email)
       Allyson B. Baker, Venable LLP
       Witt W. Chang, Venable LLP