| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **To:** | Matthew Eanet |
| **Cc:** | Dimock, Nathan (CFPB); Patterson, Jehan (CFPB); Christina Tusan; Romanoff, Evan; Weaver, Lynne; Rebecca Morse; William Pletcher; Preis, Sarah (CFPB) |
| **Subject:** | RE: CFPB v. CAC - follow-up |
| **Date:** | Monday, October 05, 2020 6:13:10 PM |

Hello Matt,

Thank you for your message. On our call on September 18, I said that we had identified additional transfers involving Kaine Wen and **Redacted** **Redacted** Mr. Wen is in the best position to understand the nature of those transactions and determine where any such transfers should be listed on his financial disclosure. To the extent that there is any additional information required by the financial disclosure form that has not been provided, please include that on Mr. Wen's amended disclosure. For example, I would expect that the disclosure would accurately reveal all income and assets Mr. Wen received from the enterprise. Also, please provide a copy of the Kaine Wen 2017 Trust agreement with the amended disclosure, as requested on the form.

With respect to your request for responses to subpoenas issued by the Bureau in this matter, our position has not changed since Sarah's July 22, 2020 email. Once a protective order is in place, we will respond to your request for those materials as soon as we are able. As you likely have noticed, most of the subpoenas the Bureau has issued do not name Mr. Wen or accounts owned by Mr. Wen. The only production we have received in response to a request for an account Mr. Wen owns or owned is from **Redacted** We presume that Mr. Wen has access to information about his **Redacted** account, particularly given that he provided information related to this account to former counsel for Judy Dai, who shared it with the Bureau. Thus, this issue should not delay Mr. Wen in submitting his amended financial disclosure, which we ask that you provide as soon as possible given that more than three weeks have now passed since we requested that he amend his disclosure.

I look forward to speaking with you on Wednesday.

Sincerely,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Thursday, October 01, 2020 1:05 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <lweaver@ncdoj.gov>; Rebecca Morse <rebecca.morse@lacity.org>; William Pletcher <william.pletcher@lacity.org>
**Subject:** RE: CFPB v. CAC - follow-up

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or

report a suspicious email.

Jesse,

Thank you for following up.

I was actually planning to write to you today to update you that Mr. Wen is still working on preparing individual amended disclosures as you requested.  (My understanding from our discussion is that you were seeking amendments to Item 31, but if there are additional items you believe require amendment, please let me know that. )  Because the request spans several years, this is taking some time and he is working on preparing them.

To facilitate that, I am again requesting that we be provided with the documents you have received in response to subpoenas issued in this action. Among other things, I expect that providing us with these documents (some of which Mr. Wen may not have access to) will facilitate him providing the information requested.  Previously, there was an unwillingness to provide us with copies of the subpoenaed records (electronic is fine of course)  but my hope is that perhaps this position has changed.  Please let me know—I am happy to provide an upload link as well for the files.

Regarding your email below about a further discussion on settlement, I am of course open to that.  I am open on Monday after 11 AM PST or Tuesday between 9:30 AM and 12pm if one of those times works?

**Sincerely,**

**Matthew Eanet**

**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495│F: (310) 593-2589**
*eanetpc.com*
**matt@eanetpc.com**

**Download vCard**

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.

Eanet, PC

_____

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Thursday, October 1, 2020 9:52 AM
**To:** Matthew Eanet <matt@eanetpc.com>
**Cc:** Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <lweaver@ncdoj.gov>; Rebecca Morse <rebecca.morse@lacity.org>; William Pletcher <william.pletcher@lacity.org>
**Subject:** [External] CFPB v. CAC - follow-up

Hello Matt,

When we spoke with you on September 18, you indicated that you would speak with your client and follow up with us about amending Mr. Wen's financial disclosures. Please let us know when you plan to provide the amended disclosures. Also, there are several items related to settlement that we are prepared to further discuss. Please let us know your availability on Monday or Tuesday of next week for a call.

We are reviewing the draft protective order that you circulated yesterday but it may be several days before we are able to follow up on that.

Thank you,

Jesse


Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

_____

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.