

Matthew Eanet  |  Attorney at Law
matt@eanetpc.com

**CONFIDENTIAL-FOIA EXEMPT / FOR SETTLEMENT PURPOSES ONLY / PROVIDED PURSUANT TO FED. R. EVID. 408**

November 7, 2020

VIA EMAIL ONLY

Jesse Stewart, Senior Litigation Counsel
Consumer Financial Protection Bureau
1700 G Street. NW
Washington, DC 20552

RE: CFPB v. CAC et al. (8:19-cv-01998)

Dear Mr. Stewart,

Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 5
P. 50

November 7, 2020
Page 2

Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

Redacted

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

November 7, 2020
Page 3

Redacted
Redacted

Redacted
Redacted
Redacted
Redacted

Redacted
Redacted

Sincerely,

Matthew Fanet

Encls as.

CC: Sanjay Bhandari, Esq. (via email only)

## ENCLOSURE 1

**Payments**

| Name | Aggregate Payment Amount | Type of Payment | Payment Date(s) |
|---|---|---|---|
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |

**Investments**

| Name | Aggregate Amount | Type | Date(s) |
|---|---|---|---|
| Redacted | | | |
| Redacted | | | |
| Redacted | | | |

**Enclosure 2**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

**PROMISSORY NOTE**

Redacted

    Redacted
Redacted
Redacted

    Redacted
Redacted
Redacted                  Redacted

    Redacted

    Redacted
Redacted

    Redacted

Redacted
    Redacted
Redacted
    Redacted         Redacted Redacted.

    Redacted
Redacted
Redacted

    Redacted
Redacted

    Redacted
Redacted

Redacted

Redacted

# Redacted          Redacted

# Redacted

**Enclosure 3**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Redacted

Redacted

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

**Enclosure 4**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

**Amendment to Kaine Wen Financial Disclosure dated November 1, 2019**

Item 15. Other Business Interests

Business Format: WY LLC
Business Name: Mice and Men, LLC
Business Address: Last Address: 30 N. Gould St, Ste R, Sheridan, WY 82801
Ownership %: 100
Owner: Judy Dai, nominal owner, for the benefit of Kaine Wen
Current Fair Market Value: Unknown

Business Format: CA S-Corp.
Business Name: True Count Staffing, Inc.
Business Address: 8 Hughes, #200, Irvine, CA 92618
Ownership %: 100
Owner: Self
Current Fair Market Value: Unknown

Business Format: CA S-Corp.
Business Name: Hold the Door, Corp.
Business Address: 777 E. Sierra Madre Ave., Azusa, CA 91702
Ownership %: 100
Owner: Self
Current Fair Market Value: Unknown

Business Format: CA Corp.
Business Name: Premier Student Loans, Inc.
Business Address: 173 Technology Drive Suite 202, Irvine, CA 92618
Ownership %:100
Owner: Self
Current Fair Market Value: Unknown

Item 23. Other Assets and Item 35. Summary Financial Schedule (Other Assets)

| Description | Location | Acquisition Cost | Current Value (as of Nov 1, 2019) |
|---|---|---|---|
| Redacted | | | |

Item 27. Other Loans and Liabilities

Name of Lender/Creditor: Redacted

1
CONFIDENTIAL

Address of Lender/Creditor: Redacted          Redacted  CA Redacted
Nature of Liability: Personal Loan, Unsecured
Name(s) on Liability: Kaine Wen
Date of Liability: 10/25/2019
Amount Borrowed: Redacted
Current Balance: Redacted
Payment Amount $: TBD
Frequency of Payment: TBD


Name of Lender/Creditor: American Education Services
Address of Lender/Creditor: P.O. Box 2461, Harrisburg, PA 17105-2461
Nature of Liability: Consolidated Student Loans
Name(s) on Liability: Kaine Wen
Date of Liability: 2004
Amount Borrowed: Approximately Redacted
Current Balance: Approximately Redacted
Payment Amount $: Redacted
Frequency of Payment: Monthly

### Item 30. Trusts and Escrows

- COPY OF KAINE WEN 2017 TRUST DOCUMENTS PREVIOUSLY PROVIDED

### Item 31. Transfers of Assets

| Transferee's Name Address & Relationship | Aggregate Transfer | Type of Transfer (e.g. Loan, Gift) | Transferred Date(s) |
|---|---|---|---|
| Redacted | $ Redacted | Gift | Nov/2016 - Jan/2018 |
| | $ Redacted | Gift | 2/5/2018 |
| | $ Redacted | Gift | 8/20/2019 |
| | $ Redacted | Other - Advancements on behalf of Redacted Redacted | Nov/2016 - Dec/2017 |
| | $ Redacted | Loan | Jan/2017 - Feb/2017 |
| Redacted -Current Address Unknown | $ Redacted | Other - On behalf of Redacted | Mar/2017 - Apr/2017 |
| Redacted Current Address Unknown | $ Redacted | Other - On behalf of Redacted | Mar/2017 - Feb/2018 |

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

<u>Item 36. Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months</u>

During the six month period prior to Nov. 1, 2019, the average monthly expenses paid from my personal accounts were approximately <sup>Redacted</sup> per month for student loan payments and approximately Redacted month for taxes.

3
CONFIDENTIAL