| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **To:** | Matthew Eanet |
| **Cc:** | Preis, Sarah (CFPB); Patterson, Jehan (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | CFPB v. CAC - expedited discovery notices |
| **Date:** | Tuesday, December 01, 2020 1:50:54 PM |
| **Attachments:** | 2020-12-01_Expedited Discovery Requests_K. Wen.pdf<br>2020-12-01_Deposition of K. Wen.pdf |

Dear Matt,

Attached please find reissued requests for documents and interrogatory responses from Mr. Wen under the Preliminary Injunction (PI). Also, please find the attached asset deposition notice under the PI.

Unfortunately, you have not confirmed whether Mr. Wen has complied and intends to comply with the asset freeze in light of his disclosure on November 7, 2020, of about **Redacted** **Redacted**   It appears that this **Redacted**   should have been disclosed under the temporary restraining order (TRO) issued on October 21, 2019. The **Redacted**   is also subject to the asset freeze under the PI. Hence, the Bureau's November 19, 2020 letter to you specifically requested confirmation of whether Mr. Wen has complied and intends to fully comply with the asset freeze. If not, the November 19 letter requested a detailed explanation. Please provide this information immediately.

I look forward to hearing from you soon.

Sincerely,

Jesse


Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.