SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, *et al.*,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KSx)<br><br>**BUREAU'S NOTICE OF DEPOSITION OF DEFENDANT KAINE WEN**<br><br>Date: December 15, 2020<br>Time: 8:00 a.m. PST |

PLEASE TAKE NOTICE, that Plaintiff the Bureau of Consumer Financial Protection will take the deposition of Defendant Kaine Wen pursuant to the authority provided in Section XXVIII of the Stipulated Preliminary Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable Relief (PI Order), Docket No. 103, issued November 15, 2019, in *Bureau of Consumer Financial Protection, et. al., v. Consumer Advocacy Center Inc., et al.*, 8:19-cv-01998-MWF (KSx), in the United States District Court for the Central District of California. The deposition will take place on **December 15, 2020, at 8:00 a.m. PST via Webex video teleconference at a location to be chosen by the deponent**. The deposition will be taken upon oral examination before an officer authorized to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means. The deposition will continue for seven hours, but if ordered by the Court may continue from day to day, as necessary, until completed. Access information for the Webex video teleconference will be provided by the Bureau or court reporter to all parties and their counsel in advance of the deposition.

Dated: December 1, 2020     By: */s/ Jesse Stewart*
                                Jesse Stewart (NY Bar No. 5145495)

# CERTIFICATE OF SERVICE

I, Jesse Stewart, certify that on December 1, 2020, pursuant to Section XXVIII of the Court's Stipulated Preliminary Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable Relief, I caused to be served this deposition notice on each of the following parties by email:

1. **Evan Romanoff** *(Pro Hac Vice)*
   **Assistant Attorney General**
   **The State of Minnesota**
   445 Minnesota Street, Suite 1200
   St. Paul, MN 55101-2130
   Tel.: 651-757-1454
   evan.romanoff@ag.state.mn.us
   *Attorney for Plaintiff the State of Minnesota*

2. **M. Lynne Weaver** *(Pro Hac Vice)*
   **Michael T. Henry**
   **North Carolina Department of Justice**
   114 W. Edenton Street
   Raleigh, NC 27602
   Tel.: 919-716-6000
   Fax: 919-716-6050
   lweaver@ncdoj.gov
   *Attorneys for Plaintiff the State of North Carolina*

3. **Michael N. Feuer, City Attorney**
   **Mary Clare Molidor, Chief Assistant City Attorney**
   **Christina V. Tusan, Supervising Deputy City Attorney**
   **Office of the City Attorney**
   200 N. Main Street, 500 City Hall East
   Los Angeles, CA 90012 4131
   Tel.: 213-978-9707
   Fax.: 213-978-8112
   christina.tusan@lacity.org
   william.pletcher@lacity.org
   rebecca.morse@lacity.org
   *Attorneys for Plaintiff the People of the State of California*

4. **Tahir L. Boykins**
   **Kelley Drye & Warren LLP**
   10100 Santa Monica Blvd., Suite 2300
   Los Angeles, CA 90067

   Tel.: 310-712-6100
   Fax: 310-712-6199
   tboykins@kelleydrye.com

   **Glenn D. Moses**
   **Genovese Joblove & Batista**
   100 SE 2nd Street, Suite 4400
   Miami, FL 33131
   Tel.: 305-349-2300
   Fax: 305-428-8807
   gmoses@gjb-law.com
   *Attorneys for Sonya S. Slott, Ch. 7 Trustee for Consumer Advocacy Center Inc.*

5. **Keri Curtis Axel**
   **Samuel Standage Meehan**
   **Baker Marquart LLP**
   777 S. Figueroa, Suite 2850
   Los Angeles, CA 90017
   Tel.: 424-652-7800
   Fax: 424-652-7850
   kaxel@bakermarquart.com
   smeehan@bakermarquart.com
   *Attorneys for Defendant Tuong Nguyen and Relief Defendant TN Accounting, Inc.*

6. **Sanjay Bhandari**
   **Cornelia JB Gordon**
   **McNamara Smith LLP**
   655 West Broadway, Suite 1600
   San Diego, CA 92701
   Tel.: 619-269-0400
   Fax: 619-269-0401
   sbhandari@mcnamarallp.com

cgordon@mcnamarallp.com
*Attorneys for Receiver Thomas W. McNamara*

7. **Matthew Eanet**
   **Eanet PC**
   550 South Hope Street, Suite 750
   Los Angeles, CA 90071
   Tel.: 310-775-2495
   Fax: 310-593-2589
   matt@eanetpc.com
   *Attorney for Defendant Kaine Wen and Relief Defendants Hold the Door Corp. and Mice and Men LLC*

8. **Marc S. Williams**
   **Cohen Williams LLP**
   724 South Spring Street, 9th Floor
   Los Angeles, CA 90014
   Tel.: 213-232-5162
   mwilliams@cohen-williams.com
   *Attorney for Defendants Prime Consulting LLC, TAS 2019 LLC, and Horizon Consulting LLC*

9. **Julian Burns King**
   **King & Siegel LLP**
   724 South Spring Street, Suite 201
   Los Angeles, CA 90014
   Tel.: 213-465-4802
   julian@kingsiegel.com
   *Attorney for Defendant Albert Kim and Relief Defendants 1st Generation Holdings, LLC, Infinite Management Corp., and Sarah Kim*

I further certify that I caused this deposition notice to be served by overnight delivery on the following party:

1. **Matthew Eanet**
   **Eanet PC**
   550 South Hope Street, Suite 750

Los Angeles, CA 90071
*Attorney for Defendant Kaine Wen*

Dated: December 1, 2020     By: */s/ Jesse Stewart*
                                Jesse Stewart (NY Bar No. 5145495)
                                Enforcement Attorney
                                *Plaintiff Bureau of Consumer Financial Protection*