**DECLARATION OF KAINE WEN**

I, Kaine Wen, declare as follows:

1. With respect to the Redacted currently in my possession, custody, or control as identified in the letter from my counsel to counsel for Plaintiffs and the Receiver in the above-captioned case dated November 9, 2020 (the Redacted ), a copy of which is attached hereto as Exhibit A, I hereby fully and unequivocally commit to treat it as subject to the asset freeze provisions in the pending Preliminary Injunction, and will not sell, pledge, transfer, or otherwise dispose or encumber any of it until such time as I am directed or permitted by further court order.

2. The Redacted was derived from funds I earned prior to and entirely independent of the student loan debt relief business that is the subject of this action.

3. I previously offered to turn over the Redacted to Plaintiffs and the Receiver as part of a settlement of this action as outlined in the letter attached as Exhibit A. That offer stands.

4. The value of the Redacted
Redacted

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2020 at _____San Bernadino_____ County, California.

_____Kaine Wen_____
Kaine Wen

Ex. 10
P. 119

1

**DECLARATION OF KAINE WEN**
REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

# EXHIBIT A

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020



Matthew Eanet | Attorney at Law
matt@eanetpc.com

**CONFIDENTIAL-FOIA EXEMPT / FOR SETTLEMENT PURPOSES ONLY / PROVIDED PURSUANT TO FED. R. EVID. 408**

November 9, 2020

**VIA EMAIL ONLY**

Jesse Stewart, Esq.
Consumer Financial Protection Bureau
1700 G Street NW
Washington, D.C. 20522
Email: jesse.stewart@cfpb.com

Sanjay Bhandari
McNamara Smith LLP
655 West Broadway, Suite 1680
San Diego, CA 92101
Email: sbhandari@mcnamarallp.com

RE: CFPB v. CAC et al. (8:19-cv-01998)

Gentlemen,

# Redacted

Redacted

Sincerely,

Matthew Eanet

Ex. 10
P. 121