| | |
|---|---|
| **From:** | Preis, Sarah (CFPB) |
| **To:** | Matthew Eanet; Laurel Champion |
| **Cc:** | Stewart, Jesse (CFPB); Patterson, Jehan (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | CFPB v. CAC - call today |
| **Date:** | Thursday, December 17, 2020 10:05:37 PM |
| **Attachments:** | 2020.11.7.letter.cfpb.wen.email_Redacted.pdf<br>Kaine Wen Financial Disclosure_T-016466-00000578_Redacted.pdf<br>Response Letter to CFPB 2019.12.5(48153044.2)_(003)_Redacted.pdf |

Dear Matt,

Thank you for speaking with me and Jesse earlier today. As we discussed, the Bureau anticipates seeking an ex parte application for your client to show cause why he should not be held in contempt for violating the asset freeze and financial accounting provisions of the court's TRO and PI Order. Specifically, the Bureau will seek an order requiring Mr. Wen to:

- immediately turn over his **Redacted** assets to the Receiver;
- pay back the value of the dissipated **Redacted**
- supplement Items 23 and 31 on his financial statement; and
- supplement his accounting of transfers/payments/assignments pursuant to Section VIII.D of the PI Order.

During our call, you were not in a position to let us know if your client would agree to pay back all dissipated assets or to turn the **Redacted** over to the Receiver, although you indicated that he is in the process of submitting amended financial disclosures. Please let us know at your earliest convenience, and ideally by 1:00pm EST on Monday, if your client opposes any of the requested relief.

We also discussed the Bureau's plan to file the attached documents as exhibits to the ex parte application. Attached please find redacted versions in accordance with Rule 5.2 of the Federal Rules of Civil Procedure and L.R. 5.2.1. If you believe additional portions should be redacted, then we would similarly appreciate hearing from you by 1:00pm EST on Monday. As we discussed, if we cannot reach an agreement regarding appropriate redactions, then we expect to seek relief from the Local Rules to file them temporarily under seal and we will note that you oppose that relief.

Please let us know if you have any questions and thank you,

Sarah