<u>AMENDED AND CORRECTED INDIVIDUAL FINANCIAL STATEMENT (as of November 1, 2019)</u>

<u>BACKGROUND INFORMATION</u>

<u>Item 1.  Information About You</u>

Your Full Name: **Kaine Wen**
Social Security No.: Redacted**3143**
Place of Birth: Redacted
Date of Birth: Redacted**1977**
Drivers License No.: Redacted **(CA)**
Current Address: Redacted , Redacted, **CA** Redacted
From (Date): **Sep/2014**
Rent or Own?: **Rent**
Telephone No.: Redacted
Facsimile No.: **N/A**
E-Mail Address: Redacted
Internet Homepage: **N/A**

Previous Addresses for past five years: **N/A**

Identify any other name(s) and/or social security number(s) you have used, and the time period(s) during which they were used: **Wen-Ting Dai (**Redacted**/1977 - Aug/2011), Kaine Dai (Sep/1995 - Aug/2011)**

Marital Status: **Single**

<u>Item 2.  Information About Your Spouse or Live-In Companion</u>

**N/A**

<u>Item 3.  Information About Your Previous Spouse</u>

**N/A**

<u>Item 4.  Contact Information</u>

Name & Address of Nearing Living Relative or Friend: **Judy Dai,** Redacted Redacted , **CA** Redacted
Telephone No.: Redacted

<u>Item 5.  Information About Dependents Who Live With You</u>

**N/A**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 14
P. 138

<u>Item 6.  Information About Dependents Who Live With You</u>

**N/A**

<u>Item 7.  Employment Information</u>

Provide the following information for this year-to-date and for each of the previous five full years, for each company of which you were a director, officer, employee, agent, contractor, participant or consultant at any time during that period. "Income" includes, but is not limited to, any salary, commissions, draws, consulting fees, loans, loan payments, dividends, royalties or other benefits for which you did not pay (e.g., health insurance premiums, automobile lease or loan payments) received by you or anyone else on your behalf.

Company Name & Address: **True Count Staffing Inc, 777 E Sierra Madre Ave, Azusa, CA 91702**
Dates Employed: From (Month/Year): **Feb/2017** To (Month/Year): **Oct/2019**
Positions Held with Beginning and End Dates: **Managing Member**
Income Received: This year-to-date (2019): **I may have received income from True Count Staffing Inc in 2019 but do not have access to True Count Staffing Inc's records to determine this.  However, I received payment as a Consultant of Hold The Door Corp who was hired or contracted by True Count Staffing Inc.**
Income Received: 2017-2018: **Please see tax returns.**

Company Name & Address: **Hold the Door Corp, 8 Hughes, #200, Irvine, CA 92618**
Dates Employed: From (Month/Year): **Jan/2017** To (Month/Year): **Oct/2019**
Positions Held with Beginning and End Dates: **Owner/Consultant**
Income Received: This year-to-date (2019): Redacted
     Redacted
     Redacted
     Redacted
     Redacted
     Redacted
**In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health supplies, etc.  Please also see tax returns.**
Income Received: 2018: Redacted
     Redacted
     Redacted
     Redacted
     Redacted
**In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health supplies, etc.  Please also see tax returns.**
Income Received: 2017: Redacted
     Redacted

**CONFIDENTIAL**

Ex. 14
P. 139

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Redacted
Redacted
Redacted

**In addition, HTD paid various other benefits, including but not limited to business-related expenses such as meals, entertainment, marketing, health supplies, etc.  Please also see tax returns.**

Company Name & Address: **Consumer Advocacy Center Inc, 173 Technology Dr, Ste 202, Irvine, CA 92618**
Dates Employed: From (Month/Year): **2015** To (Month/Year): **2018**
Positions Held with Beginning and End Dates: **Consultant**
Income Received: This year-to-date (2019): **N/A**
Income Received: 2015-2018: **Please see tax returns.**

Company Name & Address: **Premier Student Loans Inc, no current address**
Dates Employed: From (Month/Year): **Jan/2017** To (Month/Year): **Current**
Positions Held with Beginning and End Dates: **Owner**
Income Received: This year-to-date (2019): Redacte
Income Received: 2017-2018: Redacte

