**DECLARATION OF KAINE WEN**

I, Kaine Wen, declare as follows:

1. With respect to the Redacted currently in my possession, custody, or control as identified in my Amended and Corrected Financial Statement dated December 17, 2020 Redacted, I hereby fully and unequivocally commit to treat it as subject to the asset freeze provisions in the pending Preliminary Injunction, and will not sell, pledge, transfer, or otherwise dispose or encumber any of it until such time as I am directed or permitted by further court order.

2. The Redacted was derived from Redacted I earned prior to and entirely independent of the student loan debt relief business that is the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2020, at San Bernardino County, California.

_____
Kaine Wen