# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>      Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>**REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020**<br><br>Hearing: February 8, 2021 at 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br>Courtroom 5A (remote) |

Before the Court is Plaintiff the Bureau of Consumer Financial Protection's Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief.  Having considered the filings in support and in opposition to the Motion,

**IT IS HEREBY ORDERED** that Wen is ordered to appear before the Court on _____, 2021, at _____ a.m./p.m PST to show cause why he should

1

not be held in civil contempt for failing to comply with the Temporary Restraining Order and Stipulated Preliminary Injunction previously entered in this matter.

**IT IS FURTHER ORDERED** that Defendant Wen shall immediately (a) transfer to the Receiver appointed in this matter per the Court's prior orders (ECF Nos. 24, 103) Redacted      he has identified to the Bureau to date, including Redacted                                                        (b) provide the Receiver with Redacted Redacted

**IT IS FURTHER ORDERED** that Defendant Wen shall pay to the Receiver the value of Redacted      dissipated since November 1, 2019.

**IT IS FURTHER ORDERED** that the Receiver is directed and authorized to treat the aforementioned Redacted Redacted      as Receivership Assets, and to exercise the full scope of his authority as set forth in the Stipulated Preliminary Injunction With Asset Freeze, Appointment of Receiver, and Other Equitable Relief (ECF No. 103) with respect to those Assets;

**IT IS FURTHER ORDERED** that, within __ days of entry of this Order, Defendant Wen shall provide a sworn statement supplementing his responses to Items 23 and 31 in the individual financial statement, and to identify the type and specific location Redacted Redacted Redacted      If the statement does not include all of the requested information, then he must explain in a sworn statement the steps he took to try to acquire the information;

**IT IS FURTHER ORDERED** that, within __ days of entry of this Order, Defendant Wen shall submit to the Bureau an accounting, verified under oath, of all payments, transfers, or assignments of any Assets worth $5,000 or more from January 1, 2015, through the date of the Court's order.  The statement shall

include: (a) the amount transferred or assigned; (b) the name of each transferee or assignee; (c) the date of the assignment or transfer; and (d) the type and amount of consideration paid by or to the Defendant.  Each statement shall specify the name and address of each financial institution (as defined in the PI Order) at which Defendant has accounts or safe deposit boxes.  If the statement does not include all of this information, then he must explain in a sworn statement the steps he took to try to acquire the information.

DATED: _____

_____
Honorable Michael W. Fitzgerald
United States District Judge