**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435- 9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>   Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>Hearing: Feb. 8, 2021 at 10:00 a.m.<br>Court:  Hon. Michael W. Fitzgerald<br>Courtroom 5A (remote) |

## CERTIFICATE OF SERVICE

I further certify that on January 8, 2021, I caused a true and correct copy of the following documents to be filed electronically using the CM/ECF system,

which will send notification of the filing to all parties in the case who are registered CM/ECF users:

- Redacted versions of the Bureau's Notice of Motion for Order to Show Cause Why Defendant Wen Should Not be Held in Contempt and for Related Relief, Memorandum in Support, the declarations of Jesse Stewart and Andrew Nigrinis, Proposed Order, and Exhibits 1-2, 2, 3, 4, 5, 6-1, 6-2, 8-1, 8-3, 9, 10, 12, 13, 14, and 15; and
- Exhibits 1-1, 2, 7, 8-2, and 11.

Dated: January 8, 2021         /s/ Sarah Preis

Sarah Preis
*Attorney for the Bureau of Consumer Financial Protection*