**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435- 9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**AMENDED CERTIFICATE OF SERVICE FOR PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>Hearing: Feb. 8, 2021 at 10:00 a.m.<br>Court:  Hon. Michael W. Fitzgerald<br>Courtroom 5A (remote) |

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Bureau's Notice of Motion for Order to Show Cause Why Defendant Wen Should Not be Held in

Contempt and for Related Relief, Memorandum in Support, the declarations of Jesse Stewart and Andrew Nigrinis, Proposed Order, and Exhibits 1-2, 3, 4, 5, 6-1, 6-2, 8-1, 8-3, 9, 10, 12, 13, 14, and 15, filed under seal, and the corresponding Notice of Electronic Filing (NEF), were served via email on January 8, 2021 and were sent by UPS overnight mail on January 11, 2021, to Matthew Eanet, Counsel to Defendant Kaine Wen, at the following address:

Matthew Leo Eanet
Eanet PC
550 South Hope Street Suite 750
Los Angeles, CA 90071
matt@eanetpc.com

I further certify pursuant to L.R. 79-5.3 that on January 11, 2021, Counsel to Defendant Wen informed the Bureau of his position that service on all other parties should not be required because the unredacted documents "contain confidential, private financial information and settlement communications, which Mr. Wen does not waive." To the extent that the Protective Order applies to the information over which Wen has asserted confidentiality, it does not address the propriety of service under these particular circumstances. Accordingly, at this time the Bureau has not served other parties with copies of the aforementioned under seal documents.

I further certify that on January 8, 2021, I caused a true and correct copy of the following documents to be filed electronically using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users:

- Redacted versions of the Bureau's Notice of Motion for Order to Show Cause Why Defendant Wen Should Not be Held in Contempt and for Related Relief, Memorandum in Support, the declarations of Jesse Stewart and Andrew Nigrinis, Proposed Order, and Exhibits 1-2, 3, 4, 5, 6-1, 6-2, 8-1, 8-3, 9, 10, 12, 13, 14, and 15; and
- Exhibits 1-1, 2, 7, 8-2, and 11.

Dated: January 12, 2021        /s/ Sarah Preis

Sarah Preis
*Attorney for the Bureau of Consumer Financial Protection*