EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:    310-775-2495
Facsimile:    310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, <br><br> Plaintiffs, <br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, <br><br> Defendants, and <br><br> Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., <br><br> Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx) <br><br> Hon. Michael W. Fitzgerald <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** <br><br> Current Hearing: <br><br> Date:        February 8, 2021 <br> Time:        10:00 a.m. <br><br> Proposed Hearing: <br><br> Date:        February 22, 2021 <br> Time:        10:00 a.m. <br><br> Judge:        Hon. Michael W. Fitzgerald <br> Courtroom:  5A (remote) <br><br><br> Action Filed: October 21, 2019 <br> FAC Filed: February 24, 2020 |

## **STIPULATION**

Plaintiff the Bureau of Consumer Financial Protection ("Plaintiff" or "Bureau"), and Defendant Kaine Wen ("Mr. Wen"), hereby stipulate and agree as follows:

1.     On January 8, 2021, Plaintiff filed a Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief (the "Motion"), with a hearing date scheduled for February 8, 2021 at 10:00 a.m.

2.     Counsel for Defendants has requested a continuance of the hearing date, and Counsel for Plaintiff agrees to continue the hearing on the Motion to February 22, 2021, with all briefing deadlines to be continued in accordance with the new hearing date and pursuant to the Court's Local Rules.

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

   a.  The hearing on the Motion shall be continued to February 22, 2021 at 10:00 a.m.

   b.  Mr. Wen shall file and serve his opposition to the Motion not later than February 1, 2021, in accordance with L.R. 7-9.

   c.  Plaintiffs shall file and serve their reply not later than February 8, 2021, in accordance with L.R. 7-10.

1    Dated:  January 13, 2021                    EANET, PC

2                                                By: /s/ Matthew Eanet_____

3                                                    Matthew L. Eanet

4                                                Attorneys for Defendant Kaine Wen

5

6

7

8    Dated:  January 13, 2021

9                                                By: /s/ Sarah Preis_____

10                                                   Sarah Preis (D.C. Bar No. 997387)
                                                    Admitted pro hac vice

11                                                  Email: sarah.preis@cfpb.gov
                                                    Jesse Stewart (N.Y. Bar No. 4145495)

12                                                  Admitted pro hac vice
                                                    Email: jesse.stewart@cfpb.gov

13

14                                                Attorneys for Plaintiff Bureau of Consumer
                                                  Financial Protection

15

16

17

18   I, Matthew Eanet, attest that all other signatories listed, and on whose behalf the

19   filing is submitted, concur in the filing's content and have authorized the filing.

20   /s/ Matthew Eanet_____

21   Matthew L. Eanet

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING