EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:   310-775-2495
Facsimile:   310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>               Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>               Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>               Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>Current Hearing:<br><br>Date:      February 8, 2021<br>Time:     10:00 a.m.<br><br>New Hearing:<br><br>Date:      February 22, 2021<br>Time:     10:00 a.m.<br><br>Judge:     Hon. Michael W. Fitzgerald<br>Courtroom: 5A (remote)<br><br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020 |

ORDER RE. STIPULATION TO CONTINUE HEARING

**ORDER**

This Court, having considered the Stipulation filed by Plaintiff the Bureau of Consumer Financial Protection ("Plaintiff"), on the one hand, and Defendant Kaine Wen ("Mr. Wen"), on the other hand, to continue the hearing on Plaintiff's Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief (the "Motion", Docket No. 257), and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. The hearing on the Motion shall be continued to February 22, 2021 at 10:00 a.m. with all briefing deadlines continued in accordance with the new hearing date and pursuant to the Court's Local Rules, as follows:

   a. Mr. Wen shall file and serve his opposition to the Motion not later than February 1, 2021, in accordance with L.R. 7-9.

   b. Plaintiffs shall file and serve their reply not later than February 8, 2021, in accordance with L.R. 7-10.

Dated: January 14, 2021

MICHAEL W. FITZGERALD
United States District Judge