KERI CURTIS AXEL (Bar No. 186847)
kaxel@waymakerlaw.com
SAMUEL S. MEEHAN (Bar No. 307934)
smeehan@waymakerlaw.com
WAYMAKER LLP
777 S. Figueroa St., Suite 2850
Los Angeles, California 90017
Telephone: (424) 652-7800

*Attorneys for Defendant Tuong Nguyen and TN Accounting, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc, d/b/a Premier Student Loan Center; *et al.,*<br><br>     Defendants. | Case No.: 8:19-CV-01998-MWF (KSx)<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br>Assigned to:  Hon. James V. Selna<br>Courtroom:   10C |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Baker Marquart LLP has changed its firm name to Waymaker LLP, effective immediately. The firm's address, telephone number, and facsimile number will remain the same. The firm's email addresses have been changed from kaxel@bakermarquart.com to kaxel@waymakerlaw.com, and smeehan@bakermarquart.com to smeehan@waymakerlaw.com.

Please update your records to reflect this change.

Dated: January 25, 2021            WAYMAKER LLP


                                   By: */s/ Keri Curtis Axel*
                                   Keri Curtis Axel
                                   Samuel S. Meehan

                                   Attorneys for Defendant Tuong Nguyen and Relief Defendant TN Accounting, Inc.

---

1

NOTICE OF CHANGE OF FIRM NAME