# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Bureau of Consumer Financial Protection et al.,<br><br>Plaintiff(s)<br>v.<br><br>Consumer Advocacy Center Inc. et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>8:19-cv-01998-MWF-KS<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE | |

The parties have requested an informal discovery conference with Magistrate Judge Karen L. Stevenson

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

The telephonic discovery conference is scheduled for Wednesday, February 3, 2021 at 10:00 a.m. The call-in information has been provided to the participating parties by email.

Dated: January 29, 2021

By: G. Roberson
Deputy Clerk