UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SA CV 19-1998 MWF-KSx                                           Date: February 3, 2021

Title   *Bureau of Consumer Financial Protection.v. Consumer Advocacy Center Inc. et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | AT&T 02/03//2021 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                  Attorneys Present for Defendants:

Jesse D Stewart                                                    Matthew Leo Eanet
Sarah M Preis
Nathan Dimock

**Proceedings:   MINUTES OF TELEPHONIC DISCOVERY CONFERENCE RE: SCHEDULING OF DEFENDANT'S DEPOSITION**

Case called. Counsel state their appearances. The Court held a telephonic conference with counsel for Plaintiffs and Defendant regarding a dispute about scheduling an expedited limited scope deposition of Defendant Kaine Wen ("Wen"), pursuant to Section XXVIII.A of the Stipulated Preliminary Injunction. (Dkt. No. 103). Plaintiff maintains that the deposition can and should go forward remotely pursuant to Section XXVIII.A of the Stipulated Preliminary Injunction. Defendant acknowledges that, due to the ongoing coronavirus pandemic, the deposition can occur remotely but contends that because of local infection rates in the greater Los Angeles area and public health guidelines that restrict indoor, in-person gatherings, Wen's deposition needs to be continued until Defendant can prepare for the deposition in-person with his counsel.

After further discussion, the Court expressed some skepticism that there could be no other means to adequately prepare Wen for the deposition besides in-person. Nevertheless, the Court will afford Defendant an opportunity to present his arguments and any relevant authority on the issue in a motion for a protective order on an expedited briefing schedule. Accordingly, Defendant may file an opening brief on this issue of no more than ten (10) **pages on or before Tuesday, February 9, 2021**. Plaintiffs' may file an Opposition of no more than ten (10) pages on or before Tuesday, February 16, 2021, and Defendant may file an optional Reply of no more than (5) pages

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SA CV 19-1998 MWF-KSx                                      Date: February 3, 2021

Title      *Bureau of Consumer Financial Protection.v. Consumer Advocacy Center Inc. et al*

on or before Friday, February 19, 2021. Upon receipt of the Reply, the motion will be deemed under submission without any additional oral argument. *See* Local C.D. Cal. Rule 7-15. If Defendant chooses not to file a Reply, the Court will take the matter under submission on the date the Reply is due.

IT IS SO ORDERED.

|  | : 42 mins |
|---|---|
| **Initials of Preparer** | gr |