UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   SA CV 19-1998 MWF-KSx                                                          Date: February 5, 2021

Title   *Bureau of Consumer Financial Protection. V. Consumer Advocacy Center Inc. et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  MINUTES (IN CHAMBERS) ORDER VACATING BRIEFING SCHEDULE**

The parties have notified the Court that they have resolved the discovery dispute concerning the scheduling of Defendant's limited scope deposition. Accordingly, the Court **VACATES** the briefing schedule set on February 3, 2021.   [Dkt. No. 266.]

IT IS SO ORDERED.

:
**Initials of Preparer**      gr