| | |
|---|---|
| **From:** | Preis, Sarah (CFPB) |
| **To:** | Sachs, Gerald S.; lweaver@ncdoj.gov; Romanoff, Evan; christina.tusan (christina.tusan@lacity.org); Stewart, Jesse (CFPB) |
| **Cc:** | Baker, Allyson B.; Chang, Witt W. |
| **Subject:** | RE: CFPB v. CAC et al |
| **Date:** | Monday, November 25, 2019 1:15:35 PM |

Dear Gerry,

I apologize for the delay in responding to your **Redacted** from last Wednesday. We are in the process of reviewing the financial disclosure forms you submitted on behalf of your clients and it is not necessary for them to complete those forms again for settlement purposes with the Bureau. With respect to your question about Sarah Kim, yes, please amend the form to include her contact information.

Although we are open to negotiating a resolution to this matter, we are still evaluating your clients' finances and what happened to the proceeds of the debt relief operation. We will reach out if we have any questions regarding these issues.

Thank you,

Sarah

---

**From:** Sachs, Gerald S. <GSachs@Venable.com>
**Sent:** Monday, November 25, 2019 12:56 PM
**To:** lweaver@ncdoj.gov; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; christina.tusan (christina.tusan@lacity.org) <christina.tusan@lacity.org>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Baker, Allyson B. <ABBaker@Venable.com>; Chang, Witt W. <WWChang@Venable.com>
**Subject:** CFPB v. CAC et al

Counsel,

As I have mentioned previously in telephone conversations and via email while we finalized the Stipulated Preliminary Injunction, **Redacted**

# Redacted

**Redacted** Of course, this email and all related conversations shall be covered by Federal Rule of Evidence 408.

I know that this week is a shortened week because of Thanksgiving, but if you would like to have a preliminary call tomorrow or Wednesday morning, we can be available.

Thank you,

Gerry

Gerald S. Sachs, Esq. | Venable LLP
t 202.344.4269 | f 202.344.8300 | m 202.297.5613
600 Massachusetts Avenue, NW, Washington, DC 20001

GSachs@Venable.com | www.Venable.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*