| | |
|---|---|
| **From:** | Matthew Eanet |
| **To:** | Stewart, Jesse (CFPB) |
| **Cc:** | Preis, Sarah (CFPB); Patterson, Jehan (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: CFPB v. CAC - Kaine Wen"s compliance with the asset freeze |
| **Date:** | Friday, December 04, 2020 7:29:29 PM |
| **Attachments:** | 2020.12.4.K Wen Decl (signed).pdf |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,

In connection with your letter of November 19, and subsequent communications, please see the enclosed declaration by Mr. Wen.

Sincerely,

**Matthew Eanet**

**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**
*eanetpc.com*
**matt@eanetpc.com**

**Download vCard**
_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.
Eanet, PC
_____


**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Friday, December 4, 2020 6:42 AM
**To:** Matthew Eanet <matt@eanetpc.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** [External] CFPB v. CAC - Kaine Wen's compliance with the asset freeze

REDACTED PURSUANT TO ORDER OF THE COURT DATED DECEMBER 30, 2020

Ex. 19
P. 198

Dear Matt,

We write to follow up on our December 2, 2020 telephone call with you. During that call, we reiterated questions we asked you in a November 19, 2020 letter and a December 1, 2020 email about Kaine Wen's compliance with the preliminary injunction. Specifically, we asked you to confirm whether Mr. Wen has complied and intends to comply fully with the asset freeze in light of his disclosure on November 7, 2020, of approximately <span style="color:red">Redacted</span> Leading up to and during our call, you refused to answer these questions. For the first time on our call, you stated that Mr. Wen was considering asserting his Fifth Amendment rights with respect to our questions. Given the serious concerns about Mr. Wen's compliance with the Court's preliminary injunction and potential dissipation of assets, we asked you to respond to our questions by close of business on December 2. To date, we still have not heard from you.

It is our understanding that the <span style="color:red">Redacted</span> should have been disclosed on Mr. Wen's financial disclosure form submitted under the Court's temporary restraining order in 2019, and that it has been and remains subject to the asset freeze. Mr. Wen's refusal to confirm that he has and will treat that asset as frozen raises serious concerns, including about potential dissipation of assets that would be subject to a judgment. We therefore reiterate our requests that Mr. Wen immediately respond to our questions so that we do not have to seek relief from the Court.

Sincerely,

Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.