**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471

LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**AMENDED CERTIFICATE OF SERVICE FOR REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>Hearing: Feb. 22, 2021 at 10:00 a.m.<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Bureau's Reply in Support of Plaintiff's Motion for Order to Show Cause Why Defendant Wen Should Not

be Held in Contempt and for Related Relief, the declaration of Jesse Stewart, and Exhibits 16-19 were served via email on February 8, 2021, to Matthew Eanet, Counsel to Defendant Kaine Wen, at the following address:

matt@eanetpc.com

I further certify pursuant to L.R. 79-5.3 that on February 9, 2021, Counsel to Defendant Wen informed the Bureau that he objects to service of the Bureau's under seal filing (ECF No. 268) on all other parties to this action.  To the extent that the Protective Order applies to the information over which Wen has asserted confidentiality, it does not address the propriety of service under these particular circumstances.  Accordingly, at this time the Bureau has not served other parties with copies of the aforementioned under seal documents.

I further certify that on February 8, 2021, I caused a true and correct copy of the following documents to be filed electronically using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users: redacted versions of the Bureau's Reply in Support of Plaintiff's Motion for Order to Show Cause Why Defendant Wen Should Not be Held in Contempt, the declaration of Jesse Stewart, and Exhibits 16 and 9.

Dated: February 10, 2021          /s/ Sarah Preis

                                  Sarah Preis
                                  *Attorney for the Bureau of Consumer*
                                  *Financial Protection*