UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **SACV 19-1998-MWF(KSx)**                              Dated: **February 24, 2021**

Title:    Bureau of Consumer Financial Protection, et al. -v- Consumer Advocacy Center Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

| Christina V. Tusan | Matthew Eanet |
| Jesse D. Steward | Lane Mervis |
| Evan Romanoff | Julian Burns King |
| M. Lynn Weaver | Receiver |
| Sarah M. Preis | Andrew Green |
| Willliam Pletcher | Thomas McNamara |
| Nathan Dimok | |

**PROCEEDINGS:**   TELEPHONIC - PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF [256]; PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF [257]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

1:05 min