SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: (202) 435-9318
Email: sarah.preis@cfpb.gov
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435- 9641
Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198
Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (202) 435-5471
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov
Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>  Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**JOINT APPLICATION FOR LEAVE TO FILE UNDER SEAL UNDER L.R. 79-5.2.2(b)**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

Plaintiff the Bureau of Consumer Financial Protection (Bureau) seeks leave to file materials designated by another as confidential under L.R. 79-5.2.2(b). Specifically, the Bureau, the State of Minnesota, the State of North Carolina, and The People of the State of California anticipate filing a motion seeking leave to amend the first amended complaint (FAC) (ECF 134) to add certain claims and a relief defendant. The anticipated second amended complaint (SAC) contains information derived from materials that Defendant Kaine Wen has designated as confidential under this Court's protective order (ECF 246).

Pursuant to L.R. 79-5.2.2(b), the Plaintiffs conferred with Mr. Wen "in an attempt to eliminate or minimize the need for filing under seal by means of redaction." Specifically, between March 1, 2021 and March 10, 2021, the Plaintiffs and Wen conferred regarding the scope and the basis for the proposed redactions, ultimately reaching an agreement that the proposed redactions will protect Wen's confidential financial information while ensuring the public can understand the nature of the Plaintiffs' allegations in the SAC.

The Bureau and Wen therefore request that the Court grant the instant application so that Plaintiffs may file a public version of the SAC with the proposed redactions and an unredacted version under seal as part of Plaintiffs' anticipated motion for leave to amend their complaint.

Dated: March 19, 2021                      /s/ Sarah Preis

                                           Sarah Preis (D.C. Bar No. 997387)
                                           *Admitted pro hac vice*
                                           Email: sarah.preis@cfpb.gov
                                           Jesse Stewart (N.Y. Bar No. 5145495) *Admitted pro hac vice*
                                           Email: jesse.stewart@cfpb.gov
                                           *Attorneys for Plaintiff Bureau of Consumer Financial Protection*

s/ Matthew Eanet

Matthew Eanet (SBN 227490)
Email: matt@eanetpc.com
*Attorney for Defendant Kaine Wen*

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

s/ Sarah Preis

Sarah Preis (D.C. Bar No. 997387)
*Admitted pro hac vice*
Email: sarah.preis@cfpb.gov
