UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **ORDER ON JOINT APPLICATION FOR** <br> **LEAVE TO FILE UNDER SEAL** <br><br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

This Court, having considered the Joint Application by Plaintiff the Consumer Financial Protection Bureau and Defendant Wen for Leave to File Under Seal, hereby grants the Application. Accordingly, **IT IS HEREBY ORDERED** that the Joint Application to File Under Seal is **GRANTED** and Plaintiffs may file the proposed Second Amended Complaint (SAC) with the proposed redactions on the public docket and an unredacted version of the SAC under seal as part of Plaintiffs' anticipated motion seeking leave to amend the complaint.

DATED: March 19, 2021

Honorable Michael Fitzgerald
United States District Judge