# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>     Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br><br>Court:  Hon. Michael W. Fitzgerald<br>Courtroom 5A |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

This Court, having considered Plaintiffs' Motion for Leave to File Second Amended Complaint ("Motion"), hereby grants the Motion. Accordingly, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Consistent with this Court's March 19, 2021, Order on Joint Application

1

to File Under Seal, Docket No. 280, Plaintiffs shall file a redacted version of the Second Amended Complaint ("SAC") on the public docket and file an unredacted version of the SAC under seal.

It is **SO ORDERED**, this _____ day of _____, 2021.

_____
The Honorable Michael W. Fitzgerald
United States District Judge

2
**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE SAC**