**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | Case No. 8:19-cv-01998 MWF (KS)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Michael W. Fitzgerald |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File Second Amended Complaint (the "Motion"), filed on March 23, 2021. (Docket No. 281). No opposition was filed. (*See generally* Docket).

Pursuant to Federal Rule of Civil Procedure 15(a)(2), courts "should

freely give leave when justice so requires." When considering a motion for leave to amend, courts assess whether the amendment: "(1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *AmerisourceBergen Corp. v. Dialysist W., Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (explaining that courts need not grant leave where any of these four factors apply).

The Court, having considered the Motion and supporting papers, determines that Plaintiffs' proposed amendments do not prejudice Defendants, are not sought in bad faith, will not cause an undue delay in the litigation, and are not futile. The Court further determines that justice requires leave be granted. Accordingly, the Motion is **GRANTED**.

Consistent with this Court's March 19, 2021 Order on Joint Application to File Under Seal, (*see* Docket No. 280), Plaintiffs shall file a redacted version of the Second Amended Complaint ("SAC") on the public docket and file an unredacted version of the SAC under seal.

IT IS SO ORDERED.

Dated:  April 19, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge