# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>     Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**CERTIFICATE OF SERVICE REDACTED SECOND AMENDED COMPLAINT (284) AND SEALED UNREDACTED SECOND AMENDED COMPLAINT (285)**<br><br>Court:  Hon. Michael W. Fitzgerald |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of Plaintiffs' redacted Second Amended Complaint (Docket No. 284) and unredacted Second Amended Complaint (Docket No. 285, filed under seal) were served on April 20, 2021, by email as follows:

1. **Matthew Eanet**

   **Eanet PC**

   550 South Hope Street, Suite 750

   Los Angeles, CA 90071

   Tel.: 310-775-2495

   Fax: 310-593-2589

   matt@eanetpc.com

   *Attorney for Defendant Kaine Wen and Relief Defendants Hold the Door Corp. and Mice and Men LLC*

2. **Evan Romanoff** *(Pro Hac Vice)*
   **Assistant Attorney General**
   **The State of Minnesota**
   445 Minnesota Street, Suite 1200
   St. Paul, MN 55101-2130
   Tel.: 651-757-1454
   evan.romanoff@ag.state.mn.us
   *Attorney for Plaintiff the State of Minnesota*

3. **M. Lynne Weaver** *(Pro Hac Vice)*
   **Michael T. Henry**
   **North Carolina Department of Justice**
   114 W. Edenton Street
   Raleigh, NC 27602
   Tel.: 919-716-6000
   Fax: 919-716-6050
   lweaver@ncdoj.gov
   mhenry@ncdoj.gov
   *Attorneys for Plaintiff the State of North Carolina*

4. **Michael N. Feuer, City Attorney**
   **Christina V. Tusan, Supervising Deputy City Attorney**
   **William Pletcher, Deputy City Attorney**
   **Office of the City Attorney**
   200 N. Main Street, 500 City Hall East
   Los Angeles, CA 90012-4131
   Tel.: 213-978-9707
   Fax.: 213-978-8112

christina.tusan@lacity.org
william.pletcher@lacity.org
rebecca.morse@lacity.org

*Attorneys for Plaintiff the People of the State of California*

I further certify that on April 20, 2021, I caused true and correct copies of the following documents to be filed electronically using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users: Plaintiffs' redacted Second Amended Complaint (Docket No. 284) and unredacted Second Amended Complaint (Docket No. 285, filed under seal).

I further certify under L.R. 79-5.3 that service of the unredacted version of the Second Amended Complaint should not be required due to Defendant Wen's concerns regarding confidentiality of the information contained therein. Accordingly, Plaintiffs have not served the unredacted version of the Second Amended Complaint on the remaining parties in this matter.

Dated: April 20, 2021        /s/ N. Nathan Dimock
                             N. Nathan Dimock