Marc S. Williams (Bar No. 198913)
E-mail: mwilliams@cohen-williams.com
Reuven L. Cohen (Bar No. 231915)
E-mail: rcohen@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, Ninth Floor
Los Angeles, CA  90014
Tel. (213) 232-5160
Fax (213) 232-5167

Attorneys for Defendant,
TAS 2019 LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.,<br><br>                              Plaintiffs,<br><br>vs.<br><br>CONSUMER ADVOCACY CENTER INC., et al.,<br><br>                              Defendants, and.<br><br><br>INFINITE MANAGEMENT CORP., F/K/A INFINITE MANAGEMENT SOLUTIONS INC., et al.,<br><br>                              Relief Defendants | Case No. 8:19-cv-01998-MWF-KS<br><br>**ANSWER TO SECOND AMENDED COMPLAINT BY DEFENDANT TAS 2019 LLC;**<br><br>**DEMAND FOR JURY TRIAL** |

# **ANSWER**

Defendant TAS 2019 LLC ("Defendant") hereby answer the Second Amended Complaint filed by the plaintiffs in this action on April 20, 2021 (ECF 284) as follows:

1.  Defendant admits the allegations in Paragraph 1, except Defendant denies that it was part of the alleged "student-loan debt relief operation," denies that it violated any of the laws set forth in Paragraph 1, and denies that it is liable under any of the laws set forth in Paragraph 1.

2.  Defendant admits the allegations in Paragraph 2, except Defendant denies that it was part of the alleged "student-loan debt relief operation," denies that it violated any of the laws set forth in Paragraph 2, and denies that it is liable under any of the laws set forth in Paragraph 2.

3.  Defendant admits the allegations in Paragraph 3, except Defendant denies that it was part of the alleged "student-loan debt relief operation," denies that it violated any of the laws set forth in Paragraph 3, and denies that it is liable under any of the laws set forth in Paragraph 3.

4.  Defendant admits the allegations in Paragraph 4, except Defendant denies that it was part of the alleged "student-loan debt relief operation," denies that it violated any of the laws set forth in Paragraph 4, and denies that it is liable under any of the laws set forth in Paragraph 4.

5.  Defendant denies all of the allegations in Paragraph 5 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis denies each and every allegation contained therein.

6.  Defendant denies all of the allegations in Paragraph 6 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis denies each and every allegation contained therein.

7.  Defendant admits the allegations in Paragraph 7.

8.      Defendant denies all of the allegations in Paragraph 8 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 and on that basis denies each and every allegation contained therein.

9.      Defendant denies all of the allegations in Paragraph 9 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis denies each and every allegation contained therein.

10.      Defendant denies all of the allegations in Paragraph 10 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 and on that basis denies each and every allegation contained therein.

11.      Defendant denies all of the allegations in Paragraph 11 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11 and on that basis denies each and every allegation contained therein.

12.      Defendant denies all of the allegations in Paragraph 12 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 and on that basis denies each and every allegation contained therein.

13.      Defendant denies all of the allegations in Paragraph 13 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis denies each and every allegation contained therein.

14.      Defendant denies all of the allegations in Paragraph 14 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

15.     Defendant denies all of the allegations in Paragraph 15 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis denies each and every allegation contained therein.

16.     Defendant denies all of the allegations in Paragraph 16 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis denies each and every allegation contained therein.

17.     Defendant denies all of the allegations in Paragraph 17 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis denies each and every allegation contained therein.

18.     Defendant admits the allegations in Paragraph 18.

19.     Defendant admits the allegations in Paragraph 19.

20.     Paragraph 20 argues statement of law that does not require a response.

21.     Paragraph 21 argues statement of law that does not require a response.

22.     Paragraph 22 argues statement of law that does not require a response.

23.     Paragraph 23 argues statement of law that does not require a response.

24.     Paragraph 24 argues statement of law that does not require a response.

25.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis denies each and every allegation contained therein.

26.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis denies each and every allegation contained therein.

27.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 27 and on that basis denies each and every allegation contained therein.

4

28.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28 and on that basis denies each and every allegation contained therein.

29.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 29 and on that basis denies each and every allegation contained therein.

30.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 30 and on that basis denies each and every allegation contained therein.

31.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 31 and on that basis denies each and every allegation contained therein.

