EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone: 310-775-2495
Facsimile: 310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**UNOPPOSED EX PARTE APPLICATION OF DEFENDANT KAINE WEN TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

# EX PARTE APPLICATION

Pursuant to Local Rule 7-19 and this Court's procedures, Defendant Kaine Wen ("Mr. Wen") hereby applies Ex Parte to extend the deadline for Mr. Wen to respond to the Second Amended Complaint filed on April 20, 2021 by Plaintiffs Consumer Financial Protection Bureau, et al. ("Plaintiffs"), as follows:

## I. APPLICATION

Plaintiffs filed a Complaint commencing this action on October 21, 2019. [ECF Dkt. No. 2.]

A First Amended Complaint was filed on February 24, 2020. [ECF Dkt. No. 134.]

A Second Amended Complaint was filed April 20, 2021. [ECF Dkt. No. 284.]

Good cause exists to extend the responsive pleading deadline by approximately thirty (30) days, through and including June 1, 2021. During late April 2021, Mr. Wen's counsel, Matthew Eanet, travelled out of state to be by the bedside of his father who was diagnosed with Stage 4 Pancreatic Cancer and died on April 29, 2021. Mr. Eanet has been out of the office during this time attending to family affairs. (Declaration of Matthew L. Eanet ("Eanet Decl."), ¶3.)

Mr. Eanet, on behalf of Mr. Wen, advised counsel for Plaintiffs of the requested extension and they have responded that they do not oppose the request. (Eanet Decl., ¶4.) Counsel for Plaintiff Consumer Financial Protection Bureau, Jesse Stewart, has confirmed to counsel for Mr. Wen, as follows:

> Matt,
>
> As I mentioned in my email to you on Friday, my condolences to you for your loss.
>
> Plaintiffs (copied here) do not oppose an extension of time for Mr. Wen to respond to the second amended complaint until June 1, 2021.

(Eanet Decl., **Ex. 1**.)

Moreover, the requested extension would not delay this action. Plaintiffs have filed a Waiver of Service of Summons as to Defendant Judy Dai, who has been named in the Second

Amended Complaint, under which Ms. Dai's responsive deadline is sixty (60) days from April 20, 2021. That response date will be on or about June 21, 2021. [ECF Dkt. No. 287.]

Local Rule 7-19 provides:

> L.R. 7-19 Ex Parte Application. An application for an ex parte order shall be accompanied by a memorandum containing, if known, the name, address, telephone number and e-mail address of counsel for the opposing party, the reasons for the seeking of an ex parte order, and points and authorities in support thereof. An applicant also shall lodge the proposed ex parte order.
>
> L.R. 7-19.1 Notice of Application. It shall be the duty of the attorney so applying (a) to make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application and (b) to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application.

As noted, pursuant to Local Rule 7-19 and 7-19.1, counsel for Mr. Wen advised counsel for Plaintiffs of the extension requested pursuant to this Ex Parte Application. Plaintiffs responded that they do not oppose an extension of time for Mr. Wen to respond to the Second Amended Complaint until June 1, 2021.

**II. CONCLUSION**

WHEREFORE, for the reasons set forth herein, Mr. Wen respectfully requests that the Court grant this Ex Parte Application in its entirety and extend the time for Mr. Wen to respond to the Second Amended Complaint by approximately thirty (30) days, through and including June 1, 2021.

Dated: May 4, 2021

EANET, PC

By: _____
Matthew L. Eanet
Attorneys for Defendant Kaine Wen