EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:   310-775-2495
Facsimile:    310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF MATTHEW EANET IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION OF DEFENDANT KAINE WEN TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

# DECLARATION OF MATTHEW L. EANET

I, Matthew L. Eanet, declare as follows:

1. I am an attorney at law and a shareholder at Eanet, PC, counsel of record for Defendant Kaine Wen ("Mr. Wen") in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2. I make this Declaration in support of the Unopposed Ex Parte Application Of Defendant Kaine Wen To Extend Time To Respond To First Second Amended Complaint (the "Application"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

3. Good cause exists to extend the responsive pleading deadline for Mr. Wen by approximately thirty (30) days, through and including June 1, 2021. During late April 2021 I have been out of the office and traveled out of state to be by the bedside of my father who was diagnosed with Pancreatic Cancer. My faither passed on April 29, 2021 and I have remained out of the office to attend to my family.

4. I wrote to counsel for Plaintiff Bureau of Consumer Financial Protection, Jesse Stewart, advising of my current situation and the requested extension. Mr. Stewart responded on behalf of Plaintiffs that they do not oppose the request. Mr. Stewart wrote to me via email, a copy of which is attached hereto at **Exhibit 1**:

> Matt,
>
> As I mentioned in my email to you on Friday, my condolences to you for your loss.
>
> Plaintiffs (copied here) do not oppose an extension of time for Mr. Wen to respond to the second amended complaint until June 1, 2021.

5. The requested extension would not delay the action. Plaintiffs have filed a Waiver of Service of Summons as to Defendant Judy Dai, who has been named in the Second Amended Complaint, under which Ms. Dai's responsive deadline is sixty (60) days from April 20, 2021. The response date will be on or about June 21, 2021. [ECF

1
DECLARATION OF MATTHEW EANET

1  Dkt. No. 287.]
2      I declare under penalty of perjury under the laws of the United States of America that
3  the foregoing is true and correct.
4      Executed on May 4, 2021 at Los Angeles, California.

*/s/ Matthew L. Eanet*

Matthew L. Eanet

# Exhibit 1

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> |
| **Sent:** | Monday, May 3, 2021 3:13 PM |
| **To:** | Matthew Eanet; Laine Mervis |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB); Christina Tusan; William Pletcher; Miguel Ruiz; Evan Romanoff; Weaver, Lynne |
| **Subject:** | RE: [External] CFPB v. Wen et al |

Matt,

As I mentioned in my email to you on Friday, my condolences to you for your loss.

Plaintiffs (copied here) do not oppose an extension of time for Mr. Wen to respond to the second amended complaint until June 1, 2021. I understand this date to be four weeks from the current responsive pleading deadline. Please let us know if your understanding is different.

Sincerely,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Thursday, April 29, 2021 4:00 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Laine Mervis <laine@eanetpc.com>
**Subject:** Re: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,
Thank you for the kind words. My father passed peacefully this morning in Delaware.

Because I don't want to slip my mind I would like to ask for a four week extension to respond to the most recent amended complaint on behalf of Mr. Wen. Please let me know if this is agreeable.


Matt

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Wednesday, April 28, 2021 10:08 PM
**To:** Matthew Eanet
**Subject:** Re: [External] CFPB v. Wen et al

Matt,

I am very sorry to hear about your father. I wish you and your family the best.

Jesse

---

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Tuesday, April 27, 2021 2:47 PM
**To:** Stewart, Jesse (CFPB)
**Subject:** Re: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse

My father's condition has deteriorated. He is on his death bed. I am still attending to my family. I will be in touch when this situation permits and I am back to work.

Thank you for your courtesy.
Matt