SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (703) 642-4585
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **PLAINTIFF'S NOTIFICATION OF CHANGE OF FACSIMILE NUMBER PURSUANT TO L.R. 83-2.4** <br><br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

Pursuant to Local Rule 83-2.4, please take notice that the facsimile for Sarah Preis, Jesse Stewart, and Nathan Dimock, attorneys for Plaintiff the Bureau of Consumer Financial Protection (Bureau), is now (703) 642-4585.

Dated: May 14, 2021

Respectfully submitted,

By: /s/ *Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Tel: (202) 435-9318
Fax: (703) 642-4585
Email: sarah.preis@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

**<u>CERTIFICATE OF SERVICE</u>**

       I further certify that on May 14, 2021, I caused a true and correct copy of the Plaintiff's Notification of Change of Facsimile Number to be served using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users, and by email to Michael Adler, counsel to Judy Dai, at madler@ta-llp.com.