EXHIBIT A

**SLAM Receivership**
**Receipts and Disbursements Summary**
**December 1, 2020 through April 30, 2021**

| | | | |
|---|---|---|---:|
| Receipts | | | |
| | Frozen Funds from Merchant Processor | | $ 999,980.00 |
| | Sale of Vehicle | | $ 32,375.00 |
| | Sale of Video Cards | | $ 4,500.00 |
| | Money Market Account Interest | | $ 3,427.86 |
| Total Receipts | | | $ 1,040,282.86 |
| | | | |
| Disbursements | | | |
| | Court-Ordered Payments to Plaintiffs as Part of Settlements [ECF No. 248] | | $ 4,257,130.00 |
| | Professional Fees | | $ 290,840.76 |
| |    Legal Fees | $ 159,040.08 | |
| |    Receiver's Fees | $ 131,800.68 | |
| | Operating Costs | | $ 7,297.35 |
| |    Record Productions | $ 51.75 | |
| |    Records Storage | $ 965.00 | |
| |    Relativity Hosting | $ 4,045.60 | |
| |    Telephone Lines | $ 1,750.00 | |
| |    Vehicle Storage | $ 400.00 | |
| |    Web Developer Services | $ 85.00 | |
| Total Disbursements | | | $ 4,555,268.11 |
| | | | |
| Net Cash at 4/30/2021 | | | $ 3,511,975.52 |