Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF RECEIVER'S SECOND INTERIM STATUS REPORT** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM:  5A |

I, Cornelia J.B. Gordon, hereby declare as follows:

1. I am counsel to Thomas W. McNamara, the Court-appointed Receiver in this matter. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the facts stated herein.

2. I make this declaration in connection with the Receiver's Second Interim Status Report.

3. A true and correct copy of a March 12, 2020 letter sent by the Receiver's counsel to National Merchant Center, Inc.'s ("NMC") counsel is attached hereto as Exhibit 1.

4. A true and correct copy of the November 1, 2019 Supplemental Declaration of John Thompson, Associate Director of Risk and Underwriting for NMC is attached hereto as Exhibit 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of May, 2021, in San Diego, California.

/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon