# EXHIBIT 2

Jeffrey Alpert, Esq., SBN 165997
Dean Asher, Esq., SBN 248084
ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436
Telephone: (818) 285-5370
Facsimile: (818) 285-5371
Email: jeff@alpertlawgroup.com

Attorneys for NATIONAL MERCHANT CENTER, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendants. | Case No.: 8:19-cv-01998-JVS (JDEx)<br><br>**SUPPLEMENTAL DECLARATION OF JOHN THOMPSON** |

I, John Thompson, declare:

1. I am the Associate Director of Risk & Underwriting at National Merchant Center, Inc. (hereinafter "NMC"). I have personally researched the information below and I am aware of the following of my own personal knowledge.

2. With respect to the account(s) at issue we have the following information:

   a. Horizon Consultants LLC d/b/a STUDENTLOANMGMT

| | | |
|---|---|---|
| i. | Legal Name: | Horizon Consultants LLC |
| ii. | Doing Business As: | STUDENTLOANMGMT |
| iii. | Owner(s): | Kenneth Hu |
| iv. | Reserve Amount: | $127,369.32 |
| v. | Account Status: | Account On Hold |
| vi. | Reserve funds are being held at Wells Fargo Bank. | |

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed in Orange County, California, on Nov 1, 2019.

By: *John F Thompson III*
John F Thompson III (Nov 1, 2019)

John Thompson, Associate Director of Risk & Underwriting, National Merchant Center, Inc.

ALPERT LAW GROUP, APC
16133 Ventura Boulevard, Suite 1180
Encino, California 91436