EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:    310-775-2495
Facsimile:     310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-cv-01998-MWF(KSx) Hon. Michael W. Fitzgerald |
| Plaintiffs, v. | **UNOPPOSED EX PARTE APPLICATION OF DEFENDANT KAINE WEN TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT TO JUNE 21, 2021** |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | Action Filed: October 21, 2019 FAC Filed: February 24, 2020 SAC Filed: April 20, 2021 |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., | |
| Relief Defendants. | |

UNOPPOSED EX PARTE APPLICATION

**EX PARTE APPLICATION**

Pursuant to Local Rule 7-19 and this Court's procedures, Defendant Kaine Wen ("Mr. Wen") hereby applies Ex Parte to extend the deadline for Mr. Wen to respond to the Second Amended Complaint filed by Plaintiffs Consumer Financial Protection Bureau, et al. ("Plaintiffs"), to through and including June 21, 2021, as follows:

I.    **APPLICATION**

Plaintiffs filed a Complaint commencing this action on October 21, 2019.  [ECF Dkt. No. 2.]

A First Amended Complaint was filed on February 24, 2020.  [ECF Dkt. No. 134.]

A Second Amended Complaint was filed April 20, 2021.  [ECF Dkt. No. 284.]

The initial deadline for Mr. Wen to file a responsive pleading to the Second Amended Complaint was on or about May 4, 2021.

During late April 2021, Mr. Wen's counsel, Matthew Eanet, was required to travel out of state to be by the bedside of his father who was diagnosed with Stage 4 Pancreatic Cancer and passed on April 29, 2021.  (Declaration of Matthew L. Eanet ("Eanet Decl."), ¶ 4.)  Accordingly, on May 4, 2021, Mr. Wen filed an Unopposed Ex Parte Application to extend the responsive deadline until June 1, 2021.  [ECF Dkt No. 289.]

The Court granted the Ex Parte Application extending the responsive pleading deadline to June 1, 2021.  [ECF Dkt No. 290] [Order entered May 5, 2021.]

Good cause exists to extend the responsive pleading deadline for Mr. Wen by approximately twenty (20) days, from June 1, 2021 through and including June 21, 2021.  Mr. Wen's counsel (Mr. Eanet) has remained out of the office during May 2021 to attend to his windowed mother and to deal with affairs relating to his father's passing.  (Eanet Decl., ¶ 5.)  Mr. Wen accordingly hereby applies for a further extension of Mr. Wen's responsive pleading deadline to June 21, 2021.

Mr. Wen, via counsel, has contacted counsel for Plaintiffs to advise of the requested extension to June 21, 2021 and inquired whether Plaintiffs intended to oppose the request.  Counsel for Plaintiff CFPB (Jesse Stewart) has responded to Mr. Wen's counsel: "Plaintiffs

do not object to a further extension of time for Mr. Wen to respond to the second amended complaint, through June 21, 2021."  (Eanet Decl., **Exh. 1** (email exchange).)

The extension requested herein will not delay this action.  Responsive pleadings to the Second Amended Complaint have not yet been filed by all other defendants in the case. Further, Plaintiffs have filed a Waiver of Service of Summons as to Defendant Judy Dai ("Ms. Dai"), who has been named in the Second Amended Complaint, pursuant to which Ms. Dai's responsive deadline is sixty (60) days from April 20, 2021.  [ECF Dkt. No. 287.]  That response date will be on or about June 21, 2021.  Thus, the present request will bring Mr. Wen's responsive pleading deadline in line with the deadline for Ms. Dai.  (Eanet Decl., ¶ 6.)

Local Rule 7-19 provides:

> L.R. 7-19 Ex Parte Application.  An application for an ex parte order shall be accompanied by a memorandum containing, if known, the name, address, telephone number and e-mail address of counsel for the opposing party, the reasons for the seeking of an ex parte order, and points and authorities in support thereof.  An applicant also shall lodge the proposed ex parte order.

> L.R. 7-19.1 Notice of Application.  It shall be the duty of the attorney so applying (a) to make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application and (b) to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application.

As noted, pursuant to Local Rule 7-19 and 7-19.1, counsel for Mr. Wen advised counsel for Plaintiffs of the extension requested pursuant to this Ex Parte Application. Plaintiffs responded that they do **_not_** oppose an extension of time for Mr. Wen to respond to the Second Amended Complaint until June 21, 2021.

**II.    CONCLUSION**

WHEREFORE, Mr. Wen respectfully requests that the Court grant this Ex Parte Application and extend the time for Mr. Wen to respond to the Second Amended Complaint by approximately twenty (20) days, from June 1, 2021 through and including June 21, 2021.

UNOPPOSED EX PARTE APPLICATION

1

Dated:  June 1, 2021                                    EANET, PC

2                                                       By: _____

3                                                           Matthew L. Eanet
                                                        Attorneys for Defendant Kaine Wen
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNOPPOSED EX PARTE APPLICATION