| | |
|---|---|
| EANET, PC<br>Matthew Eanet (SBN 227490)<br>550 S. Hope Street, Suite 750<br>Los Angeles, CA 90071<br>Telephone: 310-775-2495<br>Facsimile: 310-593-2589<br>matt@eanetpc.com<br><br>Attorney for Defendant Kaine Wen | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The<br>State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>                Plaintiffs,<br>   v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>                Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>                Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF MATTHEW EANET IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION OF DEFENDANT KAINE WEN TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT TO JUNE 21, 2021**<br><br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

DECLARATION OF MATTHEW EANET

# DECLARATION OF MATTHEW L. EANET

I, Matthew L. Eanet, declare as follows:

1. I am an attorney at law and a shareholder at Eanet, PC, counsel of record for Defendant Kaine Wen ("Mr. Wen") in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2. I make this Declaration in support of the Unopposed Ex Parte Application Of Defendant Kaine Wen To Extend Time To Respond To First Second Amended Complaint to June 21, 2021 (the "Application"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

3. Good cause exists to extend the responsive pleading deadline for Mr. Wen by approximately twenty (20) days, from June 1, 2021 through and including June 21, 2021.

4. During late April 2021 I was out of the office and traveled out of state to be by the bedside of my father who was diagnosed with Pancreatic Cancer. My faither passed on April 29, 2021. Consequently, on May 4, 2021, Mr. Wen filed an Unopposed Ex Parte Application to extend the responsive deadline until June 1, 2021. [ECF Dkt No. 289.] The Court granted the Ex Parte Application extending the responsive pleading deadline to June 1, 2021. [ECF Dkt No. 290] [Order entered May 5, 2021.]

5. I have remained out of the office during May 2021 to attend to my recently widowed mother and to deal with affairs relating to my father's passing. Accordingly, I wrote to counsel for Plaintiff Bureau of Consumer Financial Protection (Jesse Stewart), advising of my current situation and requesting whether Plaintiffs would oppose a further extension to June 21, 2021. I wrote to Mr. Stewart via email:

> Counsel,
> I would like to request a further extension to June 21, 2021 to respond to the most recent amended complaint. I understand this is the date that a response is due from Ms. Dai and I have not seen that responsive pleadings have yet been filed by all other defendants in the case. The requested extension is necessary as I have been busy dealing with the aftermath of

1

> my fathers sudden death, including helping my mother to cope and deal with his affairs. I also want to ensure that there is adequate time to meet and confer should that be necessary.

Mr. Stewart responded that Plaintiffs did **not** oppose the request, as follows:

> Plaintiffs' do not object to a further extension of time for Mr. Wen to respond to the second amended complaint, through June 21, 2021.

A true and correct of my email exchange with Mr. Stewart is attached hereto at **Exhibit 1**.

6. The extension requested herein will not delay this action. Responsive pleadings to the Second Amended Complaint have not yet been filed by all other defendants in the case. Further, Plaintiffs have filed a Waiver of Service of Summons as to Defendant Judy Dai ("Ms. Dai"), who has been named in the Second Amended Complaint, pursuant to which Ms. Dai's responsive deadline is sixty (60) days from April 20, 2021. [ECF Dkt. No. 287.] That response date will be on or about June 21, 2021. Thus, the present request will bring Mr. Wen's responsive pleading deadline in line with the deadline for Ms. Dai.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 31, 2021 at Los Angeles, California.

_____
Matthew L. Eanet

# Exhibit 1

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> |
| **Sent:** | Monday, May 17, 2021 10:05 AM |
| **To:** | Matthew Eanet |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB); Christina Tusan; William Pletcher; Miguel Ruiz; Evan Romanoff; Weaver, Lynne; Laine Mervis |
| **Subject:** | RE:   [External] CFPB v. Wen et al |

Hello Matt,

Plaintiffs' do not object to a further extension of time for Mr. Wen to respond to the second amended complaint, through June 21, 2021.

Sincerely,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Thursday, May 13, 2021 1:47 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Evan Romanoff <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <LWEAVER@ncdoj.gov>; Laine Mervis <laine@eanetpc.com>
**Subject:** RE: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Counsel,

I would like to request a further extension to June 21, 2021 to respond to the most recent amended complaint.  I understand this is the date that a response is due from Ms. Dai and I have not seen that responsive pleadings have yet been filed by all other defendants in the case.  The requested extension is necessary as I have been busy dealing with the aftermath of my fathers sudden death, including helping my mother to cope and deal with his affairs.  I also want to ensure that there is adequate time to meet and confer should that be necessary.

Please let me know by close of business tomorrow if you are in agreement or if you intend to oppose the requested extension.

