Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**NOTICE OF RECEIVER'S THIRD INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM: 5A<br>DATE: July 12, 2021<br>TIME: 10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2021 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Thomas W. McNamara, as Court-appointed Receiver, will present his Third Interim Application for Order Approving Fees and Expenses of the Receiver and His Professionals.

Thomas W. McNamara was initially appointed Temporary Receiver of the Receivership Defendants by entry of the Temporary Restraining Order (ECF No. 24) on October 21, 2019. The Receiver's appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered November 15, 2019 (ECF No. 103). The PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order[.]" PI, Section XV(J), page 25.

The PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by or in the possession or control of, or which may be received by, the Receivership Defendants." PI, Section XX, page 33.

The Receiver now submits this Third Interim Fee Application for approval to pay the following fees and expenses for services during the eight-month period of September 1, 2020 through April 30, 2021: $63,678.00 fees and $1,200.80 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory Resolutions; $123,147.50 fees and $682.39 expenses of the Receiver's

counsel, McNamara Smith LLP; and $11,420.00 fees of the Receiver's tax counsel, Seltzer Caplan McMahon Vitek.

These requested fees and expenses, and the invoices supporting them, are detailed and reviewed in the Declaration of Thomas W. McNamara filed with this Application.

This Application is made pursuant to Sections XV(J) and XX of the Preliminary Injunction and is based upon this Notice of Application, the Declaration of Thomas W. McNamara, and upon such other pleadings and oral and documentary evidence as may be presented at or before the time of the hearing on the Application.

Dated: June 1, 2021                         MCNAMARA SMITH LLP

By:   /s/ Cornelia J. B. Gordon
        Cornelia J. B. Gordon
        *Attorneys for Receiver,*
        *Thomas W. McNamara*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of June, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

  /s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorney for Receiver,
Thomas W. McNamara*