Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF RECEIVER'S THIRD INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM:  5A <br> DATE:  July 12, 2021 <br> TIME:  10:00 a.m. |

I, Thomas W. McNamara, hereby declare as follows:

1. I am the Court-appointed Receiver in this matter. I have personal knowledge of the facts set forth in this declaration except where, as noted, those facts have been obtained by staff acting at my direction. If called as a witness, I could and would competently testify to the facts stated herein.

2. By this Third Interim Fee Application, I seek approval for the payment of fees and expenses for the eight-month period of September 1, 2020 through April 30, 2021 as detailed below.

**Receivership Activities**

3. Receivership activities during the period covered by this Application include: coordinating the transfer of receivership assets pursuant to the Stipulated Final Judgment (ECF No. 210); exploring options for the sale of receivership assets; researching potential claims against third-party vendors; obtaining evidence through third-party record subpoenas; extensive analysis of record productions; detailed review and analysis of tax returns, financial documents, and QuickBooks accounts; pursuing Receivership Entities' reserve funds from third-party vendors; communicating with various defense counsel; evaluating tax issues and consulting with a tax expert; preparing for and attending the deposition of Defendant Kaine Wen; and ongoing communications with consumers and former employees.

4. The professional services related to these activities are further detailed in the respective invoices submitted with this Fee Application.

5. As of April 30, 2021, the receivership bank accounts hold cash funds of $3,511,975.52.

**Fees and Expenses of the Receiver and Staff**

6. The total fees for my time as Receiver and my professional staff during this period are $63,678.00 as set forth in the invoice from Regulatory Resolutions which is attached as Exhibit A. That invoice includes services provided by the following personnel:

      a.      Receiver.  My fees as Receiver total $31,815.00 which reflects a total of 70.7 hours at $450 per hour (a large discount from my standard rate of $695 per hour).  During this period, I coordinated and reviewed activities of the receivership team, including many functions for which I did not bill.

      b.      Accountant.  Lisa Jones is a Certified Insolvency and Restructuring Advisor and Certified Fraud Examiner with more than 20 years' experience in the insolvency and restructuring industry with a wide range of experience in forensic accounting, litigation support, and discovery.  Among other things, she performed an extensive analysis of the numerous record productions from banks and vendors holding reserve funds, including by tracing the funds between the two; examined Receivership Entities' QuickBooks records, as well as tax returns and other financial documents; corresponded with ADP regarding payroll issues; and provided a detailed analysis of Defendant Kaine Wen's financial records to Receiver's counsel in preparation for Wen's deposition.  Her fees of $31,863.00 reflect 148.2 hours at $215 per hour.

7.     The invoice from Regulatory Resolutions also includes expenses totaling $1,200.80, as detailed in Exhibit A.  The principal component of those expenses relates to vehicle storage for the Tesla ($840.00).

**Fees and Expenses of the Receiver's Counsel**

8.     For this period, fees for my counsel, McNamara Smith LLP ("McNamara Smith"), are $123,147.50, as detailed in Exhibit B.  The firm has been directly involved in all receivership activities and their services are more thoroughly described in the invoices in Exhibit B.

///

9. The McNamara Smith attorneys have substantial experience with issues revolving around regulatory receiverships. The attorneys' fees have been incurred primarily in: researching potential claims against third parties; interacting with plaintiffs' and defense counsel; responding to government agency requests; gathering evidence through third-party record subpoenas; coordinating the transfer and sale of receivership assets pursuant to the Stipulated Final Judgment (ECF No. 210); pursuing recovery Receivership Entities' reserve funds from third-party vendors; and preparing for and attending Defendant Kaine Wen's deposition. In particular, Mr. Bhandari's fees of $14,800.50 reflect 29.9 hours at the rate of $495 per hour; Mr. Smith's fees of $2,375.00 reflect 5 hours at the rate of $475 per hour; Mr. Greene's fees of $84,735.00 reflect 188.3 hours at the rate of $450 per hour; Mr. Chang's fees of $1,898.00 reflect 5.2 hours at the rate of $365 per hour; Ms. Gordon's fees of $11,797.50 reflect 36.3 hours at the rate of $325 per hour; paralegal Ms. Carroll's fees of $3,744.00 reflect 19.2 hours at the rate of $195 per hour; and case assistant Mr. Magee's fees of $3,797.50 reflect 21.7 hours at the rate of $175 per hour. These rates reflect a significant discount from the firm's standard billing rates.

10. The invoice from McNamara Smith also includes expenses of $682.39, as detailed in Exhibit B. The primary component of those expenses relates to online research ($575.09).

**Fees and Expenses of the Receiver's Tax Counsel**

11. For this period, fees for my tax counsel, Seltzer Caplan McMahon Vitek ("Seltzer Caplan"), are $11,420.00, as detailed in Exhibit C. The firm has been essential in evaluating the tax returns of Receivership Entities.

12. I submit to the Court that the identified services provided by me, as Receiver, and by the other designated professionals, were necessary and appropriate and brought significant value to the receivership. I have monitored the efforts of the team and have reviewed and approved the invoices which are the

subject of this Third Interim Fee Application. I request that the Court approve immediate payment of these invoices.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed this 1st day of June, 2021, in San Diego, California.

/s/ Thomas W. McNamara  
Thomas W. McNamara
