EXHIBIT A

# Regulatory Resolutions

June 01, 2021

| | |
|---|---|
| **Invoice No:** | 11281 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 4/30/2021 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $63,678.00 |
| Total Disbursements | $1,200.80 |
| **Grand Total** | **$64,878.80** |

# Regulatory Resolutions

| | |
|---|---|
| **Invoice No.:** | 11281 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 4/30/2021 |

Matter:  SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2020 | LMJ | Review correspondence with Bank of America re: production of documents. | 0.10 | 21.50 |
| | LMJ | Correspond with E. Chang, T. McNamara, and S. Bhandari re: production from BNY Mellon related to defendant's family member. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: documents related to defendant's family member bank accounts. | 0.20 | 43.00 |
| | LMJ | Review correspondence re: ADP payroll tax filing. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements for A. Kim and Infinite Management Corp. | 1.80 | 387.00 |
| | LMJ | Review and analyze bank statements re: K. Wen bank accounts, review cash flow analysis for defendant's family member and Hold the Door, review documents produced by BNY Mellon related to accounts held by defendant's family member and K. Wen; prepare timeline re: flow of funds to and from bank accounts and investments. | 5.70 | 1,225.50 |
| | LMJ | Correspond with C. Gordon and S. Carroll re: response from Bank of America related to subpoena production. | 0.10 | 21.50 |
| | TWM | Prepare for and participate in call with T. Nguyen's counsel re: arrangements to take possession of assets given up in settlement agreement. | 0.40 | 180.00 |
| 9/2/2020 | LMJ | Review and analyze bank statements re: payments to ADP; review True Count Staffing W-2s; prepare payroll reconciliation. | 8.10 | 1,741.50 |
| | TWM | Call with CFPB and follow up on question posed; correspond with T. Nguyen's counsel. | 0.50 | 225.00 |
| 9/3/2020 | LMJ | Review and analyze fees paid by True Count Staffing and Prime Consulting, LLC for services provided by ADP. | 0.40 | 86.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/3/2020 | LMJ | Correspond with T. McNamara re: assets related to First Priority, LLC. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements re: funds paid to ADP related to wages, taxes, and processing fees. | 1.30 | 279.50 |
| | LMJ | Review and analyze bank statements re: First Priority, LLC; review additional Receivership Entity's bank statements re: source of deposits into First Priority, LLC bank account; review documentation related to Reliant Account Management. | 5.10 | 1,096.50 |
| | TWM | Review proposed settlement structure for third party vendor; discuss internally. | 0.50 | 225.00 |
| | TWM | Review minute order allowing Venable to withdraw; discuss consequences of withdrawal on receiver's duties. | 0.20 | 90.00 |
| | TWM | Review request for information re: First Priority; review documents and discuss with L. Jones and E. Chang; provide preliminary response. | 0.50 | 225.00 |
| 9/4/2020 | LMJ | Confer with T. McNamara re: First Priority, LLC cash flow analysis. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with A. Greene re: payments to lead provider and 1st Generation Holdings. | 0.50 | 107.50 |
| | LMJ | Review and analyze payments to lead provider and 1st Generation Holdings. | 1.30 | 279.50 |
| | TWM | Prepare for call with counsel for settling defendant T. Nguyen re: cryptocurrency transfer. | 0.40 | 180.00 |
| | TWM | Communicate with counsel for federal and state agency plaintiffs re: wire transfers associated with Prime and Horizon settlement; follow up with counsel to confirm receipt. | 0.50 | 225.00 |
| | TWM | Review and discuss memorandum from L. Jones re: First Priority finances; respond to CFPB inquiry; correspond with plaintiff agencies re: Prime and Horizon settlement transfers. | 0.60 | 270.00 |
| | TWM | Discuss appropriate response to third party vendor settlement offer; review draft response. | 0.80 | 360.00 |
| | TWM | Review and discuss First Priority frozen accounts with L. Jones; draft response to inquiry from CFPB providing additional background on third party escrow provider's relation to First Priority. | 1.20 | 540.00 |
| | TWM | Review rough draft of complaint against third party vendor; discuss internally. | 1.50 | 675.00 |
| 9/8/2020 | LMJ | Correspond with J. Stewart re: subpoena responses. | 0.10 | 21.50 |
| | LMJ | Correspond with S. Bhandari re: request for tax documents. | 0.10 | 21.50 |
| | LMJ | Review correspondence from M. Lee to M. Crammer re: tax documents. | 0.10 | 21.50 |

