EXHIBIT B

# McNamara Smith LLP

June 01, 2021

| | |
|---:|:---|
| **Invoice No:** | 11282 |
| **Our File No.:** | 2112-02MS |
| **For Services Through:** | 4/30/2021 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|:---|---:|
| Total Fees | $123,147.50 |
| Total Disbursements | $682.39 |
| **Grand Total** | **$123,829.89** |

# McNamara Smith LLP

|  |  |
|---|---|
| **Invoice No.:** | 11282 |
| **Our File No.:** | 2112-02MS |
| **For Services Through:** | 4/30/2021 |

Matter:  SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/1/2020 | SEC | Call and correspond with tow companies re: Tesla. | 0.40 | 78.00 |
| | EC | Correspond with K. Axel re: T. Nguyen vehicle. | 0.10 | 36.50 |
| | EC | Call with J. Stewart re: potential settlement and additional subpoena responses. | 0.20 | 73.00 |
| | EC | Conference call with T. McNamara and K. Axel re: T. Nguyen vehicle, watches, and cryptocurrency. | 0.50 | 182.50 |
| 9/2/2020 | SB | Confer with L. Jones re: bank records. | 0.10 | 49.50 |
| | SB | Correspond with defendant's family member's counsel and CFPB counsel re: settlement. | 0.10 | 49.50 |
| | SEC | Facilitate collection of Tesla. | 0.40 | 78.00 |
| 9/3/2020 | AMG | Continue to prepare draft complaint against merchant processor. | 2.30 | 1,035.00 |
| 9/4/2020 | AMG | Prepare settlement proposal for lead provider and correspond with G. Brucker re: same. | 1.20 | 540.00 |
| | AMG | Complete draft of complaint against merchant processor. | 2.50 | 1,125.00 |
| | AMG | Meet with L. Jones re: payments to lead provider. | 0.90 | 405.00 |
| | AMG | Research re: deepening insolvency theory of harm. | 1.30 | 585.00 |
| | EC | Conference call with K. Axel and T. McNamara re: T. Nguyen cryptocurrency and assets. | 0.30 | 109.50 |
| 9/8/2020 | EC | Call with Light Street counsel re: subpoena response. | 0.10 | 36.50 |
| | AMG | Meet with E. Chang re: insurance issues re: lead provider. | 0.10 | 45.00 |

SLAM Receivership                                                                                      Page    2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/8/2020 | AMG | Call with G. Brucker re: settlement proposal re: lead provider. | 0.20 | 90.00 |
| | AMG | Call with L. Smith re: settlement issues re: lead provider. | 0.30 | 135.00 |
| | SB | Call with IRS employee re: document subpoena; correspond with IRS employee with contact information. | 0.30 | 148.50 |
| | SB | Strategy discussions with L. Jones, A. Greene, and T. McNamara. | 0.40 | 198.00 |
| | SB | Prepare for settlement discussion with defendant's family member, including review of notes; meet with forensic accountant re: new documents and information; and call with CFPB and Receiver. | 0.80 | 396.00 |
| | SEC | Revise subpoena to tax accountant, Crammer, Inc. | 0.50 | 97.50 |
| | SEC | Review third-party document productions and provide to the CFPB. | 0.60 | 117.00 |
| | CJBG | Draft subpoena to M. Crammer and Crammer, Inc. | 0.30 | 97.50 |
| | EC | Correspond with Bank of America re: subpoena response. | 0.10 | 36.50 |
| | EC | Review Hold the Door and Mice and Men settlement and call with J. Stewart re: same. | 0.30 | 109.50 |
| 9/9/2020 | SEC | Review document production from Light Street. | 0.20 | 39.00 |
| 9/10/2020 | SB | Review and discuss internally O'Melveny's request for fees. | 0.10 | 49.50 |
| | CJBG | Confer with counsel for escrow company re: objections to subpoena. | 0.20 | 65.00 |
| | CJBG | Research validity of escrow company's objection to subpoena; draft response. | 1.20 | 390.00 |
| | EC | Call with JPMorgan Chase representative re: subpoena response. | 0.10 | 36.50 |
| 9/14/2020 | AMG | Meet with Receiver re: potential settlement and need for tolling agreement. | 0.10 | 45.00 |
| | AMG | Call with G. Brucker re: potential settlement and need for tolling agreement re: lead provider. | 0.40 | 180.00 |
| | CJBG | Correspond with M. Wong re: subpoena to Central Escrow Group. | 0.20 | 65.00 |
| 9/15/2020 | DCM | Review data from DebtPayPro database. | 0.80 | 140.00 |
| | AMG | Review and revise tolling agreement with potential third-party clawback defendant and correspond with G. Brucker re: same re: lead provider. | 0.40 | 180.00 |
| 9/16/2020 | SB | Discuss tolling agreement with A. Greene and L. Smith. | 0.20 | 99.00 |
| | AMG | Correspond with G. Brucker re: tolling agreement and facilitate execution of same re: lead provider. | 0.20 | 90.00 |
| | SEC | Update subpoena chart with production details. | 0.10 | 19.50 |

