# EXHIBIT C

## SLAM Receivership
## Summary of Invoices for 3rd Fee Application

|  | Period Ending | Inv. # | Fees | Costs | Total |
|---|---|---|---|---|---|
| Seltzer Caplan McMahon Vitek | 10/31/2020 | 444452 | $3,870.00 | $0.00 | $3,870.00 |
| Seltzer Caplan McMahon Vitek | 11/30/2020 | 445146 | $7,550.00 | $0.00 | $7,550.00 |
|  |  |  | **$11,420.00** | **$0.00** | **$11,420.00** |

EXHIBIT C
Page 50



**SELTZER CAPLAN McMAHON VITEK**

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

THOMAS W. MCNAMARA
MCNAMARA SMITH LLP
655 WEST BROADWAY, SUITE 1680
SAN DIEGO, CA 92101

DATE 11/5/2020
INVOICE 444452
PAGE 1

FOR SERVICES THROUGH 10/31/2020

OUR MATTER  # 21639.80812 2176
ADVICE AND CONSULTATION IN CONNECTION WITH
RECEIVERSHIP TAX MATTERS

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/20/20 | | CONFERENCES REGARDING RECEIVERSHIP TRANSFERS OF FUNDS AND TAX REPORTING OF SAME | | | |
| AT | | David P. Ruth | .40 hrs. | 550.00 /hr | 220.00 |
| 10/22/20 | | RESEARCH, ANALYSIS, CORRESPONDENCE, & DISCUSSIONS RE: RECEIVERSHIP TAX REFUND MATTER IMPLICATIONS. | | | |
| PT | | Brian M. Katusian | 1.40 hrs. | 500.00 /hr | 700.00 |
| 10/23/20 | | REVIEW & ANALYSIS OF RETURNS + RESEARCH RE: RECEIVERSHIP TAX MATTERS. | | | |
| PT | | Brian M. Katusian | 1.30 hrs. | 500.00 /hr | 650.00 |
| 10/28/20 | | ANALYSIS RE: TAX MATTERS. | | | |
| PT | | Brian M. Katusian | 2.50 hrs. | 500.00 /hr | 1,250.00 |
| 10/29/20 | | RESEARCH, ANALYSIS, & CORRESPONDENCE RE: PERSONAL LIABILITY, POTENTIAL AMENDMENT OF TAX RETURNS, CID INVOLVEMENT, & RELATED TAX MATTERS IN CONNECTION WITH RECEIVERSHIP. | | | |
| PT | | Brian M. Katusian | 2.10 hrs. | 500.00 /hr | 1,050.00 |

EXHIBIT C
Page 51



**SELTZER CAPLAN MCMAHON VITEK**

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

THOMAS W. MCNAMARA
MCNAMARA SMITH LLP
655 WEST BROADWAY, SUITE 1680
SAN DIEGO, CA 92101

DATE 11/5/2020
INVOICE 444452
PAGE 2

FOR SERVICES THROUGH 10/31/2020

OUR MATTER   # 21639.80812 2176
ADVICE AND CONSULTATION IN CONNECTION WITH
RECEIVERSHIP TAX MATTERS

## BILLING SUMMARY

|  | Hours | Rate/HR | Total |
|---|---|---|---|
| David P. Ruth | .40 | 550.00 | 220.00 |
| Brian M. Katusian | 7.30 | 500.00 | 3,650.00 |
| TOTAL | 7.70 |  | 3,870.00 |

