EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone: 310-775-2495
Facsimile: 310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION OF DEFENDANT KAINE WEN TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT TO JUNE 21, 2021**<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

Having considered the pending Unopposed Ex Parte Application To Extend Time To Respond To Second Amended Complaint (the "Application") filed by Defendant Kaine Wen, being fully advised in this matter, and for Good Cause shown,

**IT IS HEREBY ORDERED THAT** the Court GRANTS the Ex Parte Application in its entirety.

**IT IS FURTHER ORDRED THAT** the time for Defendant Kaine Wen to respond to the Second Amended Complaint is extended through and including June 21, 2021.

**SO ORDERED** as of this second day of June, 2021.

_____
MICHAEL W. FITZGERALD
United States District Judge