SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (703) 642-4585
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: (415) 844-9787
Fax: (415) 844-9788

*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO RELIEF DEFENDANT JUDY DAI**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1

**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**

1  Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial
2  Protection (Bureau) hereby files the attached Stipulation as to Entry of Final
3  Judgment and Order as to Relief Defendant Judy Dai, as agreed to by counsel for
4  the Bureau, the State of Minnesota, the State of North Carolina, and the People of
5  the State of California, and Relief Defendant Judy Dai. Also attached is the
6  [Proposed] Stipulated Final Judgment and Order as to Relief Defendant Judy Dai.

Dated: June 14, 2021                    Respectfully submitted,

By: /s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Tel.: (202) 435-9641
Fax: (703) 642-4585
Email: jesse.stewart@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

2
**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**