EANET, PC
Matthew Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone: 310-775-2495
Facsimile: 310-593-2589
matt@eanetpc.com

Attorney for Defendant Kaine Wen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT KAINE WEN TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

**STIPULATION TO EXTEND TIME FOR WEN TO RESPOND TO SAC**

# STIPULATION

Plaintiffs the Bureau of Consumer Financial Protection ("Bureau"), State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney (collectively "Plaintiffs) and Defendant Kaine Wen ("Mr. Wen"), hereby stipulate and agree as follows:

1. On April 20, 2021, Plaintiffs filed their Second Amended Complaint [ECF 284].

2. On May 4, 2021, Mr. Wen filed an unopposed Application for Extension of Time to Respond to Second Amended Complaint, which was granted by the Court. [ECF 289, 290].

3. On June 1, 2021, Mr. Wen filed a second unopposed Application for Extension of Time to Respond to Second Amended Complaint, which was granted by the Court [ECF 293, 295].

4. On June 3, 2021, Mr. Wen's counsel sent counsel for Plaintiffs a letter setting out various grounds for challenges to the Second Amended Complaint and setting forth his intention to bring a motions to strike and dismiss certain claims and allegations contained in the Second Amended Complaint, including claims for fraudulent transfer.

5. On June 11, 2021, counsel for Plaintiffs and Mr. Wen conducted a telephonic call to meet and confer regarding Mr. Wen's proposed motions to strike and dismiss.

6. On June 15, 2021, the Court entered the Stipulated Final Judgment and Order as to Relief Defendant Judy Dai. [ECF 298].

7. On June 17, 2021, counsel for the Bureau stated that it was in the process of "seeking authority to dismiss our fraudulent transfer claims against Mr. Wen given that the Court has now entered the judgment against Ms. Dai" and that it was agreeable to an extension of time to respond to the Second Amended Complaint.

8. NOW, THEREFORE, the parties hereto stipulate and agree as follows:

    a. Wen's response to the Second Amended Complaint shall be filed on or before July 12, 2021.

Dated: June 22, 2021                    EANET, PC

                                              By: */s Matthew Eanet*
                                                      Matthew L. Eanet

                                              Attorneys for Defendant Kaine Wen

Dated: June 22, 2021

By: */s Sarah Preis*
   Sarah Preis (D.C. Bar No. 997387)
   *Admitted pro hac vice*
   Email: sarah.preis@cfpb.gov
   Jesse Stewart (N.Y. Bar No. 4145495)
   Admitted pro hac vice
   Email: jesse.stewart@cfpb.gov

Attorneys for Plaintiff Bureau of Consumer Financial Protection

By: /s *M. Lynne Weaver*
   M. Lynne Weaver (N.C. Bar No. 19397)
   (admitted *pro hac vice*)
   Email: lweaver@ncdoj.gov
Attorney for Plaintiff State of North Carolina

By: /s/ *Evan Romanoff*
   Evan Romanoff (admitted *pro hac vice*)
   Atty. Reg. No. 0398223
   Email: evan.romanoff@ag.state.mn.us

Attorney for Plaintiff State of Minnesota

   By: /s/ *Christina Tusan*
   Christina Tusan
   Email: christina.tusan@lacity.org

Attorney for People of the State of California

-3-
**STIPULATION TO EXTEND TIME FOR WEN TO RESPOND TO SAC**

I, Matthew Eanet, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s Matthew Eanet

Matthew Eanet

-4-
**STIPULATION TO EXTEND TIME FOR WEN TO RESPOND TO SAC**