# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>   Plaintiffs,<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>   Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>   Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT KAINE WEN TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br><br>Action Filed: October 21, 2019<br>FAC Filed: February 24, 2020<br>SAC Filed: April 20, 2021 |

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME**

# ORDER

This Court, having considered the Stipulation filed by Plaintiffs the Bureau of Consumer Financial Protection, State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, (collectively "Plaintiffs), on the one hand, and Defendant Kaine Wen ("Mr. Wen"), on the other hand, to extend time for Mr. Wen to respond to Plaintiffs' Second Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that:

1. The Stipulation is APPROVED.

2. The time for Mr. Wen to file a response to the Second Amended Complaint shall be extended to _____.

DATED: _____

_____
Honorable Michael Fitzgerald
United States District Judge

**[PROPOSED] ORDER ON STIPULATION TO EXTEND TIME**