SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO RELIEF DEFENDANTS 1st GENERATION HOLDINGS, LLC AND INFINITE MANAGEMENT CORP.**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1

**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**

Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby files the attached Stipulation as to Entry of Final Judgment and Order as to Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp., f/k/a Infinite Management Solutions Inc., as agreed to by counsel for the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California, and Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp. Also attached is the [Proposed] Stipulated Final Judgment and Order as to Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp.

Dated: June 30, 2021

Respectfully submitted,
By: /s/ *Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Tel.: (202) 435-9318
Fax: (844) 826-5016
Email: sarah.preis@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

2
**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I caused true and correct copies of the (1) Notice of Filing of Stipulation and of Lodging Proposed Stipulated Final Judgment and Order as to Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp.; (2) Stipulation as to Entry of Final Judgment and Order as to Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp.; and (3) [Proposed] Stipulated Final Judgment and Order as to Relief Defendants 1st Generation Holdings, LLC and Infinite Management Corp. to be served using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users, and by email to Michael Adler, counsel to Judy Dai, at madler@ta-llp.com.

Dated: June 30, 2021

/s/ *Sarah Preis*
Sarah Preis
*Attorney for the Bureau of Consumer Financial Protection*