SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: (415) 844-9787
Fax: (415) 844-9788
*Attorneys for Plaintiff*
*Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT CONSUMER ADVOCACY CENTER, INC., d/b/a PREMIER STUDENT LOAN CENTER**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1

**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**

Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby files the attached Stipulation as to Entry of Final Judgment and Order as to Defendant Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, as agreed to by counsel for the Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California, and Sonya Salkin Slott, Chapter 7 Trustee for Consumer Advocacy Center. Also attached is the Proposed Stipulated Final Judgment and Order as to Defendant Consumer Advocacy Center.

Dated: July 12, 2021

Respectfully submitted,
By: /s/ *Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Enforcement Attorney
1700 G Street NW
Washington, DC 20552
Tel.: (202) 435-9318
Fax: (844) 826-5016
Email: sarah.preis@cfpb.gov

*Attorney for Plaintiff*
*Bureau of Consumer Financial Protection*

2
**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**