**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844( 826-5016

LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105

*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>      Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFFS' NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AS TO DEFENDANT CONSUMER ADVOCACY CENTER, INC., d/b/a PREMIER STUDENT LOAN CENTER**<br><br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I caused true and correct copies of Plaintiffs' Notice of Filing of Stipulation and of Lodging Proposed Stipulated Final Judgment and Order as to Defendant Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, Stipulation as to Entry of Final Judgment and Order as to Defendant Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, and Proposed Stipulated Final Judgment and Order, to be served using the CM/ECF system, thereby sending notification of the filing to all parties in the case who are registered CM/ECF users, and by email to Michael Adler, counsel to Judy Dai, at madler@ta-llp.com.

Dated: July 13, 2021                    /s/ *Sarah Preis*

                                                        Sarah Preis

*Attorney for the Bureau of Consumer Financial Protection*