UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF (KS) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | Hon. Michael W. Fitzgerald |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File Third Amended Complaint (the "Motion"), filed on July 9, 2021.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), courts "should freely give leave when justice so requires." When considering a motion for

leave to amend, courts asses whether the amendment: "(1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *AmerisourceBergen Corp. v. Dialysis W., Inc.,* 465 F.3d 946, 951 (9th Cir. 2006).

      The Court, having considered the Motion and supporting papers, determines that Plaintiffs' proposed amendments do not prejudice Defendants, are not sought in bad faith, will not cause undue delay in the litigation, and are not futile. The Court further determines that justice requires leave to be granted. Accordingly, the Motion is **GRANTED**.

      Consistent with the Court's March 19, 2021, Order on Joint Application to File Under Seal (*see* ECF 280), Plaintiffs shall file a redacted version of the Third Amended Complaint ("TAC") on the public docket and file an unredacted version of the TAC under seal.

Dated: August 4, 2021

_____
      MICHAEL W. FITZGERALD
      United States District Judge