1
2      **UNITED STATES DISTRICT COURT**
3      **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 4  Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF |
| 5 | |
| 6       Plaintiffs, | **CERTIFICATE OF SERVICE FOR PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| 7       v. | |
| 8 | |
| 9  Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | |
| 10 | |
| 11       Defendants. | |

12

13                    <u>**CERTIFICATE OF SERVICE**</u>

14          I hereby certify that on August 5, 2021, I caused true and correct copies

15   of Plaintiffs' Redacted Third Amended Complaint to be served using the

16   CM/ECF system, thereby sending notification of the filing to all parties in the

17   case who are registered CM/ECF users, and by email to:

18      1. **Michael Adler**

19          madler@ta-llp.com

20          *Attorney for Defendant Judy Dai,*

21

22          I further certify that on August 5, 2021, I cause a true and correct copy of

23   the unredacted version of the Third Amended Complaint to be served via email

24   as follows:

25      1. **Matthew Eanet**

26          matt@eanetpc.com

27          *Attorney for Defendant Kaine Wen and Relief Defendants Hold the Door*

28          *Corp. and Mice and Men LLC*

1

2. **Evan Romanoff (*Pro Hac Vice*)**
   **Assistant Attorney General**
   **The State of Minnesota**
   evan.romanoff@ag.state.mn.us
   *Attorney for Plaintiff the State of Minnesota*

3. **M. Lynne Weaver (*Pro Hac Vice*)**
   **North Carolina Department of Justice**
   lweaver@ncdoj.gov
   *Attorney for Plaintiff State of North Carolina*

4. **Christina V. Tusan, Supervising Deputy City Attorney**
   **William Pletcher, Deputy City Attorney**
   **Office of the City Attorney**
   Christina.tusan@lacity.org
   William.pletcher@lacity.org
   *Attorneys for Plaintiff the People of the State of California*

I further certify that under L.R. 79-5.2, service of the unredacted version of the proposed Third Amended Complaint should not be required due to Defendant Wen's concerns regarding the confidentiality of the information contained therein. Accordingly, Plaintiffs have not served the unredacted version of the proposed Third Amended Complaint on the remaining parties in this matter.

Dated: August 5, 2021                    */s/ Sarah Preis*

                                         Sarah Preis

                                         *Attorney for the Bureau of Consumer*
                                         *Financial Protection*