**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

**FILED**
CLERK, U.S. DISTRICT COURT

08/11/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___smom___ DEPUTY

Case: 8:19cv1998   Doc: 311

Tahir Lynn Boykins
Kelley Drye and Warren LLP
1800 Century Park East  Suite 600
Los Angeles, CA 90067

-R-T-S-   900672105-1N       08/05/21

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

**RETURN TO SENDER**



CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 1 0 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MWF

Case: 8:19cv1998  Doc: 311

Tahir Lynn Boykins
Kelley Drye and Warren LLP
1800 Century Park East  Suite 600
Los Angeles, CA 90067