Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**RECEIVER'S NOTICE OF JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTIES ADAM STHAY AND THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:  5A<br>DATE:  September 13, 2021<br>TIME:  10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 13, 2021 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Entities, will present

his Joint Motion to Approve Settlement Agreement with Non-Parties Adam Sthay and the Brea Financial Group, LLC d/b/a Pub Club Leads.

    This motion is supported by this notice of motion and motion, all pleadings and records on file, and any argument heard hereon.

Dated:  August 11, 2021        MCNAMARA SMITH LLP

                              By:   /s/ Andrew M. Greene
                                 Andrew M. Greene
                                 *Attorneys for Receiver,*
                                 *Thomas W. McNamara*