Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection; et al.,

Plaintiffs,

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,

Defendants.

Case No. 8:19-cv-01998-MWF (KSx)

**JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTIES ADAM STHAY AND THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS**

JUDGE: Hon. Michael W. Fitzgerald
CTRM: 5A
DATE: September 13, 2021
TIME: 10:00 a.m.

The Court-appointed Receiver, Thomas W. McNamara ("Receiver") and non-parties Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads (collectively, "Pub Club Parties") jointly move the Court to approve the proposed Settlement Agreement, attached hereto as Exhibit 1, resolving the dispute between the Receiver and the Pub Club Parties concerning the Receiver's interest in certain receivership assets and alleged voidable conveyances. Provided the Court

///

///

approves the Settlement Agreement, the Pub Club Parties will pay a total of Six-Hundred Seventy-Five Thousand Dollars ($675,000) to the Receiver.[1]

Beginning in early 2020, the Receiver began his investigation of the Pub Club Parties' relationship with the underlying defendants and its role as a service provider for their operations. The Receiver subsequently obtained documents from the Pub Club Parties and, on September 14, 2020, entered into a tolling agreement with the Pub Club Parties in order to continue his investigation while exploring potential settlement opportunities. Since that time, the Receiver and the Pub Club Parties have continued to exchange information/documents and engaged in settlement discussions. On July 28, 2021, the Receiver, the Pub Club Parties, and the Chapter 7 Trustee for defendant Consumer Advocacy Center, Inc. (the "Trustee") participated in a full day in-person/online hybrid mediation with the Charles H. Dick, Jr., Esq. and reached settlements of both the Receiver's and the Trustee's claims.

If the Receiver and the Pub Club Parties were unable to reach a settlement, the Receiver would have filed a lawsuit alleging various legal theories to recover assets that the Receiver contends belong to the Receivership Estate and for damages allegedly caused to the Receivership Entities. Instead, after the full-day mediation, the parties reached a settlement.

Provided the Court approves the Settlement Agreement, the Pub Club Parties will pay $675,000 to the Receiver, with $600,000 paid up-front and $75,000 paid over a 9-month period. In addition, the Receiver will receive the Pub Club Parties' assignment of rights to pursue claims against one of its insurers. The settlement is attached as Exhibit 1 to the Declaration of Andrew M. Greene.

This settlement reflects a fair compromise of the Receiver's claims against the Pub Club Parties and was reached after protracted arms-length negotiations

---

[1] The parties are aware of Local Rule 7-3, however, because there is no "opposing party" to this joint motion, said rule appears inapplicable in this context.

between the parties. The settlement also reflects the careful considerations of the claims and defense and avoids the risk and expense of further litigation.

For the reasons set forth above, the Receiver and the Pub Club Parties hereby jointly ask that the Court issue an order approving the Settlement Agreement.

Dated: August11, 2021

MCNAMARA SMITH LLP

By: /s/ Andrew M. Greene

Andrew M. Greene
655 West Broadway, Suite 900
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401
agreene@mcnamarallp.com
*Attorneys for Receiver, Thomas W. McNamara*

Dated: August 11, 2021

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:

Gary K. Brucker, Jr.
550 West C Street, Suite 1700
San Diego, CA 92101
Tel.: 619-699-4917
Fax: 619-233-8627
Gary.Brucker@lewisbrisbois.com
*Attorneys for Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*