UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT WITH NON-PARTIES ADAM STHAY AND THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | |

Thomas W. McNamara, as Court-appointed Receiver, has applied to the Court for approval of the Settlement Agreement with Non-Parties Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads.

Having reviewed the joint motion of the Receiver and non-parties Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads, the Settlement Agreement attached to the joint motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreement is hereby APPROVED.  The Court shall retain jurisdiction over the interpretation and enforcement of the agreement.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Judge