| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | EANET, PC<br>Matthew L. Eanet (SBN 227490)<br>550 S. Hope Street, Suite 750<br>Los Angeles, CA 90071<br>Telephone:  310-775-2495<br>Facsimile:   310-593-2589<br>matt@eanetpc.com<br>Attorney For Defendant Kaine Wen |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>     Plaintiff,<br><br>  vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>     Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>     Relief Defendants. | CASE NO. SACV 19-1998-MWF(KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT KAINE WEN'S NOTICE OF MOTION AND MOTION TO (1) DISMISS CERTAIN CAUSES OF ACTION OF THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN ALLEGATIONS OF SAME PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Date:       September 27, 2021<br>Time:       10:00 a.m.<br>Judge:     Hon. Michael W. Fitzgerald<br>Ctrm:      5A (remote) |

1

**[PROPOSED] ORDER GRANTING DEFENDANT KAINE WEN'S MOTION TO DISMISS AND STRIKE THIRD AMENDED COMPLAINT**

# [PROPOSED]
# ORDER

Before the Court is the Notice of Motion and Motion to (1) Dismiss Certain Causes of Action Pursuant To Fed. R. Civ. P. 12(b)(6); and (2) Strike Certain Allegations of Same Pursuant to Fed. R. Civ. P. 12(f)" (the "**Motion**"), filed by Defendant Kaine Wen ("**Mr. Wen**"), with respect to the Third Amended Complaint ("**TAC**") brought by Plaintiffs Bureau of Consumer Financial Protection ("**CFPB**"), the State of Minnesota ("**Minnesota**"), the State of North Carolina ("**North Carolina**"), and The People of The State of California ("**California**") (together with Minnesota and North Carolina, "**States**").

The Court, having considered the Motion, all filings in support of or in opposition to the Motion, and good cause appearing,.

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED.

2. Each of the States' respective claims for relief against Mr. Wen in Counts 1 - 3 and 5 of the TAC, which seek relief based on the same alleged violations of the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101-6108, and its implementing regulation, the Telemarketing Sales Rule, 16 C.F.R. Part 310, that is the subject of the claims for relief and allegations brought against Mr. Wen by the CFPB, are **dismissed without leave to amend**.

3. Counts 17 - 22 brought by the States under their respective state laws against Mr. Wen, are **dismissed without leave to amend**.

4. The CFPB's and the States' claims for disgorgement and restitution against Mr. Wen, jointly and severally, of all monies paid by consumers, as set forth in the TAC's prayer for relief and related Paragraphs 17, 230, 231, 254, 255, 359, 364, 369, 374, and 426(e), improperly seek to preclude deduction of

legitimate business expenses, and improperly seek from Mr. Wen disgorgement of monies that he never received, and are accordingly **stricken** as legally insufficient.

DATED: _____

_____
Honorable Michael W. Fitzgerald
United States District Judge