# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **[PROPOSED] ORDER DENYING DEFENDANT KAINE WEN'S MOTION TO (1) DISMISS CERTAIN CAUSES OF ACTION OF THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN ALLEGATIONS OF SAME PURSUANT TO FED. R. CIV. P. 12(f)** <br><br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

Upon consideration of Defendant Kaine Wen's Motion to (1) Dismiss Certain Causes of Action of Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6); and (2) Strike Certain Allegations of Same Pursuant to Fed. R. Civ. P. 12(f), all documents in support thereof and in opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED** that Defendant Kaine Wen's Motion is DENIED.

SO ORDERED.

_____
The Honorable Michael W. Fitzgerald
United States District Judge