EANET, PC
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone: 310-775-2495
Facsimile: 310-593-2589x
matt@eanetpc.com

Attorney For Defendant Kaine Wen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiff,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, | Case No. SACV 19-1998-MWF(KSx)<br><br>**NOTICE OF CONTINUANCE OF HEARING DATE ON DEFENDANT KAINE WEN'S MOTION TO (1) DISMISS CERTAIN CAUSES OF ACTION OF THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN ALLEGATIONS OF SAME PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Old Date: September 27, 2021<br>New Date: October 4, 2021<br>Time: 10:00 a.m.<br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm: 5A (remote) |

| | |
|---|---|
| 1 | LLC; Sarah Kim, and Anan Enterprise, Inc., |
| 2 | |
| 3 | Relief Defendants. |

NOTICE OF CONTINUANCE OF HEARING DATE ON MOTION TO DISMISS
AND STRIKE THIRD AMENDED COMPLAINT

# NOTICE OF CONTINUANCE

Defendant Kaine Wen ("Mr. Wen") hereby gives notice that the hearing on Mr. Wen's Notice of Motion and Motion to Dismiss Certain Causes of Action in Third Amended Complaint Pursuant to FRCP 12(b)(6), and Motion to Strike Certain Allegations of Same Pursuant to FRCP 12(f) [ECF 320], is continued from September 27, 2021 to October 4, 2021.  Pursuant to Local Rule 7-10, any reply memorandum, and declarations or other rebuttal evidence, is due fourteen (14) days before the new hearing date.

Dated:  September 14, 2021          EANET, PC

By: /s/ Matthew L. Eanet
    Matthew L. Eanet
    Attorneys for Defendant Kaine Wen