# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CONSUMER ADVOCACY CENTER INC., et al.<br><br>Defendant(s). | 8:19–cv–01998–MWF–KS<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/14/2021

Document Number(s):   325

Title of Document(s):   Notice of Continuance

**ERROR(S) WITH DOCUMENT:**

Defendants filed notice of continuance however the referenced has been taken under submission by the Court.

Other:

If filer is requesting to re-set the hearing, a proper request and proposed order for the Court's review is needed.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 15, 2021            By: /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 8:19-cv-01998-MWF-KS Document 326 Filed 09/15/21 Page 2 of 2 Page ID #:9458

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.