EANET, PC
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:  310-775-2495
Facsimile:   310-593-2589x
matt@eanetpc.com

Attorney For Defendant Kaine Wen

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | Case No. SACV 19-1998-MWF(KSx) |

Plaintiff,

vs.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,

Defendants, and

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings,

**REQUEST FOR CONTINUANCE OF HEARING DATE ON DEFENDANT KAINE WEN'S MOTION TO (1) DISMISS CERTAIN CAUSES OF ACTION OF THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN ALLEGATIONS OF SAME PURSUANT TO FED. R. CIV. P. 12(f)**

Old Date:   September 27, 2021
New Date:  October 4, 2021
Time:          10:00 a.m.
Judge:        Hon. Michael W. Fitzgerald
Ctrm:         5A (remote)

REQUEST FOR CONTINUANCE OF HEARING DATE ON MOTION TO
DISMISS AND STRIKE THIRD AMENDED COMPLAINT

LLC; Sarah Kim, and Anan Enterprise, Inc.,

                    Relief Defendants.

1

## **REQUEST**

2      Defendant Kaine Wen ("Mr. Wen"), hereby requests that the Court

3  continue the hearing on Mr. Wen's Notice of Motion and Motion to Dismiss

4  Certain Causes of Action in Third Amended Complaint Pursuant to FRCP

5  12(b)(6), and Motion to Strike Certain Allegations of Same Pursuant to FRCP

6  12(f) (the "Motion to Dismiss and Strike") [ECF No. 320], from the initial

7  hearing date of September 27, 2021, to a new hearing date of October 4, 2021, as

8  follows:

9      1.      On August 5, 2021, Plaintiffs the Bureau of Consumer Financial

10 Protection, State of Minnesota, by its Attorney General, Keith Ellison; State of

11 North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The

12 State of California, Michael N. Feuer, Los Angeles City Attorney (collectively

13 "Plaintiffs), filed their Third Amended Complaint (the "TAC").  [ECF No. 314].

14     2.      On August 19, 2021, Mr. Wen filed his Motion to Dismiss and

15 Strike.  [ECF No. 320].  The designated hearing date on the Motion to Dismiss

16 and Strike was September 27, 2021, which was the first available date on the

17 Court's calendar.

18     3.      On September 7, 2021, Plaintiffs filed their Opposition to Mr. Wen's

19 Motion to Dismiss and Strike.  [ECF No. 323].

20     4.      Pursuant to Local Rule 7-9, any opposition to the motion was

21 required to be filed and served on all parties "not later than twenty-one (21) days

22 before the date designated for the hearing of the motion", which was September

23 3, 2021.  *See* L-R 7-9; *see also*, F.R.C.P. 6(a) (regarding computation of time,

24 providing that "if the period would end on a Saturday, Sunday, or legal holiday,

25 the period continues to run until the same time on the next day that is not a

26 Saturday, Sunday, or legal holiday" and that "[t]he 'next day' is determined by

27 continuing to count forward when the period is measured after an event and

28 backward when measured before an event.")

REQUEST FOR CONTINUANCE OF HEARING DATE ON MOTION TO
DISMISS AND STRIKE THIRD AMENDED COMPLAINT

5.      Plaintiff's opposition was filed September 7, 2021, which Mr. Wen contends was four (4) days after the deadline set forth by Local Rule 7-9.

6.      In order to avoid any prejudice to Mr. Wen's ability to prepare and submit a meaningful Reply addressing the points raised in the Opposition, and rather than Mr. Wen seeking to have the Opposition stricken as untimely and litigate the issue before the Court, Mr. Wen requested whether Plaintiffs would agree to continue the hearing date on the Motion to Dismiss  and/or Strike to the next available hearing date, which is October 4, 2021, and that Mr. Wen's Reply deadline will be calculated based upon the near hearing date, so that Mr. Wen's Reply shall be due on or before September 20, 2021.  *See* Local Rule 7-10 ("A moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file a reply memorandum, and declarations or other rebuttal evidence.")  Plaintiffs, without conceding that the Opposition was filed late, agreed to reschedule the hearing date to October 4, 2021 so that Mr. Wen would have additional time to prepare and file a Reply as set forth above.

7.      On September 14, 2021, Mr. Wen filed a Notice of Continuance of the hearing date, however prior to the filing of said Notice of Continuance, the Court took the matter under submission and has requested a Request and Proposed Order as to continuance of the hearing date.  [ECF Nos. 325, 326].

WHEREFORE, Mr. Wen requests that the Court grant this Request and enter an Order providing as follows:

a.      The hearing on the Motion to Dismiss and Strike shall be continued to October 4, 2021 at 10:00 a.m. or such later date and time as is convenient to the Court.

b.      Mr. Wen's Reply to the Opposition to the Motion to Dismiss and Strike shall be due on or before September 20, 2021 or shall be based upon such later hearing date as set by the Court.

REQUEST FOR CONTINUANCE OF HEARING DATE ON MOTION TO
DISMISS AND STRIKE THIRD AMENDED COMPLAINT

1

2

3   Dated:  September 16, 2021                    EANET, PC

4                                                By: /s/ Matthew L. Eanet

5                                                    Matthew L. Eanet
                                                 Attorneys for Defendant Kaine Wen
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR CONTINUANCE OF HEARING DATE ON MOTION TO
DISMISS AND STRIKE THIRD AMENDED COMPLAINT