EANET, PC
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:   310-775-2495
Facsimile:    310-593-2589x
matt@eanetpc.com

Attorney For Defendant Kaine Wen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiff,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, | Case No. SACV 19-1998-MWF(KSx)<br><br>**[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF HEARING DATE ON DEFENDANT KAINE WEN'S MOTION TO (1) DISMISS CERTAIN CAUSES OF ACTION OF THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6); AND (2) STRIKE CERTAIN ALLEGATIONS OF SAME PURSUANT TO FED. R. CIV. P. 12(f)**<br><br>Old Date:   September 27, 2021<br>New Date:  October 4, 2021<br>Time:          10:00 a.m.<br>Judge:        Hon. Michael W. Fitzgerald<br>Ctrm:          5A (remote) |

1 | LLC; Sarah Kim, and Anan Enterprise, Inc.,
2
3 |         Relief Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

# [PROPOSED]
# ORDER

Before the Court is the Request for Continuance of Hearing Date (the "Request") on the Notice of Motion and Motion to (1) Dismiss Certain Causes of Action Pursuant To Fed. R. Civ. P. 12(b)(6); and (2) Strike Certain Allegations of Same Pursuant to Fed. R. Civ. P. 12(f)" (the "Motion to Dismiss and Strike"), filed by Defendant Kaine Wen ("Mr. Wen");

The Court, having considered the Request, all filings in support of or in opposition to the Request, and Good Cause Appearing,

**IT IS HEREBY ORDERED THAT**

1. The Request is GRANTED.
2. The hearing on the Motion to Dismiss and Strike shall be continued to October 4, 2021 at 10:00 a.m.
3. Mr. Wen's Reply to the Opposition to the Motion to Dismiss and Strike shall be due on or before September 20, 2021 or shall be based upon such later hearing date as set by the Court.

DATED: _____

_____
Honorable Michael W. Fitzgerald
United States District Judge