### JUDGE MICHAEL W. FITZGERALD
### SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 8:19-cv-01998 MWF (KSx) |
|---|---|
| Case Name | Bureau of Consumer Financial Protection *et al* v. Consumer Advocacy Center Inc. *et al* |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [] Jury Trial  *or*  [x] Court Trial **(Tuesday at 8:30 a.m.)**  Duration  Plaintiffs' Estimate: 10 Days  Defendants' Estimate: 30-40 Days | 11/1/2022 (Tuesday) | 3/14/2023 (Tuesday) | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | FPC: 10/10/2022 (Monday)  MIL: 9/19/2022;  Daubert: 9/12/2022 | 2/20/23 (Monday)  MIL three weeks before date | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 6/3/2022 (Friday) | 6/3/2022 (Friday) | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | | 8/1/2022 (Monday) | 10/21/2022 | |
| Expert Disclosure (Initial) | | 7/1/2022 (Friday) | 10/21/2022 | |
| Expert Disclosure (Rebuttal) | | 7/18/2022 (Monday) | 11/7/2022 | |
| Expert Discovery Cut-Off | | 8/12/2022 (Friday) | 12/21/2022 | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | | 9/26/22 (Monday) | 1/23/2023 | |
| Last Date to Conduct Settlement Conference | | 7/8/2022 (Friday) | 7/8/2022 | |
| For Jury Trial  ♦ File Memorandum of Contentions of Fact and Law, LR 16-4  ♦ File Exhibit and Witness Lists, LR 16-5.6  ♦ File Status Report Regarding Settlement  ♦ File Motions *In Limine* | | | | |
| For Jury Trial  ♦ Lodge Pretrial Conference Order, LR 16-7  ♦ File Agreed Set of Jury Instructions and Verdict Forms  ♦ File Statement Regarding Disputed Instructions, Verdicts, etc.  ♦ File Oppositions to Motions *In LImine* | | | | |
| For Court Trial  ♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | | 10/10/22 (Monday) | 2/20/23 (Monday) | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

G   Attorney Settlement Officer Panel        G   Private Mediation        **X   Magistrate Judge (with Court approval)**

**EXHIBIT A**