# Exhibit B

**Plaintiffs' Rule 26f Preliminary Key Document List**

**TRO Exhibits**

- Pl. Ex. 01California Secretary of State Certified – Consumer Advocacy Center
- Pl. Ex. 02 California Secretary of State Certified – True Count Staffing
- Pl. Ex. 03 California Secretary of State Certified – Hold the Door, Corp.
- Pl. Ex. 04 California Secretary of State Certified – Natural Nine Staffing, Inc.
- Pl. Ex. 05 California Secretary of State Website – Prime Consulting, LLC.
- Pl. Ex. 06 California Secretary of State Website – Infinite Management Corporation
- Pl. Ex. 07 California Secretary of State Website – TN Accounting Incorporated
- Pl. Ex. 08 California Secretary of State Website – First Priority, LLC
- Pl. Ex. 09 Orange County Fictitious Business Name Statement – Premier Student Loan Center
- Pl. Ex. 10 Orange County Fictitious Business Name Statement – SL Account Management
- Pl. Ex. 11 Orange County Fictitious Business Name Statement – Financial Preparations Services
- Pl. Ex. 12 North Dakota Licensing
- Pl. Ex. 13 Adobe Premier Student Loan Center Website Capture 09/06/2018
- Pl. Ex. 14 Adobe SL Account Management Website Capture 01/07/2019
- Pl. Ex. 15 Adobe Financial Preparation Services Website Capture 02/11/2019
- Pl. Ex. 16 Adobe South Coast Financial Center Website Capture 04/18/2019
- Pl. Ex. 17 Adobe Administrative Financial Website Capture 04/18/2019
- Pl. Ex. 18 Adobe administrativefinancial.com Website Capture 06/24/2019
- Pl. Ex. 19 Adobe Pacific Palm Financial Group Website Capture 06/24/2019
- Pl. Ex. 20 Adobe Premier Student Loan Center Website Capture 10/02/2019
- Pl. Ex. 21 Wayback December 2015 premierstudentloancenter.com Website
- Pl. Ex. 22-1 03/14/2019 www.globenewswire.com News Release
- Pl. Ex. 22-2 04/16/2019 www.apnews.com News Release
- Pl. Ex. 22-3 04/19/2019 www.globenewswire.com News Release
- Pl. Ex. 22-4 07/16/2019 www.globenewswire.com News Release
- Pl. Ex. 23 Bank of America CID Response

- Pl. Ex. 24 JP Morgan Chase CID Response
- Pl. Ex. 25 Allied Wallet CID Response
- Pl. Ex. 26 Electronic Payment Systems CID Response
- Pl. Ex. 27 Maverick CID Response
- Pl. Ex. 28 Quantum Electronic Payments CID Response
- Pl. Ex. 29 Capital One CID Response
- Pl. Ex. 30 Electronic Merchant Systems CID Response
- Pl. Ex. 31 National Merchant Center CID Response
- Pl. Ex. 32 Debt Pay, Inc CID Response
- Pl. Ex. 33 Maxwell Camp IH Excerpt
- Pl. Ex. 34 Jovani Ortuno IH Excerpts
- Pl. Ex. 35 Oregon Case Cease and Desist Order Against Consumer Advocacy Center
- Pl. Ex. 36 15-O – 15791 Kaine Wen California Bar
- Pl. Ex. 37 Bankruptcy 54 United States Trustee's Motion to Appoint Ch. 11 Trustee or Examiner
- Pl. Ex. 38 Bankruptcy 82 CH. 11 Trustee's Motion to Convert to Chapter 7
- Pl. Ex. 39 Bankruptcy 86 Order Converting to Chapter 7
- Pl. Ex. 40 Bankruptcy 88 Order Compelling Turnover of Documents, Property and Information
- Pl. Ex. 41 Bankruptcy 98 Consumer Advocacy Center Motion to Extend Time to Comply with Turnover
- Pl. Ex. 42 Bankruptcy 114 Ch. 7 Trustee's Motion for turnover of Property from Maverick Bankcard, Inc.
- Pl. Ex. 43 Bankruptcy 130-1 Exhibit A to OPP
- Pl. Ex. 44 Bankruptcy 131 Consumer Advocacy Center, Inc's (CAC) and Albert Kim's Reply to Request for Extension by CAC.
- Pl. Ex. 45 Bankruptcy 132 Maverick Turnover Order
- Pl. Ex. 46 Bankruptcy 138 AMD Schedule (Main Document)
- Pl. Ex. 47-1 Bankruptcy 341 Meeting of Creditors March 5th, 2019 (mini pdf)
- Pl. Ex. 47-2 Bankruptcy 341 Meeting of Creditors March 27th, 2019 (mini pdf)
- Pl. Ex. 47-3 Bankruptcy 341 Meeting of Creditors May 13th, 2019 (mini pdf)
- Pl. Ex. 48 Bankruptcy 69 Order to Appoint Ch. 11 Trustee

