| | |
|---|---|
| 1 | JEHAN A. PATTERSON, NJ Bar #033312006 |
| 2 | Email: Jehan.Patterson@cfpb.gov<br>1700 G Street, NW |
| 3 | Washington, DC 20552<br>Phone: 202-435-7264<br>Fax 844-826-5016 |
| 4 | LEANNE E. HARTMANN, CA Bar # 264787 - Local Counsel |
| 5 | Email: Leanne.Hartmann@cfpb.gov<br>301 Howard St., Suite 1200 |
| 6 | San Francisco, CA 94105<br>Phone: 415-844-9787 |
| 7 | Fax 415-844-9788 |
| 8 | *Attorneys for Plaintiff*<br>*Bureau of Consumer Financial Protection* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection,<br><br>     Plaintiff,<br><br>v.<br><br>Consumer Advocacy Center, Inc. *et al.*,<br><br>     Defendants. | Case No. 8:19-cv-01998-MWF<br><br>**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL FOR JEHAN A. PATTERSON'S ADMISSION** ***PRO HAC VICE***<br><br>Honorable Michael W. Fitzgerald |

I, Leanne E. Hartmann, declare:

1. I am an Enforcement Attorney with the Consumer Financial Protection Bureau (Bureau), and currently am designated as local counsel in this case.

2. I am a member in good standing of the Bar of this Court. My California State Bar Number is 264787. I work in the Bureau's office in San Francisco, California.

3. The Bureau is an independent agency of the United States created by the Consumer Financial Protection Act of 2010 and has independent litigating authority

1

**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL**

as set forth in 12 U.S.C. § 5564(a)-(b).

4. The Court and Defendants will be able readily to communicate with me as necessary regarding the conduct of this case and serve documents upon me, as provided under Local Rule 83-2.1.3.4 (Designation of Local Counsel).

5. While the Bureau does not maintain an office in this District, it does maintain a regional office in San Francisco, where I work.

6. Because of the Bureau's independent litigating authority, my membership in the Bar of this Court, my availability to serve as local counsel in this case, and my employment in a California office of an agency that is a plaintiff in this action, permitting me to serve as local counsel would serve the interests of efficiency and economy.

7. I therefore request designation as local counsel in this matter in support of Ms. Patterson's application to appear *pro hac vice*, and ask that the Bureau be relieved from the requirement of Local Rule 83-2.1.3.4 requiring that an attorney designated as Local Counsel maintain an office within the Central District of California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was signed on September 21, 2021.

> /s/ Leanne E. Hartmann
> Leanne E. Hartmann
> Bureau of Consumer Financial Protection
> Attorney for Plaintiff

2
**DECLARATION OF LEANNE E. HARTMANN IN SUPPORT OF DESIGNATION AS LOCAL COUNSEL**