Jehan A. Patterson
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:19-cv-01998-MWF |
| v. | |
| Consumer Advocacy Center, Inc. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Patterson, Jehan A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
*Firm/Agency Name & Address*

202-435-7264    844-826-5016
*Telephone Number*    *Fax Number*

jehan.patterson@cfpb.gov
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**
Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial)*

of Consumer Financial Protection Bureau
301 Howard Street, Suite 1200
San Francisco, CA 94105
*Firm/Agency Name & Address*

264787    415-844-9787    415-844-9788
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**
☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
      ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge