**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: (202) 435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435-9641 / Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

*Additional Counsel for Plaintiffs Listed on Next Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **DECLARATION OF JEHAN A. PATTERSON IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION AND MEMORANDUM IN SUPPORT TO DENY DEFENDANT KAINE WEN'S REQUEST THAT THE COURT DISREGARD PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (ECF 320) AND DEEM THE MOTION CONSENTED-TO PURSUANT TO L.R. 7-12** |

**DECLARATION OF JEHAN A. PATTERSON**

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454 / Email: evan.romanoff@ag.state.mn.us

*Attorneys for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
MICHAEL T. HENRY (N.C. Bar No. 35338)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Emails: lweaver@ncdoj,gov / mhenry@ncdoj.gov

*Attorneys for Plaintiff the State of North Carolina*

**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA Bar No. 111529)
MARY CLARE MOLIDOR, Chief Assistant City Attorney, (CA Bar No. 82404)
CHRISTINA V. TUSAN, Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA Bar No. 212664)
OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

*Attorneys for Plaintiff the People of the State of California*

**DECLARATION OF JEHAN A. PATTERSON**

I, Jehan A. Patterson, pursuant to 28 U.S.C. § 1746 and Civil Local Rule 7-19, hereby declare as follows:

1. I am an attorney for the Bureau of Consumer Financial Protection (Bureau), an agency of the United States and one of the Plaintiffs in this lawsuit.

2. I am authorized to execute this declaration to verify the facts set forth in Plaintiffs' *Ex Parte* Application for an Order Denying Defendant Kaine Wen's Request that the Court Disregard Plaintiffs' Opposition to Defendant Wen's Motion to: Dismiss (ECF 320) and Deem Defendant's Motion as Consented-To Pursuant to L.R. 7-12. The facts set forth in this declaration are based on my personal knowledge or information made known to me in the course of my official duties.

3. On September 10, 2021, Matthew Eanet, counsel for Defendant Wen, contacted Plaintiffs' counsel by email to inform us that he believed Plaintiffs' opposition to Defendant Wen's motion to be untimely. To avoid "seeking to have the opposition stricken for being untimely and litigating this issue before Judge Fitzgerald," he requested we stipulate to continuing the scheduled motion hearing and Defendant Wen's September 13, 2021, deadline to file a reply. Mr. Eanet subsequently confirmed by email that he sought to continue the hearing to October 4, 2021, and to continue the deadline to file Defendant Wen's reply to September 20, 2021. A true and correct copy of this email exchange is attached as Exhibit A.

4. Later that day, Plaintiffs' counsel engaged in an already-scheduled telephonic meet-and-confer with defendants' counsel, including Mr. Eanet. During that call, I informed Mr. Eanet that Plaintiffs were willing to stipulate to the continuances to avoid litigating a motion to strike the opposition.

5. On September 14, 2021, Mr. Eanet informed the Court's deputy, Rita Sanchez, of the parties' agreement to continue the September 27 motion

1 | hearing. A true and correct copy of Mr. Eanet's email to Ms. Sanchez is
2 | attached as Exhibit B.
3 |   6. On September 21, 2021, counsel for the Bureau informed counsel
4 | for all active parties in this action of this intended *ex parte* application. Mr.
5 | Eanet noted his objection to the application.
6 |
7 |   I declare under penalty of perjury that the foregoing is true and correct
8 | and that this declaration was executed on this 22nd day of September, 2021, in
9 | Lorton, Virginia.
10 |
11 |          Respectfully submitted,
12 |
13 |          */s/ Jehan A. Patterson*
14 |          Jehan A. Patterson (D.C. Bar No. 1012119)

2

**DECLARATION OF JEHAN A. PATTERSON**

# EXHIBIT A

| | |
|---|---|
| **From:** | Matthew Eanet |
| **To:** | Patterson, Jehan (CFPB); Preis, Sarah (CFPB) |
| **Cc:** | Stewart, Jesse (CFPB); Dimock, Nathan (CFPB); Christina Tusan; William Pletcher; Miguel Ruiz; Weaver, Lynne; Evan Romanoff; Laine Mervis |
| **Subject:** | RE: [External] Case 8:19-cv-01998-MWF-KS - proposed order for ECF 323 |
| **Date:** | Friday, September 10, 2021 2:14:48 PM |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Jehan,

Assuming that day is open with the court, that is correct.

---

**From:** Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>
**Sent:** Friday, September 10, 2021 11:12 AM
**To:** Matthew Eanet <matt@eanetpc.com>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Weaver, Lynne <LWEAVER@ncdoj.gov>; Evan Romanoff <Evan.Romanoff@ag.state.mn.us>; Laine Mervis <laine@eanetpc.com>
**Subject:** Re: [External] Case 8:19-cv-01998-MWF-KS - proposed order for ECF 323

Matt,

Can you please confirm that the next available hearing date on which you seek to have your motion heard is October 4 and that your reply would be due September 20? That would help us evaluate your proposal so we can be better prepared to discuss on our call later today.

Thanks.

