**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br>     Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br>     Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION AND MEMORANDUM IN SUPPORT FOR ORDER DENYING DEFENDANT KAINE WEN'S REQUEST THAT THE COURT DISREGARD PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (ECF 320) AND DEEM THE MOTION CONSENTED-TO PURSUANT TO L.R. 7-12** |

Upon consideration of Plaintiffs Consumer Financial Protection Bureau, the State of Minnesota, the State of North Carolina, and the People of the State of California's *Ex Parte* Application for an Order Denying Defendant Kaine Wen's Request that the Court Disregard Plaintiffs' Opposition to Motion to Dismiss (ECF 320) and Deem the Motion Consented-To Pursuant to L.R. 7-12, all documents in support thereof and in opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED** that Plaintiffs' *Ex Parte* Application is GRANTED.

SO ORDERED.

_____
The Honorable Michael W. Fitzgerald
United States District Judge