Jehan A. Patterson
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection <br><br> Plaintiff(s) <br> v. <br><br> Consumer Advocacy Center, Inc. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:19-cv-01998-MWF <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Patterson, Jehan A.
*Applicant's Name (Last Name, First Name & Middle Initial*
202-435-7264          844-826-5016
*Telephone Number     Fax Number*
jehan.patterson@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial*
264787          415-844-9787          415-844-9788
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
leanne.hartmann@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
301 Howard Street, Suite 1200
San Francisco, CA 94105
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

**IT IS HEREBY FURTHER ORDERED THAT the Application** *[signature]* **funded.**

**Dated: September 22, 2021**

Honorable Michael W. Fitzgerald
**U.S. District Judge**