UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>              Defendants. | Case No. SACV 19-1998-MWF (KSx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT WITH NON-PARTIES ADAM STHAY AND THE BREA FINANCIAL GROUP, LLC D/B/A PUB CLUB LEADS (DE 318)** |

Thomas W. McNamara, as Court-appointed Receiver, has applied to the Court for approval of the Settlement Agreement with Non-Parties Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads.

Having reviewed the joint motion of the Receiver and non-parties Adam Sthay and The Brea Financial Group, LLC d/b/a Pub Club Leads, the Settlement Agreement attached to the joint motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreement is hereby APPROVED.  The Court shall retain jurisdiction over the interpretation and enforcement of the agreement.

**IT IS SO ORDERED.**

Dated:  October 20, 2021

_____
MICHAEL W. FITZGERALD
United States District Court