# EXHIBIT A

**SLAM Receivership**
**Receipts and Disbursements Summary**
**May 1, 2021 through October 31, 2021**

| | | | | |
|---|---:|---|---:|---|
| Net Cash at 4/30/2021 | | | $ | 3,511,975.52 |
| Receipts | | | | |
|     Frozen Funds from Merchant Processor | | | $ | 485,067.30 |
|     Money Market Account Interest | | | $ | 2,291.62 |
|   Total Receipts | | | $ | 487,358.92 |
| | | | | |
| Disbursements | | | | |
|     Professional Fees and Expenses (including those approved by Order entered July 7, 2021 (ECF No. 306)) | | | $ | 203,546.69 |
|       Legal Fees and Expenses | $ | 138,667.89 | | |
|       Receiver's Fees and Expenses | $ | 64,878.80 | | |
|     Operating Costs | | | $ | 8,040.05 |
|       Records Storage | $ | 1,204.00 | | |
|       Relativity Hosting | $ | 3,236.05 | | |
|       Telephone Lines | $ | 3,600.00 | | |
|   Total Disbursements | | | $ | 211,586.74 |
| | | | | |
| Net Cash at 10/31/2021 | | | $ | 3,787,747.70 |

Note:
To date, the Receivership Estate has made the following Court-ordered distributions to Plaintiffs:

| | | |
|---|---:|---|
| Consumer Financial Protection Bureau | $ | 5,477,130.00 |
| Los Angeles City Attorney | $ | 90,000.00 |
| Minnesota Attorney General | $ | 90,000.00 |
| North Carolina Department of Justice | $ | 90,000.00 |
| | $ | 5,747,130.00 |