Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF RECEIVER'S FOURTH INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:　5A<br>DATE:　December 20, 2021<br>TIME:　10:00 a.m. |

I, Thomas W. McNamara, hereby declare as follows:

1.  I am the Court-appointed Receiver in this matter. I have personal knowledge of the facts set forth in this declaration except where, as noted, those facts have been obtained by staff acting at my direction. If called as a witness, I could and would competently testify to the facts stated herein.

2.  By this Fourth Interim Fee Application, I seek approval for the payment of fees and expenses for the six-month period of May 1, 2021 through October 31, 2021 as detailed below.

**Receivership Activities**

3.  Receivership activities during the six-month period covered by this Application have been reported in detail in the Receiver's Third Interim Status Report filed May 28, 2021 (ECF No. 292) and Fourth Interim Status Report, filed concurrently herewith.

4.  In summary, the Receiver and his team: continued their examination and analysis of tax documents; followed up with taxing agencies regarding outstanding issues; reviewed and analyzed bank statements and other financial records pertaining to merchant reserve accounts and the release of reserves to the receivership estate; reconciled payroll records for Receivership Defendants Prime Consulting and True Count Staffing; monitored the Consumer Advocacy Center bankruptcy and its relevance to the instant action, including communicating with the parties regarding the Trustee's settlement with a third-party vendor; responded to inquiries from the CFPB regarding ESI and data collection; investigated, pursued, and resolved claims against third-party lead provider, The Brea Financial Group d/b/a Pub Club Leads ("PCL") and its principal, Adam Sthay;[1] researched potential insurance claims pertaining to PCL; brought an action against National

---

[1] In an effort to avoid additional litigation costs, the parties participated in a full-day mediation and reached a settlement, which was approved by the Court's Order entered October 20, 2021 (ECF No. 341), and which will provide the Receivership Estate with $675,000 and the assignment of potentially valuable insurance claims.

Merchant Center, Inc., Shih-Hao Lai aka Jimmy Lai, and Swift Payments on June 28, 2021 (C.D. Cal. Case No. 8:21-cv-01122-MWF (KSx)); and, following meeting and conferring with Defense counsel, filed a First Amended Complaint in that action on October 18, 2021.

5. The professional services related to these activities are further detailed in the respective invoices submitted with this Fee Application.

6. As of October 31, 2021, the receivership bank accounts hold cash funds of $3,787,747.70.

**Professional Fees and Expenses[2]**

**Receiver and Staff**

7. The total fees for my time as Receiver and my professional staff during this period are $47,230.50 as set forth in the invoices from Regulatory Resolutions which are attached as Exhibit A. Those invoices include services provided by the following personnel:

    a. Receiver. My fees as Receiver total $26,010.00 which reflects a total of 57.8 hours at $450 per hour (a large discount from my standard rate of $695 per hour). During this period, I coordinated and reviewed activities of the receivership team, including many functions for which I did not bill.

    b. Accountant. Lisa Jones is a Certified Insolvency and Restructuring Advisor and Certified Fraud Examiner with more than 20 years' experience in the insolvency and restructuring industry with a wide range of experience in forensic accounting, litigation support, and discovery. Among other things, she

---

[2] Mindful of my obligation to maximize the value of the Receivership Estate, I examined both my and my counsel's bills very carefully and cut a significant amount of charges prior to presenting the fee application to the Court. While the time and fees were properly incurred and recorded, I decided to excise these amounts from my request in order to assure that the fees were congruent with the tangible benefits realized by the Estate during the relevant time period.

continued her analysis of the numerous record productions from banks and vendors holding reserve funds; followed up with taxing agencies to resolve outstanding issues; reviewed and analyzed payroll reports to reconcile Receivership Defendants' payroll records; examined Receivership Defendants' QuickBooks records, as well as tax returns and other financial documents; and analyzed the cash flow pertaining to Pub Club Leads in support of settlement negotiations.  Her fees of $21,220.50 reflect 98.7 hours at $215 per hour.

**Receiver's Counsel**

8.     For this period, fees for my counsel, McNamara Smith LLP ("McNamara Smith"), are $111,389.00, as detailed in Exhibit B.  The firm has been directly involved in all receivership activities and their services are more thoroughly described in the invoices in Exhibit B.

9.     The McNamara Smith attorneys have substantial experience with issues revolving around regulatory receiverships.  The attorneys' fees have been incurred primarily in:  researching and pursuing potential claims against third parties, including mediating and ultimately settling claims against Receivership Defendants' lead provider and filing an action against Receivership Defendants' primary independent sales organization/merchant processor, National Merchant Center, Inc.; interacting with plaintiffs' and defense counsel; responding to government agency requests; and pursuing recovery of Receivership Defendants' reserve funds from third-party vendors.  The rates charged reflect a significant discount from the firm's standard billing rates.

10.    The invoices from McNamara Smith also include expenses of $2,459.93, as detailed in Exhibit B.  The primary component of those expenses relates to Pub Club Leads mediation fees ($1,966.67).

///

11. I submit to the Court that the identified services provided by me, as Receiver, and by the other designated professionals, were necessary and appropriate and brought significant value to the receivership. I have monitored the efforts of the team and have reviewed and approved the invoices which are the subject of this Fourth Interim Fee Application. I request that the Court approve immediate payment of these invoices.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of November, 2021, in San Diego, California.

/s/ Thomas W. McNamara
Thomas W. McNamara