EXHIBIT A

## SLAM Receivership
## Summary of Invoices for
## Fourth Interim Fee Application

|  | **Invoice No.** | **Fees** | **Costs** | **Totals** |
|---|---|---|---|---|
| Regulatory Resolutions | 11367 | $ 45,295.50 | $ - | $ 45,295.50 |
| Regulatory Resolutions - NMC | 11368 | $ 1,935.00 | $ - | $ 1,935.00 |
|  |  | $ 47,230.50 | $ - | $ 47,230.50 |

# Regulatory Resolutions

November 19, 2021

| | |
|---|---:|
| **Invoice No:** | 11367 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 10/31/2021 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $45,295.50 |
| Total Disbursements | $0.00 |
| **Grand Total** | **$45,295.50** |

# Regulatory Resolutions

|  |  |
|---|---|
| Invoice No.: | 11367 |
| Our File No.: | 2112-01RR |
| For Services Through: | 10/31/2021 |

Matter: SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 5/3/2021 | TWM | Prepare for and participate in call with CFPB team; review PI re: power of receiver over relief defendant brokerage accounts; correspond with CFPB attorney; correspond with UBS in-house counsel. | 1.20 | 540.00 |
| 5/4/2021 | TWM | Review inquiry from CFPB re: Light Street; research and respond to same. | 0.40 | 180.00 |
| 5/5/2021 | TWM | Correspond with UBS counsel re: Light Street; review update from same. | 0.20 | 90.00 |
| 5/6/2021 | TWM | Correspond with UBS counsel re: Light Street authorization document; provide same to CFPB. | 0.40 | 180.00 |
|  | TWM | Correspond with CFPB to provide additional information for defendant's family member's assets; correspond with UBS counsel. | 0.40 | 180.00 |
| 5/7/2021 | TWM | Review and approve latest website update for consumers. | 0.20 | 90.00 |
| 5/11/2021 | TWM | Review communication summary and recommendation from counsel re: third-party vendor and tolling agreement; present questions; provide direction to counsel. | 0.60 | 270.00 |
| 5/13/2021 | LMJ | Correspond with T. McNamara and A. Greene re: tax documents related to Prime Consulting, LLC. | 0.40 | 86.00 |
|  | LMJ | Review and analyze tax documents re: Prime Consulting, LLC; review and analyze 2018 tax return filed by Prime Consulting, LLC; review information re: entity classification elections related to single member limited liability company and S corporation. | 0.90 | 193.50 |
|  | TWM | Correspond with UBS counsel and provide Light Street liquidation document. | 0.20 | 90.00 |
|  | TWM | Review summary and analysis of tax issue raised by correspondence from IRS. | 0.30 | 135.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 5/13/2021 | TWM | Review correspondence from TAS counsel; discuss request re: chargeback reimbursement; review tax document forwarded by same. | 0.40 | 180.00 |
| 5/14/2021 | TWM | Call with A. Greene in preparation for call with TAS counsel. | 0.20 | 90.00 |
| | TWM | Correspond with UBS counsel re: liquidation. | 0.20 | 90.00 |
| 5/17/2021 | TWM | Review and respond to question from CFPB attorney re: T. Nguyen Bitcoin transfer. | 0.20 | 90.00 |
| | TWM | Further follow-up to provide details re: T. Nguyen's liquidation of Bitcoin. | 0.30 | 135.00 |
| | TWM | Review correspondence and instructions from UBS re: defendant's family member's signature; request defense counsel have defendant's family member contact her financial advisor to confirm signature; confirm with UBS counsel that defendant's family member has spoken with UBS representative. | 0.40 | 180.00 |
| 5/20/2021 | TWM | Follow up on CFPB question re: TAS documents; discuss with A. Greene. | 0.40 | 180.00 |
| | TWM | Call with CFPB attorneys re: factual questions; review bankruptcy court pleading identified by counsel; discuss with A. Greene. | 0.50 | 225.00 |
| 5/21/2021 | LMJ | Correspond with C. Gordon re: release of merchant reserves to receivership estate. | 0.20 | 43.00 |
| | LMJ | Correspond with C. Gordon re: status report. | 0.20 | 43.00 |
| | LMJ | Correspond with C. Gordon re: discovery of merchant reserve balances. | 0.60 | 129.00 |
| 5/25/2021 | LMJ | Review and analyze merchant reserve reconciliations and release of reserves to receivership estate; update same. | 0.60 | 129.00 |
| | LMJ | Review and analyze bank statements re: release of reserves related to Consumer Advocacy Center. | 1.20 | 258.00 |
