EXHIBIT B

**SLAM Receivership**
**Summary of Invoices for**
**Fourth Interim Fee Application**

|  | Invoice No. | Fees | Costs | Totals |
|---|---|---|---|---|
| McNamara Smith LLP | 11369 | $ 83,123.50 | $ 2,450.85 | $ 85,574.35 |
| McNamara Smith LLP - NMC | 11370 | $ 28,265.50 | $ 9.08 | $ 28,274.58 |
|  |  | $ 111,389.00 | $ 2,459.93 | $ 113,848.93 |

# McNamara Smith LLP

November 19, 2021

**Invoice No:**  11369
**Our File No.:**  2112-02MS
**For Services Through:**  10/31/2021

Matter:   SLAM Receivership

## INVOICE SUMMARY

Total Fees                                      $83,123.50
Total Disbursements                          $2,450.85

**Grand Total**                              **$85,574.35**

# McNamara Smith LLP

| | |
|---:|:---|
| **Invoice No.:** | 11369 |
| **Our File No.:** | 2112-02MS |
| **For Services Through:** | 10/31/2021 |

Matter:  SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/3/2021 | AMG | Call with T. McNamara and CFPB re: family member settlement issues. | 0.30 | 135.00 |
| 5/4/2021 | AMG | Review receivership appointment order re: relief defendant issues and confer with T. McNamara re: same. | 0.60 | 270.00 |
| 5/6/2021 | AMG | Correspond with counsel for Ch. 7 trustee re: mediation meeting. | 0.20 | 90.00 |
| | AMG | Prepare second amended tolling agreement and correspond with counsel for third party re: same. | 0.80 | 360.00 |
| 5/7/2021 | AMG | Correspond with trustee's counsel and counsel for third party re: mediation meeting. | 0.20 | 90.00 |
| | AMG | Call with trustee's counsel re: claims against third-party service provider. | 0.40 | 180.00 |
| | AMG | Confer with L. Smith re: additional potential claims re: third parties. | 0.30 | 135.00 |
| | LDS | Confer with A. Greene re: additional potential claims re: third parties. | 0.30 | 142.50 |
| 5/11/2021 | AMG | Correspond with T. McNamara re: potential mediation of third-party claims. | 0.20 | 90.00 |
| | AMG | Review and revise tolling agreement with third party; correspond with counsel for third party re: same. | 0.40 | 180.00 |
| | AMG | Call with counsel for third party and trustee's counsel re: potential mediation of claims. | 0.50 | 225.00 |
| 5/13/2021 | AMG | Correspond with attorney for TAS, M. Williams, re: conference call re: TAS and Prime Consulting. | 0.20 | 90.00 |
| | AMG | Review tax documents and confer with L. Jones and T. McNamara re: related issues. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/14/2021 | AMG | Confer with T. McNamara re: call with M. Williams re: TAS issues and Prime Consulting tax documents. | 0.10 | 45.00 |
| | AMG | Prepare for and conduct call with M. Williams re: TAS issues and Prime Consulting tax documents. | 0.70 | 315.00 |
| | AMG | Review third-party production re: potential claims against third-party service provider. | 1.20 | 540.00 |
| 5/17/2021 | DCM | Correspond with B. Wilson re: potential sale of receivership asset. | 0.10 | 17.50 |
| 5/18/2021 | DCM | Correspond with K. Miller re: insurance coverage for Tesla. | 0.20 | 35.00 |
| 5/19/2021 | AMG | Call and correspond with counsel for NMC re: return of remaining reserves. | 0.30 | 135.00 |
| 5/20/2021 | CJBG | Begin drafting second interim status report. | 2.50 | 812.50 |
| | AMG | Call and correspond with counsel for NMC and Fiserv re: release of remaining reserve funds. | 0.20 | 90.00 |
| | AMG | Review and revise proposed amended order from trustee's counsel. | 0.30 | 135.00 |
| | AMG | Research re: prior TAS production of documents and correspond with T. McNamara re: same. | 0.50 | 225.00 |
| | AMG | Review and analyze third-party service provider bankruptcy settlement and confer with T. McNamara re: same. | 0.50 | 225.00 |
| | AMG | Calls with trustee's counsel and counsel for NMC re: objections to proposed settlement; review procedure for objection. | 0.60 | 270.00 |
| 5/21/2021 | CJBG | Confer with L. Jones re: additional merchant reserve balances. | 0.30 | 97.50 |
| | CJBG | Continue to draft second interim status report; review and revise draft fee application to accompany same. | 2.00 | 650.00 |
| | AMG | Confer with C. Gordon re: status report. | 0.30 | 135.00 |
| | AMG | Confer with trustee's counsel and counsel for NMC re: revised order re: settlement. | 0.30 | 135.00 |
| | AMG | Review and revise status report. | 0.70 | 315.00 |
| | AMG | Review T. Nguyen's financial disclosures. | 0.70 | 315.00 |
| 5/24/2021 | AMG | Confer with T. McNamara re: 1st Generation deposition. | 0.10 | 45.00 |
| | AMG | Call with counsel for third party re: mediation issues. | 0.30 | 135.00 |
| | AMG | Call with counsel for NMC re: modification of bankruptcy order. | 0.30 | 135.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/24/2021 | AMG | Call and correspond with counsel for NMC and Fiserv re: return of reserves. | 0.60 | 270.00 |
| | AMG | Continue to review and revise status report and correspond with C. Gordon re: same. | 0.70 | 315.00 |
| 5/25/2021 | AMG | Confer with L. Jones and J. Jacobs re: merchant reserve balances and transfers to receivership. | 0.10 | 45.00 |
| | AMG | Call with counsel for NMC re: release of reserves; correspond with counsel for Fiserv re: same. | 0.30 | 135.00 |
| | AMG | Revise proposed amended order re: settlement and correspond with counsel for NMC and trustee's counsel re: same. | 0.40 | 180.00 |
| 5/26/2021 | AMG | Continue to review and revise status report; confer with C. Gordon re: same. | 0.90 | 405.00 |
| 5/27/2021 | CJBG | Review and revise draft status report. | 0.50 | 162.50 |
| | AMG | Call and correspond with counsel for NMC re: objections to bankruptcy settlement. | 0.20 | 90.00 |
| | AMG | Research and confer with T. McNamara re: potential mediators and counsel for third party re: same. | 0.30 | 135.00 |
| 5/28/2021 | CJBG | Review and revise draft status report. | 0.60 | 195.00 |
| | AMG | Further review and revise status report. | 0.70 | 315.00 |
| | AMG | Call and correspond with counsel for NMC and trustee's counsel re: proposed bankruptcy order approving settlement and further revisions to order. | 1.80 | 810.00 |
| 6/1/2021 | CJBG | Draft fee application. | 2.50 | 812.50 |
| | AMG | Correspond with L. Jones and L. Smith re: third-party service provider fee charging issues; analyze same. | 1.60 | 720.00 |
| 6/2/2021 | AMG | Correspond with counsel for CAC trustee and lead provider re: mediation issues. | 0.20 | 90.00 |
| | AMG | Correspond and confer with T. McNamara re: mediation and settlement potential; research potential mediators. | 0.50 | 225.00 |
| | AMG | Call with counsel for lead provider re: mediation and settlement potential. | 0.70 | 315.00 |
| | AMG | Review additional documents re: potential third-party claims. | 2.30 | 1,035.00 |
| | AMG | Confer further with L. Smith and L. Jones re: fee issue and review statements re: same. | 0.10 | 45.00 |

