**EXHIBIT A**

THE PEOPLE OF THE STATE OF CALIFORNIA
MICHAEL N. FEUER, City Attorney
JOSE A. EGURBIDE, Chief
WILFREDO R. RIVERA, Deputy Chief
CHRISTINA V. TUSAN
Supervising Deputy City Attorney (CA Bar No. 192203)
WILLIAM PLETCHER
Deputy City Attorney (CA Bar No. 212664)
LOUISA O. KIRAKOSIAN
Deputy City Attorney (CA Bar No. 271983)
OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 978-8707/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / louisa.kirakosian@lacity.org
*Attorneys for Plaintiff the People of the State of California*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>        Defendants. | CASE NO. 8:19-cv-01998-MWF-KS<br><br>**PLAINTIFF PEOPLE OF THE STATE OF CALIFORNIA'S NOTICE OF DEPOSITION OF DEFENDANT KAINE WEN (AN INCARCERATED PERSON)**<br><br>Date: May 6, 2022<br>Time: 9:00 am PDT |

1

**PEOPLE OF THE STATE OF CALIFORNIA'S NOTICE OF DEPOSITION OF DEFENDANT KAINE WEN**

PLEASE TAKE NOTICE, that Plaintiff the People of the State of California will take the deposition of Defendant Kaine Wen pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). The deposition will take place on **May 6, 2022, at 9:00 a.m. PDT via telephone conference at FCI Sheridan**. The deposition will be taken upon oral examination before an officer authorized to administer oaths and take testimony in accordance with the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means.  The deposition will continue for seven hours, but if ordered by the Court may continue from day to day, as necessary, until completed. Telephone conference details will be provided by the People of the State of California or court reporter to all parties and their counsel in advance of the deposition.

Dated:_____, 2022                          Respectfully submitted,

# CERTIFICATE OF SERVICE

I, _____ certify that on _____ 2022, I caused to be served by email[1] the People of the State of California's Notice of Deposition of Defendant Kaine Wen on each of the following parties:

1. **Evan Romanoff *(Pro Hac Vice)***
   **Assistant Attorney General**
   **The State of Minnesota**
   445 Minnesota Street, Suite 1200
   St. Paul, MN 55101-2130
   evan.romanoff@ag.state.mn.us
   *Attorney for Plaintiff the State of Minnesota*

2. **M. Lynne Weaver *(Pro Hac Vice)***
   **Michael T. Henry**
   **North Carolina Department of Justice**
   114 W. Edenton Street
   Raleigh, NC 27602
   lweaver@ncdoj.gov
   *Attorneys for Plaintiff the State of North Carolina*

3. **Sarah Preis (DC Bar No. 997387)**
   **Jesse Stewart (Pro Hac Vice)**
   **Nathan Dimock (Pro Hac Vice)**
   **Leanne E. Hartmann (CA Bar No. 264787) – Local Counsel**
   301 Howard Street, Suite 1200
   San Francisco, CA 94105
   leanne.hartmann@cfpb.gov
   *Attorneys for Plaintiff Bureau of Consumer Financial Protection*

4. **Matthew Eanet**
   **Eanet PC**
   550 South Hope Street, Suite 750
   Los Angeles, CA 90071
   matt@eanetpc.com
   *Attorney for Defendant Kaine Wen and Relief Defendants Hold the Door Corp. and Mice and Men LLC*

---

[1] Each of the listed parties have consented in writing to accept service of discovery requests and responses in this matter via e-mail. *See* Fed. R. Civ. P. 5(b)(2)(F).

5. **Marc S. Williams**
   **Cohen Williams LLP**
   724 South Spring Street, 9th Floor
   Los Angeles, CA 90014
   mwilliams@cohen-williams.com
   *Attorney for Defendants Prime Consulting LLC, TAS 2019 LLC, and Horizon Consulting LLC*

6. **Julian Burns King**
   **King & Siegel LLP**
   724 South Spring Street, Suite 201
   Los Angeles, CA 90014
   Tel.: 213-465-4802
   julian@kingsiegel.com
   *Attorney for Defendant Albert Kim and Relief Defendants 1st Generation Holdings, LLC, Infinite Management Corp., and Albert Kim*

Dated:_____, 2022                    By: