# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998-MWF-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO TAKE THE DEPOSITION OF DEFENDANT KAINE WEN, AN INCARCERATED PERSON** |

The Court received Plaintiffs' Application to Take the Deposition of Defendant Kaine Wen on May 6, 2022, or as soon thereafter as scheduling of the inmate's deposition permits consistent with this Court's scheduling order. For good cause shown, the application is **GRANTED**. Plaintiffs may depose Defendant Kaine Wen in accordance with the Federal Rules of Civil Procedure and the Federal Correctional Institution's rules and regulations, including the presence of a correctional officer during the deposition, and may take the deposition by remote means, including by taking the deposition before certified stenographer attending remotely, as necessary.

**IT IS SO ORDERED.**

Dated: _____

_____
UNITED STATES DISTRICT JUDGE