EANET, PC
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone: 310-775-2495
Facsimile: 310-593-2589
matt@eanetpc.com
*Attorney For Defendant Kaine Wen*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants, and <br><br> Infinite Management Corp., f/k/a Infinite Management Solutions Inc., et al. <br><br> Relief Defendants. | Case No. SACV 19-1998-MWF(Ksx) <br><br> **DEFENDANT KAINE WEN'S OBJECTION/OPPOSITION TO PLAINTIFF PEOPLE OF THE STATE OF CALIFORNIA'S EX PARTE APPLICATION FOR LEAVE TO DEPOSE INMATE** <br><br> Date: May 6, 2022 <br> Time: 9:00 a.m. |

DEFENDANT KAINE WEN'S OPPOSITION TO EX PARTE APPLICATION

Defendant Kaine Wen ("Mr. Wen") respectfully submits this Objection/ Opposition to Plaintiff the People of the State of California's ("Plaintiff") Ex Parte Application for Leave to Depose Inmate (the "Ex Parte Application") [ECF 355], as follows:

## I. **OPPOSITION**

The Court should deny the Ex Parte Application. The deposition of a person confined in prison may be taken only by leave of court and on such terms as the court prescribes. Fed. R. Civ. P. 30(a)(2)(B).

As stated in the Ex Parte Application, Mr. Wen "is currently confined in the custody of the Federal Correctional Institute in Sheridan, Oregon[.]" The Bureau of Prisons <u>has not</u> and <u>will not</u> currently allow visitors to Mr. Wen as a result of COVID-19 restrictions and protections in place at the facility as a result of which Mr. Wen's counsel has been unable to meet with him and to have attorney-client privileged communications and will not be able to meaningfully prepare or participate in his deposition.

The Declaration submitted by Plaintiff in support of the Ex Parte, by Louisa O. Kiradosian, Deputy City Attorney for the City of Los Angeles, itself acknowledges the limitations and restrictions in place at the Federal Correctional Institute in Sheridan, Oregon where Mr. Wen is in custody. Kiradosian declares: "I emailed FCI Sheridan and received a response from Correctional Counselor Brian Gould that FCI Sheridan is limiting all interactions with inmates" and that "the facility's current COVID-19 policy does not permit in person or video conference depositions." Declaration of Louisa O. Kirakosian, Esq., ¶2, at 4:10-13.

Moreover, Mr. Wen's deposition is unnecessary as Plaintiffs in this action have previously propounded substantial written discovery as to which Mr. Wen has provided meaningful responses.

## II. **CONCLUSION**

For the foregoing reasons, Mr. Wen respectfully requests that the Court should deny the Ex Parte Application.

1
2  Dated: March 18, 2022                EANET, PC
3
                                        By: _____
4
                                            Matthew L. Eanet
5                                       Attorneys for Defendant Kaine Wen
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
DEFENDANT KAINE WEN'S OPPOSITION TO EX PARTE APPLICATION