# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998-MWF-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO TAKE THE DEPOSITION OF DEFENDANT KAINE WEN, AN INCARCERATED PERSON** |

1    The Court received Plaintiffs' Application to Take the Deposition of
2 Defendant Kaine Wen on May 6, 2022, or as soon thereafter as scheduling of the
3 inmate's deposition permits consistent with this Court's scheduling order. For
4 good cause shown, the application is **GRANTED**. Plaintiffs may depose
5 Defendant Kaine Wen in accordance with the Federal Rules of Civil Procedure and
6 the Federal Correctional Institution's rules and regulations, including the presence
7 of a correctional officer during the deposition, and may take the deposition by
8 remote means, including by taking the deposition before certified stenographer
9 attending remotely, as necessary.

10    **IT IS SO ORDERED.**

12    Dated:  March 22, 2022

                                    *Karen L. Stevenson*
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE