1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Court:  Hon. Michael W. Fitzgerald<br>Courtroom 5A |
|---|---|

    This Court, having considered Plaintiff the Bureau of Consumer Financial Protection's Application for Leave to File Under Seal Pursuant to L.R. 79-5.2.2(b), as well as any related filings from Defendant Kaine Wen, and there being no just cause for delay, hereby grants the Application. Accordingly, **IT IS HEREBY ORDERED** that the Application for Leave to File Under Seal Pursuant to L.R.

1

ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

79-5.2.2(b) is **GRANTED** and Plaintiff may file the following documents under seal as set forth below:

| Exhibit No. | Document Description | Ruling |
|---|---|---|
| 1 | ECF No. 275-1: Wen's Supplement to Amended and Corrected Individual Financial Statement | Redacted as Proposed by Defendant Wen |
| 2 | Kaine Wen March 4, 2021 Deposition Transcript (Excerpts), Select Exhibits, and Errata | Redacted as Proposed by Defendant Wen |
| 3 | Bates begin CFPB-Poloniex-00000101: Kaine Wen Poloniex.com account document | Redacted as Proposed by Defendant Wen |
| 4 | Bates begin CFPB-Poloniex-00000106: Kaine Wen identification document | Redacted as Proposed by Defendant Wen |
| 5 | Bates begin CFPB-BITSTAMP-00000001: Kaine Wen Bitstamp.net account document (account history) | Redacted as Proposed by Defendant Wen |
| 6 | Bates begin CFPB-BITSTAMP-00000011: Kaine Wen Bitstamp.net account document (account information) | Redacted as Proposed by Defendant Wen |
| 7 | Bates begin CFPB-BITSTAMP-00000034: Kaine Wen bank letter | Redacted as Proposed by Defendant Wen |
| 8 | Bates begin CFPB-BITTREX-00000004: Kaine Wen Bittrex.com account document (deposits and withdrawals) | Redacted as Proposed by Defendant Wen |

| 9 | Bates begin CFPB-BITTREX-00000006: Kaine Wen identification document | Redacted as Proposed by Defendant Wen |
|---|---|---|
| 10 | Bates begin BHL-CFPB-00000001: Kaine Wen Binance.com account document | Redacted as Proposed by Defendant Wen |
| 11 | Bates begin HDR-CFPB-000001: "Wen Ding" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 12 | Bates begin HDR-CFPB-000008: "Wen Ding" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 13 | Bates begin HDR-CFPB-000011: "Lie Wen" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 14 | Bates begin HDR-CFPB-000020: "Lie Wen" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 15 | Bates begin HDR-CFPB-000023: "Dan Dai" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 16 | Bates begin HDR-CFPB-000030: "Dan Dai" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 17 | Bates begin R-021634-00000002: JPMorgan Chase & Co. account document | Redacted as Proposed by Defendant Wen |

1  It is **FURTHER ORDERED** that the Bureau may file a public version of the
2  Renewed Contempt Motion and any supporting declarations by redacting the
3  information designated by this Order as appropriate for sealing, as well as
4  unredacted versions of the same under seal.

6  DATED: _____        _____

             Michael W. Fitzgerald

             United States District Judge