SARAH PREIS (D.C. Bar No. 997387)
(Admitted *pro hac vice*)
Tel.: (202) 435-9318
Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(Admitted *pro hac vice*)
Tel.: (202) 435- 9641
Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(Admitted *pro hac vice*)
Tel.: (202) 435-9198
Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (C.A. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200
San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE RELATED TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO L.R. 79-5.2.2(b)**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Declaration of Jesse Stewart in Support of Plaintiff's Application for Leave to File Under Seal Pursuant to L.R. 79-5.2.2(b), ECF No. 361, and all corresponding unredacted exhibits, ECF No. 361-1, were served on March 23, 2022, by email on Matthew Eanet, Counsel to Defendant Kaine Wen, at the following email address: matt@eanetpc.com.

I further certify under L.R. 79-5.3 that service of the above-referenced under-seal documents on other parties should not be required due to Defendant Wen's concerns regarding confidentiality of the information contained in the Declaration of Jesse Stewart and all corresponding exhibits, and because those parties do not have a known interest in this motion. Accordingly, the Bureau has not otherwise served the foregoing Application for Leave to File Under Seal or related documents on the remaining parties in this matter.

Dated: March 23, 2022                    Respectfully Submitted,

/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
Admitted *pro hac vice*
*Attorney for Plaintiff Bureau of Consumer Financial Protection*