1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> Court:  Hon. Michael W. Fitzgerald <br> Courtroom 5A |

This Court, having considered Plaintiff the Bureau of Consumer Financial Protection's Application for Leave to File Under Seal Pursuant to L.R. 79-5.2.2(b), as well as any related filings from Defendant Kaine Wen, and there being no just cause for delay, hereby grants the Application. Accordingly, **IT IS HEREBY ORDERED** that the Application for Leave to File Under Seal Pursuant to L.R.

79-5.2.2(b) is **GRANTED** and Plaintiff may file the following documents under seal as set forth below:

| Exhibit No. | Document Description | Ruling |
|---|---|---|
| 1 | ECF No. 275-1: Wen's Supplement to Amended and Corrected Individual Financial Statement | Redacted as Proposed by Defendant Wen |
| 2 | Kaine Wen March 4, 2021 Deposition Transcript (Excerpts), Select Exhibits, and Errata | Redacted as Proposed by Defendant Wen |
| 3 | Bates begin CFPB-Poloniex-00000101: Kaine Wen Poloniex.com account document | Redacted as Proposed by Defendant Wen |
| 4 | Bates begin CFPB-Poloniex-00000106: Kaine Wen identification document | Redacted as Proposed by Defendant Wen |
| 5 | Bates begin CFPB-BITSTAMP-00000001: Kaine Wen Bitstamp.net account document (account history) | Redacted as Proposed by Defendant Wen |
| 6 | Bates begin CFPB-BITSTAMP-00000011: Kaine Wen Bitstamp.net account document (account information) | Redacted as Proposed by Defendant Wen |
| 7 | Bates begin CFPB-BITSTAMP-00000034: Kaine Wen bank letter | Redacted as Proposed by Defendant Wen |
| 8 | Bates begin CFPB-BITTREX-00000004: Kaine Wen Bittrex.com account document (deposits and withdrawals) | Redacted as Proposed by Defendant Wen |

| | | | |
|---|---|---|---|
| 1 2 | 9 | Bates begin CFPB-BITTREX-00000006: Kaine Wen identification document | Redacted as Proposed by Defendant Wen |
| 3 4 | 10 | Bates begin BHL-CFPB-00000001: Kaine Wen Binance.com account document | Redacted as Proposed by Defendant Wen |
| 5 6 7 | 11 | Bates begin HDR-CFPB-000001: "Wen Ding" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 8 9 10 | 12 | Bates begin HDR-CFPB-000008: "Wen Ding" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 11 12 13 | 13 | Bates begin HDR-CFPB-000011: "Lie Wen" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 14 15 16 | 14 | Bates begin HDR-CFPB-000020: "Lie Wen" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 17 18 19 | 15 | Bates begin HDR-CFPB-000023: "Dan Dai" Bitmex.com account document (account information) | Redacted as Proposed by Defendant Wen |
| 20 21 22 | 16 | Bates begin HDR-CFPB-000030: "Dan Dai" Bitmex.com account document (wallet information) | Redacted as Proposed by Defendant Wen |
| 23 24 | 17 | Bates begin R-021634-00000002: JPMorgan Chase & Co. account document | Redacted as Proposed by Defendant Wen |

It is **FURTHER ORDERED** that the Bureau may file a public version of the Renewed Contempt Motion and any supporting declarations by redacting the information designated by this Order as appropriate for sealing, as well as unredacted versions of the same under seal.

DATED: March 24, 2022

Michael W. Fitzgerald

United States District Judge