# Exhibit No. 1

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>        Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**REPORT OF PAMELA A. CLEGG, MBA, CAMS**<br><br>Court:   Hon. Michael W. Fitzgerald |

# TABLE OF CONTENTS

I.  Introduction ...................................................................................................1

   A.  Qualifications ...........................................................................................1

   B.  Background...............................................................................................2

   C.  Assignment ..............................................................................................2

   D.  Summary of Conclusions .........................................................................3

II.  Background, Methodology, and Results ......................................................4

   A.  Background Information About Cryptocurrency and Blockchains .............4

   B.  Blockchain Analysis and Tracing Methodology........................................9

   C.  Results of Tracing Wen's Holdings and Transactions...............................12

     1.  Wen's known cryptocurrency exchange accounts ...................................12

     2.  Wen highly likely has controlled about REDACTED BTC at 17 unhosted wallet addresses associated with a consolidating transaction funding Wen's Bittrex Account .................................................................................................13

     3.  Wen most likely has controlled the "Dan Dai" Bitmex account .............16

     4.  Wen most likely has controlled nine unhosted wallet addresses associated with addresses or exchange accounts attributable to Wen.................................18

     5.  Wen most likely has controlled two ETH addresses that received funds from Wen's Poloniex and Bitmex Accounts.....................................................25

     6.  Wen most likely transferred over REDACTED ETH since October 25, 2019....27

   D.  Additional Observations About the Methodology and Conclusions ..........28

III.  Conclusion.......................................................................................................28

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# I.   Introduction

## A. Qualifications

1.    I possess over 15 years of diplomatic and private sector experience, including but not limited to experience with cryptocurrency, counternarcotics, counterterrorism, money laundering, financial crime, cybercrime, and security. I have over a decade of international experience producing intelligence reports, country risk assessments and concept of operations (ConOps), as well as carrying out investigations mostly in Latin America with the U.S. Government.

2.    Since transitioning to the private sector, I received my Certified Anti-Money Laundering Specialist (CAMS) certification from the Association of Certified Anti-Money Laundering Specialists and a certificate in cryptocurrency from MIT Media Lab.

3.    I am currently Vice President of Financial Investigations for CipherTrace, a global leader in cryptocurrency intelligence and blockchain security. In that role, I work with governments, law enforcement officials, regulators, law firms, and financial institutions around the world to conduct blockchain forensic investigations. In addition, my Professional Services department provides global training on blockchain, investigation of financial crimes, money laundering, and other criminal activity within the cryptocurrency ecosystem.

4.    I have served as an expert witness regarding cryptocurrency in both civil and criminal cases. A list of all cases in which I have testified as an expert witness at trial or deposition in the past four years is attached as **Appendix A**.

5.    I have extensive experience in cryptocurrency tracing, as well as the use of cryptocurrency in human trafficking and other financial crimes. I have conducted trainings and given presentations internationally on cryptocurrency and financial crimes, including presentations and trainings for INTERPOL, the UN,

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

EUROPOL, the Department of Homeland Security (DHS), the Department of Justice (DOJ), and the Department of Treasury (DOT).

6.      My current curriculum vitae, which provides more information about my background, is attached as **Appendix B**. And attached as **Appendix C** is a detailed list of my professional publications going back 10 years.

**B. Background**

7.      It is my understanding that the Consumer Financial Protection Bureau (Bureau) is a plaintiff in litigation titled, *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center, Inc., et al.*, 8:19-cv-01998 MWF, in the United States District Court for the Central District of California. It is my understanding that Kaine Wen is a defendant in the same litigation.

8.      My understanding is that Wen has disclosed certain cryptocurrency holdings to the Bureau, including in financial disclosures dated December 17, 2020 and March 1, 2021, and at his deposition on March 4, 2021.

**C. Assignment**

9.      At the request of the Bureau, I conducted blockchain tracing and analysis to identify Wen's cryptocurrency historical transactional activity, his on-chain cryptocurrency holdings as of October 25, 2019, his on-chain holdings as of the date of this Report, and any additional accounts likely held by Wen at cryptocurrency exchanges.

10.      As part of my work, I relied upon documents relating to accounts at five cryptocurrency exchanges: Bittrex.com, Poloniex.com, Bitmex.com, Bitstamp.net, and Binance.com. I also relied upon Wen's financial disclosures dated December 17, 2020 and March 1, 2021, and his March 4, 2021 deposition transcript.

11.      And I relied on the public blockchain for each cryptocurrency listed in this Report, which I accessed through the following tools: CipherTrace propriety

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

tracing software and the public blockchain explorers etherscan.io and blockchain.com/explorer. I also relied on publicly available blockchain explorers, such as blockchain.com/explorer, to identify and assess associated cryptocurrency addresses. These tools and techniques are further described below.

12.     A list of the specific materials I relied upon for purposes of this report is attached as **Appendix D**.

13.     In connection with my work on this matter, I am being compensated at a rate of $425 per hour. My compensation in this matter is for my analysis of cryptocurrency transactions and blockchain analysis and not dependent on my conclusions, my opinion, or the outcome of the case. I have been assisted in this litigation matter by staff at CipherTrace, who worked under my direction.

**D. Summary of Conclusions**

14.     Since details of cryptocurrency transactions are stored within the blockchain, one can review the movement of cryptocurrency over time on the blockchain and apply blockchain analytic techniques to identify relationships between addresses and transactions. I used several common blockchain analytic techniques to assess Wen's cryptocurrency holdings and transactions. I used a blockchain analytics tool, CipherTrace's Inspector product, to apply analytical techniques using CipherTrace attribution and industry standard address clustering. These techniques are further discussed below.

15.     Based on this analysis, it is my professional opinion that, as of October 25, 2019, Wen most likely controlled REDACTED bitcoin (BTC) at 24 BTC addresses and REDACTED ether (ETH) at two ETH addresses.

16.     Further, it is my professional opinion that, as of the date of this Report, Wen most likely controls REDACTED BTC at 25 BTC addresses and REDACTED ETH at two ETH addresses.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

17.     **Figure E-1** at **Appendix E** summarizes each BTC and ETH address that I attribute to Wen, the cryptocurrency held at the address as of October 25, 2019, the cryptocurrency held at the address as of the date of this Report, and a summary of my basis for and confidence level in attributing the address to Wen.

18.     It is also my professional opinion that Wen most likely executed 20 cryptocurrency transactions after October 25, 2019, that transferred <span style="color:red">REDACTED</span> ETH to addresses, cryptocurrency exchange accounts, or protocol addresses that I cannot attribute to Wen.

19.     The basis for each one of the above conclusions is explained in Section II, below. Unless I state that something is based on my professional opinion, all statements in Section II(C) and (D) of this Report summarize the evidence available to me.

20.     My analysis and conclusions about cryptocurrency that Wen most likely held is limited to cryptocurrency held or transferred on-chain, and does not include cryptocurrency Wen might have held at cryptocurrency exchange accounts, such as Bitmex.com, Binance.com, or others. I attribute certain exchange accounts as highly or most likely controlled by Wen, however, I do not assess the total cryptocurrency held at those accounts at the times relevant to this Report, and therefore those amounts are not included in my conclusions about Wen's holdings.

## II.     Background, Methodology, and Results

### A. Background Information About Cryptocurrency and Blockchains

21.     Virtual currency is a digital representation of value that can be digitally traded and functions as a 1) medium of exchange, 2) unit of account, or 3) store of value. Virtual currency is distinguished from fiat currency, which is the coin or paper money of a country that is designated as its legal tender and circulates, is customarily used as, and is accepted as a medium of exchange in the issuing country. Cryptocurrency is a decentralized convertible virtual currency that

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

is secured via cryptography on a form of distributed ledger technology known as blockchain.[1]

22.     There are number of varieties of cryptocurrencies, including as relevant to this Report, bitcoin (BTC), Bitcoin Cash (BCH), and ether (ETH). Cryptocurrencies are not issued by any government but rather are generated and controlled through computer software operating via a decentralized network.

23.     Cryptocurrency transactions are recorded on what is known as a blockchain. For example, the Bitcoin blockchain records every BTC address that has ever received BTC and maintains records of every transaction for each BTC address. A BTC transaction is complete once it has been added to the blockchain in a block. The Bitcoin blockchain adds a new block about every 10 minutes. The Bitcoin Cash blockchain records data in the same manner, with similar block times, while the Ethereum blockchain records data in the same manner, but adds a block about every 14 seconds.

24.     The cryptocurrency blockchains relevant to this Report, Bitcoin, Bitcoin Cash, and Ethereum, are publicly viewable distributed data structures, mirrored across a peer-to-peer network of computers (nodes) which agree to extend the data structure according to certain principles. That is, a network of computers collectively build out and maintain a record of the blockchain according to an agreed set of principles, and anyone can view the resulting blockchain data. The units of the cryptocurrency implemented by the respective blockchains are recorded in this data structure as belonging to a certain address. This record in itself constitutes the existence of the cryptocurrency asset.

---

[1] *See* FATF Report, Financial Action Task Force, *Virtual Currencies, Key Definitions and Potential AML/CFT Risks* at 4-5 (June 2014), https://www.fatf-gafi.org/media/fatf/documents/reports/Virtual-currency-key-definitions-and-potential-aml-cft-risks.pdf.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

25.     All cryptocurrency, by definition, must be held at an address(es) on the relevant blockchain, such as the Ethereum blockchain or the Bitcoin blockchain. Cryptocurrency addresses are generally unique strings of numbers and letters that serve a function similar to bank account numbers. For example, a user who wishes to send BTC to another user will use the recipient's address to effect that transfer. Often, one user will have more than one address, and there is no limitation on generating new addresses.

26.     For BTC, BCH, and ETH, each cryptocurrency address corresponds to a private key, which is a unique alphanumeric sequence. Given a private key, the corresponding address can be derived, but the reverse is impossible. Possession of the private key for an address is what confers control over the cryptocurrency at that address. Knowledge of the address alone does not enable the creation of a signature that can be verified as valid with that same public address.

27.     In order to send cryptocurrency such as BTC, BCH, or ETH from one address to another, the user in control of the sending address creates a transaction, which specifies how much cryptocurrency, from which address, and the receiving address where the user wishes to send the cryptocurrency. The transaction includes a digital signature of that payment instruction with the private key that corresponds to the sending address. The nodes will verify this signature and, in updating the blockchain, only consider those transactions that come with a valid signature. Little to no personally identifiable information about the payer or payee is transmitted in the BTC, BCH, or ETH transaction itself. Each transaction for these cryptocurrencies are recorded chronologically on the blockchain, forming an immutable chain.[2]

_____

[2] *See* Zach Church, "Blockchain, Explained (May 29, 2017), https://ide.mit.edu/insights/blockchain-explained/.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

28.     A cryptocurrency address and the balance held at the address are publicly visible over the internet for currencies such as BTC, ETH, and BCH.[3] But the addresses for these cryptocurrencies are not directly tied to a specific name, hence these cryptocurrencies are referred to as "pseudonymous."

29.     Cryptocurrency holders use one or more "wallets," which hold the private key(s) that give access to the cryptocurrency at the respective addresses. Unlike a fiat currency account, there is no third-party who can arbitrate upon who is the proper owner of a cryptocurrency address. Generally, multiple addresses, such as BTC, BCH, or ETH addresses, may be generated and controlled from a single piece of wallet software (or a single hardware wallet).

30.     A hierarchical deterministic (HD) wallet is the now-standard form of a wallet in which many pairs of addresses and corresponding private keys are generated from a single underlying "cryptographic seed." This allows for convenient backing-up, as the user need only store the seed, from which all addresses in the wallet and their private keys can be reconstructed.

31.     The usual way to represent this seed for a BTC wallet is a phrase of words (which obeys certain constraints), called a seed phrase. From this seed phrase, one can derive a so-called extended private key. From this private key, in turn, all the private keys belonging to the addresses in the wallet can be derived. Thus, the person controlling a wallet generally controls all addresses held in the wallet.

---

[3] For example, blockchain.com/explorer is a publicly accessible Bitcoin and Bitcoin Cash blockchain explorer, and etherscan.io is a publicly accessible Ethereum blockchain explorer. Both blockchain explorers are commonly used and relied upon in the cryptocurrency industry. Blockchain information for these cryptocurrencies is also accessible to anyone participating directly in the respective blockchains via a node.

32.     Wallets can be hosted or unhosted. A hosted wallet is a digital account hosted by a third-party financial institution digital platform, like a cryptocurrency exchange or custody service, which allows the account holder (the user) to store, send, and receive cryptocurrency via the digital platform. The owner of the digital platform has control of the cryptocurrency held at the digital platform while the account holder owns the cryptocurrency, much like a bank controlling the money in a customer's account on behalf of the customer.

33.     By contrast, an unhosted wallet is not hosted by a third-party financial institution. Unhosted wallets allow for a certain degree of anonymity and concealment of illicit financial activity because it can be very difficult or impossible to determine who is accessing or in control of the use of cryptocurrencies in an unhosted wallet. An unhosted wallet can be software or hardware that allows a user to hold, store, and transfer cryptocurrency. Unhosted wallets hold collections of private and public key pairs. Only persons with access to those private key(s) can control the cryptocurrency held at the corresponding public address(es) associated with the unhosted wallet.

34.     Cryptocurrency exchanges, such as, Poloniex, Binance, and Bitstamp, hold their own addresses on the blockchain, which hold cryptocurrency on behalf of their customers. Multiple customers' cryptocurrency is typically held in the same blockchain address(es) owned by the cryptocurrency exchange. Thus, when a customer conducts a trade on these cryptocurrency exchanges, the movement of cryptocurrency funds does not take place on the blockchain. The cryptocurrency exchange rather retains the same amount of cryptocurrency in its own blockchain account and revises the amount of cryptocurrency held by the respective customers in their accounts at that cryptocurrency exchange.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 1
P. 11

## B. Blockchain Analysis and Tracing Methodology

35.     The blockchain stores the details of every cryptocurrency transaction that occurs on its respective blockchain. Thus, blockchain analysis can involve reviewing transaction histories on the blockchain to follow the movement of funds over time from one address to another—a process called tracing. For example, every BTC transaction ever executed on the blockchain is publicly viewable by downloading a copy of the blockchain or using a publicly available blockchain explorer, such as blockchain.com/explorer. Manually tracing cryptocurrency transactions may be time consuming, but several proprietary tools are available to assist with tracing, including CipherTrace's proprietary tool, which is discussed below.

