# Exhibit No. 3

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF |
| Plaintiffs, | **DECLARATION OF THERESA RIDDER** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | Court: Hon. Michael W. Fitzgerald |
| Defendants. | |

## DECLARATION OF Theresa Ridder

## PURSUANT TO 28 U.S.C. § 1746

I, Theresa Ridder, hereby state that I have personal knowledge of the facts as set forth below. If called as a witness, I could and would testify as follows:

1.      I am a citizen of the United States and am over eighteen (18) years of age. I am an employee of the Bureau of Consumer Financial Protection (Bureau). I am an Investigator working in the Office of Enforcement within the Bureau in Washington, D.C. As an employee with the Bureau, my current duties include conducting financial and data analysis for investigations. I have been an employee of the Bureau since December 1, 2013.

2.      I am a Certified Public Accountant (CPA), licensed in Maryland, and a Certified Fraud Examiner (CFE).

3.      I am assigned to work on the Bureau's litigation in the United States District Court for the Central District of California titled, *Bureau of Consumer Financial Protection, et al., v. Consumer Advocacy Center Inc., et al.*, 8:19-cv-01998 MWF.

4. As part of my work on this matter, I performed the following tasks, which I describe in detail below: 1) reviewing discovery related to Kaine Wen issued by Plaintiffs in this matter, and responses or other materials related to that discovery, including from parties and non-parties; 2) reviewing the Bureau's informal or other information requests related to Kaine Wen, including responses to those requests; 3) summarizing information about virtual currency holdings attributed to Kaine Wen in the report of Pamela A. Clegg (Clegg Report); 4) calculating the U.S. Dollar value of certain amounts of virtual currency at certain dates, based on publicly available information; 5) searching public and law enforcement databases related to information attributed to Kaine Wen in the Clegg Report; and 6) reviewing materials recovered pursuant to the immediate access related to Wen and his associates. The materials I reviewed include those identified and discussed below.

## I.   Relevant Subpoenas and Requests

5. On or about July 17, 2020, the Bureau issued a subpoena to JPMorgan Chase & Co. (JPMC Subpoena) requesting bank account documents for certain accounts.  JPMorgan Chase & Co. produced responsive documents and a Declaration Certifying Records of Regularly Conducted Business Activity (JPMC Records Certification) related to these records on or around July 29, 2020.  Upon receipt, the Bureau bates stamped the production and JPMC Records Certification as R-021634-00000001 through R-021634-00000425. **Plaintiff's Exhibit 10** contains the JPMC Records Certification and select documents produced in response to the JPMC subpoena.

6. On or about December 1, 2020, the Bureau issued the Bureau's First Expedited Request for Production of Documents and Interrogatory Responses to Defendant Kaine Wen (December 1, 2020 Expedited Request), including requesting that Wen identify the owner of certain <span style="color:red">REDACTED</span>,

1   REDACTED                                     that Wen owned, controlled, or

2   that were held for his benefit, and all payments, transfers, or assignment of any

3   assets worth $5,000 or more during a certain time period. **Plaintiff's Exhibit 11**

4   contains the December 1, 2020 Expedited Request.

5          7.      On or about December 4, 2020, Wen's counsel submitted his

6   Objections to the Bureau's First Expedited Request for Production of Documents

7   and Interrogatory Responses to Defendant Kaine Wen. **Plaintiff's Exhibit 12**

8   contains the December 4, 2020 Objections to the Bureau's First Expedited Request

9   for Production of Documents and Interrogatory Responses to Defendant Kaine

10  Wen.

11         8.      On or about February 5, 2021, the Bureau issued a Notice of

12  Deposition of Defendant Kaine Wen, noticing his deposition for March 4, 2021.

13  On March 4, 2021, the Bureau conducted Wen's deposition. **Plaintiff's Exhibit 13**

14  contains excerpts from the March 4, 2021 deposition transcript, select deposition

15  exhibits, and a signed errata sheet submitted by Mr. Wen, dated April 12, 2021.

16         9.      On or about July 27, 2021, Plaintiff the People of the State of

17  California issued an Expedited Request for Production of Documents and

18  Interrogatory Responses to Defendant Kaine Wen (July 27, 2021 LA City

19  Expedited Request). The July 27, 2021 LA City Expedited Request sought

20  documents and information evidencing Wen's transactions and interactions with an

21  individual, documents and information relating to certain debts, and information

22  about Wen's expenses since October 23, 2019.

23         10.     On or about August 16, 2021, Wen's counsel submitted Defendant

24  Kaine Wen's Objections and Responses to Expedited Request for Production of

25  Documents and Interrogatory Responses. **Plaintiff's Exhibit 14** contains the

26  August 16, 2021 Objections and Responses to Expedited Request for Production of

27  Documents and Interrogatory Responses.

28

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 3
P. 87

11.     On or about September 29, 2021, the Bureau issued a First Expedited Request for Production of Documents and Interrogatory Responses on Relief Defendant Judy Dai (September 29, 2021 Expedited Request). The September 29, 2021 Expedited Request sought documents and information about any cryptocurrency, as defined in the September 29, 2021 Expedited Request, held by Judy Dai from January 1, 2019, through September 29, 2021.

