SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435- 9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>Hearing: May 16, 2022, 10:00 am<br>Court:  Hon. Michael W. Fitzgerald<br>Courtroom 5A |

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Notice of Plaintiff's Renewed Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief (ECF No. 365); the associated Memorandum (ECF No. 365-1); Plaintiff's Proposed Order (ECF No. 365-2); the declarations of Pamela Clegg (ECF No. 365-3), Jesse Stewart (ECF No. 365-4), and Theresa Ridder (365-5); and under-seal Exhibits 4-8, 10-11, 13, 17-18, 20, 22, 24, 26, and 28 (ECF No. 365-6), all filed under seal, were served via email on April 8, 2022, and via UPS next-day mail on April 11, 2022, to Matthew Eanet, counsel to Defendant Kaine Wen, at the following address and email address:

Matthew L. Eanet

Eanet, PC

550 S. Hope Street, Suite 750

Los Angeles, CA 90071

matt@eanetpc.com

I further certify under L.R. 79-5.3, that service of the above-referenced under-seal documents on other parties should not be required due to Defendant Wen's concerns regarding the confidentiality of the information redacted from the corresponding public filing (ECF No. 364). Accordingly, the Bureau has not otherwise served the foregoing under-seal documents on the remaining parties in this matter.

Dated: April 11, 2022

Respectfully Submitted,

/s/ Jesse Stewart
Jesse Stewart (NY Bar No. 5145495)
Admitted *pro hac vice*
*Attorney for Plaintiff Bureau of Consumer Financial Protection*

2

PLAINTIFF'S CERTIFICATE OF SERVICE FOR UNDER SEAL FILING