EANET, PC
Matthew L. Eanet (SBN 227490)
550 S. Hope Street, Suite 750
Los Angeles, CA 90071
Telephone:  310-775-2495
Facsimile:   310-593-2589
matt@eanetpc.com
*Attorney For Defendant Kaine Wen*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br>    Plaintiffs, <br><br>   vs. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br>    Defendants, and <br><br> Infinite Management Corp., f/k/a Infinite Management Solutions Inc., et al. <br><br>    Relief Defendants. | Case No. SACV 19-1998-MWF(Ksx) <br><br> **DEFENDANT KAINE WEN'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** <br><br> Hearing Date:  May 6, 2022 <br> Time:  9:00 a.m. <br> Court: Hon. Michael W. Fitzgerald <br> Courtroom:  5A |

Defendant Kaine Wen ("Mr. Wen") respectfully submits this Opposition to Plaintiff the Consumer Financial Protection Bureau's ("Plaintiff" or the "Bureau") Renewed Motion for an Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief (the "Renewed Motion"), as follows:

## I. OPPOSITION

The Court should deny the Bureau's Renewed Motion.  Intent on punishing Mr. Wen, the Bureau has brought the instant, Renewed Motion, after its prior Motion for an Order to Show Cause why Mr. Wen should not be held in contempt was denied by the Court.  As acknowledged by the Bureau in its moving papers, on January 8, 2021, the Bureau brought its first Motion for Order to Show Cause, which came before the Court for hearing on February 24, 2021, following which the Court issued an order on March 16, 2021 in which the Court denied the without prejudice the Bureau's request for a contempt order to show cause.  Bureau's Motion dated 04/08/2022, at p. 2:17-20 [ECF 365].

The Bureau now seeks to punish Mr. Wen for purported failure to turn over information while Mr. Wen is incarcerated in Federal prison and has no access to records that the Bureau seeks, cannot comply with any orders, or meaningfully meet or communicate with counsel.  It does so by way of a lengthy and complicated expert declaration.

"The standard for finding a party in civil contempt is well settled:  The moving party has the burden of showing by clear and convincing evidence that the contemnors violated a specific and definite order of the court.  The burden then shifts to the contemnors to demonstrate why they were unable to comply."  *F.T.C. v. Affordable Media*, 179 F.3d 1228, 1239 (9th Cir. 1999), *quoting*, *Stone v. City and County of San Francisco*, 968 F.2d 850, 856 n. 9 (9th Cir.1992).

Critical to the case at issue: "A party's inability to comply with a judicial order constitutes a defense to a charge of civil contempt. *Id*. at 1239.

DEFENDANT KAINE WEN'S OPPOSITION TO RENEWED MOTION FOR ORDER TO SHOW CAUSE

Thus: "While the court is bound by the enforcement order, it will not be blind to evidence that compliance is now factually impossible. Where compliance is impossible, neither the moving party nor the court has any reason to proceed with the civil contempt action." *United States v. Rylander*, 460 U.S. 752, 757, 103 S.Ct. 1548, 75 L.Ed.2d 521 (1983).

***As the Bureau is well aware, Mr. Wen is currently confined in the custody of the Federal Correctional Institute in Sheridan, Oregon.*** The Bureau has acknowledged as much in its recent Ex Parte Application to Depose Incarcerated Person. Ex Parte Application filed 03/17/2022, at p. 1:26-27 [ECF 355]. Legal mail sent to Mr. Wen at FCI Sheridan can take one to two weeks to arrive, if it arrives at all. Counsel has not been able to have a privileged discussion with Mr. Wen concerning the instant application after it was filed, despite having made a request to prison staff. Mr. Wen does not have access to the trading platforms, documents, or information sought by the CFPB as he is incarcerated.

## II.   REQUEST FOR CONTINUANCE OF HEARING DATE

In the event the Court is inclined to proceed with the Renewed Motion, notwithstanding the foregoing, Mr. Wen respectfully requests that the hearing on the Renewed Motion should be continued to a date after Mr. Wen has had an opportunity to review documents and to meet and confer with his counsel, who can then prepare any opposition, which counsel estimates could be submitted after May 20, 2022, with any hearing 14 days thereafter. There is no prejudice in granting a continuance as Mr. Wen is incarcerated without access to cryptocurrency trading platforms.

## III.   CONCLUSION

For the foregoing reasons, Mr. Wen respectfully requests that the Court should (1) deny the Bureau's Renewed Motion for an Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief; or, in the alternative, (2) continue the hearing date on the Bureau's Renewed Motion for an Order to Show

1  Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief to a
2  date after June 4, 2022 to enable Mr. Wen an opportunity to review documents and to
3  meet and confer with counsel.

6  Dated:  April 25, 2022                             EANET, PC

                                                     By: /s/ Matthew L. Eanet
                                                         Matthew L. Eanet
                                                     Attorneys for Defendant Kaine Wen

- 3 -

DEFENDANT KAINE WEN'S OPPOSITION TO RENEWED MOTION FOR
ORDER TO SHOW CAUSE