|   |   |
|---|---|
| 1 | EANET, PC |
|   | Matthew Eanet (SBN 227490) |
| 2 | 550 S. Hope Street, Suite 750 |
|   | Los Angeles, CA 90071 |
| 3 | Telephone: 310-775-2495 |
|   | Facsimile: 310-593-2589 |
| 4 | matt@eanetpc.com |

Attorney for Defendant Kaine Wen

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-cv-01998-MWF(KSx) |
| | Hon. Michael W. Fitzgerald |
| | **PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., | |
| Relief Defendants. | |

# PROOF OF SERVICE

I, the undersigned, certify and declare the following:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 550 S. Hope Street, Suite 750, Los Angeles, CA 90071.

On May 4, 2022, I caused the foregoing document(s) described as:

- **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

- **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

to be served on the interested parties as follows:

| | |
|---|---|
| Kaine Wen<br>Register Number 79766-112<br>FCI Sheridan<br>Federal Correctional Institution<br>Satellite Camp<br>P.O. Box 600<br>Sheridan, OR 97378 | Defendant |

**BY UNITED STATES MAIL:** I enclosed the documents in a sealed envelope addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 4, 2022 at Los Angeles, California

By: _____
Matthew L. Eanet