# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br>Plaintiff(s)<br>v.<br>Consumer Advocacy Center Inc.,<br>Defendant(s) | CASE NUMBER<br>8:19-cv-01998-MWF(KSx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

Kaine Wen    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Kaine Wen who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

Register Number 79766-112, P.O. Box 600
*Street Address*

Sheridan, OR 97378
*City, State, Zip*                             *E-Mail Address*

*Telephone Number*        *Fax Number*         *State Bar Number*

as attorney of record instead of Matthew Eanet
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby GRANTED.**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: May 6, 2022

MICHAEL W. FITZGERALD
U. S. District Judge