# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR REVISED SCHEDULING ORDER OR IN THE ALTERNATIVE FOR STATUS CONFERENCE** <br><br> Court:  Hon. Michael W. Fitzgerald <br> Courtroom 5A |

Before this Court is Plaintiffs the Bureau of Consumer Financial Protection's, the State of Minnesota's, the State of North Carolina's, and the People of the State of California's (Plaintiffs) Motion for a Revised Scheduling Order or in the Alternative for a Status Conference (Motion). Having considered all filings related to the Motion, and there being no just cause for delay, the Motion

is **GRANTED** in part:

    **IT IS HEREBY ORDERED** that Section I of the Scheduling Order, ECF No. 350, is revised as set forth below:

### **DEADLINES**

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | April 4, 2022 |
| Non-expert Discovery Cut-off | December 1, 2022 |
| Expert Disclosure (Initial) | December 1, 2022 |
| Expert Disclosure (Rebuttal) | January 17, 2023 |
| Expert Discovery Cut-off | February 17, 2023 |
| File Summary Judgment Motions | January 31, 2023 |
| Last Day to Hear Motions, Except for Motions for Summary Judgment | January 23, 2023 |
| Last Day to Conduct ADR Proceeding | January 31, 2023 |
| File Status Report Regarding Settlement | March 27, 2023 |
| File Motions In Limine and *Daubert* Motions | |
| Lodge Pretrial Conference Order | April 3, 2023 |
| File Oppositions to Motions in Limine | |
| Lodge Findings of Fact and Conclusions of Law, and Summaries of Direct Testimony | April 10, 2023 |
| Final Pretrial Conference and Hearing on Motions in Limine | April 17, 2023, at 11 a.m. |
| Trial Date (Est. 10 to 40 Days) | May 2, 2023 |

    IT IS SO ORDERED.

DATED: _____      _____

                                                       Michael W. Fitzgerald

                                                       United States District Judge