SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFF'S NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO RELIEF DEFENDANT SARAH KIM**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

**CERTIFICATE OF SERVICE**

I certify that true and correct copies of the 1) Notice of Filing of Stipulation and of Lodging Proposed Stipulated Final Judgment and Order as to Relief Defendant Sarah Kim (ECF No. 375); 2) Stipulation as to Entry of Final Judgment and Order as to Relief Defendant Sarah Kim (ECF No. 375-1); and 3) [Proposed] Stipulated Final Judgment and Order as to Relief Defendant Sarah Kim (ECF No. 375-2), were served on all parties registered to receive notice in this case via CM/ECF on May 23, 2022, and that physical copies of the same, together with this Certificate of Service, are scheduled to be mailed May 24, 2022, via United States Postal Service First Class Mail, addressed to:

> Kaine Wen, Register Number 79766-112
> Legal Mail
> FCI Sheridan
> Federal Correctional Institution Satellite Camp
> P.O. Box 6000
> Sheridan, OR 97378

Dated: May 24, 2022

Respectfully Submitted,

/s/ Jesse Stewart
Jesse Stewart
Admitted *Pro Hac Vice*
*Attorney for Plaintiff Bureau of Consumer Financial Protection*