**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　Defendants. | CASE NO. 8:19-cv-01998 MWF (KSx)<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR REVISED SCHEDULING ORDER OR IN THE ALTERNATIVE FOR STATUS CONFERENCE [374]**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

　　　Before this Court is the Motion for a Revised Scheduling Order or in the Alternative for a Status Conference (the "Motion") filed by Plaintiffs the Bureau of Consumer Financial Protection, the State of Minnesota, the State of North Carolina, and the People of the State of California (Plaintiffs). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument.

Accordingly, the Motion set for hearing on **June 27, 2022** is **VACATED** and taken off calendar.

The Court now ORDERS as follows:

The Motion is **GRANTED in part**. **IT IS HEREBY ORDERED** that Section I of the Scheduling Order, ECF No. 350, is revised as set forth below:

## DEADLINES

| | |
|---|---|
| Last Day to Add Parties/Amend Pleadings | Expired |
| Non-expert Discovery Cut-off | December 1, 2022 |
| Expert Disclosure (Initial) | December 1, 2022 |
| Expert Disclosure (Rebuttal) | January 17, 2023 |
| Expert Discovery Cut-off | February 17, 2023 |
| File Summary Judgment Motions | January 30, 2023 |
| Last Day to Hear Motions, Except for Motions for Summary Judgment | January 23, 2023 |
| Last Day to Conduct ADR Proceeding | February 3, 2023 |
| File Status Report Regarding Settlement | March 27, 2023 |
| File Motions In Limine and *Daubert* Motions | |
| Lodge Pretrial Conference Order | April 3, 2023 |
| File Oppositions to Motions in Limine | |
| Lodge Findings of Fact and Conclusions of Law, and Summaries of Direct Testimony | April 10, 2023 |
| Final Pretrial Conference and Hearing on Motions in Limine | April 17, 2023, at 11:00 a.m. |
| Court Trial (Est. 10 to 40 Days) | May 2, 2023, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:  May 24, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

2
ORDER