Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**RECEIVER'S NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTY FEDERAL INSURANCE COMPANY**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM: 5A<br>DATE: July 11, 2022<br>TIME: 10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 11, 2022 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Entities, will present his Motion to Approve Settlement Agreement with Non-Party Federal Insurance Company.

This motion is supported by this notice of motion and motion, the Declaration of Andrew M. Greene, all pleadings and records on file, and any argument heard hereon.

Dated: May 31, 2022

MCNAMARA SMITH LLP

By: /s/ Andrew M. Greene
Andrew M. Greene
*Attorneys for Receiver,*
*Thomas W. McNamara*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be emailed, with consent, to the following non-CM/ECF participants:

>Richard J. Bortnick
>Wilson Elser Moskowitz Edelman & Dicker LLP
>401 West A Street, Suite 1900
>San Diego, CA 92101
>Tel.:   619-321-6200
>Fax:   619-321-6201
>Richard.Bortnick@wilsonelser.com
>*Attorneys for Non-Party Federal Insurance Company*

 /s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*