Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
|---|---|
| Plaintiffs, | **DECLARATION OF ANDREW M. GREENE IN SUPPORT OF RECEIVER'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NON-PARTY FEDERAL INSURANCE COMPANY** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | JUDGE: Hon. Michael W. Fitzgerald<br>CTRM: 5A<br>DATE: July 11, 2022<br>TIME: 10:00 a.m. |

I, Andrew M. Greene, hereby declare as follows:

1. I am counsel of record for the Court-appointed receiver in this matter, Thomas W. McNamara ("Receiver"). I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would competently testify to the facts stated herein.

2. I make this declaration in support of the Receiver's Motion to Approve Settlement Agreement with Non-Party Federal Insurance Company.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Settlement Agreement and Insurance Policies Release executed by, on the one hand, the Receiver, and on the other hand, Federal Insurance Company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of May, 2022, in San Diego, California.

By: /s/ Andrew M. Greene
Andrew M. Greene
Attorney for Receiver,
Thomas W. McNamara