UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT WITH NON-PARTY FEDERAL INSURANCE COMPANY** |

Thomas W. McNamara, as Court-appointed Receiver, has applied to the Court for approval of the Settlement Agreement with Non-Party Federal Insurance Company.

Having reviewed the Receiver's Motion, the supporting Declaration of Andrew M. Greene, and the Settlement Agreement and Insurance Policies Release attached to Mr. Greene's declaration, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreement is hereby APPROVED. The Court shall retain jurisdiction over the interpretation and enforcement of the agreement.

**IT IS SO ORDERED.**

Dated: _____

                                                Hon. Michael W. Fitzgerald
                                                United States District Judge