SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787) – Local Counsel
leanne.hartmann@cfpb.gov
301 Howard Street, Suite 1200
San Francisco, CA 94105
Tel.: (415) 844-9787 / Fax: (415) 844-9788
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT ALBERT KIM**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1  Pursuant to Local Rule 7-1, Plaintiff the Bureau of Consumer Financial
2  Protection (Bureau) hereby files the attached Stipulation as to Entry of Final
3  Judgment and Order as to Defendant Albert Kim, as agreed to by counsel for the
4  Bureau, the State of Minnesota, the State of North Carolina, and the People of the
5  State of California, and Defendant Albert Kim. Also attached is the [Proposed]
6  Stipulated Final Judgment and Order as to Defendant Albert Kim.

8  Dated: June 10, 2022                    Respectfully submitted,

                                           By: /s/ N. Nathan Dimock
                                           N. Nathan Dimock
                                           (admitted *pro hac vice*)
                                           *Attorney for Plaintiff*
                                           *Bureau of Consumer Financial Protection*

**NOTICE OF FILING OF STIPULATION AND OF LODGING OF PROPOSED ORDER**