SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　　Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFF'S NOTICE OF FILING OF STIPULATION AND OF LODGING PROPOSED STIPULATED FINAL JUDGMENT AND ORDER AS TO DEFENDANT ALBERT KIM**<br><br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

# CERTIFICATE OF SERVICE

I certify that on June 10, 2022, true and correct copies of the 1) Notice of Filing of Stipulation and of Lodging Proposed Stipulated Final Judgment and Order as to Defendant Albert Kim; 2) Stipulation as to Entry of Final Judgment and Order as to Defendant Albert Kim; and 3) [Proposed] Stipulated Final Judgment and Order as to Defendant Albert Kim, were served on all parties registered to receive notice in this case via CM/ECF, and that physical copies of the same, together with this Certificate of Service, will be served on this date on *pro se* Defendant Kaine Wen by mailing via the United States Postal Service addressed to:

>Kaine Wen, Register Number 79766-112
>Legal Mail
>FCI Sheridan
>Federal Correctional Institution Satellite Camp
>P.O. Box 6000
>Sheridan, OR 97378

Dated: June 10, 2022

Respectfully Submitted,

/s/ *N. Nathan Dimock*
N. Nathan Dimock
Admitted *Pro Hac Vice*
*Attorney for Plaintiff Bureau of Consumer Financial Protection*