**BUREAU OF CONSUMER FINANCIAL PROTECTION**
N. NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
SARAH PREIS (D.C. Bar No. 997387) (admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495) (admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

*Additional Counsel for Plaintiffs Listed on Next Page

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LOGING OF PROPOSED ORDER** <br><br> **Non-Expert Discovery Cutoff:** December 1, 2022 <br> **Pretrial-Conference:** April 17, 2023 <br> **Trial Date:** May 2, 2023, 8:30 am, 5A |

1

**NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER**

*Additional Counsel for Plaintiffs Listed Below:
**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA. Bar No. 111529)
CHRISTINA V. TUSAN, Supvr. Deputy City Attorney (CA. Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

## NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER

Plaintiffs the Bureau of Consumer Financial Protection and The People of the State of California ("Moving Plaintiffs") hereby file the attached Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery. As explained in the motion to compel filed herewith, Moving Plaintiffs were unable to file the normally required joint stipulation because Mr. Wen has refused all communications with Moving Plaintiffs and failed to provide his portion of the joint stipulation pursuant to L.R. 37-2.4. Moreover, because Mr. Wen is currently incarcerated, Moving Plaintiffs have not requested a hearing date, consistent with Magistrate Judge Stephenson's procedures relating to discovery disputes involving incarcerated parties.

Respectfully submitted,

Dated: June 27, 2022    By: /s/ N. Nathan Dimock

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346

2
**NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER**

| | |
|---|---|
| | Email: nathan.dimock@cfpb.gov |
| | *Attorney for Plaintiff Bureau of Consumer Financial Protection* |
| Dated: June 27, 2022 | By: */s/ Christina Tusan* |
| | Christina Tusan |
| | Supervising Deputy City Attorney |
| | Office of the City Attorney |
| | Consumer and Workplace Protection Unit |
| | 200 N. Main Street, 500 City Hall East |
| | Los Angeles, CA 90012 |
| | Phone: (213) 473-6908 |
| | Email: christina.tusan@lacity.org |
| | *Attorney for Plaintiff the People of the State of California* |

I, N. Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

<u>/s/ N. Nathan Dimock</u>

N. Nathan Dimock

---

3

**NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER**