EXHIBIT A

**SLAM Receivership**
**Receipts and Disbursements Summary**
**November 1, 2021 through May 31, 2022**

| | | | |
|---|---|---:|---:|
| Net Cash at 10/31/2021 | | | $ 3,787,747.70 |
| Receipts | | | |
|    Asset Sales | | | $ 14,000.00 |
|    Frozen Funds from Bank Accounts | | | $ 1,178.67 |
|    IOLTA Funds re: True Count Staffing | | | $ 113,272.95 |
|    Money Market Account Interest | | | $ 1,846.35 |
|    Settlement Funds | | | $ 652,500.00 |
|   Total Receipts | | | $ 782,797.97 |
| | | | |
| Disbursements | | | |
|    Court-Ordered Distributions | | | $ 2,881,314.24 |
|    Professional Fees and Expenses (including those approved by Order entered December 15, 2021 (ECF No. 352)) | | | $ 165,382.94 |
|      Legal Fees and Expenses | | $ 118,152.44 | |
|      Receiver's Fees and Expenses | | $ 47,230.50 | |
|    Operating Costs | | | $ 10,792.10 |
|     Records Storage | | $ 1,512.00 | |
|     Relativity Hosting | | $ 6,808.85 | |
|     Telephone Lines | | $ 2,450.00 | |
|     Web Developer | | $ 21.25 | |
|   Total Disbursements | | | $ 3,057,489.28 |
| | | | |
| Net Cash at 5/31/2022 | | | $ 1,513,056.39 |

Note:
To date, the Receivership Estate has made the following Court-ordered distributions to Plaintiffs:

| | |
|---|---:|
| Consumer Financial Protection Bureau | $ 8,343,444.24 |
| Los Angeles City Attorney | $ 95,000.00 |
| Minnesota Attorney General | $ 95,000.00 |
| North Carolina Department of Justice | $ 95,000.00 |
| | $ 8,628,444.24 |