FILED
CLERK, U.S. DISTRICT COURT

JUL -1 2022

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Bureau of Consumer Financial Protection et al., | 8:19-cv-01998-MWF-KS |
| PLAINTIFF(S) | |
| v. | |
| Consumer Advocacy Center Inc. et al., | **ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |
| DEFENDANT(S). | |

WHEREAS, the documents listed below were improperly filed for the following reason(s) Plaintiff's failure to follow the Court's procedures regarding Discovery disputes: Judge's Procedures: b. Pre-Motion Telephonic Conference, iii

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Notice of Filing Motion to Compel Def Kane Wen's Respones | 6/27/2022 [Dkt No. 384] |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

July 1, 2022
Date

Karen L. Stevenson
United States District Judge/Magistrate Judge

CV-80 (12/95)   ORDER STRIKING FILED DOCUMENTS FROM THE RECORD