UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   SA CV 19-1998-MWF-(KSx)                           Date: July 6, 2022

Title   *Bureau of Consumer Financial Protection et al. v Consumer Advocacy Center Inc.et al*

Present: The Honorable:   **Karen L. Stevenson, United States Magistrate Judge**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER VACATING ERRONEOUS ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY [Dkt No. 384]**

The Court's Order Striking Plaintiff's Motion to Compel Defendant Kaine Wens Responses to Outstanding Discovery was issued in error. (*See* dkt. no. 387.) Consistent with the Court's discovery procedures, due to the defendant's incarceration, the parties are relieved of their obligation to participate in a pre-motion discovery conference. Accordingly, **the order striking Plaintiff's motion to compel is hereby VACATED.**

Plaintiff is authorized to re-file the motion to compel pursuant to Local Rule 37-2. The motion should be set for hearing on the Court's regular motion calendar dates and the briefing schedule will be governed by the Local Rules based on the new filing date and the selected hearing date.

:
**Initials of Preparer**     gr