**BUREAU OF CONSUMER FINANCIAL PROTECTION**
N. NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *pro hac vice*)
Tel.: (202) 435-9198 / Email: nathan.dimock@cfpb.gov
SARAH PREIS (D.C. Bar No. 997387) (admitted *Pro Hac Vice*)
Tel.: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495) (admitted *Pro Hac Vice*)
Tel: (202)-435-9641 / Email: jesse.stewart@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

*Additional Counsel for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LOGING OF PROPOSED ORDER**<br><br>**Court:** Hon. Karen L. Stevenson<br>**Date:** August 10, 2022<br>**Time:** 10:00 AM<br>**Place:** Courtroom 580<br><br>**Non-Expert Discovery Cutoff: December 1, 2022**<br>**Pretrial-Conference:** April 17, 2023<br>**Trial Date:** May 2, 2023, 8:30 am, 5A |

1

**NOTICE OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER**

*Additional Counsel for Plaintiffs Listed Below:
**THE PEOPLE OF THE STATE OF CALIFORNIA**
MICHAEL N. FEUER, City Attorney (CA. Bar No. 111529)
CHRISTINA V. TUSAN, Supvr. Deputy City Attorney (CA. Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
OFFICE OF THE CITY ATTORNEY
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

**NOTICE OF FILING OF MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY AND LODGING OF PROPOSED ORDER**
**[Exempt From Pre-Filing Discovery Conference Requirement]**

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on Wednesday, August 10, 2022, at 10:00 AM, or as soon thereafter as this matter may be heard, Plaintiffs the Bureau of Consumer Financial Protection and The People of the State of California ("Moving Plaintiffs") hereby apply to the Court for entry of an order compelling defendant Kaine Wen's responses to outstanding discovery on the grounds that said defendant has responded to every outstanding request for admission, request for production, and interrogatory with essentially identical, legally deficient, boilerplate objections, the majority of which appear inapplicable outright. The hearing will take place in the Courtroom of the Honorable Karen L. Stevenson, Roybal Federal Building and Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 580, 5th Floor.

Pursuant to the Court's Order Vacating Erroneous Order Striking Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery ("Order"), the parties are relieved of their obligation to participate in a pre-motion discovery conference. (Dkt. No. 388). Although the Court's procedures direct moving parties

to file without requesting a hearing date if any party is in state or federal custody, Moving Plaintiffs set the above referenced hearing per the Court's Order. (Dkt. No. 388) ("[t]he motion should be set for hearing on the Court's regular motion calendar dates and the briefing schedule will be governed by the Local Rules based on the new filing date and the selected hearing date.").

Respectfully submitted,

Dated: July 7, 2022   By: /s/ N. Nathan Dimock

N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Enforcement Attorney*
1700 G Street NW
Washington, DC 20552
Phone: (202) 435-9198
Fax: (202) 435-9346
Email: nathan.dimock@cfpb.gov
*Attorney for Plaintiff Bureau of Consumer Financial Protection*

Dated: July 7, 2022   By: /s/ Christina Tusan
Christina Tusan
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Phone: (213) 473-6908
Email: christina.tusan@lacity.org
*Attorney for Plaintiff the People of the State of California*

I, N. Nathan Dimock, attest that all other signatories listed, and on whose behalf

the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *N. Nathan Dimock*

N. Nathan Dimock