**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY**<br><br>Court: Hon. Karen L. Stevenson<br>Courtroom 580 |

**ORDER**

Before this Court is Plaintiffs the Bureau of Consumer Financial Protection and the People of the State of California's (collectively, "Moving Parties") Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery ("Motion"). Having considered the Motion and any related filings, the Motion is **GRANTED.** Defendant Wen must provide complete, substantive responses to each of the Moving Parties' discovery requests within 30 days from the date of this Order. Any objections must be stated specifically and have a legal basis and any privileged information must be listed on

1  a privilege log in accordance with Federal Rule 26(b)(5).  **IT IS SO ORDERED.**

DATED: _____         _____

Karen L. Stevenson

United States Magistrate Judge

[PROPOSED] ORDER ON MOTION TO COMPEL