1 | Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
2 | Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
3 | McNamara Smith LLP
655 West Broadway, Suite 900
4 | San Diego, California 92101
Telephone: 619-269-0400
5 | Facsimile:  619-269-0401

6 | *Attorneys for Receiver,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **NOTICE OF RECEIVER'S FIFTH INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND PROFESSIONALS** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM: 5A <br> DATE: August 8, 2022 <br> TIME: 10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 8, 2022 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Thomas W. McNamara, as Court-appointed receiver ("Receiver"), will present a Fifth Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals.

The Receiver was initially appointed temporary receiver of the Receivership Defendants by entry of the Temporary Restraining Order (ECF No. 24) on October 21, 2019. The appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered November 15, 2019 (ECF No. 103). The PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order[.]" PI, Section XV.J., page 25.

The PI also provides that the "Receiver and all personnel hired by the Receiver as herein authorized, including counsel to the Receiver and accountants, are entitled to reasonable compensation for the performance of duties pursuant to this Order, and for the cost of actual out-of-pocket expenses incurred by them, from the Assets now held by or in the possession or control of, or which may be received by, the Receivership Defendants." PI, Section XX, page 33.

The Receiver now submits this Fifth Interim Fee Application for approval to pay the following fees and expenses for services during the six-month period of November 1, 2021 through April 30, 2022: $26,779.00 fees and $38.34 expenses of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory

Resolutions; $172,116.50 fees and $9,557.98 expenses of the Receiver's counsel, McNamara Smith LLP;[1] $875.00 fees and $103.27 expenses of the Receiver's computer forensic expert, Hadron Computer Forensics & Investigations.

This Application is made pursuant to Sections XV.J. and XX of the Preliminary Injunction and is based upon this Notice of Application, the Declaration of Thomas W. McNamara, and upon such other pleadings and oral and documentary evidence as may be presented at or before the time of the hearing on the Application.

Dated:  July 8, 2022                                  MCNAMARA SMITH LLP

By:   /s/ Andrew M. Greene
      Andrew M. Greene
      *Attorneys for Receiver,*
      *Thomas W. McNamara*

---

[1] In order to better track litigation fees and costs, a separate internal billing matter was created for the lawsuit against National Merchant Center Inc. and its employee/agent, resulting in two separate invoices for both Regulatory Regulations and McNamara Smith LLP.  A summary of the invoices is provided in each exhibit.

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*