EXHIBIT A

**SLAM Receivership**
**Summary of Regulatory Resolutions Invoices for 5th Fee Application**

| Regulatory Resolutions | Invoice # | Fees thru 4/30/22 | Expenses thru 4/30/22 | Subtotal |
|---|---|---|---|---|
| SLAM Receivership | 11475 | $ 16,788.50 | $ 38.34 | $ 16,826.84 |
| *McNamara v. NMC, et. al.* | 11476 | $ 9,990.50 | $ - | $ 9,990.50 |
| | | $ 26,779.00 | $ 38.34 | $ 26,817.34 |

# Regulatory Resolutions

July 6, 2022

| | |
|---|---|
| **Invoice No:** | 11475 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 4/30/2022 |

Matter: SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $16,788.50 |
| Total Disbursements | $38.34 |
| **Grand Total** | **$16,826.84** |

# Regulatory Resolutions

|  |  |
|---|---|
| **Invoice No.:** | 11475 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 4/30/2022 |

Matter:  SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/8/2021 | TWM | Review and revise letter to defense counsel re: documents behind CFPB privilege screen; confer with team re: same. | 0.80 | 360.00 |
| 11/9/2021 | TWM | Discuss and revise letters to defense counsel re: assertion of privilege and documents behind CFPB privilege screen. | 0.50 | 225.00 |
|  | TWM | Participate in team meeting re: status of investigation of payment processor; identify alternative paths forward; research FTC case and prior communications with CFPB. | 1.30 | 585.00 |
| 11/10/2021 | TWM | Prepare for and participate in conference call with CFPB counsel; follow-up and provide documents and discuss internally re: payment processor. | 1.20 | 540.00 |
| 11/15/2021 | TWM | Review research results re: CallerReady terms of service. | 0.20 | 90.00 |
|  | TWM | Revise follow-up to defense counsel re: privilege assertion; discuss with team. | 0.40 | 180.00 |
|  | TWM | Review responses received from defense counsel re: privilege issue; discuss with team; revise response to M. Eanet. | 0.70 | 315.00 |
| 11/16/2021 | TWM | Review data re: emails with joint counsel; review relevant joint privilege cases; meet with team to discuss same; revise communication to defense counsel. | 1.80 | 810.00 |
| 11/17/2021 | TWM | Meet with team to discuss joint privilege, waiver and joint defense privilege, and scope and applicability. | 0.50 | 225.00 |
|  | TWM | Conference call with CFPB attorneys re: screened documents and other outstanding issues. | 0.50 | 225.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2021 | TWM | Review law firm search results (names provided by K. Wen defense counsel); review each retainer letter; discuss same with A. Greene and D. Magee. | 0.80 | 360.00 |
| 11/22/2021 | TWM | Review response from A. Kim's counsel re: separate representation/privilege issue; discuss response internally. | 0.30 | 135.00 |
|  | TWM | Review, discuss, and revise response to K. Wen defense counsel. | 0.40 | 180.00 |
| 11/23/2021 | TWM | Prepare for and participate in conference call with CFPB counsel re: status of waiver of privilege. | 0.50 | 225.00 |
| 11/30/2021 | LMJ | Call with California Department of Tax and Fee Administration re: environmental fees. | 0.10 | 21.50 |
| 12/1/2021 | TWM | Review internal memorandum in preparation for conference call; participate in conference call with CFPB attorneys re: findings re: payment processor. | 1.20 | 540.00 |
| 12/7/2021 | TWM | Review correspondence from A. Kim's defense counsel attaching list of firms which potentially provided individual representation; discuss with A. Greene. | 0.50 | 225.00 |
| 12/16/2021 | TWM | Confer with L. Smith and A. Greene re: draft demand letter to insurer. | 0.20 | 90.00 |
| 12/17/2021 | TWM | Review information related to T. Nguyen legal representation. | 0.30 | 135.00 |
|  | TWM | Review and revise response to A. Kim defense counsel re: assertion of privilege; discuss with A. Greene. | 0.60 | 270.00 |
| 12/22/2021 | LMJ | Draft notes re: gift card invoices and payments. | 0.40 | 86.00 |
| 1/4/2022 | LMJ | Confer and correspond with A. Greene re: lead generator vendor payments. | 0.10 | 21.50 |
