EXHIBIT B

**SLAM Receivership**
**Summary of McNamara Smith LLP Invoices for 5th Fee Application**

| McNamara Smith LLP | Invoice # | Fees thru 4/30/22 | Expenses thru 4/30/22 | Subtotal |
|---|---|---|---|---|
| SLAM Receivership | 11477 | $ 46,038.50 | $ 2,527.83 | $ 48,566.33 |
| *McNamara v. NMC, et. al.* | 11478 | $ 126,078.00 | $ 7,030.15 | $ 133,108.15 |
| | | **$ 172,116.50** | **$ 9,557.98** | **$ 181,674.48** |

# McNamara Smith LLP

July 6, 2022

**Invoice No:** 11477
**Our File No.:** 2112-02MS
**For Services Through:** 4/30/2022

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $46,038.50 |
| Total Disbursements | $2,527.83 |
| **Grand Total** | **$48,566.33** |

# McNamara Smith LLP

|  |  |
|---|---|
| **Invoice No.:** | 11477 |
| **Our File No.:** | 2112-02MS |
| **For Services Through:** | 4/30/2022 |

Matter:   SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/1/2021 | AMG | Review and analyze Noland decision and correspond with T. McNamara re: same | 0.20 | 90.00 |
| 11/3/2021 | AMG | Begin drafting third interim status report. | 1.20 | 540.00 |
|  | LDS | Review draft interim report. | 0.30 | 142.50 |
| 11/4/2021 | CJBG | Briefly review research re: receiver's ability to waive privilege and continue to draft letter re: same to defense counsel. | 0.50 | 162.50 |
|  | AMG | Continue to draft third interim status report and fee application. | 1.30 | 585.00 |
| 11/5/2021 | KW | Draft findings re: investigation of potential claims against third party. | 4.20 | 1,239.00 |
| 11/8/2021 | CJBG | Continue to draft letter re: receiver's waiver of privilege. | 0.80 | 260.00 |
|  | AMG | Continue to draft fee application and supporting declaration. | 0.90 | 405.00 |
|  | CJBG | Revise letter re: receiver's waiver of privilege based on comments from T. McNamara. | 0.50 | 162.50 |
| 11/9/2021 | AMG | Review and revise letter re: waiver of privilege; finalize, and send same. | 0.30 | 135.00 |
|  | LDS | Review materials re: report to court; review interim report to court and make edits thereto. | 0.60 | 285.00 |
|  | AMG | Meet with team re: potential actions for CFPB concerning third-party service provider. | 0.90 | 405.00 |
|  | AMG | Review and analyze confidentiality issues re: prior third-party productions and correspond with team re: same. | 0.40 | 180.00 |
| 11/10/2021 | CJBG | Call with S. Preis re: SLAM documents. | 0.30 | 97.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/2021 | LDS | Confer with T. McNamara re: potential claims against third parties. | 0.30 | 142.50 |
| | LDS | Review and edit interim status report. | 0.50 | 237.50 |
| 11/15/2021 | AMG | Review and revise fee application, supporting declaration, and status report. | 0.80 | 360.00 |
| | KW | Research waiver of privilege issue for C. Gordon. | 0.80 | 236.00 |
| | AMG | Correspond with insurance coverage counsel re: insurance demand letter. | 0.30 | 135.00 |
| | AMG | Confer with C. Gordon and correspond with T. McNamara re: joint representation issues. | 0.40 | 180.00 |
| | AMG | Correspond with defense counsel re: waiver of privilege and confer with T. McNamara re: same. | 0.60 | 270.00 |
| | LDS | Review interim status report; provide edits thereto to A. Greene; review follow-up edits by A. Greene. | 0.80 | 380.00 |
| | DCM | Call with J. Cipollini re: CFPB request for ESI; correspond with CFPB re: same. | 0.50 | 87.50 |
| | DCM | Review database search results re: Venable LLP; confer with A. Greene re: same. | 0.50 | 87.50 |
| | CJBG | Confer with A. Greene re: joint representation issues. | 0.30 | 97.50 |
| 11/16/2021 | CJBG | Continue to research issues related to individual versus corporate privilege in receivership context. | 3.70 | 1,202.50 |
| | CJBG | Confer with T. McNamara and A. Greene re: issues related to individual versus corporate privilege in receivership context. | 0.50 | 162.50 |
| | LDS | Review memorandum re: attorney-client privilege drafted by C. Gordon; review related emails. | 0.40 | 190.00 |
| | DCM | Review database search results re: O'Melveny and Meyers LLP; confer with A. Greene re: same. | 0.50 | 87.50 |
| | AMG | Research and review potentially privileged emails and confer with D. Magee re: same. | 0.40 | 180.00 |
| | AMG | Research re: attorney-client privilege communications and burden related thereto. | 1.20 | 540.00 |
| 11/17/2021 | CJBG | Continue to research additional issues related to individuals' ability to make privilege claim in context of receivership. | 1.20 | 390.00 |
| | LDS | Conduct legal research and review case law re: attorney-client privilege issue. | 0.30 | 142.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/17/2021 | LDS | Participate in internal discussion re: receiver's control of privilege. | 0.50 | 237.50 |
| | CJBG | Confer internally with team re: analysis of receivership privilege law prior to call with CFPB. | 0.50 | 162.50 |
| | CJBG | Confer with counsel for CFPB re: waiver of corporate entities' privilege. | 0.50 | 162.50 |
| | DCM | Confer with T. McNamara re: need to search database for terms relevant to cryptocurrency; correspond with C. Gordon re: recommended terms. | 0.20 | 35.00 |
| | AMG | Confer with team re: privilege issues. | 0.50 | 225.00 |
| | AMG | Further review of potentially privileged emails and correspond with D. Magee re: same. | 0.50 | 225.00 |
| 11/18/2021 | DCM | Begin review of Relativity search results for cryptocurrency related terms. | 2.20 | 385.00 |
| | AMG | Correspond with J. King re: status of request for information. | 0.10 | 45.00 |
| | AMG | Correspond internally re: potential privileged emails from 2017-2018 time period. | 0.40 | 180.00 |
| | AMG | Review and revise status report and fee application. | 1.20 | 540.00 |
| 11/19/2021 | DCM | Correspond with CallerReady re: terms of service; call with CallerReady re: same; correspond with T. McNamara re: findings. | 0.40 | 70.00 |
| | DCM | Continue review of database search results for cryptocurrency related items; correspond with L. Jones re: questions prompted by findings; research wallet identified during search on Blockchair website; draft summary of findings for T. McNamara. | 2.80 | 490.00 |
| | AMG | Correspond with lead provider counsel re: settlement payment. | 0.20 | 90.00 |
| | AMG | Additional correspondence and investigation re: potentially privileged emails. | 0.50 | 225.00 |
| 11/22/2021 | LDS | Review emails with T. McNamara re: investigation of third party. | 0.30 | 142.50 |
| | AMG | Correspond with M. Eanet re: potentially privileged emails. | 0.10 | 45.00 |
| | AMG | Review and analyze search results re: potentially privileged emails. | 0.60 | 270.00 |
| 11/23/2021 | CJBG | Confer with T. McNamara and counsel for CFPB re: privilege issue. | 0.50 | 162.50 |
| | AMG | Correspond with counsel for lead provider re: settlement payment and insurance information. | 0.20 | 90.00 |
| | AMG | Review proposed demand letter to insurer and correspond with insurance coverage counsel re: same. | 0.50 | 225.00 |

