# EXHIBIT C

**Hadron Computer Forensics & Investigations**

*Joseph R. Cipollini, EnCE*  Invoice #HCF2019-029
**2425 Golden Hill Road**  December 21, 2021
**Suite 106-328**
**Paso Robles, CA 93446**
Phone:  805-479-8388

**To:** Tom McNamara
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Phone:  619-269-0400

**SLAM Receivership - Services of Forensic IT Consultant**

| Service Date | Total Hrs /Mileage | Description | Rate | Total |
|---|---|---|---|---|
| September 10, 2021 | 0.25 | Email communication and follow up review re: request for information. | $175 | $ 43.75 |
| September 13, 2021 | 0.50 | Data provided, follow up phone call. | $175 | $ 87.50 |
| October 5, 2021 | 0.50 | Request for confirmation of existing forensic images per submitted evidence sheet. | $175 | $ 87.50 |
| November 9, 2021 | 1.00 | Review and reponse to email thread re: request for copies of forensic images, as well as follow up call. | $175 | $ 175.00 |
| December 17, 2021 | 0.50 | Email and follow up call re: copy project. | $175 | $ 87.50 |
| December 19, 2021 | | Provide 1 TB external drive for project | | $ 49.00 |
| December 19, 2021 | 2.25 | Encrypt drive with Bit Locker, access and copy requested files to encrypted drive. | $175 | $ 393.75 |
| December 20, 2021 | | Ship via UPS + Packaging | $42.59 + 11.68 | $ 54.27 |
| | | | TOTAL | $ 978.27 |
| | | | | |
| | | | Fees  $ | 875.00 |
| | | | Costs  $ | 103.27 |
| | | | $ | 978.27 |

EXHIBIT C
Page 46