UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S FIFTH INTERIM FEE APPLICATION** |

　　　　Thomas W. McNamara, as Court-appointed Receiver ("Receiver"), has applied to the Court for approval to pay invoices for fees and expenses of the Receiver and professionals for the receivership.

　　　　The Receiver was initially appointed temporary receiver of the Receivership Defendants by the Temporary Restraining Order (ECF No. 24), which appointment was confirmed, and the temporary designation removed, by the Preliminary Injunction ("PI") entered November 15, 2019 (ECF No. 103).

　　　　The PI authorizes the Receiver to "[c]hoose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the Receiver deems advisable or necessary in the performance of

1  duties and responsibilities under the authority granted by this Order[.]"  PI,
2  Section XV.J.

3       The PI also provides that the "Receiver and all personnel hired by the
4  Receiver as herein authorized, including counsel to the Receiver and accountants,
5  are entitled to reasonable compensation for the performance of duties pursuant to
6  this Order, and for the cost of actual out-of-pocket expenses incurred by them,
7  from the Assets now held by or in the possession or control of, or which may be
8  received by, the Receivership Defendants."  PI, Section XX.

9       The Court has reviewed the Receiver's Declaration and supporting
10 documents, and is satisfied with the Receiver's application and approves payment
11 of the following requested amounts for fees and expenses for the six-month period
12 November 1, 2021 through April 30, 2022:  $26,779.00 fees and $38.34 expenses
13 of the Receiver and staff to be paid to TWM Receiverships Inc. dba Regulatory
14 Resolutions; $172,116.50 fees and $9,557.98 expenses of the Receiver's counsel,
15 McNamara Smith LLP; $875.00 fees and $103.27 expenses of the Receiver's
16 computer forensic expert, Hadron Computer Forensics & Investigations.

17     **IT IS SO ORDERED.**

19 Dated: _____

                                        Hon. Michael W. Fitzgerald
                                        United States District Judge