UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   SA CV 19-1998-MWF (KSx)                                          Date: August 4, 2022

Title      *Bureau of Consumer Financial Protection et al.  v. Consumer Advocacy Center Inc. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER VACATING HEARINGS ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY**

   Counsel are notified that, on the Court's own motion, the hearing on Plaintiffs' Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery (Dkt No.390), scheduled for Wednesday, August 10, 2022, at 10 a.m., is hereby VACATED. The motion is now fully briefed, and the Court deems this matter suitable for decision without oral argument. *See* C.D. Local Rule 7-15.

**IT IS SO ORDERED.**

                                                                                      :
                                                        **Initials of Preparer**     gr