UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **SACV 19-1998-MWF(KSx)**                                      Dated: **August 8, 2022**

Title:      Bureau of Consumer Financial Protection, et al. -v- Consumer Advocacy Center Inc., et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

            Rita Sanchez                              Amy Diaz
            Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:

            Christina V. Tusan                        Attorney for Receiver
            Jesse D. Stewart                          Logan D. Smith for Thomas McNamara
            Evan Romanoff
            M. Lynne Weaver

**PROCEEDINGS:**        **ZOOM STATUS CONFERENCE RE RECEIVER'S FIFTH INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECEIVER AND PROFESSIONALS [392]**

     Case called, and counsel make their appearance. The Status Conference is held and the Court hears from counsel regarding the receivership.

Initials of Deputy Clerk   rs

-1-                                              :20 min