UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY** <br><br> Court:  Hon. Karen L. Stevenson <br> Courtroom 580 |

## ORDER

Before the Court is Plaintiffs the Bureau of Consumer Financial Protection and the People of the State of California's (collectively, "Moving Parties") Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery ("Motion"), filed on July 7, 2022.  (Dkt. No. 390.)  Defendant Kaine Wen, who is currently incarcerated and proceeding *pro se*, filed no Opposition to the Motion.  On August 4, 2022, the Court vacated the hearing on the Motion and took the matter under submission.  (Dkt. No. 395.)

Having considered the Motion and related filings, the Court finds that the discovery requests at issue seek information that is relevant to the claims and defenses at issue in the action and proportionate to the needs of the case. FED. R. CIV. P. 26(b)(1). Further, Defendant Wen's boilerplate objections to each and every discovery request are improper and deficient. Consequently, being unopposed, the Motion is **GRANTED.** (*See* Local Rule 7-12.) Defendant Wen must provide complete, substantive responses to each of the Moving Parties' discovery requests listed below **within 30 days from the date of this Order**.

The discovery requests to which Defendant Wen must respond are the following:

(1) Plaintiff Bureau of Consumer Financial Protection's ("Bureau's") First Set of Requests for Admissions served on February 19, 2022;

(2) People of the State of California's First Requests for Production of Documents and First Set of Interrogatories served on February 22, 2022; and

(3) Bureau's First Requests for Production of Documents, First Set of Interrogatories and Second Set of Requests for Admissions, served on March 30, 2022.

The grounds for any objections must be stated with specificity and must indicate whether any responsive materials are being withheld on the basis of those objections. Fed. R. Civ. P. 34(b)(2)(B), (C). Further, any privileged information must be listed on a privilege log in accordance with Federal Rule 26(b)(5).

**IT IS SO ORDERED.**

DATED: August 9, 2022

Karen L. Stevenson
United States Magistrate Judge