UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-1998-MWF (KSx)          **Date:** August 12, 2022

**Title:** Bureau of Consumer Financial Protection v. Consumer Advocacy Ctr. et al.

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER GRANTING RECEIVER'S FIFTH INTERIM APPLICATION FOR ORDER APPROVING FEES AND EXPENSES OF THE RECIEVER AND PROFESSIONALS [392]

    Before the Court is Receiver Thomas McNamara's Fifth Interim Application for Order Approving Fees and Expenses of the Receiver and Professionals (the "Application"), filed on July 8, 2022.  (Docket No. 392).  No Oppositions was filed.

    The Court has read and considered the papers filed in connection with the Motion and held a videoconference status conference on **August 8**, **2022** pursuant to General Order 21-08 and Order of the Chief Judge 21-124 arising from the COVID-19 pandemic.

    For the reasons set forth below, the Application is **GRANTED** *in part*.  The Receiver is awarded fees and costs in the amount of **$166,953.01**.

    The Receiver seeks fees and expenses in the following amounts:

- $26,779.00 in fees and $38.34 in expenses to be paid to TWM Receiverships Inc. dba Regulatory Resolutions;

- $875.00 in fees and $103.27 in expenses for Hadron Computer Forensics & Investigations; and, as relevant to this Order,

---

**CIVIL MINUTES—GENERAL**          1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-1998-MWF (KSx)            **Date:** August 12, 2022
**Title:** Bureau of Consumer Financial Protection v. Consumer Advocacy Ctr. et al.

- $172,116.50 in fees and $9,557.98 in expenses for the Receiver's counsel, McNamara Smith LLP.

As set forth in the Proposed Order, Docket No. 392-5, the Court finds the amount of fees and expenses to be paid to Regulatory Resolutions and Hadron Computer Forensics & Investigations to be reasonable. The Court also finds the amount of expenses to be paid to McNamara Smith LLP to be reasonable.

As discussed at the hearing, however, the Court makes a slight fee adjustment to the amount of fees requested by McNamara Smith LLP. Though the Court has no reason to doubt that the bills submitted were judiciously reviewed by the Receiver, as the Court expressed at the hearing, the Court still sees fit to impose a small reduction to account for block billing entries where the time spent is somewhat challenging to follow. *See also Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008) (permitting the district court to "impose a small reduction, no greater than 10 percent—a 'haircut'—based on its exercise of discretion and without a more specific explanation").

For example, the McNamara Smith Invoice (Docket No. 392-3) lists some large entries with several entries, including 2.80 hours ($490.00) for "Continue review of database search results for cryptocurrency related items; correspond with L. Jones re: questions prompted by findings; research wallet identified during search on Blockchai[n] website; draft summary of findings for T. McNamara." (McNamara Smith Invoice at 6). As expressed at the hearing, while the Court understands the value of block billing to avoid tasks taking seconds resulting in a cascade of entries of 0.1, the number of activities listed makes challenging an accurate assessment of the time spent. The same holds true elsewhere in the invoice, including for entries like "[r]eview documents related to firms identified for counsel by A. Kim; draft summary of findings re: attorney-client privilege; compile relevant documents; correspond with T. McNamara and A. Greene re: findings" (2.80 hours for $490.00), "[r]eceive assignment from A. Greene re: lead generator's sub-vendor as potential clawback action; research Mims case; review SLAM document production for key word searches" (2.40 hours for $708.00), "[w]ork on chronology potential clawback case

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV 19-1998-MWF (KSx) | **Date:** August 12, 2022 |
| **Title:** Bureau of Consumer Financial Protection v. Consumer Advocacy Ctr. et al. | |

and Receiver's involvement; confer with A. Greene and L. Smith re: same; draft letters to Roth and Burris re: Mims case files" (2.80 hours for $826.00), "[r]eview documents produced by Registered Agents, Inc.; confer internally re: same; draft chronology of NMC processing statements sent to Registered Agents; review Relativity search results prompted by same; begin collecting emails from counsel for TAS and NMC" (4.50 hours for $787.50), and "[v]arious tasks related to the preparation of materials for Receiver's initial production; confer with A. Greene re: same (correspond with e-discovery vendor; review categories of responsive documents; correspond with L. Jones re: QuickBooks files, etc.)" (3.00 hours for $525.00). (*Id.* at 7–8, 14, 27).

To be clear, the Court is in no way implying that the work was not actually done, but that the use of block billing is slightly excessive and lacks adequate detail to empower the Court to make a thorough assessment. Accordingly, the Court exercises its discretion to impose a 3% haircut, reducing the fees granted to **$166,953.01**. *See also Moreno*, 534 F.3d at 1112.

The Application is **GRANTED *in part***. Regulatory Resolutions is granted $26,779.00 in fees and $38.34 in expenses. Hadron Computer Forensics & Investigations is granted $875.00 in fees and $103.27 in expenses. McNamara Smith LLP is granted $166,953.01 in fees and $9,557.98 in expenses for the Receiver's counsel, McNamara Smith LLP.

IT IS SO ORDERED.