

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<34382705@cacd.uscourts.gov>Subject:Activity in Case 8:19-cv-01998-MWF-KS
Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order on
Motion to Compel Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 8/9/2022 at 4:35 PM PDT and filed on 8/9/2022

| | |
|---|---|
| **Case Name:** | Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al |
| **Case Number:** | 8:19-cv-01998-MWF-KS |
| **Filer:** | |
| **Document Number:** | 398 |

**Docket Text:**
**ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT KAINE WEN'S
RESPONSES TO OUTSTANDING DISCOVERY by Magistrate Judge Karen L. Stevenson:
granting [390] Motion to Compel. The Motion is GRANTED. Defendant Wen must provide
complete, substantive responses to each of the Moving Parties' discovery requests listed below
within 30 days from the date of this Order. (see document for further details) (hr)**

**8:19-cv-01998-MWF-KS Notice has been electronically mailed to:**
Marc S Williams   jrodriguez@cohen-williams.com, mwilliams@cohen-williams.com,
jwerther@cohen-williams.com
Christina Victoria Tusan   william.pletcher@lacity.org, m.donna.uy-barreta@lacity.org,
christina.tusan@lacity.org
Miguel Jesus Ruiz   miguel.j.ruiz@lacity.org
Julian Burns King   julian@kingsiegel.com, service@kingsiegel.com
Sarah M Preis   sarah.preis@cfpb.gov
Brent R Phillips   bphillips@phillipslawcorporation.com, bphill3780@aol.com
William Raabe Pletcher   amy.fujimoto@lacity.org, m.donna.uy-barreta@lacity.org,
william.pletcher@lacity.org
Logan Daniel Smith   jjacobs@mcnamarallp.com, lsmith@mcnamarallp.com
Matthew Leo Eanet   sara@eanetpc.com, matt@eanetpc.com

Margaret L Weaver    lweaver@ncdoj.gov
Cornelia Julianna Boleyn Gordon    jjacobs@mcnamarallp.com, cgordon@mcnamarallp.com
Andrew M Greene    jjacobs@mcnamarallp.com, agreene@mcnamarallp.com
Samuel Standage Meehan    smeehan@waymakerlaw.com
Jose A Egurbide    jose.egurbide@lacity.org
Glenn D Moses    gjbecf@ecf.courtdrive.com, gmoses@gjb-law.com, jzamora@gjb-law.com
Louisa O. Kirakosian    ana.johnson@lacity.org, louisa.kirakosian@lacity.org
Evan Romanoff    evan.romanoff@ag.state.mn.us
Keri Curtis Axel    kaxel@waymakerlaw.com
Leanne E Hartmann    leanne.hartmann@cfpb.gov, cfpb_courtdocs@cfpb.gov
Nathan Dimock    nathan.dimock@cfpb.gov
Jesse D Stewart    jesse.stewart@cfpb.gov, cfpb_courtdocs@cfpb.gov
Reuven L. Cohen    jrodriguez@cohen-williams.com, rcohen@cohen-williams.com,
mwilliams@cohen-williams.com, jwerther@cohen-williams.com
Michael Nelson Feuer    mike.feuer@lacity.org
**8:19-cv-01998-MWF-KS Notice has been delivered by First Class U. S. Mail or by other means**
**BY THE FILER to :**
Kaine Wen
REG 79766-112
FCI SHERIDAN - SATELLITE CAMP
Inmate Mail
PO BOX 6000
SHERIDAN OR 97378

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF (KS) |
| Plaintiffs, | [~~PROPOSED~~] ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANT KAINE WEN'S RESPONSES TO OUTSTANDING DISCOVERY |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | |
| Defendants. | Court: Hon. Karen L. Stevenson Courtroom 580 |

## ORDER

Before the Court is Plaintiffs the Bureau of Consumer Financial Protection and the People of the State of California's (collectively, "Moving Parties") Motion to Compel Defendant Kaine Wen's Responses to Outstanding Discovery ("Motion"), filed on July 7, 2022. (Dkt. No. 390.) Defendant Kaine Wen, who is currently incarcerated and proceeding *pro se*, filed no Opposition to the Motion. On August 4, 2022, the Court vacated the hearing on the Motion and took the matter under submission. (Dkt. No. 395.)

1

Having considered the Motion and related filings, the Court finds that the discovery requests at issue seek information that is relevant to the claims and defenses at issue in the action and proportionate to the needs of the case. FED. R. CIV. P. 26(b)(1). Further, Defendant Wen's boilerplate objections to each and every discovery request are improper and deficient. Consequently, being unopposed, the Motion is **GRANTED.** (*See* Local Rule 7-12.) Defendant Wen must provide complete, substantive responses to each of the Moving Parties' discovery requests listed below **within 30 days from the date of this Order**.

The discovery requests to which Defendant Wen must respond are the following:

(1) Plaintiff Bureau of Consumer Financial Protection's ("Bureau's") First Set of Requests for Admissions served on February 19, 2022;

(2) People of the State of California's First Requests for Production of Documents and First Set of Interrogatories served on February 22, 2022; and

(3) Bureau's First Requests for Production of Documents, First Set of Interrogatories and Second Set of Requests for Admissions, served on March 30, 2022.

The grounds for any objections must be stated with specificity and must indicate whether any responsive materials are being withheld on the basis of those objections. Fed. R. Civ. P. 34(b)(2)(B), (C). Further, any privileged information must be listed on a privilege log in accordance with Federal Rule 26(b)(5).

**IT IS SO ORDERED.**

DATED: August 9, 2022

Karen L. Stevenson
United States Magistrate Judge

2

[~~PROPOSED~~] ORDER ON MOTION TO COMPEL