1  Andrew M. Greene (SBN 167386)
   agreene@mcnamarallp.com
2  Cornelia J. B. Gordon (SBN 320207)
   cgordon@mcnamarallp.com
3  McNamara Smith LLP
   655 West Broadway, Suite 900
4  San Diego, California 92101
   Telephone: 619-269-0400
5  Facsimile:  619-269-0401

6  *Attorneys for Receiver,*
   *Thomas W. McNamara*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  Bureau of Consumer Financial Protection; et al.,          Case No. 8:19-cv-01998-MWF (KSx)

12                                                            **DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF RECEIVER'S STATUS REPORT RE: ORDER TO SHOW CAUSE (ECF NO. 405)**
                        Plaintiffs,

13       v.

14
    Consumer Advocacy Center Inc., d/b/a
15  Premier Student Loan Center; et al.,                      JUDGE: Hon. Michael W. Fitzgerald
                                                              CTRM:  5A
16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Thomas W. McNamara, hereby declare as follows:

2    1.    I am the Court-appointed receiver ("Receiver") in this matter.  I have

3    personal knowledge of the facts set forth in this declaration except where, as noted,

4    those facts have been obtained by staff acting at my direction.  If called as a

5    witness, I could and would competently testify to the facts stated herein.

6    2.    On October 13, 2022, I spoke with Defendant Kaine Wen by

7    telephone.  The salient points of our conversation are set forth in my October 13,

8    2022 email to Mr. Wen summarizing our call.

9    3.    After Mr. Wen informed my counsel that he had decided to transfer

10    his Monero and Stellar Lumens holdings to the Receiver's control, I and my

11    counsel selected Kraken as the cryptocurrency exchange I would use to hold Mr.

12    Wen's funds in compliance with the Court's order granting Plaintiff Consumer

13    Financial Protection Bureau's Motion for an Order to Show Cause Why Defendant

14    Wen Should Not Be Held in Contempt and Related Relief (ECF No. 405).

15    4.    A true and correct copy of the email correspondence between Mr.

16    Wen and myself and my counsel is attached hereto as Exhibit 1.

17    I declare under penalty of perjury under the laws of the United States that

18    the foregoing is true and correct.

19    Executed this 14th day of November, 2022, in San Diego, California.

20    /s/ Thomas W. McNamara
      Thomas W. McNamara

21

22

23

24

25

26

27

28