# EXHIBIT 1

| | |
|---|---|
| **From:** | Cornelia Gordon |
| **To:** | Kaine Wen |
| **Cc:** | Thomas McNamara |
| **Subject:** | RE: Order to Show Cause |
| **Date:** | Monday, November 14, 2022 9:44:00 AM |

Mr. Wen,

Thank you for the clarification.  We are waiting for the cryptocurrency account we set up to receive final verification, and then we can provide you with a deposit address you can use to transfer the Monero and Lumens to us.  We will update you as soon as we have the address.

Thanks,
Cornelia

Cornelia J. B. Gordon
cgordon@mcnamarallp.com
McNamara Smith LLP
655 W Broadway, Suite 900
San Diego, CA 92101
619-269-0400
http://www.mcnamarallp.com

DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Saturday, November 12, 2022 1:02 AM
**To:** Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** Re: Order to Show Cause

**EXTERNAL**

Ms. Gordon,

There is a possibility that some other types of cryptocurrencies may be held in the Bittrex account besides the approximately ▮▮ Monero and ▮▮▮▮ Lumens as a result of free giveaways, but the value will be insubstantial.

Bittrex does not have monthly account statements.

Please let me know what next steps you like me to take.

Best,

EXHIBIT 1
Page 2

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Nov 11, 2022 at 9:11 AM Cornelia Gordon <cgordon@mcnamarallp.com> wrote:

> Mr. Wen,
>
> Thank you, this is helpful.  You mentioned that this was to the best of your knowledge – is there a possibility that some other types of cryptocurrencies may be held in the account?  If you feel comfortable providing us with the last six months of account statements, that would likely be helpful in our efforts to identify and transfer the cryptocurrencies out of Bittrex.
>
> Thanks,
> Cornelia
>
> Cornelia J. B. Gordon
> cgordon@mcnamarallp.com
> McNamara Smith LLP
> 655 W Broadway, Suite 900
> San Diego, CA 92101
> 619-269-0400
> http://www.mcnamarallp.com
>
> DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
>
> **From:** Kaine Wen <kainewen@gmail.com>
> **Sent:** Thursday, November 10, 2022 11:36 PM
> **To:** Cornelia Gordon <cgordon@mcnamarallp.com>
> **Subject:** Re: Order to Show Cause
>
> > **EXTERNAL**
> >
> > Ms. Gordon,
> >
> > To the best of my knowledge, the Bittrex cryptocurrency is approximately ▮▮▮ Monero and ▮▮▮▮ Lumens.
> >
> > Best,

EXHIBIT 1
Page 3

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Wed, Nov 9, 2022 at 10:28 AM Cornelia Gordon <cgordon@mcnamarallp.com> wrote:

> Mr. Wen,
>
> I am an attorney representing Mr. McNamara and will be assisting with the cryptocurrency transfer.  Are your Bittrex holdings limited to Bitcoin, or do you hold other cryptocurrencies at Bittrex?
>
> Thanks,
> Cornelia
>
> Cornelia J. B. Gordon
> cgordon@mcnamarallp.com
> McNamara Smith LLP
> 655 W Broadway, Suite 900
> San Diego, CA 92101
> 619-269-0400
> http://www.mcnamarallp.com
>
> DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
>
> ---
>
> **From:** Kaine Wen <kainewen@gmail.com>
> **Sent:** Monday, November 7, 2022 10:06 AM
> **To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
> **Subject:** Re: Order to Show Cause
>
>> **EXTERNAL**
>>
>> Mr. McNamara,
>>
>> *Before addressing your specific questions, as a point of clarification: do you intend to transfer all of your cryptocurrency holdings to my custody?  You say as much at the outset of your email, but then indicate that you will transfer your Bittrex holdings to me only if Bittrex does not qualify as an institution "incorporated and headquartered in the United States."  Please clarify.*
>>
>> *As I am not your attorney, I cannot advise you as to whether or not Bittrex is a qualifying exchange under the Court order...*

EXHIBIT 1
Page 4

> \- My understanding of the Court's order is that, if Bittrex qualifies as "incorporated and headquartered in the United States" then I am already in compliance with the Order, and no further action is required. Since it is unclear to me -- and the receiver is not advising me whether Bittrex qualifies -- please provide guidance and instruction on how to transfer the Bittrex cryptocurrency to the receiver's custody.
>
> *...or how to address your situation with "Sea." As to your third question, based on my brief search of Binance's website, it appears they have a function where you can have a live chat with a customer service representative (https://www.binance.com/en/chat), which may be helpful.*
>
> \- The last time I initiated a live chat, Binance placed me on hold for over 6 hours. I will try again when I am able and update you on the result.
>
> Thank you.
>
> Kaine Wen
>
> *Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
>
> On Fri, Nov 4, 2022 at 2:27 PM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:
>
>> Mr. Wen,
>>
>> Before addressing your specific questions, as a point of clarification: do you intend to transfer all of your cryptocurrency holdings to my custody? You say as much at the outset of your email, but then indicate that you will transfer your Bittrex holdings to me only if Bittrex does not qualify as an institution "incorporated and headquartered in the United States." Please clarify.
>>
>> As I am not your attorney, I cannot advise you as to whether or not Bittrex is a qualifying exchange under the Court order or how to address your situation with "Sea." As to your third question, based on my brief search of Binance's website, it appears they have a function where you can have a live chat with a customer service representative (https://www.binance.com/en/chat), which may be helpful.
>>
>> Tom
>>
>> ---
>>
>> **From:** Kaine Wen <kainewen@gmail.com>
>> **Sent:** Tuesday, November 1, 2022 2:02 PM
>> **To:** Thomas McNamara <tmcnamara@mcnamarallp.com>

EXHIBIT 1
Page 5

**Subject:** Re: Order to Show Cause

**EXTERNAL**

Mr. McNamara,

Regarding the Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt, I intend to transfer the cryptocurrency that I own or control to the receiver's custody, to the extent that I am able.

