CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen, REG 79766-112
Geo Reentry, Inc.
11750 Ramona Blvd
El Monte, CA 91732
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

**11/14/2022**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ smom _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>        Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>        Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>        Relief Defendants | CASE NO. 8:19-CV-01998 MWF (KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF**<br><br>Date:      N/A<br>Time:     N/A<br>Judge:   Hon. Michael W. Fitzgerald<br>Courtroom: N/A<br><br>Action Filed:   October 21, 2019 |

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)

## <u>DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF</u>

I, Kaine Wen, declare as follows:

1.      I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2.      I make this Declaration in response to the October 7, 2022 Order Granting Plaintiff's Renewed Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and Related Relief (the "Order").

3.      I am currently under the supervision of the Federal Bureau of Prisons and reside at the Residential Reentry Center in El Monte, CA where I have no access to a computer, laptop, or tablet and limited access to a cell phone.

4.      I am making efforts, to the best of my ability, to comply with the Order.

5.      With respect to the cryptocurrency held in an account in my name at Bittrex cryptocurrency exchange, I am working with the receiver's attorneys to transfer the Bittrex cryptocurrency to the receiver's custody, and emails and screenshots showing my efforts to comply with the Order are attached hereto.

6.      With respect to the cryptocurrency that belongs to Sea but is held in an account in my name at Binance cryptocurrency exchange, I am working with Binance to unlock my account (as a result of being a US user), I am keeping the receiver's attorneys fully apprised of and updated on the progress, and emails and screenshots showing my efforts to comply with the Order are attached hereto.

1

CASE NO. 8:19-CV-01998-MWF(KSx)

7.      With respect to the cryptocurrency that belongs to me but is being held privately by Sea who, to the best of my knowledge, resides in both mainland China and Macau, I have not communicated with him for several years. I have attempted to login to my WeChat account which I used to communicate with Sea in the past to instruct Sea to transfer the cryptocurrency to the receiver. However, I have been unable to login to my WeChat account. I have attempted to use the WeChat Account Recovery feature to recover my login details but have been unsuccessful, and screenshots showing my efforts to login to WeChat and recover my account which have been unsuccessful are attached hereto. Other than WeChat, I have no other means to communicate with Sea.

8.      With respect to the cryptocurrency assets identified in Ms. Clegg's report as subject to the asset freeze imposed by section VI of the PI Order, I have reviewed Ms. Clegg's report to the best of my ability. I do not have possession of or access to sufficient documentation, records, or information relating to the cryptocurrency assets identified in Ms. Clegg's report, I do not know if any such documentation ever existed or still exists, and because of the unstructured nature and volume of transactions involved, I cannot reconstruct them from my memory. I do not have the ability to pay for a cryptocurrency expert to analyze and evaluate Ms. Clegg's report.

9.      With respect to all other cryptocurrency assets that I hold or control as of the date of the Order, the cryptocurrency assets that I hold or control were not acquired with funds derived, directly or indirectly, from the Student Loan Debt Relief Business or otherwise related to the conduct that is the subject of this CFPB action, and I do not hold or control any cryptocurrency assets besides those listed on my March 1, 2021 Supplement to Amended and Corrected Individual Financial Statement.

2

CASE NO. 8:19-CV-01998-MWF(KSx)

10.     As before, I do not intend to waive, and specifically reserve, any rights, privileges, protections, or immunities applicable to the attachments hereto, including, without limitation, the attorney-client privilege, the attorney work product doctrine, the settlement communication privilege, any privacy rights, and my privilege against self-incrimination.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2022 at Los Angeles County, California.


