# Exhibit 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

----------------------------------x

BUREAU OF CONSUMER FINANCIAL                Case No.

PROTECTION, et al.,                         8:19-cv-01998 MWF

    Plaintiffs,

v.

CONSUMER ADVOCACY CENTER INC.,

d/b/a PREMIER STUDENT LOAN CENTER,

et al.,

    Defendants.

----------------------------------x

\* \* \*  C O N F I D E N T I A L  \* \* \*

REMOTE DEPOSITION OF KAINE WEN

Thursday, March 4, 2021

10:06 a.m. PST

Reported by: Linda S. Kinkade, RDR CRR RMR RPR CSR

```
                                                              Page 2

 1    A P P E A R A N C E S:

 2    (All parties appeared remotely)

 3

 4    On Behalf of Plaintiff Bureau of Consumer Financial

 5    Protection:

 6              Bureau of Consumer Financial Protection

 7              1700 G Street, NW

 8              Washington, DC 20552

 9              (202) 435-9641

10              By:  Jesse Stewart, Esq.

11              jesse.stewart@cfpb.gov

12              By:  Nathan Dimock, Esq.

13              nathan.dimock@cfpb.gov

14

15    On Behalf of Defendant Kaine Wen and Relief Defendants

16    Hold the Door Corp. and Mice and Men LLC:

17              Eanet PC

18              550 South Hope Street

19              Los Angeles, California 90071

20              (310) 775-2495

21              By:  Matthew Eanet, Esq.

22              matt@eanetpc.com

23

24

25    CONTINUED ON FOLLOWING PAGE
```

```
                                                              Page 3

 1    A P P E A R A N C E S (continued):

 2

 3    On Behalf of Plaintiff The State of Minnesota:

 4              Office of Attorney General

 5              The State of Minnesota

 6              445 Minnesota Street

 7              St. Paul, Minnesota 55101

 8              (651) 757-1454

 9              By:  Evan Romanoff, Esq.

10              evan.romanoff@ag.state.mn.us

11

12

13    On Behalf of Plaintiff The State of North Carolina:

14              North Carolina Department of Justice

15              114 W. Edenton Street

16              Raleigh, North Carolina 27602

17              (919) 716-6000

18              By:  M. Lynne Weaver, Esq.

19              lweaver@ncdoj.gov

20

21

22

23

24    CONTINUED ON FOLLOWING PAGE

25
```

Page 4

1    A P P E A R A N C E S (continued):

2

3    On Behalf of Plaintiff The People of the State of
4    California:
5            Office of the City Attorney
6            200 N. Main Street, 500 City Hall East
7            Los Angeles, California 90012
8            (213) 978-9707
9            By:  Christina V. Tusan, Esq.
10           christina.tusan@lacity.org
11           By:  Will Pletcher, Esq.
12           will.pletcher@lacity.org

13

14

15   On Behalf of Sonya S. Slott, Ch. 7 Trustee for
16   Consumer Advocacy Center Inc.:
17           Genovese Joblove & Batista
18           100 SE 2nd Street
19           Miami, Florida 33131
20           (305) 349-2300
21           By:  Glenn D. Moses, Esq.
22           gmoses@gjb-law.com

23

24   CONTINUED ON FOLLOWING PAGE

25

Page 5

1  A P P E A R A N C E S (continued):

2

3  On Behalf of Defendant Tuong Nguyen and Relief
4  Defendant TN Accounting, Inc.:
5      Samuel Standage Meehan Waymaker LLP
6      777 S. Figueroa
7      Los Angeles, California 90017
8      (424) 652-7800
9      By:  Keri Curtis Axel, Esq.
10     kaxel@waymakerlaw.com

11

12

13  On Behalf of Receiver Thomas W. McNamara:
14     McNamara Smith LLP
15     655 West Broadway
16     San Diego, California 92701
17     (619) 269-0400
18     By:  Andrew M. Greene, Esq.
19     agreene@mcnamarallp.com

20

21

22

23

24  CONTINUED ON FOLLOWING PAGE

25

```
                                                           Page 6
 1   A P P E A R A N C E S (continued):

 2

 3   On Behalf of Defendants Prime Consulting LLC, TAS 2019

 4   LLC, and Horizon Consulting LLC:

 5            Cohen Williams LLP

 6            724 South Spring Street

 7            Los Angeles, California 90014

 8            (213) 232-5162

 9            By:  Marc S. Williams, Esq.

10            mwilliams@cohen-williams.com

11

12

13   On Behalf of Defendant Albert Kim and Relief

14   Defendants 1st Generation Holdings, LLC, Infinite

15   Management Corp., and Sarah Kim:

16            King & Siegel LLP

17            724 South Spring Street

18            Los Angeles, California 90014

19            (213) 465-4802

20            By:  Julian Burns King, Esq.

21            julian@kingsiegel.com

22

23

24

25            *** Index appears at end of transcript ***
```

Page 7

1                P R O C E E D I N G S

2            THE REPORTER: Good morning, counsel.

3    Today's date is Thursday, March 4th, 2021, and the

4    time is 1:06 p.m., 10:06 a.m. West Coast time.

