UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **SACV 19-1998-MWF(KSx)**                          Dated: **November 28, 2022**

Title:      Bureau of Consumer Financial Protection, et al. -v- Consumer Advocacy Center Inc., et al.

---

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

| Jesse D. Stewart | Kaine Wen, Pro Se |
|---|---|
| Christina V. Tusan | Attorney for Receiver |
| | Thomas McNamara |

**PROCEEDINGS:**   **ORDER TO SHOW CAUSE HEARING WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND RELATED RELIEF**

Case called, and counsel make their appearance. The hearing is held.

The Court hears from the Bureau, Defendant, and the Receiver. For reasons stated on the record, the Court takes the matter under submission.

Initials of Deputy Clerk   rs
-1-                                         :35 min