# Exhibit 1

| | |
|---|---|
| **From:** | Thomas McNamara |
| **To:** | Stewart, Jesse (CFPB) |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB); Cornelia Gordon |
| **Subject:** | Cryptocurrency Transfers from Kaine Wen |
| **Date:** | Monday, December 5, 2022 3:18:06 PM |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Mr. Stewart:

You asked for a status concerning Mr. Wen's transfers of cryptocurrency to our possession. As you are aware via Mr. Wen's and our recent filings with the Court, Mr. Wen identified two sets of accounts, one at Bittrex and another at Binance, which he indicated contained cryptocurrency which could be transferred.

**Bittrex**

As to the cryptocurrency on the Bittrex exchange, as you know, Mr. Wen represented to us that there were 100 Monero (XMR) and 170,000 Stellar Lumens (XLM) in his Bittrex account. After some difficulties (which we and he reported to the Court), on November 29, 2022 Mr. Wen transferred these amounts (minus minor transfer fees) to cryptocurrency wallet addresses we provided to him. He has informed us that the only other cryptocurrencies he has in his Bittrex account are de minimis amounts of various tokens added to the account as a result of promotions by the exchange.

**Binance**

Mr. Wen identified Binance account which he owned and controlled and which he claims contains cryptocurrency belonging to a friend identified only as "Sea". In his declaration, Mr. Wen provided screenshots of his communications with Binance purporting to reflect his attempts to regain access to that account. The last screenshots Mr. Wen provided to us on November 23 reflect he has been unable to make any progress in accessing the cryptocurrency in the account.

At the end of the OSC hearing last week, you mentioned the CFPB had a contact point with counsel for Binance you would be willing to share. The following day, November 29, I reached out to Mr. Wen and noted your contact point and suggested it might be a good idea to contact Binance counsel to see if they could assist clearing the logjam with Binance as to the account. When I had not received a response from Mr. Wen, I followed up with another email last Friday, December 2. He has not responded.

Please let me know if you need any further information. Thank you.

Tom

Thomas W. McNamara

McNamara Smith LLP

655 West Broadway, Suite 900

San Diego, CA 92101

Direct:   619-269-0499

Main:    619-269-0400

Fax:       619-269-0401

tmcnamara@mcnamarallp.com

http://mcnamarallp.com