SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> CERTIFICATE OF SERVICE FOR ECF NO. 410 <br><br> Hearing: NA <br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

# CERTIFICATE OF SERVICE

I certify that I caused true and correct copies of Plaintiff's Status Report Pursuant to the October 7, 2022 Show-Cause Order (ECF No. 410), and the associated exhibit, Exhibit 1 (ECF No. 410-1), to be served on all parties registered to receive notice in this case via CM/ECF on December 5, 2022, and that I caused physical copies of the same, together with this Certificate of Service, to be served on this date on *pro se* Defendant Kaine Wen by causing them to be mailed via United States Postal Service addressed to:

1) Kaine Wen
REG 79766-112
11750 Ramona Blvd.
El Monte, CA 91732

2) Kaine Wen
REG 79766-112
RRM Long Beach
1299 Seaside Avenue
San Pedro CA 90731

Dated: December 6, 2022

Respectfully Submitted,

*/s/ Jesse Stewart*

Jesse Stewart (NY Bar No. 5145495)
*Admitted Pro Hac Vice*
*Attorney for Plaintiff Bureau of Consumer Financial Protection*