**BUREAU OF CONSUMER FINANCIAL PROTECTION**
NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *Pro Hac Vice*)
Tel: (202) 435-9198 / Email: Nathan.dimock@cfpb.gov
SARAH PREIS (D.C. Bar No. 997387) (Admitted *Pro Hac Vice*)
Tel: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495) (Admitted *Pro Hac Vice*)
Tel: (202)-435-9651 / Email: jesse.stewart@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (MN Bar No. 0398223)
(Admitted *Pro Hac Vice*)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 728-4126 / Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(Admitted *Pro Hac Vice*)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel: (919) 716-6000 / Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO (CA Bar No. 106866)
Los Angeles City Attorney
ANNE C. TREMBLAY (CA Bar No. 180956)
Chief Assistant City Attorney
CHRISTINA V. TUSAN (CA Bar No. 192203)
Supervising Assistant City Attorney
WILLIAM PLETCHER (CA Bar No. 212664)
Deputy City Attorney
MIGUEL RUIZ (CA Bar No. 240387)
Deputy City Attorney
Office of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908 / Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

1

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | CASE NO. 8:19-cv-01998 MWF |
| Plaintiffs, | |
| v. | **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6** |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., | |
| Defendants. | Date: January 23, 2023, 10:00 AM<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

TO THE COURT AND ALL PARTIES:

Please take notice that on January 23, 2023, at 10:00 a.m., Plaintiffs the Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and People of the State of California (collectively, "Plaintiffs") will move the Court, and hereby do move the Court, pursuant to Local Rule 11-6, for relief from the page limitations for memoranda in support of motions for summary judgment, and seek leave to file a joint brief exceeding twenty-five pages in support of Plaintiffs' upcoming joint motion for summary judgment, and a brief exceeding twenty-five pages for Defendant Wen's motion for summary judgment. Plaintiffs seek leave for Plaintiffs to file a joint supporting brief of up to 40 pages in length, and for Defendant Wen to file a supporting brief of up to 40 pages in length.

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6

1       This motion is made following the conference of counsel pursuant to Local

2   Rule 7-3, which took place on December 20, 2022.  Defendant Kaine Wen is *pro*

3   *se* in this matter and has stated that he does not oppose Plaintiffs in seeking the

4   relief sought in this motion.

5
    This motion is based on this Notice of Motion and Motion; on the

6   accompanying memorandum of points and authorities; on all pleadings, exhibits,

7

8   and other documents on file in this action; and on such other matters as may be

9   presented to the Court at the time of the hearing.  A proposed order is filed

10  herewith.

11

12  Dated: December 23, 2022          Respectfully submitted,

13                           */s/Miguel J. Ruiz*
                         Miguel J. Ruiz (CA Bar No. 240387)

14                           *Deputy City Attorney*
                         Office of the Los Angeles City Attorney

15                           200 N. Main Street, 500 City Hall East
                         Los Angeles, CA 90012

16                           Phone: (213) 473-6908

17                           Fax: (213) 978-8112
                         Email: miguel.j.ruiz@lacity.org

18

19                           Attorneys for Plaintiff The People of the
                         State of California

20

21                           */s/ Nathan Dimock*

22

23                           Nathan Dimock
                         Sarah Preis

24                           Jesse Stewart

25
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6

(Admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer*
*Financial Protection*

/s/M. Lynne Weaver
M. Lynne Weaver
Special Deputy Attorney General
(Admitted *pro hac vice*)
*Attorney for the State of North Carolina*

/s/Evan S. Romanoff
Evan S. Romanoff
(Admitted *pro hac vice*)
Assistant Attorney General
*Attorney for the State of Minnesota,*
*By Its Attorney General, Keith Ellison*

NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6

## Certificate of Signature Attestation

I, Miguel J. Ruiz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/Miguel J. Ruiz
Miguel J. Ruiz

## Certificate of Service

I hereby certify that that on the 23rd day of December, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that a copy of the foregoing documents were mailed via U.S. Mail and emailed, with consent, to the following non-CM/ECF participants:

**KAINE WEN** (*Pro Se*)
REG 79766-112
Geo Reentry, Inc.
11750 Ramona Blvd
El Monte, CA 91732
Telephone: 626-563-7908
kainewen@gmail.com

/s/Miguel J. Ruiz
Miguel J. Ruiz

5
NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6