**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387) (Admitted *Pro Hac Vice*)
Tel: (202)-435-9318 / Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495) (Admitted *Pro Hac Vice*)
Tel: (202)-435-9651 / Email: jesse.stewart@cfpb.gov
NATHAN DIMOCK (D.C. Bar No. 487743) (Admitted *Pro Hac Vice*)
Tel: (202) 435-9198 / Email: Nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (MN Bar No. 0398223)
(Admitted *Pro Hac Vice*)
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel: (651) 728-4126 / Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(Admitted *Pro Hac Vice*)
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel: (919) 716-6000 / Fax: (919) 716-6050
Email: lweaver@ncdoj.gov

**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO (CA Bar No. 106866)
Los Angeles City Attorney
ANNE C. TREMBLAY (CA Bar No. 180956)
Chief Assistant City Attorney
CHRISTINA V. TUSAN (CA Bar No. 192203)
Supervising Assistant City Attorney
WILLIAM PLETCHER (CA Bar No. 212664)
Deputy City Attorney
MIGUEL RUIZ (CA Bar No. 240387)
Office of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908 / Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org

MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF <br><br> **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6** <br><br> Date: January 23, 2023, 10:00 AM <br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

Plaintiffs Bureau of Consumer Financial Protection, State of Minnesota, State of North Carolina, and People of the State of California (collectively, "Plaintiffs") hereby move the Court to grant the Plaintiffs' unopposed motion to expand the page limit by fifteen pages, to forty pages, for Plaintiffs' joint, and Defendant Kaine Wen's, memorandum of points and authorities in support of their motions for summary judgment ("Summary Judgment Memo"). This motion is made following a conference of counsel between Plaintiffs and Defendant Wen pursuant to Local Rule 7-3, which took place on December 20, 2022.

Defendant Kaine Wen is *pro se* and indicated that he does not oppose Plaintiffs in seeking the relief sought by this motion.

To streamline the presentation of evidence and legal arguments for the Court and Defendant Kaine Wen, Plaintiffs currently anticipate filing a single, collective and comprehensive motion for summary judgment against Defendant Kaine Wen on all remaining claims against him. Four of the claims remaining against Defendant Kaine Wen are claims brought by all Plaintiffs. *See* Third Amended Complaint at Counts 1, 2, 3, 5. As such, the facts and legal analysis to support each plaintiff's claims will significantly overlap. With respect to the remaining claims brought by individual plaintiffs, although the legal analysis may vary from count-to-count, many of the facts and legal principles supporting those claims will overlap. The Plaintiffs respectfully suggest that a single motion filed by all Plaintiffs will be more efficient for the Court and Defendant Kaine Wen; however, Plaintiffs are concerned that they will not be able to meet the Court's 25-page limitation on in their Summary Judgment Memo if they file a single motion. *See* Local Rule 11-6. Defendant Wen has indicated that he may also file a motion for summary judgement or partial summary judgment, and accompanying Summary Judgement Memo. Given the number of plaintiffs and claims, Defendant Wen may also benefit from the expanded page limit.

Accordingly, the Parties respectfully request that the Court enter an order permitting the Plaintiffs to file a joint Summary Judgment Memo that is up to 40

pages in length, exclusive of indices and exhibits, and that Defendant Wen be provided an equivalent additional number of pages should he file for summary judgment.

Dated: December 23, 2022            Respectfully submitted,

 /s/Miguel J. Ruiz
Miguel J. Ruiz (CA Bar No. 240387)
*Deputy City Attorney*
Office of the Los Angeles City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Phone: (213) 473-6908
Fax: (213) 978-8112
Email: miguel.j.ruiz@lacity.org

Attorneys for Plaintiff The People of the State of California

/s/ Nathan Dimock

Nathan Dimock
Sarah Preis
Jesse Stewart
(Admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

/s/M. Lynne Weaver
M. Lynne Weaver
Special Deputy Attorney General
(Admitted *pro hac vice*)
*Attorney for the State of North Carolina*

/s/Evan S. Romanoff
Evan S. Romanoff
(Admitted *pro hac vice*)
Assistant Attorney General
*Attorney for the State of Minnesota,*
*By Its Attorney General, Keith Ellison*

Certificate of Signature Attestation

I, Miguel J. Ruiz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/Miguel J. Ruiz
Miguel J. Ruiz