**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>     Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' AND DEFENDANT KAINE WEN'S UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6**<br><br>Date: January 23, 2023, 10:00 AM<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

In support of their anticipated motions for summary judgment, Plaintiffs seek leave of Court to file a joint supporting memorandum of points and authorities of up to 40 pages in length and for Defendant Wen to file a supporting memorandum of points and authorities of up to 40 pages in length. (Dkt. No. 413). For good cause shown, and being otherwise unopposed, the motion is **GRANTED**.  Accordingly,

    **IT IS HEREBY ORDERED** that, in support of their upcoming joint motion for summary judgment, Plaintiffs are granted leave to file a joint supporting memorandum of points and authorities of up to 40 pages in length.

    **IT IS HEREBY FURTHER ORDERED** that, in support of his upcoming motion for summary judgment, Defendant Kaine Wen is granted leave to file a supporting memorandum of points and authorities of up to 40 pages in length.

1

1

2      DATED: _____          _____

3                                                              Michael W. Fitzgerald

4                                                              United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

ORDER ON UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6