**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. SACV 19-1998 MWF(KSx)<br><br>**ORDER GRANTING PLAINTIFFS' AND DEFENDANT KAINE WEN'S UNOPPOSED MOTION FOR RELIEF FROM LOCAL RULE 11-6**<br><br>Date: January 23, 2023, 10:00 AM<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

In support of their anticipated motions for summary judgment, Plaintiffs seek leave of Court to file a joint supporting memorandum of points and authorities of up to 40 pages in length and for Defendant Wen to file a supporting memorandum of points and authorities of up to 40 pages in length. (Dkt. No. 413). For good cause shown, and being otherwise unopposed, the motion is **GRANTED**. Accordingly,

**IT IS HEREBY ORDERED** that, in support of their upcoming joint motion for summary judgment, Plaintiffs are granted leave to file a joint supporting memorandum of points and authorities of up to 40 pages in length.

**IT IS HEREBY FURTHER ORDERED** that, in support of his upcoming motion for summary judgment, Defendant Kaine Wen is granted leave to file a supporting memorandum of points and authorities of up to 40 pages in length.

Dated: December 27, 2022

MICHAEL W. FITZGERALD
United States District Judge