CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per

2023 JAN 17 PM 2: 07

DISTRICT COURT
DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial
Protection; State of Minnesota, by its
Attorney General, Keith Ellison; State of
North Carolina, ex rel. Joshua H. Stein,
Attorney General; and The People of The
State of California, Michael N. Feuer,
Los Angeles City Attorney,

Plaintiffs,

v.

Consumer Advocacy Center Inc. d/b/a
Premier Student Loan Center; True
Count Staffing Inc., d/b/a SL Account
Management; Prime Consulting LLC,
d/b/a Financial Preparation Services;
TAS 2019 LLC d/b/a Trusted Account
Services; Horizon Consultants LLC;
First Priority LLC d/b/a Priority
Account Management; Albert Kim,
a/k/a Albert King; Kaine Wen, a/k/a
Wenting Kaine Dai, Wen Ting Dai, and
Kaine Wen Dai; and Tuong Nguyen,
a/k/a Tom Nelson,

Defendants, and

Infinite Management Corp., f/k/a
Infinite Management Solutions Inc.;
Hold The Door, Corp.; TN
Accounting Inc.; Mice and Men
LLC; 1st Generation Holdings, LLC;
Sarah Kim, and Anan Enterprise, Inc.,

Relief Defendants

CASE NO. 8:19-CV-01998 MWF (KSx)

Hon. Michael W. Fitzgerald

## KAINE WEN'S RESPONSE TO THE
## JANUARY 6, 2023 ORDER

| | |
|---|---|
| Date: | N/A |
| Time: | N/A |
| Judge: | Hon. Michael W. Fitzgerald |
| Courtroom: | N/A |

Action Filed:    October 21, 2019

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

## KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

I, Kaine Wen, respond as follows:

1.      I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2.      The Court issued its Order (the "Order") on January 6, 2023.

3.      I have made efforts, to the best of my ability, to comply with the Order by conducting additional research to be able to provide additional information and attempting to establish or reestablish communications with individuals or online cryptocurrency exchanges in order to transfer any cryptocurrency that I own, hold, or control to the Receiver's custody.

4.      "Defendant shall identify all virtual currency addresses that he owned, controlled, or were held in his benefit, any associated virtual currency wallet, and all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order." (ECF No. 418).

5.      A letter dated March 30, 2021 from my previous attorney Matthew Eanet to the Consumer Financial Protection Bureau ("CFPB") addressing the assertion of my constitutional privilege against self-incrimination in response to the Disclosure Order is attached hereto as Exhibit A.

6.      I continue to assert my constitutional privilege against self-incrimination under the U.S. and California Constitutions, and continue to decline to provide statements regarding all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order for this reason.

7.      Prior to this Action being instituted, I used and transacted with numerous virtual currency addresses. I had a high volume of transactions that were unstructured in nature. I did not keep records of the virtual currency addresses I used or transacted with. I cannot

1

recall the virtual currency addresses accurately from my memory as these transactions were many years ago.

8.  Other persons or entities may have used, transacted with, owned, controlled, or held cryptocurrency in the virtual currency addresses which I also transacted with and which may include those in Ms. Clegg's report. I lack any records, or access to any such records, that would allow me to provide more detailed information regarding such persons, entities, or transactions.

9.  I have used Electrum bitcoin wallets in the past on various computers. I attempted to search for passwords to my Electrum wallets but I was unable to locate any. I lost or disposed of the passwords when I no longer held any cryptocurrencies in the Electrum wallets. To the best of my knowledge, the Electrum wallets I used do not hold any cryptocurrencies. For the avoidance of doubt, I disclaim any interest in the Electrum wallets I used or any cryptocurrency which may be stored in them, although as I indicated above, I do not believe that there is any such cryptocurrency. To the best of my recollection, I have not used an Electrum wallet since approximately 2017, prior to this Action being instituted.

10.  I have owned a Trezor hardware wallet in the past. I attempted to search for my Trezor hardware wallet but I was unable to locate it. I lost or disposed of the Trezor hardware wallet when I no longer held any cryptocurrencies in it, which was prior to the initiation of this Action. To the best of my knowledge, the Trezor hardware wallet I used does not hold any cryptocurrencies. For the avoidance of doubt, I disclaim any interest in the Trezor hardware wallet I used or any cryptocurrency which may be stored on it, although as I indicated above, I do not believe there is any such cryptocurrency. To the best of my recollection, I have not accessed the Trezor wallet since approximately 2018, prior to this Action being instituted.

