SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>PLAINTIFF'S NOTICE REGARDING PERSONAL SERVICE ATTEMPTS OF THE CONTEMPT ORDER ON DEFENDANT KAINE WEN<br><br>Hearing: NA<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

Plaintiff the Bureau of Consumer Financial Protection (Bureau) submits this notice in response to the Court's January 6, 2023 order finding Defendant Kaine

Wen in contempt (Contempt Order).[1] The Contempt Order included a requirement that the Bureau "shall personally serve this Order on Defendant and file proof of service thereof."[2] To date, the Bureau has transmitted the Contempt Order to Wen via email and U.S. Postal Service Priority Mail, and Wen has acknowledged actual receipt of the Contempt Order.[3] But Wen has refused to cooperate in accepting service via a process server, and the Bureau has made five unsuccessful attempts at service on Wen through a process server.[4]

On January 6, 2023, the Bureau transmitted the Contempt Order via email to Wen's kainewen@gmail.com email address, which appears to be currently registered to receive ECF notifications.[5] Wen confirmed receipt of the Bureau's email on January 10, 2023.[6] By emails dated January 6, 9, 10, and 11, 2023, the Bureau requested Wen's cooperation to allow it to personally serve him, including requesting a time and place where personal service could be accomplished.[7] On January 10, 2023, Wen provided the Bureau with updated address information following his release from Bureau of Prisons custody in December 2022.[8] The Bureau mailed the Contempt Order to Wen via U.S. Postal Service Priority Mail on January 11, 2023.[9] U.S. Postal Service tracking information shows the Contempt Order was delivered to Wen's service address on January 13, 2023, and was signed for by "Kaine."[10] Bureau counsel spoke with Wen on the phone on January 11,

---

[1] ECF No. 418.
[2] *Id.* at 12.
[3] Stewart Decl. at ¶¶ 4, 9, 13 (hereinafter Decl.); Ex. 2 at 8-9; Ex. 3; ECF No. 420.
[4] Decl. at ¶¶ 5-17; Exs. 1-2.
[5] Decl. at ¶ 4; Ex. 1 at 2-4.
[6] Decl. at ¶ 9; Ex. 2 at 8-9.
[7] Decl. at ¶¶ 4, 5, 8, 11; Ex 1 at 2-3; Ex. 2 at 7-10.
[8] Decl. at ¶ 9; Ex. 2 at 8-9; https://www.bop.gov/inmateloc/ (search for first name "Kaine," last name "Wen," last accessed January 18, 2023).
[9] Decl. at ¶ 13.
[10] *Id.*; Ex. 3.

1  2023, and he again refused to indicate a time and location to accept personal
2  service via a process server.[11] The Bureau has made five unsuccessful attempts
3  through a process server to serve Wen at his last known place of employment and
4  at the address identified on Wen's recent filing updating his address with the Court
5  (ECF No. 419).[12] These unsuccessful attempts at service occurred on January 9, 10,
6  12 (two attempts), and 16, 2023.[13] The Bureau emailed Wen on the morning of
7  January 18, 2023, requesting his cooperation in accepting service of the Contempt
8  Order.[14] As of the time of this filing, Wen has not responded to the Bureau's
9  email.[15]

10        Based on Wen's filing in response to the Contempt Order, Wen clearly
11  received notice of the Contempt Order, and he remains in contempt.[16] Unless the
12  Court orders otherwise, the Bureau intends to continue attempting to serve Wen
13  with the Contempt Order using a process server.

15  Dated: January 18, 2023               Respectfully Submitted,

16                                                        /s/ Jesse Stewart

17                                         Jesse Stewart (NY Bar No. 5145495)
                                           *Admitted pro hac vice*
18                                         *Attorney for Plaintiff Bureau of Consumer*
19                                         *Financial Protection*

---

[11] Decl. at ¶ 12.
[12] Decl. at ¶¶ 7, 10, 14, 15.
[13] *Id.*
[14] Decl. at ¶ 16; Ex. 2 at 7.
[15] Decl. at ¶ 17.
[16] *See* ECF No. 420.