# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>DECLARATION OF JESSE STEWART IN SUPPORT OF PLAINTIFF'S NOTICE REGARDING PERSONAL SERVICE ATTEMPTS OF THE CONTEMPT ORDER<br><br>Hearing: NA<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

I, Jesse Stewart, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a citizen of the United States and am over eighteen (18) years of age. I am employed as a Senior Litigation Counsel with the Bureau of Consumer Financial Protection (Bureau) in the Office of Enforcement. My mailing address is 1700 G Street NW, Washington, DC 20522. I am an attorney for the Bureau as Plaintiff in the above-captioned case, appearing *pro hac vice*.

2. This declaration is submitted with Plaintiffs' Notice Regarding Personal Service Attempts of the Contempt Order on Defendant Kaine Wen.

3. The facts set forth herein are based on my personal knowledge or information made known to me in the course of my official duties.

4. On January 6, 2023, Bureau counsel transmitted the Contempt Order via email to Defendant Kaine Wen's kainewen@gmail.com email address, including requesting that he identify a physical address where he could be personally served. **Exhibit 1** includes a true and accurate copy of the Bureau's January 6, 2023 email (without attachment).

5. On January 9, 2023, Bureau counsel emailed Wen's kainewen@gmail.com email address about personally serving the Contempt Order on Wen, including requesting that he identify a time and location for accepting personal service. **Exhibit 1** includes a true and accurate copy of the Bureau's January 9, 2023 email.

6. On January 9, 2023, Wen emailed Bureau counsel from his kainewen@gmail.com email address, indicating that he would not accept personal service of the Contempt Order via email. In his response, he did not address the Bureau's request that he identify a time and location for accepting personal service. **Exhibit 2** includes a true and accurate copy of Wen's January 9, 2023 email.

7. The Bureau's process server reported to Bureau personnel that it had unsuccessfully attempted to serve the Contempt Order on Wen at his last known place of employment, Prime Time Basketball Association, on January 9, 2023.

8. On January 10, 2023, Bureau counsel emailed Wen's kainewen@gmail.com email address about personally serving the Contempt Order on Wen, including requesting that he identify a time and location for accepting personal service. **Exhibit 2** includes a true and accurate copy of the Bureau's January 10, 2023 email.

9. On January 10, 2023, Wen emailed Bureau counsel from his kainewen@gmail.com email address. Wen did not agree to a time and a place to receive service from a process server but provided the Bureau with the address that Wen indicated he would be providing the Court for service purposes. **Exhibit 2** includes a true and accurate copy of Wen's January 10, 2023 email.

10. The Bureau's process server reported to Bureau personnel that it had unsuccessfully attempted to serve the Contempt Order on Wen at his last known place of employment, Prime Time Basketball Association, on January 10, 2023.

11. On January 11, 2023, Bureau counsel emailed Wen's

1  kainewen@gmail.com email address about personally serving the Contempt Order
2  on Wen, including requesting that he identify a time and location for accepting
3  personal service. **Exhibit 2** includes a true and accurate copy of the Bureau's
4  January 11, 2023 email.

5      12.    On January 11, 2023, at the end of a telephonic meet and confer about
6  Plaintiffs' anticipated motion for summary judgment, Bureau counsel asked Wen
7  to identify a time and place to accept personal service of the Contempt Order.
8  Counsel explained that the Bureau was attempting to comply with the Contempt
9  Order's requirement that it personally serve Wen with the Order. Wen refused to
10 provide this information and terminated the call.

11     13.    On January 11, 2023, the Bureau mailed the Contempt Order to Wen
12 via U.S. Postal Service Priority Mail, tracking number 9410 8112 0620 3567 0399
13 20, to the address Wen identified on his January 10, 2023 filing updating his
14 address with the Court (ECF No. 419). **Exhibit 3** is a true and accurate copy of the
15 U.S. Postal Service proof of delivery notice that I received relating to the Bureau's
16 January 11, 2023 mailing of the Contempt Order to Wen.

17     14.    The Bureau's process server reported to Bureau personnel that it had
18 unsuccessfully attempted to serve the Contempt Order on Wen at his last known
19 place of employment, Prime Time Basketball Association, and at the address Wen
20 identified in ECF No. 419, on January 12, 2023.

21     15.    The Bureau's process server reported to Bureau personnel that it had
22 unsuccessfully attempted to serve the Contempt Order on Wen at the address Wen
23 identified in ECF No. 419 on January 16, 2023.

24     16.    On January 18, 2023, Bureau counsel emailed Wen's
25 kainewen@gmail.com email address about personally serving the Contempt Order
26 on Wen, including requesting that he identify a time and location for accepting
27 personal service or that he accept service via U.S Mail. **Exhibit 2** includes a true
28

and accurate copy of the Bureau's January 18, 2023 email.

17. As of the date and time of the signing of this declaration, Wen has not responded to the Bureau's January 18, 2023 email.

18. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 18, 2023, at 6:34 pm Pacific Time.

                                             */s/ Jesse Stewart*
                                             Jesse Stewart
                                             Silver Spring, Maryland