# Exhibit 1

**Stewart, Jesse (CFPB)**

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Monday, January 09, 2023 11:35 AM |
| **To:** | Kaine Wen |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order |
| **Importance:** | High |

Dear Mr. Wen,

We have not heard from you in response to the below email. Please tell us whether you consent to accept personal service of the Court's contempt order via my January 6, 2023 email, which attached the contempt order. To the extent you are unwilling to accept personal service via my email, then please let us know of a physical address where we can personally serve you, as well as times you will be present to accept service at that location.

Further, please identify a mailing address where we can send physical copies of filings and other case-related documents to you, given your previous request that we serve you with physical copies of such papers and our understanding that your mailing address may have changed recently. If you prefer to receive such documents via email, please let us know as soon as possible.

Sincerely,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Friday, January 06, 2023 9:32 PM
**To:** Kaine Wen <kainewen@gmail.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** FW: Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order

Dear Mr. Wen,

Please find the attached order. Please indicate whether you agree to accept personal service via this email. If you will not accept personal service via email, please provide a physical address where we can personally serve you consistent with the Court's order. I expect such service will involve a process server. Please also provide your mailing address, to the extent it has changed from the address provided on your declaration in response to the show-cause order.

Sincerely,

Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, January 06, 2023 4:12 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/6/2023 at 1:12 PM PST and filed on 1/6/2023
**Case Name:**      Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al
**Case Number:**    8:19-cv-01998-MWF-KS
**Filer:**
**Document Number:** 418

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER HOLDING KAINE WEN IN CIVIL CONTEMPT by Judge Michael W. Fitzgerald. Accordingly, the Court ORDERS as follows: 1) The Court finds Defendant in contempt of Court. 2) Defendant shall identify all virtual currency addresses that he owned, controlled, or were held in his benefit, any associated virtual currency wallet, and all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm)**

**8:19-cv-01998-MWF-KS Notice has been electronically mailed to:**

Marc S Williams     jrodriguez@cohen-williams.com, mwilliams@cohen-williams.com, jwerther@cohen-williams.com

Christina Victoria Tusan      william.pletcher@lacity.org, m.donna.uy-barreta@lacity.org, christina.tusan@lacity.org

Miguel Jesus Ruiz      miguel.j.ruiz@lacity.org

Julian Burns King      julian@kingsiegel.com, service@kingsiegel.com

Sarah M Preis      sarah.preis@cfpb.gov

Brent R Phillips      bphillips@phillipslawcorporation.com, bphill3780@aol.com

William Raabe Pletcher      amy.fujimoto@lacity.org, m.donna.uy-barreta@lacity.org, william.pletcher@lacity.org

Logan Daniel Smith      jjacobs@mcnamarallp.com, lsmith@mcnamarallp.com

Matthew Leo Eanet      sara@eanetpc.com, matt@eanetpc.com

Margaret L Weaver      lweaver@ncdoj.gov

Cornelia Julianna Boleyn Gordon      jjacobs@mcnamarallp.com, cgordon@mcnamarallp.com

Andrew M Greene      jjacobs@mcnamarallp.com, agreene@mcnamarallp.com

Samuel Standage Meehan      smeehan@waymakerlaw.com

Jose A Egurbide      jose.egurbide@lacity.org

Glenn D Moses      gjbecf@ecf.courtdrive.com, gmoses@gjb-law.com

Louisa O. Kirakosian      ana.johnson@lacity.org, louisa.kirakosian@lacity.org

Evan Romanoff      evan.romanoff@ag.state.mn.us

Keri Curtis Axel      kaxel@waymakerlaw.com, file@waymakerlaw.com

Nathan Dimock      nathan.dimock@cfpb.gov

Jesse D Stewart      jesse.stewart@cfpb.gov, cfpb_courtdocs@cfpb.gov

Reuven L. Cohen      jrodriguez@cohen-williams.com, rcohen@cohen-williams.com, mwilliams@cohen-williams.com, jwerther@cohen-williams.com

Leanne E. Hartmann      leanne.hartmann@cfpb.gov, cfpb_courtdocs@cfpb.gov

8:19-cv-01998-MWF-KS Notice has been delivered by First Class U. S. Mail or by other means **BY THE FILER** to :
Kaine Wen
REG 79766-112
RRM Long Beach
1299 Seaside Avenue
San Pedro CA 90731
US

Pl. Ex. 1

P. 4

4

Pl. Ex. 1
P. 5

# Exhibit 2

## Stewart, Jesse (CFPB)

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Wednesday, January 18, 2023 10:35 AM |
| **To:** | Kaine Wen |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: Service |

Dear Mr. Wen,

We write regarding our continued efforts to personally serve you with the Court's January 6, 2023 order finding you in contempt (Contempt Order). We have asked for your cooperation in arranging personal service so that we can comply with the Court's order as efficiently as possible. You have refused to cooperate with us or agree to accept service through other means. As set forth below, if we are not able to serve you personally, then we intend to notify the Court and may seek appropriate additional relief.

As you know, we transmitted the Contempt Order as an attachment to your kainewen@gmail.com email address on January 6, 2023, and you confirmed receipt of that email on January 10, 2023. By emails dated January 6, 9, 10, and 11, 2023, we requested your cooperation to allow us to personally serve you, including requesting a time and a place where we could personally serve you. Your emails of January 9 and 10, 2023, indicated that you would not agree to accept service via email and you did not agree to a time and place to receive service from a process server. Based on updated address information that you provided on January 10, 2023 (ECF No. 419), we mailed the Contempt Order to you via USPS Priority Mail on January 11, 2023. USPS tracking information shows the Contempt Order was delivered to your service address on January 13, 2023, and was signed for by "Kaine." When we spoke with you on the phone on January 11, 2023, you again refused to accept personal service and refused to indicate a time and location to accept personal service via a process server. If your position has changed and you agree to accept personal service via the USPS mailing of January 11, 2023, or you will cooperate in meeting a process server at a designated time and place, please let us know as soon as possible.

We plan to file a notice soon updating the Court about our attempts at personally serving you. Further, if we are unable to personally serve you with a process server and if you will not agree to accept service via other means, we may seek appropriate additional relief from the Court.

Sincerely,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Wednesday, January 11, 2023 10:30 AM
**To:** Kaine Wen <kainewen@gmail.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** RE: Service

1

Pl. Ex. 2
P. 7

Dear Mr. Wen,

Thank you for providing your updated address, which we will assume we should use to mail service to you under Federal Rule of Civil Procedure 5 unless we hear otherwise from you.

With respect to service of the Court's January 6, 2023 contempt order, which we emailed to you on January 6, 2023, the order provides, "Plaintiff shall *personally* serve this Order on Defendant and file proof of service thereof." ECF No. 418 at 12 (emphasis added). Federal Rule of Civil Procedure 4.1 addresses service of civil contempt orders and provides:

> Rule 4.1. Serving Other Process
>
> (a) In General. Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal *or by a person specially appointed for that purpose*. It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(l).
>
> (b) Enforcing Orders: Committing for Civil Contempt. An order committing a person for civil contempt of a decree or injunction issued to enforce federal law may be served and enforced in any district. Any other order in a civil-contempt proceeding may be served only in the state where the issuing court is located or elsewhere in the United States within 100 miles from where the order was issued.

(emphasis added). Based on the above, we intend to use a process server to locate and personally hand a physical copy of the contempt order to you. For this reason, we have requested that you indicate a place and time where we can personally serve you. By providing us this information, you can indicate a location and time that is convenient for you to accept service. And by arranging a place and time to accept personal service, you will also save us the time and expense of repeated service attempts. We appreciate your prompt response.

Sincerely,

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Tuesday, January 10, 2023 10:35 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** Re: Service

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Mr. Stewart,

In order to clear up any mischaracterizations, please note that on December 12, 2022 I indicated I did not agree to accept service via email for filings in this matter. Yet, on the evening of Friday, January 6 and the morning of Monday,

2

Pl. Ex. 2
P. 8

January 9 you again asked me whether I would accept service via email. On the evening of Monday, January 9, within one business day, I reiterated in no uncertain terms that I did not agree to accept personal service via email.

As a FYI, I also did not receive any voicemail on January 9.

Additionally, you wrote: "Please identify a physical address where we can personally serve you with the contempt order, and the times when you will be present at that address to accept service." Is there some requirement that I need to provide you with my physical address and times to accept service of documents? I am not aware of any such requirement, but if there is, please let me know.

Regarding Local Rule 83-2.4, I am in the process of updating my address to:

146 Bishop Lndg
Irvine, CA 92620


Sincerely,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Tue, Jan 10, 2023 at 8:29 AM Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> wrote:

> Dear Mr. Wen,
>
> The Court's January 6, 2023 contempt order requires you to turn over all of your cryptocurrency assets to the Receiver and take other actions by January 17, 2023, or pay a fine of $1,000 each day thereafter. We emailed this order to you on January 6, and requested information to allow us to personally serve you with it, as the order requires. You have refused to accept service via email, and you have not provided any information that will enable us to personally serve you despite our repeated requests.  Specifically, we asked you for information enabling us to personally serve you on January 6 and 9, 2023, and by leaving you a voicemail on January 9, 2023. Please identify a physical address where we can personally serve you with the contempt order, and the times when you will be present at that address to accept service.
>
> Our January 6 and 9, 2023 emails also requested that you confirm a mailing address where we can send physical copies of filings and case-related documents to you. To date, you have not provided this information. As you may know, Local Rule 83-2.4 provides (emphasis added):
>
>> L.R. 83-2.4  Notification of Change of Name, Address, Firm Association, Telephone Number, Facsimile Number or E-Mail Address.  An attorney who is a member of the bar of this Court or who has been authorized to appear in a case in this Court, *and any party who has appeared pro se in a case pending before the Court*, and who changes his or her name, office address (or residence address, if no office is maintained), law firm association (if any), telephone number, facsimile number, or e-mail address must, within five (5) days of the change, notify the Clerk of Court in writing. If any actions are currently pending, the attorney or party must file and serve a copy of the notice upon all parties.

According to the Bureau of Prisons (BOP) website, you were released from BOP custody on December 23, 2022. If your address or other contact information has changed as a result, please provide the updated information.

Sincerely,

Jesse

Jesse Stewart

Enforcement Attorney

Consumer Financial Protection Bureau

Office: (202) 435-9641 | Mobile: (202) 430-0628

[consumerfinance.gov](consumerfinance.gov)

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Monday, January 09, 2023 8:13 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** Service

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Mr. Stewart,

**I DO NOT agree to accept personal service via email.**

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

# Exhibit 3

**UNITED STATES POSTAL SERVICE**

January 17, 2023

Dear Jesse Stewart:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8112 0620 3567 0399 20**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 13, 2023, 1:04 pm |
| **Location:** | IRVINE, CA 92620 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Kaine Wen |
| **Actual Recipient Name:** | K W |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | Kaine / Kaine |
| Address of Recipient: | 146 BISHOP LNDG IRVINE, CA 92620 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Pl. Ex. 3
P. 13