UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   SA CV 19-1998-MWF-(KSx)                    Date: January 20, 2023

Title      _Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc._
_et al_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | Zoom VTC- Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jesse D Stewart | Kaine Wen |
| Nathan Dimock | |
| Sarah M Preis | |
| Evan Romanoff | |
| Christina Victoria Tusan | |
| Margaret L Weaver | |
| Miguel Jesus Ruiz | |
| William Raabe Pletcher | |

**Proceedings:  MINUTES RE: SETTLEMENT CONFERENCE**

The Court held a settlement conference on January 20, 2023, from 9:00 a.m. to 11:15 a.m. with Plaintiff's counsel and Defendant Kaine Wen.  The settlement conference was conducted off the record. All parties participated in good faith.  The matter did not result in a settlement.

The Court will remain available to the parties should they wish to have further settlement discussions at a mutually convenient time.

                                                                2hrs:30mins
**Initials of Preparer**      gr