**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Tel.: (202)-435-9318
Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *pro hac vice*)
Tel.: (202)-435-9641
Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(admitted *pro hac vice*)
Tel.: (202) 435-9198
Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

\**Additional Counsel for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>     Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND LODGING OF PROPOSED ORDER**<br><br>Court: Hon. Michael W. Fitzgerald<br>Date:  March 20, 2023<br>Time:  10:00 AM<br>Place: Courtroom 5A |


*Additional Counsel for Plaintiffs Listed Below:

**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO, City Attorney (CA. Bar No. 106866)
CHRISTINA V. TUSAN, Supvr. Assistant City Attorney (CA. Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
Office Of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012-4131
Tel.: (213) 473-6908/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126/Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000/Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff the State of North Carolina*

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that on March 20, 2023 at 10:00 AM PT, or as soon thereafter as this matter may be heard, Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota (Minnesota), the State of North Carolina (North Carolina), and the People for the State of California (California) hereby move the Court pursuant to Rule 56 of the Federal Rules of

1  Civil Procedure for entry of an order for partial summary judgment against
2  Defendant Kaine Wen on Counts I through III, V, VII, IX, XI, XVII through XX,
3  and XXII of the Third Amended Complaint and for entry of the proposed judgment
4  being filed concurrently with this notice. The hearing will take place in the
5  Courtroom of the Honorable Michael W. Fitzgerald, First Street Courthouse, 350
6  West First Street, Courtroom 5A, Los Angeles, California 90012.

7      This motion is made following the conference of counsel pursuant to Local
8  Rule 7-3, which took place telephonically on January 11, 2023. Plaintiffs seek
9  summary judgment in favor of Plaintiffs and against Defendant Wen on the
10 aforementioned counts. Further, Plaintiffs seek injunctive relief to prevent
11 Defendant Wen from future violations, $95,057,756.92 in joint and several legal
12 restitution, and civil money penalties of up to $148 million.

13     This motion is based upon this notice, Plaintiffs' memorandum in support,
14 Plaintiffs' statement of undisputed facts, the exhibits in support of Plaintiffs'
15 undisputed facts, and upon other and further evidence as may be presented to the
16 Court.

18 Dated: January 30, 2023     By: */s/ Sarah Preis*

19                                                 Sarah Preis (D.C. Bar No. 997387)
                                                (admitted *pro hac vice*)
                                                Email: sarah.preis@cfpb.gov
                                                Jesse Stewart (N.Y. Bar No. 5145495)
                                                (admitted *pro hac vice*)
                                                Email: jesse.stewart@cfpb.gov
                                                N. Nathan Dimock (D.C. Bar No. 487743)
                                                Email: nathan.dimock@cfpb.gov
                                                (admitted *pro hac vice*)
                                                *Attorneys for Plaintiff Bureau of Consumer Financial Protection*

By: */s/ M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Tel.: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff State of North Carolina*

By: */s/ Evan Romanoff*
Evan Romanoff (Atty. Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*

By: */s/ Christina Tusan*
Christina Tusan
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Tel.: (213) 473-6908
Email: christina.tusan@lacity.org
*Attorney for Plaintiff the People of the State of California*

I, Sarah Preis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Sarah Preis*
Sarah Preis