# Plaintiffs' Exhibit 36

## Declaration of Elaine Crawford

## Pursuant to 28 U.S.C. § 1746

I, Elaine Crawford, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Norman, Oklahoma.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      Around April 2018, I contacted Premier Student Loan Center ("Premier") after seeing a Facebook advertisement that said they can assist with student loan forgiveness. I was hoping to lower my student loan balance.

4.      The first person I spoke with at Premier was Alisa Roche. She said I qualified for loan forgiveness. I had doubts because I read the requirements for loan forgiveness and I did not seem to fall into any eligible category. She said that Premier had ways of getting people approved. She mentioned my income as a possible way.  She asked about my family size, I told her it was just me. She asked about my income and I told her how much I made. After answering her questions about my family size, income, and outstanding loan amount, she told me that I qualified for forgiveness of my student loans.  Specifically, she told me that if I made monthly payments of $95 for 240 months, the rest of my loan balance would be completely forgiven.

5.      At the time, my loan balance was $29,885 and I paid $113.91 a month. Ms. Roach made the case to me that over the life of the loan with interest I would end up paying $41,270. She said if I paid them $95 a month for 240 months that would equal $22,800 which would be a savings of $18,470. I was told that having my loan consolidated and allowing Premier to manage the account was part of the forgiveness process.

6.      She said all I needed to do was sign the contract, give them my password and login to my Navient student loan account, and pay them a fee of $1,195. The fee was to be paid in five monthly payments of $239. I signed the contract on May 1, 2018.  A true and correct copy of the electronically signed Premier contract dated May 1, 2018 is attached hereto as **Attachment A.**

1

7.  In early May 2018, I put my student loan into forbearance through August 2018. I then made four of the five monthly payments of $239 to Premier.

8.  In August 2018, when the forbearance period on the Navient loans was about to end, Premier applied for forbearance on my loan again, this time through December 2018. I then made my fifth monthly payment. This entire time I was desperately trying to obtain any information about the progress of my account.  True and correct copies of my e-mail communications to Premier and SL Account Management ("SLAM") from May 1, 2018 through September 27, 2018 are attached hereto as **Attachment B.**

9.  By October 2018, there was no proof that Premier had made any progress toward getting my loan forgiven. At that point, I decided that Premier was a scam and I sent a letter by email, fax, and certified mail to Premier and SLAM to cancel the program. A true and correct copy of the communications sent to Premier and SLAM on October 16, 2018 is attached hereto as **Attachment C.**

10.  Premier assured me that it had cancelled my services and that they had stopped all of their processes and were refunding the $1,195 fee that I paid.  They refunded my money the next day.

11.  A few days later when I checked my Navient account, I noticed that my loans had been transferred to Nelnet.   I called Nelnet and learned that Premier set up an account with Nelnet for me using their mailing address and an email address using my name and their company extension.

12.  Premier caused my student loans to increase several thousands of dollars due to accrued interest during the forbearance period.  Premier also did not get any of my student loan balance forgiven.

13.  If I had known that Premier was not able to provide loan forgiveness, I would have never used their services.

14.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _Sept. 19_ , 2019.

2

1
2
3
Elaine Crawford

4
At Norma, Oklahoma

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

# Attachment A

Pls.' Ex. 36
P. 874

# PREMIER STUDENT LOAN CENTER

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between PREMIER STUDENT LOAN CENTER (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

1. **Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

2. **Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

<div align="right">Initials <strong>EC</strong></div>

3. **Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

4. **No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

5. **Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

6. **Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

7. **Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial

Page 1 of 17

Pls.' Ex. 36
P. 875

obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials _EC_

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials _EC_

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

Page 2 of 17

Pls.' Ex. 36
P. 876

**14. Important Disclosure.** You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.

Initials _EC_

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

| | |
|---|---|
| Client Signature | _Elaine Crawford_ |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

## Exhibit "A" to Service Agreement

## Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1.    Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2.    Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3.    Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4.    Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5.    For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6.    Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of $1,195 for document preparation and delivery to Client for a consolidation consistent with the above, or $1,295 for services limited to Default Accounts and rehabilitation programs as described above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees

## ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

Page 5 of 17

Page 5

## Exhibit "B" to Service Agreement

## Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|----------------|-----------|---------------|
| 1 | May 11, 2018 | $239.00 | $0.00 | $239.00 |
| 2 | Jun 08, 2018 | $239.00 | $0.00 | $239.00 |
| 3 | Jul 20, 2018 | $239.00 | $0.00 | $239.00 |
| 4 | Aug 17, 2018 | $239.00 | $0.00 | $239.00 |
| 5 | Sep 14, 2018 | $239.00 | $0.00 | $239.00 |
| 6 | Oct 18, 2018 | $0.00 | $40.00 | $40.00 |
| 7 | Nov 18, 2018 | $0.00 | $40.00 | $40.00 |
| 8 | Dec 18, 2018 | $0.00 | $40.00 | $40.00 |
| 9 | Jan 18, 2019 | $0.00 | $40.00 | $40.00 |
| 10 | Feb 18, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Mar 18, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Apr 18, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | May 18, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | Jun 18, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Jul 18, 2019 | $0.00 | $40.00 | $40.00 |
| 16 | Aug 18, 2019 | $0.00 | $40.00 | $40.00 |
| 17 | Sep 18, 2019 | $0.00 | $40.00 | $40.00 |
| 18 | Oct 18, 2019 | $0.00 | $40.00 | $40.00 |
| 19 | Nov 18, 2019 | $0.00 | $40.00 | $40.00 |
| 20 | Dec 18, 2019 | $0.00 | $40.00 | $40.00 |
| 21 | Jan 18, 2020 | $0.00 | $40.00 | $40.00 |
| 22 | Feb 18, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Mar 18, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Apr 18, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | May 18, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | Jun 18, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Jul 18, 2020 | $0.00 | $40.00 | $40.00 |
| 28 | Aug 18, 2020 | $0.00 | $40.00 | $40.00 |
| 29 | Sep 18, 2020 | $0.00 | $40.00 | $40.00 |
| 30 | Oct 18, 2020 | $0.00 | $40.00 | $40.00 |
| 31 | Nov 18, 2020 | $0.00 | $40.00 | $40.00 |
| 32 | Dec 18, 2020 | $0.00 | $40.00 | $40.00 |
| 33 | Jan 18, 2021 | $0.00 | $40.00 | $40.00 |
| 34 | Feb 18, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Mar 18, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Apr 18, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | May 18, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | Jun 18, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Jul 18, 2021 | $0.00 | $40.00 | $40.00 |
| 40 | Aug 18, 2021 | $0.00 | $40.00 | $40.00 |
| 41 | Sep 18, 2021 | $0.00 | $40.00 | $40.00 |
| 42 | Oct 18, 2021 | $0.00 | $40.00 | $40.00 |
| 43 | Nov 18, 2021 | $0.00 | $40.00 | $40.00 |
| 44 | Dec 18, 2021 | $0.00 | $40.00 | $40.00 |
| 45 | Jan 18, 2022 | $0.00 | $40.00 | $40.00 |
| 46 | Feb 18, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Mar 18, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Apr 18, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | May 18, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | Jun 18, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Jul 18, 2022 | $0.00 | $40.00 | $40.00 |
| 52 | Aug 18, 2022 | $0.00 | $40.00 | $40.00 |
| 53 | Sep 18, 2022 | $0.00 | $40.00 | $40.00 |
| 54 | Oct 18, 2022 | $0.00 | $40.00 | $40.00 |
| 55 | Nov 18, 2022 | $0.00 | $40.00 | $40.00 |
| 56 | Dec 18, 2022 | $0.00 | $40.00 | $40.00 |
| 57 | Jan 18, 2023 | $0.00 | $40.00 | $40.00 |
| 58 | Feb 18, 2023 | $0.00 | $40.00 | $40.00 |

Page 6 of 17

Pls.' Ex. 36
P. 880

| | | | | |
|---|---|---|---|---|
| 59 | Mar 18, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Apr 18, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | May 18, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Jun 18, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Jul 18, 2023 | $0.00 | $40.00 | $40.00 |
| 64 | Aug 18, 2023 | $0.00 | $40.00 | $40.00 |
| 65 | Sep 18, 2023 | $0.00 | $40.00 | $40.00 |
| 66 | Oct 18, 2023 | $0.00 | $40.00 | $40.00 |
| 67 | Nov 18, 2023 | $0.00 | $40.00 | $40.00 |
| 68 | Dec 18, 2023 | $0.00 | $40.00 | $40.00 |
| 69 | Jan 18, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Feb 18, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Mar 18, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Apr 18, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | May 18, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Jun 18, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Jul 18, 2024 | $0.00 | $40.00 | $40.00 |
| 76 | Aug 18, 2024 | $0.00 | $40.00 | $40.00 |
| 77 | Sep 18, 2024 | $0.00 | $40.00 | $40.00 |
| 78 | Oct 18, 2024 | $0.00 | $40.00 | $40.00 |
| 79 | Nov 18, 2024 | $0.00 | $40.00 | $40.00 |
| 80 | Dec 18, 2024 | $0.00 | $40.00 | $40.00 |
| 81 | Jan 18, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Feb 18, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Mar 18, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Apr 18, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | May 18, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Jun 18, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Jul 18, 2025 | $0.00 | $40.00 | $40.00 |
| 88 | Aug 18, 2025 | $0.00 | $40.00 | $40.00 |
| 89 | Sep 18, 2025 | $0.00 | $40.00 | $40.00 |
| 90 | Oct 18, 2025 | $0.00 | $40.00 | $40.00 |
| 91 | Nov 18, 2025 | $0.00 | $40.00 | $40.00 |
| 92 | Dec 18, 2025 | $0.00 | $40.00 | $40.00 |
| 93 | Jan 18, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Feb 18, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Mar 18, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Apr 18, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | May 18, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Jun 18, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Jul 18, 2026 | $0.00 | $40.00 | $40.00 |
| 100 | Aug 18, 2026 | $0.00 | $40.00 | $40.00 |
| 101 | Sep 18, 2026 | $0.00 | $40.00 | $40.00 |
| 102 | Oct 18, 2026 | $0.00 | $40.00 | $40.00 |
| 103 | Nov 18, 2026 | $0.00 | $40.00 | $40.00 |
| 104 | Dec 18, 2026 | $0.00 | $40.00 | $40.00 |
| 105 | Jan 18, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Feb 18, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Mar 18, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Apr 18, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | May 18, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Jun 18, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Jul 18, 2027 | $0.00 | $40.00 | $40.00 |
| 112 | Aug 18, 2027 | $0.00 | $40.00 | $40.00 |
| 113 | Sep 18, 2027 | $0.00 | $40.00 | $40.00 |
| 114 | Oct 18, 2027 | $0.00 | $40.00 | $40.00 |
| 115 | Nov 18, 2027 | $0.00 | $40.00 | $40.00 |
| 116 | Dec 18, 2027 | $0.00 | $40.00 | $40.00 |
| 117 | Jan 18, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Feb 18, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Mar 18, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Apr 18, 2028 | $0.00 | $40.00 | $40.00 |
| 121 | May 18, 2028 | $0.00 | $40.00 | $40.00 |
| 122 | Jun 18, 2028 | $0.00 | $40.00 | $40.00 |

Page 7 of 17

Pls.' Ex. 36
P. 881

| | | | | |
|---|---|---|---|---|
| 123 | Jul 18, 2028 | $0.00 | $40.00 | $40.00 |
| 124 | Aug 18, 2028 | $0.00 | $40.00 | $40.00 |
| 125 | Sep 18, 2028 | $0.00 | $40.00 | $40.00 |
| 126 | Oct 18, 2028 | $0.00 | $40.00 | $40.00 |
| 127 | Nov 18, 2028 | $0.00 | $40.00 | $40.00 |
| 128 | Dec 18, 2028 | $0.00 | $40.00 | $40.00 |
| 129 | Jan 18, 2029 | $0.00 | $40.00 | $40.00 |
| 130 | Feb 18, 2029 | $0.00 | $40.00 | $40.00 |
| 131 | Mar 18, 2029 | $0.00 | $40.00 | $40.00 |
| 132 | Apr 18, 2029 | $0.00 | $40.00 | $40.00 |
| 133 | May 18, 2029 | $0.00 | $40.00 | $40.00 |
| 134 | Jun 18, 2029 | $0.00 | $40.00 | $40.00 |
| 135 | Jul 18, 2029 | $0.00 | $40.00 | $40.00 |
| 136 | Aug 18, 2029 | $0.00 | $40.00 | $40.00 |
| 137 | Sep 18, 2029 | $0.00 | $40.00 | $40.00 |
| 138 | Oct 18, 2029 | $0.00 | $40.00 | $40.00 |
| 139 | Nov 18, 2029 | $0.00 | $40.00 | $40.00 |
| 140 | Dec 18, 2029 | $0.00 | $40.00 | $40.00 |
| 141 | Jan 18, 2030 | $0.00 | $40.00 | $40.00 |
| 142 | Feb 18, 2030 | $0.00 | $40.00 | $40.00 |
| 143 | Mar 18, 2030 | $0.00 | $40.00 | $40.00 |
| 144 | Apr 18, 2030 | $0.00 | $40.00 | $40.00 |
| 145 | May 18, 2030 | $0.00 | $40.00 | $40.00 |
| 146 | Jun 18, 2030 | $0.00 | $40.00 | $40.00 |
| 147 | Jul 18, 2030 | $0.00 | $40.00 | $40.00 |
| 148 | Aug 18, 2030 | $0.00 | $40.00 | $40.00 |
| 149 | Sep 18, 2030 | $0.00 | $40.00 | $40.00 |
| 150 | Oct 18, 2030 | $0.00 | $40.00 | $40.00 |
| 151 | Nov 18, 2030 | $0.00 | $40.00 | $40.00 |
| 152 | Dec 18, 2030 | $0.00 | $40.00 | $40.00 |
| 153 | Jan 18, 2031 | $0.00 | $40.00 | $40.00 |
| 154 | Feb 18, 2031 | $0.00 | $40.00 | $40.00 |
| 155 | Mar 18, 2031 | $0.00 | $40.00 | $40.00 |
| 156 | Apr 18, 2031 | $0.00 | $40.00 | $40.00 |
| 157 | May 18, 2031 | $0.00 | $40.00 | $40.00 |
| 158 | Jun 18, 2031 | $0.00 | $40.00 | $40.00 |
| 159 | Jul 18, 2031 | $0.00 | $40.00 | $40.00 |
| 160 | Aug 18, 2031 | $0.00 | $40.00 | $40.00 |
| 161 | Sep 18, 2031 | $0.00 | $40.00 | $40.00 |
| 162 | Oct 18, 2031 | $0.00 | $40.00 | $40.00 |
| 163 | Nov 18, 2031 | $0.00 | $40.00 | $40.00 |
| 164 | Dec 18, 2031 | $0.00 | $40.00 | $40.00 |
| 165 | Jan 18, 2032 | $0.00 | $40.00 | $40.00 |
| 166 | Feb 18, 2032 | $0.00 | $40.00 | $40.00 |
| 167 | Mar 18, 2032 | $0.00 | $40.00 | $40.00 |
| 168 | Apr 18, 2032 | $0.00 | $40.00 | $40.00 |
| 169 | May 18, 2032 | $0.00 | $40.00 | $40.00 |
| 170 | Jun 18, 2032 | $0.00 | $40.00 | $40.00 |
| 171 | Jul 18, 2032 | $0.00 | $40.00 | $40.00 |
| 172 | Aug 18, 2032 | $0.00 | $40.00 | $40.00 |
| 173 | Sep 18, 2032 | $0.00 | $40.00 | $40.00 |
| 174 | Oct 18, 2032 | $0.00 | $40.00 | $40.00 |
| 175 | Nov 18, 2032 | $0.00 | $40.00 | $40.00 |
| 176 | Dec 18, 2032 | $0.00 | $40.00 | $40.00 |
| 177 | Jan 18, 2033 | $0.00 | $40.00 | $40.00 |
| 178 | Feb 18, 2033 | $0.00 | $40.00 | $40.00 |
| 179 | Mar 18, 2033 | $0.00 | $40.00 | $40.00 |
| 180 | Apr 18, 2033 | $0.00 | $40.00 | $40.00 |
| 181 | May 18, 2033 | $0.00 | $40.00 | $40.00 |
| 182 | Jun 18, 2033 | $0.00 | $40.00 | $40.00 |
| 183 | Jul 18, 2033 | $0.00 | $40.00 | $40.00 |
| 184 | Aug 18, 2033 | $0.00 | $40.00 | $40.00 |
| 185 | Sep 18, 2033 | $0.00 | $40.00 | $40.00 |
| 186 | Oct 18, 2033 | $0.00 | $40.00 | $40.00 |

Page 8 of 17

Pls.' Ex. 36
P. 882

| | | | | |
|---|---|---|---|---|
| 187 | Nov 18, 2033 | $0.00 | $40.00 | $40.00 |
| 188 | Dec 18, 2033 | $0.00 | $40.00 | $40.00 |
| 189 | Jan 18, 2034 | $0.00 | $40.00 | $40.00 |
| 190 | Feb 18, 2034 | $0.00 | $40.00 | $40.00 |
| 191 | Mar 18, 2034 | $0.00 | $40.00 | $40.00 |
| 192 | Apr 18, 2034 | $0.00 | $40.00 | $40.00 |
| 193 | May 18, 2034 | $0.00 | $40.00 | $40.00 |
| 194 | Jun 18, 2034 | $0.00 | $40.00 | $40.00 |
| 195 | Jul 18, 2034 | $0.00 | $40.00 | $40.00 |
| 196 | Aug 18, 2034 | $0.00 | $40.00 | $40.00 |
| 197 | Sep 18, 2034 | $0.00 | $40.00 | $40.00 |
| 198 | Oct 18, 2034 | $0.00 | $40.00 | $40.00 |
| 199 | Nov 18, 2034 | $0.00 | $40.00 | $40.00 |
| 200 | Dec 18, 2034 | $0.00 | $40.00 | $40.00 |
| 201 | Jan 18, 2035 | $0.00 | $40.00 | $40.00 |
| 202 | Feb 18, 2035 | $0.00 | $40.00 | $40.00 |
| 203 | Mar 18, 2035 | $0.00 | $40.00 | $40.00 |
| 204 | Apr 18, 2035 | $0.00 | $40.00 | $40.00 |
| 205 | May 18, 2035 | $0.00 | $40.00 | $40.00 |
| 206 | Jun 18, 2035 | $0.00 | $40.00 | $40.00 |
| 207 | Jul 18, 2035 | $0.00 | $40.00 | $40.00 |
| 208 | Aug 18, 2035 | $0.00 | $40.00 | $40.00 |
| 209 | Sep 18, 2035 | $0.00 | $40.00 | $40.00 |
| 210 | Oct 18, 2035 | $0.00 | $40.00 | $40.00 |
| 211 | Nov 18, 2035 | $0.00 | $40.00 | $40.00 |
| 212 | Dec 18, 2035 | $0.00 | $40.00 | $40.00 |
| 213 | Jan 18, 2036 | $0.00 | $40.00 | $40.00 |
| 214 | Feb 18, 2036 | $0.00 | $40.00 | $40.00 |
| 215 | Mar 18, 2036 | $0.00 | $40.00 | $40.00 |
| 216 | Apr 18, 2036 | $0.00 | $40.00 | $40.00 |
| 217 | May 18, 2036 | $0.00 | $40.00 | $40.00 |
| 218 | Jun 18, 2036 | $0.00 | $40.00 | $40.00 |
| 219 | Jul 18, 2036 | $0.00 | $40.00 | $40.00 |
| 220 | Aug 18, 2036 | $0.00 | $40.00 | $40.00 |
| 221 | Sep 18, 2036 | $0.00 | $40.00 | $40.00 |
| 222 | Oct 18, 2036 | $0.00 | $40.00 | $40.00 |
| 223 | Nov 18, 2036 | $0.00 | $40.00 | $40.00 |
| 224 | Dec 18, 2036 | $0.00 | $40.00 | $40.00 |
| 225 | Jan 18, 2037 | $0.00 | $40.00 | $40.00 |
| 226 | Feb 18, 2037 | $0.00 | $40.00 | $40.00 |
| 227 | Mar 18, 2037 | $0.00 | $40.00 | $40.00 |
| 228 | Apr 18, 2037 | $0.00 | $40.00 | $40.00 |
| 229 | May 18, 2037 | $0.00 | $40.00 | $40.00 |
| 230 | Jun 18, 2037 | $0.00 | $40.00 | $40.00 |
| 231 | Jul 18, 2037 | $0.00 | $40.00 | $40.00 |
| 232 | Aug 18, 2037 | $0.00 | $40.00 | $40.00 |
| 233 | Sep 18, 2037 | $0.00 | $40.00 | $40.00 |
| 234 | Oct 18, 2037 | $0.00 | $40.00 | $40.00 |
| 235 | Nov 18, 2037 | $0.00 | $40.00 | $40.00 |
| 236 | Dec 18, 2037 | $0.00 | $40.00 | $40.00 |
| 237 | Jan 18, 2038 | $0.00 | $40.00 | $40.00 |
| 238 | Feb 18, 2038 | $0.00 | $40.00 | $40.00 |
| 239 | Mar 18, 2038 | $0.00 | $40.00 | $40.00 |
| 240 | Apr 18, 2038 | $0.00 | $40.00 | $40.00 |

Client Signature   *Elaine Crawford*

Client Printed Name   Elaine Crawford

Executed on this Date   05/01/2018

Pls.' Ex. 36
P. 883

## Credit Card Authorization Form

I hereby authorize PREMIER STUDENT LOAN CENTER and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC X_ VISA Discover AMEX

Credit Card Number: █████████

Expiration Date: █████

Security (CVC) Code: ███

Name of Credit Card Holder (exactly as it appears on the card): I Elaine Crawford

Billing Address: █████████

City: Norman

State: OK

Zip Code: REDACTED

Signature of Credit Card Holder:
*Elaine Crawford*
Date: 05/01/2018

## Client Trust Account Authorization

### Dedicated Account Provider

### <u>No Advance Fees</u>

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – <u>NO ADVANCE FEES</u>**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1.   Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2.   Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

Pls.' Ex. 36
P. 885

**Service Fees – Client** authorizes the DAP to charge the following fees for services rendered:

**:    All service fees are waived.**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

Pls.' Ex. 36
P. 886

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint PREMIER STUDENT LOAN CENTER, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.   Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.   Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide PREMIER STUDENT LOAN CENTER is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with PREMIER STUDENT LOAN CENTER concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

PREMIER STUDENT LOAN CENTER

173 Technology Dr, Ste 202

Irvine, CA 92618

Any and all communications directed to me will be referred to PREMIER STUDENT LOAN CENTER.

I understand that PREMIER STUDENT LOAN CENTER is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from PREMIER STUDENT LOAN CENTER relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the PREMIER STUDENT LOAN CENTER program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

## National Student Loan Data System Access Permission

**Purpose:**   For PREMIER STUDENT LOAN CENTER to access your student loan information from government websites.

**Reason:**   For PREMIER STUDENT LOAN CENTER to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**   As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:**   We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you -- you must do that on your own.

**Authorization:**   As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**   I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

| | |
|---|---|
| Client Signature | *Elaine Crawford* |
| Client Printed Name | Elaine Crawford |
| Executed on this Date | 05/01/2018 |

| Item | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |

| Questions? | www.premierstudentloancenter.com |
|---|---|

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other important information | |
|---|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

Pls.' Ex. 36
P. 890





# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | REDACT 1852 |
| Document Title | Client Agreement |
| Sender IP | 98.173.4.2 |
| Number of Signers | 1 |
| Signer Email | REDACTED |
| Signer IP | ▮▮▮▮ |
| Timestamp | 2018-05-01T14.15:26-05:00 |
| Document Hash | 64fc2d20704dd58b2b3f258d9a4b3d8d |

### Document Audit

- Sent at 2018-05-01T14:12.05-05.00 from IP 98.173.4.2
- Delivered to Elaine Crawford REDACTED at 2018-05-01T14:12:33-05.00 from ▮▮▮▮
- Adopted Signature at 2018-05-01T14:14.42-05:00 from ▮▮▮▮
- Completed Signing at 2018-05-01T14:15.26-05.00 from ▮▮▮▮
- PDF Generated at 2018-05-01T14:15:26-05.00

### User Agent

Mozilla/5.0 (Windows NT 10.0; Win64, x64) AppleWebKit/537.36 (KHTML, lke Gecko) Chrome/58.0.3029.110 Safari/537.36 Edge/16.15299

Pls.' Ex. 36
P. 891

# Attachment B

Pls.' Ex. 36
P. 892

Welcome

From: aroche@premierstudentloancenter.com
To: **REDACTED**
Date: Tuesday, May 1, 2018, 01:40 PM CDT

**Elaine,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at  http://premierstudentloancenter.com/ For specifics please call me on my direct number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.

We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

Pls.' Ex. 36
P. 893

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**

<u>NAVIENT</u>

<u>https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints</u>

<u>GREAT LAKES</u>

<u>https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints</u>

<u>NELNET</u>

<u>https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints</u>

*Alisa Roche*

PREMIER STUDENT LOAN CENTER

<u>Direct (949) 202-1026</u>

<u>**Fax number 888-302-3033**</u>

<u>aroche@premierstudentloancenter.com</u>

<u>www.premierstudentloancenter.com</u>

<u>http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6</u>

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 36
P. 894

Re: Urgent - Proof of Income Required

From: Elaine REDACTED

To:     sbresette@slaccountmgmt.com

Date: Thursday, May 10, 2018, 10:26 AM CDT

Attached are my most current paycheck stubs for your use.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** REDACTED
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject:** Urgent - Proof of Income Required

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are
requesting for you to please send in copies of at least 2 of your most recent paystubs
received in the past 60 days and a copy of your most recent FEDERAL tax return
1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of
income.
**We DO NOT and CANNOT accept pictures of any form via email or fax. Please**
remit the necessary paperwork to us as follows
   **a.  Email –** You may scan and email the documents to us at:
sbresette@slaccountmgmt.com
   **b.   Fax –** You may fax the signed document to: **1-877-765-6365**
   **c.   Mail –** This is the slowest method taking up to 2-3 weeks. You may mail the
documents to:
             8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place
your consolidation on hold. If you have any questions or concerns in regards
to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing Department**



SL Account Mgmt
**SL Account Management**
**Direct: (949) 396-0926**

Pls.' Ex. 36
P. 895

**Fax:   1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

 Elaine Crawford's Pay Stub 04272018.pdf
143.4kB

 Elaine Crawford's Pay Stub 04132018.pdf
143.5kB

Pls.' Ex. 36
P. 896

Re: Urgent - Proof of Income Required

From: Elaine REDACTED

To:     sbresette@slaccountmgmt.com

Date:  Saturday, May 12, 2018, 10:53 AM CDT

Shayne:

I bought some time with Navient. They called and I got a deferment until August. After that I will have to start paying them while I am paying you so please try to get this processed as quickly as possible.

Thank you.

Elaine Crawford

**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:** REDACTED
**Sent: Thursday, May 10, 2018 10:17 AM**
**Subject: Urgent - Proof of Income Required**

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax.** Please remit the necessary paperwork to us as follows
    **a.  Email** – You may scan and email the documents to us at: sbresette@slaccountmgmt.com
    **b.  Fax** – You may fax the signed document to: **1-877-765-6365**
    **c.  Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:
                8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing Department**



**SL Account Mgmt**
**SL Account Management**

Pls.' Ex. 36
P. 897

**Direct: (949) 396-0926**
**Fax:     1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Virus-free. www.avast.com

Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)
To: REDACTED

Date: Friday, May 18, 2018, 10:15 AM CDT

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing Department**



**SL Account Mgmt**

**SL Account Management**

**Direct: (949) 396-0926**

**Fax:   1-877-765-6365**

**Email: sbresette@slaccountmgmt.com**

**Toll Free: 1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To: <span style="color:red">REDACTED</span>

Date: Monday, May 21, 2018, 10:42 AM CDT

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <span style="color:red">REDACTED</span>
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** <span style="color:red">REDACTED</span>
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing Department**

Pls.' Ex. 36
P. 900



**SL Account Management**

**Direct: (949) 396-0926**

**Fax:     1-877-765-6365**

**Email:** sbresette@slaccountmgmt.com

**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 36
P. 901

RE: Welcome

From:  aroche@premierstudentloancenter.com

To:   <span style="color:red">REDACTED</span>

Date:   Monday, June 11, 2018, 04:03 PM CDT

You're very welcome Elaine!

From: Elaine <<span style="color:red">REDACTED</span>
Sent: Monday, June 11, 2018 1:56 PM
To: aroche@premierstudentloancenter.com
Subject: Re: Welcome

Ok thank you.

From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
To: 'Elaine' <<span style="color:red">REDACTED</span>
Sent: Monday, June 11, 2018 3:34 PM
Subject: RE: Welcome

$55 on loans and $40 recertification

From: Elaine <<span style="color:red">REDACTED</span>
Sent: Monday, June 11, 2018 12:39 PM
To:aroche@premierstudentloancenter.com
Subject: Re: Welcome

OK I can't remember what my new payment amount is going to be.  I think you said $95.00 a month.

I'm not seeing a change on the forms that you sent me.

Page 10

From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
To: 'Elaine' <REDACTED
Sent: Monday, June 11, 2018 2:32 PM
Subject: RE: Welcome

Hi Elaine,

I sent an updated version of the documents. If you go through and re-sign the
document a copy will be sent to your email and you'll have the option to download a
copy as well.  Let me know if you need any help.

From: Elaine <REDACTED
Sent: Monday, June 11, 2018 10:58 AM
To:aroche@premierstudentloancenter.com
Subject: Re: Welcome

Alisa:

You asked me to let you know if I didn't receive the paperwork with the new payment amounts.  Well I
haven't received them so I'm just letting you know so that you can get them to me.  Shayne in
processing has not given me any updates since the last time we talked.

Thank you,

Elaine

From: "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
To:REDACTED
Sent: Tuesday, May 1, 2018 1:40 PM
Subject: Welcome

**Elaine,**

   It was a pleasure speaking with you, and thank you very much for taking the time
to speak with me regarding your Student loan options.
   We provide assistance to borrowers with federal student loans by helping you
navigate the myriad of available programs designed to provide financial assistance.
We will guide you through the steps necessary to apply and qualify for your benefits
with the U.S. Department of Education.  We are dedicated to helping people take
advantage of U.S. Department of Education approved Direct Consolidation Loan
programs.  With these programs some of the benefits include: one lender, one
payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be
happy to assist you in our prescreening process to determine your eligibility for loan
forgiveness & consolidation programs.
   For general information, you may view our website at
http://premierstudentloancenter.com/ For specifics please call me on my direct

Pls.' Ex. 36
P. 903

number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.
We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**
**NAVIENT**
https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**
https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**
https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

# *Alisa Roche*
**PREMIER STUDENT LOAN CENTER**
Direct (949) 202-1026
**Fax number** 888-302-3033
aroche@premierstudentloancenter.com
www.premierstudentloancenter.com
http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6
**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any

Pls.' Ex. 36
P. 904

unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 36
P. 905

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)
To:  REDACTED

Date: Monday, July 16, 2018, 10:55 AM CDT

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From:** Elaine <REDACTED
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application?  I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <REDACTED
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

| **Facts** | **WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION?** | |
|---|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. | |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. | |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. | |

| **Reasons we can share your personal information** | **Do we share?** | **Can you limit this sharing?** |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |
| **Questions?** | www.premierstudentloancenter.com | |

Pls.' Ex. 36
P. 907

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other Important Information | |
|---|---|
| | For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. |

Page 16

Pls.' Ex. 36
P. 908

 

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | REDAC 1852 |
| Document Title | Client Agreement |
| Sender IP | 98.173.4.2 |
| Number of Signers | 1 |
| Signer Email | REDACTED |
| Signer IP | |
| Timestamp | 2018-05-01T14:15:26-05:00 |
| Document Hash | 64fe2d20704dd58b2b3f258d9a4b3d8d |

## Document Audit

- Sent at 2018-05-01T14:12:05-05:00 from IP 98.173.4.2
- Delivered to Elaine Crawford REDACTED at 2018-05-01T14:12:33-05:00 from ▮▮▮▮
- Adopted Signature at 2018-05-01T14:14:42-05:00 from ▮▮▮▮
- Completed Signing at 2018-05-01T14:15:26-05:00 from ▮▮▮▮
- PDF Generated at 2018-05-01T14:15:28-05:00

## User Agent

Mozilla/5.0 (Windows NT 10:0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/58:0.3029.110 Safari/537.36 Edge/16.16299

Pls.' Ex. 36
P. 909

# Attachment B

## Welcome

From: aroche@premierstudentloancenter.com

To: <span style="color:red">**REDACTED**</span>

Date: Tuesday, May 1, 2018, 01:40 PM CDT

**Elaine,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at http://premierstudentloancenter.com/ For specifics please call me on my direct number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.

We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

Pls.' Ex. 36
P. 911

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**

**NAVIENT**

https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**

https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**

https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

*Alisa Roche*

**PREMIER STUDENT LOAN CENTER**

Direct (949) 202-1026

**Fax number 888-302-3033**

aroche@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 36
P. 912

Re: Urgent - Proof of Income Required

From: **<span style="color:red">REDACTED</span>**

To:     sbresette@slaccountmgmt.com

Date:   Thursday, May 10, 2018, 10:26 AM CDT

Attached are my most current paycheck stubs for your use.

Thank you.

Elaine Crawford

---

**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:<span style="color:red">REDACTED</span>**
**Sent:** Thursday, May 10, 2018 10:17 AM
**Subject:** Urgent - Proof of Income Required

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least **2** of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax. Please remit the necessary paperwork to us as follows**
    **a.   Email –** You may scan and email the documents to us at: sbresette@slaccountmgmt.com
    **b.   Fax –** You may fax the signed document to: **1-877-765-6365**
    **c.   Mail –** This is the slowest method taking up to 2-3 weeks. You may mail the documents to:
                8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing   Department**



SL Account Mgmt
**SL Account Management**
**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:   1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Elaine Crawford's Pay Stub 04272018.pdf
143.4kB

 Elaine Crawford's Pay Stub 04132018.pdf
143.5kB

Re: Urgent - Proof of Income Required

From: Elaine REDACTED

To:     sbresette@slaccountmgmt.com

Date:   Saturday, May 12, 2018, 10:53 AM CDT

Shayne:

I bought some time with Navient. They called and I got a deferment until August. After that I will have to start paying them while I am paying you so please try to get this processed as quickly as possible.

Thank you.

Elaine Crawford

---

**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:** REDACTED
**Sent: Thursday, May 10, 2018 10:17 AM**
**Subject: Urgent - Proof of Income Required**

Hello Elaine,

I am contacting you in regards to your Student Loan Consolidation. We are requesting for you to please send in copies of at least 2 of your most recent paystubs received in the past 60 days and a copy of your most recent FEDERAL tax return 1040 pages 1 and 2. We cannot accept W-2 paperwork as acceptable forms of income.
**We DO NOT and CANNOT accept pictures of any form via email or fax.** Please remit the necessary paperwork to us as follows

   **a.   Email** – You may scan and email the documents to us at: sbresette@slaccountmgmt.com
   **b.   Fax** – You may fax the signed document to: **1-877-765-6365**
   **c.   Mail** – This is the slowest method taking up to 2-3 weeks. You may mail the documents to:
             8 Whatney Ste 100 #8 Irvine, CA 92618
**Please NOTE: Not sending in these documents can prolong, postpone, or place your consolidation on hold. If you have any questions or concerns in regards to our request, please feel free to contact me at any time.**

**Shayne Bresette**
**Processing Department**



**SL Account Mgmt**
**SL Account Management**

Pls.' Ex. 36
P. 915

**Direct: (949) 396-0926**
**Fax:    1-877-765-6365**
**Email:  sbresette@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Virus-free. www.avast.com

Pls.' Ex. 36
P. 916

Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To: <span style="color:red">**REDACTED**</span>

Date: Friday, May 18, 2018, 10:15 AM CDT

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing Department**



**SL Account Management**

**Direct: (949) 396-0926**

**Fax:    1-877-765-6365**

**Email:  sbresette@slaccountmgmt.com**

**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

RE: Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt.com)

To:   REDACTED

Date:  Monday, May 21, 2018, 10:42 AM CDT

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

From: Elaine · REDACTED
Sent: Friday, May 18, 2018 9:01 AM
To: Shayne Bresette <sbresette@slaccountmgmt.com>
Subject: Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

From: Shayne Bresette <sbresette@slaccountmgmt.com>
To: REDACTED
Sent: Friday, May 18, 2018 10:15 AM
Subject: Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**

**Processing Department**

Pls.' Ex. 36
P. 918



# SL Account Mgmt

**SL Account Management**

**Direct: (949) 396-0926**

**Fax:     1-877-765-6365**

**Email:** sbresette@slaccountmgmt.com

**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 36
P. 919

RE: Welcome

From: aroche@premierstudentloancenter.com

To: **REDACTED**

Date: Monday, June 11, 2018, 04:03 PM CDT

You're very welcome Elaine!

**From:** Elaine <**REDACTED**
**Sent:** Monday, June 11, 2018 1:56 PM
**To:** aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

Ok thank you.

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:** 'Elaine' <**REDACTED**
**Sent:** Monday, June 11, 2018 3:34 PM
**Subject:** RE: Welcome

$55 on loans and $40 recertification

**From:** Elaine <**REDACTED**
**Sent:** Monday, June 11, 2018 12:39 PM
**To:** aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

OK I can't remember what my new payment amount is going to be. I think you said $95.00 a month.

I'm not seeing a change on the forms that you sent me.

Pls.' Ex. 36
P. 920

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:** 'Elaine' <REDACTED
**Sent:** Monday, June 11, 2018 2:32 PM
**Subject:** RE: Welcome

Hi Elaine,

I sent an updated version of the documents. If you go through and re-sign the document a copy will be sent to your email and you'll have the option to download a copy as well.  Let me know if you need any help.

**From:** Elaine REDACTED
**Sent:** Monday, June 11, 2018 10:58 AM
**To:** aroche@premierstudentloancenter.com
**Subject:** Re: Welcome

Alisa:

You asked me to let you know if I didn't receive the paperwork with the new payment amounts.  Well I haven't received them so I'm just letting you know so that you can get them to me.  Shayne in processing has not given me any updates since the last time we talked.

Thank you,

Elaine

---

**From:** "aroche@premierstudentloancenter.com" <aroche@premierstudentloancenter.com>
**To:** REDACTED
**Sent:** Tuesday, May 1, 2018 1:40 PM
**Subject:** Welcome

**Elaine,**

    It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.
    We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education.  We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs.  With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.
    For general information, you may view our website at
http://premierstudentloancenter.com/ For specifics please call me on my direct

Pls.' Ex. 36
P. 921

number (949) 201-1294 . There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you. We are proud to have an A rating with the Better Business Bureau (*BBB*)



**Listed below are many helpful links about receiving student loan benefits:**

http://www.ibrinfo.org/

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

**BETTER BUSINESS BUREAU: REVIEWS & COMPLAINTS**
**NAVIENT**
https://www.bbb.org/delaware/business-reviews/loans/navient-in-wilmington-de-92002017/reviews-and-complaints

**GREAT LAKES**
https://www.bbb.org/wisconsin/business-reviews/consumer-finance-and-loan-companies/great-lakes-higher-education-corporation-in-madison-wi-12000219/reviews-and-complaints

**NELNET**
https://www.bbb.org/nebraska/business-reviews/scholarships-and-financial-aid/nelnet-national-educational-loan-network-in-lincoln-ne-209000034/reviews-and-complaints

## *Alisa Roche*
PREMIER STUDENT LOAN CENTER
Direct (949) 202-1026
**Fax number** 888-302-3033
aroche@premierstudentloancenter.com
www.premierstudentloancenter.com
http://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#2966fc2f37c6
***** **Email confidentiality notice** *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any

unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

Pls.' Ex. 36
P. 923

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To: **REDACTED**

Date: Monday, July 16, 2018, 10:55 AM CDT

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From: Elaine <REDACTED**
**Sent: Friday, July 13, 2018 7:21 AM**
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application?  I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <REDACTED**
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

Page 14

**From:** Elaine <REDACTED
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** REDACTED
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,
I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.
If you have any questions, please do not hesitate to call us at **(949) 396-0926**
Thank you,
**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:    1-877-765-6365**
**Email:** sbresette@slaccountmgmt.com

Pls.' Ex. 36
P. 925

**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic
transmission, and any attachments, may contain CONFIDENTIAL information. The
information is intended only for use by the addressee named above. Any
unauthorized use, disclosure, dissemination or copying of the contents of the
information and any attachments contained in this electronic transmission is strictly
prohibited. If you are not the intended addressee, please notify the sender
immediately and delete this message.

Pls.' Ex. 36
P. 926

RE: Documents Received

From: Shayne Bresette (sbresette@slaccountmgmt.com)

To: **REDACTED**

Date: Tuesday, August 14, 2018, 09:58 AM CDT

I have re submitted your forbearance with Navient, please give your account 48 hours to reflect the suspended payments. I just contacted Nelnet, the servicer processing your consolidation and it looks like a couple pages of the application were not received properly through the fax they were sent through so I will be re submitting them today to get us back on track.

**From: Elaine** <**REDACTED**
**Sent:** Monday, August 13, 2018 4:56 PM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Hello Shayne:

My student loans with Navient are now due again.  If you can try to get a forbearance on them that would be great.

Also could you check on the status of my consolidation I would greatly appreciate it.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <**REDACTED**
**Sent:** Monday, July 16, 2018 10:55 AM
**Subject:** RE: Documents Received

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval

before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From:** Elaine <REDACTED
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application?  I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <REDACTED
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine <REDACTED
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** REDACTED
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,

I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.

If you have any questions, please do not hesitate to call us at **(949) 396-0926**

Thank you,

**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:    1-877-765-6365**
**Email:** sbresette@slaccountmgmt.com
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Virus-free. www.avast.com

Pls.' Ex. 36
P. 929

Your forbearance request has been approved

From: Navient (CustomerService@navient.com)
To: **REDACTED**
Date: Thursday, August 16, 2018, 06:29 AM CDT

# NAVIENT.

## ELAINE CRAWFORD, your request for forbearance has been approved.

### Your payments will resume on 12/16/18.

If we service your other eligible federal loans, forbearance will also be applied to those loans, and you'll receive notification of those forbearances.

**How will I know when I have to begin making payments of principal and interest?**
Your updated repayment schedule will be sent to you shortly before you're required to begin repaying your loan(s). Remember, your forbearance period may be shortened or canceled if the agreed-upon terms are not met. Please let us know if anything changes that could affect your status.

**Can payments be made before the end of the forbearance period?**
Yes, you can make payments during the forbearance period. You also may contact us to shorten or cancel any current or future forbearance at any time.

We appreciate the opportunity to help you navigate the path to financial success.

Sincerely,

Navient Customer Service

To view all information regarding this notification, log in to your Navient inbox.



**Manage your account online at Navient.com.**

**Remember,** the more you can pay each month, the less you'll pay in interest over the life of your loan(s).

*Please do not respond to this automated message. Emails sent to this address are not monitored*

Please note you'll need Adobe Reader 5.0 or higher to view your document. Download the latest version of Adobe Reader for free

Pls.' Ex. 36
P. 930

RE: Documents Received

From:  Shayne Bresette (sbresette@slaccountmgmt.com)

To:  **REDACTED**

Date:  Thursday, September 27, 2018, 09:53 AM CDT

Hello Elaine,

Let me check on the status of your consolidation.

From: Elaine **REDACTED**
Sent: Wednesday, September 26, 2018 1:54 PM
To: Shayne Bresette <sbresette@slaccountmgmt.com>
Subject: Re: Documents Received

Shayne it has been exactly 6 weeks since I last spoke with you see emails below.

Please let me know the status of my consolidation.

Thank you.

Elaine Crawford.

From: Shayne Bresette <sbresette@slaccountmgmt.com>
To: Elaine <**REDACTED**
Sent: Wednesday, August 15, 2018 10:20 AM
Subject: RE: Documents Received

It will take about 4 – 6 weeks for the entire approval process.

From: Elaine **REDACTED**
Sent: Tuesday, August 14, 2018 10:54 AM

**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thanks Shayne. I will check the Navient account on Friday and see if the forbearance was accepted. After you submit the pages to Nelnet how much longer will it be before the consolidation will be approved?

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <REDACTED
**Sent:** Tuesday, August 14, 2018 9:58 AM
**Subject:** RE: Documents Received

I have re submitted your forbearance with Navient, please give your account 48 hours to reflect the suspended payments. I just contacted Nelnet, the servicer processing your consolidation and it looks like a couple pages of the application were not received properly through the fax they were sent through so I will be re submitting them today to get us back on track.

**From:** Elaine <REDACTED
**Sent:** Monday, August 13, 2018 4:56 PM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

*This was the First time Nelnet was ever mentioned. Elaine*

Hello Shayne:

My student loans with Navient are now due again. If you can try to get a forbearance on them that would be great.

Also could you check on the status of my consolidation I would greatly appreciate it.

Thank you.

Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine <REDACTED
**Sent:** Monday, July 16, 2018 10:55 AM
**Subject:** RE: Documents Received

Pls.' Ex. 36
P. 932

Your consolidation was submitted May 29th so we are right around 6 weeks into the approval process. I checked on your program and it has not been approved yet so please be patient for another couple weeks, I should be receiving your approval before August. If the program still has not been approved by that point, I will submit a forbearance and have your payments with Navient suspended into September.

**From:** Elaine ‹REDACTED
**Sent:** Friday, July 13, 2018 7:21 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Shayne:

Where are we on my student loan application? I will have to pay Navient and you starting in August so I would like to have taken care of before then.

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** Elaine ‹REDACTED
**Sent:** Monday, May 21, 2018 10:42 AM
**Subject:** RE: Documents Received

I will notify you every step of the way, I still haven't submitted your application yet, I will be forwarding you an email this week when I have it officially submitted to the DoE.

**From:** Elaine ‹REDACTED
**Sent:** Friday, May 18, 2018 9:01 AM
**To:** Shayne Bresette <sbresette@slaccountmgmt.com>
**Subject:** Re: Documents Received

Thank you for letting me know that you have received all of my proof of income.

How will I know if the consolidation has been approved?

Thanks, Elaine Crawford

---

**From:** Shayne Bresette <sbresette@slaccountmgmt.com>
**To:** REDACTED
**Sent:** Friday, May 18, 2018 10:15 AM
**Subject:** Documents Received

Hello Elaine,
I would like to confirm with you that I have received your proof of income in order to process your consolidation! Please keep in mind that the approval process can take up to 30-90 days.
If you have any questions, please do not hesitate to call us at **(949) 396-0926**
Thank you,

**Shayne Bresette**
**Processing Department**



**SL Account Management**
**Direct: (949) 396-0926**
**Fax:     1-877-765-6365**
**Email:** sbresette@slaccountmgmt.com
**Toll Free:  1-888-283-9631**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

 Virus-free. www.avast.com

# Attachment C

# HP LaserJet Pro MFP M521dn

# Fax Confirmation

Oct-16-2018  9:07AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 140 | 10/16/2018 | 9:06:14AM | Send | REDACTED | 0:41 | 1 | OK |

October 16, 2018

Via facsimile and by U.S. Mail
1-888-765-6363

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 92618

Via facsimile REDACTED

SL Account Management
ShayneBrasette
Processing Department

Re:   Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you are working on getting my student loans forgiven and/or consolidated. I have called and emailed several times and cannot get any answers.

This letter is a request to stop any further efforts to consolidate and/or place my student loan account with Navient into another student loan servicing program. This letter also is a request to refund the five payments of $239.00 each for your fee to prepare documentation. The documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

Elaine Crawford

*Cancelled Harvest 10/16/2018 — Stop payment*

Page 1   = FAXED Fraud Complaint

Pls.' Ex. 36
P. 936

# HP LaserJet Pro MFP M521dn

# Fax Confirmation

Oct-16-2018  9:13AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 142 | 10/16/2018 | 9:12:17AM | Send | REDACTED | 0:41 | 1 | OK |

---

Elaine Crawford
REDACTED
e-mail: REDACTED

October 16, 2018

Via facsimile and by U.S. Mail
1-818-265-6165    922-202-2022

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 92618

Via facsimile REDACTED

SL Account Management
Shayne Bresette
Processing Department

Re:   Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you
are working on getting my student loans forgiven and/or consolidated. I have called and emailed
several times and cannot get any answers.

This letter is a request to stop any further efforts to consolidate and/or place my student
loan account with Navient into another student loan servicing program. This letter also is a request
to refund the five payments of $239.00 each for your fee to prepare documentation. The
documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

Elaine Crawford

Pls.' Ex. 36
P. 937

**Subject:**  Re: Consolidation Update

**From:**  Elaine REDACTED

**To:**  sbresette@slaccountmgmt.com;

**Date:**  Tuesday, October 16, 2018 9:09 AM

Please see the attached Cancellation of Program letter. Stop working on this immediately.

Elaine Crawford

---

**From: Shayne Bresette <sbresette@slaccountmgmt.com>**
**To:** REDACTED           ' < REDACTED           >
**Sent:** Monday, October 1, 2018 7:49 PM
**Subject: Consolidation Update**

Hello Elaine,

Thank you for your patience during this process I know it had been delayed quite some time so far. Nelnet has received your consolidation but the processing still seems to be delayed, I am currently working on expediting the process and I will update you in no more than a week. Your cooperation is greatly appreciated.

# Shayne Bresette
**Processing Department**

**SL Account Management**
**Direct: (949) 202-2356**
**Fax:  1-877-765-6365**
**Email:**

## SL Account Mgmt
**sbresette@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

***** Email confidentiality notice *****
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure,

Pls.' Ex. 36
P. 938

dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

## Attachments

- image001.gif (205B)
- image002.png (167B)
- image004.png (13.04KB)
- Cancellation of Program.pdf (24.41KB)

Pls.' Ex. 36
P. 939



Elaine Crawford

Norman, OK REDACTED

e-mail: REDACTED

October 16, 2018

Via facsimile and by U.S. Mail

~~1-888-765-6365~~   988-302-3033

Premier Student Loan Center
173 Technology Dr., Ste. 202
Irvine, CA 92618

Via facsimile 1-877-765-6365

SL Account Management
ShayneBresette
Processing Department

Re:   Cancellation of Program

To Whom It May Concern:

I started your program on May 1, 2018, I have not yet been provided any proof that you are working on getting my student loans forgiven and/or consolidated. I have called and emailed several times and cannot get any answers.

This letter is a request to stop any further efforts to consolidate and/or place my student loan account with Navient into another student loan servicing program. This letter also is a request to refund the five payments of $239.00 each for your fee to prepare documentation. The documentation has not been completed and I request a refund of $1,195.00.

I will not be making any further payments to you starting immediately.

Elaine Crawford

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For Delivery Information visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 3.45
Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ 2.75
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
.47
Total Postage and Fees
$ 6.67
Sent To Premier Student Loan Center
Street and Apt. No., or PO Box No. Technology Dr. Ste 202
City, State, ZIP+4® Irvine, CA 92618

Postmark Here  OCT 16 2018

8989.9054
(Elaine)

Pls.' Ex. 36
P. 940

# Plaintiffs' Exhibit 37

## DECLARATION OF JAVONNA SMITH

### Pursuant to 28 U.S.C § 1746

I, Javonna Smith, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Minneapolis, Minnesota.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      I was born in Baltimore, Maryland, and grew up in Charlotte, North Carolina. After graduating from high school in North Carolina in 1992, I traveled with a community gospel choir for the next four years, until my daughter was born in 1997. From 1996 to 2006, I worked as a customer service representative at two different companies. In 2001, I began to study at Central Piedmont Community College, and I was able to achieve an Associate in Arts degree in 2005. I also studied sociology and communications at the University of North Carolina from 2006 to 2008; however, I did not complete my studies. At the same time, I went to cosmetology school and became a licensed cosmetologist in 2007. After that, I worked as a hair stylist for the next six years, and then became the manager of a hair salon in 2012. In 2014, I transferred to the University of Minnesota and graduated with a Bachelor of Science in Human Resources and Communications in 2017. Since 2017, I have been working as a human resource professional at two different companies in Minneapolis. In 2021, I also started studying online at Walden

1

University in Minneapolis and plan to achieve a Master of Business Administration by the end of 2022.

4.      In pursuing my college education, I incurred more than $65,000 in student loan debt by September 2017.

5.      In September 2017, I had just graduated from the University of Minnesota. I had not yet started making monthly payments and my student loans were still in forbearance. However, I had started receiving notices for my student loans and did not think that I would be able to afford the $200 monthly payments. My finances were also stretched thin because I was helping my daughter with college by sending her about $250 a month. Additionally, I also had had surgery at the end of 2016 and had been out of work for approximately six weeks. In short, I was feeling the stress of trying to get healthy, contribute again to household expenses, and support my daughter with her own education, in addition to making my own impending student loan payments.

6.      I started seeing pop-up ads on social media sites promoting student loan forgiveness programs that could supposedly decrease my student loan debt by as much as 60 percent.

7.      I also received several text messages from Nic Tiffany with Premier Student Loan Center ("PSLC"). In these text messages, Nic assured me that PSLC could reduce my student loan debt by as much as 60 percent through a student loan

2

forgiveness program with the federal government. I responded to Nic via text message with some general questions about the program and Nic provided me with information about interest rates, monthly payments, and a referral program. I assumed PSLC obtained my contact information from the Department of Education because he told me that PSLC had a relationship with the federal government.

8.     After that, Nic sent me an 800 number so that we could speak directly, and I called him shortly thereafter in October 2017. During that phone call, Nic told me that, after making an initial down payment of $1000, which was a processing fee for taking over my loans, my monthly student loan payments would be reduced to $25 for the next 30 years. Nic told me that after 30 years of $25 monthly payments toward my loans, the rest of my student loan debt would be forgiven, which would amount to over half of what I owed. Nic explained that PSLC was able to do this because it had a direct relationship with the Department of Education. I believed him when he told me this because Nic knew how many loans I had and how much student loan debt I had accrued. Because of that, I assumed that PSLC was a legitimate company working with the federal government.

9.     Over the course of several phone calls, Nic explained that, once I was in the student loan debt forgiveness program, I would no longer need to be in contact with my student loan servicer, as PSLC was taking over my loans and would take

over all communication. Nic even changed the password to my Federal Student Aid login account.

10.     Nic also explained that PSLC had a gift card referral program in which PSLC would give me $50 gift cards for every person I referred who enrolled with PSLC. In the end, I referred my husband, my sister, and my mother, but only my husband ended up enrolling in the program.

11.     I provided Nic with my personal information, including address, income, and family size, and Nic filled out an application on my behalf, which PSLC then submitted to the Department of Education. He then referred me to his colleague, Olivia Sanford, in order to complete the enrollment process. After providing Olivia with the necessary paperwork, I signed the client agreement on October 11, 2017.

12.     For approximately two years after paying the initial processing fee, I regularly made the monthly payments, which I believed were going toward my student loans. I thought everything was going fine until October 2019, when I received a letter stating that my loans had been transferred to FedLoan Servicing. This same letter also stated that the amount that I owed had ballooned to approximately $80,000. I immediately called Nic to find out what was happening, but I could not get in touch with him. The line was either busy or out of service. I sent Nic some emails, but I never received a response. Then I googled "Premier" on the internet and found out that it all had been a scam, and that the Minnesota Attorney

General's Office had sued PSLC. I reached out to the Attorney General's Office and also contacted my loan servicer and enrolled in an income-driven repayment program. I made two payments under this program, but since then my payments have been deferred due to COVID-19.

13.     My entire experience with PSLC has really made me feel violated. I trusted this company and gave it all of my personal information, including my social security number and federal student aid account information. I even allowed the company to take over my loans. But PSLC lied to me; my loans were never on a path to be forgiven. To the contrary, PSLC simply took advantage of me.

14.     It was especially frustrating because I feel like I did my due diligence. I did some online research about PSLC, and I asked them many questions about the program. Nic earned my trust, and I am mad at myself for having trusted him, even more so because I even helped get my husband enrolled in the same program with PSLC. I wish I could get in touch with Nic to give him a piece of my mind. I would tell him that I trusted him as a client and that I was not treated as a client should be treated.

15.     I paid PSLC a total of $1,600.00 during the twenty-four months I was enrolled in the student loan debt relief program.

16.     To be perfectly honest, PSLC's actions have substantially impacted my life, both financially and emotionally. As of today, because of interest that has

5

accrued, I now owe approximately $95,000 in student loans, which is more than what I owed when I signed up with PSLC. I live paycheck-to-paycheck. I could have used the money I paid to PSLC to actually pay down my student loans, or pay my other bills, or support my daughter with her college education.

17.     PSLC also really hurt me emotionally. As I said before, this experience has made me feel violated. It has also made me feel like a fool because I didn't figure it out in time and ended up getting swindled, along with my husband. Right now, I just hope that the Attorney General's Office is able to right this wrong and help the people who have been defrauded by PSLC.

18.     If I had known the money I was paying to PSLC was not being applied to my student loan balance, I never would have paid the company.

19.     If I had known that PSLC lied to me that my student loans would be forgiven, I never would have signed up with this company.

20.     I declare under penalty of perjury that the foregoing is true and correct.

21.     Executed on January 12, 2023.

Javonna Smith

At Minneapolis, Minnesota

6

Plaintiffs' Exhibit 38

Declaration of Victor Simonenko

Pursuant to 28 U.S.C. § 1746

I, Viktor Simonenko, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Waterford, Michigan.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      Around December 2018, I received several phone calls about student loans, after the Financial Aid department at my school underwent a number of changes. I also searched online for student loan forgiveness companies; found what I thought to be a legitimate company, SL Account Management; and I had a conversation with a representative from the company after the initial phone call that I received. I believe I also completed an online form on the company's website. Soon after searching online, I received another phone call from a company representative, Ryan Fisher, who indicated that the company was affiliated with the Department of Education, and he sounded professional.

4.      During the first call, he stated that I qualified for the loan forgiveness program offered by the company, and that after I made monthly payments over a long period of time, the company would be able to consolidate my student loans and forgive approximately half of my outstanding student loans.

5.      He also stated that I needed to first pay a large upfront cost of around $1,200, split up into six monthly payments of around $200, and thereafter I would pay $30 per month. I understood the upfront costs of $1,200 was for completing my application and setting up my student loan forgiveness program. The $30 per month was for my loan forgiveness program.

6.      To complete my application for the student loan forgiveness program and consolidation, I needed to send the company my paystubs, my FSA ID PIN, and my social security number. Ryan Fisher also asked me questions about my marital status and family size.

7.      After the initial call, the representative sent me a few emails in January 2019 reminding me to send in my paystubs and other identifying information to complete the

1

CFPB-20221128-00018383

consolidation of my loans and to initiate my Income Driven Repayment Plan as well, which according to the email would take three to six weeks to complete.

8.      In January 2019, after I sent in my paystubs and other personal information, they sent me an email stating that they received my loan summary statement from my new servicer and that all of my loans were included in the consolidation. They also started to withdraw $200 monthly from my bank account for the application fee for the loan forgiveness program.

9.      On April 22, 2019, I received an email from Mirella Fuentes, from the Processing Department, indicating that my consolidation was complete and that my new servicer was Fedloan Servicing.

10.     I contacted Mirella Fuentas on June 19, 2019, inquiring about the monthly payment amount. I also found out through that email communication that my payments were being sent to another company, Financial Preparation Services. In addition, the processing department was a different company from the company that I made payments to, which was confusing.

11.     On November 18, 2019, I received an email from the company indicating that there was a lawsuit against the company, which prompted me to contact my servicer to find out the status of my loan and to find out whether my loan was in a loan forgiveness program. During the call with my servicer, I found out that my loan was not in a loan forgiveness program, which was contrary to some of the assurances made by the SL Account Management representatives. I also found out that I could consolidate my loans on my own for free, without the assistance of a third-party. At this point, I knew that the company was a scam.

12.     If I had known that SL Account Management was not able to provide loan forgiveness and that I could consolidate my loans and complete the income driven repayment program for free, I would have never used their services.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Pls.' Ex. 38
P. 950

CFPB-20221128-00018384

Executed on ___06/28___, 2022.

_____
Viktor Simonenko

At Waterford, Michigan

3

Pls.' Ex. 38
P. 951

CFPB-20221128-00018385

Plaintiffs' Exhibit 39

Declaration of Jennifer Etzel-Elaqad

Pursuant to 28 U.S.C. § 1746

I, Jennifer Etzel-Elaqad, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Phoenix, Arizona.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In 2015, I had approximately $40,000 worth of student loans that went into default. I wanted to reinstate my student loans and get them out of default.

4.      Around January 2016, I received a phone call from Premier Student Loans ("Premier"). The Premier representative stated that he got my information from the U.S. Department of Education ("DOE"). The Premier representative said that due to a law signed by President Obama, and because I have a nursing degree, that I was eligible for a special program. The Premier representative stated that under this program, I could enroll and after 10 years of reduced payments my loan would be totally paid off.

5.      I began to research Premier and found a Facebook post where a consumer recommended Premier.

6.      I called Premier and spoke to a representative who identified herself as Rachel Villasenor. I was on the phone with her for about 15 minutes. She told me that I would be applying to a student loan forgiveness program. She stated that my monthly payments would be lowered. I would make monthly payments for ten years and at the end of the ten years the rest of my loan would be forgiven. It sounded like a partial forgiveness program to me. I told her I would think about signing up for the program.

7.      A few days later Rachel called me back and asked for some personal information including my income and how many children lived in my home. I told her that I have three dependents and myself in the household and that I receive a salary. She also asked me to verify my FASFA login and password. She stated that because of this new government program, I would pay $299 per month for three months, then $30 a month for ten years. These payments were all fees for Premier to manage my account. She explained that I would also have to make a

1

monthly loan payment to my servicer, but that my monthly student loan payment would be lowered. I provided Rachel with access to my checking account to charge me automatically.

8.      Rachel emailed me so I had her contact information. One of the links below her signature said "whitehouse.gov." I clicked on the link and it looked official. A true and correct copy of the e-mail sent to me on September 27, 2016 is attached hereto as **Attachment A.**

9.      I thought Premier was a legitimate company so I signed up for its services. A true and correct copy of the agreement I signed on September 27, 2016 is attached hereto as **Attachment B.**

10.      After signing up, I made the first three payments of $299. I noticed my student loan balance was increasing and my credit score was going down.

11.      At that time Navient was my student loan servicer. I logged into my Navient account and saw that I had no payments due because my account status was still in default.

12.      I called Premier and asked why my loan balance was going up and why Navient's website stated that I had no payments due and was still in default. The Premier representative put me on hold for a few minutes and came back on the line to tell me that they had Navient on the phone and Navient stated that I had been approved for an income based repayment plan (IBR).

13.      On October 16, 2016, I accessed the CFPB website and filed a complaint because Premier was not returning my calls or emails.

14.      When I finally got in touch with someone from Premier, the person with whom I spoke told me that I had been approved for partial loan forgiveness as long as I continue to make my monthly payments under the IBR program. On October 24, 2016, Premier notified me that my monthly payment would be $21 per month. A true and correct copy of the e-mail I received from Premier on October 24, 2016 is attached hereto as **Attachment C.**

15.      After receiving that e-mail I logged on to Navient to verify what Premier had told me. When I logged on to the Navient site it stated there was no payment due. I immediately wrote Premier an e-mail trying to understand what I owed. A true and correct copy of the e-mail I sent to Premier on October 31, 2016 is attached hereto as **Attachment D.**

Pls.' Ex. 39
P. 954

16.      On November 17, 2016, I received an email from Premier saying I would have to pay them $30 per month due on December 17, 2016. A true and correct copy of the e-mail from Premier on November 17, 2016 is attached hereto as **Attachment E.**

17.      Eventually I did receive statements from Navient stating that I owed $21 a month. I continued to pay Navient and Premier for the next year.

18.      In August 2017 I received a notification that my annual IBR recertification was complete. I assume that Premier had sent in the information for this recertification for me. I was not contacted by Premier for this information. After this my payment to Navient went down to $13 a month.

19.      Another year passed, and this time I received notification from Navient that I had to complete the recertification process. I provided Navient with the requested documentation, including my tax returns. They told me that my new payment would be $506 a month. I was completely shocked. There is no way I could afford that payment and requested forbearance.

20.      I had no idea how Premier was able to get my payment so low. I tried to figure out what could have made my payment so low, and experimented with an online IBR payment calculator using different numbers for income and family size. I concluded that Premier must have inflated the number of family members or reduced my income in applying for an IBR plan on my behalf.

21.      I recently contacted Navient to ask them what was submitted on my behalf in August 2017 for the annual IBR recertification. They sent me a message stating that my family size on that form was listed as 3 children and 3 dependents. A true and correct copy of the message from Navient is attached hereto as **Attachment F.**

22.      If I had known that my lower monthly payment would be based on falsified family size or income then I would never have paid Premier for its services.

23.      If I had known that Premier could not actually provide loan forgiveness, then I never would have paid Premier for its services.

24.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

25.    Executed on __9/23__, 2019.

Jennifer Etzel-Elaqad

At Phoenix, Arizona

Pls.' Ex. 39
P. 956

# Attachment A

Pls.' Ex. 39
P. 957

| | |
|---|---|
| **From:** | J.E.E |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fwd: Premier Student Loan Center |
| **Date:** | Tuesday, July 16, 2019 11:39:21 AM |
| **Attachments:** | image001.jpg |

2nd emailng me asking question

---------- Forwarded message ---------
From: **rachel@premierstudentloancenter.com** <Rachel@premierstudentloancenter.com>
Date: Thu, Sep 29, 2016 at 12:45 PM
Subject: RE: Premier Student Loan Center
To: J.E.E <REDACTED                    >

Loans are VERY confusing and that's why I'm here! Just like not everyone qualifies for these programs not all consolidated and non-consolidated loans qualify that's why I have to take a look at your loans before I tell you what and if you qualify for. As far as yours and Beckys loans they are all in the clear to qualify. If you ladies have any further questions you can always reach me at (949) 207-1022

**From:** J.E.E [mailto:REDACTED
**Sent:** Thursday, September 29, 2016 11:41 AM
**To:** rachel@premierstudentloancenter.com
**Subject:** Re: Premier Student Loan Center

Is it consolidated or non consolidated loans that qualify beck and I are confused.

On Sep 27, 2016 14:53, "rachel@premierstudentloancenter.com" <Rachel@premierstudentloancenter.com> wrote:

# Rachel Villasenor

## Enrollment Specialist

# Premier Student Loan Center

_Direct 949-207-1022_

Pls.' Ex. 39
P. 958

_Fax number 888-302-3033_

rachel@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

**http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/**

**https://en.wikipedia.org/wiki/Federal_Direct_Student_Loan_Program**

Description: Description: download



***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Pls.' Ex. 39
P. 959

# Attachment B

Pls.' Ex. 39
P. 960

# Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between PREMIER STUDENT LOAN CENTER (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

**1. Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

**2. Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

By initialing here, Client requests Company to complete & submit executed application to DOE.

Initials _JE_

**3. Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client and ongoing support are described in the attached Fee Schedule (Exhibit A). Client should review the attached Fee Schedule carefully, which sets forth one or more fees that the Client will be charged depending on the services that are performed. All fees are earned, due and payable as described in the attached Fee Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The funds shall be debited from Client's bank account or charged on Client's credit card. Client shall be responsible for any third party support or service fees, such as bank processing or third party account fees. At Client's option, an independent dedicated account provider may be used to debit/charge fees, holding them securely under Client's ownership until fees become due. Client may select such optional provider and is responsible for all costs associated with such.

**4. Limited Money Back Guarantee.** Company guarantees that its documents will be sufficiently accurate and comprehensive so that Client will receive a federal student loan consolidation or acceptance into another DOE-offered program for student loan debt, or a repayment plan using current lenders, through the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates, provides accurate and timely information requested by Company and DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law that would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by DOE, Client terminates this Agreement or continues with DOE without the assistance of Company. If Company documents are rejected by DOE and Client is not approved through the DOE after reasonable efforts by the parties, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six month after the date this Agreement is signed by the Client.

**5. Process.** Once Client provides Company with all requested information and paperwork, Company will begin preparing applications. Once Client submits application package to DOE, it may take DOE or its servicers up to ninety (90) days or longer to respond. Client understands that Company may use a third party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information to accomplish its services.

**6. Indemnification.** Client hereby agrees to defend and indemnify Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and

Initials _JE_

other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

**7. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he/she has read, understands and agrees to every term, covenant and condition of this Agreement without change or modification and that he/she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**8. Cancellation Policy.** The Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to above guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**9. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages, and agree not to demand or attempt to recover any amount in excess of such. This section shall survive any termination.

Page 1 of 12

**10. IMPORTANT – Mandatory Binding Arbitration To Resolve All Disputes And Class Action Waiver. Please Read This Section Carefully and Do Not Sign This Agreement Unless You Understand and Agree With This Section;** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Agreement limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this agreement or the breach, termination, enforcement, interpretation, unconsionbility or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the consumer resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his/her or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (not attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials _JE_

**11. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my application request(s). Client further authorizes Company to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information

Initials _JE_

obtained by Company can't be used for those purposes.

**12. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt- out of receiving updates, new programs or offers through prerecorded or autodialed messages.

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT IN EXCHANGE FOR THE GOOD FAITH PAYMENT AND FEDERAL STUDENT LOAN CONSOLIDATION PROGRAM. DURING THIS PROCESS, CLIENT IS RESPONSIBLE FOR MAKING HIS OR HER PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY THE CLIENT FROM OBTAINING THE SERVICE THAT WAS AGREED UPON. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES CONCERNING THE SUCCESS OF THE LOAN CONSOLIDATION HAVE BEEN PROVIDED TO CLIENT BY COMPANY, AND/OR ANY OF ITS AGENTS, AND/OR AFFILIATES AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO THE ARBITRATION CLAUSE AND LIMITATION OF LIABILITY CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Executed On this (Date): _09/27/2016_

Applicant Signature: _Jennifer Etzel-Blaqad_

Applicant Name: _Jennifer Etzel-Blaqad_          Applicant DOB: ██████████

**Page 2 of 12**

Pls.' Ex. 39
P. 962

# Exhibit "A" to Service Agreement

## Fee and Service Schedule

The purpose of this fee and service schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, our services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with terms of Client Agreement. Fees herein are only Company fees and do not include any third party fees such as bank or dedicated account processing fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s);

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6-12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement the above services shall be provided to the Client at a rate of $899.00 for document preparation and delivery to Client for a consolidation consistent with the above; and $899.00 for services limited to default accounts and rehabilitation programs as described above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). This Agreement shall automatically expire upon 120 days after the date the Agreement begins (except for surviving clauses and fees that continue to be due to company), unless Client expressly requests that Company continue. For example, following a rehabilitation program, Client may want the Company to continue program consolidation application services. Once earned through the above provision of services, all fees are non-refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third party support or service fees, such as bank processing or third party account fees. At Client's option, an independent dedicated account provider may be used to debit/ charge fees, holding them securely under Client's ownership until fees become due. Client may select such optional provider and is responsible for all costs associated with such. A sample dedicated account provider is attached to this Agreement for Client's review. Client consents to Company receiving payment for all fees that are due under this Agreement from Client's dedicated account.

Client Signature: _Jennifer Etzel-blayd_

Date: 09/27/2016

Pls.' Ex. 39
P. 963

## Exhibit "B" to Service Agreement
## Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|---|---|---|---|
| 1 | Sep 27, 2016 | $299.67 | $0.00 | $299.67 |
| 2 | Oct 10, 2016 | $299.67 | $0.00 | $299.67 |
| 3 | Nov 10, 2016 | $299.66 | $0.00 | $299.66 |
| 4 | Dec 10, 2016 | $0.00 | $30.00 | $30.00 |
| 5 | Jan 10, 2017 | $0.00 | $30.00 | $30.00 |
| 6 | Feb 10, 2017 | $0.00 | $30.00 | $30.00 |
| 7 | Mar 10, 2017 | $0.00 | $30.00 | $30.00 |
| 8 | Apr 10, 2017 | $0.00 | $30.00 | $30.00 |
| 9 | May 10, 2017 | $0.00 | $30.00 | $30.00 |
| 10 | Jun 10, 2017 | $0.00 | $30.00 | $30.00 |
| 11 | Jul 10, 2017 | $0.00 | $30.00 | $30.00 |
| 12 | Aug 10, 2017 | $0.00 | $30.00 | $30.00 |
| 13 | Sep 10, 2017 | $0.00 | $30.00 | $30.00 |
| 14 | Oct 10, 2017 | $0.00 | $30.00 | $30.00 |
| 15 | Nov 10, 2017 | $0.00 | $30.00 | $30.00 |
| 16 | Dec 10, 2017 | $0.00 | $30.00 | $30.00 |
| 17 | Jan 10, 2018 | $0.00 | $30.00 | $30.00 |
| 18 | Feb 10, 2018 | $0.00 | $30.00 | $30.00 |
| 19 | Mar 10, 2018 | $0.00 | $30.00 | $30.00 |
| 20 | Apr 10, 2018 | $0.00 | $30.00 | $30.00 |
| 21 | May 10, 2018 | $0.00 | $30.00 | $30.00 |
| 22 | Jun 10, 2018 | $0.00 | $30.00 | $30.00 |
| 23 | Jul 10, 2018 | $0.00 | $30.00 | $30.00 |
| 24 | Aug 10, 2018 | $0.00 | $30.00 | $30.00 |
| 25 | Sep 10, 2018 | $0.00 | $30.00 | $30.00 |
| 26 | Oct 10, 2018 | $0.00 | $30.00 | $30.00 |
| 27 | Nov 10, 2018 | $0.00 | $30.00 | $30.00 |
| 28 | Dec 10, 2018 | $0.00 | $30.00 | $30.00 |
| 29 | Jan 10, 2019 | $0.00 | $30.00 | $30.00 |
| 30 | Feb 10, 2019 | $0.00 | $30.00 | $30.00 |
| 31 | Mar 10, 2019 | $0.00 | $30.00 | $30.00 |
| 32 | Apr 10, 2019 | $0.00 | $30.00 | $30.00 |
| 33 | May 10, 2019 | $0.00 | $30.00 | $30.00 |
| 34 | Jun 10, 2019 | $0.00 | $30.00 | $30.00 |
| 35 | Jul 10, 2019 | $0.00 | $30.00 | $30.00 |
| 36 | Aug 10, 2019 | $0.00 | $30.00 | $30.00 |
| 37 | Sep 10, 2019 | $0.00 | $30.00 | $30.00 |
| 38 | Oct 10, 2019 | $0.00 | $30.00 | $30.00 |
| 39 | Nov 10, 2019 | $0.00 | $30.00 | $30.00 |
| 40 | Dec 10, 2019 | $0.00 | $30.00 | $30.00 |
| 41 | Jan 10, 2020 | $0.00 | $30.00 | $30.00 |
| 42 | Feb 10, 2020 | $0.00 | $30.00 | $30.00 |
| 43 | Mar 10, 2020 | $0.00 | $30.00 | $30.00 |
| 44 | Apr 10, 2020 | $0.00 | $30.00 | $30.00 |
| 45 | May 10, 2020 | $0.00 | $30.00 | $30.00 |
| 46 | Jun 10, 2020 | $0.00 | $30.00 | $30.00 |
| 47 | Jul 10, 2020 | $0.00 | $30.00 | $30.00 |
| 48 | Aug 10, 2020 | $0.00 | $30.00 | $30.00 |
| 49 | Sep 10, 2020 | $0.00 | $30.00 | $30.00 |
| 50 | Oct 10, 2020 | $0.00 | $30.00 | $30.00 |
| 51 | Nov 10, 2020 | $0.00 | $30.00 | $30.00 |
| 52 | Dec 10, 2020 | $0.00 | $30.00 | $30.00 |
| 53 | Jan 10, 2021 | $0.00 | $30.00 | $30.00 |
| 54 | Feb 10, 2021 | $0.00 | $30.00 | $30.00 |
| 55 | Mar 10, 2021 | $0.00 | $30.00 | $30.00 |
| 56 | Apr 10, 2021 | $0.00 | $30.00 | $30.00 |
| 57 | May 10, 2021 | $0.00 | $30.00 | $30.00 |
| 58 | Jun 10, 2021 | $0.00 | $30.00 | $30.00 |

Pls.' Ex. 39
P. 964

| 59 | Jul 10, 2021 | $0.00 | $30.00 | $30.00 |
| 60 | Aug 10, 2021 | $0.00 | $30.00 | $30.00 |
| 61 | Sep 10, 2021 | $0.00 | $30.00 | $30.00 |
| 62 | Oct 10, 2021 | $0.00 | $30.00 | $30.00 |
| 63 | Nov 10, 2021 | $0.00 | $30.00 | $30.00 |
| 64 | Dec 10, 2021 | $0.00 | $30.00 | $30.00 |
| 65 | Jan 10, 2022 | $0.00 | $30.00 | $30.00 |
| 66 | Feb 10, 2022 | $0.00 | $30.00 | $30.00 |
| 67 | Mar 10, 2022 | $0.00 | $30.00 | $30.00 |
| 68 | Apr 10, 2022 | $0.00 | $30.00 | $30.00 |
| 69 | May 10, 2022 | $0.00 | $30.00 | $30.00 |
| 70 | Jun 10, 2022 | $0.00 | $30.00 | $30.00 |
| 71 | Jul 10, 2022 | $0.00 | $30.00 | $30.00 |
| 72 | Aug 10, 2022 | $0.00 | $30.00 | $30.00 |
| 73 | Sep 10, 2022 | $0.00 | $30.00 | $30.00 |
| 74 | Oct 10, 2022 | $0.00 | $30.00 | $30.00 |
| 75 | Nov 10, 2022 | $0.00 | $30.00 | $30.00 |
| 76 | Dec 10, 2022 | $0.00 | $30.00 | $30.00 |
| 77 | Jan 10, 2023 | $0.00 | $30.00 | $30.00 |
| 78 | Feb 10, 2023 | $0.00 | $30.00 | $30.00 |
| 79 | Mar 10, 2023 | $0.00 | $30.00 | $30.00 |
| 80 | Apr 10, 2023 | $0.00 | $30.00 | $30.00 |
| 81 | May 10, 2023 | $0.00 | $30.00 | $30.00 |
| 82 | Jun 10, 2023 | $0.00 | $30.00 | $30.00 |
| 83 | Jul 10, 2023 | $0.00 | $30.00 | $30.00 |
| 84 | Aug 10, 2023 | $0.00 | $30.00 | $30.00 |
| 85 | Sep 10, 2023 | $0.00 | $30.00 | $30.00 |
| 86 | Oct 10, 2023 | $0.00 | $30.00 | $30.00 |
| 87 | Nov 10, 2023 | $0.00 | $30.00 | $30.00 |
| 88 | Dec 10, 2023 | $0.00 | $30.00 | $30.00 |
| 89 | Jan 10, 2024 | $0.00 | $30.00 | $30.00 |
| 90 | Feb 10, 2024 | $0.00 | $30.00 | $30.00 |
| 91 | Mar 10, 2024 | $0.00 | $30.00 | $30.00 |
| 92 | Apr 10, 2024 | $0.00 | $30.00 | $30.00 |
| 93 | May 10, 2024 | $0.00 | $30.00 | $30.00 |
| 94 | Jun 10, 2024 | $0.00 | $30.00 | $30.00 |
| 95 | Jul 10, 2024 | $0.00 | $30.00 | $30.00 |
| 96 | Aug 10, 2024 | $0.00 | $30.00 | $30.00 |
| 97 | Sep 10, 2024 | $0.00 | $30.00 | $30.00 |
| 98 | Oct 10, 2024 | $0.00 | $30.00 | $30.00 |
| 99 | Nov 10, 2024 | $0.00 | $30.00 | $30.00 |
| 100 | Dec 10, 2024 | $0.00 | $30.00 | $30.00 |
| 101 | Jan 10, 2025 | $0.00 | $30.00 | $30.00 |
| 102 | Feb 10, 2025 | $0.00 | $30.00 | $30.00 |
| 103 | Mar 10, 2025 | $0.00 | $30.00 | $30.00 |
| 104 | Apr 10, 2025 | $0.00 | $30.00 | $30.00 |
| 105 | May 10, 2025 | $0.00 | $30.00 | $30.00 |
| 106 | Jun 10, 2025 | $0.00 | $30.00 | $30.00 |
| 107 | Jul 10, 2025 | $0.00 | $30.00 | $30.00 |
| 108 | Aug 10, 2025 | $0.00 | $30.00 | $30.00 |
| 109 | Sep 10, 2025 | $0.00 | $30.00 | $30.00 |
| 110 | Oct 10, 2025 | $0.00 | $30.00 | $30.00 |
| 111 | Nov 10, 2025 | $0.00 | $30.00 | $30.00 |
| 112 | Dec 10, 2025 | $0.00 | $30.00 | $30.00 |
| 113 | Jan 10, 2026 | $0.00 | $30.00 | $30.00 |
| 114 | Feb 10, 2026 | $0.00 | $30.00 | $30.00 |
| 115 | Mar 10, 2026 | $0.00 | $30.00 | $30.00 |
| 116 | Apr 10, 2026 | $0.00 | $30.00 | $30.00 |
| 117 | May 10, 2026 | $0.00 | $30.00 | $30.00 |
| 118 | Jun 10, 2026 | $0.00 | $30.00 | $30.00 |
| 119 | Jul 10, 2026 | $0.00 | $30.00 | $30.00 |
| 120 | Aug 10, 2026 | $0.00 | $30.00 | $30.00 |
| 121 | Sep 10, 2026 | $0.00 | $30.00 | $30.00 |
| 122 | Oct 10, 2026 | $0.00 | $30.00 | $30.00 |

Page 5 of 12

| | | | | |
|---|---|---|---|---|
| 123 | Nov 10, 2026 | $0.00 | $30.00 | $30.00 |
| 124 | Dec 10, 2026 | $0.00 | $30.00 | $30.00 |
| 125 | Jan 10, 2027 | $0.00 | $30.00 | $30.00 |
| 126 | Feb 10, 2027 | $0.00 | $30.00 | $30.00 |
| 127 | Mar 10, 2027 | $0.00 | $30.00 | $30.00 |
| 128 | Apr 10, 2027 | $0.00 | $30.00 | $30.00 |
| 129 | May 10, 2027 | $0.00 | $30.00 | $30.00 |
| 130 | Jun 10, 2027 | $0.00 | $30.00 | $30.00 |
| 131 | Jul 10, 2027 | $0.00 | $30.00 | $30.00 |
| 132 | Aug 10, 2027 | $0.00 | $30.00 | $30.00 |
| 133 | Sep 10, 2027 | $0.00 | $30.00 | $30.00 |
| 134 | Oct 10, 2027 | $0.00 | $30.00 | $30.00 |
| 135 | Nov 10, 2027 | $0.00 | $30.00 | $30.00 |
| 136 | Dec 10, 2027 | $0.00 | $30.00 | $30.00 |
| 137 | Jan 10, 2028 | $0.00 | $30.00 | $30.00 |
| 138 | Feb 10, 2028 | $0.00 | $30.00 | $30.00 |
| 139 | Mar 10, 2028 | $0.00 | $30.00 | $30.00 |
| 140 | Apr 10, 2028 | $0.00 | $30.00 | $30.00 |
| 141 | May 10, 2028 | $0.00 | $30.00 | $30.00 |
| 142 | Jun 10, 2028 | $0.00 | $30.00 | $30.00 |
| 143 | Jul 10, 2028 | $0.00 | $30.00 | $30.00 |
| 144 | Aug 10, 2028 | $0.00 | $30.00 | $30.00 |
| 145 | Sep 10, 2028 | $0.00 | $30.00 | $30.00 |
| 146 | Oct 10, 2028 | $0.00 | $30.00 | $30.00 |
| 147 | Nov 10, 2028 | $0.00 | $30.00 | $30.00 |
| 148 | Dec 10, 2028 | $0.00 | $30.00 | $30.00 |
| 149 | Jan 10, 2029 | $0.00 | $30.00 | $30.00 |
| 150 | Feb 10, 2029 | $0.00 | $30.00 | $30.00 |
| 151 | Mar 10, 2029 | $0.00 | $30.00 | $30.00 |
| 152 | Apr 10, 2029 | $0.00 | $30.00 | $30.00 |
| 153 | May 10, 2029 | $0.00 | $30.00 | $30.00 |
| 154 | Jun 10, 2029 | $0.00 | $30.00 | $30.00 |
| 155 | Jul 10, 2029 | $0.00 | $30.00 | $30.00 |
| 156 | Aug 10, 2029 | $0.00 | $30.00 | $30.00 |
| 157 | Sep 10, 2029 | $0.00 | $30.00 | $30.00 |
| 158 | Oct 10, 2029 | $0.00 | $30.00 | $30.00 |
| 159 | Nov 10, 2029 | $0.00 | $30.00 | $30.00 |
| 160 | Dec 10, 2029 | $0.00 | $30.00 | $30.00 |
| 161 | Jan 10, 2030 | $0.00 | $30.00 | $30.00 |
| 162 | Feb 10, 2030 | $0.00 | $30.00 | $30.00 |
| 163 | Mar 10, 2030 | $0.00 | $30.00 | $30.00 |
| 164 | Apr 10, 2030 | $0.00 | $30.00 | $30.00 |
| 165 | May 10, 2030 | $0.00 | $30.00 | $30.00 |
| 166 | Jun 10, 2030 | $0.00 | $30.00 | $30.00 |
| 167 | Jul 10, 2030 | $0.00 | $30.00 | $30.00 |
| 168 | Aug 10, 2030 | $0.00 | $30.00 | $30.00 |
| 169 | Sep 10, 2030 | $0.00 | $30.00 | $30.00 |
| 170 | Oct 10, 2030 | $0.00 | $30.00 | $30.00 |
| 171 | Nov 10, 2030 | $0.00 | $30.00 | $30.00 |
| 172 | Dec 10, 2030 | $0.00 | $30.00 | $30.00 |
| 173 | Jan 10, 2031 | $0.00 | $30.00 | $30.00 |
| 174 | Feb 10, 2031 | $0.00 | $30.00 | $30.00 |
| 175 | Mar 10, 2031 | $0.00 | $30.00 | $30.00 |
| 176 | Apr 10, 2031 | $0.00 | $30.00 | $30.00 |
| 177 | May 10, 2031 | $0.00 | $30.00 | $30.00 |
| 178 | Jun 10, 2031 | $0.00 | $30.00 | $30.00 |
| 179 | Jul 10, 2031 | $0.00 | $30.00 | $30.00 |
| 180 | Aug 10, 2031 | $0.00 | $30.00 | $30.00 |
| 181 | Sep 10, 2031 | $0.00 | $30.00 | $30.00 |
| 182 | Oct 10, 2031 | $0.00 | $30.00 | $30.00 |
| 183 | Nov 10, 2031 | $0.00 | $30.00 | $30.00 |
| 184 | Dec 10, 2031 | $0.00 | $30.00 | $30.00 |
| 185 | Jan 10, 2032 | $0.00 | $30.00 | $30.00 |
| 186 | Feb 10, 2032 | $0.00 | $30.00 | $30.00 |

Page 6 of 12

| 187 | Mar 10, 2032 | $0.00 | $30.00 | $30.00 |
| 188 | Apr 10, 2032 | $0.00 | $30.00 | $30.00 |
| 189 | May 10, 2032 | $0.00 | $30.00 | $30.00 |
| 190 | Jun 10, 2032 | $0.00 | $30.00 | $30.00 |
| 191 | Jul 10, 2032 | $0.00 | $30.00 | $30.00 |
| 192 | Aug 10, 2032 | $0.00 | $30.00 | $30.00 |
| 193 | Sep 10, 2032 | $0.00 | $30.00 | $30.00 |
| 194 | Oct 10, 2032 | $0.00 | $30.00 | $30.00 |
| 195 | Nov 10, 2032 | $0.00 | $30.00 | $30.00 |
| 196 | Dec 10, 2032 | $0.00 | $30.00 | $30.00 |
| 197 | Jan 10, 2033 | $0.00 | $30.00 | $30.00 |
| 198 | Feb 10, 2033 | $0.00 | $30.00 | $30.00 |
| 199 | Mar 10, 2033 | $0.00 | $30.00 | $30.00 |
| 200 | Apr 10, 2033 | $0.00 | $30.00 | $30.00 |
| 201 | May 10, 2033 | $0.00 | $30.00 | $30.00 |
| 202 | Jun 10, 2033 | $0.00 | $30.00 | $30.00 |
| 203 | Jul 10, 2033 | $0.00 | $30.00 | $30.00 |
| 204 | Aug 10, 2033 | $0.00 | $30.00 | $30.00 |
| 205 | Sep 10, 2033 | $0.00 | $30.00 | $30.00 |
| 206 | Oct 10, 2033 | $0.00 | $30.00 | $30.00 |
| 207 | Nov 10, 2033 | $0.00 | $30.00 | $30.00 |
| 208 | Dec 10, 2033 | $0.00 | $30.00 | $30.00 |
| 209 | Jan 10, 2034 | $0.00 | $30.00 | $30.00 |
| 210 | Feb 10, 2034 | $0.00 | $30.00 | $30.00 |
| 211 | Mar 10, 2034 | $0.00 | $30.00 | $30.00 |
| 212 | Apr 10, 2034 | $0.00 | $30.00 | $30.00 |
| 213 | May 10, 2034 | $0.00 | $30.00 | $30.00 |
| 214 | Jun 10, 2034 | $0.00 | $30.00 | $30.00 |
| 215 | Jul 10, 2034 | $0.00 | $30.00 | $30.00 |
| 216 | Aug 10, 2034 | $0.00 | $30.00 | $30.00 |
| 217 | Sep 10, 2034 | $0.00 | $30.00 | $30.00 |
| 218 | Oct 10, 2034 | $0.00 | $30.00 | $30.00 |
| 219 | Nov 10, 2034 | $0.00 | $30.00 | $30.00 |
| 220 | Dec 10, 2034 | $0.00 | $30.00 | $30.00 |
| 221 | Jan 10, 2035 | $0.00 | $30.00 | $30.00 |
| 222 | Feb 10, 2035 | $0.00 | $30.00 | $30.00 |
| 223 | Mar 10, 2035 | $0.00 | $30.00 | $30.00 |
| 224 | Apr 10, 2035 | $0.00 | $30.00 | $30.00 |
| 225 | May 10, 2035 | $0.00 | $30.00 | $30.00 |
| 226 | Jun 10, 2035 | $0.00 | $30.00 | $30.00 |
| 227 | Jul 10, 2035 | $0.00 | $30.00 | $30.00 |
| 228 | Aug 10, 2035 | $0.00 | $30.00 | $30.00 |
| 229 | Sep 10, 2035 | $0.00 | $30.00 | $30.00 |
| 230 | Oct 10, 2035 | $0.00 | $30.00 | $30.00 |
| 231 | Nov 10, 2035 | $0.00 | $30.00 | $30.00 |
| 232 | Dec 10, 2035 | $0.00 | $30.00 | $30.00 |
| 233 | Jan 10, 2036 | $0.00 | $30.00 | $30.00 |
| 234 | Feb 10, 2036 | $0.00 | $30.00 | $30.00 |
| 235 | Mar 10, 2036 | $0.00 | $30.00 | $30.00 |
| 236 | Apr 10, 2036 | $0.00 | $30.00 | $30.00 |
| 237 | May 10, 2036 | $0.00 | $30.00 | $30.00 |
| 238 | Jun 10, 2036 | $0.00 | $30.00 | $30.00 |
| 239 | Jul 10, 2036 | $0.00 | $30.00 | $30.00 |
| 240 | Aug 10, 2036 | $0.00 | $30.00 | $30.00 |

Client Signature: _Jennifer Etzel-blood_                                        Date: 09/27/2016

Pls.' Ex. 39
P. 967

| Facts | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |
| Questions? | www.premierstudentloancenter.com | |

Pls.' Ex. 39
P. 968

| Who we are | |
|---|---|
| Who is providing this notice? | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other Important Information | |
|---|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

**Page 9 of 12**

Pls.' Ex. 39<br>P. 969

# Limited Power of Attorney

To: Any and all of my Student Loan Creditors:

I, hereby duly authorize, empower and appoint PREMIER STUDENT LOAN CENTER , its representatives and

1. To communicate with any and/or all of my Federal Student Loan providers and Servicers. third party account servicing companies that are working on my applications permission to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

2. To communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide PREMIER STUDENT LOAN CENTER is true and accurate.

3. I hereby authorize third party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with PREMIER STUDENT LOAN CENTER concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls to: and correspondence to: PREMIER STUDENT LOAN CENTER, 29901 Santa Margarita Parkway, Rancho Santa Margarita, 92688. Any and all communications directed to me will be referred to PREMIER STUDENT LOAN CENTER.

I understand that PREMIER STUDENT LOAN CENTER _is not a law firm, is not licensed to practice law or provide legal advice and that I will not request or accept, any legal advice from PREMIER STUDENT LOAN CENTER relating to my personal financial situation.

I expressly agree to waive, forgo, indemnify and defend any claim against the PREMIER STUDENT LOAN CENTER relating to the practice of law. I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the PREMIER STUDENT LOAN CENTER program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

Executed On this (Date): 09/27/2016

Applicant Signature:  _Jennifer Etzel-blaqad_                    Applicant SSN: ███████

Applicant Name:  Jennifer Etzel-Blaqad                    Applicant DOB: ███████

# National Student Loan Data System Access

As part of the federal student loan assistance application process, it will be necessary for PREMIER STUDENT LOAN CENTER and its designated servicer who is assisting on my applications (hereinafter "Company") to access your student loan information within the National Student Loan Data System located online at http://www.nslds.ed.gov.

The National Student Loan Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details — information that is required to complete your application(s).

By enrolling in the Company assistance program, you are agreeing to allow Company and its authorized agents to access your profile and all the data contained within that profile.

Please note that all information that Company obtains from the National Student Loan Data System will be used expressly for the purposes of confirming your eligibility for the Company consolidation assistance program and assisting you in the consolidation of your federal education loans.

**Acknowledgment**

I, Jennifer Etzel-Blaqad, hereby acknowledge that I have read, understood, and agree to the

above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes of verifying my eligibility for lender assistance programs and completing my applications.

By signing this acknowledgment, I agree to allow Company and its designated Servicer to access the National Student Loan Data System and my personal profile as explained above.

Client Signature: _Jennifer Etzel-blaqad_ _____     Date: 09/27/2016 _____

Page 11 of 12

Pls.' Ex. 39
P. 971

# E-Signature Certificate



| | |
|---|---|
| **Document ID** | 7a211963-c4f6-bff7-61f8-1dff2b1c56d7 |
| **Document Title** | Client Agreement |
| **Sender IP** | 98.191.201.189 |
| **Number of Signers** | 1 |
| **Signer Email** | <span style="color:red">REDACTED</span> |
| **Signer IP** | ███████ |
| **Timestamp** | 2016-09-27T17:39:40-05:00 |
| **Document Hash** | cb3ca7b72cf7ed3048242351ebbae036 |

# Attachment C

Pls.' Ex. 39
P. 973

| | |
|---|---|
| **From:** | J.E.E |
| **To:** | Thomas, Ryan (CFPB) |
| **Subject:** | Fwd: Student Loan Consolidation- New Account Details |
| **Date:** | Thursday, August 29, 2019 3:43:02 PM |

---------- Forwarded message ----------
From: **Brandi Ryan** <brandi@premierstudentloancenter.com>
Date: Mon, Oct 24, 2016 at 7:27 PM
Subject: Re: Student Loan Consolidation- New Account Details
To: REDACTED

Hello Jennifer,

Congratulations!!

You have been approved for your new student loan forgiveness program. Please see below for your new account details:

**Servicer: NAVIENT**

**Website: https://www.navient.com/**

The details following your new repayment plan is as follows:

**Repayment Program: REPAYE**

**First Payment Date:12/17/16**

**Payment Amount: $21.71- PLEASE SIGN UP ON NAVIENTS WEBSITE FOR AUTO**

Page 1

**DEBIT OR PAY ONLINE**

Regards,

Brandi Ryan

**PREMIER STUDENT LOAN CENTER**

Direct 949-207-1073

Toll Free 888-548-0476

Direct Fax 888-796-7648

Brandi@premierstudentloancenter.com

www.premierstudentloancenter.com

http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message

Page 2

Pls.' Ex. 39
P. 975

--

Jennifer Etzel-Elaqad

█████████████

Pls.' Ex. 39
P. 976

# Attachment D

| From: | J.E.E |
|---|---|
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fwd: Etzel -Elaqad |
| Date: | Tuesday, July 16, 2019 12:02:53 PM |

---------- Forwarded message ----------
From: J.E.E REDACTED
Date: Mon, Oct 31, 2016 at 8:14 AM
Subject: Etzel -Elaqad
To: rachel@premierstudentloancenter.com <Rachel@premierstudentloancenter.com>

Good am Rachel,

I'm trying to get ahold of Brandy I've called her a couple times and sent her an email she sent me an email saying that I'm all set up with navient at $21 a month until log into my account and pay it by December 12th but when I log into navient it doesn't say that there's any payment do I just want to confirm that that I'm paying this to navient each month please call me back or email me my number ▮▮▮▮▮▮ thank you

Jennifer

# Attachment E

Pls.' Ex. 39
P. 979

| From: | J.E.E |
|---|---|
| To: | Montier, William (Contractor)(CFPB) |
| Subject: | Fwd: Etzel |
| Date: | Tuesday, July 16, 2019 12:03:42 PM |

---------- Forwarded message ----------
From: J.E.E REDACTED
Date: Thu, Nov 17, 2016 at 11:11 AM
Subject: RE: Etzel
To: Brandi Ryan <brandi@premierstudentloancenter.com>

Okay so 21 to Navient and 30 a month to you guys is that right each month?

On Nov 17, 2016 11:09, "Brandi Ryan" <brandi@premierstudentloancenter.com> wrote:

Hi Jennifer,


I just reviewed your account and you are completed with your enrollment payments, keep in mind you will be starting your recert payments on 12/17 for the $30.00. Please let me know if you need anything else and have a Happy Thanksgiving!




Regards,


Brandi Ryan

**PREMIER STUDENT LOAN CENTER**

Direct 949-207-1073

Toll Free 888-548-0476

Direct Fax 888-796-7648

Brandi@premierstudentloancenter.com

Pls.' Ex. 39
P. 980

www.premierstudentloancenter.com

http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

http://www.bbb.org/sdoc/business_reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message

**From:** J.E.E REDACTED
**Sent:** Thursday, November 17, 2016 8:21 AM
**To:** Brandi Ryan
**Subject:** Etzel

Good am,

So my last payment was today do I have to cancel or will it just not continue to charge me each month the $299

Thank you so much

Page 2

Pls.' Ex. 39
P. 981

# Attachment F

Pls.' Ex. 39
P. 982

 

Jennifer,

I am glad that you contacted us with your concerns.

As you requested a copy of the Income Driven Repayment application received on August 3, 2017 will be sent to you by US Mail.  It will take us approximately seven to ten business days for the document to be sent.  Please allow up to ten business days for delivery by US Mail.

I looked at the application submitted and see that 3 children and 3 dependents were listed on the form.  Your current form has only 3 children listed.

Please let us know if there is anything further we can do for you.

We're here to help

If we may be of further assistance, visit us online or give us a call at 800-722-1300, Monday through Thursday, 8:00 a.m. to 9:00 p.m., and Friday 8:00 a.m. to 8:00 p.m., ET.

Sincerely,

Frank, your Navient Email Representative

Navient - Department of Education Loan Servicing

--Original Message--

From: <span style="color:red">REDACTED</span>

Date: 9/17/2019 1:07:47 PM

To: OnlineHelpED@navient.com

Subject: Other

Account No:XXXXXXXXX

Borrower

CLASS-S, CLASS-ED

State = AZ

Page 1

Plaintiffs' Exhibit 40

Declaration of Rochelle Breemes

Pursuant to 28 U.S.C. § 1746

I, Rochelle Breemes, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Waco, Texas.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In November 2018, I received a phone call from Student Loan Account Management ("SLAM") letting me know I was eligible for a reduction in my student loan balance based on my income. I told the SLAM representative that I was not interested and probably would not qualify for income based reductions. The SLAM representative told me that a new law had passed and it would be in my best interest to see if I qualified. They made it seem like they were part of the Department of Education ("DOE"). A true and correct copy of the e-mail they sent me after the call dated November 16, 2018 is attached hereto as **Attachment A.**

4.      I decided to sign up for their services on November 16, 2018. A true and correct copy of the electronically signed contract dated November 16, 2018 is attached hereto as **Attachment B.** At the time I did not notice that the contract actually had the name of another company, Financial Preparation Services, in the header.

5.      After I signed up for the service I provided SLAM with information to see if I qualified for income based reductions to my student loans. They asked me about my income and family size. I told them my family size was four and provided them with copies of paystubs. At the time I was making payments of approximately $200 a month on my student loans. A true and correct copy of the e-mail from SLAM requesting my paystubs is attached hereto as **Attachment C.**

6.      A SLAM representative called me and told me that I had been approved for a loan reduction of more than half my loan balance at the time. They said I had to pay them $199.15 per month for 6 months to start the program followed by a $40 per month payment for a fee starting in May 2019 for 10 years. In May 2019 I would also start making payments to Navient of $97.75, then after 10 years of payments the remaining balance of the loan would be forgiven. I

Pls.' Ex. 40
P. 985

asked the SLAM representative if I could pay Navient more per month to pay the loan off quicker and avoid additional interest. They told me, no, that I would not be able to make additional or extra payments as the new balance is based on the terms of the agreement.

7.      During a follow up phone conversation, the SLAM representative told me that the balance of my loans would be reduced from approximately $45,000 down to approximately $10,000.  I was instructed by the SLAM representative not to make any more payments to Navient, the company that currently services my student loans, until I was instructed to do so. I asked if I should contact Navient to let them know that I will not be making payments. The representative stated that SLAM would contact Navient and let them know what was happening with my payments, balance, and status of my loan.

8.      I asked the SLAM representative how this loan reduction would affect my credit score. The representative stated that this payment arrangement would not affect my credit score other than to show that I was in the process of reducing my student loan balance.

9.      I made six payments of $199.15 to SLAM, from November 2018 through April 2019. In May 2019, my monthly payments of $97.75 to Navient and $40 to SLAM were scheduled to start.

10.     During the six months that I was paying SLAM and not Navient, I continued to receive statements from Navient reflecting the missed payments, additional fees and an increasing loan balance. I was slightly concerned about these letters but I assumed that all of these issues would be taken care of when SLAM had completed the paperwork for their program.

11.     On May 3, 2019, I called Navient to make sure they had my current bank account information for the upcoming payments.  When they asked about my missed payments I told them I was working with SLAM. The Navient representative stated that no one had ever called them from SLAM. They also mentioned that my plan had changed to an income based repayment plan. I asked Navient how they knew I had applied for an income based payment plan if SLAM did not contact them. The Navient representative told me that SLAM probably posed as me and applied for the income based payment plan on the Navient website. The Navient representative further stated that it seemed like I was the victim of third party fraud. The Navient

Pls.' Ex. 40
P. 986

representative instructed me to file a complaint with Consumer Financial Protection Bureau ("CFPB") to file a claim against SLAM.

12.     On May 4, 2019, I called the CFPB to file a complaint against SLAM. The Bureau representative asked me a few questions about my experience with SLAM then directed me to complete my complaint online.

13.     I also contacted my bank and cancelled the card associated with the payments and was issued a new card.

14.     On May 29, 2019 I received a text from a company called Financial Preparation Services. I had not heard of that company before but the text mentioned a cancelled payment of $40, so I assumed it was related to SLAM. The text was letting me know that my payment did not go through and requesting updated bank account information. The payments were scheduled to start on May 25, 2019.

15.     On May 30, 2019, I received a voicemail from SLAM letting me know that they received the complaint I filed with the CFPB and they wanted to discuss my situation.

16.     I called Navient to ask for advice about resolving my complaint with SLAM. The Navient representative told me that they couldn't do much.

17.     On June 5, 2019, I contacted the CFPB and spoke with a representative about the voice message from SLAM and asked for advice.  The Bureau representative told me that SLAM had up to 60 days to respond to my complaint.

18.     On June 8, 2019 while I was at work, I received a second voice message from someone named Christian from SLAM, again stating that SLAM received my complaint and would like to discuss it with me. I thought it was odd they called me on a weekend. Once I got home I called the number and left a message for Christian for a return call. While waiting for his return call, I looked through my emails and saw one from the CFPB stating that the claim was closed because SLAM claimed that they tried to reach me on several occasions with no response from me.

19.     I have tried to reach Christian several times since then with no return call or communication.

Pls.' Ex. 40
P. 987

20.     Finally over 2 months later someone from SLAM called me back and said they were going to refund my money. I received a refund of $1,194 on August 1, 2019.

21.     If I had known that my loan would not be forgiven in whole or in part following payment of the enrollment fees then I never would have paid SLAM for its services.

22.     If I had known that SLAM was going to impersonate me when dealing with my student loan servicer, I never would have signed up for SLAM's services.

23.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24.     Executed on *October 1*, 2019.

*Rochelle B Breemes*

Rochelle Breemes

At Waco, Texas

4

# Attachment A

Pls.' Ex. 40
P. 989

| | |
|---|---|
| **From:** | Rochelle Breemes |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fwd: Welcome |
| **Date:** | Sunday, August 11, 2019 2:51:43 PM |
| **Attachments:** | image001.jpg |

---------- Forwarded message ---------
From: **Bernadette Albarado** <balbarado@financialpreparationservices.com>
Date: Fri, Nov 16, 2018 at 5:40 PM
Subject: Welcome
To: REDACTED   <REDACTED   >

**Hi,**

It was a pleasure speaking with you, and thank you very much for taking the time to speak with me regarding your Student loan options.

We provide assistance to borrowers with federal student loans by helping you navigate the myriad of available programs designed to provide financial assistance. We will guide you through the steps necessary to apply and qualify for your benefits with the U.S. Department of Education. We are dedicated to helping people take advantage of U.S. Department of Education approved Direct Consolidation Loan programs. With these programs some of the benefits include: one lender, one payment, fixed rate, a lower payment and/or possible loan forgiveness. I would be happy to assist you in our prescreening process to determine your eligibility for loan forgiveness & consolidation programs.

For general information, you may view our website at https://financialpreparationservices.com

For specifics please call me on my **direct number (949) 522-7313**. There is no cost or obligation to determine whether any of these U.S. Department of Education sponsored programs can benefit you.



cid:image001.jpg@01D453F7.A6B4EED0

## *MORE INFO BELOW ABOUT LOAN FORGIVENESS*

https://obamawhitehouse.archives.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

### *BELOW IS AN ARTICLE ABOUT SOMEONE WHOM HAS COMPLETED THE PROGRAM*

*https://www.nytimes.com/2018/05/04/your-money/student-loan-forgiveness.html*

*Bernadette Albarado*

Senior Loan Advisor

## Financial Preparation Services

**Direct:** 949-522-7313 | **Fax:** 888-302-3033

https://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#3beb4f5b6c39

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission

Pls.' Ex. 40
P. 991

# Attachment B

Pls.' Ex. 40
P. 992



# Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between FINANCIAL PREPARATION SERVICES (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

**1. Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

**2. Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials ___

**3. Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

**4. No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

**5. Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

**6. Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

Pls.' Ex. 40
P. 993

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials **KB**

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

  In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials **KB**

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates

and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

---

**14. Important Disclosure.** You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.

---

Initials ___RB___

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Client Signature
Client Printed Name      Rochelle Breedles
Executed on this Date     11/16/2018

## Exhibit "A" to Service Agreement

## Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials, the ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of 1,195.00 for document preparation and delivery to Client for a consolidation consistent with the above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

Pls.' Ex. 40
P. 996

<u>ACKNOWLEDGEMENT</u>

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client Signature _____

Client Printed Name    Rochelle Breenes

Executed on this Date    11/16/2018

## Exhibit "B" to Service Agreement

## Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|---------------|-----------|---------------|
| 1 | Nov 20, 2018 | $199.17 | $0.00 | $199.17 |
| 2 | Dec 20, 2018 | $199.17 | $0.00 | $199.17 |
| 3 | Jan 20, 2019 | $199.17 | $0.00 | $199.17 |
| 4 | Feb 20, 2019 | $199.17 | $0.00 | $199.17 |
| 5 | Mar 20, 2019 | $199.17 | $0.00 | $199.17 |
| 6 | Apr 20, 2019 | $199.15 | $0.00 | $199.15 |
| 7 | May 20, 2019 | $0.00 | $40.00 | $40.00 |
| 8 | Jun 20, 2019 | $0.00 | $40.00 | $40.00 |
| 9 | Jul 20, 2019 | $0.00 | $40.00 | $40.00 |
| 10 | Aug 20, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Sep 20, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Oct 20, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | Nov 20, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | Dec 20, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Jan 20, 2020 | $0.00 | $40.00 | $40.00 |
| 16 | Feb 20, 2020 | $0.00 | $40.00 | $40.00 |
| 17 | Mar 20, 2020 | $0.00 | $40.00 | $40.00 |
| 18 | Apr 20, 2020 | $0.00 | $40.00 | $40.00 |
| 19 | May 20, 2020 | $0.00 | $40.00 | $40.00 |
| 20 | Jun 20, 2020 | $0.00 | $40.00 | $40.00 |
| 21 | Jul 20, 2020 | $0.00 | $40.00 | $40.00 |
| 22 | Aug 20, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Sep 20, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Oct 20, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | Nov 20, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | Dec 20, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Jan 20, 2021 | $0.00 | $40.00 | $40.00 |
| 28 | Feb 20, 2021 | $0.00 | $40.00 | $40.00 |
| 29 | Mar 20, 2021 | $0.00 | $40.00 | $40.00 |
| 30 | Apr 20, 2021 | $0.00 | $40.00 | $40.00 |
| 31 | May 20, 2021 | $0.00 | $40.00 | $40.00 |
| 32 | Jun 20, 2021 | $0.00 | $40.00 | $40.00 |
| 33 | Jul 20, 2021 | $0.00 | $40.00 | $40.00 |
| 34 | Aug 20, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Sep 20, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Oct 20, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | Nov 20, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | Dec 20, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Jan 20, 2022 | $0.00 | $40.00 | $40.00 |
| 40 | Feb 20, 2022 | $0.00 | $40.00 | $40.00 |
| 41 | Mar 20, 2022 | $0.00 | $40.00 | $40.00 |
| 42 | Apr 20, 2022 | $0.00 | $40.00 | $40.00 |
| 43 | May 20, 2022 | $0.00 | $40.00 | $40.00 |
| 44 | Jun 20, 2022 | $0.00 | $40.00 | $40.00 |
| 45 | Jul 20, 2022 | $0.00 | $40.00 | $40.00 |
| 46 | Aug 20, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Sep 20, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Oct 20, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | Nov 20, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | Dec 20, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Jan 20, 2023 | $0.00 | $40.00 | $40.00 |
| 52 | Feb 20, 2023 | $0.00 | $40.00 | $40.00 |
| 53 | Mar 20, 2023 | $0.00 | $40.00 | $40.00 |
| 54 | Apr 20, 2023 | $0.00 | $40.00 | $40.00 |
| 55 | May 20, 2023 | $0.00 | $40.00 | $40.00 |
| 56 | Jun 20, 2023 | $0.00 | $40.00 | $40.00 |
| 57 | Jul 20, 2023 | $0.00 | $40.00 | $40.00 |
| 58 | Aug 20, 2023 | $0.00 | $40.00 | $40.00 |

| 59 | Sep 20, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Oct 20, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | Nov 20, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Dec 20, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Jan 20, 2024 | $0.00 | $40.00 | $40.00 |
| 64 | Feb 20, 2024 | $0.00 | $40.00 | $40.00 |
| 65 | Mar 20, 2024 | $0.00 | $40.00 | $40.00 |
| 66 | Apr 20, 2024 | $0.00 | $40.00 | $40.00 |
| 67 | May 20, 2024 | $0.00 | $40.00 | $40.00 |
| 68 | Jun 20, 2024 | $0.00 | $40.00 | $40.00 |
| 69 | Jul 20, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Aug 20, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Sep 20, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Oct 20, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | Nov 20, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Dec 20, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Jan 20, 2025 | $0.00 | $40.00 | $40.00 |
| 76 | Feb 20, 2025 | $0.00 | $40.00 | $40.00 |
| 77 | Mar 20, 2025 | $0.00 | $40.00 | $40.00 |
| 78 | Apr 20, 2025 | $0.00 | $40.00 | $40.00 |
| 79 | May 20, 2025 | $0.00 | $40.00 | $40.00 |
| 80 | Jun 20, 2025 | $0.00 | $40.00 | $40.00 |
| 81 | Jul 20, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Aug 20, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Sep 20, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Oct 20, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | Nov 20, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Dec 20, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Jan 20, 2026 | $0.00 | $40.00 | $40.00 |
| 88 | Feb 20, 2026 | $0.00 | $40.00 | $40.00 |
| 89 | Mar 20, 2026 | $0.00 | $40.00 | $40.00 |
| 90 | Apr 20, 2026 | $0.00 | $40.00 | $40.00 |
| 91 | May 20, 2026 | $0.00 | $40.00 | $40.00 |
| 92 | Jun 20, 2026 | $0.00 | $40.00 | $40.00 |
| 93 | Jul 20, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Aug 20, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Sep 20, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Oct 20, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | Nov 20, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Dec 20, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Jan 20, 2027 | $0.00 | $40.00 | $40.00 |
| 100 | Feb 20, 2027 | $0.00 | $40.00 | $40.00 |
| 101 | Mar 20, 2027 | $0.00 | $40.00 | $40.00 |
| 102 | Apr 20, 2027 | $0.00 | $40.00 | $40.00 |
| 103 | May 20, 2027 | $0.00 | $40.00 | $40.00 |
| 104 | Jun 20, 2027 | $0.00 | $40.00 | $40.00 |
| 105 | Jul 20, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Aug 20, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Sep 20, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Oct 20, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | Nov 20, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Dec 20, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Jan 20, 2028 | $0.00 | $40.00 | $40.00 |
| 112 | Feb 20, 2028 | $0.00 | $40.00 | $40.00 |
| 113 | Mar 20, 2028 | $0.00 | $40.00 | $40.00 |
| 114 | Apr 20, 2028 | $0.00 | $40.00 | $40.00 |
| 115 | May 20, 2028 | $0.00 | $40.00 | $40.00 |
| 116 | Jun 20, 2028 | $0.00 | $40.00 | $40.00 |
| 117 | Jul 20, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Aug 20, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Sep 20, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Oct 20, 2028 | $0.00 | $40.00 | $40.00 |

Pls.' Ex. 40
P. 999

Client Signature

Client Printed Name _Rochelle Breemes_

Executed on this Date _11/16/2018_

.

Pls.' Ex. 40
P. 1000

## Credit Card Authorization Form

I hereby authorize FINANCIAL PREPARATION SERVICES and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC  X  VISA  Discover  AMEX

Credit Card Number: ███████████████

Expiration Date: ██████

Security (CVC) Code: ██

Name of Credit Card Holder (exactly as it appears on the card): **Rochelle B Breemes**

Billing Address: ████████████████

City: **WACO**

State: **TX**

Zip Code: REDACTED

Signature of Credit Card Holder:

████████████████

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint FINANCIAL PREPARATION SERVICES, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.   Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.   Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide FINANCIAL PREPARATION SERVICES is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with FINANCIAL PREPARATION SERVICES concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

FINANCIAL PREPARATION SERVICES

7545 Irvine Center Dr, Ste 200, Room 108

Irvine, CA 92618

Any and all communications directed to me will be referred to FINANCIAL PREPARATION SERVICES.

I understand that FINANCIAL PREPARATION SERVICES is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from FINANCIAL PREPARATION SERVICES relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the FINANCIAL PREPARATION SERVICES program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | |
| Client Printed Name | Rochelle Breemes |
| Executed on this Date | 11/16/2018 |

## National Student Loan Data System Access Permission

**Purpose:**   For FINANCIAL PREPARATION SERVICES to access your student loan information from government websites.

**Reason:**   For FINANCIAL PREPARATION SERVICES to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**   As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:**   We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you — you must do that on your own.

**Authorization:**   As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**    I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

Client Signature
Client Printed Name          Rochelle Breemes
Executed on this Date        11/16/2018

| Facts: | WHAT DOES FINANCIAL PREPARATION SERVICES ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br><br> • Social Security number and income <br> • Account balances and account numbers <br> • Transaction or loss history and employment information <br><br> When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How?, | All financial companies need to share customers' personal information to run their everyday business.  In the section below, we list the reasons financial companies can share their customers' personal information; the reasons FINANCIAL PREPARATION SERVICES chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |
| Questions? | https://financialpreparationservices.com/ | |

Pls.' Ex. 40
P. 1004

| Who we are | |
|---|---|
| Who is providing this notice? | FINANCIAL PREPARATION SERVICES |
| **What we do** | |
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |
| **Definition** | |
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• FINANCIAL PREPARATION SERVICES doesn't jointly market. |
| **Other Important Information** | |
| **For California and Vermont Residents:** We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

Pls.' Ex. 40
P. 1005





# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | REDACT 1499 |
| Document GUID | 2ebe74ff-2c00-c940-6c3d-02dcad7a050c |
| Document Title | Client Agreement - Financial Preparation Services |
| Sender IP | 70.183.63.77 |
| Number of Signers | 1 |
| Signer Email | REDACTED |
| Signer IP | ████████ |
| Timestamp | 2018-11-16T18:15:40-06:00 |
| Document Hash | 98b75bf0ccb3f4632d982c39a395c62d |

## Document Audit

* Sent at 2018-11-16T18:07:45-06:00 from IP 70.183.63.77
* Delivered to Rochelle Breemer REDACTED at 2018-11-16T18:13:37-06:00 from ████████
* Adopted Signature at 2018-11-16T18:13.50-06:00 from ████
* Completed Signing at 2018-11-16T18:15:40-06:00 from ████
* PDF Generated at 2018-11-16T18:15:40-06:00

## User Agent

Mozilla/5.0 (Linux; Android 6.0.1; SAMSUNG SM-T800 Build/MMB29K) AppleWebKit/537.36 (KHTML, like Gecko) SamsungBrowser/7.4 Chrome/59.0.3071.125 Safari/537.36

# Attachment C

Pls.' Ex. 40
P. 1007



**SL Account Management**

**Direct:  (949) 202-1303**

**Fax:    1-833-719-7599**

**Email:**  Jnuqui@slaccountmgmt.com

**Toll  Free: 1-855-757-7727**


**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Plaintiffs' Exhibit 41

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Teresita Rosca

### Pursuant to 28 U.S.C. § 1746

I, Teresita Rosca, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Queen Valley, Arizona.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      On September 14, 2018, I called Premier Student Loan Center ("PSLC" or "Premier") using a phone number a friend gave me. I spoke with a Premier representative who identified herself as Lauren Dinatale. Lauren told me that she could help me find out if I qualified for student loan forgiveness.

4.      Lauren told me that to help me she would need information from me, which she would then verify. The information she requested included my social security number, my salary, the balance on my student loans, my marital status, and how many dependents I have. I told her that I am married with zero dependents, I am retired and my only income is my Arizona teacher pension and social security, and that my loan balance was approximately $148,820. I gave Lauren all of the information she asked for and the whole conversation lasted about 45 minutes.

5.      During my conversation with Lauren, she told me that Premier is an advocate for the federal program on student loan forgiveness. During our conversation, she also asked me for my log in information to my federal student loan portal. She said she needed to check the data so she could see whether the program was applicable to my loan. I gave Lauren my FSA user ID and password.

6.      At some point during my conversation with Lauren, I was put on hold for a long time. When Lauren returned to the phone, she told me that my student loans were forgiven down to $33,611. She told me that I would have a monthly payment of $135 for 240 months. At the time, I did not know who the $135 payment was going to.

7.      Lauren also told me that in order to start the program, I needed to pay a monthly service fee of $239 for the first five months and then an additional monthly fee of $40 for the life

1

of the program, which was 240 months. Lauren told me that I would be making the $239 and $40 monthly payments directly to Premier.

8. Lauren stated that many federal loan borrowers are not aware of this loan forgiveness program that President Obama started. Lauren told me that Republicans in Congress were trying to put a stop to this program. Because of these representations, I felt a sense of urgency to sign up with PSLC.

9. I provided Lauren with my credit card number over the phone so she could charge me the $239 monthly fee and additional $40 monthly fees. At the time, I was paying over $500 each month in interest alone. I felt an urgency to sign up with Lauren because she said Premier couldn't start processing my loan forgiveness application without the first $239 payment.

10. Lauren told me that a processor would follow up with me by phone to verify my application for student loan forgiveness. Lauren also told me that I would need to sign all of Premier's paperwork electronically.

11. Shortly after our conversation, I received an email from Lauren containing a link to an electronic document signing website. I skimmed through the multi-page document and all of the figures in the document were the same as Lauren quoted me. I applied my electronic signature to the documents and printed them out.

12. Several days after my conversation with Lauren, I received a phone call from another representative from PSLC, who identified himself as London Anderson. London told me that he would help me process the forgiveness of my student loan. London told me it would take 30 to 90 days to process and that I would continue making the $239 monthly payments during that time. My conversation with London lasted approximately twenty minutes. He asked me for my income, my number of dependents, and my marital status. London told me that my loan forgiveness was approved and that I would have zero payments for the first year. He provided log in instructions to federalloan.org. At the end of our conversation, London and I exchanged email address information.

Pls.' Ex. 41
P. 1011

13.     On or about December 1, 2018, I received a follow-up email from London Anderson that stated the first year's payment toward the $33,611 loan balance would be $0 per month starting in January.

14.     Shortly after receiving the email from London, I attempted to log into federalloan.org using the instructions he provided to me. I was not able to log in with the information he gave me, so I called FedLoan directly. I spoke with a FedLoan representative who told me that I should not provide access to my account to anybody. I explained to her that Premier needed access to help me with the annual renewal of student loan forgiveness. The FedLoan representative told me that was not correct and I began to worry that Premier was a scam. The FedLoan representative reset my login password.

15.     Around January 2019, I successfully logged into federalloan.org servicer web site to check my account. I was dismayed to discover that the loan balance was the same as it had been in September 2018 and now carried a 4% interest rate, compared to the 3.75% I was paying with Navient.

16.     This is when I realized that Premier had scammed me. I had been paying Navient a 3.75% interest rate under the Income Based Repayment program, which was to last for 20 years. The interest rate was 3.75% due to a 0.25% reduction because I was enrolled in auto payments. Because Premier changed my loan servicer from Navient to FedLoans, I lost the qualifying payments I had already made toward loan forgiveness and had to start over and make qualifying payments for a new 20 year plan. Also my interest rate initially increased to 4%. Premier did not tell me that I had to re-enroll myself in auto payments under the new servicer. I had to figure this out myself, when I did my interest rate went back down to 3.75%.

17.     I sent multiple emails to Lauren and London, the Premier Student Loan representatives that had spoken with me. I did not receive any response. I attempted to access the PSLC website to communicate with them, but the website had been closed for "maintenance." At that point, I had paid Premier five monthly fees of $239, for a total of $1,195. I wanted Premier to return the money that I had paid to them.

3

18.     In late January or early February 2019, I wrote a letter to the Better Business Bureau (BBB) explaining how Premier had scammed me. After filing my BBB complaint, I received a response through the BBB portal from Premier asking me to contact them directly to resolve my complaint.

19.     On February 21, 2019, I finally spoke to London, the loan processor at Premier I had spoken with earlier. I explained to London the specific loan details of the program that Lauren described to me.  London told me that I had misunderstood Lauren. I told London that I had written down everything that Lauren stated when she presented the program to me. I told London that I had not misunderstood and that his accusation was insulting.

20.     Shortly after that conversation with London, I received a credit to my credit card of $1,195. Premier has cost me an additional $1,456 in interest that accumulated during the five months of non-payment, which they did not reimburse. I asked them for full reimbursement and Premier told me that they could only refund me the credit card payments I had made.

21.     Premier Student Loan Center did not save me any money or help me lower my student loan payments. My current student loan balance is even higher than it was in September 2018. I lost my record of having three years of on time payments with Navient at a 3.75% interest rate.  It will take me twenty years to pay down these student loans. I am 72 years old, and I do not have time.

22.     If I had known my loan would not be forgiven following payment of the enrollment fees and that switching my servicer would result in the loss of qualifying payments then I would not have signed up for Premier's services.

23.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24.     Executed on ___Sept. 5___, 2019.

_Teresita Rosca_

Teresita Rosca

At Queen Valley, AZ

4

Plaintiffs' Exhibit 42

Declaration of Novella Donaldson

Pursuant to 28 U.S.C. § 1746

I, Novella Donaldson, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Wood Village, Oregon.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      In late October 2018, I received a telemarketing phone call from Financial Preparation Services ("FPS") to my home phone number.

4.      The FPS representative identified himself as Matthew Garnica, and stated that he could wipe away my student loan debt entirely. Mr. Garnica assured me this was not a scam. I told him that this sounded too good to be true, but I wanted to learn more.

5.      Mr. Garnica asked for my social security number to access my loan information. I provided this number to him. My student loans were through Nelnet at the time and totaled approximately $65,000. I recall being asked for my income information and I told him how much I made and that I was on a salary. I do not recall being asked for my family size, but at the time I was single with no children. Mr. Garnica said that FPS could help consolidate my student loans and enroll me in a loan forgiveness program.

6.      Mr. Garnica told me that the consolidation and forgiveness program was a U.S. Department of Education program and I thought he was part of the Department of Education. He stated that these programs were started by the Obama administration. Mr. Garnica stated that FPS does this every day and told me "I love my job."

7.      At the time, I was paying between $250 and $300 per month to pay down my student loan debt. Mr. Garnica said I would pay $239 per month for 5 months and then $40 per month for ten years.

8.      Mr. Garnica tried to convince me to post on social media about FPS. He said I could get paid through their referrals program. He told me several people have referred so many new clients that their payment would be covered by the money made from their referrals.

1

9.      I was on the phone with Mr. Garnica for approximately 30 minutes during our first phone call. I told him I was going to think about it. After the call, he sent me an email with the documents I needed to send him with a payment in order to get started should I choose to do so.

10.     I decided to enroll with FPS for the federal student loan forgiveness program. Mr. Garnica asked me for financial information including my household debt and if I owned a home. I also had to send him copies of my paystubs.

11.     On October 29, 2018, I received an email from Mr. Garnica congratulating me for enrolling into the student loan forgiveness program. The email also advertised that I would receive a $25 Visa cash card for each person I referred that enrolled with FPS. A true and correct copy of this email from mgarnica@financialpreparationservices.com is attached hereto as **Attachment A**.

12.     Also on October 29, 2018, I received an email with a link to complete my enrollment with FPS online. I clicked on the link and used DocuSign to sign it electronically. A true and correct copy of the contract I signed is attached hereto as **Attachment B**.

13.     After I made the first few payments to FPS, I received emails from Nelnet saying that they were starting the process of a loan consolidation on my behalf.  Next I received correspondence from Nelnet saying my loan balance was zero. Then I got correspondence from Navient stating that I owed $65,000. When I received these emails, I did not understand what FPS was doing with my student loans.

14.     I called Navient and explained that I was working with FPS to do my loan consolidation. The Navient representative told me that Navient does not work with that company, and suggested that I try and get my money back and cancel the card I provided for auto-drafts. The Navient representative said that the money I was paying FPS was not going to pay my student loan. I thought the payment was going to my student loan and was dismayed to learn that it was not.

15.     In January 2019 I called Mr. Garnica at FPS at least twice and he did not return my calls.

Pls.' Ex. 42
P. 1016

16.     I found another phone number for FPS and told the representative that they were a scam and I wanted to cancel. The representative told me that I had been told that my payments were a fee for a service that had been provided by FPS, not payments going toward my loan balance. I was so furious that Mr. Garnica had lied to me and that my payments were really going to FPS fees and not to pay down my student loans that I terminated the phone call.

17.     I emailed FPS to request that they immediately cancel any services and agreements in my name. I received a response email stating that FPS would cancel my agreement and will no longer be debiting money out of my account.

18.     I contacted my bank and told the bank representative that FPS had been a scam. My bank offered to refund all of the money that had been debited out of my bank account by FPS. I also contacted my credit card company, which is how I made the first two payments. In or around January 2019, I received a refund from my bank and credit card, not FPS.

19.     If I had known that FPS was doing something I could do for myself, enrolling me in income based repayment and consolidation, I never would have signed up for its services.

20.     If I had known that the fees paid to FPS were not payments toward my outstanding loan balance, I never would have signed up for its services.

21.     If I had known that FPS could not actually get any of my loans forgiven, I never would have signed up for its service.

22.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

23.     Executed on ___9 / 11___, 2019.

_Novella Donaldson_

Novella Donaldson
At Wood Village, Oregon

Pls.' Ex. 42
P. 1017

# Attachment A

Pls.' Ex. 42
P. 1018

**Schneider, Dani (CFPB)**

| | |
|---|---|
| **From:** | Novie D <span style="color:red">REDACTED</span> |
| **Sent:** | Friday, July 12, 2019 5:47 PM |
| **To:** | Montier, William (Contractor)(CFPB) |
| **Subject:** | Fwd: Referral Program |

---------- Forwarded message ---------
From: **Matthew Garnica** <mgarnica@financialpreparationservices.com>
Date: Mon, Oct 29, 2018 at 10:13 AM
Subject: Referral Program
To: <span style="color:red">REDACTED</span>

Novella,

We want to congratulate you, once again, on your enrollment into the Student Loan Forgiveness Program. Don't forget about our referral program! Now that you are enrolled, you are entitled to a $25 VISA CASH card for each person you refer, so long as they qualify for the program.

**\*THERE IS NO LIMIT ON THE AMOUNT OF VISA CASH CARDS YOU CAN ACQUIRE\***



# POST TO ANY SOCIAL MEDIA PLATFORM

To make things even easier just **copy and paste** the information below onto your page:

VVVVVVVVVVVVVVVVVVVVVVVV

1

### ***STUDENT LOAN FORGIVENESS PROGRAM***

**If you owe $10,000 or more in federal student loans and would like some more information on getting up to 90% forgiven, the Department of Education & the Federal Government have income-based benefits for you. Call Matthew Garnica @ 949-523-1886 and he will help you as he helped me! Make sure to tell him that I referred you.**

*Matthew Garnica*

## Loan Advisor



**Direct:**    949-523-1886 | **Fax:**    888-302-3033

https://financialpreparationservices.com/

https://moneyqanda.com/financial-preparation-services-launches/

https://www.forbes.com/sites/zackfriedman/2017/01/20/navient/#3beb4f5b6c39

http://money.cnn.com/2015/03/23/pf/millennials-student-loan-forgiveness-public-service/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission

Pls.' Ex. 42
P. 1020

# Attachment B

Pls.' Ex. 42
P. 1021



**FPS**
**Financial Preparation**
Services

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between FINANCIAL PREPARATION SERVICES (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

**1. Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

**2. Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials   _ND_

**3. Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

**4. No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

**5. Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

**6. Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

Page 1 of 17

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials _AD_

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials _AD_

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates

Pls.' Ex. 42
P. 1023

and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

---

**14. Important Disclosure.** You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee -- the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you -- you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.

---

Initials _ND_

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

Client Signature _____

Client Printed Name  Novella Donaldson

Executed on this Date  10/29/2018

Pls.' Ex. 42
P. 1024

## Exhibit "A" to Service Agreement

## Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1. Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2. Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3. Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4. Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5. For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6. Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of 1,195.00 for document preparation and delivery to Client for a consolidation consistent with the above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

ACKNOWLEDGEMENT

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

Client Signature

Client Printed Name   Novella Donaldson

Executed on this Date   10/29/2018

**Page 5 of 17**

**Exhibit "B" to Service Agreement**

**Draft Schedule**

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|---------------|-----------|---------------|
| 1 | Oct 29, 2018 | $239.00 | $0.00 | $239.00 |
| 2 | Nov 25, 2018 | $239.00 | $0.00 | $239.00 |
| 3 | Dec 25, 2018 | $239.00 | $0.00 | $239.00 |
| 4 | Jan 25, 2019 | $239.00 | $0.00 | $239.00 |
| 5 | Feb 25, 2019 | $239.00 | $0.00 | $239.00 |
| 6 | Mar 25, 2019 | $0.00 | $40.00 | $40.00 |
| 7 | Apr 25, 2019 | $0.00 | $40.00 | $40.00 |
| 8 | May 25, 2019 | $0.00 | $40.00 | $40.00 |
| 9 | Jun 25, 2019 | $0.00 | $40.00 | $40.00 |
| 10 | Jul 25, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Aug 25, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Sep 25, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | Oct 25, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | Nov 25, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Dec 25, 2019 | $0.00 | $40.00 | $40.00 |
| 16 | Jan 25, 2020 | $0.00 | $40.00 | $40.00 |
| 17 | Feb 25, 2020 | $0.00 | $40.00 | $40.00 |
| 18 | Mar 25, 2020 | $0.00 | $40.00 | $40.00 |
| 19 | Apr 25, 2020 | $0.00 | $40.00 | $40.00 |
| 20 | May 25, 2020 | $0.00 | $40.00 | $40.00 |
| 21 | Jun 25, 2020 | $0.00 | $40.00 | $40.00 |
| 22 | Jul 25, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Aug 25, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Sep 25, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | Oct 25, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | Nov 25, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Dec 25, 2020 | $0.00 | $40.00 | $40.00 |
| 28 | Jan 25, 2021 | $0.00 | $40.00 | $40.00 |
| 29 | Feb 25, 2021 | $0.00 | $40.00 | $40.00 |
| 30 | Mar 25, 2021 | $0.00 | $40.00 | $40.00 |
| 31 | Apr 25, 2021 | $0.00 | $40.00 | $40.00 |
| 32 | May 25, 2021 | $0.00 | $40.00 | $40.00 |
| 33 | Jun 25, 2021 | $0.00 | $40.00 | $40.00 |
| 34 | Jul 25, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Aug 25, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Sep 25, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | Oct 25, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | Nov 25, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Dec 25, 2021 | $0.00 | $40.00 | $40.00 |
| 40 | Jan 25, 2022 | $0.00 | $40.00 | $40.00 |
| 41 | Feb 25, 2022 | $0.00 | $40.00 | $40.00 |
| 42 | Mar 25, 2022 | $0.00 | $40.00 | $40.00 |
| 43 | Apr 25, 2022 | $0.00 | $40.00 | $40.00 |
| 44 | May 25, 2022 | $0.00 | $40.00 | $40.00 |
| 45 | Jun 25, 2022 | $0.00 | $40.00 | $40.00 |
| 46 | Jul 25, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Aug 25, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Sep 25, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | Oct 25, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | Nov 25, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Dec 25, 2022 | $0.00 | $40.00 | $40.00 |
| 52 | Jan 25, 2023 | $0.00 | $40.00 | $40.00 |
| 53 | Feb 25, 2023 | $0.00 | $40.00 | $40.00 |
| 54 | Mar 25, 2023 | $0.00 | $40.00 | $40.00 |
| 55 | Apr 25, 2023 | $0.00 | $40.00 | $40.00 |
| 56 | May 25, 2023 | $0.00 | $40.00 | $40.00 |
| 57 | Jun 25, 2023 | $0.00 | $40.00 | $40.00 |
| 58 | Jul 25, 2023 | $0.00 | $40.00 | $40.00 |

Pls.' Ex. 42
P. 1027

| 59 | Aug 25, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Sep 25, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | Oct 25, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | Nov 25, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Dec 25, 2023 | $0.00 | $40.00 | $40.00 |
| 64 | Jan 25, 2024 | $0.00 | $40.00 | $40.00 |
| 65 | Feb 25, 2024 | $0.00 | $40.00 | $40.00 |
| 66 | Mar 25, 2024 | $0.00 | $40.00 | $40.00 |
| 67 | Apr 25, 2024 | $0.00 | $40.00 | $40.00 |
| 68 | May 25, 2024 | $0.00 | $40.00 | $40.00 |
| 69 | Jun 25, 2024 | $0.00 | $40.00 | $40.00 |
| 70 | Jul 25, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Aug 25, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Sep 25, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | Oct 25, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | Nov 25, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Dec 25, 2024 | $0.00 | $40.00 | $40.00 |
| 76 | Jan 25, 2025 | $0.00 | $40.00 | $40.00 |
| 77 | Feb 25, 2025 | $0.00 | $40.00 | $40.00 |
| 78 | Mar 25, 2025 | $0.00 | $40.00 | $40.00 |
| 79 | Apr 25, 2025 | $0.00 | $40.00 | $40.00 |
| 80 | May 25, 2025 | $0.00 | $40.00 | $40.00 |
| 81 | Jun 25, 2025 | $0.00 | $40.00 | $40.00 |
| 82 | Jul 25, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Aug 25, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Sep 25, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | Oct 25, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | Nov 25, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Dec 25, 2025 | $0.00 | $40.00 | $40.00 |
| 88 | Jan 25, 2026 | $0.00 | $40.00 | $40.00 |
| 89 | Feb 25, 2026 | $0.00 | $40.00 | $40.00 |
| 90 | Mar 25, 2026 | $0.00 | $40.00 | $40.00 |
| 91 | Apr 25, 2026 | $0.00 | $40.00 | $40.00 |
| 92 | May 25, 2026 | $0.00 | $40.00 | $40.00 |
| 93 | Jun 25, 2026 | $0.00 | $40.00 | $40.00 |
| 94 | Jul 25, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Aug 25, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Sep 25, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | Oct 25, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | Nov 25, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Dec 25, 2026 | $0.00 | $40.00 | $40.00 |
| 100 | Jan 25, 2027 | $0.00 | $40.00 | $40.00 |
| 101 | Feb 25, 2027 | $0.00 | $40.00 | $40.00 |
| 102 | Mar 25, 2027 | $0.00 | $40.00 | $40.00 |
| 103 | Apr 25, 2027 | $0.00 | $40.00 | $40.00 |
| 104 | May 25, 2027 | $0.00 | $40.00 | $40.00 |
| 105 | Jun 25, 2027 | $0.00 | $40.00 | $40.00 |
| 106 | Jul 25, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Aug 25, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Sep 25, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | Oct 25, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | Nov 25, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Dec 25, 2027 | $0.00 | $40.00 | $40.00 |
| 112 | Jan 25, 2028 | $0.00 | $40.00 | $40.00 |
| 113 | Feb 25, 2028 | $0.00 | $40.00 | $40.00 |
| 114 | Mar 25, 2028 | $0.00 | $40.00 | $40.00 |
| 115 | Apr 25, 2028 | $0.00 | $40.00 | $40.00 |
| 116 | May 25, 2028 | $0.00 | $40.00 | $40.00 |
| 117 | Jun 25, 2028 | $0.00 | $40.00 | $40.00 |
| 118 | Jul 25, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Aug 25, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Sep 25, 2028 | $0.00 | $40.00 | $40.00 |
| 121 | Oct 25, 2028 | $0.00 | $40.00 | $40.00 |
| 122 | Nov 25, 2028 | $0.00 | $40.00 | $40.00 |

Pls.' Ex. 42
P. 1028

| 123 | Dec 25, 2028 | $0.00 | $40.00 | $40.00 |
| 124 | Jan 25, 2029 | $0.00 | $40.00 | $40.00 |
| 125 | Feb 25, 2029 | $0.00 | $40.00 | $40.00 |
| 126 | Mar 25, 2029 | $0.00 | $40.00 | $40.00 |
| 127 | Apr 25, 2029 | $0.00 | $40.00 | $40.00 |
| 128 | May 25, 2029 | $0.00 | $40.00 | $40.00 |
| 129 | Jun 25, 2029 | $0.00 | $40.00 | $40.00 |
| 130 | Jul 25, 2029 | $0.00 | $40.00 | $40.00 |
| 131 | Aug 25, 2029 | $0.00 | $40.00 | $40.00 |
| 132 | Sep 25, 2029 | $0.00 | $40.00 | $40.00 |
| 133 | Oct 25, 2029 | $0.00 | $40.00 | $40.00 |
| 134 | Nov 25, 2029 | $0.00 | $40.00 | $40.00 |
| 135 | Dec 25, 2029 | $0.00 | $40.00 | $40.00 |
| 136 | Jan 25, 2030 | $0.00 | $40.00 | $40.00 |
| 137 | Feb 25, 2030 | $0.00 | $40.00 | $40.00 |
| 138 | Mar 25, 2030 | $0.00 | $40.00 | $40.00 |
| 139 | Apr 25, 2030 | $0.00 | $40.00 | $40.00 |
| 140 | May 25, 2030 | $0.00 | $40.00 | $40.00 |
| 141 | Jun 25, 2030 | $0.00 | $40.00 | $40.00 |
| 142 | Jul 25, 2030 | $0.00 | $40.00 | $40.00 |
| 143 | Aug 25, 2030 | $0.00 | $40.00 | $40.00 |
| 144 | Sep 25, 2030 | $0.00 | $40.00 | $40.00 |
| 145 | Oct 25, 2030 | $0.00 | $40.00 | $40.00 |
| 146 | Nov 25, 2030 | $0.00 | $40.00 | $40.00 |
| 147 | Dec 25, 2030 | $0.00 | $40.00 | $40.00 |
| 148 | Jan 25, 2031 | $0.00 | $40.00 | $40.00 |
| 149 | Feb 25, 2031 | $0.00 | $40.00 | $40.00 |
| 150 | Mar 25, 2031 | $0.00 | $40.00 | $40.00 |
| 151 | Apr 25, 2031 | $0.00 | $40.00 | $40.00 |
| 152 | May 25, 2031 | $0.00 | $40.00 | $40.00 |
| 153 | Jun 25, 2031 | $0.00 | $40.00 | $40.00 |
| 154 | Jul 25, 2031 | $0.00 | $40.00 | $40.00 |
| 155 | Aug 25, 2031 | $0.00 | $40.00 | $40.00 |
| 156 | Sep 25, 2031 | $0.00 | $40.00 | $40.00 |
| 157 | Oct 25, 2031 | $0.00 | $40.00 | $40.00 |
| 158 | Nov 25, 2031 | $0.00 | $40.00 | $40.00 |
| 159 | Dec 25, 2031 | $0.00 | $40.00 | $40.00 |
| 160 | Jan 25, 2032 | $0.00 | $40.00 | $40.00 |
| 161 | Feb 25, 2032 | $0.00 | $40.00 | $40.00 |
| 162 | Mar 25, 2032 | $0.00 | $40.00 | $40.00 |
| 163 | Apr 25, 2032 | $0.00 | $40.00 | $40.00 |
| 164 | May 25, 2032 | $0.00 | $40.00 | $40.00 |
| 165 | Jun 25, 2032 | $0.00 | $40.00 | $40.00 |
| 166 | Jul 25, 2032 | $0.00 | $40.00 | $40.00 |
| 167 | Aug 25, 2032 | $0.00 | $40.00 | $40.00 |
| 168 | Sep 25, 2032 | $0.00 | $40.00 | $40.00 |
| 169 | Oct 25, 2032 | $0.00 | $40.00 | $40.00 |
| 170 | Nov 25, 2032 | $0.00 | $40.00 | $40.00 |
| 171 | Dec 25, 2032 | $0.00 | $40.00 | $40.00 |
| 172 | Jan 25, 2033 | $0.00 | $40.00 | $40.00 |
| 173 | Feb 25, 2033 | $0.00 | $40.00 | $40.00 |
| 174 | Mar 25, 2033 | $0.00 | $40.00 | $40.00 |
| 175 | Apr 25, 2033 | $0.00 | $40.00 | $40.00 |
| 176 | May 25, 2033 | $0.00 | $40.00 | $40.00 |
| 177 | Jun 25, 2033 | $0.00 | $40.00 | $40.00 |
| 178 | Jul 25, 2033 | $0.00 | $40.00 | $40.00 |
| 179 | Aug 25, 2033 | $0.00 | $40.00 | $40.00 |
| 180 | Sep 25, 2033 | $0.00 | $40.00 | $40.00 |
| 181 | Oct 25, 2033 | $0.00 | $40.00 | $40.00 |
| 182 | Nov 25, 2033 | $0.00 | $40.00 | $40.00 |
| 183 | Dec 25, 2033 | $0.00 | $40.00 | $40.00 |
| 184 | Jan 25, 2034 | $0.00 | $40.00 | $40.00 |
| 185 | Feb 25, 2034 | $0.00 | $40.00 | $40.00 |
| 186 | Mar 25, 2034 | $0.00 | $40.00 | $40.00 |

| | | | | |
|---|---|---|---|---|
| 187 | Apr 25, 2034 | $0.00 | $40.00 | $40.00 |
| 188 | May 25, 2034 | $0.00 | $40.00 | $40.00 |
| 189 | Jun 25, 2034 | $0.00 | $40.00 | $40.00 |
| 190 | Jul 25, 2034 | $0.00 | $40.00 | $40.00 |
| 191 | Aug 25, 2034 | $0.00 | $40.00 | $40.00 |
| 192 | Sep 25, 2034 | $0.00 | $40.00 | $40.00 |
| 193 | Oct 25, 2034 | $0.00 | $40.00 | $40.00 |
| 194 | Nov 25, 2034 | $0.00 | $40.00 | $40.00 |
| 195 | Dec 25, 2034 | $0.00 | $40.00 | $40.00 |
| 196 | Jan 25, 2035 | $0.00 | $40.00 | $40.00 |
| 197 | Feb 25, 2035 | $0.00 | $40.00 | $40.00 |
| 198 | Mar 25, 2035 | $0.00 | $40.00 | $40.00 |
| 199 | Apr 25, 2035 | $0.00 | $40.00 | $40.00 |
| 200 | May 25, 2035 | $0.00 | $40.00 | $40.00 |
| 201 | Jun 25, 2035 | $0.00 | $40.00 | $40.00 |
| 202 | Jul 25, 2035 | $0.00 | $40.00 | $40.00 |
| 203 | Aug 25, 2035 | $0.00 | $40.00 | $40.00 |
| 204 | Sep 25, 2035 | $0.00 | $40.00 | $40.00 |
| 205 | Oct 25, 2035 | $0.00 | $40.00 | $40.00 |
| 206 | Nov 25, 2035 | $0.00 | $40.00 | $40.00 |
| 207 | Dec 25, 2035 | $0.00 | $40.00 | $40.00 |
| 208 | Jan 25, 2036 | $0.00 | $40.00 | $40.00 |
| 209 | Feb 25, 2036 | $0.00 | $40.00 | $40.00 |
| 210 | Mar 25, 2036 | $0.00 | $40.00 | $40.00 |
| 211 | Apr 25, 2036 | $0.00 | $40.00 | $40.00 |
| 212 | May 25, 2036 | $0.00 | $40.00 | $40.00 |
| 213 | Jun 25, 2036 | $0.00 | $40.00 | $40.00 |
| 214 | Jul 25, 2036 | $0.00 | $40.00 | $40.00 |
| 215 | Aug 25, 2036 | $0.00 | $40.00 | $40.00 |
| 216 | Sep 25, 2036 | $0.00 | $40.00 | $40.00 |
| 217 | Oct 25, 2036 | $0.00 | $40.00 | $40.00 |
| 218 | Nov 25, 2036 | $0.00 | $40.00 | $40.00 |
| 219 | Dec 25, 2036 | $0.00 | $40.00 | $40.00 |
| 220 | Jan 25, 2037 | $0.00 | $40.00 | $40.00 |
| 221 | Feb 25, 2037 | $0.00 | $40.00 | $40.00 |
| 222 | Mar 25, 2037 | $0.00 | $40.00 | $40.00 |
| 223 | Apr 25, 2037 | $0.00 | $40.00 | $40.00 |
| 224 | May 25, 2037 | $0.00 | $40.00 | $40.00 |
| 225 | Jun 25, 2037 | $0.00 | $40.00 | $40.00 |
| 226 | Jul 25, 2037 | $0.00 | $40.00 | $40.00 |
| 227 | Aug 25, 2037 | $0.00 | $40.00 | $40.00 |
| 228 | Sep 25, 2037 | $0.00 | $40.00 | $40.00 |
| 229 | Oct 25, 2037 | $0.00 | $40.00 | $40.00 |
| 230 | Nov 25, 2037 | $0.00 | $40.00 | $40.00 |
| 231 | Dec 25, 2037 | $0.00 | $40.00 | $40.00 |
| 232 | Jan 25, 2038 | $0.00 | $40.00 | $40.00 |
| 233 | Feb 25, 2038 | $0.00 | $40.00 | $40.00 |
| 234 | Mar 25, 2038 | $0.00 | $40.00 | $40.00 |
| 235 | Apr 25, 2038 | $0.00 | $40.00 | $40.00 |
| 236 | May 25, 2038 | $0.00 | $40.00 | $40.00 |
| 237 | Jun 25, 2038 | $0.00 | $40.00 | $40.00 |
| 238 | Jul 25, 2038 | $0.00 | $40.00 | $40.00 |
| 239 | Aug 25, 2038 | $0.00 | $40.00 | $40.00 |
| 240 | Sep 25, 2038 | $0.00 | $40.00 | $40.00 |

Client Signature

Client Printed Name   Novella Donaldson

Executed on this Date   10/29/2018

Pls.' Ex. 42
P. 1030

## Credit Card Authorization Form

I hereby authorize FINANCIAL PREPARATION SERVICES and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC  X  VISA  Discover  AMEX

Credit Card Number: ███████████████

Expiration Date: ██████

Security (CVC) Code: ███

Name of Credit Card Holder (exactly as it appears on the card): **Novella Donaldson**

Billing Address: ████████████████

City: **Wood Village**

State: **OR**

Zip Code: REDACTED

Signature of Credit Card Holder
████████████████████

## Client Trust Account Authorization

## Dedicated Account Provider

## <u>No Advance Fees</u>

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – <u>NO ADVANCE FEES</u>**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1.   Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2.   Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

Pls.' Ex. 42
P. 1032





# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 5279285 |
| Document GUID | cf59dd90-a244-b846-25b8-c6dd5d2243c4 |
| Document Title | Client Agreement - Financial Preparation Services |
| Sender IP | 70.183.63.77 |
| Number of Signers | 1 |
| Signer Email | **REDACTED** |
| Signer IP | ███ |
| Timestamp | 2018-10-29T12:04:37-05:00 |
| Document Hash | 6b42dc660cf515c8209c6536bf74fc05 |

## Document Audit

- Sent at 2018-10-29T11:58:34-05:00 from IP 70.183.63.77
- Delivered to Novella Donaldson **REDACTED** at 2018-10-29T11:58:48-05:00 from ███████
- Adopted Signature at 2018-10-29T11:59:30-05:00 from ██████
- Completed Signing at 2018-10-29T12:04:37-05:00 from ██████
- PDF Generated at 2018-10-29T12:04:37-05:00

## User Agent

Mozilla/5.0 (Linux; Android 7.0; SAMSUNG-SM-G925A) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.64 Mobile Safari/537.36

**Service Fees –** Client authorizes the DAP to charge the following fees for services rendered:

**_∴   All service fees are waived._**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

| | |
|---|---|
| Client Signature | |
| Client Printed Name | Novella Donaldson |
| Executed on this Date | 10/29/2018 |

Pls.' Ex. 42
P. 1034

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint FINANCIAL PREPARATION SERVICES, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.   Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.   Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide FINANCIAL PREPARATION SERVICES is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with FINANCIAL PREPARATION SERVICES concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

FINANCIAL PREPARATION SERVICES

173 Technology Dr, Ste 202

Irvine, CA 92618

Any and all communications directed to me will be referred to FINANCIAL PREPARATION SERVICES.

I understand that FINANCIAL PREPARATION SERVICES is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from FINANCIAL PREPARATION SERVICES relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the FINANCIAL PREPARATION SERVICES program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | |
| Client Printed Name | Novella Donaldson |
| Executed on this Date | 10/29/2018 |

## National Student Loan Data System Access Permission

**Purpose:**   For FINANCIAL PREPARATION SERVICES to access your student loan information from government websites.

**Reason:**   For FINANCIAL PREPARATION SERVICES to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**   As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:**   We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you — you must do that on your own.

**Authorization:**   As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Pls.' Ex. 42
P. 1035

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details — information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**    I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

Client Signature
Client Printed Name          Novella Donaldson
Executed on this Date          10/29/2018

| Facts: | WHAT DOES FINANCIAL PREPARATION SERVICES ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons FINANCIAL PREPARATION SERVICES chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes – to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | No | We don't share |
| For our affiliates' everyday business purposes – information about your transactions and experiences | Yes | No |
| For our affiliates everyday business purposes – information about your creditworthiness | No | We don't share |
| For non-affiliates to market to you | Yes | Yes |

| Questions? | https://financialpreparationservices.com/ |
|---|---|

Pls.' Ex. 42
P. 1037

| Who we are | |
|---|---|
| Who is providing this notice? | FINANCIAL PREPARATION SERVICES |

| What we do | |
|---|---|
| How do we protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| How do we collect my personal information? | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definitions | |
|---|---|
| Affiliates | Financial and non-financial companies related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with our affiliates |
| Non-affiliates | Financial and non-financial companies not related by common ownership or control.<br><br>• FINANCIAL PREPARATION SERVICES does not share with non-affiliates so they can market to you. |
| Joint Marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• FINANCIAL PREPARATION SERVICES doesn't jointly market. |

| Other Important Information | |
|---|---|
| For California and Vermont Residents: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

Pls.' Ex. 42
P. 1038





# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | 5279285 |
| Document GUID | cf59dd90-a244-b846-25b8-c6dd5d2243c4 |
| Document Title | Client Agreement - Financial Preparation Services |
| Sender IP | 70.183.63.77 |
| Number of Signers | 1 |
| Signer Email | REDACTED |
| Signer IP | ███ |
| Timestamp | 2018-10-29T12:04:37-05:00 |
| Document Hash | 6b42dc660cf515c8209c6536bf74fc05 |

## Document Audit

- Sent at 2018-10-29T11:58:34-05:00 from IP 70.183.63.77
- Delivered to Novella Donaldson REDACTED at 2018-10-29T11:58:48-05:00 from ███
- Adopted Signature at 2018-10-29T11:59:30-05:00 from ███
- Completed Signing at 2018-10-29T12:04:37-05:00 from ███
- PDF Generated at 2018-10-29T12:04:37-05:00

## User Agent

Mozilla/5.0 (Linux; Android 7.0; SAMSUNG-SM-G925A) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/70.0.3538.64 Mobile Safari/537.36

Plaintiffs' Exhibit 43

DECLARATION OF JULIUS FOMAFUNG

Pursuant to 28 U.S.C § 1746

I, Julius Fomafung, hereby declare and state as follows:

1.      I am over the age of eighteen and reside in Dayton, Minnesota.

2.      I have personal knowledge of the following facts, which I could and would testify to if I were called to testify as a witness.

3.      I was born and raised in the country of Cameroon. After graduating from high school, I studied at the University of Dschang, but was not able to complete my studies. In 2002, I moved to Minnesota and began to work as a certified nursing assistant for Presbyterian Homes and Services in Minneapolis. In 2006, I began to study at Normandale Community College and, in 2009, I graduated with an Associate Degree in Applied Science with a concentration in Chemistry. During that time, I continued to work as a certified nursing assistant in emergency care with Fairview Southdale in Edina. After that, I went to the University of Minnesota and, in 2012, I graduated with a Bachelor of Science in clinical laboratory science. Next, I went to the University of Saint Thomas and, in 2015, I graduated with a Master's in Business Administration. In 2015, I also started to work as a laboratory scientist at the University of Minnesota. Since then, I have worked as a clinical research associate at a clinical research organization and at two medical device companies. I am also married and have two children. Although I am fluent in English, we speak

1

Fomafung Decl.

our native language, Ngambe, at home. We spend most of our time raising our children and taking part in family and recreational activities.

4.    Over the course of my studies, I accumulated approximately $65,000 in student loan debt.

5.    In March 2018, I had been making $650 monthly payments towards my student loans for the last three years. Up to that time, I had never once been late with a payment, but it was difficult for me financially, because my wife and I had a newborn, and we were trying to establish our family.

6.    In the last week of March, I received a call from Taylor Justice who told me he was an account manager with Premier Student Loan Center ("PSLC"). During that first call, he told me that PSLC worked with the federal student loan service center to help hard working people like myself make lower student payments. Since I didn't know anything about the company, I told him I was not interested at the time.

7.    Nonetheless, the opportunity did sound like something I should look into, so I tried to find out more about PSLC and how to better manage my student loan debt. I called up Nelnet, my student loan servicer at the time, and also asked coworkers if they knew anything about the subject. Neither Nelnet nor my coworkers were familiar with PSLC.

2

Fomafung Decl.

8.      Two days later, Taylor Justice called me back. Once again, Taylor Justice told me that PSLC works with the federal student loan service center and that they were here to help people manage their student loan debt. Taylor Justice had access to a lot of information about me and my student loan debt, which made me think that PSLC was legitimately working with the federal government. For example, Taylor Justice knew my home address, all of the schools I had attended, the total amount of my student loan debt, my social security number, and my date of birth. Since he knew everything about me, and I never had to volunteer any information, I thought that PSLC must be associated with a federal government loan program.

9.      In later calls, Taylor Justice further explained that if I worked for a non-profit organization, such as the University of Minnesota, I may qualify for a student loan forgiveness program. He claimed that PSLC could reduce my student loan debt from $65,000 to $17,000 and that I would only have to make $40 monthly payments, instead of the $650 payments I was making at the time. At one point, I asked Taylor Justice what would happen if I switched to working at a for-profit organization, and he told me that changes in my employment status would not affect the payment plan.

10.     On April 2, 2018, I signed the client agreement with PSLC. A true and correct copy of the client agreement is attached hereto as **Attachment A.** Taylor Justice then told me I needed to verify my income and provide PSLC with my W-

3

Fomafung Decl.

2's, my tax returns, and current paystubs. If I did so, Taylor Justice told me that PSLC would be able to reduce my loan to $17,000 and I would only have to make $40 monthly payments until March 6, 2028. Taylor Justice also explained that PSLC was taking over my student loan debt and because of that I didn't have to continue making payments to anyone else since my student loan debt would be put in forbearance.

11.     I asked Taylor Justice if I could just pay the amount off all at once, and he told me I couldn't, that I would have to make the $40 payments every month until March 6, 2028, and that if I did that I would be done with my student loan debt.

12.     Before I started making the $40 monthly payments, Taylor Justice also explained that I would need to make five payments of $239 as part of the enrollment fee, as was described in the client agreement. He explained that the enrollment fee was payment for the service PSLC provided with helping me enroll in the student loan forgiveness program. I made the five payments of $239 every month from April 2018 until August 2018, which totaled $1,195.

13.     I first began to think something was amiss when I didn't receive any sort of official notice from the federal student loan program stating what I owed, so I thought I should check on the status of my loans. When I called the federal student loan service center in August 2018, I found out that everything PSLC had told me was wrong. For example, it was only then that I learned that I could have enrolled in

4

Fomafung Decl.

the same government programs free of charge without the involvement of PSLC. I

also learned that my loan had been locked into a higher rate, approximately 5.5%,

which Justice Taylor had not informed me, and I had not approved. I called my bank

to immediately stop making any more payments to PSLC and because of that I didn't

end up making any of the $40 monthly payments.

14.     When I tried to contact Justice Taylor at PSLC, I could no longer reach

him. I tried calling at least 30 times but every time I would reach someone different.

Eventually, I was able to get PSLC to refund the money I had already paid to them,

but by then they had already consolidated my loan and the higher interest rate was

set. It was really upsetting because some of my loans had low interest rates and were

almost paid off, but by then it was too late because all my loans had already been

consolidated.

15.     Everything I went through with PSLC really made me feel like an

imbecile. I felt exploited, like I had been robbed in broad daylight. I tried to minimize

the damage and recoup the money I had paid PSLC. Even though I was able to get

PSLC to return my money, it took innumerable phone calls in order to make that

happen. It not only interrupted my work life, but it also took up a lot of time I would

have otherwise spent with my family. It also put a strain on the relationship between

my wife and I and it delayed our ability to purchase a home and finally start getting

settled as a family.

Fomafung Decl.

16.     Although I was able recover my losses, I just want PSLC to be held accountable. If PSLC harmed me, I know they must have done the same thing to many other people. PSLC should face consequences for their actions in defrauding people of their hard-earned money.

17.     If I had known the money I paid to PSLC was not being applied to my student loan balance, I never would have paid the company.

18.     If I had known that PSLC would consolidate my loans and lock me into higher interest rates, I never would have signed up with this company.

19.     If I had known that PSLC lied to me that my student loans would be forgiven, I never would have signed up with this company.

20.     I declare under penalty of perjury that the foregoing is true and correct.

21.     Executed on January 18 , 2023.

Julius Fomafung

At Dayton, Minnesota

# PREMIER STUDENT LOAN CENTER

## Document Preparation and Service Agreement ("Agreement")

This Agreement is entered into on the date shown below between PREMIER STUDENT LOAN CENTER (Hereinafter referred to as "Company") and the Client shown below (Hereinafter referred to as "Client").

Company provides document preparation services to assist consumers who are applying for federal student loan programs using Department of Education ("DOE") forms. Company is a private company, not affiliated with any government agency, and for a fee Company will assist in assembly and completion of student loan consolidation or other application documents for student loan debt assistance programs offered by the DOE, for delivery to Client for Clients review and submission to DOE. Company is not a lender, a debt consolidation company, or a law firm and does not provide legal advice.

Company and Client do hereby understand, covenant and agree to the following:

**1. Provide Complete and Truthful Information.** Company will provide Client with an overview session limited to their federal student loan debts and the available documents, and Client expressly represents and warrants that Client will provide Company with information that is complete, accurate and truthful.

**2. Performance of Services.** Upon receipt of all information from Client, Company shall promptly analyze Client's situation, review the information provided by the Client, and complete the application forms required for the DOE program(s) that have been selected by the Client. Company shall prepare for filing an application to initiate a federal student loan consolidation through the DOE on behalf of Client, or alternatively and at the Client's option, identify and apply for other DOE-sponsored programs suitable for Client. All completed applications shall be delivered by Company to Client for Client's approval, signature and direct submission to DOE.

**By initialing here, Client requests Company to complete & submit executed application to DOE.**

Initials _JF_ _____

**3. Fees that Client Pays.** The payment for Company's services relating to the student loan assistance applications, their preparation, delivery to Client, and ongoing support are described in the attached Fee and Service Schedule (Exhibit A). Client should review the attached Fee and Service Schedule carefully as it sets forth one or more fees that the Client will be charged depending on the services that are selected. All fees are earned, due, and payable pursuant to the attached Fee and Service Schedule. Payments may be collected on a periodic payment option as indicated in the attached Draft Schedule (Exhibit B). The fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank processing or third-party account fees.

**4. No Advance Fees.** Per the attached Client Trust Account Authorization, Company does not take any advance fees from Client. Company will designate an independent third-party dedicated account provider ("DAP") to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. The DAP will not disburse any Client fees until Client has received a consolidation, adjustment, or otherwise satisfactory result, and Client completes one payment towards such.

**5. Limited Money Back Guarantee.** Company guarantees that the documents it prepares for consolidation or acceptance into a DOE-offered program for student loan debt, or a repayment plan using current lenders through the DOE, will be accurate and sufficient for acceptance by the DOE subject to the following conditions: (1) student loans that Client presents to Company are original debts, and have not been previously consolidated or had their terms or amounts previously adjusted, and have not been previously serviced or worked on by any other student loan assistance or adjustment company; (2) Client fully cooperates and is honest and timely in providing all information requested by Company and the DOE; and/or (3) Client does not possess a characteristic that pursuant to DOE rules or applicable law would disqualify Client from receiving a consolidation. Client shall not be entitled to the benefits of this section in the event that Client receives document preparation services from Company and prior to approval by the DOE, Client terminates this Agreement or continues with the DOE without the assistance of Company. If Client is not approved through the DOE subject to the above limitations, then Company will reimburse the Fee paid to Company (limited to funds received by Company from Client). All refund requests must be made, in writing, to Company within 30 days of any denial by the DOE. This guarantee expires six months after the date this Agreement is signed by the Client.

**6. Process and Restriction on Account Transfer.** Once Client provides Company with all requested information and paperwork, Company will begin preparing Client's application(s). Company is not an intermediary or agent of the DOE, so it does not control any review or agency approval times. Once a consolidation or other beneficial result is secured, subject to Client's election and for an additional fee, Company will continue to monitor Client's account and collect the necessary paperwork to make sure Client's account is up-to-date and ready for the yearly income validation. Prior to the anniversary of the loan, Company will provide required documents and instructions to Client for submission to the DOE. Client understands that Company may use a third-party support servicer to assist in processing duties pursuant to this Agreement and Company may share Client's information with such processor consistent with Company's Privacy Policy.

**7. Indemnification and Hold Harmless.** Client hereby agrees to defend and hold harmless Company and any supporting servicer from and against any claims and liability of any nature whatsoever arising out of or in connection with Client's failure to timely provide requested information to Company, Client's lack of authority or ability to complete terms of this Agreement, and all other claims arising out of this Agreement or relating to Client's loans and other financial

Fomafung Decl. - Attachment A

obligations. This Agreement constitutes the entire agreement between the parties. Company makes no warranty, express or implied, as to the fitness of any recommendation it may make to Client arising out of this Agreement. Except for cause, Client unconditionally waives any right of action against Company and third-party support servicer, its officers, directors, employees, agents, brokers and assignees, at law, equity or any other cause of action for any reason, directly, indirectly, or proximately believed to arise out of this Agreement, for any damages of any nature whatsoever that Client may incur by reason of Client following any recommendation of Company or Client's failure to follow any recommendation of Company, whether any singular, concurrent or series of recommendations are acted upon or not acted upon in whole or in part by Client. This section shall survive any termination of this Agreement.

Initials _JF_

**8. Entire Agreement.** By virtue of Client's signature below, Client acknowledges that he or she has read, understands, and agrees to every term, covenant and condition of this Agreement without change or modification and that he or she has received a true and complete copy hereof, effective on the date below. This agreement is the only agreement between the parties and there is no other collateral agreement (oral or written) between the parties in any manner relating to the subject matter of this agreement. If any portion of this agreement is held to be invalid or unenforceable, the remaining provisions will remain in effect. The parties mutually understand and agree that a facsimile copy signature or an electronic signature on this agreement shall be deemed an original for all lawfully enforceable purposes.

**9. Cancellation Policy.** Company's cancellation policy is designed to exceed state law requirements (for the Client's protection) and be easy to understand: If you are unhappy or dissatisfied at any time prior to receiving the documents or services described herein, a consolidation or other result from the DOE that Company has assisted you with, then simply send a letter, email, or facsimile to the Company requesting a refund and cancelling your program. Once Company completes its document preparation services and sends documents to Client, Client shall not be entitled to a refund unless subject to the Satisfaction Guarantee or if Client requests such cancellation within their state statutory cancellation right. If at any time you have questions, please do not hesitate to call or write to us directly.

**10. Limitations on Damages.** Liability under this Agreement and/or relating directly or indirectly to Client's participation in any government loan or relief program, under any theory of liability regarding any claim by the Client, is limited to the amount of fees paid by Client and received by Company. The parties agree to be contractually bound to such limitation on any damages and agree not to demand or attempt to recover any amount in excess of such. It is the express intent of the parties to be bound by these limitations and this section shall survive any termination.

**11. Mandatory Binding Arbitration to Resolve All Disputes and Class Action Waiver.** This Agreement is governed by a Binding Mandatory Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of this agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Initials _JF_

**12. Information Authorization.** Client hereby authorizes Company to verify past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process Client's application request(s). Importantly, Company does not provide any form of credit repair, credit score enhancement, unsecured or secured debt relief, or legal or tax advice, so any information obtained by Company cannot be used for those purposes.

**13. Electronic and Voice Communication Consent.** Client consents to do business electronically with Company. Client understands that electronic transactions, not limited to emails, are inherently unsecure and that both Client and Company will take all reasonable steps to maintain the Privacy of the information shared between the parties. Client consents to receive information and documents relating to this Agreement and Company services via electronic mail, text message, facsimile, voicemail, and any other common electronic means. Client understands that all costs associated with the receipt, review and use of such electronic communications shall be those of Client, such as maintaining access to the Internet or paying for text messages. Client consents to receive updates and documents relating to this Agreement and the services and programs offered by Company via prerecorded voice messages, text/SMS messages, and/or through the use of an automated dialing system. Client may contact Company at any time to opt out of receiving updates, new programs or offers through prerecorded or autodialed messages. Consent to this section does not bind Client to any future purchases of new services or offers.

**14. Important Disclosure.** You may, of course, try to complete your applications and consolidate your loans yourself without paying anyone a fee – the results could be the very same or they might vary. We are required to advise you that our services are OPTIONAL and you, as the debtor, may directly apply to the DOE for benefits by yourself without fees. However, our services are private and focused on your interests. Our goal is to reduce the stress and frustration that many experience when going through this process. We wade through all your paperwork and the DOE websites and applications, find the documents that you need, and take the time to make sure that your application(s) are completed accurately and timely. We back up our services by our Satisfaction Guarantee. The nominal fee for these services is similar to you paying a tax preparer to do your taxes for you – you could do them yourself, but most of us turn them over to an expert to do and to ensure that they are done right the first time. Please note that the Company does not expressly or impliedly warrant, represent or guarantee that it will be able to reduce your total student loan debt or monthly payments. Company is NOT A LENDER, and we do not consolidate debts or extend credit. We solely provide application assistance services and education, along with any optional support programs.

Initials _JF_

BY SIGNING BELOW (ELECTRONICALLY OR PHYSICALLY), I HEREBY ACKNOWLEDGE THAT I HAVE NOT BEEN ADVISED BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES TO FOREGO A STUDENT LOAN PAYMENT. DURING THIS PROCESS, I AM RESPONSIBLE FOR MAKING MY PAYMENTS, AND FAILURE TO DO SO COULD DISQUALIFY ME FROM OBTAINING THE SERVICES THAT I APPLIED FOR. I FURTHER ACKNOWLEDGE THAT NO GUARANTEES OR PROMISES RELATING TO GOVERNMENT AGENCIES OR ANY RELIEF THAT I MAY RECEIVE HAVE BEEN PROVIDED TO ME BY COMPANY, ANY OF ITS AGENTS, AND/OR AFFILIATES, AND A POSITIVE OUTCOME IS NOT GUARANTEED. I UNDERSTAND AND CONSENT TO LIMITATIONS ON DAMAGES, BINDING ARBITRATION CLAUSE, AND CLASS ACTION WAIVER CONTAINED HEREIN, AND HAVE HAD THE OPPORTUNITY TO REVIEW THIS AGREEMENT IN ITS TOTALITY AND ASK ANY QUESTIONS OF COMPANY.

| | |
|---|---|
| Client Signature | _Julius Fomafung_ |
| Client Printed Name | Julius Fomafung |
| Executed on this Date | 04/02/2018 |

## Exhibit "A" to Service Agreement

## Fee and Service Schedule

The purpose of this Fee and Service Schedule is to ensure that Client is aware and consents to the fees that Company will charge for its services in assisting Client in preparing documents for one or more of the below programs. While such programs may be available for free directly by various government agencies, Company's services are fee-based and focused on application and document preparation. If other programs are identified by Client or Company to be suitable for Client, then additional fees may apply and will be presented to Client in writing for approval. Fees are charged consistent with the terms of Client's Agreement. Fees herein are only Company fees and do not include any third-party support or service fees, such as bank fees.

Client requests Company to perform, in good faith, the following services (the "Services"): (a) conduct a financial review of the Client's current situation; b) analyze and review potential Student Loan Consolidation options that may be available to Client from the DOE; (c) discuss potential options with the Client; and (d) prepare and deliver to Client selected applications.

Company's services ("Services") will be limited to the following:

1.    Assisting Client in locating options and document preparation limited to government consolidation, education and/or refinance or similar programs designed for Client's specific debt(s)

2.    Locating, obtaining and preparing the application(s) and supporting documents to apply for the programs and services described above;

3.    Additional consultation as needed with Client to gather and obtain information and documents from Client needed to prepare the above documents, and answer Client questions; and

4.    Follow-up on application, provide updates to Client, as reasonable, relating to documents that the Company will complete and provide for Client approval, signature, and submission.

5.    For certain loans, it may be determined that Client is in default of their obligations ("Default Accounts"). Company will assist with Default Accounts limited to reviewing the Client's present status and existing loan obligations, and upon review consult with Client to locate a specific payment plan known as a "rehabilitation plan." Generally, if the Client is likely to qualify for such based-on Client's financials and ability to pay, the Company will present such (with Client's approval) to the government creditors. Company will assist Client in qualifying for a rehabilitation program, and upon such acceptance Client will receive a term repayment program. Upon meeting lender-imposed repayment terms (usually for 6- 12 months), Client may qualify to submit a consolidation application consistent with the above. Company shall then assist per above.

6.    Some Clients may require other assistance with their loans that shall be deemed by the Company and Client to be in the Client's best interest. Those services shall be charged on a fee-for-service basis consistent with a written pricing schedule to be provided to the Client for Client's signature prior to any work commencing. Those services shall be limited to providing support with the DOE relating to other student loan assistance programs that may be available for the Client. Other than the amounts charged for these supplemental or alternative services, all of the terms of this Agreement shall continue to apply.

Fees for the Above Services and Length of Agreement: In connection with this Agreement, the above services shall be provided to the Client at a rate of $1,195 for document preparation and delivery to Client for a consolidation consistent with the above, or $1,295 for services limited to Default Accounts and rehabilitation programs as described above. Fees shall be due in full and payable to Company once services have been completed, or in the event of a rehabilitation program fees are due in full once Client makes first payment to servicer(s). Once earned through the above provision of services, all fees are non- refundable. All fees shall be debited from Client's bank account or charged on Client's credit card pursuant to the attached authorization. Client shall be responsible for any third-party support or service fees, such as bank fees.

<u>ACKNOWLEDGEMENT</u>

As indicated by my signature below, I acknowledge that I have read, understand, and agree to the terms and conditions of the Fee and Service Schedule.

| | |
|---|---|
| Client Signature | *Julius Fomafung* |
| Client Printed Name | Julius Fomafung |
| Executed on this Date | 04/02/2018 |

Fomafung Decl. - Attachment A

## Exhibit "B" to Service Agreement

## Draft Schedule

| # | Date | Enrollment Fee | Recurring | Total Payment |
|---|------|----------------|-----------|---------------|
| 1 | Apr 06, 2018 | $239.00 | $0.00 | $239.00 |
| 2 | May 06, 2018 | $239.00 | $0.00 | $239.00 |
| 3 | Jun 06, 2018 | $239.00 | $0.00 | $239.00 |
| 4 | Jul 06, 2018 | $239.00 | $0.00 | $239.00 |
| 5 | Aug 06, 2018 | $239.00 | $0.00 | $239.00 |
| 6 | Sep 06, 2018 | $0.00 | $40.00 | $40.00 |
| 7 | Oct 06, 2018 | $0.00 | $40.00 | $40.00 |
| 8 | Nov 06, 2018 | $0.00 | $40.00 | $40.00 |
| 9 | Dec 06, 2018 | $0.00 | $40.00 | $40.00 |
| 10 | Jan 06, 2019 | $0.00 | $40.00 | $40.00 |
| 11 | Feb 06, 2019 | $0.00 | $40.00 | $40.00 |
| 12 | Mar 06, 2019 | $0.00 | $40.00 | $40.00 |
| 13 | Apr 06, 2019 | $0.00 | $40.00 | $40.00 |
| 14 | May 06, 2019 | $0.00 | $40.00 | $40.00 |
| 15 | Jun 06, 2019 | $0.00 | $40.00 | $40.00 |
| 16 | Jul 06, 2019 | $0.00 | $40.00 | $40.00 |
| 17 | Aug 06, 2019 | $0.00 | $40.00 | $40.00 |
| 18 | Sep 06, 2019 | $0.00 | $40.00 | $40.00 |
| 19 | Oct 06, 2019 | $0.00 | $40.00 | $40.00 |
| 20 | Nov 06, 2019 | $0.00 | $40.00 | $40.00 |
| 21 | Dec 06, 2019 | $0.00 | $40.00 | $40.00 |
| 22 | Jan 06, 2020 | $0.00 | $40.00 | $40.00 |
| 23 | Feb 06, 2020 | $0.00 | $40.00 | $40.00 |
| 24 | Mar 06, 2020 | $0.00 | $40.00 | $40.00 |
| 25 | Apr 06, 2020 | $0.00 | $40.00 | $40.00 |
| 26 | May 06, 2020 | $0.00 | $40.00 | $40.00 |
| 27 | Jun 06, 2020 | $0.00 | $40.00 | $40.00 |
| 28 | Jul 06, 2020 | $0.00 | $40.00 | $40.00 |
| 29 | Aug 06, 2020 | $0.00 | $40.00 | $40.00 |
| 30 | Sep 06, 2020 | $0.00 | $40.00 | $40.00 |
| 31 | Oct 06, 2020 | $0.00 | $40.00 | $40.00 |
| 32 | Nov 06, 2020 | $0.00 | $40.00 | $40.00 |
| 33 | Dec 06, 2020 | $0.00 | $40.00 | $40.00 |
| 34 | Jan 06, 2021 | $0.00 | $40.00 | $40.00 |
| 35 | Feb 06, 2021 | $0.00 | $40.00 | $40.00 |
| 36 | Mar 06, 2021 | $0.00 | $40.00 | $40.00 |
| 37 | Apr 06, 2021 | $0.00 | $40.00 | $40.00 |
| 38 | May 06, 2021 | $0.00 | $40.00 | $40.00 |
| 39 | Jun 06, 2021 | $0.00 | $40.00 | $40.00 |
| 40 | Jul 06, 2021 | $0.00 | $40.00 | $40.00 |
| 41 | Aug 06, 2021 | $0.00 | $40.00 | $40.00 |
| 42 | Sep 06, 2021 | $0.00 | $40.00 | $40.00 |
| 43 | Oct 06, 2021 | $0.00 | $40.00 | $40.00 |
| 44 | Nov 06, 2021 | $0.00 | $40.00 | $40.00 |
| 45 | Dec 06, 2021 | $0.00 | $40.00 | $40.00 |
| 46 | Jan 06, 2022 | $0.00 | $40.00 | $40.00 |
| 47 | Feb 06, 2022 | $0.00 | $40.00 | $40.00 |
| 48 | Mar 06, 2022 | $0.00 | $40.00 | $40.00 |
| 49 | Apr 06, 2022 | $0.00 | $40.00 | $40.00 |
| 50 | May 06, 2022 | $0.00 | $40.00 | $40.00 |
| 51 | Jun 06, 2022 | $0.00 | $40.00 | $40.00 |
| 52 | Jul 06, 2022 | $0.00 | $40.00 | $40.00 |
| 53 | Aug 06, 2022 | $0.00 | $40.00 | $40.00 |
| 54 | Sep 06, 2022 | $0.00 | $40.00 | $40.00 |
| 55 | Oct 06, 2022 | $0.00 | $40.00 | $40.00 |
| 56 | Nov 06, 2022 | $0.00 | $40.00 | $40.00 |
| 57 | Dec 06, 2022 | $0.00 | $40.00 | $40.00 |
| 58 | Jan 06, 2023 | $0.00 | $40.00 | $40.00 |

Fomafung Decl. - Attachment A

| | | | | |
|---|---|---|---|---|
| 59 | Feb 06, 2023 | $0.00 | $40.00 | $40.00 |
| 60 | Mar 06, 2023 | $0.00 | $40.00 | $40.00 |
| 61 | Apr 06, 2023 | $0.00 | $40.00 | $40.00 |
| 62 | May 06, 2023 | $0.00 | $40.00 | $40.00 |
| 63 | Jun 06, 2023 | $0.00 | $40.00 | $40.00 |
| 64 | Jul 06, 2023 | $0.00 | $40.00 | $40.00 |
| 65 | Aug 06, 2023 | $0.00 | $40.00 | $40.00 |
| 66 | Sep 06, 2023 | $0.00 | $40.00 | $40.00 |
| 67 | Oct 06, 2023 | $0.00 | $40.00 | $40.00 |
| 68 | Nov 06, 2023 | $0.00 | $40.00 | $40.00 |
| 69 | Dec 06, 2023 | $0.00 | $40.00 | $40.00 |
| 70 | Jan 06, 2024 | $0.00 | $40.00 | $40.00 |
| 71 | Feb 06, 2024 | $0.00 | $40.00 | $40.00 |
| 72 | Mar 06, 2024 | $0.00 | $40.00 | $40.00 |
| 73 | Apr 06, 2024 | $0.00 | $40.00 | $40.00 |
| 74 | May 06, 2024 | $0.00 | $40.00 | $40.00 |
| 75 | Jun 06, 2024 | $0.00 | $40.00 | $40.00 |
| 76 | Jul 06, 2024 | $0.00 | $40.00 | $40.00 |
| 77 | Aug 06, 2024 | $0.00 | $40.00 | $40.00 |
| 78 | Sep 06, 2024 | $0.00 | $40.00 | $40.00 |
| 79 | Oct 06, 2024 | $0.00 | $40.00 | $40.00 |
| 80 | Nov 06, 2024 | $0.00 | $40.00 | $40.00 |
| 81 | Dec 06, 2024 | $0.00 | $40.00 | $40.00 |
| 82 | Jan 06, 2025 | $0.00 | $40.00 | $40.00 |
| 83 | Feb 06, 2025 | $0.00 | $40.00 | $40.00 |
| 84 | Mar 06, 2025 | $0.00 | $40.00 | $40.00 |
| 85 | Apr 06, 2025 | $0.00 | $40.00 | $40.00 |
| 86 | May 06, 2025 | $0.00 | $40.00 | $40.00 |
| 87 | Jun 06, 2025 | $0.00 | $40.00 | $40.00 |
| 88 | Jul 06, 2025 | $0.00 | $40.00 | $40.00 |
| 89 | Aug 06, 2025 | $0.00 | $40.00 | $40.00 |
| 90 | Sep 06, 2025 | $0.00 | $40.00 | $40.00 |
| 91 | Oct 06, 2025 | $0.00 | $40.00 | $40.00 |
| 92 | Nov 06, 2025 | $0.00 | $40.00 | $40.00 |
| 93 | Dec 06, 2025 | $0.00 | $40.00 | $40.00 |
| 94 | Jan 06, 2026 | $0.00 | $40.00 | $40.00 |
| 95 | Feb 06, 2026 | $0.00 | $40.00 | $40.00 |
| 96 | Mar 06, 2026 | $0.00 | $40.00 | $40.00 |
| 97 | Apr 06, 2026 | $0.00 | $40.00 | $40.00 |
| 98 | May 06, 2026 | $0.00 | $40.00 | $40.00 |
| 99 | Jun 06, 2026 | $0.00 | $40.00 | $40.00 |
| 100 | Jul 06, 2026 | $0.00 | $40.00 | $40.00 |
| 101 | Aug 06, 2026 | $0.00 | $40.00 | $40.00 |
| 102 | Sep 06, 2026 | $0.00 | $40.00 | $40.00 |
| 103 | Oct 06, 2026 | $0.00 | $40.00 | $40.00 |
| 104 | Nov 06, 2026 | $0.00 | $40.00 | $40.00 |
| 105 | Dec 06, 2026 | $0.00 | $40.00 | $40.00 |
| 106 | Jan 06, 2027 | $0.00 | $40.00 | $40.00 |
| 107 | Feb 06, 2027 | $0.00 | $40.00 | $40.00 |
| 108 | Mar 06, 2027 | $0.00 | $40.00 | $40.00 |
| 109 | Apr 06, 2027 | $0.00 | $40.00 | $40.00 |
| 110 | May 06, 2027 | $0.00 | $40.00 | $40.00 |
| 111 | Jun 06, 2027 | $0.00 | $40.00 | $40.00 |
| 112 | Jul 06, 2027 | $0.00 | $40.00 | $40.00 |
| 113 | Aug 06, 2027 | $0.00 | $40.00 | $40.00 |
| 114 | Sep 06, 2027 | $0.00 | $40.00 | $40.00 |
| 115 | Oct 06, 2027 | $0.00 | $40.00 | $40.00 |
| 116 | Nov 06, 2027 | $0.00 | $40.00 | $40.00 |
| 117 | Dec 06, 2027 | $0.00 | $40.00 | $40.00 |
| 118 | Jan 06, 2028 | $0.00 | $40.00 | $40.00 |
| 119 | Feb 06, 2028 | $0.00 | $40.00 | $40.00 |
| 120 | Mar 06, 2028 | $0.00 | $40.00 | $40.00 |

Fomafung Decl. - Attachment A

Pls. Ex. 43
P. 1053

Client Signature                _Julius Fomafung_

Client Printed Name             Julius Fomafung

Executed on this Date           04/02/2018

Fomafung Decl. - Attachment A

## Credit Card Authorization Form

I hereby authorize PREMIER STUDENT LOAN CENTER and/or its third-party support servicers to charge my credit card below the Fees pursuant to the Fee and Service Schedule of my Agreement. The Fees will be automatically processed in accordance with the Draft Schedule of my Agreement.

I authorize Company to charge my credit card in accordance with the Draft Schedule of my Agreement for services provided pursuant to my Agreement. No additional charges are authorized. I understand that charges declined by the credit card issuer could constitute ground for cancellation of Company's document preparation services.

_____

Please complete all of the following information.

Your account cannot be processed if incomplete.

Check the type of credit card: MC X_ VISA Discover  AMEX

Credit Card Number: REDACTED

Expiration Date: Redacted

Security (CVC) Code: REDACTED

Name of Credit Card Holder (exactly as it appears on the card): **Julius Nfon**

Billing Address: REDACTED

City: **PLYMOUTH**

State: **MN**

Zip Code: REDACTED

Signature of Credit Card Holder:

Date: 04/02/2018

Fomafung Decl. - Attachment A

## Client Trust Account Authorization

## Dedicated Account Provider

## <u>No Advance Fees</u>

**Client Trust Account Services**

Company will use an independent third-party dedicated account provider ("DAP") to process payments to and from a trust account (including electronic and automatic transfers), make disbursements as directed, and provide transaction and account information related hereto (collectively "Services") on behalf of Client.

**Appointment**

Client hereby authorizes Company to designate a DAP to collect and deposit payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, and to deposit and hold Client's funds in a trust account established and serviced by the DAP. Client agrees that the trust account is non-interest bearing and may be located in California or any other state of the DAP's choice. Client agrees that the DAP will disburse from Client's funds any service fees as stated below and Company's fees pursuant to the Fee and Service Schedule of this Agreement. Client may revoke this Appointment with a minimum of five banking days' notice to Company in the manner set forth below. Client acknowledges that all transactions to and from Client's trust account must comply with the provisions of local, state, and federal laws.

**Client Fee Disbursement Terms – <u>NO ADVANCE FEES</u>**

The DAP will collect, deposit, and hold payments that Client has agreed to make with Company, pursuant to the Fee and Service Schedule of this Agreement, in a trust account. The DAP will not disburse any Client fees until:

1.   Client has received a consolidation, adjustment, or otherwise satisfactory result, and

2.   Client completes one payment towards such.

If the new payment is $0 (zero dollars), then disbursement may occur upon the passing of the first due date under the new $0 payment terms.

These Client fee disbursement terms apply on an annual basis. For all Client fees rendered towards each year of Company's services under this Agreement, the DAP will only disburse Client fees when the above two requirements are met for that year.

**Transaction and Account Information, and Communications**

The DAP will provide Client with access to Client's transaction and account information, upon request. Client agrees that disclosures, transaction and account statements, disbursement verification, and any other communications may be distributed by electronic mail. Client acknowledges that Client is able to electronically receive, download, and print such information and communications. If Client is unable to communicate electronically, Client will notify Company and reasonable alternative means of communication will be established.

Fomafung Decl. - Attachment A

**Service Fees** – Client authorizes the DAP to charge the following fees for services rendered:

**·    All service fees are waived.**

**Miscellaneous**

Client agrees to indemnify and hold harmless the DAP, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Client and Company.

Client understands that the DAP may share information with its depository institutions, its affiliates, Company, and any other party legally entitled to facilitate the transactions contemplated by this Agreement.

**Express Authorization**

I hereby authorize the DAP to initiate debits from my designated payment method as set forth in this Agreement. I agree that sufficient funds will be available in my designated payment account. I understand that Company and the DAP are not liable to any person for not completing a transaction as a result of any limit on my designated payment account, or if a financial institution fails to honor any debit from such account. I agree to notify Company immediately if a scheduled debit will not or does not occur. I authorize the DAP to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including insufficient funds.

This Client Trust Account Authorization:

| | |
|---|---|
| Client Signature | *Julius Fomafung* |
| Client Printed Name | Julius Fomafung |
| Executed on this Date | 04/02/2018 |

Fomafung Decl. - Attachment A

# Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint PREMIER STUDENT LOAN CENTER, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary or convenient, including but not limited to, the following on my behalf:

1.    Communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2.    Communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications, correspondence, and negotiations regarding my account(s). I assert that all of the information that I have provided and will provide PREMIER STUDENT LOAN CENTER is true and accurate.

I hereby duly authorize third-party communication from banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans to communicate directly with PREMIER STUDENT LOAN CENTER concerning my account or the collection activities associated with it, in accordance with Section 805(b) of the Fair Debt Collection Practices Act. I further request that all of my lenders direct all further telephone calls and correspondence to:

PREMIER STUDENT LOAN CENTER

173 Technology Dr, Ste 202

Irvine, CA 92618

Any and all communications directed to me will be referred to PREMIER STUDENT LOAN CENTER.

I understand that PREMIER STUDENT LOAN CENTER is not a law firm, is not licensed to practice law or provide legal advice, and that I will not request or accept any legal advice from PREMIER STUDENT LOAN CENTER relating to my personal financial situation.

I understand that any creditor or collection activity, demands, or lawsuits are unrelated to my enrollment in the PREMIER STUDENT LOAN CENTER program.

I agree that electronic or facsimile copy signature shall be deemed original and is an authorization by me for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing, or upon resolution of the current matter.

This Special Limited Power of Attorney:

| | |
|---|---|
| Client Signature | *Julius Fomafung* |
| Client Printed Name | Julius Fomafung |
| Executed on this Date | 04/02/2018 |

# National Student Loan Data System Access Permission

**Purpose:**    For PREMIER STUDENT LOAN CENTER to access your student loan information from government websites.

**Reason:**    For PREMIER STUDENT LOAN CENTER to obtain accurate information relating to your student loans for application purposes.

**What I Need to Do:**    As the Debtor who is responsible for these loans, you need to create an online User Name and Password. The U.S. Department of Education recommends that you keep your User Name and Password secure to prevent any fraudulent use. The purposes of the User Name and Password is to permit you access to various government websites and allow you to sign electronically on any applications. There are other purposes as well, so please keep your information secure.

**Why We May Request Your User Name and Password:**    We need to carry out the application services that you have requested of us, which may require your User Name and Password. We will only your User Name and Password with your permission and instruction. We will keep your User Name and Password secure, and we will never share it with third parties. We may need this information to complete our contracted services, including gathering the relevant pending loan information pertaining to you, and completing the applications that you qualify for. While the government does not encourage such sharing because they want to prevent fraud and abuse, with your consent and instruction we are permitted to review and assist you with the services you have requested of us. We will never use this information to sign or submit applications for you – you must do that on your own.

**Authorization:**    As part of the federal student loan assistance application process, it may be necessary for us to access your student loan information within the

Fomafung Decl. - Attachment A

Student Loan Data System located online at http://www.nslds.ed.gov.

The Data System contains a complete list of your federal education loans, along with current estimated balances and servicer details – information that is required to complete your application(s).

By enrolling in Company's program, you are agreeing to allow Company, its representatives, designated agents, and/or employees, and third-party support servicers to access your profile and all the data contained within that profile. In order to allow this access, you may need to provide Company with your User Name and Password.

Please note that all information that Company obtains from the Student Loan Data System will be used expressly for the purposes of confirming information and assisting in the preparation of your application(s).

**Acknowledgment:**   I hereby acknowledge that I have read, understood, and agree to the above statements regarding access to my National Student Loan Data System profile. I understand that any information received or accessed will be used solely for the purposes as stated above.

By signing this acknowledgment, I instruct, agree, and expressly permit Company to access the National Student Loan Data System and my personal profile as explained above.

This National Student Loan Data System Access Permission:

| | |
|---|---|
| Client Signature | *Julius Fomafung* |
| Client Printed Name | Julius Fomafung |
| Executed on this Date | 04/02/2018 |

Fomafung Decl. - Attachment A

| Facts: | WHAT DOES PREMIER STUDENT LOAN CENTER ("Company") DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>• Social Security number and income<br>• Account balances and account numbers<br>• Transaction or loss history and employment information<br><br>When you are *no longer* our customer, we continue to share your information as described in this notice. |
| How? | All financial companies need to share customers' personal information to run their everyday business.  In the section below, we list the reasons financial companies can share their customers' personal information; the reasons PREMIER STUDENT LOAN CENTER chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Do we share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | No | We don't share |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For non-affiliates to market to you** | Yes | Yes |
| **Questions?** | www.premierstudentloancenter.com | |

Fomafung Decl. - Attachment A

| Who we are | |
|---|---|
| **Who is providing this notice?** | PREMIER STUDENT LOAN CENTER |

| What we do | |
|---|---|
| **How do we protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safe guards and secured files and buildings<br><br>We also maintain physical, electronic and procedural safe guards such as computer virus protection software, firewalls, and a 128 bit Secure Socket Layer. Only authorized employees have access. |
| **How do we collect my personal information?** | We collect your personal information, for example when you<br>-Give us your income information<br>-Provide employment information<br>-Provide account information<br>-Give us your contact information<br>We also collect your personal information from other companies |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>-Sharing for affiliates' everyday business purposes-information about your creditworthiness<br>-Affiliates from using your information to market to you<br>-Sharing for non-affiliates o market to you<br>State laws and individual companies may give you additional rights to limit sharing. |

| Definition | |
|---|---|
| **Affiliates** | Financial and non-financial companies related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with our affiliates |
| **Non-affiliates** | Financial and non-financial companies not related by common ownership or control.<br><br>• PREMIER STUDENT LOAN CENTER does not share with non-affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non-affiliated financial companies that together market financial products or services to you<br><br>• PREMIER STUDENT LOAN CENTER doesn't jointly market. |

| Other Important Information | |
|---|---|
| **For California and Vermont Residents**: We will not share information we collect about you with non-affiliated third parties, except as permitted by California or Vermont law, respectively, such as to process your transactions or to maintain your account. | |

Fomafung Decl. - Attachment A

 

# E-Signature Completion Certificate

| | |
|---|---|
| Document ID | REDACT 4113 |
| Document Title | Client Agreement |
| Sender IP | Redacted |
| Number of Signers | 1 |
| Signer Email | REDACTED |
| Signer IP | |
| Timestamp | 2018-04-02T17:13:47-05:00 |
| Document Hash | 4fa9eddb8b355bc5218ac0d7a0f6d38b |

## Document Audit

- Sent at 2018-04-02T17:03:59-05:00 from IP Redacted
- Delivered to Julius Fomafung REDACTED at 2018-04-02T17:11:40-05:00 from
- Adopted Signature at 2018-04-02T17:12:06-05:00 from
- Completed Signing at -001-11-30T00:00:00-06:00 from
- PDF Generated at 2018-04-02T17:13:47-05:00

## User Agent

Fomafung Decl. - Attachment A

Pls. Ex. 43

P. 1062

Plaintiffs' Exhibit 44

3700313

**STATE *of* CALIFORNIA**
**ARTICLES *of* INCORPORATION**
**A STOCK CORPORATION**

**FILED**
Secretary of State
State of California

Icc   AUG 0 6 2014

### ARTICLE I.

The name of this corporation is CONSUMER ADVOCACY CENTER INC.

### ARTICLE II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### ARTICLE III.

The name of the initial agent for service of process in the State of California for the corporation is ALBERT KIM at 5350 E. Suncrest Rd, Anaheim, 92807.

### ARTICLE IV.

The initial street address of the corporation is 5350 E. Suncrest Rd, Anaheim, CA 92807.

### ARTICLE V.

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 1,500.

### ARTICLE VI.

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

Dated: August 5th, 2014

*Marsha Siha*
Marsha Siha, Incorporator

CFPB-20221128-00000005

## State of California
## Secretary of State

**Statement of Information**
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
| --- |

**FN20286**

# FILED

In the office of the Secretary of State
of the State of California

**JUN-08 2017**

This Space for Filing Use Only

1.  **CORPORATE NAME**
CONSUMER ADVOCACY CENTER INC.

2.  **CALIFORNIA CORPORATE NUMBER**
C3700313

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| 7. | CHIEF EXECUTIVE OFFICER/ ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 8. | SECRETARY ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 9. | CHIEF FINANCIAL OFFICER/ ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- | --- |
| 10. | ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 11. | | | | | |
| 12. | | | | | |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ALBERT KIM

| | | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- | --- |
| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOCUMENT PREPARATION SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/08/2017 | ALBERT KIM | PRESIDENT | |
| --- | --- | --- | --- |
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
| --- | --- | --- |

## State of California
### Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**S**

**FY80868**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-15 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**

CONSUMER ADVOCACY CENTER INC.

2. **CALIFORNIA CORPORATE NUMBER**

C3700313

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS

15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/15/2018 | ALBERT KIM | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-200 (REV 01/2013)          APPROVED BY SECRETARY OF STATE

Pls.' Ex. 44
P. 1066
CFPB-20221128-00000007



I hereby certify that the foregoing
transcript of___3___page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____  SYD

ALEX PADILLA, Secretary of State

CFPB-20221128-00000008

# Plaintiffs' Exhibit 45

3993846

| **ARTS-CL** | **Articles of Incorporation of a Close Corporation** |

To form a **close corporation** in California, you can fill out this form or prepare your own document, and submit for filing along with:

- A **$100** filing fee.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form or document.

**Important!** Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**Note:** *Before submitting the completed form,* you should consult with a private attorney for advice about your specific business needs.

**FILED** 
Secretary of State
State of California

**FEB 13 2017**

This Space For Office Use Only

**For questions about this form, go to** *www.sos.ca.gov/business/be/filing-tips.htm.*

**Corporate Name** (List the proposed corporation name. The name must include the word Corporation, Incorporated or Limited or an abbreviation of one of those words. Go to www.sos.ca.gov/business/be/name-availability.htm for general corporate name requirements and restrictions.)

① The name of the corporation is **True Count Staffing Inc.**

**Corporate Purpose**

② The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your initial agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may not list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. **Kaine Wen**
Agent's Name

b. **777 E Sierra Madre Ave**      **Azusa**      **CA 91702**
Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box   City (no abbreviations)   State   Zip

**Corporate Addresses**

④ a. **777 E Sierra Madre Ave**      **Azusa**      **CA 91702**
Initial Street Address of Corporation - Do not list a P.O. Box   City (no abbreviations)   State   Zip

b.
Initial Mailing Address of Corporation, if different from 4a   City (no abbreviations)   State   Zip

**Shares** (List the number of shares the corporation is authorized to issue. Note: Before shares of stock are sold or issued, the corporation must comply with the Corporate Securities Law of 1968 administered by the California Department of Business Oversight. For more information, go to www.dbo.ca.gov or call the California Department of Business Oversight at (866) 275-2677.)

⑤ This corporation is authorized to issue only one class of shares of stock. The total number of shares which this corporation is authorized to issue is _____ **100** _____.

**Number of Shareholders** (List the number of shareholders the corporation is authorized to have. The number *must not exceed 35.*)

⑥ This corporation is a **Close Corporation.** All of the corporation's issued shares of stock, of all classes, will be held of record by not more than _____ **3** _____ persons.
(Must not exceed 35)

This form must be signed by each incorporator. If you need more space, attach extra pages that are 1-sided and on standard letter-sized paper (8 1/2" x 11"). All attachments are made part of these articles of incorporation.

▶ _____
Incorporator - Sign here

**Kaine Wen**
Print your name here

| Make check/money order payable to: **Secretary of State** Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | *By Mail* Secretary of State Business Entities, P.O. Box 944260 Sacramento, CA 94244-2600 | *Drop-Off* Secretary of State 1500 11th Street, 3rd Floor Sacramento, CA 95814 |

Corporations Code §§ 158 and 200-202 et seq., Revenue and Taxation Code § 23153
ARTS-CL (REV 03/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

Pls.' Ex. 45
P 1069



# State of California
## Secretary of State

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

| S |
|---|

**FM67020**

# FILED

In the office of the Secretary of State
of the State of California

**MAY-11 2017**

**1. CORPORATE NAME**
TRUE COUNT STAFFING INC.

**2. CALIFORNIA CORPORATE NUMBER**
C3993846

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY<br>777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 6. | MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7. | CHIEF EXECUTIVE OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 8. | SECRETARY<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 9. | CHIEF FINANCIAL OFFICER/<br>KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10. | KAINE WEN | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |
| 11. | | ADDRESS | CITY | STATE | ZIP CODE |
| 12. | | ADDRESS | CITY | STATE | ZIP CODE |

**13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:**

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

**14. NAME OF AGENT FOR SERVICE OF PROCESS**
KAINE WEN

| 15. | STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | 777 E SIERRA MADRE AVE, AZUSA, CA 91702 | | | |

**Type of Business**

**16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION**
STAFFING SERVICES

**17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.**

| 05/11/2017 | KAINE WEN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

CFPB-20221128-00000002

18-079874

## Secretary of State
## Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

133

**SI-550**

**FILED**
Secretary of State
State of California

**SEP 25 2018**

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee – $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State. Note: If you registered in California using an assumed name, see instructions.)

TRUE COUNT STAFFING INC

*This Space For Office Use Only*

**2. 7-Digit Secretary of State File Number**

3993846

**3. Business Addresses**

| a. Street Address of Principal Executive Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, PMB #108 | IRVINE | CA | 92618 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| a. Chief Executive Officer | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| KAINE | | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |
| b. Secretary | First Name | Middle Name | Last Name | Suffix |
| KAINE | | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |
| c. Chief Financial Officer | First Name | Middle Name | Last Name | Suffix |
| KAINE | | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | | State CA | Zip Code 92618 |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| KAINE | | WEN | |
| Address 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | State CA | Zip Code 92618 |
| b. Number of Vacancies on the Board of Directors, if any | | | |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| TUONG | | NGUYEN | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box 7545 IRVINE CENTER DR, STE 200, PMB #108 | City (no abbreviations) IRVINE | State CA | Zip Code 92618 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

Describe the type of business or services of the Corporation

OFFICE WORK JAM

**8. The information contained herein, including in any attachments, is true and correct.**

| 08/16/18 | KAINE WEN | PARTNER | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Pls.' Ex. 45
P. 1071

CFPB-20221128-00000003



I hereby certify that the foregoing
transcript of ___3___ page(s)
is a full, true and correct copy of
the complete record in the custody
of the California Secretary of
State's office as of this date.

**MAR 08 2019**

Date:_____ SYD

ALEX PADILLA, Secretary of State

Pls.' Ex. 45
P. 1072

CFPB-20221128-00000004

Plaintiffs' Exhibit 46



# California Secretary of State

**Business Programs Division**
1500 11th Street, Sacramento, CA 95814

---

| | |
|---|---|
| **Request Type:** Certified Copies | **Issuance Date:** 11/01/2022 |
| **Entity Name:** PRIME CONSULTING LLC | **Copies Requested:** 1 |
| **Formed In:** WYOMING | **Receipt No.:** 002852813 |
| **Entity No.:** 201812710787 | **Certificate No.:** 056589934 |
| **Entity Type:** Limited Liability Company - Out of State | |

---

### Document Listing

| Reference # | Date Filed | Filing Description | Number of Pages |
|---|---|---|---|
| 30202236-1 | 04/25/2018 | Initial Filing | 2 |
| 30202242-1 | 09/14/2018 | Statement of Information | 1 |

**     ****  ******  ********   End of list   ********  ******  ****  **

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, do hereby certify on the Issuance Date, the attached document(s) referenced above are true and correct copies and were filed in this office on the date(s) indicated above.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California on November 01, 2022.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

To verify the issuance of this Certificate, use the Certifcate No. above with the Secretary of State Certification Verification Search available at **biz**fileOnline.sos.ca.gov.

Pls.' Ex. 46
P. 1074

CFPB-20230125-00003129



**Secretary of State**
**Application to Register a Foreign Limited Liability Company (LLC)**

LLC-5

**201812710787**

---

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

Filing Fee  —  $70.00

Copy Fees  —  First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year.  For more information, go to https://www.ftb.ca.gov.

**FILED**

Secretary of State
State of California

APR 2 5 2018

This Space For Office Use Only

---

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

Prime Consulting LLC

**1b. California Alternate Name, if Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

---

**2.  LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 12 / 24 / 2013 | Wyoming |

c. Authority Statement (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

---

**3.  Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 11932 Klingerman Street, Suite 3 | El Monte | CA | 91732 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|  |  | CA |  |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

---

**4.  Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le |  | Ho |  |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 11932 Klingerman Street, Suite 3 | El Monte | CA | 91732 |

CORPORATION – Complete Item 4c only.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

---

**5.  Read and Sign Below** (See Instructions.  Title not required.)

I am authorized to sign on behalf of the foreign LLC.

| Signature | DeAnna Montemayor |
|---|---|
|  | Type or Print Name |

LLC-5 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

Certificate Verification No.: 056589934 Date: 11/01/2022

Pls.' Ex. 46
P. 1075

CFPB-20230125-00003130

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that according to the records of this office,

## Prime Consulting LLC

is a

## Limited Liability Company

formed or qualified under the laws of Wyoming did on **December 24, 2013**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2013-000656039.**

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 19th day of April, 2018 at 9:51 AM. This certificate is assigned 026232425.



*Edward X. Buchanan*

Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website http://wyobiz.wy.gov and following the instructions displayed under Validate Certificate.

Pls.' Ex. 46

P. 1076

**201812710787**

Certificate Verification No.: 056589934 Date: 11/01/2022

**LLC-12**

**Secretary of State**
**Statement of Information**
(Limited Liability Company)

18-D10476

**FILED**

In the office of the Secretary of State
of the State of California

**SEP 14, 2018**

**This Space For Office Use Only**

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee - $20.00**

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PRIME CONSULTING LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201812710787 | WYOMING |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

| b. Mailing Address of LLC, if different than Item 4a | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |

b. Entity Name - Do not complete Item 5a

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b

**7. Type of Business**

a. Describe the type of business or services of the Limited Liability Company

Document Preparation Services

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Le | | Ho | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 7545 IRVINE CENTER DR, STE 200, ROOM 108 | IRVINE | CA | 92618 |

**9. The Information contained herein, including any attachments, is true and correct.**

| 09/14/2018 | LE Ho | President | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

Pls.' Ex. 46
P. 1077

Certificate Verification No.: 05658934 Date: 11/01/2022

CFPB-20230125-00003132

Plaintiffs' Exhibit 47



HUGH NGUYEN
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

**2015642O996** — 23.00
10/08/2015 08:51:00
214 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | Fictitious Business Name(s)   PREMIER STUDENT LOAN CENTER | (optional)<br>Business Phone No. |
|---|---|---|

| 1A | ☒ New Statement | ☐ Refile - list previous No. | ☐ Change |
|---|---|---|---|

| 2. | Street Address, City & State of Principal place of Business<br>(Do not use P.O. box or P.M.B )   City   State   Zip Code   County<br><br>24852 ACROPOLIS DR  MISSION VIEJO, CA  92691  ORANGE |
|---|---|

| 3. | Full name of Registered Owner (If Corporation, enter corporation name)<br><br>CONSUMER ADVOCACY CENTER | If Corporation / LLC<br>State of Incorporation<br>or organization   CA |
|---|---|---|
| | Res. / Corp. Address (Do NOT use a P.O. Box or P.M B)   City   State   Zip Code<br>5350 E. SUNCREST RD   ANAHEIM HILLS   CA   92807 | |

| 4. | (CHECK ONE ONLY) This business is conducted by:   ☐ a trust   ☐ a state or local registered domestic partnership<br>☐ an individual   ☐ a general partnership   ☐ a limited partnership   ☐ an unincorporated association other than a partnership<br>☒ a corporation   ☐ a Limited Liability Partnership   ☐ co-partners   ☐ a married couple   ☐ a joint venture   ☐ Limited Liability Co. |
|---|---|

| 5. | Have you started doing business yet?<br>☐ Yes Insert Date<br>☒ No | Notice  This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code). |
|---|---|---|

| 6. | If the registered owner is NOT a corporation, sign below.<br>(See Instructions on the reverse side of this form)<br><br>Signature. _(signature)_<br><br>_Albert Kim_<br>(Type or Print Name)<br><br>I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) ) | If the registered owner is:<br>a corporation, an officer of the corporation signs below<br>any type of partnership, the general partner signs below.<br>a limited liability company, a manager or an officer signs below.<br>CONSUMER ADVOCACY CENTER<br><br>Limited Liability Company/Corporation/Partnership Name<br><br>_(signature)_ / President<br>Signature and Title of Officer/Manager or General Partner<br><br>I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) )<br><br>ALBERT KIM                    ALBERT KIM<br>Print Name of Officer/Manager or General Partner |
|---|---|---|

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

## Page 1 of 2 of Document Number 20156420996

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

**FILED**

NOV 19 2015

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

CONSUMER ADVOCACY CENTER
5350 E SUNCREST RD
ANAHEIM HILLS, CA - 92807

OR#: 2809654

FICTITIOUS BUSINESS
NAME STATEMENT
File No. 20156420996
The following person(s) is (are) doing
business as:
Premier Student Loan Center, 24852
Acropolis Dr., Mission Viejo, CA 92691,
County of Orange
Consumer Advocacy Center, 5350 E
Suncrest Rd., Anaheim Hills, CA 92807,
CA
This business is conducted by a
Corporation
The registrant(s) commenced to transact
business under the fictitious business
name or names listed above on n/a
I declare that all information in the
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
/s/ Albert Kim, President
Consumer Advocacy Center
This statement was filed with the County
Clerk of Orange County on October 8,
2015
NOTICE-This Fictitious Name Statement
expires five years from the date on which
it was filed in the Office of the County
Clerk-Recorder. The statement expires 40
days after any change in the facts made
other than a change in the residences
address of a registered owner. A new
Fictitious Business Name Statement must
be filed before the expiration. When
ceasing to transact business under the
active Fictitious Business Name
Statement, Abandonment shall be filed.
The filing of this statement does not of
itself authorize the use in this state of a
Fictitious Business Name in violation of
the rights of another under federal, state,
or common law (See Section 14411 et
seq., Business and Professions Code).
New Statement
10/28, 11/4, 11/11, 11/18/15
OR-2809654#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California  )
County of ORANGE   ) ss

Notice Type:  FNS - FICTITIOUS BUSINESS NAME

Ad Description:

PREMIER STUDENT LOAN CENTER

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

10/28/2015, 11/04/2015, 11/11/2015, 11/18/2015

Executed on: 11/18/2015
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

_____
Signature

*A00000393 5006*

Pls.' Ex. 47
P. 1080



HUGH NGUYEN
CLERK-RECORDER
12 CIVIC CENTER PLAZA, ROOM 106
POST OFFICE BOX 238
SANTA ANA, CA 92702-0238

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

20156420996    23.00
10/08/2015 08:51:00
214 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| | | | |
|---|---|---|---|
| 1. | Fictitious Business Name(s)  PREMIER STUDENT LOAN CENTER | | (optional)<br>Business Phone No. |

| | | | | |
|---|---|---|---|---|
| 1A | [x] New Statement | [ ] Refile - list previous No. | | [ ] Change |

| | |
|---|---|
| 2. | Street Address, City & State of Principal place of Business<br>(Do not use P.O. box or P.M.B.)<br>24852 ACROPOLIS DR  MISSION VIEJO, CA 92691  ORANGE |

| | | | | |
|---|---|---|---|---|
| 3. | Full name of Registered Owner (If Corporation, enter corporation name)<br><br>CONSUMER ADVOCACY CENTER | | | If Corporation / LLC<br>State of Incorporation<br>or organization   CA |
| | Res. / Corp Address (Do NOT use a P.O. Box or P.M.B) | City | State | Zip Code |
| | 5350 E. SUNCREST RD | ANAHEIM HILLS | CA | 92807 |

**4.** (CHECK ONE ONLY) This business is conducted by:
[ ] an individual   [ ] a general partnership   [ ] a limited partnership   [ ] a trust   [ ] a state or local registered domestic partnership   [ ] an unincorporated association other than a partnership
[x] a corporation   [ ] a Limited Liability Partnership   [ ] co-partners   [ ] a married couple   [ ] a joint venture   [ ] Limited Liability Co.

**5.** Have you started doing business yet?
[ ] Yes Insert Date
[x] No

Notice. This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residences address of the registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state or common law (see section 14411 et seq., Business and Professions Code).

**6.** If the registered owner is NOT a corporation, sign below:
(See Instructions on the reverse side of this form)

Signature: _Albert Kim_ (signature)

_Albert Kim_
(Type or Print Name)

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000) )

If the registered owner is:
a corporation, an officer of the corporation signs below.
any type of partnership, the general partner signs below.
a limited liability company, a manager or an officer signs below.
CONSUMER ADVOCACY CENTER

Limited Liability Company/Corporation/Partnership Name

_(signature)_ / President
Signature and Title of Officer/Manager or General Partner

I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

ALBERT KIM                    ALBERT KIM

Print Name of Officer/Manager or General Partner

These fees apply at time of filing (Please provide a self-addressed, stamped, return envelope if mailed):
Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after first two

## Page 1 of 2 of Document Number 20156420996

**ORANGE COUNTY REPORTER**
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

This space for filing stamp only

# FILED

NOV 19 2015

HUGH NGUYEN, CLERK-RECORDER

BY:                     DEPUTY

CONSUMER ADVOCACY CENTER
5350 E SUNCREST RD
ANAHEIM HILLS, CA - 92807

OR #: 2809654

**FICTITIOUS BUSINESS
NAME STATEMENT**
File No. 20156420996
The following person(s) is (are) doing
business as:
Premier Student Loan Center, 24852
Acropolis Dr., Mission Viejo, CA 92691,
County of Orange
Consumer Advocacy Center, 5350 E.
Suncrest Rd., Anaheim Hills, CA 92807;
CA
This business is conducted by a
Corporation
The registrant(s) commenced to transact
business under the fictitious business
name or names listed above on n/a
I declare that all information in this
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
/s/ Albert Kim, President
Consumer Advocacy Center
This statement was filed with the County
Clerk of Orange County on October 8,
2015
NOTICE-This Fictitious Name Statement
expires five years from the date on which
it was filed in the Office of the County
Clerk-Recorder. The statement expires 40
days after any change in the facts made
other than a change in the residence
address of a registered owner. A new
Fictitious Business Name Statement must
be filed before this expiration. When
ceasing to transact business under the
active Fictitious Business Name
Statement, Abandonment shall be filed.
The filing of this statement does not of
itself authorize the use in this state of a
Fictitious Business Name in violation of
the rights of another under federal, state,
or common law (See Section 14411 et
seq., Business and Professions Code).
New Statement
10/28, 11/4, 11/11, 11/18/15           OR-2809654#

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California            )
County of ORANGE           ) ss

Notice Type: FNS - FICTITIOUS BUSINESS NAME

Ad Description:

PREMIER STUDENT LOAN CENTER

I am a citizen of the United States and a resident of the State of California; I am
over the age of eighteen years, and not a party to or interested in the above
entitled matter. I am the principal clerk of the printer and publisher of the
ORANGE COUNTY REPORTER, a newspaper published in the English
language in the city of SANTA ANA, county of ORANGE, and adjudged a
newspaper of general circulation as defined by the laws of the State of
California by the Superior Court of the County of ORANGE, State of California,
under date 06/20/1922, Case No. 13421. That the notice, of which the
annexed is a printed copy, has been published in each regular and entire issue
of said newspaper and not in any supplement thereof on the following dates,
to-wit:

50156420996

10/28/2015, 11/04/2015, 11/11/2015, 11/18/2015

Executed on: 11/18/2015
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and
correct.

_____
Signature

*A00000 3935006*

Page 2 of 2 of Document Number 20156420996

Pls.' Ex. 47
P. 1082

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

Hugh Nguyen, Clerk-Recorder

# Plaintiffs' Exhibit 48

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

| | |
|---|---|
| MAIL FILED DOCUMENTS TO: | |

**23.00**

**\* S R 0 0 0 9 9 1 0 5 2 8 \***

| | |
|---|---|
| NAME | KAINE WEN |
| ADDRESS | 8 HUGHES PARKWAY #210 |
| CITY/ST/ZIP | IRVINE , CA 92618 |

**20186502012 9:06 am 02/26/18**
**370 231 F01**
**23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00**

---

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. 424 333-9290 (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 HUGHES PARKWAY #210 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | KAINE WEN | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | | STATE  ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | | CA  91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | | STATE  ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | | STATE  ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [ ] Yes | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| | [X] No | |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [X] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association | |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [ ] A Limited Liability Company |

**I declare that all information in this statement is true and correct.**
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| REGISTRANT(S) NAME | KAINE WEN | KAINE WEN  CHIEF EXECUTIVE OFFICER |
|---|---|---|
| | (Type or Print Name) | Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

## FICTITIOUS BUSINESS NAME STATEMENT

**Page 1 of 1 of Document Number 20186502012**

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

**MAIL FILED DOCUMENTS TO:**

| | |
|---|---|
| NAME | **KAINE WEN** |
| ADDRESS | **8 HUGHES PARKWAY #210** |
| CITY/ST/ZIP | **IRVINE , CA 92618** |

*S R 0 0 0 9 9 1 0 5 2 8 S* **23.00**
**20186502012 9:06 am 02/26/18**
370 231 F01
**23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00**

---

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| | | |
|---|---|---|
| **1.** | FICTITIOUS BUSINESS NAME(S)<br><br>SL ACCOUNT MGMT | BUSINESS PHONE NO. 424 333-9290<br>(Optional) |
| **1A.** | ☒ New Statement | ☐ Refile | ☐ Change |

| | | | | | |
|---|---|---|---|---|---|
| **2.** | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
| | 8 HUGHES PARKWAY #210 | IRVINE | CA | 92618 | Orange |

| | | | | |
|---|---|---|---|---|
| **3.** | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME)<br><br>KAINE WEN | | | If Corporation / LLC<br>State of Incorporation<br>or organization  CA |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | | STATE   ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | | CA   91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE   ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE   ZIP CODE |

| | | |
|---|---|---|
| **4.** | HAVE YOU STARTED DOING BUSINESS YET?<br><br>☐ Yes<br><br>☒ No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.<br><br>THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

**5.** THIS BUSINESS IS CONDUCTED BY: (Check One Only)   ☐ A Trust   ☐ A State Or Local Registered Domestic Partnership   ☐ An Individual

☒ A Corporation   ☐ A General Partnership   ☐ A Limited Partnership   ☐ An Unincorporated Association

☐ A Limited Liability Partnership   ☐ Copartners   ☐ A Married Couple   ☐ A Joint Venture   ☐ A Limited Liability Company

---

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| | |
|---|---|
| KAINE WEN | KAINE WEN  CHIEF EXECUTIVE OFFICER |
| REGISTRANT(S) NAME (Type or Print Name) | Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

## FICTITIOUS BUSINESS NAME STATEMENT

---

**Page 1 of 1 of Document Number 20186502012**

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

Filed in Orange County
**Hugh Nguyen, Clerk-Recorder**

MAIL FILED DOCUMENTS TO:

NAME    **KAINE WEN**

ADDRESS   **8 WHATNEY SUITE 100 #8**

CITY/ST/ZIP  **IRVINE, CA 92618-9261**

23.00

\* S R 0 0 1 0 1 2 8 5 6 7 S \*

**20186512181** 11:46 am 06/01/18
341 OR05 F01
**23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00**

---

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

**THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:**

| 1. | FICTITIOUS BUSINESS NAME(S) | | BUSINESS PHONE NO. (Optional) |
|----|-----------------------------|---|-------------------------------|
| | SL ACCOUNT MGMT | | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|-----|-------------------|------------|------------|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|----|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618-9261 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|----|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |
| | | | | |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|----|---|---|
| | [X] Yes  Insert Date: 03/01/2018 | |
| | [ ] No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|----|---|---|---|---|
| | [X] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [ ] A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| REGISTRANT(S) NAME | TRUE COUNT STAFFING | KAINE WEN  CHIEF EXECUTIVE OFFICER |
|---|---|---|
| | (Type or Print Name) | Print Name and Title of Officer/Manager or General Partner |
| REGISTRANT(S) SIGNATURE | _Kaine W_ | |

**If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.**

FICTITIOUS BUSINESS NAME STATEMENT

Page 1 of 1 of Document Number 20186512181

Pls.' Ex. 48
P. 1088

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

MAIL FILED DOCUMENTS TO:

NAME     KAINE WEN

ADDRESS  8 WHATNEY SUITE 100 #8

CITY/ST/ZIP  IRVINE, CA 92618-9261

23.00

* S R 0 0 1 0 1 2 8 5 6 7 S *

20186512181 11:46 am 06/01/18
341 OR05 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

---

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee is $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618-9261 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUSA | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [X] Yes   Insert Date: 03/01/2018 | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |
| | [ ] No | |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [X] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [ ] A Limited Liability Company |

I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME   TRUE COUNT STAFFING     KAINE WEN  CHIEF EXECUTIVE OFFICER

(Type or Print Name)     Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

## FICTITIOUS BUSINESS NAME STATEMENT

### Page 1 of 1 of Document Number 20186512181

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

# 🔔 The Mission Viejo News 🔔

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal



Signature
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990  Fax: (949) 589-6429

---

**Proof of Publication of Public Notice**

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618. This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702. The registrants have not commenced to do business under the fictitious business name or names listed above. /S/TRUE COUNT STAFFING. This notice was filed with the Orange County Recorder on 7/30/18. The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

## FILED

AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

Page 1 of 1 of Document Number 20186517265

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

MAIL FILED DOCUMENTS TO:

NAME    KIANE WEN

ADDRESS    8 WHATNEY SUITE 100 #8

CITY/ST/ZIP    IRVINE, CA 92618

23.00

* S R 0 0 1 0 2 5 1 6 1 7 S *
20186517265 1:13 pm 07/30/18
367 SC2 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed) Filing fee $23.00 for one business name $7.00 for each additional business name $7.00 for each additional partner after two | HUGH NGUYEN ORANGE COUNTY CLERK - 12 Civic Center Plaza, Room 106 POST OFFICE BOX 238 Santa Ana, CA 92701 | THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILE STAMP ABOVE |

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | | | BUSINESS PHONE NO. (Optional) |

SL ACCOUNT MGMT

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUZA | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? [ ] Yes [X] No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) [ ] A Trust [ ] A State Or Local Registered Domestic Partnership [ ] An Individual [X] A Corporation [ ] A General Partnership [ ] A Limited Partnership [ ] An Unincorporated Association [ ] A Limited Liability Partnership [ ] Copartners [ ] A Married Couple [ ] A Joint Venture [ ] A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

| REGISTRANT(S) NAME | TRUE COUNT STAFFING (Type or Print Name) | KIANE WEN   CHIEF EXECUTIVE OFFICER Print Name and Title of Officer/Manager or General Partner |
|---|---|---|
| REGISTRANT(S) SIGNATURE | *Kane Wen* | |

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

## Page 1 of 2 of Document Number 20186517265

Pls.' Ex. 48
P. 1092

🔔 **The Mission Viejo News** 🔔

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal

*Jennifer Baker*
Signature
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990  Fax: (949) 589-6429

**Proof of Publication of Public Notice**

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618.  This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702.  The registrants have not commenced to do business under the fictitious business name or names listed above.  /S/TRUE COUNT STAFFING.  This notice was filed with the Orange County Recorder on 7/30/18.  The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

**FILED**

AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

Page 2 of 2 of Document Number 20186517265

Pls.' Ex. 48
P. 1093

MAIL FILED DOCUMENTS TO:

NAME   KIANE WEN

ADDRESS   8 WHATNEY SUITE 100 #8

CITY/ST/ZIP   IRVINE, CA 92618

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

23.00

* S R 0 0 1 0 2 5 1 6 1 7 5 *
20186517265 1:13 pm 07/30/18
367 SC2 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | BUSINESS PHONE NO. (Optional) |
|---|---|---|
| | SL ACCOUNT MGMT | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 8 WHATNEY SUITE 100 #8 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | TRUE COUNT STAFFING | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 777 E SIERRA MADRE AVE | AZUZA | CA | 91702 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [ ] Yes | |
| | [X] No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [X] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [ ] A Limited Liability Company |

I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME   TRUE COUNT STAFFING   KIANE WEN CHIEF EXECUTIVE OFFICER
(Type or Print Name)   Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE   _Karri Wen_

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

## Page 1 of 2 of Document Number 20186517265

# ⌂ The Mission Viejo News ⌂

23472 Vista del Verde, Coto de Caza, California 92679 | Telephone: (949) 589-9990

## Affidavit of Publication
### State of California - County of Orange

SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to or interested in the below entitled matter. I am the principal clerk of the Mission Viejo News, a newspaper that has been adjudicated to be a newspaper of general circulation by the Superior Court of the County of Orange, State of California, on July 5, 2000, Case No. A-202554 in and for the South Orange County Judicial District, County of Orange, State of California, that the notice, of which the annexed is a true printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates to wit:

8/3/18, 8/10/18, 8/17/18, 8/24/18

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Coto de Caza, Orange County.

Date: Aug 24, 2018

Witness my hand and official seal

*[signature]*

Signature
Legal Advertising Officer
The Mission Viejo News
23472 Vista del Verde, Suite 6
Coto de Caza, California 92679
(949) 589-9990  Fax: (949) 589-6429

**Proof of Publication of Public Notice**

FICTITIOUS BUSINESS NAME STATEMENT 20186517265
The following company is doing business as: SL ACCOUNT MGMT, 8 WHATNEY SUITE 100 #8, IRVINE, CA 92618. This business is conducted by a corporation TRUE COUNT STAFFING, 777 E SIERRA MADRE AVE, AZUZA, CA, 91702. The registrants have not commenced to do business under the fictitious business name or names listed above. /S/TRUE COUNT STAFFING. This notice was filed with the Orange County Recorder on 7/30/18. The Mission Viejo News: 8/3/18, 8/10/18, 8/17/18, 8/24/18.

Space below for Filing Stamp Only

# FILED

AUG 3 0 2018

HUGH NGUYEN, CLERK-RECORDER

BY: _____ DEPUTY

Page 2 of 2 of Document Number 20186517265

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

Plaintiffs' Exhibit 49

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

MAIL FILED DOCUMENTS TO:

23.00

NAME   LE HO

**\* S R 0 0 1 0 3 5 8 6 7 9 S \***

ADDRESS   7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108

20186521821 9:32 am 09/19/18

CITY/ST/ZIP   IRVINE, CA 92618

375 13 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

| | |
|---|---|
| THESE FEES APPLY AT THE TIME OF FILING (Provide a self-addressed, stamped envelope, if mailed)<br><br>Filing fee $23.00 for one business name $7.00 for each additional business name $7.00 for each additional partner after two | **HUGH NGUYEN**<br>ORANGE COUNTY CLERK -<br>12 Civic Center Plaza, Room 106<br>POST OFFICE BOX 238<br>Santa Ana, CA 92701 |

THIS STATEMENT WAS FILED
WITH THE COUNTY CLERK-RECORDER
ON THE DATE INDICATED BY
FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| | | | | | |
|---|---|---|---|---|---|
| **1.** | FICTITIOUS BUSINESS NAME(S)<br><br>FINANCIAL PREPARATION SERVICES | | | BUSINESS PHONE NO.<br>(Optional) | |
| **1A.** | ☒ New Statement | ☐ Refile | | | ☐ Change |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2.** | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | | STATE | ZIP CODE | COUNTY |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | | CA | 92618 | Orange |

| | | | | | |
|---|---|---|---|---|---|
| **3.** | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME)<br><br>PRIME CONSULTING LLC | | | | If Corporation / LLC<br>State of Incorporation<br>or organization  CA |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | | CA | 92618 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | | If Corporation / LLC<br>State of Incorporation<br>or organization |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | | STATE | ZIP CODE |

| | | |
|---|---|---|
| **4.** | HAVE YOU STARTED DOING BUSINESS YET?<br><br>☐ Yes<br><br>☒ No | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.<br><br>THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

**5.** THIS BUSINESS IS CONDUCTED BY: (Check One Only)   ☐ A Trust   ☐ A State Or Local Registered Domestic Partnership   ☐ An Individual

☐ A Corporation   ☐ A General Partnership   ☐ A Limited Partnership   ☐ An Unincorporated Association

☐ A Limited Liability Partnership   ☐ Copartners   ☐ A Married Couple   ☐ A Joint Venture   ☒ A Limited Liability Company

I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME   PRIME CONSULTING LLC                             LE HO  PRESIDENT
                     (Type or Print Name)          Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

Pls.' Ex. 49
P. 1098

**ORANGE COUNTY REPORTER**

~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027 / Fax (714) 542-6841

## FILED

NOV 0 1 2018

ORANGE COUNTY CLERK-RECORDER DEPARTMENT

BY: _____ DEPUTY

LE HO
7545 IRVINE CENTER DR, STE 200, ROOM 108
IRVINE, CA - 92618

OR#: 3179928

FICTITIOUS BUSINESS NAME
STATEMENT
File No. 20186521821
The following person(s) is (are) doing
business as:
Financial Preparation Services, 7545
Irvine Center Dr, Ste 200, Room 108,
Irvine, CA 92618 County of ORANGE
Prime Consulting LLC, 7545 Irvine Center
Dr, Ste 200, Room 108, Irvine, CA 92618
This business is conducted by a limited
liability company
The registrant(s) commenced to transact
business under the fictitious business
name or names listed above on
09/24/2018.
I declare that all information in this
statement is true and correct. (A registrant
who declares as true any material matter
pursuant to Section 17913 of the
Business and Professions code that the
registrant knows to be false is guilty of a
misdemeanor punishable by a fine not to
exceed one thousand dollars ($1,000).)
Prime Consulting LLC
S/ Le Ho, President
This statement was filed with the County
Clerk of Orange County on 09/19/2018.
NOTICE-This Fictitious Business Name
Statement expires five years from the
date it was filed in the Office of the County
Clerk-Recorder. The statement expires 40
days after any change in the facts is made
other than a change in the residence
address of a registered owner. A new
Fictitious Business Name Statement must
be filed before either expiration. When
ceasing to transact business under an
active Fictitious Business Name
Statement, Abandonment shall be filed.
The filing of this statement does not of
itself authorize the use in this state of a
Fictitious Business Name in violation of
the rights of another under federal, state,
or common law (See Section 14411 et
seq., Business and Professions Code).
New Statement
10/5, 10/12, 10/19, 10/26/18
OR-3179928#

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California                    )
County of ORANGE                       ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

Financial Preparation Services

I am a citizen of the United States and a resident of the State of California; I am
over the age of eighteen years, and not a party to or interested in the above
entitled matter. I am the principal clerk of the printer and publisher of the
ORANGE COUNTY REPORTER, a newspaper published in the English
language in the city of SANTA ANA, county of ORANGE, and adjudged a
newspaper of general circulation as defined by the laws of the State of
California by the Superior Court of the County of ORANGE, State of California,
under date 06/20/1922, Case No. 13421. That the notice, of which the
annexed is a printed copy, has been published in each regular and entire issue
of said newspaper and not in any supplement thereof on the following dates,
to-wit:

20186521821

10/05/2018, 10/12/2018, 10/19/2018, 10/26/2018

Executed on: 10/26/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and
correct.

_____
Signature



Email          * A 0 0 0     Page 2 of 2 of Document Number 20186521821

Pls.' Ex. 49
P. 1099

Filed in Orange County
Hugh Nguyen, Clerk-Recorder

MAIL FILED DOCUMENTS TO:

| | |
|---|---|
| NAME | LE HO |
| ADDRESS | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 |
| CITY/ST/ZIP | IRVINE, CA 92618 |

23.00

*$R00103586679S*

20186521821 9:32 am 09/19/18
375 13 F01
23.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

THESE FEES APPLY AT THE TIME OF FILING
(Provide a self-addressed, stamped envelope, if mailed)

Filing fee $23.00 for one business name
$7.00 for each additional business name
$7.00 for each additional partner after two

**HUGH NGUYEN**
ORANGE COUNTY CLERK -
12 Civic Center Plaza, Room 106
POST OFFICE BOX 238
Santa Ana, CA 92701

THIS STATEMENT WAS FILED WITH THE COUNTY CLERK-RECORDER ON THE DATE INDICATED BY FILESTAMP ABOVE

## FICTITIOUS BUSINESS NAME STATEMENT

THE FOLLOWING PERSON(S) IS (ARE) DOING BUSINESS AS:

| 1. | FICTITIOUS BUSINESS NAME(S) | | | BUSINESS PHONE NO. (Optional) | | | |
|---|---|---|---|---|---|---|---|
| | FINANCIAL PREPARATION SERVICES | | | | | | |

| 1A. | [X] New Statement | [ ] Refile | [ ] Change |
|---|---|---|---|

| 2. | STREET ADDRESS, CITY & STATE OF PRINCIPAL PLACE OF BUSINESS (DO NOT USE P.O. BOX OR P.M.B.) | CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|---|---|
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | CA | 92618 | Orange |

| 3. | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization CA |
|---|---|---|---|---|
| | PRIME CONSULTING LLC | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | 7545 IRVINE CENTER DRIVE, SUITE 200, ROOM 108 | IRVINE | CA | 92618 |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |
| | FULL NAME OF REGISTERED OWNER (IF CORPORATION, ENTER CORPORATION NAME) | | | If Corporation / LLC State of Incorporation or organization |
| | | | | |
| | RES. / CORP. ADDRESS (DO NOT USE A P.O. BOX OR P.M.B) | CITY | STATE | ZIP CODE |
| | | | | |

| 4. | HAVE YOU STARTED DOING BUSINESS YET? | NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. |
|---|---|---|
| | [ ] Yes | |
| | [X] No | THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE). |

| 5. | THIS BUSINESS IS CONDUCTED BY: (Check One Only) | [ ] A Trust | [ ] A State Or Local Registered Domestic Partnership | [ ] An Individual |
|---|---|---|---|---|
| | [ ] A Corporation | [ ] A General Partnership | [ ] A Limited Partnership | [ ] An Unincorporated Association | |
| | [ ] A Limited Liability Partnership | [ ] Copartners | [ ] A Married Couple | [ ] A Joint Venture | [X] A Limited Liability Company |

### I declare that all information in this statement is true and correct.

(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT(S) NAME: PRIME CONSULTING LLC    LE HO  PRESIDENT
(Type or Print Name)    Print Name and Title of Officer/Manager or General Partner

REGISTRANT(S) SIGNATURE:

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

FICTITIOUS BUSINESS NAME STATEMENT

Pls.' Ex. 49
P. 1100

# ORANGE COUNTY REPORTER
~ SINCE 1921 ~

600 W SANTA ANA BLVD, SANTA ANA, CA 92701
Telephone (714) 543-2027  / Fax (714) 542-6841

This space for filing stamp only

# FILED

NOV 0 1 2018

ORANGE COUNTY CLERK-RECORDER DEPARTMENT

BY: _____ DEPUTY

LE HO
7545 IRVINE CENTER DR, STE 200, ROOM 108
IRVINE, CA - 92618

OR #: 3179928

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of ORANGE      ) ss

Notice Type: FNS - FIRST FILING

Ad Description:

Financial Preparation Services

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the ORANGE COUNTY REPORTER, a newspaper published in the English language in the city of SANTA ANA, county of ORANGE, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of ORANGE, State of California, under date 06/20/1922, Case No. 13421. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

FICTITIOUS BUSINESS NAME
STATEMENT
File No. 20186521821
The following person(s) is (are) doing business as:
Financial Preparation Services, 7545 Irvine Center Dr, Ste 200, Room 108, Irvine, CA 92618 County of ORANGE
Prime Consulting LLC, 7545 Irvine Center Dr, Ste 200, Room 108, Irvine, CA 92618
This business is conducted by a limited liability company
The registrant(s) commenced to transact business under the fictitious business name or names listed above on 09/24/2018.
I declare that all information in this statement is true and correct. (A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)
Prime Consulting LLC
S/ Le Ho, President
This statement was filed with the County Clerk of Orange County on 09/19/2018.
NOTICE-This Fictitious Business Name Statement expires five years from the date it was filed in the Office of the County Clerk-Recorder. The statement expires 40 days after any change in the facts is made other than a change in the residence address of a registered owner. A new Fictitious Business Name Statement must be filed before either expiration. When ceasing to transact business under an active Fictitious Business Name Statement, Abandonment shall be filed. The filing of this statement does not of itself authorize the use in this state of a Fictitious Business Name in violation of the rights of another under federal, state, or common law (See Section 14411 et seq., Business and Professions Code).
New Statement
10/5, 10/12, 10/19, 10/26/2018
OR-3179928#

10/05/2018, 10/12/2018, 10/19/2018, 10/26/2018

20186521821

Executed on: 10/26/2018
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.



Signature

Email        * A 0 0 0   Page 2 of 2 of Document Number 20186521821

Pls.' Ex. 49
P. 1101

THIS IS A TRUE CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL,
IMPRINTED IN PURPLE, OF THE ORANGE
COUNTY CLERK-RECORDER

**Hugh Nguyen, Clerk-Recorder**

Plaintiffs' Exhibit 50

**Allied Wallet**                                                      **Merchant Services Application**

---

Company DBA (doing business as) / trading name: Premier Student Loan Center

| | |
|---|---|
| Legal business name: Consumer Advocacy Center Inc. | Email address: Kaine@premierstudentloancenter.com |
| Tax ID number: REDACTED 0303 | Skype / IM address: |
| Business telephone number: 949-207-1018 | Customer service phone number: 888-548-0476 |
| State of Incorporation or Organization: CA | Date business established (MM/YY): 08/14 |

| | | |
|---|---|---|
| Business street address: 29901 Santa Margarita Pkwy, Ste 200F | City: Rancho Santa Margarita State: CA | Postcode: 92688 |
| Business mailing address: 29901 Santa Margarita Pkwy, Ste 200F | City: Rancho Santa Margarita State: CA | Postcode: 92688 |

| List of all URL's | Industry | Description of Product/Services |
|---|---|---|
| premierstudentloancenter.com | Student Loans | Document Preparation Services |
| | | |
| | | |
| | | |

Website Login Details:        UN: _____        PW: _____

Type of business:  ☐ Individual        ☐ Partnership        ☑ Corporation        ☐ Nonprofit

Operating from:  ☑ Office suite        ☐ Retail storefront        ☐ Warehouse        ☐ Private Sector

Describe your use of our processing/transaction services:

Accounting Manager will process clients' credit card payments on a daily basis.

**OWNERSHIP: Please list the two owners with the largest share of ownership:**

Owner 1 name: Kaine Wen        % ownership: 50        Owner since: 08/2014    (MM/YY)

| | Residence Address | City | Country | Postcode |
|---|---|---|---|---|
| Current Address: | REDACTED | Azusa, CA | | REDACTED |
| Previous Address: | | | | |
| Social Security #: | REDACTED 3143 | Date of Birth: | REDACTED 1977 | |
| Mobile phone #: | (424) 333-8290 | Personal email address: | kaine@premierstudentloancenter.com | |
| Drivers License #: | REDACTED | Passport Number / Country of Issue: | | |

Owner 2 name: Albert Kim        % ownership: 50        Owner since: 08/2014    (MM/YY)

| | Residence Address | City | Country | Postcode |
|---|---|---|---|---|
| Current Address: | REDACTED | Aliso Viejo, CA | | REDACTED |
| Previous Address: | | | | |
| Social Security #: | REDACTED 5610 | Date of Birth: | REDACTED 1980 | |
| Mobile phone #: | (562) 417-0481 | Personal email address: | albert@premierstudentloancenter.com | |
| Drivers License #: | REDACTED | Passport Number / Country of Issue: | | |

**Bank Reference**

| | | | |
|---|---|---|---|
| Business Bank Name: JP Morgan Chase Bank | Contact name: Bank Manager | Phone: (949) 635-6872 | |
| Bank Street Address: | City: | State: | Postcode: |
| Checking account # for merchant card /funds deposits: REDACTED 1522 | | SWIFT or Routing number: 322271627 | |
| Name on your account: Consumer Advocacy Center Inc. | | Date account established: 08/2014 | |

CONFIDENTIAL                                                                AW_0000319
CFPB-20221128-00011265

- Estimated Monthly Volume: $ 100,000
- Average Ticket Amount: $ 350
- Highest Ticket Amount: $ 1,200
- Have you accepted credit cards/ACH before?

  ☑ YES  ☐ NO

- If yes, name of current/former processor:

  Electronic Merchant Systems

  Account/Merchant ID #: REDACTED 3157

  Years with this processor: Since 11/2015
  (include last 3 months processing statements)

- Monthly chargebacks: # 0     $ 0

- Have you EVER been blacklisted or had an account closed by MasterCard/ Visa or ACH processor?    ☐ YES  ☑ NO

- Requested transaction currencies: USD

  _____   _____   _____

- Number of Employees: 12

| | | Yes | No |
|---|---|---|---|
| 1. | Has any person on this application ever been convicted of a crime? | ☑ | ☐ |
| 2. | Has any person listed above filed bankruptcy in the last 10 years? | ☐ | ☑ |
| 3. | Has any person listed above, served as an Officer, Director, or Manager of a company that was the subject of any regulatory request for investigation, action or lawsuit of any kind? | ☐ | ☑ |
| 4. | Has any person listed above ever been refused a bond, or had a bond cancelled or revoked? | ☐ | ☑ |
| 5. | Has any person listed above ever had any occupational license suspended or revoked? | ☐ | ☑ |
| 6. | Are your shipping, refund & contact details clearly listed on your website? | ☑ | ☐ |
| 7. | Do you use telemarketing to contact potential customers? | ☐ | ☑ |
| 8. | Do you use mass emails in any way to market your product/services? | ☐ | ☑ |

**FOR PHYSICAL / TANGIBLE GOODS:**

9. When are credit card transactions processed?   At date of order ☐   at date of shipment ☐
10. If at date of order, how many days is it between order date and shipment date? _____ days.
11. How do you ship the majority of your orders?   Overnight ☐   2-3 day air ☐   Ground ☐
12. What shipping service do you typically use?   UPS ☐   FedEx ☐   Postal Service ☐   DHL ☐
13. What is the average number of days from shipment to delivery? _____ days.

| 14. | Do you require a signature on delivery? | Yes ☐ | No ☐ |
|---|---|---|---|
| 15. | Do you use a fulfillment house to take your orders or ship your products? | Yes ☐ | No ☐ |
| 16. | Is business 100% over the Internet? | Yes ☐ | No ☐ |
| 17. | Do you offer recurring billing? | Yes ☐ | No ☐ |
| 18. | Do you require a virtual terminal? | Yes ☐ | No ☐ |

19. What type of customer support do you offer? ☐ Email   ☐ Phone   ☐ Both
20. What are your customer support hours (check all that apply)? ☐ 24/7   ☐ 9 to 5   ☐ M-F   ☐ Weekends

| 21. | Do you email a receipt upon order with contact and billing details? | Yes ☐ | No ☐ |
|---|---|---|---|
| 22. | Do you allow PO Boxes in the address field? | Yes ☐ | No ☐ |

## Credit References:

| Company name: LaRue Business Group, Inc. | Contact name: Jay LaRue | Phone: (714) 619-5730 | |
|---|---|---|---|
| Street address: 15661 Red Hill Ave, Ste 201 | City: Tustin | State: CA | Postcode: 92780 |
| Date account established: 10/2015 | Account #: 29901 Rancho Santa Margarita Pkwy, Ste 200F | | |

| Company name: | Contact name: | Phone: | |
|---|---|---|---|
| Street address: | City: | State: | Postcode: |
| Date account established: | Account #: | | |

## AUTHORIZATION & ACKNOWLEDGEMENT

As part of my application, the company may obtain commercial credit bureau reports on applicant companies. In some instances, additional information about principals of the applicant company may be required, and the company will then obtain a consumer credit report on the Principal(s) identified in this application, The Principals' signatures are therefore required below.

*I certify that the above information is true and correct, to the best of my knowledge.*

*I hereby authorize, without reservation, the company or an agent acting on its behalf to procure information from various federal, state and other agencies which maintain public and non-public records concerning my past activities relating to my driving, credit, civil, education, employment and other experiences. This report may be compiled with information from but not limited to credit bureaus, court record repositories, military records, department of motor vehicles, past or present employers and educational institutions, governmental occupational licensing or registration entities, business or personal references, any public domain, insurance company, and any other source required to verify information that I have voluntarily supplied for the purpose of verifying my financial standing and credit worthiness.*

_Kaine Wen (signature)_ 03/29/2016   _____

Principal Signature         Date         Principal Signature         Date

Kaine Wen   _____

Print Principal Name         Print Principal Name

CONFIDENTIAL

## Document Requirements for New Applications

**For all Applications:**

1. Completed and signed application.
2. Color copy of current Passport or driver's license of principal(s) – easiest to take a photo and send a color picture of the document.
3. Past 3 months processing statements.
4. Corporate documents: Copy of Articles of Incorporation (or equivalent).  If DBA; please furnish DBA filing.  If not available, a copy of your business license *may* be considered an acceptable substitute.
5. At least one of the following:
   a. Past 3 months bank statements
   b. Most recent utility bill
   c. Additional government issued photo ID

**For Websites:**

1. Clear description of goods and services listed on site
2. Clear pricing and currencies of each and every product and service.
3. Terms and conditions clearly stated online.
4. Privacy policy on site.
5. Contact details and location of business easily found on site.
6. Customer service email and phone number listed on website.
7. Times listed that customer service is available.
8. Refund policy clearly stated.
9. Shipping policy clearly stated on order page.
10. Display Visa and MasterCard logo's at checkout
11. SSL on all pages where customer information is collected.

CONFIDENTIAL

# Plaintiffs' Exhibit 51



# EPS Online Reporting Module

*EIA Web Portal gives you the power you need to manage your merchant processing online. You will receive:*

- **Detailed transaction information**

- **Batch Information**

- **Search by Card Number**

- **Secure Username and Password Protection**

- **Secure Site Location**

- **Detailed History**

*By signing below you authorize EPS Online to provide you and your company with Online access to your merchant account transaction and statement data. You accept the responsibility for the security of the username and password. You authorize EPS to collect $9.95 per month electronically and this service is an extension of your merchant account and requires no additional data. Upon receipt of this agreement (facsimile is acceptable) you will be contacted via E-mail with confirmation of your user name and password. You will be able to access your account within 24 hours.*

*By signing below I agree to the terms on conditions outlined above:*

**Company Name:** Consumer Advocacy Center Inc      **MID#** REDACTED 3257
          d/b/a Premier Student Loan Center  .

**Email Address:** kaine@premierstudentloancenter.com

**Owner Signature X** _____ **Date** 09/08/2017

Premier Student Loan
R $MCA103257

**Attn:** Daniel Guy    **Ext:** _____    Fax # **303-222-1957**

Pls.' Ex. 51
P. 1108
R-011630-00000017

Plaintiffs' Exhibit 52

| From: | tom@premierstudentloancenter.com |
|-------|-----------------------------------|
| To: | rachel.schumacher@akerman.com; kaine@premierstudentloancenter.com |
| CC: | albert@premierstudentloancenter.com; mark.liu@akerman.com |
| Sent: | 2/2/2018 2:43:10 AM |
| Subject: | Employees at PSLC and Employees that will be transitioned over to TC Staffing Corp. |

Hello Rachel,

PSLC currently has **128 employees** in all departments. (Sales, Processing, Billing, and Customer Service.)

When we move into the new office, we will move the entire Processing, Billing, and Customer service division to True Count Staffing Inc.
Therefore we will be moving **40 employees** over to TC corp.

We will be laying off **3 processors** when we move into the new office.

Once move is completed. The approximate amount of employees for

**PSLC will be 98** (Which will most likely change due to the amount of turnover we have in the sales department weekly.) We plan on hiring up to 125 salesman to fill up the PSLC sales floor in the future.

**TC will be 37.** (40 employees from PSLC- 3 laid off employees.) TC plans on hiring up to around 100 total employees comprising of processors, customer service, billing, and HR employees at the new office.

Please let me know if you need additional information.

Regards,

Tom


**From:** rachel.schumacher@akerman.com [mailto:rachel.schumacher@akerman.com]
**Sent:** Thursday, February 1, 2018 1:52 PM
**To:** kaine@premierstudentloancenter.com
**Cc:** albert@premierstudentloancenter.com; tom@premierstudentloancenter.com; mark.liu@akerman.com
**Subject:** RE: Director Demotion

How many total employees total are being laid off and how many do you have under this entity?

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Thursday, February 1, 2018 2:36 AM
**To:** Schumacher, Rachel (Ptnr-Lax) <rachel.schumacher@akerman.com>
**Cc:** albert@premierstudentloancenter.com; tom@premierstudentloancenter.com; Liu, Mark (Ptnr-Lax) <mark.liu@akerman.com>
**Subject:** Re: Director Demotion

Hi Rachel,

Regarding Pierre (and feel free to have Zach take over), can you provide us with a general Severance Package/Agreement which includes a full release?

More importantly:

Pls.' Ex. 52
P. 1110
CFPB-20221128-00017302

I'm not sure if Mark filled you in, but we're moving our Processing, Customer Service, and Billing Departments to a new office, under a new company wholly owned by me. Premier is wholly owned by Albert, on paper. Premier will "lay off" all employees in those departments, and my new company will "hire" the former PSLC employees that we would like to keep - which is all except 3 Processors, 2 of whom are relatively new.

The third Processor is named Max, who is a close friend of Peacock and has worked for PSLC since Dec/16. Unfortunately, he was also a 1099 employee during the same time period as Peacock. Our Processing Manager has many documented write-ups for Max, such as not working his scheduled shift (while W-2) or not performing his tasks as instructed. We would like to use this opportunity to part ways with Max, but we have strong concerns of a potential lawsuit.

We hope to offer Max a fair (or generous if absolutely necessary) Severance Package/Agreement if he's willing to sign the full release. Should we have either you or Zach attend the "lay off" meeting in order to facilitate the separation? Please advise as to all of the above.

You're going to miss all this fun at NFLX.


Best,

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*


On Jan 31, 2018, at 3:05 PM, rachel.schumacher@akerman.com wrote:


Kaine:

I have some concern they are appropriately classified as 1099.  They really are likely not.  I would probably not rock the boat with 3 and stick with 4. If he quits, you should try to get a release. I also suggest you review these positions to see if we can "change" them to be different than before and that is why we reclassified.  Damages for misclassification can include back wages, misclassification penalties and possibly others. Luckily they are probably exempt based on how many people they manage so overtime unlikely, but it is not great.

Let me know if you want to further discuss.  Also, we have a replacement! His name is Zach Bulthuis and he is an excellent attorney with whom I have personally worked at a previous firm for about 5 years.  He does my dad's work if that gives you any indication of how much I trust him.  He starts Monday.  I will send him this email so he knows where we are and Mark will fill him in as well.


vCard | Profile

CFPB-20221128-00017303

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Tuesday, January 30, 2018 11:59 PM
**To:** Schumacher, Rachel (Ptnr-Lax) <rachel.schumacher@akerman.com>
**Cc:** Albert Kim <albert@premierstudentloancenter.com>; Tom Nelson <tom@premierstudentloancenter.com>
**Subject:** Director Demotion

Hi Rachel,

We'd like your advice on a potential demotion of the Director we spoke about on our conference call yesterday.

Background:

Our Sales Department structure is as follows: 2 Directors > ~8 Managers > ~10-12 Advisor under each Manager. Joseph is the Director who is a model employee. Pierre is the Director who, while a good producer, has many documented incidences of misbehavior, such as harassment, rude comments, etc.
Both Directors are 1099 employees, per a previous agreement which we wanted to continue to honor. I provided them with Independent Contractor Agreements upon their Director promotions but neither ever signed.

Yesterday:

We followed your advice to extend Pierre's suspension to a full week, and HR informed Pierre of such. Pierre called Albert and me directly, worried that he was facing termination. We assured him that we were not going to terminate him, but that any future incident would result in termination.

Today:

Joseph came in to talk to us and asked that Pierre be relieved of his duties as Director. Joseph feels that Pierre's actions have tainted the Director position, and it has become increasingly difficult for Joseph to perform his job.

Options:

1. Terminate Pierre w/o severance and signed release.
2. Terminate Pierre w/ severance and signed release.
3. Demote Pierre and switch him to W-2.
4. Demote Pierre and keep him as 1099.

We have to eliminate Options 1 and 2, based on giving our word to Pierre that we were not going to terminate him,

For Option 3, we're not sure how much liability will be reduced by switching Pierre to W-2, as prior misclassification still exists. Also, it may be really demoralizing for Pierre to get demoted, take a pay cut, then also lose his 1099 status. While we don't believe Pierre is a potential employment litigant, it's not impossible either. Basically, we'd like

CFPB-20221128-00017304

to weigh all the options and risks and make the best decision we can (duh).

Option 4 is the most likely outcome, unless you advise us otherwise. We would explain to Pierre that he has to prove himself again, not have any further incidents, and then he is first-in-line for a future promotion. We are not confident that he can avoid further incidents though, and there is some concern of him closely managing 10-12 Advisors.

If Pierre does not accept his demotion, then we are forced to terminate him and in that case we will definitely have to offer him severance and get a signed release.

Please give us your guidance (it can be short and sweet), and let us know if we've overlooked anything important.


Best,

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

CFPB-20221128-00017305

Plaintiffs' Exhibit 53

Cc:       Albert Kim[albert@premierstudentloancenter.com]; Monique Dinh[monique@premierstudentloancenter.com]; calvin[calvin@premierstudentloancenter.com]
To:       Joseph Boylan[jboylan@premierstudentloancenter.com]
From:     Kaine Wen
Sent:     Thur 9/20/2018 9:27:23 PM
Subject:  FPS Compliance Script
FPS Compliance Script 09.20.18.docx

Hi Joseph,

Please find attached the FPS Compliance Script that will go live on Monday Sep 24:


Please confirm that this is good to go. The only change is replacing PSLC w/ FPS.

**Monique**, if there are any adjustments you have to make on the Processing Compliance Script, please do so.

**Calvin**, please:

1. At the end of the day on Friday Sep 21, send this to the "DIR and CR" Skype chat and make sure that it is updated for the upcoming Monday.
2. Print out physical copies and place them on the desk of each Sales Advisor.

If there are any questions or concerns, please reply to this email.


Best,

  **Kaine Wen**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

Plaintiffs' Exhibit 54



## COMPLIANCE CALL SCRIPT

PRIOR TO SUBMITTING YOUR FILE FOR PROCESSING AND THE SCHEDULING OF YOUR WELCOME CALL, I AM REQUIRED BY OUR COMPLIANCE DEPARTMENT TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF YOUR INCOME DRIVEN PROGRAM FOR WHICH YOU ARE APPLYING. THIS CALL WILL BE MONITORED AND RECORDED FOR COMPLIANCE PURPOSES.

YOU WILL BE REQUIRED TO ANSWER 'YES' TO EACH OF THE FOLLOWING QUESTIONS IN ORDER TO MOVE ONTO THE NEXT. IF YOU DO NOT UNDERSTAND ANY OF THE STATEMENTS, PLEASE REQUEST MORE INFORMATION SO I CAN BETTER EXPLAIN.

1. **"Do you understand <u>we are not government, nor the Department of Education, nor the servicer of your student loans?</u>"**

   If No: We are similar to a CPA filing your taxes. The CPA has no affiliation with the IRS; they just prepare your taxes to maximize your tax refund. We prepare the documents to get you into the best available DOE programs entitled to you.

2. **"Do you understand that <u>Financial Preparation Services does not take any upfront fees</u>, that you will place your payments into your Dedicated Client Account where it belongs to you until your program is approved, upon which you authorize the payments to be paid to Financial Preparation Services?"**

   If No: <u>It is very important to us how your money is protected.</u> You are making payments to your own Dedicated Client Account until your program is finalized and completed. Once we receive your proof of income, we will complete all necessary correspondence and communication and document preparation services in order to get your program approved. Your payments will be released to Financial Preparation Services only after your program is approved.

3. **"Do you understand that the 5 payments of $239 (or whichever arrangement was selected) will not be applied towards the balance of your student loans and you authorize the payments to go into your Dedicated Client Account for the document preparation services for your selected program?"**

   If No: You are making payments to your own Dedicated Client Account until your program is finalized and completed.

4. **"Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which Financial Preparation Services will continue to assist you with for a monthly cost of $20/30/40?"**

   If No: You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to

CFPB-20221128-00013629



Financial Preparation Services for completing all necessary correspondence and communication and document preparation services only after your recertification is approved.

5. **"Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying Financial Preparation Services to handle all of the paperwork, notifications, and communications for your program?"**

   If No: You may attempt to do this, but most people who try fall out of the program due to inaccurate or untimely filing of all the paperwork and/or missed or late notifications and communications. Our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately.

6. **"Do you understand that verification of income will be required to have your new monthly payment approved, and that the payment details could change if your family size or proof of income changes?"**

   If No: The numbers discussed today are based off of the information that you provided. Our Processing Department will reach out to you in the next couple of days to verify the income that you stated over the phone.

7. **"Do you understand that once the process is complete, you will begin making the payment of <u>$0 (or SL payment)</u> to the servicer of your student loans?"**
   ***(Do NOT include the recertification fee in this number.)***

   If No: Once your Income Driven Program is approved, you will make your new payment of $0 (or SL payment) to the servicer of your student loans. {If $0 payment: Even a $0 payment counts as a qualified payment towards your forgiveness.}

8. **"Do you understand that your loans will not be forgiven immediately, but upon completing 240/120 months of approved payments any remaining balance will be forgiven?"**

   If No: These are term-based programs, which means the forgiveness occurs at the end of the program, which is 240 /120 months.

9. **"SL Account Management is the name of our Processing company who will handle the paperwork and payments for your program. Therefore, do you understand that SL Account Management will be processing the paperwork and drafting the enrollment payments?"**

   If No: Financial Preparation Services handles program enrollment, while SL Account Management handles the paperwork and processes your payments.

CFPB-20221128-00013630

Plaintiffs' Exhibit 55

| From: | Kaine Wen <kaine@premierstudentloancenter.com> |
|---|---|
| To: | Robby Birnbaum |
| CC: | albert@premierstudentloancenter.com |
| Sent: | 7/26/2017 2:13:19 AM |
| Subject: | Re: Sign On The X- Student Loan States reminder |

Hi Robby:

Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92620

http://premierstudentloancenter.com/

On Jul 25, 2017, at 9:52 AM, Robby Birnbaum <Robby.Birnbaum@gmlaw.com> wrote:

Please email me your full company name and address. I will email you the engagement proposal to sign.
Per your request on the states to be aware of, please review below carefully and then we can talk.
Student Loan
MOST AGGRESSIVE STATES UPDATED: WI, KS, VT, MN, CO, ID, ME, NH, CT, SC, NC, GA, OR, MA, WA and IL
STUDENT LOAN – states summary- READ BELOW CAREFULLY
Here is the email I want you to read relating to the states for student loan and debt relief services. It was sent out previously to some of my clients. Highlighted above are also the 16 super aggressive states.
Please read below and specifically the highlighted states that are more aggressive.
Thanks
Robby
States reminder (remember model should be done no-advance fee).
In followup on the states, please review the below email. The below highlighted states are the states that, at a minimum, I am urging clients to remain out of for student loan. And when clients don't follow the below and remain out of those states, they pick up subpoenas and company-ending events relatively quickly. For example, we have one in IL presently that is a mess, and elsewhere.
Please note the HIGHLIGHTED text below.
Attached is a state list (for discussion purposes). Presently we have about 20 states that would not deem your proposed student business to be debt adjusting (PA just added a license requirement for 2015). We have another approx. 12 where you can get licensed without restrictions on how much you can charge (called "fee caps"). *That would be the safest approach, assuming you run a no-advance fee program with application submission on behalf of the consumer to the DOE.* However, the majority of companies are not willing to do this conversion or limit their states. As such, you probably want to run this as a true document prep company (as discussed in prior powerpoints and where you solely prepare the applications to be sent to the consumer, for the consumer to submit directly to the DOE):
For consolidation applications, you will submit the documents to the consumer for the consumer to submit directly by themselves to the DOE (or use the online signature situation). This is very similar to a tax preparer who prepares taxes for a client, and sends them to the client with a preaddressed envelope for the consumer to mail in. For other programs, like rehab, you will still be on the phone with the DOE negotiating, but at least you won't trigger the state loan brokering statutes (applying or brokering a new loan for a consumer). With that model, we continue to have our same state debt adjuster law concerns, but many companies want more states.

CFPB-20221128-00018286

So most companies that I deal with choose to remain legal of only the most aggressive of the states (enforcement wise, and take their risk on some of the others), most aggressive for this industry being: WI, KS, VT, MN, CO, ID, ME, NH, CT, SC, NC, GA, OR, MA, WA and IL. It is expected that in 2017-2018, WA and SC will change their laws to be more friendly, but we still see a lot of consumer class action lawsuits and regulator activity from those states. Again, this is not a complete statutory list of states for debt adjusting activity, but only the most aggressive enforcement states to be aware of. I do note that in the attached, PA now requires full debt adjuster licensing. (attached chart needs to move PA to second column as it now requires licensing).

So in conclusion:

1. Safest approach: follow the attached chart and get licensed where required (left column ok, rest need licensing);

2. Defensible: if your company doesn't act as the intermediary between debtor and creditor, and you stay about of the above states, the risk of a problem is less. State telephone sales licenses are still separately required in 17 states and should be obtained, including Florida.

IMPORTANTLY: you are on the hook (liable) for any marketing misrepresentations that your sales representatives make. So please monitor them carefully, secret shop them, and make sure they are not putting your company and you at risk.

Thanks

Robby

Profile 5967-Kim, Albert

Robby H. Birnbaum, Esq.

Greenspoon Marder, P.A.

100 West Cypress Creek Road, Suite 700

Fort Lauderdale, FL 33309

954.491.1120 (Main Telephone)

954.343.6959 (Direct Telephone)

954.343.6960 (Direct Facsimile)

Robby.Birnbaum@gmlaw.com

CFPB-20221128-00018287

CFPB-20221128-00018288

CFPB-20221128-00018289

CFPB-20221128-00018290

Plaintiffs' Exhibit 56

**From:** Christian Stark
**To:** Advisor
**Sent:** 8/19/2019 8:51:25 PM
**Subject:** Re: New Note Created On File: REDACTED. - Redacted

Thanks for the update.

**From:** Advisor
**Sent:** Monday, August 19, 2019 5:45 PM
**To:** Christian Stark
**Subject:** Re: New Note Created On File: REDACTED - - Redacted

We have QC team auditing every call over 5 minutes. They just started last week. We are also rolling out a new script that will help a lot with this. Here is the definition that we added to our current script, this is directly from DOE site.

Here is the FS definition off of the studentloans.gov website. Here is the direct link, https://studentloans.gov /myDirectLoan/repaymentEstimator.action. Just look for the word "family size" hyperlinked in blue.

**"Family size always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.**

**For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.**

**Support includes: money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. For the purposes of these repayment plans, your family size may be different from the number of exemptions you claim on your federal income tax return."**

**From:** Christian Stark
**Sent:** Monday, August 19, 2019 5:17:40 PM
**To:** Advisor
**Subject:** Fw: New Note Created On File: REDACTED - - :Redacted

Do you have a guide for what the department of education considers as family size? The way almost every advisor is pitching family size is pretty similar to this client. This client has no dependents, but his file has a family size of 7 on it.

**From:** mshapley@pacificshoresadvisory.com
**Sent:** Monday, August 19, 2019 4:59 PM
**To:** Christian Stark
**Subject:** New Note Created On File: REDACTED - - Redacted

Note Type: General
Entered By: Malea Shapley
Notified: cstark@processingsupport.com, jboylan@financialpreparationservices.com

No same day ran :(

CFPB-20221128-00016374

Plaintiffs' Exhibit 57

| | |
|---|---|
| **From:** | jboylan@premierstudentloancenter.com |
| **To:** | 'Albert Kim'; 'Kaine Wen' |
| **Sent:** | 9/14/2018 4:51:08 PM |
| **Subject:** | FW: 2 Versions of Scripts |
| **Attachments:** | Coffee's 4 Closers.docx; ONE CALL CLOSE SCRIPT.docx |

**From:** jboylan@premierstudentloancenter.com
**Sent:** Thursday, August 9, 2018 3:31 PM
**To:** 'albert@premierstudentloancenter.com'
**Cc:** 'Kaine Wen'
**Subject:** 2 Versions of Scripts

**Highest Regards,**

**Joseph Boylan** | Director of Sales
jboylan@premierstudentloancenter.com

**Premier Student Loan Center**
**Office:** 949-207-1370 | **Fax:** 888-302-3033
http://PremierStudentLoanCenter.com



http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable

The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Plaintiffs' Exhibit 58

## Coffee's 4 Closers

Student Loan Advisory Department, this is _____, Are you interested in the Loan Forgiveness Program?

[60 SECONDS OR LESS]

1. Are your federal loans $10,000 or more?
2. And as of now, are you currently employed or have a source of income in order to start making payments?

Okay, so you could qualify for a government loan forgiveness program which can forgive some, up to 90% of your debt. Is this what you're looking to do today?

Okay perfect, I'd be happy to assist you with this:

1. Let's go ahead start with the spelling of your first and last name?

2. What's the best contact number in case we get disconnected?

3. What is your email address? *Send WELCOME EMAIL with your DIRECT LINE and MORE INFO*

4. These are all income based programs, that being said What is your Annual Income BEFORE TAXES?

5. And how many people live in your household including yourself?

6. And lastly for Verification purposes what is your date of birth?

Okay, So the next step is to pull up your loan DETAILS from the FEDERAL DATABASE using basic IDENTIFIERS.

{Login > Forgot My Password > Username/Email > Continue}

{If NO Info} Since your information is not in the federal database, I will need to create an account for you within the system. Please allow me 30 seconds. {Plug In Info/Continue}

What is your middle initial? Okay, and the Social Security Number associated with your loans?

OKAY, Now just give me a minute to update the system and locate your LOAN DETAILS!

CFPB-20221128-00017310

Ok, so it looks like I was able to locate your loan details, and I will send you a copy of all of this for your records.   It looks like you have a total of #___ student loans, which you took out between (years), your current servicer is (Fedloans, etc) and the grand total for your federal loans is $_____.  Does this all sound correct?

{If Current} Okay, are you already making a current payment of your loans? Or have they asked you for any kind of payment? Lastly, do you work in public service? (FILL IN **CURRENT PAYMENT** ON CONTACT INFO)

**<u>*SENDING PSLC DOCS TO CLIENT*</u>**

Okay, so right now I am sending you a link to your EMAIL ADDRESS (PSLC DOCS SIGNATURE). When you receive that EMAIL let me know so I can tell you the next few steps….

*ONCE WEBLINK IS OPEN*

-Ok, remember that USERNAME and PASSWORD I gave you?

Great!, so your are going to be clicking that blue link labeled PSLC DOCS

Once the website is pulled up let me know.

(once website is pulled up) Ok, now with that USERNAME and PASSWORD, I need you to login.

-Once you login type in MY extension which is XXXX.

-My email should come up and you are going to click the TINY box next to my email.

-Then Click the send button. It will READ "SENT SUCCESSFULLLY".

**( WAIT FOR RESPONSE AND CONTINUE SCRIPT )**

Great, so what I am going to do now is submit all of this information to my underwriting department, which will correspond with the US Department of Education. <u>If you are approved</u>, I will help you enroll into the program today. And if for any reason you are disqualified, I will let you know what the reasons were. It usually takes about 3-4 minutes for them to review the file, so I am going to put you on a brief hold while I wait for the response back from underwriting. <u>To be ready, can you grab a pen and paper while I put you on hold?</u>

{Put them on hold, and calculate program cost}

OK, I have some great news for you; it looks like I was able to get you approved for the federal student loan forgiveness program. Do you have that pen and paper ready?

{GO VERY SLOW WHEN EXPLAINING NUMBERS – and tell client to write EVERYTHING down}

So for the first 5 months and the first 5 months ONLY, it will cost $239. **and that is to cover all OUR costs here associated with your enrollment and processing into the government program.**

After that, your monthly payments will drop down to $__

__ per month,   for the duration of your program,  which is 240 months (120 months/Public Service)

That means that with this forgiveness program,  out of the $___O___ that you owe in federal loans,   you will only be required to pay back $___P___.    Which means you will be forgiven a total of $___S___.      So, congratulations.

{Pause for response; ASSUME The Close and PUSH Forward}

"The next part of the process is to fill out the rest of the application, pick your payment dates, set up a payment method-which is from a credit or debit card. Lastly, I'll walk you through your forgiveness documents by email so you're approved. Sound good?"

Ok, so let's get the rest of the information that we need for your file…

1. Fill out all Contact Info:
   a) First +Last Name
   b) **FSA Username + Password (Remember to input servicer name / challenge Q's)**
   c) Date of Birth
   d) Phone number + Email
   e) **Quoted Amount:  $Loan Payment + $Recert Fee PP (ex. 10+30PP)**
   f) Est Loan: Loan Total on FSA

g) **Social Security Number**
h) Current Payment
i) Do you have an auto draft payment set up**? If Yes: Put Alert on File with Date!**
j) Public Service: YES / NO
k) Mailing Address
l) **ONLY IF PUBLIC SERVICE: Employer's Name, Address, and Length of Employment**
m) Adjusted Gross Income
n) Current Status of Loans: Current or Defaulted
o) Family Size

Ok, Next step is to pick a date for your new benefits to begin, and the first payment to occur.

It's important to make your payment as quickly as possible to guarantee your rate in the program. The first payment is scheduled for today, when would like the recurring payments to be for the following months in the program?

{If no} Ok well the first payment has to be completed within the next week, looking at the calendar that is anytime between today and _____.   (anytime between now and next friday)

_**Keep in mind payments are ran first thing in the morning, and if a payment fails you will be disqualified from the program.**_

**\*GO TO ENROLLMENT TAB\***

a) Choose Base Plan: Split Payments + Recurring
b) Payment Method: Change to CC – always!
c) Program Length: 240 months / ((120 months (If Public Service))
d) Fee Down Payment: LEAVE BLANK
e) Enrollment Fee: $1195 : Split into 5 Payments  (Rehabs $1295 : Split into 5 Payments)
f) Recurring: Recert Fee (20/30/40)
g) Click Recurring Start Date from drop down Calendar, click on date, then click off
h) Save Enrollment Plan, then OK

 **\*GO TO CREDIT CARD TAB\***

Ok your payment schedule is saved. The next step is to secure your enrollment today by putting a payment method on file.  You have 3 options between using a debit, credit or prepaid card, which do you prefer?

a) Select Credit or Debit
b) And is the billing address for the card the same as your mailing address?
c) Do you have a middle initial on your card?  {Input Name on Card}

CFPB-20221128-00017313

d) Leave Card Issuer Blank
e) Ok and what is the 16 digit card number?
f) And the Expiration Date on the card?
g) And the 3 digit code on the back? (CVV)
2. Click Save

The last step for us today is to complete a very simple E-signature document which I am sending to your email now. Let me know when you see it, subject will read Documents Ready To Sign. *(Docs, Generate PDF, Client Agreement, Send for E-sign)*

a) First click the Review Document link
b) Then you will need to check the tiny box that reads "I Agree to the Terms and Conditions of using an Electronic-signature" and Click Continue right next to it.
c) At this point it's pretty simple, click on all the red tabs to fill out document. At the end, hit the Complete Signing Button to have your own copy directly to your email.

(Read everything below)

## READ WHEN DOCS ARE COMPLETED (CLICK on Initiate Compliance)

**"I would like to confirm that you signed the electronic agreement with Premier Student Loan Center assisting you with your enrollment into the forgiveness program, is that correct?"**
**Now I will be asking you four compliance questions to confirm your understanding of our services.**
**Please respond with a "Yes" or "No." If you respond with a No to any question, I will explain the question in more detail.**

**"Do you understand that Premier Student Loan Center is a document preparation company and we are not the Department of Education nor the servicer of your student loans?"**

If No: We are similar to a CPA filing your taxes. The CPA has no affiliation with the IRS; they just prepare your taxes to maximize your tax refund. We prepare the documents to get you into the best available DOE programs entitled to you.

If Still No: We are a private company that prepares the documents to get you into the best available DOE programs entitled to you.

**"Another important thing is how your money is protected. Our company does not take any upfront fees, but rather places your payments into a Dedicated Client Account, where it belongs to you until your program is finalized. Therefore do you understand PSLC takes no upfront fees and all payments made to us will be placed into your Dedicated Client Account until your program is finalized?"**

CFPB-20221128-00017314

If No: The payments you will be making will be placed into your dedicated client account until your program is finalized and completed. Finalizing your program includes receiving all payments and your proof of income, as well as completing all necessary correspondence and communication.

**"Do you understand that the 5 payments of $239 (or whichever arrangement was selected) will not be applied towards the balance of your student loans and will go into your Dedicated Client Account for the document preparation services for your selected program?"**

If No: Those first 5 payments do go to us to complete all the paperwork, notifying, and communication necessary to enroll you into the forgiveness program that you selected. And though we do not make payments against the balance of your loans for you, if you need any assistance along the way you can give me a call directly at any time.

**"And you do understand the amount of $_____ goes towards your student loan balance as a payment made in full, and the [$20,$30,$40] monthly payment goes towards your annual recertification, which ensures you remain enrolled in the forgiveness program. Correct?"**
If No: The [$20,$30,$40] monthly recertification fee goes towards Premier Student Loan Center to ensure we keep you enrolled in the forgiveness program by recertifying you each year, which is a requirement for the program.

**Lastly, SL Account Management is the name of our processing company who will handle the paperwork and payments for your program. Therefore, do you understand that SL Account Management will be processing the paperwork and <u>drafting the enrollment payments?</u>**

PSLC handles program enrollment, while SL Account Management processes payments and paperwork.

<u>**FINISH:**</u>

Now, what's going to happen next is you will be receiving a phone call from the Processing Department within the next 1 to 2 business days, from a 949 area code number. They will be requesting a copy of your most 2 recent paycheck stubs. This is to verify for your income for the Department of Education.

If your lender(s) calls or emails you just let your processor know so they can deal with it for you. They take care of all your future paperwork, contacting and notifying and required to update you every step of the way.

# <u>DO NOT SKIP: REFERRALS!</u>

 LASTLY, were you referred by a friend or family member?

The reason I ask is <u>you're now entitled to your own referrals</u>.  Very important: anybody you refer that calls my direct number, <u>we are required</u> to send you out a $25 Visa Card for <u>each person</u> I'm able to help out.

THERE IS NO LIMIT to how many gift cards you can receive. IF YOU send me a 100 people, I will be sending you 100 VISA gift cards with $25 Dollars on each of them.

*SEND FACEBOOK REFERRAL EMAIL*

The quickest way I have noticed people getting this money is by making a very simple FACEBOOK POST.

I had just sent you an email regarding that Facebook post. Let me know when you receive it.

So If you look at that email there is a part that reads," **If you owe around $10,000 or more in federal student loans and want to get some more information on getting up to 90% forgiven, the Department of Education & the Federal Government have income-based benefits for you. Call ME @ *MY NUMBER* and he/she will help you like he/she helped me! Make sure to tell him that I referred you. "**

{Give client your full name and direct number}

Besides that, do you have any more questions for me right now. Ok, fantastic. It's been a pleasure assisting you today, I am very pleased that we were able to help you with your federal loans, and I know this program is going to be a huge benefit for you.      I hope you have a great rest of your day.  Take care.

CFPB-20221128-00017316

Plaintiffs' Exhibit 59

## ONE CALL CLOSE

Student Loan Advisory Department, this is _____, Are you interested in the Loan Forgiveness Program?  **[60 SECONDS OR LESS]**

1. Are your federal loans $10,000 or more?
2. Are you currently employed or have a source of income **in order to start making payments?**

Great, so you may qualify for a government loan forgiveness program which can forgive some, up to 90% of your debt. Is this what you're looking to do today?

**Okay perfect, let's verify your information and I'll have your loans pulled up within 5 minutes:**

1. Let's go ahead start with the spelling of your first and last name?

2. And the best contact number in case we get disconnected?

3. Your email address?  *Send WELCOME EMAIL*

4. These are all income-based programs, that being said what is your Annual Income BEFORE TAXES? **If you were to show your most recent paystubs it would reflect this amount correct?** *Always round up their income by +5k*

5. Do you work for a nonprofit or government organization for at least 30 hours a week? (IF YES) Name of Employer, city they work in

6. And how many people live in your household including yourself?

7. Status of your loans? (Making payments, late, deferment, default)

8. Lastly can you verify your date of birth?

The next step is to pull up your loan DETAILS from the federal database using basic identifiers, **allow me one moment.**

*(First try Email into Forgot Password, and tell client to read you the 6 digit secure code in their email from FSA ID. Reset password to favorite city + numbers, and log in)*

**{If NO Info} Since your email is not in the federal database, can you verify the Social Security Number associated with your loans?** (Type in SSN)

Ok, allow me 2 minutes to update the system and locate your loan details. *{Go to Create FSA, input info, create challenge questions, and then log into FSA}*

Ok, so it looks like I was able to locate your loan details, and I will send you a copy of all of this for your records.   It looks like you have a total of #___ student loans, the grand total for your outstanding principal is $_____ and your outstanding interest is $_____ .

Does this all sound correct?

**(TELL CL PASSWORD MUST NOT BE CHANGED SO PROCESSING CAN WORK ON THEIR FILE)**

Okay, are you already making a current payment of your loans? What have they most recently quoted you at? (FILL IN **CURRENT PAYMENT** ON CONTACT INFO)

**\*SENDING PSLC DOCS TO CLIENT\* (*Only If Using FSA*)**

Okay, so right now I am sending you a link to your EMAIL ADDRESS (PSLC DOCS SIGNATURE). When you receive that EMAIL let me know so I can tell you the next few steps….

**\*ONCE WEBLINK IS OPEN\***

-Ok, remember that USERNAME and PASSWORD I gave you?

Great!, so your are going to be clicking that blue link labeled PSLC DOCS

Once the website is pulled up let me know.

(once website is pulled up) Ok, now with that USERNAME and PASSWORD, I need you to login.

-Once you login type in MY extension which is XXXX.

-My email should come up and you are going to click the TINY box next to my email.

-Then Click the send button. It will READ "SENT SUCCESSFULLLY".

**\*\*( WAIT FOR RESPONSE AND CONTINUE SCRIPT )\*\***

Great, so what I am going to do now is submit all of this information to my underwriting department, which will correspond with the US Department of Education. **If you are approved, I'll have you enrolled into the program today within 10 minutes**. **If you are disqualified, I will let you know what the reasons were, and you will have the option to reapply in 12 months**. It usually takes about 3-4 minutes for them to review the file, so I am going to put you on a brief hold while I wait for the response back from underwriting. To be ready, can you grab a pen and paper while I put you on hold?

{Put them on hold, and calculate program cost}

OK, I have some great news for you; it looks like I was able to get you approved for the federal student loan forgiveness program. Do you have that pen and paper ready?

{GO VERY SLOW WHEN EXPLAINING NUMBERS – and tell client to write EVERYTHING down}

So for the first 5 months of your program it will be $239 per month.  **After that,** your monthly payments will drop down to $____ per month, for the duration of your program which is 240 months (120 months/Public Service)

**(POS)**

That means with this forgiveness program, **your total pay back** will be $_____. The reality of your situation beforehand was paying back roughly $_____ **with principal and interest combined**. Instead you will be **saving** a total of $_____.   So, congratulations.

{ASSUME The Close and PUSH Forward}

**"The next part of the process is another 5 minutes or so. I'll explain everything about your payments, link your payment method on file and lastly walk you through your forgiveness documents by email so you're approved. Sound good?"**

**ENROLLMENT**: **So to begin by explaining your payments:** The reason the first 5 payments are steeper/different than the rest is because they cover your enrollment fee with our company.

This means we'll be doing all your future paperwork, contacting and notifying to do with your loans and updating you every step of the way starting today.  **In short, you'll never be responsible for anything besides making payments on time, make sense?**

**RECERTS:** Your second timeline for 120/240 months is broken into two charges: a government charge and recertification payment. This does not change the amount of your monthly payment, it's simply the way it's separated.

The reason it's separated this way is because $____ is the amount the government charges for you to be in the forgiveness program, $____ is the amount we charge as a recertification for your program.

**Recertification is like LifeLock in your forgiveness program**. This makes sure the program puts your loans in the best status on your credit every month you make payments, that we renew your application as needed each year for the best payment and savings, and LASTLY so that no matter any laws or policies changing about the programs your loan amount will be set aside in the budget for them. **Does that also make sense?**

**IS THERE ANYTHING ABOUT YOUR ENROLLMENT OR RECERTIFICATION THAT YOU DIDN'T UNDERSTAND?**

**Ok, so let's get the rest of the information that we need for your file...**

1. Fill out all Contact Info:
   a) **SSN: Can you verify your identity by providing the social security number associated with your loans?**
   b) <u>**Do you have an AUTODRAFT PAYMENT set up?**</u> **If Yes: Put Alert on File with Date!**
   c) **Current Mailing Address**

The next step for us today is to have your new benefits begin and the first payment to occur. <u>**The first payment GUARANTEES your rate and SECURES your seat in the program!**</u>

## SAME WEEK PITCH:

-To start your program, your first payment is today! When can we set your recurring payment dates for next month?

***IF NO #1***: We can set next month's payment date as far as 45 days, given today's your first payment. Let's pull up the calendar together to see what dates work for you next month.

***IF NO #2***: The absolute farthest seat I have available for a first payment is this Friday. How soon can we can set your first payment this week?

***IF NO #3: Rebuttal + HARDCLOSE***

## NEXT WEEK PITCH:

**Your first payment will occur on \_\_\_\_\_, when can we set your recurring dates for next month?**

***IF NO #1:*** The first payment must be made by next Friday for your application to be valid this year, looking at the calendar that's anytime between today and _____.

***IF NO #2: Rebuttal + HARDCLOSE***
<u>**Keep in mind payments are ran first thing in the morning between 4 and 5am PST, and if any payment fails you will be cancelled from the program. You must have the funds in your account the night before, DO YOU UNDERSTAND?**</u>

**Allow me one minute to save your payment dates.**

**\*GO TO CREDIT CARD TAB\***

Ok your payment schedule is saved. The next step is to secure your enrollment today by putting a payment method on file.  You have 3 options between using a debit, credit or prepaid card, which do you prefer?

a)  Select Credit or Debit
b)  And is the billing address for the card the same as your mailing address?
c)  Do you have a middle initial on your card?  {Input Name on Card}
d)  Leave Card Issuer Blank
e)  Ok and what is the 16 digit card number?
f)  And the Expiration Date on the card?
g)  And the 3 digit code on the back? (CVV)
2.  Click Save

The last step for us today is to complete a very simple E-signature document which I am sending to your email now. Let me know when you see it, subject will read Documents Ready To Sign.          *(Docs, Generate PDF, Client Agreement, Send for E-sign)*

a)  First click the Review Document link
b)  Then you will need to check the tiny box that reads "I Agree to the Terms and Conditions of using an Electronic-signature" and Click Continue right next to it.
c)  At this point it's pretty simple, click on all the red tabs to fill out document. At the end, hit the Complete Signing Button to have your own copy directly to your email.

**This document is only consent to work on your file, and an acknowledgement of the numbers we already went over.**

# IF LOAN PAYMENT IS ABOVE $0: If you look at your payment schedule, you'll notice after the first 5/6 months, it's only showing ($20/30/40) which covers your recertification. Since the rest of your loan payment is a government charge it can only show once your income is verified with paystubs through our processing department. Does that make sense?

CFPB-20221128-00017321

# READ ENTIRE PAGE OF COMPLIANCE: ALWAYS RECORD ON DIALER!

**"I would like to confirm that you signed the electronic agreement with Premier Student Loan Center assisting you with your enrollment into the forgiveness program, is that correct?"**
**Now I will be asking you four compliance questions to confirm your understanding of our services.**
**Please respond with a "Yes" or "No." If you respond with a No to any question, I will explain the question in more detail.**

**"Do you understand that Premier Student Loan Center is a document preparation company and we are not the Department of Education nor the servicer of your student loans?"**

If No: We are similar to a CPA filing your taxes. The CPA has no affiliation with the IRS; they just prepare your taxes to maximize your tax refund. We prepare the documents to get you into the best available DOE programs entitled to you.

If Still No: We are a private company that prepares the documents to get you into the best available DOE programs entitled to you.

**"Another important thing is how your money is protected. Our company does not take any upfront fees, but rather places your payments into a Dedicated Client Account, where it belongs to you until your program is finalized. Therefore do you understand PSLC takes no upfront fees and all payments made to us will be placed into your Dedicated Client Account until your program is finalized?"**

If No: The payments you will be making will be placed into your dedicated client account until your program is finalized and completed. Finalizing your program includes receiving all payments and your proof of income, as well as completing all necessary correspondence and communication.

**"Do you understand that the 5 payments of $239 (or whichever arrangement was selected) will not be applied towards the balance of your student loans and will go into your Dedicated Client Account for the document preparation services for your selected program?"**

If No: Those first 5 payments do go to us to complete all the paperwork, notifying, and communication necessary to enroll you into the forgiveness program that you selected. And though we do not make payments against the balance of your loans for you, if you need any assistance along the way you can give me a call directly at any time.

**"And you do understand the amount of $_____ goes towards your student loan balance as a payment made in full, and the [$20,$30,$40] monthly payment goes towards your annual recertification, which ensures you remain enrolled in the forgiveness program. Correct?"**
If No: The [$20,$30,$40] monthly recertification fee goes towards Premier Student Loan Center to ensure we keep you enrolled in the forgiveness program by recertifying you each year, which is a requirement for the program.

**Lastly, SL Account Management is the name of our processing company who will handle the paperwork and payments for your program. Therefore, do you understand that SL Account Management will be processing the paperwork and <u>drafting the enrollment payments?</u>** PSLC handles program enrollment, while SL Account Management processes payments and paperwork.

Pls.' Ex. 59
P. 1143
CFPB-20221128-00017322

<u>**FINISH:**</u>

Now, what's going to happen next is you will be receiving a phone call from the Processing Department within the next 1 to 2 business days, from a 949 area code number. They will be requesting a copy of your most 2 recent paycheck stubs. This is to verify for your income for the Department of Education.

If your lender(s) calls or emails you just let your processor know so they can deal with it for you. They take care of all your future paperwork, contacting and notifying and required to update you every step of the way.

**"Not only will you be receiving a call from processing, but I will be your MAIN point of contact. <u>If I reach out to you regarding a problem on your file, you have 3 business days to get back to me. This is to keep you enrolled in the program with an accurate file at all times. You will be cancelled from the program if you do not respond. DO YOU UNDERSTAND?"</u>**

# <u>REFERRAL PITCH: Get them to pull up Facebook!</u>

 LASTLY, were you referred by a friend or family member?

The reason I ask is <u>you're now entitled to your own referrals</u>.  Very important: anybody you refer that calls my direct number, <u>we are required</u> to send you out a $25 Visa Card for <u>each person</u> I'm able to help out.

**THERE IS NO LIMIT to how many gift cards you can receive.  The quickest way I have noticed people getting this money is by making a very simple FACEBOOK POST or MASS TEXT.**

I just sent you an email regarding that Facebook post. **Let me know when you receive it.**

{SEND EMAIL}

Besides that, do you have any more questions for me right now? Ok, fantastic. It's been a pleasure assisting you today, I am very pleased that we were able to help you with your federal loans, and I know this program is going to be a huge benefit for you.      I hope you have a great rest of your day.  Take care.

CFPB-20221128-00017323

Pls.' Ex. 59
P. 1145

CFPB-20221128-00017324

# Plaintiffs' Exhibit 60

| From: | Advisor [advisor@financialpreparationservices.com] |
|---|---|
| Sent: | 11/8/2018 10:09:38 PM |
| To: | Joseph Boylan [jboylan@financialpreparationservices.com] |
| CC: | Kaine Wen [kwen@slaccountmgmt.com] |
| Subject: | Re: Redacted |

Joe,

Christian sent a CS department wide memo stating CS reps cannot disclose FS and AGI with clients. If clients ask about that, CS reps will transfer call to Senior CS Rep to handle.

Sent from my iPhone

On Nov 8, 2018, at 2:07 PM, Joseph Boylan <jboylan@financialpreparationservices.com> wrote:

Please advise:

This CS rep "confirmed" with the client that they had a Family Size of 6 – and the client became very angry - and we had to Cancel her out because of it

No CS or PS rep should ever be "confirming" the FS on the file that was input by the Sales Rep.

Please let Kathleen and all CS reps know they should never confirm or the mention the FS on file to our clients again in the future.

Thank you all.

**From:** Monique Dinh <monique@slaccountmgmt.com>
**Sent:** Thursday, November 8, 2018 1:41 PM
**To:** Joseph Boylan <jboylan@financialpreparationservices.com>
**Subject:** FW: PSLC-271784606

Cs rep telling client he has a fs of 6

**From:** Sal Avila <savila@slaccountmgmt.com>
**Sent:** Thursday, November 8, 2018 12:59 PM
**To:** Monique Dinh <monique@slaccountmgmt.com>
**Subject:** PSLC-271784606

Please listen to Kathleens call on DPP

# Sal Avila
**Processing Department**
<!--[if !vml]-->

 <image001.gif>
<!--[endif]-->
<!--[if !vml]--><image002.png><!--[endif]--> <!--[if !vml]--><image004.png><!--[endif]-->**SL Account Management**

**Direct:  949-202-1995**
**Fax:  1-877-209-1019**
**Email:  savila@slaccountmgmt.com**

**Toll Free:  1-888-283-9631**

<!--[if !vml]--><image001.gif><!--[endif]-->

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

CFPB-20221128-00017429

Plaintiffs' Exhibit 61

Pls.' Ex. 61
P. 1149

To: Advisor[advisor@financialpreparationservices.com]; Kathy Van Kirk[kvk@slaccountmgmt.com] 281 of 428   Page ID
#:1920
Cc: Cristian De Alba[cdealba@slaccountmgmt.com]; Christian Stark[cstark@slaccountmgmt.com]; Monique Dinh[monique@slaccountmgmt.com]

From: Joseph Boylan
Sent: Thur 11/8/2018 5:07:02 PM
Subject: FW: **Redacted**

Please advise:

This CS rep "confirmed" with the client that they had a Family Size of 6 – and the client became very angry - and we had to Cancel her out because of it

No CS or PS rep should ever be "confirming" the FS on the file that was input by the Sales Rep.

Please let Kathleen and all CS reps know they should never confirm or the mention the FS on file to our clients again in the future.

Thank you all.

**From:** Monique Dinh <monique@slaccountmgmt.com>
**Sent:** Thursday, November 8, 2018 1:41 PM
**To:** Joseph Boylan <jboylan@financialpreparationservices.com>
**Subject:** FW: **Redacted**

Cs rep telling client he has a fs of 6

**From:** Sal Avila <savila@slaccountmgmt.com>
**Sent:** Thursday, November 8, 2018 12:59 PM
**To:** Monique Dinh <monique@slaccountmgmt.com>
**Subject:** Redacted

Please listen to Kathleens call on DPP

## Sal Avila
**Processing Department**



SL Account Mgmt SL Account Management
**Direct:  949-202-1995**
**Fax:   1-877-209-1019**
**Email:  savila@slaccountmgmt.com**
**Toll Free:  1-888-283-9631**

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.

Plaintiffs' Exhibit 62

| | |
|---|---|
| **From:** | Kaine Wen <kaine@premierstudentloancenter.com> |
| **To:** | tom@premierstudentloancenter.com |
| **CC:** | ALBERT@PREMIERSTUDENTLOANCENTER.COM |
| **Sent:** | 9/27/2016 9:48:17 PM |
| **Subject:** | Re: BBB rebuttal for Redacted |
| **Attachments:** | BBB Rebuttal for Ms Redacted   .docx; Untitled attachment 69533.html |

See attached, feel free to edit.

Pls.' Ex. 62
P. 1152
CFPB-20221128-00018291

# Plaintiffs' Exhibit 63

Dear Ms. REDACTED,

My name is Albert King and I am a Manager at Premier Student Loan Center. We genuinely appreciate you taking the time to provide your feedback. We strive for 100% client satisfaction so we want to give your concerns the full attention that they deserve.

First and foremost, we would like to sincerely apologize if any of our Customer Service staff came across as rude or unprofessional. We hold our Customer Service Department to the highest standards of excellence and anything less is unacceptable. We constantly improve the quality of our customer service so that all future experiences will be positive ones.

Next, Premier Student Loan Center strives to be fully transparent with our client enrollment fees. The fees go towards our company to collect and prepare all the paperwork, handle any problems that may arise during the consolidation process, and enroll the client into the most financially responsible program according to Department of Education guidelines. An analogy would be paying an accountant to file taxes, where the fees would be for the accountant's services and do not go towards the actual tax bill. We emphasize the purpose of the enrollment fees during the Welcome Call and it also appears in multiple places in the Client Fee Agreement. We are truly sorry that there was a misunderstanding in your case and will make efforts to ensure there is no confusion moving forward.

Lastly, regarding the gift card issue, we sent you a courtesy $50 gift card for any inconvenience you may have experienced with our company. Because most of our clients are extremely satisfied with our services, they often refer their friends and family to our company. As a result, we will send those clients gift cards as tokens of our appreciation. The gift cards are our way of showing gratitude to our clients for making our company a reputable and successful one.

I would love the opportunity to address your concerns in private. Should you wish to discuss this matter further, please e-mail me at albert@premierstudentloancenter.com so we may schedule a phone call. Thank you.

------------------------------------

I want to address all of your concerns and will try my best to resolve the mistake that was made on your file.

1. The first problem you stated in your complaint was that a mistake was made on your family size. I want to apologize for that. There was a clerical error when processing your file and once you brought it to our attention we tried our best to fix the issue.
2. The other concern you had was, your loan counselor did not disclose that the enrollment fee goes to Premier Student Loan Center to prepare all the paperwork, handle any problems that may arise during your consolidation, and to professionally get you into the lowest monthly payment you are entitled to according to the Department of Education guidelines. One example is many loan servicers will account for your Adjusted Gross Income including retirement benefits

Pls.' Ex. 63
P. 1154
CFPB-20221128-00018292

or medical deductions as part of your income. Our company is well versed with what the DOE counts as adjusted gross income; therefore we exclude those amounts from your paystubs to decrease your adjusted gross income. This will give you the decrease in your monthly student loan payments you are entitled to according to the law. We always tell our clients that the enrollment fees goes toward our company the same way a client would pay an accountant to file their taxes for them. Everyone can file their taxes for free but they usually pay their accountant to do it for them. The contract also states that the enrollment fee spefically goes to Premier Student Loan Center for the above mentioned services.

3. Premier Student Loan Center gave Ms. REDACTED her full refund, offered to do our services for free so she can see for herself how these programs can benefit her. For bringing these problems to our attention, we offered Ms. REDACTED a $50 Visa Gift card for any inconvenience, her loan counselor may have caused her for not following company guidelines and policies.

4. Please reach out to me and I will address any other concerns you may have with Premier Student Loan Center. Thank you for bringing these problems to my attention Ms. REDACTED.

Sincerely,

Albert King

CFPB-20221128-00018293

Plaintiffs' Exhibit 64

On Sep 27, 2016, at 3:19 PM, <tom@premierstudentloancenter.com> <tom@premierstudentloancenter.com> wrote:

Albert and Kaine,

Please take a look at the rebuttal I am going to submit for REDACTED's complaint to the BBB. (see word document) Let me know what I should add or take out before I post the rebuttal.

I have also copied and pasted her complaint to this message.

I recently decided to pay Premier Student Loan Center $799.99 (BIGGEST MISTAKE OF MY LIFE)! If you google student loan forgiveness, various loan centers offer loan consolidation for FREE!!!!! When I brought this to the attention the company the customer service representatives were VERY RUDE! Zach Hart was very unprofessional and I have the screenshots of the email he sent me once I told him how I thought this company was a scam for falsifying my information on the student loan application by raising my dependents to FOUR! Not only did they lie about how much my loan payment would be, my monthly payments would go directly to them each month rather than to Great Lakes. Please do not believe any of their lies to sway you into giving them your card information and social. Please learn from me, I have reported them to my bank as well as the Police Department! Albert king offered me $50 to not post this review and offered others $150 in gift cards and some even more. I will NOT take my review down for a $50 gift card. This company is shady, don't give one person something and then not do the rest for the others. People work hard for their money and then this company comes along & scams you out of it! The previous reviews on here that are positive are ridiculous and all lies.

Review By: REDACTED  (REDACTED            ) - Zip Code: REDACTEDSubmitted: 09/26/2016
<BBB Rebuttal for Ms. REDACTED      .docx>

CFPB-20221128-00018294

Plaintiffs' Exhibit 65

Consumer Advocacy Center Inc.
d/b/a Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

April 13, 2017

1 714  558  4728

his letter is to indicate that the business address for
udent Loan Center, has changed from:

ember 1, 2016.

have caused.

have any further questions or concerns.

Sincerely,

Kaine Wen
General Counsel
Premier Student Loan Center
Kaine@premierstudentloancenter.com

Consumer Advocacy Center Inc.
d/b/a Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

April 13, 2017

Labor Commissioner
State of California
Department of Industrial Relations
Division of Labor Standards Enforcement
605 West Santa Ana Blvd, Rm 625, Building 28
Santa Ana, CA 92701

ATTN: Leslie McLean, Deputy Labor Commissioner

Subject: Change of Address

Dear Ms. McLean,

In response to State Case Number **18-97979 LM**, this letter is to indicate that the business address for Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, has changed from:

29901 Santa Margarita Pkwy, Ste 200F
Rancho Santa Margarita, CA 92688

To:

173 Technology Dr, Ste 202
Irvine, CA 92618

The effective date of the change of address is December 1, 2016.

We sincerely apologize for any confusion this may have caused.

Please feel free to contact me directly should you have any further questions or concerns.

Sincerely,

Kaine Wen
General Counsel
Premier Student Loan Center
Kaine@premierstudentloancenter.com

CFPB-20221128-00017272

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 04/13/2017 07:39PM
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : U63088F5N196967
```

```
DATE,TIME              04/13  07:38PM
FAX NO./NAME           17145584728
DURATION               00:00:19
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

CFPB-20221128-00017273

**Better Business Bureau**

4747 Viewridge Ave. Suite 200
San Diego, CA 92123
Phone: 858-637-6199
Fax: 858-496-2141
www.sandiego.bbb.org

April 11, 2017

Mr. Albert Kim
Premier Student Loan Center
173 Technology Dr
Irvine, CA 92618

Dear Sir or Madam:

Your Better Business Bureau performs regular reviews of company files which contain inquiries or complaints. When file conditions indicate that there is a cause for concern, the BBB is required to report that information. Upon review of the information we have received for Premier Student Loan Center, we have concerns regarding, and may be required to report, the following:

The BBB has received several inquiries and concerns regarding your company and I was hoping that you could address these issues so that we have a better understanding of how your company operates.
-Multiple sources state that you charge an upfront fee to begin student forgiveness services, the BBB is curious how this fee is assessed. What happens to those funds once they are collected? What services are offered to the consumers that pay membership.
-Some consumers allege that their information was falsified on their application by having more members in their household than they actually had causing their monthly fee to spike once it was corrected. Others have stated that you request social security, banking information, as well as the passwords for their student loan service upon subscribing to their services. Please explain how the consumers information is collected
Another question I have for you is whether or not the consumers are informed that they are able to do this process on their own? Do you inform them that you are a document preparation company in advance?
Your BBB would like to give you the opportunity to address the above issues by sending a written explanation. Please submit your written response to the BBB no later than **[4/21/17]**. We are also willing to meet with representatives from your company in order to resolve this matter once we have received your emailed or written explanation.

Thank you for your attention; we look forward to working with you.

Sincerely,

Robert Ambriz

Pls.' Ex. 65
P. 1162
CFPB-20221128-00017274

Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

April 17, 2017

Better Business Bureau
4747 Viewridge Ave, Ste 200
San Diego, CA 92123

ATTN: Robert Ambriz

Dear Mr. Ambriz:

This reply is in response to the letter Premier Student Loan Center ("PSLC")
received from the Better Business Bureau ("BBB") dated April 11, 2017.

BBB's inquiries followed by PSLC's answers are below:

*"Multiple sources state that you charge an upfront fee to begin student forgiveness
services, the BBB is curious how this fee is assessed. What happens to those funds once
they are collected? What services are offered to the consumers that pay membership."*

PSLC charges clients based on their individual Client Fee Agreements. Some are
"one-time" fees, but the majority are fees collected over multiple payments (several
weeks or months). These fees are placed into a trust account and only released 30
days after the client's program enrollment is completed in full and to the client's
satisfaction. PSLC will issue the client a full refund if, at any time, PSLC makes a
material mistake in the preparation of the documents or does not deliver the
program enrollment as agreed upon.

PSLC's services are limited to:

1. Consultations to determine whether the client qualifies for any currently
   available programs.
2. Organizing and preparing the documents required for the client to submit
   his/her application.
3. Customer service to answer any questions or issues that may arise.

*"Some consumer allege that their information was falsified on their application by
having more members in their household than they actually had causing their monthly
fee to spike once it was corrected. Others have stated that you request social security,
banking information, as well as the passwords for their student loan service upon
subscribing to their services. Please explain how the consumer's information is
collected."*

PSLC collects the client's information over the phone, and the data is entered into our software's encrypted and secured database. Thereafter, only privileged PSLC staff will have access to the information, and only for the purpose of completing the client's application. The client also signs a Limited Power of Attorney, which allows PSLC to more efficiently and effectively organize and prepare the required documents.

In rare situations, there may be a miscommunication between the client and the Advisor or Processor that may result in incorrect data being entered on the client's application. As that constitutes a material mistake in the preparation of the client's documents, PSLC will issue the client a full refund. Should the mistake be found to be negligent or intentional, PSLC will issue the Advisor or Processor a written warning, and repeated violations can lead to suspension or even termination.

*"Another question I have for you is whether or not the consumers are informed that they are able to do this process on their own? Do you inform them that you are a document preparation company in advance?"*

PSLC discloses to every client that we are a <u>document preparation company</u>. Additionally, it is stated clearly and repeatedly on our website. PSLC also discloses to every client that he/she can prepare the application on his/her own. However, clients choose PSLC for their student loan document preparation services because of PSLC's in-depth knowledge of currently available programs, attention to detail in organizing and preparing the documents required for the application, and outstanding customer service in addressing any questions or issues that may arise.

Should you have any further questions or concerns, please feel free to contact me directly.

Warm Regards,

Kaine Wen
General Counsel
Premier Student Loan Center
kaine@premierstudentloancenter.com

CFPB-20221128-00017276

Plaintiffs' Exhibit 66

| From: | Michael Thurman |
|---|---|
| To: | Kaine Wen |
| CC: | Albert Kim |
| Sent: | 2/2/2018 7:50:19 PM |
| Subject: | RE: No Advance Fee - Compliance |

Hi Kaine-

Your summary of the "100% compliant way" is essentially correct.

The process is not difficult to set up.  In addition to entering into an agreement with a DAP, your agreement with the client will need to be revised to state the nature and timing of the "escrow" relationship and also include the various disclosures that are required by the TSR.  You would also need to provide the client with the DAP's agreement so they can enter into their own separate relationship.  In addition, under the TSR, the funds in the client's account must belong to the client and the client must have the right to withdraw the funds at any time until all of the conditions described below have been met.

The second scenario is harder to evaluate in a vacuum without more information.  The key is the details, including how would the software be marketed, what statements would be made about what it will provide to the client, how does it work, what does it cost, are there ongoing fees and/or services provided, etc.?

Mike

---

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Friday, February 02, 2018 3:05 PM
**To:** Michael Thurman
**Cc:** Albert Kim
**Subject:** No Advance Fee - Compliance

Hi Michael,

We have a quick question about the level of compliance regarding the no advance fee rule for our document preparation services.

Is it correct that the 100% compliant way to accept fees is:

1. For an independent third-party Dedicated Account Provider ("DAP") to collect the fees from the client;
2. The DAP will hold the client's fees in a trust account until the DAP can confirm and verify that:
   - The client has received a positive result (such as a consolidation), and
   - The client completes his first payment towards such.
3. Then the DAP will release the client's fees to the document preparation company (such as Premier).

**Are you familiar with how to set up this independent third-party DAP, as a type of client trust account? Are there regulatory/licensing obstacles? Or is it just contractual between the clients and the DAP?**

Alternatively, how compliant is the following:

1. For PSLC to collect the fees from the client;
2. PSLC will have an agreement with an independent Software Provider ("SP");
3. PSLC will offer SP's software service to the clients in exchange for the client fees, so that the client can review and submit his student loan application - this is similar to offering TurboTax or Rocket Mortgage software.

Pls.' Ex. 66
P. 1166
CFPB-20221128-00017396

4. PSLC will have access to client fees immediately, since PSLC is offering a software service rather than charging an advance fee.

We'd just like a general idea, to determine which is the best long-term and most compliant option for our business.

Thank you in advance.


Best,

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

CFPB-20221128-00017397

Plaintiffs' Exhibit 67

| From: | Kaine Wen |
|---|---|
| To: | Jimmy Lai |
| Sent: | 3/18/2019 4:27:13 AM |
| Subject: | Re: SL Account Management |
| Attachments: | NMC Attestation Letter.docx |

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

---

**From:** Jimmy Lai
**Sent:** Thursday, March 7, 2019 7:37:52 PM
**To:** Kaine Wen
**Subject:** Fwd: SL Account Management

Kaine,

See below for Attestation of Compliance requirements from NMC.

Jimmy Lai

---

**From:** John F. Thompson
**Sent:** Thursday, March 7, 2019 4:15:58 PM
**To:** Jimmy Lai
**Cc:** risk
**Subject:** SL Account Management

Jimmy-

**SL Account Management-**

If we can't obtain a legal opinion letter, then we need the following:

Have the owner draft a letter confirming that they are following all required rulers pertaining to modification lending and or document preparation which includes accepting payment upfront for services not yet rendered.  They must provide legal option letter explaining why their Company is not violating any State or FTC Consumer Protection laws, when they charger for the services they are rendering.  They must provide the following:

- When do they charge the customer for their services?  What services have they provided at the time they first charge is made?  Do they break up the fees into 2 or 3 payments.  When is the last payment made and is it made after the services are rendered?  How are they confirming services are rendered to the customer?
- What is their refund policy?  Why do they believe their refund policy is not violating Consumer Protection Laws?
- Why are their complaints that Customers are paying for services they are not receiving? How is the company addressing these complaints as they could be seen as violations of the Consumer Protection Laws? **See Below:**
- We need 20 examples of proof that they are addressing the above concerns and are not violating any Consumer Protection Laws.  I also need 20 examples of them address the issues found on BBB as well.

Pls.' Ex. 67
P. 1169

CFPB-20221128-00016429

https://www.bbb.org/us/ca/irvine/profile/student-loan-services/sl-account-management-1126-1000053836/complaints

10/21/2018  -  **Complaint Type:** Billing/Collection Issues
**Status:** Resolved

I have been trying to call the agent who I was talking to at first to see how can I see the account dealing with my student loan forgiveness. After they received money from me, I have not heard or cannot get anybody to return my phone call. Also, I was told that I did not have to worry about my student loan payments and to just pay the sl account management. I have received a bill from the student loan people after paying sl account management. I will like to have my money refund back to me so that I can start paying my student loan.

**Complaint Type:** Billing/Collection Issues
**Status:** Resolved

10/14/2018

I was called by a customer service person from this business telling me that they can lower my student loan debit and payments. they told me that my payments would be 239.00 a month for 4 months then go to 69.00 a month there after. on month 5 there was no lone payment pulled from my account and I received a letter from ,who I though was my former student lone carrier stating that my payment of 269.00 will be due next month now that my forbearance was no longer in place. I called them and explained what SL Account Mgmt had told me and they said that I had signed a form putting my lone in forbearance until October. I then looked up my 1st payment to SL-A-M and realized that on that day when I did the paperwork in my email , Sl A.M. sent in a forbearance request to my Student loan company. as it stands now I am not saving any money , my payments were not reduced and I paid them for services that were not rendered. according to my student loan company they have no idea what I was talking

**John Thompson**
Associate Director of
Risk & Underwriting

NMC.
NATIONAL MERCHANT CENTER

| | |
|---|---|
| office: | 949. 419. 8400 x 1110 |
| toll free: | 800. 662. 8448 |
| fax: | 949. 861. 6201 |
| email: | jfthompson@nationalmerchant.com |

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.*

***Go Green!*** Please, consider the environment before printing this email. 

CFPB-20221128-00016431

Plaintiffs' Exhibit 68

True Count Staffing Inc.
d/b/a SL Account Mgmt
8 Whatney, Ste 100, #8
Irvine, CA  92618

March 18, 2019

National Merchant Center

Subject: Attestation Letter

To Whom It May Concern:

First and foremost, **SL Account Mgmt ("SLAM") is a document preparation
company**. SLAM is <u>NOT</u> a loan consolidation or refinancing company. SLAM is <u>NOT</u>
a debt settlement company. SLAM does <u>NOT</u> offer any debt management services.

SLAM's services are limited to:

1. Consultations to determine whether the client qualifies for any currently
   available programs.
2. Organizing and preparing the documents required for the client to submit
   his/her application.
3. Customer service to answer any questions or issues that may arise.

**Regarding upfront fees,** SLAM has partnered with dedicated account providers who
serve as banking and escrow platforms for its clients. Client funds are safeguarded
until SLAM completes the work. SLAM fully discloses its use of third-party servicers
to the clients prior to enrollment. SLAM does not collect any document preparation
fees until services are fully rendered, the client's first payment is complete, and
proof is shown to reflect that.

SLAM is strictly a document preparation company, with an "A-" rating from the
Better Business Bureau.

Please feel free to contact me directly should you any further questions or concerns.

Warm Regards,

Kaine Wen
Managing Partner
kwen@slaccountmgmt.com

CFPB-20221128-00016432

Plaintiffs' Exhibit 69

| From: | Robby Birnbaum |
|---|---|
| To: | 'Kaine Wen' |
| CC: | Albert Kim; Tom; Yarly Franco |
| Sent: | 8/30/2018 8:39:39 AM |
| Subject: | RE: PSLC Compliance Script 080818 |

I think you just call it what it is, a student loan relief provider, which is subject to the TSR debt relief rule, and the similar state regulations in some of the states. I suggest you consider moving away from a stigma of a name that has been abused by many companies since their sales presentations and practices don't match those of simple document preparers.  And even if the practices did, there is a good body of caselaw that puts the industry into the debt relief category.

Thanks
Robby



Robby H. Birnbaum, Esq.
Greenspoon Marder, LLP
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, Florida 33309
Direct Telephone: (954) 343 6959
Direct Facsimile: (954) 343 6960
Robby.Birnbaum@gmlaw.com

---

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Thursday, August 30, 2018 12:36 AM
**To:** Robby Birnbaum
**Cc:** Albert Kim; Tom; Yarly Franco
**Subject:** Re: PSLC Compliance Script 080818

Hi Robby,

Thank you for your comments to our Compliance Script.

Quick Q: In lieu of regulators dismissing the use of "document preparation company" as a business description with regards to the "debt settlement business" umbrella, do you have any suggestions for alternative business descriptions?


Best,

**Kaine Wen**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Aug 14, 2018, at 2:30 AM, Robby Birnbaum <Robby.Birnbaum@gmlaw.com> wrote:

Comments attached for you to revise in detail.
I am out of the office through Aug 25 on vacation, back after. I catchup on emails at night.

Thanks
Robby


Profile

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.


The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

CFPB-20221128-00017326

# Plaintiffs' Exhibit 70

**XAVIER BECERRA**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

July 17, 2019

PIU: 842042

Doc Management Solutions
8 Whatney, #100-8
Irvine, CA 92618

**CORRESPONDENCE RECEIVED FROM:**

REDACTED
REDACTED
Sacramento, CA REDACTED

The Attorney General's Office has received the enclosed complaint relating to your firm. We understand that there are always two sides to a problem, and we would appreciate your prompt review of this matter.

We would appreciate receiving your response within the next 30 days. Please include the attached Company Response Form with your answer to this office. Also, please send a copy of your response to the consumer if appropriate. Please feel free to attach any documents you think are relevant in explaining your position. Naturally, in sending you this complaint, we make no assumption as to the truth of the allegations, but do appreciate your prompt response to our inquiry.

Thank you for your cooperation and assistance in responding to this matter.

Sincerely,

Jeanatte Salazar
Public Inquiry Unit

For    XAVIER BECERRA
Attorney General

Enclosure

**XAVIER BECERRA**
Attorney General

**State of California**
**Office of the Attorney General**
**Department of Justice**

**Company Response Form**

Return form to:
Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550
FAX: (916) 323-5341
EMAIL: PIU@doj.ca.gov

**Doc Management Solutions**

**Complaint ID Number:** 842042      **Staff: Jeanatte Salazar**

**Name of consumer:** REDACTED

**Legal name of company:** Financial Preparation Services

**Executive office address:** 7545 Irvine Center Dr Ste 200 Rm 108 Irvine, Ca 92618

**Contact person:** Jay Carter

**Telephone number:** 949-523-1978

**Response to complaint:**
(Please enter response below or attach this form to your response.)

Doc Management Solutions Client Relations Manager spoke with Ms. REDACTED on September 4, 2019. He explained the situation to Ms REDACTED and apologized for the misunderstanding. The results of their conversation together ended with Ms. REDACTED being fully satisfied with the refund and resolution of this matter. Please see attached transaction receipts indicating (3) separate Charges for $249.00 each.

The dates of the (3) Charges are 5/5/19, 6/5/19, and 7/5/19.

Please see attached refund Check indicating a full refund for $747.00. The date the refund Check was issued is 9/4/19

Thank you for your assistance.

A copy of this reply will be sent to the consumer.

**PIUWebform**

**From:**          REDACTED    ₍REDACTED          ⟩
**Sent:**          Wednesday, July 17, 2019 1:01 PM
**To:**            PIUWebform
**Subject:**       [WEB FORM] CONSUMER COMPLAINT AGAINST BUSINESS OR COMPANY SUBMISSION

Below is the result of the feedback form.
It was submitted by REDACTED

========== DOJ USE ONLY ==========
NEW_TYPE:
========== DOJ USE ONLY ==========

TYPE: CL
First Name: REDACTED
Middle Initial:
Last Name: REDACTED
Address Line: REDACTED
Address Line 2:
City: Sacramento
State: CA
Zip: REDACTED
Zip4: REDACTED
Age Range: 40 - 49
Area Code: REDACTED
Phone Number: REDACTED

Disability: No

Company Name: Doc Management Solutions
Company Address Line: 8 Whatney Ste100 8
Company Address Line 2:
Company City: Irvine
Company State: CA
Company Zip: 92618
Company Zip4:
Company Area Code: 949
Company Phone Number: 6474624

Military: No
Military Status:
Installation:
Pay Grade:
Branch:

1

Comment Or Question Message: Information was misrepresented. Information that was given was changed when reported to student loan companies. Doc Management Solutions also changed my address to theirs, so all mail from loan companies would be sent to them and I would be unaware of what was happening. To date, I have paid out $747.00 to Doc Management Solutions.

Affirm Information Accurate: Yes

By filing this complaint, I authorize you to send this complaint to the party named, and for that party to communicate, including disclosure of non-public personal information, with the Attorney General's office concerning this complaint. Send This Complaint: Yes

Email: REDACTED
Confirm Email: REDACTED
Referrer: https://oag.ca.gov/contact/consumer-complaint-against-business-or-company

[End of comment or complaint information]

2

CFPB-20221128-00016485

Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 05/05/2019 3:52:40 AM PDT
**Transaction ID:** ,Redacted 0386
**Status:** Complete

Credit Card Information

**CC Number:** REDACTED 6024
**CC Expiration:** Redacted
**CC Type:** Visa VISA
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** (Redacted
**Currency:** USD

Q Search Card

**Billing Information**

REDACTED
REDACTED
REDACTED
REDACTED
SACRAMENTO, CA REDACTED
US

Shipping Information

Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 05/05/2019 3:52:40 AM PDT | $249.00 |
| Card Settle | CLOSE__18960.94 | 05/05/2019 3:08:30 PM PDT | $249.00 |

**Transaction Information**

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 06/05/2019 4:02:34 AM PDT
**Transaction ID:** Redacted1600
**Status:** Complete

**Credit Card Information**

**CC Number:** REDACTED6024
**CC Expiration** Redacted
**CC Type:** Visa VISA
**Processor:** Horizon

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

REDACTED
REDACTED
REDACTED
REDACTED
SACRAMENTO, CA REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 06/05/2019 4:02:34 AM PDT | $249.00 API (Direct)(ost) (dppwistam2@50:31:46:28) |
| Card Setile | CLOSE 43031.45 | 06/05/2019 3:32:44 PM PDT | $249.00 Internal (dppwislam2@50:31:16:S:48) |

**Transaction Information**

Merchant: STUDENT LOAN MGMT - (Irvine, CA)
Transaction Type: Card Settle

Date: 07/05/2019 4:10:32 AM PDT
Transaction ID: Redacted 4721
Status: Complete

**Credit Card Information**

CC Number: REDACTED 6024
CC Expiration: Redacted
CC Type: Visa VISA
Processor: SLAM#2

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

Q Search Card

**Billing Information**

REDACTED
REDACTED
REDACTED
REDACTED
SACRAMENTO, CA REDACTED
US

Shipping Information

**Transaction History**

| Type | Status | Transaction Time | Amount |
|---|---|---|---|
| Card Sale | APPROVED | 07/05/2019 4:10:32 AM PDT | $249.00 |
| Card Settle | CLOSE_129848.89 | 07/05/2019 3:06:35 PM PDT | $249.00 |

Pls.' Ex. 70
P. 1184
CFPB-20221128-00016488

TRUE COUNT STAFFING INC
DBA SL ACCOUNT MGMT
8 WHATNEY SUITE 100 #8
IRVINE, CA 92618

14376

80-2007/1222

DATE _____ 9/4/2019

CHECK #1123

PAY
TO THE
ORDER OF
**REDACTED**

$747.00

Seven Hundred Forty Seven Dollars and No Cents.

DOLLARS

Sunwest Bank
- 801 270-0000

Client Refund

⑈⑈011376⑈⑈ ⑈:Redacted8003⑈: Redacted2199⑈⑈

Pls.' Ex. 70
P. 1185
CFPB-20221128-00016489

Plaintiffs' Exhibit 71

**XAVIER BECERRA**
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 210-6276
TOLL FREE (800) 952-5225
TTY. CA Relay Service
(800) 735-2922

April 24, 2019

PIU: 831658

Financial Preparation Services
173 Technology Dr., #202
Irvine, CA 92618

### CORRESPONDENCE RECEIVED FROM:

REDACTED
REDACTED
Reynoldsburg, OH REDACTED

The Attorney General's Office has received the enclosed complaint relating to your firm. We understand that there are always two sides to a problem, and we would appreciate your prompt review of this matter.

We would appreciate receiving your response within the next 30 days. Please include the attached Company Response Form with your answer to this office. Also, please send a copy of your response to the consumer if appropriate. Please feel free to attach any documents you think are relevant in explaining your position. Naturally, in sending you this complaint, we make no assumption as to the truth of the allegations, but do appreciate your prompt response to our inquiry.

Thank you for your cooperation and assistance in responding to this matter.

Sincerely,

Jeanette Salazar
Public Inquiry Unit

For      XAVIER BECERRA
Attorney General

Enclosure

CFPB-20221128-00016490

**XAVIER BECERRA**
Attorney General

**State of California**
**Office of the Attorney General**
**Department of Justice**

**Company Response Form**

Return form to:
Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550
FAX: (916) 323-5341
EMAIL: PIU@doj.ca.gov

**Financial Preparation Services**

Complaint ID Number: 831658                    Staff: Jeanatte Salazar

Name of consumer: REDACTED

Legal name of company: Financial Preparation Services ("FPS")

Executive office address: 7545 Irvine Center Dr Ste 200 Rm 108, Irvine Ca 92618

Contact person: Jay Carter

Telephone number: 949 - 523 - 1978

Response to complaint:
(Please enter response below or attach this form to your response.)

FPS's Customer Relations Manager spoke with Ms. REDACTED on
May 6, 2019. He explained the situation to Ms. REDACTED
and apologized for the misunderstanding. The results of
their conversation together ended with Ms. REDACTED
being fully satisfied with the refund and resolution of
this matter.

Please see attached transaction receipts indicating (2) separate
charges for $207.50 each.

The dates of the (2) charges are 1/31/19 and 3/15/19.

Please see attached transaction receipts indicating (2) separate
refunds for $207.50 each.

The dates of the (2) refunds are 4/29/19 and 5/6/19.

Thank you for your assistance.

A copy of this reply will be sent to the consumer.

CFPB-2022112B-00016492

## PIUWebform

From:                   **REDACTED**
Sent:                   Tuesday, April 23, 2019 6:28 AM
To:                     PIUWebform
Subject:                [WEB FORM] CONSUMER COMPLAINT AGAINST BUSINESS OR COMPANY SUBMISSION


Below is the result of the feedback form.
It was submitted by cherishdelaney@gmail.com


========== DOJ USE ONLY ==========
NEW_TYPE:
========== DOJ USE ONLY ==========

TYPE: CL
First Name: REDACTED
Middle Initial: REDAC
Last Name: REDACTED
Address Line: REDACTED
Address Line 2:
City: reynoidsburg
State: OH
Zip: REDACTED
Zip4:
Age Range: 50 - 59
Area Code: REDACTED
Phone Number: REDACTED

Disability: No

Company Name: financial preparation services
Company Address Line: 7545 Irvine Center Drive STE 200 room 108
Company Address Line 2:
Company City: Irvine
Company State: CA
Company Zip: 92618
Company Zip4:
Company Area Code: 877
Company Phone Number: 7090795

Military: No.
Military Status:
Installation:
Pay Grade
Branch:

Comment Or Question Message: I initially entered into a student loan forgiveness program with this company on January 16, 2019, after they have taken out 207 for the last four months Navient who hold my student loan does not know anything about this company. I contacted the Department of Education and had them do an investigation and found out this company has no business with the Department of Education and therefore are committing fraudulent acts against students with student loan debts in crisis.

Affirm Information Accurate: Yes

By filing this complaint, I authorize you to send this complaint to the party named, and for that party to communicate, including disclosure of non-public personal information, with the Attorney General's office concerning this complaint. Send This Complaint: Yes

Email: REDACTED
Confirm Email: REDACTED
Referrer: http://ag.ca.gov/contact/consumer_mailthnx.php

[End of comment or complaint information]

Pls.' Ex. 71
P. 1190
CFPB-20221128-00016493

Transaction Information

Merchant: STUDENT LOAN MGMT - (Irvine, CA)
Transaction Type: Card Settle

Date: 01/31/2019 5.10:30 PM PST
Transaction ID: Redacted 067
Status: Complete

Credit Card Information

CC Number: REDACTED
CC Expiration Redacted
CC Type: Mastercard
Processor: Horizon

AVS Status: Exact match; 5-character numeric. ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

Q Search Card

Billing Information

# REDACTED

Reynoldsburg, OH REDACTED
US

Shipping Information

Transaction History

| Type | Status | Transaction Time | Amount |
|---|---|---|---|
| Card Sale | APPROVED | 01/31/2019 5 10:30 PM PST | $207.50 |
| Card Settle | CLOSE 12755.02 | 02/01/2019 3:21:13 PM PST | $207.50 |

Transaction Information

Merchant: STUDENT LOAN MGMT - Irvine, CA)
Transaction Type: Card Settle

Date: 03/15/2019 8:38:31 AM PDT
Transaction ID: Redacted4741
Status: Complete

Credit Card Information

CC Number: REDACTED
CC Expiration: Redacted
CC Type: Mastercard
Processor: SLAM82

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

Q Search Card

Billing Information

# REDACTED

Reynoldsburg, OH REDACTED
US

Shipping Information

Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 03/15/2019 8:38:31 AM PDT | $207.59 |
| Card Settle | CLOSE_101620.82 | 03/15/2019 3:41:58 PM PDT | $207.50 |

## Transaction Information

Merchant: STUDENT LOAN MGMT - (Irvine, CA)-
Transaction Type: Card Settle

Date: 04/29/2019 5:36:12 PM PDT
Transaction ID: Redacted 8402
Status: Complete

### Credit Card Information

CC Number: REDACTED
CC Expiration Redacted
CC Type: Mastercard
Processor: Horizon

AVS Status:
CVV Status:
Auth. Code: Redacted
Currency: USD

Q Search Card

Billing Information

Shipping Information

# REDACTED

Reynoldsburg, OH REDACTED
US

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Refund | APPROVED | 04/29/2019 5:36:12 PM PDT | $-207.50 |
| Card Settle | CLOSE  5710.32- | 04/30/2019 3:10:48 PM PDT | $-207.50 |

Transaction Information

Merchant: STUDENT LOAN MGMT - (Irvine, CA)
Transaction Type: Card Settle

Date: 05/06/2019 1:26:38 PM PDT
Transaction ID: Redacted 629
Status: Complete

Credit Card Information

CC Number: REDACTED
CC Expiration: Redacted
CC Type: Mastercard
Processor: SLAM#2

AVS Status:
CVV Status: Redacted
Auth. Code:
Currency: USD

Q Search Card

Billing Information

REDACTED

Reynoldsburg, OH REDACTED
US

Shipping Information

Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Refund | APPROVED | 05/06/2019 1.26 38 PM PDT | $-207 50 Virtual Terminal [SLAM2@70.183 27.242] |
| Card Settle | CLOSE [0171 50 | 05/06/2019 3 09 48 PM PDT | $-207.50 Barter [SLAM2@70.183 27 242] |

Pls.' Ex. 71
P. 1194
CFPB-20221128-00016497

Plaintiffs' Exhibit 72

8202



REDACTE

REDACTED

**ATTORNEY GENERAL DEREK SCHMIDT**
MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597

Meade Kansas

CFPB-20221128-00017264

8202



FIRST-CLASS MAIL
AUTO

Master
06/29/2017
US POSTAGE $000.40³

ZIP 66606
011E12650520

**ATTORNEY GENERAL DEREK SCHMIDT**
MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597

Premier Student Loans, Inc.
Premier Student Loan Center
Attn: Kaine Wen
173 Technology Dr., Suite 202
Irvine, CA 92618

CFPB-20221128-00017265



**STATE OF KANSAS**
**OFFICE OF THE ATTORNEY GENERAL**
CONSUMER PROTECTION AND ANTITRUST DIVISION

**DEREK SCHMIDT**
ATTORNEY GENERAL

July 19, 2017

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

Premier Student Loans, Inc.
D/b/a Premier Student Loan Center
Attn: Kaine Wen
173 Technology Drive, Suite 202
Irvine, CA 92618

*Sent Via Certified Mail No. 7016 1970 0000 8066 9132*

**RE:   Our File No.: CP-17-001833**
**Consumer:** REDACTED

Dear Mr. Wen:

This office previously forwarded to you a complaint filed with our office against your company by the consumer referenced above and a request that you respond to this complaint in a timely manner. Although we have given you ample time to respond, to date we have not received your reply.

Another copy of the complaint is enclosed. If we do not receive your written response within ten (10) days from the date of this letter, we may exercise our right under Kansas law to issue a subpoena requiring you to appear in person to provide the information we've requested or take other legal action permitted under K.S.A. 50-631. We look forward to receiving your response in the near future.

Sincerely,

Shawna Meyer
Investigator
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
Consumer Protection Division

Enclosure



### STATE OF KANSAS
### OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION AND ANTITRUST DIVISION

**DEREK SCHMIDT**
ATTORNEY GENERAL

June 28, 2017

MEMORIAL HALL
120 SW 10TH AVE., 2ND FLOOR
TOPEKA, KS 66612-1597
(785) 296-3751 • FAX (785) 291-3699
TOLL FREE IN KANSAS (800) 432-2310
WWW.INYOURCORNERKANSAS.ORG

Premier Student Loans, Inc.
Premier Student Loan Center
Attn: Kaine Wen
173 Technology Dr., Suite 202
Irvine, CA 92618

RE:   **Consumer:** REDACTED
      **Our File No.: CP-17-001833**

Dear Mr. Wen:

Enclosed is a copy of a consumer complaint or inquiry that has been filed with the Consumer Protection Division of the Office of Attorney General Derek Schmidt. Please investigate this matter thoroughly and advise us of all facts related to this complaint. In your response please provide a detailed written report with documentation that supports your position.

The following information and documentation is necessary for the Consumer Protection Division to evaluate this matter and to properly address the concerns and issues raised by this consumer. Your response should include all applicable and pertinent information including, but not necessarily limited to:

Consumer's name and Consumer Protection Division File Number
E-mail address, fax number and direct phone number for person replying to this complaint
Action or position taken, and justification for such action or position
Copies of any and all documents related to the Consumer's transaction with your company
Any and all statements or reports prepared by your company related to this complaint
Any and all photographs or other media related to this complaint

Please remember that all documentation relevant to this complaint should be provided to us regardless of whether it has been specifically requested or not. Any failure to provide this office with the necessary information will result in additional work for our office and may subject you and/or your company to certain penalties authorized under Kansas law.

We are holding this file in abeyance and request that you provide us with your response to this complaint or inquiry within twenty (20) days of the date of this request. Thank you for your prompt attention to this matter.

Sincerely,

Shawna Meyer
Investigator
OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
Consumer Protection/Antitrust Division

Enclosure

**Doherty, Melanie**

| | |
|---|---|
| From: | agweb@ks.gov |
| Sent: | Tuesday, June 20, 2017 4:53 PM |
| To: | cprotect |
| Subject: | Consumer Investigation Request Form from REDACTED |
| | |
| Categories: | InvestRequest |

A Consumer Investigation Request Form has been submitted:

## Information about the consumer

Month and Year of Birth: REDACTED 1983

* Salutation: Mrs.

* First Name: REDACTED

Middle Initial: REDACT

* Last Name: REDACTED

* Address Line 1: REDACTED

Address Line 2:

* City: Meade

* State: Kansas

* Zip Code: REDACTED

* County: Meade

* Daytime Phone Number: REDACTED

* Email Address: REDACTED

I am (mark all that apply):

## Information about the company you are requesting we investigate

Company Name: Premier Student Loan Center

Name of Salesperson or Contact Person: Adam Bryan

Address:

City:

1

CFPB-20221128-00017268

State:

Zip Code:

Phone Number: (949) 207-1574

Email Address: Adambryan@premierstudentloancenter.com

Website:

## Information about the transaction

Date of Transaction: 04/20/2017

County/Place of Transaction: Meade

Please describe the transaction in chronological order: Adam called to tell me he could consolidate my student loans. I gave him my information and he processed my loan. He took my payment of 224.75. Morgan called me about a week later to let me know that my loan was approved and told me to call my bank and stop payments on all my loans. I didn't because Adam told me they would automatically stop. By the end of May, my loans were still coming out and I contacted Morgan and she old me they would stop when my loan was complete by mid June. On June 15th my bank send me a message of possible fraud to my account for the amount of 224.75. I knew exactly what it was and stopped payments and canceled my card. I then emailed both Adam and Morgan and told them that I had reason to believe that they were scamming me and that they were frauds , and asked themnit to contact me. I have contacted all of my student loans. I might add, it is possible that he used my maiden name, Redacted

Did you sign a contract?: Yes

  If yes, date the contract was signed: 04/20/2017

Did you have a verbal agreement?: No

Product or service involved: Student loan consolidation

Amount paid: 224.75

Paid by: Credit Card

Describe the first contact between you and the company: I received a telephone call from the company

Where did the transaction take place?: Over the phone

How could this harm be remedied?: Refund

Refund Amount/Service Requested: 224.75

## Action you have taken

2

Have you contacted the company?: Yes

Describe the result, or explain why you have not contacted the company: I emailed both Morgan and Adam. I told them they were fraudulent and asked them to not contact me. Adam did call me back. I was unable to answer my phone and he left a message, calling me childish.

Have you filed a complaint with the Better Business Bureau or any other agencies?: Yes

If yes, what response have you received?: I filed with FTC(Federal Trade Commission) and Experian. I have claim numbers with both of them.

Do you know of other consumers who have had similar experiences with this company?: No

Have you contacted an attorney regarding this transaction?: No

Has legal action been taken by you or against you regarding this transaction?: No

Are you considering filing a claim in small claims court?: No

## Supporting Documentation

## Verification

*In filing this request, I understand and agree that the Attorney General and the Attorney General's Office staff are not my private attorneys, but instead represent the State of Kansas in enforcing laws designed to protect the public from deceptive and unconscionable business acts and practices. I understand that Kansas Law limits the period of time during which I may file any private legal action(s). I further understand and agree that the contents of this request may be forwarded to the business or person the request is directed against, may be forwarded to other appropriate agencies, and will become accessible to others under the Kansas Open Records Act. I hereby authorize any party to whom the Attorney General directs this complaint to release any and all information about this matter, including account information, to the Kansas Attorney General's Office. Finally, I declare and verify under penalty of perjury and the laws of Kansas that all of the foregoing is true and accurate to the best of my knowledge.*

* Please certify your agreement to the above statement by typing your full name in the box below:
Redacted

Date Submitted: 6/20/2017 4:53:19 PM

3

Plaintiffs' Exhibit 73

PATRICK MORRISEY
ATTORNEY GENERAL

PHYSICAL ADDRESS:
812 Quarrier St.
Charleston  WV 25301

MAILING ADDRESS
P.O. Box 1789
Charleston, WV 25326-1789

E-Mail  consumer@wvago.gov
http://www.wvago.gov

STATE OF WEST VIRGINIA
OFFICE OF THE ATTORNEY GENERAL

June 19, 2019

Consumer Protection
and Antitrust Division
(304) 558-8986
Consumer Hotline
1-800-368-8808
Prepaid Funeral Services
(304) 558-8986
Fax: (304) 558-0184

Premier Student Loan Center
173 Technology Dr., Suite 202
Irvine, CA 92618

Re: REDACTED

Scott Depot, WV REDACTED

Dear Sir or Madam:

We have received the enclosed complaint from the above-named consumer. The Attorney General is authorized by law to determine whether the consumer protection laws are being violated. We mediate complaints sent to us to assist consumers and merchants in settling disputes fairly and amicably.

Our office urges both you and the consumer to be conciliatory so that a fair and reasonable settlement can be reached. Please submit your written response within ten (10) days of receipt of this letter  Include with your response a copy of all documents pertaining to this matter or that you rely upon in your response.

Your prompt attention to this matter is greatly appreciated.

Very truly yours.

Stephanie R. Groom
Mediator
Consumer Protection and Antitrust Division

kls
Enclosure

Pls.' Ex. 73
P. 1204
CFPB-20221128-00016498

## Company Response Form

**Premier Student Loan Center**

Name Of Consumer: REDACTED

Legal Name of company: Premier Student Loan Center ("PSLC")

Executive office address: 173 Technology Dr Ste 202 Irvine, Ca 92618

Contact Person: Christian Stark

Telephone Number: 949-202-1404

Response to complaint:

PSLC's Customer Support Manager spoke with Ms. REDACTED on July 8, 2019. He Explained what had occurred to Ms. REDACTED during her initial contact with a PSLC representative and apologized for the misunderstanding. The outcome of their conversation together ended with Ms. REDACTED being completely satisfied with the refund and resolution of this matter.

Please see attached transaction receipts indicating (5) separate charges of $239.00 each and (5) separate charges of $40.00 each.

The dates of the (5) Charges of $239.00 are 8/7/18, 9/7/18, 10/7/18, 11/7/18, and 12/7/18.

The dates of the (5) Charges of $40.00 are 1/7/19, 2/7/19, 3/7/19, 4/7/19, and 5/7/19.

The total amount of these (10) charges are $1,395.00.

Please see attached copy of the Refund Check indicating a full refund of $1,395.00.

CFPB-20221128-00016499



*have been Mailed.*
*also filed On-line*
*c/17/19*

STATE OF WEST VIRGINIA
OFFICE OF THE ATTORNEY GENERAL
CONSUMER PROTECTION DIVISION
1-800-368-8808 or 304-558-8986 RECEIVED

JUN 1 8 2019

www.wvago.gov

E-Mail: consumer@wvago.gov

## CONSUMER COMPLAINT ATTORNEY GENERAL'S OFFICE

### 1. PARTY COMPLAINING

☐ Mr   ☒ Mrs   ☐ Ms.

Name: **REDACTED**

Mailing Address: **REDACTED**

City: _Scott Depot_   State: _WV_

County: **REDACTED**   Zip Code: **REDACTED**

Home Telephone: **REDACTED**

Work Telephone: _N/A_

Cell Telephone: **REDACTED**

Email: **REDACTED**

Best time to contact me:

### 2. COMPLAINT AGAINST

Business Name: _PREMIER Student Loan C?_

Address: _173 Technology Dr, Ste 202_

City: _Irvine_   State: _CA_   _92618_

County: _____   Zip Code: _92618_

Telephone: _(949) 438-1222_

Name of person you dealt with: _C benites_

Title:

_888 283 9631_

3. Date of purchase or transaction: _08/7/2018_

4. Product or service involved: _Premier Loan Servicing Co._

5. Price and terms of payment. _8/9/18 - 12/8/18 Total pd $1,195_   _1/7/19 - 5/9/19 $40 EACH_   _1395_   _Mo._

6. Type of payment:
Please check
all that apply

☐ Cash   ☐ Loan   ☐ Credit Card   ☐ Wire Transfer
☐ Check   ☐ Installment   ☒ Debit Card   ☐ Western Union
☐ Other _____   ☐ PayPal

7. A.  If your purchase was financed, please provide the name, address, and telephone number of the finance company:


B.  If your complaint concerns product defects or repairs, please provide the name, address, and telephone number of the manufacturer:


C.  If your complaint is against a debt collector, please provide the name, address, and telephone number of the original creditor: _NAVIENT / Premier Student Loan center_

Pls' Ex. 73
P. 1206
CFPB-20221128-00016500

8  First contact between you and individual/business:

☐ Person came to my home
☐ Went to place of business
☐ Received information in the mail
☐ Responded to a radio – TV – printed advertisement

☐ Telephoned the business/individual
☒ Received telephone call from business/individual
☒ Email
☐ Internet

Name and address of publication – TV – radio station where offer was advertised:

Have you contacted the publication, TV or radio station? . . . . . . . . . . ☐ Yes    ☐ No

9  Where did the purchase/transaction take place?

☐ At my home
☒ Over the telephone
☐ There was no transaction
☐ Wire Transfer

☐ At the place of business
☐ By mail
☐ Internet
☐ Other _____

10. Have you contacted the business about your complaint? . . . . . . . . . . , ☐ Yes    ☒ No

11. Have you filed this complaint with any other agency or organization? . . . ☐ Yes    ☒ No

If Yes - Identify organization:

What action was taken?

*plan to contact*
*credit bureau agencies*

12. Describe any legal action you have taken:

13. Did you sign a contract? . . .  . . . . . . . . . . . ☒ Yes    ☐ No

14. Did you receive a copy of the contract? . . . . . . . ☒ Yes    ☐ No

15. Did you receive a 3-Day Right to Cancel? . . ☒ Yes    ☐ No

16. Is there a warranty involved?  . .  . . . . . ☐ Yes    ☒ No

Attach copies of all documents – front and back – related to the transaction.

If statements or promises were not in writing, describe them in Question 17.

If you need additional space to tell what happened,

please continue on a separate page and attach it to your complaint.

Pls.' Ex. 73
P. 1207
CFPB-20221128-00016501

17. Please describe your complaint in detail: I Filed paperwork (IBR) and was Approved For -o- pmt at the time. Aug 2018.

My phone call with premier I was Told if I came up with some money up front that, a small $40 pmt later would pay the loan in full. They said their company had special access to funds for use to help students with their Loans to pay a large portion after they rec'd (5) $239 pmts. My mom said it didn't sound right, she spoke with them on the phone & they told her it was a special government funded program that they had access to, that would use those funds to pay off most of the loan, but needed those pmts to access the funding.

18. How do you want your complaint resolved? Premier Not to report that I owe them money, Refund if possible, & Premier Not to be Allowed to continue to make this promise to other people. It is fraudulent Activity.

The information you provide will be used in efforts to resolve your problem and may be shared with the party complained against. It may also be used to enforce applicable state laws.

I hereby authorize any party to whom the Attorney General directs this complaint to release any and all information about this matter, including account information, to the Attorney General's Office.

I certify that all information on this form is true and accurate to the best of my knowledge and belief and that I have the legal authority to submit this claim

SIGNATURE (Required) REDACTED                DATE 6/13/19

Return this form and copies of your papers to:

Office of the Attorney General
Consumer Protection Division
PO Box 1789
Charleston WV 25326-1789



**Transaction Information**

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 08/07/2018 1:11:32 PM PDT
**Transaction ID:** Redacted 666
**Status:** Complete

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

**Shipping Information**

SCOTT DEPOT, WV REDACTED
US

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|-----------------|--------|
| Card Sale | APPROVED | 08/07/2018 1:11:32 PM PDT | $239.00 |
| Card Settle | CLOSE__57382.08 | 08/07/2018 3:09:16 PM PDT | $239.00 |

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 09/07/2018 3:42:37 AM PDT
**Transaction ID:** Redacted 2261
**Status:** Complete

## Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

## Billing Information

# REDACTED

SCOTT DEPOT, WV REDACTED
US

Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 09/07/2018 3:42:37 AM PDT | $239.00 |
| Card Settle | CLOSE 170531.97 | 09/07/2018 3:08:46 PM PDT | $239.00 |

**Transaction Information**

Merchant: STUDENT LOAN MGMT – (Irvine, CA)
Transaction Type: Card Settle

Date: 10/07/2018 3:26:55 AM PDT
Transaction ID: Redacted 9060
Status: Complete

**Credit Card Information**

CC Number: REDACTED
CC Expiration Redacted
CC Type: Mastercard
Processor: SLAM#2

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

Q Search Card

**Billing Information**

REDACTED

SCOTT DEPOT, WV REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 10/07/2018 3:26:55 AM PDT | $239.00 |
| Card Settle | CLOSE 68330.08 | 10/07/2018 3:08:43 PM PDT | $239.00 |

CFPB-20221128-00016505

**Transaction Information**

Merchant: STUDENT LOAN MGMT - (Irvine, CA)
Transaction Type: Card Settle

Date: 11/07/2018 3:28:32 AM PST
Transaction ID: Redacted6147
Status: Complete

**Credit Card Information**

CC Number: REDACTED
CC Expiration: Redacted
CC Type: Mastercard
Processor: SLAM#2

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

**Q** Search Card

**Billing Information**

# REDACTED

**Shipping Information**

SCOTT DEPOT, WV REDACTED
US

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 11/07/2018 3:28:32 AM PST | $239.00 |
| Card Settle | CLOSE__84224.19 | 11/07/2018 3:08:36 PM PST | $239.00 |

CFPB-20221128-00016506

**Transaction Information**

Merchant: STUDENT LOAN MGMT - (Irvine, CA)
Transaction Type: Card Settle

Date: 12/07/2018 3:35:56 AM PST
Transaction ID: Redacted 0607
Status: Complete

**Credit Card Information**

CC Number: REDACTED
CC Expiration Redacted
CC Type: Mastercard
Processor: SLAM#2

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: Redacted
Currency: USD

Q Search Card

**Billing Information**

REDACTED

**Shipping Information**

SCOTT DEPOT, WV REDACTED
US

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 12/07/2018 3:35:56 AM PST | $239.00 |
| Card Settle | CLOSE_149832.79 | 12/07/2018 3:08:56 PM PST | $239.00 |

CFPB-20221128-00016507

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 01/07/2019 3:54:36 AM PST
**Transaction ID:** Redacted 6180
**Status:** Complete

## Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

## Billing Information

# REDACTED

SCOTT DEPOT, WV REDACTED
US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 01/07/2019 3:54:36 AM PST | $40.00 |
| Card Settle | CLOSE_T14459.30 | 01/07/2019 3:15:34 PM PST | $40.00 |

CFPB-20221128-00016508

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 02/07/2019 3:38:03 AM PST
**Transaction ID:** Redacted 3916
**Status:** Complete

## Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** tsys

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

**Shipping Information**

SCOTT DEPOT, WV REDACTED
US

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|-----------------|--------|
| Card Sale | Approved | 02/07/2019 3:38:03 AM PST | $40.00 |
| Card Settle | ACCEPTED | 02/07/2019 6:37:36 PM PST | $40.00 |

Pls.' Ex. 73
P. 1215
CFPB-20221128-00016509

**Transaction Information**

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 03/07/2019 3:32:17 AM PST
**Transaction ID:** Redacted4254
**Status:** Complete

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** Horizon

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

**Q** Search Card

**Billing Information**

# REDACTED

SCOTT DEPOT, WV REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 03/07/2019 3:32:17 AM PST | $40.00 |
| Card Settle | CLOSE_134563.71 | 03/07/2019 3:25:44 PM PST | $40.00 |

Pls.' Ex. 73
P. 1216
CFPB-20221128-00016510

**Transaction Information**

**Merchant:** STUDENT LOAN MGM1 - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 04/07/2019 3:24:53 AM PDT
**Transaction ID:** Redacted 645
**Status:** Complete

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** Horizon

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

SCOTT DEPOT, WV REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 04/07/2019 3:24:53 AM PDT | $40.00 |
| Card Settle | CLOSE 46156.19 | 04/07/2019 3:06:46 PM PDT | $40.00 |

## Transaction Information

**Merchant:** STUDENT LOAN MGMT – (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 05/07/2019 3:36:04 AM PDT
**Transaction ID** Redacted,240
**Status:** Complete

## Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Mastercard
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

**Q** Search Card

### Billing Information



# REDACTED

SCOTT DEPOT, WV REDACTED
US

### Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | APPROVED | 05/07/2019 3:36:04 AM PDT | $40.00 |
| Card Settle | FORCE__12486.56 | 05/07/2019 3:14:35 PM PDT | $40.00 |

True Count Staffing, Inc.
8 Whatney Ste 100 Room 8
Irving, CA 92618

8823

00-716/3222

DATE 07/08/2019

PAY
TO THE
ORDER OF _____ **REDACTED** _____ $ 1,395.00

One thousand three hundred ninety five even _____ DOLLARS

JPMORGAN CHASE BANK, N.A.

FOR Client refund

Troy M

⑈0088 23⑈ ⑈: REDACTED 16 27⑈ Redacted 1126⑈

Plaintiffs' Exhibit 74

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 04/28/2017 11:29AM
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : U63088F5N196967
```

```
DATE,TIME              04/28  11:28AM
FAX NO./NAME           19163235341
DURATION               00:01:07
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```

(1) FAX to (916) 323-5341

(2) THEN, MAIL to:

    PUBLIC INQUIRY UNIT

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME   : 04/28/2017 11:29AM
                                    NAME   :
                                    FAX    :
                                    TEL    :
                                    SER.#  : U63088F5N196967
```

```
DATE,TIME                  04/28  11:28AM
FAX NO./NAME               19163235341
DURATION                   00:01:07
PAGE(S)                    06
RESULT                     OK
MODE                       STANDARD
                           ECM
```

Consumer Advocacy Center Inc.
d/b/a Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

April 27, 2017

State of California
Office of the Attorney General
Department of Justice
Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550

ATTN: Jeanatte Salazar

Dear Ms. Salazar,

In response to Complaint ID Number 739056, please see the attached Company Response Form.

Feel free to contact me directly should you have any further questions or concerns.

Best,

Kaine Wen
General Counsel
kaine@premierstudentloancenter.com
(424) 333-8290

## Company Response Form

**Premier Student Loan Center**

| | | |
|---|---|---|
| **Complaint ID Number:** | **739056** | **Staff: Jeanatte Salazar** |
| **Name of Consumer:** | Mrs. REDACTED | |
| **Legal Name of Company:** | Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center | |
| **Executive Office Address:** | 173 Technology Dr, Ste 202 | |
| | Irvine, CA 92618 | |
| **Contact Person:** | Kaine Wen, General Counsel | |
| **Telephone Number:** | (424) 333-8290 | |

**Response to Complaint:**

Mrs. REDACTED filed a Consumer Complaints Online Submission Form on <u>Feb 18, 2017 at 9:51 am</u>.
Premier Student Loan Center (PSLC) spoke directly with Mrs. REDACTED on <u>Feb 20, 2017</u> (two days after
this Complaint was filed). PSLC apologized for any errors made on behalf of Mrs. REDACTED on her
application, and provided a full refund. Mrs. REDACTED has deposited the refund check and it has cleared
her account.

PSLC has resolved this matter to Mrs. REDACTED full satisfaction. Please feel free to contact PSLC should
there be any further questions or concerns. Thank you, and we sincerely apologize for any
inconvenience this may have caused.

Warm Regards,

Kaine Wen



**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

**PUBLIC INQUIRY UNIT**
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TTY: CA Relay Service
(800) 735-2922

March 24, 2017

PIU: 739056

Premier Student Loan Center
29901 Santa Margarita Pkwy.
Rancho Santa Margarita, CA 92688

**CORRESPONDENCE RECEIVED FROM:**

# REDACTED

Darien, IL REDACTED

The Consumer Law Section of the Attorney General's Office has received the enclosed complaint relating to your firm. We understand that there are always two sides to a problem, and we would appreciate your prompt review of this matter.

You should be aware that we do not directly represent the consumer in this instance. However, we analyze all complaints to determine whether grounds exist for further investigation or legal action under California consumer protection laws. Your response to each of the factual allegations in the complaint will help us determine whether legal action on our part is warranted.

We would appreciate receiving your response within the next 30 days. Please include the attached Company Response Form with your answer to this office. Also, please send a copy of your response to the consumer if appropriate. Please feel free to attach any documents you think are relevant in explaining your position. Naturally, in sending you this complaint, we make no assumption as to the truth of the allegations, but do appreciate your prompt response to our inquiry.

Thank you for your cooperation and assistance in responding to this matter.

Sincerely,

Jeanette Salazar
Public Inquiry Unit

For    **XAVIER BECERRA**
Attorney General

Enclosure

**XAVIER BECERRA**
Attorney General

**State of California**
**Office of the Attorney General**
**Department of Justice**

Return form to:
Public Inquiry Unit
P.O. Box 944255
Sacramento, CA 94244-2550
FAX: (916) 323-5341
EMAIL: PIU@doj.ca.gov

## Company Response Form

**Premier Student Loan Center**

Complaint ID Number: 739056                    Staff:  Jeanatte Salazar

Name of consumer:  Mrs. REDACTED

Legal name of company: _____

Executive office address: _____

Contact person: _____

Telephone number: _____

Response to complaint:
(Please enter response below or attach this form to your response.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Thank you for your assistance.

A copy of this reply will be sent to the consumer.

#46029



## LISA MADIGAN

Illinois Attorney General
Consumer Fraud Bureau

500 South Second Street
Springfield IL 62706
(217) 782-1090

100 W. Randolph Street
Chicago IL 60601
(312) 814-3000

TTY: (877) 844-5461
www.IllinoisAttorneyGeneral.gov

## CONSUMER COMPLAINTS ONLINE SUBMISSION FORM

### COMPLAINTANT

| | | | |
|---|---|---|---|
| **Name** | Mrs. REDACTED | **County** | REDACTED |
| **Address** | REDACTED | **Phone (Daytime)** | REDACTED |
| | Darien IL REDACTED | **Phone (Evening)** | REDACTED |
| | | **Email Address** | |

| | |
|---|---|
| **Senior Citizen** | No |
| **Veteran** | No |
| **Service Member** | No |

### NAME OF SELLER/PROVIDER OF SERVICE

| | |
|---|---|
| **Name** | Premier Student Loan Center |
| **Address** | 29901 Santa Margarita Parkway Rancho Santa Margarita CA 92688 |
| **Phone** | (855)782-0742x |
| **Website** | http://premierstudentloancenter.com |
| **Complained to company?** | No |

### ADDITIONAL SELLER/PROVIDER OF SERVICE

| | |
|---|---|
| **Name** | |
| **Address** | IL |
| **Phone** | |
| **Website** | |
| **Complained to Company?** | No |

### REFERRAL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Federal Trade Commission | **Court Action Pending?** | No |
| **Address** | 600 Pennsylvania Avenue, NW Washington DC 20580 | | |
| **Phone** | 20580 | **Website** | https://www.ftc.gov |

### TRANSACTION INFORMATION

| | | | |
|---|---|---|---|
| **Transaction Date** | 2015-12-17 | **Total cost** | $ 699.00 |
| **Signed a contract?** | No | **Amount paid to date** | $ 819.00 |
| **Product was advertised?** | No | **Method of payment** | Other (please specify):check & credit card |
| | | **Transaction Location** | Over the telephone: |

**Registered a dispute with the credit card company** Yes

### COMPLAINT DESCRIPTION

I was looking up public service student loan forgiveness information and came across Premier Student Loan Center's website. I called them to see if I would qualify for loan forgiveness because I work in a public school. I was told I would qualify and that it would cost me $699 for them to get me the best possible loan forgiveness available and they'd file all of the paperwork for me. Premier also charges me $30/mo for "maintenance fees" to make sure I resubmit paperwork every year that the government requires. I received a notice in the mail through the federal government that it's time to update my info (Premier never reminded me, which is supposedly what I pay the monthly fee for.) I updated my information with the government and just received a letter that my payment is jumping to $800/month. I called to ask why it was jumping up so much and found out that Premier had lied on my original application and said that I'm single with 6 children, which is how they got my payment down to $63/month. (I am married with 2 kids, which they were told on the initial information I provided them.) I am beyond upset at this point! I also found out that I could have filed for this type of loan through the federal government on my own FOR FREE! I have been SCAMMED!

Pls.' Ex. 74
P. 1227

OFFICE INFORMATION
Reference Number   Date Submitted   OAG Office   Language   Print Date

**REQUESTED RELIEF**

I filed a dispute with my credit card company to see if I can recoup the monthly fees I have been paying to Premier. I'm not sure that I'll ever get my initial $699 back. I am also worried about identity theft, as they have all of my personal information including social security number, birth date, address, etc.

**NOTIFY BUSINESS:** I have no objections to the content of this complaint being forwarded to the business or person the complaint is directed against.

By filing this complaint, I hereby give the business complained about my consent to communicate, including disclosure of non-public personal information, with the Office of the Attorney General about any and all matters connected with this complaint.

**OFFICE INFORMATION**

| Reference Number | Date Submitted | OAG Office | Language | Print Date | |
|---|---|---|---|---|---|
| | | | English | | |

CFPB-20221128-00017284

Plaintiffs' Exhibit 75

# CFPB, et al. v. Consumer Advocacy Center Inc, et al.

Date: _____10/23/19_____

## Location: 173 Technology Drive, Suite 202, Irvine, CA 92618

Sub-location: _Office 2 LL Desk lower rt drawer - folder labeled "AG Complaints"_

Initial: _ZSR_

Description: _LL desk lower rt drawer; AGO Complaints_

**JOSH STEIN**
**ATTORNEY GENERAL**

**STATE OF NORTH CAROLINA**
**DEPARTMENT OF JUSTICE**
**9001 MAIL SERVICE CENTER**
**RALEIGH, NORTH CAROLINA 27699-9001**
WWW.NCDOJ.GOV

**CONSUMER PROTECTION**
TOLL-FREE IN NC: 877.566.7226
OUTSIDE OF NC: 919.716.6000
FAX: 919.716.6050

August 16, 2019

Financial Preparation Services
7545 Irvine Center Dr Rm 108
Ste 200
Irvine, CA 92618-2932

**Re: File No.** 1908711
# REDACTED

Jacksonville, NC REDACTED

Dear Sir:

The Consumer Protection Division has received the attached complaint regarding your business.

In order to assess the merits of the complaint and to determine appropriate action, we need to know your position and any proposed resolution. Therefore, we ask that you provide a written statement of your position, along with copies of any supporting documents, within fifteen (15) business days of the date of this letter.

Please refer to our File Number 1908711 when you correspond with our office concerning this matter. If you prefer to submit your response electronically, we request that you do so using your business' letterhead, indicating the name of the person sending the response and the sender's contact information. An electronic response should be sent to consumer@ncdoj.gov and cannot exceed 5 mb, including attachments.

Thank you for your cooperation.

Sincerely,

David C. Evers
Consumer Protection Specialist
CONSUMER PROTECTION DIVISION

Enclosure

cc: REDACTED

## Company Response Form

**Financial Preparation Services**

Name Of Consumer: REDACTED

Legal Name of company: Financial Preparation Services ("FPS")

Executive office address: 7545 Irvine Center Dr Ste 200 Rm 108

Contact Person: Christian Stark

Telephone Number: 949-202-1404

Response to complaint:


FPS's Customer Support Manager spoke with Ms. REDACTED on October 7, 2019. He Explained what had occurred to Ms. REDACTED, during her initial contact with a FPS representative and apologized for the misunderstanding. The outcome of their conversation together ended with Ms. REDACTED being completely satisfied with the refund and resolution of this matter.

Please see attached transaction receipts indicating (6) separate charges of $207.50 each.

The dates of the (6) Charges of $207.50 are 2/8/19, 3/14/19, 4/14/19, 5/15/19, 6/14/19, and 7/14/19.

The total amount of these (6) charges are $1,245.00.

Please see attached copy of the Refund Check indicating a full refund of $1,245.00.

EVERS

**Consumer**

| | |
|---|---|
| **From:** | consforms@ncdoj.gov |
| **Sent:** | Friday, August 09, 2019 12:04 AM |
| **To:** | Consumer |
| **Subject:** | Complaint 51002 REDACTED |

# Your Information

| | | | |
|---|---|---|---|
| Prefix | Ms | * First Name | REDACTED |
| | Redacted | * Last Name | |
| Middle Initial | | | |
| * Mailing Address | REDACTED | | |
| * City | JACKSONVILLE | | |
| * State | NC | * Zip Code | REDACTED |

Country, if not US      US

Day Phone Number (including area code)      REDACTED

Evening Phone Number (including area code)

Cell Phone Number (including area code)

Fax Number (including area code)

County of Residence    REDACTED    Email Address    REDACTED

I am a military service member or military spouse    No

# Information About Company Against Which You Are Complaining

| | | | |
|---|---|---|---|
| * Full name of company | Financial Preparation Services | | |
| Address | 7545 Irvine Center Dr., Ste 200, Room 108 | | |
| City | Irvine | | |
| State | CA | Zip Code | 92618 |
| Country, if not US | | | |
| Company's internet address (URL) | | https://financialpreparationservices.com | |
| * Telephone number, including area code | | 949-523-1886 | |
| Fax number, including area code | | 833-475-8133 | |

# Complaint Information (complete any blocks which apply to your complaint)

1

EVERS

Product, item, or service involved    Financial Preparation for Student Loan Repayment

Date of purchase, service, contract   2/8/2019 12:00:00 AM

Manufacturer or brand

Model

Account number

Do not submit credit card or bank account numbers through this form. If you need to provide that information as part of your complaint, please mail it to us instead.

Serial number

| Did you sign a contract or a lease? | Yes | | |
|---|---|---|---|
| Start Date | 2/8/2019 12:00:00 AM | End Date | 7/14/2019 12:00:00 AM |
| Total amount paid | 1245.00 | Amount in dispute | 1245.00 |
| How was payment made: | Credit card | | |
| Did you buy an extended service contract? | No | | |

If yes, name of company responsible for extended service contract or warranty

# Information About the Transaction

How was initial contact made between you and the      I telephoned the business

Where did the transaction take place?      Over the phone

# Details of Complaint

\* Details

Limit of 2500 characters

In February 2019 I originally reviewed information about student forgiveness within my FedLoan account and somehow came across the Nelnet Services which put me in contact with Financial Preparation Services (FPS). Most of the conversations took place over the phone about how the program works and what was required from me in order to start the process. I have provided all of the emails I could locate, the service agreement, any Nelnet documents, my bank statements to show the processed payments, and the most recent FedLoan document. The only document I didn't include was what was requested for "Proof of Income". Once the process started, I was told that payment schedule listed on page 7—9 of the Document Preparation and Service Agreement would begin. At this time the only payments that have been made

2

CFPB-20221128-00016473

EVERS

are the first six payments of $207.50 (totaling $1,245.00) which were processed on my credit card. This month would be the 1st reduced payment of "$42.00". So, I logged on this morning (8/8/2019) to verify my payment and found that I had a $0.00 balance and no future payment arrangements on the Nelnet account. After calling the Nelnet's customer service I was informed that my account had been moved back to FedLoan. Once I gained access to my FedLoan account I found the same thing. A $0.00 balance and no future payment arrangements. Which made me then call FedLoan customer service. This is when I was informed that I may have been a participant in a "Scam" and that this type of action is free and I should not have been charged for this. The customer service representative informed me that I should call the Federal Trade Commission, the State Attorney General, and maybe my bank to file a complaint and to see if my monies could be refunded. I was also informed by the Fedloan customer service representative that I was in the program I was requesting but that I shouldn't have had to pay for that to happen. Please let me know if you need any additional information from me.

## Resolution Attempts You Have Made

| | |
|---|---|
| Have you contacted the company with your complaint? | No |
| If yes, name of person most recently contacted | |
| His/her phone number, incl. area code | |
| Results | |
| * What resolution would you consider fair? (Limit 1,000 characters) | A refund of the $1,245.00 or to apply that to my student loans. |
| Do you have an attorney in this case? | No |
| If yes, name of your attorney | |
| Attorney's number, incl. area code | |
| Has your complaint been heard or is it scheduled to be heard in court? | No |
| If yes, where and when? | |
| If already heard, what was the result? | |
| Will you be submitting documentation by mail or fax? | No |

3

CFPB-20221128-00016474

## Transaction Information

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 02/08/2019 3:10:49 PM PST
**Transaction ID:** Redacted3253
**Status:** Complete

## Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Visa VISA
**Processor:** Horizon

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

## Billing Information

REDACTED

Jacksonville, NC REDACTED
US

## Shipping Information

## Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|-----------------|--------|
| Card Sale | Success APPROVED | 02/08/2019 3:10:49 PM PST | $207.50    API (Direct Post) [dppwfslam2@50.31.165.22] |
| Card Settle | Success CLOSE__35,325.88 | 02/09/2019 3:09:10 PM PST | $207.50    Internal [dppwfslam2@50.31.165.22] |

CFPB-20221128-00016475

**Transaction Information**

Merchant: STUDENT LOAN MGMT - (Irvine, CA)

Transaction Type: Card Settle

Date: 03/14/2019 3:51:44 AM PDT
Transaction ID: Redacted0960
Status: Complete

**Credit Card Information**

CC Number: REDACTED
CC Expiration: Redacted
CC Type: Visa VISA
Processor: tsys

AVS Status: Exact match, 5-character numeric ZIP (Y)
CVV Status: CVV2/CVC2 Match
Auth. Code: (Redacted
Currency: USD

Q Search Card

**Billing Information**

Shipping Information

REDACTED

Jacksonville, NC REDACTED
US

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | Success Approved | 03/14/2019 3:51:44 AM PDT | $207.50 API (Direct Post) [dppwfslam2@50.31.165.18] |
| Card Settle | Success ACCEPTED | 03/14/2019 6:36:21 PM PDT | $207.50. Internal [dppwfslam2@50.31.165.18] |

Credit Card Information

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Visa VISA
**Processor:** tsys

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code** Redacted
**Currency:** USD

Q Search Card

Billing Information

# REDACTED

Jacksonville, NC REDACTED
US

Shipping Information

Transaction History

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | Success Approved | 04/14/2019 3:39:13 AM PDT | $207.50 API (Direct Post) [dppwfslam2@50.31.165.18] |
| Card Settle | Success ACCEPTED | 04/14/2019 5:56:57 PM PDT | $207.50 Internal [dppwfslam2@50.31.165.18] |

**Transaction Information**

**Merchant:** STUDENT LOAN MGMT - (Irvine, CA)
**Transaction Type:** Card Settle

**Date:** 05/15/2019 10:33:06 AM PDT
**Transaction ID:** Redacted3586
**Status:** Complete

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** (Redacted
**CC Type:** Visa VISA
**Processor:** tsys

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

**Shipping Information**

Jacksonville, NC REDACTED
US

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | Success Approved | 05/15/2019 10:33:06 AM PDT | $207.50 — API (Direct Post): [dppwfslam2@50.31.165.22] |
| Card Settle | Success ACCEPTED | 05/15/2019 6:33:05 PM PDT | $207.50 — Internal [dppwfslam2@50.31.165.22] |

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Visa  VISA
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

Jacksonville, NC REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | Success APPROVED | 06/14/2019 1:17:07 PM PDT | $207.50 APT (Direct Post) [dppwfslam2@50.31.165.22] |
| Card Settle | Success CLOSE__95931.44 | 06/14/2019 3:19:56 PM PDT | $207.50 Internal [dppwfslam2@50.31.165.22] |

**Credit Card Information**

**CC Number:** REDACTED
**CC Expiration:** Redacted
**CC Type:** Visa  VISA
**Processor:** SLAM#2

**AVS Status:** Exact match, 5-character numeric ZIP (Y)
**CVV Status:** CVV2/CVC2 Match
**Auth. Code:** Redacted
**Currency:** USD

Q Search Card

**Billing Information**

# REDACTED

Jacksonville, NC REDACTED
US

**Shipping Information**

**Transaction History**

| Type | Status | Transaction Time | Amount |
|------|--------|------------------|--------|
| Card Sale | Success APPROVED | 07/14/2019 3:24:54 AM PDT | $207.50  API (Direct Post) [dppwfslam2@50.31.165.22] |
| Card Settle | Success CLOSE__56067.06 | 07/14/2019 3:06:20 PM PDT | $207.50  Internal [dppwfslam2@50.31.165.22] |

CFPB-20221128-00016480



TRUE COUNT STAFFING INC
DBA SL ACCOUNT MGMT
8 WHATNEY SUITE 100-B
IRVINE, CA 92618

15105

DATE 10/7/2019

PAY TO THE ORDER OF Redacted

$ 1,245.00

One Thousand Two Hundred Forty Five Dollars and No Cents.

DOLLARS

Sunwest Bank
1-800-800-8300
www.sunwestbank.com

FOR Client Refund

Redacted

REDACTED Belleville, IL

REDACTED

Irvine, CA, 92618
Ste #200, Room #308,
7545 Irvine Center Dr.
Financial Preparation Services

Financial Preparation
Services

CFPB-20221128-00016481

# Plaintiffs' Exhibit 76

Student Loan Advisory Department, this is _____, Are you interested in the Loan Forgiveness Program?

[60 SECONDS OR LESS]

1. Are your federal loans $10,000 or more?
2. And as of now, are you currently employed or have a source of income in order to start making payments?

Ok, so you could qualify for a government loan forgiveness program which can forgive some, up to 90% of your debt. Is this what you're looking to do today?

Ok perfect, I'd be happy to assist you with this:

1. Let's go ahead start with the spelling of your first and last name?

2. What's the best contact number in case we get disconnected?

3. What is your email address?

4. These are all income based programs, that being said What is your Annual Income BEFORE TAXES?

5. And how many people live in your household including yourself?


Ok, so the next step is to pull up your loan details from the federal database, which is accessed through the FSA website, have you logged into FAFSA recently?

{If NO, enter Email and DOB into Forgot Password, and tell client to read you the 6 digit code in their email from FSA ID. Reset password to America1, and log in}

If email is not in system

Ok, since your email is not in the system, the government website has narrowed down the options to verifying your social security number to make sure it's your loans and no one else's. What's the social associated with your FAFSA?

{Go to Create FSA, input info, create challenge questions, and then log into FSA}

CFPB-20230125-00001699

Ok, so it looks like I was able to locate your loan details, and I will send you a copy of all of this for your records.   It looks like you have a total of #___ student loans, which you took out between (years), your current servicer is (Fedloans, etc) and the grand total for your federal loans is $_____.  Does this all sound correct?

{If Current} Ok and what is your current payment? How much did they ask for most recently? Ok, and do you work for a nonprofit or government organization for at least 30 hours a week?

Great, so what I am going to do now is submit all of this information to my underwriting department, which will correspond with the US Department of Education. If you are approved, I will help you enroll into the program today. And if for any reason you are disqualified, I will let you know what the reasons were. It usually takes about 3-4 minutes for them to review the file, so I am going to put you on a brief hold while I wait for the response back from underwriting. To be ready, can you grab a pen and paper while I put you on hold? {Put them on hold, and calculate program cost}

OK, I have some great news for you; it looks like I was able to get you approved for the federal student loan forgiveness program. Do you have that pen and paper ready?

{GO VERY SLOW WHEN EXPLAINING NUMBERS – and tell client to write EVERYTHING down}


So for the first 5 months of your program it will be $239. Now that is for the first 5 months of the program ONLY;  **and that is to cover all OUR costs here associated with your enrollment and processing into the government program.**

After that, your monthly payments will drop down to $____ per month,  for the duration of your program,  which is 240 months (120 months/Public Service)

That means that with this forgiveness program,  out of the $xxxxxx that you owe in federal loans,   you will only be required to pay back $_____.    Which means you will be forgiven a total of $_____.    So, congratulations.

{Pause for response; ASSUME The Close and PUSH Forward}

"The next part of the process is to fill out the rest of the application, pick your payment dates, set up a payment method-which is from a credit or debit card. Lastly, I'll walk you through your forgiveness documents by email so you're approved. Sound good?"

Ok, so let's get the rest of the information that we need for your file…

1. Fill out all Contact Info:
   a) First +Last Name
   b) FSA Username + Password
   c) Date of Birth
   d) Phone number + Email
   e) Quoted Amount:  $Loan Payment + Recert Fee (ex. 10+30PP)
   f) Est Loan: Loan Total on FSA
   g) Social Security Number
   h) Current Payment
   **i)** Do you have an auto draft payment set up**? If Yes: Put Alert on File with Date!**
   j) Public Service: YES / NO
   k) Mailing Address
   l) ONLY IF PUBLIC SERVICE: Employer's Name, Address, and Length of Employment
   m) Adjusted Gross Income
   n) Current Status of Loans: Current or Defaulted
   o) Family Size

Ok, Next step is to pick a date for your new benefits to begin, and the first payment to occur.

It's important to make your payment as quickly as possible to guarantee your rate in the program, are you able to make this payment today?

{If no} Ok well the first payment has to be completed with the next 10 business days, looking at the calendar that is anytime between today and _____.   (Must be within 2 weeks from today)

_**Keep in mind payments are ran first thing in the morning, and if a payment fails we have one to a week to reschedule payments before canceling someone out.**_

Enrollment Tab:

a) Choose Base Plan: Split Payments + Recurring
b) Payment Method: Change to CC – always!
c) Program Length: 240 months / 120 months
d) Fee Down Payment: LEAVE BLANK
e) Enrollment Fee: $1195 : Split into 5 Payments  (Rehabs $1295 : Split into 5 Payments)
f) Recurring: Recert Fee
g) Click Recurring Start Date from drop down Calendar, click on date, then click off
h) Save Enrollment Plan, then OK

Ok your payment schedule is saved. The next step is to secure your enrollment today by putting a payment method on file.  You have 3 options between using a debit, credit or prepaid card, which do you prefer?

a) Select Credit or Debit
b) And is the billing address for the card the same as your mailing address?
c) Do you have a middle initial on your card?  {Input Name on Card}
d) Leave Card Issuer Blank
e) Ok and what is the 16 digit card number?
f) And the Expiration Date on the card?
g) And the 3 digit code on the back? (CVV)
2. Click Save

The last step for us today is to complete a very simple E-signature document which I am sending to your email now. Let me know when you see it, subject will read Documents Ready To Sign.          *(Docs, Generate PDF, Client Agreement, Send for E-sign)*

a) First click the Review Document link
b) Then you will need to check the tiny box that reads "I Agree to the Terms and Conditions of using an Electronic-signature" and Click Continue right next to it.
c) At this point it's pretty simple, click on all the red tabs to fill out document. At the end, hit the Complete Signing Button to have your own copy directly to your email.

(Read everything below)

**This document is only consent to work on your file, and an acknowledgement of the numbers we already went over.**

**\*\*One other important requirement is that we RECERTIFY your forgiveness program on an annual basis.   There is a monthly cost for the annual recertification, however good news is that this has ALREADY BEEN BUILT INTO your [$30, $50, $100/etc] monthly payments, so there are NO additional payments of any kind.**

**FINISH:**

Now, what's going to happen next is you will be receiving a phone call from the Processing Department within the next 1 to 2 business days, from a 949 area code number. They will be requesting a copy of your most 2 recent paycheck stubs. This is to verify for your income for the Department of Education.

If your lender(s) calls or emails you just let your processor know so they can deal with it for you. They take care of all your future paperwork, contacting and notifying and required to update you every step of the way.

**\*\*They will also confirm you understand the first 5 payments of $239 cover your <u>enrollment and processing costs</u> for the program, as well as the <u>monthly recertification cost</u>, which ensures you remain in the forgiveness program.**

# <u>DO NOT SKIP: REFERRALS!</u>

LASTLY, were you referred by a friend or family member?

The reason I ask is <u>you're now entitled to your own referrals</u>.  Very important: anybody you refer that calls my direct number, <u>we are required</u> to send you out a $25 Visa Card for <u>each person</u> I'm able to help out.

This is mainly to see if it will help with your monthly payments and to assist anyone unaware of their qualifications before it's too late!

{Give client your full name and direct number}

Besides that, do you have any more questions for me right now. Ok, fantastic. It's been a pleasure assisting you today, I am very pleased that we were able to help you with your federal loans, and I know this program is going to be a huge benefit for you.      I hope you have a great rest of your day.  Take care.

**[AFTER YOU HANG UP]**

**Double check entire File!**

**All contact info, enrollment, card info, and loans.**

**Submit File, put the deal on the board, and <u>get on the next call!</u>**

CFPB-20230125-00001703

Pls.' Ex. 76
P. 1249

CFPB-20230125-00001704

Plaintiffs' Exhibit 77

Pls.' Ex. 77
P. 1250

**To:** Katie Wei [kwei@slaccountmgmt.com]
**From:** Jimmy Lai
**Sent:** Fri 12/14/2018 7:00:10 AM
**Importance:** High
**Subject:** FW: VCMP Month 1 Notification SL ACCOUNT MGMT REDACTED6317
**MAIL_RECEIVED:** Fri 12/14/2018 7:00:22 AM
Remediation Plan VISA-REDACTED5317.DOC

**Subject:** VCMP Month 1 Notification SL ACCOUNT MGMT REDACTED6317
**Importance:** High

Good Afternoon,

As a result of excessive Visa chargebacks that occurred in **September** the merchant is in **Month 1** of Visa's **Standard** Chargeback Monitoring Program.

This program is for merchants that have exceeded Visa's <u>Chargeback</u> thresholds that are outlined below.

Based on the Visa Chargeback level thresholds identified below, the merchant is considered a "<u>Standard</u>" Level merchant for this month.

As this is the first month detected in the "Standard" program no response is required by the merchant.

However, you need to ensure the merchant is notified ASAP to allow them to identify and remediate the issue.

In the event the merchant is detected in this program again next month they will be required to complete the attached remediation plan.

For the month of **September** the merchant had **158** chargebacks on **13,054** sales transactions for a chargeback ratio of **1.21**%.

## Visa Chargeback Programs  (Standard, Excessive and High Risk)

This applies to merchants with excessive monthly Visa chargebacks in month.

Pls.' Ex. 77
P. 1251
CFPB-20221128-00017419

To be in the **Standard** Visa Chargeback Monitoring program ("SVCMP") a merchant needs to have the following:

1) 100 Visa chargebacks in a month, and

2) 1% CB Ratio (defined as the # of Visa CB's / # of Visa sales for that same month)

To be in the **Excessive** Visa Chargeback Monitoring Program("EVCMP"), a merchant needs to have the following:

1) 1000 Visa chargebacks in a month, and

2) 2% CB Ratio (defined as the # of Visa CB's / # of Visa sales for that same month).

To be in the **High Risk** Visa Chargeback Monitoring Program("HRVCMP"), a merchant needs to have the following:

1) 100 Visa chargebacks in a month, and

2) 1% CB Ratio (defined as the # of Visa CB's / # of Visa sales for that same month).

And/Or

3) The merchant is categorized in one of the high risk MCC codes, as defined by Visa's rules (including 5122, 5912, 5962, 5966, 5967, 7995),

And/Or

4) Visa determines the merchant qualifies for this High Risk Program.

## Visa Fraud Programs  (Standard, Excessive and High Risk)

This applies to merchants with excessive monthly Visa Fraud in a month.

To be in the **Standard** Visa Fraud Monitoring program ("SVFMP") a merchant needs to have the following:

1) $75,000 in Visa Fraud in a month, and

2) 1% Fraud/Sales Ratio (defined as the dollar amount of Visa fraud transactions / dollar amount of Visa sales for that same month)

To be in the **Excessive** Visa Fraud Monitoring Program("EVFMP"), a merchant needs to have the following:

Pls.' Ex. 77
P. 1252
CFPB-20221128-00017420

1) $250,000 in Visa Fraud in a month, and

2) 2% Fraud/Sales Ratio (defined as the dollar amount of Visa fraud transactions / dollar amount of Visa sales for that same month)

To be in the **<u>High Risk</u>** Visa Fraud Monitoring Program("HRVFMP"), a merchant needs to have the following:

1) $75,000 in Visa Fraud in a month, and

2) 1% Fraud/Sales Ratio (defined as the dollar amount of Visa fraud transactions / dollar amount of Visa sales for that same month)

And/Or

3) The merchant is categorized in one of the high risk MCC codes, as defined by Visa's rules (including 5122, 5912, 5962, 5966, 5967, 7995),

And/Or

4) Visa determines the merchant qualifies for this High Risk Program.

**The following charts reflects Visa's chargeback and review fees (Chart 1), and monthly fraud fees (Chart 2) assessed each month a merchant is detected in one of Visa's three Chargeback or Fraud Programs (Standard, Excessive, High Risk).**

Chart 1

| Visa's Chargeback Monitoring Program monthly chargeback and review fees | | | |
|---|---|---|---|
| Month of program | Standard Program | Excessive Program | High Risk Program | Review Fee |
| 1-4 | No fees | $50 | $50 | $0 |
| 5-6 | $50 | $50 | $50 | $0 |
| 7 | $50 | $50 | $50 | $25,000 * |
| 8-9 | $50 | $50 | $50 | $25,000 |
| 10-12 | $50 | $50 | $50 | $25,000 |
| * The Review Fee in month 7 only applies to the Excessive and High Risk programs | | | |

Chart 2

| | Visa's Fraud Monitoring Program monthly fees | | |
|---|---|---|---|
| Month of program | Standard Program | Excessive Program | High Risk Program |
| 1-3 | No fees | $10,000 | $10,000 |

Visa Confidential

Pls.' Ex. 77
P. 1253

CFPB-20221128-00017421

| 4-6 | No fees | $25,000 | $25,000 |
| 7 | No fees | $50,000 | $50,000 |
| 8-9 | No fees | $50,000 | $50,000 |
| 10-12 | No fees | $75,000 | $75,000 |

**Jimmy Lai**

President

Swift Payments

Office: (949) 596-7550

Mobile: (949) 302-3248

Fax:    (949) 328-7535

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

Visa Confidential

CFPB-20221128-00017422

Plaintiffs' Exhibit 78

Pls.' Ex. 78
P. 1255

| | |
|---|---|
| **From:** | Kaine Wen |
| **To:** | Jimmy Lai; Tom Nguyen |
| **CC:** | samson ly |
| **Sent:** | 1/24/2019 2:32:05 PM |
| **Subject:** | Re: VCMP Month 3 Notification SL ACCOUNT MGMT Redacted 6317 - ***Urgent*** |
| **Attachments:** | Remediation Plan VISA WF-SL ACCOUNT MGMT-Mth3.pdf |

Please find attached the signed VISA Remediation Plan. Please feel free to add the title, email, and phone # as required. Thank you.

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Jimmy Lai
**Sent:** Thursday, January 24, 2019 3:32:47 AM
**To:** Kaine Wen; Tom Nguyen
**Cc:** samson ly
**Subject:** FW: VCMP Month 3 Notification SL ACCOUNT MGMT !Redacted 6317 - ***Urgent***

Kaine,

Please review, sign, and send back to me ASAP.

Thanks,

**Jimmy Lai**
President
Swift Payments
Office: (949) 596-7550
Mobile: (949) 302-3248
Fax:    (949) 328-7535

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** John F. Thompson
**Sent:** Tuesday, January 22, 2019 1:39 PM
**To:** Jimmy Lai
**Subject:** FW: VCMP Month 3 Notification SL ACCOUNT MGMT Redacted 6317 - ***Urgent***
**Importance:** High

FYI



John Thompson
Associate Director of



NATIONAL MERCHANT CENTER

Visa Confidential

Pls.' Ex. 78
P. 1256
CFPB-20221128-00017432

Risk & Underwriting

office: 949. 419. 8400 x 1110
toll free: 800. 662. 8448
fax: 949. 861. 6201
email: jfthompson@nationalmerchant.com

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the addressee. If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, and destroy this communication and all copies thereof, including all attachments.*

***Go Green!*** Please, consider the environment before printing this email.

**From:** Braguglia, Melissa <Redacted >
**Sent:** Tuesday, January 22, 2019 1:07 PM
**To:** John F. Thompson <jfthompson@NationalMerchant.com>; Fiona Rozen <fiona.rozen@nationalmerchant.com>
**Cc:** Clark, Stephen T. <Redacted >; Wildasin, Jennifer <Redacted >
**Subject:** VCMP Month 3 Notification SL ACCOUNT MGMT Redacted 6317 - ***Urgent***
**Importance:** High

Good Afternoon,

This email is to advise your office that as a result of Visa chargebacks that occurred in **December** the merchant is in **Month 3** of Visa's **Standard** Chargeback Monitoring Program.
This program is for merchants that have exceeded Visa's Chargeback thresholds that are outlined below.

Based on the Visa Chargeback level thresholds identified below, the merchant is considered a "Standard" Level merchant for this month.

Please have the merchant update the attached remediation plan and return to me before **01/25/19**.
If the remediation plan is not completely filled out and not returned in a timely manner, Visa may not accept it for being incomplete and may assess a fine.
Please ensure the merchant completes all sections in detail.

For the month of **December** the merchant had **196** chargebacks against **18,519** sales for a chargeback ratio of **1.06%**.

Thank you,

**Melissa Braguglia**
Credit Risk Analyst – Risk Monitoring
First Data, 100 Duffy Ave 4th Floor, Hicksville, NY 11801
Office: Redacted

Redacted | firstdata.com

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify First Data immediately by replying to this message and deleting it from your computer.

Plaintiffs' Exhibit 79



## Visa Acceptance Risk
# VCMP/VFMP Remediation Plan

### INSTRUCTIONS

This form is to be submitted by the acquiring financial institution to document a Visa Chargeback Monitoring Program (VCMP) or Visa Fraud Monitoring Program (VFMP) remediation plan to help merchants identified in Visa's risk compliance program(s) improve their chargeback or fraud mitigation efforts. The objective is to ensure a set of actions are implemented to effectively remediate a merchant out of the risk compliance program(s).

### SECTION A – PROGRAM IDENTIFICATION

Please check the appropriate boxes that apply to the identified merchant. Specifically, mark off if the merchant was identified in the VCMP, VFMP, or both. Fill in the timeline month applicable at the time of plan submission, e.g. 2-Workout or 5-Enforcement. Also mark if the identification pertains to the Standard, High-Risk or Excessive program timelines. Provide the date the original plan, and any subsequent updates, were submitted.

| ☒ **Visa Chargeback Monitoring Program (VCMP)** | | **Timeline Month: Month 3** | |
|---|---|---|---|
| **Timeline:** | ☒ **Standard** | ☐ **High-Risk** | ☐ **Excessive** |
| ☐ **Visa Fraud Monitoring Program (VFMP)** | | **Timeline Month:** | |
| **Timeline:** | ☐ **Standard** | ☐ **High-Risk** | ☐ **Excessive** |
| **Original Remediation Plan Date: 12/10/2018** | | **Remediation Plan Update Date: 01/24/2019** | |

### SECTION B – ACQUIRER INFORMATION

| | |
|---|---|
| 1. **Acquirer Name:**  Wells Fargo | |
| 2. **Acquirer BID:**  <span style="color:red">Redacted</span> | 3. **Acquirer BIN:** REDACTE I289 |
| 4. **Agent Name** (If applicable)**:** | 4. **Agent BID:** |
| 5. **Type of Agent:**  ☒ **ISO**    ☐ **PF**    ☐ **HR ISO**    ☐ **HR IPF**    Other: | |

### SECTION C – MERCHANT INFORMATION

| | |
|---|---|
| 1. **Merchant Legal Name:** | True Count Staffing |
| 2. **Merchant Descriptor:** | SL Account Mgmt |
| 3. **Principal Name(s):** | Kaine Wen |

Pls.' Ex. 79
P. 1259
CFPB Confidential

CFPB-20221128-00017434



| | | |
|---|---|---|
| **4. Business Address: 8 Hughes Parkway #210** | | |
| **5. Business City: Irvine** | **6. State: CA** | **7. ZIP: 92618** |
| **8. Country: USA** | **9. URL** (If E-Commerce): www.slaccountmgmt.com | |
| **10. Merchant ID:** REDACTED**6317** | **11. Card Acceptor ID:** REDACTED**6317** | |
| **12. Date Merchant Activated: 03/14/2018** | **13. Merchant Terminated:** ☒ No    ☐ Yes, Date: | |

**14. Description of Merchant's Business:** SL Account Management is a document preparation company. SL Account Mgt's services include: - Consultations to determine whether the client qualifies for any currently available programs. - Organizing and preparing the documents required for the client to submit his or her application. - Customer service to answer any questions or issues that may arise. SL ACCOUNT MGT only provides document preparation services. SL ACCOUNT MGT does not sell any products. SL ACCOUNT MGT engages third-party marketing vendors to drive inbound leads. SL ACCOUNT MGT does not do any internal marketing nor make any outbound marketing calls (besides client referrals). SL ACCOUNT MGT's refund policy is to offer a full refund if the client is not 100% satisfied with SL ACCOUNT MGT's services.

**For E-Commerce Merchants, please append screenshots of the:**
1. Terms & Conditions/Disclosures
2. Checkout page
3. Sequence of web pages accessed by the Cardholder prior to final checkout

## SECTION D – MERCHANT TYPE

| | |
|---|---|
| **1. MCC: 8999** | **2. MCC Description:** Professional Services ( Not Elsewhere Defined) |
| **3. High-Brand Risk MCC:** ☒ No ☐ Yes | **Is Merchant Registered with Visa:**    ☐ Yes    ☒ No |

**4. Acceptance Method:**
(Check all that apply)

☐ **Face-to-Face**   ☒ **MO/TO**   ☐ **Card-On-File**

☐ **Internet**   ☐ **Other:**

**5. If Face-to-Face, is the Merchant EMV enabled?**   ☐ Yes   ☐ No

**6. Business Model:**
(Check all that apply)

☐ **Retail Sales - Goods**   ☐ **Free Trial Period followed by Membership Fees**

☐ **Retail Sales - Services**   ☐ **Recurring Charges**   ☐ **Gift Card Sales**

☐ **Outbound Telemarketing**   ☒ **Inbound Telemarketing**   ☐ **Payment Plan**

☐ **In-App Purchases**   ☐ **Other:**

Pls.' Ex. 79
P. 1260
CFPB Confidential                                                              CFPB-20221128-00017435



## SECTION E – SECURITY AND FRAUD MITIGATION AND ROOT CAUSE

| 1. Fraud Mitigation Tools Currently in Place: | |
|---|---|
| ☒ **AVS** (Where Available) | **Date Implemented** (MM/YY): 03/18 |
| ☒ **CVV2** | **Date Implemented** (MM/YY): 03/18 |
| ☐ **Verified by Visa (3DS)** | **Date Implemented** (MM/YY): |
| ☒ **Velocity Checking** | **Date Implemented** (MM/YY): 03/18 |
| ☒ **Negative/Positive Database** | **Date Implemented** (MM/YY): 01/19 |
| ☐ **EMV** (Card Present transactions) | **Date Implemented** (MM/YY): |
| ☒ **Geolocation/IP Detection** | **Date Implemented** (MM/YY): 03/18 |
| ☐ **Device Fingerprinting** | **Date Implemented** (MM/YY): |
| ☐ **Tokenization** | **Date Implemented** (MM/YY): |
| ☐ **Fraud Scrubbing System** | **Date Implemented** (MM/YY): |
| ☐ **Point-to-Point Encryption:** | **Date Implemented** (MM/YY): |
| ☒ **Other:** | **Date Implemented** (MM/YY):03/18 |

**2. Explanation of the Preventive Tools in Place:** SL ACCOUNT MGT is currently utilizing all fraud and chargeback reduction tools made available to us. AVS and CVV2 is required on the NMI gateway and must result in a positive match for us to settle sales and send product/services from inception of merchant relationship. PinPoint Alert has been set up to help minimize potential chargebacks. EIDS has been implemented to help resolve any incoming chargebacks in a timely fashion which will also further reduce the # of chargebacks coming in.

Pls.' Ex. 79
P. 1261
CFPB Confidential                                          CFPB-20221128-00017436



> **3. Root Cause Analysis:** SL ACCOUNT MGT has identified the primary contributing factor that led to excessive chargebacks since April/May 2018 was due to a significant change in Visa's Dispute Management policy and procedures where the merchant lost a significant amount of time to respond to chargeback disputes.  In addition, the implementation of the VMPI system by Visa late in April/May made it difficult for the merchant to obtain the API and for them to hire the staff required to integrate their system to the VMPI system so that they can respond to pre-notification disputes before they become chargebacks.  Ultimately, Visa's disputes have climbed month after month, while the merchant has been diligently working to integrate into the system to correct this problem.  The merchant anticipates that they will have full access to the VMPI by January/February 2019 and by utilizing this system, will be able to address a majority of pre-notifications before they become disputes.  This should help bring Visa's dispute levels back down to an acceptable ratio.

## SECTION F – FRAUD/CHARGEBACK REDUCTION INITIATIVES AND TOOLS

**1. Corrective Actions:** (Provide the specific actions that will be undertaken in order to reduce chargebacks and/or mitigate fraud activity.)

| Corrective Action | Target Date | Comment |
|---|---|---|
| VMPI Enrollment and Activation | 01/2019 | VMPI activated by Visa on 1/8/2019 |
| Staffing | 01/2019 | Hiring of Staff member to handle chargeback/retrievals only |
| VMPI Integration | 02/2019 | Data mapping of both order/sales module to further increase effectiveness of VMPI inquiries |
| EIDS | 07/2019 | Additional training on Visa/MC Rules still needed to maximize potential of EIDS in refuting erroneous chargebacks submitted by issuer |
| | | |
| | | |
| | | |
| | | |
| | | |

Pls.' Ex. 79
P. 1262
CFPB Confidential                                                                CFPB-20221128-00017437



| **4. Current and next steps.** | | |
|---|---|---|
| SL ACCOUNT MGT is in the process of engaging with a company that specializes in chargeback solutions. Pre-chargeback alerts will allow SL ACCOUNT MGT to utilize its refund policy to prevent chargebacks. Post-chargeback recovery processes will help SL ACCOUNT MGT reverse fraudulent chargebacks. SL ACCOUNT MGT will also implement EIDS to better manage chargebacks in a timely manner,<br><br>In conclusion, SL ACCOUNT MGT will issue refunds immediately upon clients request for any dissatisfied clients. We will also improve our customer service and compliance scripts, so the client is fully aware of what type of service SL ACCOUNT MGT will be providing them. This will decrease chargebacks moving forward and we expect to continue keeping chargeback ratio under 1%. In addition, the integration of VMPI's system will assist the merchant with responding to disputes in a timely manner. | | |
| | | |
| | | |

## SECTION G – Non-Compliance Assessment (NCA) Liability

| | |
|---|---|
| **1. If the Merchant qualifies for NCAs, are you asking for a suspension?**    ☐ **No**    ☒ **Yes** | |
| **2. If Yes, what suspension period is requested?**    ☐ **30 Day**    ☒ **60 Day**    ☐ **90 Day** | |
| **3. What is the reason a suspension is requested?** Merchant is proactively addressing chargeback issue | |
| **4. Provide a date to when the merchant is expected to reach compliance.** 04/2019 | |
| **5. Please provide any additional information not covered above. VMPI was activated by Visa on 1/8/2019. However, merchant is still receiving a lot of fraudulent chargebacks due to processing errors/issuer abuse as we are able to confirm positive match on both AVS and CVV2 records.** | |

## SECTION H – Attestation and Contact Information

| | Completed by: | Authorized by (bank officer): |
|---|---|---|
| **Name:** | | |

Pls.' Ex. 79
P. 1263

CFPB Confidential                    CFPB-20221128-00017438



| Title: | | |
|---|---|---|
| Email: | | **associationnotification@wellsfargo.com** |
| Telephone: | | |
| Date: | **01/24/2019** | |
| Signature: | *[signature]* | **Kaine Wen** |

RPF20160314v6

Pls.' Ex. 79
P. 1264

CFPB Confidential     CFPB-20221128-00017439

Plaintiffs' Exhibit 80

| From: | Brian Behar |
|---|---|
| To: | 'ryan.williams@akerman.com'; Joann Garcia; Advisor; Christopher Meier; Mildred Feliz; Robby Birnbaum; Kaine Wen |
| Sent: | 1/24/2019 10:31:39 AM |
| Subject: | RE: Chapter 11 filing for Consumer Advocacy Center and Premier Student Loans 49934.0014 |

let the games begin

========================================



Brian S. Behar, Esq.
Behar, Gutt & Glazer, P.A.
DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, Florida 33004
Tel:    (305) 931-3771
Fax:    (305) 931-3774
E-mail:  bsb@bgglaw.com
Website: www.bgglaw.com

 **AV® Preeminent™ rating in Bankruptcy;
Creditors' Rights and Commercial Litigation.**

========================================

========================================
This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or legally privileged
information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient,
please contact the sender by reply e-mail, delete this message from your computer and destroy all copies of the original
message

Circular 230 Disclosure: In compliance with requirements imposed by the IRS pursuant to IRS Circular 230, we inform you that
any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or
recommending to another party any transaction or matter addressed herein.

Martindale-Hubbell® is the facilitator of a peer review rating process. Ratings reflect the anonymous opinions of members of
the bar and the judiciary. Martindale-Hubbell® Peer Review Ratings™ fall into two categories - legal ability and general
ethical standards.

>>> Christopher Meier 1/24/2019 10:08 AM >>>
Brian/Kaine,

Evan R. from the MN AG's office just called me. He asked me when Premier was going to be responding to his
supplemental request letter. I asked if he received notice of the BK filings and he verified that he did.

I told him that it was our position that his office was subject to the BK stays. He said he disagreed and asked me
when we would be responding. I requested that he put his renewed demand in writing via an email or a letter and that
I would review his demand with the companies BK counsel. He got agitated at that point and said he would call Brian
and basically ended the call.

If I get anything from him I will let you know.

Thanks

Chris

Profile

**From:** Christopher Meier
**Sent:** Thursday, January 17, 2019 12:18 PM
**To:** 'Brian Behar'; ryan.williams@akerman.com; Joann Garcia; Advisor; Mildred Feliz; Robby Birnbaum; Kaine Wen
**Subject:** RE: Chapter 11 filing for Consumer Advocacy Center and Premier Student Loans

Brian – thanks for filing. Attached is the latest correspondence from the MN AG's office which is the only administrative inquiry that we are currently handling that has a pending deadline to respond.

The letter lists the MN AG attorney handling the matter (Evan Romanoff) but they don't use case numbers up there for their civil investigative demands (subpoenas), no case number is listed on the CID.  States and the feds (unlike private attorneys) can issue these CIDs without having an active litigation case filed with a court, so it seems like the notice of the bankruptcy alone should do the trick. But let me know if you think otherwise.

Thanks

Chris

---

**From:** Brian Behar [mailto:bbehar@bgglaw.com]
**Sent:** Wednesday, January 16, 2019 5:41 PM
**To:** ryan.williams@akerman.com; Joann Garcia; Advisor; Christopher Meier; Mildred Feliz; Robby Birnbaum; Kaine Wen
**Subject:** Chapter 11 filing for Consumer Advocacy Center and Premier Student Loans

good evening everyone. the chapter 11 cases have been commenced as of this evening.   both cases are pending in the US Bankruptcy Court for the Southern District of Florida (Broward Division). The case number for Consumer Advocacy is 19-10655-JKO.   The case number for Premier's case is 19-10658-JKO.    The Judge assigned to both cases is Judge Olson. I have a good rapport with this Judge. The bankruptcy automatic stay is now in place, and all collection efforts against either company  is automatically stayed. if someone can send me a copy of any pleading from any pending lawsuits  or administrative proceedings against  either  company (the pleading needs the caption and all attorneys involved), I will prepare for filing Suggestion of Bankruptcy in those matters, putting all on notice of the automatic stay. for your reference, I attach what has been filed today.  I also attach a Notice of Chapter 11 filing, which you can send to any creditors if you so choose., I also attach a questionnaire which needs to be worked on, one for each company- I will use the outline to prepare all the other paperwork we need to file (i.e. bankruptcy schedules, statement of financial affairs, and related paperwork). this additional paperwork will be due shortly, so you need to start working on the outline now. any questions please contact me

=======================================



Brian S. Behar, Esq.
Behar, Gutt & Glazer, P.A.

DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, Florida 33004
Tel:    (305) 931-3771
Fax:    (305) 931-3774
E-mail:  bsb@bgglaw.com

Website: www.bgglaw.com

|_____| AV$^{®}$ Preeminent™ rating in Bankruptcy;

**Creditors' Rights and Commercial Litigation.**

======================================
======================================

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential or legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message from your computer and destroy all copies of the original message

Circular 230 Disclosure: In compliance with requirements imposed by the IRS pursuant to IRS Circular 230, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Martindale-Hubbell$^{®}$ is the facilitator of a peer review rating process. Ratings reflect the anonymous opinions of members of the bar and the judiciary. Martindale-Hubbell$^{®}$ Peer Review Ratings™ fall into two categories - legal ability and general ethical standards.

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.

CFPB-20221128-00016468

# Plaintiffs' Exhibit 81

**From**: Calvin Ho [calvinho1988@gmail.com]
**Sent**: 4/2/2019 10:51:21 AM
**To**: Calvin Ho [calvin@financialpreparationservices.com]
**Subject**: Fwd: Trusted Account Services Website
**Attachments**: Trusted Account Services Content.docx

---------- Forwarded message ---------
From: **Kaine Wen** <kainewen@gmail.com>
Date: Tue, Apr 2, 2019 at 2:34 AM
Subject: Re: Trusted Account Services Website
To: Calvin Ho <calvinho1988@gmail.com>
Cc: Albert Kim <Albertkim11@gmail.com>, Tom Nguyen <tuong21@hotmail.com>

I attached my revisions in redline. This is just a rough edit. The verbiage needs a lot of fine tuning.

On Tue, Mar 26, 2019 at 1:12 PM Calvin Ho <calvinho1988@gmail.com> wrote:
  Hi Kaine,

  Please have a look at TAS Website

  http://trustedaccountservices.com/

CFPB-20230125-00000183

Plaintiffs' Exhibit 82

| | |
|---|---|
| **From:** | Kaine Wen |
| **To:** | Calvin Ho; Keneth Hu |
| **CC:** | advisor@financialpreparationservices.com |
| **Sent:** | 9/27/2019 7:07:29 PM |
| **Subject:** | TAS Client Agreement |
| **Attachments:** | TAS Client Agreement 09.27.2019.docx |

Only changes made were in the Fees section.

**Kaine Wen**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

CFPB-20221128-00016381

Plaintiffs' Exhibit 83

| | |
|---|---|
| **From:** | Kaine Wen |
| **To:** | tom@premierstudentloancenter.com |
| **Sent:** | 7/20/2017 4:20:42 AM |
| **Subject:** | Re: Redacted   complaint against PSLC with state of Kanasa |
| **Attachments:** | Letter to State of Kansas Consumer Protection Division.pdf; Untitled attachment 77720.html |

Please FAX the attached to:

**(785) 291-3699**

And also print and mail a physical copy to:

**Memorial Hall**
**ATTN: Shawna Meyer, Investigator**
**Consumer Protection Division**
**120 SW 10th Ave, 2nd Floor**
**Topeka, KS 66612-1597**

CFPB-20221128-00017407

Plaintiffs' Exhibit 84

Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92618

July 20, 2017

Shawna Meyer
Investigator
Office of Attorney General Derek Schmidt
Consumer Protection Division

Subject: **File No. CP-17-001833**

Dear Ms. Meyer:

This reply is in response to the letter Premier Student Loan Center ("PSLC") received from the State of Kansas' Consumer Protection Division dated June 28, 2017.

The consumer's name is REDACTED and the Consumer Protection Division File Number is **CP-17-001833**.

We have resolved this matter with the consumer directly. Our Customer Service Manager, Christian Stark, spoke with Ms. REDACTED on 07/07/17 to:

1. Apologize for the behavior of our former Sales Advisor, Adam Bryan.
2. Inform Ms. REDACTED that PSLC no longer employs Mr. Bryan.
3. Explained the reason why her bank contacted her about our transaction as being potentially fraudulent (the transaction came from a U.K. bank).
4. Issue Ms. REDACTED a full refund in the amount of $224.75.

Please feel free to contact Ms. REDACTED to confirm the above, and that a resolution has been reached to her complete satisfaction. Should you have any additional questions or concerns, my contact information is below. I apologize in advance for any inconvenience this may have caused, and thank you for your time.

Warm Regards,

Kaine Wen
General Counsel
Premier Student Loan Center
Kaine@premierstudentloancenter.com

Plaintiffs' Exhibit 85

Message

---

| | |
|---|---|
| **From:** | ryan.williams@akerman.com [ryan.williams@akerman.com] |
| **Sent:** | 12/11/2018 7:09:38 AM |
| **To:** | Kaine Wen [kwen@slaccountmgmt.com] |
| **CC:** | advisor@financialpreparationservices.com; Tom Nguyen [tom@slaccountmgmt.com] |
| **Subject:** | RE: CFPB CID to Hostgator |

Hi Kaine,

I would like to get Robbie/Chris involved in this matter as I understand they have substantial experience with the CFPB. My major concern is that the emails were deleted, which we advised you not to do. I suggest that we schedule a conference call with Chris/Robbie to discuss next steps. I saw that Robby just emailed Brian to determine the impact of a Chapter 11 on the enforcement proceeding. We need a clear answer on this point from Brian.

I am available for a CC today or tomorrow, but Thursday and Friday will difficult for me as I am I prepping a witness for trial testimony. The trial is on Monday and Tuesday of next week.

Ryan

**Ryan Williams**
Partner
Akerman LLP | 71 South Wacker Drive, 46th Floor | Chicago, IL 60606
D: 312 634 5735
ryan.williams@akerman.com

vCard | Profile

## akerman

700+ Lawyers

24 Offices

akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Kaine Wen <kwen@slaccountmgmt.com>
**Sent:** Tuesday, December 11, 2018 3:18 AM
**To:** Williams, Ryan (Ptnr-Chi) <ryan.williams@akerman.com>
**Cc:** Advisor <advisor@financialpreparationservices.com>; Tom Nguyen <tom@slaccountmgmt.com>
**Subject:** CFPB CID to Hostgator

Hi Ryan,

09/10/18 - CFBP "served" its initial CID on CAC, with a 10/08/18 deadline to respond.
10/29/18 - CFPB sent a followup via US mail (attached), with a 11/07/18 deadline to respond.

11/28/18, Hostgator emailed (pasted below) our Network Admin regarding CFPB's CID (attached) to Privacy Protect/Hostgator, the web host of the premierstudentloancenter.com domain, with a 12/19/18 deadline to respond.

---

*From:* noreply@salesforce.com <noreply@salesforce.com> **On Behalf Of** supportcases@endurance.com
*Sent:* Wednesday, November 28, 2018 9:53 AM
*To:* khu@premierstudentloancenter.com
*Subject:* RE: Customer mail complaints 11-26-18 [ ref:_00D36qEW6._5001QiG8IU:ref ]

*Hello,*

*Hostgator has received the attached document requesting or ordering us to disclose information about your account.  We have confirmed that the requested information involves the domain name premierstudentloancenter.com.*

*Please note that the requested material must be produced by 12/19/2018 and Hostgator has not produced the material yet.*

*Pursuant to our Data Request Policy (https://www.Hostgator.com/terms/data-request-policy), we are providing you an opportunity to move to quash the subpoena in court. You may wish to consult with an attorney.*

## 404: Page not found

www.hostgator.com

404: Page not found. You might ensure the URL is spelled correctly, or if you followed a link here please let us know. Please try one of the links below in order to reach your desired destination.

*Please contact us no later than 12/16/2018 with your intentions regarding this matter; Otherwise, we will produce the requested information.*

*Please feel free to reply to this message if we can assist you any further.*

*Thank you,*

*Marlo Frary*
*Endurance International Group, Inc.*
*1500 N. Priest Drive, Suite #200*
*Tempe, AZ 85281*
*Office: (602)817-5197*
*Fax: (781) 998-8277*

My comments and questions:

1.      Per our previous discussion, we deleted all PSLC emails and email addresses. Our Network Admin contacted Hostgator to retrieve the emails and email addresses. Since we did not have back-up turned on, Hostgator informed us that the emails and email addresses are permanently deleted and no longer retrievable.

Pls.' Ex. 85
P. 1280

CONFIDENTIAL

REC_0000165933
CFPB-20230125-00003105

2.      Should I (or you) reach out to the Hostgator contact person above to get an idea of what information they intend to produce and send to the CFPB?

3.      One major concern is we sometimes used True Count debit cards (Tom's name, and possibly my name) to pay for Hostgator invoices.

4.      We have CAC's impending Chapter 11 bankruptcy filing, on which the CFPB will be listed as a creditor or potential claimant.

5.      While it's unlikely the CFPB will just go away, especially after issuing the Hostgator CID:

1.          Hostgator does not have much information to send the CFPB.

2.          The 173 Technology office is abandoned, so the CFPB can't serve there.

3.          The CFPB will likely receive notice of CAC's bankruptcy prior to taking any action.


Besides #2, is there anything else we should discuss?

We can schedule a CC if that's preferable.


Best,

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

# Plaintiffs' Exhibit 86

**From:** Joseph Boylan
**To:** Christian Stark
**Sent:** 11/29/2018 5:20:34 PM
**Subject:** Sales Scripts
**Attachments:** ONE CALL CLOSE SCRIPT.docx; UNIVERSAL SCRIPT.docx

2 Versions of most commonly used Sales Scripts attached

# *Highest Regards,*
## *Joseph Boylan*
## Director of Sales



## Financial Preparation Services

**https://financialpreparationservices.com/**
**https://moneyqanda.com/financial-preparation-services-launches/**

**\*\*\*\*\* Email confidentiality notice \*\*\*\*\***
CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission

# Plaintiffs' Exhibit 87

# ONE CALL CLOSE

Student Loan Advisory Department, this is _____, Are you interested in the Loan Forgiveness Program?   **[60 SECONDS OR LESS]**

1. Are your federal loans $10,000 or more?
2. Are you currently employed or have a source of income **in order to start making payments?**

Great, so you may qualify for a government loan forgiveness program which can forgive some, up to 90% of your debt. Is this what you're looking to do today?

**Okay perfect, let's verify your information and I'll have your loans pulled up within 5 minutes:**

1. Let's go ahead start with the spelling of your first and last name?

2. And the best contact number in case we get disconnected?

3. Your email address?  Send WELCOME EMAIL: "I just sent you a welcome email that has my company's credentials and a link to our website along with my contact number in case we get disconnected. We're Financial Preparation Services, not the government: we're a certified enrollment center and the programs we offer here are done directly through the Department of Education."

4. These are all income-based programs, that being said what is your Annual Income BEFORE TAXES? **If you were to show your most recent paystubs it would reflect this amount correct?** *Always round up their income by +5k*

5. Do you work for a nonprofit or government organization for at least 30 hours a week?
   (IF YES) Name of Employer, city they work in

6. And how many people live in your household including yourself?

7. Status of your loans? (Making payments, late, deferment, default)
   NO MOHELA

8. Lastly can you verify your date of birth?

The next step is to pull up your loan DETAILS from the federal database using basic identifiers, **allow me one moment.**

*(First try Email into Forgot Password, and tell client to read you the 6 digit secure code in their email from FSA ID. Reset password to favorite city + numbers, and log in}*

**{If NO Info} Since your email is not in the federal database, can you verify the Social Security Number associated with your loans?** (Type in SSN)

Ok, allow me 2 minutes to update the system and locate your loan details**.** *{Go to Create FSA, input info, create challenge questions, and then log into FSA}*

Ok, so it looks like I was able to locate your loan details, and I will send you a copy of all of this for your records.   It looks like you have a total of #___ student loans, the grand total for your outstanding principal is $_____ and your outstanding interest is $_____ .  Does this all sound correct?

**(TELL CL PASSWORD MUST NOT BE CHANGED SO PROCESSING CAN WORK ON THEIR FILE)**

Okay, are you already making a current payment of your loans? What have they most recently quoted you at? What's the last number you heard for a monthly payment? (FILL IN **CURRENT PAYMENT** ON CONTACT INFO)

**\*SENDING FPS DOCS TO CLIENT\* (*Only If Using FSA*)**

Okay, so right now I am sending you a link to your EMAIL ADDRESS (FPS DOCS SIGNATURE). When you receive that EMAIL let me know so I can tell you the next few steps…

\*ONCE WEBLINK IS OPEN\* -Ok, see that USERNAME and PASSWORD I sent you?

Great!, so your are going to be clicking that blue link labeled FPS DOCS

Once the website is pulled up let me know.

(once website is pulled up) Ok, now with that USERNAME and PASSWORD, I need you to login.

-Once you login type in MY extension which is XXXX.

-My email should come up and you are going to click the TINY box next to my email.

-Then Click the send button. It will READ "SENT SUCCESSFULLY" (WAIT FOR RESPONSE)

Great, so what I am going to do now is submit all of this information to my underwriting department, which will correspond with the US Department of Education. **If you are approved, I'll have you enrolled into the program today within 10 minutes**. **If you are disqualified, I will let you know what the reasons were, and you will have the option to reapply in 12 months**. It usually takes about 3-4 minutes for them to review the file, so I am going to put you on a brief hold while I wait for the response back from underwriting. To be ready, can you grab a pen and paper while I put you on hold?

OK, I have some great news for you; it looks like I was able to get you approved for the federal student loan forgiveness program. Do you have that pen and paper ready?

{GO VERY SLOW WHEN EXPLAINING NUMBERS – and tell client to write EVERYTHING down}

So for the first 5 months of your program it will be $239 per month.  **After that,** your monthly payments will drop down to $_____ per month, for the duration of your program which is 240 months (120 months/Public Service)

 *(POS)*

That means with this forgiveness program, **your total pay back** will be $_____. The reality of your situation beforehand was paying back roughly $_____ **with principal and interest combined**. Instead you will be **saving** a total of $_____.   So, congratulations.

{ASSUME The Close and PUSH Forward}

**"The next part of the process is another 5 minutes or so. I'll explain everything about your payments, link your payment method on file and lastly walk you through your forgiveness documents by email so you're approved. Sound good?"**

**ENROLLMENT**: **So to begin by explaining your payments:** The reason the first 5 payments are steeper/different than the rest is because they cover your enrollment fee with our company.

This means we'll be doing all your future paperwork, contacting and notifying to do with your loans and updating you every step of the way starting today.  **In short, you'll never be responsible for anything besides making payments on time, make sense?**

**RECERTS:** Your second timeline for 120/240 months is broken into two charges: a government charge and recertification payment. This does not change the amount of your monthly payment, it's simply the way it's separated.

The reason it's separated this way is because $____ is the amount the government charges for you to be in the forgiveness program, $____ is the amount we charge as a recertification for your program.

**Recertification is like LifeLock in your forgiveness program**. This makes sure the program puts your loans in the best status on your credit every month you make payments, that we renew your application as needed each year for the best payment and savings, and LASTLY so that no matter any laws or policies changing about the programs your loan amount will be set aside in the budget for them. **Does that also make sense?**

**_IS THERE ANYTHING ABOUT YOUR ENROLLMENT OR RECERTIFICATION THAT YOU DIDN'T UNDERSTAND?_**

CFPB-20230125-00001692

**Ok, so let's get the rest of the information that we need for your file…**

   a) **Current Mailing Address**
   b) **Do you have an AUTODRAFT PAYMENT set up? If Yes: Alert File with Date and Servicer!**
   c) **SSN: Can you verify your identity by providing the social security number associated with your loans?**

The next step for us today is to have your new benefits begin. **The first payment is what allows us to start working on your file, immediately.**

# SAME WEEK PITCH:

-Your first payment will occur today, and we can go ahead and set your second payment up to 45 days from today. Looking at the calendar, which day works best for your second payment?

*IF NO #1*: The absolute farthest seat I have available for a first payment is this Friday. How soon can we can set your first payment this week?

*IF NO #2: Rebuttal + HARDCLOSE*

# NEXT WEEK PITCH:

**Your first payment will occur on _____, when can we set your recurring dates for next month?**

*IF NO #1:* The first payment must be made by next Friday for your application to be valid this year, looking at the calendar that's anytime between today and _____.

*IF NO #2: Rebuttal + HARDCLOSE*
Keep in mind payments are ran first thing in the morning between 4 and 5am PST, and if any payment fails you will be cancelled from the program. You must have the funds in your account the night before, DO YOU UNDERSTAND?

*TO ASSURE YOUR UNDERSTANDING OF YOUR PAYMENT PLAN, CAN YOU CONFIRM YOUR FIRST PAYMENT AMOUNT AND DATE?*

"So, at 4am Pacific Time on *first payment date*, $239 will clear from your account? These are hardship programs, and this is the most important part of your application. I need a clear YES to move forward with your enrollment and secure your rate.

**Allow me one minute to save your payment dates.**

**\*GO TO CREDIT CARD TAB\***

Ok your payment schedule is saved. The next step is to secure your enrollment today by putting a payment method on file.  You have 3 options between using a debit, credit or prepaid card, which do you prefer?

a) Select Credit or Debit
b) And is the billing address for the card the same as your mailing address?
c) Do you have a middle initial on your card?  {Input Name on Card}
d) Leave Card Issuer Blank
e) Ok and what is the 16 digit card number?
f) And the Expiration Date on the card?
g) And the 3 digit code on the back? (CVV)
1. Click Save

The last step for us today is to complete a very simple E-signature document which I am sending to your email now. Let me know when you see it, subject will read Documents Ready To Sign.        *(Docs, Generate PDF, Client Agreement, Send for E-sign)*

a) First click the Review Document link
b) Then you will need to check the tiny box that reads "I Agree to the Terms and Conditions of using an Electronic-signature" and Click Continue right next to it.
c) At this point it's pretty simple, click on all the red tabs to fill out document. At the end, hit the Complete Signing Button to have your own copy directly to your email.

**This document is only consent to work on your file, and an acknowledgement of the numbers we already went over.**

We typically go over 3 factors so you understand your documents are legitimate and you are protected. I'll be pretty brief but if you'd like to follow along,

Starting on page 1 paragraph 2 titled Performance of Services: this lets you know we don't have anything quoted over the phone or in writing unless it's guaranteed and approved by the Department of Education's programs.

On that same first page, Paragraph 4 titled Limited Money Back Guarantee: this lets you know the document is only consent to work on your file. So in short if we don't do exactly what we promised with your savings, or you fall short with payments or anything of the kind, we simply would not move forward with your enrollment for your program. Does that make sense?

Lastly, if you scroll down to page 5 titled Exhibit B Draft Schedule it goes over your payment plan.


**<u>IF LOAN PAYMENT IS ABOVE $0</u>: If you look at your payment schedule, you'll notice after the first 5/6 months, it's only showing ($20/30/40) which covers your recertification. Since the rest of your loan payment is a government charge it can only show once your income is verified with paystubs through our processing department. Does that make sense?**

# <u>READ ENTIRE PAGE OF COMPLIANCE: ALWAYS RECORD ON DIALER!</u>

PRIOR TO SUBMITTING YOUR FILE FOR PROCESSING AND THE SCHEDULING OF YOUR WELCOME CALL, I AM REQUIRED BY OUR COMPLIANCE DEPARTMENT TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF YOUR INCOME DRIVEN PROGRAM FOR WHICH YOU ARE APPLYING. THIS CALL WILL BE MONITORED AND RECORDED FOR COMPLIANCE PURPOSES.

YOU WILL BE REQUIRED TO ANSWER 'YES' TO EACH OF THE FOLLOWING QUESTIONS IN ORDER TO MOVE ONTO THE NEXT. IF YOU DO NOT UNDERSTAND ANY OF THE STATEMENTS, PLEASE REQUEST MORE INFORMATION SO I CAN BETTER EXPLAIN.

1. **"Do you understand <u>we are not the government, nor the Department of Education, nor the servicer of your student loans?</u>"**

   If No: We are similar to a CPA filing your taxes. The CPA has no affiliation with the IRS; they just prepare your taxes to maximize your tax refund. We prepare the documents to get you into the best available DOE programs entitled to you.

2. **"Do you understand that <u>Financial Preparation Services does not take any upfront fees</u>, that you will place your payments into your Dedicated Client Account where it belongs to you until your program is approved, upon which you authorize the payments to be paid to Financial Preparation Services?"**

   If No: <u>It is very important to us how your money is protected.</u> You are making payments to your own Dedicated Client Account until your program is finalized and completed. Once we receive your proof of income, we will complete all necessary correspondence and communication and document preparation services in order to get your program approved. Your payments will be released to Financial Preparation Services only after your program is approved.

3. **"Do you understand that the 5 payments of $239 (or whichever arrangement was selected) will not be applied towards the balance of your student loans and you authorize the payments to go into your Dedicated Client Account for the document preparation services for your selected program?"**

   If No: You are making payments to your own Dedicated Client Account until your program is finalized and completed.

4. **"Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which Financial Preparation Services will continue to assist you with for a monthly cost of $20/30/40?"**

   If No: You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to Financial Preparation Services for completing all necessary correspondence and communication and document preparation services only after your recertification is approved.

CFPB-20230125-00001696

5. **"Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying Financial Preparation Services to handle all of the paperwork, notifications, and communications for your program?"**

   If No: You may attempt to do this, but most people who try fall out of the program due to inaccurate or untimely filing of all the paperwork and/or missed or late notifications and communications. Our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately.

6. **"Do you understand that verification of income will be required to have your new monthly payment approved, and that the payment details could change if your family size or proof of income changes?"**

   If No: The numbers discussed today are based off of the information that you provided. Our Processing Department will reach out to you in the next couple of days to verify the income that you stated over the phone.

7. **"Do you understand that once the process is complete, you will begin making the payment of $0 (or SL payment) to the servicer of your student loans?"**
   ***(Do NOT include the recertification fee in this number.)***

   If No: Once your Income Driven Program is approved, you will make your new payment of $0 (or SL payment) to the servicer of your student loans. {If $0 payment: Even a $0 payment counts as a qualified payment towards your forgiveness.}

8. **"Do you understand that your loans will not be forgiven immediately, but upon completing 240/120 months of approved payments any remaining balance will be forgiven?"**

   If No: These are term-based programs, which means the forgiveness occurs at the end of the program, which is 240 /120 months.

9. **"SL Account Management is the name of our Processing company who will handle the paperwork and payments for your program. Therefore, do you understand that SL Account Management will be processing the paperwork and drafting the enrollment payments?"**

   If No: Financial Preparation Services handles program enrollment, while SL Account Management handles the paperwork and processes your payments.

CFPB-20230125-00001697

**FINISH:**

Now, what's going to happen next is you will be receiving a phone call from the Processing Department within the next 1 to 2 business days, from a 949 area code number. They will be requesting a copy of your most 2 recent paycheck stubs. This is to verify your income for the Department of Education.

If your lender(s) calls or emails you just let your processor know so they can deal with it for you. They take care of all your future paperwork, contacting and notifying and required to update you every step of the way.

**"Not only will you be receiving a call from processing, but I will be your MAIN point of contact. <u>If I reach out to you regarding a problem on your file, you have 3 business days to get back to me. This is to keep you enrolled in the program with an accurate file at all times. You will be cancelled from the program if you do not respond. DO YOU UNDERSTAND?"</u>**

# REFERRAL PITCH: Get them to pull up Facebook!

 LASTLY, were you referred by a friend or family member?

The reason I ask is <u>you're now entitled to your own referrals</u>.  Very important: anybody you refer that calls my direct number, <u>we are required</u> to send you out a $25 Visa Card for <u>each person</u> I'm able to help out.

**THERE IS NO LIMIT to how many gift cards you can receive.  The quickest way I have noticed people getting this money is by making a very simple FACEBOOK POST or MASS TEXT.**

I just sent you an email regarding that Facebook post. **Let me know when you receive it.**

{SEND EMAIL}

Besides that, do you have any more questions for me right now? Ok, fantastic. It's been a pleasure assisting you today, I am very pleased that we were able to help you with your federal loans, and I know this program is going to be a huge benefit for you.     I hope you have a great rest of your day.  Take care.

# Plaintiffs' Exhibit 88

Message
_____

| | |
|---|---|
| **From:** | Kaine Wen [kaine@premierstudentloancenter.com] |
| **Sent:** | 9/4/2018 11:34:36 AM |
| **To:** | Richard Newman [rnewman@hinchnewman.com] |
| **CC:** | ryan.williams@akerman.com; albert@premierstudentloancenter.com |
| **Subject:** | Re: Advanced payments |

Please let us know if you want to discuss legal obligations here again.

Not necessary, we understand the legal obligations.

Also, as advised, I cannot guide the company on state legislation re student loan servicing etc.  Or federal legislation for the matter.
So, please be sure that Akerman has you covered here.

Understood.

Will start on contract his month and plan to circle back to you re the ad compliance auditing procedures.  The info you provided to days is really light and I cannot work on a vertting protocol without more info.  So we will have to discuss that in depth.   As discussed, there is a lot to do re ad compliance and vetting.   So let me know when you want to broaden the scope.

We were not expected to provide information today. We will reply to your "Tele ops" e-mail confirming your reset summary by the end of the day.


Best,

**Kaine Wen**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*


On Sep 4, 2018, at 11:27 AM, Richard Newman <rnewman@hinchnewman.com> wrote:

Please let us know if you want to discuss legal obligations here again.

Also, as advised, I cannot guide the company on state legislation re student loan servicing etc.  Or federal legislation for the matter.
So, please be sure that Akerman has you covered here.

Pls.' Ex. 88
P. 1295

CONFIDENTIAL                                    REC_0000375642
CFPB-20230125-00003122

Will start on contract his month and plan to circle back to you re the ad compliance auditing procedures.  The info you provided to days is really light and I cannot work on a vertting protocol without more info.  So we will have to discuss that in depth.  As discussed, there is a lot to do re ad compliance and vetting.   So let me know when you want to broaden the scope.

---

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Tuesday, September 4, 2018 2:24 PM
**To:** ryan.williams@akerman.com
**Cc:** Richard Newman; albert@premierstudentloancenter.com
**Subject:** Re: Advanced payments

It is our #1 priority to obtain third-party trust account services. We are in a holding pattern as two companies (Account Management Plus and Reliant Account Management) work with their merchant service providers to get us the required monthly transactional volume. We will update as soon as we have anything substantive.


Best.

**Kaine Wen**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*


On Sep 4, 2018, at 11:02 AM, <ryan.williams@akerman.com> <ryan.williams@akerman.com> wrote:


I advised them that they needed to do it.  I agree it is a major issue so let's just make certain they are doing it.

**Ryan Williams**
Partner
Akerman LLP | 71 South Wacker Drive, 46th Floor | Chicago, IL 60606
D: 312 634 5735
ryan.williams@akerman.com


vCard | Profile

Pls.' Ex. 88
P. 1296

CONFIDENTIAL

REC_0000375643
CFPB-20230125-00003123

# akerman

700+ Lawyers

24 Offices

akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this
communication in error and then delete it. Thank you.

**From:** Richard Newman <rnewman@hinchnewman.com>
**Sent:** Tuesday, September 4, 2018 12:59 PM
**To:** albert@premierstudentloancenter.com; Kaine Wen <kaine@premierstudentloancenter.com>
**Cc:** Williams, Ryan (Ptnr-Chi) <ryan.williams@akerman.com>
**Subject:** Advanced payments

Are you on top of the advanced payment issue?  You previously told me that you were handling.  We
previously discussed this issue, along with TSR related requirements.   You indicated that it was being handled.

This is a major issue so please let us know if you want to go over it again.

Richard B. Newman
HINCH NEWMAN LLP

**New York**                                              **California**
40 Wall Street, 35th Floor                    600 West Broadway, Ste. 700
New York, NY 10005                           San Diego, CA 92101
Tel: (212) 756-8777                              Tel: (619) 233-5200

RNewman@HinchNewman.com | www.HinchNewman.com |www.FTCDefenseLawyer.com

Advertising Compliance | Regulatory Investigations | Internet Law | Digital Media

<image001.png>  <image002.png>  <image003.png>

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this
transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

CONFIDENTIAL                           REC_0000375644
                                        CFPB-20230125-00003124