**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF<br><br>**CERTIFICATE OF SERVICE FOR PLAINTIFFS' PARTIAL MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT KAINE WEN** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, through the CFM/ECF system, I caused to be served on Defendant Kaine Wen and all parties registered to receive notice in this case true and correct copies of the Notice of Filing of Plaintiffs' Motion for Partial Summary Judgment and Lodging of Proposed Order, Memorandum in Support, Statement of Undisputed Facts and corresponding exhibits, and the Proposed Order.

Dated: January 30, 2023        /s/ *Sarah Preis*

Sarah Preis

*Attorney for the Bureau of Consumer Financial Protection*