**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO, City Attorney (CA. Bar No. 106866)
CHRISTINA V. TUSAN, Supvr. Deputy City Attorney (CA. Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
Office Of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, California 90012-4131
Tel: (213) 473-6908/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

*\*Additional Counsel for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>        Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF ERRATA IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

*Additional Counsel for Plaintiffs Listed Below:

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *Pro Hac Vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126/Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff the State of North Carolina*

TO THE COURT AND ALL PARTIES:

Plaintiffs the People of the State of California (California), the State of Minnesota (Minnesota), the State of North Carolina (North Carolina) respectfully submit this errata in support of Plaintiffs' Motion for Partial Summary Judgment [Dkt. No. 423], filed on January 30, 2023.

Plaintiffs' Motion for Partial Summary Judgment includes the Declaration of Richard Anderlick ("Anderlick Declaration"), but is incomplete and includes several pages that were inadvertently filed blank and without the exhibits referenced in the declaration. California, Minnesota, and North Carolina are concurrently filing an amended version of the Anderlick Declaration ("Amended Declaration") including the full Anderlick Declaration as well as Exhibits A, B,

and C to the Anderlick Declaration. For the avoidance of doubt, this Amended Declaration is paginated 1394 through 1578.  No other changes have been made.

Dated: January 30, 2023

By: */s/ Christina Tusan*
Christina Tusan
Supervising Deputy City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Tel.:(213) 473-6908
Email: christina.tusan@lacity.org
*Attorney for Plaintiff the People of the State of California*

By: */s/ M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(Admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Tel.: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff*
*State of North Carolina*

By: */s/ Evan Romanoff*
Evan Romanoff (Atty. Reg. No. 0398223)
(Admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 757-1454
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*

**CERTIFICATE OF ATTESTATION**

I, Miguel Ruiz, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Miguel Ruiz*

Miguel Ruiz

**CERTIFICATE OF SERVICE**

On January 30, 2023, I electronically filed Plaintiffs' Notice of Errata and amended Anderlick Declaration with the Clerk of the Court for the U.S. District Court for the Central District of California, using the CM/ECF filing system.

/s/ *Miguel Ruiz*

Miguel Ruiz