Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:  5A<br>DATE:  March 20, 2023<br>TIME:  10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2023 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 W. First Street, Los Angeles, California, Thomas W. McNamara, the Court-appointed receiver of the Receivership Defendants, will present his Motion to Approve Settlement Agreements with Non-Parties (1)

National Merchant Center, Inc.; and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments.

The applicability of Local Rule 7-3 to this motion is unclear as the parties are unaware of any "opposing party" to this motion. However, the Receiver sought to obtain the remaining parties' positions on the motion in an abundance of caution. The Consumer Financial Protection Bureau has not raised any objection to the settlement. The State of Minnesota takes no position on the settlement. The People of the State of California, the State of North Carolina, and Defendant Kaine Wen had not provided a position by the time of filing.

This motion is supported by this notice of motion and motion, the Declaration of Andrew M. Greene, the Declaration of Thomas W. McNamara filed under seal herewith, all pleadings and records on file, and any argument heard hereon.

Dated: February 17, 2023                MCNAMARA SMITH LLP

By: /s/ Andrew M. Greene
Andrew M. Greene
*Attorneys for Receiver,*
*Thomas W. McNamara*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*