Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **DECLARATION OF ANDREW M. GREENE IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM: 5A <br> DATE: March 20, 2023 <br> TIME: 10:00 a.m. |

I, Andrew M. Greene, hereby declare as follows:

1. I am counsel of record for the Court-appointed receiver in this matter, Thomas W. McNamara ("Receiver"). I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would competently testify to the facts stated herein.

2. I make this declaration in support of the Motion to Approve Settlement Agreements with Non-Parties (1) National Merchant Center, Inc.; and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Settlement Agreement executed by, on the one hand, the Receiver, and on the other hand, National Merchant Center, Inc.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Settlement Agreement executed by, on the one hand, the Receiver, and on the other hand, Shih-Hao Lai Aka Jimmy Lai and Swift Payments.

5. On February 15, 2023, I emailed copies of the Settlement Agreements to counsel for all parties in this litigation and to Defendant Kaine Wen, asking if they had any opposition to approval of the settlements. I requested a response no later than 10:00 a.m. on February 17, 2023. I heard back from the Consumer Financial Protection Bureau, which has not raised any objection to the settlement, and the State of Minnesota, which takes no position on the settlement. I had not heard back from and was unable to reach the People of the State of California, the State of North Carolina, and Defendant Kaine Wen regarding their positions by the time of filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of February, 2023, in San Diego, California.

By: /s/ Andrew M. Greene
Andrew M. Greene