Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>***EX PARTE* APPLICATION TO PRESENT *IN CAMERA* THE DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:   5A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Thomas W. McNamara, in his capacity as the Court-appointed receiver, hereby applies *ex parte* for an Order allowing him to present the Declaration of Thomas W. McNamara in support of the Motion to Approve Settlement Agreements with Non-Parties (1) National Merchant Center, Inc. and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments ("*Ex Parte* Application") *in camera*.  This *Ex Parte* Application is being made pursuant to Local Rule 79-6.2 and for good

cause shown.  The Consumer Financial Protection Bureau has not raised any objection to the *Ex Parte* Application. The State of Minnesota takes no position on the *Ex Parte* Application. The People of the State of California, the State of North Carolina, and Defendant Kaine Wen had not provided a position by the time of filing.

This application is based upon this *Ex Parte* Application, the accompanying Memorandum of Points and Authorities, Declaration of Andrew M. Greene in support of the Receiver's *Ex Parte* Application, and proposed order, all of the Court's files and records in this action, and such other and further argument as may be presented to the Court.

Dated:  February 17, 2023             MCNAMARA SMITH LLP

By:  /s/ Andrew M. Greene
    Andrew M. Greene
    *Attorneys for Receiver,*
    *Thomas W. McNamara*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of February, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*