Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**DECLARATION OF ANDREW M. GREENE IN SUPPORT OF *EX PARTE* APPLICATION TO PRESENT *IN CAMERA* THE DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM: 5A |

1     I, Andrew M. Greene, hereby declare as follows:

2     1.     I am counsel of record for the Court-appointed receiver in this matter, Thomas W. McNamara ("Receiver").  I make this declaration in support of the Receiver's *Ex Parte* Application to Present *In Camera* the Declaration of Thomas W. McNamara in Support of Motion to Approve Settlement Agreements with Non-Parties (1) National Merchant Center, Inc. and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments ("*Ex Parte* Application").  I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would competently testify to the facts stated herein.

3     2.     The Receiver's declaration in support of the Motion to Approve Settlement Agreements provides factual background on the issues in dispute and the parties' negotiations, and it discusses the reasons why the Receiver believes the settlement is in the best interests of the Receivership Estate.  It therefore discusses the Receiver's investigation and the Receiver's litigation evaluation and strategy.

4     3.     The Receiver made the decision to apply for leave to present his declaration *in camera* so that if the Court ultimately denies the Motion and/or NMC and/or Shih-Hao Lai aka Jimmy Lai And Swift Payments were to breach our agreements making further litigation necessary, the Receivership Estate's claims will not be prejudiced by any material in the Receiver's declaration.

5     4.     In compliance with L.R. 7-19, contact information for counsel for Plaintiff Consumer Financial Protection Bureau ("CFPB") is as follows:

**Counsel for Plaintiff Consumer Financial Protection Bureau**
Jesse Stewart
Nathan Dimock
Sarah Preis
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel: 202-435-9198 (ND)
Tel: 202-435-9318 (SP)
Tel: 202-435-9651 (JS)
nathan.dimock@cfpb.gov; sarah.preis@cfpb.gov; jesse.stewart@cfpb.gov

5. In compliance with L.R. 7-19, contact information for counsel for Plaintiff the People of the State of California is as follows:

> **Counsel for Plaintiff the People of the State of California**
> Christina V. Tusan, Supervising Deputy City Attorney
> Miguel J. Ruiz
> William R. Pletcher
> Jose A. Egurbide
> Louisa O. Kirakosian
> Office of the City Attorney
> 200 N. Main Street, 500 City Hall East
> Los Angeles, CA 90012-4131
> Tel.:   213-978-8707
> Fax:   213-978-8112
> christina.tusan@lacity.org; miguel.j.ruiz@lacity.org; william.pletcher@lacity.org; jose.egurbide@lacity.org; louisa.kirakosian@lacity.org

6. In compliance with L.R. 7-19, contact information for counsel for Plaintiff the State of North Carolina is as follows:

> **Counsel for Plaintiff the State of North Carolina**
> M. Lynne Weaver
> North Carolina Department of Justice
> The State of North Carolina
> 114 W. Edenton Street
> Raleigh, NC 27602
> Tel.:   919-716-6000
> Fax:   919-716-6050
> lweaver@ncdoj.gov

7. In compliance with L.R. 7-19, contact information for counsel for Plaintiff the State of Minnesota is as follows:

> **Counsel for Plaintiff the State of Minnesota**
> Evan Romanoff (Pro Hac Vice)
> Assistant Attorney General
> The State of Minnesota
> 445 Minnesota Street, Suite 1200
> St. Paul, MN 55101-2130
> Tel.:   651-757-1454
> evan.romanoff@ag.state.mn.us

8. In compliance with L.R. 7-19, contact information for Defendant Kaine Wen is as follows:

> Kaine Wen
> 146 Bishop Landing
> Irvine, CA 92620

Tel.: 626-563-7908
kainewen@gmail.com
*In Pro Per*

9. In compliance with L.R. 7-19.1, on February 15, 2023, at approximately 5:55 p.m., I emailed CFPB's counsel, Jesse Stewart, to inform him that the Receiver would be filing an *ex parte* application. Mr. Stewart called me on February 17, 2023 and informed me that the CFPB has not raised any objections to the settlements or to the *Ex Parte* Application.

10. In compliance with L.R. 7-19.1, on February 15, 2023, at approximately 5:55 p.m., I emailed counsel for the People of the State of California, Christina V. Tusan, to inform her that the Receiver would be filing an *ex parte* application. On February 17, 2023, I also called Ms. Tusan, but was unable to reach her.

11. In compliance with L.R. 7-19.1, on February 15, 2023, at approximately 5:55 p.m., I emailed counsel for the People of the State of North Carolina, Lynne Weaver, to inform her that the Receiver would be filing an *ex parte* application. On February 17, 2023, I also called Ms. Weaver, but was unable to reach her.

12. In compliance with L.R. 7-19.1, on February 15, 2023, at approximately 5:55 p.m., I emailed counsel for the People of the State of Minnesota, Evan Romanoff, to inform him that the Receiver would be filing an *ex parte* application. On February 17, 2023, I called Mr. Romanoff and he informed me that he was not taking a position as to the settlements or to the *Ex Parte* Application.

13. In compliance with L.R. 7-19.1, on February 15, 2023, at approximately 5:55 p.m., I emailed Kaine Wen, to inform him that the Receiver would be filing an *ex parte* application. On February 17, 2023, I also called Mr. Wen, but was unable to reach him.

14. Concurrent with this filing, I am causing the *Ex Parte* Application and all supporting papers to be served on such counsel via PACER CM/ECF.

15. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of February, 2023, in San Diego, California.

By: /s/ Andrew M. Greene
     Andrew M. Greene