CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, <br><br> Defendants, and <br><br> Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., <br><br> Relief Defendants | CASE NO. 8:19-CV-01998 MWF (KSx) <br><br> Hon. Michael W. Fitzgerald <br><br> **[PROPOSED] ORDER GRANTING KAINE WEN'S EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT** <br><br><br> Date: N/A <br> Time: N/A <br> Judge: Hon. Michael W. Fitzgerald <br> Courtroom: N/A <br><br>  <br><br> Action Filed: October 21, 2019 |

1

[PROPOSED ORDER] GRANTING KAINE WEN'S EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

**[PROPOSED]**

**ORDER**

Before the Court is the Ex Parte Application by Defendant Kaine Wen to reopen discovery and continue the hearing on Plaintiffs' Motion for Summary Judgment under, respectively, Rules 16(b)(4) and 56(d) of the Federal Rules of Civil Procedure.

The Court, having considered the Motion, all filings in support of or in opposition to the Motion, and good cause appearing, the Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1. The Scheduling Order in this action is modified and discovery is reopened in this action on the matters raised in Plaintiffs' Motion for Summary Judgment.

2. The hearing on Plaintiffs' Motion for Summary Judgment is continued to allow for the requested discovery to a new hearing date which shall be as follows: _____, 2023 at _____.

DATED: _____

_____
Honorable Michael W. Fitzgerald

United States District Judge