CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per



FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2023
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>    Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>    Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>    Relief Defendants | CASE NO. 8:19-CV-01998 MWF (KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       N/A<br>Time:       N/A<br>Judge:      Hon. Michael W. Fitzgerald<br>Courtroom:  N/A<br><br><br><br><br>Action Filed:   October 21, 2019 |

1

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN
DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY
JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

## KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

I, Kaine Wen, declare as follows:

1. I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2. Plaintiffs filed their Motion for Summary Judgment (the "Motion") on January 30, 2023.

3. I was under the supervision of the Federal Bureau of Prisons ("BOP") from September 3, 2021 to December 23, 2022.

4. From September 3, 2021 to August 8, 2022, I was in custody at Federal Correctional Institution Sheridan in Oregon where I had no access to the internet or a cell phone, computer, laptop, tablet, or typewriter.

5. From August 8 to December 23, 2022, I was under temporary housing, monitoring, and transitional services at the GEO Residential Reentry Center in El Monte, California where I had only limited access to a cell phone and internet.

6. I did not receive all the filings, documents, and evidence in this case during my 15+ months under BOP supervision.

7. I wish to conduct discovery in order to oppose Plaintiffs' Motion and the new evidence referenced and new issues raised.

8. It is necessary for me to conduct discovery now because I was unable to do so while under BOP supervision.

9. I am unable to afford my own counsel.

2

CASE NO. 8:19-CV-01998-MWF(KSx)

10. I currently work full time, 40 hours per week.

11. I am currently under the supervision of United States Probation and following strict requirements for drug testing, alcohol and substance abuse treatment, and mental health counseling.

12. I need additional time to prepare my opposition to Plaintiffs' long and voluminous Motion and the disputed factual issues it contains while working full time and fulfilling my United States Probation obligations.

13. Plaintiffs requested to extend the trial date to September 12, 2023, email attached hereto as Exhibit A.

14. I requested to extend the hearing on the Motion to May 15, 2023, email attached hereto as Exhibit B.

15. Following my February 16, 2023 meet and confer with Plaintiffs, Plaintiffs emailed me a proposal to extend the trial date to September 12, 2023 and the hearing on the Motion to April 24, 2023, email attached hereto as Exhibit C.

16. When I realized I needed more time to conduct discovery, I emailed Plaintiffs my request for more time, and Plaintiffs replied indicating they would likely oppose any attempt to reopen discovery, email exchanges attached hereto as Exhibit D.

17. Following my February 22, 2023 meet and confer with Plaintiffs, Plaintiffs emailed me indicating they would oppose a motion to request more time to conduct discovery, email attached hereto as Exhibit E.

18. As before, I do not intend to waive, and specifically reserve, any rights, privileges, protections, or immunities applicable to the attachments hereto, including, without limitation, the attorney-client privilege, the attorney work product doctrine, the settlement communication privilege, any privacy rights, and my privilege against self-incrimination.

3

CASE NO. 8:19-CV-01998-MWF(KSx)

Executed on February 24, 2023 at Los Angeles County, California.

_____
Kaine Wen

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT A

 Gmail

Kaine Wen <kainewen@gmail.com>

---

**CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order**

Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>  Tue, Feb 14, 2023 at 9:00 AM
To: "kainewen@gmail.com" <kainewen@gmail.com>
Cc: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>, "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Dear Mr. Wen,

We write regarding the scheduling order in place in *Bureau of Consumer Financial Protection et al. v. Consumer Advocacy Center Inc., et al*, Case No. 8:19-cv-01998 MWF (KSx). Plaintiffs would like to seek an extension of the trial date and the pretrial deadlines in this matter. We think an extension would benefit all parties and can explain further during our call with you regarding this proposed extension. Pursuant to the Trial Court's Orders (ECF 350, ECF 378, attached) and the Local Rules for the Central District of California, extending the trial date and final pretrial conference would also extend several deadlines tied to those dates. For example, the meeting of counsel before the final pretrial conference currently must take place before March 8, 2023, but under the proposed revised schedule, would have to take place prior to July 19, 2023. *See* L.R. 16-2. Relatedly, we would like to confirm that you intend for this matter to be tried before the judge and without a jury.

We would like to set up a time to meet and confer with you regarding Plaintiffs' proposed extension. If you agree with the requested relief, then we can style this as a joint motion, or we can note that you do not oppose the requested relief.

Please let us know if you are available this week for a call to discuss, ideally sometime tomorrow (Wednesday, February 15) or Thursday (February 16).

Thanks and we look forward to hearing from you,

Sarah

|  | Current | Proposed |
|---|---|---|
| File Status Report Regarding Settlement | March 27, 2023 | August 7, 2023 |

5

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

| | | |
|---|---|---|
| File Motions *In Limine* and *Daubert* Motions | | |
| Lodge Pretrial Conference Order<br><br>File Oppositions to Motions *in Limine* | April 3, 2023 | August 14, 2023 |
| Lodge Findings of Fact and Conclusions of Law, and Summaries of Direct Testimony | April 10, 2023 | August 22, 2023 |
| Final Pretrial Conference and Hearing on Motions *in Limine* | April 17, 2023, at 11:00 a.m. | August 28, 2023 at 11:00 a.m. |
| Court Trial (Est. 10 to 40 Days) | May 2, 2023, at 8:30 a.m. | September 12, 2023 at 8:30 a.m. |

2 attachments

- 350 - Scheduling Order.pdf
  172K
- 378 - Revised Scheduling Order.pdf
  119K

6

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT B

 Gmail

Kaine Wen <kainewen@gmail.com>

**CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order**

Kaine Wen <kainewen@gmail.com>  Wed, Feb 15, 2023 at 2:23 PM
To: "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>
Cc: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>, "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Dear Ms. Preis,

I am confirmed for the meet and confer scheduled for Thursday at 1:30 PM PST.

Regarding the extension of time for the hearing of Plaintiffs' motion for summary judgment, I am seeking an extension to May 15, 2023.

Thank you.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT C

 Gmail

Kaine Wen <kainewen@gmail.com>

### CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order

**Stewart, Jesse (CFPB)** <Jesse.Stewart@cfpb.gov>   Fri, Feb 17, 2023 at 12:32 PM
To: Kaine Wen <kainewen@gmail.com>, "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>
Cc: "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Dear Mr. Wen,

Thank you for meeting and conferring with us yesterday about our proposed extension of the pretrial and trail deadlines. During our call, you indicated that you would agree to the dates proposed below if we would agree to moving the hearing date on Plaintiffs' motion for summary judgment back to April 17, to allow you four additional weeks to file an opposition to Plaintiffs' motion. You indicated that you need more time due to the complexity of the issues, that you may dispute some facts, and that you may need to hire an attorney. We agreed to raise your request with our managers, and also asked if you would consider a shorter extension of two or three weeks (you indicated that was not acceptable).

Due to Bureau staff's leave schedules, we are unable to accommodate a four-week extension of your opposition deadline to March 27. That said, we are willing to agree to a slightly shorter extension (albeit longer than what we originally suggested) in an effort to reach an agreement. Specifically, we are willing to agree to moving the hearing on our motion for summary judgment to April 24, provided that your opposition would be due March 22 (just three fewer business days than you requested) and our reply would be due April 5. We think this proposal accommodates our timing constraints and provides you more time to address the concerns you raised. Please note that when we originally calendared the March 20 hearing date, we scheduled it seven weeks after our filing rather than the four-week minimum required by the local rules, thus allowing you four weeks to prepare an opposition. And given the circumstances, we think this still provides you ample time to prepare an opposition brief.

Please let us know as soon as possible if you agree to the above schedule related to Plaintiffs' summary judgment motion and Plaintiffs' proposed pre-trial and trial schedule, as set forth below. We can only agree to extend the summary judgment briefing schedule if you will agree to extend the trial dates, as otherwise the new summary judgment hearing date would be about a week before trial is to start, which we do not believe would be an efficient use of the parties' or the Court's time.

In addition, during our call yesterday, we asked you to clarify whether you seek a jury trial on any issues. As we noted, you made a demand for a jury trial but your prior attorney did not indicate that you sought a jury trial in the Rule 26(f) report. You stated that you would get back to us by Monday, February 22, regarding whether you would like to try any issues before a jury. Please note that we do not necessarily agree that you are entitled to a jury trial.

We look forward to hearing from you at your earliest convenience and thank you,

Jesse

Jesse Stewart
Enforcement Attorney

8

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT D

 Gmail

Kaine Wen <kainewen@gmail.com>

---

**CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order**

Kaine Wen <kainewen@gmail.com>     Mon, Feb 20, 2023 at 11:00 PM
To: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>
Cc: "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Dear All,

In order to conduct discovery, I will require more time than I originally requested and anticipated. As part of that discovery, I seek to take depositions of your declarants, Albert Kim and Tuong Nguyen. Please let me know if you can assist in coordinating those depositions, or whether I must reach out to their respective attorneys.

Please let me know if you are agreeable to a longer extension of time. I am available Wednesday at 1:30 PM (PST) for a meet and confer. I look forward to hearing from you.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]

---

9

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT



Kaine Wen <kainewen@gmail.com>

## CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order

**Dimock, Nathan (CFPB)** <Neve.Dimock@cfpb.gov>  Tue, Feb 21, 2023 at 1:11 PM
To: Kaine Wen <kainewen@gmail.com>, "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>
Cc: "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Mr. Wen,

We are available to meet and confer with you on Wednesday at 1:30 PM CT, and will send a meeting invite with call-in details. However, we note in advance that we are confused by your statement that you intend to take deposition testimony given that general discovery closed on December 1, 2022. We identified Mr. Nguyen and Mr. Kim as percipient witnesses on our joint Rule 26(f) Report that we filed on September 9, 2021, you have had the Nguyen declaration for over a year, the Kim declaration for over four months, and we filed our motion for summary judgment on January 30. As a result, it is likely the Bureau would oppose any attempt to reopen discovery at this late juncture, though we are happy to hear your points on this.

In addition, you have not responded to the requests in our email of February 17, 2023, including our request that you clarify whether you seek a jury trial on any issues. You indicated on our call on February 16, 2023, that you would provide us with your position by yesterday. Please clarify your position with respect to a jury trial as soon as possible and we note that we do not necessarily agree that you are entitled to a jury trial.

Best regards,

Nathan

N. Nathan Dimock
*Senior Litigation Counsel*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Office: 202-435-9198
Mobile: 202-578-1008
consumerfinance.gov

[Quoted text hidden]

---

10

---

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

 Gmail

Kaine Wen <kainewen@gmail.com>

**CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order**

Kaine Wen <kainewen@gmail.com> Wed, Feb 22, 2023 at 1:22 AM
To: "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>
Cc: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>, "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Mr. Dimock,

I wish to conduct discovery on issues Plaintiffs raised in their Motion for Summary Judgment.

Please note that I was under the supervision of the Federal Bureau of Prisons from September 3, 2021 to December 23, 2022 and I have been Pro Per since May of 2022.

I wish to retain my rights to a jury trial for the claims where a jury trial is available to me.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*
[Quoted text hidden]

11

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT E

 Gmail

Kaine Wen <kainewen@gmail.com>

**CFPB v. CAC - request for meet and confer regarding proposed changes to scheduling order**

Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>  Wed, Feb 22, 2023 at 7:14 PM
To: Kaine Wen <kainewen@gmail.com>, "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>
Cc: "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>

Dear Mr. Wen,

Thank you for speaking with us today. Based on our call, we understand that you are considering filing a motion pursuant to Rule 56(d) seeking 90-120 days of additional discovery. As we discussed, Plaintiffs would oppose such a motion.

During our call, we also discussed the conference of the parties pursuant to Local Rule 16-2. We explained that our understanding is that we must meet and confer by no later than March 8. Local Rule 16-2 requires that the parties conduct this meet and confer in person. During the call, we asked for your availability to meet and confer between March 6-8. You responded that you would need to get back to us and then asked us to propose dates and times. In response to your request, please let us know your availability to meet and confer on March 7 or 8 between 9 am and 3 pm PT. Please provide your response by no later than Thursday so that we can make the necessary arrangements on our end.

Sincerely,

[Quoted text hidden]

KAINE WEN'S DECLARATION IN SUPPORT OF THE EX PARTE APPLICATION TO REOPEN DISCOVERY AND CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT