**F I L E D**
CLERK, U.S. DISTRICT COURT

2/27/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Rita Sanchez _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
| Plaintiffs, | **ORDER GRANTING LEAVE TO PRESENT *IN CAMERA* THE DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS** [427] |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | |

The Court having reviewed and considered the Receiver's *Ex Parte* Application to Present *In Camera* the Declaration of Thomas W. McNamara in Support of his Motion to Approve Settlement Agreement with Non-Parties (1) National Merchant Center, Inc. and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments, Memorandum of Points and Authorities, the Declaration of Andrew M. Greene, and Defendants' opposition, if any, and good cause shown,

**IT IS THEREFORE ORDERED** that:

1.     The Receiver's *Ex Parte* Application to Present *In Camera* the Declaration of Thomas W. McNamara in Support of Motion to Approve Settlement Agreements with Non-Parties (1) National Merchant Center, Inc. and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments is GRANTED.  The Receiver may present the Declaration of Thomas W. McNamara in Support of his Motion to Approve Settlement Agreements *in camera* for the Court's review and consideration.

**IT IS SO ORDERED.**

Dated: ___February 27, 2023___

_____
Hon. Michael W. Fitzgerald
United States District Judge