UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENTS WITH NON-PARTIES (1) NATIONAL MERCHANT CENTER, INC. AND (2) SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS** |

Thomas W. McNamara, as Court-appointed receiver, has applied to the Court for approval of the Settlement Agreements with Non-Parties (1) National Merchant Center, Inc. ("NMC"); and (2) Shih-Hao Lai aka Jimmy Lai and Swift Payments (collectively, "Lai").

Having reviewed the motion of the Receiver, the Settlement Agreements attached to the motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the Settlement Agreements are hereby APPROVED. The Court shall retain jurisdiction over the interpretation and enforcement of the agreements.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
Michael W. Fitzgerald
United States District Judge