Company Name & Address: **Think Logica, LLC, no current address**
Dates Employed: From (Month/Year): **2014** To (Month/Year): **2018**
Positions Held with Beginning and End Dates: **Member**
Income Received: This year-to-date (2019): **N/A**
Income Received: 2018: Redacted
Redacted
Redacted
Redacted
Income Received: 2017: **Please see tax returns.**
Income Received: 2014-2016: **Please see tax returns.**

Company Name & Address: **Stone Law Group PC, no current address**
Dates Employed: From (Month/Year): **Aug/2014** To (Month/Year): **Jul/2015**
Positions Held with Beginning and End Dates: **Owner**
Income Received: This year-to-date (2019): **N/A**
Income Received: 2014-2015: **Please see tax returns.**

Company Name & Address: **Belly Laugh Productions, no current address**
Dates Employed: From (Month/Year): **Feb/2014** To (Month/Year): **Aug/2015**
Positions Held with Beginning and End Dates: **Owner**
Income Received: This year-to-date(2019): **N/A**
Income Received: 2014-2015: **Please see tax returns.**

Company Name & Address: **FPML Real Estate Investment LLC, no current address**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Dates Employed: From (Month/Year): **Aug/2009** To (Month/Year): **Jul/2015**
Positions Held with Beginning and End Dates: **Member**
Income Received: This year-to-date(2019): **N/A**
Income Received: 2014-2015: **Please see tax returns.**

Company Name & Address: **Mr. Pink Collections LLC, no current address**
Dates Employed: From (Month/Year): **Mar/2011** To (Month/Year): **2015**
Positions Held with Beginning and End Dates: **Member**
Income Received: This year-to-date (2019): **N/A**
Income Received: 2014-2015: Redacted

Company Name & Address: **King's International Investment Group LLC, no current address**
Dates Employed: From (Month/Year): **Nov/2010** To (Month/Year): **2015**
Positions Held with Beginning and End Dates: **Member**
Income Received: This year-to-date (2019): **N/A**
Income Received: 2014-2015: Redacted

*Please see attached or previously provided individual tax returns to confirm income received from each company.  The information provided is my best estimate given my limited access to records.*

Item 8.  Pending Lawsuits Filed by You or Your Spouse

**N/A**

Item 9.  Pending Lawsuits Filed Against You or Your Spouse

**N/A, except for this action.**

Item 10.  Safe Deposit Boxes

**N/A**

Item 11.  Business Interests

List all businesses for which you, your spouse, or your dependents are an officer or director.

Business' Name & Address: **True Count Staffing Inc, 8 Hughes, #200, Irvine, CA 92618**
Business Format (e.g., corporation): **S-Corp (CA)**
Description of Business: **Document Processing, Customer Service, and Billing Services**
Position(s) Held, and By Whom: **Managing Member, Kaine Wen**

Business' Name & Address: **Hold the Door Corp, 777 E Sierra Madre Ave, Azusa, CA 91702**
Business Format (e.g., corporation): **S-Corp (CA)**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Description of Business: **Consulting Services**
Position(s) Held, and By Whom: **Owner, Kaine Wen**

Business' Name & Address: **Premier Student Loans Inc, 173 Technology Dr, Ste 202, Irvine, CA 92618**
Business Format (e.g., corporation): **Corp (CA)**
Description of Business: **N/A**
Position(s) Held, and By Whom: **Owner, Kaine Wen**

<u>FINANCIAL INFORMATION: ASSETS AND LIABILITIES</u>

<u>Item 12.  Cash, Bank, and Money Market Accounts</u>

List cash and all bank and money market accounts, including but not limited to, checking accounts, savings accounts, and certificates of deposit, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.  The term "cash" includes currency and uncashed checks.

Cash on Hand: <sup>Redact</sup>
Cash Held for Your Benefit: <sup>Redact</sup>

Name on Account: **N/A (see Item 30)**
Name & Address of Financial Institution: **N/A (see Item 30)**
Account No.: **N/A (see Item 30)**
Current Balance: **N/A (see Item 30)**

<u>Item 13.  U.S. Government Securities</u>

**N/A**

<u>Item 14.  Publicly Traded Securities and Loans Secured by Them</u>

**N/A**

<u>Item 15.  Other Business Interests</u>

List all other business interests, including but not limited to, non-public corporations, subchapter-S corporations, limited liability corporations ("LLCs"), general or limited partnership interests, joint ventures, sole proprietorships, and oil and mineral leases, held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Business Format: **LLC (WY)**
Business' Name & Address: **Mice and Men LLC, 30 N Gould St, Ste R, Sheridan, WY 82801**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ownership %: **100**
Owner (e.g., self, spouse): **Judy Dai, nominal owner, for the benefit of Kaine Wen**
Current Fair Market Value $: **Unknown**

Business Format: **S-Corp (CA)**
Business' Name & Address: **True Count Staffing Inc, 8 Hughes, #200, Irvine, CA 92618**
Ownership %: **100**
Owner (e.g., self, spouse): **Self**
Current Fair Market Value $: **Unknown**

Business Format: **S-Corp (CA)**
Business' Name & Address: **Hold the Door Corp, 777 E Sierra Madre Ave, Azusa, CA 91702**
Ownership %: **100**
Owner (e.g., self, spouse): **Self**
Current Fair Market Value $: **Unknown**

Business Format: **Corp (CA)**
Business' Name & Address: **Premier Student Loans Inc, 173 Technology Dr, Ste 202, Irvine, CA 92618**
Ownership %: **100**
Owner (e.g., self, spouse): **Self**
Current Fair Market Value $: **Unknown**

Item 16.  Monetary Judgments or Settlements Owed to You, Your Spouse, or Your Dependents

**N/A**

Item 17.  Other Amounts Owed to You, Your Spouse, or Your Dependents

Redacted
Redacted
Redacted
Redacted
Redacted
Redacted
Redacted

Item 18.  Life Insurance Policies

Redacted
Redacted
Redacted
Redacted

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Item 19.  Deferred Income Arrangements

**N/A**

Item 20.  Personal Property

List all personal property, by category, whether held for personal use or for investment, including but not limited to, furniture and household goods of value, computer equipment, electronics, coins, stamps, artwork, gemstones, jewelry, bullion, other collectibles, copyrights, patents, and other intellectual property, held by you, your spouse, your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Property Category (e.g., artwork, jewelry): **Used Furniture**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span>**CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Property Category (e.g., artwork, jewelry): **Used Household Goods**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted

**CONFIDENTIAL**

Ex. 14
P. 146

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Minimal**

Property Category (e.g., artwork, jewelry): **Used Appliances**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Property Category (e.g., artwork, jewelry): **Used Computer Equipment**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Property Category (e.g., artwork, jewelry): **Used Home Electronics**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: <span style="color:red">Redacted</span>
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: <span style="color:red">Redacted</span>
Current Value: **Unknown**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 14
P. 148

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Property Category (e.g., artwork, jewelry): **Used Vehicle Electronics**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Property Category (e.g., artwork, jewelry): **Used Personal Electronics**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: Redacted
Current Value: **Minimal**

Property Category (e.g., artwork, jewelry): **Artwork**

Description: Redacted

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: Redacted **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: **Unable to Access**
Current Value: **Minimal**

Property Category (e.g., artwork, jewelry): **Watches**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted
Name of Owner: **Kaine Wen**
Property Location: <sup>Redacted</sup> **CA**
Acquisition Cost: Redacted
Current Value: **Unknown**

Description: Redacted

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 14
P. 150

Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: <span style="color:red">Redacted</span>
Current Value: **Unknown**

Property Category (e.g., artwork, jewelry): <strong>Jewelry</strong>

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: <span style="color:red">Redacted</span>
Current Value: **Unknown**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Gift from great grandmother approximately 20 years ago**
Current Value: **Minimal**

Description: <span style="color:red">Redacted</span>
Name of Owner: **Kaine Wen**
Property Location: <span style="color:red">Redacted</span> **CA**
Acquisition Cost: **Gift from mother approximately 20 years ago**
Current Value: **Minimal**

<u>Item 21.  Cars, Trucks, Motorcycles, Boats, Airplanes, and Other Vehicles</u>

List all cars, trucks, motorcycles, boats, airplanes, and other vehicles owned or operated by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

Vehicle Type: **Car (lease)**
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
Registration State & No.: **CA, VIN #** <span style="color:red">Redacted</span>   **4193**
Address of Vehicle's Location: <span style="color:red">Redacted</span>   <span style="color:red">Redacted</span> **CA** <span style="color:red">Redacted</span>
Purchase Price $: **N/A**
Current Value $: **N/A**
Account/Loan No.: **N/A**
Lender's Name and Address: **N/A**
Original Loan Amount $: **N/A**
Current Loan Balance $: **N/A**

Ex. 14
P. 151

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Monthly Payment $: Redacted **(lease ends 12/28/2020)**
Mileage: **N/A**
Current condition of car: **Used**
Purchase date: **N/A**

Vehicle Type: **Car (lease)**
Redacted
Redacted
Redacted
Registered Owner's Name: Redacted
Registration State & No.: **CA, VIN** Redacted **7276**
Address of Vehicle's Location: Redacted      Redacted      **CA** Redacted
Purchase Price $: **N/A**
Current Value $: **N/A**
Account/Loan No.: **N/A**
Lender's Name and Address: **N/A**
Original Loan Amount $: **N/A**
Current Loan Balance $: **N/A**
Monthly Payment $ Redacted **(lease ends 09/01/2020)**
Mileage: **N/A**
Current condition of car: **Used**
Purchase date: **N/A**

Vehicle Type: **Car**
Redacted
Redacted
Redacted
Registered Owner's Name: **Judy Dai**
Registration State & No.: **CA, VIN #** Redacted **2471**
Address of Vehicle's Location: Redacted      Redacted      **CA** Redacted
Purchase Price $: **63,000**
Current Value $: **Approximately** Redacted **per Kelley Blue Book**
Account/Loan No.: **N/A**
Lender's Name and Address: **N/A**
Original Loan Amount $: **N/A**
Current Loan Balance $: **N/A**
Monthly Payment $: **0**
Mileage: **Approximately 15,000 miles**
Current condition of car: **Used**
Purchase date: **04/12/2019**

Item 22.  Real Property

**CONFIDENTIAL**

Ex. 14
P. 152

15

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

List all real estate held by you, your spouse, or your dependents, or held by others for the benefit of you, your spouse, or your dependents.

**N/A**

Item 23.  Other Assets

List all other assets not identified above, held by you, your spouse, or your dependents, including but not limited to, patents, and other intellectual property, and cryptocurrency and other virtual currencies.

Description: Redacted
Location: Redacted
Acquisition Cost: **Unknown**
Current Value (as of Nov. 1, 2019): Redacted

Description: Redacted Redacted
Location: Redacted
Acquisition Cost: **Unknown**
Current Value (as of Nov. 1, 2019): Redacted

*The above referenced* Redacted *was not acquired with funds derived, directly or indirectly, from the Student Loan Debt Relief Business that is the subject of this action.*

*I am unable to more fully answer this question due to the unstructured nature and volume of transactions during the relevant period, lack of available documentation, records, or information, and the volatility of* Redacted

Item 24.  Credit Cards

List each credit card held by you, your spouse, or your dependents. Also list any other credit cards that you, your spouse, or your dependents use.

Name of Credit Card (e.g., Visa, MasterCard, Department Store): **Visa**
Account No.: Redacted     **4705**
Name(s) on Current Account: **Kaine Wen**
Account Balance: Redacted **as of 10/30/2019**
Minimum Monthly Payment: **Unknown**

*Please see attached or previously provided credit reports for additional credit cards.*

Item 25.  Taxes Payable

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 14
P. 153

16

List all taxes, such as income taxes or real estate taxes, owed by you, your spouse, or your
dependents.

Type of Tax: **Income**
Amount Owed $: **Unknown**
Year Incurred: **2019**

Item 26.  Judgments or Settlements Owed

**N/A**

Item 27.  Other Loans and Liabilities

List all other loans or liabilities in your, your spouse's, or your dependents' names.

Name & Address of Lender/Creditor:            Redacted            Redacted
Nature of Liability: **Unsecured Personal Loan**
Name(s) on Liability: **Kaine Wen**
Date of Liability: **Approximately 10/25/2019**
Amount Borrowed: Redacted
Current Balance: Redacted
Payment Amount $: **TBD**
Frequency of Payment: **TBD**

Name & Address of Lender/Creditor: **American Education Services, P.O. Box 2461, Harrisburg,
PA 17105-2461**
Nature of Liability: **Consolidated Student Loans**
Name(s) on Liability: **Kaine Wen**
Date of Liability: **2004**
Amount Borrowed: Redacted
Current Balance: Redacted
Payment Amount $: Redacted
Frequency of Payment: **Monthly**

Name & Address of Lender/Creditor: Redacted
Nature of Liability:                              Redacted
Name(s) on Liability: **Kaine Wen**
Date of Liability: **2018**
Amount Borrowed: Redacted
Current Balance: Redacted
Redacted
Payment Amount $: **N/A**
Frequency of Payment: **N/A**

**CONFIDENTIAL**

Ex. 14
P. 154

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

<u>OTHER FINANCIAL INFORMATION</u>

<u>Item 28.  Tax Returns</u>

List all federal tax returns that were filed during the last three years by or on behalf of you, your
spouse, or your dependents. Provide a copy of each signed tax return that was filed during the
last three years, including amendments (if any).

Tax Year:
Name(s) on Return:
Refund Expected $:

***Please see 2016, 2017, and 2018 tax returns attached or previously provided.***

<u>Item 29.  Applications for Credit</u>

**N/A**

<u>Item 30.  Trusts and Escrows</u>

List all funds or other assets that are being held in trust or escrow by any person or entity for
you, your spouse, or your dependents. Also list all funds or other assets that are being held in
trust or escrow by you, your spouse, or your dependents, for any person or entity. Provide
copies of all executed trust documents.

Trustee or Escrow Agent's Name & Address: Redacted
Redacted
Date Established: **Aug/2019**
Grantor: **Unknown**
Beneficiaries: **Unknown**
Present Market Value of Assets $: Redacted

Trustee or Escrow Agent's Name & Address: Redacted
Redacted
Date Established: **Jun/2018**
Grantor: **Unknown**
Beneficiaries: **Unknown**
Present Market Value of Assets $: Redacted

<u>Item 31.  Transfers of Assets</u>

List each person to whom you have transferred, in the aggregate, more than $2,500 in funds or
other assets during the previous three years by loan, gift, sale, or other transfer. For each such
person, state the total amount transferred during that period.

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Transferee's Name, Address, & Relationship: Redacted Redacted                    Redacted
Redacted Redacted
Property Transferred: **USD**
Aggregate Value: Redacted
Transfer Date: **Nov 2016 - Jan 2018**
Type of Transfer (e.g., Loan, Gift): **Gift**

Transferee's Name, Address, & Relationship: Redacted Redacted
Redacted
Property Transferred: **USD**
Aggregate Value: Redacted
Transfer Date: **02/05/2018**
Type of Transfer (e.g., Loan, Gift): **Gift** Redacted
Redacted
Redacted

Transferee's Name, Address, & Relationship: Redacted                    Redacted
Redacted                    Redacted
Property Transferred: Redacted
Aggregate Value: Redacted
Transfer Date: **08/20/2019**
Type of Transfer (e.g., Loan, Gift): **Gift** Redacted
Redacted
Redacted

Transferee's Name, Address, & Relationship: Redacted                    **Address
Unknown, Friends**
Property Transferred: **USD**
Aggregate Value: Redacted
Transfer Date: **Nov 2016 - Dec 2017**
Type of Transfer (e.g., Loan, Gift): **Other - Advancements on behalf of** Redacted

Transferee's Name, Address, & Relationship: Redacted Redacted                    Redacted
Redacted RedactedRedacted
Property Transferred: **USD**
Aggregate Value: Redacted
Transfer Date: **Jan 2017 - Feb 2017**
Type of Transfer (e.g., Loan, Gift): **Loan**

Transferee's Name, Address, & Relationship: Redacted                    **, Current Address Unknown**
Property Transferred: **USD**
Aggregate Value: Redacted
Transfer Date: **Mar 2017 - Apr 2017**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Type of Transfer (e.g., Loan, Gift): **Other - On behalf of** <span style="color:red">Redacted</span>

Transferee's Name, Address, & Relationship: <span style="color:red">Redacted</span>
**Current Address Unknown**
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Transfer Date: **Mar 2017 - Feb 2018**
Type of Transfer (e.g., Loan, Gift): **Other - On behalf of** <span style="color:red">Redacted</span>

Type of Transfer (e.g., Loan, Gift): **Payments**

Transferee's Name, Address, & Relationship: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value <span style="color:red">Redacted</span>
Type of Payment: **Rent**
Transfer Date(s): **Nov 2016 - May 2017**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Repayment of Loans and/or Transfer to Personal S-Corp**
Transfer Date(s): **Jan 2017 - Oct 2017, Oct 2018 - Apr 2019**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Repayment of Loan**
Transfer Date(s): **Mar 2017**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - On behalf of** <span style="color:red">Redacted</span>
Transfer Date(s): **Nov 2016 - Feb 2018**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - Credit Card**
Transfer Date(s): **Oct 2016 - Jan 2017**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Type of Payment: **Payment - Credit Card**
Transfer Date(s): **Nov 2016 - Dec 2016**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Repayment of Student Loan Debt**
Transfer Date(s): **Nov 2016 - Oct 2019**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - Legal Matter**
Transfer Date(s): **Jul 2017 - Sep 2017**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - Legal Expenses**
Transfer Date(s): **04/07/2017**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - Legal Expenses**
Transfer Date(s): **12/19/2018**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Payment - Taxes**
Transfer Date(s): **Apr 2018 - Sep 2019**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value <span style="color:red">Redacted</span>
Type of Payment: **Payment - Vehicle**
Transfer Date(s): **Nov 2016 - Mar 2017**

Type of Transfer (e.g., Loan, Gift): **Investments**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Type of Payment: **Investment**
Transfer Date(s): **Nov 2017 - Feb 2018**

Transferee's Name: <span style="color:red">Redacted</span>
Property Transferred: **USD**
Aggregate Value: <span style="color:red">Redacted</span>
Type of Payment: **Investment**
Transfer Date(s): **06/26/2018**

Transferee's Name: <span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>
<span style="color:red">Redacted</span>

*I am unable to more fully answer this question due to the unstructured nature and volume of transfers during the relevant period and lack of available documentation, records, or information.*

*I conducted many online transfers during the relevant period, in addition to those listed, including* <span style="color:red">Redacted</span> *transfers.  I do not have possession or access to sufficient documentation, records, or information relating to those transfers, I do not know if any such documentation ever existed or still exists, and because of the unstructured nature and volume of transactions involved, I cannot reconstruct them from my memory.*

*I am providing herewith copies of the bank statements that I have been able to obtain covering the relevant period, which may reflect transfers in addition to those listed above.*

Item 32.  Foreign Assets and Liabilities

**N/A**

Item 33.  Foreign Positions

**N/A**

Item 34.  Credit Report

**TransUnion and Equifax credit reports attached or previously provided.**

SUMMARY FINANCIAL SCHEDULES

Item 35.  Combined Balance Sheet for You, Your Spouse, and Your Dependents

**CONFIDENTIAL**

Ex. 14
P. 159

22

ASSETS

        Cash on Hand (Item 12): **$0**
        Cash in Financial Institutions (Item 12): **$0**
        U.S. Government Securities (Item 13): **$0**
        Publicly Traded Securities (Item 14): **$0**
        Other Business Interests (Item 15): **Unknown**
        Judgments or Settlements Owed to You (Item 16): **$0**
        Other Amounts Owed to You (Item 17): Unknown, **$0**
        Surrender Value of Life Insurance (Item 18): **$0**
        Deferred Income Arrangements (Item 19): **$0**
        Personal Property (Item 20): **Unknown**
        Motor Vehicles (Item 21): Redacted
        Real Property (Item 22): **$0**
        Other Assets (Itemize): Redacted
**(Item 23)**

LIABILITIES

        Credit Cards (Item 23): Redacted          **(Item 24)**
        Motor Vehicles - Liens (Item 21): Redacted
Redacted
        Real Property - Encumbrances (Item 22): **$0**
        Loans Against Publicly Traded Securities (Item 14): **$0**
        Taxes Payable (Item 24): **Unknown (Item 25)**
        Judgments or Settlements Owed (Item 25): **$0**
        Other Loans and Liabilities (Item 26): **Unknown, approximately** Redacted   **(Item 27)**
        Other Liabilities (Itemize): **Unknown**

<u>Item 36.  Combined Average Monthly Income and Expenses for You, Your Spouse, and Your Dependents for the Last 6 Months</u>

Provide the average monthly income and expenses for you, your spouse, and your dependents for the last 6 months. Do not include credit card payments separately; rather, include credit card expenditures in the appropriate categories.

INCOME

        Salary - After Taxes, Fees, Commissions, and Royalties: Redact
        Interest: Redact
        Dividends and Capital Gains: Redact
        Gross Rental Income: Redact
        Profits from Sole Proprietorships Redact
        Distributions from Partnerships, S-Corporations, and LLCs: Redact
        Distributions from Trusts and Estates: Redact
        Distributions from Deferred Income Arrangements: Redact
        Social Security Payments: Redact

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Alimony/Child Support Received: <sup style="color:red">Redacted</sup>
Gambling Income: <sup style="color:red">Redact</sup>
Other Income (Itemize): <sup style="color:red">Redacted</sup>
Total Income: <sup style="color:red">Redact</sup>

EXPENSES

Mortgage Payments for Residence(s): <sup style="color:red">Redacte</sup>
Property Taxes for Residence(s): <sup style="color:red">Redact</sup>
Rental Property Expenses, Including Mortgage Payments, Taxes, and Insurance: <sup style="color:red">Redact</sup>
Car or Other Vehicle Lease or Loan Payments: <sup style="color:red">Redact</sup>
Food Expenses: **Approximately** Redacted
Clothing Expenses: **Approximately** Redacted
Utilities: <sup style="color:red">Redact</sup>
Medical Expenses, Including Insurance: **Approximately** Redacted
Other Insurance Premiums: <sup style="color:red">Redact</sup>
Other Transportation Expenses: **Approximately** Redacted
Other Household Expenses: **Approximately** Redacted
Other Expenses (Itemize): **Student Loan Payments:** Redacted **Taxes:** Redacted
Total Expenses: **Approximately** Redacted

***These are the average monthly expenses paid personally during the six month period prior to Nov 1, 2019, as best I have been able to determine.***

ATTACHMENTS

<u>Item 37.  Documents Attached to this Financial Disclosure Form</u>

Item 27. Tax Returns: **Yes (previously provided)**
Item 28. Applications of Credit: **No**
Item 31. Reports of Foreign Bank & Financial Account Filings: **No**
Item 32. Credit Reports: **Yes (previously provided)**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

*I have completed this form to the best of my ability based on my limited access to financial and other records.  Although I have signed it on the date listed below, the information is provided as of November 1, 2019, the date of my original Individual Financial Disclosure Form.*

*I am submitting this Amended and Corrected Financial Disclosure Form with the understanding that it may affect action by the Bureau of Consumer Financial Protection or a federal court.  The responses I have provided to the items above are true and contain all the requested facts and information of which I have notice or knowledge.  I have provided all requested documents in my custody, possession, or control.  I further declare that I have no assets, owned either directly or indirectly (including owned by my spouse or dependents), or income of any nature other than as shown in, or attached to, this statement.  I understand that the Bureau of Consumer Financial Protection is a federal agency and that this financial disclosure form is being submitted in connection with a matter within its jurisdiction.  I understand that a false, fictitious, or fraudulent statement or representation on this form, or the concealment of any material fact is a violation of Federal law and could result in criminal prosecution, and significant civil penalties.  I understand that a false statement is punishable under 18 U.S.C. §§ 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000.*

**Executed on:**

12/17/2020

**(Date)**

**Signature**

**CONFIDENTIAL**

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 14
P. 162