32.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32 and on that basis denies each and every allegation contained therein.

33.     Defendant admits the allegations in Paragraph 33 that Defendant TAS 2019 LLC, d/b/a Trusted Account Services (TAS) is a Wyoming limited liability corporation. Defendant denies the remaining allegations contained in Paragraph 33.

34.     Defendant admits the allegations in Paragraph 34.

35.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 35 and on that basis denies each and every allegation contained therein.

36.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 36 and on that basis denies each and every allegation contained therein.

37.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 37 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

38.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 38 and on that basis denies each and every allegation contained therein.

39.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 39 and on that basis denies each and every allegation contained therein.

40.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 40 and on that basis denies each and every allegation contained therein.

41.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 41 and on that basis denies each and every allegation contained therein.

42.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 42 and on that basis denies each and every allegation contained therein.

43.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 43 and on that basis denies each and every allegation contained therein.

44.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 44 and on that basis denies each and every allegation contained therein.

45.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 45 and on that basis denies each and every allegation contained therein.

46.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 46 and on that basis denies each and every allegation contained therein.

47.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 47 and on that basis denies each and every allegation contained therein.

48.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 48 and on that basis denies each and every allegation contained therein.

49.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 49 and on that basis denies each and every allegation contained therein.

50.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 50 and on that basis denies each and every allegation contained therein.

51.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 51 and on that basis denies each and every allegation contained therein.

52.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 52 and on that basis denies each and every allegation contained therein.

53.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis denies each and every allegation contained therein.

54.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis denies each and every allegation contained therein.

55.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis denies each and every allegation contained therein.

56.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis denies each and every allegation contained therein.

57.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis denies each and every allegation contained therein.

58.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis denies each and every allegation contained therein.

59.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis denies each and every allegation contained therein.

60.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis denies each and every allegation contained therein.

61.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis denies each and every allegation contained therein.

62.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis denies each and every allegation contained therein.

63.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis denies each and every allegation contained therein.

64.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

65.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis denies each and every allegation contained therein.

66.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis denies each and every allegation contained therein.

67.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis denies each and every allegation contained therein.

68.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis denies each and every allegation contained therein.

69.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis denies each and every allegation contained therein.

70.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis denies each and every allegation contained therein.

71.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis denies each and every allegation contained therein.

72.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis denies each and every allegation contained therein.

73.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis denies each and every allegation contained therein.

74.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis denies each and every allegation contained therein.

75.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis denies each and every allegation contained therein.

76.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis denies each and every allegation contained therein.

77.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis denies each and every allegation contained therein.

78.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis denies each and every allegation contained therein.

79.     Defendant denies all of the allegations in Paragraph 79 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis denies each and every allegation contained therein.

80.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis denies each and every allegation contained therein.

81.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis denies each and every allegation contained therein.

82.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 82 and on that basis denies each and every allegation contained therein.

83.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 83 and on that basis denies each and every allegation contained therein.

84.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis denies each and every allegation contained therein.

85.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 85 and on that basis denies each and every allegation contained therein.

86.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 86 and on that basis denies each and every allegation contained therein.

87.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis denies each and every allegation contained therein.

88.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 88 and on that basis denies each and every allegation contained therein.

89.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 89 and on that basis denies each and every allegation contained therein.

90.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 90 and on that basis denies each and every allegation contained therein.

91.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 91 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

92.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 92 and on that basis denies each and every allegation contained therein.

93.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 93 and on that basis denies each and every allegation contained therein.

94.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 94 and on that basis denies each and every allegation contained therein.

95.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 95 and on that basis denies each and every allegation contained therein.

96.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis denies each and every allegation contained therein.

97.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis denies each and every allegation contained therein.

98.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis denies each and every allegation contained therein.

99.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis denies each and every allegation contained therein.

100.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 100 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

101. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis denies each and every allegation contained therein.

102. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis denies each and every allegation contained therein.

103. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 103 and on that basis denies each and every allegation contained therein.

104. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis denies each and every allegation contained therein.

105. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 105 and on that basis denies each and every allegation contained therein.

106. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis denies each and every allegation contained therein.

107. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis denies each and every allegation contained therein.

108. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis denies each and every allegation contained therein.

109. Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 109 and on that basis denies each and every allegation contained therein.

110.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 110 and on that basis denies each and every allegation contained therein.

111.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 111 and on that basis denies each and every allegation contained therein.

112.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 112 and on that basis denies each and every allegation contained therein.

113.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 113 and on that basis denies each and every allegation contained therein.

114.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 114 and on that basis denies each and every allegation contained therein.

115.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 115 and on that basis denies each and every allegation contained therein.

116.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 116 and on that basis denies each and every allegation contained therein.

117.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 117 and on that basis denies each and every allegation contained therein.

118.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 118 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

119.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 119 and on that basis denies each and every allegation contained therein.

120.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 120 and on that basis denies each and every allegation contained therein.

121.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 121 and on that basis denies each and every allegation contained therein.

122.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 122 and on that basis denies each and every allegation contained therein.

123.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 123 and on that basis denies each and every allegation contained therein.

124.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis denies each and every allegation contained therein.

125.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 125 and on that basis denies each and every allegation contained therein.

126.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 126 and on that basis denies each and every allegation contained therein.

127.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 127 and on that basis denies each and every allegation contained therein.

128.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 128 and on that basis denies each and every allegation contained therein.

129.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 129 and on that basis denies each and every allegation contained therein.

130.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 130 and on that basis denies each and every allegation contained therein.

131.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 131 and on that basis denies each and every allegation contained therein.

132.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis denies each and every allegation contained therein.

133.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis denies each and every allegation contained therein.

134.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 134 and on that basis denies each and every allegation contained therein.

135.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 135 and on that basis denies each and every allegation contained therein.

136.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 136 and on that basis denies each and every allegation contained therein.

137.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 137 and on that basis denies each and every allegation contained therein.

138.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 138 and on that basis denies each and every allegation contained therein.

139.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 139 and on that basis denies each and every allegation contained therein.

140.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 140 and on that basis denies each and every allegation contained therein.

141.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 141 and on that basis denies each and every allegation contained therein.

142.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 142 and on that basis denies each and every allegation contained therein.

143.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 143 and on that basis denies each and every allegation contained therein.

144.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 144 and on that basis denies each and every allegation contained therein.

145.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 145 and on that basis denies each and every allegation contained therein.

146.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 146 and on that basis denies each and every allegation contained therein.

147.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis denies each and every allegation contained therein.

148.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 148 and on that basis denies each and every allegation contained therein.

149.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 149 and on that basis denies each and every allegation contained therein.

150.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 150 and on that basis denies each and every allegation contained therein.

151.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 151 and on that basis denies each and every allegation contained therein.

152.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 152 and on that basis denies each and every allegation contained therein.

153.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 153 and on that basis denies each and every allegation contained therein.

154.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis denies each and every allegation contained therein.

155.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 155 and on that basis denies each and every allegation contained therein.

156.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis denies each and every allegation contained therein.

157.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis denies each and every allegation contained therein.

158.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 158 and on that basis denies each and every allegation contained therein.

159.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 159 and on that basis denies each and every allegation contained therein.

160.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 160 and on that basis denies each and every allegation contained therein.

161.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 161 and on that basis denies each and every allegation contained therein.

162.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 162 and on that basis denies each and every allegation contained therein.

163.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 163 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

164.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 164 and on that basis denies each and every allegation contained therein.

165.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis denies each and every allegation contained therein.

166.   Defendant denies all of the allegations in Paragraph 166.

167.   Defendant denies all of the allegations in Paragraph 167.

168.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis denies each and every allegation contained therein.

169.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis denies each and every allegation contained therein.

170.   Defendant denies all of the allegations in Paragraph 170.

171.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 171 and on that basis denies each and every allegation contained therein.

172.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 172 and on that basis denies each and every allegation contained therein.

173.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 173 and on that basis denies each and every allegation contained therein.

174.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 174 and on that basis denies each and every allegation contained therein.

175.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 175 and on that basis denies each and every allegation contained therein.

176.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 176 and on that basis denies each and every allegation contained therein.

177.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 177 and on that basis denies each and every allegation contained therein.

178.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis denies each and every allegation contained therein.

179.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis denies each and every allegation contained therein.

180.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 180 and on that basis denies each and every allegation contained therein.

181.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis denies each and every allegation contained therein.

182.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis denies each and every allegation contained therein.

183.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

184.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis denies each and every allegation contained therein.

185.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis denies each and every allegation contained therein.

186.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 186 and on that basis denies each and every allegation contained therein.

187.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis denies each and every allegation contained therein.

188.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis denies each and every allegation contained therein.

189.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 189 and on that basis denies each and every allegation contained therein.

190.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 190 and on that basis denies each and every allegation contained therein.

191.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis denies each and every allegation contained therein.

192.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

193.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis denies each and every allegation contained therein.

194.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 194 and on that basis denies each and every allegation contained therein.

195.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 195 and on that basis denies each and every allegation contained therein.

196.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 196 and on that basis denies each and every allegation contained therein.

197.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis denies each and every allegation contained therein.

198.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 198 and on that basis denies each and every allegation contained therein.

199.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 199 and on that basis denies each and every allegation contained therein.

200.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 200 and on that basis denies each and every allegation contained therein.

201.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis denies each and every allegation contained therein.

202.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 202 and on that basis denies each and every allegation contained therein.

203.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 203 and on that basis denies each and every allegation contained therein.

204.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis denies each and every allegation contained therein.

205.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis denies each and every allegation contained therein.

206.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis denies each and every allegation contained therein.

207.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis denies each and every allegation contained therein.

208.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis denies each and every allegation contained therein.

209.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis denies each and every allegation contained therein.

210.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis denies each and every allegation contained therein.

211.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 211 and on that basis denies each and every allegation contained therein.

212.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 212 and on that basis denies each and every allegation contained therein.

213.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 213 and on that basis denies each and every allegation contained therein.

214.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 214 and on that basis denies each and every allegation contained therein.

215.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 215 and on that basis denies each and every allegation contained therein.

216.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 216 and on that basis denies each and every allegation contained therein.

217.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 217 and on that basis denies each and every allegation contained therein.

218.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 218 and on that basis denies each and every allegation contained therein.

219.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 219 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

220.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 220 and on that basis denies each and every allegation contained therein.

221.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 221 and on that basis denies each and every allegation contained therein.

222.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 222 and on that basis denies each and every allegation contained therein.

223.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 223 and on that basis denies each and every allegation contained therein.

224.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 224 and on that basis denies each and every allegation contained therein.

225.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 225 and on that basis denies each and every allegation contained therein.

226.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 226 and on that basis denies each and every allegation contained therein.

227.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 227 and on that basis denies each and every allegation contained therein.

228.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 228 and on that basis denies each and every allegation contained therein.

229.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 229 and on that basis denies each and every allegation contained therein.

230.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 230 and on that basis denies each and every allegation contained therein.

231.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 231 and on that basis denies each and every allegation contained therein.

232.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 232 and on that basis denies each and every allegation contained therein.

233.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 233 and on that basis denies each and every allegation contained therein.

234.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 234 and on that basis denies each and every allegation contained therein.

235.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 235 and on that basis denies each and every allegation contained therein.

236.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 236 and on that basis denies each and every allegation contained therein.

237.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 237 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

238.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 238 and on that basis denies each and every allegation contained therein.

239.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 239 and on that basis denies each and every allegation contained therein.

240.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 240 and on that basis denies each and every allegation contained therein.

241.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 241 and on that basis denies each and every allegation contained therein.

242.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 242 and on that basis denies each and every allegation contained therein.

243.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 243 and on that basis denies each and every allegation contained therein.

244.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 244 and on that basis denies each and every allegation contained therein.

245.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 245 and on that basis denies each and every allegation contained therein.

246.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 246 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

247.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 247 and on that basis denies each and every allegation contained therein.

248.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 248 and on that basis denies each and every allegation contained therein.

249.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 249 and on that basis denies each and every allegation contained therein.

250.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 250 and on that basis denies each and every allegation contained therein.

251.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 251 and on that basis denies each and every allegation contained therein.

252.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 252 and on that basis denies each and every allegation contained therein.

253.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 253 and on that basis denies each and every allegation contained therein.

254.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 254 and on that basis denies each and every allegation contained therein.

255.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 255 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

256.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 256 and on that basis denies each and every allegation contained therein.

257.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 257 and on that basis denies each and every allegation contained therein.

258.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 258 and on that basis denies each and every allegation contained therein.

259.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 259 and on that basis denies each and every allegation contained therein.

260.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 260 and on that basis denies each and every allegation contained therein.

261.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 261 and on that basis denies each and every allegation contained therein.

262.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 262 and on that basis denies each and every allegation contained therein.

263.   Paragraph 263 argues statement of law that does not require a response.

264.   Paragraph 264 argues statement of law that does not require a response.

265.   Paragraph 265 argues statement of law that does not require a response.

266.   Paragraph 266 argues statement of law that does not require a response.

267.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 267 and on that basis denies each and every allegation contained therein.

268.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 268 and on that basis denies each and every allegation contained therein.

269.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 269 and on that basis denies each and every allegation contained therein.

270.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 270 and on that basis denies each and every allegation contained therein.

271.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 271 and on that basis denies each and every allegation contained therein.

272.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 272 and on that basis denies each and every allegation contained therein.

273.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 273 and on that basis denies each and every allegation contained therein.

274.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 274 and on that basis denies each and every allegation contained therein.

275.   Paragraph 275 argues statement of law that does not require a response.

276.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 276 and on that basis denies each and every allegation contained therein.

277.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 277 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

278.    Paragraph 278 argues statement of law that does not require a response.

279.    Paragraph 279 argues statement of law that does not require a response.

280.    Paragraph 280 argues statement of law that does not require a response.

281.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 281 and on that basis denies each and every allegation contained therein.

282.    Paragraph 282 argues statement of law that does not require a response.

283.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 283 and on that basis denies each and every allegation contained therein.

284.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 284 and on that basis denies each and every allegation contained therein.

285.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 285 and on that basis denies each and every allegation contained therein.

286.    Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

287.    Paragraph 287 argues statement of law that does not require a response.

288.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 288 and on that basis denies each and every allegation contained therein.

289.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 289 and on that basis denies each and every allegation contained therein.

290.    Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

291.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 291 and on that basis denies each and every allegation contained therein.

292.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 292 and on that basis denies each and every allegation contained therein.

293.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

294.   Paragraph 294 argues statement of law that does not require a response.

295.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 295 and on that basis denies each and every allegation contained therein.

296.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 296 and on that basis denies each and every allegation contained therein.

297.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 297 and on that basis denies each and every allegation contained therein.

298.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

299.   Paragraph 299 argues statement of law that does not require a response.

300.   Defendant denies the allegations in Paragraph 300.

301.   Defendant denies the allegations in Paragraph 301.

302.   Defendant denies all of the allegations in Paragraph 302 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 302 and on that basis denies each and every allegation contained therein.  Paragraph 302 also is vague, ambiguous, and unintelligible.

303.    Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

304.    Paragraph 304 argues statement of law that does not require a response.

305.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 305 and on that basis denies each and every allegation contained therein.

306.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 306 and on that basis denies each and every allegation contained therein.

307.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 307 and on that basis denies each and every allegation contained therein.

308.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 308 and on that basis denies each and every allegation contained therein.

309.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 309 and on that basis denies each and every allegation contained therein.

310.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 310 and on that basis denies each and every allegation contained therein.

311.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 311 and on that basis denies each and every allegation contained therein.

312.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 312 and on that basis denies each and every allegation contained therein.

313.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 313 and on that basis denies each and every allegation contained therein.

314.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 314 and on that basis denies each and every allegation contained therein.

315.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 315 and on that basis denies each and every allegation contained therein.

316.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 316 and on that basis denies each and every allegation contained therein.

317.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 317 and on that basis denies each and every allegation contained therein.

318.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 274.

319.   Paragraph 319 argues statement of law that does not require a response.

320.   Defendant denies all of the allegations in Paragraph 320 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 320 and on that basis denies each and every allegation contained therein.

321.   Defendant denies all of the allegations in Paragraph 321 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 321 and on that basis denies each and every allegation contained therein.

322.   Defendant denies all of the allegations in Paragraph 322 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief

as to the truth of the allegations contained in Paragraph 322 and on that basis denies each and every allegation contained therein.

323.    Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 262 and 275 through 285.

324.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 324 and on that basis denies each and every allegation contained therein.

325.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 325 and on that basis denies each and every allegation contained therein.

326.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 326 and on that basis denies each and every allegation contained therein.

327.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 327 and on that basis denies each and every allegation contained therein.

328.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 328 and on that basis denies each and every allegation contained therein.

329.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 329 and on that basis denies each and every allegation contained therein.

330.    Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 330 and on that basis denies each and every allegation contained therein.

331.    Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 262 and 275 through 285.

332.   Defendant denies all of the allegations in Paragraph 332 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 332 and on that basis denies each and every allegation contained therein.

333.   Defendant denies all of the allegations in Paragraph 333 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 333 and on that basis denies each and every allegation contained therein.

334.   Defendant denies all of the allegations in Paragraph 334 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 334 and on that basis denies each and every allegation contained therein.

335.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 262 and 275 through 285.

336.   Paragraph 336 argues statement of law that does not require a response.

337.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 337 and on that basis denies each and every allegation contained therein.

338.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 338 and on that basis denies each and every allegation contained therein.

339.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 339 and on that basis denies each and every allegation contained therein.

340.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 340 and on that basis denies each and every allegation contained therein.

341.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 262 and 275 through 285.

342.   Paragraph 342 argues statement of law that does not require a response.

343.   Defendant denies all of the allegations in Paragraph 343 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 343 and on that basis denies each and every allegation contained therein.

344.   Defendant denies all of the allegations in Paragraph 344 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 344 and on that basis denies each and every allegation contained therein.

345.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

346.   Paragraph 346 argues statement of law that does not require a response.

347.   Paragraph 347 argues statement of law that does not require a response.

348.   Paragraph 348 argues statement of law that does not require a response.

349.   Defendant denies all of the allegations in Paragraph 349 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 349 and on that basis denies each and every allegation contained therein.

350.   Defendant denies all of the allegations in Paragraph 350 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 350 and on that basis denies each and every allegation contained therein.

351.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

352.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 352 and on that basis denies each and every allegation contained therein.

353.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 353 and on that basis denies each and every allegation contained therein.

354.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 354 and on that basis denies each and every allegation contained therein.

355.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 355 and on that basis denies each and every allegation contained therein.

356.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 356 and on that basis denies each and every allegation contained therein.

357.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 357 and on that basis denies each and every allegation contained therein.

358.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

359.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 359 and on that basis denies each and every allegation contained therein.

360.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 360 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

361.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 361 and on that basis denies each and every allegation contained therein.

362.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 362 and on that basis denies each and every allegation contained therein.

363.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

364.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 364 and on that basis denies each and every allegation contained therein.

365.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 365 and on that basis denies each and every allegation contained therein.

366.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 366 and on that basis denies each and every allegation contained therein.

367.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 367 and on that basis denies each and every allegation contained therein.

368.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

369.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 369 and on that basis denies each and every allegation contained therein.

370.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 370 and on that basis denies each and every allegation contained therein.

371.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 371 and on that basis denies each and every allegation contained therein.

372.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 372 and on that basis denies each and every allegation contained therein.

373.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 285.

374.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 374 and on that basis denies each and every allegation contained therein.

375.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 375 and on that basis denies each and every allegation contained therein.

376.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 376 and on that basis denies each and every allegation contained therein.

377.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 377 and on that basis denies each and every allegation contained therein.

378.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 322 and 351 through 355.

379.   Paragraph 379 argues statement of law that does not require a response.

380.   Paragraph 380 argues statement of law that does not require a response.

381.   Paragraph 381 argues statement of law that does not require a response.

382.   Paragraph 382 argues statement of law that does not require a response. Defendant is without sufficient knowledge or information to form a belief as to the truth of

the remaining allegations contained in Paragraph 382 and on that basis denies each and every allegation contained therein.

383.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 383 and on that basis denies each and every allegation contained therein.

384.   Defendant denies all of the allegations in Paragraph 384 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 384 and on that basis denies each and every allegation contained therein.

385.   Defendant denies all of the allegations in Paragraph 385 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 385 and on that basis denies each and every allegation contained therein.

386.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 322, 351 through 355, and 378 through 385.

387.   Paragraph 387 argues statement of law that does not require a response.

388.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 388 and on that basis denies each and every allegation contained therein.

389.   Defendant denies all of the allegations in Paragraph 389 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 389 and on that basis denies each and every allegation contained therein.

390.   Defendant denies all of the allegations in Paragraph 390 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 390 and on that basis denies each and every allegation contained therein.

391.   Defendant denies all of the allegations in Paragraph 391 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 391 and on that basis denies each and every allegation contained therein.

392.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 322 and 251 through 357.

393.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 393 and on that basis denies each and every allegation contained therein.

394.   Paragraph 394 argues statement of law that does not require a response.

395.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 395 and on that basis denies each and every allegation contained therein.

396.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 396 and on that basis denies each and every allegation contained therein.

397.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 397 and on that basis denies each and every allegation contained therein.

398.   Defendant denies all of the allegations in Paragraph 398 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 398 and on that basis denies each and every allegation contained therein.

399.   Defendant denies all of the allegations in Paragraph 399 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 399 and on that basis denies each and every allegation contained therein.

ANSWER TO SAC BY TAS 2019

400.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 322, 351 through 357, and 392 through 399.

401.   Defendant denies all of the allegations in Paragraph 401 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 401 and on that basis denies each and every allegation contained therein.

402.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 402 and on that basis denies each and every allegation contained therein.

403.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 403 and on that basis denies each and every allegation contained therein.

404.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 404 and on that basis denies each and every allegation contained therein.

405.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 405 and on that basis denies each and every allegation contained therein.

406.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 406 and on that basis denies each and every allegation contained therein.

407.   Defendant denies all of the allegations in Paragraph 407 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 407 and on that basis denies each and every allegation contained therein.

408.   Defendant denies all of the allegations in Paragraph 408 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief

as to the truth of the allegations contained in Paragraph 408 and on that basis denies each and every allegation contained therein.

409.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 322, 351 through 357, and 392 through 408.

410.   Paragraph 410 argues statement of law that does not require a response.

411.   Paragraph 411 argues statement of law that does not require a response.

412.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 412 and on that basis denies each and every allegation contained therein.

413.   Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 413 and on that basis denies each and every allegation contained therein.

414.   Paragraph 414 argues statement of law that does not require a response.

415.   Paragraph 415 argues statement of law that does not require a response.

416.   Paragraph 416 argues statement of law that does not require a response.

417.   Defendant re-alleges and incorporates by reference its above answers to the allegations in Paragraphs 1 through 350.

418.   Paragraph 418 argues statement of law that does not require a response.

419.   Paragraph 419 argues statement of law that does not require a response.

420.   Paragraph 420 argues statement of law that does not require a response.

421.   Paragraph 421 argues statement of law that does not require a response.

422.   Defendant admits the allegations in Paragraph 422.

423.   Defendant denies all of the allegations in Paragraph 423 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 423 and on that basis denies each and every allegation contained therein.

424.   Defendant denies all of the allegations in Paragraph 424 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief

as to the truth of the allegations contained in Paragraph 424 and on that basis denies each and every allegation contained therein.

425.   Defendant denies all of the allegations in Paragraph 425 as to itself.  As to the other defendants, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 425 and on that basis denies each and every allegation contained therein.

426.   To the extent an answer to Plaintiffs' Prayer for Relief is required, Defendant denies each and every allegation contained therein and specifically denies that Plaintiffs are entitled to any relief against Defendant.

## AFFIRMATIVE DEFENSES

Without admitting that they carry the burden of proof as to any of the issues listed below, Defendant alleges the following separate and independent defenses to the Second Amended Complaint, and reserves the right to amend this pleading to allege additional defenses as they become known through the course of discovery:

### First Affirmative Defense

1.   The Second Amended Complaint fails to state any claim upon which relief can be granted.

### Second Affirmative Defense

2.   The claims asserted in the Second Amended Complaint are barred to the extent Plaintiffs and/or consumers did not sustain any legal injury.  Without limiting the foregoing, Plaintiffs are not entitled to any form monetary relief to the extent that consumers have already received refunds of amounts paid to any of the defendants.

### Third Affirmative Defense

3.   Plaintiffs' claims are time-barred, in whole or in part, under the applicable statutes of limitations, statutes of repose, and the doctrine of laches.

### Fourth Affirmative Defense

4.   Plaintiffs' claims are barred by the doctrine of unclean hands.

1

**Fifth Affirmative Defense**

2      5.    Plaintiffs' damages and the damage to consumers, if any, were fully or

3 partially caused by the acts or omissions of persons/entities other than Defendant, including

4 the other defendants, the consumers, and/or third parties.

5

**Sixth Affirmative Defense**

6      6.    Plaintiffs' claims are barred, in whole or in part, due to Plaintiffs' misjoinder

7 of parties, as Plaintiffs have failed to join all necessary and indispensable parties to this

8 action.

9

**Seventh Affirmative Defense**

10     7.    The Second Amended Complaint is barred, in whole or in part, by the

11 doctrines of waiver, estoppel, and acquiescence.

12

**Eighth Affirmative Defense**

13     8.    Plaintiffs lack capacity and/or standing to bring the claims alleged in the

14 Second Amended Complaint.

15

**Ninth Affirmative Defense**

16     9.    Plaintiffs and consumers failed to mitigate any damages that they may have

17 sustained.

18

**Tenth Affirmative Defense**

19    10.   Plaintiffs' claims are barred, in whole or in part, by the doctrines of res

20 judicata, collateral estoppel, and/or other similar doctrines.

21

**Eleventh Affirmative Defense**

22    11.   If Plaintiffs recover a verdict against Defendant, then Defendant is entitled to

23 indemnification and/or contribution from any person or entity who contributed to the

24 alleged injuries and damages of Plaintiffs and/or consumers.

25

**Twelfth Affirmative Defense**

26    12.   All times relevant, Defendant's conduct conformed to all applicable statutes,

27 governmental regulations, and industry standards.

28

### Thirteenth Affirmative Defense

13.     Plaintiffs' claims for monetary relief are barred, in whole or in part, under *Liu v. Securities Exchange Commission*, 140 S. Ct. 1936 (2020).  Without limiting the foregoing, in the event that the Court finds Defendant liable and issues a judgment for monetary relief, the amount of such relief must be offset by the amount of any refunds paid by credit card companies to consumers and "charged back" to Defendant plus the amount of any related fees, costs, or penalties charged by the credit card companies to Defendant.  Furthermore, as of the filing of this Answer, the Receiver appointed by the Court in this action, is in possession and control of all funds in Defendant's bank accounts.  To the extent such funds belong to consumers who have already been paid refunds by credit card companies, and to the extent those credit card companies have issued chargebacks to Defendant for the amount of those refunds, the Receiver should be ordered to use the funds in Defendant's accounts to pay the chargebacks plus any related fees, costs, or penalties.  In addition, in the event that the Court finds Defendant liable and issues a judgment requiring disgorgement of amounts paid to Defendant by consumers, the Court should order such disgorgement to be paid by the Receiver to those consumers who are identifiable and not to the U.S. Treasury or any other account.

### Fourteenth Affirmative Defense

14.     Plaintiffs' claims are barred, in whole or in part, under *Seila Law LLC v. Consumer Financial Protection Bureau*, 140 S. Ct. 2183 (2020).

### Fifteenth Affirmative Defense

15.     Defendant has insufficient knowledge or information upon which to form a belief as to whether additional defenses are available.  Defendant reserves the right to raise such additional defenses, and to amend existing defenses, upon receiving more complete information regarding the matters alleged in the Second Amended Complaint, through discovery or otherwise.

### Prayer

WHEREFORE, Defendant pray that:

48

a.      Plaintiffs take nothing by reason of their Second Amended Complaint;

b.      That the Second Amended Complaint be dismissed with prejudice;

c.      That Defendant be awarded its costs, expenses, disbursements, and attorney's fees incurred in this action; and

d.      That Defendant be awarded such other and further relief as the Court may deem just and proper.

Dated:  May 3, 2021           **COHEN WILLIAMS LLP**

By: <u>/s/ Marc S. Williams</u>
      Marc S. Williams
      Reuven L. Cohen
      Attorneys for Defendant,
      TAS 2019 LLC

ANSWER TO SAC BY TAS 2019

## **DEMAND FOR JURY TRIAL**

Defendant, TAS 2019 LLC, hereby demands trial by jury of all issues so triable under the law.

Dated:  May 3, 2021                           **COHEN WILLIAMS LLP**

By: <u>/s/ Marc S. Williams</u>
    Marc S. Williams
    Reuven L. Cohen
    Attorneys for Defendant,
    TAS 2019 LLC

ANSWER TO SAC BY TAS 2019