Thank you for your anticipated courtesy.

Sincerely,

**Matthew Eanet**

1

**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**
*eanetpc.com*
matt@eanetpc.com

**Download vCard**
_____
Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.
Eanet, PC
_____

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Monday, May 3, 2021 3:13 PM
**To:** Matthew Eanet <matt@eanetpc.com>; Laine Mervis <laine@eanetpc.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Evan Romanoff <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <LWEAVER@ncdoj.gov>
**Subject:** RE: [External] CFPB v. Wen et al

Matt,

As I mentioned in my email to you on Friday, my condolences to you for your loss.

Plaintiffs (copied here) do not oppose an extension of time for Mr. Wen to respond to the second amended complaint until June 1, 2021.  I understand this date to be four weeks from the current responsive pleading deadline.  Please let us know if your understanding is different.

Sincerely,

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Thursday, April 29, 2021 4:00 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Laine Mervis <laine@eanetpc.com>
**Subject:** Re: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,

Thank you for the kind words. My father passed peacefully this morning in Delaware.

Because I don't want to slip my mind I would like to ask for a four week extension to respond to the most recent amended complaint on behalf of Mr. Wen. Please let me know if this is agreeable.

Matt

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Wednesday, April 28, 2021 10:08 PM
**To:** Matthew Eanet
**Subject:** Re: [External] CFPB v. Wen et al

Matt,

I am very sorry to hear about your father.  I wish you and your family the best.

Jesse

---

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Tuesday, April 27, 2021 2:47 PM
**To:** Stewart, Jesse (CFPB)
**Subject:** Re: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse
My father's condition has deteriorated. He is on his death bed. I am still attending to my family. I will be in touch when this situation permits and I am back to work.

Thank you for your courtesy.
Matt

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Friday, April 16, 2021 6:54:30 AM
**To:** Matthew Eanet <matt@eanetpc.com>
**Cc:** Laine Mervis <laine@eanetpc.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** RE: [External] CFPB v. Wen et al

Matthew,

Thank you for the message and I am sorry to hear about your family emergency.  We look forward to your response.

Sincerely,

3

Jesse

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Thursday, April 15, 2021 1:08 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Laine Mervis <laine@eanetpc.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** RE: [External] CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jesse,

I am in receipt of your last two emails. I have been dealing with a personal family emergency that has required a substantial amount of time and travel. Although I am still dealing with that, I am planning to respond to both emails in the next few business days.

Sincerely,

**Matthew Eanet**

**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**
*eanetpc.com*
**matt@eanetpc.com**

**Download vCard**
_____
Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.
Eanet, PC
_____

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Wednesday, April 14, 2021 1:48 PM
**To:** Matthew Eanet <matt@eanetpc.com>
**Cc:** Laine Mervis <laine@eanetpc.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB)

4

&lt;Neve.Dimock@cfpb.gov&gt;
**Subject:** RE: [External] CFPB v. Wen et al

Matthew,

In response to the Court's order of March 16, 2021, which required your client to respond to five questions containing a total of eighteen subparts, Mr. Wen invoked the right against self-incrimination and stated that he "decline[d] to provide the information ordered for this reason." Is Mr. Wen asserting his right against self-incrimination with respect to each question and sub-question contained in the Court's order? As you know, a person seeking to invoke the right against self-incrimination in a civil proceeding generally must do so on a question-by-question basis. *See United States v. Bodwell*, 66 F.3d 1000, 1001 (9th Cir. 1995) ("The only way the Fifth Amendment can be asserted as to testimony is on a question-by-question basis."). Some of the information that the Court's order requires Mr. Wen to provide is information that Mr. Wen has already disclosed to the Bureau, including at his deposition. Mr. Wen would not seem to have any basis to assert the Fifth Amendment with respect to that or related information. If you have identified any basis or authority to the contrary, please provide it.

Sincerely,

Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

consumerfinance.gov

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Matthew Eanet &lt;matt@eanetpc.com&gt;
**Sent:** Tuesday, March 30, 2021 11:59 PM
**To:** Preis, Sarah (CFPB) &lt;Sarah.Preis@cfpb.gov&gt;; Stewart, Jesse (CFPB) &lt;Jesse.Stewart@cfpb.gov&gt;
**Cc:** Laine Mervis &lt;laine@eanetpc.com&gt;; Janae Corde &lt;janae@eanetpc.com&gt;
**Subject:** CFPB v. Wen et al

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Counsel,

Please see the attached letter with enclosure.

Sincerely,

Matthew Eanet

**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**

*eanetpc.com*
matt@eanetpc.com

*Download vCard*
_____
Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
Thank you in advance for your cooperation.
Eanet, PC
_____

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.