SLAM Receivership                                                                      Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/8/2020 | LMJ | Review correspondence from E. Chang re: documents from Light Street Capital Management. | 0.10 | 21.50 |
| | LMJ | Correspond with tax accountant, M. Crammer re: request for documents. | 0.20 | 43.00 |
| | LMJ | Confer with T. McNamara and S. Carroll re: documents received by the CFPB. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Carroll re: subpoena request from M. Crammer. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: update related to discovery of additional information. | 0.20 | 43.00 |
| | LMJ | Prepare for and call with S. Bhandari and M. Lee re: tax documents. | 0.20 | 43.00 |
| | LMJ | Prepare draft correspondence to M. Lee re: request for documents. | 0.20 | 43.00 |
| | LMJ | Confer with S. Bhandari re: subpoena responses. | 0.30 | 64.50 |
| | LMJ | Review and analyze loan documents re: defendant's family member's real property located in Arcadia, California. | 0.30 | 64.50 |
| | LMJ | Review and analyze payroll reconciliation for True Count Staffing and Prime Consulting; review payments to ADP. | 0.50 | 107.50 |
| | TWM | Prepare for and participate in call with CFPB; follow-up with L. Jones re: subpoena responses and coordination. | 0.30 | 135.00 |
| | TWM | Review summary of defense counsel's request and proposed response; discuss with E. Chang. | 0.40 | 180.00 |
| | TWM | Review settlement order issued by court for Mice and Men and Hold the Door; determine receiver's duties set forth in settlement and K. Wen's remaining claim to assets of settling defendants. | 0.40 | 180.00 |
| | TWM | Review proposed response to third-party service provider re: potential resolution; respond to same. | 0.20 | 90.00 |
| 9/9/2020 | LMJ | Correspond with S. Bhandari re: call related to defendant's family member's financial transactions. | 0.10 | 21.50 |
| | LMJ | Correspond with J. Stewart re: documents related to defendant's family member's financial transactions. | 0.10 | 21.50 |
| | LMJ | Correspond with C. Gordon re: response to subpoena from Bank of America. | 0.10 | 21.50 |
| | LMJ | Correspond with S. Carroll re: documents received from M. Crammer related to subpoena for records. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with J. Jacobs re: First Priority, LLC declaration. | 0.20 | 43.00 |
| | LMJ | Review correspondence re: preparation of tax documents by ADP Payroll Services. | 0.20 | 43.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/9/2020 | LMJ | Review and analyze bank statements and documents re: First Priority, LLC; review declaration re: same. | 0.60 | 129.00 |
| | TWM | Review correspondence from state counsel re: distribution; respond to same. | 0.30 | 135.00 |
| | TWM | Review request for declaration re: account balances and status; discuss with L. Jones and review balances; respond to CFPB. | 0.40 | 180.00 |
| | TWM | Review draft default judgment and order re: First Priority. | 0.40 | 180.00 |
| 9/10/2020 | LMJ | Review correspondence from C. Gordon and S. Bhandari re: response to objection to subpoena. | 0.10 | 21.50 |
| | LMJ | Review correspondence from E. Chang and S. Carroll re: message from Bank of America. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with S. Carroll re: documents related to tax returns. | 0.30 | 64.50 |
| | LMJ | Review and analyze documents received from ADP Payroll Services re: tax reporting; review analysis re: same. | 0.50 | 107.50 |
| | TWM | Review request for payment by former counsel to Receivership Entities; investigate request; correspond with CFPB; follow-up with requesting counsel; review and authorize transfers to state plaintiffs. | 1.40 | 630.00 |
| 9/11/2020 | LMJ | Correspond with S. Carroll re: request for documents from ADP Payroll Services. | 0.10 | 21.50 |
| | LMJ | Review and analyze documents produced by Light Street Capital Management re: defendant's family member and K. Wen's investments. | 0.40 | 86.00 |
| | LMJ | Review and analyze deposit transactions re: defendant's family member's bank accounts. | 0.50 | 107.50 |
| | LMJ | Review and analyze tax returns for defendant's family member. | 1.30 | 279.50 |
| | TWM | Coordinate and correspond with plaintiffs counsel re: settlement transfers. | 0.60 | 270.00 |
| 9/15/2020 | LMJ | Confer and correspond with S. Bhandari re: tax returns for defendant's family member. | 0.20 | 43.00 |
| | TWM | Review and approve tolling agreement with third party vendor. | 0.30 | 135.00 |
| | TWM | Review latest request from government attorney re: CRM database; discuss with E. Chang and agree to response and approach. | 0.50 | 225.00 |
| 9/16/2020 | TWM | Review correspondence and underlying documents related to capital call from UBS re: defendant's family member's titled account; discuss with E. Chang. | 0.60 | 270.00 |
| | TWM | Further review of draft complaint against third-party vendor. | 0.70 | 315.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/17/2020 | TWM | Review and approve request to toll as to third party and communicate same to counsel. | 0.20 | 90.00 |
|  | TWM | Call with pre-receivership counsel for Receivership Entities re: status and payment issues. | 0.50 | 225.00 |
| 9/18/2020 | LMJ | Correspond with S. Bhandari re: cryptocurrency analysis and source of funds. | 0.20 | 43.00 |
|  | LMJ | Review and analyze cryptocurrency transactions; review and analyze documents re: cryptocurrency account; review and analyze bank transactions related to cryptocurrency trading. | 6.20 | 1,333.00 |
|  | TWM | Review materials forwarded by T. Nguyen's counsel re: cryptocurrency and turnover process. | 0.30 | 135.00 |
|  | TWM | Meet with E. Chang re: status of government attorney request for CRM access; CRM provider response; proposed steps forward; review draft correspondence with government attorney. | 0.40 | 180.00 |
| 9/21/2020 | TWM | Review summary of communications with CFPB and internal status. | 0.20 | 90.00 |
|  | TWM | Review summary of research on FRCP Rule 45. | 0.20 | 90.00 |
|  | TWM | Review transfer fee schedule and discuss with E. Chang; agree to give permission to T. Nguyen to monetize cryptocurrency via exchanges. | 0.20 | 90.00 |
|  | TWM | Review update re: replacement of defendant's family member's counsel; review request from K. Wen's new counsel to meet and confer re: request for tax documents; discuss standard for receipt of tax returns. | 0.40 | 180.00 |
|  | TWM | Review capital call for defendant's family member's investment; review notice of withdrawal of counsel; review Mice and Men inquiry. | 0.40 | 180.00 |
|  | TWM | Meet with team re: status and strategy re: defendant's family member, Mice and Men, and related issues and next steps; follow-up with asset transfers and books. | 0.80 | 360.00 |
| 9/22/2020 | LMJ | Correspond with S. Bhandari re: source of funds used to purchase cryptocurrency. | 0.20 | 43.00 |
|  | LMJ | Confer with S. Bhandari re: funds transferred to defendant's family member. | 0.30 | 64.50 |
|  | LMJ | Review and analyze cash flow data; prepare timeline re: transfer of funds to defendant's family member. | 2.50 | 537.50 |
|  | TWM | Discuss defendant's family member's capital call with E. Chang; agree to fill call; provide notice to CFPB for views; review response. | 0.40 | 180.00 |
|  | TWM | Review bankruptcy filing seeking relief from stay for sublessor to CAC; discuss with E. Chang. | 0.50 | 225.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/22/2020 | TWM | Review bankruptcy filings by former lessor to CAC; review sublease; follow-up with CFPB. | 0.60 | 270.00 |
| 9/23/2020 | LMJ | Review and analyze documents from Central Escrow Group. | 0.50 | 107.50 |
| | LMJ | Confer with S. Bhandari re: requested tax returns. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: request for tax returns and fund transfers to defendant's family member. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with C. Gordon re: request for tax returns. | 0.30 | 64.50 |
| | LMJ | Review and analyze documents produced by Central Escrow Group. | 0.60 | 129.00 |
| | LMJ | Review and analyze cash flow reconciliations and bank statements re: transfers from Receivership Entities and K. Wen to defendant's family member. | 1.20 | 258.00 |
| | TWM | Review letter from K. Wen counsel re: tax returns requested by receiver; discuss same with S. Bhandari. | 0.30 | 135.00 |
| | TWM | Review correspondence with counsel for Mice and Men; discuss with S. Bhandari re: next steps forward. | 0.30 | 135.00 |
| | TWM | Correspond with CFPB re: CAC bankruptcy issue. | 0.30 | 135.00 |
| | TWM | Review memorandum re: California fraudulent transfer law and effect on timing of suit; discussions and recommendations re: same. | 0.70 | 315.00 |
| 9/24/2020 | LMJ | Confer with C. Gordon re: tax returns for K. Wen and defendant's family member. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements re: safe deposit box. | 0.20 | 43.00 |
| | LMJ | Review and analyze tax returns for K. Wen. | 0.50 | 107.50 |
| | LMJ | Review and analyze tax returns for defendant's family member. | 1.50 | 322.50 |
| | TWM | Confer with S. Bhandari re: status and communications with plaintiffs and defense counsel; review memorandum re: tax privilege. | 0.60 | 270.00 |
| 9/25/2020 | LMJ | Correspond with C. Gordon and S. Bhandari re: request for tax returns. | 0.20 | 43.00 |
| | LMJ | Review and analyze cash flow re: True Count Staffing, Inc. | 0.30 | 64.50 |
| | LMJ | Confer with C. Gordon and S. Bhandari re: request for tax returns. | 0.50 | 107.50 |
| | LMJ | Review and analyze tax returns for defendant's family member and K. Wen re: missing documents; prepare list re: same. | 1.80 | 387.00 |
| | LMJ | Review and analyze bank statements and cash flow analysis re: amount received by K. Wen and Hold the Door. | 2.10 | 451.50 |
| | TWM | Prepare for and participate in conference call with CFPB counsel. | 0.80 | 360.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/28/2020 | TWM | Review counsel's analysis re: fraudulent transfer action and necessary parties; discuss same with counsel. | 0.40 | 180.00 |
| 9/29/2020 | LMJ | Confer with S. Bhandari re: transfers to defendant's family member. | 0.10 | 21.50 |
| | LMJ | Review subpoenas issued to Bank of America, U.S. Bank, and Bank of Hope; update chart re: same. | 0.20 | 43.00 |
| | LMJ | Review and analyze transfers to defendant's family member. | 0.20 | 43.00 |
| | LMJ | Review and analyze transfers to D. Dai. | 0.50 | 107.50 |
| | LMJ | Review and analyze transactions re: defendant's family member; update timeline re: same. | 0.50 | 107.50 |
| 9/30/2020 | LMJ | Correspond with T. McNamara and E. Chang re: tax reporting for Prime Consulting, LLC and Horizon Consultants, LLC. | 0.20 | 43.00 |
| | TWM | Discussion and follow-up with L. Jones re: tax returns. | 0.30 | 135.00 |
| 10/1/2020 | TWM | Review correspondence and discuss with E. Chang re: status of cases provided by attorney representing Receivership Entities in cases existing at the time of the receivership's imposition. | 0.40 | 180.00 |
| 10/2/2020 | LMJ | Review and analyze document productions re: Articles of Organization related to Prime Consulting, LLC. | 0.30 | 64.50 |
| | LMJ | Confer with T. McNamara and S. Bhandari re: Mice and Men, LLC. | 0.50 | 107.50 |
| | LMJ | Confer with S. Bhandari re: tax returns related to Prime Consulting, LLC and Mice and Men, LLC. | 0.50 | 107.50 |
| | LMJ | Review and analyze Internal Revenue Code re: transfer of funds between entities. | 0.60 | 129.00 |
| | LMJ | Review and analyze bank statements and QuickBooks reports re: payments from Prime Consulting, LLC to related parties. | 0.70 | 150.50 |
| | LMJ | Review and analyze Prime Consulting, LLC QuickBooks reports re: profit and loss statements, and detail reports of income and expenses; review Prime Consulting, LLC tax return. | 1.30 | 279.50 |
| | TWM | Meet with S. Bhandari and L. Jones to discuss tax consequences of amendment of Mice and Men tax return. | 0.40 | 180.00 |
| | TWM | Conference call with CFPB re: two logistical questions; summary of call and internal correspondence re: same. | 0.50 | 225.00 |
| 10/6/2020 | LMJ | Confer with T. McNamara re: 1st Generation Holdings cash flow. | 0.10 | 21.50 |
| | LMJ | Correspond with T. McNamara re: notes related to 1st Generation Holdings. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements related to A. Kim. | 1.10 | 236.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/6/2020 | LMJ | Review and analyze bank statements and bank opening documents re: 1st Generation Holdings; review state registration, bank chart, and cash flow analysis; prepare notes re: same. | 2.60 | 559.00 |
| | TWM | Review summary of T. Nguyen Tesla valuation and suggestion on pricing and marketing; discuss with E. Chang re: same. | 0.30 | 135.00 |
| | TWM | Review accounting and banking summary for 1st Generation Holding in preparation for call with CFPB; discuss with L. Jones re: same; follow-up on factual questions; research status of third-party vendor and potential claim against same. | 1.40 | 630.00 |
| 10/7/2020 | LMJ | Confer with T. McNamara re: 1st Generation Holdings state registration and bank accounts. | 0.10 | 21.50 |
| | LMJ | Correspond with S. Bhandari re: transfers between lead provider and defendant's family member. | 0.10 | 21.50 |
| | LMJ | Correspond with A. Greene re: transfers between lead provider and defendant's family member. | 0.10 | 21.50 |
| | LMJ | Confer with S. Bhandari re: transfers between lead provider and defendant's family member. | 0.10 | 21.50 |
| | LMJ | Correspond with S. Carroll re: documents requested by CFPB. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements re: 1st Generation Holdings, LLC. | 0.10 | 21.50 |
| | LMJ | Confer with T. McNamara and A. Greene re: transfers between lead provider, 1st Generation Holdings, LLC, and defendant's family member. | 0.20 | 43.00 |
| | LMJ | Confer with T. McNamara and A. Greene re: documents requested by CFPB. | 0.20 | 43.00 |
| | LMJ | Call with T. McNamara, A. Greene, S. Bhandari, S. Preis, and J. Stewart re: case status. | 0.60 | 129.00 |
| | LMJ | Review documents provided by lead provider; prepare index re: same. | 1.30 | 279.50 |
| | LMJ | Review and analyze cash flow re: 1st Generation Holdings; update notes re: same; review and analyze transfers re: lead provider and defendant's family member. | 2.00 | 430.00 |
| | TWM | Review transfer summary from T. Nguyen; discuss with E. Chang re: same; follow up on cryptocurrency transfers. | 0.40 | 180.00 |
| | TWM | Review confidentiality agreement with third-party vendor vis-a-vis request from CFPB; conference call re: same and other outstanding issues. | 0.90 | 405.00 |
| | TWM | Review information on 1st Generation, First Priority, and Horizon Consultants; review answer to FAQ; review K. Wen and A. Kim emails on PSTs mounted on computer. | 2.90 | 1,305.00 |

SLAM Receivership                                                                                          Page      9

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/8/2020 | TWM | Review summary forwarded by counsel in place at time receivership implemented; discuss whether to settle or dispose of case. | 0.50 | 225.00 |
| 10/9/2020 | TWM | Review summary of recently produced bank records. | 0.20 | 90.00 |
| | TWM | Review wire and accompanying material re: T. Nguyen asset transfer. | 0.30 | 135.00 |
| | TWM | Update receiver website re: case status. | 0.40 | 180.00 |
| 10/12/2020 | TWM | Review and execute tolling agreement re: defendant's family member and K. Wen. | 0.20 | 90.00 |
| 10/14/2020 | LMJ | Review bank documents re: safe deposit box documentation. | 0.10 | 21.50 |
| | LMJ | Confer and correspond with S. Carroll re: safe deposit box documents. | 0.20 | 43.00 |
| | TWM | Review asset summary re: graphics cards and offer from vendor; confer with team re: same. | 0.30 | 135.00 |
| 10/15/2020 | LMJ | Confer with T. McNamara re: method of consumer payments to True Count Staffing, Inc. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements and review cash flow analysis re: method of consumer payments. | 0.30 | 64.50 |
| | TWM | Review and revise draft complaint against third-party vendor; create memorandum to team re: comments and questions re: draft. | 1.60 | 720.00 |
| | TWM | Review files re: defendants' payment mechanisms and channels re: payment processor; discuss with L. Jones. | 0.90 | 405.00 |
| 10/16/2020 | LMJ | Correspond with A. Greene re: merchant processing procedures. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements and merchant processor statements; trace funds from merchant processor to bank accounts. | 1.70 | 365.50 |
| | TWM | Review reserve balances held at payment processor. | 0.70 | 315.00 |
| 10/19/2020 | TWM | Conference call with CFPB attorneys re: True Count and financial updated disclosures by K. Wen; follow up re: same. | 0.50 | 225.00 |
| | TWM | Research and review lawsuits against payment processors in connection with complaint drafting process against former third-party vendor. | 2.30 | 1,035.00 |
| 10/20/2020 | LMJ | Prepare for and call with S. Bhandari, J. Stewart, S. Preis, W. Eanet, M. Adler, N. Dimock, J. Patterson, E. Romanoff, W. Pletcher, and C. Tusan re: questions related to defendant's family member. | 0.70 | 150.50 |
| | LMJ | Confer with S. Bhandari re: signatures of defendant's family member and tax returns of Receivership Entities. | 0.20 | 43.00 |
| | LMJ | Confer with A. Greene re: documents related to payment processor reserve funds held for Horizon Consultants, LLC. | 0.20 | 43.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/20/2020 | LMJ | Confer with A. Greene re: payment processor. | 0.30 | 64.50 |
| | LMJ | Review documents and prepare correspondence to S. Bhandari re: signatures of defendant's family member. | 0.30 | 64.50 |
| | LMJ | Review and analyze UBS bank opening documentation. | 0.40 | 86.00 |
| | LMJ | Review and analyze QuickBooks reports re: True Count Staffing, Inc. | 0.70 | 150.50 |
| | LMJ | Review and analyze statements and payment processor statements re: sales and reserve amounts. | 3.20 | 688.00 |
| | TWM | Meet with S. Bhandari re: potential tax treatment and approach to Mice and Men transfers; contact tax attorney re: same. | 0.70 | 315.00 |
| 10/21/2020 | LMJ | Correspond with S. Bhandari re: analysis of tax returns for True Count Staffing, Inc., and Prime Consulting, LLC. | 0.10 | 21.50 |
| | LMJ | Review and analyze operating agreement re: Horizon Consultants, LLC. | 0.30 | 64.50 |
| | LMJ | Review and analyze QuickBooks re: True Count Staffing, Inc. and Prime Consulting, LLC. | 0.70 | 150.50 |
| | LMJ | Review and analyze tax return for True Count Staffing, Inc. | 2.20 | 473.00 |
| | TWM | Review financial disclosures and tax returns of Prime Consulting; meet with S. Bhandari re: proposed approach to deal with Mice and Men IRS issue; discuss pros and cons; meet with S. Bhandari after follow-up call with potential tax counsel; correspond with potential tax counsel. | 0.90 | 405.00 |
| | TWM | Continue to research and analyze potential lawsuit against third-party vendor. | 1.80 | 810.00 |
| 10/22/2020 | LMJ | Confer with S. Bhandari re: Mice and Men, LLC and Prime Consulting, LLC tax returns. | 0.30 | 64.50 |
| | TWM | Review and gather materials for tax attorney and correspond with same; follow-up on additional requests. | 0.70 | 315.00 |
| 10/23/2020 | LMJ | Confer with S. Carroll re: tax returns. | 0.10 | 21.50 |
| | LMJ | Correspond with B. Katusian re: tax returns. | 0.20 | 43.00 |
| | LMJ | Review and analyze tax returns. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements and merchant processor statements re: merchant processor fees, reserves, and release of reserves. | 2.40 | 516.00 |
| | TWM | Review amended K. Wen financial disclosure. | 0.30 | 135.00 |
| | TWM | Review and comment on proposed engagement letter from tax counsel; review summary of payments made to third-party vendor. | 0.60 | 270.00 |

SLAM Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/23/2020 | TWM | Meet to discuss findings and strategy re: potential lawsuit against third-party vendor. | 1.20 | 540.00 |
| 10/27/2020 | LMJ | Confer and correspond with A. Greene re: merchant processor reserve funds. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements and merchant processing statements re: merchant identification numbers and reserve amounts related to Receivership Entities. | 0.80 | 172.00 |
| 10/28/2020 | LMJ | Confer and correspond with A. Greene re: reserve funds released by First Data/Fiserv. | 0.10 | 21.50 |
| 10/29/2020 | TWM | Review materials related to merchant processing applications and potential damages. | 0.90 | 405.00 |
| 10/30/2020 | LMJ | Correspond with S. Carroll re: safe deposit box access record. | 0.10 | 21.50 |
| | LMJ | Review documents re: ownership of safe deposit box. | 0.10 | 21.50 |
| | LMJ | Review amended financial disclosure submitted by K. Wen. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank account numbers associated with safe deposit box. | 0.20 | 43.00 |
| | LMJ | Review and analyze cashier's checks deposited by defendant's family member. | 0.20 | 43.00 |
| | LMJ | Review docket re: representation of A. Kim. | 0.30 | 64.50 |
| | LMJ | Confer and correspond with S. Bhandari and S. Carroll re: safe deposit box access. | 0.60 | 129.00 |
| | LMJ | Review and analyze cash flow re: defendant's family member's bank accounts related to financial disclosure statements made by K. Wen. | 0.70 | 150.50 |
| 11/3/2020 | LMJ | Review correspondence from M. Adler re: request for information. | 0.10 | 21.50 |
| | LMJ | Confer with A. Greene re: merchant processor. | 0.10 | 21.50 |
| | LMJ | Correspond with J. Stewart re: response to subpoenas. | 0.20 | 43.00 |
| | LMJ | Review and analyze updated financial disclosure from K. Wen. | 0.30 | 64.50 |
| | LMJ | Review and analyze bank statements re: fund transfers. | 2.20 | 473.00 |
| 11/4/2020 | LMJ | Review correspondence from J. Stewart re: information requested related to defendant's family member. | 0.10 | 21.50 |
| | LMJ | Correspond with T. McNamara and S. Bhandari re: frozen bank accounts. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements and bank chart re: True Count Staffing, Inc. bank account balances. | 0.70 | 150.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/4/2020 | TWM | Review valuation and sales analysis for Tesla; provide directions re: same. | 0.20 | 90.00 |
| | TWM | Review status of DPP CRM database request by government attorney; confirm database status and discuss with D. Magee re: same. | 0.30 | 135.00 |
| | TWM | Review CFPB request re: True Count and discuss with L. Jones re: same. | 0.30 | 135.00 |
| | TWM | Review CFPB inquiry re: T. Nguyen and research same; respond to agency. | 0.80 | 360.00 |
| 11/5/2020 | LMJ | Confer with J. Jacobs re: reserve funds received for True Count Staffing, Inc. | 0.10 | 21.50 |
| | LMJ | Confer with S. Bhandari re: Prime Consulting, LLC tax returns. | 0.60 | 129.00 |
| | LMJ | Review and analyze record of cryptocurrency transactions re: K. Wen. | 0.80 | 172.00 |
| | LMJ | Review and analyze bank statement and QuickBooks reports re: income and expenses of Prime Consulting, LLC. | 2.20 | 473.00 |
| 11/6/2020 | LMJ | Confer with team re: case status. | 0.10 | 21.50 |
| | TWM | Correspond with T. Nguyen counsel re: test wire to receivership; investigate and confirm same. | 0.30 | 135.00 |
| 11/9/2020 | TWM | Review draft declaration re: True Count assets; brief call with L. Jones re: same. | 0.20 | 90.00 |
| 11/10/2020 | LMJ | Review and analyze bank statements re: Prime Consulting, LLC and Horizon Consultants, LLC deposits and reserve releases from merchant processor. | 2.10 | 451.50 |
| | TWM | Review summary of status of return or reserve accounts held by merchant processors; discuss internally re: same. | 0.40 | 180.00 |
| 11/11/2020 | LMJ | Confer with J. Jacobs re: declaration related to bank account balances. | 0.20 | 43.00 |
| | LMJ | Review and analyze chronology of bank account openings re: True Count Staffing, Inc. and Prime Consulting, LLC. | 0.30 | 64.50 |
| | LMJ | Correspond and confer with A. Greene re: declaration related to bank account balances for True Count Staffing, Inc. | 0.50 | 107.50 |
| | LMJ | Review and analyze declaration and supporting documents. | 0.50 | 107.50 |
| | LMJ | Review and analyze merchant processor account statements re: reserve funds held and released. | 0.50 | 107.50 |
| | LMJ | Review and analyze True Count Staffing, Inc. and Prime Consulting, LLC bank statements re: deposits related to reserve releases. | 0.70 | 150.50 |
| 11/12/2020 | LMJ | Correspond with S. Bhandari re: bank account balances for 1st Generation Holdings, LLC. | 0.20 | 43.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/12/2020 | LMJ | Correspond with S. Bhandari re: bank accounts held by K. Wen and defendant's family member. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Carroll re: receipt of bank documents. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: analysis of bank statements related to TAS 2019 LLC. | 0.20 | 43.00 |
| | LMJ | Correspond with J. Jacobs re: status of bank accounts related to 1st Generation Holdings. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: declaration related to bank account balances for True Count Staffing, Inc. | 0.20 | 43.00 |
| | LMJ | Call with T. McNamara, S. Bhandari, S. Preis, and J. Stewart re: case status. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: frozen accounts related to 1st Generation Holdings. | 0.30 | 64.50 |
| | LMJ | Review and analyze bank statements for TAS 2019 LLC; prepare summary re: same. | 0.50 | 107.50 |
| | LMJ | Review and analyze documents for 1st Generation Holdings; update summary re: same. | 0.70 | 150.50 |
| | LMJ | Review and analyze bank statements for 1st Generation Holdings, LLC. | 0.80 | 172.00 |
| | TWM | Review and revise declaration re: True Count and funds released to receiver from this entity. | 0.30 | 135.00 |
| | TWM | Review correspondence from defense counsel re: potential settlement; internal conference call; conference call with CFPB re: status. | 0.50 | 225.00 |
| 11/13/2020 | LMJ | Correspond with A. Greene re: reserve funds held by merchant processor. | 0.10 | 21.50 |
| | LMJ | Correspond with B. Katusian re: tax matter related to Mice and Men. | 0.10 | 21.50 |
| | LMJ | Review and analyze transactions re: Prime Consulting, LLC. | 0.90 | 193.50 |
| | LMJ | Review and analyze merchant processor statements and bank statements re: reserve funds withheld from distribution. | 2.30 | 494.50 |
| 11/14/2020 | TWM | Review and confirm asset transfers from T. Nguyen; prepare information for CFPB. | 0.30 | 135.00 |
| 11/18/2020 | LMJ | Correspond with A. Quinn and N. Pannella re: payroll reports. | 0.10 | 21.50 |
| | LMJ | Correspond with T. McNamara re: bank account balances related to TAS 2019 LLC. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank accounts re: TAS 2019 LLC. | 0.40 | 86.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/18/2020 | LMJ | Prepare for and call with S. Bhandari and B. Katusian re: tax matters related to Mice and Men, LLC. | 0.90 | 193.50 |
| | TWM | Review insurance quote for T. Nguyen vehicle; provide directions re: same. | 0.20 | 90.00 |
| | TWM | Call with CFPB attorneys re: TAS bank balances and assets; call with L. Jones re: same; review summary of TAS bank transfers and provide to CFPB. | 0.30 | 135.00 |
| | TWM | Review internal analysis of 1st Generation Holdings' role and location and amount of frozen funds; identify next steps. | 0.40 | 180.00 |
| 11/20/2020 | LMJ | Review correspondence from B. Katusian re: tax-related matters. | 0.10 | 21.50 |
| | LMJ | Correspond with S. Carroll re: payroll reports received from ADP. | 0.20 | 43.00 |
| | LMJ | Correspond with N. Pannella re: payroll reports from ADP. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Bhandari re: tax matters related to Mice and Men, LLC. | 0.20 | 43.00 |
| | TWM | Review proposed protective order; discuss with C. Gordon; review and approve proposed changes. | 0.40 | 180.00 |
| 11/21/2020 | TWM | Review tax analysis related to transfers to Mice and Men; provide direction to team re: potential claim for tax payment return. | 0.40 | 180.00 |
| 11/24/2020 | LMJ | Correspond with T. McNamara re: bank statement inventory related to 1st Generation Holdings, LLC. | 0.30 | 64.50 |
| | LMJ | Review and analyze bank statements for 1st Generation Holdings, LLC. | 0.40 | 86.00 |
| | TWM | Review request from CFPB and discuss same with L. Jones; respond to CFPB. | 0.30 | 135.00 |
| 11/27/2020 | TWM | Review request from CFPB; provide internal direction re: same. | 0.20 | 90.00 |
| 12/1/2020 | LMJ | Correspond with S. Carroll re: request for bank statements. | 0.20 | 43.00 |
| | LMJ | Correspond with S. Thao re: transfer of funds to receivership estate. | 0.30 | 64.50 |
| | LMJ | Correspond with S. Bhandari, T. McNamara, and A. Greene re: K. Wen deposition. | 0.60 | 129.00 |
| | LMJ | Review and analyze cryptocurrency transactions. | 0.90 | 193.50 |
| | TWM | Review update and invoice from outside counsel on pending labor case presently stayed. | 0.30 | 135.00 |
| 12/2/2020 | LMJ | Review correspondence from S. Thao re: transfer of funds. | 0.10 | 21.50 |
| | LMJ | Correspond with J. Stewart re: document request. | 0.20 | 43.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/2/2020 | LMJ | Review and analyze bank statements; update bank statement inventory. | 0.40 | 86.00 |
| | LMJ | Prepare inventory of documents. | 1.30 | 279.50 |
| 12/7/2020 | LMJ | Correspond with J. Stewart re: document request. | 0.10 | 21.50 |
| 12/8/2020 | LMJ | Correspond with C. Gordon re: request from Wells Fargo Bank. | 0.40 | 86.00 |
| | LMJ | Correspond with A. Greene re: merchant processor reserve transactions. | 0.20 | 43.00 |
| | LMJ | Review and analyze transactions re: merchant processor reserve account. | 3.20 | 688.00 |
| 12/15/2020 | LMJ | Correspond with S. Carroll re: bank statements to provide to CFPB. | 0.10 | 21.50 |
| | LMJ | Correspond with J. Stewart re: 1st Generation Holdings, LLC bank statements. | 0.20 | 43.00 |
| | LMJ | Review and analyze merchant processor statements re: transactions related to reserve funds. | 0.70 | 150.50 |
| 12/16/2020 | LMJ | Correspond with J. Stewart re: request for bank statements from UBS. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with A. Greene re: analysis of reserve balance held by Fiserv. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with A. Greene re: reserve funds released by merchant processor. | 0.30 | 64.50 |
| | LMJ | Review and analyze documents re: reserve account maintained by Fiserv; review and analyze bank statements re: True Count Staffing, Inc. and Horizon Consultants, LLC. | 5.40 | 1,161.00 |
| 12/17/2020 | LMJ | Review and analyze statements re: merchant processing accounts and reserve account transactions for True Count Staffing, Inc. and Horizon Consultants, LLC. | 8.60 | 1,849.00 |
| | LMJ | Confer and correspond with A. Greene re: letter sent to merchant processor related to the filing of the Temporary Restraining Order. | 0.20 | 43.00 |
| | LMJ | Review and analyze amounts transferred to the receivership estate from True Count Staffing, Inc. and First Priority, LLC. | 0.50 | 107.50 |
| 12/18/2020 | LMJ | Complete review and analysis of reserve account transactions for True Count Staffing, Inc. and Horizon Consultants, LLC. | 1.50 | 322.50 |
| | LMJ | Correspond with A. Greene re: summary of analysis related to merchant processor reserve account. | 0.10 | 21.50 |
| | LMJ | Review and analyze documents received from state and federal agencies. | 0.70 | 150.50 |
| 12/23/2020 | TWM | Review and analyze expenses incurred and projected along with account information; meet with L. Jones re: same; call with CFPB attorney; draft email re: funds transfer. | 1.40 | 630.00 |

SLAM Receivership                                                                                          Page   16

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/31/2020 | TWM | Confer with A. Greene re: merchant processor transfers after notice of freeze order; propose response to merchant processor. | 0.30 | 135.00 |
| 1/4/2021 | TWM | Review employment counsel's invoice and correspond with same. | 0.30 | 135.00 |
| 1/5/2021 | LMJ | Review asset transfers re: funds received from merchant processor. | 0.10 | 21.50 |
| | LMJ | Confer and correspond with A. Greene re: summary of merchant processor transactions related to Horizon Consultants, LLC and True Count Staffing, Inc. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements re: merchant processor transactions related to Horizon Consulting, LLC. | 0.30 | 64.50 |
| | LMJ | Review and analyze merchant processor statements for Horizon Consulting, LLC. | 0.60 | 129.00 |
| | LMJ | Review and analyze reconciliation of documents produced by Fiserv. | 0.70 | 150.50 |
| | TWM | Review request of defense counsel for all records and communications; correspond internally re: same. | 0.50 | 225.00 |
| 1/11/2021 | TWM | Review request from defense counsel for receiver's files and subpoena responses; review analysis of relevant case law and discovery obligations. | 0.40 | 180.00 |
| 1/12/2021 | LMJ | Correspond with T. McNamara re: reserve balance held by Fiserv. | 0.20 | 43.00 |
| | LMJ | Review and analyze reserve balance transactions reported by Fiserv. | 0.50 | 107.50 |
| | TWM | Review payment processor declarations and correspondence; confer with L. Jones re: same; prepare for call with CFPB attorney; conduct post-call follow-up. | 1.10 | 495.00 |
| 1/13/2021 | LMJ | Confer with A. Greene re: True Count Staffing. Inc. reserve accounts. | 0.20 | 43.00 |
| 1/14/2021 | TWM | Review merchant processor payment; discuss confession of judgment. | 0.30 | 135.00 |
| 1/15/2021 | TWM | Review inquiry and supporting documents re: drawdown on defendant's family member and K. Wen's Cibus fund investment; correspond with C. Gordon re: same. | 0.40 | 180.00 |
| 1/25/2021 | TWM | Review and discuss outside counsel's update in pending state court case. | 0.20 | 90.00 |
| 2/1/2021 | TWM | Review and revise update to be filed by outside counsel for pending matter in state court; discuss with C. Gordon re: same. | 0.30 | 135.00 |
| 2/2/2021 | TWM | Correspond with CFPB counsel; research cryptocurrency issue. | 0.40 | 180.00 |
| 2/3/2021 | TWM | Review, discuss, and counter offer for Tesla. | 0.20 | 90.00 |
| 2/4/2021 | TWM | Review and discuss offer received for video cards; respond to same. | 0.20 | 90.00 |
| | TWM | Call with CFPB attorneys; follow-up on logistical issue raised. | 0.40 | 180.00 |

SLAM Receivership                                                                                    Page    17

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/11/2021 | LMJ | Review and analyze transactions re: transfers from lead provider to 1st Generation Holdings. | 0.50 | 107.50 |
| 2/12/2021 | TWM | Review notification by CFPB that it intends to amend to add defendant's family member as relief defendant; discuss internally to identify any assets the receiver would want to pursue independently and respond to CFPB. | 0.80 | 360.00 |
| 2/17/2021 | LMJ | Call with S. Preis re: document production. | 0.10 | 21.50 |
| 2/19/2021 | LMJ | Correspond with ADP re: confirmation of filing tax reports. | 0.10 | 21.50 |
| 2/24/2021 | LMJ | Review mail from vendors and government agencies. | 0.30 | 64.50 |
| | TWM | Attend hearing on OSC re: K. Wen. | 1.10 | 495.00 |
| 2/25/2021 | LMJ | Correspond with ADP re: tax documents. | 0.20 | 43.00 |
| | LMJ | Review and analyze lead processor invoices. | 0.20 | 43.00 |
| | LMJ | Review and analyze tax documents re: Prime Consulting, LLC and True Count Staffing, Inc. | 0.40 | 86.00 |
| | LMJ | Review mail from vendors and government agencies. | 1.00 | 215.00 |
| 3/1/2021 | TWM | Review and revise draft explanation re: additional million dollars in Horizon funds received from merchant processor. | 0.20 | 90.00 |
| 3/3/2021 | LMJ | Confer with A. Greene re: case status. | 0.20 | 43.00 |
| 3/4/2021 | TWM | Call with CFPB attorney re status; observe portions of K. Wen deposition; discuss with A. Greene. | 1.40 | 630.00 |
| 3/11/2021 | TWM | Review declaration to support stay of California employment case. | 0.40 | 180.00 |
| 3/15/2021 | TWM | Review inquiry from CFPB; check with internal counsel re: thoughts; respond to CFPB. | 0.30 | 135.00 |
| 3/17/2021 | TWM | Review request by Cibus for drawdown on account in defendant's family member's name; approve approach re: UBS payment. | 0.30 | 135.00 |
| 3/25/2021 | TWM | Review CFPB question re: certain paragraphs in stipulated judgment; review previous order; call with S. Preis. | 0.50 | 225.00 |
| | TWM | Call with CFPB attorney S. Preis re: questions about settlement agreement provisions which affect receivership obligations. | 0.40 | 180.00 |
| 3/26/2021 | TWM | Review correspondence from attorney declining walk-away settlement with former employee; conference with C. Gordon; call with counsel. | 0.90 | 405.00 |
| 3/27/2021 | TWM | Internal discussion re: tolling agreement with defendant's family member. | 0.20 | 90.00 |

SLAM Receivership                                                              Page     18

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/29/2021 | TWM | Call with CFPB attorneys re: proposed provision for settlement agreement and assets potentially to be transferred to receivership as part of settlement; follow-up with team re: relevant investment documents and insight. | 0.40 | 180.00 |
| | TWM | Review proposed settlement language for stipulated judgment against Receivership Entities; compare to other orders. | 0.40 | 180.00 |
| 3/30/2021 | LMJ | Confer and correspond with T. McNamara re: cash flow activity. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with T. McNamara re: investment activity. | 0.30 | 64.50 |
| | TWM | Discuss Light Street investment with L. Jones; review Light Street investment subscription documents and monthly statements; outline summary for team; request and speak with UBS attorney J. Fine re: liquidation terms and timeline; call to J. Stewart at CFPB. | 1.70 | 765.00 |
| 4/1/2021 | TWM | Review and respond to inquiry from counsel in pending state case. | 0.20 | 90.00 |
| 4/2/2021 | LMJ | Review incoming correspondence from state and federal agencies. | 0.40 | 86.00 |
| 4/6/2021 | LMJ | Review and analyze correspondence from state and federal agencies and vendors. | 0.40 | 86.00 |
| | TWM | Review stay order in state action; discuss same internally re: possibility of settling matter. | 0.30 | 135.00 |
| 4/7/2021 | TWM | Review email question from CFPB re: UBS asset; follow-up with inquiry to UBS in-house counsel. | 0.40 | 180.00 |
| 4/8/2021 | TWM | Call with UBS in-house counsel; respond to CFPB question. | 0.30 | 135.00 |
| | TWM | Follow-up on CFPB question re: Light Street valuation date; correspond with UBS re: same. | 0.30 | 135.00 |
| 4/16/2021 | LMJ | Correspond with T. McNamara and A. Greene re: chargebacks. | 0.30 | 64.50 |
| | TWM | Prepare for and participate in conference call with CFPB attorneys; follow-up on questions presented re: vehicles. | 0.50 | 225.00 |
| | TWM | Review spreadsheet and questions posed by CFPB re: claims being asserted by TAS counsel re: merchant processor chargebacks; confer with A. Greene and L. Jones re: same. | 0.90 | 405.00 |
| 4/20/2021 | LMJ | Correspond with S. Preis re: bank statements and account balances. | 0.20 | 43.00 |
| | LMJ | Draft letter to UBS re: account balance updates. | 0.30 | 64.50 |
| | LMJ | Review and analyze UBS bank statements re: interest and dividend deposits. | 1.10 | 236.50 |
| 4/21/2021 | LMJ | Confer with A. Greene re: financial disclosure statements. | 0.30 | 64.50 |

SLAM Receivership                                                                                    Page    19

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 4/21/2021 | TWM | Prepare for and participate in conference call with CFPB attorneys; follow-up on issues identified; respond to CFPB; discuss account balances with L. Jones. | 0.90 | 405.00 |
| 4/22/2021 | LMJ | Correspond with J. Stewart re: bank statements. | 0.10 | 21.50 |
| | LMJ | Review documents to be sent to J. Stewart and S. Preis. | 0.30 | 64.50 |
| | TWM | Call with CFPB attorney re: questions concerning UBS liquidations; review PI and follow-up on question. | 0.50 | 225.00 |
| 4/27/2021 | TWM | Call with UBS in-house counsel. | 0.30 | 135.00 |
| 4/29/2021 | LMJ | Correspond with J. Stewart re: access to secure document exchange. | 0.40 | 86.00 |
| | LMJ | Correspond with California Department of Tax and Fee Administration agent re: notices of environmental fees. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements; upload same. | 0.50 | 107.50 |
| 4/30/2021 | LMJ | Correspond with California Department of Tax and Fee Administration agent re: notices of environmental fees. | 0.10 | 21.50 |
| | LMJ | Correspond and confer with A. Greene re: notices of environmental fees. | 0.10 | 21.50 |
| | LMJ | Correspond with agent at the California Department of Tax and Fee Administration re: notices of environmental fees. | 0.20 | 43.00 |
| | LMJ | Confer with California Department of Tax and Fee Administration agent re: notices of environmental fees. | 0.30 | 64.50 |
| | LMJ | Review and analyze notices from county, state, and federal tax agencies. | 1.10 | 236.50 |
| | **TOTAL FEES** | | **218.90** | **$63,678.00** |

**DISBURSEMENTS**

| Date | Description | |
|---|---|---|
| 2/10/2020 | Other: (2) Postal forwarding orders (U.S. Postal Service) | 2.10 |
| 9/1/2020 | Other: Tesla Model 3 vehicle storage (September) | 210.00 |
| 10/1/2020 | Other: Tesla Model 3 vehicle storage (October) | 210.00 |
| 11/1/2020 | Other: Tesla Model 3 vehicle storage (November) | 210.00 |
| 11/25/2020 | Other: Auto insurance for 2018 Tesla Model 3 (Farmers Insurance) | 179.00 |
| 12/1/2020 | Other: Tesla Model 3 vehicle storage (December) | 210.00 |
| 12/4/2020 | Other: (6) Postal forwarding orders (U.S. Postal Service) | 179.70 |

SLAM Receivership                                                                                          Page    20

|  | Amount |
|---|---|
| **TOTAL DISBURSEMENTS** | **$1,200.80** |
| **TOTAL CURRENT CHARGES** | **$64,878.80** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa M. Jones | 148.20 | 215.00 | $31,863.00 |
| Thomas W. McNamara | 70.70 | 450.00 | $31,815.00 |