SLAM Receivership                                                                                    Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/16/2020 | EC | Correspond with K. Axel re: T. Nguyen settlement assets. | 0.10 | 36.50 |
| 9/17/2020 | SB | Communication with Receiver re: tolling agreement; begin drafting same. | 0.20 | 99.00 |
| | AMG | Correspond with G. Brucker re: executed tolling agreement re: lead provider. | 0.10 | 45.00 |
| | SEC | Review document production from Bank of America. | 0.10 | 19.50 |
| 9/18/2020 | EC | Correspond with government official. | 0.70 | 255.50 |
| | DCM | Review DebtPayPro database. | 0.50 | 87.50 |
| | SB | Draft tolling agreement. | 0.20 | 99.00 |
| | SEC | Review responses from Central Escrow re: subpoena. | 0.30 | 58.50 |
| | SEC | Review responses from CFPB re: subpoena. | 0.60 | 117.00 |
| 9/20/2020 | SB | Review email update from defendant's family member's counsel; draft update to team re: same. | 0.20 | 99.00 |
| | SB | Review status of pleadings re: defendant's family member and Mice and Men; confer with T. McNamara re: tax returns. | 0.30 | 148.50 |
| 9/21/2020 | SB | Call with former counsel to defendant's family member. | 0.10 | 49.50 |
| | SB | Confer with T. McNamara re: call with defendant's family member's former counsel. | 0.10 | 49.50 |
| | SB | Review updates from L. Jones re: review of cryptocurrency; draft question re: same. | 0.10 | 49.50 |
| | SB | Correspond and confer with C. Gordon re: action re: defendant's family member and Mice and Men. | 0.30 | 148.50 |
| | SB | Discuss strategy with Receiver and team. | 0.60 | 297.00 |
| | SEC | Review docket and correspondence re: Mice and Men. | 0.10 | 19.50 |
| | CJBG | Confer with S. Bhandari re: potential claims against third parties, tax returns for entities related to suit. | 0.20 | 65.00 |
| | CJBG | Research whether suit against a trust should name the trust or trustee or both. | 0.40 | 130.00 |
| | CJBG | Review Receiver's filings related to Relief Defendant Mice and Men LLC. | 0.40 | 130.00 |
| | CJBG | Confer with T. McNamara, S. Bhandari, and E. Chang re: strategy and outstanding items. | 0.60 | 195.00 |
| | CJBG | Begin drafting complaint against recipient of fraudulently-transferred receivership funds. | 1.00 | 325.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/21/2020 | CJBG | Research obligation to provide document productions made in response to third-party subpoenas to other parties in an action. | 1.70 | 552.50 |
| | EC | Correspond with T. McNamara re: Cibus capital call. | 0.10 | 36.50 |
| | EC | Call with J. Fine re: Cibus capital call. | 0.10 | 36.50 |
| | EC | Call with J. Stewart re: capital call, amended tax return, and protective order. | 0.20 | 73.00 |
| | EC | Correspond with K. Axel re: T. Nguyen cryptocurrency. | 0.20 | 73.00 |
| | EC | Meet with T. McNamara, S. Bhandari, and C. Gordon re: defendant's family member, capital call, M. Eanet, and subpoenas. | 0.60 | 219.00 |
| 9/22/2020 | AMG | Confer with L. Smith and E. Chang re: theories of liability re: lead provider. | 0.20 | 90.00 |
| | AMG | Call with G. Brucker re: claims against potential clawback defendant re: lead provider. | 0.30 | 135.00 |
| | AMG | Research caselaw re: potential claims and prepare summary of same re: lead provider. | 2.20 | 990.00 |
| | SB | Call with counsel to K. Wen and discuss with C. Gordon re: issues related to same. | 0.20 | 99.00 |
| | SB | Draft complaint against defendant's family member; discuss with L. Jones re: relevant transactions; discuss with E. Chang and L. Smith re: legal issues. | 1.20 | 594.00 |
| | CJBG | Confer with M. Eanet (counsel for K. Wen) and S. Bhandari re: subpoena for tax returns and follow-up tasks after call. | 0.50 | 162.50 |
| | CJBG | Continue to review factual basis for allegations in draft complaint against third-party processor. | 1.80 | 585.00 |
| | CJBG | Draft complaint against defendant's family member for return of fraudulent transfers. | 2.60 | 845.00 |
| 9/23/2020 | CJBG | Confer with S. Bhandari re: discovery teleconference re: tax return subpoenas. | 0.20 | 65.00 |
| | CJBG | Attend discovery teleconference re: tax return subpoenas. | 0.50 | 162.50 |
| | AMG | Meet with S. Bhandari re: potential claims against third-party clawback defendant. | 0.50 | 225.00 |
| | AMG | Research caselaw re: California UFTA standing and related issues. | 1.80 | 810.00 |
| | LDS | Conduct legal research re: potential claims against defendant's family member. | 0.30 | 142.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/23/2020 | LDS | Confer with T. McNamara, Bhandari, and A. Greene re: potential claims re: defendant's family member. | 0.50 | 237.50 |
| | SB | Correspond with CFPB counsel. | 0.20 | 99.00 |
| | SB | Draft request to Mice and Men's counsel re; 2018 tax return and review evidence re: same. | 0.50 | 247.50 |
| | SB | Review correspondence from K. Wen's counsel re: potential motion to quash subpoena; analyze issues presented; call with K. Wen's counsel and correspond with defendant's family member's new counsel re: same. | 0.80 | 396.00 |
| | SB | Continue to analyze and draft complaint against defendant's family member, including legal research and analysis of potential causes of action; discuss  with Receiver and A. Greene re: same; discuss with L. Jones re: transactions in issue. | 1.30 | 643.50 |
| | CJBG | Confer with L. Jones re: relevant information in tax returns of K. Wen. | 0.20 | 65.00 |
| | CJBG | Continue to review factual basis for allegations in draft complaint against third-party processor; revise same. | 0.90 | 292.50 |
| | CJBG | Prepare for discovery teleconference re: tax return subpoenas. | 1.50 | 487.50 |
| | EC | Revise letter to UBS re: capital call. | 0.10 | 36.50 |
| 9/24/2020 | SB | Call with CFPB counsel re: several matters related to ongoing and potential litigation and draft internal note re: same. | 0.60 | 297.00 |
| | AMG | Further research re: potential claims and meet with L. Smith re: same. | 1.70 | 765.00 |
| | SB | Consult with T. McNamara re: issues presented by K. Wen's new counsel. | 0.10 | 49.50 |
| | SB | Analyze privilege and litigation issues presented by counsel to K. Wen and defendant's family member. | 0.20 | 99.00 |
| | CJBG | Continue to draft complaint against third-party processor. | 1.40 | 455.00 |
| | CJBG | Research financial privacy interest, if any, associated with non-parties' subpoenaed tax returns. | 3.20 | 1,040.00 |
| 9/25/2020 | CJBG | Attend and take notes during call. | 0.50 | 162.50 |
| | CJBG | Confer with S. Bhandari and L. Jones re: discovery teleconference re: subpoena for tax returns. | 0.60 | 195.00 |
| | AMG | Research and analyze potential claims re: lead provider. | 1.10 | 495.00 |
| | AMG | Further research re: fraudulent transfer law. | 1.30 | 585.00 |
| | SB | Provide direction to C. Gordon on discussions with K. Wen and defendant's family member. | 0.10 | 49.50 |

SLAM Receivership                                                                    Page      6

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/25/2020 | SB | Call with CFPB counsel re: call with counsel for K. Wen and defendant's family member. | 0.20 | 99.00 |
| | SB | Prepare for and conduct call with counsel for K. Wen and defendant's family member. | 0.40 | 198.00 |
| | SB | Meet with L. Jones re tax returns; analyze tax returns and backup to returns. | 0.50 | 247.50 |
| | CJBG | Prepare for discovery teleconference re: subpoena for tax returns. | 2.20 | 715.00 |
| 9/27/2020 | SB | Review internal legal analysis re: drafting of complaint against K. Wen and defendant's family member; pose further legal questions re: same. | 0.20 | 99.00 |
| 9/28/2020 | SB | Legal analysis re: drafting of complaint against K. Wen and defendant's family member; pose further legal questions re: same. | 0.10 | 49.50 |
| 9/29/2020 | AMG | Confer with L. Smith re: potential claims and further research of caselaw re: same re: lead provider. | 1.90 | 855.00 |
| | LDS | Confer with A. Greene re: potential claims re: lead provider and conduct research re: potential counts. | 0.40 | 190.00 |
| | AMG | Call with G. Brucker re: status of coverage dispute and potential claims re: provider. | 0.50 | 225.00 |
| | SB | Correspond with counsel to defendant's family member and K. Wen re: tolling agreements. | 0.20 | 99.00 |
| | SB | Draft tolling agreement and legal questions to A. Greene re: same. | 0.50 | 247.50 |
| 9/30/2020 | SB | Revise and transmit tolling agreement to counsel for defendant's family member and K. Wen; research re: same. | 0.80 | 396.00 |
| | SEC | Correspond with N. Pannella and ADP re: tax documents filed; discuss same with L. Jones. | 0.20 | 39.00 |
| 10/1/2020 | EC | Correspond with Z. Bulthuis re: Hernandez court of appeal case and stay of actions. | 0.60 | 219.00 |
| | AMG | Continue to prepare merchant processor complaint and review supporting documents. | 2.60 | 1,170.00 |
| | SB | Correspond with Mice and Men counsel re: tax return issue. | 0.10 | 49.50 |
| 10/2/2020 | DCM | Review of DebtPayPro database in preparation for upcoming call with J. Lee. | 0.60 | 105.00 |
| | DCM | Call with government attorney J. Lee and M. Marsh re: DebtPayPro database. | 0.30 | 52.50 |
| | DCM | Call with M. Marsh re: requirements for DebtPayPro database export. | 0.50 | 87.50 |
| | SB | Call with defense counsel re: Mice and Men tax returns. | 0.30 | 148.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/2/2020 | SB | Discuss with Receiver and L. Jones re: tax returns and legal research re: same; draft internal memorandum re: same. | 1.60 | 792.00 |
| | AMG | Continue to prepare complaint re: merchant processor. | 1.10 | 495.00 |
| | EC | Conference call with J. Lee and M. Marsh re: DebtPayPro. | 0.20 | 73.00 |
| 10/5/2020 | AMG | Continue to prepare complaint and review documents re: same re: merchant processor. | 1.60 | 720.00 |
| 10/6/2020 | DCM | Review DebtPayPro database. | 1.00 | 175.00 |
| | DCM | Correspond with M. Marsh re: available data in DebtPayPro database. | 0.50 | 87.50 |
| | AMG | Continue to prepare merchant processor complaint and compile potential exhibits. | 3.20 | 1,440.00 |
| 10/7/2020 | SB | Correspond with K. Wen and defendant's family member's counsel. | 0.10 | 49.50 |
| | AMG | Call with CFPB and Receiver re: case status and various issues. | 0.30 | 135.00 |
| | AMG | Call with G. Brucker re: CFPB request for lead provider documents and correspond with Receiver re: same. | 0.40 | 180.00 |
| | AMG | Review confidentiality agreement and lead provider document productions; correspond with Receiver re: same. | 0.70 | 315.00 |
| | SB | Attend call with CFPB to describe status of discussions with defendant's family member and K. Wen. | 0.10 | 49.50 |
| | SB | Call with defendant's family member's counsel. | 0.20 | 99.00 |
| | SB | Confer and correspond with L. Jones re: transfers to defendant's family member. | 0.20 | 99.00 |
| | SB | Revise tolling agreement per comments from defendant's family member's counsel. | 0.30 | 148.50 |
| | SEC | Prepare PST files for T. McNamara's review. | 0.20 | 39.00 |
| | EC | Correspond with K. Axel re: T. Nguyen digital assets. | 0.20 | 73.00 |
| | EC | Call with K. Miller re: DebtPayPro database. | 0.20 | 73.00 |
| 10/8/2020 | AMG | Complete further draft of merchant processor complaint and correspond with L. Smith re: same. | 4.30 | 1,935.00 |
| | SEC | Correspond with M. Popal re: video card sales. | 0.10 | 19.50 |
| | EC | Review analysis re: Hernandez case and correspond with T. McNamara re: same. | 0.10 | 36.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/9/2020 | SB | Call and correspond with IRS agent re: documents subpoenaed from defendant's family member and K. Wen, tax issues raised by transactions, and related matters. | 0.30 | 148.50 |
| | AMG | Correspond with S. Bhandari re: lead provider's counsel. | 0.10 | 45.00 |
| | SB | Call with A. Greene re: documents subpoenaed from defendant's family member and K. Wen, tax issues raised by transaction, and related matters. | 0.10 | 49.50 |
| | SB | Correspond with defense counsel re: tolling agreement. | 0.10 | 49.50 |
| | SEC | Review records and draft status report. | 1.20 | 234.00 |
| 10/12/2020 | DCM | Draft request to counsel for DebtPayPro. | 0.30 | 52.50 |
| | SB | Correspond with K. Wen and defendant's family member's counsel re: settlement. | 0.20 | 99.00 |
| | SB | Review edits to tolling agreement from defense counsel; communication with Receiver re: same; execute and distribute same. | 0.30 | 148.50 |
| | SEC | Review documents; draft status report. | 1.90 | 370.50 |
| 10/13/2020 | SEC | Calls with JPMorgan Chase re: safe deposit box. | 0.20 | 39.00 |
| | SEC | Correspond with J. Stewart and provide tax returns to CFPB. | 0.20 | 39.00 |
| | SEC | Continue to review documents; draft status report. | 2.90 | 565.50 |
| 10/14/2020 | AMG | Call with Receiver and S. Preis re: lead provider documents. | 0.30 | 135.00 |
| | LDS | Review and revise merchant processor complaint; confer briefly with A. Greene re: same. | 3.50 | 1,662.50 |
| | DCM | Confer with E. Chang and T. McNamara re: request for data from DOJ. | 0.30 | 52.50 |
| | AMG | Call with L. Smith re: revisions to merchant processor complaint and review and revise same. | 1.70 | 765.00 |
| | SB | Review responses re: setting initial call, and send several emails organizing parties for call regarding claims against defendant's family member. | 0.20 | 99.00 |
| | SEC | Meet M. Popal at storage units and review video cards. | 1.50 | 292.50 |
| | EC | Meet with T. McNamara and D. Magee re: government request. | 0.10 | 36.50 |
| 10/15/2020 | AMG | Continue to research and prepare for merchant processor complaint. | 3.10 | 1,395.00 |
| | LDS | Confer with A. Greene re: merchant processors. | 0.30 | 142.50 |
| 10/16/2020 | AMG | Correspond with B. Maravent re: release of remaining reserve funds at Fiserv. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/16/2020 | AMG | Meet with L. Jones re: payment processing and ISOs. | 0.30 | 135.00 |
| | AMG | Confer with E. Chang re: clawback of additional reserves held by Fiserv and review prior correspondence re: same. | 0.50 | 225.00 |
| | CJBG | Begin to revise draft status report. | 0.90 | 292.50 |
| 10/19/2020 | DCM | Correspond with M. Marsh re: requests for data from DebtPayPro. | 0.10 | 17.50 |
| | AMG | Begin to revise merchant processor complaint. | 1.10 | 495.00 |
| | AMG | Research and analyze ISOs; review pleadings from FTC cases against ISOs. | 2.20 | 990.00 |
| | SB | Correspond with T. McNamara re: disclosures and case status. | 0.10 | 49.50 |
| | SB | Correspond with M. Eanet re: disclosures. | 0.10 | 49.50 |
| | SEC | Call with JPMorgan Chase re: safe deposit box. | 0.20 | 39.00 |
| 10/20/2020 | DCM | Research liquidation strategy for Visa gift cards. | 1.00 | 175.00 |
| | SB | Correspond with counsel for defendant's family member and K. Wen re: tax issues. | 0.10 | 49.50 |
| | SB | Analyze signature issue with L. Jones and draft correspondence to defendant's family member's counsel re: same. | 0.30 | 148.50 |
| | SB | Call with counsel to defendant's family member and others re: potential resolution. | 0.60 | 297.00 |
| | SB | Analyze tax issues and consult with tax expert. | 0.80 | 396.00 |
| | CJBG | Research prior litigation related to potential clawback targets (third-party service providers). | 1.60 | 520.00 |
| 10/21/2020 | DCM | Correspond with DebtPayPro re: requested data export. | 0.90 | 157.50 |
| | SB | Analyze tax issues involving Mice and Men and discuss internally; call with tax attorney re: tax issues and strategy to maximize victim recovery. | 0.70 | 346.50 |
| 10/22/2020 | SB | Confer and correspond with L. Jones re: tax issues. | 0.20 | 99.00 |
| 10/23/2020 | AMG | Correspond with B. Maravent re: release of reserve amounts. | 0.10 | 45.00 |
| | AMG | Investigate payments to potential third-party clawback defendants and correspond with L. Smith and C. Gordon re: same. | 0.40 | 180.00 |
| | AMG | Meet with Receiver, C. Gordon, and L. Smith re: case strategy. | 1.00 | 450.00 |
| | AMG | Further review and analyze potential evidence re: claims against potential third-party defendants. | 1.70 | 765.00 |
| | SB | Review email from K. Wen's attorney. | 0.10 | 49.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/23/2020 | SEC | Call and correspond with JPMorgan Chase re: safe deposit box. | 0.10 | 19.50 |
| | CJBG | Confer with T. McNamara, L. Smith, and A. Greene re: strategy for potential clawback complaint against third-party service provider. | 0.70 | 227.50 |
| 10/26/2020 | SEC | Draft subpoenas to merchant processor and Fiserv/First Data. | 0.40 | 78.00 |
| 10/27/2020 | AMG | Confer with L. Jones re: merchant processor reserves. | 0.20 | 90.00 |
| | AMG | Call and correspond with B. Maravent re: remaining reserve amounts at Fiserv and research re: same. | 0.60 | 270.00 |
| | SB | Correspond with defense counsel and CFPB counsel. | 0.10 | 49.50 |
| | SEC | Correspond with GoDaddy re: domains. | 0.20 | 39.00 |
| 10/28/2020 | AMG | Correspond with J. Alpert re: acceptance of subpoena and research re: acknowledgment and receipt form. | 0.30 | 135.00 |
| | AMG | Call with B Maravent re: Fiserv subpoena. | 0.50 | 225.00 |
| | AMG | Review and revise merchant processor and Fiserv subpoenas and meet with S. Carroll and S. Bhandari re: same. | 2.20 | 990.00 |
| | SB | Review subpoenas to merchant processor and Fiserv and discuss with A. Greene re: same. | 0.20 | 99.00 |
| | SEC | Review GoDaddy information re: domain names and prepare websites for notices. | 0.40 | 78.00 |
| | SEC | Draft and revise subpoenas to Fiserv and merchant processor; research re: Fiserv registered agent; discuss same with A. Greene. | 1.00 | 195.00 |
| 10/29/2020 | SB | Review email and correspond with counsel for defendant's family member. | 0.10 | 49.50 |
| | SB | Review tax counsel's analysis and provide follow-up information and questions. | 0.70 | 346.50 |
| 10/30/2020 | SB | Confer and correspond with L. Jones to discuss diligence before releasing hold on safe deposit box. | 0.20 | 99.00 |
| | SEC | Review JPMorgan Chase production re: safe deposit box. | 0.20 | 39.00 |
| 11/2/2020 | AMG | Further analyze claims against potential third-party clawback defendant. | 0.70 | 315.00 |
| | SB | Correspond with L. Jones re: tax issues. | 0.10 | 49.50 |
| | SB | Call with defendant's family member's counsel. | 0.20 | 99.00 |
| | SB | Analyze tax counsel's strategy memorandum. | 0.30 | 148.50 |
| | SB | Call with tax counsel re: strategy. | 0.60 | 297.00 |
| 11/3/2020 | DCM | Correspond with M. Marsh re: export of client data. | 0.10 | 17.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/3/2020 | DCM | Download and extract database export of client data. | 0.20 | 35.00 |
| | DCM | Review export of client data. | 0.20 | 35.00 |
| | AMG | Correspond with L. Jones and J. Jacobs re: status of efforts to obtain return of merchant processor reserve funds. | 0.20 | 90.00 |
| | AMG | Research re: wholesale ISOs. | 0.50 | 225.00 |
| | SB | Correspond with L. Jones re: tax matters. | 0.10 | 49.50 |
| | SB | Review correspondence with counsel for defendant's family member re: resolution. | 0.10 | 49.50 |
| 11/4/2020 | DCM | Call with third-party service provider re: consignment terms. | 0.20 | 35.00 |
| | DCM | Review third-party service provider's consignment sales agreement. | 0.20 | 35.00 |
| | DCM | Draft emails to third-party service providers re: potential consignment relationship. | 0.30 | 52.50 |
| | DCM | Inspect receivership vehicle. | 0.40 | 70.00 |
| | DCM | Research to determine viability of tred.com as option for consignment sale of receivership vehicle. | 0.50 | 87.50 |
| | DCM | Research local options for consignment sale of receivership vehicle. | 0.50 | 87.50 |
| | DCM | Draft email to T. McNamara re: options for sale of Tesla. | 0.90 | 157.50 |
| | DCM | Research value of receivership vehicle. | 1.10 | 192.50 |
| | SEC | Confer with D. Magee re: sale options for Tesla. | 0.30 | 58.50 |
| 11/5/2020 | SB | Meet with L. Jones re: tax issues and request data re: Prime Consulting. | 0.60 | 297.00 |
| 11/6/2020 | CJBG | Confer with team re: case status. | 0.10 | 32.50 |
| | DCM | Confer with team re: case status. | 0.10 | 17.50 |
| | SEC | Confer with team re: case status. | 0.10 | 19.50 |
| | AMG | Revise complaint against third-party clawback defendant. | 1.80 | 810.00 |
| | SEC | Research sales platforms for Visa gift cards. | 0.60 | 117.00 |
| 11/9/2020 | AMG | Correspond with B. Maravent re: Fiserv's release of reserve funds. | 0.40 | 180.00 |
| | AMG | Confer with S. Carroll re: Relativity uploads and correspond with C. Gordon re: same. | 0.40 | 180.00 |
| | AMG | Correspond with J. Alpert re: authorization for Fiserv to release reserve funds. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/9/2020 | AMG | Call with J. Alpert re: release of reserve funds. | 0.50 | 225.00 |
| | AMG | Review documents and research authority re: ownership of reserve funds; correspond with J. Alpert re: same. | 1.60 | 720.00 |
| | SB | Review, provide input to monitor, and file several emails and letters with CFPB and defendants' counsel re: K. Wen and defendant's family member. | 0.50 | 247.50 |
| | SEC | Review and prepare PST files for processing to Relativity database; correspond with J. Federici re: upload parameters. | 1.00 | 195.00 |
| 11/10/2020 | SB | Correspond with CFPB and internal team re: settlement talks with K. Wen and defendant's family member. | 0.20 | 99.00 |
| 11/11/2020 | AMG | Correspond with C. Gordon and S. Carroll re: search terms for Relativity upload. | 0.10 | 45.00 |
| | AMG | Correspond with J. Alpert re: reserve funds. | 0.10 | 45.00 |
| | AMG | Call with J. Peterson re: Fiserv subpoena. | 0.30 | 135.00 |
| | AMG | Review and revise L. Jones declaration; review merchant processor's reserve payment information. | 0.70 | 315.00 |
| | AMG | Conduct research and analyze claims against third-party defendants. | 1.80 | 810.00 |
| | SEC | Review PST files re: search terms and processing to Relativity. | 0.40 | 78.00 |
| 11/12/2020 | AMG | Call with J. Alpert re: release of reserve funds. | 0.40 | 180.00 |
| | AMG | Correspond with B. Maravent re: release of reserve funds. | 0.40 | 180.00 |
| | AMG | Research MIDs and prepare correspondence to J. Peterson re: Fiserv response to subpoena. | 0.50 | 225.00 |
| | AMG | Analyze merchant processor processed chargebacks. | 1.70 | 765.00 |
| | SB | Call with CFPB re: discovery. | 0.20 | 99.00 |
| | SB | Correspond with L. Jones re: 1st Generation Holdings and next steps. | 0.30 | 148.50 |
| | SB | Review settlement communications from K. Wen and defendant's family member's counsel and underlying facts to assess potential claims; call with T. McNamara and L. Jones re: same. | 0.70 | 346.50 |
| | SEC | Review and prepare Managed Discovery agreement. | 0.20 | 39.00 |
| 11/13/2020 | AMG | Calls with L. Jones re: transactions in reserve accounts. | 0.70 | 315.00 |
| | AMG | Correspond with B. Maravent re: release of Fiserv reserve funds. | 0.10 | 45.00 |
| | AMG | Correspond with J. Alpert re: merchant processor subpoena. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/13/2020 | AMG | Begin to review and analyze documents in review database re: potential third-party claims. | 1.80 | 810.00 |
| | SB | Conduct analysis and correspond with tax counsel re: Mice and Men. | 0.30 | 148.50 |
| | SEC | Discuss PSTs and processing of Relativity data with A. Greene. | 0.30 | 58.50 |
| 11/16/2020 | AMG | Correspond with J. Peterson re: Fiserv subpoena. | 0.10 | 45.00 |
| | DCM | Confer with L. Ellen re: insurance coverage for receivership vehicle. | 0.20 | 35.00 |
| | AMG | Continue to review and analyze review database re: potential third-party claims. | 2.30 | 1,035.00 |
| | SEC | Review records provided by TAS and J. Lai and prepare PSTs for Relativity upload. | 0.30 | 58.50 |
| 11/17/2020 | AMG | Correspond with B. Maravent re: receipt of reserve funds. | 0.10 | 45.00 |
| | AMG | Call with S. Bhandari re: 1st Generation issues and compile prior correspondence re: same. | 0.40 | 180.00 |
| | SB | Call with A. Greene re: 1st Generation Holdings issues re: lead provider. | 0.20 | 99.00 |
| | SB | Analyze 1st Generation Holdings issues, including evidence from lead provider. | 0.30 | 148.50 |
| | SEC | Review documents re: 2019 filed taxes. | 0.10 | 19.50 |
| | CJBG | Draft interim status report. | 0.90 | 292.50 |
| 11/18/2020 | DCM | Call with third-party service provider re: coverage for receivership vehicle. | 0.40 | 70.00 |
| | AMG | Continue to review and analyze items in review database. | 2.10 | 945.00 |
| | SB | Draft recommendations to T. McNamara re: 1st Generation Holdings account freeze; review T. McNamara response re: same. | 0.20 | 99.00 |
| | SB | Discuss tax issues with L. Jones and tax counsel. | 0.50 | 247.50 |
| 11/19/2020 | AMG | Call and correspond with J. Peterson re: Fiserv's response to subpoena; compile relevant emails and additional MID information for same. | 0.80 | 360.00 |
| | AMG | Continue to review and analyze underlying documents for potential third-party claims. | 1.70 | 765.00 |
| | CJBG | Continue to draft interim status report. | 1.90 | 617.50 |
| 11/20/2020 | AMG | Call with J. Alpert re: response to subpoena. | 0.20 | 90.00 |
| | DCM | Correspond with third-party service provider re: coverage for receivership vehicle. | 0.20 | 35.00 |
| | DCM | Complete application for coverage for receivership vehicle. | 0.50 | 87.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/20/2020 | AMG | Revise draft complaint against third-party clawback defendant. | 1.40 | 630.00 |
| | SB | Call with counsel for defendant's family member. | 0.10 | 49.50 |
| | SB | Correspond with tax counsel, L. Jones, and T. McNamara re: tax issues involving Mice and Men. | 0.40 | 198.00 |
| | SEC | Revise status report. | 0.30 | 58.50 |
| | CJBG | Review and revise draft interim status report. | 0.30 | 97.50 |
| | CJBG | Review draft protective order and propose revisions. | 1.30 | 422.50 |
| 11/22/2020 | SB | Draft communication to M. Eanet re: Mice and Men tax issues. | 0.10 | 49.50 |
| 11/23/2020 | AMG | Continue to revise draft complaint. | 1.70 | 765.00 |
| 11/24/2020 | AMG | Further review documents and revise draft complaint. | 1.30 | 585.00 |
| | DCM | Correspond with third-party service provider re: insurance coverage for receivership vehicle. | 0.20 | 35.00 |
| | DCM | Call with third-party service provider re: insurance coverage for receivership vehicle. | 0.20 | 35.00 |
| | AMG | Call with J. Alpert re: production of subpoenaed documents. | 0.50 | 225.00 |
| | SB | Discuss strategy with T. McNamara re: defendant's family member. | 0.10 | 49.50 |
| | SEC | Research sales prices and platforms for video cards. | 0.40 | 78.00 |
| 11/25/2020 | AMG | Further call with J. Alpert re: production of documents. | 0.30 | 135.00 |
| | AMG | Continue to review documents re: potential additional claims. | 1.40 | 630.00 |
| 11/30/2020 | AMG | Call with J. Peterson re: production. | 0.20 | 90.00 |
| | AMG | Begin to review and analyze documents produced by Fiserv. | 0.70 | 315.00 |
| | CJBG | Review docket from Hernandez v. True Count Staffing appeal and update counsel in case on status of receivership action. | 0.30 | 97.50 |
| 12/1/2020 | DCM | Update receivership asset chart re: location of SLAM assets. | 0.10 | 17.50 |
| | DCM | Correspond with third-party service provider re: limited liability insurance. | 0.40 | 70.00 |
| | AMG | Call and correspond with D. Asher re: merchant processor document production; begin to review and analyze same. | 0.70 | 315.00 |
| | AMG | Further review and analysis of Fiserv documents; call with L. Jones re: same. | 1.60 | 720.00 |
| | SB | Review CFPB discovery requests related to K. Wen. | 0.10 | 49.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/1/2020 | SB | Correspond with T. McNamara and others re: CFPB discovery requests. | 0.20 | 99.00 |
| | SEC | Review merchant processor document production. | 0.20 | 39.00 |
| | AMG | Review correspondence re: CFPB's deposition of K. Wen and meet with Receiver re: same. | 0.20 | 90.00 |
| 12/2/2020 | DCM | Calls with potential third-party service providers re: quote for towing receivership vehicle. | 0.20 | 35.00 |
| 12/4/2020 | SB | Review discovery responses from K. Wen. | 0.10 | 49.50 |
| | AMG | Begin to prepare for K. Wen deposition. | 1.70 | 765.00 |
| | AMG | Confer with S. Bhandari re: K. Wen deposition. | 0.10 | 45.00 |
| | SB | Correspond T. McNamara re: K. Wen discovery. | 0.10 | 49.50 |
| | SB | Correspond with A. Greene re: K. Wen deposition. | 0.10 | 49.50 |
| 12/7/2020 | AMG | Confer with J. Stewart re: K. Wen deposition and related issues. | 0.40 | 180.00 |
| | AMG | Research caselaw re: extent of 5th amendment privilege and continue preparation for K. Wen deposition. | 3.10 | 1,395.00 |
| 12/8/2020 | DCM | Call with third-party service provider re: sale of receivership vehicle. | 0.20 | 35.00 |
| | DCM | Inspect receivership vehicle and determine charge status. | 0.40 | 70.00 |
| | AMG | Call with J. Stewart re: status of K. Wen deposition. | 0.20 | 90.00 |
| | AMG | Correspond with Receiver and S. Bhandari re: availability of remote depositions. | 0.30 | 135.00 |
| | AMG | Research and draft correspondence to J. Stewart re: remote depositions. | 0.70 | 315.00 |
| | SB | Correspond with A. Greene re: legal authority for remote depositions. | 0.10 | 49.50 |
| 12/11/2020 | AMG | Review documents in preparation for potential deposition of K. Wen. | 1.30 | 585.00 |
| 12/14/2020 | AMG | Correspond with Fiserv's counsel re: remaining production of documents. | 0.20 | 90.00 |
| | AMG | Continue review of documents in preparation for potential deposition of K. Wen. | 1.20 | 540.00 |
| 12/15/2020 | DCM | Correspond with potential consignment sellers for receivership vehicle. | 1.00 | 175.00 |
| | SEC | Prepare listing for sale of video cards; call with M. Popal re: same. | 0.50 | 97.50 |
| | SEC | Review bank statements and provide to CFPB. | 0.30 | 58.50 |
| | AMG | Correspond with J. Peterson re: additional Fiserv docs. | 0.10 | 45.00 |
| | AMG | Call with J. Alpert's office re: production of documents. | 0.30 | 135.00 |

SLAM Receivership                                                                                                    Page    16

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/15/2020 | AMG | Further preparation for K. Wen deposition. | 1.80 | 810.00 |
| 12/16/2020 | AMG | Correspond with L. Jones re: defendants' reserve funds and conduct research re: same. | 0.80 | 360.00 |
| | DCM | Call with third-party service provider re: potential consignment agreement. | 0.10 | 17.50 |
| | DCM | Correspond with third-party service providers re: potential consignment agreement. | 0.50 | 87.50 |
| | AMG | Review and analyze L. Jones' analysis of third-party financial records. | 0.60 | 270.00 |
| | AMG | Continue to revise proposed third-party complaint. | 1.10 | 495.00 |
| 12/17/2020 | AMG | Conduct further analysis and document review re: wrongful transfers of reserve funds by merchant processor. | 2.20 | 990.00 |
| | DCM | Confer with T. McNamara re: consignment of receivership vehicle. | 0.10 | 17.50 |
| 12/18/2020 | AMG | Review and analyze additional documents produced by third-party ISO. | 2.30 | 1,035.00 |
| | DCM | Correspond with third-party service provider re: consignment of receivership vehicle. | 0.20 | 35.00 |
| | DCM | Meet with third-party service provider re: transportation of receivership vehicle and beginning of consignment agreement. | 0.40 | 70.00 |
| | DCM | Review/inspect receivership vehicle prior to transport. | 0.40 | 70.00 |
| | AMG | Correspond with J. Alpert re: confidential documents and proposed agreement re: same. | 0.10 | 45.00 |
| | AMG | Review and analyze amended financial statement from K. Wen. | 0.30 | 135.00 |
| 12/21/2020 | AMG | Further review and analysis of subpoenaed documents from third-party ISO's. | 2.20 | 990.00 |
| 12/22/2020 | AMG | Correspond with S. Bhandari re: K. Wen deposition. | 0.10 | 45.00 |
| | AMG | Confer with Receiver re: unexplained transfers. | 0.10 | 45.00 |
| | AMG | Call with J. Alpert re: status of subpoena responses. | 0.20 | 90.00 |
| | AMG | Call and correspond with J. Stewart re: continued K. Wen deposition. | 0.30 | 135.00 |
| | AMG | Call with J. Alpert re: unexplained transfers and draft email re: same. | 0.40 | 180.00 |
| | AMG | Further analysis of ISO documents and meeting with L. Jones re: same. | 0.70 | 315.00 |
| 12/23/2020 | AMG | Correspond with J. Stewart re: recent decision concerning virtual depositions. | 0.20 | 90.00 |
| | AMG | Continue review of documents produced by third-party ISO's. | 1.60 | 720.00 |

SLAM Receivership                                                                                          Page    17

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/28/2020 | AMG | Call with counsel for ISO re: return of transferred reserve funds. | 0.30 | 135.00 |
| 12/29/2020 | AMG | Call with ISO's counsel re: immediate return of transferred reserve funds. | 0.50 | 225.00 |
| 12/31/2020 | AMG | Call with Receiver re: potential agreement concerning ISO's return of transferred reserve funds. | 0.20 | 90.00 |
| | AMG | Call and correspond with ISO's counsel re: potential agreement concerning ISO's return of transferred reserve funds. | 0.60 | 270.00 |
| 1/4/2021 | AMG | Prepare correspondence to J. Alpert re: settlement. | 0.40 | 180.00 |
| | AMG | Call with J. Alpert re: return of reserve funds. | 0.90 | 405.00 |
| | AMG | Begin preparation of motion re: OSC re: contempt concerning reserve funds issue. | 1.70 | 765.00 |
| | AMG | Research and prepare confession of judgment and supporting attorney affidavit. | 2.30 | 1,035.00 |
| 1/5/2021 | AMG | Call with J. Alpert re: revisions to confession and affidavit. | 0.40 | 180.00 |
| | SB | Respond to document request from K. Wen's counsel. | 0.20 | 99.00 |
| | AMG | Revise confession of judgment and supporting affidavit. | 0.50 | 225.00 |
| | SB | Confer with Receiver re: discovery issues. | 0.10 | 49.50 |
| 1/6/2021 | SB | Correspond with Receiver re: discovery issues. | 0.20 | 99.00 |
| | AMG | Correspond with J. Alpert re: revised confession documents; further revise same. | 0.30 | 135.00 |
| | AMG | Research caselaw re: Receiver's obligation to turn over third-party documents. | 1.40 | 630.00 |
| | SB | Call and correspond with A. Greene re: discovery issues. | 0.30 | 148.50 |
| 1/7/2021 | AMG | Correspond with J. Alpert re: confidentiality agreement and revisions to same. | 0.70 | 315.00 |
| | AMG | Confer with Receiver re: confidentiality agreement and revisions to same. | 0.10 | 45.00 |
| | AMG | Call with L. Smith re: issues regarding third-party merchant processor. | 0.30 | 135.00 |
| 1/8/2021 | AMG | Correspond with J. Stewart re: K. Wen deposition. | 0.10 | 45.00 |
| | AMG | Call and correspond with J. Alpert re: confidentiality agreement. | 0.30 | 135.00 |
| | AMG | Review UBS document production. | 0.40 | 180.00 |
| 1/11/2021 | DCM | Research re: value of remaining receivership assets. | 1.00 | 175.00 |

SLAM Receivership                                                                                    Page    18

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/11/2021 | AMG | Finalize confidentiality agreement with merchant processor and correspond with counsel for same. | 0.60 | 270.00 |
| 1/12/2021 | AMG | Confer with Receiver and N. Dimock re: investigation status and related issues. | 0.20 | 90.00 |
|  | AMG | Call with counsel for merchant processor re: confidentiality agreement and production of additional documents. | 0.40 | 180.00 |
| 1/13/2021 | AMG | Prepare analysis of merchant processor timeline re: transfer of reserve funds and correspond with Receiver re: same. | 0.80 | 360.00 |
|  | AMG | Review and analyze additional documents produced by merchant processor and call with counsel for same. | 2.40 | 1,080.00 |
| 1/14/2021 | AMG | Call and correspond with counsel for merchant processor re: return of reserve funds. | 0.40 | 180.00 |
| 1/15/2021 | SB | Review email from K. Wen's attorney requesting documents; analyze issue; confer with receiver re: same; draft response to K. Wen's attorney. | 0.40 | 198.00 |
|  | CJBG | Review capital drawdown for investment made by defendant's family member; draft email to T. McNamara re: same. | 0.40 | 130.00 |
| 1/19/2021 | AMG | Call with counsel for merchant processor re: production of additional documents and review and revise agreement re: same. | 0.50 | 225.00 |
|  | SB | Review K. Wen deposition objections. | 0.10 | 49.50 |
|  | SB | Confer with A. Greene re: K. Wen deposition preparation. | 0.20 | 99.00 |
|  | AMG | Correspond with S. Bhandari re: K. Wen deposition. | 0.10 | 45.00 |
|  | AMG | Review objections to K. Wen deposition. | 0.10 | 45.00 |
|  | AMG | Call with J. Stewart re: objections to K. Wen deposition. | 0.20 | 90.00 |
|  | AMG | Prepare for K. Wen deposition. | 1.60 | 720.00 |
|  | CJBG | Review documents related to prior Cibus capital calls; draft summary of same for T. McNamara. | 1.20 | 390.00 |
| 1/20/2021 | AMG | Correspond with attorney for merchant processor re: confidentiality agreement and finalize same. | 0.30 | 135.00 |
| 1/26/2021 | CJBG | Review history re: True Count Staffing appeal; correspond with counsel re: same. | 0.40 | 130.00 |
| 1/27/2021 | CJBG | Review status of True Count Staffing appeal. | 0.20 | 65.00 |
|  | AMG | Call with J. Alpert re: document production. | 0.10 | 45.00 |
|  | AMG | Correspond with J. Peterson re: Fiserv subpoena. | 0.10 | 45.00 |

SLAM Receivership                                                                                                    Page     19

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/27/2021 | AMG | Call with counsel for potential third-party clawback defendant re: settlement. | 0.40 | 180.00 |
| 1/28/2021 | CJBG | Confer with appellate counsel in True Count Staffing appeal re: strategy. | 0.30 | 97.50 |
| 1/29/2021 | DCM | Call with third-party service provider re: offer to purchase vehicle. | 0.10 | 17.50 |
| 2/1/2021 | CJBG | Draft summary of status of True Count Staffing appeal for T. McNamara. | 0.50 | 162.50 |
|  | AMG | Correspond with counsel for third-party ISO re: production of documents. | 0.20 | 90.00 |
|  | AMG | Call with L. Smith re: complaint against potential third party. | 0.50 | 225.00 |
| 2/2/2021 | AMG | Call with J. Stewart re: discovery conference. | 0.10 | 45.00 |
|  | AMG | Review and analyze additional documents produced by third-party ISO. | 1.80 | 810.00 |
| 2/3/2021 | DCM | Correspond with third-party service provider re: sale of receivership vehicle. | 0.50 | 87.50 |
|  | AMG | Review CFPB's discovery requests to S. Kim. | 0.20 | 90.00 |
| 2/4/2021 | AMG | Call with J. Stewart re: case status and deposition issues. | 0.20 | 90.00 |
| 2/5/2021 | DCM | Correspond with third-party service provider re: sale of receivership vehicle. | 0.20 | 35.00 |
|  | DCM | Finalize sale of receivership vehicle. | 1.00 | 175.00 |
|  | AMG | Call with J. Stewart re: K. Wen deposition. | 0.10 | 45.00 |
|  | AMG | Review notice of K. Wen deposition. | 0.10 | 45.00 |
|  | SB | Review and respond to A. Greene update re: K. Wen deposition. | 0.10 | 49.50 |
| 2/8/2021 | DCM | Oversee sale and removal of video cards at storage facility. | 1.50 | 262.50 |
| 2/10/2021 | AMG | Further review additional document production. | 1.20 | 540.00 |
| 2/11/2021 | AMG | Call with L. Smith re: third-party claims strategy. | 0.10 | 45.00 |
|  | AMG | Call with G. Brucker re: lead provider issues. | 0.20 | 90.00 |
|  | AMG | Confer with L. Jones re: lead provider issues and review invoice analysis. | 0.60 | 270.00 |
|  | AMG | Research re: potential third party claims. | 1.30 | 585.00 |
| 2/12/2021 | AMG | Correspond with Receiver re: case strategy issues and potential claims against defendant's family member. | 0.20 | 90.00 |
|  | AMG | Continue review and analysis of document production from third party. | 0.80 | 360.00 |
|  | SB | Review and respond to T. McNamara re: potential claims against defendant's family member. | 0.10 | 49.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/16/2021 | AMG | Call with L. Smith re: potential third-party claims. | 0.30 | 135.00 |
| 2/18/2021 | AMG | Correspond internally re: OSC hearing. | 0.20 | 90.00 |
| | AMG | Call with L. Smith re: case strategy issues. | 0.40 | 180.00 |
| 2/22/2021 | AMG | Call with J. Stewart re: OSC hearing and K. Wen deposition. | 0.30 | 135.00 |
| | AMG | Review and analyze OSC re: contempt briefing in preparation for hearing. | 0.60 | 270.00 |
| | AMG | Review potential exhibits for K. Wen deposition. | 1.30 | 585.00 |
| 2/23/2021 | AMG | Prepare for OSC hearing. | 0.40 | 180.00 |
| 2/24/2021 | AMG | Review tentative ruling and further preparation for hearing re: OSC. | 0.30 | 135.00 |
| | AMG | Attend hearing re: OSC. | 1.10 | 495.00 |
| | SB | Review tentative ruling and discuss hearing with A. Greene. | 0.20 | 99.00 |
| 2/25/2021 | AMG | Correspond with J. Stewart re: file sharing features for K. Wen deposition; research same. | 0.40 | 180.00 |
| 2/26/2021 | AMG | Further review of potential exhibits for K. Wen deposition and preparation re: same. | 3.20 | 1,440.00 |
| 3/2/2021 | AMG | Prepare for K. Wen deposition. | 6.20 | 2,790.00 |
| 3/3/2021 | AMG | Review revised financial disclosures from K. Wen. | 0.20 | 90.00 |
| | AMG | Continued preparation for K. Wen deposition. | 7.10 | 3,195.00 |
| | SB | Review and forward to A. Greene emails from K. Wen's attorney re: sealed pleadings. | 0.20 | 99.00 |
| 3/4/2021 | AMG | Call with J. Stewart re: K. Wen deposition. | 0.10 | 45.00 |
| | AMG | Complete preparation for and attend K. Wen deposition. | 7.50 | 3,375.00 |
| | SB | Conduct legal research re: Fifth Amendment inference against co-conspirator and discuss with A. Greene re: strategy re: K. Wen deposition. | 0.30 | 148.50 |
| 3/5/2021 | SB | Call from counsel to defendant's family member. | 0.10 | 49.50 |
| 3/8/2021 | AMG | Correspond with G. Brucker re: extension of tolling agreement. | 0.10 | 45.00 |
| | AMG | Review and revise extension of tolling agreement. | 0.30 | 135.00 |
| 3/10/2021 | AMG | Call with G. Brucker re: potential claims and review and analyze additional documents re: same. | 0.90 | 405.00 |
| 3/15/2021 | AMG | Confer with S. Bhandari and Receiver re: status of potential claims against defendant's family member. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/15/2021 | AMG | Review and analyze additional documents produced by M. Eanet for True Count Staffing. | 0.20 | 90.00 |
| 3/16/2021 | AMG | Review and analyze CFPB's additional discovery requests to S. Kim. | 0.20 | 90.00 |
| 3/17/2021 | CJBG | Review correspond and correspond re: capital call for defendant's family member's investment. | 0.30 | 97.50 |
| 3/24/2021 | CJBG | Review and revise draft settlement agreement for appeal in related case initiated pre-receivership. | 1.50 | 487.50 |
| 3/25/2021 | CJBG | Review and analyze correspondence re: rejection of proposed settlement agreement. | 0.30 | 97.50 |
| 3/26/2021 | CJBG | Review draft letter to UBS re: capital call. | 0.10 | 32.50 |
|  | AMG | Review and analyze additional documents from third-party providers re: potential clawback claims. | 1.40 | 630.00 |
| 3/31/2021 | AMG | Review status re: transfer of remaining reserve funds; correspond with J. Alpert re: same. | 0.60 | 270.00 |
|  | AMG | Conduct research re: FTC complaints against merchant processors. | 0.80 | 360.00 |
| 4/5/2021 | AMG | Continue to draft complaint against potential third-party. | 1.40 | 630.00 |
| 4/6/2021 | AMG | Further review of documents re: potential third-party claims. | 1.30 | 585.00 |
| 4/7/2021 | AMG | Review documents, research, and revise potential complaint re: third-party service provider. | 4.20 | 1,890.00 |
| 4/8/2021 | AMG | Continue to review and analyze evidence re: additional third-party claims. | 2.10 | 945.00 |
| 4/9/2021 | AMG | Compile documents for L. Smith's review re: potential third-party claims. | 0.40 | 180.00 |
| 4/13/2021 | AMG | Confer with L. Smith re: potential third-party claims. | 0.50 | 225.00 |
| 4/16/2021 | AMG | Confer internally re: TAS chargeback issues and review documents re: same. | 0.40 | 180.00 |
|  | AMG | Call with L. Smith re: potential third-party claims. | 0.30 | 135.00 |
|  | AMG | Research caselaw re: aiding and abetting issue. | 1.30 | 585.00 |
|  | AMG | Continue to prepare draft complaint. | 2.30 | 1,035.00 |
| 4/20/2021 | AMG | Confer with Receiver re: potential mediation of third-party claims. | 0.20 | 90.00 |
|  | AMG | Call with G. Brucker re: potential mediation of third-party claims. | 0.30 | 135.00 |
| 4/21/2021 | AMG | Call with G. Brucker re: potential mediation. | 0.20 | 90.00 |
|  | AMG | Prepare for call with CFPB and Receiver re: status of claims against third-party provider and potential mediation. | 0.50 | 225.00 |

SLAM Receivership                                                                     Page    22

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/21/2021 | AMG | Call with CFPB and Receiver re: status of claims against third-party provider and potential mediation. | 0.20 | 90.00 |
| | AMG | Assemble and revise proposed financial disclosure forms for potential third-party defendant. | 0.20 | 90.00 |
| | AMG | Confer with L. Jones re: proposed financial disclosure forms for potential third-party defendant. | 0.30 | 135.00 |
| 4/22/2021 | AMG | Review and revise financial disclosure forms and correspond with G. Brucker re: same. | 0.30 | 135.00 |
| 4/26/2021 | AMG | Meet with team re: receivership status. | 0.20 | 90.00 |
| | DCM | Meet with C. Gordon, J. Jacobs, and A. Greene re: status of receivership. | 0.20 | 35.00 |
| | CJBG | Meet internally re: status of receivership. | 0.20 | 65.00 |
| | CJBG | Plan and prepare for internal meeting to discuss status of receivership. | 0.30 | 97.50 |
| 4/27/2021 | CJBG | Follow up on tasks identified at internal team meeting re: status of receivership. | 0.10 | 32.50 |
| | CJBG | Review status of existing litigation against defendant and confirm dismissal. | 0.20 | 65.00 |
| 4/28/2021 | AMG | Call with G. Brucker re: insurance and mediation issues; correspond with Receiver re: same. | 0.40 | 180.00 |
| | **TOTAL FEES** | | **305.60** | **$123,147.50** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|---|
| 8/31/2020 | Online research: Westlaw | 4.92 |
| 9/30/2020 | Online research: PACER | 10.10 |
| | Online research: Westlaw | 334.51 |
| 10/28/2020 | Delivery services/messengers: Process service re: records subpoena to Fiserv, Inc. (First Legal) | 89.85 |
| 12/31/2020 | Online research: Westlaw | 15.14 |
| | Online research: PACER | 57.60 |
| 1/31/2021 | Online research: Westlaw | 142.81 |
| 3/31/2021 | Online research: PACER | 3.60 |
| 4/27/2021 | Other:  Download court filings in Sinclair action | 17.45 |

| Date | Description | Amount |
| --- | --- | --- |
| 4/30/2021 | Online research: Westlaw | 6.41 |
| | **TOTAL DISBURSEMENTS** | **$682.39** |
| | **TOTAL CURRENT CHARGES** | **$123,829.89** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Andrew M. Greene | 188.30 | 450.00 | $84,735.00 |
| Cornelia J. B. Gordon | 36.30 | 325.00 | $11,797.50 |
| Edward Chang | 5.20 | 365.00 | $1,898.00 |
| Logan D. Smith | 5.00 | 475.00 | $2,375.00 |
| Shoshanna E. Carroll | 19.20 | 195.00 | $3,744.00 |
| Sanjay Bhandari | 29.90 | 495.00 | $14,800.50 |
| David C. Magee | 21.70 | 175.00 | $3,797.50 |