FEES FOR PROFESSIONAL SERVICES ..........................................$   3,870.00

EXHIBIT C
Page 52



**SELTZER CAPLAN MCMAHON VITEK**

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

THOMAS W. MCNAMARA
MCNAMARA SMITH LLP
655 WEST BROADWAY, SUITE 1680
SAN DIEGO, CA 92101

DATE 12/4/2020
INVOICE 445146
PAGE 1

FOR SERVICES THROUGH 11/30/2020

OUR MATTER   # 21639.80812 2176
ADVICE AND CONSULTATION IN CONNECTION WITH
RECEIVERSHIP TAX MATTERS

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/20 | | CLIENT TELECONFERENCE + RESEARCH, ANALYSIS, & DISCUSSIONS RE: PERSONAL LIABILITY & RELATED ISSUES IN CONNECTION WITH RECEIVERSHIP. | | | |
| | PT | Brian M. Katusian | 2.70 hrs. | 500.00 /hr | 1,350.00 |
| 11/03/20 | | ANALYSIS RE: RECEIVER LIABILITY & RETURN ISSUES. | | | |
| | PT | Brian M. Katusian | 1.30 hrs. | 500.00 /hr | 650.00 |
| 11/03/20 | | RESEARCH WHETHER A RECEIVER IS PERSONALLY LIABLE FOR DELINQUENT RETURNS OR TAX LIABILITIES THAT AROSE PRE-RECEIVERSHIP. DRAFT MEMO SUMMARIZING RESEARCH. | | | |
| | AS | Lauren Wood | 7.50 hrs. | 250.00 /hr | 1,875.00 |
| 11/10/20 | | RESEARCH STATE LAW CASES WHERE INCOME WAS ASSIGNED TO ANOTHER TAXPAYER BASED ON STATE LAW PROPERTY RIGHTS. | | | |
| | AS | Lauren Wood | 4.50 hrs. | 250.00 /hr | 1,125.00 |
| 11/13/20 | | ANALYSIS RE: PRIME AND OF MICE AND MEN TAX MATTERS. | | | |
| | PT | Brian M. Katusian | .40 hrs. | 500.00 /hr | 200.00 |
| 11/18/20 | | CLIENT TELECONFERENCE + ADJUNCT FOLLOW-UP RESEARCH & ANALYSIS RE: POTENTIAL AVENUES OF RECOURSE FOR TAX REFUND. | | | |
| | PT | Brian M. Katusian | 1.50 hrs. | 500.00 /hr | 750.00 |
| 11/18/20 | | RESEARCH WHETHER THE PIERCE THE VEIL/ALTER EGO THEORY CAN APPLY TO TAX LIABILITIES. | | | |
| | AS | Lauren Wood | 1.80 hrs. | 250.00 /hr | 450.00 |
| 11/19/20 | | RESEARCH THE REQUIREMENTS FOR THE IRS TO PIERCE THE VEIL AND ANALYZE AGAINST FACTS IN COMPLAINT. | | | |
| | AS | Lauren Wood | 1.80 hrs. | 250.00 /hr | 450.00 |
| 11/20/20 | | ANALYSIS & CORRESPONDENCE RE: OPTIONS IN CONNECTION WITH POTENTIAL REFUND CLAIM + RESEARCH & ANALYSIS RE: | | | |

EXHIBIT C
Page 53



**SELTZER
CAPLAN
MCMAHON
VITEK**

**750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101**

THOMAS W. MCNAMARA
MCNAMARA SMITH LLP
655 WEST BROADWAY, SUITE 1680
SAN DIEGO, CA 92101

DATE 12/4/2020
INVOICE 445146
PAGE 2

FOR SERVICES THROUGH 11/30/2020

OUR MATTER    # 21639.80812 2176
ADVICE AND CONSULTATION IN CONNECTION WITH
RECEIVERSHIP TAX MATTERS

|  |  |  |  |  |
|---|---|---|---|---|
|  | ALTER EGO LIABILITY CASES. |  |  |  |
| PT | Brian M. Katusian | .90 hrs. | 500.00 /hr | 450.00 |
| 11/20/20 | RESEARCH CASE LAW WHERE THE IRS ARGUED AN ALTER EGO BUT THERE WAS NO HARM AGAINST THE CORPORATION. |  |  |  |
| AS | Lauren Wood | 1.00 hrs. | 250.00 /hr | 250.00 |

EXHIBIT C
Page 54



**SELTZER CAPLAN McMAHON VITEK**

750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101

THOMAS W. MCNAMARA
MCNAMARA SMITH LLP
655 WEST BROADWAY, SUITE 1680
SAN DIEGO, CA 92101

DATE 12/4/2020
INVOICE 445146
PAGE 3

FOR SERVICES THROUGH 11/30/2020

OUR MATTER   # 21639.80812 2176
ADVICE AND CONSULTATION IN CONNECTION WITH
RECEIVERSHIP TAX MATTERS

## BILLING SUMMARY

|  | Hours | Rate/HR | Total |
|---|---|---|---|
| Brian M. Katusian | 6.80 | 500.00 | 3,400.00 |
| Lauren Wood | 16.60 | 250.00 | 4,150.00 |
| TOTAL | 23.40 |  | 7,550.00 |

FEES FOR PROFESSIONAL SERVICES ......................................... $   7,550.00

EXHIBIT C
Page 55