- Pl. Ex. 49 State of North Dakota – Consumer Advocacy Center (CAC) Assurance of Voluntary Compliance
- Pl. Ex. 50 Better Business Bureau Complaints Part 1 of 5
- Pl. Ex. 50 Better Business Bureau Complaints Part 1
- Pl. Ex. 50 Better Business Bureau Complaints Part 2 OCR
- Pl. Ex. 50 Better Business Bureau Complaints Part 2 of 5
- Pl. Ex. 50 Better Business Bureau Complaints Part 3 of 5
- Pl. Ex. 50 Better Business Bureau Complaints Part 4 of 5
- Pl. Ex. 50 Better Business Bureau Complaints Part 5 of 5
- Pl. Ex. 51 Consumer Declaration Lynne Berthiaume
- Pl. Ex. 52 Consumer Declaration Rochelle Breemes
- Pl. Ex. 53 Consumer Declaration Elaine Crawford
- Pl. Ex. 54 Consumer Declaration Novella Donaldson
- Pl. Ex. 55 Consumer Declaration Jennifer Etzel-Elaqad
- Pl. Ex. 56 Consumer Declaration Mildred Hershenson
- Pl. Ex. 57 Consumer Declaration Kristin Honold
- Pl. Ex. 58 Consumer Declaration Jennifer Liming
- Pl. Ex. 59 Consumer Declaration Alyssa Pugh
- Pl. Ex. 60 Consumer Declaration Teresita Rosca
- Pl. Ex. 61 Consumer Declaration Sarah Varno
- Pl. Ex. 62 Declaration of Scott Lause
- Pl. Ex. 63 Declaration of Dave Evers
- Pl. Ex. 64 Declaration of Anneliese Simmons
- Pl. Ex. 65 Declaration of Mansour Heidari
- Pl. Ex. 66 Declaration of Dani Schneider

**TRO Reply Exhibits**

- Exhibit 1: Declaration of Stephen Chaya on behalf of RAM Payment, LLC in Response to 10/21/2019 TRO.
- Exhibit 2: Declaration of Dani Schneider
- Exhibit 3: Orange County Fictitious Business Name Statement – Student Loan Solutions
- Exhibit 4: Address List
- Exhibit 5: Steps to Follow when Dealing with FS Error
- Exhibit 6: Hand Written Letter to Rebecca Guzmán from Consumer

- Exhibit 7: Email re: Name Change (2/16/2019)
- Exhibit 8: Manager Cheat Sheet
- Exhibit 9: Consumer Service Script
- Exhibit 10: Hand Written Note Linking SLAM to PSLC
- Exhibit 11: Spreadsheet of Company DBA's
- Exhibit 12: Email Discussing a Client with no Dependents but a Family Size of 7
- Exhibit 13: Emails Discussing Changing Consumer Status from Married to Single
- Exhibit 14: Picture of Bin Full of Notices from Federal Loan Providers
- Exhibit 15: Picture of Envelopes from Federal Loan Providers
- Exhibit 16: Consumer Complaints
- Exhibit 17: First Pretexting Call Transcript Dani Schneider (10/08/2019 12:20pm)
- Exhibit 18: Second Pretexting Call Transcript Dani Schneider (10/08/2019 2:40pm)
- Exhibit 19: Third Pretexting Call Transcript – Dani Schneider (10/11/2019 1:25pm)
- Exhibit 20: Fourth Pretexting Call Transcript – Dani Schneider (10/11/2019 2:43pm)
- Exhibit 21: Declaration of Sarah Preis
- Exhibit 22: USDC Northern District of California Doc. 17 – Order Denying Motion to Compel

**Receiver's Report Exhibits List:**

- Exhibit 1: DebtPayPro Screenshot
- Exhibit 2: 15261 Laguna Canyon Road Schematic and Inventory
- Exhibit 3: 173 Technology Drive Schematic and Inventory
- Exhibit 4: 8 Hughes Parkway Schematic and Inventory
- Exhibit 5: Report of Forensic Accountant
- Exhibit 6: Email re: Wall Street Journal Article (8/27/2019)
- Exhibit 7: Email re: Sales Pause (8/27/2019)
- Exhibit 8 Email re: Technology Upgrade Consumer Service Script (8/28/2019)
- Exhibit 9: Zero Tolerance Policy Flyer

- Exhibit 10: Spreadsheet of Company DBA's
- Exhibit 11: October 21, 2019 Sales Script
- Exhibit 12: Receipt for Purchase of 17011 Beach Blvd. Virtual Office (7/8/2019)
- Exhibit 13: Email re: Billing Information for TAS (6/19/2019)
- Exhibit 14: Handwritten Note re: TAS Outlook Credentials
- Exhibit 15: Email re: ACH Processing for True Count (2/26/2019)
- Exhibit 16: Email re: DAP Flowchart (3/3/2019)
- Exhibit 17: Email re: TAS Functions (3/11/2019)
- Exhibit 18: Email re: New TAS Processing Application (4/12/2019)
- Exhibit 19: Email re: TAS Integration with DebtPayPro (6/19/2019)
- Exhibit 20: Email re: TAS Questions for DebtPayPro (4/24/2019)
- Exhibit 21: Monday.com Screenshots
- Exhibit 22: Signed TAS Checks
- Exhibit 23: Email re: ACH Processing for TAS (4/23/2019)
- Exhibit 24: Email re: Quantum ePay Processing for PSLC (12/11/2018)
- Exhibit 25: NMC Merchant Statement for Horizon Consultants LLC
- Exhibit 26: Email re: TAS Application to First Data (7/8/2019)
- Exhibit 27: Email re: TAS NMC Application (7/8/2019)
- Exhibit 28: Email re: Revised TAS NMC Application (7/9/2019)
- Exhibit 29: NMC Merchant Account Change Request Form (TAS)
- Exhibit 30: Wyoming Secretary of State Business Entity Detail for TAS
- Exhibit 31: NMC Card Processing Statement for TAS
- Exhibit 32: NMC Merchant Statement for TAS
- Exhibit 33: Email re: TAS Merchant Statements
- Exhibit 34: Instructions for Clients Already in Repayment Plan
- Exhibit 35: Email re: Sales call Audits (4/16/2019)
- Exhibit 36: Documents re: Sales Commission Structure
- Exhibit 37: FPS Pay Structure and Bonuses
- Exhibit 38: Hard Close Sales Script
- Exhibit 39: Email re: Name Change Reminder (2/6/2019)
- Exhibit 40: Retention Policies
- Exhibit 41: Customer Service Disposition Codes
- Exhibit 42: Reverify Campaign Scripting
- Exhibit 43: Handwritten Reverification Campaign Notes (9/17/2019)

- Exhibit 44: FPS Sales Compliance Memo
- Exhibit 45: New Hire Schedule
- Exhibit 46: Rebuttals Script (9/22/2019) and Related Documents
- Exhibit 47: Consumer Complaints

**Materials relating to Plaintiffs' damages calculations**

- Documents and data from Debt Pay, Inc., Defendants' third-party customer relationship management application provider;
- Bank account and payment processor account documents and data relating to Defendants' accounts and transactions obtained pursuant to Bureau-issued civil investigative demands pre-suit from the following entities:
  - o JP Morgan Chase Bank N.A.
  - o Bank of America N.A.
  - o Wells Fargo N.A.
  - o Maverick BankCard, Inc.
- Bank account documents and data relating to Defendants' accounts and transactions obtained pursuant to the Court's temporary restraining order and preliminary injunction from the following entities:
  - o Sunwest Bank
  - o Wells Fargo N.A.
  - o RAM Payment, LLC
  - o Intuit (QuickBooks)
  - o JP Morgan Chase Bank N.A.
  - o Citibank, N.A.
  - o US Bank N.A.
- Materials obtained from Defendants (or Consumer Advocacy Center Inc.'s Ch. 7 Bankruptcy Trustee) relating to the Defendants' finances, transactions, bank accounts, and payment processor accounts.
- Materials obtained from the Receiver and relating to Defendants' finances, transactions, bank accounts, and payment processor accounts, and derived from the following entities:
  - o TAS 2019 LLC
  - o HSBC Bank, USA, NA