Best,
Jehan

---

**From:** Matthew Eanet <matt@eanetpc.com>
**Sent:** Friday, September 10, 2021 12:37:05 PM
**To:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Weaver, Lynne <LWEAVER@ncdoj.gov>; Evan Romanoff <Evan.Romanoff@ag.state.mn.us>; Laine Mervis <laine@eanetpc.com>
**Subject:** RE: Case 8:19-cv-01998-MWF-KS - proposed order for ECF 323

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Counsel (the clerk and court have been removed from this exchange),

Pursuant to the Local Rules and judge Fitzgerald's rules, any opposition to the motion was required to be filed 21 days before the hearing date, i.e. September 3, 2021.  Your opposition was filed September 7, 2021, four days late.  In the Central District, where a filing is due a certain number of days before a hearing date, , as is the case here, the filing deadline <u>is moved to the prior court date, not the next court date</u>.  *See Fed. Trade Comm'n v. Lunada Biomedical, Inc.*, No. CV-15-3380-MWF (PLA), 2015 WL 12911516, at *1 (C.D. Cal. Sept. 15, 2015) "The Court recognizes that, in light of the 2009 Advisory Committee Notes accompanying Federal Rule of Civil Procedure 6(a)(5), the deadline to file Plaintiff's reply brief was indeed September 4, 2015."; *See* Fed. R. Civ. P. 6(a)(5) advisory committee's note to 2009 amendment ("[I]f a filing is due 21 days before an event, and the twenty-first day falls on Saturday, September 1, then the filing is due on Friday, August 31.")."; *Zapon v. Costco Wholesale Corp.*, No. 220CV11415ODWRAOX, 2021 WL 3511202, at *1 (C.D. Cal. Aug. 10, 2021).  ("Due to the observed July 4 holiday falling on July 5, 2021, Zapon's opposition should have been filed by July 2, 2021).

The late filing has prejudiced Mr. Wen and his ability to provide a meaningful reply brief.  Rather than seeking to have the opposition stricken for being untimely and litigating this issue before Judge Fitzgerald, we are agreeable to continuing the hearing date to the next available date and Mr. Wen's reply being due accordingly.  Please advise if you will stipulate to the same.  Given our impending deadline to file the reply, I would like your response to this during (or before) our meet and confer call this afternoon, and we can discuss it at that time as well if needed.

Sincerely,
Matthew Eanet



**EANET, PC**
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**
info@eanetpc.com

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.
*Submission of information does not create an attorney-client relationship with Eanet, PC or any

attorney with Eanet, PC.  There are strict deadlines which may apply to your matter which you must protect by taking timely action.

Thank you in advance for your cooperation.

Eanet, PC

_____

Motions will be heard two weeks after the deadline for filing the Reply. L.R. 7-10. Therefore, Motion papers must be filed and served not later than 28 days before the hearing date. Opposition papers must be filed and served not later than 21 days before the hearing date. Reply papers must be filed and served not later than 14 days before the hearing date. Prior to filing a motion, counsel shall comply with the requirement of conference of counsel under L.R. 7-3.

**From:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>
**Sent:** Tuesday, September 7, 2021 6:54 PM
**To:** mwf_chambers@cacd.uscourts.gov
**Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Patterson, Jehan (CFPB) <Jehan.Patterson@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Weaver, Lynne <LWEAVER@ncdoj.gov>; Evan Romanoff <Evan.Romanoff@ag.state.mn.us>; Matthew Eanet <matt@eanetpc.com>
**Subject:** [External] Case 8:19-cv-01998-MWF-KS - proposed order for ECF 323

Dear Hon. Fitzgerald and Ms. Sanchez,

Attached please find in Word the proposed order for Plaintiffs' Opposition to Defendant Kaine Wen's Motion to Dismiss.  Please let us know if you have any questions.

Sincerely,

Sarah Preis

_____

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# EXHIBIT B

| | |
|---|---|
| **From:** | Matthew Eanet |
| **To:** | rita_sanchez@cacd.uscourts.gov |
| **Cc:** | Dimock, Nathan (CFPB); Christina Tusan (Other); Preis, Sarah (CFPB); Evan Romanoff (Other); Patterson, Jehan (CFPB); Stewart, Jesse (CFPB); Laine Mervis |
| **Subject:** | CFPB v. CAC-8:19-cv-01998 MWF - Rescheduling Motion to Dismiss |
| **Date:** | Tuesday, September 14, 2021 1:12:02 PM |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Ms. Sanchez, in the above referenced case, moving party Kaine Wen and Plaintiffs have agreed to continue the hearing on Mr. Wen's Motion to Dismiss (ECF 320) from 9/27 to October 4, the same date as the status conference.

Is a stipulation required or may we file a notice of continuance?

Sincerely,
Matthew Eanet



**EANET, PC**

550 S. Hope Street, Suite 750
Los Angeles, CA 90071
**T: (310) 775-2495 | F: (310) 593-2589**

info@eanetpc.com

_____

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

*Submission of information does not create an attorney-client relationship with Eanet, PC or any attorney with Eanet, PC.  There are strict deadlines which may apply to your matter which you must protect by taking timely action.

Thank you in advance for your cooperation.

Eanet, PC

_____