| | LMJ | Review and analyze records re: merchant reserve amounts and release of reserves to the receivership estate; review status report re: same. | 1.30 | 279.50 |
| 5/26/2021 | LMJ | Review and analyze reserve account transactions for Horizon Consulting, LLC and True Count Staffing, Inc. | 0.40 | 86.00 |
| | LMJ | Review and analyze merchant processing agreement between Fiserv and NMC. | 0.50 | 107.50 |
| | LMJ | Review draft of status report. | 0.60 | 129.00 |
| | LMJ | Review correspondence between Fiserv and NMC re: reserve account transactions. | 0.70 | 150.50 |
| | TWM | Draft and revise status report. | 1.90 | 855.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 5/27/2021 | LMJ | Review and analyze merchant processing statements and bank statements re: processing fees. | 0.20 | 43.00 |
|  | LMJ | Review updated draft of status report. | 0.50 | 107.50 |
|  | TWM | Review correspondence and positions taken by parties in connection with bankruptcy settlement with third-party vendor. | 0.20 | 90.00 |
|  | TWM | Review and consider possible mediators for settlement discussions with third-party vendor; discuss with A. Greene. | 0.30 | 135.00 |
| 5/28/2021 | LMJ | Review updated draft of status report. | 0.40 | 86.00 |
|  | LMJ | Review and analyze merchant processor statements, bank statements, and customer data files; prepare analysis of TAS 2019 LLC consumer deposits. | 3.80 | 817.00 |
|  | TWM | Revise status report. | 0.60 | 270.00 |
| 6/1/2021 | LMJ | Review and analyze bank statements and merchant processor statements re: TAS 2019 LLC and Horizon Consulting, LLC. | 6.90 | 1,483.50 |
| 6/2/2021 | LMJ | Review, analyze, and reconcile merchant processor statements and bank statements re: refunds, chargebacks, and merchant processor fees. | 7.50 | 1,612.50 |
|  | TWM | Review TAS question posed by CFPB; discuss with L. Jones and review her summary. | 0.20 | 90.00 |
|  | TWM | Review and discuss potential global mediation with third-party vendor; meet with A. Greene re: same. | 0.50 | 225.00 |
| 6/3/2021 | LMJ | Confer with A. Greene re: judgment amount related to 1st Generation Holdings, LLC. | 0.20 | 43.00 |
|  | LMJ | Correspond with T. McNamara and A. Greene re: judgment related to 1st Generation Holdings, LLC and Infinite Management Corporation. | 0.30 | 64.50 |
|  | LMJ | Review and analyze bank statements and merchant processor statements re: TAS 2019 LLC, Horizon Consultants, LLC, and True Count Staffing, Inc. | 0.60 | 129.00 |
|  | LMJ | Review and analyze bank statements re: judgment related to 1st Generation Holdings, LLC and Infinite Management Corporation; review draft judgment re: 1st Generation Holdings, LLC and Infinite Management Corporation. | 1.20 | 258.00 |
|  | TWM | Review correspondence and status summary on pending case handled by outside counsel; discuss response with C. Gordon. | 0.20 | 90.00 |
|  | TWM | Review draft settlement re: 1st Generation Holdings, et al.; discuss same with A. Greene and L. Jones. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/3/2021 | TWM | Review information about merchant processor's previous receiver case and discuss with L. Smith. | 0.60 | 270.00 |
| 6/4/2021 | LMJ | Confer and correspond with A. Greene re: Pub Club Leads invoices and payments. | 0.30 | 64.50 |
|  | LMJ | Review and analyze invoices and payments re: Pub Club Leads; prepare chart re: same. | 1.30 | 279.50 |
|  | TWM | Review and analyze draft settlement agreement provided by CFPB; provide comments to same. | 0.40 | 180.00 |
| 6/7/2021 | TWM | Review proposed settlement between CFPB and TAS 2019; discuss same with L. Jones and identify information for follow-up. | 0.40 | 180.00 |
|  | TWM | Review draft settlement with defendant's family member forwarded by CFPB; follow-up on request for confirmation re: UBS assets; call to UBS counsel. | 0.80 | 360.00 |
|  | TWM | Review draft settlement agreement with TAS; discuss with J. Jacobs re: bank balances and transfers to plaintiffs; respond to CFPB. | 0.60 | 270.00 |
| 6/8/2021 | LMJ | Correspond with T. McNamara re: UBS bank account balances. | 0.20 | 43.00 |
|  | LMJ | Review and analyze UBS bank statements re: investments and cash on hand. | 0.30 | 64.50 |
|  | LMJ | Review draft judgment re: liquidation of assets. | 0.30 | 64.50 |
|  | LMJ | Confer and correspond with A. Greene re: merchant processor transactions. | 0.40 | 86.00 |
|  | LMJ | Review and analyze Pub Club Leads invoices and payments. | 0.60 | 129.00 |
|  | LMJ | Review and analyze merchant statements and bank statements re: merchant processor transactions. | 0.80 | 172.00 |
|  | TWM | Confer with A. Greene re: mediation with third-party lead provider. | 0.10 | 45.00 |
|  | TWM | Review proposal of bankruptcy trustee re: coordination and split in mediation with third-party vendor; discuss with A. Greene. | 0.40 | 180.00 |
|  | TWM | Call with CFPB counsel to follow up re: review of Light Street records. | 0.20 | 90.00 |
|  | TWM | Call with UBS counsel to confirm control re: Light Street funds throughout process. | 0.20 | 90.00 |
|  | TWM | Review emails from CFPB re: contact from Light Street counsel. | 0.40 | 180.00 |
|  | TWM | Draft summary of review of Light Street production and email to CFPB. | 0.60 | 270.00 |
|  | TWM | Review Light Street subpoena and production of responsive materials. | 0.80 | 360.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/8/2021 | TWM | Create timeline of Light Street account creation, transfers, assignments, and redemption request. | 1.00 | 450.00 |
| 6/15/2021 | TWM | Confer with A. Greene re: mediation with third-party lead provider. | 0.20 | 90.00 |
| 6/16/2021 | LMJ | Review and analyze documents from state and federal agencies and vendors. | 0.70 | 150.50 |
| 6/21/2021 | TWM | Call with CFPB re: questions about merchant processor's $1 million transfer. | 0.40 | 180.00 |
| 6/22/2021 | TWM | Review stipulated final judgment and CFPB's communication to UBS. | 0.20 | 90.00 |
| 7/1/2021 | TWM | Review and research question posed by UBS counsel re: defendant's family member's account; draft email to CFPB; review response from same; draft email to UBS counsel. | 0.80 | 360.00 |
| 7/2/2021 | TWM | Review inquiry from UBS re: amount in defendant's family member's UBS account; pose question to CFPB; review response; respond to UBS. | 0.50 | 225.00 |
| 7/7/2021 | TWM | Confer with A. Greene re: issues relating to mediation and strategy. | 0.20 | 90.00 |
| 7/8/2021 | LMJ | Confer and correspond with A. Greene re: cash flow related to invoices and payments made to Pub Club Leads. | 0.20 | 43.00 |
| | LMJ | Review and analyze cash flow re: invoices and payments made to Pub Club Leads. | 1.60 | 344.00 |
| 7/14/2021 | LMJ | Review and analyze transfers from lead provider to 1st Generation Holdings and defendant's family member; review and analyze lead provider invoices re: overflow charges. | 1.80 | 387.00 |
| 7/15/2021 | TWM | Review joint report and questions posed by counsel. | 0.20 | 90.00 |
| 7/16/2021 | LMJ | Correspond with A. Greene re: lead provider invoice transactions. | 0.20 | 43.00 |
| | LMJ | Review and analyze lead generation vendors paid by lead provider. | 0.80 | 172.00 |
| | TWM | Review draft mediation statement; discuss with L. Smith. | 0.60 | 270.00 |
| 7/18/2021 | TWM | Review and revise mediation statement for mediation with lead provider; correspond with team re: same. | 0.90 | 405.00 |
| 7/19/2021 | TWM | Review and revise next draft of mediation statement for mediation with lead provider; meet with A. Greene re: same and strategy for mediation brief. | 1.30 | 585.00 |
| 7/20/2021 | LMJ | Correspond with A. Greene re: lead provider invoices. | 0.20 | 43.00 |
| | LMJ | Review invoices re: services billed by lead provider. | 0.40 | 86.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/20/2021 | LMJ | Review and analyze transfers from lead provider to 1st Generation Holdings; review and analyze timing of transfers. | 1.00 | 215.00 |
| | TWM | Review and revise draft mediation brief re: mediation with lead provider. | 0.80 | 360.00 |
| 7/21/2021 | LMJ | Call with IDP Payments re: invoices for gift card purchases. | 0.10 | 21.50 |
| | LMJ | Review and analyze asset transfers re: 1st Generation Holdings. | 0.10 | 21.50 |
| | LMJ | Review and analyze inventory chart re: gift cards. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements re: lead provider. | 0.40 | 86.00 |
| | LMJ | Research Awards2Go re: gift card refund. | 0.60 | 129.00 |
| | LMJ | Review and analyze books and records re: purchases of gift cards. | 1.10 | 236.50 |
| | TWM | Review and revise mediation brief; meet with L. Smith re: mediation strategy and approach. | 1.40 | 630.00 |
| 7/22/2021 | LMJ | Correspond with A. Greene re: invoices billed by lead provider. | 0.20 | 43.00 |
| | LMJ | Correspond with IDP Payments re: invoices for gift card purchases. | 0.60 | 129.00 |
| | LMJ | Review and analyze invoices billed by lead provider; research lead generation companies; review books and records re: payments to lead generators; review email correspondence re: lead provider. | 2.70 | 580.50 |
| | LMJ | Review and analyze email correspondence re: purchase of gift cards; review and analyze gift card invoices; review receivership documents re: same; prepare chart re: same. | 3.20 | 688.00 |
| 7/23/2021 | LMJ | Review email correspondence re: rent paid by lead provider. | 0.10 | 21.50 |
| | LMJ | Correspond with IDP Payments re: invoices related to the purchase of gift cards. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with A. Greene re: lead provider benefits provided by Receivership Defendants. | 0.20 | 43.00 |
| | LMJ | Research lead generation companies re: relationship to lead provider. | 0.50 | 107.50 |
| | LMJ | Review and analyze invoices re: purchase of gift cards; update chart re: same. | 0.60 | 129.00 |
| 7/27/2021 | LMJ | Review and analyze transfers from lead provider to 1st Generation Holdings; prepare summary re: same. | 0.50 | 107.50 |
| | LMJ | Review and analyze gift card invoices and books and records re: sources of payment for gift cards; prepare chart re: same. | 2.50 | 537.50 |
| 7/28/2021 | TWM | Prepare for and attend mediation with lead provider. | 8.80 | 3,960.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/2021 | LMJ | Correspond with T. McNamara re: vendor and lead generator transactions related to lead provider and Receivership Defendants. | 0.20 | 43.00 |
|  | LMJ | Review and analyze bankruptcy proceedings re: Consumer Advocacy Center. | 1.50 | 322.50 |
|  | LMJ | Review and analyze lead provider bank statements, payments to lead generators, and books and records re: transfers to and from Receivership Defendants and lead generation companies, and payments to vendors; prepare charts re: same. | 4.80 | 1,032.00 |
|  | TWM | Review correspondence and attached document drafts re: settlement with lead provider; discuss with A. Greene. | 0.70 | 315.00 |
|  | TWM | Review PACER filings in Consumer Advocacy Center bankruptcy; meet with L. Jones and A. Greene re: lead provider and merchant processors associated with third-party vendor who settled with receiver and committed to cooperation. | 0.90 | 405.00 |
| 7/30/2021 | LMJ | Review Consumer Advocacy Center bankruptcy docket and adversary proceeding complaints. | 0.70 | 150.50 |
|  | TWM | Discuss and briefly review settlement documents for lead provider. | 0.50 | 225.00 |
| 8/2/2021 | TWM | Review inquiry and preliminary response from CFPB re: settlement with lead provider; discuss with A. Greene. | 0.30 | 135.00 |
| 8/4/2021 | LMJ | Review and analyze adversary proceeding complaints and settlements re: Consumer Advocacy Center; prepare chart re: same. | 4.60 | 989.00 |
| 8/9/2021 | TWM | Prepare for and participate in conference call with CFPB re: lead provider settlement; follow-up with team. | 1.20 | 540.00 |
| 8/10/2021 | LMJ | Correspond with K. Wachsman re: merchant identification numbers. | 0.10 | 21.50 |
|  | LMJ | Review merchant identification numbers for each receivership entity; prepare chart re: same. | 0.30 | 64.50 |
| 8/11/2021 | LMJ | Correspond with A. Greene and K. Wachsman re: documents related to merchant processors. | 0.10 | 21.50 |
|  | LMJ | Review correspondence between merchant processors re: required collateral for merchant account. | 0.20 | 43.00 |
|  | LMJ | Review and analyze charts re: merchant processors. | 0.20 | 43.00 |
|  | LMJ | Review bankruptcy proceedings re: Consumer Advocacy Center. | 0.70 | 150.50 |
|  | LMJ | Confer and correspond with K. Wachsman re: merchant processor applications and agreements. | 1.50 | 322.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 8/11/2021 | LMJ | Research information re: merchant processing solutions on merchant processor's website; research types of merchant processors, underwriting, and governmental guidelines re: merchant processing activities. | 1.70 | 365.50 |
| | LMJ | Research and review MasterCard Match list; review criteria for Match list; review merchant application files re: results of Match list report; prepare chart re: account application data related to Receivership Defendants. | 1.90 | 408.50 |
| | TWM | Review correspondence form CFPB re: lead provider; discuss with team re: same. | 0.30 | 135.00 |
| 8/12/2021 | LMJ | Confer with K. Wachsman re: merchant processor transactions. | 0.40 | 86.00 |
| | TWM | Review CFPB request for call recording metadata; meet with D. Magee re: background and follow-up; review prior communications re: same. | 0.70 | 315.00 |
| 8/13/2021 | LMJ | Correspond with K. Wachsman re: documents provided by J. Lai. | 0.30 | 64.50 |
| | LMJ | Review and analyze documents and correspondence re: merchant applications and merchant account status. | 1.60 | 344.00 |
| | LMJ | Research documents re: Quantum Electronic Payments, National Merchant Center, CardConnect, and First Data Corporation related to merchant applications and account transactions. | 2.30 | 494.50 |
| | TWM | Review counsel's thoughts on potential third-party claims; discuss with same. | 0.40 | 180.00 |
| 8/17/2021 | LMJ | Correspond with K. Wachsman re: information related to J. Lai. | 0.20 | 43.00 |
| 8/18/2021 | LMJ | Review and analyze correspondence re: merchant processing applications. | 1.70 | 365.50 |
| 8/30/2021 | TWM | Review information re: call recordings and meet with D. Magee re: same. | 0.50 | 225.00 |
| 8/31/2021 | TWM | Review potential costs re: opinion on lead provider claim against insurance company; approve moving forward; review inquiry from bank re: EDD claim on bank account. | 0.40 | 180.00 |
| | TWM | Review information re: call records data and discuss same with D. Magee; correspond with CFPB re: same. | 0.70 | 315.00 |
| 9/1/2021 | LMJ | Correspond with Pacific Western Bank re: Employment Development Department order to withhold. | 0.10 | 21.50 |
| | LMJ | Call and correspond with agent at Employment Development Department re: order to withhold funds. | 0.20 | 43.00 |
| | TWM | Review correspondence and data dictionary for CallerReady data; discuss with D. Magee. | 0.30 | 135.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 9/1/2021 | TWM | Review consumer complaint re: Edu Doc Support; research same; review pleadings associated with Edu Doc Support and receivership determination. | 0.90 | 405.00 |
| 9/2/2021 | LMJ | Call and correspond with agent at Employment Development Department re: preliminary injunction. | 0.20 | 43.00 |
|  | TWM | Review email from E. Romanoff (Minnesota AG); call with same; follow up on request. | 0.50 | 225.00 |
| 9/3/2021 | LMJ | Correspond with agent at Employment Development Department re: tax returns. | 0.30 | 64.50 |
|  | LMJ | Correspond with D. Magee re: DebtPayPro database. | 0.30 | 64.50 |
|  | TWM | Review request from CFPB re: data dictionary from DebtPayPro; discuss with D. Magee; review relevant communications with DebtPayPro. | 0.40 | 180.00 |
| 9/7/2021 | LMJ | Correspond with agent at Employment Development Department re: levy. | 0.10 | 21.50 |
|  | TWM | Review background request and previous response; meet with D. Magee re: DPP response to request for data dictionary; respond to CFPB. | 0.60 | 270.00 |
| 9/8/2021 | LMJ | Correspond with agent at Employment Development Department re: release of levy; call to Pacific Western Bank re: same. | 0.20 | 43.00 |
|  | TWM | Review summary of CallerReady contracts and associated data dictionary and header listing; discuss with D. Magee. | 0.40 | 180.00 |
|  | TWM | Review summary of electronic evidence collected in SLAM matter; discuss with D. Magee. | 0.50 | 225.00 |
|  | TWM | Call with CFPB re: questions about ESI and documents in receiver's possession. | 0.50 | 225.00 |
| 9/9/2021 | LMJ | Call with Pacific Western Bank re: release of levy. | 0.20 | 43.00 |
|  | LMJ | Correspond with agent at Employment Development Department re: release of levy. | 0.20 | 43.00 |
|  | TWM | Review summary of third-party documents collected by receiver; discuss same with D. Magee in preparation for call with CFPB. | 0.40 | 180.00 |
| 9/13/2021 | TWM | Review ESI collection summary drafted by D. Magee; discuss with same. | 0.30 | 135.00 |
| 9/16/2021 | LMJ | Confer and correspond with agent at Employment Development Department re: tax returns. | 0.20 | 43.00 |
|  | LMJ | Review and analyze True Count Staffing payroll reports re: payments made during quarter four of 2019. | 3.40 | 731.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 9/17/2021 | TWM | Meet with D. Magee, who reviewed DebtPayPro production and confirmed a data dictionary was not provided; correspond with CFPB re: same. | 0.40 | 180.00 |
|  | TWM | Call with D. Magee and CFPB re: inventory of electronic and paper records; address questions about DebtPayPro and CallerReady. | 0.80 | 360.00 |
| 9/20/2021 | TWM | Correspond with counsel defending pre-existing lawsuit re: possible settlement and approach. | 0.30 | 135.00 |
|  | TWM | Conference call re: Rule 26(f) notification re: receiver in discovery process. | 0.30 | 135.00 |
| 9/21/2021 | TWM | Review parties' Rule 26 statements and attached exhibits. | 0.30 | 135.00 |
|  | TWM | Review summary of facts and analysis re: potential claim against lead provider's insurer; discuss same. | 0.30 | 135.00 |
| 9/24/2021 | LMJ | Review and analyze payroll reconciliation for True Count Staffing. | 0.70 | 150.50 |
|  | LMJ | Review and analyze payroll reports re: payroll reconciliation for Prime Consulting. | 2.90 | 623.50 |
|  | TWM | Review question from counsel re: settlement of pre-receivership lawsuit; review PI; respond to counsel. | 0.30 | 135.00 |
| 9/28/2021 | TWM | Discuss inquiry from bankruptcy trustee counsel re: remainder in account re: Premier Student Loans; agree with counsel re: appropriate response; review reply. | 0.30 | 135.00 |
| 9/30/2021 | LMJ | Correspond with agent at Employment Development Department re: payroll reports. | 0.40 | 86.00 |
| 10/1/2021 | LMJ | Research contract information re: Fonality, Inc. | 0.10 | 21.50 |
|  | LMJ | Correspond with T. McNamara, C. Gordon, and D. Magee re: payments to Fonality, Inc. | 0.20 | 43.00 |
|  | LMJ | Review and analyze financial reports re: payments to Fonality, Inc. | 0.30 | 64.50 |
|  | TWM | Review correspondence from plaintiffs' counsel re: identifying receiver as witness in Rule 26(f) document; consider and respond to same. | 0.40 | 180.00 |
|  | TWM | Review and discuss with team call recordings and previous vendors providing telephone service to receivership defendants; review Fonality/CAC settlement agreement. | 0.80 | 360.00 |
|  | TWM | Conference call with CFPB counsel; review issues about phone system, CallerReady; identify issues for internal team and follow up with same (phone recordings, privilege issues, and CACI evidence retention). | 1.20 | 540.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/5/2021 | TWM | Meet with D. Magee re: preparation for call with CFPB; call with CFPB and computer forensics team re: discovery in case; follow-up. | 0.90 | 405.00 |
| 10/14/2021 | LMJ | Review and analyze payroll reports; prepare tax reports re: same. | 1.20 | 258.00 |
| 10/23/2021 | TWM | Review memorandum and attached cases and briefing on receiver's waiver of privilege for potentially privileged documents; outline approach for internal team; email question to CFPB counsel. | 2.20 | 990.00 |
| 10/28/2021 | LMJ | Review and analyze payroll data re: payroll tax reporting. | 3.20 | 688.00 |
| 10/29/2021 | LMJ | Review and analyze payroll reports and bank statements re: quarterly wages and taxes. | 5.20 | 1,118.00 |
| | | **TOTAL FEES** | **152.20** | **$45,295.50** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa M. Jones | 98.70 | 215.00 | $21,220.50 |
| Thomas W. McNamara | 53.50 | 450.00 | $24,075.00 |

# Regulatory Resolutions

November 19, 2021

**Invoice No:** 11368
**Our File No.:** 2112-01RR-01
**For Services Through:** 10/31/2021

Matter: SLAM Receivership - NMC submatter

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $1,935.00 |
| Total Disbursements | $0.00 |
| **Grand Total** | **$1,935.00** |

# Regulatory Resolutions

| | |
|---|---|
| **Invoice No.:** | 11368 |
| **Our File No.:** | 2112-01RR-01 |
| **For Services Through:** | 10/31/2021 |

Matter: SLAM Receivership - NMC submatter

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/2021 | TWM | Review draft complaint against third-party service provider; research factual underpinnings of certain allegations; revise complaint and add comments re: same. | 2.40 | 1,080.00 |
| 7/30/2021 | TWM | Discuss NMC's request for extension to respond to complaint with A. Greene; several follow-up discussions after further calls from defense counsel. | 0.30 | 135.00 |
| 8/11/2021 | TWM | Review summary of calls with NMC counsel; discuss further responses and status and strategy. | 0.30 | 135.00 |
| 8/30/2021 | TWM | Confer with A. Greene and L. Smith re: meet and confer correspondence from NMC's counsel. | 0.30 | 135.00 |
| 9/30/2021 | TWM | Review meet and confer letter from defense counsel. | 0.30 | 135.00 |
| | TWM | Meet with A. Greene and L. Smith to discuss status and strategy re: defense counsel positions and arguments. | 0.40 | 180.00 |
| 10/20/2021 | TWM | Discuss documents produced voluntarily to plaintiffs; review same. | 0.30 | 135.00 |
| | **TOTAL FEES** | | **4.30** | **$1,935.00** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas W. McNamara | 4.30 | 450.00 | $1,935.00 |