SLAM Receivership                                                                                          Page      4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/2/2021 | LDS | Confer with A. Greene and L. Jones re: fee issue. | 0.10 | 47.50 |
| 6/3/2021 | AMG | Correspond with counsel for third party re: potential mediation. | 0.30 | 135.00 |
| | LDS | Confer with T. McNamara re: merchant processor's previous receiver case. | 0.30 | 142.50 |
| 6/4/2021 | AMG | Call with trustee's counsel re: potential mediation. | 0.50 | 225.00 |
| 6/7/2021 | AMG | Confer with L. Jones re: payments to third-party service provider and correspond with trustee's counsel re: same. | 0.50 | 225.00 |
| 6/8/2021 | AMG | Correspond with trustee's counsel re: mediation. | 0.20 | 90.00 |
| 6/9/2021 | AMG | Correspond with opposing counsel and trustee's counsel re: mediation dates. | 0.20 | 90.00 |
| | AMG | Call with opposing counsel and third-party service provider's coverage counsel re: status of mediation and potential settlement. | 0.50 | 225.00 |
| 6/10/2021 | AMG | Call with trustee's counsel re: mediation issues. | 0.30 | 135.00 |
| | AMG | Call with counsel for potential third-party clawback defendant re: mediation issues. | 0.30 | 135.00 |
| | AMG | Correspond with trustee's counsel and counsel for potential defendant re: mediation scheduling. | 0.40 | 180.00 |
| 6/15/2021 | AMG | Confer with T. McNamara re: mediation with third-party lead provider. | 0.20 | 90.00 |
| | AMG | Correspond with counsel for third-party lead provider re: same. | 0.40 | 180.00 |
| 6/16/2021 | AMG | Correspond with opposing counsel re: mediation scheduling. | 0.10 | 45.00 |
| | AMG | Call with trustee's counsel re: potential mediation agreement and settlement issues. | 0.30 | 135.00 |
| | AMG | Call with opposing counsel re: settlement demand; begin to prepare letter to opposing counsel re: same. | 2.20 | 990.00 |
| 6/17/2021 | AMG | Complete draft of letter to opposing counsel re: settlement; correspond with L. Smith re: same . | 0.90 | 405.00 |
| 6/18/2021 | AMG | Confer with L. Smith re: settlement letter to opposing counsel. | 0.40 | 180.00 |
| | AMG | Revise settlement letter to opposing counsel. | 0.20 | 90.00 |
| | LDS | Confer with A. Greene re: settlement letter to opposing counsel. | 0.40 | 190.00 |
| 6/21/2021 | AMG | Call with T. McNamara and government re: third-party payment processor. | 0.20 | 90.00 |
| 6/24/2021 | CJBG | Review materials related to prepaid VISA cards purchased by defendants and provide T. McNamara with recommendations for liquidation. | 0.70 | 227.50 |

SLAM Receivership

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/28/2021 | AMG | Call with counsel for lead generator re: settlement and mediation status. | 0.30 | 135.00 |
| | AMG | Research re: preservation of documents request and draft same. | 0.70 | 315.00 |
| 6/29/2021 | AMG | Correspond with JAMs re: mediation agreement and review same. | 0.20 | 90.00 |
| 7/1/2021 | AMG | Call with counsel to trustee re: proposed mediation agreement. | 0.30 | 135.00 |
| 7/2/2021 | AMG | Confer with T. McNamara re: mediation agreement. | 0.10 | 45.00 |
| | AMG | Correspond with counsel for third party re: mediation agreement. | 0.30 | 135.00 |
| 7/6/2021 | AMG | Call with counsel for third party re: mediation. | 0.40 | 180.00 |
| | AMG | Complete document preservation request to merchant processor. | 1.20 | 540.00 |
| 7/7/2021 | AMG | Correspond with counsel for trustee and counsel for service provider re: mediation. | 0.40 | 180.00 |
| | AMG | Begin to draft mediation brief for mediation with lead provider. | 2.00 | 900.00 |
| 7/8/2021 | AMG | Continue to draft mediation brief. | 1.20 | 540.00 |
| | AMG | Confer with L. Jones re: questions related to lead provider to prepare for mediation with same. | 0.20 | 90.00 |
| | AMG | Conduct fact research re: lead provider to prepare for mediation. | 1.10 | 495.00 |
| 7/12/2021 | AMG | Review and analyze plaintiffs' third amended complaint. | 0.50 | 225.00 |
| 7/13/2021 | AMG | Continue to draft mediation brief re: lead provider. | 1.40 | 630.00 |
| 7/14/2021 | AMG | Continue to draft mediation brief. | 3.80 | 1,710.00 |
| 7/15/2021 | AMG | Confer with L. Smith re: mediation with lead provider. | 0.40 | 180.00 |
| | LDS | Confer with A. Greene re: mediation with lead provider and mediation brief. | 0.40 | 190.00 |
| 7/16/2021 | LDS | Prepare and edit lead provider mediation brief; correspond with A. Greene re: same. | 1.40 | 665.00 |
| | AMG | Continue to prepare and conduct research for mediation brief; confer with L. Smith re: same. | 2.00 | 900.00 |
| | LDS | Confer with T. McNamara re: mediation statement. | 0.30 | 142.50 |
| 7/19/2021 | LDS | Continue to draft lead provider mediation brief and review related materials. | 3.20 | 1,520.00 |
| | AMG | Review documents in hosted database and confer with D. Magee re: inclusion of additional documents. | 0.80 | 360.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/19/2021 | AMG | Review T. McNamara's proposed edits to mediation brief and revise same. | 1.50 | 675.00 |
| 7/20/2021 | LDS | Confer with A. Greene re: mediation brief. | 0.60 | 285.00 |
| | LDS | Draft mediation brief and conduct related research. | 3.80 | 1,805.00 |
| | AMG | Confer with L. Smith re: mediation brief. | 0.60 | 270.00 |
| | AMG | Continue to draft mediation brief and assemble exhibits. | 3.50 | 1,575.00 |
| 7/21/2021 | LDS | Continue to draft mediation brief and confer with A. Greene re: same. | 2.80 | 1,330.00 |
| | CJBG | Review and revise draft letter to issuer of prepaid VISA gift cards re: reimbursement for same. | 0.40 | 130.00 |
| | AMG | Confer with mediator's office re: meeting with mediator. | 0.20 | 90.00 |
| | AMG | Call with attorney for third-party lead provider re: increased settlement demand and mediation issues. | 0.50 | 225.00 |
| | AMG | Finalize and submit mediation brief re: third-party lead provider. | 2.60 | 1,170.00 |
| | LDS | Confer with L. Jones re: transfers to 1st Generation Holdings. | 0.20 | 95.00 |
| | LDS | Confer with T. McNamara re: mediation strategy. | 0.30 | 142.50 |
| 7/22/2021 | LDS | Prepare for mediation and review potential damages. | 0.50 | 237.50 |
| | AMG | Call with attorney for lead provider re: mediation. | 0.20 | 90.00 |
| | AMG | Research re: policy limits demands and consequences of same. | 0.80 | 360.00 |
| | AMG | Review additional emails to prepare for mediation; confer with L. Jones re: same. | 1.20 | 540.00 |
| | AMG | Review and analyze insurance issues re: mediation | 0.30 | 135.00 |
| 7/23/2021 | KW | Review documents re: investigation into third party. | 2.20 | 649.00 |
| | LDS | Confer with mediator and A. Greene re: upcoming mediation and prepare for mediation. | 0.70 | 332.50 |
| | AMG | Confer with L. Jones re: lead provider benefits provided by Receivership Defendants. | 0.20 | 90.00 |
| | AMG | Call with counsel for lead provider re: mediation issues. | 0.50 | 225.00 |
| | AMG | Call with mediator and L. Smith re: preparation for mediation. | 0.70 | 315.00 |
| 7/26/2021 | KW | Research re: investigation into third-party service provider and review of produced files. | 4.50 | 1,327.50 |

SLAM Receivership                                                                                    Page      7

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/26/2021 | LDS | Prepare for mediation and review mediation brief and related discovery; correspond with A. Greene and T. McNamara re: same. | 0.80 | 380.00 |
| | AMG | Call with trustee's counsel re: mediation. | 0.50 | 225.00 |
| | AMG | Prepare for mediation by compiling documents, preparing damages analysis, researching fraudulent transfer claims, and reviewing insurance policies; correspond with mediator re: revised mediation brief and additional exhibit. | 2.80 | 1,260.00 |
| 7/27/2021 | KW | Review production by third-party merchant processor. | 0.50 | 147.50 |
| | LDS | Prepare for mediation with lead provider. | 0.40 | 190.00 |
| | AMG | Confer with L. Jones re: 1st Generation payment issues. | 0.30 | 135.00 |
| | AMG | Correspond with trustee's counsel re: mediation brief and mediation strategy issues. | 0.60 | 270.00 |
| | AMG | Review and select additional potentially relevant documents for mediation. | 0.70 | 315.00 |
| | LDS | Follow up email to A. Greene re: trustee mediation agreement. | 0.20 | 95.00 |
| 7/28/2021 | LDS | Prepare for mediation. | 0.60 | 285.00 |
| | AMG | Complete preparation for mediation. | 0.80 | 360.00 |
| | AMG | Attend mediation with lead provider and CAC bankruptcy trustee and conduct follow up discussion re: terms. | 8.80 | 3,960.00 |
| | LDS | Attend lead provider mediation with A. Greene and T. McNamara with mediator; follow up with counsel for third party re: same; confer with A. Greene re: follow up. | 7.50 | 3,562.50 |
| 7/29/2021 | KW | Research re: investigation into third-party service provider and begin to draft findings. | 3.50 | 1,032.50 |
| | AMG | Correspond with counsel for lead provider re: settlement documentation. | 0.30 | 135.00 |
| | AMG | Confer with L. Jones re: trustee's adversary proceedings. | 0.30 | 135.00 |
| | AMG | Call with lead provider's insurance coverage counsel re: potential insurance claims. | 0.40 | 180.00 |
| | AMG | Confer with T. McNamara re: insurance claims and correspond with potential insurance coverage counsel. | 0.40 | 180.00 |
| | AMG | Draft promissory note, confession of judgment, attorney certificate, and assignment of insurance rights; revise same. | 4.20 | 1,890.00 |
| 7/30/2021 | AMG | Call with opposing counsel re: settlement documents. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/30/2021 | AMG | Call with potential coverage attorney for insurance claims. | 0.50 | 225.00 |
| | AMG | Correspond with lead provider's insurance coverage counsel re: insurance issues and review and analyze prior correspondence re: same. | 0.80 | 360.00 |
| | AMG | Begin to prepare motion to approve settlement. | 1.50 | 675.00 |
| | AMG | Review and revise draft settlement agreement with lead provider and exhibits thereto; correspond with opposing counsel re: same. | 1.80 | 810.00 |
| 8/2/2021 | KW | Continue to review discovery from SLAM and NMC re: investigation into third-party service provider and draft findings re: same. | 3.20 | 944.00 |
| | AMG | Call with counsel for lead provider re: settlement documents. | 0.20 | 90.00 |
| | AMG | Correspond with CFPB re: settlement approval. | 0.20 | 90.00 |
| | AMG | Confer with L. Smith re: insurance claims. | 0.40 | 180.00 |
| | AMG | Draft motion to approve settlement; correspond with counsel for lead provider re: same; finalize settlement documents for execution. | 0.50 | 225.00 |
| | LDS | Confer with A. Greene; confer with T. McNamara re: strategy. | 0.40 | 190.00 |
| 8/3/2021 | KW | Research third parties receiving SLAM funds and draft findings; review related documents in SLAM and third-party productions. | 3.20 | 944.00 |
| | AMG | Confer with T. McNamara re: potential insurance claims and correspond with potential counsel re: same. | 0.20 | 90.00 |
| | AMG | Correspond with opposing counsel re: executed settlement agreement. | 0.20 | 90.00 |
| | AMG | Confer with L. Smith re: status of settlement. | 0.20 | 90.00 |
| | LDS | Confer briefly with A. Greene re: schedule and status. | 0.20 | 95.00 |
| 8/4/2021 | KW | Analyze SLAM and third-party productions and draft findings re: third-party service provider. | 3.00 | 885.00 |
| 8/5/2021 | KW | Continue to analyze documents of third parties and SLAM entities and draft findings re: third-party service provider. | 3.80 | 1,121.00 |
| 8/9/2021 | LDS | Prepare for and confer with counsel for CFPB and T. McNamara re: settlement; review settlement agreement and follow up with T. McNamara re: same. | 0.40 | 190.00 |
| 8/11/2021 | KW | Continue to draft and revise memorandum, timeline, and findings re: investigation into third-party service provider. | 3.20 | 944.00 |
| | AMG | Finalize motion to approve settlement with service provider and correspond with S. Preis and opposing counsel re: same. | 1.30 | 585.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/11/2021 | CJBG | Finalize and file joint motion to approve lead provider settlement agreement. | 1.60 | 520.00 |
| 8/13/2021 | KW | Continue to draft memorandum, timeline, and presentation re: investigation into third-party service provider. | 2.90 | 855.50 |
|  | AMG | Confer with L. Smith re: potential insurance claims and subvendor claims. | 0.60 | 270.00 |
|  | AMG | Meet with L. Smith and K. Wachsman re: potential claims against third-party service provider. | 0.90 | 405.00 |
|  | LDS | Consider third-party claims and review documents re: same; draft related emails. | 0.50 | 237.50 |
|  | LDS | Confer with K. Wachsman and A. Greene re: third-party claims. | 0.90 | 427.50 |
|  | KW | Confer with L. Smith and A. Greene re: investigation into third-party service provider. | 0.90 | 265.50 |
|  | LDS | Confer with A. Greene re: potential insurance claims and subvendor claims. | 0.60 | 285.00 |
| 8/16/2021 | KW | Synthesize memorandum and timeline into demand letter to third-party service provider. | 3.20 | 944.00 |
|  | AMG | Review K. Wen's response/objections to expedited discovery request. | 0.20 | 90.00 |
|  | LDS | Correspond with A. Greene re: subvendors and payments thereto. | 0.60 | 285.00 |
|  | LDS | Review materials in SLAM database re: subvendors and payments thereto. | 1.20 | 570.00 |
| 8/17/2021 | KW | Continue to synthesize memorandum and timeline into demand letter to third-party service provider. | 1.20 | 354.00 |
|  | DCM | In response to inquiry by plaintiffs, compile list of electronic files collected during initial entry; review to determine volume of email correspondence not uploaded to hosted database. | 2.20 | 385.00 |
| 8/18/2021 | AMG | Research potential claims against vendors. | 1.30 | 585.00 |
|  | DCM | Confer with L. Smith re: list of electronic files gathered during initial entry; conduct research re: conversion of .ost files; correspond with J. Federici re: transfer of .ost files; coordinate transfer of .ost files; confer with L. Smith re: remaining .pst/.ost files not uploaded to hosted database; correspond with A. Greene re: same; coordinate transfer of additional .pst/.ost files per instructions from L. Smith and A. Greene and correspond with J. Federici re: same. | 2.80 | 490.00 |
|  | LDS | Review documents in Relativity re: potential claims re: third parties; confer with D. Magee re: same. | 1.20 | 570.00 |
|  | AMG | Confer with L. Jones re: transfer of assets re: TAS 2019 LLC. | 0.10 | 45.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/19/2021 | AMG | Review and analysis of additional emails re: potential claims against third-party service provider. | 1.60 | 720.00 |
| | DCM | Coordinate transfer of additional .pst/.ost files; correspond with J. Federici re: same; correspond with L. Smith re: same. | 1.20 | 210.00 |
| 8/20/2021 | AMG | Correspond with G. Brucker re: settlement approval and W-9 form. | 0.20 | 90.00 |
| 8/26/2021 | AMG | Correspond with C. Dunn-Soto re: cost of insurance claim analysis. | 0.30 | 135.00 |
| 8/30/2021 | DCM | Confer with T. McNamara re: CallerReady findings and next steps. | 0.30 | 52.50 |
| | DCM | Review CFPB's request for information re: CallerReady data; research re: CallerReady data collection and data provided to CFPB; research re: outgoing calls after entry of the TRO; review call recordings; draft email to CallerReady re: CFPB request for information. | 4.00 | 700.00 |
| | CJBG | Review recent filings in main matter in order to provide update to counsel in state court appeal in advance of filing of status report. | 0.30 | 97.50 |
| 8/31/2021 | DCM | Call with CallerReady; compile requested documents and draft follow up email outlining request for further information; confer with T. McNamara re: findings. | 1.70 | 297.50 |
| | CJBG | Provide update to counsel on state court appeal for report to the court. | 0.40 | 130.00 |
| | AMG | Confer with C. Dunn-Soto re: insurance analysis and select documents for substantive review. | 0.70 | 315.00 |
| 9/1/2021 | DCM | Correspond with CallerReady re: request for information from CFPB; call with CallerReady re: same; draft email to T. McNamara re: findings. | 0.90 | 157.50 |
| 9/2/2021 | DCM | Correspond with CallerReady re: request for information from CFPB; call with CallerReady re: same. | 0.20 | 35.00 |
| 9/3/2021 | DCM | Correspond with CallerReady; confer with T. McNamara re: status of CFPB request. | 0.20 | 35.00 |
| | DCM | Review CFPB request for DebtPayPro data; research data previously provided to CFPB; review prior correspondence with counsel for DebtPayPro; draft email to T. McNamara re: status of CFPB request. | 2.50 | 437.50 |
| 9/7/2021 | DCM | Confer with T. McNamara re: CFPB requests for DebtPayPro and CallerReady data. | 0.20 | 35.00 |
| 9/8/2021 | DCM | Call with CFPB and T. McNamara; confer with T. McNamara re: data collected during initial entry. | 0.40 | 70.00 |
| | DCM | Review third-party productions; begin to draft summary for T. McNamara. | 0.50 | 87.50 |
| | DCM | Draft email to CFPB re: status of CallerReady data request; forward to T. McNamara for review; review and revise T. McNamara edits. | 1.00 | 175.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/8/2021 | DCM | Review files to determine universe of data collected during initial entry; confer with L. Jones re: status of defendants' QuickBooks; draft summary for T. McNamara. | 3.60 | 630.00 |
| | AMG | Prepare email and compile supporting documents to C. Dunn-Soto re: potential bad faith claims. | 1.00 | 450.00 |
| 9/9/2021 | DCM | Confer with T. McNamara re: summary of data collected during initial entry. | 0.40 | 70.00 |
| 9/10/2021 | DCM | Review site diagrams and inventories of items collected during initial entry. | 0.40 | 70.00 |
| | DCM | Travel to/from storage unit to inventory computers; briefly confer with T. McNamara re: inventory. | 1.20 | 210.00 |
| 9/13/2021 | DCM | Prepare for call re: ESI collections; call with computer forensics expert J. Cipollini re: ESI collections; draft summary of call re: ESI collections for T. McNamara. | 0.20 | 35.00 |
| 9/14/2021 | DCM | Prepare for call with attorney A. Watts re: DebtPayPro; call with A. Watts re: access to DebtPayPro; review follow up correspondence from A. Watts; draft summary of phone call and correspondence for T. McNamara. | 1.90 | 332.50 |
| 9/15/2021 | DCM | Review summary of defendants' accounts provided by CallerReady; correspond with CallerReady re: same. | 0.50 | 87.50 |
| 9/17/2021 | DCM | Confer with T. McNamara in preparation for call with CFPB re: evidence collected from receivership site and participate in same; follow up re: CFPB request for Monday.com data. | 1.60 | 280.00 |
| 9/21/2021 | LDS | Evaluate potential insurance claim and potential counsel; review related correspondence and confer with A. Greene re: same. | 0.50 | 237.50 |
| | AMG | Correspond with L. Smith and T. McNamara re: potential insurance claims. | 0.20 | 90.00 |
| | AMG | Review analysis from C. Dunn-Soto re: insurance claims and call with C. Dunn-Soto re: same. | 0.50 | 225.00 |
| 9/27/2021 | AMG | Call with G. Moses re: excess funds in debtor's estate; research grounds for return of funds to receivership and correspond with G. Moses re: same. | 1.50 | 675.00 |
| 10/1/2021 | DCM | Correspond with T. McNamara and L. Jones re: Fonality. | 0.30 | 52.50 |
| | DCM | Review correspondence from T. McNamara re: call with CFPB and draft response. | 0.40 | 70.00 |
| | DCM | Correspond with CallerReady re: integration with Fonality. | 0.40 | 70.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/1/2021 | DCM | Call with J. Cipollini re: ESI collected during receivership and upcoming telephonic meeting with CFPB. | 0.40 | 70.00 |
| | DCM | Review hosted database for documents related to Fonality and conduct limited other research re: same. | 1.20 | 210.00 |
| 10/4/2021 | DCM | Correspond with J. Cipollini re: upcoming call with CFPB. | 0.10 | 17.50 |
| 10/5/2021 | DCM | Call with T. McNamara, J. Cipollini, and CFPB re: ESI and other evidence gathered during receivership. | 0.80 | 140.00 |
| | DCM | Prepare for upcoming call with CFPB; review previous summaries of ESI collection and past correspondence with DebtPayPro re: account reactivation; review ESI collection sheet; draft topics for discussion; call with J. Cipollini re: forensic images of key defendants' computers; confer with T. McNamara re: same. | 2.50 | 437.50 |
| | AMG | Call with CFPB re: issues concerning payment processor. | 0.30 | 135.00 |
| 10/11/2021 | DCM | Review documents received from NMC and begin to prepare summary of same. | 1.50 | 262.50 |
| | AMG | Analyze confidentiality issues re: production of records to plaintiff. | 0.30 | 135.00 |
| 10/12/2021 | DCM | Finalize summary of documents received from NMC; correspond with A. Greene and T. McNamara re: same. | 0.20 | 35.00 |
| | DCM | Confer with A. Greene re: document production. | 0.30 | 52.50 |
| | DCM | Compile documents received from NMC for production; review emails re: bates range gap. | 1.50 | 262.50 |
| | AMG | Confer with T. McNamara re: providing certain documents to plaintiffs. | 0.20 | 90.00 |
| | AMG | Confer with D. Magee re: productions of documents by payment processor and review same. | 0.30 | 135.00 |
| 10/19/2021 | CJBG | Research and draft memorandum re: receiver's ability to waive privilege on behalf of Receivership Defendants. | 3.20 | 1,040.00 |
| | AMG | Correspond with court re: status of lead provider settlement approval. | 0.30 | 135.00 |
| 10/20/2021 | DCM | Review third-party documents previously compiled for production; confer with A. Greene re: production of third-party documents to CFPB; correspond with A. Greene re: same. | 0.40 | 70.00 |
| | AMG | Review documents obtained from third party and correspond with CFPB re: same. | 0.60 | 270.00 |
| 10/22/2021 | CJBG | Continue to draft, review, and revise memorandum re: receiver's ability to waive privilege. | 2.50 | 812.50 |

SLAM Receivership                                                                    Page    13

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/29/2021 | CJBG | Begin to draft letter to defense counsel re: waiver of privilege. | 0.20 | 65.00 |
|  | AMG | Review and revise status update for website. | 0.30 | 135.00 |
| | **TOTAL FEES** | | **223.40** | **$83,123.50** |

**DISBURSEMENTS**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 5/31/2021 | Online research: Westlaw | | 8.12 |
| 6/30/2021 | Online research: Westlaw | | 119.85 |
| 7/7/2021 | Other: Fees re: JAMS Mediation | | 1,966.67 |
| 7/31/2021 | Online research: Westlaw | | 22.09 |
| 9/30/2021 | Online research: PACER | | 66.30 |
| | Online research: Westlaw | | 267.82 |
| | **TOTAL DISBURSEMENTS** | | **$2,450.85** |
| | **TOTAL CURRENT CHARGES** | | **$85,574.35** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew M. Greene | 100.90 | 450.00 | $45,405.00 |
| Cornelia J. B. Gordon | 17.70 | 325.00 | $5,752.50 |
| Kate Wachsman | 35.30 | 295.00 | $10,413.50 |
| Logan D. Smith | 31.30 | 475.00 | $14,867.50 |
| David C. Magee | 38.20 | 175.00 | $6,685.00 |

# McNamara Smith LLP

November 19, 2021

|  |  |
|---|---|
| **Invoice No:** | 11370 |
| **Our File No.:** | 2112-02MS-01 |
| **For Services Through:** | 10/31/2021 |

Matter:   SLAM Receivership - NMC submatter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $28,265.50 |
| Total Disbursements | $9.08 |
| **Grand Total** | **$28,274.58** |

EXHIBIT B
Page 35

# McNamara Smith LLP

|  |  |
|---|---|
| **Invoice No.:** | 11370 |
| **Our File No.:** | 2112-02MS-01 |
| **For Services Through:** | 10/31/2021 |

Matter:  SLAM Receivership - NMC submatter

## PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 5/10/2021 | LDS | Review chronology re: role of third-party service provider; conduct research re: additional potential defendant. | 0.60 | 285.00 |
| 5/11/2021 | LDS | Review third-party service provider's claims and conduct fact research on potential claims against third party and third-party service provider. | 1.20 | 570.00 |
|  | AMG | Research and draft complaint against third-party service provider. | 1.20 | 540.00 |
| 5/21/2021 | LDS | Review recently filed briefs in bankruptcy trustee's case against third-party service provider. | 0.80 | 380.00 |
| 5/24/2021 | AMG | Continue to prepare complaint against third-party service provider. | 1.60 | 720.00 |
| 5/25/2021 | AMG | Continue to prepare complaint against third-party service provider. | 1.50 | 675.00 |
| 5/27/2021 | AMG | Continue to prepare complaint against third-party service provider. | 2.80 | 1,260.00 |
| 5/28/2021 | LDS | Review materials in support of draft complaint against third-party service provider. | 0.50 | 237.50 |
| 6/3/2021 | LDS | Conduct research on third-party service provider; conduct research re: Payment World and Zeek Rewards. | 1.20 | 570.00 |
|  | LDS | Review and revise complaint against third-party service provider; send revisions to A. Greene. | 1.20 | 570.00 |
|  | AMG | Research and draft inserts for complaint re: third-party service provider. | 1.20 | 540.00 |
| 6/4/2021 | AMG | Review L. Smith's revisions to complaint against third-party service provider and confer with L. Smith re: same. | 0.80 | 360.00 |
| 6/7/2021 | AMG | Review and revise complaint against third-party service provider. | 1.10 | 495.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/8/2021 | AMG | Continue to revise complaint against third-party service provider. | 2.00 | 900.00 |
| 6/15/2021 | AMG | Continue preparation of draft complaint re: third-party service provider. | 1.80 | 810.00 |
| 6/21/2021 | LDS | Draft complaint against third-party service provider; review related documents; confer with A. Greene re: same. | 1.20 | 570.00 |
|  | AMG | Review edits and revise complaint against third-party service provider; confer with L. Smith re: same. | 0.80 | 360.00 |
| 6/25/2021 | CJBG | Review and revise draft complaint against third-party service provider. | 1.30 | 422.50 |
| 6/28/2021 | AMG | Finalize and file third-party service provider complaint and prepare ancillary documents; review local rules and orders. | 1.10 | 495.00 |
| 7/6/2021 | AMG | Call with counsel for NMC re: acceptance of service. | 0.20 | 90.00 |
|  | AMG | Review waiver of service requirements; draft email to counsel for NMC with complaint and related forms. | 0.90 | 405.00 |
| 7/8/2021 | AMG | Call with counsel for NMC re: return of service waiver and related issues. | 0.20 | 90.00 |
| 7/12/2021 | AMG | Correspond with J. Lai's counsel re: service and prepare documents for waiver. | 0.80 | 360.00 |
| 7/14/2021 | AMG | Review Swift Payments and J. Lai waiver of service documents and confer with J. Jacobs re: same. | 0.20 | 90.00 |
| 7/27/2021 | AMG | Call with counsel for NMC re: requested extension of time to respond. | 0.20 | 90.00 |
| 8/2/2021 | AMG | Call with counsel for NMC re: extension of time and prepare correspondence re: agreement for same. | 0.30 | 135.00 |
| 8/11/2021 | AMG | Call with counsel for NMC re: extension of time to respond to complaint. | 0.20 | 90.00 |
| 8/28/2021 | AMG | Confer with L. Smith re: meet and confer correspondence. | 0.30 | 135.00 |
|  | LDS | Confer with A. Greene re: meet and confer correspondence. | 0.30 | 142.50 |
| 8/30/2021 | AMG | Correspond with counsel for Swift Payments and J. Lai re: extension of time to respond to complaint. | 0.20 | 90.00 |
|  | AMG | Call with NMC's counsel re: meet and confer letter and extension of time to respond. | 0.30 | 135.00 |
|  | AMG | Review and revise proposed stipulation re: extension of time to respond and correspond with counsel for NMC re: same. | 0.30 | 135.00 |
|  | AMG | Review and analyze meet and confer correspondence from NMC's counsel. | 0.40 | 180.00 |
|  | AMG | Confer with L. Smith and T. McNamara re: meet and confer correspondence from NMC's counsel. | 0.30 | 135.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/30/2021 | LDS | Confer with A. Greene and T. McNamara re: meet and confer correspondence from NMC's counsel. | 0.30 | 142.50 |
| 9/7/2021 | KW | Internal meeting re: meet and confer letter and response thereto. | 0.50 | 147.50 |
|  | KW | Review case law and work on rebuttal arguments to NMC's counsel re: meet and confer. | 1.50 | 442.50 |
|  | LDS | Confer with A. Greene and K. Wachsman re: meet and confer. | 0.50 | 237.50 |
|  | AMG | Confer with L. Smith and K. Wachsman re: meet and confer letter and response thereto. | 0.50 | 225.00 |
| 9/8/2021 | KW | Prepare response for meet and confer with assessments of legal arguments. | 2.40 | 708.00 |
|  | AMG | Correspond with opposing counsel re: meet and confer scheduling. | 0.20 | 90.00 |
|  | AMG | Correspond with counsel for Swift Payments and J. Lai re: extension and prepare stipulation re: same. | 0.50 | 225.00 |
| 9/9/2021 | KW | Analyze and prepare meet and confer response and outline re: NMC. | 0.80 | 236.00 |
| 9/10/2021 | KW | Continue to analyze and prepare meet and confer response and outline re: NMC. | 1.80 | 531.00 |
|  | AMG | Review correspondence with opposing counsel re: return of funds and analyze potential amendment issues. | 0.80 | 360.00 |
| 9/13/2021 | KW | Meet with A. Greene and L. Smith re: strategy for meet and confer with NMC. | 0.40 | 118.00 |
|  | AMG | Meet with L. Smith and K. Wachsman re: meet and confer strategy. | 0.40 | 180.00 |
|  | AMG | Attend meet and confer with opposing counsel re: proposed motion to dismiss. | 1.20 | 540.00 |
|  | LDS | Attend meet and confer with opposing counsel re: proposed motion to dismiss. | 1.20 | 570.00 |
| 9/14/2021 | AMG | Review notes from meet and confer with opposing counsel and research Section 421 and accounting claims. | 1.20 | 540.00 |
| 9/17/2021 | AMG | Correspond with opposing counsel re: motion dates and confer with L. Smith re: same. | 0.30 | 135.00 |
| 9/20/2021 | AMG | Review and analyze local rules re: discovery obligations and Rule 26 conference requirements; confer with L. Smith re: same. | 0.60 | 270.00 |
|  | AMG | Confer with L. Smith re: scheduling stipulation and call with opposing counsel re: same. | 0.20 | 90.00 |
|  | AMG | Prepare stipulation re: briefing schedule and revise same. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/20/2021 | LDS | Confer with A. Greene re: scheduling stipulation and participate in call with opposing counsel re: same. | 0.20 | 95.00 |
| 9/21/2021 | AMG | Revise and circulate joint stipulation and proposed order re: FAC and briefing schedule. | 0.60 | 270.00 |
| 9/22/2021 | AMG | Correspond with counsel for Swift Payments and J. Lai re: stipulation and research re: potential defenses to claims. | 0.80 | 360.00 |
| 9/29/2021 | AMG | Review notes re: meet and confer and analyze potential amendment to complaint. | 0.40 | 180.00 |
| 9/30/2021 | AMG | Meet with L. Smith and T. McNamara to discuss status and strategy re: defense counsel positions and arguments. | 0.40 | 180.00 |
| | LDS | Meet with T. McNamara and A. Greene to discuss status and strategy re: NMC's arguments. | 0.40 | 190.00 |
| 10/11/2021 | LDS | Review materials re: NMC's conduct and potential legal arguments re: same for preparation of amended complaint. | 0.40 | 190.00 |
| | CJBG | Begin to review and revise draft first amended complaint to address issues raised by opposing counsel in meet and confer. | 3.80 | 1,235.00 |
| 10/12/2021 | CJBG | Continue to review and revise draft first amended complaint to address issues raised by opposing counsel in meet and confer. | 2.70 | 877.50 |
| 10/13/2021 | CJBG | Search for additional documents for inclusion in first amended complaint; review and revise draft first amended complaint to incorporate same. | 2.90 | 942.50 |
| 10/14/2021 | LDS | Review materials re: defendant K. Wen and evaluate impact; review related correspondence from C. Gordon. | 0.40 | 190.00 |
| | CJBG | Continue to search for additional documents for inclusion in first amended complaint; review and revise draft first amended complaint to incorporate same. | 3.80 | 1,235.00 |
| 10/15/2021 | LDS | Review and revise amended complaint; confer with C. Gordon re: same. | 1.20 | 570.00 |
| 10/16/2021 | CJBG | Review and revise draft first amended complaint, focusing on sections addressing perjury by J. Lai and discussion of NMC's $1 million transfer. | 1.20 | 390.00 |
| 10/17/2021 | LDS | Review and revise amended complaint; draft email re: revised draft. | 0.80 | 380.00 |
| 10/18/2021 | DCM | Review draft first amended complaint; confer with C. Gordon re: same. | 1.20 | 210.00 |
| | CJBG | Review, revise, and finalize draft first amended complaint. | 3.10 | 1,007.50 |
| | LDS | Review final copy of amended complaint and make final revisions for C. Gordon. | 1.20 | 570.00 |

SLAM Receivership - NMC submatter                                                                Page      5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 10/28/2021 | CJBG | Search hosted database for correspondence with third-party service provider. | 0.50 | 162.50 |
| | | **TOTAL FEES** | **70.70** | **$28,265.50** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|---|
| 9/30/2021 | Postage | 0.53 |
| 10/31/2021 | Postage | 8.55 |
| | **TOTAL DISBURSEMENTS** | **$9.08** |
| | **TOTAL CURRENT CHARGES** | **$28,274.58** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew M. Greene | 29.20 | 450.00 | $13,140.00 |
| Cornelia J. B. Gordon | 19.30 | 325.00 | $6,272.50 |
| Kate Wachsman | 7.40 | 295.00 | $2,183.00 |
| Logan D. Smith | 13.60 | 475.00 | $6,460.00 |
| David C. Magee | 1.20 | 175.00 | $210.00 |