36.     Another common blockchain analysis technique is to identify address clusters that are under common control. There are several types of clustering analyses. One common technique involves identifying transactions with multiple sending addresses funding the same transaction to one receiving address, often called co-spend or consolidating transactions. Because all cryptocurrency funding the co-spend transaction is transferred through one transaction to the same user, one can therefore infer that all sending addresses are controlled by the same user. The co-spend technique is highly reliable and the most-used metric in commercial blockchain analysis tools.[4]

37.     Another clustering technique is to identify "change" addresses. When cryptocurrency is transferred from a sending to a receiving address, any funds used from that sending address that are not designated for transfer to another party are

---

[4] *See* C. Alden Pelker, Christopher B. Brown, and Richard M. Tucker, *Using Blockchain Analysis from Investigation to Trial*, 69 Dept. of Justice J. of Fed. L. and Prac. 59, 62 (May 2021), https://www.justice.gov/usao/page/file/1403671/download.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

1  transferred to a "change" address, which is also controlled by the sender. Thus, by

2  identifying a change address, one may be able to show that the same user

3  controlling the sending address also controls the change address, thus

4  demonstrating common ownership of the sending address and the change address.[5]

5       38.    Tracing and clustering do not necessarily identify a specific address

6  owner or party to a particular transaction. But the user controlling an address may

7  be ascertained based on information obtained from a source other than the

8  blockchain itself, such as from individual address holders or cryptocurrency

9  exchanges.

10      39.    Blockchain explorers may assist with tracing and clustering, where

11 they visualize blocks, transactions, and blockchain network metrics. CipherTrace's

12 proprietary tracing software, CipherTrace Inspector, is a blockchain explorer that

13 enables investigators to visually "follow the money" for cryptocurrencies such as

14 BTC, BCH, and Litecoin. Further, when analyzing an Unspent Transaction

15 Outputs (UTXOs) based cryptocurrency such as BTC and BCH, CipherTrace

16 Inspector uses co-spend and change address heuristics to cluster addresses together

17 to identify additional addresses under the same control. And CipherTrace Inspector

18 uses a graph database that visually displays public blockchain transactions and data

19 with relationships to an anchor transaction. Like other blockchain explorers, the

20 transaction information that CipherTrace Inspector produces is from a public

21 blockchain and can be verified through any other blockchain explorer.

22      40.    CipherTrace Inspector is able to attribute control of some

23 cryptocurrency addresses to certain entities, such as cryptocurrency exchanges. To

24 do this, CipherTrace uses verified open-source data, active targeting of criminal

25

26

27 [5] *See id.*

28

REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

and illicit actors and private data (such as user-submitted data). All information used to make these attribution decisions is well documented and auditable.

41.    In preparing this Report related to Wen, I initially identified addresses under Wen's control or used for his benefit based on Wen's deposition testimony and information obtained about his cryptocurrency exchange accounts at various exchanges, including Bittrex, Bitstamp, and Poloniex. I then used CipherTrace Inspector and the blockchain analytic techniques detailed above to identify additional addresses associated with Wen, including through use of clustering and tracing fund movement to and from addresses identified as under his control or used for his benefit, such as an address at a cryptocurrency exchange. For purposes of this Report, my analysis relies on publicly available blockchain data, accessed through CipherTrace Inspector, blockchain.com/explorer, or etherscan.io, unless otherwise specified.

42.    In this Report, I do not list every address that I identified as possibly under Wen's control. Rather, I identify the addresses that, in my professional opinion, Wen most likely or highly likely controlled and that also held cryptocurrency at the times relevant to this Report, specifically as of October 25, 2019, and as of the date of this Report.

43.    The classification of "most likely" or "highly likely" references the number of data points that support that respective conclusion and the degree of certainty of the conclusion. Addresses that are labeled as "most likely" Wen's generally have 1-2 data points to support the assessment. Addresses labeled as "highly likely" Wen's generally have 3-4 data points to support the assessment, and the only reason I do not label those assessments as definitive is that I have not had access to information available only to the owner of the address that could further confirm control of the address.

## C. Results of Tracing Wen's Holdings and Transactions

### 1. Wen's known cryptocurrency exchange accounts

44.     Wen has held cryptocurrency exchange accounts registered in his name at Poloniex.com, Bittrex.com, Bitstamp.net, and Binance.com.[6] For purposes of this report, I will refer to these accounts as Wen's Poloniex Account, Wen's Bittrex Account, Wen's Bitstamp Account, and Wen's Binance Account.

45.     Records from Bitmex.com's parent company show an account in the name of "Wen Ding" that is registered to the email address and username REDACTED                    . The person controlling that email address would have received account notifications for the "Wen Ding" Bitmex account.

46.     At his deposition, Wen testified that REDACTED was his email address.

47.     Furthermore, trace analysis and Bitmex and Bittrex account records show that on April 15, 2018, the "Wen Ding" Bitmex account received [REDACT] total BTC from BTC address 3GPds6LbGQr1uLryseNoyNgxGRCmD2WafQ, as detailed in **Figure E-2** to **Appendix E** (see the portion of the image identified by the red circle). On the same date, that same address contributed [REDACTED] BTC to a deposit of [REDACT] BTC into Wen's Bittrex Account.

48.     Because the "Wen Ding" Bitmex account is registered to Wen's email address and received BTC from the same source of funds as Wen's Bittrex Account, it is my professional opinion that Wen most likely controlled the "Wen Ding" Bitmex account.

---

[6] These accounts are registered in the name of Kaine Wen and the email addresses Redacted           or REDACTED                . Wen identified both emails as his during his March 4, 2021 deposition.

**2. Wen highly likely has controlled about** <sup>REDACTED</sup> **BTC at 17 unhosted wallet addresses associated with a consolidating transaction funding Wen's Bittrex Account**

49.     It is my professional opinion that Wen highly likely controlled 32 BTC addresses that held <sup>REDACTED</sup> BTC as of August 1, 2017, and of that amount, Wen highly likely controlled REDACTED BTC at 17 of those same 32 addresses as of October 25, 2019, and the date of this Report. The basis for these conclusions is set forth below.

50.     On August 1, 2017, the Bitcoin blockchain experienced a hard fork, meaning that a new blockchain split off of the Bitcoin blockchain creating a new cryptocurrency known as Bitcoin Cash. At the moment of the August 1, 2017 hard fork, every address on the Bitcoin blockchain that possessed unspent BTC also received an equivalent amount of BCH on the new Bitcoin Cash blockchain. For example, if a wallet address possessed 100 BTC at the time of the hard fork, that same user would have automatically received 100 BCH in a corresponding BCH address, in addition to retaining the 100 BTC on the other blockchain. Thus, the person owning or controlling a BTC address as of August 1, 2017, also owned or controlled the corresponding BCH address receiving the equivalent amount of BCH. The BTC addresses that existed as of the August 1, 2017 hard fork are publicly associated with the corresponding BCH addresses receiving the same amount of BCH.[7] **Figure E-3** to **Appendix E** (Figure E-3) reflects 32 BTC address

---

[7] These addresses would have had the same public key (public address) and private key (ownership). It wasn't until 2018 that Bitcoin Cash changed its address format to prevent users from accidentally sending funds to a Bitcoin wallet and possibly losing funds. However, this address format is just an encoding, meaning the address represented by it is the same. As such, you can use a BTC/BCH address converter tool to check that both old and new addresses are the same. Using these converters on Wen's BTC addresses at the time of the fork identified additional

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

and their corresponding BCH addresses that were created during the hard fork on August 1, 2017.

51.     As relevant here, review of the Bitcoin Cash blockchain shows that on August 4, 2017, three days after the hard fork, all 32 BCH addresses listed in the table in **Figure E-3** were "consolidated," or co-spent together as part of the same transaction, into BCH transaction ID 13abd032ea08bf1dd6310f46639ec94ca650d8975c6eef9db33e2c07cb2cfec0 (Consolidating Transaction).

52.     As discussed above, a consolidating transaction is one in which multiple addresses co-spend their funds by simultaneously transmitting cryptocurrency to a destination address or addresses as part of the same transaction. In a consolidating transaction, the same person or entity controls all addresses used to supply the cryptocurrency funds for the transaction.

53.     The person who originated the Consolidating Transaction sent the BCH funds, a total of REDACTED BCH, into BCH address qp0gfdv3q3w0zpxsr3nhv84x4e9prm05gu967jl27m (qp0gf). This BCH address was identified by documents obtained from Bittrex as 19cmVqFoYFL5gLt2qbokDSndK33vfj8zWU, which converts to qp0gf as explained in footnote 7. The CipherTrace proprietary tool Inspector also indicated that qp0gf is a Bittrex address. Based on documents obtained from Bittrex, qp0gf is the Bittrex BCH deposit address for Wen's Bittrex Account.

54.     Thus, based on the BCH hard fork and the Consolidating Transaction, the same person controlled all 32 BCH and 32 BTC addresses listed at **Figure E-3** at the time of the August 1, 2017 hard fork, and just three days later on August 4, 2017, the 32 BCH addresses transferred REDACTED BTC into Wen's Bittrex Account.

---

BCH addresses under his control. *See, e.g.*, blockchain.com/explorer or https://tools.bitcoin.com/cash-address-converter/.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

55.     There is additional evidence connecting the addresses involved in the Consolidating Transaction to Wen. Blockchain analysis shows that, prior to the Consolidating Transaction, the four orange-highlighted BTC addresses in **Figure E-3** received REDACTED BTC as change from four transactions which deposited REDACTED total BTC to BTC address 1BBPZBaiu21CxJ5DTP2PD3nHKY67cqxTxs (1BBPZ). Documents from the Poloniex exchange confirm that 1BBPZ was Wen's Poloniex Account BTC deposit address. Specifically, 1BBPZ received 13 total deposits totaling REDACTED BTC, including the four above-referenced transactions.

56.     As relevant here, an address that receives change is controlled by the same user who sent the BTC into the transaction for the recipient(s). **Figure E-4** to **Appendix E** details each one of the 13 total deposits to Wen's Poloniex Account and **Figure E-5** to **Appendix E** details each of the four change deposits to the orange-highlighted addresses in **Figure E-3**.

57.     The BTC change remained at the orange-highlighted BTC addresses in **Figure E-3** through at least August 1, 2017, at which time the hard fork generated the corresponding BCH addresses shown on **Figure E-3**. Then, just three days later, the BCH addresses that correspond to the orange-highlighted BTC addresses in **Figure E-3** joined in the Consolidating Transaction depositing the REDACTED BCH to Wen's Bittrex Account, based on Bittrex account records.

58.     Thus, the four orange-highlighted BTC addresses in **Figure E-3** held REDACTED BTC left over from transactions funding Wen's Poloniex account. Those same four addresses continued to hold REDACTED BTC as of this Report. And the BCH addresses transferring REDACTED BCH to Wen's Bittrex Account on August 4, 2017, were controlled by the same person who controlled the four orange-highlighted BTC addresses in **Figure E-3**.

59.     Further, Wen indicated at his deposition that he controlled the funds deposited into Wen's Poloniex Account, providing further evidence that he

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

controlled the four orange-highlighted BTC addresses in **Figure E-3** and by extension, the 32 BCH and 32 BTC addresses in **Figure E-3**.

60.     Because the 32 BTC addresses in **Figure E-3** highly likely were controlled by the same person who funded Wen's Poloniex and Bittrex Accounts, and because 12 of the 32 addresses contributed BTC funds to deposit to the Bitmex.com "Dan Dai" account (as discussed below at Paragraph 81), it is my professional opinion that Wen highly likely has controlled and highly likely continues to control the 32 BCH and 32 BTC addresses and the identified BTC balances as of the dates indicated in **Figure E-3**.

61.     It is thus my professional opinion that Wen highly likely continued to control REDACTED BTC as of October 25, 2019, and as of the date of this Report, through his control of the 17 BTC addresses with BTC balances listed in **Figure E-3**.

### 3.  Wen most likely has controlled the "Dan Dai" Bitmex account

62.     Documents produced by Bitmex and blockchain analysis reveal that a Bitmex exchange account registered to "Dan Dai" received REDACTED BTC between October 3, 2018, and March 22, 2020, through five transactions. Of these REDACTED BTC, it is my professional opinion that REDACTED BTC passed through addresses highly likely controlled by Wen before moving to the "Dan Dai" Bitmex account via three sets of transactions.

63.     Regarding the first set of transactions, on March 19, 2017, Wen's Bitstamp Account withdrew about REDACTED BTC, REDACTED BTC of which moved through three transactions, including through an address identified in **Figure E-3** as highly likely Wen's based on the Consolidating Transaction. The REDACTED BTC was then transferred to the "Dan Dai" Bitmex account via BTC address 3KnJ2P3ychXfEHX2ZtejHtmexVPh6ceoHC on October 3, 2018. This transaction is discussed in detail below in Section II(C)(3).

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

64.     Regarding the second set of transactions, the blockchain and Bitmex account documents indicate that the blue-highlighted addresses in **Figure E-3**, which as explained above were all highly likely controlled by Wen, transferred over REDACT BTC via a consolidating transaction into BTC address 3KnJ2P3ychXfEHX2ZtejHtmexVPh6ceoHC (3KnJ2). From 3KnJ2, the over REDACT BTC went to BTC address REDACTED (REDACTED) on October 3, 2018. Bitmex account documents show that REDACTED received these funds as a deposit to the "Dan Dai" account. **Figure E-6** of **Appendix E** illustrates this set of transactions.

65.     Finally, BTC address 1vVJgnfzEUr36WTb4GLcmLVwXmJS5LtAg, which is identified in **Figure E-3** as associated with the Consolidating Transaction, received about REDACTED BTC in change from a deposit to Wen's Poloniex Account, before transferring REDACTED BTC into the "Dan Dai" Bitmex account through BTC address 37wqG3MApJLyxVVd2xo8v944emEroz6gcr on December 15, 2018. This transaction is discussed in detail below in Section II(C)(3). **Figure E-7** to **Appendix E** illustrates these three transfers on the Bitcoin blockchain to the "Dan Dai" Bitmex account.

66.     It is my professional opinion that Wen has most likely owned or controlled the "Dan Dai" Bitmex account because it was funded with REDACTED BTC that passed through accounts or addresses highly likely controlled by Wen, including the addresses identified in **Figure E-3** as highly likely to be Wen's based on the Consolidating Transaction and because half of those BTC originated from the Wen Bitstamp Account.

**4. Wen most likely has controlled nine unhosted wallet addresses associated with addresses or exchange accounts attributable to Wen**

67.    It is my professional opinion that Wen has most likely held additional BTC since October 25, 2019, at the addresses in **Figure 1**, below. Explanations for my conclusions about these addresses are further detailed below.

**Figure 1:**

| Row No. | Wen's Additional BTC Holding Addresses | BTC as of 10/25/2019 | BTC as of this Report |
|---------|----------------------------------------|----------------------|------------------------|
| 1 | 37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R | | REDACTED |
| 2 | 3MskrgqYiWi2CcVXkduM8He4h6dUNYqzha | REDACTED | |
| 3 | 3GAyQ4r3vf5g62dW5T1GLVmeMjN73E6Ynh | | REDACTED |
| 4 | 1JA73SXeybusqMMJBdFEqwdWJV81tAgHQ9 | REDACTED | |
| 5 | 1kJdtoMuReQar9bcUnPAwH2YBBuyCwDWY | REDACTED | |
| 6 | 1XSB1Yr7XTT8UbM43fMwTRa9MroDtmeXG | REDACT | REDACT |
| 7 | 15NEe5BJLSSuWat1jhjoWm1rTt3GyLnpmg | REDACTED | REDACTED |
| 8 | 1EqMERSMYRYTQxWTb611qvBKXTogZq3m5U | REDACTED | REDACTED |
| 9 | 3CvGqmQwqzRbpVupLB3c2CLNagKhxf9t5P | REDACTED | REDACTED |
| | Total | REDACTED | REDACTED |

**a. Wen most likely has controlled six BTC addresses associated with the "Dan Dai" Bitmex account (Row Nos. 1-6 at Figure 1)**

68.    Based on transactions associated with Wen's cryptocurrency accounts, including the "Dan Dai" Bitmex account, it is my professional opinion that Wen most likely has controlled the addresses and BTC in Row Nos. 1-6 at **Figure 1**, as explained below.

69.    With respect to the BTC address identified at **Row No. 1** in **Figure 1**, Bitmex transactional data show that a withdrawal from account owner "Dan Dai" on October 1, 2020, for REDACTED BTC, went to BTC address 37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R (37JRJ) where the funds remain as

of this Report. **Figure E-8** at **Appendix E** illustrates this transaction on the Bitcoin blockchain.

70.     Because the funds feeding 37JRJ originated from the "Dan Dai" Bitmex account, which I conclude Wen most likely controlled for the reasons set forth in Section II(C)(3), it is my professional opinion that Wen most likely has controlled the BTC at 37JRJ, including at the times listed in **Figure 1**.

71.     As for the BTC addresses at **Row Nos. 2-3** of **Figure 1**, Bitmex transactional data show withdrawals totaling REDACTED BTC from the "Dan Dai" account on May 19 and May 25, 2019 to BTC address 3MskrgqYiWi2CcVXkduM8He4h6dUNYqzha (3Msk). Those 250 BTC remained at 3Msk until March 22, 2020, when 3Msk sent REDACTED BTC to BTC address 3GAyQ4r3vf5g62dW5T1GLVmeMjN73E6Ynh (3GAy), where it remains as of this Report. In the same transaction, the remaining REDACTED BTC was sent back to Bitmex account holder "Dan Dai" via deposit address REDACTED. **Figure E-9** at **Appendix E** illustrates this transaction on the Bitcoin blockchain.

72.     Because the funds feeding 3Msk and 3GAy originated from the "Dan Dai" Bitmex account, and because 3GAy is the change address for a March 22, 2020 deposit to the "Dan Dai" Bitmex deposit address, it is my professional opinion that Wen likely has controlled the BTC at 3Msk and 3GAy, including at the times listed in **Figure 1**.

73.     Regarding the BTC address at **Row No. 4** of **Figure 1**, Bitstamp transactional data show that on March 19, 2017, Wen's Bitstamp Account transferred REDACTED BTC to BTC address 1EvsQRrbFh4NBjpT1SDhJ146H3u9Lex9Wj, which then transferred REDACTED BTC to BTC address 1MxL7Rjjug5Wp5YxM9BuYsqoCipJhPo3S4 (1MxL7) on July 3, 2017. As discussed above, 1MxL7 was controlled by the same person who

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 1
P. 22

1  controlled BCH address qrjajk9jrk4nc0l0h5e7lt7tathp845atqkrl9dpyt, meaning

2  1MxL7 was controlled by the same person who initiated the Consolidating

3  Transaction, *see* **Figure E-3**. On the BCH hard-fork date of August 1, 2017,

4  1MxL7 held the [REDACTED] BTC and received corresponding BCH to

5  qrjajk9jrk4nc0l0h5e7lt7tathp845atqkrl9dpyt, which it deposited into Wen's Bittrex

6  Account via the Consolidating Transaction, as shown by Bittrex transactional data.

7      74.    On October 3, 2018, 1MxL7 sent [REDACTED] BTC to BTC address

8  1JVUQPxqCKTho9penShntrjLWa6Yeto5kC (1JVUQ). From this address, as part

9  of the same transaction also on October 3, 2018, 200 BTC went into the "Dan Dai"

10 Bitmex account via 3KnJ2P3ychXfEHX2ZtejHtmexVPh6ceoHC, as shown by

11 Bitmex transactional data, while [REDACTED] BTC went to BTC address

12 1JA73SXeybusqMMJBdFEqwdWJV81tAgHQ9 (1JA73). **Figure E-10** at

13 **Appendix E** illustrates these transactions on the Bitcoin blockchain.

14     75.    As of October 25, 2019, and this Report, 1JA73 had a balance of

15 REDACTED BTC.

16     76.    Because Wen highly likely has controlled 1MxL7 based on my

17 analysis in Section II(C)(2), and 1MxL7 funded 1JA73 and the "Dan Dai" Bitmex

18 account, which I conclude in Section II(C)(3) that Wen most likely controlled, it is

19 my professional opinion that Wen most likely has controlled the BTC at 1JA73,

20 including at the times listed in **Figure 1**.

21     77.    With respect to the BTC address at **Row No. 5** of **Figure 1**, BCH

22 address qq9pmtr6feq7fn6f8vzzmq2ar9dewzjnqqyjwp5tee (qq9pm) was part of the

23 Consolidating Transaction and was controlled by the same person who controlled

24 BTC address 1vVJgnfzEUr36WTb4GLcmLVwXmJS5LtAg (1vVJg). On May 27,

25 2017, 1vVJg received [REDACTED] BTC in change left over from a deposit of [REDACT]

26 BTC into Wen's Poloniex Account, deposit address 1BBPZ, as shown by Poloniex

27 transactional data. At the time of the BCH hard-fork, the person holding BTC

28

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 1
P. 23

address 1vVJg received an equal number of BCH at qq9pm. Address qq9pm

deposited that BCH three days later into Wen's Bittrex Account as part of the

Consolidating Transaction, as confirmed by the Bittrex transactional records. On

December 15, 2018, BTC address 1vVJg transferred REDACTED BTC to BTC

address 1kJdtoMuReQar9bcUnPAwH2YBBuyCwDWY (1kJdt) and transferred

REDACTED BTC to BTC address 37wqG3MApJLyxVVd2xo8v944emEroz6gcr (37wqG).

From 37wqG, the same REDACTED BTC transferred into the "Dan Dai" Bitmex account

on December 15, 2018, as shown by Bitmex transactional data. **Figure E-11** at

**Appendix E** illustrates these transactions on the Bitcoin blockchain.

78.    As of October 25, 2019, and this Report, 1kJdt had a balance of

REDACTED BTC.

79.    Because the funds feeding 1kJdt originated from change from a

deposit to Wen's Poloniex Account, Wen indicated at his deposition that he

controlled the funds deposited into Wen's Poloniex Account, and because 1kJdt

most likely held change from a transfer into 37wqG, which funded the "Dan Dai"

Bitmex account, it is my professional opinion that Wen most likely has controlled

the REDACTED BTC at 1kJdt, including at the times listed in **Figure 1**.

80.    As for the BTC address at **Row No. 6** of **Figure 1**, as of October 25,

2019, and this Report, 1XSB1Yr7XTT8UbM43fMwTRa9MroDtmeXG (1XSB1)

had a balance of REDACTED BTC.

81.    Address 1XSB1 was used as one of 13 inputs in transaction

4601ccf2762464a350da188039d7d3b056a9462b0a95f1168483495ee95d76bb, to

transfer REDACTED BTC, which were then sent to the "Dan Dai" Bitmex account.

Because all 13 addresses were all used as inputs into the same transaction, all 13

addresses were owned or controlled by the same user. Because Wen highly likely

has controlled the other 12 addresses used as inputs in the transaction, as identified

in **Figure E-6**, it is my professional opinion that Wen highly likely has controlled the BTC at 1XSB1, including at the times listed in **Figure 1**.

           **b. Wen most likely has controlled two BTC addresses associated with Wen's Poloniex and Bittrex Accounts (Row Nos. 7-8 at Figure 1)**

82.    Regarding **Row No. 7** at **Figure 1**, Bittrex transactional data show that after the Consolidating Transaction deposited REDACTED BCH into Wen's Bittrex Account in August 2017, he then converted the BCH to BTC and withdrew REDACTED BTC on August 19, 2017, to BTC address 15NEe5BJLSSuWat1jhjoWm1rTt3GyLnpmg (15NEe). As of this Report, 15NEe had a balance of REDACTED BTC. **Figure E-12** in **Appendix E** illustrates this transaction on the Bitcoin blockchain.

83.    Because the funds feeding 15NEe originated directly from Wen's Bittrex Account, it is my professional opinion that Wen most likely has controlled and continues to control the BTC at 15NEe, including at the times listed in **Figure 1**.

84.    As for **Row No. 8** of **Figure 1**, as noted in **Figure E-3**, BTC address 18EDBdz75xPndZPb6SDJAyGkP5KsLAhVGg (18EDB) has been controlled by the same person controlling BCH address qph6s0kve70rl6avwsje0kl2046578g7kv2d9zjd86 (qph6). BCH address qph6 was part of the August 1, 2017 Consolidating Transaction deposit into Wen's Bittrex Account, as confirmed by Bittrex transactional data, and therefore 18EDB was highly likely controlled by Wen.

85.    On September 24, 2017, 18EDB deposited Redacted BTC into Wen's Poloniex Account using deposit address 1BBPZ, as shown by Poloniex transactional data. Wen confirmed at his deposition that he controlled the BTC deposited into Poloniex deposit address 1BBPZ. In the same transaction, the

1 change left over from this [REDACTED] BTC deposit was sent to BTC address

2 1EqMERSMYRYTQxWTb611qvBKXTogZq3m5U (1EqME). **Figure E-13** in

3 **Appendix E** illustrates this transaction on the Bitcoin blockchain.

4     86.    Since 1EqME was the change address for a transaction that originated

5 from 18EDB, both addresses belonged to the same wallet.

6     87.    Thus, the person controlling 18EDB necessarily controlled the wallet

7 where 1EqME was held.

8     88.    As of October 25, 2019, and this Report, address 1EqME had a

9 balance of REDACTED BTC, as listed in **Figure 1**.

10     89.    Because 18EDB and 1EqME are both held in the same wallet, and

11 because I conclude above and in Section II(C)(2) that Wen highly likely controlled

12 18EDB and most likely funded 1EqME, it is my professional opinion that Wen

13 highly likely has controlled the BTC at address 1EqME, including at the times

14 listed in **Figure 1**.

15          **c.  Wen most likely has controlled the "Lie Wen" Bitmex account**

16              **and associated address (Row No. 9 at Figure 1)**

17     90.    Wen most likely controlled the "Lie Wen" Bitmex account because it

18 was primarily funded by BTC originating from Wen's Bittrex Account and other

19 holdings assessed to be Wen's, as explained below.

20     91.    Based on blockchain evidence and transactional records from the

21 Bittrex exchange, on June 6, 2018, Wen's Bittrex Account transferred REDACTED

22 BTC to address 33MSgs8FmsoYw2Nu1G1eRLaQ8hTBh8YgCq (33MSg).

23     92.    On the same date, 33MSg then sent REDACTED BTC to address

24 3QAbYF4pJDHagmbyU9GhMfn697iT8n4cDz (3QAbY) and [REDACTED] BTC to

25 address 171v6w4CZ8uzLfSYo3ZMmiYwDo8QeD3f7S (171v6) as part of the

26 same transaction. Address 171v6 is the deposit address for Wen's Binance

27 Account based on records obtained from Binance.

28

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

93.     In a June 24, 2018 transaction, the owner of 3QAbY transferred REDACTED BTC to BTC address 3CvGqmQwqzRbpVupLB3c2CLNagKhxf9t5P (3CvGq), and the remaining REDACTED BTC to a different address. Then on September 30, 2018, the REDACTED BTC were transferred again, with REDACTED deposited into the "Lie Wen" Bitmex account. **Figure E-14** in **Appendix E** illustrates these transactions on the Bitcoin blockchain.

94.     The remaining REDACTED BTC was consolidated with an additional sixteen inputs totaling REDACTED BTC, of which REDACTED BTC were then deposited into the "Lie Wen" Bitmex account on September 30, 2018. Bitmex transactional data confirm these deposits to the "Lie Wen" Bitmex account, which received REDACTED BTC from all sources.

95.     The REDACTED BTC consolidating transaction includes REDACTED BTC derived from Wen's Bittrex Account as discussed above, REDACTED BTC from the "Wen Ding" Bitmex account via address 3AtZcL3grZ5M7oZ4q6fYwr89snJvA2ApMr, and REDACTED BTC was change from deposits to Wen's Bittrex Account, the "Wen Ding" Bitmex account, and Wen's Binance Account. **Figure E-15** to **Appendix E** shows a breakdown of the REDACTED BTC and their sources.

96.     There is additional transactional evidence associating Wen with 3CvGq and the "Lie Wen" Bitmex account. Specifically, Bittrex transactional data shows that Wen's Bittrex Account deposit address, 1HMHZevzmexDC2mEb3sTuF4rYCjUXMYxzc, which received BTC to Wen's Bittrex Account, received REDACTED BTC on April 15, 2018, which generated REDACTED BTC in change from that transaction that was sent to change address, 3KjfRTrSBmtmF4PcaABPngMkN7kuXQn7Sq (3Kjf). 3Kjf then transferred REDACTED BTC to another address, 3QKddyNwE2HK6qvNk9szPhvSXDwu1VqPhc, on April 15, 2018, and REDACTED

1  BTC in change from that transfer was sent to 3CvGq. **Figure E-16** to **Appendix E**

2  shows the REDACTED BTC sent to 3CvGq.

3       97.     Thus, 3CvGq received funding from the same person funding Wen's

4  Bittrex Account and the same person funding the "Lie Wen" Bitmex account.

5       98.     As of October 25, 2019, and this Report, 3CvGq had a balance of

6  REDACTED BTC.

7       99.     Because the "Lie Wen" Bitmex account was primarily funded by

8  sources attributable to Wen, and because the same person who funded the "Lie

9  Wen" account also funded 3CvGq, which in turn was funded by the same person

10 who funded Wen's Bittrex Account, it is my professional opinion that Wen has

11 most likely controlled the "Lie Wen" Bitmex account.

12      100.    Further, because the funds feeding 3CvGq originated from Wen, and

13 3CvGq received funding from the same person funding Wen's Bittrex Account and

14 the same person funding the "Lie Wen" Bitmex account, it is my professional

15 opinion that Wen most likely has controlled the BTC at 3CvGq, including at the

16 times listed in **Figure 1**.

17      **5.   Wen most likely has controlled two ETH addresses that received**

18           **funds from Wen's Poloniex and Bitmex Accounts**

19      101.    It is my professional opinion that Wen most likely owned or

20 controlled REDACTED ETH at two addresses as of October 23, 2019, through

21 November 1, 2019, and REDACTED ETH as of the date of this Report. My

22 explanation for these conclusions is set forth below.

23      102.    Based on transactional records for Wen's Poloniex Account, on 86

24 occasions Wen's Poloniex Account directly transferred ETH to address

25 0x4d586195aeed6b32b62daaaa60122ed9088990d4 (0x4d5). Withdrawals from

26 Wen's Poloniex Account represent REDACTED ETH of all REDACTED ETH

27

28

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

sent to 0x4d5 from the Poloniex exchange.[8] Also, between December 20 and

December 27, 2017, 0x4d5 received three transfers from ETH address

0xf2576f53860c28a8096bf1f0de2d9d1fe3a493f3 in the amounts of REDACTED ETH,

REDACTED ETH, and REDACTED ETH, totaling REDACTED ETH. Thus, 0x4d5 received

REDACTED ETH from all sources, of which REDACTED ETH (over 75%) derived

directly from Wen's Poloniex Account. All ETH withdrawals from Wen's

Poloniex Account to 0x4d5 are shown in **Figure E-17** to **Appendix E**.

103.    As of October 25, 2019, through November 1, 2019, 0x4d5 had a

balance of REDACTED ETH. And on the date of this Report, 0x4d5 had a

balance of REDACTED ETH.

104.    Furthermore, Wen confirmed that funds at 0x4d5 are being held for

his benefit at his deposition.

105.    Because the funds feeding 0x4d5 originated directly from Wen's

Poloniex Account and Wen confirmed that funds at 0x4d5 are being held for his

benefit, it is my professional opinion that Wen most likely has controlled funds

held at 0x4d5 since before October 25, 2019.

106.    Separately, based on transactional records for Wen's Bitstamp

Account, on two occasions Wen's Bitstamp Account directly transferred ETH to

address 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 (0x664).

Withdrawals from Wen's Bitstamp Account represent REDACTED ETH of all

REDACTED ETH (67.9%) sent to 0x664. Besides the withdrawals from

Wen's Bitstamp Account, 0x664 received REDACTED ETH via a transaction from

0x599260382d52fde6bcca156d838911399fb5e7b9 on June 24, 2018. All ETH

---

[8] Based on documents provided by Poloniex, the other about REDACTED ETH sent from
the Poloniex exchange to 0x4d5 came from an account held by Henry Wen Huang
at the Poloniex exchange.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

1  deposits from Wen's Bitstamp Account to 0x664 are shown in **Figure E-18** to

2  **Appendix E**.

3      107.   As of October 23, 2019, through November 1, 2019, 0x664 had a

4  balance of REDACTED ETH. And at the time of this Report, 0x664 had a

5  balance of REDACTED ETH.

6      108.   Furthermore, Wen confirmed that funds at 0x664 are being held for

7  his benefit at his deposition.

8      109.   Because funds feeding 0x664 originated from Wen's Bitstamp

9  Account, and Wen confirmed that funds at 0x664 are being held for his benefit, it

10  is my professional opinion that Wen most likely has controlled funds held at

11  0x664.

12      110.   My conclusions with respect to Wen's control of 0x4d5 and 0x664 are

13  further supported by Wen's March 1, 2021 financial statement. In that statement,

14  Wen asserted that he held about REDACTED ETH between October 23, 2019 and

15  November 1, 2019. For this to be true with respect to these addresses, which Wen

16  says held his ETH, Wen would have had to control both 0x4d5 and 0x664.

17      **6.  Wen most likely transferred over Redacted ETH since October 25,**

18          **2019**

19      111.   The person controlling the ETH addresses 0x4d5 and 0x664 executed

20  20 virtual currency transactions that moved REDACTED ETH since October 25,

21  2019. **Figure E-19** in **Appendix E** further identifies each one of the 20

22  transactions originating from 0x4d5 and 0x664.

23      112.   Of the REDACTED ETH transferred after October 25, 2019, it is my

24  professional opinion that all of these ETH were transferred to addresses or

25  exchange accounts for which there is no definitive information as to the ultimate

26  destination of these funds based on the information presently available to me,

27

28

REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

1  including to cryptocurrency exchange accounts at Binance and addresses that are

2  most likely held in unhosted wallets.

3      113.    Because I conclude in Section II(C)(5) that Wen most likely controls

4  0x4d5 and 0x664, it is my professional opinion that Wen caused 20 virtual

5  currency transactions that transferred REDACTED ETH since October 25, 2019.

6      **D. Additional Observations About the Methodology and Conclusions**

7      114.    As relevant here, it is my professional opinion that the following

8  addresses most likely are held at unhosted wallet addresses: each one of the BTC

9  addresses listed in **Figure E-1** at **Appendix E** and ETH addresses 0x4d5 and

10  0x664. My conclusions about these unhosted wallet addresses are based on

11  CipherTrace's proprietary software, which does not attribute any of these addresses

12  to a cryptocurrency exchange or other entity. In the case of the Consolidating

13  Transaction, my conclusion about that transaction originating from an unhosted

14  wallet is further based on the nature of the UTXO-based cryptocurrency like BTC,

15  which allows for co-spending of UTXOs at BTC addresses controlled by the same

16  private key or held within the same wallet.

17      115.    As noted above, in each instance in this Report where I conclude that

18  Wen holds cryptocurrency at, or transferred cryptocurrency from, an unhosted

19  wallet, I cannot conclusively confirm control of the address without physical

20  access to the unhosted wallet where the address is held. Unhosted wallets hold the

21  private key that controls the cryptocurrency at the wallet's public addresses,

22  meaning that only a person or persons with the private key can confirm

23  cryptocurrency holdings on, and control of transactions from, the wallet.

24  **III.    Conclusion**

25      116.    At the request of the Bureau and as relevant to this Report, I

26  conducted tracing and clustering analysis using publicly available blockchain

27  information, CipherTrace Inspector, other blockchain explorers, information

28

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 1
P. 31

disclosed during Kaine Wen's deposition and in his financial disclosures, and materials provided by the Poloniex, Bitmex, Bitstamp, Bittrex, and Binance cryptocurrency exchanges. Based on this review, it is my professional opinion that Wen most likely or highly likely controlled multiple BTC addresses, two ETH addresses, and three Bitmex.com exchange accounts under aliases.[9]

117.   As of October 25, 2019, it is my professional opinion that Wen most likely controlled REDACTED BTC at 24 of these BTC addresses and REDACTED ETH at the 2 ETH addresses, not including cryptocurrency held at cryptocurrency exchange accounts, such as Bitmex.com or Binance.com.

118.   As of the date of this Report, it is my professional opinion that Wen most likely controls REDACTED BTC at 25 BTC addresses and REDACTED ETH at two ETH addresses, not including cryptocurrency held off-chain, in accounts at entities like cryptocurrency exchanges.

119.   It is also my professional opinion that Wen most likely executed 20 cryptocurrency transactions after October 25, 2019, that transferred REDACTED ETH to unknown address users or exchange accounts.

120.   This report represents my analyses, opinions, and conclusions as of the date indicated herein. If additional information or testimony becomes available, I may supplement or revise my analysis, opinions, and conclusions and therefore reserve the right to modify or supplement my report as necessary. I also understand that I may be asked by the Court or the parties' attorneys to testify regarding any matter raised by either party after the date of this Report that is related to this report. I may also develop additional exhibits for such purposes if so requested. This report is intended solely for use in the above-referenced litigation and is not to be used for any other purpose.

---

[9] In addition to the four cryptocurrency accounts in his name.

REPORT OF PAMELA A. CLEGG
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 1
P. 32

121.   I declare that all statements made herein on my own knowledge are true and that all statements made on information and belief are believed to be true.

Date: __Mar 29__, 2022

Pamela A. Clegg, MBA, CAMS

Gainesville, Texas

REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# **Appendix A**

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

## Cases in which Pamela Clegg Has Provided
## Testimony or Sworn Statements in the Last 4 Years

1. *Ahlgren, Jr., et al., v. Ahlgren, III et al.*, Case No. D-1-GN-20-001472 (261st Jud. Dist. Ct., Travis Cnty., Tex.) (including providing testimony and sworn statements).

2. *Cred Inc., et al., v. Alexander*, Case No. 1:20-ap-51006 (Del. Bankr.) (including providing sworn statements).

3. *Hazar Development, Inc., et al., v. Cryptobravos aka Cryptobravos.com, et al.*, Case No: 20-2-00569-14 (Super. Ct., Greys Harbor Cnty., Wash.) (including providing sworn statements).

APPENDIX A TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# **Appendix B**

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Pamela A. Clegg, MBA, CAMS**



VP of Financial Investigations, CipherTrace
pamela@ciphertrace.com
940-7688799

**Profile**

Over 15 years of diplomatic and private sector service on the most cutting-edge national security issues of this generation, including but not limited to: cryptocurrency, counternarcotics, counterterrorism, money laundering, financial crime, cybercrime, security and nation building.  I have over a decade of international experience producing intelligence reports, country risk assessments and concept of operations (ConOps), as well as carrying out investigations and operations mostly in Latin America with the U.S. Government. I have deep and diverse experience liaising to build & maintain relationships & operating with foreign government authorities.  Since transitioning to the private sector, I received my Certified Anti-Money Laundering Specialist (CAMS) certification, information security certifications.  I am an acknowledged industry expert in cryptocurrency intelligence and evidentiary criminal investigations and AML, cybercrime and training, to include collaborations with INTERPOL, UNODC, EURPOL, Basel Institute, US DoJ and DoT.  My opinions and advice have been featured in the Wall Street Journal, Forbes, and on the TV program News Nation. Fluent in both English and Spanish, I am a frequent speaker at industry conferences in the US, Asia, Europe and Latin America.


**VP of Financial Investigations, CipherTrace, Menlo Park, CA – 2018-Present**

- Responsible for coordinating and conducting cryptocurrency and blockchain investigations for International/National Law Enforcement, financial sector and legal customers.
- Conducted speaking engagements, presentations and training at large, global conferences to include INTERPOL, UN, EUROPOL, Basel Institute, NFCTA, ACAMS, ACFCS etc; to include webinars/panels with audience 1,000+.
- Provide direct assistance to law enforcement to aid in money laundering, cybercrime and other criminal investigations involving cryptocurrency transactions. Provide training to law enforcement agencies on blockchain software transaction tracing.  Presentations/Instruction conducted in English, Spanish and Portuguese.
- Created 8-hour certification course for cryptocurrency investigators.  Built material for certification and software training, delivered in English and Spanish.
- Led partnership coordination with Cellebrite, spearheading development of cryptocurrency product and trainings offerings within Cellebrite.
- Liaison and business development with US and Foreign governments to assist with cryptocurrency research and trace capabilities.  Maintain up-to-date knowledge of global cryptocurrency regulations and recommendations.
- Publish articles and research papers on relevant cryptocurrency updates and advancements. Direct contributor to CipherTrace quarterly AML report.
- Integral part of product development, global business development process and direct sales, specifically within Latin America markets.
- Qualified as cryptocurrency expert witness, provided written expert opinions and declarations.


**BSA & Information Security Officer, Asst Vice President, First State Bank; Gainesville, TX  – 2017-2018**

Pamela A. Clegg, MBA, CAMS

- Responsible for regulatory compliance with regard to the Bank Secrecy Act (BSA)/Anti-money laundering (AML)/Office of Foreign Asset Control (OFAC) rules and regulations. Led and coordinated an overhaul of the Bank's BSA program and implemented initiatives to increase the BSA department's access to clients and their transactions, as well as introduced measures to ensure Bank BSA compliance across the board.
- Authored BSA, Sanctions and AML Policies and Procedures for the Bank
- Responsible for Information Security regulatory compliance to include adherence to GLBA, GDPR and the FFIEC's CAT and exam procedures. Strengthen the Bank's Incident Response Plan and created an information classification program.
- Key member of Bank security team, trained and established protocols for physical security incident response
- Coordinated and led efforts with IT security to identify and neutralize cyber threats.
- Maintained regular communication with senior management and Board of Directors incorporate management's guidance into the development of Bank policies and procedures in order to ensure the operating success and efficiency of the Bank.  Identify, track and report suspicious activity, ensure accurate and timely filings of CTRs and SARs.  Conducted basic and extended due diligence on exempt customers, high risk customers and new customers as required.
- Received certification in vendor management and attended multiple IT security and information security seminars and conferences.  Initiated and created the Bank's vendor management program and spearheaded the creation of a project management cycle and flow for all new projects throughout the Bank.

**Foreign Service Officer, United States Department of State (US DoS) – 2008-2016**
**(Additional, relevant details of US Government work authorized to be provided verbally)**

- US Embassy Panama City – 2014-2016    As a Political Officer, managed counternarcotics programs to develop policies with million-dollar budgets to help Government of Panama security officials strengthen law enforcement and other rule of law institutional capabilities to enable to Panamanian Government to more effectively combat international narcotics trafficking, international crime, money laundering and terrorism.  Developed, maintained and strengthened relationships with host and other foreign government officials.  Managed employees and locally employed staff.
- Washington D.C. – 2013-2014              As a Program Coordination Officer, developed workshops to enhance official training for officers being posted to Latin America to provide a deeper understanding of cultural norms and societal mores, and preparing officers in the realm of security and personal protection to enable them to carry-out duties in support of US policy in complicated and trying environments in Latin America.  Led and managed workshop presenters.
- US Embassy Mexico City – 2011-2012     As a US diplomat, worked as a Counternarcotics Program Officer to develop policies and manage multi-million-dollar programs to help Government of Mexico security officials strengthen law enforcement and other rule of law institutional capabilities to enable the Mexican Government to more effectively combat international narcotics trafficking, international crime, money laundering and terrorism.  Implemented initiatives providing Mexico with technical assistance, equipment and best practice exchanges.
- Washington D.C. – 2009-2011              As a Political Officer, interpreted international political events impacting U.S. interests abroad.  Briefed Senior Officials and prepared detailed reports for policymakers.

APPENDIX B TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Pamela A. Clegg, MBA, CAMS

- Hillah, Iraq – 2008-2009                       As a Political Officer, worked to strengthen partnerships, civilian capacity and information sharing in Iraq to counter evolving terrorist threats and prevent the spread of violent extremism.  Administered programs to build security capabilities of foreign government partners to effectively counter terrorism.  Engaged Iraqi officials, reported on political and economic events and assisted personal protection initiatives.

**Project Manager, BAE; Vienna, VA – 2006-2008**
- Managed programs and status reports for projects.  Successfully outlined objectives and directly supported their execution, planned and coordinated time and resources.  Built relationships with agencies and government officials.

**Education**
University Autonoma of Madrid; Madrid, Spain          MBA, 2004
University of Texas; Austin, TX                              B.A. Government/Spanish Literature, 2001

**Certifications and Conferences**
Speaker/Instructor: INTERPOL/EUROPOL Global Conference on Criminal Finances and Cryptocurrencies; UN Cryptocurrency Working Group; INTERPOL Global Conference on Human Trafficking and Migrant Smuggling; LA Blockchain Summit; BASEL Institute on Governance Cryptocurrencies and Anti-Money Laundering Training; ACAMS FinTECH March 2020 and Various other ACAMS Conferences and Events;
Certifications: MIT MediaLab Cryptocurrency Course – January 2021; CAMS – Certified Anti-Money Laundering Specialist – March 2018, MIT Banking Vendor Manager (SBS Institute); TBA BSA/AML Compliance School and Management Seminar; Cryptocurrency:  Assessing Trends and AML Implications; Cyber Security Threats and Crimes 2017; Weapons quals.

**Skills**
Full fluency in Spanish (reading, writing, speaking), proficiency in Portuguese (reading, writing, speaking), basic Italian, international relations, relationship development, international security.  Held US Government security clearances (TS-SCI).

**LinkedIn**
www.linkedin.com/in/pamela-clegg-cams-mba-16261b123

# **Appendix C**

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# Publications by Pamela A. Clegg

Pamela A. Clegg, *Ransomware Seizure: Blockchain Analysis Helps US Authorities Seize Over $2 Million in DarkSide Ransom Paid by Colonial Pipeline*, CipherTrace Blog (June 14, 2021), https://ciphertrace.com/ransomware-seizure-blockchain-analytics-helps-us-authorities-seize-over-2-million-in-darkside-ransom-paid-by-colonial-pipeline/.

Pamela A. Clegg, *Blockchain Analytics—the Secret Weapon to Combatting Ransomware*, CipherTrace Blog (April 29, 2021), https://ciphertrace.com/blockchain-analytics-the-secret-weapon-to-combatting-ransomware/.

Pamela A. Clegg, *Only 22% of Bankers and Financial Investigators Feel Confident Detecting Crypto-Related Payments*, CipherTrace Blog (Dec. 10, 2020), https://ciphertrace.com/only-22-percent-of-bankers-feel-confident-detecting-crypto-related-payments/.

Pamela A. Clegg, *Crypto Red Flags for Law Enforcement—How to know if your investigation involves cryptocurrency*, CipherTrace Blog (Oct. 13, 2020), https://ciphertrace.com/crypto-red-flags-for-law-enforcement/.

Pamela A. Clegg, *Tracing Ransomware: CipherTrace Helps McAfee Follow NetWalker Funds*, CipherTrace Blog (Aug. 6, 2020), https://ciphertrace.com/tracing-ransomware-ciphertrace-helps-mcafee-follow-netwalker-funds/.

Pamela A. Clegg, *OCC Hits New York Based Bank With First-Ever Enforcement Action for Lack of Crypto AML Compliance*, CipherTrace Blog (Feb. 27, 2020), https://ciphertrace.com/occ-hits-new-york-based-bank-with-first-ever-enforcement-action-for-lack-of-crypto-aml-compliance/.

Pamela A. Clegg, *Fighting Human Trafficking by Following the Money*, CipherTrace Blog (Feb. 1, 2020), https://ciphertrace.com/fighting-human-trafficking-by-following-the-money/.

Pamela A. Clegg, *Tracing Extorted Bitcoin*, CipherTrace Blog (Dec. 11, 2019), https://ciphertrace.com/alert-tracing-extorted-bitcoin/.

APPENDIX C TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# Appendix D

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

## Materials Referenced in the Report of Pamela A. Clegg

1. Kaine Wen December Amended and Corrected Individual Financial Statement, dated December 17, 2020.

2. Kaine Wen Supplement to Amended and Corrected Individual Financial Statement, Items 23 and 31 Concerning Cryptocurrency, dated March 1, 2021.

3. Kaine Wen Deposition Transcript, dated March 4, 2021, Exhibits 7, 8, 9, and 11 to the Transcript, and the Transcript Errata.

4. Defendant Kaine Wen's Objections and Responses to Expedited Request for Production of Documents and Interrogatory Responses, Set Two, Dated December 3, 2021.

5. Bitstamp records relating to a Bitstamp account in the name of Kaine Wen, specifically documents with the following bates numbers: T-021912-00000059 through T-021912-00000127.

6. Poloniex records relating to Poloniex accounts in the name of Kaine Wen and Henry Huang, specifically documents with the following bates numbers: R-024863-00000001, R-024863-00000006 through R-024863-00000010, and 0-R-032985-00000001 through 0-R-032985-00000012.

7. Bittrex records relating to a Bittrex account in the name of Kaine Wen, specifically documents with the following bates numbers: T-025351-00000044 through T-025351-00000045, and T-025351-00000050 through T-025351-00000055, T-025351-00000059, and T-025351-00000062 through T-025351-00000063.

8. Coinbase records relating to a Coinbase account in the name of Kaine Wen, specifically the document with the following bates number: 0-R-025736-00000001.

9. Binance records relating to a Binance account in the name of Kaine Wen, specifically the document with the following bates number: BHL-CFPB-00000001.

10. Bitmex records relating to Bitmex accounts in the name of "Wen Ding,"
    "Lie Wen," and "Dan Dai," specifically documents with the following bates
    numbers: HDR-CFPB-000001 through HDR-CFPB-000032.

11. Publicly available blockchain data for the Bitcoin, Ethereum, and Bitcoin
    Cash blockchains, accessed through the CipherTrace Inspector tool, and
    publicly available blockchain explorers such as
    https://www.blockchain.com/explorer and https://etherscan.io/.

# Appendix E

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

## Appendix E to Report of Pamela A. Clegg

**Key for Select Figures to Appendix E**

Grey Squares: indicate BTC transaction data on the blockchain.

Orange Square: indicates first transaction hop in the trace.

White Circles: indicate BTC unhosted or unattributed addresses, based on CipherTrace attribution data.

Dotted Yellow Circles: indicate change address as identified by CipherTrace Inspector.

Blue Circles: indicate address belonging to an exchange.

Small Red Circles: if at the top right of an address, this indicates the number of addresses which co-spent funds in the transaction. If on the bottom right of a circle, this indicates the address is associated with an IP address.

Small Yellow Circles: placed at the top right of an address – indicates that the address is saved in the analyst's case in the tool, meaning that the analyst manually tagged the address as relevant.

**Note that the Key applies to Figures E-2, E-6 through E-14, and E-16.**

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-1: Summary of holdings attributed to Wen at unhosted wallet addresses**

| BTC Holdings Attributed to Wen at Unhosted Wallet Addresses | | | |
|---|---|---|---|
| **BTC Address** | **BTC as of 10/25/2019** | **BTC as of this Report** | **Summary of Basis for Concluding Wen Controls the Address** |
| 1FaQ7TNzt9uGCTiZ65qiBBUimaV4nqSHSF | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1CnrRf645iE1SmSyLRcHxida7HKwaSxFJs | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 17DveKFbhpNJYXAGAqRkYYFAERAnJ7PFCt | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account; received change from deposit to Wen's Poloniex Account |
| 1LMoynaFJVnUey4mqT4itpeqcn4TRCgWbM | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1LARuJ5G4uU699tmdbdZQPuXTTLhhUFoYa | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1NZ7a1jjc5aib7SoGShkvvZi7SfrtcWAtG | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1EzNbQxehk5pxHcYyhXoCGikXPfMkPDdkM | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account; received change from deposit to Wen's Poloniex Account |
| 1BaUoNXvo84n1gVXxPdqb9dKaSR7DgE98Y | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account; received change from deposit to Wen's Poloniex Account |
| 1N1DwLGUq87m3uWqX3QT76uHfQMNkVK6sZ | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account; received change from deposit to Wen's Poloniex Account |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| Address | | | Note |
|---|---|---|---|
| 1Mu5PY6iFhpts9m1JyJs1imyZdUQ27Xask | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1mgGejBqKFrMTayWwKj27ZQAGgszycPwT | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1KNeuQiYVx1XqqhJ7WiSJ7VNo4RkHNQw5V | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 189oB9QGHAQLHenzuwLVFc6Y47cGswsoHc | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1Bu4zay9qUdMB234h2uuSFd9bnhtUJGAT2 | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1aQv6sy8mQP4wfH9Kcy5GPbiY8gSyH1P7 | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 1Gk6oDyWuMhFT8UWiZLfi2uC6t97nybEtK | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 12NBMijDzDsxAuwRLFU6tAtJhRExxcvCbZ | REDACTED | REDACTED | Highly likely Wen; associated by Hard Fork with Consolidating Transaction funding Wen's Bittrex Account |
| 37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R | RED | REDACTED | Most likely Wen; received all funds from "Dan Dai" Bitmex account |
| 3MskrgqYiWi2CcVXkduM8He4h6dUNYqzha | REDACTE | RED | Most likely Wen; received all funds from "Dan Dai" Bitmex account |
| 3GAyQ4r3vf5g62dW5T1GLVmeMjN73E6Ynh | RED | REDACTED | Most likely Wen; received all funds from "Dan Dai" Bitmex account |
| 1JA73SXeybusqMMJBdFEqwdWJV81tAgHQ9 | REDACTED | REDACTED | Most likely Wen; received all funds from address associated by Hard Fork with the Consolidating Transaction funding Wen's Bittrex Account |
| 1kJdtoMuReQar9bcUnPAwH2YBBuyCwDWY | REDACTED | REDACTED | Most likely Wen; received all funds from address associated by Hard Fork with the Consolidating Transaction funding Wen's Bittrex Account |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| 1XSB1Yr7XTT8UbM43fMwTRa9MroDtmeXG | REDACT | REDACT | Highly likely Wen; co-funded a transaction with 12 addresses associated by Hard Fork with the Consolidating Transaction |
| 15NEe5BJLSSuWat1jhjoWm1rTt3GyLnpmg | REDACTED | REDACTED | Most likely Wen; received all funds from Wen's Bittrex Account |
| 1EqMERSMYRYTQxWTb611qvBKXTogZq3m5U | REDACTED | REDACTED | Highly likely Wen; held in same wallet as address associated by Hard Fork with Consolidating Transaction that Funded Wen's Bittrex Account; received all funds as change from transfer to Wen's Poloniex Account |
| 3CvGqmQwqzRbpVupLB3c2CLNagKhxf9t5P | REDACTED | REDACTED | Most likely Wen; received funds from the person funding the Wen's Bittrex Account and from the person funding the "Lie Wen" Bitmex account |
| **Total** | REDACTED | REDACTED | |

| ETH Holdings Attributed to Wen at Unhosted Wallet Addresses | | | |
|---|---|---|---|
| **ETH Address** | **ETH as of 10/25/2019** | **ETH as of this Report** | **Summary of Basis for Concluding Wen Controls the Address** |
| 0x4d586195aeed6b32b62daaaa60122ed9088990d4 | REDACTED | REDACTED | Most likely Wen; received 86 direct transfers totaling over REDACTED ETH from Wen's Poloniex Account (over 75% of all ETH received to the address); Wen stated at his deposition that the address held funds for his benefit. |
| 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 | REDACTED | REDACTED | Most likely Wen; received over REDACTED ETH in direct transfers from Wen Bitstamp Account (over 67% of all ETH received); Wen stated at his deposition that the address held funds for his benefit. |
| **Total** | REDACTED | REDACTED | |

**Figure E-2: Deposits to the "Wen Ding" Bitmex account from same source of funds as deposits to Wen's Bittrex Account.**

**Figure E-3: Consolidating Transaction BCH addresses, associated BTC addresses, and BTC holdings.**

**Key:**
Blue highlighting: BTC addresses that deposited funds to the "Dan Dai" Bitmex.com account.
Orange highlighting: BTC addresses that received change from deposits to Wen's Poloniex Account.

| BCH address | BTC address | BTC held as of 10/25/2019 through the date of this Report |
|---|---|---|
| qz45wxc8nuc7tctxrm7syrlq8ssfntcwdg9u3xvdzv | 1GcdjJjFh5yrLbhXwisTK9y1TiVLxP54qY | RED |
| qz0793a3pt9yy7tlm89tfag9xq03v0acgcv9fu2yms | 1FaQ7TNzt9uGCTiZ65qiBBUimaV4nqSHSF | REDACTED |
| qzq42hprz6pss597dw62kdu289zln2p04vewuztq67 | 1CnrRf645iE1SmSyLRcHxida7HKwaSxFJs | REDACTED |
| qpzy9p5yc9twxevgsv84df9q5kwuhdu62vnqlfeye4 | 17DveKFbhpNJYXAGAqRkYYFAERAnJ7PFCt | REDACTED |
| qr6qs696xsknhgw4ew8qtpydfke3ekvjjymqvx3v2p | 1PFKx5ftQodM32ijFGVThGBQq7cyaPozoq | RED |
| qr29nmx7mu5h06sla6jx7ltl7u9luqeshc0e0u5g6p | 1LMoynaFJVnUey4mqT4itpeqcn4TRCgWbM | REDACTED |
| qrfr96ualt3c44t5qdpsn989zag3qf32xcxxdc9yer | 1LARuJ5G4uU699tmdbdZQPuXTTLhhUFoYa | REDACTED |
| qrkx6muc9w3epy384vvflswtptvd72azrq799adzx2 | 1NZ7a1jjc5aib7SoGShkvvZi7SfrtcWAtG | REDACTED |
| qz6vh790dhrdzpkfmy94wyuqmrrzely38uf9wcp6n8 | 1HUxyiLQrNAA6NwvR6EM8oGccWUjjbyhbs | RED |
| qzvhxhkxvg9ajwg0h0k5k07qtj2l0hzm5u9764p3st | 1EzNbQxehk5pxHcYyhXoCGikXPfMkPDdkM | REDACTED |
| qq5lxtrusjav6pgrfwpyn45m3tv0tvumgcxuvvjt2z | 14pp1skyZLM5T3By12HfWpLgccUBvwvEv4 | RED |
| qrac04ynlhuvh7ayh2wxtg98pke595kvngjq6n622a | 1PvyKoyYYZxha8EnyuraJjyKnoELnRG3Ad | RED |
| qp6qvvxq28xausa5gmfre0ed05f4tvrxzcpqy8ep7q | 1BaUoNXvo84n1gVXxPdqb9dKaSR7DgE98Y | REDACTED |
| qrnx2uxxxvm894pyzm90z29v6052zn2qw5sn8kkgk5 | 1N1DwLGUq87m3uWqX3QT76uHfQMNkVK6sZ | REDACTED |
| qq9pmtr6feq7fn6f8vzzmq2ar9dewzjnqqyjwp5tee | 1vVJgnfzEUr36WTb4GLcmLVwXmJS5LtAg | RED |
| qrjnhnclxr0v8236w4qm6q5tmf26z30ntqz93esmg3 | 1Mu5PY6iFhpts9m1JyJs1imyZdUQ27Xask | REDACTED |
| qqy8x928ew9ft9j5evne7p97k3v9zuvh9qujya2xl4 | 1mgGejBqKFrMTayWwKj27ZQAGgszycPwT | REDACTED |
| qpae4hd6amwcdk76sfn6n06244th4jkar552a8fr3s | 1CGZdtCZNsS5J77KkrwBJc4gfCMgyGvzMh | RED |
| qryc4galvqnukr974474slnfuhdyprvdn5j8u6azed | 1KNeuQiYVx1XqqhJ7WiSJ7VNo4RkHNQw5V | REDACTED |
| qp889sxg8e0484pvgkl9udr7n6edwlav35vxf36w5u | 189oB9QGHAQLHenzuwLVFc6Y47cGswsoHc | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | |
|---|---|---|
| qphpsl26l8js45w0trdgu8md8tzasye3es0l6hdmlv | 1B38fg4MCi3RRoeRxXMLq7R6vCgEL2fsYf | RED |
| qrjajk9jrk4nc0l0h5e7lt7tathp845atqkrl9dpyt | 1MxL7Rjjug5Wp5YxM9BuYsqoCipJhPo3S4 | RED |
| qrg89sf8dxfr58p332qdsvj6ymqt4csprq5qvf56al | 1L1B2Bexr2Pe55PAxFRVYuuAYcdjxHppAX | RED |
| qznyz496ewp48cpyzhngpkslsscu6te06cy7vkv5jc | 1GA5S7wJRvzAhBz9vSAJFW1JjUskp75Q8Z | RED |
| qpmc5wyw926utgpq92kdxkur0e7es54uay7pqddlkd | 1Bu4zay9qUdMB234h2uuSFd9bnhtUJGAT2 | REDACTED |
| qqr9rv9l6vufkrrmfnmhqy7yhtu0drrq9vvzvnky6u | 1aQv6sy8mQP4wfH9Kcy5GPbiY8gSyH1P7 | REDACTED |
| qpg7jperpcegr5p4gyzn5v0v8hr6v28z8v7q5ff0gh | 18U6tbkSjvrZjZhW1M9pBe97th5gHmpNH6 | RED |
| qz439cn6eschrhrdlznf6764tkyt0rplgyx3huk7ke | 1GbZAwAzcLafyABW9u5ynKyPCwurMtu7wa | RED |
| qzktp89h200xy43985kn74uu7y43yghakcjwdedljs | 1Gk6oDyWuMhFT8UWiZLfi2uC6t97nybEtK | REDACTED |
| qp85sa2tk6c4gjl808ujp96v3a2cshe7sqedmj7kts | 18EDBdz75xPndZPb6SDJAyGkP5KsLAhVGg | RED |
| qq80nqdm8fq3ma847ute482ssut9yz2a655lsnvffd | 12NBMijDzDsxAuwRLFU6tAtJhRExxcvCbZ | REDACTED |
| qzasfuyljafv644xpwcsrqdkfnevfwru5u8kthkaqr | 1J3sH76Dz7UNckjYXncHeUPX5mNHrSsXkR | RED |

**Total Remaining** | REDACTED

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-4: All deposits to Wen's Poloniex Account.**

| Date and Time | Sending Address | Transaction ID | BTC Amount |
|---|---|---|---|
| 3/18/2017 23:44 | 1CvL8aAKS9FUHrcuvK9rEqjCJDevqPmzPb | 63f52cfc77809b7d97925bced4981c0b54308f6fc489e8b62a0b2f17aa805739 | RED |
| 3/18/2017 23:54 | 17b7VPULHcjCt573f61rZ7Edohj7CWkb9s | de9f8901a5944c880984f091ecfdafdfb9573284f0c5c54f583c01808638c744 | REDAC |
| | 1MejZxYQUotsNttbmzS9LVbNPzye1feLWo | | |
| 3/20/2017 5:04 | 13Q54fVRpFpv1z2KJHZ9JhGQZicRcxvZ8N | 0a721b9097269280f3fb2fe69599441eb84ed832b0fdf667eec84df3ac41e95c | REDAC |
| | 1PfmxBq44ECAzF97a1VTHiBVPdjzxXhxi7 | | |
| | 1FxtSebFvQ2wYVHWEhoznE5Sx6j93efpGR | | |
| 4/22/2017 6:28 | 181b7wvbDtHdDy86dhpPvXvGE7Ha425Wjh | 8adc0a9060f343fd5f9dc28cbec7511a73024e7f31dfc6fc20b308bf0e8066a4 | REDAC |
| 5/27/2017 22:20 | 1NiQ2PuqMmyRYbGvpsAqHu8mxRYRL4Khui | cab9f7e574f427230684e777e691a1c5f00fc0200639946f731b99863f15a30b | REDAC |
| | 1317etqV1Wtfg4Gpwrp7BewRrvmR7EBRHo | | |
| | 1NKP5tXWm2bMbNcqch8Cqzj9k89a8AbJTr | | |
| | 1NiQ2PuqMmyRYbGvpsAqHu8mxRYRL4Khui | | |
| | 1KVUbYCSFvrrG8DZMKTwsTfdpVbDgobLbd | | |
| | 1NiQ2PuqMmyRYbGvpsAqHu8mxRYRL4Khui | | |
| | 1Lpw9hc8WKuaxL661UhcTQgETmE9x2vyrJ | | |
| | 19h9axHxEkGQyT53wszc2nwtbDiGQoPVH8 | | |
| 6/25/2017 9:52 | 1Bo92Lej9gjmqM4RNyrjiL84KvdAHwZorg | 6ead69b4436fec87a3c6dd750362d3a530af71027d3511dbe8d2d7efdf28dfe4 | REDAC |
| 6/26/2017 6:19 | 1Q8wHyjfLCuoFWr5irW88Qox1VvPjPV7PQ | 9df417f9d036d54ab12f3e391815f5148e5a6fbde941f97f973872c422fb2c83 | REDACT |
| | 1BLuBBQU1uugixVKCoTx6gKDeMCL9Q2tDV | | |
| 6/27/2017 8:33 | 1HF9VAmBGBtRDEjFEZTqWqzpd8nePG1Vcq | 18e64ad2b42d7fcf77941c42a2bb5741e8bc24087dc48702262a148a0e81b1a2 | REDAC |

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| | 131x27pH2nhL1A8syxq2KGU2aZ8meRPF5s | | |
| 7/6/2017 8:08 | 1LEbWLuMiACG9rH7uinxgf74iuAGdG6b8M | 67bb856018b06cb98d2cfde377a365d00523543978f43ed73bbfa3381a5d9080 | REDAC |
| 7/8/2017 9:53 | 1A4JhvHPBqzt5zbek7v8qBQYQjE88B7x46 | 46c4a61b4c21dda27e50932945bb172651763334ddd183ebff57bef81c371a85 | REDAC |
| | 1J6XLoXUKoedp27cN5CqqWnmbvLwi6nG2L | | |
| | 1hP8JeVbwfELQpkJeC8Xg2rKszSUxVnS4 | | |
| | 1GSSUf9NwvUPwhg4LybJ1W8Msjpbq5DSuB | | |
| | 1NRAPwBFpQcmNSVrELnqJ8yF88r8PCyrVV | | |
| | 1DNdY399sMr7GejhRdEK1F5GHUHX4uV8ap | | |
| 7/10/2017 21:42 | 1Lkoq9eg1sanzj2SQ2YtHa9MBcASwFwbFK | 13eb61bccd3ffe798dcbb71522b478661549839cb68abeb20fb0ec4740b44431 | REDAC |
| | 1NWWoHs8pvvTKhxqUKXJjVwbvUN16fN1U7 | | |
| | 1DaCJKG3ePe7VJTkSqQe4bYEGJsRLYoBqY | | |
| 7/11/2017 8:15 | 15mGqP7tywW9QHqZgwzHTWXT9WUcTG6ZmY | cf9f66e5c6542116e93ea007d4417b18e81544a5b72f1b02ce58748e95d90f93 | REDACTE |
| | 1amNrL5G6GWT93pGAZj33FUQ2D16AoTuZ | | |
| | 1CXFMk13NJU4rqryHCcMTFrE1hi8WzCpYs | | |
| | 1GFTMYKrz9vcrCTZ3pDpt8n63bKAJaFm2j | | |
| | 1HU9VePYNUwG1YEu9kVPrJshrYTep3MTzA | | |
| | 1HU9VePYNUwG1YEu9kVPrJshrYTep3MTzA | | |
| | 1HU9VePYNUwG1YEu9kVPrJshrYTep3MTzA | | |
| | 12Zg5Yybo7Ma79TXPB7nDugd6xsUAWmYN5 | | |
| | 1NNeK4LCKD82bUDGJsxQwrhefyn8T8qPf2 | | |
| | 1CfyXqLh5g5vC2KLVEnXypomUaEXYhnBPo | | |
| 9/25/2017 4:12 | 18EDBdz75xPndZPb6SDJAyGkP5KsLAhVGg | dba75eab142775af89253e961ca48d7073d87a82cac6cee57e0f310d5de8b5e7 | REDAC |
| | | Total | REDACTED |

**Note:** orange-highlighted transaction IDs show transactions involving the change sent to the addresses identified in Figure E-5.

Appendix E to Report of Pamela A. Clegg

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-5: Transactions showing Bitcoin transferred to the orange-highlighted addresses in Figure E-3 that was change from deposits to Wen's Poloniex Account.**

| Date | Change Address | Transaction ID | BTC Amount |
|---|---|---|---|
| 6/26/2017 | 1EzNbQxehk5pxHcYyhXoCGikXPfMkPDdkM | 9df417f9d036d54ab12f3e391815f5148e5a6fbde941f97f973872c422fb2c83 | REDACTED |
| 6/27/2017 | 1N1DwLGUq87m3uWqX3QT76uHfQMNkVK6sZ | 18e64ad2b42d7fcf77941c42a2bb5741e8bc24087dc48702262a148a0e81b1a2 | REDACTED |
| 7/06/2017 | 1BaUoNXvo84n1gVXxPdqb9dKaSR7DgE98Y | 67bb856018b06cb98d2cfde377a365d00523543978f43ed73bbfa3381a5d9080 | REDACTED |
| 7/11/2017 | 17DveKFbhpNJYXAGAqRkYYFAERAnJ7PFCt | cf9f66e5c6542116e93ea007d4417b18e81544a5b72f1b02ce58748e95d90f93 | REDACTED |
| | | **Total** | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-6: Consolidating transaction involving the 12 blue-highlighted addresses in Figure E-3 and moving about <sup>Redacted</sup> BTC to the "Dan Dai" Bitmex account.**



Of the 13 addresses above that funded the 10/03/2018 transaction, 12 are the blue-highlighted addresses in Figure E-3. Since they were all used as inputs into the same transaction, all 13 are owned or controlled by the same user.

"Dan Dai" deposit address at Bitmex

**Figure E-7: Bitcoin funding the "Dan Dai" Bitmex account that passed through addresses identified in Figures E-3, E-10, and E-11.**



Notes: 1) Of the 13 addresses identified in 0f963e84 that funded the 10/03/2018 transaction (transaction ID beginning with 4601cc), 12 are the blue-highlighted addresses in **Figure E-3**, which supplied over <sup>REDAC</sup> BTC for the transaction; 2) Wen's Bitstamp Account transferred about <sup>REDAC</sup> BTC to 1JVU, *see* **Figure E-10**; 3) 1vVJ received about <sup>REDAC</sup> BTC in change from a deposit to Wen's Poloniex Account, and thus was funded by the same person funding Wen's Poloniex Account, *see* **Figure E-11**.

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022



APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022



APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022



APPENDIX E TO REPORT OF PAMELA A. CLEGG

**Figure E-8: Withdrawal of about <sup>REDACTE</sup> BTC from "Dan Dai" Bitmex account to address 37JRJ.**



REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-9: Withdrawal of about <sup>Redacted</sup> BTC from "Dan Dai" Bitmex account to address 3GAy.**



**Figure E-10: Transfer of** <sup>REDACTED</sup> **BTC to the "Dan Dai" Bitmex account and about** <sup>REDAC</sup> **BTC to address 1JA73.**



**Figure E-11: Transaction showing over** <sup>REDACTE</sup> **BTC transferred to address 1vVjg (listed in Figure E-2) that was change from a deposit to Wen's Poloniex Account, where the** <sup>REDACTE</sup> **BTC then funds the "Dan Dai" Bitmex account and an** <sup>REDAC</sup> **BTC deposit to address 1kJdt.**



**Figure E-12: Withdrawal of about** REDACTED **BTC from Wen's Bittrex Account to address 15NEe.**



REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-13: Transaction showing about [RED] BTC transferred to address 1EqME that was change from a deposit to Wen's Poloniex Account.**



**Figure E-14: Transaction funded by Wen's Bittrex Account involving over** REDAC **BTC transfer to address 3CvGq and associated with the "Lie Wen" Bitmex account.**



**Note:** "two hops" means that the BTC moved through two transactions.

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**E-15: Source of funds for** REDACTE **BTC consolidating transaction resulting in** REDACTED **BTC deposit into "Lie Wen" Bitmex account**

| BTC | Source of Funds Address | Transaction ID | Source of Funds |
|---|---|---|---|
| REDACTED | 3LbYCvoeb4KhhghgP593T1k9FDnzCYssxV | 106786f3473a6812ae283b521ab22f2d298bce96e8c75a217c8c0f228d17a46a | Change from 4/24/2018 deposit into Wen's Bittrex Account 1HMHZ |
| REDACTED | 3LA44GtiewxGAoRzdA635XpGRgz68bYXDk | 00828c0ce34dfb016c01666ca04584048fd09a4c7775ec3e25ef1918d69b6c9c | Change from 5/2/2018 deposit into "Wen Ding" Bitmex account REDACTED |
| REDACTED | 33r8DhwpT94DRkVd5wNbpZN774GFcsUtae | 4d821ab0bfe2e0be7bdbe5bf5da9e289dccec731e918cf8d3630c0966dec70bf | Change from 4/24/2018 deposit into "Wen Ding" Bitmex account REDACTED |
| REDACTED | 3FmyTinLFFfPAT5StiKj7fP3rUFpt1ktH1 | 17ccc840f2bbabda0aa16c2cd8bce57080deb061b37d87db1a577b7b30285ee1 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 3CHqky8wZyW8ErPaKyAjBJjRttTNKeUPDt | e5790d62570b35959ed6fcd61a000f45af96ea186cbcdeeea36c5ae4c0d633c2 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 31qCxrD1dQrWBPM3czGkoJ3xrRzcBBhktB | b0b777c32b883856fce5601b48c819beece66d45d5f48500c69881953ff17908 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 31yLJ13ixwoz7V8pqS5Qs1UKdjUdEDWGzB | 7b457c804874ae2402274988d10db50b811fea0b3f7750ef6a70ed7ffaa39779 | unidentified unhosted wallet (unidentified wallet owner), an additional hop backwards funds came from unidentified Bittrex account |
| REDACTED | 3CWYmkUvs4yyz8ufv2ctDvTtXgzGyNXAq6 | 74c68de82c80c255faab867cff415b3ddb8bdda84988fe9d6f490624abf95270 | unidentified unhosted wallet (unidentified wallet owner) |

| REDACTED | 34NhQNH4W4fnDXL878DtSAZE4rFpBHpv53 | 74042c136295282038de58935780fdc3ef5754cc7b50f1fc8e5c6ee3a38a7c8f | unidentified unhosted wallet (unidentified wallet owner) |
|---|---|---|---|
| REDACTED | 34NhQNH4W4fnDXL878DtSAZE4rFpBHpv53 | 5af5c1a883d6ee10db7852e60924bc61abef3089f62ddf33eff6e64118b32907 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 31oqeessWqvQJimh8p6jZPcjvKZnHH4J3u | 54ab9e2599d5e33b0b60e53b890e8e95701040af0cf5e048f3e44d4c404ff42d | Change from 6/5/2018 deposit into Wen's Binance Account 171v6w |
| REDACTED | 31yLJ13ixwoz7V8pqS5Qs1UKdjUdEDWGzB | 63c02218a2844ead036aa46152c388645593b4ea57b471d6a508377fa1eb4285 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 31yLJ13ixwoz7V8pqS5Qs1UKdjUdEDWGzB | 8b7d421afd8b5183e18697578055e0f3d83b053135ecd0da4ce439ee26638112 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 31yLJ13ixwoz7V8pqS5Qs1UKdjUdEDWGzB | 3821f3ab43c80395d4b2a85935dc0890372e05579cc9f7964cf7dcd16e1e33c6 | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | 39RMhikU1NttLWb8cyekN88pzr9vGJh2Dh | e56100aacb15bc5fc0b53475cba31676d0615e94bdfe9ec06de60e9c55bf079a | unidentified unhosted wallet (unidentified wallet owner) |
| REDACTED | | | Wen's Bittrex Account |
| REDACTED | | | "Wen Ding" Bitmex account |
| | | | |
| REDACTED | **Total** | | |

| **Summary of Sources for** REDACTED **BTC Referenced Above** | |
|---|---|
| REDACTED | **Change from deposits to Wen's Bittrex Account, the "Wen Ding" Bitmex account, and Wen's Binance Account** |
| REDACTED | **Remaining funds from unknown/unidentified sources** |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| REDACTED | **Originated from Wen's Bittrex Account** |
|----------|-------------------------------------------|
| REDACTED | **Originated from "Wen Ding" Bitmex account** |

**Figure E-16: Transaction showing Bitcoin change from Wen's Bittrex Account deposited to address 3CvGq.**



REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-17: All Ether withdrawals from Wen's Poloniex Account to address 0x4d5.**

| Date and Time | Sending Address | Transaction ID | ETH Amount |
|---|---|---|---|
| 4/6/17 5:02 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xe73097935fb147940623354528a2d2359a8ea069b75e567fa80b877961ce3dea | REDACTED |
| 4/11/17 22:48 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x6338cda93a39be6728b1eb42b163d65bb59ac8373077d26a26e27ac13cc96135 | REDACTED |
| 4/13/17 6:58 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x529d99408353151559ff1d51cb40ae2869494d09ac114173c542ba003099b7e9 | REDACTED |
| 4/14/17 7:18 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x666ca94e4ee1c4cdb1e3bd7ee341b587a47fb249f01a5859d9a7e600c9755283 | REDACTED |
| 4/15/17 7:53 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x8d728d210e3d7db7412476df8e6d8a01870497ca7b722802bd66d141454837c3 | REDACTED |
| 4/17/17 7:22 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xab1983801f5fc8383df19b364cf06d12e7a0b6f580dcedb52a284b0b44101a60 | REDACTED |
| 4/18/17 7:55 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xd19530bb84fb0783b0da4db04fbc50befc1e037c44358e44dd611566d0478d74 | REDACTED |
| 4/19/17 19:43 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0d5ca3531acc6f035b6d85a0d787deb82c083392a899949f621b5b2f1ff1b70d | REDACTED |
| 4/21/17 4:06 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x1903211958f5f4ed84cc230915be166dfb61081a3a6e8499790faa88a1c0d345 | REDACTED |
| 4/22/17 7:04 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x2d56bca87a9aa4b8b3c1d1cdf52f8673ffcd73e541f75a892823f030357841eb | REDACTED |
| 4/23/17 8:26 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb8085c379027103e2af417e1554a0d17e95b93ececf41d895784764bdb03a0e6 | REDACTED |
| 4/24/17 8:21 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x77a1946926df8b220fe26509e3bff38d7ab1404d8f2752985e349a4c43ab603d | REDACTED |
| 4/25/17 8:29 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb8cc30e75fdc628e06a56541c3a942b3208e5264235f0992964a78269c592f2b | REDACTED |
| 4/26/17 8:32 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x34907191da9f071652d77d9c43b22585d3b5286bc42a87e7c1f5993ae824ba95 | REDACTED |
| 4/27/17 8:23 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x97cc70bfe840ea3fa595d66b23f2294b338c36801632c97d920173a1ff61a34b | REDACTED |
| 4/28/17 9:04 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xcf84068f66c550c70aa459918c80a0ae3c255f8bc176d03dd4696ea7c7ad9ebd | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| 4/29/17 19:23 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x65a8c8b9b5fe12ccbf03c8647dd7f2332d4193c9a330c0f7 6186ca884bb2cfec | REDACTED |
| 4/30/17 19:24 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x80fd962262fb694d788917c3b8d8b295a9dca2905b5b30 88b923dc936b848922 | REDACTED |
| 5/1/17 19:35 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x129bfec116a7a81c6cba1068a080e5bdc0adca586e5e95b c61fd74150ded030c | REDACTED |
| 5/2/17 19:36 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x1b5e4aa7022894baa3493d146339ed6ae5cbec2aeb78f13 c8744b1bf03cb3514 | REDACTED |
| 5/3/17 23:51 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xf25afe2dfab8ec7dbd1fa94a271b0b39ca9c50bdeaaf5b55 82ca43d1f418cd37 | REDACTED |
| 5/5/17 2:31 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xeea19a0fbbd2b5c033c2a0739ff2a20e490ccfbadeb4b94c b9d8615c1ba6237e | REDACTED |
| 5/6/17 2:33 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x5289f3f5a4baa98723cb5d78dbb63e5da0fbde99649c396 bf37a873ea7298768 | REDACTED |
| 5/7/17 8:10 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x437ca9596f10dd620229db7361138075c1125be66e6aefd 70749e106efd80502 | REDACTED |
| 5/8/17 8:11 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x186aa941ba281a754430268e70ad1d22a5bc73745b4f63d d94c1000712bea634 | REDACTED |
| 5/9/17 8:18 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x8ff2b7a0606776e9575dab3e4858510e04d8bac46594fa7 2633fc234a913ace1 | REDACTED |
| 5/10/17 8:14 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xde508570952c95b22a15e59c900eac33e70bc0619414e0b 7bb3f061fef59af3d | REDACTED |
| 5/11/17 8:16 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x926aec2db5a8f2a0d0c2e6cae584b30c90842c58eb0b229 25b5903bfe317a472 | REDACTED |
| 5/12/17 8:16 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x35e227811349779d6d9fc30892e54ccf294dcb2ae8e7523 ca20b062e0d822d0c | REDACTED |
| 5/13/17 8:17 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x86677eb13735decc76bc2ab4e5ba23e285654b8e7ae42cb 3c430701a59861778 | REDACTED |
| 5/14/17 8:33 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xcc26e5737f77dba4625c7efb99b6d60af70524740ece30f8 9913684346114f31 | REDACTED |
| 5/15/17 19:32 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb42d53e13df7ebd086b369e3a7ab2e76991eb8c94303a21 a81887929bd3ff586 | REDACTED |
| 5/16/17 21:50 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xfb968342b87dd2cc06e92bbe822fc4f5dbadfd5a6181564f bea27190bb465c92 | REDACTED |
| 5/18/17 0:09 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x81442d7ac081c9550995a523690a5ac97685df7b1b053c2 f6a0ab45d28a15af0 | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| 5/19/17 4:24 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x8e9baf3e68a3223bd4aa5a170929a7e3d014870863fa02bb9b47d0d4576f256c | REDACTED |
| 5/20/17 4:26 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb90ed8086597a29960831e322e1eab76a08e58134a677270183c1720dabe21a7 | REDACTED |
| 5/21/17 6:46 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb150df73b88d14787bb9e352666041887d44cb5e712d00c6938da7b3e743e498 | REDACTED |
| 5/22/17 7:10 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x7cf7cd4b5498044d1acddcc7b46ee4dcd4fa4804409a29c3122cf40784b8acec | REDACTED |
| 5/23/17 6:56 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x3a1ded084477e2cf44fec76aa0481fe8d9fb59dffef3d965dcd371d6f4e7af2d | REDACTED |
| 5/24/17 7:35 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb06df3c46040b4edbe2536fe9c590fabfc8d8b857b2508d2f2d89372512e8014 | REDACTED |
| 5/26/17 7:41 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xda3e2dbb46fc97e539400ff2d191ba320c2b520dbb0dd12c8ac1ff969dee0f1b | REDACTED |
| 5/27/17 21:50 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xfdf5763e81b9ed672efa016ea922fed48695abb830780af51fd49aaea1d96f69 | REDACTED |
| 5/29/17 4:37 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x8bd21f3fb5b8bcc6a12fd9e189e0154f60f8595f589256e14baf27108e840f01 | REDACTED |
| 6/3/17 23:16 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0941821a20d17e4029de4dd170d23eca521e9efa6fd48879a42b5392d12a45a1 | REDACTED |
| 6/5/17 1:45 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x30cfec870c5c034500f4acbd446f4951bf338f2c47c3b0181b465a5231d23696 | REDACTED |
| 6/6/17 2:20 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0827177eeacce67fc3b328f27df6f9cdd5604a301d42c515ffe12960985bcbad | REDACTED |
| 6/10/17 5:15 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x1a9ac04bcaa7832c3e900aa4772f5c9dec964ac66e226f7a7924cc34356f6e1c | REDACTED |
| 6/25/17 9:38 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x30406add3a0abdb3d563e8caf65893add947aec48befcf7df1d93aa69c547d2d | REDACTED |
| 6/26/17 16:10 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xcf150894572562e389db9ce8c34faea4f5a0b5d95b48e625d73f9068549b002d | REDACTED |
| 6/27/17 18:19 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x7dea07124256888b661c91fa93d08aaff7846c2d1294e7a03659b26fe90d6acf | REDACTED |
| 6/28/17 22:26 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x65969784574a93f96e322906f6cc3c86d8724d5a7c2a372aa44f5e3253655cd6 | REDACTED |
| 6/30/17 8:34 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x5e5ad8eff62d16d922a488185c439e4b694c06f3b6c2f17d960515a0cc1fa634 | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| 7/1/17 7:24 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x7905d9370d5b427c16614ee89efb34785b29ae8b6632d10cba95bde88d516773 | REDACTED |
| 7/2/17 11:17 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x974b8756b2171221d764ebacf74a3cb1b22c8667570d9624d7e1cf63d26ce4ea | REDACTED |
| 7/6/17 0:08 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xe705b3dcf4da9a50c14ff1adbb3e2577fcff5b62cf5bb2dc894ec0059dde985f | REDACTED |
| 7/7/17 5:58 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x41f95b7fbd84c0fdccf96fbc7bcee0c7d16b635cbb8cb788c01e2cfdef0edb1d | REDACTED |
| 7/8/17 9:18 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x200c616ed731b4be142cde2f9cab8fb6e6fd25108521466dcd176bb330754ac0 | REDACTED |
| 7/9/17 10:27 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0c65d516900037e5b27fd9216e228e3e893d2a2bbbb3963a86794ee64cb2c1a1 | REDACTED |
| 7/10/17 22:38 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x539d13a28e0828d61577f6df373b3c5d1c7dbe47aee28f4ddadc491a8ff882a1 | REDACTED |
| 7/12/17 20:40 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0001d492b59d3b12021ab53e6d8814c1dbca5701fdaa2814a0e87e8f0f3dbd38 | REDACTED |
| 7/13/17 22:13 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xc69d11ed93f6b872f8ed6885e8417b77f75b71ebace03486c058090a12b9d8db | REDACTED |
| 7/18/17 8:16 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x22ea7fd6131afd88e4bad62643fee8116c89317644b8f6e060dc80dbfd3cc085 | REDACTED |
| 7/19/17 9:02 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x5e14fe3debaf9246625a9578cd26b0c7b292364c090838f0383debaf1c321257 | REDACTED |
| 7/21/17 5:36 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x39e1e3b2624084c931dc093e27e1dc7225c2dd968a46b3c5afbfb9040c818c73 | REDACTED |
| 7/22/17 9:31 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x7a99b145665fc8971d624ba4a79513b9524b06985e449df7ea6c049fb0bceb97 | REDACTED |
| 7/24/17 7:21 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x4f5d2c2724da8cb56d3073bcbb06d3fcee6c323344c8d1f30f4a27cd4d9f1a73 | REDACTED |
| 7/25/17 15:17 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x1e70581465a5bd1362343fb3bbfdd5b3cf7614b5ede3b419f6d18dc8876a3b72 | REDACTED |
| 7/26/17 20:32 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x267759f583202e6f1573af9e6055dc9403ac1175747376dfe99c9e9e673bcd0f | REDACTED |
| 7/29/17 6:40 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb415dcce1c847f1c8c477d79ac163fcbf2589437ea2f1f86d00d0aa627a1f3d2 | REDACTED |
| 7/30/17 8:34 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x35dad27bc70a2c4272bfe1d0c40443dfa928592edebd6807825523776266b92c | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | |
|---|---|---|---|
| 7/31/17 9:34 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x77aaf096fea5b455b4564a677bb19ae19ff7c75763cf5fd7f5b74d4d86568fac | REDACTED |
| 8/1/17 11:21 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x41662fe0ac4c3b20e3d1ef9e7275c52a3acdc08fa2f5e2f6d5cdc36569bed5e4 | REDACTED |
| 8/3/17 4:26 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x762bd61184dc6354063034661cb6991f8dc8b022394fd3197b7c914f600790c | REDACTED |
| 8/4/17 22:21 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xe23c168a9ec5cc2e149ba579572f050ac33ff0277980b1a688b0fe8f27f4c269 | REDACTED |
| 8/6/17 1:00 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x7331d7a8a6483ff414bd51a5d09fdc7f53689fbf6371713b8d9bfedbb0bffc93 | REDACTED |
| 8/7/17 1:04 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xb865c43563763c2b822e298fec8bdbb84e890050dd6a9f56d6c6201fc74ce14a | REDACTED |
| 8/9/17 5:50 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x0db028743b972e96e47161571a95b2728d29ee05d82efaf3f5550a376df228a0 | REDACTED |
| 8/10/17 9:32 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xbe6ba7a6224228aff9e456cc6d9f51e15f7a409a2f3541fae9f9757b8e166a35 | REDACTED |
| 8/12/17 8:38 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x273ff2fa99372c74a793d626a173e0e3d9e274a626363582e38db57dd9330fd0 | REDACTED |
| 8/13/17 9:08 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xc8bf2edf18e99da192e9cc752771183ce4f4b69af5c9a13b010a3468186b2d3b | REDACTED |
| 8/14/17 9:14 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xe0dfee38da3df84c7ab245b0a080241646a4c48eda715aaf303b78ef2ae2339b | REDACTED |
| 8/16/17 5:13 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x43d3af82f76a20ef5a9e5ba0d55c1a683385a3260f608760035a9aca243a0389 | REDACTED |
| 8/18/17 7:13 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xf4b9faf673fe824c6fcb1a01af847045df5dc2a2a5c2076cd1127d3d69543ae4 | REDACTED |
| 8/19/17 7:17 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0xec462dd12a5095a4869780d66143fb8d1b8e93dc12fd3f5f525df71432f80df9 | REDACTED |
| 9/25/17 5:19 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x96567f66b2af61e7e34a494479158634bf48a9334aaefafd6773e64969039c00f | REDACTED |
| 9/27/17 4:53 | 0x32be343b94f860124dc4fee278fdcbd38c102d88 | 0x5507b15cfb9c930086557b3a312820433491f6d0ac4a2278f9a13b35741bc3cf | REDACTED |
| | | | |
| | | **Total** | REDACTED |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-18: All Ether withdrawals from Wen's Bitstamp Account to address 0x664.**

| Date and Time | Sending Address | Transaction ID | ETH Amount |
|---|---|---|---|
| 1/19/2018 10:25:29 | 0x1522900B6daFac587d499a862861C0869Be6E428 | 0xd8ea49fa2706086062cc77620f9a81d09a1cfe1d9318746c5c67432d8aef6d9b | REDACTED |
| 1/19/2018 7:26:15 | 0x1522900B6daFac587d499a862861C0869Be6E428 | 0x6877ed4ae5f69b7b866bcdef699185edffef284779b95cc41bbcf61bd7846747 | REDAC |
| | | | |
| | | Total: | REDACTED |

Appendix E to Report of Pamela A. Clegg

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Figure E-19: Ether transfers from addresses 0x4d5 and 0x664 since October 25, 2019.**

| Kaine Wen ETH fund movements after 10/23/2019 | | | | |
|---|---|---|---|---|
| Date | Receiving Address | Transaction ID | ETH | Source of funds & Ultimate Destination |
| 3/27/2020 | 0xff5c83480a036597f61d4e9754d52d6035cf3668 | 0xda7f0cea5b9deea42a8106da3c3208dd1a77b19ac851ad2447da51fcde73fe97 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to HitBTC and HuobiGlobal |
| 3/27/2020 | 0xff5c83480a036597f61d4e9754d52d6035cf3668 | 0x4256a55b5e9ca1ea5a3c83e7582e4b2d38a63635eae65ee4a412127bfd04867b | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to HitBTC, Huobi and 0xb04c0eb29c72cebc467b9d4944d29116fa02c44a; 0xeE44145A12aD57Fb9723e05D51C1d0b3fE1CEd3D |
| 3/27/2020 | 0xbed6a9139c5fea86c1e114f52e6b3d56914859ec | 0xb1dd84185f626fc26bfc1d2de8e29eacd90a0d78c587931f139d187aff93abe7 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 3/30/2020 | 0x305975eb70f6181d0212366643dbae86bfa390c8a | 0x678a668708d6fef97fe2ae4c810f971b833c815feff324be0bc950244a64f9ef | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 3/30/2020 | 0x305975eb70f6181d0212366643dbae86bfa390c8a | 0x8275c8e81b345ff19cf9afd2ee8909c864c2d2a3297c15f4307db7ebb6e763b0 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 3/30/2020 | 0xbed6a9139c5fea86c1e114f52e6b3d56914859ec | 0x779c2295b0b34e962845b20ab92c6051b35a4da0de607bc1cb6f5cc632c35a2a | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 3/30/2020 | 0xbed6a9139c5fea86c1e114f52e6b3d56914859ec | 0x074d67ea8b20538069559435ff68f5c71f3956d754444118a0ee46182a7ae021 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 4/5/2020 | 0xbed6a9139c5fea86c1e114f52e6b3d56914859ec | 0x6d256a37fbbd8c8e6589b5743f79abd834d237628f02286bf6608656f5a88dd4 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 4/6/2020 | 0xbed6a9139c5fea86c1e114f52e6b3d56914859ec | 0xa2e8bfba4321aef82ac89df9e93d60aec5b134a4d105aa2ea7faa25157e71f66 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 4/11/2020 | 0xd68d15be2a49c39d04dc316309df2c37f0fbee85 | 0x9eb02b65e4756c9fc98a6acc627d777e3d21e64eb22960d44a2b2389db47ddbc | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to 0xb8b2FC103ea60b46576F179F19d5DC40EDAB d860, which sent funds to Lido Finance on 8/31/2021 via 0x835b55fafcea55ac3b83405b3f47882d0b9d5c772adfc8ea7221c4d3d5156cc1 |
| 4/11/2020 | 0xd68d15be2a49c39d04dc316309df2c37f0fbee85 | 0x83065e79f18bc63a1b42e21e24fca72972e3a174ccbdbc4cf20bbc44b2c7b522 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to 0xb8b2FC103ea60b46576F179F19d5DC40EDAB d860, which sent funds to Lido Finance on 8/31/2021 via 0x835b55fafcea55ac3b83405b3f47882d0b9d5c772adfc8ea7221c4d3d5156cc1 |
| 4/11/2020 | 0x788c8c118081f4f0cf3e98fa094a4562b0b4f496 | 0x1cdae089c25426a9f44ff1785a64f2bab0c482e0d25ced218e356d9e748ca521 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to 0xed8090fD5C25540d20Bf58a368df08b3F1342d47, which holds 51 ETH; and Bitfinex |
| 4/11/2020 | 0x788c8c118081f4f0cf3e98fa094a4562b0b4f496 | 0xb50edbe1854f879983ef6ee45ebfa50e1634af5aba01338eb896302ced623fd7 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to 0xed8090fD5C25540d20Bf58a368df08b3F1342d47, which holds 51 ETH; and Bitfinex |
| 4/21/2020 | 0x9b2b9d42c01685cb2b03624 4fb31753e7b9173a0 | 0xbab6519df2e09f32f5c3c6c42eaffa00c7559ac18524373fc3c8ae849228000f | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Destination undetermined |
| 4/22/2020 | 0x6568dba3efa66b1db93f8bd4dfee320d2afd8b36 | 0x1bf84cf1c27f73a93ecf2d27481f1869766d3d4a4d0d10ddd6ee24119e7f12fa | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |
| 4/22/2020 | 0x6568dba3efa66b1db93f8bd4dfee320d2afd8b36 | 0x2693a346598694ace51b8c0b05d8e0a7a494ba2e120289646af5f61072a74ea3 | REDACTED | 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 to Binance |

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | | | | |
|---|---|---|---|---|
| 6/5/2020 | 0xbeed1b45ceff8b5ce300e5834517eb68cef89a72 | 0x6298043c03ffde7afbeb49cbe88961d13eea17ed2300a7b9efc7b8c731e9ed67 | REDACTED | 0x4D586195aeeD6b32b62DAaaA60122ED9088990D4 to Binance as USDT |
| 7/14/2020 | 0xd01e9b86134ab678c82da1cb56c38c3d5900ae57 | 0xb04c2162a2cd6fb6e3179add0171e3dadbd6d835510eff3dd3644e981b090168 | REDACTED | 0x4D586195aeeD6b32b62DAaaA60122ED9088990D4 to HuobiGlobal as USDT |
| 9/12/2020 | 0x64d49aa7485de5f17e107339cfc5e1686ab8cf78 | 0x29c7616a95abcc2d46959101c216558584cc4d4b65f049e7adf3b68ceabfe42a | REDACTED | 0x4D586195aeeD6b32b62DAaaA60122ED9088990D4 to Harvest Finance as USDT |
| 10/24/2020 | 0xa32bcfcba6c95e5bfd5d482c2c5ae32aea1b9c7d | 0x72c7a75891b60c171f34e30d9c73cbb17121e82868639c11eba492298f92ecb4 | REDACTED | 0x4D586195aeeD6b32b62DAaaA60122ED9088990D4 to Binance |
| | | **Total** | REDACTED | |

**Note:** if named or labeled, the "Ultimate Destination" is most likely destination as identified via attribution from the Ethereum smart contract or in CipherTrace Inspector.

APPENDIX E TO REPORT OF PAMELA A. CLEGG

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022