12.     On or about October 1, 2021, Relief Defendant Judy Dai's counsel submitted Responses to Bureau's Expedited Request for Production of Documents to Relief Defendant Judy Dai, Set I (October 1, 2021 Responses), which included certain objections and stated that Ms. Dai had not owned, controlled or held any cryptocurrency for anyone's benefit from January 1, 2019, to October 1, 2021. **Plaintiff's Exhibit 15** contains the October 1, 2021 Responses.

13.     On or about October 1, 2021, the Bureau issued a subpoena to Diana Dai, which was served on October 6, 2021, and requested information and documents related to any cryptocurrency held by Diana Dai from January 1, 2019, to October 1, 2021.

14.     On or about October 6, 2021, Diana Dai's counsel submitted Responses to Bureau's Expedited Request for Interrogatories to Third Party Diana Dai (October 6, 2021 Response). In the October 6, 2021 Response, Diani Dai included certain objections and stated that she had not owned, controlled, or held any cryptocurrency for anyone's benefit from January 1, 2019, to October 6, 2021. **Plaintiff's Exhibit 16** contains the October 6, 2021 Response.

15.     On or about November 30, 2021, the Bureau issued the Bureau's Second Expedited Request for Documents and Interrogatory Responses to Defendant Kaine Wen (November 30, 2021 Second Expedited Request), requesting information and documents related to approximately 39 different virtual currency addresses, as defined in the November 30, 2021 Second Expedited

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Request, and a request to describe Wen's interest in the Bitmex.com accounts in the name of "Dan Dai," "Wen Ding," and "Lie Wen." **Plaintiff's Exhibit 17** contains the Bureau's November 30, 2021 Second Expedited Request.

16.    On or about December 3, 2021, counsel for Wen submitted Defendant Kaine Wen's Objections and Responses to Expedited Request for Production of Documents and Interrogatory Responses, Set Two (December 3, 2021 Objections and Responses).  **Plaintiff's Exhibit 18** contains the December 3, 2021 Objections and Responses.

17.    The Bureau received certified copies of corporate filings from the California Secretary of State for Hold the Door, Corp.[1]  **Plaintiff's Exhibit 19** includes a certified copy of the Hold the Door, Corp. corporate filings received from the California Secretary of State.

## II.    Review of Relevant Subpoenas and Information Requests to Virtual Currency Exchanges

18.    On or about August 14, 2020, the Bureau issued a subpoena to Bitstamp USA Inc. (Bitstamp) requesting account information and records from April 1, 2017, to October 20, 2019, for a virtual currency exchange account identified by a customer identification number of REDACT 0349. On or about September 4, 2020, Bitstamp produced documents in response, which the Bureau bates stamped upon receipt as T-021912-00000001 through T-021912-00000127. These documents include documents that are also bates stamped CFPB-BITSTAMP-00000001 through CFPB-BITSTAMP-00000069, which correspond with bates numbers T-021912-00000059 through T-021912-00000127. **Plaintiff's Exhibit 20** contains select documents produced by Bitstamp in response to the subpoena.

---

[1] The Articles of Incorporation and two statements of information for 2018 and 2019, were certified by the California Secretary of State on March 8, 2019.

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

19.     Bitstamp provided a Declaration Certifying Records of Regularly Conducted Business Activity related to these records dated October 1, 2021 (Bitstamp Records Certification), which the Bureau bates stamped T-030108-00000007.  The Bitstamp Records Certification references documents bates stamped CFPB-BITSTAMP-00000001 through CFPB-BITSTAMP-00000069. **Plaintiff's Exhibit 21** contains the Bitstamp Records Certification.

20.     On or about December 18, 2020, the Bureau issued a subpoena to Poloniex, LLC (Poloniex) requesting account information from April 1, 2017, to October 20, 2019, associated with certain Ethereum addresses. On or about February 10, 2021, Circle Internet Financial, LLC (Circle), which purports to have owned and currently operate Poloniex, produced responsive documents related to Defendants in this proceeding, which the Bureau bates stamped upon receipt as R-024863-00000001 through R-024863-00000010. These documents are also bates stamped CFPB-Poloniex-00000101 through CFPB-Poloniex-00000110, which correspond to bates numbers R-024863-00000001 through R-024863-00000010. Further, on or about February 14, 2022, Circle produced additional responsive documents related to Defendant Kaine Wen, which the Bureau bates stamped upon receipt as 0-R-032985-00000001 through 0-R-032985-00000012. Circle also bates stamped the production CFPB-POLONIEX-000101 through CFPB-POLONIEX-111, which correspond to bates numbers 0-R-032985-00000001 through 0-R-032985-00000011; and CFPB-POLONIEX-000112, which correspond to bates number 0-R-033509-00000002. **Plaintiff's Exhibit 22** contains select documents produced by Circle in response to the December 18, 2020 subpoena.

21.     Circle provided three Declarations Certifying Records of Regularly Conducted Business Activity related to these records, dated November 18, 2021, February 14, 2022, and March 15, 2022 (Circle Records Certifications), which the Bureau bates stamped 0-R-031386-00000001, 0-R-032984-00000057, and 0-R-

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

033509-00000001, respectively. The Circle Records Certifications reference documents bates stamped CFPB-Poloniex-00000101 through CFPB-Poloniex-00000110, CFPB-POLONIEX-000101 through CFPB-POLONIEX-000111; and CFPB-POLONIEX-000112. **Plaintiff's Exhibit 23** contains the Circle Records Certifications.

22.     On or about March 3, 2021, the Bureau sent an information request to Bittrex, Inc. (Bittrex) requesting account information pertaining to Kaine Wen pursuant to Section VII of the Preliminary Injunction Order (ECF 103) in this matter. On or about March 5, 2021, Bittrex produced documents in response, which the Bureau Bates stamped  T-025351-00000001 through T-025351-00000063. These documents include the documents that are also bates stamped CFPB-BITTREX-00000001 through CFPB-BITTREX-00000011, which correspond to bates numbers T-025351-00000044; T-025351-00000045; T-025351-00000050 through T-025351-00000055; T-025351-00000059; T-025351-00000062; T-025351-00000063. **Plaintiff's Exhibit 24** contains select documents produced by Bittrex in response to the information request.

23.     Bittrex provided a Declaration Certifying Records of Regularly Conducted Business Activity related to these records dated September 27, 2021 (Bittrex Records Certification), which the Bureau bates stamped T-030869-00000002. The Bittrex Records Certification references documents bates stamped CFPB-BITTREX-00000001 through CFPB-BITTREX-00000011. **Plaintiff's Exhibit 25** contains the Bittrex Records Certification.

24.     On or about May 17, 2021, the Bureau issued a voluntary information request to Binance Holdings Limited c/o BAM Trading Services Inc. (Binance), which included a request for account information pertaining to Kaine Wen from January 1, 2016, to May 17, 2021. On or about June 1, 2021, Binance produced a responsive document bates stamped BHL-CFPB-00000001. **Plaintiff's Exhibit 26**

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

contains the document produced in response to the Bureau's May 17, 2021 information request to Binance.

25.     Binance provided a Declaration Certifying Records of Regularly Conducted Business Activity related to these records dated December 9, 2021 (Binance Records Certification), which the Bureau bates stamp 0-R-031664-00000001. The Binance Records Certification references documents bates stamped BHL-CFPB-00000001 through BHL-CFPB-00000010.[2] **Plaintiff's Exhibit 27** contains the Binance Records Certification.

26.     On or about May 28, 2021, the Bureau issued a voluntary information request to HDR Global Trading Limited (HDR or Bitmex), which claims to wholly own and operate the Bitmex.com exchange. The May 28, 2021 request included a request for account information pertaining to Kaine Wen from January 1, 2016, through May 28, 2021. On or about June 2, 2021, HDR produced responsive documents, which are bates stamped HDR-CFPB-000001 through HDR-CFPB-000032 (June 2, 2021 HDR Response). **Plaintiff's Exhibit 28** contains select documents produced by HDR in response to the subpoena.

27.     HDR provided a Declaration Certifying Records of Regularly Conducted Business Activity related to these records dated December 14, 2021 (HDR Records Certification) with a Bureau bates stamp 0-R-031713-00000001 through 0-R-031713-00000002. The HDR Records Certification references documents bates stamped HDR-CFPB-000001 through HDR-CFPB-000045.[3] **Plaintiff's Exhibit 29** contains the HDR Records Certification.

---

[2] Note that these documents include documents produced in response to subsequent Bureau voluntary information requests issued to Binance, which I did not rely upon in preparing this Declaration.

[3] Note that these documents include documents produced in response to subsequent Bureau voluntary information requests issued to HDR, which I did not rely upon in preparing this Declaration.

### III.   <u>Virtual Currency Exchange Account Review and Analysis</u>

28.     In response to the above-referenced subpoenas and information requests to virtual currency exchanges, the Bureau received documents related to virtual currency exchange accounts associated with Kaine Wen, including account opening documents; account statements and transaction data; records related to session times and duration of account login attempts; information related to the addresses used to deposit, withdraw, and transfer virtual currencies; and methods of payment for the virtual currency, including any linked financial accounts, such as bank, payment, or credit card accounts.[4]

29.     During my work on this matter, I researched, reviewed, and analyzed these documents and data related to virtual currency exchange accounts associated with Kaine Wen (Kaine Wen Account Records), which are referenced above in Section II. According to my review, Kaine Wen held virtual currency exchange accounts in his name and associated with his driver's license number and email addresses, at Bitstamp.net, Poloniex.com, Bittrex.com, and Binance.com.[5]

30.     In the June 2, 2021 HDR Response, Bitmex identified accounts under the names of "Lie Wen," "Wen Ding," and "Dan Dai" (Bitmex Identified Accounts).  I reviewed documents produced by Bitmex related to these identified accounts at Bitmex.com, which the Clegg Report attributes to Wen.

---

[4] Note that BitMEX.com does not allow linking to bank account, debit, or credit card accounts.  All account funding is effectuated and valued in bitcoin and satoshi, which is bitcoin's smallest unit equivalent to 0.00000001 bitcoin. https://www.bitmex.com/app/faq.

[5] I identified Wen's driver's license number by reviewing his December 17, 2020 Individual Financial Statement, *see* Ex. 7, and matching the number he identified there to the driver's license number identified by the exchange.  I identified Wen's relevant email addresses by reviewing his March 4, 2021 deposition transcript, *see* Ex. 13, at pages 38-39, and his April 12, 2021 Errata, Ex. 13, and matching the emails he identified as his to the emails identified in the exchange productions.

31.     Additionally, I searched public and law enforcement databases for the names "Dan Dai" and "Lie Wen," as well as any associated identifier revealed by the June 2, 2021 HDR Response. This search did not identify any records related to the name "Dan Dai" located by the associated identifiers and the email address REDACTED for which I searched in the various databases. Nor did the search identify any records related to the name "Lie Wen" located by the associated identifiers and the email address REDACTED for which I searched the various databases.

32.     For each account associated with Kaine Wen identified through the Kaine Wen Account Records, including the Bitmex Identified Accounts, I summarized the identifying customer name, email address, username or other identifier associated with the account, identification documents presented to the virtual currency exchange (if any), and the bates number of the identification documents associated with the account registration. This summary is included herein as **Appendix A** to this Declaration. Appendix A shows that HDR did not identify any identifying documents for the Bitmex Identified Accounts.

33.     Further, a summary representation of virtual currency exchange holdings identified through the Kaine Wen Account Records, including the Bitmex Identified Accounts, are provided in **Appendix B-1** to this Declaration. Appendix B-1 contains the name of the exchange and name on the account, the virtual currency held, the balance of the virtual currency held in the accounts as of October 25, 2019, and at the approximate date identified in the production for the records, and calculations of the U.S. dollar value at the low and high market value of the virtual currencies held in the account as of October 25, 2019, and at the approximate date identified in the production of the records. A summary representation of virtual currency held at the virtual currency exchange accounts identified through the Kaine Wen Account Records, excluding the Bitmex

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Identified Accounts, are provided in **Appendix B-2** to this Declaration. Appendix

B-2 contains the name of the virtual currency, balance as of October 25, 2019 and

at the approximate date identified in the production, the calculated value of the

virtual currency at the high and low market value as of October 25, 2019 and at the

approximate date identified in the production, and the total calculated value of all

of the virtual currencies as of October 25, 2019 and as of the approximate date

identified in the production. Appendix B-1 and Appendix B-2 do not address the

holdings that the Clegg Report attributes to Wen at unhosted wallet addresses.

34.     Appendix B-1 shows that as of October 25, 2019, the "Dan Dai"

Bitmex.com account held approximately REDACTED bitcoin (BTC), which I

calculate to be worth over $REDACTED[6] based on the low market value on that day,

and that as of the approximate date identified in the production,[7] that account held

RED BTC.

35.     A summary representation of the approximate dollar value of certain

virtual currency holdings or transactions attributed to Wen based on the Clegg

Report are included as **Appendix C** to this Declaration, along with reference to the

relevant portion of the Clegg Report.

36.     The Clegg Report's concludes that Wen most likely held over REDACTED

BTC as of October 25, 2019 at unhosted wallet addresses, which I calculate to be

worth nearly $REDACTED as set forth in Appendix C, based on the low market value

of the day. The Clegg Report further concludes that Wen most likely controlled the

"Dan Dai" Bitmex.com account. When the over REDACTED BTC that the Clegg Report

attributes to Wen through unhosted wallet addresses is combined with the over REDACTED

BTC held at the "Dan Dai" Bitmex.com account, Wen most likely held over REDACTED

BTC as of October 25, 2019. As of that date, I calculate about REDACTED BTC to be

---

[6]  See, Ridder Decl., App. E.
[7]  See, Ex. 28, HDR-CFPB-000024.

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

worth over $<sup>REDACTED</sup> as set forth in Appendix C, based on the low market value of the day. The Clegg Report also concludes that Wen most likely held approximately REDACTED ether (ETH) as of October 25, 2019, which I calculate to be worth over $REDACTED as set forth in Appendix C, based on the low market value of the day. These totals do not include the virtual currency holdings identified at the exchange accounts in Wen's name listed on Appendix B-1 and Appendix B-2, specifically the Bitstamp, Poloniex, Bittrex, and Binance accounts, which I calculated to be worth over $REDACTED as of October 25, 2019, as set forth in Appendix B-2, based on the low market value of the day.

37.    The Clegg Report further concludes that as of the date of the Clegg Report, Wen most likely held REDACTED BTC, which I calculate to be worth approximately $REDACTED,[8] and REDACTED ETH, which I calculate to be worth approximately $REDACTED,[9] as set forth in Appendix C. These totals do not include the virtual currency holdings identified at the exchange accounts in Wen's name listed on Appendix B-1 and Appendix B-2, specifically the Bitstamp, Poloniex, Bittrex, and Binance accounts.

38.    A summary representation of the approximate dollar value of transfers of ETH as represented in Appendix E, Figure E-19, of the Clegg Report are provided in **Appendix D** to this Declaration, which includes the transfer date, amount of ETH transferred, the low market value of one unit of ETH at the date of transfer, the high market value of one unit of ETH at the date of transfer, and the U.S. Dollar value, at the low and high market value, of each ETH transfer on the

---

[8] According to CoinMarketCap.com the low market value in U.S. Dollar for one bitcoin on March 29, 2022, was $47,100.44.

[9] According to CoinMarketCap.com the low market value in U.S. Dollar for one ether on March 29, 2022, was $3,335.02.

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

day of the transfer. The transfer date and amount of ETH transferred were derived from the Clegg Report, Appendix E, Figure E-19.

39.    Appendix D to this Declaration shows that the two addresses identified in Appendix E, Figure E-19, to the Clegg Report, transferred between approximately $REDACTED and $REDACTED worth of ETH after October 25, 2019, based on the value of each transfer at the low and high market values of ETH for each respective day the ETH was transferred.

40.    In reviewing account documents related to the "Dan Dai" Bitmex.com account produced by HDR, I reviewed all transactions involving that account after October 25, 2019. Based on this review, I summarized aggregate transaction totals for the "Dan Dai" Bitmex.com account as set forth in **Appendix E** to this Declaration.

41.    Appendix E shows that as of October 25, 2019, the "Dan Dai" Bitmex account had a balance of approximately REDACTED BTC; it received about REDACTED BTC through two deposits after that date; it transferred about REDACTED BTC to virtual currency address 37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R after that date; and it realized about REDACTED BTC in losses internal to the Bitmex.com exchange after that date, or about $REDACTED to $REDACTED in internal losses, as valued on the day of each internal transaction, at the low and high market values of BTC on that day.

42.    Based on the Clegg Report's analysis identifying approximately REDACTED in ETH transfers after October 25, 2019, from the two addresses identified in Appendix E, Figure E-19, to the Clegg Report, and based on my analysis of REDACTED in BTC transfers after October 25, 2019, from the "Dan Dai" Bitmex account, which the Clegg Report attributes to Wen, I calculate those transfers to be valued at over $REDACTED at the date of each transfer, based on the low market value for each date. In other words, based on the Clegg Report's attribution conclusions, Wen

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

most likely effectuated over $REDACTED in cryptocurrency transactions after October 25, 2019.

43.    Unless otherwise stated, for purposes of this Declaration and all attached appendices, the calculated U.S. dollar value of each virtual currency is based on the market low and high values reported on the dates specified, as reported on the CoinMarketCap.com website as of March 30, 2022. The CoinMarketCap site is a publicly available price tracking website for virtual currencies.[10]

**Henry Huang Poloniex Account and Relationship to Defendants**

44.    Based on the Clegg Report's conclusion that a Poloniex account in the name of Henry Wen Huang (Huang Poloniex Account) transferred about REDACTED ETH to ETH address 0x4d586195aeed6b32b62daaaa60122ed9088990d4, I reviewed documents produced by Poloniex on or about February 14, 2022, related to the Huang Poloniex Account. In the course of that review, I identified an email address, hwhuang31@hotmail.com, associated with Henry Huang. *See* **Plaintiff's Ex. 22,** at CFPB-POLONIEX-000112.

45.    I then reviewed select Defendants' documents that the Bureau recovered pursuant to the Temporary Restraining Order (TRO) in this proceeding, and identified emails involving Henry Huang with an email address of hwhuang31@hotmail.com. As an example, **Plaintiff's Exhibit 30** is a true and accurate copy of an email recovered from Defendants by the Bureau pursuant to the TRO. Kaine Wen, kainewen@gmail.com, sent the email to Tom@premierstudentloancenter.com requesting to "please Chase QuickPay to Henry from our PSLC account (hiis <sic> email address should be stored)." The email further down in the correspondence contains the same email address,

---

[10] *See* https://coinmarketcap.com/.

hwhuang31@hotmail.com, identified in the February 14, 2022 Poloniex production, per Plaintiff's Ex. 22, at CFPB-POLONIEX-000112.

46.     In conducting the review referenced in the prior Paragraph, I found an email copied to kwen@slaccountmgmt.com, dated May 5, 2019, subject: "View your Azure Active Directory Basic billing statement". The body of the email identifies three "Names" and "User IDs," notably, Henry Huang with a User ID hhuang@slaccountmgmt.com and Kaine Wen with a User ID kwen@slaccountmgmt.com, as set forth in **Plaintiff's Exhibit 31**, which is a true and accurate copy of an email recovered from Defendants by the Bureau pursuant to the TRO.

47.     **Plaintiff's Exhibit 32**, which is a true and accurate copy of documents produced to the Bureau by JPMorgan Chase & Co. on or about April 4, 2019, contains bank statements and signature pages for Defendant True Count Staffing Inc.'s bank account ending in 1126, which were produced together with the attached Declaration Certifying Records of Regularly Conducted Business Activity.[11] These statements show that True Count Staffing Inc. paid a Henry Huang on multiple occasions.

48.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[11]Upon receipt, the Bureau bates stamped these materials T-011558-00000031 through T-011558-00010361.

15

1  | Executed on April 6, 2022.
2  |
3  |                                 Theresa Ridder
4  |                                 Washington, D.C.
5  |
6  |
7  |
8  |
9  |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

DECLARATION OF THERESA RIDDER
REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Appendix A: cryptocurrency exchange accounts and identifiers for listed accounts in the name of Kaine Wen, Dan Dai, Wen Ding, and Lie Wen**

| Virtual Currency Exchange | Customer Name | Email Address | Customer ID/Account ID/Account #/User ID/Username | Identification Document(s) | Bates Number of Identification Document(s) |
|---|---|---|---|---|---|
| Bitstamp.net | Kaine Wen | REDACTED | REDA 0349 (Customer ID) | Wen's Passport, Wen's Social Security Card, Wen's California Driver's License, Wen's Wells Fargo bank invoice and Wen's SoCalGas utility invoice | See Ex. 20; *see also*, T-021912-00000086, T-021912-00000088, T-021912-00000091 (Passport); T-021912-00000087 (Social Security Card); T-021912-00000090 (Driver's License); T-021912-00000089 (Wells Fargo bank invoice); T-021912-00000084 (SoCalGas utility invoice). |
| Poloniex.com | Kaine Wen | REDACTED | REDACTED 8106 (Account #) | Wen's Driver's License, Wen's SoCalGas utility invoice | See Ex. 22 (R-024863-00000006); *see also*, R-024863-00000007-9 |
| Bittrex.com | Kaine Wen | REDACTED | REDACTED (Username) | Wen's Driver's License | See Ex. 24 (T-025351-00000053); *see also*, T-025351-00000044 |
| Binance.com | Kaine Wen | REDACTED | REDACTED 7692 (User ID), (User ID number) | Wen's Driver's License | See Ex. 26 (BHL-CFPB-00000001) |
| BitMEX.com | Wen Ding | REDACTED | REDACTED (Account ID): REDACTED (Username) | No identification documents or verification provided. | |
| BitMEX.com | Lie Wen | REDACTED | REDA 7709 (Account ID): REDACTED (Username) | No identification documents or verification provided. | |

17

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 3
P. 101

| Virtual Currency Exchange | Customer Name | Email Address | Customer ID/Account ID/Account #/User ID/Username | Identification Document(s) | Bates Number of Identification Document(s) |
|---|---|---|---|---|---|
| BitMEX.com | Dan Dai | REDACTED | REDACTED (Account ID); REDACTED (Username) | No identification documents or verification provided. | |

18

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Appendix B-1: cryptocurrency exchange accounts holdings as of 10/25/2019 and as of the approximate date identified in the production for identified accounts in the name of Kaine Wen, Dan Dai, Wen Ding, and Lie Wen**

| Virtual currency exchange name | Name on account | Virtual currency name (ticker) | Balance of virtual currency as of 10/25/2019 | Balance of virtual currency as of approx. date identified in the production | Approx. date identified in the production | Low market value of one unit on 10/25/2019 | High market value of one unit on 10/25/2019 | Low market value of one unit on approx. date identified in the production | High market value of one unit on approx. date identified in the production |
|---|---|---|---|---|---|---|---|---|---|
| Bitstamp.net | Kaine Wen | N/A | REDACTED | | 8/20/2020 | $1.00 | $1.00 | $1.00 | $1.00 |
| Poloniex.com | Kaine Wen | USD Coin (USDC) | | | 2/10/2021 | $0.9746 | $1.01 | $0.9995 | $1.00 |
| Bittrex.com | Kaine Wen | Steller Lumens (XLM) | | | 3/5/2021 | $0.06008 | $0.06460 | $0.3883 | $0.4128 |
| Bittrex.com | Kaine Wen | Monero (XMR) | | | 3/5/2021 | $52.96 | $60.03 | $203.45 | $217.35 |
| Binance.com | Kaine Wen | Binance Coin (BNB) | | | 5/28/2021 | $16.48 | $18.91 | $313.72 | $373.31 |
| Binance.com | Kaine Wen | Bitcoin (BTC) | | | 5/28/2021 | $7,479.98 | $8,691.54 | $34,779.04 | $38,856.97 |
| Binance.com | Kaine Wen | BitTorrent Token (BTT) | | | 5/28/2021 | $0.0003883 | $0.000432 | $0.003621 | $0.004233 |
| Bitmex.com | Wen Ding | Bitcoin (BTC) | | | 5/24/2021 | $7,479.98 | $8,691.54 | $34,551.08 | $39,835.14 |

19

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 3
P. 103

| Virtual currency exchange name | Name on account | Virtual currency name (ticker) | Balance of virtual currency as of 10/25/2019 | Balance of virtual currency as of approx. date identified in the production | Approx. date identified in the production | Low market value of one unit on 10/25/2019 | High market value of one unit on 10/25/2019 | Low market value of one unit on approx. date identified in the production | High market value of one unit on approx. date identified in the production |
|---|---|---|---|---|---|---|---|---|---|
| Bitmex.com | Lie Wen | Bitcoin (BTC) | REDACTED | | 5/24/2021 | $7,479.98 | $8,691.54 | $34,551.08 | $39,835.14 |
| Bitmex.com | Dan Dai | Bitcoin (BTC) | | | 5/24/2021 | $7,479.98 | $8,691.54 | $34,551.08 | $39,835.14 |

20

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Appendix B-2: summary of cryptocurrency exchange accounts holdings as of 10/25/2019 and as of the date identified in the production for identified accounts in the name of Kaine Wen**

| Virtual Currency/Currency Name (Ticker) | Balance as of 10/25/2019 | Sum of low market value on 10/25/2019 | Sum of high market value on 10/25/2019 | Balance as of the date identified in the productions | Sum of low market value based on date identified in the productions | Sum of high market value based on the date identified in the productions |
|---|---|---|---|---|---|---|
| U.S. Dollar | | | | | | |
| USD Coin (USDC), held at Poloniex.com | | | | | | |
| Steller Lumens (XLM), held at Bittrex.com | | | | | | |
| Monero (XMR), held at Bittrex.com | | | | | | |
| Binance Coin (BNB), held at Binance.com | | | | | | |
| Bitcoin (BTC), held at Binance.com | | | | | | |
| BitTorrent Token (BTT), held at Binance.com | | | | | | |
| **Totals (U.S. Dollar Value)** | $REDACTED | $REDACTED | | $REDACTED | $REDACTED | |

21

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 3
P. 105

**Appendix C:  U.S. dollar value of certain virtual currency holdings or transactions attributed to Wen based on the Clegg Report**

| | Virtual Currency Name (Ticker) | Amount (Approximate) | Low market value of one unit as of 10/25/2019 | High market value of one unit as of 10/25/2019 | U.S. dollar value of currency in "Amount" column as of 10/25/2019 (based on low market value) | Low market value of one unit as of date of Clegg Report | High market value of one unit as of date of Clegg Report | U.S. dollar value of currency in "Amount" column as of date of Clegg Report (based on low market value) | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1 | bitcoin (BTC) | REDACTED | $7,479.98 | $8,691.54 | REDACTED | $47,100.44 | $48,022.29 | REDACTED | Total BTC Clegg/Ridder identify Wen as most likely holding as of 10/25/2019 (see Ridder Decl., App. C, row 7 and row 9, below). |
| 2 | ether (ETH) | | $161.97 | $183.00 | | $3,335.02 | $3,470.19 | | Total ETH Clegg identifies as transferred since 10/25/2019 (Ex. 1, Clegg Report, App. E, Fig. E-19). |
| 3 | REDACTED | | $161.97 | $183.00 | | $3,335.02 | $3,470.19 | | Total REDACTED Wen disclosed as of 10/25/2019 (Ex. 8). |
| 4 | REDACTED | | $52.96 | $60.03 | | $214.71 | $225.38 | | Total REDACTED Wen disclosed as of 10/25/2019 (Ex. 8). |
| 5 | REDACTED REDACTED | | $0.06008 | $0.06460 | | $0.2298 | $0.2391 | | Total REDACTED Wen disclosed as of 10/25/2019 (Ex. 8). |
| 6 | REDACTED | | $7,479.98 | $8,691.54 | | $47,100.44 | $48,022.29 | | Total REDACTED Wen disclosed as of 10/25/2019 (Ex. 8). |

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | Virtual Currency Name (Ticker) | Amount (Approximate) | Low market value of one unit as of 10/25/2019 | High market value of one unit as of 10/25/2019 | U.S. dollar value of currency in "Amount" column as of 10/25/2019 (based on low market value) | Low market value of one unit as of date of Clegg Report | High market value of one unit as of date of Clegg Report | U.S. dollar value of currency in "Amount" column as of date of Clegg Report (based on low market value) | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 7 | bitcoin (BTC) | REDACTED | $7,479.98 | $8,691.54 | REDACTED | $47,100.44 | $48,022.29 | REDACTED | Total BTC Clegg identifies Wen as most likely holding as of 10/25/2019 (Ex. 1, Clegg Report, ¶¶ 15, 117; Ex. 1, Clegg Report, App. E, Fig. E-1). |
| 8 | ether (ETH) | | $161.97 | $183.00 | | $3,335.02 | $3,470.19 | | Total ETH Clegg identifies Wen as most likely holding as of 10/25/2019 (Ex. 1, Clegg Report, ¶¶ 15, 101; Ex. 1, Clegg Report, App. E, Fig. E-1). |
| 9 | bitcoin (BTC) | | $7,479.98 | $8,691.54 | | $47,100.44 | $48,022.29 | | Total BTC that Ridder identifies "Dan Dai" as holding as of 10/25/2019 (Ridder Decl., App. E). |

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

Ex. No. 3
P. 107

| | Virtual Currency Name (Ticker) | Amount (Approximate) | Low market value of one unit as of 10/25/2019 | High market value of one unit as of 10/25/2019 | U.S. dollar value of currency in "Amount" column as of 10/25/2019 (based on low market value) | Low market value of one unit as of date of Clegg Report | High market value of one unit as of date of Clegg Report | U.S. dollar value of currency in "Amount" column as of date of Clegg Report (based on low market value) | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 10 | bitcoin (BTC) | REDACTED | $7,479.98 | $8,691.54 | REDACTED | $47,100.44 | $48,022.29 | REDACTED | Total BTC that Clegg identifies Wen as most likely holding as of date of her report (Ex. 1, Clegg Report, ¶¶ 16, 118; Ex. 1, Clegg Report, App. E, Fig. E-1). |
| 11 | ether (ETH) | | $161.97 | $183.00 | | $3,335.02 | $3,470.19 | | Total ETH that Clegg identifies Wen as most likely holding as of date of her report (Ex. 1, Clegg Report, ¶¶ 16, 101, 118; Ex. 1, Clegg Report, App. E, Fig. E-1). |
| 12 | bitcoin (BTC) | | $7,479.98 | $8,691.54 | | $47,100.44 | $48,022.29 | | Total BTC that Clegg identifies Wen as most likely holding based on the Consolidating Transaction (Ex. 1, Clegg Report, ¶¶ 49-61; Ex. 1, Clegg Report, App. E, Fig. E-3). |

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

| | Virtual Currency Name (Ticker) | Amount (Approximate) | Low market value of one unit as of 10/25/2019 | High market value of one unit as of 10/25/2019 | U.S. dollar value of currency in "Amount" column as of 10/25/2019 (based on low market value) | Low market value of one unit as of date of Clegg Report | High market value of one unit as of date of Clegg Report | U.S. dollar value of currency in "Amount" column as of date of Clegg Report (based on low market value) | Reference |
|---|---|---|---|---|---|---|---|---|---|
| 13 | bitcoin (BTC) | REDACTED | $7,479.98 | $8,691.54 | REDACTED | $47,100.44 | $48,022.29 | REDACTED | Total BTC that Clegg identifies Wen as most likely holding based on association with Wen's exchange accounts (Ex. 1, Clegg Report ¶ 67. Fig. 1). |
| 14 | ether (ETH) | | $161.97 | $183.00 | | $3,335.02 | $3,470.19 | | The difference between ETH Clegg identified in the Clegg Report (Ex. 1, Clegg Report, ¶¶ 15, 101; Ex. 1, Clegg Report, App. E, Fig. E-1), and Wen disclosed in his Supplement to Amended and Corrected Individual Financial Statement (Ex. 8).  See also, Ridder Decl., App. C, row 3 and row 8. |

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022

**Appendix D: USD value of ETH transfers after 10/25/2019 from two ETH addresses identified as most likely belonging to Kaine Wen in the Clegg Report (addresses 0x4d5 and 0x664)**

| Transfer Date | Amount of ether Transferred, as represented in App. E, Figure E-19 of Clegg Report | Low market value of one unit at date of transfer | High market value of one unit at date of transfer | U.S. Dollar value of transfer at date of transfer (using low market value) | U.S. Dollar value of transfer at date of transfer (using high market value) |
|---|---|---|---|---|---|
| 3/27/2020 | REDACTED | $133.94 | $139.90 | REDACTED | |
| 3/27/2020 | | $133.94 | $139.90 | | |
| 3/27/2020 | | $133.94 | $139.90 | | |
| 3/30/2020 | | $125.29 | $133.91 | | |
| 3/30/2020 | | $125.29 | $133.91 | | |
| 3/30/2020 | | $125.29 | $133.91 | | |
| 3/30/2020 | | $125.29 | $133.91 | | |
| 4/5/2020 | | $142.10 | $146.13 | | |
| 4/6/2020 | | $143.54 | $169.27 | | |
| 4/11/2020 | | $155.30 | $161.17 | | |
| 4/11/2020 | | $155.30 | $161.17 | | |
| 4/11/2020 | | $155.30 | $161.17 | | |
| 4/11/2020 | | $155.30 | $161.17 | | |
| 4/21/2020 | | $170.55 | $175.18 | | |
| 4/22/2020 | | $171.83 | $183.75 | | |
| 4/22/2020 | | $171.83 | $183.75 | | |
| 6/5/2020 | | $240.68 | $247.33 | | |
| 7/14/2020 | | $237.80 | $242.00 | | |
| 9/12/2020 | | $367.84 | $387.54 | | |
| 10/24/2020 | | $407.85 | $416.60 | | |
| **Total** | REDACTED | | | $ REDACTED | $ REDACTED |

26

**Appendix E: Summary of "Dan Dai" Bitmex account transactions after 10/25/2019**

| | Satoshi (0.00000001 BTC) | Per one unit of BTC | U.S. dollar value at date of transfer (using low market value) per one unit of BTC | U.S. dollar value at date of transaction (using high market value) per one unit of BTC | First transaction date, after October 25, 2019 | Last transaction date | No. of Transactions |
|---|---|---|---|---|---|---|---|
| Wallet Balance as of 10/25/2019 | | | | | | | |
| Deposits | | | | | 3/23/2020 | 4/7/2020 | 2 |
| Withdrawals | | | | | 10/2/2019 | 10/2/2019 | 1 |
| *Net of Deposits and Withdrawals* | | | | | | | |

| | Satoshi (0.00000001 BTC) | Per one unit of BTC | U.S. dollar value at date of transfer (using low market value) per one unit of BTC | U.S. dollar value at date of transaction (using high market value) per one unit of BTC | First transaction date, after October 25, 2019 | Last transaction date | No. of Transactions |
|---|---|---|---|---|---|---|---|
| RealisedPNL Gains | | | | | 11/10/2019 | 10/2/2020 | 83 |
| RealisedPNL Losses | | | | | 10/27/2019 | 10/2/2020 | 124 |
| *Net of RealisedPNL Gains and Losses* | | | | | | | |

*Total amount of bitcoin after 10/2/2020*

27

REDACTED PURSUANT TO ORDER OF THE COURT DATED MARCH 24, 2022