|  | LMJ | Confer and correspond with A. Greene and K. Wachsman re: lead generator vendor payments. | 0.20 | 43.00 |
|  | LMJ | Correspond with agent at California Department of Tax and Fee Administration re: claim for environmental fees. | 0.20 | 43.00 |
|  | LMJ | Review and analyze notices from state and federal tax agencies, and vendor correspondence. | 0.20 | 43.00 |
|  | LMJ | Correspond with A. Greene and K. Wachsman re: payments to lead generator. | 0.30 | 64.50 |
|  | LMJ | Review and analyze lead generator vendor payments. | 1.30 | 279.50 |
|  | LMJ | Review and analyze books and records re: payments to lead generator. | 1.60 | 344.00 |
|  | TWM | Conduct factual research and edit status report. | 1.30 | 585.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 1/4/2022 | TWM | Prepare for and participate in team meeting re: attorney-client privilege and joint defense protection of defendants' communications with counsel. | 1.40 | 630.00 |
| | TWM | Review summary of defense counsels' responses to privilege inquiry; meet with team re: steps forward; call with J. Stewart re: status. | 1.20 | 540.00 |
| 1/5/2022 | LMJ | Correspond with agent at California Department of Tax and Fee Administration re: claim for environmental fees. | 0.10 | 21.50 |
| 1/6/2022 | LMJ | Confer and correspond with A. Greene re: lead sub-vendor location and affiliation with same. | 0.20 | 43.00 |
| | LMJ | Correspond with A. Greene, L. Smith, and K. Wachsman re: Pub Club Leads invoices and charges related to lead sub-vendor. | 0.20 | 43.00 |
| | LMJ | Research re: location, size of business, and affiliation with lead sub-vendor. | 0.50 | 107.50 |
| | LMJ | Review and analyze lead provider invoices and expenses reported by lead provider re: vendor charges; review and analyze bank statements re: same. | 1.20 | 258.00 |
| 1/10/2022 | TWM | Review draft settlement agreement with F. Hernandez action against SLAM; review counsel's comments. | 0.30 | 135.00 |
| 1/13/2022 | TWM | Review bankruptcy trustee counsel's request for claim for remainder in estate; discuss with A. Greene. | 0.20 | 90.00 |
| 1/14/2022 | LMJ | Review and analyze correspondence re: services provided by payment processor associated with J. Lai. | 0.50 | 107.50 |
| | TWM | Review next draft of settlement agreement; discuss with C. Gordon. | 0.20 | 90.00 |
| | TWM | Call with CFPB attorneys; follow up re: same. | 0.40 | 180.00 |
| | TWM | Review several engagement letters to determine scope of privilege and potential for joint defense privilege. | 0.40 | 180.00 |
| 1/19/2022 | TWM | Prepare for and participate in call with CFPB re: privilege and other issues. | 0.40 | 180.00 |
| | TWM | Meet with team to discuss privilege issue and resolution of same; plan follow-up including letter to all counsel. | 0.70 | 315.00 |
| 1/25/2022 | TWM | Review and discuss proposals for allowing CAC bankruptcy trustee counsel to review potentially privileged documents; confer with CFPB re: same. | 0.40 | 180.00 |
| | TWM | Review and revise attorney-client privilege letter to defense counsel; discuss with team. | 1.60 | 720.00 |
| | TWM | Review and revise letter to defense counsel re: attorney-client privilege and waiver. | 0.90 | 405.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 1/25/2022 | TWM | Review summary regarding CAC trustee potential review of CAC engagement documents; draft email to CFPB; draft internal email re: same. | 0.30 | 135.00 |
| 1/26/2022 | TWM | Review summary of CAC trustee counsel position; discuss logistics with team. | 0.20 | 90.00 |
| | TWM | Confer with team about how best to provide review platform to CAC trustee counsel; correspond with CFPB re: same. | 0.30 | 135.00 |
| 2/3/2022 | TWM | Review and revise information provided to counsel for CAC bankruptcy trustee; discuss with A. Greene. | 0.30 | 135.00 |
| 2/7/2022 | TWM | Call with CFPB re: TAS 2019; follow up with team re: mechanisms for settlement transfer of funds to plaintiffs and settlement agreement review. | 0.40 | 180.00 |
| 2/10/2022 | TWM | Research and respond to request for information from CFPB. | 0.30 | 135.00 |
| 2/15/2022 | TWM | Call with J. Stewart at CFPB re: contracts with consumers; meet with D. Magee re: locating contracts, etc. | 0.40 | 180.00 |
| 2/23/2022 | LMJ | Review correspondence and confer with T. McNamara re: tax consequence of settlements. | 0.20 | 43.00 |
| | TWM | Review proposed settlement agreement with TAS 2019; discuss with team; review tax question and discuss with L. Jones; draft response to counsel. | 0.50 | 225.00 |
| 3/1/2022 | TWM | Review background information and discuss with L. Smith re: development re: lead provider and contact from counsel. | 0.20 | 90.00 |
| 3/3/2022 | LMJ | Confer with A. Greene re: total charges per vendor as listed on lead provider invoices. | 0.20 | 43.00 |
| | LMJ | Review and analyze total charges per vendor as listed on lead provider invoices; update summary re: same. | 0.40 | 86.00 |
| 3/4/2022 | LMJ | Confer with L. Smith and A. Greene re: lead provider invoice analysis. | 0.10 | 21.50 |
| | LMJ | Review and analyze lead provider invoice analysis re: payments to lead generators. | 0.20 | 43.00 |
| 3/7/2022 | TWM | Review dismissals of qui tam case and associated correspondence re: dismissal of action against receivership entity. | 0.30 | 135.00 |
| 3/8/2022 | LMJ | Review and analyze charges re: lead generators listed on lead provider invoices. | 0.50 | 107.50 |
| | LMJ | Confer with A. Green re: charges re: lead generators listed on lead provider invoices. | 0.20 | 43.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/8/2022 | TWM | Review summary of potential claw back targets and recommendation from counsel; research two items identified in memorandum; prepare for and meet with L. Smith and A. Greene re: determinations on whether to move forward. | 1.20 | 540.00 |
|  | TWM | Review request for payment and underlying invoices from counsel pre- and post-receivership; discuss potential compromise with C. Gordon. | 0.50 | 225.00 |
| 3/16/2022 | TWM | Research and review correspondence and timeline re: naming TAS a receivership entity, communications with NMC counsel in late 2019 and early 2020; review NMC account documents for TAS re: ownership and changes in same; review declaration provided by J. Lai re: claiming ownership of TAS; report same to team. | 2.80 | 1,260.00 |
| 3/17/2022 | TWM | Review voicemail from insurance counsel and emails. | 0.20 | 90.00 |
| 3/18/2022 | TWM | Review filings by state and defendant K. Wen re: deposition in May. | 0.20 | 90.00 |
| 3/21/2022 | TWM | Review correspondence from bankruptcy trustee and discuss with A. Greene; correspond with CFPB. | 0.40 | 180.00 |
| 3/22/2022 | TWM | Confer with L. Smith and A. Greene re: settlement strategy re: insurance provider. | 0.20 | 90.00 |
| 3/23/2022 | TWM | Review update from insurance counsel. | 0.20 | 90.00 |
| 3/24/2022 | TWM | Review CFPB filings. | 0.30 | 135.00 |
| 3/25/2022 | LMJ | Review and analyze payroll records re: former employee state and federal withholding. | 0.40 | 86.00 |
| 3/31/2022 | LMJ | Review and analyze state and federal notices and vendor correspondence. | 0.30 | 64.50 |
|  | LMJ | Review and analyze books and records re: state and federal tax reporting. | 0.70 | 150.50 |
| 4/13/2022 | LMJ | Review and analyze notices from federal and state tax agencies. | 0.40 | 86.00 |
| 4/19/2022 | LMJ | Correspond with agent at California Department of Tax and Fee Administration re: status of case. | 0.20 | 43.00 |
| 4/26/2022 | TWM | Review and revise website update for consumers. | 0.40 | 180.00 |
| 4/29/2022 | TWM | Review draft settlement agreement with relief defendant; provide comments re: same to CFPB. | 0.40 | 180.00 |
| **TOTAL FEES** | | | **43.00** | **$16,788.50** |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/24/2021 | Other: GoDaddy domain renewal (studentservicesplus.com) | 19.17 |
| 2/2/2022 | Other: GoDaddy domain renewal (slaccountmgmt.com) | 19.17 |
| **TOTAL DISBURSEMENTS** | | **$38.34** |
| **TOTAL CURRENT CHARGES** | | **$16,826.84** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa M. Jones | 10.90 | 215.00 | $2,343.50 |
| Thomas W. McNamara | 32.10 | 450.00 | $14,445.00 |

# Regulatory Resolutions

July 6, 2022

| | |
|---|---|
| **Invoice No:** | 11476 |
| **Our File No.:** | 2112-01RR-01 |
| **For Services Through:** | 4/30/2022 |

Matter:   SLAM Receivership - NMC submatter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $9,990.50 |
| Total Disbursements | $0.00 |
| **Grand Total** | **$9,990.50** |

# Regulatory Resolutions

| | |
|---|---|
| **Invoice No.:** | 11476 |
| **Our File No.:** | 2112-01RR-01 |
| **For Services Through:** | 4/30/2022 |

Matter:   SLAM Receivership - NMC submatter

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 12/14/2021 | TWM | Review and comment on draft opposition to motion to dismiss by NMC. | 0.20 | 90.00 |
| 1/3/2022 | TWM | Review memorandum summarizing defendants' responses and claims re: individual counsel; review underlying communications. | 0.40 | 180.00 |
| 1/20/2022 | TWM | Review motion to dismiss, opposition, and reply in preparation for meeting with team re: contours of oral argument. | 1.80 | 810.00 |
| 1/25/2022 | TWM | Review motion to dismiss, opposition, and reply; participate in mock preparation session. | 2.50 | 1,125.00 |
| 1/26/2022 | TWM | Prepare for and participate in moot argument in preparation for hearing on motion to dismiss. | 0.20 | 90.00 |
| 1/27/2022 | TWM | Attend hearing on motion to dismiss; follow-up with team. | 1.20 | 540.00 |
| 2/24/2022 | TWM | Review decision on motion to dismiss; discuss outcome with team; meet with team to plan discovery steps. | 1.10 | 495.00 |
| 2/26/2022 | TWM | Review draft RFAs and interrogatories to J. Lai and provide comments and suggestions re: edits. | 0.50 | 225.00 |
| 3/1/2022 | TWM | Review discovery plans and steps forward; discuss with L. Smith re: same. | 0.20 | 90.00 |
| 3/16/2022 | TWM | Review counterclaim against receiver; review authority provided by counsel re necessity of seeking court permission to sue receiver; meet with team re: same. | 0.80 | 360.00 |
| 3/17/2022 | TWM | Review draft rule 11/meet and confer letter; discuss same with team re: approach and factual issues. | 0.70 | 315.00 |
| 3/21/2022 | TWM | Review draft letter to defendant's counsel. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 3/24/2022 | TWM | Meet with L. Smith and A. Greene re: meet and confer with NMC counsel; review counterclaims; review production from mail drop; write up notes and steps forward to team. | 0.90 | 405.00 |
| 3/25/2022 | TWM | Call with attorney G. Brucker re: government investigation. | 0.40 | 180.00 |
| 4/19/2022 | LMJ | Confer with A. Greene re: invoices related to TAS 2019. | 0.10 | 21.50 |
|  | LMJ | Confer with L. Smith and A. Greene re: merchant processing fees. | 0.30 | 64.50 |
|  | LMJ | Review and analyze merchant processor statements re: volume processed and fees charged; update analysis re: same. | 2.20 | 473.00 |
| 4/20/2022 | LMJ | Confer and correspond with A. Greene re: merchant processing applications and statements re: TAS 2019 LLC. | 0.50 | 107.50 |
|  | LMJ | Review and analyze merchant processing applications and merchant processing statements re: TAS 2019 LLC. | 0.70 | 150.50 |
| 4/22/2022 | LMJ | Confer and correspond with D. Magee re: QuickBooks records for True Count Staffing and Prime Consulting. | 0.30 | 64.50 |
|  | LMJ | Review and analyze QuickBooks records re: True Count Staffing and Prime Consulting. | 0.60 | 129.00 |
|  | TWM | Begin to review and revise draft reply. | 0.50 | 225.00 |
|  | TWM | Call with potential expert; review resume and supporting material; discuss with A. Greene. | 0.50 | 225.00 |
| 4/23/2022 | TWM | Review and revise draft reply and provide comments to counsel. | 2.20 | 990.00 |
| 4/25/2022 | TWM | Review and revise near final draft of reply re: motion to dismiss. | 0.70 | 315.00 |
| 4/26/2022 | TWM | Prepare for and meet with counsel team to outline status and discovery approach. | 1.50 | 675.00 |
| 4/29/2022 | LMJ | Review and analyze merchant processor statements re: monthly sales and chargebacks for multiple accounts; prepare chart re: same. | 2.00 | 430.00 |
|  | TWM | Meet with counsel team to discuss discovery status and plan going forward; discuss issues at several points over the day with L. Smith. | 1.80 | 810.00 |
| 4/30/2022 | TWM | Review outline from counsel; provide thoughts and suggestions. | 0.70 | 315.00 |
|  |  | **TOTAL FEES** | **25.70** | **$9,990.50** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa M. Jones | 6.70 | 215.00 | $1,440.50 |
| Thomas W. McNamara | 19.00 | 450.00 | $8,550.00 |

EXHIBIT A
Page 14