SLAM Receivership                                                                                          Page      4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/24/2021 | AMG | Correspondence with insurance coverage counsel re: demand letter and potential damages. | 0.30 | 135.00 |
| | AMG | Research potential damages against insurer. | 0.30 | 135.00 |
| 11/29/2021 | DCM | Conduct additional research re: value of watches; call and correspond with relevant third parties; draft strategy proposal for T. McNamara. | 1.80 | 315.00 |
| | AMG | Correspond with counsel for lead provider re: settlement payments and settlement terms. | 0.10 | 45.00 |
| | AMG | Review lead provider settlement payments and review settlement terms. | 0.20 | 90.00 |
| 12/1/2021 | DCM | Negotiate price for watches; coordinate sale of watches; confer briefly with T. McNamara; call and correspond with buyer re: receipt for transaction. | 1.80 | 315.00 |
| | KW | Prepare for call and meeting with T. McNamara, L. Smith, and CFPB. | 0.40 | 118.00 |
| | AMG | Correspond with J. King re: potential attorney-client engagements. | 0.10 | 45.00 |
| | AMG | Correspond with counsel for lead provider re: settlement payments. | 0.20 | 90.00 |
| | AMG | Correspond with insurance coverage counsel re: demand letter to insurer. | 0.20 | 90.00 |
| | KW | Participate in call with T. McNamara, L. Smith, and CFPB re: update. | 0.80 | 236.00 |
| | LDS | Participate in call with T. McNamara, K. Wachsman, and CFPB re: update. | 0.80 | 380.00 |
| | LDS | Review materials in preparation for call and meeting with T. McNamara, K. Wachsman, and CFPB. | 0.40 | 190.00 |
| 12/3/2021 | AMG | Confer with T. McNamara re: correspondence with J. King; correspond with J. King re: non-response. | 0.30 | 135.00 |
| 12/6/2021 | AMG | Review additional correspondence re: attorney-client privilege issues and review and analyze law firm engagement letters. | 0.70 | 315.00 |
| 12/7/2021 | DCM | Review documents related to firms identified by counsel for A. Kim; draft summary of findings re: attorney-client privilege; compile relevant documents; correspond with T. McNamara and A. Greene re: findings. | 2.80 | 490.00 |
| 12/10/2021 | CJBG | Review draft status report to appeals court re: status of receivership action. | 0.20 | 65.00 |
| | AMG | Correspond with insurance coverage counsel re: demand letter to insurer. | 0.10 | 45.00 |
| 12/13/2021 | DCM | Coordinate transmission of requested documents to CFPB; correspond with CFPB re: same. | 0.20 | 35.00 |
| 12/16/2021 | DCM | Draft summary of outstanding tasks for J. Cipollini; call with J. Cipollini re: same. | 0.20 | 35.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/16/2021 | AMG | Review draft of demand letter to insurer; confer with L. Smith and T. McNamara re: same. | 0.30 | 135.00 |
| | LDS | Confer with A. Greene and T. McNamara re: demand letter to insurer. | 0.20 | 95.00 |
| 12/17/2021 | DCM | Review A. Greene's draft response to counsel for T. Nguyen. | 0.20 | 35.00 |
| | DCM | Correspond with CFPB re: logistics of Receiver's production of electronic evidence. | 0.30 | 52.50 |
| | AMG | Draft responses to J. King and K. Axel re: individual representations; confer with T. McNamara re: same and revise same. | 0.70 | 315.00 |
| 1/3/2022 | AMG | Complete memorandum re: attorney-client privilege findings and correspond with team re: same. | 0.80 | 360.00 |
| | DCM | Review memorandum re: attorney-client privilege drafted by A. Greene; correspond with A. Greene re: same. | 0.80 | 140.00 |
| | AMG | Review lawsuit/disposition involving potential third party in receipt of receivership estate assets and research re: potential claims. | 1.80 | 810.00 |
| 1/4/2022 | DCM | Draft summary of efforts to sell watches turned over by T. Nguyen. | 0.50 | 87.50 |
| | KW | Receive assignment from A. Greene re: lead generator's sub-vendor as potential clawback action; research Mims case; review SLAM document production for key word searches. | 2.40 | 708.00 |
| | CJBG | Confer internally re: resolution of potential privilege issues related to document production. | 0.70 | 227.50 |
| | DCM | Review various search results related to documents identified by K. Wachsman. | 0.60 | 105.00 |
| | AMG | Correspond with insurance coverage counsel re: demand letter to insurer. | 0.10 | 45.00 |
| | AMG | Correspond with counsel for lead provider re: settlement payment. | 0.10 | 45.00 |
| | AMG | Meet with team re: attorney-client privilege issue. | 0.70 | 315.00 |
| | AMG | Investigate and review evidence of potential claims against lead generator's sub-vendors. | 1.70 | 765.00 |
| 1/5/2022 | KW | Analyze Mims case and draft chronology for memorandum re: potential clawback against third party. | 1.40 | 413.00 |
| 1/6/2022 | KW | Work on chronology potential clawback case and Receiver's involvement; confer with A. Greene and L. Smith re: same; draft letters to Roth and Burris re: Mims case files. | 2.80 | 826.00 |
| | AMG | Correspond with counsel for lead provider re: potential call with lead provider. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/6/2022 | AMG | Investigate potential claims against sub-vendor target. | 0.80 | 360.00 |
| | AMG | Review and revise letters to counsel for Receivership Defendants requesting files. | 0.20 | 90.00 |
| 1/7/2022 | AMG | Correspond with counsel for lead provider re: meeting with lead provider. | 0.10 | 45.00 |
| | LDS | Review underlying documents re: investigation of third party and correspond with A. Greene re: same. | 0.30 | 142.50 |
| 1/10/2022 | CJBG | Review and revise draft settlement agreement in appeal of ruling in superior court case instituted by True Count prior to imposition of receivership. | 0.80 | 260.00 |
| | AMG | Call with lead provider and counsel re: sub-vendors. | 0.70 | 315.00 |
| | LDS | Prepare for and participate in call with counsel for lead provider, lead provider, and A. Greene re: cooperation; review related materials. | 0.70 | 332.50 |
| 1/13/2022 | AMG | Call with G. Moses re: Premier Student Loans Inc. bankruptcy proceedings. | 0.40 | 180.00 |
| | AMG | Confer with T. McNamara re: Premier Student Loans Inc. bankruptcy proceedings. | 0.10 | 45.00 |
| | AMG | Research and prepare proof of claim re: Premier Student Loans Inc. bankruptcy proceedings. | 0.80 | 360.00 |
| 1/14/2022 | DCM | Compile attorney engagement letters requested by T. McNamara. | 0.40 | 70.00 |
| | AMG | Call with M. Roth re: production of attorney file. | 0.30 | 135.00 |
| 1/19/2022 | DCM | Confer internally re: resolution of privilege issues. | 0.40 | 70.00 |
| | CJBG | Confer internally re: resolution of Receivership Defendants' privilege issues. | 0.40 | 130.00 |
| | AMG | Confer with team re: privilege issues. | 0.40 | 180.00 |
| | LDS | Participate in discussions re: request for privileged documents. | 0.40 | 190.00 |
| 1/21/2022 | DCM | Call with A. Greene re: need to make potentially privileged documents available to CAC trustee for review; review database search results for responsive firms to determine volume of privileged material; compile potentially privileged material in database; correspond with data hosting vendor re: cost estimate for various methods of production; correspond with A. Greene re: same. | 1.50 | 262.50 |
| | AMG | Call with counsel for CAC trustee re: waiver of privilege. | 0.30 | 135.00 |
| | AMG | Confer with T. McNamara and D. Magee re: call with counsel for CAC trustee and waiver of privilege. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/21/2022 | AMG | Begin drafting letter to defense counsel re: waiver of attorney-client privilege. | 0.30 | 135.00 |
| 1/24/2022 | DCM | Call with A. Greene re: privilege issues and workflow for providing documents to counsel for CAC trustee. | 0.20 | 35.00 |
| | DCM | Correspond with data hosting vendor re: additional questions and cost estimate for production to counsel for CAC trustee. | 0.20 | 35.00 |
| | AMG | Confer with D. Magee re: production of emails to counsel for CAC trustee. | 0.20 | 90.00 |
| 1/25/2022 | DCM | Review correspondence between T. McNamara and CFPB re: attorney-client privilege; correspond with T. McNamara and A. Greene re: same. | 0.30 | 52.50 |
| | DCM | Call with data hosting vendor re: methods for providing potentially privileged material to counsel for CAC trustee; draft email summarizing options and approximate cost to A. Greene. | 1.50 | 262.50 |
| | AMG | Confer with D. Magee and T. McNamara re: production of privileged emails to G. Moses for review. | 0.30 | 135.00 |
| 1/26/2022 | DCM | Review correspondence from A. Greene re: call with counsel for CAC trustee; call with A. Greene re: same; call with data hosting vendor re: additional questions re: document production raised by A. Greene; call and correspond with A. Greene re: same. | 0.80 | 140.00 |
| | DCM | Review final draft of letter to defense counsel re: waiver of attorney-client privilege. | 0.40 | 70.00 |
| | CJBG | Review and revise draft correspondence re: privilege issues for A. Greene. | 0.20 | 65.00 |
| 1/31/2022 | DCM | Compile potentially privileged documents for counsel for CAC trustee; segregate documents by representation. | 1.50 | 262.50 |
| | AMG | Correspond with counsel for CAC trustee re: production of potentially privileged emails. | 0.10 | 45.00 |
| | AMG | Correspond with insurance coverage counsel re: status of settlement demand. | 0.10 | 45.00 |
| | AMG | Correspond with outside counsel re: production of client file. | 0.10 | 45.00 |
| | AMG | Review client file from outside counsel and analyze potential claims. | 0.70 | 315.00 |
| 2/1/2022 | DCM | Correspond with data hosting vendor re: documents to be made available to counsel for CAC trustee; call with J. Federici re: same. | 0.70 | 122.50 |
| 2/2/2022 | DCM | Review partitioned database for counsel for CAC trustee; review metadata fields, user permissions, and search results for firms involved in joint defense agreement on behalf of defendants. | 2.00 | 350.00 |

SLAM Receivership                                                                                                Page      8

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/2/2022 | AMG | Correspond with insurance coverage counsel re: settlement demand; confer internally re: same. | 0.20 | 90.00 |
| 2/3/2022 | DCM | Call with A. Greene re: partitioned database for counsel for CAC trustee and volume of potentially joint defense privileged documents therein. | 0.20 | 35.00 |
| | DCM | Call with J. Federici re: need to exclude potentially joint defense privileged documents and various methods for accomplishing same. | 0.20 | 35.00 |
| | DCM | Correspond with J. Federici re: tagged documents for CAC trustee. | 0.20 | 35.00 |
| | DCM | Review sequestered volume of potentially privileged documents and tag documents as appropriate for promotion to database for CAC trustee. | 2.10 | 367.50 |
| | DCM | Review and revise A. Greene's draft email to counsel for CAC trustee re: CAC privilege and access to partitioned database. | 0.30 | 52.50 |
| | AMG | Draft correspondence to counsel for CAC trustee re: review of CAC privileged correspondence; confer with D. Magee re: same. | 0.60 | 270.00 |
| 2/4/2022 | DCM | Review partitioned database to confirm that appropriate documents were promoted; correspond with J. Federici re: permission to give external users access to partitioned database; correspond with A. Greene re: same. | 0.80 | 140.00 |
| 2/7/2022 | DCM | Correspond with J. Federici to determine status of counsel for CAC trustee's review of potentially privileged documents. | 0.10 | 17.50 |
| | AMG | Research prior judgments re: turnover of funds and correspond with T. McNamara re: same. | 0.60 | 270.00 |
| 2/10/2022 | DCM | Correspond with J. Federici re: progress of counsel for CAC trustee's review of privileged documents. | 0.10 | 17.50 |
| 2/11/2022 | AMG | Correspond with G. Moses re: review of privileged correspondence re: CAC. | 0.20 | 90.00 |
| 2/14/2022 | DCM | Review correspondence between counsel for CAC trustee's litigation support team and J. Federici; confer internally re: same; correspond with J. Federici to provide direction re: same. | 0.20 | 35.00 |
| 2/15/2022 | DCM | Confer with T. McNamara re: recent call with CFPB and need to locate contracts between defendants and consumers. | 0.20 | 35.00 |
| | DCM | Call with T. McNamara and J. Stewart (CFPB) re: research for contracts between defendants and consumers. | 0.20 | 35.00 |
| | DCM | Draft email to J. Stewart re: location of contracts within production of DebtPayPro data and steps needed to review same. | 0.20 | 35.00 |
| | DCM | Review emails to confirm contracts were stored within DebtPayPro database, review production of DebtPayPro data to CFPB to identify location of contracts, and correspond with T. McNamara re: same. | 1.40 | 245.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/23/2022 | CJBG | Review draft stipulated settlement between plaintiffs and TAS 2019 LLC. | 0.30 | 97.50 |
| | AMG | Review and analyze draft stipulated judgment against TAS and confer with T. McNamara re: same. | 0.30 | 135.00 |
| | AMG | Call and correspond with counsel for CAC trustee re: status of privilege waiver review. | 0.20 | 90.00 |
| 3/1/2022 | LDS | Confer with counsel for lead provider re: privilege issue and review emails; confer with T. McNamara re: same; investigate underlying documents. | 0.40 | 190.00 |
| | LDS | Conduct review of underlying emails re: potential third party claims. | 1.40 | 665.00 |
| 3/2/2022 | DCM | Review search results for lead generators identified by A. Greene; correspond and confer with A. Greene and L. Smith re: same. | 1.80 | 315.00 |
| | AMG | Review and research remaining potential clawback targets and prepare memorandum re: same. | 1.60 | 720.00 |
| | LDS | Confer with counsel for lead provider re: request for emails and evaluate privilege issues re: same. | 0.40 | 190.00 |
| | LDS | Continue to conduct research on third parties in database and lead generation practices. | 1.20 | 570.00 |
| 3/3/2022 | AMG | Continue to analyze potential remaining clawback target and begin preparation of memorandum re: same. | 1.20 | 540.00 |
| | LDS | Continue to conduct fact research in database re: potential third-party claims and underlying agreements related thereto and review excel spreadsheet re: same; send related emails. | 0.60 | 285.00 |
| 3/4/2022 | AMG | Continue to prepare memorandum re: potential additional clawback actions and analyze potential damages. | 1.60 | 720.00 |
| 3/7/2022 | DCM | Review results for "TCPA" in database to identify factual basis for potential clawback claims. | 2.20 | 385.00 |
| | AMG | Correspond with insurance coverage counsel re: status. | 0.10 | 45.00 |
| 3/8/2022 | CJBG | Draft correspondence to appellate counsel re: unpaid invoices. | 0.20 | 65.00 |
| | AMG | Confer with T. McNamara and L. Smith re: potential remaining clawback cases. | 0.60 | 270.00 |
| | AMG | Finalize memorandum re: potential remaining clawback cases. | 0.80 | 360.00 |
| | AMG | Correspond with insurance coverage counsel re: response to insurer's counsel. | 0.20 | 90.00 |

SLAM Receivership                                                                                           Page    10

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/8/2022 | AMG | Review fees paid to attorney Burris and correspond with T. McNamara re: same. | 0.40 | 180.00 |
| | AMG | Call with J. Rotter re: potential class action. | 0.50 | 225.00 |
| | LDS | Confer with T. McNamara and A. Greene re: potential claims against third parties. | 0.60 | 285.00 |
| | LDS | Prepare memorandum re: potential claims against third parties. | 1.40 | 665.00 |
| | LDS | Review and revise memorandum re: potential claims against third party and email version to A. Greene; send internal emails re: same. | 1.50 | 712.50 |
| 3/9/2022 | LDS | Continue to prepare memorandum re: potential claims against third parties and circulate same to A. Greene and T. McNamara. | 1.20 | 570.00 |
| 3/11/2022 | DCM | Confer briefly with T. McNamara re timeline for terminating CallerReady account. | 0.10 | 17.50 |
| 3/14/2022 | AMG | Correspond with counsel for CAC trustee re: potential waiver of privilege. | 0.10 | 45.00 |
| 3/17/2022 | DCM | Further research re: Registered Agents, Inc.; confer internally re: NMC invoices to TAS 2019 allegedly sent to Registered Agents, Inc.; call with Registered Agents, Inc. re: process for receiving and preserving client mail; draft formal request to Registered Agents, Inc. for all mail sent to TAS 2019; confer with A. Greene re: same. | 2.70 | 472.50 |
| | AMG | Confer with D. Magee and revise correspondence to TAS registered agent re: production of records. | 0.30 | 135.00 |
| 3/18/2022 | DCM | Send follow up request to Registered Agents, Inc. re: mail addressed to TAS 2019 LLC. | 0.20 | 35.00 |
| | DCM | Review search results for third-party lead generator; correspond with L. Smith re: same. | 0.90 | 157.50 |
| | DCM | Confer with L. Smith re: need to subpoena Registered Agents, Inc.; further research re: prior subpoena to Registered Agents, Inc.; draft and revise subpoena to Registered Agents, Inc.; correspond with A. Greene re: timetable for serving subpoena. | 2.80 | 490.00 |
| 3/21/2022 | AMG | Correspond with CAC trustee's counsel re: waiver of privilege and confer with D. Magee re: status of protected documents. | 0.20 | 90.00 |
| 3/22/2022 | DCM | Send follow up request to Registered Agents, Inc. re: mail addressed to TAS 2019 LLC. | 0.20 | 35.00 |
| | AMG | Confer with T. McNamara and L. Smith re: settlement strategy re: insurance provider. | 0.20 | 90.00 |
| | LDS | Confer with T. McNamara and A. Greene re: settlement with insurance provider and consider next steps and settlement strategy. | 0.90 | 427.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/23/2022 | AMG | Draft motion to approve settlement with insurer. | 2.80 | 1,260.00 |
| 3/24/2022 | DCM | Review documents produced by Registered Agents, Inc.; confer internally re: same; draft chronology of NMC processing statements sent to Registered Agents; review Relativity search results prompted by same; begin collecting emails from counsel for TAS and NMC. | 4.50 | 787.50 |
| 3/25/2022 | AMG | Call and correspond with insurance coverage counsel re: settlement offer from insurer and confer with L. Smith and T. McNamara re: same. | 0.60 | 270.00 |
| | LDS | Review potential claims against insurance carrier; confer with A. Greene and client and consider strategy. | 0.80 | 380.00 |
| 3/28/2022 | AMG | Review counteroffer from insurer and confer with L. Smith re: response to same. | 0.30 | 135.00 |
| | LDS | Consider strategies re: potential settlement with insurance carrier and confer with A. Greene re: same. | 0.50 | 237.50 |
| | AMG | Correspond with insurance coverage counsel re: response to counteroffer. | 0.20 | 90.00 |
| | AMG | Revise motion to approve settlement with insurer. | 0.60 | 270.00 |
| 3/29/2022 | AMG | Correspond and confer with insurance coverage counsel re: settlement offers. | 0.50 | 225.00 |
| | LDS | Confer with A. Greene re: settlement with insurance provider and consider strategy and response. | 0.20 | 95.00 |
| 3/30/2022 | AMG | Confer with L. Smith re: payment terms for insurer settlement payment. | 0.20 | 90.00 |
| 4/11/2022 | DCM | Review documents re: additional CAC representations; confer internally re: same. | 1.50 | 262.50 |
| 4/12/2022 | CJBG | Review OSC re: contempt filed by plaintiffs against K. Wen. | 0.60 | 195.00 |
| | AMG | Correspond with insurance coverage counsel re: settlement with insurer. | 0.20 | 90.00 |
| | AMG | Call with insurance coverage counsel re: insurance settlement status and correspond with T. McNamara and L. Smith re: same. | 0.50 | 225.00 |
| 4/13/2022 | CJBG | Begin reviewing declaration filed by cryptocurrency expert in support of OSC re: contempt motion filed by plaintiffs against K. Wen. | 0.30 | 97.50 |
| 4/15/2022 | CJBG | Continue reviewing declaration filed by cryptocurrency expert in support of OSC re: contempt motion filed by plaintiffs against K. Wen. | 0.60 | 195.00 |
| 4/18/2022 | DCM | Review documents in privilege screen; identify documents withheld from production that were produced to the Receiver by third parties. | 0.70 | 122.50 |
| | AMG | Correspond with insurance coverage counsel re: settlement status. | 0.20 | 90.00 |

SLAM Receivership

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2022 | DCM | Review notes re: search results for terms related to cryptocurrency; correspond with T. McNamara and C. Gordon. | 0.30 | 52.50 |
| 4/22/2022 | DCM | Confer with L. Jones re: QuickBooks files collected from Receivership Defendants. | 0.20 | 35.00 |
| 4/26/2022 | CJBG | Draft update for receivership website. | 0.50 | 162.50 |
| 4/29/2022 | AMG | Review and revise proposed settlement agreement with insurance carrier and correspond with team re: same. | 0.30 | 135.00 |
| | **TOTAL FEES** | | **140.50** | **$46,038.50** |

**DISBURSEMENTS**

| Date | Description | |
|---|---|---|
| 6/30/2021 | Online research: PACER | 10.80 |
| 8/31/2021 | Online research: Westlaw | 80.46 |
| 10/31/2021 | Online research: Westlaw | 386.14 |
| 11/30/2021 | Online research: Westlaw | 931.77 |
| 12/31/2021 | Online research: Westlaw | 517.67 |
| | Online research: PACER | 20.90 |
| 1/31/2022 | Online research: Westlaw | 223.04 |
| 2/1/2022 | Delivery services/messengers: FedEx Mims case files to McNamara Smith | 34.77 |
| 3/21/2022 | Delivery services/messengers: Deliver records subpoena to Registered Agents, Inc. | 311.35 |
| 3/31/2022 | Online research: Westlaw | 8.03 |
| | Online research: PACER | 2.90 |
| | **TOTAL DISBURSEMENTS** | **$2,527.83** |
| | **TOTAL CURRENT CHARGES** | **$48,566.33** |

**PROFESSIONAL SERVICES SUMMARY**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew M. Greene | 45.20 | 450.00 | $20,340.00 |
| Cornelia J. B. Gordon | 14.10 | 325.00 | $4,582.50 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Kate Wachsman | 12.80 | 295.00 | $3,776.00 |
| Logan D. Smith | 17.90 | 475.00 | $8,502.50 |
| David C. Magee | 50.50 | 175.00 | $8,837.50 |

# McNamara Smith LLP

#:14580

July 6, 2022

**Invoice No:**         11478
**Our File No.:** 2112-02MS-01
**For Services Through:**    4/30/2022

Matter:   SLAM Receivership - NMC submatter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $126,078.00 |
| Total Disbursements | $7,030.15 |
| **Grand Total** | $133,108.15 |

# McNamara Smith LLP

|  |  |
|---|---|
| **Invoice No.:** | 11478 |
| **Our File No.:** | 2112-02MS-01 |
| **For Services Through:** | 4/30/2022 |

**Matter:** SLAM Receivership - NMC submatter

### PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/8/2021 | KW | Draft outline for meet and confer; research standing issues; prepare for meet and confer. | 4.80 | 1,416.00 |
| | AMG | Prepare for and attend meet and confer conference with opposing counsel re: first amended complaint; confer with team re: same. | 0.80 | 360.00 |
| | KW | Prepare for internal meeting with L. Smith, A. Greene, and T. McNamara re: recommendations and next steps with referral to government agency. | 1.00 | 295.00 |
| | KW | Meet and confer with NMC counsel with L. Smith and A. Greene. | 0.90 | 265.50 |
| | LDS | Prepare for and participate in meet and confer session with A. Greene and counsel for NMC. | 0.30 | 142.50 |
| 11/22/2021 | CJBG | Confer with K. Wachsman re: strategy for opposing NMC's motion to dismiss. | 0.30 | 97.50 |
| 11/23/2021 | KW | Continue to draft outline for opposition to motion to dismiss and review briefing. | 2.00 | 590.00 |
| 11/29/2021 | KW | Draft opposition to motion to dismiss. | 2.50 | 737.50 |
| | LDS | Review motion to dismiss and evaluate potential response thereto. | 0.60 | 285.00 |
| 11/30/2021 | AMG | Review procedures and begin to prepare Rule 26 disclosures. | 1.20 | 540.00 |
| 12/1/2021 | AMG | Review Rule 26 procedures and correspond with opposing counsel re: Rule 26 conference; arrange for scheduling of same. | 0.50 | 225.00 |
| 12/2/2021 | LDS | Review motion to dismiss first amended complaint and prepare response re: same. | 1.50 | 712.50 |

SLAM Receivership - NMC submatter                                                                    Page     2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/3/2021 | CJBG | Review current draft of opposition to motion to dismiss; annotate same with notes for revision; begin revising. | 2.20 | 715.00 |
| | LDS | Review and prepare opposition to motion to dismiss; circulate edits re: same. | 1.20 | 570.00 |
| 12/6/2021 | KW | Research aiding and abetting breach of fiduciary duty case law for A. Greene. | 2.20 | 649.00 |
| | LDS | Research in pari delicto and standing issues in receivership context. | 1.20 | 570.00 |
| 12/7/2021 | CJBG | Continue research in support of opposition to motion to dismiss, focusing on research related to aiding and abetting breach of fiduciary duty claim. | 2.20 | 715.00 |
| | LDS | Prepare opposition to motion to dismiss in NMC with focus on researching distinction between bankruptcy trustees and receivers. | 1.50 | 712.50 |
| 12/8/2021 | KW | Draft opposition to motion to dismiss with directions from C. Gordon. | 1.20 | 354.00 |
| | CJBG | Continue to research judgment liability as damage to Receivership Defendants; revise draft opposition to incorporate research re: same. | 3.40 | 1,105.00 |
| | LDS | Conduct research re: K. Wen's challenge to FTC and review recently issued order. | 0.50 | 237.50 |
| | LDS | Prepare opposition to motion to dismiss with focus on sufficiency of actual knowledge allegations re: aiding and abetting counts. | 2.20 | 1,045.00 |
| 12/9/2021 | KW | Continue to draft opposition to motion to dismiss with C. Gordon and L. Smith. | 1.00 | 295.00 |
| | CJBG | Revise and reorganize draft brief, focusing on aiding and abetting breach of fiduciary duty claim. | 5.20 | 1,690.00 |
| | LDS | Continue to prepare opposition to motion to dismiss with focus on aiding and abetting allegations. | 1.20 | 570.00 |
| | LDS | Continue to prepare opposition to motion to dismiss with focus on covenant not to sue argument. | 1.80 | 855.00 |
| 12/10/2021 | KW | Check case law in opposition motion to dismiss; research distinct issues for L. Smith and C. Gordon to enhance opposition; analyze case law to confirm legal authority supported assertion; track down complaint citations for factual allegations. | 5.20 | 1,534.00 |
| | CJBG | Continue to revise draft opposition to motion to dismiss, focusing on additions to, and consolidation of, legal arguments. | 5.60 | 1,820.00 |
| | LDS | Draft section of opposition to motion to dismiss addressing Intercept and Voltage Pay cases. | 0.80 | 380.00 |

SLAM Receivership - NMC submatter                                                    Page      3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/10/2021 | LDS | Review proximate cause and damages arguments with focus on measure of damages in tort claims. | 0.80 | 380.00 |
| 12/11/2021 | CJBG | Continue to draft opposition to motion to dismiss, including adding references to factual allegations in support of aiding and abetting breach of fiduciary duty claim. | 3.20 | 1,040.00 |
| | AMG | Prepare inserts for opposition brief and confer with L. Smith re: same. | 1.20 | 540.00 |
| | LDS | Continue to work on opposition to motion to dismiss and make substantial revisions based on C. Gordon's edits; draft arguments re: Peregrine and bankruptcy cases cited by NMC and conduct related research. | 3.20 | 1,520.00 |
| 12/13/2021 | KW | Research damages in pleadings; cite check draft; draft conspiracy "agreement" section and revise penal code section; analyze relevant complaint citations for breach of fiduciary duty section for C. Gordon; confer with C. Gordon and send findings and draft cite checks to integrate into draft. | 2.20 | 649.00 |
| | CJBG | Continue to draft and revise opposition to motion to dismiss, focusing on sections addressing aiding and abetting fraud, conspiracy, and other alleged claims. | 6.20 | 2,015.00 |
| | LDS | Continue to prepare opposition brief and provide edits to C. Gordon. | 2.50 | 1,187.50 |
| 12/14/2021 | CJBG | Continue to draft and revise opposition to motion to dismiss, incorporating additional language and arguments from L. Smith and K. Wachsman; finalize draft for review by T. McNamara. | 4.10 | 1,332.50 |
| | LDS | Revise and edit arguments re: sufficiency of fact allegations and imputation defense; conduct legal research re: imputation and fact issues precluded at motion to dismiss stage; confer with A. Greene re: ideas and send email re: same; review allegations re: Intercept. | 3.50 | 1,662.50 |
| 12/15/2021 | KW | Confer with A. Greene, L. Smith, and C. Gordon on draft; revise imputation argument; research for opposition to defendants and draft in opposition supportive case law re: waiving argument by joining co-defendant's wholesale without distinguishing own claims. | 2.20 | 649.00 |
| | LDS | Prepare response to J. Lai's joinder and conduct related research. | 0.80 | 380.00 |
| | LDS | Prepare and file final opposition to motion to dismiss; confer internally re: same. | 2.20 | 1,045.00 |
| | CJBG | Review, revise, and finalize brief in opposition to motion to dismiss; assist with filing. | 6.90 | 2,242.50 |
| 12/16/2021 | KW | Attend Rule 26 meeting with NMC counsel and defendant's counsel. | 0.80 | 236.00 |
| | AMG | Attend Rule 26 conference with opposing counsel. | 0.80 | 360.00 |

SLAM Receivership - NMC submatter                                                                    Page      4

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/16/2021 | KW | Begin to draft Joint Discovery 26(f) plan and analyze CFPB related action for reference; read docket. | 2.20 | 649.00 |
| 12/17/2021 | LDS | Review emails re: court procedures for motions to dismiss and related hearings. | 0.30 | 142.50 |
| 12/20/2021 | KW | Continue to draft Joint Discovery 26(f) Report based on Scheduling Order and CFPB filed motion. | 2.20 | 649.00 |
| 12/21/2021 | KW | Continue to draft Joint Discovery 26(f) Report based on Scheduling Order and CFPB filed motion. | 2.00 | 590.00 |
| 1/3/2022 | DCM | Review Rule 26 disclosures from cases stemming from prior receiverships; review correspondence with CFPB re: data and documents collected during receiverships; review correspondence with J. Cipollini re: same; review case file to identify additional information collected during receivership. | 3.00 | 525.00 |
| 1/4/2022 | DCM | Continue to review case file to identify additional information collected during receivership; begin to draft summary of ESI, documents, and tangible things collected during receivership. | 2.00 | 350.00 |
| 1/5/2022 | DCM | Continue to draft insert for Rule 26 disclosures re: ESI, documents, and tangible things collected during receivership. | 2.00 | 350.00 |
| 1/6/2022 | DCM | Correspond with J. Cipollini re: Monday.com data collected during receivership. | 0.10 | 17.50 |
|  | DCM | Finalize insert for Rule 26 disclosures re: ESI, documents, and tangible things collected during receivership; confer with A. Greene re: same. | 2.50 | 437.50 |
|  | AMG | Prepare Rule 26 Joint Report. | 1.20 | 540.00 |
| 1/7/2022 | DCM | Review Receiver's preliminary report re: collection of ESI and other evidence; review witness interviews to determine potential locations of other evidence; review E. Chang and S. Carroll emails to investigate status of defendants' Office 365 account and steps taken by FTC or Receiver's team to preserve same. | 2.50 | 437.50 |
|  | CJBG | Review and revise draft Rule 26 Joint Report. | 0.50 | 162.50 |
|  | AMG | Correspond with opposing counsel re: completion of Rule 26 conference. | 0.20 | 90.00 |
|  | LDS | Review and edit Rule 26 Joint Report and provide edits to A. Greene. | 0.40 | 190.00 |
| 1/8/2022 | LDS | Make further edits to damages discussion in Rule 26 Joint Report. | 0.30 | 142.50 |
| 1/10/2022 | CJBG | Review and revise draft Rule 26 Joint Report. | 0.10 | 32.50 |
|  | AMG | Attend Rule 26 call with defense counsel. | 0.20 | 90.00 |
|  | AMG | Prepare for Rule 26 call with defense counsel. | 0.30 | 135.00 |

SLAM Receivership - NMC submatter                                                    Page      5

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/10/2022 | AMG | Review and analyze reply to motion to dismiss and research page limits. | 1.10 | 495.00 |
| | AMG | Review and revise Rule 26 Joint Report and correspond re: same. | 1.20 | 540.00 |
| 1/11/2022 | KW | Draft Rule 26 initial disclosures; analyze D. Magee draft and incorporate. | 1.20 | 354.00 |
| | AMG | Conduct research re: authority cited in reply brief. | 0.80 | 360.00 |
| 1/12/2022 | KW | Draft Rule 26 initial disclosures. | 1.50 | 442.50 |
| 1/18/2022 | AMG | Correspond with J. Mallord and F. Woo re: proposed pre-trial dates. | 0.20 | 90.00 |
| 1/19/2022 | CJBG | Review documents and cases in preparation for oral argument on NMC's motion to dismiss. | 1.20 | 390.00 |
| | LDS | Prepare for oral argument and conduct related research on arguments raised in briefing; confer internally re: same. | 1.50 | 712.50 |
| 1/20/2022 | CJBG | Review case law cited in NMC's motion and reply; incorporate responses into argument outline; incorporate case law cited in Receiver's briefs into oral argument outline. | 2.20 | 715.00 |
| | AMG | Correspond with opposing counsel re: new hearing date and motion to dismiss; confer with L. Smith re: same. | 0.30 | 135.00 |
| | LDS | Prepare for oral argument; review related briefing materials; confer internally with C. Gordon and T. McNamara re: same. | 1.80 | 855.00 |
| 1/21/2022 | AMG | Review defendants' additions to Rule 26 Joint Report; correspondence re: same. | 0.30 | 135.00 |
| | LDS | Continue to prepare for NMC oral argument and review related briefing and case law; confer internally re: same; confer with opposing counsel re: new oral argument schedule. | 1.70 | 807.50 |
| | AMG | Begin to review and revise initial disclosures. | 0.50 | 225.00 |
| 1/24/2022 | KW | Incorporate revisions from C. Gordon's feedback re: initial disclosures; confer with A. Greene to review and finalize. | 1.20 | 354.00 |
| | CJBG | Review case law research in anticipation of oral argument. | 0.80 | 260.00 |
| | AMG | Review defendants' additions to Rule 26 Joint Report; revise and finalize same. | 0.80 | 360.00 |
| | LDS | Continue to prepare for NMC oral argument. | 2.20 | 1,045.00 |
| | CJBG | Prepare summary of allegations in first amended complaint for L. Smith for use in oral argument. | 2.30 | 747.50 |
| | AMG | Review and revise initial disclosures. | 0.80 | 360.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/25/2022 | KW | Research filing of supplemental authority and send findings to L. Smith. | 1.20 | 354.00 |
| | KW | Continue to draft case summaries for C. Gordon and L. Smith relevant for NMC hearing. | 1.50 | 442.50 |
| | AMG | Correspond with CFPB re: Rule 26 disclosures and further revise disclosures. | 0.90 | 405.00 |
| | LDS | Continue to prepare for NMC oral argument; confer internally; review briefing; review and prepare notice of supplemental authority re: Champion-Cain memorandum. | 2.20 | 1,045.00 |
| | CJBG | Review, revise, finalize, and file notice of supplemental authority. | 0.80 | 260.00 |
| 1/26/2022 | KW | Incorporate relevant information from CFPB's initial disclosures in SLAM and send to A. Greene for review. | 1.20 | 354.00 |
| | LDS | Continue to prepare for NMC oral argument and review related materials. | 1.50 | 712.50 |
| | CJBG | Attend and participate in moot prior to oral argument. | 1.20 | 390.00 |
| 1/27/2022 | LDS | Prepare for and participate in oral argument in NMC Case re: motion to dismiss. | 2.20 | 1,045.00 |
| 2/15/2022 | DCM | Confer internally re: status of discovery; correspond with J. Federici re: estimate for initial document production. | 0.20 | 35.00 |
| 2/23/2022 | AMG | Begin to prepare special interrogatories to NMC. | 1.20 | 540.00 |
| | LDS | Review draft discovery to NMC and J. Lai and confer with A. Greene re: same. | 0.70 | 332.50 |
| 2/24/2022 | DCM | Compile documents referenced in draft RFAs to J. Lai. | 1.50 | 262.50 |
| | CJBG | Attend internal meeting re: strategy for discovery. | 0.30 | 97.50 |
| | AMG | Meet with team re: discovery strategy. | 0.30 | 135.00 |
| | AMG | Review and analyze order re: motion to dismiss; confer with L. Smith re: same; review time to answer complaint. | 0.50 | 225.00 |
| | AMG | Prepare first set of requests for production and requests for admissions to defendants. | 2.20 | 990.00 |
| | LDS | Review discovery plan and potential draft discovery; review court's order re: motion to dismiss and consider next steps. | 0.10 | 47.50 |
| 2/25/2022 | CJBG | Review and revise draft RFAs to J. Lai. | 0.30 | 97.50 |
| | AMG | Further prepare requests for admissions to J. Lai and Swift Payments and prepare interrogatories to same. | 2.20 | 990.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/25/2022 | LDS | Review draft discovery to J. Lai RFAs and confer with A. Greene re: same; confer briefly with T. McNamara re: same. | 0.80 | 380.00 |
| 2/28/2022 | AMG | Revise and finalize RFAs and RFPs to J. Lai and Swift Payments. | 1.40 | 630.00 |
| | LDS | Confer with A. Greene re: discovery plan; review draft RFAs to J. Lai and finalize; confer with T. McNamara re: same. | 0.80 | 380.00 |
| 3/1/2022 | LDS | Evaluate discovery options and next steps; prepare list of deponents; send email re: same. | 0.60 | 285.00 |
| 3/2/2022 | LDS | Continue to evaluate discovery strategy and upcoming depositions and needed discovery. | 0.40 | 190.00 |
| 3/7/2022 | AMG | Compile jury instructions and prepare proof chart. | 1.20 | 540.00 |
| 3/8/2022 | AMG | Continue compiling jury instructions and preparing proof chart. | 1.40 | 630.00 |
| 3/10/2022 | AMG | Begin preparing additional discovery requests and begin draft of discovery plan. | 1.80 | 810.00 |
| 3/11/2022 | AMG | Correspond with opposing counsel re: depositions. | 0.20 | 90.00 |
| | LDS | Review and revise email re: depositions; confer with A. Greene re: same. | 0.30 | 142.50 |
| 3/14/2022 | DCM | Review NMC's first set of RFPs and plaintiff's initial disclosures; confer briefly with A. Greene re: same. | 0.50 | 87.50 |
| 3/15/2022 | AMG | Review and analyze NMC's request for production of documents and correspond with D. Magee re: responses to same. | 0.30 | 135.00 |
| 3/16/2022 | DCM | Review receivership case file and emails to identify prior subpoena responses from Registered Agents, Inc. and 2019 receivership activities related to same. | 1.70 | 297.50 |
| | CJBG | Review answer and counterclaims filed by NMC; confer internally re: same; draft Rule 11 motion for sanctions. | 1.80 | 585.00 |
| | DCM | Review responses to similar requests for production in related receivership cases; begin to formulate strategy for response to NMC's first set of RFPs. | 1.00 | 175.00 |
| | LDS | Review NMC's Answer and Counterclaims; consider response and confer internally re: response thereto; consider potential response to new allegations re: supposed early termination fees. | 1.20 | 570.00 |
| 3/17/2022 | CJBG | Research re: responsibility of Wyoming registered agents to retain records, as relevant to alleged invoices sent by NMC. | 0.70 | 227.50 |
| | DCM | Correspond with forensics expert re: ability of defendants to manipulate PDF metadata. | 0.20 | 35.00 |

SLAM Receivership - NMC submatter                                                      Page        8

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/17/2022 | DCM | Review J. Lai's withdrawn declaration as to ownership of TAS 2019 and internal communications re: same. | 1.30 | 227.50 |
| 3/18/2022 | AMG | Review calendaring deadlines and revise draft meet and confer letter to NMC's counsel. | 0.80 | 360.00 |
| | LDS | Review meet and confer letter re: counterclaims. | 0.30 | 142.50 |
| | DCM | Review case file and continue to formulate strategy re: response to NMC's first set of RFPs. | 2.30 | 402.50 |
| | AMG | Analyze discovery plan and begin preparation of additional discovery requests to defendants. | 1.20 | 540.00 |
| 3/21/2022 | AMG | Review, revise and finalize meet and confer letter to NMC re: motion to dismiss. | 0.40 | 180.00 |
| | AMG | Analyze discovery tasks and review key documents re: potential additional deponents. | 1.20 | 540.00 |
| 3/22/2022 | DCM | Review documents produced to Receiver by third parties; draft brief summary of same; continue to formulate strategy for Receiver's first production. | 3.00 | 525.00 |
| | AMG | Correspond with opposing counsel re: meet and confer conference. | 0.30 | 135.00 |
| | AMG | Calls with process server re: service of subpoena on Registered Agents Inc. | 0.40 | 180.00 |
| 3/23/2022 | DCM | Confer with A. Greene re: strategy for production of documents to parties. | 0.40 | 70.00 |
| | AMG | Revise requests for production of documents to defendants. | 0.50 | 225.00 |
| | DCM | Begin drafting second set of RFPs to J. Lai; research RFPs and related definitions in similar cases; correspond and confer with A. Greene re: same. | 1.50 | 262.50 |
| | AMG | Confer with L. Smith re: discovery dates and correspond with opposing counsel re: same. | 0.40 | 180.00 |
| | AMG | Review and analyze order re: cutoff dates; review and investigation of mediator list. | 0.80 | 360.00 |
| | LDS | Confer with A. Greene re: discovery plan. | 0.30 | 142.50 |
| 3/24/2022 | AMG | Prepare for and conduct meet and confer conference re: motion to dismiss with L. Smith and J. Mallord. | 0.70 | 315.00 |
| | AMG | Compile and review prior email from J. Alpert and F. Woo. | 0.50 | 225.00 |
| | AMG | Review and analyze documents produced by TAS's agent. | 0.80 | 360.00 |

SLAM Receivership - NMC submatter                                                                    Page      9

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/24/2022 | LDS | Prepare for and participate in meet and confer with A. Greene and counsel for NMC. | 0.70 | 332.50 |
| | LDS | Conduct legal research on potential motion to dismiss counterclaims. | 1.20 | 570.00 |
| 3/25/2022 | DCM | Review emails to/from counsel for TAS and NMC and emails related to discussions with same; review relevant pleadings and Relativity search results; begin revising chronology of NMC processing statements to include factual context. | 2.50 | 437.50 |
| | AMG | Conduct research and review documents in connection with motion to dismiss counterclaims. | 0.80 | 360.00 |
| | LDS | Continue to research potential grounds for moving to dismiss counterclaims. | 0.80 | 380.00 |
| 3/28/2022 | DCM | Continue to review emails to/from counsel for TAS and NMC and emails related to discussions with same; review relevant pleadings and Relativity search results; finalize revisions to chronology of NMC processing statements; correspond internally re: same. | 1.80 | 315.00 |
| | CJBG | Continue to research and draft motion to dismiss NMC's counterclaims. | 3.20 | 1,040.00 |
| | AMG | Review and analyze NMC's discovery responses. | 0.30 | 135.00 |
| 3/29/2022 | CJBG | Continue to research and draft motion to dismiss NMC's counterclaims. | 4.20 | 1,365.00 |
| | AMG | Continue research of caselaw and preparation of inserts to opposition brief and confer with team re: potential response to affirmative defenses. | 1.40 | 630.00 |
| | CJBG | Briefly research viability of motion to strike one of NMC's affirmative defenses. | 0.40 | 130.00 |
| 3/30/2022 | CJBG | Continue to research and draft motion to dismiss NMC's counterclaims. | 2.80 | 910.00 |
| 3/31/2022 | LDS | Review motion to dismiss counterclaims; draft email re: update on discovery and next steps. | 0.40 | 190.00 |
| 4/1/2022 | CJBG | Continue to research and draft motion to dismiss NMC's counterclaims. | 1.40 | 455.00 |
| 4/4/2022 | KW | Review and revise motion to dismiss counterclaims. | 4.00 | 1,180.00 |
| | CJBG | Continue to research and draft motion to dismiss NMC's counterclaims. | 2.90 | 942.50 |
| | AMG | Prepare discovery requests to J. Lai and Swift Payments. | 1.80 | 810.00 |
| | AMG | Draft proposed stipulated protective order and correspond with opposing counsel re: same. | 1.70 | 765.00 |
| | AMG | Review caselaw re: Barton Doctrine and continue preparation of opposition to motion to dismiss; correspond with C. Gordon and L. Smith re: same. | 1.90 | 855.00 |

SLAM Receivership - NMC submatter                                                                                    Page      10

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/5/2022 | AMG | Complete drafting discovery requests to J. Lai and Swift Payments; correspond with F. Woo re: same. | 0.60 | 270.00 |
| | AMG | Review and research of proposed mediators and correspond with defense counsel re: same. | 0.60 | 270.00 |
| | AMG | Prepare PMK deposition notice to Swift Payments. | 0.80 | 360.00 |
| 4/6/2022 | DCM | Various tasks related to the preparation of materials for Receiver's initial production; confer with A. Greene re: same (correspond with e-discovery vendor; review categories of responsive documents; correspond with L. Jones re: QuickBooks files, etc.) | 3.00 | 525.00 |
| | KW | Final edits to motion to dismiss counterclaims. | 0.50 | 147.50 |
| | CJBG | Review and revise draft motion to dismiss counterclaims; final review before filing. | 1.20 | 390.00 |
| | AMG | Review, revise and finalize opposition to motion to dismiss and supporting documents. | 2.20 | 990.00 |
| | LDS | Review and provide edits on motion to dismiss counterclaims. | 0.40 | 190.00 |
| | AMG | Research magistrate's rules re: stipulated protective order; review requirements of application for same; revise proposed protective order. | 1.30 | 585.00 |
| 4/7/2022 | AMG | Draft objections and responses to NMC's discovery requests. | 2.70 | 1,215.00 |
| | DCM | Review draft responses to NMC's first set of RFPs. | 0.50 | 87.50 |
| | DCM | Download and briefly review NMC production. | 0.80 | 140.00 |
| | DCM | Various tasks related to the preparation of materials for Receiver's initial production (correspond extensively with e-discovery vendor re: additional materials for production; draft email to A. Greene outlining production strategy; confer internally with L. Smith and A. Greene re: same; begin copying materials to hard drives). | 2.50 | 437.50 |
| | AMG | Correspond with defense counsel re: mediation and protective order issues. | 0.30 | 135.00 |
| | AMG | Review of documents produced by NMC and comparison with prior productions. | 0.70 | 315.00 |
| 4/8/2022 | DCM | Perform various tasks related to preparation of materials for Receiver's initial production. | 0.80 | 140.00 |
| | AMG | Research newly proposed mediator, review mediators availability, and correspond with team and opposing counsel re: same. | 0.50 | 225.00 |
| | AMG | Calls with J. Mallord re: mediation issues. | 0.30 | 135.00 |
| | AMG | Review CAC's privilege waiver in connection with document production. | 0.30 | 135.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/8/2022 | AMG | Confer with D. Magee re: production of documents and privilege screen issues. | 0.40 | 180.00 |
| 4/11/2022 | AMG | Correspond with opposing counsel re: mediation issues and dates and confer with L. Smith re: same. | 0.30 | 135.00 |
| | DCM | Draft instructions to J. Federici re: privilege screen for production; call with J. Federici re: logistics of production; confer with A. Greene re: same. | 3.00 | 525.00 |
| 4/12/2022 | DCM | Review documents responsive to privilege terms; call with J. Federici re: logistics of production; confer with A. Greene re: same. | 3.50 | 612.50 |
| | AMG | Draft application for stipulated protective order and revise protective order to comply with model order; correspond with opposing counsel re: same. | 1.80 | 810.00 |
| | AMG | Complete preparation of responses to NMC requests for production and confer with D. Magee re: production of documents. | 1.20 | 540.00 |
| 4/13/2022 | AMG | Correspond with opposing counsel and mediator's office re: mediation. | 0.40 | 180.00 |
| | AMG | Review mediation program general order. | 0.20 | 90.00 |
| 4/14/2022 | CJBG | Review and revise draft RFPs. | 0.10 | 32.50 |
| | AMG | Draft second set of requests for production to NMC; correspond with NMC's counsel re: same. | 1.80 | 810.00 |
| | AMG | Research caselaw re: proximate cause and related damage issues; confer with L. Smith re: same. | 1.60 | 720.00 |
| | AMG | Finalize and file stipulated protective order, application and proposed order re: same. | 0.40 | 180.00 |
| 4/18/2022 | CJBG | Briefly review NMC's opposition to Receiver's motion to dismiss counterclaims; confer with A. Greene re: same. | 0.50 | 162.50 |
| | AMG | Investigate liquidated damages calculation and confer with L. Smith and C. Gordon re: same. | 0.80 | 360.00 |
| 4/19/2022 | DCM | Confer internally re: cross complainant's damages calculation; review L. Jones analysis of same; confer with L. Jones re: same. | 0.90 | 157.50 |
| | AMG | Conduct additional analysis re: alleged termination fees and confer with L. Jones re: same. | 0.90 | 405.00 |
| | LDS | Review response to motion to dismiss counterclaims and participate in internal discussions re: same. | 0.40 | 190.00 |
| 4/20/2022 | KW | Confer with C. Gordon on research assignment re: multi-factored test to lift receivership stay; complete research assignment; draft findings in memorandum and send key cases to C. Gordon. | 2.40 | 708.00 |

SLAM Receivership - NMC submatter                                                    Page    12

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/20/2022 | CJBG | Research case law relating to receiver's repudiation of contracts; being drafting portion of reply addressing same. | 1.10 | 357.50 |
| | CJBG | Continue to research caselaw related to receivership stays for reply in support of motion to dismiss NMC's counterclaims and draft portion of reply addressing same. | 4.10 | 1,332.50 |
| | AMG | Review of documents re: load balancing in preparation for deposition of J. Lai; confer with L. Jones re: same. | 1.30 | 585.00 |
| | LDS | Review NMC reply brief re: motion to dismiss. | 0.50 | 237.50 |
| 4/21/2022 | AMG | Conduct research and prepare inserts to reply brief re: motion to dismiss. | 2.80 | 1,260.00 |
| | AMG | Continue to research and prepare inserts to reply brief re: motion to dismiss; confer with L. Smith re: same. | 1.50 | 675.00 |
| | LDS | Draft reply brief to counterclaims and review related cases. | 4.50 | 2,137.50 |
| 4/22/2022 | AMG | Correspond with F. Woo re: production of documents. | 0.20 | 90.00 |
| | LDS | Continue to draft reply brief and review related materials. | 2.40 | 1,140.00 |
| | AMG | Confer with T. McNamara re: potential expert; call with potential expert witness and correspondence re: same. | 0.70 | 315.00 |
| 4/23/2022 | AMG | Research caselaw and continue drafting reply brief in support of motion to dismiss counterclaims. | 2.00 | 900.00 |
| | LDS | Continue to prepare reply brief and confer with A. Greene re: same. | 1.20 | 570.00 |
| 4/24/2022 | CJBG | Review and revise draft reply in support of motion to dismiss counterclaims. | 0.80 | 260.00 |
| | AMG | Further preparation of reply brief and correspondence with L. Smith and C. Gordon re: same. | 1.10 | 495.00 |
| 4/25/2022 | KW | Edit reply to opposition to counterclaims send changes to group; confer with L. Smith & A. Greene re: discovery of NMC and deposition of J. Lai. | 3.00 | 885.00 |
| | CJBG | Research case law re: voidability of contracts premised on fraud and related concepts; draft discussion of same for insertion in reply brief. | 2.00 | 650.00 |
| | AMG | Complete preparation of and finalize reply brief in support of motion to dismiss counterclaims; research caselaw re: "colorable claim" standard. | 1.60 | 720.00 |
| | CJBG | Continue to review and revise draft reply, focused on additions and revisions made by L. Smith. | 3.10 | 1,007.50 |
| | LDS | Review and finalize reply brief. | 3.20 | 1,520.00 |

SLAM Receivership - NMC submatter                                                      Page    13

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/26/2022 | KW | Confer with L. Smith, A. Greene, T. McNamara, and C. Gordon on discovery/deposition strategy; review docket and allegations to focus on deposition - i.e. what will need to be proven - agency relationship etc.; begin initial review of J. Lai email production and flag for second level review. | 4.00 | 1,180.00 |
| | CJBG | Confer internally re: strategy for upcoming discovery (written, document, and depositions). | 1.00 | 325.00 |
| | AMG | Prepare for and attend meeting with team re: case status and strategy. | 1.20 | 540.00 |
| | LDS | Participate in internal meeting re: next steps; follow-up re: next steps in discovery. | 1.20 | 570.00 |
| | DCM | Perform various tasks related to making discovery produced by J. Lai reviewable; correspond with J. Federici re: same; confer internally re: same; briefly spot review production. | 1.00 | 175.00 |
| | KW | Revise motion and declaration with escrow deposit update. | 0.30 | 88.50 |
| | AMG | Review and revise expert's engagement letter. | 0.10 | 45.00 |
| | AMG | Call with L. Smith and potential expert witness re: case background and issues. | 1.00 | 450.00 |
| | LDS | Confer with potential expert re: payment processing industry. | 1.00 | 475.00 |
| 4/27/2022 | DCM | Attempt to troubleshoot issues with opening encrypted file within J. Lai discovery; correspond and confer internally re: same. | 0.50 | 87.50 |
| | CJBG | Review documents produced by J. Lai and Swift Payments using targeted searches. | 3.10 | 1,007.50 |
| | AMG | Review and analysis of additional email correspondence in preparation for depositions. | 3.20 | 1,440.00 |
| | DCM | Prepare documents for transmission to expert witness. | 0.80 | 140.00 |
| | AMG | Correspond with F. Woo re: passwords for protected documents. | 0.20 | 90.00 |
| | AMG | Review compilation of documents for expert witness and correspond with expert re: same; correspond with expert re: engagement letter and protective order. | 0.40 | 180.00 |
| | LDS | Review discovery recently produced by J. Lai and Swift Payments and confer internally re: same. | 1.20 | 570.00 |
| 4/28/2022 | AMG | Continue review and analysis of email correspondence and documents in preparation for depositions. | 3.30 | 1,485.00 |

SLAM Receivership - NMC submatter                                                                      Page    14

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/28/2022 | KW | Confer with L. Smith, A. Greene;  analyze J. Lai production selecting relevant documents; send relevant documents internally; work on chronologies. | 4.00 | 1,180.00 |
| | LDS | Continue to review issues re: deposition of J. Lai and review related documents; review documents on relativity database; review emails and documents circulated by K. Wachsman and A. Greene. | 1.20 | 570.00 |
| 4/29/2022 | DCM | Confer with L. Smith; K. Wachsman; A. Greene; and T. McNamara re: discovery and case strategy. | 1.70 | 297.50 |
| | KW | Meet internally re: deposition strategy and findings; call with A. Greene, L. Smith and expert; analyze J. Lai production selecting relevant documents; send relevant documents internally; confer with L. Smith assignments re: subpoenas. | 5.00 | 1,475.00 |
| | AMG | Call with K. Wachsman, L. Smith, and payment processing expert re: various expert issues and tasks. | 1.40 | 630.00 |
| | LDS | Review documents produced by parties (J. Lai and Swift Payments); confer with K. Wachsman re: same; participate in team meeting re: discovery. | 2.80 | 1,330.00 |
| | DCM | Correspond with J. Federici re: Receiver's first production and re: issues with de-duplication affecting J. Lai's recent production. | 0.10 | 17.50 |
| | DCM | Spot review J. Lai production for completion; review J. Lai/Swift Payments' initial disclosures and subsequent RFPs served by Receiver. | 2.00 | 350.00 |
| | AMG | Call with NMC's counsel re: production of documents. | 0.20 | 90.00 |
| | AMG | Review and analyze new information in preparation for depositions. | 0.70 | 315.00 |
| | AMG | Attend team meeting re: case status and strategy. | 1.30 | 585.00 |
| | **TOTAL FEES** | | **352.60** | **$126,078.00** |

**DISBURSEMENTS**

| Date | Description | |
|------|-------------|---|
| 6/28/2021 | Court fees: Filing fee re: NMC Complaint | 402.00 |
| 12/31/2021 | Online research: Westlaw | 345.43 |
| | Online research: PACER | 9.00 |
| 1/25/2022 | Online Research: Download court filing in related matter | 20.60 |
| 3/31/2022 | Online research: Westlaw | 310.07 |

SLAM Receivership - NMC submatter                                                                                    Page      15

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/2022 | Online research: PACER | 31.20 |
| 4/6/2022 | Delivery services/messengers: FedEx to U.S. District Court (C.D. Cal.), Mandatory Chambers Copy, Motion to Dismiss NMC's Counterclaims (ECF No. 41) | 21.35 |
| 4/7/2022 | Other: (2) external hard drives re: production | 226.26 |
| 4/14/2022 | Delivery services/messengers: FedEx to U.S. District Court (C.D. Cal.), Mandatory Chambers Copy, Application for Entry of Stipulated Protective Order (ECF No. 44) | 21.35 |
| 4/26/2022 | Delivery services/messengers: Deliver Mandatory Chambers Copy to U.S. District Court (C.D. Cal.), Reply ISO Motion to Dismiss NMC's Counterclaims (ECF No. 48) | 31.00 |
| 4/30/2022 | Online research: Westlaw | 1,071.89 |
|  | Other professionals: Napa Payments and Consulting LLC re: expert witness consulting services | 4,540.00 |

**TOTAL DISBURSEMENTS**                                                                                        **$7,030.15**

**TOTAL CURRENT CHARGES**                                                                                  **$133,108.15**

## PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Andrew M. Greene | 86.20 | 450.00 | $38,790.00 |
| Cornelia J. B. Gordon | 83.40 | 325.00 | $27,105.00 |
| Kate Wachsman | 63.40 | 295.00 | $18,703.00 |
| Logan D. Smith | 68.50 | 475.00 | $32,537.50 |
| David C. Magee | 51.10 | 175.00 | $8,942.50 |