1. With regards to the cryptocurrency held in an account in my name at Bittrex Crypto Exchange, please let me know if Bittrex satisfies the "incorporated and headquartered in the United States" requirement. If not, I will transfer the cryptocurrency at Bittrex to the receiver's custody.
2. With regards to the cryptocurrency held privately by my friend Sea (who lives in China and Macau) that I own but do not control, I do not have Sea's contact information and have not communicated with him for several years. Please advise.
3. With regards to the cryptocurrency held in an account in my name at Binance.com Cryptocurrency Exchange (which is not incorporated and headquartered in the United States) that belongs to Sea but I control, I am unable to login to the account - see screenshot below. I do not have a customer service contact phone number or email for Binance. I do have a pending support ticket. Please advise.



Please also see the attached letter from my previous attorney Matthew Eanet which addresses the challenges surrounding the cryptocurrencies that I own or control.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Thu, Oct 13, 2022 at 11:30 AM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

> Mr. Wen,
>
> Thanks for our brief call just now and confirming that you have received my emails. You indicated that you have not had a chance to review the emails yet. As I mentioned, once you have a had a chance to review the emails feel free to reach out to me via email or by phone if you have any questions. Thank you.
>
> Tom

EXHIBIT 1
Page 6

**From:** Thomas McNamara
**Sent:** Tuesday, October 11, 2022 2:47 PM
**To:** kainewen@gmail.com
**Cc:** Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** RE: Order to Show Cause

Mr. Wen,

Circling back on this.  I would appreciate a response.  Thank you.

**From:** Thomas McNamara
**Sent:** Monday, October 10, 2022 10:45 AM
**To:** kainewen@gmail.com
**Cc:** Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** FW: Order to Show Cause

Forwarding email again with attachment to ensure delivery.

**From:** Thomas McNamara
**Sent:** Monday, October 10, 2022 10:42 AM
**To:** 'kainewen@gmail.com.' <kainewen@gmail.com.>; 'kainewen@gmail.com' <kainewen@gmail.com>
**Cc:** Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** RE: Order to Show Cause

**From:** Thomas McNamara
**Sent:** Monday, October 10, 2022 10:39 AM
**To:** 'kainewen@gmail.com.' <kainewen@gmail.com.>
**Cc:** Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** Order to Show Cause

Mr. Wen:

As you may be aware, I am the court appointed receiver in Bureau of Consumer Financial Protection v. Consumer Advocacy Ctr. et al., CV19-1998-MWF.  As you are also likely aware, last Friday afternoon (October 7) the Court entered an Order Granting Plaintiffs' Renewed Motion for Order to Show Cause Why Defendant Wen Should Not be

EXHIBIT 1
Page 7

Held in Contempt and Related Relief.  (While I believe you are getting the Court Orders via the ECF system, I attached the Order just in case.)

I am contacting you in connection with those sections of the Order which may require my office's involvement to immediately take custody of cryptocurrency you own or control.  In particular, the two relevant paragraphs of the Order are as follows:

>	The Court further **ORDERS** Wen to immediately transfer, to the Receiver or an
>	account in Wen's name at a cryptocurrency exchange incorporated and headquartered
>	in the United States, the cryptocurrency assets identified in Ms. Clegg's report as
>	subject to the asset freeze imposed by section VI of the PI Order and, if transferred to
>	the Receiver, the Receiver shall hold these assets for Wen pending resolution of
>	Plaintiffs' claims against Wen on the merits.
>
>	The Court further **ORDERS**, to the extent that he has not already done so, Wen
>	shall immediately transfer, to the Receiver or an account in Wen's name at a
>	cryptocurrency exchange incorporated and headquartered in the United States, all other
>	cryptocurrency assets that he holds or controls as of the date of this Order. These assets
>	shall be subject to the asset freeze imposed by section VI of the PI Order and, if
>	transferred to the Receiver, the Receiver shall hold these assets for Wen pending
>	resolution of Plaintiffs' claims against Wen on the merits.

Order, at p.12.

Because the Order requires you to act immediately in transferring the cryptocurrency to the receiver's custody or to a U.S. based account in your name, please confirm as soon as possible which alternative you intend to pursue.

EXHIBIT 1
Page 8

If you intend to transfer the cryptocurrency to my custody, my team will need to coordinate with you to execute the transfer. We are happy to do so. I understand that you are presently in a halfway house which may limit your ability to access phones and/or the internet. We can coordinate as necessary to get the transfers accomplished.

Alternatively, if you intend to transfer the cryptocurrency to an account in your name I would appreciate you letting me know as soon as possible so that I know we will not need be involved.

Please let me know if you have any questions or concerns or would like to discuss anything further. I can be reached at the direct line listed below. Thank you.

Thomas W. McNamara
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Direct:   619-269-0499
Main:    619-269-0400
Fax:       619-269-0401
tmcnamara@mcnamarallp.com
http://mcnamarallp.com

EXHIBIT 1
Page 9