_____

Kaine Wen

3

 Gmail

Kaine Wen <kainewen@gmail.com>

**RE: Order to Show Cause**
14 messages

**Thomas McNamara** <tmcnamara@mcnamarallp.com>
To: "kainewen@gmail.com." <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mon, Oct 10, 2022 at 10:41 AM

From: Thomas McNamara
Sent: Monday, October 10, 2022 10:39 AM
To: 'kainewen@gmail.com.' <kainewen@gmail.com.>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: Order to Show Cause

Mr. Wen:

As you may be aware, I am the court appointed receiver in *Bureau of Consumer Financial Protection v. Consumer Advocacy Ctr. et al.*, CV19-1998-MWF. As you are also likely aware, last Friday afternoon (October 7) the Court entered an Order Granting Plaintiffs' Renewed Motion for Order to Show Cause Why Defendant Wen Should Not be Held in Contempt and Related Relief. (While I believe you are getting the Court Orders via the ECF system, I attached the Order just in case.)

I am contacting you in connection with those sections of the Order which may require my office's involvement to immediately take custody of cryptocurrency you own or control. In particular, the two relevant paragraphs of the Order are as follows:

> The Court further **ORDERS** Wen to immediately transfer, to the Receiver or an account in Wen's name at a cryptocurrency exchange incorporated and headquartered in the United States, the cryptocurrency assets identified in Ms. Clegg's report as subject to the asset freeze imposed by section VI of the PI Order and, if transferred to the Receiver, the Receiver shall hold these assets for Wen pending resolution of Plaintiffs' claims against Wen on the merits.

4

The Court further **ORDERS**, to the extent that he has not already done so, Wen shall immediately transfer, to the Receiver or an account in Wen's name at a cryptocurrency exchange incorporated and headquartered in the United States, all other cryptocurrency assets that he holds or controls as of the date of this Order. These assets shall be subject to the asset freeze imposed by section VI of the PI Order and, if transferred to the Receiver, the Receiver shall hold these assets for Wen pending resolution of Plaintiffs' claims against Wen on the merits.

Order, at p.12.

Because the Order requires you to act immediately in transferring the cryptocurrency to the receiver's custody or to a U.S. based account in your name, please confirm as soon as possible which alternative you intend to pursue.

If you intend to transfer the cryptocurrency to my custody, my team will need to coordinate with you to execute the transfer.  We are happy to do so.  I understand that you are presently in a halfway house which may limit your ability to access phones and/or the internet.  We can coordinate as necessary to get the transfers accomplished.

Alternatively, if you intend to transfer the cryptocurrency to an account in your name I would appreciate you letting me know as soon as possible so that I know we will not need be involved.

Please let me know if you have any questions or concerns or would like to discuss anything further.  I can be reached at the direct line listed below.  Thank you.

Thomas W. McNamara

McNamara Smith LLP

655 West Broadway, Suite 900

San Diego, CA 92101

Direct:  619-269-0499

5

Main:    619-269-0400

Fax:     619-269-0401

tmcnamara@mcnamarallp.com

http://mcnamarallp.com

---

**Thomas McNamara** <tmcnamara@mcnamarallp.com>    Mon, Oct 10, 2022 at 10:44 AM
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Forwarding email again with attachment to ensure delivery.

[Quoted text hidden]

📄 **405 - Order on motion for Wen to show cause re contempt.pdf**
185K

---

**Thomas McNamara** <tmcnamara@mcnamarallp.com>    Tue, Oct 11, 2022 at 2:46 PM
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mr. Wen,

Circling back on this. I would appreciate a response. Thank you.

[Quoted text hidden]

---

**Thomas McNamara** <tmcnamara@mcnamarallp.com>    Thu, Oct 13, 2022 at 11:30 AM
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mr. Wen,

Thanks for our brief call just now and confirming that you have received my emails. You indicated that you have not had a chance to review the emails yet. As I mentioned, once you have a had a chance to review the emails feel free to reach out to me via email or by phone if you have any questions. Thank you.

Tom

[Quoted text hidden]

---

**Kaine Wen** <kainewen@gmail.com>    Tue, Nov 1, 2022 at 2:02 PM
To: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mr. McNamara,

Regarding the Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt, I intend to transfer the cryptocurrency that I own or control to the receiver's custody, to the extent that I am able.

6

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

1. With regards to the cryptocurrency held in an account in my name at Bittrex Crypto Exchange, please let me know if Bittrex satisfies the "incorporated and headquartered in the United States" requirement. If not, I will transfer the cryptocurrency at Bittrex to the receiver's custody.
2. With regards to the cryptocurrency held privately by my friend Sea (who lives in China and Macau) that I own but do not control, I do not have Sea's contact information and have not communicated with him for several years. Please advise.
3. With regards to the cryptocurrency held in an account in my name at Binance.com Cryptocurrency Exchange (which is not incorporated and headquartered in the United States) that belongs to Sea but I control, I am unable to login to the account - see screenshot below. I do not have a customer service contact phone number or email for Binance. I do have a pending support ticket. Please advise.



Please also see the attached letter from my previous attorney Matthew Eanet which addresses the challenges surrounding the cryptocurrencies that I own or control.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]


**2021.6.2.letter.cfpb.pdf**
232K

---

**Thomas McNamara** <tmcnamara@mcnamarallp.com>                              Fri, Nov 4, 2022 at 2:27 PM
To: Kaine Wen <kainewen@gmail.com>

Mr. Wen,

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)

Before addressing your specific questions, as a point of clarification: do you intend to transfer all of your cryptocurrency holdings to my custody? You say as much at the outset of your email, but then indicate that you will transfer your Bittrex holdings to me only if Bittrex does not qualify as an institution "incorporated and headquartered in the United States." Please clarify.

As I am not your attorney, I cannot advise you as to whether or not Bittrex is a qualifying exchange under the Court order or how to address your situation with "Sea." As to your third question, based on my brief search of Binance's website, it appears they have a function where you can have a live chat with a customer service representative (https://www.binance.com/en/chat), which may be helpful.

Tom

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Tuesday, November 1, 2022 2:02 PM
**To:** Thomas McNamara <tmcnamara@mcnamarallp.com>
**Subject:** Re: Order to Show Cause

Mr. McNamara,

**EXTERNAL**

Regarding the Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt, I intend to transfer the cryptocurrency that I own or control to the receiver's custody, to the extent that I am able.

1. With regards to the cryptocurrency held in an account in my name at Bittrex Crypto Exchange, please let me know if Bittrex satisfies the "incorporated and headquartered in the United States" requirement. If not, I will transfer the cryptocurrency at Bittrex to the receiver's custody.
2. With regards to the cryptocurrency held privately by my friend Sea (who lives in China and Macau) that I own but do not control, I do not have Sea's contact information and have not communicated with him for several years. Please advise.
3. With regards to the cryptocurrency held in an account in my name at Binance.com Cryptocurrency Exchange (which is not incorporated and headquartered in the United States) that belongs to Sea but I control, I am unable to login to the account - see screenshot below. I do not have a customer service contact phone number or email for Binance. I do have a pending support ticket. Please advise.

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF



[Quoted text hidden]
[Quoted text hidden]

---

**Kaine Wen** <kainewen@gmail.com>
To: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mon, Nov 7, 2022 at 10:05 AM

Mr. McNamara,

*Before addressing your specific questions, as a point of clarification: do you intend to transfer all of your cryptocurrency holdings to my custody? You say as much at the outset of your email, but then indicate that you will transfer your Bittrex holdings to me only if Bittrex does not qualify as an institution "incorporated and headquartered in the United States." Please clarify.*

*As I am not your attorney, I cannot advise you as to whether or not Bittrex is a qualifying exchange under the Court order...*

- My understanding of the Court's order is that, if Bittrex qualifies as "incorporated and headquartered in the United States" then I am already in compliance with the Order, and no further action is required. Since it is unclear to me -- and the receiver is not advising me whether Bittrex qualifies -- please provide guidance and instruction on how to transfer the Bittrex cryptocurrency to the receiver's custody.

*...or how to address your situation with "Sea." As to your third question, based on my brief search of Binance's website, it appears they have a function where you can have a live chat with a customer service representative (https://www.binance.com/en/chat), which may be helpful.*

- The last time I initiated a live chat, Binance placed me on hold for over 6 hours. I will try again when I am able and update you on the result.

Thank you.

Kaine Wen

9

---

CASE NO. 8:19-CV-01998-MWF(KSx)

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

[Quoted text hidden]



**image001.png**
328K

**Kaine Wen** <kainewen@gmail.com>                                      Tue, Nov 8, 2022 at 1:33 PM
To: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mr. McNamara,

Please see below for my live chat with Binance.com's Customer Service Department from today:

10

---

CASE NO. 8:19-CV-1998-MWF(KSx)



CASE NO. 8:19-CV-01998-MWF(KSx)



DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)



13

CASE NO. 8:19-CV-1998-MWF(KSx)



14



I will forward you my email to escalations@binance.com separately. I will keep you updated on their reply. Please feel free to let me know if you have any questions or concerns.

Thank you.

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]

---

**Cornelia Gordon** <cgordon@mcnamarallp.com>                            Wed, Nov 9, 2022 at 10:28 AM
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mr. Wen,

I am an attorney representing Mr. McNamara and will be assisting with the cryptocurrency transfer.  Are your Bittrex holdings limited to Bitcoin, or do you hold other cryptocurrencies at Bittrex?

15

---

Thanks,

Cornelia

Cornelia J. B. Gordon

cgordon@mcnamarallp.com

McNamara Smith LLP

655 W Broadway, Suite 900

San Diego, CA 92101

619-269-0400

http://www.mcnamarallp.com

DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

[Quoted text hidden]

---

**Cornelia Gordon** <cgordon@mcnamarallp.com>
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: Thomas McNamara <tmcnamara@mcnamarallp.com>

Thu, Nov 10, 2022 at 3:05 PM

Mr. Wen, please respond to my question.  Thanks.

Cornelia J. B. Gordon

cgordon@mcnamarallp.com

McNamara Smith LLP

655 W Broadway, Suite 900

San Diego, CA 92101

619-269-0400

http://www.mcnamarallp.com

DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

[Quoted text hidden]

16

**Kaine Wen** <kainewen@gmail.com>                                    Thu, Nov 10, 2022 at 11:36 PM
To: Cornelia Gordon <cgordon@mcnamarallp.com>

Ms. Gordon,

To the best of my knowledge, the Bittrex cryptocurrency is approximately 100 Monero and 170,000 Lumens.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

[Quoted text hidden]

**Cornelia Gordon** <cgordon@mcnamarallp.com>                        Fri, Nov 11, 2022 at 9:11 AM
To: Kaine Wen <kainewen@gmail.com>
Cc: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mr. Wen,

Thank you, this is helpful.  You mentioned that this was to the best of your knowledge – is there a possibility that some other types of cryptocurrencies may be held in the account?  If you feel comfortable providing us with the last six months of account statements, that would likely be helpful in our efforts to identify and transfer the cryptocurrencies out of Bittrex.

[Quoted text hidden]

**Kaine Wen** <kainewen@gmail.com>                                    Sat, Nov 12, 2022 at 1:01 AM
To: Cornelia Gordon <cgordon@mcnamarallp.com>

Ms. Gordon,

There is a possibility that some other types of cryptocurrencies may be held in the Bittrex account besides the approximately 100 Monero and 170,000 Lumens as a result of free giveaways, but the value will be insubstantial.

Bittrex does not have monthly account statements.

Please let me know what next steps you like me to take.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]

**Cornelia Gordon** <cgordon@mcnamarallp.com>                        Mon, Nov 14, 2022 at 9:44 AM
To: Kaine Wen <kainewen@gmail.com>
Cc: Thomas McNamara <tmcnamara@mcnamarallp.com>

Mr. Wen,

17

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)

Thank you for the clarification.  We are waiting for the cryptocurrency account we set up to receive final verification, and then we can provide you with a deposit address you can use to transfer the Monero and Lumens to us.  We will update you as soon as we have the address.

[Quoted text hidden]

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF



146 Bishop Landing <146bishoplanding@gmail.com>

---

**US User, Withdrawal**

**146 Bishop Landing** <146bishoplanding@gmail.com>
To: tmcnamara@mcnamarallp.com

Tue, Nov 8, 2022 at 1:34 PM

Please see below.

---------- Forwarded message ---------
From: **146 Bishop Landing** <146bishoplanding@gmail.com>
Date: Tue, Nov 8, 2022 at 1:33 PM
Subject: US User, Withdrawal
To: <escalations@binance.com>

To Whom It May Concern:

I am a Binance.com user from the US. I am unable to login to my Binance.com account:



Please review Case Number **96755861**. I wish to withdraw the cryptocurrency in my Binance.com account. Please advise.

Thank you.

Kaine Wen

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

 Gmail

146 Bishop Landing <146bishoplanding@gmail.com>

---

**US User, Withdrawal**

**146 Bishop Landing** <146bishoplanding@gmail.com>
To: tmcnamara@mcnamarallp.com

Tue, Nov 8, 2022 at 1:34 PM

Please see below.

---------- Forwarded message ---------
From: **escalations** <escalations+noreply@binance.com>
Date: Tue, Nov 8, 2022 at 1:33 PM
Subject: Re: US User, Withdrawal
To: <146bishoplanding@gmail.com>

Dear User,

*Please notice that the following is an automated message*

Thanks for reaching out to our escalations email.

We are reviewing your case at this time, and we will come back to you with either a solution or with relevant questions needed to speed up the review.

 - If you receive this email after sending back requested information, feel free to ignore it.

 - Please refrain from sending multiple emails. Sending a new email will move your case to the end of the queue, resulting in prolonged time needed for our review.

We are working on the case, and we will come back to you as soon as possible. Also keep in mind, the review can last up to a month.

Thanks for understanding.

Wishing you a great day!

Binance Escalations Team

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

  146 Bishop Landing <146bishoplanding@gmail.com>

## US User, Withdrawal

**146 Bishop Landing** <146bishoplanding@gmail.com>                    Wed, Nov 9, 2022 at 1:53 AM
To: tmcnamara@mcnamarallp.com

Please see below.

---------- Forwarded message ----------
From: **Escalation** <escalations@binance.com>
Date: Wed, Nov 9, 2022 at 1:50 AM
Subject: Re: US User, Withdrawal
To: 146 Bishop Landing <146bishoplanding@gmail.com>

Dear user thanks for contacting us.

We opened a new chat with you and transferred your case to the correct department that can assist you.

We understand that you have been asked to contact escalation@binance.com, but after reviewing your case, another team will follow up with you via chat.

Thanks for your patience and understanding.

Binance team.

On Tue, Nov 8, 2022 at 10:33 PM 146 Bishop Landing <146bishoplanding@gmail.com> wrote:
To Whom It May Concern:

I am a Binance.com user from the US. I am unable to login to my Binance.com account:



21

CASE NO. 8:19-CV-1998-MWF(KSx)



DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-1998-MWF(KSx)

.ıl AT&T 🛜 ☀️          3:20 PM          94% 🔋

✕          **Request Account Recovery**

Enter a mobile number so we can contact you.

| | | |
|---|---|---|
| Country/Region | +1 | › |
| Mobile No. | 4243338290 | |

**Next**

23

CASE NO. 8:19-CV-1998-MWF(KSx)

.ıll AT&T 📶 ❄               3:20 PM               94% ▭

✕            **Request Account Recovery**

Follow the steps below using the mobile no. +1
4243338290:

Edit SMS          zm

Send To           +12014160374

**Send SMS**

**SMS sent. Next.**

24

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)

---



26

---

DECLARATION OF KAINE WEN IN RESPONSE TO THE OCTOBER 7, 2022 ORDER
GRANTING PLAINTIFF'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY
DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF

CASE NO. 8:19-CV-01998-MWF(KSx)





## Request Unsuccessful

Failed to find the account based on the information you submitted. Verify whether the information you submitted is valid and try again.

**Request Again**

27