5            My name is Linda Kinkade, reporting on behalf

6    of Heritage Reporting Company.  This deposition is

7    taking place via Webex as directed by the Bureau.  All

8    participants are appearing remotely, and The witness's

9    location is California.

10           Due to the need for this proceeding to take

11   place remotely, the parties stipulate that the court

12   reporter may swear in the witness and report the

13   proceedings via web conferencing.

14           Having confirmed the identity of the witness,

15   Mr. Wen, if you would raise your right hand, please,

16   and I will administer the oath and/or affirmation.

17                       KAINE WEN,

18         having been first duly sworn and/or affirmed

19   on their oath, was thereafter examined and testified

20   as follows:

21           MR. STEWART:  Thank you, Ms. Kinkade.  This

22   is Jesse Stewart, enforcement attorney for the Bureau

23   of Consumer Financial Protection.

24           Good morning everyone.  I'll be asking some

25   questions today.  With me is Nathan Dimock, who is an

Page 66

1  conclusion.

2       A.  Can you define "agent," Mr. Stewart?

3       Q.  How do you know that Sea will not dissipate
4  your cryptocurrency?

5           MR. EANET:  Objection, calls for
6  speculation.

7       A.  I don't know with a hundred percent
8  certainty, but he is a friend of mine and I trust him.

9       Q.  Do you have any written agreement with
10 respect to how he will treat your Ether
11 cryptocurrency?

12      A.  No.

13      Q.  Do you have any oral agreement regarding
14 how he will treat your Ether cryptocurrency?

15      A.  No, no formal oral agreement.

16      Q.  What about an informal oral agreement?  Is
17 there an understanding that you have as to how he will
18 treat your Ether cryptocurrency?

19          MR. EANET:  Objection, vague and ambiguous.

20      A.  Yes, there is an implicit understanding
21 that friends will not steal from each other.

22      Q.  Is that the extent of any understanding or
23 agreement you have with respect to how he will treat
24 your Ether cryptocurrency?

25          (Clarification by reporter.)

```
 1                  CERTIFICATE OF REPORTER
 2
 3           I, Linda S. Kinkade, Registered Diplomate
 4   Reporter, Certified Realtime Reporter, Registered
 5   Merit Reporter, Registered Professional Reporter,
 6   Certified Shorthand Reporter (CA), and officer duly
 7   authorized to administer oaths and/or affirmations, do
 8   hereby certify that prior to the commencement of
 9   examination the deponent herein was duly sworn by me
10   to testify truthfully under penalty of perjury;
11           I FURTHER CERTIFY that the foregoing is a true
12   and accurate transcript of the proceedings as reported
13   by me stenographically, to the best of my ability;
14           I FURTHER CERTIFY that I am neither counsel for
15   nor related to nor employed by any of the parties to
16   this case and have no interest, financial or
17   otherwise, in its outcome.
18           IN WITNESS WHEREOF, I have hereunto set my hand
19   this 7th day of March 2021.
20
21
22   _Linda S. Kinkade_____
23   Linda S. Kinkade, RDR CRR RMR RPR CSR
24
25
```

ERRATA
CASE TITLE: CFPB v CAC, et al.
DEPONENT: KAINE WEN
DATE OF DEPOSITION: March 4, 2021

---

Page 39, Line 5,
Change from "REDACTED gmail.com" to "REDACTED @gmail.com"

Page 64, Line 22,
Change from "We use a phone app called WeChat."
to "We use phone apps called WeChat and possibly other apps."

Page 107, Line 10,
Change from "Through WeChat."
to "Through WeChat or possibly other apps"

Page 107, Line 22
Change from "In WeChat."
to "In WeChat or possibly other apps."

Page 111, Line 14
Change from "into my finance account"
to "into my Binance account"


SIGNED: _*Kaine Wen*_
Kaine Wen

DATED: _____

CONFIDENTIAL