2

11.     "Defendant shall immediately transfer to the Receiver the cryptocurrency assets identified in Ms. Clegg's report as subject to the asset freeze imposed by section VI of the PI Order." (ECF No. 418).

12.     I am unable to transfer to the Receiver the cryptocurrency assets identified in Appendix E, Figure E-1 of Ms. Clegg's report.

13.     I do not own, hold, or control the 26 bitcoin unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report. I do not have access to the 26 bitcoin unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report. I disclaim any interest in the bitcoin in the 26 unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report.

14.     The 2 ethereum unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report hold ethereum for my benefit. To the best of my knowledge, 2 ethereum unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report are controlled by my friend Sea. Sea is his nickname – I do not know and never have known his actual name. To the best of my knowledge, Sea resides in both Mainland China and Macau. I have not communicated with Sea for several years. I do not have the ability to contact Sea at this time because I no longer have access to my WeChat app account. Other than WeChat, I have no (and have never had any) other means to communicate with Sea, such as a phone number or email address. I do not have access to the 2 ethereum unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report

15.     "Defendant shall immediately transfer to the Receiver all other cryptocurrency assets that he holds or controls as of the date of the Transfer Order." (ECF No. 418).

16.     With respect to all cryptocurrency that I own, hold, or control, I have complied with or attempted to comply with this directive.

3

17.     With respect to an account in my name at Bittrex cryptocurrency exchange, I have transferred the Monero and Stellar Lumens to the Receiver, which has been confirmed by both the Receiver and the CFPB.

18.     With respect to the cryptocurrency held in an account in my name at Binance cryptocurrency exchange, those bitcoins belong to Sea. In 2018, Sea deposited those bitcoins to my Binance account for me to trade cryptocurrencies on his behalf pursuant to a profit-sharing arrangement.

19.     I am nevertheless making efforts to transfer the Binance cryptocurrency that belongs to Sea to the Receiver's custody. Currently, my Binance account is locked, most likely because of me being a U.S. user.

20.     The CFPB offered to refer Binance's U.S. counsel to the Receiver to assist in this matter, which I accepted. I am continuing to work with Binance and the Receiver to unlock my account, and emails with the Receiver are attached hereto as Exhibit B.

21.     "If Defendant is unable to provide any of the aforementioned information or transfer the assets that he has been shown to be highly likely to hold or control, Defendant is ORDERED to describe, in detail, the specific steps that he took to try to obtain information about or access to the assets and explain, in detail, why such steps were unsuccessful. Defendant cannot merely explain that he lacks records or access. Appendix E, Figure E-1 of Ms. Clegg's report identifies 25 unhosted wallets with Bitcoin and 2 unhosted wallets with Ether and includes summaries of each account's connection to Wen's known accounts. At minimum Defendant should be able to identify and explain the transactions related to his known accounts." (ECF No. 418).

22.     I reiterate the statement in my November 14, 2022 Declaration (ECF No. 407 at ¶ 8): "I do not have possession of or access to sufficient documentation, records, or information relating to the cryptocurrency assets identified in Ms. Clegg's report, I do not

4

CASE NO. 8:19-CV-01998-MWF(KSx)

know if any such documentation ever existed or still exists, and because of the unstructured nature and volume of transactions involved, I cannot reconstruct them from my memory. I do not have the ability to pay for a cryptocurrency expert to analyze and evaluate Ms. Clegg's report."

23.     I am nevertheless making efforts to comply with the Order by searching each address identified in Appendix E, Figure E-1 of Ms. Clegg's report in the Blockchain.com explorer and Etherscan.io explorer, the same public blockchain explorers Ms. Clegg used (ECF No. 365-3 Ex. 1 at ¶ 11), and reviewing the transactions.

24.     I have prepared a chart, to the best of my ability, identifying and explaining the transactions related to the wallets identified in Appendix E, Figure E-1 of Ms. Clegg's report, attached hereto as Exhibit C.

25.     Of relevance and consequence, Ms. Clegg states in her report "in each instance in this Report where I concluded that Wen holds cryptocurrency at, or transferred cryptocurrency from, an unhosted wallet, I cannot conclusively confirm control of the address without physical access to the unhosted wallet where the address is held." (ECF No. 365-3 Ex. 1 at ¶ 115). I do not know what unhosted wallet(s) these addresses are held.

26.     In March and September 2014, I deposited $100,000 (one hundred thousand dollars) and $50,000 (fifty thousand dollars), respectively, to the Bitstamp online exchange and purchased approximately 307 bitcoins. I earned the $150,000 (one hundred and fifty thousand dollars) prior to March 2014. My cryptocurrency investment was made prior to and independent of the student loan business and not otherwise related to the conduct that is the subject of this Action. I did not invest in the student loan business that is the subject of this Action until approximately October 2015.

5

27.     In 2017, I deposited almost all my bitcoin to the Poloniex online exchange. Between March 2017 and September 2017, I converted almost all my bitcoin to ethereum on the Poloniex online exchange through hundreds of transactions.

28.     In January 2018, I deposited ethereum to the Bitstamp online exchange and sold approximately $3,000,000 worth of ethereum. Thereafter, I withdrew the approximately $3,000,000 from Bitstamp to my Bank of America personal account. On February 5, 2018, the same day I received the $3,000,000 from Bitstamp, I transferred the $3,000,000 to my mother Judy Dai's Bank of America personal account as a gift to encourage her to retire from her job as a postal clerk in the U.S. Postal Service ("USPS"). On March 30, 2018, Judy met with the USPS retirement planner and prepared a retirement plan.[1]

29.     Once I felt I had secured my mother's retirement, I made speculative and high-risk investments with my remaining cryptocurrency, such as Initial Coin Offering pools that either turned out to be scams or failures or failed to launch.[2]

30.     I also engaged in a substantial amount of online gambling during this time and used cryptocurrency for this activity. I only knew the persons I gambled with by their online user "handles." I did not keep records of and cannot accurately recall from my memory the user handles of the persons I gambled with as this was many years ago. I lack any records that would allow me to provide more detailed information.

31.     To the best of my recollection, by the end of 2018, I had lost most of my cryptocurrency due to bad investments, unprofitable profit-sharing arrangements, gambling losses, and poor overall management.

---

[1] On June 15, 2021 the Court entered the Stipulated Final Judgment and Order as to Relief Defendant Judy Dai (ECF No. 298). Judy transferred $3,000,000, my gift to help my mother retire, to the CFPB, despite the $3,000,000 not being derived, directly or indirectly, from the student business or otherwise related to the conduct that is the subject of this Action.
[2] See https://www.investopedia.com/news/80-icos-are-scams-report/

6

CASE NO. 8:19-CV-01998-MWF(KSx)

32. The cryptocurrency I lost (or any of the cryptocurrency I did not lose) was not acquired with funds derived, directly or indirectly, from the student loan business or otherwise related to the conduct that is the subject of this Action.

33. "If Defendant is unable to reestablish communication with Sea, Defendant is ORDERED to describe, in detail, the specific steps he took to reestablish communication with Sea and explain, in detail, why such steps were unsuccessful. Defendant should provide evidence of his previous communications and transactions with Sea to establish that Sea is a real person who holds assets for Defendant." (ECF No. 418).

34. For background, as of at least June 2021, the CFPB instructed me not to contact Sea in order to prevent Sea from absconding with the ethereum. A letter dated June 2, 2021 from my previous attorney Matthew Eanet to the CFPB accepting the CFPB's contention that I should not contact Sea is attached hereto as Exhibit D.

35. I met Sea through gambling. To the best of my knowledge, Sea resides in both Mainland China and Macau. I have not communicated with Sea for several years. In the past, I communicated with Sea using the WeChat app on my mobile phone, the most popular and widely used social communication app in China. I never had Sea's phone number or email address or other contact information. Sea is his nickname – I do not know and never have known his actual name.

36. On September 27, 2022, while residing at the Residential Reentry Center in El Monte, CA, my cell phone was lost or stolen. I immediately reported the phone lost or stolen to AT&T, the cell phone carrier. I was never able to recover the lost or stolen cell phone.

37. After obtaining a new SIM card and using an old cell phone, I attempted to login to my WeChat account but the old cell phone did not have my WeChat login credentials stored and I did not recall my login as it had been over a year since I had used it. I used the

7

CASE NO. 8:19-CV-01998-MWF(KSx)

WeChat Account Recovery feature to recover my login details but was unsuccessful, and screenshots are attached hereto as Exhibit E.

38.    WeChat's Help Center and Contact Us web pages both display errors, and screenshots are attached hereto as Exhibit F.

39.    I searched for Sea's Chinese nickname "大海" online and reviewed various Chinese websites for several hours, but was unable to find anything related to Sea, and sample screenshots are attached hereto as Exhibit G.

40.    On December 2, 2022 the Receiver emailed me and offered his assistance to locate and return the cryptocurrency that is held by Sea. On December 12, 2022 I emailed the Receiver to accept any assistance he could provide. Those emails are attached hereto as Exhibit H.

41.    I do not have the ability to contact Sea at this time because I no longer have access to my WeChat account. Other than WeChat, I have no other means to communicate with Sea.

42.    I have made efforts, to the best of my ability, to comply with the Order or document my inability to comply with the Order categorically and in detail.

43.    I have also, in certain instances, asserted my constitutional privilege against self-incrimination under the U.S. and California Constitutions, which I do not intend to waive.

44.    As before, I do not intend to waive, and specifically reserve, any rights, privileges, protections, or immunities applicable to the attachments hereto, including, without limitation, the attorney-client privilege, the attorney work product doctrine, the settlement communication privilege, any privacy rights, and my privilege against self-incrimination.

8

CASE NO. 8:19-CV-01998-MWF(KSx)

Executed on January 17, 2023 at Orange County, California.

_____

Kaine Wen

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT A**



Matthew Eanet | *Attorney at Law*
matt@eanetpc.com

March 30, 2021

*VIA EMAIL ONLY*

Jesse Stewart, Esq.
Sarah Preis, Esq.
Consumer Financial Protection Bureau
1700 G Street. NW
Washington, DC 20552

   **RE: CFPB v. CAC et al (8:19-cv-01998)**

Dear Mr. Stewart and Ms. Preis,

   In light of the Court's statements at the February 24, 2021 hearing on the CFPB's Motion for Order to Show Cause and the March 16, 2021 Order (ECF 277) referencing criminal contempt, Mr. Wen is asserting his constitutional rights against self-incrimination and will not be providing further information as directed in the Order. A statement executed by Mr. Wen to this effect is enclosed.

         Sincerely,

         Matthew Eanet

Encl.

550 South Hope Street / Suite 750  Los Angeles, California 90071 **t** 310 775 2495 / **f** 310 593 2589 eanetpc.com

10

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

Please be advised that in response to the Court's order of March 16, 2021 (ECF 277), directing me to provide a sworn statement providing certain information, based on the advice of my counsel, I respectfully assert my constitutional privilege against self-incrimination under the U.S. and California Constitutions, and decline to provide the information ordered for this reason.

Date:  March 30, 2021

Signed: _____
Kaine Wen

11

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT B**

 Gmail

Kaine Wen <kainewen@gmail.com>

**Binance counsel**

Thomas McNamara <tmcnamara@mcnamarallp.com>                     Fri, Dec 23, 2022 at 1:13 PM
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mr. Wen,

I heard back from CFPB.  They are waiting to hear back from Binance's counsel.  I will update when I know more.

From: Thomas McNamara
Sent: Thursday, December 15, 2022 1:44 PM
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: RE: Binance counsel

Mr. Wen,

I contacted the CFPB.  They will reach out to counsel for Binance and will also send an introduction email.  It will like take several days.

I will update when I hear something.  Thanks

From: Kaine Wen <kainewen@gmail.com>
Sent: Monday, December 12, 2022 12:23 AM
To: Thomas McNamara <tmcnamara@mcnamarallp.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: Re: Binance counsel

EXTERNAL

Mr. McNamara,

I appreciate the offer and will certainly take any assistance you can provide. Please let me know how you can be of help. Thank you.

Best,

12

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Dec 2, 2022 at 11:15 AM Thomas McNamara <tmcnamara@mcnamaralip.com> wrote:

Mr. Wen:

I should also offer our assistance if you believe we can be of help in your efforts to locate and return the cryptocurrency you have indicated is controlled by "Sea". I am not sure what our assistance would look like, but we are happy to discuss and assist.

**From:** Thomas McNamara
**Sent:** Friday, December 2, 2022 11:11 AM
**To:** 'Kaine Wen' <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamaralip.com>
**Subject:** RE: Binance counsel

Mr. Wen:

Following up to see if you have heard anything further from Binance. If you have not, it seems to me to make a lot of sense to follow-up on CFPB's offer to introduce you/us to Binance's counsel to break the log jam.

Let me know your thoughts. Thanks.

**From:** Thomas McNamara
**Sent:** Tuesday, November 29, 2022 5:22 PM
**To:** Kaine Wen <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamaralip.com>
**Subject:** Binance counsel

Mr. Wen,

As I was leaving court yesterday, CFPB counsel mentioned that his agency has contact points with counsel for Binance and Bittrex and he offered an introduction to counsel. It seems that Bittrex issue is resolved, but Binance is still in play and they hardly seem responsive. It might make sense to have CFPB make the introduction and then reach out to Binance counsel. Perhaps they can get the logjam cleared. Let me know if you are interested and I will explore further with CFPB counsel and find out how it might work.

Thanks.

13

CASE NO. 8:19-CV-01998-MWF(KSx)

 Gmail

Kaine Wen <kainewen@gmail.com>

**Binance**

Thomas McNamara <tmcnamara@mcnamarallp.com>                              Thu, Jan 5, 2023 at 8:24 AM
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mr. Wen:

I heard from the CFPB this morning that they finally were contacted by Binance's U.S. counsel. I gave the CFPB
permission to provide my contact information to Binance's counsel, so hopefully I will hear from them in the next few days
and I will update you once I do. In the meantime, let me know if you have any questions or concerns. Thanks.

Thomas W. McNamara

McNamara Smith LLP

655 West Broadway, Suite 900

San Diego, CA 92101

Direct:   619-269-0499

Main:    619-269-0400

Fax:       619-269-0401

tmcnamara@mcnamarallp.com

http://mcnamarallp.com

14

CASE NO. 8:19-CV-01998-MWF(KSx)

# EXHIBIT C

## CHART IDENTIFYING AND EXPLAINING THE TRANSACTIONS RELATED TO THE UNHOSTED WALLET ADDRESSES IDENTIFIED IN APPENDIX E, FIGURE E-1 OF MS. CLEGG'S REPORT[123]

Bitcoin Unhosted Wallet Addresses

---

1FaQ7TNzt9uGCTiZ65qiBBUimaV4nqSHSF

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various Initial Coin Offering ("ICO") pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1CnrRf645iE1SmSyLRcHxida7HKwaSxFJs

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

[1] I prepared this chart to the best of my ability.
[2] I had a high volume of transactions that were unstructured in nature. I cannot reconstruct the transactions accurately from my memory. The explanations are to the best of my recollection. I lack any records that would allow me to provide more precise explanations at this time. I do not have access to more detailed information.
[3] Of relevance and consequence, Ms. Clegg states in her report "in each instance in this Report where I concluded that Wen holds cryptocurrency at, or transferred cryptocurrency from, an unhosted wallet, I cannot conclusively confirm control of the address without physical access to the unhosted wallet where the address is held." (ECF No. 365-3 Ex. 1 at ¶ 115). I do not know what unhosted wallet(s) these addresses are held.

1

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

17DveKFbhpNJYXAGAqRkYYFAERAnJ7PFCt

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1LMoynaFJVnUey4mqT4itpeqcn4TRCgWbM

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1LARuJ5G4uU699tmdbdZQPuXTTLhhUFoYa

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

2

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1NZ7a1jjc5aib7SoGShkvvZi7SfrtcWAtG**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1EzNbQxehk5pxHcYyhXoCGikXPfMkPDdkM**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1BaUoNXvo84n1gVXxPdqb9dKaSR7DgE98Y**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1N1DwLGUq87m3uWqX3QT76uHfQMNkVK6sZ**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1Mu5PY6iFhpts9m1JyJs1imyZdUQ27Xask**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1mgGejBqKFrMTayWwKj27ZQAGgszycPwT**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

4

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

1KNeuQiYVx1XqqhJ7WiSJ7VNo4RkHNQw5V

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

189oB9QGHAQLHenzuwLVFc6Y47cGswsoHc

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

1Bu4zay9qUdMB234h2uuSFd9bnhtUJGAT2

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

5

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

1aQv6sy8mQP4wfH9Kcy5GPbiY8gSyH1P7

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1Gk6oDyWuMhFT8UWiZLfi2uC6t97nybEtK

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

12NBMijDzDsxAuwRLFU6tAtJhRExxcvCbZ

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

6

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3MskrgqYiWi2CcVXkduM8He4h6dUNYqzha

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3GAyQ4r3vf5g62dW5T1GLVmeMjN73E6Ynh

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

7

21

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

1JA73SXeybusqMMJBdFEqwdWJV81tAgHQ9

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1kJdtoMuReQar9bcUnPAwH2YBBuyCwDWY

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1XSB1Yr7XTT8UbM43fMwTRa9MroDtmeXG

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

8

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

---

15NEe5BJLSSuWat1jhjoWm1rTt3GyLnpmg

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1EqMERSMYRYTQxWTb611qvBKXTogZq3m5U

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3CvGqmQwqzRbpVupLB3c2CLNagKhxf9t5P

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

9

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

Ethereum Unhosted Wallet Addresses

| 0x4d586195aeed6b32b62daaaa60122ed9088990d4 |
| --- |
| I searched the address in the Ethereum.io explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature. |
| I do not own, hold, or control the ethereum unhosted wallet address. Sea owns, holds, or controls the ethereum unhosted wallet address, and Sea holds certain ethereum in the ethereum unhosted wallet address for my benefit. Besides being held by Sea, I do not have any further information concerning the ethereum unhosted wallet address. I do not have access to the ethereum unhosted wallet address. |

| 0x6644b681eAB811591C146A3E54BBf6d91cb6d455 |
| --- |
| I searched the address in the Ethereum.io explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature. |
| I do not own, hold, or control the ethereum unhosted wallet address. Sea owns, holds, or controls the ethereum unhosted wallet address, and Sea holds certain ethereum in the ethereum unhosted wallet address for my benefit. Besides being held by Sea, I do not have any further information concerning the ethereum unhosted wallet address. I do not have access to the ethereum unhosted wallet address. |

10

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT D

|EANET

Matthew Eanet | *Attorney at Law*
matt@eanetpc.com

**CONFIDENTIAL**

June 2, 2021

*VIA EMAIL ONLY*

Jesse Stewart, Esq.
Sarah Preis, Esq.
Consumer Financial Protection Bureau
1700 G Street. MW
Washington, DC 20552

> *RE:* CFPB v. CAC et al (8:19-cv-01998-JDEx)

Dear Mr. Stewart and Ms. Preis,

This letter addresses your email of April 7 regarding the repatriation of purported "foreign assets," which was in response to my letter of March 26. Thank you for your courtesy while I have been dealing with my father's illness and death.

The CFPB has created an untenable situation for Mr. Wen whereby if he takes any steps to attempt to "repatriate" any assets, the CFPB will contend he is in contempt. Likewise, if he does nothing, the CFPB will still contend he is in contempt of court. I have, on several occasions, suggested that we work cooperatively to resolve these issues in a practical manner. Mr. Wen is committed to cooperation and the turnover of assets. However, because of your contention that Mr. Wen should not contact Sea about transferring ETH as it could result in Sea absconding with the ETH, he has not done so.

With respect to the Bitcoin, as indicated in my letter of March 26, Mr. Wen is awaiting instructions from the CFPB as to what cryptocurrency platform it wants Mr. Wen to transfer the Bitcoin and to approve any transfer/withdrawal fees which will reduce the total amount of Bitcoin. Upon your response to these items, Mr. Wen will take efforts necessary to effectuate a transfer of the Bitcoin to a different platform. Please advise on these issues.

550 South Hope Street / Suite 750   Los Angeles, California 90071   t 310 775 2495 / f 310 593 2589   eanetpc.com

25

CASE NO. 8:19-CV-01998-MWF(KSx)

June 2, 2021
Page 2

In my letter of March 26, I also proposed several ways to address the transfer of the ETH, which is stored in a digital wallet that Mr. Wen does not have control over and cannot directly affect a transfer. I am unclear as to what the CFPB wants Mr. Wen to do with this ETH as the CFPB has instructed Mr. Wen not to direct Sea (who controls that digital wallet) to transfer the ETH and that such communication could violate Section XI of the Preliminary Injunction. Other than communicating with Sea, there is no other way for Mr. Wen to affect a transfer. At this time, I do not have any documentation to provide you in this regard and do not even understand what type of documentation would satisfy your request.

I have made several proposals to repatriate the cryptocurrency. None of them are acceptable to you. Please let me know what is acceptable to the CFPB or how it expects this to be resolved where (1) the CFPB has not identified what exchange it wants Mr. Wen to transfer the Bitcoin to or that any transfer fees are acceptable; and (2) the CFPB has directed Mr. Wen not to communicate with Sea as this could lead to him not turning over the ETH. I remain hopeful that we can find a solution to this issue.

Please also note that, because this letter contains sensitive and confidential financial information, and information derived from documents designated as "Confidential", it should be treated as "Confidential" under the terms of the Protective Order and should not be publicly filed.

Sincerely,

Matthew Eanet

26

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT E**

.ıll AT&T 🛜                3:19 PM                94% 🔋

✕



## Note

- Account recovery is for users who forgot their
  password and cannot log in to WeChat via their
  linked mobile number, QQ ID, or email.

- Result will be sent to you via SMS within 24 hours.

- If your request is approved, follow the instructions
  to log in via your WeChat ID and new password.

- Log in on a previously logged in device when sub-
  mitting an appeal

✅ I have read and accept the Terms of Service

[ Request ]

27

CASE NO. 8:19-CV-01998-MWF(KSx)

.ıll AT&T 📶 ☀    3:20 PM    94% 🔋

✕        Request Account Recovery

Enter a mobile number so we can contact you.

| Country/Region | +1 | ＞ |
| --- | --- | --- |
| Mobile No. | 4243338290 | |

Next

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

▪︎▪︎ll AT&T 🤝 ❄️          3:20 PM          94% 🔋

✕          Request Account Recovery

Follow the steps below using the mobile no. +1 4243338290:

| | |
|---|---|
| Edit SMS | zm |
| Send To | +12014160374 |

**Send SMS**

SMS sent. Next.

29

CASE NO. 8:19-CV-01998-MWF(KSx)

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

ıll AT&T 🛜 ☀          3:24 PM          93% 🔋

✕          Request Account Recovery

✓  I forgot my WeChat ID

Linked Info (select at least one):

| | | |
|---|---|---|
| Country/Region | +1 | ❯ |
| Mobile No. | 4243338290 | |
| QQ ID | Linked QQ ID | |

◯  I remember my WeChat ID



Next

31

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

.ıll AT&T �com 🔅                3:24 PM                    93% 🔋

✕           Request Account Recovery



## Request Unsuccessful

Failed to find the account based on the infor-
mation you submitted. Verify whether the in-
formation you submitted is valid and try
again.

Request Again

32

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT F**



# This site can't be reached

**help.wechat.com**'s DNS address could not be found. Diagnosing the problem.

DNS_PROBE_POSSIBLE

Reload



# This site can't be reached

**www.wechat.com**'s DNS address could not be found. Diagnosing the problem.

DNS_PROBE_POSSIBLE

Reload

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT G**

Google | 大海 中国 | ✕ 🎤 📷 🔍

🔍 All   🖼 Images   📰 News   ▶ Videos   🛍 Shopping   ⋮ More                      Tools

About 36,700,000 results (0.27 seconds)

https://zh.m.wikipedia.org › zh-hans · Translate this page   ⋮
**孙大海- 维基百科，自由的百科全书**
孙大海（1963年6月－），男，湖北襄阳人，中华人民共和国政治人物，曾任中共海南省委常委、秘书长、办公厅主任。2022年1月，当选为海南省人大常委会副主任。

http://m.cyol.com › articles · Translate this page   ⋮
**百川归流向大海——中国青年政治信仰的百年变迁 - 中青在线**
May 30, 2022 — 纵观百年历程，不难发现，马克思主义及其中国化成果一直是发展演进的主航道，中国青年的思想河流，尽管有各种洄旋和分叉，但总是不断回归，漫出的洪水总会 ...

http://www.xinhuanet.com › world · Translate this page   ⋮
**辛识平：读懂习近平的"大海之喻" - 新华网**
Apr 26, 2019 — 实际上，以"大海"喻言经济社会发展重大问题，在"习式语言"中多次出现。在瑞士达沃斯，习近平主席宣示"中国经济要发展，就要敢于到世界市场的汪洋大海中去 ...

http://news.cctv.com › 2018/11/07 · Translate this page   ⋮
**中国经济是大海，不是小池塘！ - 央视网**
Nov 7, 2018 — 习近平指出，中国是世界第二大经济体，有13亿多人口的大市场，有960多万平方公里的国土，中国经济是一片大海，而不是一个小池塘。大海有风平浪静之时，...

https://china.huanqiu.com › article · Translate this page   ⋮
**星辰大海，中国从未止步！ - 国内**
星辰大海，中国从未止步！ ... 今天（4月24日）是中国航天日。"祝融"探火、"羲和"逐日、"天和"遨游星际......过去一年，中国航天创造了一个又一个举世瞩目的成就，逐梦星辰的脚步 ...

https://china.huanqiu.com › article · Translate this page   ⋮
**航天新征程| 逐梦星辰大海中国太空探测如何越走越远？ - 国内**
Nov 23, 2022 — 我们现在已经有了中国空间站，那什么时候会有月球科研站？普通人什么时候可以地月旅行，甚至地火旅行？未来我国的深空探测将走向何方？这一系列看似遥...

🖼 Images for 大海 中国   ⋮

    

Feedback

34

CASE NO. 8:19-CV-01998-MWF(KSx)

Google     大海 澳门     ✕   🎤   📷   🔍

🔍 All   🖼 Images   📰 News   ▶ Videos   ⊘ Shopping   ⋮ More      Tools

About 8,460,000 results (0.50 seconds)

http://www.dili360.com › cng › article · Translate this page   ⋮
### 澳门：蚕食大海的城市 - 中国国家地理网
是呀！澳门经过数十年的填海造地向大海扩张之后，到2001年面积也才达到25.4平方公里，与香港相比，还不到香港的2.4%（香港面积为1078平方公里）。而且这么小的面积还不是 ...



https://fr-fr.facebook.com › hkgirlinmacau   ⋮
### 港女過大海的生活/ 港女在澳門 - Facebook
港女過大海的生活/ 港女在澳門. 425 J'aime · 13 en parlent. 一個港女隻身過了大海生活的見聞過大海...梳打埠...澳門 Macau | Hong Kong #香港人在澳門| #港女過大海 ...



https://m.facebook.com › events · Translate this page   ⋮
### 戴頭盈過大海— 澳門攝影的發展與現況 - Facebook
1844年，法國攝影師于勒·埃及爾(Jules Itier) 抵達澳門，帶来了攝影術，也讓澳門成為兩岸四地中最早接觸攝影的地方。如今，有著60 多萬的人口，面積與板橋相近，...

🖼 Images for 大海 澳门   ⋮

 profile picture    instagram photos    城市    澳門 profile   ⌄

      ❯

Feedback

View all →

https://cn.tripadvisor.com › Location... · Translate this page   ⋮
### 落地窗直接可以眺望大海- 澳门金沙酒店的影像 - Tripadvisor
澳门澳门金沙酒店图片: 落地窗直接可以眺望大海- 快来看看Tripadvisor 会员拍摄的267 张/部澳门金沙酒店真实照片和视频.

https://www.instagram.com › dahaide... · Translate this page   ⋮
### 大海的对面是澳门 - Instagram
0 Followers, 1 Following, 1 Posts - See Instagram photos and videos from 大海的对面是澳门 (@dahaideduimianshiaomen)

35

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT H

 Gmail

Kaine Wen <kainewen@gmail.com>

---

**Binance counsel**

**Kaine Wen** <kainewen@gmail.com>
To: Thomas McNamara <tmcnamara@mcnamarallp.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mon, Dec 12, 2022 at 12:22 AM

Mr. McNamara,

I appreciate the offer and will certainly take any assistance you can provide. Please let me know how you can be of help. Thank you.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Dec 2, 2022 at 11:15 AM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

Mr. Wen:

I should also offer our assistance if you believe we can be of help in your efforts to locate and return the cryptocurrency you have indicated is controlled by "Sea". I am not sure what our assistance would look like, but we are happy to discuss and assist.

From: Thomas McNamara
Sent: Friday, December 2, 2022 11:11 AM
To: 'Kaine Wen' <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: RE: Binance counsel

Mr. Wen:

Following up to see if you have heard anything further from Binance. If you have not, it seems to me to make a lot of sense to follow-up on CFPB's offer to introduce you/us to Binance's counsel to break the log jam.

Let me know your thoughts. Thanks.

From: Thomas McNamara
Sent: Tuesday, November 29, 2022 5:22 PM
To: Kaine Wen <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: Binance counsel

Mr. Wen,

36

---

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER