FILED

Name: Kaine Wen

Address: 146 Bishop Ln.
Irvine, CA 92620

Phone: (626) 563-7408

Fax: Kainwen@Gmail.com

In Pro Per

2023 MAR 27 PM 3:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Bureau of Consumer Financial Protection et Al.

Plaintiff

v.

Consumer Advocacy Center inc.

Defendant(s).

CASE NUMBER:

8:19-cv-01998 MWF (KSx)

(Enter document title in the space provided above)

Index To Exhibits.

_Page Number_

**INDEX TO EXHIBITS**

| | |
|---|---|
| Def.'s Ex. 1 | Electronic Merchant Systems merchant account application package |
| Def.'s Ex. 2 | Kaine Wen 2017 Trust, Article 6.1 |
| Def.'s Ex. 3 | Consumer Advocacy Center Inc. 2014 Articles of Incorporation |
| Def.'s Ex. 4 | April 2016 email re: requesting consumer fee amounts |
| Def.'s Ex. 5 | Consumer Advocacy Center Inc. 2015 Profit and Loss |
| Def.'s Ex. 6 | Consumer Advocacy Center Inc. 2016 Profit and Loss |
| Def.'s Ex. 7 | Consumer Advocacy Center Inc. Jan-May 2017 Profit and Loss |
| Def.'s Ex. 8 | Consumer Advocacy Center Inc. 2017 Profit and Loss |
| Def.'s Ex. 9 | December 2018 email re: Corporate Bankruptcy |
| Def.'s Ex. 10 | December 2018 email re: bankruptcy recommendation |
| Def.'s Ex. 11 | July 2017 Greenspoon engagement letter |
| Def.'s Ex. 12 | July 2017 email re: aggressive states |
| Def.'s Ex. 13 | February 2018 email re: Client Trust Account |
| Def.'s Ex. 14 | February 2018 email re: No Advance Fee - Compliance |
| Def.'s Ex. 15 | July 2018 email re: inquiry to AMP |
| Def.'s Ex. 16 | July 2018 email re: inquiry to RAM |
| Def.'s Ex. 17 | September 2018 email re: Advanced payments |
| Def.'s Ex. 18 | First Priority LLC RAM Application |
| Def.'s Ex. 19 | October 2018 email re: AMP application and checklist |
| Def.'s Ex. 20 | August 2018 email re: Screen Shots of Final Repayment – Proof of Work |
| Def.'s Ex. 21 | November 2018 email re: RAM Service Agreement |
| Def.'s Ex. 22 | December 2018 email re: AVS restriction |
| Def.'s Ex. 23 | March 2019 DAP flowchart [ECF No. 75-2] |
| Def.'s Ex. 24 | Declaration of Jimmy Lai In Support Of Defendants' Response To Order To Show Cause Why Preliminary Injunction Should Not Issue |
| Def.'s Ex. 25 | Submitted TEST Welcome Email |
| Def.'s Ex. 26 | Declaration of Nicole Balestreri In Support Of Defendants' Response To Order To Show Cause Why Preliminary Injunction Should Not Issue |
| Def.'s Ex. 27 | October 2018 Sales Compliance Memo |
| Def.'s Ex. 28 | October 2018 email re: DRAFT – FPS Sales Compliance Memo |
| Def.'s Ex. 29 | October 2018 email re: IMMEDIATE ACTION REQUIRED – Sales Compliance Memo |
| Def.'s Ex. 30 | Zero Tolerance Policy [ECF No. 75-1] |
| Def.'s Ex. 31 | Prime Compliance Memos |
| Def.'s Ex. 32 | August 2019 email re: Processing Protocols |
| Def.'s Ex. 33 | Telemarketing Memos |
| Def.'s Ex. 34 | Disciplinary Action Charts |
| Def.'s Ex. 35 | Declaration of Shirena Huizar In Support Of Defendants' Response To Order To Show Cause Why Preliminary Injunction Should Not Issue |
| Def.'s Ex. 36 | Summary of Ultron's checks |

| Def.'s Ex. 37 | July 2017 email re: registering with CFPB's online company portal |
| Def.'s Ex. 38 | August 2019 email re: CFPB Login |
| Def.'s Ex. 39 | Declaration of Adon Janse In Support Of Defendants' Response To Order To Show Cause Why Preliminary Injunction Should Not Issue |
| Def.'s Ex. 40 | Re-Verification Campaign Training |
| Def.'s Ex. 41 | Re-Verification Campaign script [ECF No. 75-3] |
| Def.'s Ex. 42 | January 2023 email re: accounting request |
| Def.'s Ex. 43 | Receiver's Interim Status Report |
| Def.'s Ex. 44 | Receiver's Second Interim Status Report |
| Def.'s Ex. 45 | Receiver's Third Interim Status Report |
| Def.'s Ex. 46 | Receiver's Fourth Interim Status Report |
| Def.'s Ex. 47 | Case accounting summary chart |
| Def.'s Ex. 48 | 2016, 2017, and 2018 1099s from CAC |
| Def.'s Ex. 49 | TCS Profit and Loss: All Dates [ECF No. 75-1] |
| Def.'s Ex. 50 | Prime Profit and Loss: All Dates [ECF No. 75-1] |
| Def.'s Ex. 51 | Consumer Advocacy Center Inc. 2017 Statement of Information |
| Def.'s Ex. 52 | Declaration of Keneth Hu |
| Def.'s Ex. 53 | Consumer Advocacy Center Inc. 2018 Profit and Loss |
| Def.'s Ex. 54 | Horizon Consultants Accounting [ECF No. 75-1] |
| Def.'s Ex. 55 | SL Business Legitimate Expenses Summary Chart |

Def.'s Ex. 1

DocuSign Envelope ID: DEC01BE6-0424-4D9A-AB20-DB5C0AF9717A

  

# DISCLOSURE PAGE

## MEMBER BANK (ACQUIRER) INFORMATION

☐ For Merchant Numbers beginning 564

| | |
|---|---|
| Acquirer Name: | Chesapeake Bank |
| Acquirer Address: | 5000 Foundation Street |
| | Williamsburg, VA 23188 |
| Acquirer Phone: | 757-941-1335 |

☐ For Merchant Numbers beginning 623

| | |
|---|---|
| Acquirer Name: | Merrick Bank |
| Acquirer Address: | Merchant Services Dept. |
| | 135 Crossways Park Drive North |
| | Suite A |
| Acquirer Phone: | Woodbury, NY 11797 |
| | 800-267-2256 |

### IMPORTANT MEMBER BANK (ACQUIRER) RESPONSIBILITIES

1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a Merchant.

2. A Visa Member must be a principal (signer) to the Merchant Agreement.

3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply.

4. The Visa Member is responsible for and must settle with funds with the merchant.

5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

## MERCHANT INFORMATION

| | |
|---|---|
| Merchant Name: | Premier Student Loan Center |
| Merchant Address: | 29901 Santa Margarita Pkwy Suite 200F     Rancho Santa Margarita     CA     92688 |
| Merchant Phone: | (888) 548-0476 |

### IMPORTANT MERCHANT RESPONSIBILITIES

1. Ensure compliance with cardholder data security and storage requirements.
   **(Go to www.Visa.com, select Small Business and Merchants, select Operations and Risk Management, select Cardholder Information Security Program)**

2. Maintain fraud and chargeback below thresholds.

3. Review and understand the terms of the Merchant Agreement.

4. Comply with Visa Operating Regulations.
   **(Go to www.Visa.com, select Small Business and Merchants, select Operations and Risk Management, select Rules for Visa Merchants)**

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the merchant have any problems.

| | |
|---|---|
| Kaine Wen | 11/2/2015 |
| Merchant's Signature | Date |
| Kaine Wen         General Counsel | |
| Merchant's Printed Name & Title | |

White Copy - EMS     Yellow Copy - Merchant

DocuSign Envelope ID: DEC01BE6-0424-4D9A-AB20-DB5C0AF9717A


electronic
merchant
systems

**Internet Acknowledgement**

In order to comply with all Visa and MasterCard regulations governing Internet credit card sales, Electronic Merchant Systems requires that you will <u>not</u> accept credit card transactions through your website and/or e-mail and then manually enter them into your POS equipment or software.   You must obtain a separate and secure e-commerce merchant account to accept credit card transactions for products and service purchased through a website or the internet.

Business Name: _Premier Student Loan Center_

Owner Signature: _____   Date: _11/2/2015_

EMS Representative: _Stephanie Preidis_   Date: _____

EMS Office Number: _160_

DocuSign Envelope ID: DEC01BE6-0424-4D9A-AB20-DB5C0AF9717A

0416 AR

electronic merchant systems | **Merrick Bank** | CHESAPEAKE BANK

SPONSORED BY
☐ Chesapeake Bank   ☐ Merrick Bank
   Kilmarnock, VA        South Jordan, UT

5000 Roadside Road, Penthouse 105,
Independence, Ohio 44131
Phone: 800-726-2117
Fax: 216-674-3115
www.emsmerchant.com

**MERCHANT AGREEMENT**

Merchant acknowledges that its obligations to E&G and Bank under this agreement relate to EMS processing of transactions on behalf of Merchant and that, as such, this agreement is solely for commercial and business purposes, and not for personal, family or household purposes.

**Merrick Bank**
135 Crossways Park Drive North, Suite A,
Woodbury, NY 11797    800-367-2209
**Chesapeake Bank**
3000 Foundation St, Williamsburg, VA
22488    757-941-7200

| MCC | | MN | |
|---|---|---|---|
| Office Number  160 | Account Mgr  **Michael Anthony** | | Account Rep  **Stephanie Preidis** |

**BUSINESS NAME (S)**

| Corporate or Legal Name  **Consumer Advocacy Center Inc.** | No. Locations  **2** | Doing Business As  **Premier Student Loan Center** | |
|---|---|---|---|

| Corporate Address  **29901 Santa Margarita Pkwy Suite 200F** | | Same As Corporate ☐ | Location Address |
|---|---|---|---|

| City  **Rancho Santa Margarita** | State **CA** | Zip **92688** | City | State | Zip |
|---|---|---|---|---|---|

| Telephone Number  **( 888 ) 548-0476** | Fax Number  ( ) | Telephone Number ( ) | Alternate Phone ( ) |
|---|---|---|---|

| Federal Tax ID  **47-1590303** | Contact Person | Email Address  **kaine@premierstudentloancenter.com** | Mail To: ☐ Corporate ☐ Location |
|---|---|---|---|

**MERCHANT PROFILE**  ‖  **PROCESSING HISTORY**

Type of Ownership: ☐ Sole Proprietor  ☑ Corporation  ☐ Partnership  ☐ LLC
Type of Goods Sold _____ (Brief use only) SIC/MCC ___

Length of Ownership  YRS **15**  MOS ___
Length at Location  YRS **1**  MOS ___
Year Business Established  **2014**

Web Address  **http://premierstudentloancenter.com/**

| Has this business or any associated owner ever been terminated as a VISA®/MasterCard®/Discover®/American Express® merchant? | | ☐ YES ☐ NO |
|---|---|---|
| Do you currently accept VISA®/MasterCard®/Discover®/American Express®? If YES, please submit 3 most current monthly statements. | American Express® | ☐ YES ☐ NO |
| Are your third parties/payment applications involved with your payment process? If YES, identify. | NO | ☐ YES ☐ NO |
| Is your business PCI compliant? | YES | ☐ YES ☐ NO |
| Has your business had any ongoing or prior data compromise investigations? | NO | ☐ YES ☐ NO |

**CREDIT CARD TRANSACTION PROFILE**

☐ Retail
☐ Restaurant w/Tip
☐ Lodging
☐ Trade/Craft Shows
☐ Mail/Phone Order
☑ Internet
☐ Service

On Premise Sales ___%
Off Premise Sales ___%
Mail Order ___%
Telephone Order ___%
Internet **100**%
**MUST TOTAL 100%**

Sales Swiped Through POS terminal ___%
Sales Keyed Into POS terminal **100**%
**MUST TOTAL 100%**

Additional Services _____ Merchant Number _____
American Express _____  ☐ EDC ☐ Auth
Diners Club _____  ☐ EDC ☐ Auth

**OWNERS AND OFFICERS**

| Name (1)  **Kaine Wen** | Title  **Gen Counsel** | Residential Address, City, State, Zip, County  **777 E Sierra Madre Ave** | | Drivers License Number |
|---|---|---|---|---|
| SSN  **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** | Equity Ownership **47.5**% | Time at Residence YRS MOS  ☐ Own ☐ Rent | Date of Birth  **11-15-1977** | Residence Telephone **424-333-8290** |
| Name (2) | Title | Residential Address, City, State, Zip, County | | Drivers License Number |
| SSN | Equity Ownership % | Time at Residence YRS MOS  ☐ Own ☐ Rent | Date of Birth / / | Residence Telephone ( ) |

| BANK REFERENCE  **JP Morgan Chase Bank** | Account #  **628611522** | Telephone Number ( ) | Contact |
|---|---|---|---|
| TRADE REFERENCE  **Jay LaRue** | Account # | Telephone Number  **714-619-5730** | Contact |
| TRADE REFERENCE | Account # | Telephone Number ( ) | Contact |
| TRADE REFERENCE | Account # | Telephone Number ( ) | Contact |

**MERCHANT SITE INSPECTION REPORT** (must be completed by sales representative)

Merchant Location: ☐ Shopping Center  ☐ Retail Storefront  ☐ Residence  ☐ Mobile Merchant  ☐ Office Building
Area is Zoned: ☐ Commercial  ☐ Residential  ☐ Industrial
Square Footage: ☐ 0-250  ☐ 251-500  ☐ 501-2000  ☐ 2001+

Does the inventory, merchandise, and staff appear to be consistent with the type of business?  ☐ YES  ☐ NO  If no, please explain

| The Merchant ☐ Owns ☐ Leases | Landlord's Name or Mortgage Holder | Telephone Number ( ) |
|---|---|---|

General Comments by Inspector

I hereby verify that I ☐ have ☐ have not physically inspected the business premises of the merchant at this address and the information stated above is correct to the best of my knowledge.
Signature of Rep/Inspector _____  Date ___ / ___ / ___

©2015 Electronic Merchant Systems.    Electronic Merchant Systems is a registered ISO/MSP of Chesapeake Bank, and Merrick Bank

DocuSign Envelope ID: DEC01BE6-0424-4D9A-A820-DB5C0AF9717A

## MERCHANT AGREEMENT

0415.AR

### DEBIT / CREDIT AUTHORIZATION

MERCHANT hereby authorizes BANK and EMS in accordance with this MERCHANT Agreement to initiate debit/credit entries to MERCHANT'S checking account as indicated below. This authority is to remain in full force and effect during the term of the Agreement. This authorization extends to such entries in said account concerning lease, rental or purchase agreement applying to POS terminal, accompanying equipment, check guarantee fees and/or gift/loyalty card fees.

STAPLE CHECK HERE

**DO NOT USE A DEPOSIT TICKET**
**MAKE SURE CHECK IS VOIDED PROPERLY**
**CHECK MUST BE MICR ENCODED WITH ABA ROUTING NUMBER AND ACCOUNT NUMBER**
**MAKE SURE CHECK IS PRE-PRINTED WITH MERCHANT BUSINESS NAME**

### AMERICAN EXPRESS CARD ACCEPTANCE

☐ By checking this box, Merchant elects to accept payments via American Express (Ineligible Merchants will not be enrolled). Merchant may opt out of accepting American Express Cards at any time without directly or indirectly affecting its rights to accept other Cards.

☐ By checking this box, Merchant opts out of receiving future commercial marketing communications from American Express. Note that you may continue to receive marketing communications while American Express updates its records to reflect your choice. Opting out of commercial marketing communications will not preclude you from receiving important transactional or relationship messages from American Express.

### SCHEDULE OF FEES

| | | | | | |
|---|---|---|---|---|---|
| ☐ VISA*/MasterCard*/Discover* | Discount | 2.75 % + | .20 | ¢ Transaction | $0.30 Batch Headers |
| ☐ American Express* | Discount | ___ % + | ___ | ¢ Transaction | $0.60 Voice ARU |
| ☐ Interchange Plus | Discount | ___ % + | ___ | ¢ Transaction | $15.00 Monthly 100K Data and Breach Protection 5.00 |
| ☐ Pin Debit Network | Discount | ___ % + | ___ | ¢ Transaction | $25.00 Monthly Minimum (Visa*/MasterCard*/Discover*/American Express* Discount) |
| ☐ Quote Rates | | ___ % + | ___ | ¢ Transaction | $75.00 Semi-Annual Technology Upgrade and Update |
| ☐ Quote Rates | | ___ % + | ___ | ¢ Transaction | $20.00 Monthly Access and Online Statements 5.00 |
| ☐ Quote Rates | | ___ % + | ___ | ¢ Transaction | $0.25 Third party authorizations per Transaction |
| ☐ Quote Rates Authorize.Net | Monthly | 19.00 % + | ___ | ¢ Transaction | |
| ☐ eCommerce | Monthly | ___ % + | ___ | ¢ Transaction | |

Additional charge of $.10 and 2.35% of sales amount for international, commercial, or Transactions that do not meet the best qualified interchange rate qualification criteria for credit card and unregulated signature debit transactions. Fees of $25.00 per retrieval request, $45.00 per chargeback and $45.00 per returned ACH item. For restaurants, supermarkets, hotel, passenger transport and gas station merchants, standard, reward, enhanced, and world Visa/MasterCard credit cards and unregulated signature debit cards will be surcharged .95%. Card association's network transaction fees, assessments and $.10 will be charged to the merchant on every transaction. PIN debit network fees include base switch, acquirer, interchange and authorization expenses. All signature debit card sales will be surcharged $.10 per transaction. Regulated signature debit card transactions will process at the lowest qualified credit card rate unless otherwise specified. Unregulated signature debit card transactions will process at the corresponding credit card rates otherwise specified. Merchant will pay all applicable Card Brand registration fees. Section 8 of this Agreement provides more detail as to how Merchant fees contained in this Schedule of Fees are calculated. This Schedule of Fees does not provide all information pertinent to this Merchant Agreement. Merchant is advised to thoroughly review this Agreement, including the attached terms and conditions, and to contact EMS or Bank with any questions. THE ABOVE SCHEDULE OF FEES IS PREDICATED ON THE BUSINESS

**MAX MONTHLY SALES VOLUME: $ 150,000    AVERAGE TICKET SIZE: $ 450    HIGHEST TICKET SIZE: $ 4,500**

OFFICERS AND OWNERS OF MERCHANT WARRANT THAT THE AVERAGE MONTHLY SALES VOLUME AND AVERAGE TICKET SIZE ARE ACCURATE AND ACKNOWLEDGE THAT ANY VARIANCE MAY RESULT IN THE DELAY OR THE WITHHOLDING OF FUNDS SETTLEMENT OR TERMINATION OF THE MERCHANT AGREEMENT. All information contained in the attached Merchant Application was completed by owners and/or authorized officers of Merchant, who hereby represent and warrant that all such information and documentation submitted in connection with this Merchant Application is true, complete and correct No spaces were left incomplete. N/A or None is to be filled in any space where applicable. Merchant acknowledges having received and read a copy of this agreement, including the attached Terms and Conditions which are incorporated herein by reference, that it agrees to be bound by the agreement and all of its terms, and that the agreement shall not be effective until approved by Bank and EMS. THIS IS AN AUTOMATICALLY RENEWABLE 24 MONTH MERCHANT CONTRACT. CANCELLATION DURING THE TERM WILL RESULT IN A $595 EARLY TERMINATION FEE. MERCHANT AGREES TO COMPLY WITH PCI COUNCIL DATA SECURITY STANDARDS (HEREINAFTER DEFINED) WITHIN 90 DAYS AFTER SIGNING THIS AGREEMENT. FAILURE TO DO SO WILL RESULT IN AN ADDITIONAL $60.00 MONTHLY FEE UNTIL MERCHANT BECOMES COMPLIANT. AN INVESTIGATIVE CONSUMER REPORT MAY BE MADE IN CONNECTION WITH THE ATTACHED APPLICATION. MERCHANT AUTHORIZES BANK, EMS, AND THEIR AGENTS AND AFFILIATES, OR ANY CREDIT REPORTING AGENCY EMPLOYED BY THEM TO INVESTIGATE THE REFERENCES GIVEN ON ANY OTHER STATEMENTS OR DATA OBTAINED FROM MERCHANT, OR ANY OF THE UNDERSIGNED PRINCIPALS, FOR THE PURPOSE OF THIS APPLICATION OR ANY APPLICATION FOR ACCOMPANYING POS EQUIPMENT FINANCING.

### AGREED AND ACCEPTED

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT. To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

Premier Student Loan Center

Print Merchant Name

(1) Sign X _____ General Counsel    11/2/2015
                                Title        Date

(2) Sign X _____
                                Title        Date

### CORPORATE RESOLUTION

The _____ #1 and #2 have the authority to execute the Merchant Agreement with BANK and EMS on behalf of the corporation.

Sign X _____    General Counsel    11/2/2015
                                Title        Date

By my signature, I verify that I already own a manual imprinter and will provide imprinted sales drafts whenever necessary.

Sign X _____
                                Title        Date

### PERSONAL GUARANTY FROM OWNER/OFFICER

In consideration of BANK and EMS entering into this Merchant Agreement ("Agreement") with the above named Merchant, the undersigned (jointly and severally if more than one) hereby absolutely and unconditionally guarantee(s) the full and prompt payment by MERCHANT of any and all amounts it owes to BANK and EMS, and the performance of all MERCHANT'S obligations, under the Agreement as may be subsequently amended from time to time, whether before or after termination or expiration of the Agreement. This Guaranty is a guaranty of payment, and not of collection, and a debt of the undersigned guarantor(s) for his or her own account The undersigned guarantor(s) agree(s) to pay or perform upon demand and waive(s) any notice, presentment, demand, collection from others or any delay in enforcement. This Guaranty includes (i) any amount recovered by the BANK and EMS after receipt due to any bankruptcy or similar law and (ii) BANK's and EMS's expenses including attorney fees and costs. Any sums owing by the MERCHANT to the undersigned guarantor(s) shall be subordinated to sums owed to BANK and EMS. This Guaranty is a continuing one and shall remain in force and successors and may not be changed except in writing and signed by BANK and EMS. The undersigned hereby authorizes BANK and EMS to obtain from any credit reporting agency financial and other information pertaining to the undersigned and gives BANK and EMS continuing authority to obtain such information in connection with the maintenance, renewal or extension of the Agreement. Guarantor(s) acknowledge(s) that this Guaranty is made as part of a transaction for business and commercial purposes and is not primarily for personal, family, or household purposes.

(1) Sign X _____    11/2/2015    Kaine Wen
                                Date        PLEASE PRINT NAME
        NO TITLE PERMITTED

(2) Sign X _____
        NO TITLE PERMITTED    Date        PLEASE PRINT NAME

### EMS AND BANK USE ONLY

EMS Approval _____
        Signature    Title    Date

Bank Approval _____
        Signature    Title    Date

Merchant Setup _____

Declined By _____
        Signature    Title    Date

TERMINAL ID NUMBER _____

MERCHANT NUMBER _____

Electronic Merchant Systems is a registered ISO/MSP of Chesapeake Bank, and Merrick Bank

©2015 Electronic Merchant Systems

Def.'s Ex. 2

undisposed of property shall be distributed to one or more charitable organizations selected by the Trustees.

**4.3     Rules Governing the Allocation of Trust Property**.   The Trustees shall select a date or dates of allocation or distribution for purposes of satisfying gifts and funding shares.   In allocating property to satisfy gifts and fund shares, the Trustees are authorized to allocate property in appropriate undivided interests.   Each gift or share may be satisfied or funded in cash or in kind, or partly in each.   Assets allocated in kind shall be deemed to satisfy gifts or fund shares on the basis of their fair market values at the date or dates of allocation or distribution.

In selecting assets to satisfy gifts and fund shares, property that would produce income recognition if allocated to fund a pecuniary amount shall, if possible, be allocated to fund non-pecuniary shares.   These assets should be allocated on a non-pro rata basis when funding fractional shares.   These assets include:   items of income in respect of a decedent (particularly interests in pension plans or contracts of deferred compensation paid in installments); installment sale contracts; and life insurance contracts to which the transfer for value rule under I.R.C. §101 may apply.

## ARTICLE 5
## GIFTS OF TANGIBLE PERSONAL PROPERTY

Upon my death, subject to the payment of, or satisfactory provision being made for, all my debts and taxes (including all Estate taxes), the following distributions shall be made by the Trustees from the trust estate.

All my interest in my tangible personal property, together with any insurance on such property, shall be distributed by the Trustees outright as a portion of the balance the trust estate.

## ARTICLE 6
## GIFTS OF MONEY AND OTHER PROPERTY

Upon my death, subject to the payment of, or satisfactory provision being made for, all my debts and taxes (including all Estate taxes), the following distributions shall be made by the Trustees.

**6.1     Gift of Business Interests**.   Upon my death, the Trustees shall give five percent (5%) of my business interests in the following business entities to Tuong Nguyen: Consumer Advocacy Center Inc., Natural Nine Staffing Inc., True Count Staffing Inc., All Out Staffing Inc., and House Lannister Staffing Inc.

## ARTICLE 7
## DISCLAIMERS

**7.1     Disclaimers Allowed**.   In addition to any rights granted by law, any person granted any right, title, interest, benefit, privilege, or power under this Trust Agreement may at any time renounce, release, or disclaim all or any part of that right, title, interest, benefit,

4

Def.'s Ex. 3

3700313

**STATE** *of* **CALIFORNIA**
**ARTICLES** *of* **INCORPORATION**
**A STOCK CORPORATION**

FILED
Secretary of State
State of California

ICC  AUG 0 6 2014

### ARTICLE I.

The name of this corporation is CONSUMER ADVOCACY CENTER INC.

### ARTICLE II.

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### ARTICLE III.

The name of the initial agent for service of process in the State of California for the corporation is ALBERT KIM at 5350 E. Suncrest Rd, Anaheim, 92807.

### ARTICLE IV.

The initial street address of the corporation is 5350 E. Suncrest Rd, Anaheim, CA 92807.

### ARTICLE V.

This corporation is authorized to issue only one class of shares of stock, and the total number of shares which this corporation is authorized to issue is 1,500.

### ARTICLE VI.

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California Law. The corporation is authorized to provide indemnification of agents (as defined in Section 317 of the California Corporations Code) for breach of duty to the corporation and shareholders through bylaw provisions or through agreements with the agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the California Corporations Code, subject to the limits on such excess indemnification set forth in Section 204 of the California Corporations Code.

**Dated:** August 5th, 2014

Marsha Siha, Incorporator

Def.'s Ex. 4

**Subject:** Re: Items Requested
**Date:** Friday, April 1, 2016 at 12:19:39 PM Pacific Daylight Time
**From:** Kaine Wen
**To:** albert@premierstudentloancenter.com

I already have that Client Fee Agreement. It does not have the FEES written in it, which is what we need.

The fee breakdown below does not include rehab or Premier Plus. We need to include all possible charges for their fraud department.

PLEASE TAKE THE TIME TO REPLY PROPERLY SO WE DON'T GO BACK AND FORTH UNNECESSARILY, THANKS.

> On Apr 1, 2016, at 12:14 PM, <albert@premierstudentloancenter.com> <albert@premierstudentloancenter.com> wrote:
>
> Kaine,
>
> Here is the fee breakdown.
>
> $699.00 for one time payment
>
> $266.33 for 3 month split pay
>
> $199.75 for 4 month split pay
>
> If you need anything else let me know.
>
>
> *Albert King*
> # PREMIER STUDENT LOAN CENTER
> Direct 949-207-1018
> **Toll Free 888-548-0476**
> **Fax number 888-302-3033**
> albert@premierstudentloancenter.com
> www.premierstudentloancenter.com
> **http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable**
> http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/
>
> ***** Email confidentiality notice *****
> CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If you are not the intended addressee, please notify the sender immediately and delete this message.
>
>
> <PSLClogo_centered.png><Client Agreement - test test (1).pdf>

Def.'s Ex. 5

# Premier Student Loan Center

## PROFIT AND LOSS

### January - December 2015

|  | TOTAL |
|---|---|
| **INCOME** | |
| Total Document Preparation Income | |
| Document Preparation Services-EMS | 18,540.06 |
| Document Preparation-ACH | 4,975.43 |
| **Total Total Document Preparation Income** | 23,515.49 |
| **Total Income** | $23,515.49 |
| **GROSS PROFIT** | $23,515.49 |
| **EXPENSES** | |
| 1099s | |
| Albert Kim | 550.00 |
| Chinh Huynh | 524.23 |
| German Santibanez | 2,049.15 |
| John Davi | 579.20 |
| Rumi Kim | 480.00 |
| Tuong Nguyen | 567.90 |
| **Total 1099s** | 4,750.48 |
| Advertising | 20.00 |
| Facebook | 2,712.50 |
| Mailers | 5,600.00 |
| PubClub Leads | 8,830.00 |
| **Total Advertising** | 16,162.50 |
| Bank Charges | 54.00 |
| EMS Merchant Account Fees | 732.29 |
| **Total Bank Charges** | 786.29 |
| Computer Equipment/IT | 4,184.54 |
| Debt Pay Pro Software | 1,544.52 |
| Dues & Subscriptions | 70.00 |
| Job Placement Ads | 35.00 |
| Meals and Entertainment | 314.16 |
| Office Equipment | 169.78 |
| Other General and Admin Expenses | 102.78 |
| Phone and Internet | |
| Cox | 557.48 |
| Fonality | 674.41 |
| My Fax and Answering Service | 397.74 |
| **Total Phone and Internet** | 1,629.63 |
| Rent or Lease of Buildings | |
| Rancho Canyon Office Lease | 2,544.00 |
| **Total Rent or Lease of Buildings** | 2,544.00 |
| Shipping and delivery expense | 75.39 |
| Software Expense | 37.72 |
| Supplies | 309.90 |
| Website Expense | 559.00 |

|  | TOTAL |
|---|---|
| **Total Expenses** | $35,274.70 |
| NET OPERATING INCOME | $ -11,788.90 |
| NET INCOME | $ -11,788.90 |

Def.'s Ex. 6

# Premier Student Loan Center

## PROFIT AND LOSS

### January - December 2016

|  | TOTAL |
|---|---|
| Income |  |
| Cubicle Rental Income | 32,400.00 |
| Private Loans | 8,911.17 |
| Refunds and Allowances |  |
| Check Refunds-Allowances | -299.67 |
| **Total Refunds and Allowances** | **-299.67** |
| Total Document Preparation Income |  |
| Document Preparation Services-CAC | 1,560,056.91 |
| Document Preparation Services-EMS | 397,956.44 |
| Document Preparation Services-EPS | 115,640.18 |
| Document Preparation-ACH | 24,965.25 |
| **Total Total Document Preparation Income** | **2,098,618.78** |
| **Total Income** | **$2,139,630.28** |
| GROSS PROFIT | $2,139,630.28 |
| Expenses |  |
| 1099s |  |
| Aaron Acosta | 99,789.88 |
| Albert Kim | 164,909.96 |
| Alex Morgan | 120.00 |
| Angie Canchola | 22,846.50 |
| Ashley Linder | 930.00 |
| Bradford Barnes | 375.00 |
| Brandi Ryan | 44,230.00 |
| Brian Trunick | 8,150.00 |
| Casey Kulek | 2,465.00 |
| Chau Le | 492.50 |
| Christian Sangalang | 21,757.75 |
| Corey Munden | 1,000.00 |
| Dakota Sedger | 6,107.00 |
| Danny Lewis | 11,089.00 |
| David Maithya | 3,864.17 |
| David Sparaco | 1,405.00 |
| Diego Velez | 7,425.00 |
| Eric Wolgamot | 193.06 |
| Frank Hernandez | 31,585.92 |
| German Santibanez | 4,074.82 |
| Herman Padilla | 1,110.00 |
| Jackson Miles | 10,691.27 |
| Jacob Burman | 2,615.83 |
| James Ozorkiewicz | 21,886.60 |
| James Robert Jones | 3,370.00 |
| Jeffrey Driskell | 2,442.50 |
| Jeffrey Folwell | 1,161.75 |

CFPB-20211012-00014147

| | TOTAL |
|---|---|
| John Davi | 565.93 |
| Jonathan Nuqui | 874.72 |
| Jordan Miranti | 19,285.87 |
| Joseph Livio Boylan Consulting | 3,670.00 |
| Josh Eastman | 4,529.25 |
| Josiah Shafer | 2,295.00 |
| Kaine Wen | 15,230.00 |
| Lauren Frazier | 4,165.00 |
| Mariano Lizarraras | 749.26 |
| Mark Zarrinkelk | 3,937.00 |
| Matt Govin | 16,842.00 |
| Maxwell Camp | 872.72 |
| Mick Paragatos | 5,955.00 |
| Monique Dinh | 72,304.70 |
| Morgan Peacock | 33,181.50 |
| Nathan Casey | 47,833.60 |
| Parker Kalmen | 2,715.00 |
| Patrick Johnson | 31,630.25 |
| Phil Steele | 300.00 |
| Pierre Kelman | 35,366.75 |
| Rachel Villasenor | 30,344.00 |
| Ralph Porier | 6,321.14 |
| Robert Kim | 255.64 |
| Rohan Sachdev | 4,755.00 |
| Rumi Kim | 120.00 |
| Sean Mcquaid | 13,930.00 |
| Shawn Boccia | 1,910.00 |
| Shea Simmons | 10,215.92 |
| Simon Acevedo | 17,290.50 |
| Steve Holcomb | 300.00 |
| Terrance Englund | 25,874.56 |
| Tolan Manoguerra | 3,460.00 |
| Tuong Nguyen | 45,187.52 |
| Tyler Gould | 745.00 |
| Tyler Weeda | 14,867.25 |
| Visar Ahmetaj | 3,515.00 |
| Wayne Mousaw | 5,830.00 |
| William Hutson | 30,386.30 |
| Yair Avila | 5,753.12 |
| Zach Azouz | 22,146.25 |
| Zach Hart | 1,491.90 |
| **Total 1099s** | 1,028,091.18 |
| Advertising | 513.33 |
| Facebook | 1,940.00 |
| GOT Consumer | 2,100.00 |
| New Theory Media | 2,000.00 |
| Other Marketing Expenses | 1,100.00 |
| PubClub Leads | 659,571.20 |
| Radio Advertising | 448.00 |
| Ratezedia Marketing | 27,619.00 |

CFPB-20211012-00014148

| | TOTAL |
|---|---|
| Referral Gift Cards expense | 14,654.60 |
| TV Advertising-Joe Merchon | 4,950.00 |
| WorldLeads | 3,200.00 |
| **Total Advertising** | **718,096.13** |
| Bank Charges | 1,139.00 |
| Allied Wallet Processing Fees | 49,105.20 |
| EMS Merchant Account Fees | 18,514.14 |
| EPS Processing Fees | 2,536.89 |
| Gateway Charges | 3,156.35 |
| **Total Bank Charges** | **74,451.58** |
| Depreciation Expense | 45,209.00 |
| Insurance | 2,391.00 |
| IT | 0.00 |
| Semper Fi-IT | 14,235.15 |
| **Total IT** | **14,235.15** |
| Janitorial Services | 1,253.67 |
| Job Placement Ads | 1,905.44 |
| Legal & Professional Fees | 1,162.00 |
| Meals and Entertainment | 11,657.22 |
| Moving Expense | 707.50 |
| Office Equipment | 14,524.15 |
| Other General and Admin Expenses | 600.50 |
| Payroll Expenses | |
| Taxes | 4,137.40 |
| Wages | 41,232.89 |
| **Total Payroll Expenses** | **45,370.29** |
| Phone and Internet | |
| Cox | 7,077.93 |
| Fonality | 23,065.67 |
| My Fax and Answering Service | 7,441.30 |
| Pub Club Phone System | 0.00 |
| **Total Phone and Internet** | **37,584.90** |
| Rent or Lease of Buildings | 25,051.42 |
| Guaranteed Rate Office Lease | 50,642.84 |
| Rancho Canyon Office Lease | 30,060.15 |
| **Total Rent or Lease of Buildings** | **105,754.41** |
| Repair & Maintenance | 172.90 |
| Shipping and delivery expense | 745.27 |
| Software Expense | 3,862.29 |
| Debt Pay Pro Software | 17,650.00 |
| **Total Software Expense** | **21,512.29** |
| Supplies | 8,115.61 |
| Taxes & Licenses | 1,912.10 |
| Travel Meals | 129.58 |
| Uncategorized Expense | 0.00 |
| **Total Expenses** | **$2,130,581.85** |
| NET OPERATING INCOME | $9,048.43 |
| Other Expenses | |

CFPB-20211012-00014149

|                      | TOTAL       |
|----------------------|-------------|
| Miscellaneous        | 135.83      |
| Total Other Expenses | $135.83     |
| NET OTHER INCOME     | $ -135.83   |
| NET INCOME           | $8,912.60   |

CFPB-20211012-00014150

Def.'s Ex. 7

# Premier Student Loan Center

## PROFIT AND LOSS

### January - May, 2017

|  | TOTAL |
|---|---|
| INCOME | |
| Private Loans | 3,863.71 |
| Refunds-Allowances | -20,324.80 |
| Total Document Preparation Income | |
| Document Preparation Services-Allied Wallet | 3,731,055.39 |
| Document Preparation Services-EMS | 1,820.44 |
| Document Preparation Services-EPS | -1,389.57 |
| Document Preparation-ACH | 0.00 |
| Total Total Document Preparation Income | 3,731,486.26 |
| Total Income | 83,715,825.17 |
| GROSS PROFIT | 83,715,825.17 |
| EXPENSES | |
| 1099s | |
| Albatross Management Inc. | 6,213.75 |
| American Auto Protection Inc. | 7,655.17 |
| Brandi Ryan | 50.00 |
| Chau Le | -492.80 |
| Christopher Ramirez | 1,072.93 |
| Devoreau Sefas White | 300.00 |
| Hold The Door Corp | 4,000.00 |
| Infinite Management Solutions | 73,861.12 |
| Jailyn G Sloane | 338.37 |
| Jeffrey Folwell | 1,172.50 |
| Jordan Michael Consulting Services | 13,685.70 |
| Joseph Boylan Consulting | 9,916.06 |
| Kelmen Consulting Inc. | 15,307.00 |
| Loki Consulting Services Inc. | 27,628.17 |
| Mellisa Jackson | 2,002.03 |
| Patrick Johnson | 0.00 |
| Real Estate Capital | 594.00 |
| Steven Schulz | 0.00 |
| TN Accounting Inc | 19,566.95 |
| Tolan Manoguerra | 100.00 |
| Tuong Nguyen | 14,826.00 |
| Visar Ahmetaj | 0.00 |
| Zach Hart | 152.00 |
| Total 1099s | 197,948.95 |
| Advertising | |
| Anan Marketing | 190,000.00 |
| Billie Powers | 0.00 |
| Black Bird Media | 15,300.00 |
| CPX | 17,600.00 |

|  | TOTAL |
|---|---|
| Direct Power Media | 36,544.00 |
| Ezanga | 0.00 |
| Finnan Financial, Inc. | 2,300.00 |
| Intellectual Incorporated | 80,755.00 |
| Jhashemi | 1,807.50 |
| Other Marketing Expenses | 995.00 |
| PubClub Leads | 792,807.14 |
| Radio Advertising | 10,000.00 |
| Trident Consult | 4,500.00 |
| TW Marketing 2017 | 5,400.00 |
| UEG Incorporated | 11,060.00 |
| Ytel | 8,200.00 |
| **Total Advertising** | **1,177,268.64** |
| Automobile Expense | 7,484.84 |
| Bank Charges | 782.19 |
| Allied Wallet Processing Fees | 88,348.07 |
| EMS Merchant Account Fees | 738.32 |
| Gateway Charges | 7,161.55 |
| **Total Bank Charges** | **97,030.13** |
| Computer Equipment/IT | 73,532.80 |
| Debt Pay Pro Software | 30,560.00 |
| Disposal Fees | 600.00 |
| Donations | 500.00 |
| Dues & Subscriptions | 888.21 |
| Employee Benefit | 117.99 |
| Insurance | 532.66 |
| Hartford Worker's Comp. Insurance | 11,321.09 |
| **Total Insurance** | **11,853.69** |
| Janitorial Services | 4,074.00 |
| Job Placement Ads | 2,051.84 |
| Legal & Professional Fees | 5,099.00 |
| Meals and Entertainment | 22,036.80 |
| Office Equipment | 3,437.82 |
| Payroll Expenses |  |
| Taxes | 93,153.15 |
| Wages | 887,694.34 |
| **Total Payroll Expenses** | **980,847.49** |
| Phone and Internet | 10.56 |
| Caller Ready | 7,931.41 |
| Cox | 3,759.88 |
| Fonality | 31,432.57 |
| My Fax and Answering Service | 4,468.91 |
| Pub Club Phone System | 21,932.46 |
| **Total Phone and Internet** | **69,535.79** |
| Referral Gift Cards expense | 19,022.00 |
| Rent or Lease of Buildings | 61,012.07 |
| Irvine Company Office Lease | 50,102.84 |
| **Total Rent or Lease of Buildings** | **111,114.91** |
| Repair & Maintenance | 8,683.04 |

|                                | TOTAL        |
|--------------------------------|-------------:|
| Security                       | 3,993.73     |
| Shipping and delivery expense  | 1,214.48     |
| Software Expense               | 736.63       |
| Intuit                         | 465.70       |
| Microsoft Software             | 8,952.03     |
| **Total Software Expense**     | 10,154.36    |
| Supplies                       | 34,988.89    |
| Jaydde Collee                  | 14,444.75    |
| **Total Supplies**             | 49,433.64    |
| Taxes & Licenses               | 1,225.00     |
| Telephone                      | 1,034.78     |
| Trash Expense                  | 682.00       |
| Travel                         | 26,082.68    |
| Travel Meals                   | 1,636.67     |
| Uncategorized Expense          | 99.50        |
| Utilities                      | 750.01       |
| Website Expense                | 261.47       |
| **Total Expenses**             | $3,000,198.03 |
| **NET OPERATING INCOME**       | $794,888.94  |
| **OTHER EXPENSES**             |              |
| Miscellaneous                  | 209.26       |
| **Total Other Expenses**       | $209.26      |
| **NET OTHER INCOME**           | $ -209.26    |
| **NET INCOME**                 | $794,819.68  |

Def.'s Ex. 8

# Premier Student Loan Center

## PROFIT AND LOSS

### January - December 2017

|  | TOTAL |
|---|---|
| Income |  |
| Private Loans | 8,427.52 |
| Private Loans 2nd Company | 6,035.27 |
| **Total Private Loans** | **14,462.79** |
| Refunds and Allowances |  |
| Check Refunds-Allowances | -97,232.80 |
| **Total Refunds and Allowances** | **-97,232.80** |
| Total Document Preparation Income |  |
| Document Preparation Services-CAC | 4,720,916.98 |
| Document Preparation Services-EMS | 1,395,396.88 |
| Document Preparation Services-EPS | 124,715.52 |
| Document Preparation-ACH | -299.75 |
| Esquire 2/Maverick Merchant Account | 186,473.06 |
| Natural Nine Merchant Account | 2,687,912.01 |
| True Count Merchant Account | 2,776,663.32 |
| WF Merchant Account | 1,747,292.92 |
| **Total Total Document Preparation Income** | **13,639,070.94** |
| **Total Income** | **$13,556,300.93** |
| **GROSS PROFIT** | **$13,556,300.93** |
| Expenses |  |
| 1099s |  |
| Albatross Management Inc. | 11,341.31 |
| American Auto Protection Inc. | 12,732.94 |
| Brandi Ryan | 50.00 |
| Carlin Chavez | 221.55 |
| Chau Le | -492.80 |
| Christopher Ramirez | 1,072.93 |
| Cody Holter | 110.25 |
| Dae Sefas | 600.00 |
| Devoreau Sefas White | 300.00 |
| Giovana Pena | 63.00 |
| Hold The Door Corp | 253,345.00 |
| Infinite Management Solutions | 473,895.98 |
| Jailyn G Sloane | 338.37 |
| Jeffrey Folwell | 1,172.50 |
| JLK Marketing Corp | 19,021.86 |
| Jordan Michael Consulting Services | 17,441.13 |
| Joseph Livio Boylan Consulting | 28,649.98 |
| Justin Jorgensen | 4,000.00 |
| Kelman Consulting Inc. | 24,583.97 |
| Loki Consulting Services Inc. | 32,570.36 |
| Mellisa Jackson | 7,278.95 |

CFPB-20211012-00014151

|  | TOTAL |
|---|---|
| Monique Dinh | 11,480.25 |
| Nicholas Tiffany | 349.50 |
| Patrick Johnson | 0.00 |
| Real Estate Capital | 594.00 |
| Steven Schulz | 0.00 |
| Susana Esquibel | 9,447.75 |
| Syed Gilani | 3,567.53 |
| Timothy Mahlstadt | 160.65 |
| TN Accounting Inc | 89,610.00 |
| Tolan Managuerra | 100.00 |
| Vlear Abrretej | 0.00 |
| Zhash Nart | 152.00 |
| **Total 1300s** | **1,003,767.96** |
| Adp LLC | 1,272.20 |
| Advertising | 497.02 |
| Affiliati Network | 2,397.00 |
| Anan Marketing | 1,628,600.00 |
| Billie Powers | 0.00 |
| Black Bird Media | 15,300.00 |
| Bridge Marketing | 73,500.00 |
| Call180.com | 4,000.00 |
| CPX | 241,200.00 |
| Desktop Cloud Solutions | 600.00 |
| Direct Power Media | 36,544.00 |
| Docs Done For You | 45.00 |
| Ezanga | 0.00 |
| Finnan Financial, Inc. | 2,300.00 |
| Five Marketing Group | 186,200.00 |
| Global Processing Solutions | 390,800.00 |
| Hello Conversion Software | 13,905.00 |
| HQ4ADS | 30,024.00 |
| Innovation Direct | 1,440.00 |
| Intellectual Incorporated | 86,345.00 |
| James Deering-Centra Corp | 187,272.00 |
| Jhashemi | 1,807.50 |
| Lead Excel Marketing | 4,250.00 |
| Lead Science -Drips | 125,873.00 |
| Other Marketing Expenses | 995.00 |
| Palo Media Group Marketing | 720.00 |
| Payoneer Marketing | 2,100.00 |
| PubClub Leads | 2,181,967.69 |
| Radio Advertising | 10,000.00 |
| Referral Gift Cards expense | 77,630.00 |
| Strive Marketing | 5,000.00 |
| Torchlight Technology Marketing | 13,968.00 |
| Trident Consult | 4,500.00 |
| TW Marketing 2017 | 5,400.00 |
| UBG Incorporated | 92,876.00 |
| Ytel | 67,511.36 |
| **Total Advertising** | **5,495,567.57** |

CFPB-20211012-00014152

|  | TOTAL |
|---|---|
| Automobile Expense | 11,783.57 |
| Bank Charges | 3,613.70 |
| Allied Wallet Processing Fees | 88,348.07 |
| EMS Merchant Account Fees | 71,521.16 |
| EPS Processing Fees | 2,044.47 |
| Esquire 2/Maverick Merchant Acct Fees | 4,614.84 |
| Gateway Charges | 11,225.32 |
| Natural Nine Merchant Account Processing Fees | 488,797.78 |
| True Count Merchant Account Fees Processing Fees | 384,201.27 |
| Wells Fargo Processing Fees | 60,239.10 |
| Total Bank Charges | 1,114,605.71 |
| Company Meals | 375.70 |
| Depreciation Expense | 183,392.00 |
| Disposal Fees | 2,994.00 |
| Donations | 1,000.00 |
| Dues & Subscriptions | 888.21 |
| Employee Benefit | -9,133.98 |
| Health and Fitness | 3,098.52 |
| Insurance | 3,210.58 |
| Arch EPLI Insurance | 31,261.96 |
| E&O and D&O Insurance | 32,792.60 |
| Hartford Worker's Comp. Insurance | 27,200.00 |
| Total Insurance | 94,465.14 |
| IT | 2,085.85 |
| Janitorial Services | 15,725.77 |
| Job Placement Ads | 10,781.67 |
| Legal & Professional Fees | 8,828.00 |
| Akerman LLP law firm | 7,350.50 |
| Cramner Inc | 15,780.00 |
| Pansky Markle Ham LLP | 3,500.00 |
| Robin Ratner/Henry Joselsberg | 15,500.00 |
| Total Legal & Professional Fees | 50,958.50 |
| Meals and Entertainment | 37,764.47 |
| Office Equipment | 6,279.70 |
| Other General and Admin Expenses | 650.00 |
| Payroll Expenses |  |
| Taxes | 152,516.50 |
| Wages | 1,634,583.46 |
| Total Payroll Expenses | 1,787,099.96 |
| Phone and Internet | 815.71 |
| Caller Ready | 96,307.99 |
| Cox | 19,323.13 |
| Fonality | 89,652.03 |
| My Fax and Answering Service | 24,726.37 |
| Pub Club Phone System | 24,023.81 |
| T Mobile Expense | 1,081.34 |
| Telephone | 3,318.40 |

CFPB-20211012-00014153

| | TOTAL |
|---|---|
| Total Phone and Internet | 259,248.78 |
| Rent or Lease of Buildings | 65,052.05 |
| Guaranteed Rate Office Lease | 299,960.41 |
| Total Rent or Lease of Buildings | 365,012.46 |
| Repair & Maintenance | 14,407.20 |
| Security | 13,707.82 |
| Settlement and Damages | |
| Morten and Fairchild | 50,000.00 |
| Tyler Kahler | 2,300.00 |
| Total Settlement and Damages | 52,300.00 |
| Shipping and delivery expense | 8,762.05 |
| Software Expense | 4,939.83 |
| Debt Pay Pro Software | 105,620.00 |
| Intuit | 655.70 |
| Microsoft Software | 32,222.48 |
| Total Software Expense | 143,438.01 |
| Staffing Payroll Companies | |
| All Out Staffing Inc | 159,495.00 |
| House Lannister Staffing Inc | 2,315,805.00 |
| True Count Staffing Payroll | 221,995.00 |
| Total Staffing Payroll Companies | 2,697,295.00 |
| Supplies | 70,819.22 |
| Joyride Coffee | 34,271.36 |
| Total Supplies | 105,090.58 |
| Taxes & Licenses | 450.00 |
| Trash Expense | 682.00 |
| Travel | 37,131.36 |
| Travel Meals | 5,459.39 |
| Utilities | 2,358.57 |
| Website Expense | 4,794.55 |
| **Total Expenses** | **$13,525,560.29** |
| NET OPERATING INCOME | $30,740.64 |
| Other Expenses | |
| Employee Expense Reimbursements | 16,719.01 |
| Miscellaneous | 836.25 |
| Total Other Expenses | $17,555.26 |
| NET OTHER INCOME | $ -17,555.26 |
| NET INCOME | $13,185.38 |

CFPB-20211012-00014154

Def.'s Ex. 9

**Subject:** Corporate Bankruptcy

**Date:** Monday, December 3, 2018 at 4:38:22 PM Pacific Standard Time

**From:** Kaine Wen

**To:** bsb@bgglaw.com

**CC:** christopher.meier@gmlaw.com, Advisor

Hi Brian,

Chris (CC'ed here) referred you to us for potential corporate bankruptcy counsel. Please let us know if you have any availability Tuesday or Wednesday, in the afternoons PST. We'd like to answer any questions you may have, in order to determine if corporate bankruptcy is a viable and worthwhile option for one of our companies.

Thank you in advance.


Best,

Kaine Wen
SL Account Mgmt

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

Def.'s Ex. 10

| | |
|---|---|
| **Subject:** | RE: Premier MN CID 49934.0014 |
| **Date:** | Thursday, December 6, 2018 at 2:47:16 PM Pacific Standard Time |
| **From:** | ryan.williams@akerman.com |
| **To:** | kwen@slaccountmgmt.com, Christopher.Meier@gmlaw.com |
| **CC:** | advisor@financialpreparationservices.com, Robby.Birnbaum@gmlaw.com, Mildred.Feliz@gmlaw.com |
| **Attachments:** | image002.jpg, image003.jpg |

Hi Kaine –

Based on my call with Brian and Chris, I have no issue with CAC proceeding with a Chapter 11. Chris also brought up a good point during our call: Premier Student Loan, Inc. should likely file as a related party so that it is afforded the same protections as CAC. This is something that you should discuss with Brian.

Ryan

**Ryan Williams**
Partner
Akerman LLP | 71 South Wacker Drive, 46th Floor | Chicago, IL 60606
D: 312 634 5735
ryan.williams@akerman.com

**From:** Kaine Wen <kwen@slaccountmgmt.com>
**Sent:** Thursday, December 6, 2018 3:43 PM
**To:** Williams, Ryan (Ptnr-Chi) <ryan.williams@akerman.com>; Christopher.Meier@gmlaw.com
**Cc:** advisor@financialpreparationservices.com; Robby.Birnbaum@gmlaw.com; Mildred.Feliz@gmlaw.com
**Subject:** Re: Premier MN CID 49934.0014

Ok, thanks. After your call with Chris and Brian, please confirm whether filing Chapter 11 for CAC is still the recommended course of action. Thank you.

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** ryan.williams@akerman.com <ryan.williams@akerman.com>
**Sent:** Thursday, December 6, 2018 7:23:04 AM
**To:** Kaine Wen; Christopher.Meier@gmlaw.com
**Cc:** advisor@financialpreparationservices.com; Robby.Birnbaum@gmlaw.com; Mildred.Feliz@gmlaw.com
**Subject:** RE: Premier MN CID 49934.0014

Hi Kaine –

So you aware, I am going to have a quick call with Chris and Brian to get filled in on the bankruptcy plan. Since bankruptcy is not my area, I want to consult with Brian to ensure that I fully understand the impact a bankruptcy has on the pending litigation. If it stops the litigation in its tracks, I want to ensure that you are

not incurring attorneys from me in the near term by preparing responsive pleadings, etc.

Ryan

**Ryan Williams**
Partner
Akerman LLP | 71 South Wacker Drive, 46th Floor | Chicago, IL 60606
D: 312 634 5735
ryan.williams@akerman.com

vCard | Profile

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Kaine Wen <kwen@slaccountmgmt.com>
**Sent:** Thursday, December 6, 2018 2:06 AM
**To:** Christopher Meier <Christopher.Meier@gmlaw.com>
**Cc:** advisor@financialpreparationservices.com; Robby Birnbaum <Robby.Birnbaum@gmlaw.com>; Williams, Ryan (Ptnr-Chi) <ryan.williams@akerman.com>; Mildred Feliz <Mildred.Feliz@gmlaw.com>
**Subject:** Re: Premier MN CID 49934.0014

Hi Chris,

Please confirm that, following our conference call with Brian Behar (bankruptcy attorney), we will not be contacting Romanoff by his Friday deadline with the prepared responses and requests.

Best,

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Christopher Meier <Christopher.Meier@gmlaw.com>
**Sent:** Wednesday, December 5, 2018 3:56:13 AM
**To:** Kaine Wen
**Cc:** advisor@financialpreparationservices.com; Robby Birnbaum; 'ryan.williams@akerman.com'; Mildred Feliz
**Subject:** FW: Premier MN CID 49934.0014

**Page 2 of 4**

Kaine,

I also agree with Ryan's comments and edits to the response. But I did strike a couple of Ryan's minor edits at the end of requests 12 and 13 as I think they could cause Romanoff to ask specifically for scripts. Also regarding the average fees charged I adjusted that down to $950.00 based on your comments. As is always the case with regulators, the lower the fees charged the better.

Attached is the final redlined version with all of our edits included. I will make this version final and send it to Romanoff by the Friday due date. I will also provide everyone with a signed final copy.

Thanks

Chris

Profile

---

Hi Everyone,

I agree with Ryan's comments and suggestions. **Chris**, if there are no objections, please accept my and Ryan's changes to the response letter.

**Ryan**, here is the BBB page for PSLC showing the A+ rating:

https://www.bbb.org/us/ca/irvine/profile/legal-document-help/premier-student-loan-center-1126-172013295

## Premier Student Loan Center | Better Business Bureau® Profile

www.bbb.org

BBB accredited since 10/8/2015. Legal Document Help in Irvine, CA. See BBB rating, reviews, complaints, request a quote & more.

## Premier Student Loan Center | Better Business Bureau® Profile

www.bbb.org

BBB accredited since 10/8/2015. Legal Document Help in Irvine, CA. See BBB rating, reviews, complaints, request a quote & more.

If there are any further items to discuss prior to responding to MN, please let me know.

Best,
Kaine Wen
SL Account Mgmt

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the
above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please
immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments.
Thank you.*

The information contained in this transmission may be attorney/client privileged and confidential. It is
intended only for the use of the individual or entity named above. If the reader of this message is not
the intended recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error, please notify us
immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including
any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of
Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used
for that purpose if we are attempting to collect a debt from you.

Def.'s Ex. 11

# GreenspoonMarder

From the desk of: Robby H. Birnbaum, Esq.
Trade Centre South, Suite 700
100 W. Cypress Creek Road
Fort Lauderdale, Florida 33309-2140
954.491.1120 (Telephone)
954.343.6960 (Facsimile)
Email: Robby.Birnbaum@gmlaw.com

July 26, 2017

*Via Electronic Mail (kaine@premierstudentloancenter.com)*
Kaine Wen
Premier Student Loan Center
173 Technology Dr, Suite 202
Irvine, CA 92620

> Re:   New Representation:  Premier Student Loan Center
>        Our File No.:   New

Dear Mr. Wen,

Thank you for speaking with me relating to your company and its compliance concerns. At your request, I provide this engagement proposal for your review. If acceptable, please sign and return with the requested retainer.

This letter confirms the engagement of Greenspoon Marder, P.A. in connection with our firm's representation of Premier Student Loan Center (the "Client") relating to student loan relief services. In connection with our engagement, we request an initial fee retainer of $3,000.00 against which fees and costs shall be billed. You will receive detailed monthly billing statements for all work performed. At such time as the retainer has been exhausted, fees shall be billed, payable and due on a monthly basis.

The Client shall be billed upon an hourly basis at the rate of $475.00 per hour for my time, $400.00 to $550.00 per hour for that of other partners of the firm, $225.00 to $400.00 per hour for the time of associates, and $200.00 for paralegal time. Our hourly billing rates are reviewed annually and subject to adjustment.

The Client shall also be responsible for all out-of-pocket expense, postage, long distance telephone call charges, facsimile transmittal charges, messenger services, surety bond fees, license application fees, court filing fees, subpoenas, database service costs, out of town travel and other similar expenses.

Boca Raton | Denver | Ft. Lauderdale | Las Vegas | Miami | Miami Beach | Naples | New York
Orlando | Port St. Lucie | San Diego | Tallahassee | Tampa | West Palm Beach

In New York, Greenspoon Marder, P.A. practices under the name Greenspoon Marder, P.A. P.C.
In California, Greenspoon Marder LLP practices using the fictitious name and trademark Greenspoon Marder under license from Greenspoon Marder, P.A.

Kaine Wen
July 26, 2017
Page No. 2

The bills and invoices for certain of the out-of-pocket expenses, such as outside copy service costs, court reporter fees, and the like, shall be forwarded to you upon our receipt for direct payment to the supplier of that product or service. Those costs and expenses will not routinely appear on our monthly invoices.

We would appreciate you signing in the space provided below and returning one original to me, keeping the other conformed copy for your records. We look forward to working with you for the benefit of your company.

Very truly yours,

GREENSPOON MARDER, P.A.

Robby H. Birnbaum
For the Firm

RHB/mf

Acknowledged, Accepted and Agreed
this 3rd day of August , 2017.

PREMIER STUDENT LOAN CENTER

By _____

Name  KAINE WEN

Its _____

Def.'s Ex. 12

Wednesday, March 8, 2023 at 02:09:10 Pacific Standard Time

**Subject:** Re: Sign On The X- Student Loan States reminder
**Date:** Tuesday, July 25, 2017 at 11:13:19 PM Pacific Daylight Time
**From:** Kaine Wen
**To:** Robby Birnbaum
**CC:** albert@premierstudentloancenter.com

Hi Robby:

Premier Student Loan Center
173 Technology Dr, Ste 202
Irvine, CA 92620

http://premierstudentloancenter.com/

On Jul 25, 2017, at 9:52 AM, Robby Birnbaum <Robby.Birnbaum@gmlaw.com> wrote:

Please email me your full company name and address.  I will email you the engagement proposal to sign.

Per your request on the states to be aware of, please review below carefully and then we can talk.

Student Loan

MOST AGGRESSIVE STATES UPDATED:  WI, KS, VT, MN, CO, ID, ME, NH, CT, SC, NC, GA, OR, MA, WA and IL

STUDENT LOAN – states summary- READ BELOW CAREFULLY

Here is the email I want you to read relating to the states for student loan and debt relief services.  It was sent out previously to some of my clients.  Highlighted above are also the 16 super aggressive states.

Please read below and specifically the highlighted states that are more aggressive.

Thanks
Robby

States reminder (remember model should be done no-advance fee).

In followup on the states, please review the below email.  The below highlighted states are the states that, at a minimum, I am urging clients to remain out of for student loan. And when clients don't follow the below and remain out of those states, they pick up subpoenas and company-ending events relatively quickly. For example, we have one in IL presently that is a mess, and elsewhere.

Please note the HIGHLIGHTED text below.

Attached is a state list (for discussion purposes). Presently we have about 20 states that
would not deem your proposed student business to be debt adjusting (PA just added a
license requirement for 2015). We have another approx. 12 where you can get licensed
without restrictions on how much you can charge (called "fee caps"). *That would be the
safest approach, assuming you run a no-advance fee program with application submission
on behalf of the consumer to the DOE.* However, the majority of companies are not
willing to do this conversion or limit their states. As such, you probably want to run this as
a true document prep company (as discussed in prior powerpoints and where you solely
prepare the applications to be sent to the consumer, for the consumer to submit directly
to the DOE):

For consolidation applications, you will submit the documents to the consumer for the
consumer to submit directly by themselves to the DOE (or use the online signature
situation). This is very similar to a tax preparer who prepares taxes for a client, and sends
them to the client with a preaddressed envelope for the consumer to mail in. For other
programs, like rehab, you will still be on the phone with the DOE negotiating, but at least
you won't trigger the state loan brokering statutes (applying or brokering a new loan for a
consumer). With that model, we continue to have our same state debt adjuster law
concerns, but many companies want more states.

So most companies that I deal with choose to remain out of only the most aggressive of
the states (enforcement wise, and take their risk on some of the others), most aggressive
for this industry being: WI, KS, VT, MN, CO, ID, ME, NH, CT, SC, NC, GA, OR, MA, WA and IL.
It is expected that in 2017-2018, WA and SC will change their laws to be more friendly, but
we still see a lot of consumer class action lawsuits and regulator activity from those states.
Again, this is not a complete statutory list of states for debt adjusting activity, but only the
most aggressive enforcement states to be aware of. I do note that in the attached, PA now
requires full debt adjuster licensing. (attached chart needs to move PA to second column
as it now requires licensing).

So in conclusion:

1. Safest approach: follow the attached chart and get licensed where required (left column
ok, rest need licensing);
2. Defensible: if your company doesn't act as the intermediary between debtor and
creditor, and you stay about of the above states, the risk of a problem is less. State
telephone sales licenses are still separately required in 17 states and should be obtained,
including Florida.

IMPORTANTLY: you are on the hook (liable) for any marketing misrepresentations that
your sales representatives make. So please monitor them carefully, secret shop them, and
make sure they are not putting your company and you at risk.

Thanks
Robby

Profile 5967-Kim, Albert

Robby H. Birnbaum, Esq.
Greenspoon Marder, P.A.
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
954.491.1120 (Main Telephone)
954.343.6959 (Direct Telephone)
954.343.6960 (Direct Facsimile)
Robby.Birnbaum@gmlaw.com

**From:** rbeebe1987@gmail.com [mailto:rbeebe1987@gmail.com] **On Behalf Of** Robert Beebe
**Sent:** Wednesday, June 14, 2017 11:56 AM
**To:** Robby Birnbaum
**Cc:** Andrew Reyes; Christopher Meier; Mildred Feliz
**Subject:** Re: Sign On The X- Washington State CID

We are gathering that information now. I will be awaiting your engagement letter. Other
then WA, WI,and MN, is there any other states where I should stop marketing? Please
advise. Thank you for your assistance.

Robert Beebe
Student Loan Exchange
Office: (888) 316.3902 Ext. 105
Fax: (888)422-4015
processing@studentloanexchange.org
www.studentloanexchange.org

Student Debt Crisis - Watch Now!

CONFIDENTIALITY NOTICE: This email is intended solely for the person or entity named above. If
you are not the intended recipient or an authorized representative of the intended recipient, you are
hereby notified that any review, dissemination or copying of this email and its attachments, if any, or
the information contained herein is prohibited. If you have received this email in error, please
immediately notify the sender by return email and please delete this email from your system. Thank
you for your assistance.

On Wed, Jun 14, 2017 at 8:07 AM, Robby Birnbaum <Robby.Birnbaum@gmlaw.com>
wrote:
Dear Robert,

Def.'s Ex. 13

**Subject:** Re: Client Trust Account

**Date:**  Thursday, February 1, 2018 at 9:53:41 PM Pacific Standard Time

**From:**  Kaine Wen

**To:**  mark.liu@akerman.com

**CC:**  albert@premierstudentloancenter.com, tom@premierstudentloancenter.com

Hi Mark,

We haven't figured out who will own and control the DAP company. My plan is to offer it to a neutral friend who has no ties to any of our businesses. Let him run it with a minor profit, while making sure that everything is compliant.

Flow of funds will be per the Client Trust Account Agreement (such as the Client Trust Account Authorization I sent you). This new DAP company will collect the client fees and hold those fees until our services are completed (usually 2-3 months later) before releasing the funds to our companies, minus any DAP company service charges.

Feel free to reach out if you have any additional questions or concerns.

Best,

Kaine Wen, Esq.
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

> On Feb 1, 2018, at 4:54 PM, mark.liu@akerman.com wrote:
>
> Understood, Kaine. Will look into federal and state regulations and licensing requirements, if any. But I guess my primary concern is who will control this company, since it (legally) will not fall under the Premier umbrella and will not be controlled by any of the three of you? If truly an independent provider, how will flow of funds work and will there be (I assume yes) an arms-length negotiated agreement between the DAP and Premier?
>
> On Feb 1, 2018, at 4:30 PM, Kaine Wen <kaine@premierstudentloancenter.com> wrote:
>
>> Hi Mark,
>>
>> We know how to set up a new corporation - that's the easy part.
>>
>> We need to know how to set up a company to legally function as a "CLIENT FEE TRUST ACCOUNT PROVIDER" or "CLIENT FEE ESCROW ACCOUNT PROVIDER". My assumption is that there may be regulatory, compliance, and/or licensing requirements (both state and federal?) in order to qualify to be a "Dedicated Account Provider". If that's not the case

and all that's required is are Vendor and/or Client Agreements, then that's GREAT.

This company will NOT be controlled by me or Albert. We really want this to be a completely independent third-party company that will audit our services, and only release payment to our companies upon verification of the services' completion.

Please reread my previous e-mail carefully and reach out if you need clarification.

Best,

Kaine

> On Feb 1, 2018, at 2:17 PM, <mark.liu@akerman.com> <mark.liu@akerman.com> wrote:
>
> Hi Kaine,
>
> Sure, happy to help. We can set up a new CA company for this purpose, with no affiliation to either Premier or True Count. Since it will be an "independent, third party" provider, will the entity be controlled by either of you? If not, who will be the shareholder? We also need at least 1 director.
>
> Once we sort out the structure, we can apply for the EIN, which you will then use for the bank account.
>
> Please let me know also what you prefer for a company name, and we can check on availability.
>
> vCard | Profile | Connect With Me
>
> CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.
>
> **From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
> **Sent:** Thursday, February 1, 2018 2:21 AM
> **To:** Liu, Mark (Ptnr-Lax) <mark.liu@akerman.com>
> **Cc:** Albert Kim <albert@premierstudentloancenter.com>; Tom Nelson <tom@premierstudentloancenter.com>
> **Subject:** Client Trust Account
>
> Hi Mark,

We need assistance with setting up a new company that places Clients' funds into a Client "escrow" or "trust" account. This account will be a completely separate entity than and have completely separate ownership from both Premier (Albert's current Sales company) and True Count (Kaine's upcoming Processing company). Please see the attached "Client Trust Account Authorization" document for a general idea of what services are offered by this "Dedicated Account Provider":

Def.'s Ex. 14

**Subject:** Re: No Advance Fee - Compliance

**Date:** Saturday, February 3, 2018 at 4:10:39 AM Pacific Standard Time

**From:** Kaine Wen

**To:** Michael Thurman

**CC:** Albert Kim

Hi Mike,

Does TSR refer to the Telemarketing Sales Rule?

Here's what we would like to do, with your assistance:

1. A neutral third-party, who has no ties to PSLC, will form a DAP company. We want to be 100% compliant. So, the DAP will hold client fees until PSLC can prove with documentation that services have been fully rendered. Are there any regulations that have to be followed or licenses that have to be obtained in order to be a DAP (and hold client fees in trust), or would the DAP/client and DAP/vendor agreements suffice?

2. Draft a DAP/client agreement and DAP/vendor (i.e. DAP/PSLC) agreement, with fully compliant terms and language.

3. Revise the client/vendor agreement (PSLC's current Client Fee Agreement) to reflect the above.

If you foresee any obstacles or challenges, please let me know. Otherwise, we'll get to work. Thank you.

Best,

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

> On Feb 2, 2018, at 4:50 PM, Michael Thurman <Michael@thurman-legal.com> wrote:
>
> Hi Kaine-
>
> Your summary of the "100% compliant way" is essentially correct.
>
> The process is not difficult to set up.  In addition to entering into an agreement with a DAP, your agreement with the client will need to be revised to state the nature and timing of the "escrow" relationship and also include the various disclosures that are required by the TSR.  You would also need to provide the client with the DAP's agreement so they can enter into their own separate relationship.  In addition, under the TSR, the funds in the client's account must belong to the client and the client must have the right to withdraw the funds at any time until all of the conditions described below have been met.

The second scenario is harder to evaluate in a vacuum without more information.  The key
is the details, including how would the software be marketed, what statements would be
made about what it will provide to the client, how does it work, what does it cost, are
there ongoing fees and/or services provided, etc.?

Mike

**From:** Kaine Wen [mailto:kaine@premierstudentloancenter.com]
**Sent:** Friday, February 02, 2018 3:05 PM
**To:** Michael Thurman
**Cc:** Albert Kim
**Subject:** No Advance Fee - Compliance

Hi Michael,

We have a quick question about the level of compliance regarding the no advance fee rule
for our document preparation services.

Is it correct that the 100% compliant way to accept fees is:

1. For an independent third-party Dedicated Account Provider ("DAP") to collect the fees
from the client;
2. The DAP will hold the client's fees in a trust account until the DAP can confirm and
verify that:
  - The client has received a positive result (such as a consolidation), and
  - The client completes his first payment towards such.
3. Then the DAP will release the client's fees to the document preparation company (such
as Premier).

**Are you familiar with how to set up this independent third-party DAP, as a type of
client trust account? Are there regulatory/licensing obstacles? Or is it just contractual
between the clients and the DAP?**

Alternatively, how compliant is the following:

1. For PSLC to collect the fees from the client;
2. PSLC will have an agreement with an independent Software Provider ("SP");
3. PSLC will offer SP's software service to the clients in exchange for the client fees, so
that the client can review and submit his student loan application - this is similar to offering
TurboTax or Rocket Mortgage software.
4. PSLC will have access to client fees immediately, since PSLC is offering a software
service rather than charging an advance fee.

We'd just like a general idea, to determine which is the best long-term and most compliant
option for our business.

Thank you in advance.

Best,

**Kaine Wen, Esq.**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are*
*intended exclusively for the above named addressee(s) and intended to be privileged and*
*confidential. If they have come to you in error, please immediately notify the sender about*
*the error and delete all copies of this e-mail correspondence along with its attachments.*
*Thank you.*

Def.'s Ex. 15

**Subject:** Checking-In

**Date:**  Wednesday, July 18, 2018 at 11:08:29 PM Pacific Daylight Time

**From:**  Kaine Wen

**To:**  Jason Slone

**CC:**  Albert Kim

Hey Jason,

We just want to check in with you to see how everything is going at AMP. We're in the process of vetting companies who offer client trust/escrow account services. If you can forward us your marketing deck for AMP's Business Services, including best-tiered pricing, that would be extremely helpful. Alternatively, we can schedule a quick CC to catch up and discuss further.

Best,

Kaine and Albert

Def.'s Ex. 16

**Subject:** Client Trust/Escrow Account Services
**Date:** Wednesday, July 18, 2018 at 11:16:23 PM Pacific Daylight Time
**From:** Kaine Wen
**To:** info@ramservicing.com, customersupport@ramservicing.com
**CC:** Albert Kim

Hi,

Please forward this message to a Manager in charge of client trust/escrow account services. We are interested in learning more about what RAM can offer to a student loan consolidation document preparation company. Thank you in advance.

Best,

Kaine

Def.'s Ex. 17

**Subject:** Re: Advanced payments

**Date:**   Tuesday, September 4, 2018 at 11:24:02 AM Pacific Daylight Time

**From:**  Kaine Wen

**To:**     ryan.williams@akerman.com

**CC:**    Richard Newman, albert@premierstudentloancenter.com

It is our #1 priority to obtain third-party trust account services. We are in a holding pattern as two companies (Account Management Plus and Reliant Account Management) work with their merchant service providers to get us the required monthly transactional volume. We will update as soon as we have anything substantive.

Best,

**Kaine Wen**
**Premier Student Loan Center**
Managing Partner
173 Technology Dr, Ste 202
Irvine, CA 92618
E-mail: kaine@premierstudentloancenter.com

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

> On Sep 4, 2018, at 11:02 AM, <ryan.williams@akerman.com> <ryan.williams@akerman.com> wrote:
>
> I advised them that they needed to do it.  I agree it is a major issue so let's just make certain they are doing it.
>
> **Ryan Williams**
> Partner
> Akerman LLP I 71 South Wacker Drive, 46th Floor I Chicago, IL 60606
> D: 312 634 5735
> ryan.williams@akerman.com
>
> vCard | Profile

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Richard Newman <rnewman@hinchnewman.com>
**Sent:** Tuesday, September 4, 2018 12:59 PM

**To:** albert@premierstudentloancenter.com; Kaine Wen <kaine@premierstudentloancenter.com>
**Cc:** Williams, Ryan (Ptnr-Chi) <ryan.williams@akerman.com>
**Subject:** Advanced payments

Are you on top of the advanced payment issue?  You previously told me that you were handling.  We previously discussed this issue, along with TSR related requirements.   You indicated that it was being handled.

This is a major issue so please let us know if you want to go over it again.

Richard B. Newman
HINCH NEWMAN LLP

**New York**
40 Wall Street, 35th Floor
New York, NY 10005
Tel: (212) 756-8777

**California**
600 West Broadway, Ste. 700
San Diego, CA 92101
Tel: (619) 233-5200

RNewman@HinchNewman.com | www.HinchNewman.com |www.FTCDefenseLawyer.com

Advertising Compliance | Regulatory Investigations | Internet Law | Digital Media

<image001.png>  <image002.png>  <image003.png>

<u>Attention</u>: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

Page 2 of 2

Def.'s Ex. 18



**New Account Set Up Check List**

Date:

☐ Company Name _FIRST PRIORITY LLC_

☐ Type of business _DOCUMENT PREPARATION SERVICES FOR STUDENT LOAN CONSOLIDATIONS_

☐ Years Established _2018_

☐ How you heard about RAM _____ if referred by whom _____

☐ How many current clients _____ New enrollments _____

☐ Who are you currently using for payment processing _WELLS FARGO BANK_

☐ Reason for leaving current company _CLIENT TRUST ACCOUNTING_

☐ Principal name/names _THONG NGUYEN_

☐ Any and all company names or DBA's _____

☐ List all states you are **NOT** doing business in:

## SERVICE AGREEMENT



| RAM | Company |
|---|---|
| 412 North Cedar Bluff Rd | FIRST PRIORITY LLC |
| Suite 400 | 1709 S GRANADA AVE |
| Knoxville, TN 37923 | ALHAMBRA, CA 91801 |

This Service Agreement ("Service Agreement") is made and entered into on October 5, 2018 by and between RAM and Company. In consideration of the mutual promises set forth in this Agreement and other valuable consideration, RAM and Company agree as follows:

### SERVICE AGREEMENT

1. Reliant Account Management, LLC ("RAM") has contracted with clients of Company ("Consumers") to provide payment and data processing services to them, including payment of fees to Company and its affiliates.

2. Company acknowledges that RAM may receive instruction directly from Company, Company's affiliates, and Consumers regarding the processing of costs and fees payable to Company and any of Company's affiliates. In the event of conflicting instructions or requests to RAM from Company, any of Company's affiliates, or Consumers regarding the processing of costs and fees pursuant to this Service Agreement, RAM may, at its sole election, take direction from the Consumers. In the event of conflicting instructions or requests to RAM from Company or any of Company's affiliates regarding the processing of costs and fees pursuant to this Service Agreement, RAM shall take direction solely from Company.

3. Company hereby authorizes RAM to process the costs and fees payable to Company and its affiliates pursuant to Company's instructions. In the event there are any adjustments (refunds, reversals, etc.), RAM reserves the right, on behalf of Company, to debit or credit Company or Company's affiliate's accounts accordingly.

4. Company agrees to reimburse RAM the sum of $8.50 for any return items fees due to RAM which are not immediately available for withdrawal from any clients that Company or its affiliates referred to RAM. Should RAM later receive its return item fee from the Company, RAM will credit $8.50 to Company or its affiliates account accordingly.

5. In the event of a dispute between Company and any of its affiliates regarding the processing of costs and fees for transactions involving Company and its affiliate, Company's sole recourse shall be to its affiliate and Company shall have no recourse against RAM.

## SERVICE AGREEMENT



6. Company agrees to hold harmless and indemnify RAM, its shareholders, directors, executives, officers, managers, members, partners, employees and agents against any and all costs, losses, claims, liabilities, expenses, damages, judgments, fines, settlements, or other amounts which RAM may incur, or which may be asserted against RAM, arising out of or resulting from any suit, action, claim, proceeding or governmental investigation, regarding any payment made to Company or its affiliates, including, without limitation, reasonable attorneys' fees and disbursements, except to the extent the claims, liabilities, expenses, damages, judgments, fines, settlements or other amounts result from RAM's gross negligence or willful misconduct. This indemnity and hold harmless shall survive the termination of this Service Agreement.

### ELECTRONIC FUNDING AUTHORIZATION

Action ☒ Set-Up ACH    ☐ Change ACH

Company hereby authorizes RAM, or its designee, to initiate debit and/or credit entries to Company's bank account indicated below and, if applicable, to debit or credit the same to such accounts related to funding of fee and/or cost payments from the funding account(s) administered by RAM. Company acknowledges that the origination of Automated Clearing House (ACH) transitions to its account must comply with applicable law.

Bank Name    JP MORGAN CHASE BANK

Bank Routing Number    3 2 2 2 7 1 6 2 7
*(e.g. nine-digit ABA number)*

**Tip ➡** *Your bank may have a separate routing number for ACH transactions. Please verify the routing number with your financial institution to prevent delays.*

Bank Account Number    2 8 1 3 0 8 5 6 6

Type of Account (please check one) ☒ Checking ☐ Savings

Bank Account Name    TOTAL BUSINESS CHECKING

This authorization is to remain in full force and in effect until RAM has received written notification from Company of its termination in such time and in such manner as to afford RAM and Company's bank a reasonable opportunity to act on it. Company understands that changes to any information on the form must be submitted by the close of business Monday to ensure that these changes will take effect by the following week.

**Note ➡** *Reliant or its designee may run a test of the ACH process (i.e. pre note) to be sure it is working properly. You may see a transaction on the account with a $0 charge.*

Page 2 of 3

## SERVICE AGREEMENT



The undersigned is authorized to sign this funding authorization on behalf of the Company.

IN WITNESS WHEREOF, the parties hereto have executed this Service Agreement by their duly authorized representatives on the date first written above.

**COMPANY**

Signature

Title   PRESIDENT

Company Name   FIRST PRIORITY LLC

Contact Name   TUONG NGUYEN          E-Mail

Title   PRESIDENT          Phone   (626) 861-9569

**RAM**

Signature   Tony My

Title   President

Page 3 of 3

## RAM
Reliant Account Management

## New Account Information Form

### BUSINESS INFORMATION

Company Name: FIRST PRIORITY LLC

| Phone: | Email: |
|---|---|

Address: 1704 S GRANADA AVE

| City: ALHAMBRA | State: CA | Zip Code: 91801 |
|---|---|---|

Website:

| Date Business Commenced: 04/10/18 | State of Corporation: WY |
|---|---|
| Tax ID#: 36-4897707 | Business Type: |

### EXECUTIVE OFFICER INFORMATION
*Full screening, including criminal background checks, will be performed on the provided officers*

| Principle ( Full Name): TUONG NGUYEN | |
|---|---|
| State of Residence: CA | Telephone: (626) 861-9569 |
| Principle ( Full Name): | |
| State of Residence: | Telephone: |
| Principle ( Full Name): | |
| State of Residence: | Telephone: |
| Attorney ( Full Name): | |
| State of Residence: | Telephone: |
| Chief Information/Technology Officer ( Full Name): | |
| State of Residence: | Telephone: |

### STATE LICENSING
**Please provide copies of all state licenses with application**

| Are you barred in any state in the U.S. to do business: | Yes | No |
|---|---|---|

Which States:

### REGULATORY INFORMATION

| Do you comply with the FTC "Debt Relief Services & Telemarketing Sales Rule"? | Yes | No |
|---|---|---|
| Has your organization received an inquiry or been part of an investigation by any federal regulatory agency or state attorneys general in the past 10 years. | Yes | No |

If so, how many times in the past 10 years: _____

| Provide information of any and all inquiries and investigations below | |
|---|---|
| Date of Inquiry: | Type of Inquiry: |
| Agency: | Status of Inquiry: |
| Outcome & Comments: | |

| Provide information of any and all inquiries and investigations below | |
|---|---|
| Date of Inquiry: | Type of Inquiry: |
| Agency: | Status of Inquiry: |
| Outcome & Comments: | |

## COMPLAINT PROCESS

Provide a detailed description of your consumer complaint monitoring and resolution process

FP's Customer Service Dept is open M-F 6:30a-6p PST and Sat 8a-4p. Any missed calls are transferred to an answering service where a live domestic operator will take down the customer's message.

FP monitors its online presence and proactively contacts customers who may have concerns.

FP offers a full refund to customers who are dissatisfied with the service.

FP utilizes pre-chargeback alerts to offer full refunds prior to chargebacks hitting, and does not contest any chargebacks.

## COMPLAINT HISTORY

Please explain your most recent complaint, the resolution and any existing issues that remain open

N/A

| REFERENCES | |
|---|---|
| **At least two references must be a lender you have done business with.** | |
| Reference Company (1):  JP Morgan Chase | |
| Full Name: | Telephone: |
| Email: | |

| Reference Company (1):  Prime Consulting LLC | |
|---|---|
| Full Name: | Telephone: |
| Email: | |

### ASSOCIATION AFFILIATIONS

| Are you a member of AFCC? Yes | No | Do you adhere to AFCC Best Practices?   Yes | No |
|---|---|

### DISCLOSURE AND AUTHORIZATION

I hereby certify that all information provided in this Application is true, correct and complete. I understand that incorrect or misleading information or documentation, or an omission or failure to include all relevant information, may result in rejection of my application or may be grounds for denial of membership by RAM. I hereby certify that I have read and understand the terms of this Disclosure and Authorization. By my signature below, I consent and authorize RAM to obtain a consumer report and/or investigative consumer report that may include, but not be limited to, a criminal record check and/or reference verification. I understand that I have the right to review and challenge any negative information that would adversely impact me or adversely effect a decision to grant membership. In order to request a copy of my comprehensive Application and any reports obtained by RAM, I understand that I must make a request in writing within thirty (30) days of receiving notice of acceptance or denial.

All reports and applications are confidential and are utilized by RAM solely for new accounts. Furthermore, all applications and any reports obtained in conjunction with this application shall be kept in a secure location in compliance with reasonable data security industry standards and regulations.

| Name of Signer: TUONG NGUYEN | Title of Signer:  PRESIDENT |
|---|---|
| Signature: | Date:  10/5/18 |

Def.'s Ex. 19

| | |
|---|---|
| **Subject:** | Re: App/ Checklist |
| **Date:** | Wednesday, October 10, 2018 at 1:53:51 AM Pacific Daylight Time |
| **From:** | Kaine Wen |
| **To:** | Jason Slone, Ashlee Tarvin |
| **CC:** | Tom Nguyen, advisor@financialpreparationservices.com |
| **Attachments:** | AMP Application - First Priority LLC.pdf, Untitled attachment 104865.html, Sample Client Agreement - Natasha Topey.pdf, Untitled attachment 104868.html, First Priority LLC Articles of Incorporation Wyoming.pdf, Untitled attachment 104871.html, Tuong Nguyen - CA DL.JPG, Untitled attachment 104874.html, Voided Check - First Priority LLC.jpg, Untitled attachment 104877.html, FP Chase July 2018.pdf, Untitled attachment 104880.html, FP Chase Aug 2018.pdf, Untitled attachment 104883.html, FP Chase Sept 2108.pdf, Untitled attachment 104886.html |

Hi Jason,

Please see attached. Keep in mind that First Priority LLC is a new company and we are still working to set everything up for this new model.

Page 1 of 1

Def.'s Ex. 20

**Subject:** Re: Screen Shots of Final Repayment - Proof of Work

**Date:**   Friday, August 10, 2018 at 1:14:00 PM Pacific Daylight Time

**From:**   Kaine Wen

**To:**   Vanessa Wills

**CC:**   Albert Kim, Sara Paquette, Tom, calvin

Awesome Vanessa, all great news.

> On Aug 10, 2018, at 12:56 PM, Vanessa Wills <vanessa@ramservicing.com> wrote:
>
> Hi Albert,
>
> As Sara informed you this would all be sufficient for proof of performance.  I have also gotten some answers to the questions you all had on our call.
>
> 1. We can purchase a phone line in RAM's name, but have the calls routed to Premier, that can appear on the CC statements for your clients.  You would want to answer those calls as "customer service," not "Premier Student Loans," because for underwriting purposes for the merchant line the phone number will belong to RAM.
>
> 2. CMS provides real time authorizations, but the transactions settle once per day, meaning RAM will get one batch of deposits daily not deposits by transactions.
>
> 3. Our merchant is working on getting us on a new chargeback system that they are currently setting up on their gateway. This will give you the highest level of security, and compliance. This means that cardholders can no longer claim "Fraud" and try to chargeback the transactions.  We will keep you updated as this becomes available.
>
> 4.  We will be able to implement in the system a fix so that a card will not be deactivated after a decline resulting in the need for the authorization to be re-uploaded, however we will be monitoring this to be sure that it is not resulting in a disproportionate amount of declined payments.
>
> Please let me know if you have any other questions.  We are currently in the process of setting up your account with our merchant and will keep you updated on the status.
>
>
> Thank you,
> Vanessa Wills
> Reliant Account Management
> Tel: (949) 859-1404 option 2
> Direct: (949) 205-7919
> www.ramservicing.com
>
> On Wed, Aug 8, 2018 at 11:06 AM, <albert@premierstudentloancenter.com> wrote:
>
> Hello Everyone,
>
>
> Here are some examples of proof of work being completed on behalf of the client via "screen shot." Just to recap, relying on the client to mail in the Final Repayment Letter ( proof of work) can be very difficult at times and severely slows down the process.  Down below are "screen shots" of Proof of Work.
>
>
> *Albert Kim*

# PREMIER STUDENT LOAN CENTER

Direct 949-207-1018

**Toll Free 888-548-0476**

**Fax number** 888-302-3033

albert@premierstudentloancenter.com

**www.premierstudentloancenter.com**

**http://www.whitehouse.gov/issues/education/higher-education/ensuring-that-student-loans-are-affordable**

http://www.bbb.org/sdoc/business-reviews/legal-document-assistance/premier-student-loan-center-in-rancho-santa-margarita-ca-172013295/

***** Email confidentiality notice *****

CONFIDENTIALITY STATEMENT: The information contained in this electronic transmission, and any attachments, may contain CONFIDENTIAL information. The information is intended only for use by the addressee named above. Any unauthorized use, disclosure, dissemination or copying of the contents of the information and any attachments contained in this electronic transmission is strictly prohibited. If

**From:** Monique Dinh <monique@slaccountmgmt.com>
**Sent:** Tuesday, August 7, 2018 4:58 PM
**To:** albert@premierstudentloancenter.com; 'Kaine Wen' <kaine@premierstudentloancenter.com>;
Toung <tom@premierstudentloancenter.com>
**Subject:** Final Pays

<image001.png>

<image002.png>
<image003.png>
<image004.png>

FEDLOAN SERVICING
<image006.png>
<image007.png>

NELNET

<image005.png>
<image008.png>

Confidentiality & Representation Notice: The information contained in this message may be privileged and confidential and protected from

Page 2 of 3

Def.'s Ex. 21

**Subject:** Re: RAM Service Agreement

**Date:**     Friday, November 9, 2018 at 2:26:22 PM Pacific Standard Time

**From:**     Kaine Wen

**To:**       Vanessa Wills

**CC:**       advisor@financialpreparationservices.com

HI Vanessa,

Here is the phone number to route Customer Service calls to (after the client goes through an IVR to indicate that they are not trying to speak with RAM):

**(855) 376-6137**

Here's what we need to do before testing:

1.  Upload new client fee and RAM agreements to DPP and set up for Docusign.
2.  Work with Sales to explain RAM fees.
3.  Work with CS to handle RAM questions.
4.  Work with Processing to keep track of RAM files (in order to forward proof of completion of services).

I know this sounds like a lot but we should be enrolling test clients early next week, with the goal being Tuesday. Please keep in mind that first payments can take up to two weeks, and we're only testing with 1 Sales Rep. Please make the bank aware of our timeline and not to cancel the MID.

Thanks to everyone for their patience.


Kaine

**From:** Vanessa Wills <vanessa@ramservicing.com>
**Sent:** Friday, November 9, 2018 11:08:33 AM
**To:** Kaine Wen
**Subject:** Re: RAM Service Agreement

Hi Kaine,

The bank account information has been revised in RAM for First Priority LLC.  Please see attached client authorization form with requested revisions.

I will also need the phone number that you would like the customer service calls for your company routed to.  When do you think you will start submitting clients?  The bank will not hold the MID much longer.

Thank you,
Vanessa Wills
*Head of Business Development,*
*Reliant Account Management*
Tel: (949) 859-1404 option 2
Direct: (949) 265-7019
www.ramservicing.com

On Tue, Nov 6, 2018 at 8:57 PM Kaine Wen <kwen@slaccountmgmt.com> wrote:

Hi Vanessa,

Please find attached the RAM Deposit Agreement CHANGE form, to reflect the correct bank account.

Regarding the RAM Account Servicing Agreement:

1. Do you want to update the "Service Fees" section to reflect the $1.50 per month fee during Recertification months?
2. Sorry to nitpick, but can you revise the last "Date" line so that the formatting is aligned? Please resend revised version.

We should be ready to test later this week, or early next week at the latest!


Kaine

**From:** Vanessa Wills <vanessa@ramservicing.com>
**Sent:** Monday, November 5, 2018 10:34:13 AM
**To:** Kaine Wen
**Cc:** advisor@financialpreparationservices.com; Tom Nguyen
**Subject:** Re: RAM Service Agreement

Both items are attached.

Thank you,
Vanessa Wills
*Head of Business Development,*
*Reliant Account Management*
Tel: (949) 859-1404 option 2
Direct: (949) 265-7019
www.ramservicing.com


On Sun, Nov 4, 2018 at 4:35 PM Kaine Wen <kwen@slaccountmgmt.com> wrote:

Hi Vanessa,

Can you please edit RAM's Servicing Agreement (attached) so that the spacing and formatting on the Credit Card Authorization section (page 3) looks proper?

Also, can you send us a bank change or Electronic Funding Authorization form, to update the new bank account that we will use for RAM?

We should be ready to test later this week, or next week at the latest.


Best,

Kaine

**Confidentiality & Representation Notice:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us

Def.'s Ex. 22

**Subject:** Re: AVS restriction
**Date:** Friday, December 7, 2018 at 4:48:03 PM Pacific Standard Time
**From:** Kaine Wen
**To:** bmullis@ramservicing.com
**CC:** Vanessa Wills, Calvin Ho, Advisor, sara, Keneth Hu

Vanessa - is there anyone else from RAM who can work with us who does not feel like a group chat is an impediment to efficient communication? Frankly I consider the refusal completely unacceptable. Please forward my concern to the owner, if you like.

Kaine Wen
SL Account Mgmt

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Brady Mullis <bmullis@ramservicing.com>
**Sent:** Friday, December 7, 2018 4:45:04 PM
**To:** Kaine Wen
**Cc:** Vanessa Wills; Calvin Ho; Advisor; sara; Keneth Hu
**Subject:** Re: AVS restriction

We do not currently use any of those platforms so incorporating a new platform into our workflow seems like an impediment to efficient communication rather than a help. I'm sorry using our existing communication methods seems like I don't want to hear from you, I would think my responses to your requests today would contradict that.

I'm also interested in getting you running smoothly and efficiently. As you have specific issues in testing please contact me and we will work to get them resolved.

Thanks,
Brady

On Fri, Dec 7, 2018 at 7:40 PM Kaine Wen <kwen@slaccountmgmt.com> wrote:
> Brady,
>
> We are explicitly requesting a real-time group communication instrument, such as Skype, Telegram, or Slack. It makes the communications that much easier and clearer. It feels like you are unwilling to speak to us or not wanting to hear from us, and that's unfortunate. We are not trying to bother RAM for no good reason. We are trying to be proactive with testing to make sure everything is running smoothly and efficiently, expeditiously.
>
> Again, PLEASE let us know which platform (Skype, Telegram, or Slack) you prefer and provide us with your contact so we can set up the group discussion.
>
>
> Best,
>
> Kaine Wen
> SL Account Mgmt

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Brady Mullis <bmullis@ramservicing.com>
**Sent:** Friday, December 7, 2018 4:14:27 PM
**To:** Kaine Wen
**Cc:** Vanessa Wills; Calvin Ho; advisor@financialpreparationservices.com; Sara Paquette; Keneth Hu
**Subject:** Re: AVS restriction

My preference is this email address.
Thanks,
Brady

On Fri, Dec 7, 2018, 18:41 Kaine Wen <kwen@slaccountmgmt.com wrote:

**Brady** - Please provide your preferred method of direct contact (text, Skype, or whatever chat app). Thank you.

**Kaine Wen**
**SL Account Mgmt**

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

**From:** Vanessa Wills <vanessa@ramservicing.com>
**Sent:** Friday, December 7, 2018 11:38:07 AM
**To:** Calvin Ho
**Cc:** advisor@financialpreparationservices.com; Kaine Wen; Sara Paquette; Brady Mullis; Keneth Hu
**Subject:** Re: AVS restriction

Hello Calvin

You have access to RAM via the login credentials that were sent to you when your account was approved:
user: studentloanservices
pw: r*m08212018

We do not currently have the capability for group chat and tech support in real time. Most issues from a tech perspective will be on the side of your CRM. Please email Brady directly on any tech related questions. Going directly to Brady with these questions will speed up the process.

Thank you,
**Vanessa Wills**
*Head of Business Development,*
*Reliant Account Management*
Tel: (949) 859-1404 option 2
Direct: (949) 265-7019
www.ramservicing.com

On Fri, Dec 7, 2018 at 11:25 AM Calvin Ho <calvin@financialpreparationservices.com> wrote:
Hi Vanessa,

1. Can you please set up the Web Portal for us to see Payment details? We need this for 2 reasons (1) to diagnose and cross check with DPP's list, (2) for accounting purpose.

2. Can you set up a group chat (Skype, Slack, or telegram) for us and your support team? We need someone to respond quickly to our inquiries. We have a lot of transactions every day, emails or phone calls are not enough to push the process. With the current type of communication, I am afraid that when we have large volume it will be a big problem for us.
3. I think Albert stated very clear that if this type of miscommunication and delayed process still happens again, we have to move the volume to another provider.

Best regards,

logo

**Calvin Ho**
**Operations Director**

phone: (909) 525-8857
email: calvin@financialpreparationservices.com

financialpreparationservices.com

**From:** Advisor <advisor@financialpreparationservices.com>
**Sent:** Friday, December 7, 2018 11:03 AM
**To:** Vanessa Wills <vanessa@ramservicing.com>
**Cc:** Kaine Wen <kwen@slaccountmgmt.com>; Sara Paquette <sara@ramservicing.com>; Brady Mullis <bmullis@ramservicing.com>; Calvin Ho <calvin@financialpreparationservices.com>; khu@slaccountmgmt.com
**Subject:** Re: AVS restriction

Vanessa,

"The general AVS address restriction has been removed from your account and we can remove the zip code match but have been advised by our merchant provider that by doing that we will not have any grounds to fight chargebacks so please confirm that you will be okay with this"

- This is fine, turn off the AVS settings.  You told us that AVS was already turned off. This type of miscommunication is causing a lot of unnecessary work for us on our end.  We need to be on the same page or we will move the volume to another provider.  I've added Calvin and Keneth to this email thread.  Pls add them to all email correspondence moving forward.  Our chargeback rate has historically been below 1% so we shouldn't have any problems.

"In addition Brady has confirmation from the merchant that they were not sending us the approval codes and that is whey the payments that processed were not showing processed in DPP but this has been corrected."

- We will continue to monitor and provide feedback.

" If you would be willing to run a few more test payments to see if these issues are resolved that would be great."

- We have clients schedule to run payments through RAM if no unnecessary problems come up we will start to send more.  We are currently comparing the approval rate with our merchant and your to see if they're any issues.

Al

Sent from my iPhone

On Dec 6, 2018, at 3:24 PM, Vanessa Wills <vanessa@ramservicing.com> wrote:

> Hello Gentleman,
>
> The general AVS address restriction has been removed from your account
> and we can remove the zip code match but have been advised by our
> merchant provider that by doing that we will not have any grounds to fight
> chargebacks so please confirm that you will be okay with this.  In addition
> Brady has confirmation from the merchant that they were not sending us the
> approval codes and that is whey the payments that processed were not
> showing processed in DPP but this has been corrected. If you would be
> willing to run a few more test payments to see if these issues are resolved that
> would be great.
>
> Thank you,

**Vanessa Wills**
*Head of Business Development,*
*Reliant Account Management*
Tel: (949) 859-1404 option 2
Direct: **(949) 265-7019**
www.ramservicing.com

**Confidentiality & Representation Notice:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Contact via email does not create an attorney-client relationship.

**Confidentiality & Representation Notice:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Contact via email does not create an attorney-client relationship.

**Confidentiality & Representation Notice:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Contact via email does not create an attorney-client relationship.

**Confidentiality & Representation Notice:** The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Contact via email does not create an attorney-client relationship.

Def.'s Ex. 23



EXHIBIT 16
Page 84

Def.'s Ex. 24

VENABLE LLP
Witt W. Chang (SBN 281721)
  wwchang@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:  (310) 229-9900
Facsimile:   (310) 229-9901

Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
  abbaker@venable.com
Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
  gssachs@venable.com
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone:  (202) 344-4000
Facsimile:   (202) 344-8300

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, *ex rel.* Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,

  Plaintiffs,

v.

Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,

  Defendants, and

Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; and TN Accounting Inc.,

  Relief Defendants.

CASE NO. 8:19-cv-01998-JVS(JDEx)

Hon. James V. Selna
Courtroom 10C

**DECLARATION OF JIMMY LAI IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Date:          November 4, 2019
Time:          3:00 p.m.
Crtrm:         10C

Action Filed:  October 21, 2019
Trial Date:    None set

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

1

**DECLARATION OF JIMMY LAI**

2    I, Jimmy Lai, declare as follows:

3    1.    I am the Managing Member and the majority owner of TAS 2019

4 LLC, also known as Trusted Account Services ("TAS"), and have been so since

5 September 1, 2019. I have personal knowledge of the facts stated herein, and if

6 called as a witness, I could and would testify competently thereto.

7    2.    I have approximately 20 years of experience in the payment

8 processing and merchant account industry.  Prior to becoming the Managing

9 Member at TAS, I started my own payment processing companies, called LL

10 Merchant Solutions and Quantum Electronic Payments.  From approximately

11 2009-2014, I worked as the Director of Risk and Underwriting at National

12 Merchant Center, a merchant account provider affiliated with Wells Fargo.

13 Through my decades of experience, I have established many business relationships

14 in the payment processing and merchant account industries.

15    3.    TAS is a dedicated account provider that provides escrow services.

16 Based on my knowledge of the industry, there are very few companies that are able

17 to provide the same services on the scale that TAS provides them.  TAS is able to

18 do this in large part due to the business relationships I have created over the years

19 with acquiring banks, including, among others, my former employer.

20    4.    On September 1, 2019, TAS entered into a contract with True Count

21 Staffing, Inc. ("TCS"), pursuant to which TAS is in charge of processing payments

22 made by TCS clients and holds those funds in escrow for the benefit of TCS's

23 clients.  A true and correct copy of that contract is attached hereto as Exhibit A.

24    5.    TAS processes payments made by TCS clients through payment

25 processing companies.  TAS holds those funds in escrow for the benefit of TCS's

26 clients pursuant to a contract between TAS and each of those clients.  A true and

27 correct copy of this form contract is attached hereto as Exhibit B.

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

1

1       6.    TAS is not owned or controlled (and has never been owned or

2   controlled) by any Defendant[1] or Relief Defendant.[2]  Since I have been involved

3   with TAS, the only connection that TAS has had to any Defendant or Relief

4   Defendant is that TAS was formed as a result of discussions I had with Mr. Wen

5   regarding TCS's need to escrow its clients' funds, and TAS worked with TCS and

6   Mr. Wen to establish the software portal through which TAS's systems could

7   integrate with TCS's systems.  This is to ensure visibility into the client funds held

8   in escrow, provide a mechanism for TCS to submit the documentation required for

9   TAS to release client funds to TCS, and permit customer service calls to be routed

10  to the appropriate company.

11      7.    While TCS is TAS's first client, the services provided by TAS are

12  entirely independent and distinct from the business of any Defendant or Relief

13  Defendant.  TAS's business relationship with TCS is a "proof of concept" for TAS

14  before TAS is able to expand its client list.  Indeed, I have already discussed with

15  an acquiring bank the possibility of offering TAS's unique services to other

16  businesses.

17      8.    No Defendant or Relief Defendant has access to or control over the

18  funds TAS holds in escrow for the benefit of TCS's clients until TCS submits

19  proof to TAS that the client services relating to which the funds were escrowed

20  have been performed.  For instance, for TCS clients that apply for loan

21  consolidation, TAS requires TCS to submit each client's final repayment letter and

22  proof that the first payment under the client's new repayment plan has been made.

23  TAS also requires that the client affirm on a call that they are satisfied with

24  services rendered prior to funds being released to TCS.

25

26  _____

27  [1] "Defendant," as used herein, refers to Consumer Advocacy Center, Inc.; TCS; Prime Consulting, LLC; Albert Kim; Kaine Wen; and Tuong Nguyen.

28  [2] "Relief Defendant," as used herein, refers to Infinite Management Corporation, Hold the Door Corp., and TN Accounting Inc.

9.     TAS established its original merchant account in July 2019, and worked on building its payment processing relationships and software integration with TCS until approximately September 16, 2019.  Since that date, TAS has been holding TCS client funds in escrow for the benefit of TCS's clients.  It currently holds approximately $2.8 million in escrow for the benefit of TCS clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Tustin, California.

Jimmy Lai

**EXHIBIT A**



**THIS AGREEMENT** (this "Agreement") is entered into by and between TAS 2019 LLC d/b/a Trusted Account Services ("TAS") and  True Count Staffing DBA Student Loan Mgmt   (the "Company").

**WHEREAS**, TAS is in the business of providing the services described in Section 1 of this Agreement (collectively, the "Services"), which services relate to establishing accounts (the "Accounts") that are owned, controlled, and used by clients of financial service companies (the "Clients") to accumulate and disburse funds in connection with the payment for services; and

**WHEREAS**, Company desires to make the Services available to the Clients of Company and/or other entities working in concert with or contracting with Company and TAS desires to provide the Services, all in accordance with the terms and conditions of this Agreement.

**NOW, THEREFORE**, for and in consideration of the promises and undertakings set forth below, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, TAS and Company agree as follows:

## SECTION I – SERVICES

### 1(a) Establishing Client Accounts

TAS will arrange for each Client who desires to utilize the Services to have an Account that is maintained on the TAS account management system (the "TAS System"), with the funds in such Account held at a FDIC insured bank of TAS's choosing (the "Bank"). Company may (a) register each such Client on the TAS System and (b) allow for the Client to submit an Account application containing, among other things, the Client's name, physical address, social security number and date of birth and such other documentation as TAS or the Bank may request from time to time, including, without limitation, any and all other information that may be necessary to verify the Client's identity as required under the USA Patriot Act and other applicable laws relating to the Account. Upon such registration and application, TAS will verify the Client's identity and perform such other due diligence with respect to the Client as TAS deems appropriate to open the Account. **The Account will be owned by and under the control of the Client at all times. All transactions involving the account will be initiated by or otherwise authorized by the Client. The Client may withdraw the Net funds from the Account and/or close the Account at any time, after all Client agreed TAS fees are deducted from the Account.**

### 1(b) Deposits to Accounts

Each Client will provide instructions from time to time designating the amount the Client elects to deposit into his or her Account. TAS, or is designee, will initiate the transfer of funds from the Client's authorized method of payment to his or her Account pursuant to such instruction, minus all fees owed to TAS. A deposit may be made into an Account by either an electronic transfer, i.e. an ACH from a Client's bank account, or a debit or credit card. All deposits will be treated as pending deposit items for up to five banking days.

### 1(c) Returned Deposit Items

Any item deposited into an Account that is dishonored or otherwise returned for any reason will be charged back against the Account, along with a fee for processing the returned item, if applicable. In consideration for TAS providing the Services to the Clients, at the prices set forth on Exhibit A, Company will pay for any resulting deficiency in a Client Account via an offset to Company's account upon demand because such prices do not include a provision for TAS to absorb the cost of returned item. Company will not be charged for any returned item processing fees that may be included in the deficiency.

1



**1(d) Disbursements from Accounts**

All disbursements from the Accounts will be initiated or otherwise authorized by the Clients, to be paid to the Company or returned back to the Client, after all TAS fees are deducted from the Client's balance. Each Client will provide instructions from time to time designating the disbursements the Client elects to make from his or her Account and in the same manner in which such disbursement were made; these disbursements will be returned, minus any fees owed to TAS; if such disbursements are not authorized, by the Client, to be paid to the Company, minus all fees owed to TAS. Pursuant to such instructions, TAS will then cause funds to be disbursed from the Account to a designated payee provided the Account contains sufficient "good" funds to cover the amount of the requested disbursement. TAS shall not be responsible for determining when a payment is due, nor shall TAS be responsible for determining whether a payment is for the correct amount or otherwise proper. The sole obligation of TAS in this regard will be to execute the Client's payment instructions in a commercially reasonable manner as soon as practical after receipt of the instructions; and if TAS performs in such manner, TAS shall not be responsible for any late payment fee, penalty, or other charge levied by a Client's creditor, for any failure of a Client's creditor to honor a settlement or for any other action taken or not taken by a Client's creditor or any other party.

**1(e) Information/Customer Service**

Subject to the provisions of Section 6(d), TAS will give Company as applicable access to the TAS System via the Internet to update certain Client information and review the Accounts. TAS will also provide electronic reports to supplement such access at mutually determined times and in mutually determined formats. Clients will have access to operator assisted customer service during normal business hours. Clients may contact TAS customer service by mail, e-mail and fax, and TAS will provide each Client with an electronic statement of his or her Account, on a monthly basis, at a cost to the Client.

**1(f) Banking Rules and Regulations**

The accounts and all transactions involving the accounts shall be subject to such terms and conditions as may be established by the Bank from time to time, and to the rules and regulations of the Federal Reserve System, the National Automated Clearing House Association, the Office of the Comptroller of the Currency, the Federal Deposit Insurance Corporation, any applicable state banking authority and/or any other applicable regulatory or governmental authority.

**SECTION II – TAS LIABILITY**

TAS will exercise reasonable care in providing the Services, consistent with industry practices; provided, however, in addition to the limitations on TAS's liability provided for elsewhere in this Agreement, neither TAS, the Bank, nor any service provider to TAS or the Bank shall be liable to Company, a Client, or any other party for any reason other than their respective willful misconduct, bad faith or gross negligence; and provided further, without limiting the foregoing, neither TAS, the Bank, nor any such service provider shall be liable for any damage, loss, cost, or expense to Company, a Client, or any other party arising out of the act or omission of any third party, including, but not limited to, those of ACH, merchant account provider, or other processors, the National Automated Clearing House Association, the Federal Reserve System, any other bank, or the directive of any regulatory authority. Moreover, neither TAS, the Bank, nor any such service provider makes any representation or warranty that the Services meet the regulatory requirements of any particular jurisdiction that may be applicable to the Company of student loan programs (the "Service"), or that the use of the Services will result in a determination by any regulatory authority that a particular licensing or regulatory scheme will not be applicable to the Company or the Service.

**SECTION III – FEES AND CHARGES**

**3(a) TAS Fees and Charges**

2



A schedule of the fees and charges for the Services is attached to this Agreement as Exhibit A. TAS shall be entitled to increase such fees and charges for any increase in the third-party cost of providing the Services, but TAS shall not otherwise increase the fees and charges for the term of this Agreement. Any permitted increase in the fees and charges shall become effective thirty days after the date TAS notifies Company and the Clients of such increase.

### 3(b) Payment of TAS Fees and Charges

The TAS fees and charges provided for in Section 3(a) shall be invoiced to Clients on a monthly basis. The TAS merchant account fees, at a pass-through rate, shall be invoiced to Client on a monthly basis. Net payment transactions are defined as the difference between all approved payment transactions and all refunded and charged back debits that were initiated, to reverse the original transaction and all TAS Fees and merchant account pass-through fees. Other fees and charges shall be deemed earned at the time of the transaction or the event that gives rise to the fee or charge. The Company is responsible for covering and paying the difference in merchant processing fees; should fees exceed the flat rate processing fee that TAS charges the client.

### 3(c) Service Fees

If authorized by the Clients, Service fees payable by the Clients, to Company, may also be deducted from the Accounts and deposited into a Bank Account established by the Company, after all TAS fees are deducted from the total. All, Client approved and authorized, Service fees processed by TAS shall be transferred to Company and, at the direction of Company, without any recourse to TAS, with respect to items that may be dishonored, otherwise returned, or contested by the Clients. Additionally, Company shall be responsible for and promptly pay upon demand any deficiency in an Account resulting from the payment of a Service fee and the subsequent reversal of a deposit from which such fee was paid.

### SECTION IV – RELATIONSHIP, INDEMNIFICATION AND DISPUTE RESOLUTION

#### 4(a) Relationship

TAS is an independent contractor, and no agency, partnership, joint venture, or similar relationship with Company is intended to be, or is, created as a result of the execution, delivery or performance of this Agreement.

**4(b) Indemnification** Subject to the limitations on TAS's liability provided for elsewhere in this Agreement and the limitation on each party's liability provided for below in this Section 4(b), TAS and Company, on behalf of itself, each hereby agree to indemnify the other, as well as the other's principals, directors, managers, officers, employees, agents, other representatives and, with respect to TAS, the Bank (collectively, "Related Parties"), defend the other and its Related Parties and hold the other and its Related Parties harmless from and against any and all liabilities, claims, suits, other legal actions and proceedings, demands, damages, losses, costs and expenses of any kind or nature, including, without limitation, reasonable legal fees and expenses (collectively, "Claims and Damages"), arising out of or otherwise relating to (i) the conduct of the indemnifying party's business and affairs, and (ii) any material breach or violation of any representation, warranty, covenant, or other provision of this Agreement by the indemnifying party; provided, however, any liability of TAS or Company hereunder shall be limited to actual Claims and Damages and, in no event, shall either of them ever be liable to the other for any incidental, consequential, punitive, or other damages of any kind or nature other than actual money damages (collectively "Special Damages") unless the Special Damages are payable to a third-party due to the indemnifying party's actions or inactions. Without limiting the generality of the foregoing indemnification, the indemnification provided to TAS and the Bank by Company, on behalf of itself, is expressly intended to cover any claim, demand, suit, or other action whereby any regulatory or governmental authority, any Client or any group of Clients seeks rescission or cancellation, the refund of fees, charges or other amounts paid, restitution for damages sustained and/or any other form of compensation, penalty, fine, or other payment with respect to any aspect of the Service.

3



## SECTION V – TERM AND TERMINATION

**5(a) Term**

This Agreement shall have an initial term of one year (the "Initial Term"), commencing with the effective date of this Agreement shown on the signature page. Upon expiration of the Initial Term, the term of this Agreement shall be automatically extended on a year- by-year basis, unless and until either party gives written notice to the other at least 90 days prior to the expiration of the Initial Term or any such extended term that this Agreement shall not be so extended, in which case this Agreement shall terminate upon the expiration of the Initial Term or the applicable extended term, as the case may be.

**5(b) Early Termination**

Notwithstanding the term set forth in Section 5(a), TAS or Company, as the case may be, may terminate this Agreement for cause (i) upon 30 days' prior written notice if the other party becomes the subject of a voluntary bankruptcy petition or any other voluntary proceeding relating to insolvency, (ii) upon 60 day's prior written notice if the other party becomes the subject of an involuntary bankruptcy petition or any other involuntary proceeding relating to insolvency, and such involuntary petition or proceeding is not dismissed within such 60-day notice period, and (iii) upon 90 days' prior written notice if the other party materially breaches or violates any representation, warranty, covenant or other provision of this Agreement and the breach or violation is not remedied in all material respects within such 90-day notice period; provided, however, a breach of any representation, warranty or covenant contained in Section VI shall be grounds for an immediate termination of this Agreement. The Company must notify TAS of any Bankruptcy petition or involuntary Bankruptcy or Judgement, resulting from a Lawsuit, within 5 days that Company becomes aware of this fact. TAS will not be held liable for withholding any Client payments as a result of disclosure of Voluntary or Involuntary Bankruptcy or Judgement. In addition, TAS may terminate this Agreement immediately (i) if any regulatory or governmental authority or any court of competent jurisdiction ever determines that any of aspect of the Services, and/or any practice, process, or procedure provided for in this Agreement, violates any applicable rule, regulation, ordinance or law, (ii) if TAS reasonably believes that any such determination can or may be made, (iii) if TAS discovers that the Company is not properly managing any material aspect of the Service, and (iv) as provided in Section 7(i) Authority. Any default notice shall describe the nature of the breach or violation with specificity and in reasonable detail.

**5(c) Survival**

The financial and indemnity obligations of the parties to one another and any other provision of this Agreement that would by their nature continue beyond its termination shall survive the expiration or any other termination of this Agreement.

## SECTION VI – CERTAIN COMPANY REPRESENTATIONS, WARRANTIES AND COVENANTS

**6(a) Bona Fide Clients**

Company represents and warrants to TAS that (i) each Client will be a bona fide customer, will be enrolled in Service and will authorize all transactions in connection therewith that involve the Account established by the Client, (ii) Company will request and obtain documentation verifying the identity of each Client, and (iii) to the best of Company's knowledge and belief, each Client will be the person that he or she claims to be in the Application.

**6(b) Service Materials**

The Company shall provide TAS, upon request, with true, accurate, and complete copies of all materials Company or any other party uses in connection with the Service that describes or mentions the Services or which names or otherwise refers to TAS or the Bank; and Company acknowledges that TAS has the right to approve any and all such materials with respect to the description or mention the Services or the mention or reference to TAS or the Bank.

4



**6(c) Other Information**

Company shall provide such other information as TAS or the Bank may reasonably request from time to time relating to the business that is the subject of this Agreement; and all such information shall be true, accurate, and complete to the best of Company's knowledge or belief.

**6(d) Privacy and Other Laws**

It will be necessary for Company to have access to information regarding the Accounts from time to time to fulfill duties and obligations relating to the Service that have been authorized by the Clients. Accordingly, Company represents and warrants to TAS that Company will comply with all applicable privacy laws, and with any and all other laws, ordinances, rules, and regulations that are applicable to any aspect of Company's business, including, without limitation, those applicable to the Service.

**6(e) Governmental Actions, Etc.**

Company represents and warrants to TAS that neither it nor any of its principals, directors, managers, or executive officers (i) has ever been the subject of any federal, state, or local governmental action, or any civil lawsuit relating to consumer fraud or misrepresentation, (ii) has ever had a license or bond of any kind refused, revoked or cancelled, or (iii) has ever been charged with a felony of any kind. In addition, Company represents and warrants to TAS that it will promptly notify TAS in writing if any such matter should ever occur in the future.

## SECTION VII – GENERAL PROVISIONS

**7(a) Confidentiality**

TAS and Company shall each hold the proprietary and confidential information of the other, as well as that of the Clients, in strict confidence by exercising at least the same degree of diligence and care that the party receiving such information uses to avoid disclosure or dissemination of its own highly confidential information, but in no event less than a reasonable standard of diligence and care. Without limiting the generality of the foregoing, TAS and Company agree that non-public personal information of the Clients shall be held in strict confidence and securely as required by applicable law, and that the transfer of such non-public personal information shall only be accomplished as permitted by applicable law. Moreover, TAS hereby acknowledges that it shall have no right to use the information received from Company about the Clients, or information TAS receives directly from the Clients, other than for the purpose contemplated by this Agreement. The terms and conditions of this Agreement, including, without limitation, the prices, and the practices, processes, and procedures utilized by TAS to provide the Services hereunder shall be deemed confidential information for purposes of this Section 7(a).

**7(b) Advertising and Publicity**

Neither party shall use the name, trade names, trademarks, logos, service marks or other forms of unique identification of the other or the Bank in connection with any representation, solicitation, advertisement, promotion, or press release, or for any other purpose, without the prior written consent of the other, and, if applicable, the Bank.

**7(c) Exercise of Rights and Waivers**

All rights, powers, and privileges of the parties under this Agreement are separate, cumulative and exercisable concurrently or successively at the exercising party's discretion. Any waiver of any such right, power, or privilege must be in writing to be effective and shall not be construed as a continuing waiver unless expressly stated in such writing. No delay or failure to insist upon the strict adherence to and performance of the terms of this Agreement, nor any delay or failure in the exercise of any other right, power, or privilege hereunder, shall operate as a waiver of the right to subsequently compel such adherence or performance, or to subsequently exercise any such other right, power, or



privilege, with respect to the matter in question or any other matter, including, without limitation, any continuing or subsequent breach or violation hereof.

**7(d) Notices**

All notices must be in writing to be effective and may be personally delivered or sent by certified mail or recognized courier (e.g., FedEx) to the applicable address noted on the signature page, in which event any such notice shall be deemed received if and when delivered personally or to such address, as the case may be. Either party may change its address for notice purposes by providing written notice of such change to the other party in the manner set forth above.

**7(e) Governing Law, Jurisdiction and Venue**

This Agreement shall be governed and construed in accordance with the laws of the State of California, without reference to choice of law or conflict of law statutes that would otherwise require reference to the laws of another jurisdiction. If Company or any other person or entity obtains a binding determination that the mandatory arbitration provision is unenforceable, then the parties agree that the federal and state Courts located in Santa Ana, California shall have exclusive jurisdiction to hear and determine any claims, disputes, actions, or suits which may arise under or out of this Agreement.

**7(g) Due Diligence**

Company hereby authorizes TAS and its designees to conduct due diligence with respect to Company, as well as its principals, directors, managers, and executive officers, and the Service; and in connection therewith, to investigate the background, business, and financial affairs of Company and any such other party to whatever extent and utilizing whatever means TAS or its designees may determine appropriate. If permitted by law, TAS will advise Company of any objectionable matter that arises during any such due diligence. TAS and Company will then work in good faith to resolve such matter. However, if such matter is not resolved to TAS's satisfaction, TAS may elect to terminate this Agreement.

**7(h) Entire Agreement / Modifications**

This Agreement constitutes the entire agreement between the parties with respect to the subject matter and supersedes any and all prior or contemporaneous understandings relating thereto, whether written or oral as of the effective date of this Agreement; the Prior Agreement (the Agreement in place prior to the effective date of this Agreement), if any, remains effective for those Companies and/or Clients who utilize those Companies which are subject to the terms of the Prior Agreement. Modifications to this Agreement must be in writing and signed by each party to be effective; provided, however, if any provision of this Agreement is found to be invalid or unenforceable, to the extent permitted by law, such provision may be reduced in scope or otherwise modified to render the subject provision reasonable and enforceable. Otherwise, if any such invalid or unenforceable provision cannot be or is not so modified, such provision shall be deemed severed from this Agreement and all of the other provisions hereof shall remain in full force and effect as if such provision had never been included herein.

**7(i) Authority**

Each party hereby represents and warrants to the other that its execution, delivery, and performance of this Agreement has been duly authorized and approved in every respect, and neither its execution or delivery of this Agreement, nor its performance hereunder, will violate or conflict with any term or condition of its organizational or other governing documents, or any other agreement or directive of any kind or nature to which it is a party or by which it is otherwise bound.

**IN WITNESS WHEREOF**, the parties have hereunto caused this instrument to be executed by their duly authorized officers, all as of the day and date last signed below.

6



**TAS**

TAS 2019 LLC d/b/a Trusted Account Services

By: _____

Officer Title: _____Managing Member_____

Date: _____9/1/2019_____


**COMPANY**

True Count Staffing Inc
DBA Student Loan Mgmt

_____  {COMPANY}

_____  {MAILING ADDRESS}

_____  {CITY, STATE, ZIP CODE}

By: __Kaine Wen_____

Officer Title: _Managing Member_____

Date: _September 1, 2019_____

7



**EXHIBIT A**

**Schedule of Fees and Charges**

Paid By CLIENT:

**Client SHALL PAY TAS $1 PER NET PAYMENT TRANSACTION** (Net = Approved Payment Transactions minus merchant processing fees and $1 TAS Service Fee). A 3.50% Processing Fee and a $1 TAS Service Fee will be deducted from each Client and the Net Amount paid to Company, after Client approves the payment.

Paid By COMPANY:

Chargeback
Pre-Chargeback Notification
NSF (Insufficient Funds)

**COMPANY SHALL PAY ALL TAS MERCHANT ACCOUNT FEES, SHOULD A DIFFEREENCE BETWEEN THE 3.50% PROCESSING COST TO THE CLIENT EXCEEDS THE MERCHANT ACCOUNT PROCESSING FEES CHARGED TO TAS.**

**COMPANY SHALL MAINTAIN A CLIENT REFUND RESERVE FUND WITH TAS** (at a mutually agreed upon amount. The Refund Reserve Fund will be calculated as follows: Total Monthly Refunds Plus Total Chargeback losses processed through any of the TAS Merchant Accounts).

Company Officer Initial:  KW

**Acknowledged by:**

**TAS 2019 LLC d/b/a Trusted Account Services:**

{Company Officer}:

Date:  9/1/2019

_____ (initial) _____ (initial)

8

EXHIBIT B



## ACCOUNT SERVICING AGREEMENT

This Agreement sets forth the terms of the account management services offered to the person or persons signing below ("Customer") by Trusted Account Services ("TAS").

TAS is in the business of processing payments to and from a trust account (including electronic and automatic transfers), making disbursements as directed, and providing online transaction and accounting information related thereto (collectively "Services"), for client's student loan modification company ("SLC" or "Agent"). TAS is not an owner, employee, or partner of any student loan modification companies and provides the Services to Customer as an independent third party.

## TRANSACTION, ACCOUNT INFORMATION, AND COMMUNICATIONS

Customer and Agent will be provided internet access to Customer's account and transaction information. Customer agrees that disclosures, accounting and transaction statements, disbursement verification, and any other communications may be distributed by electronic mail or through TAS's website at www.trustedaccountservices.com. Customer acknowledges that Customer is able to electronically receive, download and print such information and communications, unless Customer and TAS agree otherwise. If Customer is unable to communicate electronically, Customer will notify TAS and reasonable alternative means of communication will be established. Customer may provide notice to TAS at 109 E. 17th St Suite #5656, Cheyenne, WY 92001 or email at support@trustedaccoutservices.com.

## SERVICE FEES

Customer authorizes TAS to charge the following fees for services rendered:

- Monthly Fee - $6.50
- Monthly Fee for certification draft $1.50
  Other charges as applicable
- NSF/Return Item $8.50
- Convenience fee: $2.75% per successful transaction
- No interest will be paid to you on or with respect to the Account.

## MISCELLANEOUS

Customer agrees to indemnify and hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Customer and any third party. Customer agrees to hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages in any situation where TAS has compiled with the directives from Customer or Agent, provided that TAS has not provided notice of revocation of TAS's or Agent's authority under this Agreement.

Customer understands that TAS may share information with its depository institutions, its affiliates, Agent, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

Customer authorize TAS to imitate Automatic Clearing House (ACH) debits from my designated bank account as set forth below. I authorize TAS to debit my designated bank account according to the schedule of debits provided to TAS by me or on my behalf or as otherwise provided by agreement. Customer agrees that sufficient funds will be available in my designated account at least three (3) business days prior to the date of debit transfer. TAS is not liable to any person for not completing a transaction as a result of any limit on my designated bank account, or if a financial institution fails to honor any debit from such account. Customer agrees to notify TAS immediately if a scheduled debit will not or does not occur. Customer authorizes TAS to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including non-sufficient funds.

## DISPUTES

Customer agrees that it will not file a claim for arbitration or with any regulatory or enforcement agency without providing TAS with written notice detailing the nature of its complaint and allowing 20 business days for TAS to resolve or respond the complaint. Customer hereby agrees that any dispute arising between or among the parties shall be heard before a certified mediator with venue exclusively located in Cheyenne, Wyoming. Mediation may be attended telephonically or in person. In the event there is no resolution through mediation, any claim or dispute shall be submitted to arbitration with venue in Cheyenne, Wyoming and conducted in accordance with the commercial rules of the American Arbitration Association. Judgement upon any award may be entered into any court having jurisdiction. Even if arbitration is not permitted, Customer specifically waives any right to trial by jury, participation in a class action lawsuit and consolidation of claims with any other party. Total damages in the event of litigation will be limited to the fees collected by TAS under this agreement. This AGREEMENT shall be governed by and interpreted in accordance with the Laws of the State of Wyoming. However, in the event of any litigation, venue shall be exclusively in Cheyenne, Wyoming, without reference of the rules of conflicts of laws there under, irrespective of the place of residence, or domicile, or business of the Parties hereto. Customer understands that TAS may share information with its depository institutions, its affiliates, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

## TERMINATION OF AGREEMENT

You may terminate this Agreement and close the Account at any time by sending a written notice to TAS customer service. In addition, this Agreement may be terminated, and the Account cancelled at any time without notice for inactivity, if the Account is improperly maintained or used, or if you otherwise violate any provision of this Agreement. If this Agreement is terminated for any reason, the collected balance in the Account will be sent to you by check within a reasonable period of time.

## DEFAULT AND COLLECTION OF ACCOUNTS

If the Account is suspended, cancelled or otherwise terminated for any reason and the Account has a negative balance, you agree to pay the negative balance upon demand. Should you fail to remit the full amount of such negative balance, you shall remain responsible for the deficit and collection actions may be pursued against you. If any such collection action is undertaken, you agree to pay all court costs and collection fees including reasonable attorney's fees, to the extent permitted by applicable law.

## USA PATRIOT ACT COMPLIANCE

In order to assist in combating terrorism and preventing the TAS system and the banking system from being used for money laundering purposes, you authorize TAS to take those steps that are reasonable and practical to identify you and any information about you, including, without limitation, securing or accessing a credit report on you, obtaining other information about you and otherwise verifying your identity as required by the USA Patriot Act.

## CONSUMER LIABILITY AND ERROR RESOLUTION PROCEDURES

If you believe someone has transferred or may transfer money from the Account without your permission, contact TAS customer service immediately. Telephoning is the best way to keep your possible losses down.

In case of errors or questions about transactions involving the Account, call or write TAS customers service no later than sixty days after the transaction in question has been reflected on your monthly statement. Please provide the following information:

1. Your name and Account number.
2. Date and amount of the transaction.
3. Type of transaction and descriptions of the suspected error. Please explain as clearly as possible why you believe there is an error or why you need additional information.
4. Dollar amount of the suspected error.

If you provide this information orally, you also may be required to provide it in writing within ten business days. You will be told of the results of the investigation of the suspected error within ten business days after you submit the information and any error will be promptly corrected. However, if more time is required to investigate suspected error, it may take up to an additional thirty days to complete the investigation. If it is determined that there is no error, you will be provided with a written explanation within three business days of such determination; and you may ask for and receive copies of the documents used in making any such determination.

## PRIVACY POLICY

Personal information may be collected from the Account Application, any updated information you may provide from time to time and the transaction processed through the Account. A description of the Privacy Policy applicable to your Account is provided below. If you have additional questions regarding the privacy of your personal information, please contact TAS customer service.

### COLLECTION / USE OF PERSONAL INFORMATION

Collection of your personal information is designed to protect access to the Account and to assist in providing you with products and services you have requested. All personal information collected and stored by TAS, on or their behalf, is used for specific business purposes to protect and administer your Account and initiate your authorized transactions, to help to design or improve the applicable products and services and to comply with state and federal banking regulations. Only approved personnel will have access to your personal information. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified, e.g., updated or added to, your personal information.

### MAINTENANCE OF ACCURATE INFORMATION

It is your best interest to maintain accurate records concerning your personal information. For this reason, you are allowed to update your personal information online, at any time, by using your Password to log into the TAS website or by contacting TAS customer service.

### LIMITED ACCESS TO PERSONAL INFORMATION

Access is limited to your personal information to only those personnel with a business reason for knowing such information. In addition, all personnel are educated about the importance of confidentiality and customer privacy. Individual user names and passwords are used by approved personnel to access your personal information, providing audit trails to further safeguard the privacy of your personnel information.

### THIRD-PARTY DISCLOSURE RESTRICTIONS

All third parties with a business need to access your personal information are required to adhere to stringent privacy policies. Your personal information may be supplied to a third party in order to process a transaction you have authorized or if the disclosure is allowed or required by law, e.g., the exchange of information with reputable reporting agencies in response to a subpoena, in connection with the investigation of fraudulent activity, etc.

**Additional Information**: If you have any questions regarding this Privacy Policy, please contact TAS customer service.

## APPOINTMENT

Customer authorizes TAS to collect and deposit payments customer has agreed to make under Customer's SLC. The fees shall be debited from Customer's bank account or charged on Customer's credit or debit card as elected and authorized by Customer below. TAS will initiate transfers from Customer's bank account, credit or debit card as authorized by Customer, and deposit and hold Customer's funds in a trust account established and serviced by TAS. Customer authorizes TAS to share information with Agent about account balances and transactions, answer questions, and have access electronically to review all Customer information without involvement of Customer. Fees due to Agent may be a draft separate and distinct from the draft of any other amounts that may be drafted under Customer's student loan/document prep. Program. Customer agrees the trust account is non-interest bearing and may be located in Wyoming or any other state of TAS's choice. Customer agrees that TAS will disburse from Customer funds the current service fees as stated below and those fees of Agent based upon TAS's reasonable determination that the fees have been earned by Agent pursuant to the terms of Customer's agreement with Agent. Customer may withdraw approval for any specific disbursement either directly or through Agent by providing written notice three (3) days before the scheduled disbursement. If Customer fails to notify TAS timely, or TAS does not receive actual notice, the disbursement will be automatically processed, and TAS will have no liability for the payment made. Customer may revoke this appointment with a minimum of five (5) banking days notice to TAS in the manner set forth below. Customer acknowledges that the origination of Automatic Clearing House (ACH) transactions to my account must comply with the provisions of U.S laws.

## CUSTOMER SERVICE INFORMATION

**Website Address:** www.trustedaccountservices.com

**Physical Address:** 109 E. 17th St Suite #5656, Cheynne, WY 82001

**Email:** support@trustedaccountservices.com

**Business hours:** Mon  - Sat    8:00am – 05:00pm MDT

## REFUND POLICY

TAS stands behind our services and your satisfaction is important to us. However, because our services are rendered in advance of your payments, we generally offer no refunds. If you change your mind about our services, we will gladly cancel your account, discontinue our services, and stop any future scheduled payments.

Before you cancel your accounting services, we highly recommend that you consult with your Product or Servicing Company to ensure you have a full understanding of how closing your account may impact current agreements that have been made with your Payee.

## SELECTION OF METHOD OF PAYMENT

**ACCOUNT AGREEMENT & APPLICATION**

I hereby apply for and agree to establish a non-interest bearing account (the "Account") with Trusted Account Services (TAS). I understand that this Application is subject to a customer identification program, as required the USA Patriot Act and other applicable laws; and accordingly, I hereby represent that the following information is true and complete to the best of my knowledge and belief. In addition, I understand that I may be required to provide a copy of driver's license and/or other information from time to time for use in connection with the verification of my identity and the administration of the Account.

**Furthermore, I understand that the Account is governed by the terms of this Agreement and that I am bound by all of its terms and conditions.**

**ACCOUNT OWNERSHIP, CONTROL AND USE**

I understand that the Account, established in accordance with this Application and Account Agreement, will contain my sole and exclusive property; that only I (or Authorized Contact, if any) may authorize deposits to and disbursements from the Account; and that I (or Authorized Contact, if any) may withdraw funds from and/or close the Account at any time as provided for in the Agreement. I hereby authorize (a) periodic deposits to be made to the Account pursuant to the authorization provided below and (b) periodic disbursements to be made from the Account pursuant to instructions that I may give from time to time. In this regard, I hereby authorize payment from the Account of the fees and charges provided for this Application and the Agreement.

**PERMISSION TO SHARE DATA**

I hereby grant permission for the bank selected by TAS, TAS and the Sponsor to share information regarding the Account and my Program with each other to facilitate the transactions I may initiate that involve the Account, and with any other party that is essential to the administration of the Account and/or my Program. I understand that the Agreement provides additional information relating to privacy.

Name _____   Date of Birth _____

Street Address _____   Phone Number _____

City _____ State _____ Zip _____   Email Address _____

Applicant Signature _____   Date _____

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSITS (ACH DEBITS)

I (we) hereby authorize TAS, to initiate debit entries to my (our) Checking Account / Saving Account (select one) indicated below at the depository financial institution named below, hereafter called DEPOSITORY, and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. laws. This authorization is to remain in full force and effect until TAS has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford TAS and DEPOSITORY a reasonable opportunity to act on it, or until the schedule of debits is completed.

### Customer One

| Name | | | Date of Birth |
|------|--|--|---------------|
| Street Address | | | Phone Number |
| City | State | Zip | Email Address |

### Customer Two

| Name | | | Date of Birth |
|------|--|--|---------------|
| Street Address | | | Phone Number |
| City | State | Zip | Email Address |

### Banking Information

| Bank Name | | | First Draft Amount |
|-----------|--|--|--------------------|
| City | State | Zip | First Draft Date |

Bank Name
Bank Routing Number

(e.g. nine-digit ABA number)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Tip*    Your bank may have separate routing number for ACH transactions. Please verify the routing number with your financial institution to prevent delays.

Bank Account Number

Type of Account (please check one)            ☐ Checking                    ☐ Savings

Bank Account Holders Name

Note:    TAS may run a test of the ACH processor (i.e. pro note) to be sure it is working properly. You may a transaction on the account with a $0 charge.

I am the authorized signer, or otherwise have authority to act, this funding authorization on the account identified above.

| Customer One Signature | Date | Customer Two Signature | Date |
|------------------------|------|------------------------|------|

## CREDIT CARD AUTHORIZATION

I, _____, the Customer, hereby authorize TAS to charge my credit card all payments processed pursuant to this Agreement, including Service Fees payable to TAS.

☐ I authorize the TAS to charge a one-time charge to my credit card for the entire payment. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by TAS.

☐ I authorize the Company to charge my credit card pursuant to the scheduled detailed in my agreement with Agent. I also authorize charges to my credit card for any Service Fees payable to TAS or additional as they may occur including but not limited to such charges as Late Fees and/or Reissuance Fees. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by Agent and TAS.

=====================================================

Please complete all of the following information.
Your account cannot be processed if incomplete.

Check the type of credit card        MC ☐        VISA ☐        Discover ☐        Amex ☐

CC number: _____    Expiration Date: _____ / _____    Security Code: _____

Name of Credit Card Holder: _____

Billing Address: _____    City: _____    State: _____    Zip: _____

_____
Signature of Credit Card Holder                          Date

=====================================================

Def.'s Ex. 25

Client's Welcome Email

| | |
|---|---|
| Reference # | 12540569 |
| Status | Complete |
| Company | Dept Manager |
| First Name | Calvin |
| Middle Initial | Quoc |
| Last Name | adad |
| Email Address | dotruongq@gmail.com |
| Phone | 19163036776 |
| Address | 1234 Rexbon Ct. |
| City | Fountain Valley |
| State | CA |
| Zip Code | 92708 |
| Date of Birth | 01-21-1984 |
| Social Security Numbers | 658498482 |
| Submission Filing Status | Single |
| Submission Family Size | 15 |
| Employment Status | Umemployed |
| 1.Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans? | Yes |
| 2. Do you understand that  Dept Manager does not take any upfront fees, that you will place your payments into your Dedicated Client Account where it belongs to you until your program is approved, upon which you authorize the payments to be paid to  Dept Manager? | Yes |

| | |
|---|---|
| 3.Do you understand that the 6 payments of $208 will not be applied towards the balance of your student loans and you authorize the payments to go into your Dedicated Client Account for the document preparation services for your selected program? | Yes |
| 4.Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which Dept Manager will continue to assist you with for a monthly cost of $22.0? | Yes |
| 5.Do you understand that you may attempt to apply for an Income-Based Program through the Department of Education on your own, but you are paying Dept Manager to handle all of the paperwork, notifications, and communications for your program? | Yes |
| 6.Do you understand that verification of income will be required to have your new monthly payment approved and that the payment details could change if your family size or proof of income changes? | Yes |
| 7.Do you understand that once the process is complete, you will begin making the payment of $0.00 to the servicer of your student loans? | Yes |
| 8.Do you understand that your loans will not be forgiven immediately, but upon completing 240 months of approved payments any remaining balance will be forgiven? | Yes |
| By signing below, I certify all information above is true and up-to-date to the best of my knowledge | |

| | |
|---|---|
| Your Customer ID : | 298586325 |
| Last Update | 2019-04-26 15:55:17 |
| Start Time | 2019-04-26 15:54:09 |
| Finish Time | 2019-04-26 15:55:17 |

| | |
|---|---|
| IP | 70.183.63.77 |
| Browser | Chrome |
| OS | Windows |
| Referrer | https://fs10.formsite.com/f3otLS/2ipg2rezli/fill?id77=Khanh&id106=Quoc&id107=Truong&id83=19163036776&id78=dotruongq@gmail.com&id87=5&id89=500000.00&id97=658498484&id84=01-21-1984&id85=Single&id79=10838%20%20Rexbon%20Ct.&id80=Fountain%20Valley&id82=92708&id81=CA&id93=268588325&id112=0.00&id111=208&id114=6&id113=22.0&id110=240&id119=Dept%20Manager |

Def.'s Ex. 26

1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2     wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA  90067
   Telephone:   (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
      abbaker@venable.com
6  Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
      gsachs@venable.com
7  600 Massachusetts Ave., NW
   Washington, D.C. 20001
8  Telephone:   (202) 344-4000
   Facsimile:   (202) 344-8300
9
   Attorneys for Defendants
10

11            **UNITED STATES DISTRICT COURT**

12    **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

13 | Bureau of Consumer Financial | CASE NO. 8:19-cv-01998-JVS(JDEx)
   | Protection; State of Minnesota, by its |
14 | Attorney General, Keith Ellison; | Hon. James V. Selna
   | State of North Carolina, *ex rel.* | Courtroom 10C
15 | Joshua H. Stein, Attorney General; |
   | and The People of The State of | **DECLARATION OF NICOLE**
16 | California, Michael N. Feuer, Los | **BALESTRERI IN SUPPORT OF**
   | Angeles City Attorney, | **DEFENDANTS' RESPONSE TO**
17 | | **ORDER TO SHOW CAUSE WHY**
   | Plaintiffs, | **PRELIMINARY INJUNCTION**
18 | | **SHOULD NOT ISSUE**

19 | v. | Date:        November 4, 2019
   | | Time:        3:00 p.m.
20 | Consumer Advocacy Center Inc., d/b/a | Crtrm:       10C
   | Premier Student Loan Center; True |
21 | Count Staffing Inc., d/b/a SL Account | Action Filed:   October 21, 2019
   | Management; Prime Consulting LLC, | Trial Date:     None set
22 | d/b/a Financial Preparation Services; |
   | Albert Kim, a/k/a Albert King; Kaine |
23 | Wen, a/k/a Wenting Kaine Dai, Wen |
   | Ting Dai, and Kaine Wen Dai; and |
24 | Tuong Nguyen, a/k/a Tom Nelson, |

25 | Defendants, and |

26 | Infinite Management Corp., f/k/a |
   | Infinite Management Solutions Inc.; |
27 | Hold The Door, Corp.; and TN |
   | Accounting Inc., |

28 | Relief Defendants. |

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF NICOLE BALESTRERI

I, Nicole Balestreri, declare as follows:

1.      I am a Compliance Manager at Prime Consulting, LLC ("PC") and have been since September 9, 2019. Prior to this role, I was a Co-Manager of Customer Service at True Count Staffing, Inc. ("TCS") since December 10, 2018. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.      TCS and PC assist their clients by helping them navigate the byzantine federal student loan consolidation and modification process. The companies assist some clients with preparing the paperwork required for the clients' loan consolidation and income-driven repayment ("IDR") program applications. For other clients, whose loans have already been consolidated, the companies assist with preparing the paperwork required to apply for IDR programs.

3.      PC is a sales company that is in charge of the "front-end" of the business. PC acquires clients through online advertising campaigns run and controlled by third parties. PC clearly, completely, and accurately describes the services offered to clients in its sales script on which its employees are thoroughly trained. A true and correct copy of this script is attached hereto as Exhibit A.

4.      PC takes pains to walk clients through contracts, authorizations, and disclosures that it needs to ensure that clients understand the services to be rendered. As part of this process, on the initial sales call, a PC employee sends and walks the client through a welcome email containing voluminous disclosures. A true and correct copy of this email is attached hereto as Exhibit B.

5.      PC's policies, including its TSR Policy, are distributed and explained to each new employee. A true and correct copy of the TSR Policy is attached hereto as Exhibit C.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

6.     Each new employee must score more than 85% on a compliance quiz before they are allowed to begin.  A true and correct copy of this quiz is attached hereto as Exhibit D.

7.     TCS is the "back-end" of the business.  On behalf of and working with clients, TCS prepares and submits the documents required to apply for loan consolidation and IDR programs, interfaces with clients' loan servicers, handles customer service inquiries, and gathers necessary information to prepare and submit the re-certifications required for clients to stay in the IDR programs for which it helped them qualify.

8.     As part of its ongoing efforts to ensure compliance with regulations such as those that form the basis for the CFPB's TRO, PC instituted auditing procedures, including automatic call recording, and the routine review of sales calls by management.  For its part, TCS developed a sophisticated software program—a bot known as "Ultron"—that checks for technical anomalies within TCS's systems that may be indicative of employees cutting corners or engaging in potentially non-compliant activities.

9.     When auditing functions catch potentially non-compliant activities, swift action is taken to investigate the issue, rectify any problems discovered, and mete appropriate discipline, up to and including termination.  Compliance memos are issued to remind employees of potentially wrongful conduct.  These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.  A sample compliance memo is attached hereto as Exhibit E.

10.     Layered on top of these auditing functions is the business' backwards-looking auditing and compliance re-certification program.  As part of every in-coming customer service call, TCS personnel walk the client through a series of documents and questions to recertify that their information was accurate, and that

2

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1  those clients understood the services they signed up for and were satisfied with
2  them.
3      11.    TCS personnel have also included the compliance package as part of
4  annual calls to clients made to obtain the information for paperwork necessary to
5  recertify their information with the Department of Education.  Indeed, TCS was in
6  the process of onboarding and training additional personnel to reinforce its
7  compliance re-certification program at the exact time that the CFPB and Receiver
8  raided its offices on October 23, 2019.
9      12.    To date, TCS's re-certification campaign has resulted in
10  approximately 3,252 recertification interactions with clients, ~96% of which
11  certified they were satisfied and re-executed compliance packages.  A sample
12  reverification package is attached hereto as Exhibit F.
13     13.    The vast majority of the ~4% that did not re-execute compliance
14  packages could not do so only because their personal information (e.g. family size,
15  marital status, or income) had changed since the time they initially provided such
16  information.
17     14.    From August 28, 2019 to September 30, 2019, the business shut itself
18  down to implement a rigorous campaign to raise the bar with respect to its
19  operational compliance policies, procedures, and practices, under which it has
20  consistently operated and from which it does not intend to deviate.  In addition to
21  counsel, several outside consultants were retained to assist with these efforts.
22     15.    For example, PC implemented new sales scripts and trained
23  salespeople on how to use them.  PC revamped its customer agreements,
24  procedures, and disclosures to ensure clients understood the services being offered
25  and to reduce the risk that information submitted on their behalf was inaccurate or
26  incomplete.  Compliance training modules for Sales, Marketing, Processing, and
27  Customer Service functions were built and deployed.  A true and correct copy of a
28  sample compliance presentation is attached hereto as Exhibit G.

VENABLE LLP

16.   As an additional safeguard, manager-level personnel listen to phone recordings for compliance.  The sales call for every single client on-boarded since business restarted on or about September 30, 2019 has been audited by an independent company for compliance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Lake Forest, California.

Nicole Balestreri

**EXHIBIT A**

Updated: 10/21/2019                    Confidential & Business Proprietary Information

### Sales Script

IMPORTANT:  **USE CAPS LOCK WHEN COMPLETING THE APPLICATION.** FAILURE TO DO SO WILL PREVENT YOUR FILE FROM MOVING FORWARD TO PROCESSING WHEN YOU SUBMIT.

### QUALIFYING THE CALLER

Student Services Plus, this is _____.  Are you interested in the Federal Student Loan Forgiveness Program or reduced repayment options?

1.  Are your federal loans $10,000 or more?
2.  Are you currently employed or have a source of income?

**IF NO to EITHER** – Unfortunately, we won't be able to help you today. Please contact the Department of Education if you are interested in learning more about your options.  **[HANG UP UNDER 60 SECONDS]**

**IF YES** – Ok great. That means you may qualify for one or more of the Department of Education's programs that can reduce your monthly payments and possibly forgive your student loan balance. What we can do for you today is help you find the loan forgiveness program you may qualify for that will have the lowest monthly payment.

### INTRODUCTION AND INFORMATION GATHERING

**\*Please note that while we may correspond with your servicers on your behalf, we are not the Department of Education. This call is being recorded for quality control and compliance purposes. \***

Let's go ahead and get started, if I could please get:

1.  The proper spelling of your First and Last Name?

2.  The best contact number in case we get disconnected.

3.  What is your email address associated with your student loans?

4.  Can I get your date of birth?

5.  These federal programs are income based. Are you currently paid by the hour or are you on salary?  What is your hourly rate? How many hours per week do you work?

Updated: 10/21/2019                    Confidential & Business Proprietary Information

   a. *ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52*
   b. *TAX TRANSCRIPT* (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

6. **HOW TO PROPERLY EXPLAIN FAMILY SIZE:**

Now we'll determine your "family size" under the DOE programs. It's very important to include everyone that qualifies, so you can receive the lowest monthly DOE payment possible and potential loan forgiveness.

   a. How many children, including unborn, do you provide more than half their financial support?
     *Ex. Include any unborn child or children.*
     *Ex. Providing half the financial support to any children away from home, such as college or military, or even adults.*
     *Ex. Support includes -- money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.*

   b. For anyone living with you, how many do you provide more than half their financial support?
     *Ex. Providing half the financial support to anyone living with you, even relatives or friends.*

**LET THE CALLER TALK** – Most clients will be very eager to include someone they support financially if it lowers their monthly payment.
- Ex. Yes, my nephew has been living with me.
- Ex. Yes, I support another person financially 50% of the time who lives with me.

**[Under no circumstances can you assist the client in submitting an incorrect family size.]**

**HOW TO PROPERLY EXPLAIN MARITAL STATUS:**

Under the DOE programs, your marital status will determine whether your monthly payments will be based only on your personal income, or the combined household income for both you and your spouse. Please let me know your marital status based on these 4 DOE application options:

   a. **Single**
   b. **Married**
   c. **Married, but separated** – You will be treated as single
   d. **Married, but cannot reasonably access my spouse's income information** – You will be treated as single

**To Caller: "Which Status best describes your current situation?"**

2 | Page

Confidential & Business Proprietary Information

If client selects **b. Married**

To Caller: "When you filed your last federal income tax return, did you file jointly with your spouse?

**If YES:** You must collect both spouse's incomes; either paystubs or their 1040 Tax Form

Is your spouse currently paid by the hour or are they on salary?  What is their hourly rate? How many hours per week do they work?

   e.  *ANNUAL SALARY = (Hourly rate x #hours worked per week) x 52*
   f.  *TAX TRANSCRIPT* (Use Line 37 of your 1040 or Use Line 21 of your 1040A or Use Line 4 of your 1040EZ)

### \*\*\*NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL\*\*\*

**If NO:** You only need to collect the client's income.

Ex: Recently married, filed as single last year.  This first year they do not need to include their spouse's income.

7.  Do you happen to work for The Government or for a non-profit organization for at least 30 hours per week?

   a.  Great! Working for a not-for-profit or public service agency may qualify you for faster loan forgiveness. If you work for a not-for-profit or public service agency full time (30+ more hours a week) for 10 years you may be eligible for PSLF.

### OBTAINING THE CALLER'S LOANS

The next step in the process is to obtain your loan details to see exactly how much you owe and determine what programs you may qualify for.

[Note:  Do not obtain or use a client's login information for FSA, that is unlawful.]

**[Must read Verbal Consent for Soft Credit Inquiry VERBATIM.]**

1.  "Will you authorize us to perform a soft credit inquiry in order to obtain your current amount of outstanding student loans to determine if you may qualify for one of the government's loan forgiveness or income driven repayment programs?"

   If NO: "Soft credit inquiries will not affect your credit score and are never considered as a factor in credit scoring models. Potential lenders are not able to see soft credit inquiries."

Updated: 10/21/2019                    Confidential & Business Proprietary Information

**IF YES:**

1. Access **"FRIDAY SUPPORT"**
2. Click forms then choose **"SOFT CREDIT"**.
3. *ENTER*: First name / Last name / Address / City / Zip / State/ **then click** SUBMIT
4. *If Soft credit pull doesn't work with information entered above, then re-enter information*
5. *RE-ENTER*: First name / Last name / Address / City / Zip / State / SSN OR DOB / **then click** SUBMIT


IF NO: or UNABLE TO SUCCESSFULLY COMPLETE SOFT CREDT INQUIRY: Go to Step 2

**STEP 2**
**[OPTIONAL IF NO SOFT PULL]**

**[Must read Verbal Consent for Servicer Login VERBATIM.]**

1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

1. Open servicer website.
2. Create or reset log in for servicer. Add servicer username and password to file.
3. Log in to the online account.
4. Save servicer in DPP

**EXPLAINING THE CALLER'S LOAN DETAILS**

Ok (Caller's name), thank you for your patience. I am able to review the loan details you provided. I see here that you have a total of ___(#)___ student loans in your name, which you took out between the years of _____ and _____.

Based on the documents that you sent us, your current loan servicer is _____ and you have a balance of $_____ *and a total of $_____ in outstanding interest.* If you would like to write this down, you currently owe the federal government a total of $_____ for your federal student loans.

Updated: 10/21/2019          Confidential & Business Proprietary Information

### PROCESSING DEPARTMENT REVIEW

"What I am going to do now is take a few minutes to review all this information to determine whether we believe you may qualify for a DOE program. If it appears that you may qualify, we can help you get your application process started today. If for any reason it appears that you are <u>not</u> likely to qualify, I will let you know the reasons why we are unable to assist you.  It usually takes about 3-4 minutes to review your file, so I need to place you on a brief hold. To be ready, please have a pen and paper available so we can go over the notes together when I am done. Give me a few minutes here, I'll be right back, and I will have an answer for you shortly."

**\*\* PLACE THE CALLER ON HOLD (3-4 minutes) \*\***

### THE PITCH AND SERVICE COSTS EXPLAINED

OK (Caller's name), Thank you for your patience, I do have some good news for you. Based on our review, we believe you may be eligible for a loan repayment or forgiveness program with the DOE.

Do you have your pen and paper? Ok great.  Please write this down:  The name of the DOE program that you may be eligible for that gives you the lowest monthly payment based on your current income and family size, and marital status is called the "IBR, PAYE, ICR, REPAYE, PSLF". program. **For more information on your program, please refer to pages 5 and 6 of your Income-Driven Repayment Plan Request which will be included in your E-Signature Document Package.**

Now I am going to give you some numbers to write down and then I'll review what those numbers mean.

   **(Have client write down all five numbers, then move into the following explanation)**

1.  The first number is $_____, your total loan balance, which is how much you currently owe the federal government for your student loans.
2.  The second number is $_____, If you were to stay enrolled in the standard repayment plan this is how much you would end up paying back because of the interest rates associated with your student loans.  Does this number make sense?

Updated: 10/21/2019                     Confidential & Business Proprietary Information

3. The third number is $ _____. This is your projected forgiveness if your current income, family size, and marital status remains the same for your entire (120/240/300) month term, so congratulations!
4. The fourth number $(Quote SL + 41), your new monthly payment.
5. The fifth number is $1,705. This is our total Initial Fee or what you pay us to assist you in submitting the documents necessary to obtain a new repayment plan. The good news is, I will break that down into monthly payments for you.

Now, let's take a look at the way your payments are outlined. For the first 5 months *(whichever selected)* your monthly payments will be **$341** *(or whichever selected)*, which will cover all of our fees for assisting you with your document preparation, processing, and enrollment into a government program.

After the first 5 months, your monthly payment may be reduced to just (quote sl + 41), which includes your monthly student loan payment to your servicer of (Quote SL) and your recertification fee to us of **$41**. Please remember, you must reapply for your program every year with the U.S. Department of Education. However, with the **$41** per month through your (120/240/300) month term, we will make sure to contact you to collect and prepare all the paperwork necessary to keep you in your new loan repayment program every year.

Do these numbers make sense? Ok, great. Please keep in mind that the loan balance, payback number, and savings I provided you are **estimates based on the income and family size that you provided to me today**. These numbers could change if your marital status, income, or family size changes. To highlight the benefits of these programs if your income decreases or your family size increases you may qualify for a lower payment option. Please remember since these programs are structured based on those standards they should always work in your favor and your monthly payments should continue to remain affordable. Does that make sense? Okay.

It is very important to us how your money is protected. Our fees will be placed into your own Dedicated Client Account and these funds belong to you at all times. Your dedicated account provider is called Trusted Account Services, and they will only release our fees after the Department of Education approves your Income Driven Repayment program every year. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.

**[READ PARAGRAPH BELOW ONLY IF "IN REPAYMENT" STATUS]**

Since your student loans are in repayment status, we will file a forbearance which if approved will pause your payments to your current servicer. Please note that interest will still accrue while your loan is in forbearance. You are required to continue making your student loan payments until your forbearance request is approved and completed, which may take up to 14 business days.

6 | Page

Updated: 10/21/2019                    Confidential & Business Proprietary Information

### COMPLETE THE APPLICATION

Great! Our next step is to complete your application, pick your dates for your payments to us, place a payment method on file for the payment to us, and complete an e-signature document. This process will only take another 5-10 minutes to complete.

Even though we are going to send you everything in writing to review and sign, our Compliance Group requires us to walk through the basic services and the authorizations that we require on the phone during this call.

Thank you. Let's go ahead and get started by collecting the rest of the information we need for your file, starting with you current mailing address.

1.   VERIFY CURRENT MAILING ADDRESS.
2.   IF PSLF, GET EMPLOYER NAME, ADDRESS, AND LENGTH OF EMPLOYMENT (IN MONTHS).
3.   HAVE CLIENT CONFIRM – a) PRIMARY PHONE NUMBER, b) EMAIL, and c) SSN.
4.   HAVE CLIENT PROVIDE (2) REFERENCES – a) FULL NAME, b) PHONE #, and c) RELATIONSHIP.
5.   SAVE YOUR WORK!!!

[Must read Verbal Consent for Servicer Login VERBATIM.]

2.   "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers to ensure that your loan details are accurate?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

1.   Open servicer website.
2.   Create or reset log in for servicer.
3.   Log in to the online account.
4.   Save servicer in DPP

### *TAKE SERVICER SNIPS AND UPLOAD TO DOCS IN DPP*

### SCHEDULE INITIAL PAYMENT

Ok, the next step is to pick a date for your payment to us. Which day works best for you to make your first payment? (Recommend a date that is no later than 10 business days from today, but do not pressure the customer).
Note: There is no government-imposed limit – do not indicate otherwise.

As noted earlier on the call, all payments to us will be placed into your Dedicated Client Account. any time before completion of the work, you can cancel and get your funds back.  Your funds will only be released to us after we prove both to you and Trusted Account Services that we have completed the work described above – assisting you with obtaining a new loan repayment / forgiveness program.

Updated: 10/21/2019                    Confidential & Business Proprietary Information

## CREATE ENROLLMENT SCHEDULE

1. Choose Base Plan: Split Payments + Recurring
2. Program Length: 240 months / 120 months
3. Fee Down Payment: LEAVE BLANK
4. Initial Fee: $1,705 - Split into 5 Payments
5. Recurring: $41
6. Click Recurring Start Date from drop down Calendar, click on date, then click off
7. Save Enrollment Plan, then OK
8. Click on customer name

## OBTAIN EXPRESS VERBAL CONSENT FOR SERVICES

Before I get your payment information, please confirm that you authorize us to proceed with the following services on your behalf, **by stating YES to each of the following:**

1. Do you authorize us to review all supporting documentation for your application that you provide to us?
2. To make the application process easier and faster, we recommend that you allow us to handle all correspondence from your loan servicer via email/mail by using our mailing and email addresses on your application documents for the sole purpose of completing our services. We will send you a copy of all communications we receive from your servicer for your records. Once we have successfully assisted you in obtaining a new loan repayment program, we will change the contact information back to your email/mailing address. To make sure you understand this, we will send you a request to have this authorization in writing in a document called a Limited Power of Attorney. Do you authorize us to do what I just explained?
3. *(ONLY if Client requests a forbearance)* Do you authorize us to prepare and send you a forbearance request to submit to your servicer?
4. Do you authorize us to prepare and send you your loan repayment or loan forgiveness application for the (name of loan repayment or loan forgiveness program)?
5. Do you authorize us to communicate with you through email, text, and phone to provide us with all of the necessary documentation for your annual recertification?
6. Do you authorize us to prepare and send you your annual recertification applications?

## SECURE PAYMENT METHOD

Now that we have your enrollment schedule saved, the next step is to put a payment method on file for our fees only. You have two options to choose from. You can select either debit or credit, whichever you prefer.

Updated: 10/21/2019                    Confidential & Business Proprietary Information

### Credit or Debit Card

1. Select Credit or Debit
2. How does you name appear on the front of the card?
3. Is your middle initial on there? (input initial if it is)
4. And is the billing address for the card the same as your mailing address?
5. Leave Card Issuer Blank
6. Ok, let's go ahead with the 16-digit number when you're ready
7. And the Expiration Date on the card?
8. And the 3-digit code on the back? (CVV)
9. Click Save

### (RPR) VERIFCATION – REPAYMENT PLAN REQUEST

**Direct consolidated loans in Income driven plan = Repayment plan Request**

    1. File must have Servicer login uploaded in DPP in order to submit file

Open servicer website(s). Create or reset log in for servicer(s). Log in to the online account and upload servicer login Username and password into DPP

Who is your current student loan servicer?  (Navient, Nelnet, Greatlakes, FedLoan, AES, etc.)

[Must read Verbal Consent for Servicer Login VERBATIM.]

    1. "Will you authorize us to log in to your Servicer website or create a login by using your personal identifiers (including your full name, email, date of birth, and social) in order to obtain your current amount of outstanding student loan debt and assist you with finding your lowest monthly payment and potential loan forgiveness options?"

"Thank you. To the extent we log in or create a login for your loan Servicer, we will provide you with that information."

IF YES:

    1. Open servicer website.
    2. Create or reset log in for servicer.
    3. Add servicer username and password to file.
    4. Log in to the online account.

Updated: 10/21/2019                          Confidential & Business Proprietary Information

Open Repayment Estimator and manually calculate loan repayment options.
### COMPLIANCE (MANDATORY)

Before we get to your Client Agreement, I will first go over our Compliance materials. I am going to send you the link to the Compliance materials via text message. Please stand by.

Before sending WC ensure all information is accurate including Marital Status, Income, and Family Size.

SEND WC SMS TXT

***Client will be directed to the "Welcome Email" website. ***

Instruct the Client to review and click through their personal and stated information.

***NEED BOTH SPOUSES SIGNATURES ON WELCOME CALL***

Read all compliance questions VERBATIM and answer any questions Client may have.

Client will need to agree "Yes" to all 8 compliance questions.

When the client finishes, refresh DPP and make sure you see "WC CONFIRMED" before moving forward.

### COMPLIANCE CALL SCRIPT

PRIOR TO SUBMITTING YOUR FILE FOR PROCESSING. I AM REQUIRED BY OUR COMPLIANCE DEPARTMENT TO VERIFY YOUR UNDERSTANDING OF THE SERVICES BEING PERFORMED AND OF THE DETAILS OF YOUR INCOME DRIVEN REPAYMENT PROGRAM FOR WHICH YOU ARE APPLYING. YOU WILL BE REQUIRED TO ANSWER 'YES' TO EACH OF THE FOLLOWING QUESTIONS IN ORDER TO MOVE ONTO THE NEXT. IF YOU DO NOT UNDERSTAND ANY OF THE QUESTIONS, PLEASE DO NOT HESITATE TO ASK ME

1. "Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans?"

   If No: We are a third-party document preparation services company who assists with all of the necessary paperwork to ensure accuracy and correct filing of the documentation required for any necessary consolidation, recalculation and/or enrollment into your income driven repayment program. While we may correspond with your servicer on your behalf, we are not affiliated with the Department of Education.

2. "Do you understand that, for your protection, we are not allowed to and will not access your Federal Student Aid account?

Updated: 10/21/2019                    Confidential & Business Proprietary Information

If No: As a fully compliant document preparation services company, we will always remain within the guidelines mandated by all governing agencies. As such, we will not access your Federal Student Aid account.

3. "Do you understand that our company does not take any upfront fees, and that your payments to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?"

If No: It is very important to us how your money is protected. You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account). Your payments will be released to our company only after the Department of Education accepts your program / plan. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program accepted by the Department of Education. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services.

4. "Do you understand that the fees that I just mentioned for our services to you are the following:

   a. Our initial fee of $1,705, broken into payments of $_____ for the first ___ months, which covers our initial work with you in applying for a loan program with the DOE?" [must receive a yes response

      *If No: For our services of assisting you with gathering the correct information for your application to the Department of Education's Income Driven Repayment program–and submitting your application, we collect $1,705 for our services.  However, these funds will be placed into a Dedicated Client Trust account that are held for your benefit and that you can request back at any time prior to completion of our work for you.  What that means is that we don't get paid until you are accepted into a new Department of Education loan repayment program.*

   b. Our recurring monthly fee of $41, which covers our work with you for your annual recertification.

      If No: You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to our company for completing all necessary correspondence and communication and document preparation services only after your recertification is approved.

5. "Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?"

Updated: 10/21/2019                    Confidential & Business Proprietary Information

*If No: You may attempt to do this, but our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately, including preparing and submitting all the paperwork prior to all deadlines.*

6. **"Do you understand that verification of income by the Department of Education will be required to have your new monthly payment accepted, and that the payment details could change if your family size or proof of income changes?"**

*If No: The numbers discussed today are based off of the information that you provided. Our Processing Department will reach out to you in the next couple of days to verify the income that you stated over the phone.*

7. **"Do you understand that once the process is complete, you will begin making the payment of $_____ (or SL payment) to the servicer of your student loans?"**
   *(Do NOT include the recertification fee in this number.)*

*If No: Once your Income Driven Program is accepted, you will make your new payment of $_____ (or SL payment) to the servicer of your student loans. (If $___ payment: Even a $_____ payment counts as a qualified payment towards your forgiveness.)*

8. **"Do you understand that your loans will not be forgiven immediately, but upon completing 300/240/120 months of eligible payments and IF YOU ARE PSLF ELIGIBLE, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?**
   *If No: These are term-based programs, which means the forgiveness occurs at the end of the program, which is 300/240 /120 months.*

## SEND THE CLIENT FEE AGREEMENT ("DOCS") FOR E-SIGN

The last step for us today is to complete a very simple E-signature document which I am sending via email and text message. Let me know when you see it. **The subject line will read "Documents Ready to Sign".**

*(DOCS TAB, Generate PDF, Client Agreement SSP, click Send to ClixSign, Generate PDF, Select SMS template "Sales Ready to Sign", from number "Sales", Send for Signature)*

1. Please take your time to review and let me know when you are ready to begin – I can wait for as long as you would like.  Please review all of it.
2. When you are ready, please click the "Review and Sign Now" link and click "Begin Signing"
3. Then you will need to draw your signature in the box and click "next"
4. Then draw your initials in the box and click "finished"

Updated: 10/21/2019                    Confidential & Business Proprietary Information

5.  At this point it's pretty simple.  Please take as much time as you need to read and sign the document.  There are 12 tabs that you need to click on to add your signature/initials.  Once you have read the agreement and clicked on all of the tabs, hit the "Finish & Submit Document" to have your own copy directly to your email.

*(Read the paragraph below when the client is ready or ask when you can read some additional information to the client)*

**This document is only consent to work on your file and is an acknowledgement of the numbers we already went over.**

Thank you for taking the time to complete that.  What's going to happen next is you will be receiving a phone call from our company's Jr. Underwriting Department within the next 2-3 business days from a **(949) area code**. They will be requesting a copy of your tax returns or 2 most recent paystubs. This is to verify your income for the Department of Education. Our Customer Service and Jr. Underwriting Departments will take care of all your future paperwork, contacts, and notifications, and will update you every step of the way.

### REFERRALS

LASTLY, were you referred by a friend or family member?

The reason I ask is <u>you're now entitled to your own referrals</u>. Very important: anybody you refer that calls my direct number; <u>we are required</u> to send you a $25 Visa Card for <u>each person</u> I am able to help out. This is mainly to assist anyone unaware of their options and show our appreciation to you for sending us referrals.

### WRAP UP THE CALL

Besides that, do you have any more questions for me right now? Ok, fantastic. It's been a pleasure assisting you today; I am very pleased that we were able to help you with your student loans. I know this program is going to be a huge benefit for you. I hope you have a great rest of your day. Take care.

**EXHIBIT B**



## We're Glad You're Here.

Welcome to Super Admin and thank you for agreeing to share your details - which we will keep strictly confidential.

Please take a few moments to confirm your account's information by going through the following steps.

NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved



7% Complete

## Contact Information

**First Name** *
Kimberly

**Middle Initial**

**Last Name** *
Gruber

**Email Address** *
dotruongo@gmail.com

**Phone** *
9163036776

**Address** *
304 Ponfield Rd West

**City** *
Forest Hill

**State** *
MD

**Zip Code** *
21050

<< PREVIOUS          NEXT >>

SECURED BY 🔒 formsite

© 2019 Processing Support All Rights Reserved



13% Complete

## Contact Information

**Date of Birth** *

06-02-1989

**Social Security Number** *

220236493

<< PREVIOUS        NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved



20% Complete

## Filing Status

**Please confirm your application will be submitted with a filing status :Married Filing Joint** *

☑ Yes

<< PREVIOUS     NEXT >>

SECURED BY ≣ formsite

© 2019 Processing Support All Rights Reserved



27% Complete

## Family Size

You have indicated your file will be submitted with a family size of 4. Please confirm your family size by typing it again below for your application submission.

**Submit Family Size** *

4

Family size always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you. For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs.

Support includes: money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. For the purposes of these repayment plans, your family size may be different from the number of exemptions you claim on your federal income tax return.

<< PREVIOUS     NEXT >>

SECURED BY **formsite**

© 2019 Processing Support All Rights Reserved



**33% Complete**

## Employment Information

**Please confirm your annual adjusted gross income which is $30000.00** *
☑ Yes

**Does your spouse have taxable income?** *
Yes ⬍

**Please confirm your spouse's annual adjusted gross income which is $20000.00** *
☑ Yes

**Spouse's Pay Frequency** *
Semi-Monthly ⬍

**Spouse's Most Recent Pay-Stub**

Choose File   No file chosen

<< PREVIOUS      NEXT >>

🔒 SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved



**40% Complete**

## Employment Information

**Employment Status** *
Employed

**Pay Frequency** *
Semi-Monthly

**Most Recent Pay-Stub**
Choose File   No file chosen

**Last Year Filed Taxes** *
2018

304 Ponfield Rd West, Forest Hill, MD 21050. Was this the address used on your last tax return?" *
No

**Address** *
123 Ponfield Rd West

**City** *
Forest Hill

**State** *
MD

**Zip Code** *
21050

<< PREVIOUS          NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved



47% Complete

## Compliance

Prior to submitting your file for processing. We are required by our Compliance Department to verify your understanding of the services being performed and of the details of your Income Driven Program for which you are applying.

You will be required to answer "Yes" by checking in the boxes to each of the following questions in order to move forward. If you do not understand any of the statements. Please pause this form and request more information from us for a better explanation.

<< PREVIOUS          NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved



**53% Complete**

## Compliance

1. Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans? *

☑ Yes

‹‹ PREVIOUS          NEXT ››

SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved



60% Complete

## Compliance

2. Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which Super Admin will continue to assist you with for a monthly cost of $22.0? *

☑ Yes

<< PREVIOUS          NEXT >>

🔒 SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved



**67% Complete**

## Compliance

3. Do you understand that you may attempt to apply for an Income-Based Program through the Department of Education on your own, but you are paying Super Admin to handle all of the paperwork, notifications, and communications for your program? *

☑ Yes

<< PREVIOUS          NEXT >>

SECURED BY ≡ formsite

© 2019 Processing Support All Rights Reserved



**73% Complete**

## Compliance

4. Do you understand that verification of income will be required to have your new monthly payment approved and that the payment details could change if your family size or proof of income changes? *

☑ Yes

<< PREVIOUS          NEXT >>

SECURED BY **formsite**

© 2019 Processing Support All Rights Reserved



80% Complete

## Compliance

5. Do you understand that once the process is complete, you will begin making the payment of $7.00 to the servicer of your student loans? *

☑ Yes

<< PREVIOUS     NEXT >>

🔒 SECURED BY ☰ formsite

© 2019 Processing Support All Rights Reserved



87% Complete

## Compliance

6. Do you understand that your loans will not be forgiven immediately, but upon completing 120 months of approved payments any remaining balance will be forgiven? *

☑ Yes

<< PREVIOUS          NEXT >>

SECURED BY ≣ formsite

© 2019 Processing Support All Rights Reserved



93% Complete

## Compliance

7. Do you understand that all payments for your selected program will show as "Student Loan Management" on your bank or credit card statements? *

☑ Yes

By signing below, I certify all information above is true and up-to-date to the best of my knowledge *

*GUEST*

clear

**PLEASE SIGN IN THE SIGNATURE AREA AND MAKE SURE YOUR SIGNATURE IS NOT CUT OFF.**

Thank you for taking the time to review your provided information. All the information you've provided will be submitted to our Processing Department.

By Clicking Submit, you will not be able to edit the information through this form. If you wish to update the information, you must contact us immediately by phone at +1 888-998-2587
Or email us at support@processingsupport.com

<< PREVIOUS     SUBMIT

≡ formsite

© 2019 Processing Support All Rights Reserved

## Success
Your form has been successfully submitted.

**EXHIBIT C**



## TELEMARKETING SALES RULE (FTC)

**MAIN REQUIREMENTS**

**CALLING HOUR RESTRICTIONS**

No calls to a private residence before 8:00 a.m. or after 9:00 p.m. (local time at called party's location).
NOTE: See state laws for other restrictions.

**REQUIRED INFORMATION TO CONSUMERS BEFORE THEY ARE REQUIRED TO PAY FOR GOODS/SERVICES SUBJECT TO SALES OFFER**

Cost and Quantity;
Any material restrictions, limitations or conditions to purchase, receive or use goods or services; and
Refund Policy if applicable.

**"DO-NOT-CALL POLICIES"**

Sellers may not call a consumer who has requested to receive no more calls from or on behalf of, the particular goods/services being offered;
Sellers must maintain "Do-Not-Call" lists of those consumers who do not wish to be contacted by phone;
Sellers must develop a written policy implementing this "Do-Not-Call" list keeping requirements AND TRAIN its telemarketing personnel in these procedures; and
Adherence to National Do Not Call Registry.

**PROHIBITED PRACTICES**

It is a violation of the rule to engage in threats, intimidation or the use of profane or obscene language.

My supervisor has reviewed the above summary of the Telemarketing Sales Rule with me and I have been given a copy of it for my records.

_____

Employee Print Name

_____          _____

Employee Signature                                      Date

_____          _____

Company Representative Signature                Date

Page 1 of 1

**EXHIBIT D**

**COMPLIANCE QUIZ**
**TRAINING ACKNOWLEDGEMENT**

NAME _____ DATE _____

1. Why might **FPS** call someone who has registered his or her telephone number with the National Do-Not-Call List?
   a.  The person is currently a customer of the client we are calling on behalf of.
   b.  FPS is exempt from the national DNC list.
   c.  The person was a previous customer of our client about three years ago.
   d.  The person was a referral.

2. You should tell any customer that asks to be placed on the Do-Not-Call List that it may take up to _____ for their phone number to be placed on the DNC list.
   a.  24 hours
   b.  3 months
   c.  30 days
   d.  1 hour

3. What are the national telemarketing hours?
   a.  9 p.m. to 8 a.m.
   b.  10 a.m. to 2 p.m.
   c.  8 a.m. to 9 p.m.
   d.  6 a.m. to 8 p.m.

4. A consumer asks for a copy of **FPS**'s DNC Policy.  What do you do?
   a.  Do Not Call Again
   b.  Transfer the call to a manager or supervisor
   c.  It depends on what else happened during the call
   d.  Tell them we do not have a DNC policy

5. What is the main goal of the Consumer Financial Protection Bureau (CFPB)?
   a.  To protect consumers from fraudulent and/or overly aggressive behavior from banks and other financial institutions
   b.  To preserve and promote public confidence in the U.S. financial system by insuring deposits in banks and thrift institutions
   c.  To sue fraudulent companies on the behalf of consumers
   d.  None of the above

6. What is the main goal of the Consumer Financial Protection Act (CFPA)?
   a.  To sue fraudulent companies on the behalf of consumers
   b.  To increase oversight and clarify the laws governing financial transactions in order to protect consumers in these transactions

Revised October 2018

    c.  To prevent unfair or deceptive acts that may affect business commerce
    d.  All of the above

7.  Which of the following is NOT considered and unfair act or practice?
    a.  Causes or is likely to cause substantial injury to consumers
    b.  Providing a client with all the relevant information for them to make an informed decision
    c.  Cannot be reasonably avoided by consumers
    d.  Is not outweighed by countervailing benefits to consumers or to competition

8.  Which of the following is NOT considered a deceptive act or practice?
    a.  It is likely to mislead or misleads the consumer
    b.  The consumer's interpretation of it is reasonable in light of the claims made
    c.  Taking your time to clarify questions for the client and ensure they have enough information to weigh out their options
    d.  It is material; likely to affect a consumer's decision regarding a product or service

9.  An act is considered abusive if:
    a.  You help the consumer understand the material risks, costs, or conditions of the service provided
    b.  It materially interferes with the ability of a consumer to understand a term or condition of a financial product or service
    c.  You protect the consumer's interest in selecting or using the service
    d.  You do not take unreasonable advantage that the consumer is relying on FPS to act in their best interest

10.  What does the Federal Trade Commission Act (FTCA) prevent?
    a.  Unfair or deceptive acts that may affect business commerce
    b.  Small businesses from selling the same products and services as large businesses
    c.  People that want to trade their belongings on Offer Up, or Letgo
    d.  None of the above

11.  Does the law require for an actual deception to take place in order for a company to be held liable?
    a.  True
    b.  False

12.  What is the goal of the FTC?
    a.  Protect consumers from unfair and deceptive practices in the marketplace
    b.  Maintain competition to promote a marketplace free from anticompetitive mergers, business practices, or public policy outcomes
    c.  Neither A nor B
    d.  Both A & B

Revised October 2018

13. The Telemarketing Sales Rule (TSR) only applies to outbound calls?

    a.  True

    b.  False

14. What does FPS provide to comply with the requirements of Telemarketing Sales Rule (TSR)?

    a.  Client Fee Agreement

    b.  Welcome Service Email

    c.  Both A & B

    d.  Neither A nor B

15. FPS is a telemarketing company and all telemarketing rules apply.

    a.  True

    b.  False

16. You do NOT need to obtain consent to recording prior to continuing with your call.

    a.  True

    b.  False

17. The National Do Not Call Registry overrules all other Do Not Call Registries.

    a.  True

    b.  False

18. What do you do when a client requests to be put on the DNC list?

    a.  Try to call them back first to make sure they are sure

    b.  Tell them to put themselves on the DNC list

    c.  Tell them no and hang up first

    d.  Use the appropriate statement to ensure their request will be met

19. FPS has an Existing Business Relationship with the following:

    a.  Current clients

    b.  Clients within the past 18 months

    c.  Potential clients who have contacted FPS about services within the last 3 months

    d.  All of the above

20. If a client wishes to cancel it is acceptable to use the SMS feature in DPP to tell them what a terrible mistake they are making.

    a.  True

    b.  False

21. How quickly should you submit a client's request for cancellation?

    a.  All requests at the end of the week

    b.  When it is convenient for you

    c.  Immediately

Revised October 2018

     d.  At the end of the day

22. When communicating with clients you should include what information on DPP?
     a.  Their request for cancellation
     b.  Their request for rescheduling
     c.  Your email correspondence in the notes
     **d.  All of the above**

23. If you want to close a sale it is okay to tell a client that, "We are a Certified Enrollment Center that works directly with the Department of Education."
     a.  True
     **b.  False**

24. If a potential client wants to sign up next month you should let them know that their offer will expire by the end of the week to make sure they follow through.
     a.  True
     **b.  False**

25. If a client wants to cancel with our services you should let them know that they will no longer be able to enroll into an IDR.
     a.  True
     **b.  False**

26. To show the client these programs are legit you can include the Department of Education's logo in the bottom of your email signature.
     a.  True
     **b.  False**

27. It is okay to let the client think their payments to FPS are going to pay off their loans because we are their new loan servicer.  Someone else will explain it to the client later and this is a better program for the client anyway.
     a.  True
     **b.  False**

28. When a consolidation is being completed you should let the client know that their credit score will automatically improve.
     a.  True
     **b.  False**

29. It is never okay to "cherry pick" calls to get the ones that you really want.
     **a.  True**
     b.  False

30. You should let your client know that interest will accrue throughout their term even when they are in a forbearance.
     a.  **True**

Page 4

b.  False

31. If a client wants you to help them remove their Auto- Pay you should log in and do it for them.
    a.  True
    b.  False

32. If a client is going to get their taxes offset, you should tell them that we can prevent that from happening for them.
    a.  True
    b.  False

33. You do not need to read the family size definition verbatim.  Just the parts that apply to your client.
    a.  True
    b.  False

34. If the client doesn't provide more than half of the support for a family member or someone they live with it is okay to include them as a dependent anyway because the client bought them a present for their birthday.
    a.  True
    b.  False

35. If the client views their pets like children or "part of the family" they count as dependents and should be included in family size.
    a.  True
    b.  False

36. If a client needs to update their credit card but they are driving you should:
    a.  Have the client read you their card number so that you can leave it in the notes and tag reschedules
    b.  Email you their card number, expiration date and CVV
    c.  Send the client the Credit Card Update link for secure updating
    d.  Write down their card information on a Post-It note and get someone to help you later

37. The potential client really wants to sign up right now and they cannot access their email. You should:
    a.  Login and complete their documents for them (they told you that's fine)
    b.  Have the client call you back when they are able to access their email
    c.  Send the documents to yourself so you can sign for the client
    d.  None of the above

38. The client is having a difficult time getting into NSLDS.  What is the best option to assisting them getting their loan details?
    a.  Just tell them you will login to NSLDS for them.  They need the help right?

Page 5

    b. They know their login information, but they ask you to help them because they are driving. Of course you can help!

    c. Walk the client through the steps for them to do it on their own. Remain patient and let them know you will help them to complete this the right way for their benefit.

    d. Create a login for them and then give them their new username and password.

39. When a client annoys you or upsets you it is acceptable to threaten, intimidate, or use obscene language before hanging up so that you have the last word.

    a. True

    b. False

40. Debt Pay Pro is having an error and you are unable to finish entering the client's information.

    a. Write it down. You can finish entering it later

    b. Have the client email you all their personal information so you can enter it when the system is back up.

    c. Both A & B are acceptable options

    d. Neither A nor B

41. It is acceptable to put potential clients on the DNC list even if they don't request it. They were annoying.

    a. True

    b. False

42. It is acceptable to tell a client to enter a different martial/filing status if it gets them a lower monthly payment. Why should they have to include their spouse's income?!

    a. True

    b. False

43. When reading the Compliance Questions, you must read them verbatim.

    a. True

    b. False

44. If a client interrupts you during the Compliance Questions, it is acceptable to just pick up in the middle of the last question you left off on.

    a. True

    b. False

45. When enrolling a client you don't need to ask them for their marital status we just put everyone as Head of Household because it is better for them.

    a. True

    b. False

46. You do not need to read the family size definition verbatim. Family size is up to interpretation for each individual client.

Page 6

Revised October 2018

    a.  True

    b.  False

47. Financial Preparation Services is…

    a.  A Loan Servicer

    b.  A Certified Enrollment Center

    c.  Certified to do business by the Department of Education

    d.  None of the above

48. If a potential client, that has not signed up for our services yet needs to hang up mid pitch you need to obtain Prior Express Written Consent to follow up with them later.

    a.  True

    b.  False

49. We work hand in hand with Navient, Nelnet and Fedloan Servicing.

    a.  True

    b.  False

50. When a client has only consolidated loans.

    a.  Advise them that we will be performing a consolidation

    b.  Advise them that there is nothing we can do for them.

    c.  Advise them that we will be completing a Repayment Plan Request Change

    d.  None of the above

---

# ACKNOWLEDGMENT

**Do-Not-Call Policy and Procedures**
**and**
**Compliance Training**

❑ I acknowledge that I have reviewed and understand **FPS's** Do-Not-Call Policy and Procedures. I agree to comply fully with the policies and procedures described.

❑ I acknowledge that I have reviewed and understand **FPS's** Compliance Training Manual. I agree to comply fully with the policies and procedures described in the manual.

Printed Name     _____

Signature     _____

Date     _____

Revised October 2018

**EXHIBIT E**



## SALES COMPLIANCE MEMO

IT IS OUR COMPANY POLICY TO ADHERE TO ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS. THIS SALES COMPLIANCE MEMO OUTLINES AND EXPANDS UPON THE COMPLIANCE CALL SCRIPT. ALL EMPLOYEES SHOULD FULLY UNDERSTAND ITS CONTENTS AND FOLLOW ITS GUIDELINES WHILE PERFORMING HIS OR HER JOB DUTIES AND RESPONSBILITIES.

### Company Representation

- FPS is NOT the government.
- FPS is NOT the Department of Education.
- FPS is NOT a loan servicer (FedLoan, Navient, NelNet, Great Lakes, etc.).
- FPS is NOT a "Certified Enrollment Center."
- Do Not state that FPS has a partnership or relationship with the government, Department of Education, or a loan servicer.
- Do NOT state that FPS has any special or exclusive access to any programs, plans, or consolidations.
- Do NOT use any seals or logos in email communications that may appear to belong to official government agencies or the Department of Education.
- Do NOT imply that FPS is the government, Department of Education, a loan servicer, "Certified Enrollment Center" or anything that FPS is not.

### Program Availability

- Do NOT state that the client's eligibility will end at a specific time (i.e. at the end of the day/week).
- Do NOT state that any programs, plans, or consolidations will only be available for a specific period of time (i.e. until the end of the day/week).
- Do NOT state that the client must act now or lose the benefit of a program.
- Do NOT state that there is limited time to apply to a program.
- Do Not imply that there is a limited time or a short time or an end date to apply for a program.

### Fee Explanation

- Initial Fee and recertification fees do NOT go to the loan servicer(s).
- Initial Fee and recertification fees are NOT applied to the balance of the loans.

1



**Financial Preparation**
Services

<u>Accurate Enrollment Information</u>

- All client information must be completed accurately and verified: name, address, telephone number, email address, date of birth, family size, stated income, etc.
- Client must sign the Client Fee Agreement himself or herself – NO EXCEPTIONS.

<u>Proper Benefits</u>

- Do NOT state that the client's loans will be immediately or quickly forgiven.
- Do NOT state that the client's interest rate(s) will be reduced.
- Do NOT state that the client's credit will be fixed.
- Do NOT state that the client's credit score will improve or increase.
- Do NOT state that it is guaranteed that the client will be accepted into any program.
- Do NOT state that the client must use our services to obtain any benefit.

BY SIGNING BELOW, EMPLOYEE ACKNOWLEDGES THAT HE OR SHE HAS READ THIS SALES COMPLIANCE MEMO AND AGREES TO AND UNDERSTANDS ITS CONTENTS.

_____

Employee Print Name


_____          _____

Employee Signature                                       Date


_____          _____

Company Representative Signature                Date

2

EXHIBIT F

**NAVIENT**
Department of Education Loan Servicing
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

(800) 722-1300

Account Number:

Dear

You've recently contacted us asking that we release information to an individual that is not listed on your account. In order to process this, we need your written authorization.

Keep in mind, because we must verify and document the party's relationship to you, the person must be able to provide us with your name, your account number or at least five sequential digits of your Social Security number or other specific information regarding the request that's consistent with what's noted in the loan(s) history that he/she is referencing. In addition, the individual will need to provide **two** of the following items:

- Your date of birth
- Your telephone number
- Your home address
- Your email address

By completing and submitting the form below, you're authorizing us to release all information regarding your education loan account to another person or organization via letters, internet or telephone.

Please return your completed form to us by faxing it to 866-266-0178 or mailing it to the address listed above.

You are under no obligation to submit the form. It's important to note that although you may authorize us to release information to others, the obligation to repay the loan remains the responsibility of you and your cosigner (if applicable).

**Who do you share my information with now?**
We're currently authorized by law to provide information concerning your education loan account to your school and the Department of Education (for any federal loans).

**Questions?** You're welcome to visit us online at Navient.com, or call us toll free at 800-722-1300. We're here to help you Monday – Thursday 8 a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Navient– Department of Education Loan Servicing

*Information included in this letter is for the loan(s) listed on the following page(s).

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

---------------------- INFORMATION RELEASE FORM ------------------------

I authorize Navient to release information about my current and any future education loans serviced
by Navient, orally, in writing, and/or electronically to:

*(Please print or type)*

| | | | |
|---|---|---|---|
| Premier Student Loan Center | | | 9492021232 |
| Name | | | Telephone Number |
| | | | |
| 8 Whatney  #100 #8 | Irvine | CA | 92618 |
| Address | City | State | Zip |

Borrower Signature        10 / 11 / 2019

Date

&lt;Borrower Name&gt;

Andres F Camelo

DOB :     12/01/1992

SSN :     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

This letter was downloaded from Navient.com on the date noted at the top of the letter. Please note that this
version may be slightly different than the letter you may have received by USPS or email.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## Special Limited Power of Attorney

To: Any and all of my Student Loan Creditors

I hereby duly authorize, empower, and appoint _Premier Student Loan Center_, with address of _8 Whatney #100 #8, Irvine CA 92618_, its representatives, designated agents, and/or employees, and third-party support servicers to perform any acts necessary to assist me in submitting an application and supporting documentation to the Department of Education, my loan servicer, or their representatives, designated agents, and/or employees on my behalf as follows:

1. To communicate with any and/or all of my Federal Student Loan providers and their servicing agencies to obtain information on my student loans.

2. To communicate with banks, creditors, financial institutions, licensed collection agencies, and all other related entities and individuals relating to my Federal Student Loans, including but not limited to the balance of my account, payment history verification of the account, financial adjustments, and any and all necessary communications and correspondence regarding my account(s).

3. To submit a copy of this form and any necessary other authorization forms to any and/or all of my Federal Student Loan providers and their servicing agencies to allow _Premier Student Loan Center_ to communicate with them on my behalf.

4. To submit any and/or all of my Federal Student Loan update forms on my behalf after I have signed or e-signed any such forms, including but not limited to updating my Proof of Income.

5. To request and receive from my Federal Student Loan providers and their servicing agencies both physical and electronic copies of final payment approval documents, including but not limited to Repayment Plan Approval and Income Driven Repayment Plan Approval forms.

6. To use _Premier Student Loan Center_'s mailing address on any and/or all of my Federal Student Loan application documents, so that _Premier Student Loan Center_ can receive any written communications on my behalf as expeditiously as possible. This authorization shall be in place until such time as the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness plan. The _Premier Student Loan Center_ shall send me copies of any mail received on my behalf. Further, I understand that I can request copies of any and all such communication directly from and Federal Student Loan providers and their servicing agencies.

To use _Premier Student Loan Center_'s e-mail address on any and/or all of my Federal Student Loan application documents, so that _Premier Student Loan Center_ can receive any e-mail communications on my behalf as expeditiously as possible. This authorization shall be in place until such time as

Page 1 of 2

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness plan. Premier Student Loan Center _____ shall send me copies of any and all e-mails received on my behalf. Further, I understand that I can request copies of any such communication directly from Federal Student Loan providers and their servicing agencies.

7. To accept, open, and review any of the mail and e-mail communications referenced above to be used for the sole purpose of completing Premier Student Loan Center _____ 's services on my behalf – preparing my application and supporting documents for submission to the Department of Education, my loan servicer, or their representatives, designated agents, and/or employees.

I understand that _Premier Student Loan Center_____ is not a law firm and cannot and will not provide me with any legal advice. Further, I understand that Premier Student Loan Center _____ providing me with this Special Limited Power of Attorney does not constitute providing legal advice. To the extent I feel necessary, I will seek my own legal advice.

I agree that to the extent I provide any electronic or facsimile copy signature, that signature shall be deemed original and that I authorize its use for all lawfully enforceable purposes.

This Special Limited Power of Attorney shall remain in force until or unless modified or rescinded in writing to the address above, or until the Department of Education has enrolled or accepted me into a loan consolidation, modification, repayment plan, or forgiveness program, and the term of such plan or program has expired.

I assert that all of the information that I have provided and will provide to Premier Student Loan Center _____ is true and accurate.

This Special Limited Power of Attorney:

Client's Signature: _____

Client's Printed Name: _Andres F Camelo_____

Executed on this (Date): _____10 / 11 / 2019_____

Page 2 of 2

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6



**Trusted Account Services**

## ACCOUNT SERVICING AGREEMENT

This Agreement sets forth the terms of the account management services offered to the person or persons signing below ("Customer") by Trusted Account Services ("TAS").

TAS is in the business of processing payments to and from a trust account (including electronic and automatic transfers), making disbursements as directed, and providing online transaction and accounting information related thereto (collectively "Services"), for client's student loan modification company ("SLC" or "Agent"). TAS is not an owner, employee, or partner of any student loan modification companies and provides the Services to Customer as an independent third party.

## APPOINTMENT

Customer authorizes TAS to collect and deposit payments customer has agreed to make under Customer's SLC. The fees shall be debited from Customer's bank account or charged on Customer's credit or debit card as elected and authorized by Customer below. TAS will initiate transfers from Customer's bank account, credit or debit card as authorized by Customer, and deposit and hold Customer's funds in a trust account established and serviced by TAS. Customer authorizes TAS to share information with Agent about account balances and transactions, answer questions, and have access electronically to review all Customer information without involvement of Customer. Fees due to Agent may be a draft separate and distinct from the draft of any other amounts that may be drafted under Customer's student loan/document prep. Program. Customer agrees the trust account is non-interest bearing and may be located in Wyoming or any other state of TAS's choice. Customer agrees that TAS will disburse from Customer funds the current service fees as stated below and those fees of Agent based upon TAS's reasonable determination that the fees have been earned by Agent pursuant to the terms of Customer's agreement with Agent. Customer may withdraw approval for any specific disbursement either directly or through Agent by providing written notice three (3) days before the scheduled disbursement. If Customer fails to notify TAS timely, or TAS does not receive actual notice, the disbursement will be automatically processed, and TAS will have no liability for the payment made. Customer may revoke this appointment with a minimum of five (5) banking days notice to TAS in the manner set forth below. Customer acknowledges that the origination of Automatic Clearing House (ACH) transactions to my account must comply with the provisions of U.S laws.

## TRANSACTION, ACCOUNT INFORMATION, AND COMMUNICATIONS

Customer and Agent will be provided internet access to Customer's account and transaction information. Customer agrees that disclosures, accounting and transaction statements, disbursement verification, and any other communications may be distributed by electronic mail or through TAS's website at www.trustedaccountservices.com. Customer acknowledges that Customer is able to electronically receive, download and print such information and communications, unless Customer and TAS agree otherwise. If Customer is unable to communicate electronically, Customer will notify TAS and reasonable alternative means of communication will be established. Customer may provide notice to TAS at 30 N Gould St Suite R, Sheridan, Wyoming 82801, or email at support@trustedaccountservices.com.

## SERVICE FEES

Customer authorizes TAS to charge the following fees for services rendered:

- Per Successful Transaction Fee – $1.00
- Credit and Debit Card Processing Fee – 3.50% per successful transaction.
- NSF, Return Item, and Chargeback Fees – As Applicable.
- **No interest** will be paid to you on or with respect to the Account.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## MISCELLANEOUS

Customer agrees to indemnify and hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages arising out of a dispute between Customer and any third party. Customer agrees to hold harmless, TAS, its officers, directors, agents, and employees, from any and all claims, demands, and damages in any situation where TAS has complied with the directives from Customer or Agent, provided that Customer has not provided notice of revocation of TAS's or Agent's authority under this Agreement.

Customer understands that TAS may share information with its depository institutions, its affiliates, Agent, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

Customer authorize TAS to imitate Automatic Clearing House (ACH) debits from my designated bank account as set forth below. I authorize TAS to debit my designated bank account according to the schedule of debits provided to TAS by me or on my behalf or as otherwise provided by agreement. Customer agrees that sufficient funds will be available in my designated account at least three (3) business days prior to the date of debit transfer. TAS is not liable to any person for not completing a transaction as a result of any limit on my designated bank account, or if a financial institution fails to honor any debit from such account. Customer agrees to notify TAS immediately if a scheduled debit will not or does not occur. Customer authorizes TAS to recover funds in the event of an error or in the event that a prior debit is returned for any reason, including non-sufficient funds.

## DISPUTES

Customer agrees that it will not file a claim for arbitration or with any regulatory or enforcement agency without providing TAS with written notice detailing the nature of its complaint and allowing 20 business days for TAS to resolve or respond the complaint. Customer hereby agrees that any dispute arising between or among the parties shall be heard before a certified mediator with venue exclusively located in Sheridan, Wyoming. Mediation may be attended telephonically or in person. In the event there is no resolution through mediation, any claim or dispute shall be submitted to arbitration with venue in Sheridan, Wyoming and conducted in accordance with the commercial rules of the American Arbitration Association. Judgement upon any award may be entered into any court having jurisdiction. Even if arbitration is not permitted, Customer specifically waives any right to trial by jury, participation in a class action lawsuit and consolidation of claims with any other party. Total damages in the event of litigation will be limited to the fees collected by TAS under this agreement. This AGREEMENT shall be governed by and interpreted in accordance with the Laws of the State of Wyoming. However, in the event of any litigation, venue shall be exclusively in Sheridan, Wyoming, without reference of the rules of conflicts of laws there under, irrespective of the place of residence, or domicile, or business of the Parties hereto. Customer understands that TAS may share information with its depository institutions, its affiliates, and with any other party legally entitled to facilitate the transactions contemplated by this Agreement.

## TERMINATION OF AGREEMENT

You may terminate this Agreement and close the Account at any time by sending a written notice to TAS customer service. In addition, this Agreement may be terminated, and the Account cancelled at any time without notice for inactivity, if the Account is improperly maintained or used, or if you otherwise violate any provision of this Agreement. If this Agreement is terminated for any reason, the collected balance in the Account will be sent to you by check within a reasonable period of time.

## DEFAULT AND COLLECTION OF ACCOUNTS

If the Account is suspended, cancelled or otherwise terminated for any reason and the Account has a negative balance, you agree to pay the negative balance upon demand. Should you fail to remit the full amount of such negative balance, you shall remain responsible for the deficit and collection actions may be pursued against you. If any such collection action is undertaken, you agree to pay all court costs and collection fees including reasonable attorney's fees, to the extent permitted by applicable law.

## USA PATRIOT ACT COMPLIANCE

In order to assist in combating terrorism and preventing the TAS system and the banking system from being used for money laundering purposes, you authorize TAS to take those steps that are reasonable and practical to identify you and any information about you, including, without limitation, securing or accessing a credit report on you, obtaining other information about you and otherwise verifying your identity as required by the USA Patriot Act.

## CONSUMER LIABLITY AND ERROR RESOLUTION PROCEDURES

If you believe someone has transferred or may transfer money from the Account without your permission, contact TAS customer service immediately. Telephoning is the best way to keep your possible losses down.

In case of errors or questions about transactions involving the Account, call or write TAS customers service no later than sixty days after the transaction in question has been reflected on your monthly statement. Please provide the following information:

1. Your name and Account number.
2. Date and amount of the transaction.
3. Type of transaction and descriptions of the suspected error. Please explain as clearly as possible why you believe there is an error or why you need additional information.
4. Dollar amount of the suspected error.

If you provide this information orally, you also may be required to provide it in writing within ten business days. You will be told of the results of the investigation of the suspected error within ten business days after you submit the information and any error will be promptly corrected. However, if more time is required to investigate suspected error, it may take up to an additional thirty days to complete the investigation. If it is determined that there is no error, you will be provided with a written explanation within three business days of such determination; and you may ask for and receive copies of the documents used in making any such determination.

## PRIVACY POLICY

Personal information may be collected from the Account Application, any updated information you may provide from time to time and the transaction processed through the Account. A description of the Privacy Policy applicable to your Account is provided below. If you have additional questions regarding the privacy of your personal information, please contact TAS customer service.

### COLLECTION / USE OF PERSONAL INFORMATION

Collection of your personal information is designed to protect access to the Account and to assist in providing you with products and services you have requested. All personal information collected and stored by TAS, on or their behalf, is used for specific business purposes to protect and administer your Account and initiate your authorized transactions, to help to design or improve the applicable products and services and to comply with state and federal banking regulations. Only approved personnel will have access to your personal information. Furthermore, auditing mechanisms have been put into place to further protect your information by identifying the personnel who may have accessed and in any way modified, e.g., updated or added to, your personal information.

## MAINTENANCE OF ACCURATE INFORMATION

It is your best interest to maintain accurate records concerning your personal information. For this reason, you are allowed to update your personal information online, at any time, by using your Password to log into the TAS website or by contacting TAS customer service.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## LIMITED ACCESS TO PERSONAL INFORMATION

Access is limited to your personal information to only those personnel with a business reason for knowing such information. In addition, all personnel are educated about the importance of confidentiality and customer privacy. Individual user names and passwords are used by approved personnel to access your personal information, providing audit trails to further safeguard the privacy of your personnel information.

## THIRD-PARTY DISCLOSURE RESTRICTIONS

All third parties with a business need to access your personal information are required to adhere to stringent privacy policies. Your personal information may be supplied to a third party in order to process a transaction you have authorized or if the disclosure is allowed or required by law, e.g., the exchange of information with reputable reporting agencies in response to a subpoena, in connection with the investigation of fraudulent activity, etc.

**Additional Information:** If you have any questions regarding this Privacy Policy, please contact TAS customer service.

## CUSTOMER SERVICE INFORMATION

**Website Address:** www.trustedaccountservices.com

**Physical Address:** 109 E. 17th St Suite #5656, Cheyenne, WY 82001

**Email:** support@trustedaccountservices.com

**Business hours:** Mon  - Sat    8:00am – 05:00pm MDT

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## SELECTION OF METHOD OF PAYMENT

### ACCOUNT AGREEMENT & APPLICATION

I hereby apply for and agree to establish a non-interest bearing account (the "Account") with Trusted Account Services (TAS). I understand that this Application is subject to a customer identification program, as required the USA Patriot Act and other applicable laws; and accordingly, I hereby represent that the following information is true and complete to the best of my knowledge and belief. In addition, I understand that I may be required to provide a copy of driver's license and/or other information from time to time for use in connection with the verification of my identity and the administration of the Account.

Furthermore, I understand that the Account is governed by the terms of this Agreement and that I am bound by all of its terms and conditions.

### ACCOUNT OWNERSHIP, CONTROL AND USE

I understand that the Account, established in accordance with this Application and Account Agreement, will contain my sole and exclusive property; that only I (or Authorized Contact, if any) may authorize deposits to and disbursements from the Account; and that I (or Authorized Contact, if any) may withdraw funds from and/or close the Account at any time as provided for in the Agreement. I hereby authorize (a) periodic deposits to be made to the Account pursuant to the authorization provided below and (b) periodic disbursements to be made from the Account pursuant to instructions that I may give from time to time. In this regard, I hereby authorize payment from the Account of the fees and charges provided for this Application and the Agreement.

### PERMISSION TO SHARE DATA

I hereby grant permission for the bank selected by TAS, TAS and the Sponsor to share information regarding the Account and my Program with each other to facilitate the transactions I initiate that involve the Account, and with any other party that is essential to the administration of the Account and/or my Program. I understand that the Agreement provides additional information relating to privacy.

| | |
|---|---|
| Andres F Camelo | 12/01/1992 |
| Name | Date of Birth |
| 6969 West 90th Avenue Apt 828 | 9544960980 |
| Street Address | Phone Number |
| Westminster    CO    80021 | andres_c1992@hotmail.com |
| City    State    Zip | Email Address |

Applicant Signature — 10 / 11 / 2019
Date

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## AUTHORIZATION AGREEMENT FOR DIRECT DEPOSITS (ACH DEBITS)

I (we) hereby authorize TAS, to initiate debit entries to my (our) Checking Account / Saving Account (select one) indicated below at the depository financial institution named below, hereafter called DEPOSITORY, and to debit the same to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. laws. This authorization is to remain in full force and effect until TAS has received written notification from me (or either of us) of its termination no fewer than three (3) days to afford TAS and DEPOSITORY a reasonable opportunity to act on it, or until the schedule of debits is completed.

**Customer One**

Andres F Camelo
Name

6969 West 90th Avenue Apt 828
Street Address

Westminster  CO  80021
City  State  Zip

12/01/1992
Date of Birth

9544960980
Phone Number

andres_c1992@hotmail.com
Email Address

**Customer Two**

Name

Street Address

City  State  Zip

Date of Birth

Phone Number

Email Address

**Banking Information**

Bank Name

City  State  Zip

Bank Name
Bank Routing Number

First Draft Amount

First Draft Date

(e.g. nine-digit ABA number)

Tip*   Your bank may have separate routing number for ACH transactions. Please verify the routing number with your financial institution to prevent delays.

Bank Account Number

Type of Account (please check one)  ☐Checking  ☐Savings

Bank Account Holders Name

Note:  TAS may run a test of the ACH processor (i.e. pre note) to be sure it is working properly. You may a transaction on the account with a $0 charge.

I am the authorized signer, or otherwise have authority to act, this funding authorization on the account identified above.

Customer One Signature  10/11/2019
Date

Customer Two Signature  Date

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

## CREDIT CARD AUTHORIZATION

I, _Andres_____, the Customer, hereby authorize TAS to charge my credit card all payments processed pursuant to this Agreement, including Service Fees payable to TAS.

☐ I authorize the TAS to charge a one-time charge to my credit card for the entire payment. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by TAS.

☐ I authorize the Company to charge my credit card pursuant to the scheduled detailed in my agreement with Agent. I also authorize charges to my credit card for any Service Fees payable to TAS or additional as they may occur including but not limited to such charges as Late Fees and/or Reissuance Fees. I understand that charges declined by the credit card issuer could constitute ground for cancellation of the services to be provided by Agent and TAS.

**Please complete all of the following information. Your account cannot be processed if incomplete.**

Check the type of credit card        MC ☐        VISA ☐        Discover ☐        Amex ☐

CC number: 4737029892241929     Expiration Date: 05 / 2022     Security Code: 141

Name of Credit Card Holder: Andres Camelo

Billing Address: 11627 NW 47th Ct     City: Coral Springs     State: FL ___     Zip: 33076

_Andres Camelo_                                10 / 11 / 2019
Signature of Credit Card Holder                Date

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

| Form **4506-T** (March 2019) Department of the Treasury Internal Revenue Service | **Request for Transcript of Tax Return** ► Do not sign this form unless all applicable lines have been completed. ► Request may be rejected if the form is incomplete or illegible. ► For more information about Form 4506-T, visit www.irs.gov/form4506t. | OMB No. 1545-1872 |
|---|---|---|

Tip. Use Form 4506-T to order a transcript or other return information free of charge. See the product list below. You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946. If you need a copy of your return, use Form 4506, Request for Copy of Tax Return. There is a fee to get a copy of your return.

| 1a Name shown on tax return. If a joint return, enter the name shown first.  Andres F Camelo | 1b First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)  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 |
|---|---|
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3  Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
6999 West 90th Avenue Apt 828 Westminster CO 80021

4  Previous address shown on the last return filed if different from line 3 (see instructions)

5a  If the transcript or tax information is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

5b  Customer file number (if applicable) (see instructions)

Caution: If the tax transcript is being mailed to a third party, ensure that you have filled in lines 6 through 9 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax transcript to the third party listed on line 5a, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6  Transcript requested. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request ►   1040

a  Return Transcript, which includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-A, Form 1120-H, Form 1120-L, and Form 1120S. Return transcripts are available for the current year and returns processed during the prior 3 processing years. Most requests will be processed within 10 business days . . . . . . . ☐

b  Account Transcript, which contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns. Most requests will be processed within 10 business days . ☐

c  Record of Account, which provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years. Most requests will be processed within 10 business days . . . . . . . ☐

7  Verification of Nonfiling, which is proof from the IRS that you did not file a return for the year. Current year requests are only available after June 15th. There are no availability restrictions on prior year requests. Most requests will be processed within 10 business days . . ☐

8  Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. The IRS can provide a transcript that includes data from these information returns. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, W-2 information for 2011, filed in 2012, will likely not be available from the IRS until 2013. If you need W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213. Most requests will be processed within 10 business days . ☐

Caution: If you need a copy of Form W-2 or Form 1099, you should first contact the payer. To get a copy of the Form W-2 or Form 1099 filed with your return, you must use Form 4506 and request a copy of your return, which includes all attachments.

9  Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than four years or periods, you must attach another Form 4506-T. For requests relating to quarterly tax returns, such as Form 941, you must enter each quarter or tax period separately.

|  /  /  |  /  /  |  /  /  |  /  /  |

Caution: Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-T on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-T. See instructions.

| | Phone number of taxpayer on line 1a or 2a |
|---|---|

**Sign Here**

►  [signature]   Signature (see instructions)    10 / 11 / 2019   Date

►  Title (if line 1a above is a corporation, partnership, estate, or trust)

►  Spouse's signature    Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 37667N     Form **4506-T** (Rev. 3-2019)

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

Form 4506-T (Rev. 8-2016)

Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-T and its instructions, go to www.irs.gov/form4506t. Information about any recent developments affecting Form 4506-T (such as legislation enacted after we released it) will be posted on that page.

**What's New.** The transcripts provided by the IRS have been modified to protect taxpayers' privacy. Transcripts only display partial personal information, such as the last four digits of the taxpayer's Social Security Number. Full financial and tax information, such as wages and taxable income, is shown on the transcript.

A new optional Customer File Number field is available to use when requesting a transcript. You have the option of inputting a number, such as a loan number, in this field. You can input up to 10 numeric characters. The customer file number should not contain an SSN. This number will print on the transcript. The customer file number is an optional field and not required.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506-T to request tax return information. You can also designate (on line 5a) a third party to receive the information. Taxpayers using a tax year beginning in one calendar year and ending in the following year (fiscal tax year) must file Form 4506-T to request a return transcript.

**Note:** If you are unsure of which type of transcript you need, request the Record of Account, as it provides the most detailed information.

**Tip.** Use Form 4506, Request for Copy of Tax Return, to request copies of tax returns.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." under "Tools" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506-T to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual transcripts (Form 1040 series and Form W-2) and one for all other transcripts.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

## Chart for individual transcripts
(Form 1040 series and Form W-2 and Form 1099)

| If you filed an individual return and lived in: | Mail or fax to: |
| --- | --- |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301  512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888  559-456-5876 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999  816-292-6102 |

## Chart for all other transcripts

| If you lived in or your business was in: | Mail or fax to: |
| --- | --- |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409  855-298-1145 |
| Maine, Massachusetts, New Hampshire, New York, Pennsylvania, Vermont | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999  855-821-0094 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number should not contain an SSN. Completion of this line is not required.

**Note:** If you use an SSN, name or combination of both, we will not input the information and the customer file number will be blank on the transcript.

**Line 6.** Enter only one tax form number per request.

**Signature and date.** Form 4506-T must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506-T within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.



**CAUTION**

You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.

**Individuals.** Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506-T exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506-T can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-T but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-T can be signed by any person who was a member of the partnership during any part of the tax period requested on line 9.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506-T for a taxpayer only if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5. The representative must attach Form 2848 showing the delegation to Form 4506-T.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-T will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 10 min.; Preparing the form, 12 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-T simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Forms and Publications Division 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.



## INCOME-DRIVEN REPAYMENT (IDR) PLAN REQUEST

For the Revised Pay As You Earn (REPAYE), Pay As You Earn (PAYE),
Income-Based Repayment (IBR), and Income-Contingent Repayment (ICR)
plans under the William D. Ford Federal Direct Loan (Direct Loan) Program
and Federal Family Education Loan (FFEL) Programs

OMB No. 1845-0102
Form Approved
Expiration Date:
8/31/2021

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form or on
any accompanying document is subject to penalties that may include fines, imprisonment, or both, under
the U.S. Criminal Code and 20 U.S.C. 1097.

IDR

### SECTION 1: BORROWER INFORMATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

| | |
|---|---|
| SSN | 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 |
| Name | Andres F Camelo |
| Address | 6989 West 90th Avenue Apt 828 |
| City | Westminster   State CO   Zip Code 80021 |
| Telephone - Primary | |
| Telephone - Alternate | |
| Email (Optional) | |

### SECTION 2: REPAYMENT PLAN OR RECERTIFICATION REQUEST

It's faster and easier to complete this form online at StudentLoans.gov. You can learn more at StudentAid.gov/IDR and by
reading Sections 9 and 10. It's simple to get repayment estimates at StudentAid.gov/repayment-estimator. If you need help
with this form, contact your loan holder or servicer for free assistance. You can find out who your loan holder or servicer is at
StudentAid.gov/login. You may have to pay income tax on any loan amount forgiven under an income-driven plan.

1. **Select the reason you are submitting this form**
   **(Check only one):**
   ☐ I want to enter an income-driven plan - Continue to
   Item 2.
   ☐ I am submitting documentation for the annual
   recertification of my income-driven payment - Skip
   to Item 3.
   ☐ I am submitting documentation early to have my
   income-driven payment recalculated immediately -
   Skip to Item 3.
   ☐ I want to change to a different income-driven plan -
   Continue to Item 2.

2. **Choose a plan and then continue to Item 3.**
   ☐ (Recommended) I want the income-driven
   repayment plan with the lowest monthly payment.
   ☐ REPAYE      ☐ IBR
   ☑ PAYE        ☐ ICR

3. **Do you have multiple loan holders or servicers?**
   ☐ Yes - Submit a request to each holder or servicer.
   Continue to Item 4.
   ☑ No - Continue to Item 4.

4. **Are you currently in deferment or forbearance?**
   After answering, continue to Item 5.
   ☑ No.
   ☐ Yes, but I want to start making payments under my
   plan immediately.
   ☐ Yes, and I do not want to start repaying my loans
   until the deferment or forbearance ends.

   Note: If you have FFEL Program loans, they are only eligible
   for IBR. However, you can consolidate your loans at
   StudentLoans.gov to access more beneficial income-driven
   repayment plans.

### SECTION 3: FAMILY SIZE INFORMATION

5. **How many children, including unborn**
   **children, are in your family and receive more**
   **than half of their support from you?**        4

6. **How many other people, excluding your**
   **spouse and children, live with you and receive**
   **more than half of their support from you?**    2

Note: A definition of "family size" is provided in Section 9. Do not enter a value for you or your spouse. Those values are
automatically included in your family size, if appropriate.

Page 1 of 10

Doc ID: 4caa84a0015fc843fd5f85b0f251aba56ce106e6

**Borrower Name**  Andres F Camelo

**Borrower SSN**  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

## SECTION 4A: MARITAL STATUS INFORMATION

**7. What is your marital status?**

- [x] Single - Skip to Item 11.
- [ ] Married - Continue to Item 8.
- [ ] Married, but separated - You will be treated as single. Skip to Item 11.
- [ ] Married, but cannot reasonably access my spouse's income information - You will be treated as single. Skip to Item 11.

**8. Does your spouse have federal student loans?**

- [ ] Yes - Continue to Item 9.
- [ ] No - Skip to Item 10.

**9. Provide the following information about your spouse and then continue to Item 10:**

a. Spouse's SSN _____

b. Spouse's Name _____

c. Spouse's Date of Birth _____

**10. When you filed your last federal income tax return, did you file jointly with your spouse?**

- [ ] Yes - Continue to Item 13.
- [ ] No - Skip to Item 17.

## SECTION 4B: INCOME INFORMATION FOR SINGLE BORROWERS AND MARRIED BORROWERS TREATED AS SINGLE

**11. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job, experienced a drop in income, or gotten divorced, or did you most recently file a joint return with your spouse, but you have since become separated or lost the ability to access your spouse's income information?

- [ ] Yes - Continue to Item 12.
- [ ] No - Provide your most recent federal income tax return or transcript. Skip to Section 6.
- [ ] I haven't filed a federal income tax return in the last two years - Continue to Item 12.

**12. Do you currently have taxable income?**

Check "No" if you do not have any income or receive only untaxed income.

- [ ] Yes - Provide documentation of your income as instructed in Section 5. Skip to that section.
- [ ] No - You are not required to provide documentation of your income. Skip to Section 6.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

## SECTION 4C: INCOME INFORMATION FOR MARRIED BORROWERS FILING JOINTLY

**13. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job or experienced a drop in income?

- [ ] Yes - Skip to Item 15.
- [ ] No - Continue to Item 14.
- [ ] We haven't filed a federal income tax return in the last two years - Skip to Item 15.

**14. Has your spouse's income significantly decreased since your spouse filed his or her last federal income tax return?**

For example, has your spouse lost his or her job or experienced a drop in income?

- [ ] Yes - Continue to Item 15.
- [ ] No - Provide your and your spouse's most recent federal income tax return or transcript. Skip to Section 6.

**15. Do you currently have taxable income?**

Check "No" if you do not have any income or receive only untaxed income.

- [ ] Yes - You must provide documentation of your income according to the instructions in Section 5. Continue to Item 16.
- [ ] No - You are not required to provide documentation of your income. Continue to Item 16.

**16. Does your spouse currently have taxable income?**

Check "No" if your spouse does not have any income or receives only untaxed income.

- [ ] Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section.
- [ ] No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 15, skip to Section 5 and document your income. If you selected "No" to Item 15, skip to Section 6.

Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

Doc ID: 4caa84a0015fc843fd5f85b0f281aba88ce106e6

| Borrower Name | Andres F Camelo | | Borrower SSN | 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 |

**SECTION 4D: INCOME INFORMATION FOR MARRIED BORROWERS FILING SEPARATELY**

**17. Has your income significantly decreased since you filed your last federal income tax return?**

For example, have you lost your job or experienced a drop in income?

☐ Yes - Continue to Item 18.

☐ No - Provide your most recent federal income tax return or transcript. Skip to Item 19.

☐ I haven't filed a federal income tax return in the past two years - Continue to Item 18.

**18. Do you currently have taxable income?**

Check "No" if you have no taxable income or receive only untaxed income. After answering, continue to Item 19.

☐ Yes - You must provide documentation of your income as instructed in Section 5.

☐ No.

> Note: Remember, any person who knowingly makes a false statement or misrepresentation on this form can be subject to penalties including fines, imprisonment, or both.

**19. Has your spouse's income significantly decreased since your spouse filed his or her last federal income tax return?**

For example, has your spouse lost a job or experienced a drop in income?

☐ Yes - Continue to Item 20.

☐ No - Provide your spouse's most recent income tax return or transcript. This information will only be used if you are on or placed on the REPAYE Plan. Skip to Section 6.

☐ My spouse hasn't filed a federal income tax return in the past two years - Continue to Item 20.

**20. Does your spouse currently have taxable income?**

Check "No" if your spouse has no taxable income or receives only untaxed income.

☐ Yes - Skip to Section 5 and provide documentation of your spouse's income as instructed in that section. This information will only be used if you are on or placed on the REPAYE Plan.

☐ No - You are not required to provide documentation of your spouse's income. If you selected "Yes" to Item 18, skip to Section 5 and document your income. If you selected "No" to Item 18, skip to Section 6.

**SECTION 5: INSTRUCTIONS FOR DOCUMENTING CURRENT INCOME**

You only need to follow these instructions if, based on your answers in Section 4, you and your spouse (if applicable) were instructed to provide documentation of your current income instead of a tax return or tax transcript.

**This is the income you must document:**

- You must provide documentation of all taxable income you and your spouse (if applicable) currently receive.

- Taxable income includes, for example, income from employment, unemployment income, dividend income, interest income, tips, and alimony.

- Do not provide documentation of untaxed income such as Supplemental Security Income, child support, or federal or state public assistance.

**This is how you document your income:**

- Documentation will usually include a pay stub or letter from your employer listing your gross pay.

- Write on your documentation how often you receive the income, for example, "twice per month" or "every other week."

- You must provide at least one piece of documentation for each source of taxable income.

- If documentation is not available or you want to explain your income, attach a signed statement explaining each source of income and giving the name and the address of each source of income.

- **The date on any supporting documentation you provide must be no older than 90 days from the date you sign this form.**

- Copies of documentation are acceptable.

**After gathering the appropriate documentation, continue to Section 6.**

Page 3 of 10

Doc ID: 4cea84a0015fc6431d5f85b0f281abe86ce106e6

**Borrower Name**   Andres F Camelo          **Borrower SSN**   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

## SECTION 6: BORROWER REQUESTS, UNDERSTANDINGS, AUTHORIZATION, AND CERTIFICATION

If I am requesting an income-driven repayment plan or seeking to change income-driven repayment plans, I **request**:

- That my loan holder place me on the plan I selected in Section 2 to repay my eligible Direct Loan or FFEL Program loans held by the holder to which I submit this form.
- If I do not qualify for the plan or plans I requested, or did not make a selection in Item 2, that my loan holder place me on the plan with the lowest monthly payment amount.
- If I selected more than one plan, that my loan holder place me on the plan with the lowest monthly payment amount from the plans that I requested.
- If more than one of the plans that I selected provides the same initial payment amount, or if my loan holder is determining which of the income-driven plans I qualify for, that my loan holder use the following order in choosing my plan: REPAYE (if my repayment period is 20 years), PAYE, REPAYE (if my repayment period is 25 years), IBR, and then ICR.

If I am not currently on an income-driven repayment plan, but I did not complete Item 1 or I incorrectly indicated in Item 1 that I was already in an income-driven repayment plan, I **request** that my loan holder treat my request as if I had indicated in Item 1 that I wanted to enter an income-driven repayment plan.

If I am currently repaying my Direct Loans under the IBR plan and I am requesting a change to a different income-driven plan, I **request** a one-month reduced-payment forbearance in the amount of my current monthly IBR payment or $5, whichever is greater (unless I request another amount below or I decline the forbearance), to help me move from IBR to the new income-driven plan I requested.

☐ **I request** a one-month reduced-payment forbearance in the amount of: _____ (must be at least $5).

**I understand** that:

- If I do not provide my loan holder with this completed form and any other required documentation, I will not be placed on the plan that I requested or my request for recertification or recalculation will not be processed.
- I may choose a different repayment plan for any loans that are not eligible for income-driven repayment.
- If I requested a reduced-payment forbearance of less than $5 above, my loan holder will grant my forbearance for $5.
- If I am requesting a change from the IBR Plan to a different income-driven repayment plan, I may decline the one-month reduced payment forbearance described above by contacting my loan holder. If I decline the forbearance, I will be placed on the Standard Repayment Plan and cannot change repayment plans until I make one monthly payment under that plan.
- If I am requesting the ICR plan, my initial payment amount will be the amount of interest that accrues each month on my loan until my loan holder receives the income documentation needed to calculate my payment amount. If I cannot afford the initial payment amount, I may request a forbearance by contacting my loan holder.
- If I am married and I request the ICR plan, my spouse and I have the option of repaying our Direct Loans jointly under this plan. My loan servicer can provide me with information about this option.
- If I have FFEL Program loans, my spouse may be required to give my loan holder access to his or her information in the National Student Loan Data System (NSLDS). If this applies to me, my loan holder will contact me with instructions.
- My loan holder may grant me a forbearance while processing my application or to cover any period of delinquency that exists when I submit my application.

**I authorize** the entity to which I submit this request and its agents to contact me regarding my request or my loans at any cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I certify** that all of the information I have provided on this form and in any accompanying documentation is true, complete, and correct to the best of my knowledge and belief and that I will repay my loans according to the terms of my promissory note and repayment schedule.

**Borrower's Signature**   _[signature]_          **Date**   10 / 11 / 2019

**Spouse's Signature**   _____          **Date**   _____

**If you are married, your spouse is required to sign this form unless you are separated from your spouse or you're unable to reasonably access your spouse's income information.**

Page 4 of 10

Doc ID: 4cea84a0015fc843fd5f85b0f281aba66ce108e6

## SECTION 7: WHERE TO SEND THE COMPLETED FORM

Return the completed form and any documentation to:
(If no address is shown, return to your loan holder.)

If you need help completing this form call:
(If no phone number is shown, call your loan holder.)

## SECTION 8: INSTRUCTIONS FOR COMPLETING THE FORM

Type or print using dark ink. Enter dates as month-day-year (mm-dd-yyyy). Example: March 14, 2019 = 03-14-2019. Include your name and account number on any documentation that you are required to submit with this form. **Return the completed form and any required documentation to the address shown in Section 7.**

## SECTION 9: DEFINITIONS

### COMMON DEFINITIONS FOR ALL PLANS:

**Capitalization** is the addition of unpaid interest to the principal balance of your loan. This will increase the principal balance and the total cost of your loan.

A **deferment** is a period during which you are entitled to postpone repayment of your loans. Interest is not generally charged to you during a deferment on your subsidized loans. Interest is always charged to you during a deferment on your unsubsidized loans.

The **William D. Ford Federal Direct Loan (Direct Loan) Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

**Family size** always includes you and your children (including unborn children who will be born during the year for which you certify your family size), if the children will receive more than half their support from you.

For the PAYE, IBR, and ICR Plans, family size always includes your spouse. For the REPAYE plan, family size includes your spouse unless your spouse's income is excluded from the calculation of your payment amount.

For all plans, family size also includes other people only if they live with you now, receive more than half their support from you now, and will continue to receive this support for the year that you certify your family size. Support includes money, gifts, loans, housing, food, clothes, car, medical and dental care, and payment of college costs. Your family size may be different from the number of exemptions you claim for tax purposes.

The **Federal Family Education Loan (FFEL) Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

A **forbearance** is a period during which you are permitted to postpone making payments temporarily, allowed an extension of time for making payments, or temporarily allowed to make smaller payments than scheduled.

The **holder** of your Direct Loans is the U.S. Department of Education (the Department). The holder of your FFEL Program loans may be a lender, secondary market, guaranty agency, or the Department. Your loan holder may use a servicer to handle billing, payment, repayment options, and other communications. References to "your loan holder" on this form mean either your loan holder or your servicer.

A **partial financial hardship** is an eligibility requirement for the PAYE and IBR plans. You have a partial financial hardship when the annual amount due on all of your eligible loans (and, if you are required to provide documentation of your spouse's income, the annual amount due on your spouse's eligible loans) exceeds what you would pay under PAYE or IBR.

The annual amount due is calculated based on the greater of **(1)** the total amount owed on eligible loans at the time those loans initially entered repayment, or **(2)** the total amount owed on eligible loans at the time you initially request the PAYE or IBR plan. The annual amount due is calculated using a standard repayment plan with a 10-year repayment period, regardless of loan type. When determining whether you have a partial financial hardship for the PAYE plan, the Department will include any FFEL Program loans that you have into account even though those loans are not eligible to be repaid under the PAYE plan, except for: **(1)** a FFEL Program loan that is in default, **(2)** a Federal PLUS Loan made to a parent borrower, or **(3)** a Federal Consolidation Loan that repaid a Federal or Direct PLUS Loan made to a parent borrower.

The **poverty guideline amount** is the figure for your state and family size from the poverty guidelines published annually by the U.S. Department of Health and Human Services (HHS) at aspe.hhs.gov/poverty-guidelines. If you are not a resident of a state identified in the poverty guidelines, your poverty guideline amount is the amount used for the 48 contiguous states.

The **standard repayment plan** has a fixed monthly payment amount over a repayment period of up to 10 years for loans other than Direct or Federal Consolidation Loans, or up to 30 years for Direct and Federal Consolidation Loans.

Page 5 of 10

## SECTION 9: DEFINITIONS (CONTINUED)

### DEFINITIONS FOR THE REPAYE PLAN:

The **Revised Pay As You Earn (REPAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the REPAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the REPAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

### DEFINITIONS FOR THE PAYE PLAN:

The **Pay As You Earn (PAYE) plan** is a repayment plan with monthly payments that are generally equal to 10% of your discretionary income, divided by 12.

**Discretionary income for the PAYE plan** is the amount by which your income exceeds 150% of the poverty guideline amount.

**Eligible loans for the PAYE plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the PAYE plan** if: **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of October 1, 2007 or have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after October 1, 2007, and **(2)** you receive a disbursement of an eligible loan on or after October 1, 2011, or you receive a Direct Consolidation Loan based on an application received on or after October 1, 2011.

### DEFINITIONS FOR THE IBR PLAN:

The **Income-Based Repayment (IBR) plan** is a repayment plan with monthly payments that are generally equal to 15% (10% if you are a new borrower) of your discretionary income, divided by 12.

**Discretionary income for the IBR plan** is the amount by which your adjusted gross income exceeds 150% of the poverty guideline amount.

**Eligible loans for the IBR plan** are Direct Loan and FFEL Program loans other than: **(1)** a loan that is in default, **(2)** a Direct or Federal PLUS Loan made to a parent borrower, or **(3)** a Direct or Federal Consolidation Loan that repaid a Direct or Federal PLUS Loan made to a parent borrower.

You are a **new borrower for the IBR plan** if **(1)** you have no outstanding balance on a Direct Loan or FFEL Program loan as of July 1, 2014 or **(2)** have no outstanding balance on a Direct Loan or FFEL Program loan when you obtain a new loan on or after July 1, 2014.

### DEFINITIONS FOR THE ICR PLAN:

The **Income-Contingent Repayment (ICR) plan** is a repayment plan with monthly payments that are the lesser of **(1)** what you would pay on a repayment plan with a fixed monthly payment over 12 years, adjusted based on your income or **(2)** 20% of your discretionary income divided by 12.

**Discretionary income for the ICR plan** is the amount by which your adjusted gross income exceeds the poverty guideline amount for your state of residence and family size.

**Eligible loans for the ICR plan** are Direct Loan Program loans other than: **(1)** a loan that is in default, **(2)** a Direct PLUS Loan made to a parent borrower, or **(3)** a Direct PLUS Consolidation Loan (based on an application received prior to July 1, 2006 that repaid Direct or Federal PLUS Loans made to a parent borrower). However, a Direct Consolidation Loan made based on an application received on or after July 1, 2006 that repaid a Direct or Federal PLUS Loan made to a parent borrower is eligible for the ICR plan.

Doc ID: 4cea84a0015fc543fd585b0f281aba86ce106e6

**SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION**

**Table 1. Income-Driven Plan Eligibility Requirements and General Information**

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| **Payment Amount** | Generally, 10% of discretionary income. | Generally, 10% of discretionary income. | Never more than 15% of discretionary income. | Lesser of 20% of discretionary income or what you would pay under a repayment plan with fixed payments over 12 years, adjusted based on your income. |
| **Cap on Payment Amount** | None. Your payment may exceed what you would have paid under the 10-year standard repayment plan. | What you would have paid under the 10-year standard repayment plan when you entered the plan. | What you would have paid under the 10-year standard repayment plan when you entered the plan. | None. Your payment may exceed what you would have paid under the 10-year standard repayment plan. |
| **Married Borrowers** | Your payment will be based on the combined income and loan debt of you and your spouse regardless of whether you file a joint or separate Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income and loan debt of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. | Your payment will be based on the combined income of you and your spouse only if you file a joint Federal income tax return, unless you and your spouse (1) are separated or (2) you are unable to reasonably access your spouse's income information. |
| **Borrower Responsibility for Interest** | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. On subsidized loans after this period and on unsubsidized loans during all periods, you only have to pay half the difference between your monthly payment amount and the interest that accrues. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years in the plan. | On subsidized loans, you do not have to pay the difference between your monthly payment amount and the interest that accrues for your first 3 consecutive years of in the plan. | You are responsible for paying all of the interest that accrues. |
| **Forgiveness Period** | If you only have eligible loans that you received for undergraduate study, any remaining balance is forgiven after 20 years of qualifying repayment. If you have any eligible loans that you received for graduate or professional study, any remaining balance is forgiven after 25 years of qualifying repayment on all of your loans. Forgiveness may be taxable. | Any remaining balance is forgiven after 20 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after no more than 25 years of qualifying repayment, and may be taxable. | Any remaining balance is forgiven after 25 years of qualifying repayment, and may be taxable. |

Doc ID: 4caa84a0015fa543fd585b0026 1aba88ce106e6

**SECTION 10: INCOME-DRIVEN PLAN ELIGIBILITY REQUIREMENTS AND GENERAL INFORMATION**

| Plan Feature | REPAYE | PAYE | IBR | ICR |
|---|---|---|---|---|
| **Income Eligibility** | None. | You must have a "partial financial hardship". | You must have a "partial financial hardship". | None. |
| **Borrower Eligibility** | You must be a Direct Loan borrower with eligible loans. | You must be a "new borrower" with eligible Direct Loans. | You must be a Direct Loan or FFEL borrower with eligible loans. | You must be a Direct Loan borrower with eligible loans. |
| **Recertify Income and Family Size** | Annually. Failure to submit documentation by the deadline will result in capitalization of interest and increasing your payment to ensure that your loan is paid in full over the lesser of 10 or the remainder of 20 or 25 years. | Annually. Failure to submit documentation by the deadline may result in the capitalization of interest and will increase the payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the capitalization of interest and increase in payment amount to the 10-year standard payment amount. | Annually. Failure to submit documentation by the deadline will result in the recalculation of your payment amount to be the 10-year standard payment amount. |
| **Leaving the Plan** | At any time, you may change to any other repayment plan for which you are eligible. | At any time, you may change to any other repayment plan for which you are eligible. | If you want to leave the plan, you will be placed on the standard repayment plan. You may not change plans until you have made one payment under that plan or a reduced-payment forbearance. | At any time, you may change to any other repayment plan for which you are eligible. |
| **Interest Capitalization** | Interest is capitalized when you are removed from the plan for failing to recertify your income by the deadline or when you voluntarily leave the plan. | If you are determined to no longer have a "partial financial hardship" or if you fail to recertify your income by the deadline, interest is capitalized until the outstanding principal balance on your loans is 10% greater than it was when you entered the plan. It is also capitalized if you leave the plan. | If you are determined to no longer have a "partial financial hardship", fail to recertify your income by the deadline, or leave the plan, interest is capitalized. | Interest that accrues when your payment amount is less than accruing interest on your loans is capitalized annually until the outstanding principal balance on your loans is 10% greater than it was when your loans entered repayment. |
| **Re-Entering the Plan** | Your loan holder will compare the total of what you would have paid under REPAYE to the total amount you were required to pay after you left REPAYE. If the difference between the two shows that you were required to paid less by leaving REPAYE, your new REPAYE payment will be increased. The increase is equal to the difference your loan holder calculated, divided by the number of months remaining in the 20- or 25-year forgiveness period. | You must again show that you have a "partial financial hardship". | You must again show that you have a "partial financial hardship". | No restrictions. |

Doc ID: 4cea84a0019fo549fd5f65b0f261aba86ce106e6

## SECTION 11: SAMPLE PAYMENT AMOUNTS

The tables below provide repayment estimates under the traditional and income-driven repayment plans. These figures are estimates based on an interest rate of 6%, the average Direct Loan interest rate for undergraduate and graduate borrowers. The figures also assume a family size of 1, that you live in the continental U.S., and that your income increases 5% each year. Various factors, including your interest rate, your loan debt, your income, if and how quickly your income rises, and when you started borrowing may cause your repayment to differ from the estimates shown in these tables. These figures use the 2016 Poverty Guidelines and Income Percentage Factors.

**Table 2. Non-Consolidation, Undergraduate Loan Debt of $30,000 in Direct Unsubsidized Loans and Starting Income of $25,000**

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $333 | $333 | 10 years | $33,967 | N/A |
| Graduated | $190 | $571 | 10 years | $42,636 | N/A |
| Extended-Fixed | Ineligible | - | - | - | - |
| Extended-Graduated | Ineligible | - | - | - | - |
| PAYE | $60 | $296 | 20 years | $38,105 | $27,823 |
| REPAYE | $60 | $296 | 20 years | $38,105 | $24,253 |
| IBR | $90 | $333 | 21 years, 10 months | $61,006 | $0 |
| ICR | $195 | $253 | 19 years, 6 months | $52,233 | $0 |

**Table 3. Non-Consolidation, Graduate Loan Debt of $60,000 in Direct Unsubsidized Loans and Starting Income of $40,000**

| Repayment Plan | Initial Payment | Final Payment | Time in Repayment | Total Paid | Loan Forgiveness |
|---|---|---|---|---|---|
| Standard | $666 | $666 | 10 years | $79,935 | N/A |
| Graduated | $381 | $1,143 | 10 years | $85,272 | N/A |
| Extended-Fixed | $437 | $437 | 25 years | $130,974 | N/A |
| Extended-Graduated | $300 | $582 | 25 years | $126,168 | N/A |
| PAYE | $185 | $612 | 20 years | $87,705 | $41,814 |
| REPAYE | $185 | $816 | 25 years | $131,444 | $0 |
| IBR | $277 | $666 | 18 years, 3 months | $107,905 | $0 |
| ICR | $469 | $588 | 13 years, 9 months | $89,468 | $0 |

Doc ID: 4cea84a0019fc843fc5f65b0f261aba86ce106a6

## SECTION 12: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 et seq. and §451 et seq. of the Higher Education Act of 1965, as amended (20 U.S.C. 1071 et seq. and 20 U.S.C. 1087a et seq.), and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and 31 U.S.C. 7701(b). Participating in the Federal Family Education Loan (FFEL) Program or the William D. Ford Federal Direct Loan (Direct Loan) Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) under the FFEL and/or Direct Loan Programs, to permit the servicing of your loans, and, if it becomes necessary, to locate you and to collect and report on your loans if your loans become delinquent or default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices. The routine uses of this information include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to consumer reporting agencies, to financial and educational institutions, and to guaranty agencies in order to verify your identity, to determine your eligibility to receive a loan or a benefit on a loan, to permit the servicing or collection of your loans, to enforce the terms of the loans, to investigate possible fraud and to verify compliance with federal student financial aid program regulations, or to locate you if you become delinquent in your loan payments or if you default. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to state agencies. To provide financial aid history information, disclosures may be made to educational institutions.

To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment statuses, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid Office of Management and Budget (OMB) control number. The valid OMB control number for this information collection is 1845-0102. Public reporting burden for this collection of information is estimated to average 20 minutes (0.33 hours) per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 682.215, 685.209, or 685.221.

**If you have comments or concerns regarding the status of your individual submission of this form, please contact your loan holder directly (see Section 7).**

Page 10 of 10

Doc ID: 4caa84a0015fc6d3fd5f85b0f2f81aba86ce108a6

**MANDATORY BINDING ARBITRATION TO RESOLVE ALL DISPUTES AND CLASS ACTION WAIVER**

Our Services and your executed Client Fee Agreement is governed by a Mandatory Binding Arbitration Requirement. You are encouraged to consult with independent legal counsel so that you understand your rights relating to this requirement. This Section limits your legal rights and ability to go to court. Please consult with legal counsel to be sure you understand this Section prior to signing.

In the event of any controversy, claim or dispute between the parties (the Company, the Client, and any support entities or persons contemplated herein) arising out of or relating to our Services or your executed Client Fee Agreement or the breach, termination, enforcement, interpretation, unconscionability, or validity thereof, including any determination of the scope or applicability of your Client Fee Agreement to arbitrate, shall be determined and resolved exclusively by arbitration in the county which the Client resides, or the closest metropolitan county, in accordance with the Laws of the State of California for agreements to be made in and to be performed in California. The parties agree that the arbitration shall be administered by the American Arbitration Association ("AAA") pursuant to its rules and procedures and an arbitrator shall be selected by the AAA. The arbitrator shall be neutral and independent and shall comply with the AAA code of ethics. The award rendered by the arbitrator shall be final and shall not be subject to vacation or modification. Judgment on the award made by the arbitrator may be entered in any court having jurisdiction over the parties. If either party fails to comply with the arbitrator's award, the injured party may petition the circuit court for enforcement. The parties agree that either party may bring claims against the other only in his, her, or its individual capacity and not as a plaintiff or class member in any purported class or representative proceeding. Further, the parties agree that the arbitrator may not consolidate proceedings of more than one person's claims and may not otherwise preside over any form of representative or class proceeding. The parties shall share the cost (excluding attorney's fees) of arbitration equally. In the event a party fails to proceed with arbitration, unsuccessfully challenges the arbitrator's award, or fails to comply with the arbitrator's award, the other party is entitled to costs of suit, including a reasonable attorney's fee for having to compel arbitration or defend or enforce the award. Binding Arbitration means that both parties give up the right to a trial by a jury. It also means that both parties give up the right to appeal from the arbitrator's ruling except for a narrow range of issues that can or may be appealed. It also means that discovery may be severely limited by the arbitrator. This section and the arbitration requirement shall survive any termination.

Client's Signature: _____

Client's Printed Name: _____Andres F Camelo_____

Executed on this (Date): _____10 / 11 / 2019_____

Doc ID: 4cea94a0015fc843fd5f85b0f261aba86ce106e6

## Document Preparation and Service Compliance

1. Do you understand we are not the government, the Department of Education, nor the servicer of your student loans?

   Yes I do. Initials: _A.C._

2. Do you understand that, for your protection, we are not allowed and we will not access your Federal Student Aid account?

   Yes I do. Initials: _A.C._

3. Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?

   Yes I do. Initials: _A.C._

4. Do you understand that you have been/are seeking to be enrolled into the PAYE Income Driven Repayment Program?

   Yes I do. Initials: _A.C._

5. Is the PAYE Income Driven Repayment Program the loan repayment program that you want/wanted to be enrolled into and signed up for?

   Yes. Initials: _A.C._

6. Do you understand that your loans will not be forgiven immediately, but upon completing 240 months of approved payments?

   Yes I do. Initials: _A.C._

7. Do you understand that the program described above has a payment based off your truthful and accurate representations to the Department of Education relating to income, family size, and employment?

   Yes I do. Initials: _A.C._

8. Do you understand that our initial fee, separate from what you pay your servicer for your loan repayment, is $239 paid monthly over the course of the first 5 months?

   Yes I do. Initials: _A.C._

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

9.  Do you understand that after our initial fee, separate from what you pay your servicer for your loan repayment, we charge an annual recertification fee of $30.0      per month to assist you with your annual recertification due every 12 months?

Yes I do.  Initials:_____ A.C.

10. Do you understand that your monthly recertification assistance fee to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?

Yes I do.  Initials:_____ A.C.

11. Do you understand that you can request a return of the fees you paid to us that is held in your Dedicated Client Account at any time until we complete our work for you?

Yes I do.  Initials:_____ A.C.

12. Are you fully satisfied with our services?

Yes.  Initials:_____ A.C.

13. IF YOU ARE PSLF ELIGIBLE, do you understand that your loan will not automatically be forgiven, but that after the successful completion of your program, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?

Yes I do.  Initials:_____ A.C.

Doc ID: 4cea84a0015fc843fd5f85b0f261aba86ce106e6

**▼ HELLOSIGN**                                          Audit Trail

| | |
|---|---|
| TITLE | My First embedded signature request with a template |
| FILE NAME | navient1.jpg, navient2.jpg and 6 others |
| DOCUMENT ID | 4cea84a0015fc843fd5f85b0f261aba86ce106e6 |
| AUDIT TRAIL DATE FORMAT | MM / DD / YYYY |
| STATUS | ● Completed |

This document was signed on processingsupports.com

Document History

| | | |
|---|---|---|
| ◯ SENT | 10 / 11 / 2019 22:10:32 UTC | Sent for signature to Andres F Camelo (andres_c1992@hotmail.com) from dotruongq@gmail.com IP: 97.74.236.8 |
| ◉ VIEWED | 10 / 11 / 2019 22:13:38 UTC | Viewed by Andres F Camelo (andres_c1992@hotmail.com) IP: 67.161.157.187 |
| ↙ SIGNED | 10 / 11 / 2019 22:17:53 UTC | Signed by Andres F Camelo (andres_c1992@hotmail.com) IP: 67.161.157.187 |
| ◯ COMPLETED | 10 / 11 / 2019 22:17:53 UTC | The document has been completed. |

Powered by ▼ HELLOSIGN

EXHIBIT G



## FPS COMPLIANCE TRAINING

Dear Employee:

FPS is firmly committed to complying with all applicable regulations pertaining to our industry, including telemarketing regulations. We expect all employees to support this commitment. To assist you, we have prepared this Compliance Training. Please remember that this training does not address every single compliance issue that affects FPS. However, it does address major issues that impact FPS's operations. We ask that you become familiar with its contents and adhere to the policies outlined herein. Sales Management personnel are responsible for the compliance of their staffs and should be consulted if you have any questions. In fact, we expect you will involve your sales manager rather than give incorrect information when responding to a prospect or customer's question.

We thank you for your support. Again, should you have a question, please contact your sales manager or our Compliance Officer.

Sincerely,

**Financial Preparation Services**



## OVERVIEW OF COMPLIANCE TRAINING

- Applicable Laws
- Consumer Financial Protection Act & Consumer Financial Protection Bureau
- CFPB Prohibition Against Unfair, Deceptive, & Abusive Acts or Practices
- Federal Trade Commission Act
- Federal Trade Commission
- Telemarketing Sales Rule

## COMMITMENT TO COMPLIANCE



- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.
- **FPS** is committed to providing its services to the public on a fair and non-discriminatory basis.
- **FPS** is also committed to complying with all applicable federal, state, and local consumer-protection laws.
- Failure to achieve compliance can expose **FPS** to substantial risks, including reputation damage, regulatory enforcement actions, and civil money penalties.
- **FPS** will take all necessary steps to offer consumer loan products and money services in a responsible manner.
- **FPS** will clearly and promptly inform its customers of their legal rights and of other important information necessary for them to make well-informed consumer decisions.

## APPLICABLE LAWS (INCLUDES BUT ARE NOT LIMITED TO):

**Consumer Financial Protection Act (CFPA)**

**CFPA prohibition against Unfair, Deceptive, or Abusive Acts or Practices (UDAAP)**

**Federal Trade Commission Act (FTC Act)**

FTC Act prohibition against Unfair and Deceptive Acts and Practices  (UDAP)

**FTC Telemarketing Sales Rule (TSR)**

FTC Identity Theft Red Flag requirements

Telephone Consumer Protection Act (TCPA)

Electronic Fund Transfer Act (Reg. E)

Electronic Signatures in Global and National Commerce Act (E-SIGN)

Fair Credit Reporting Act (Reg. V)

Gramm-Leach-Bliley Act (Reg. P)

Right to Financial Privacy Act (RFPA)

Truth In Lending Act (Regulation Z)

Family Educational Rights and Privacy Act (FERPA)

State debt consolidation and adjusting laws, including registration and licensing requirements

# CONSUMER FINANCIAL PROTECTION ACT (CFPA)

**What is the Consumer Financial Protection Act?**

- The CFPA is an amendment to the National Bank Act designed to identify and explain the standards that apply to national banks.

- The CFPA's goal is to increase oversight and clarify the laws governing financial transactions in order to protect consumers in these transactions.

- The act resulted in the creation of the Consumer Financial Protection Bureau (CFPB) to centralize the regulation of various financial products and services.

**Why do we need the Consumer Financial Protection Act?**

- After the housing market collapse of the late 2000s, which many blamed, at least partly, on "predatory" lending practices, the Consumer Financial Protection Bureau was established in 2011 to create more oversight of various financial processes.

- The agency strives to consolidate or resolve discrepancies between federal and state financial laws.

- CFPB's main goal is to protect consumers from fraudulent and/or overly aggressive behavior from banks and other financial institutions.

**What Is the Consumer Financial Protection Bureau?**

- The CFPB is a regulatory agency charged with overseeing financial products and services that are offered to consumers. The CFPB is divided into several units. These units work together to protect and educate consumers about the various types of financial products and services that are available.

**Understanding the Consumer Financial Protection Bureau**

- The CFPB helps consumer finance markets work more efficiently by providing rules, enforcing those rules and empowering consumers to take control of their personal financial lives.

- The CFPB works to educate and inform consumers against abusive financial practices, to supervise banks and other financial institutions, and to study data to better understand consumers and the financial markets they participate in.

**The Vision and Goals of the CFPB**

- The overall aim of the CFPB is to facilitate the development of the consumer finance marketplace. Through this, consumers have access to transparent financial prices and risk and become aware of deceptive and abusive financial practices. The CFPB breaks down this high-level aim into four very specific strategic goals.

  - The first goal is to prevent financial harm to consumers while promoting good financial practices.
  - The second goal is to empower consumers to live better economic lives.
  - The third goal is to inform the public and policymakers with data-driven analytical insights.
  - The fourth and final goal is to further advance the CFPB's overall impact by maximizing resource productivity.

# CONSUMER FINANCIAL PROTECTION BUREAU (CFPB)

## CFPB PROHIBITION AGAINST UNFAIR, DECEPTIVE, ABUSIVE ACTS OR PRACTICES (UDAAP)

- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.

- In connection with offering these products and services, **FPS** takes measures to ensure that it complies with all relevant laws.

- **FPS** shall take measures to ensure that it complies with all relevant regulations enforced by these agencies as described in separate policies and procedures.

- **FPS** is committed to delivering its advertising and disclosures in a clear, transparent, and accurate manner so **FPS's** customers thoroughly understand the services being offered and those that are purchased.

- This policy governs all Company advertising, marketing, and sales activities associated with **FPS's** services.

## POLICY REQUIREMENTS



Standards for Unfair,
Deceptive, or Abusive



Advertising, Marketing,
and Sales Guidelines



Compliance Controls

## UNFAIR ACT OR PRACTICE

An act or practice is considered *unfair* if it meets *all three* of the criteria listed below.

- **Causes or is likely to cause substantial injury to consumers.** Substantial injury usually involves monetary harm. An act or practice that causes a small amount of harm to a large number of people or a large amount of harm to as few as one consumer may be deemed to cause substantial injury. An injury may be substantial if it raises a significant risk of concrete harm.

- **Cannot be reasonably avoided by consumers.** Consumers cannot reasonably avoid injury from an act or practice if it interferes with their ability to effectively make decisions. Withholding material price information until after the consumer has committed to purchase the product or service would be an example of preventing a consumer from making an informed decision. A practice may also be considered unfair if consumers are subject to undue influence or are coerced into purchasing unwanted products or services.

- **Is not outweighed by countervailing benefits to consumers or to competition.** The injury must not be outweighed by any offsetting consumer or competitive benefits that are also produced by the act or practice. Offsetting benefits may include lower prices or a wider availability of products and services.

## DECEPTIVE ACT OR PRACTICE

A representation, omission, or practice is considered *deceptive* if it meets *all three* of the criteria listed below.

- **It is likely to mislead or misleads the consumer.** A deceptive representation may be an express or implied claim or promise, and it may be written or oral. Omission of information may be deceptive if disclosure of the omitted information is necessary to prevent a consumer from being misled.

- **The consumer's interpretation of it is reasonable in light of the claims made.** The reasonable consumer is considered an ordinary consumer that is neither the least nor most sophisticated person. If representations or marketing practices are *targeted* to a specific audience, such as the elderly or the financially unsophisticated, then the standard is based upon the effects of the act or practice on a reasonable member of *that group*.

- **It is material.** A representation, omission, or practice is material if it is likely to affect a consumer's decision regarding a product or service. In general, information about the Company, associations with any government agency, costs, benefits, or restrictions on the use or availability of a product or service is considered material. If express claims are made with respect to a financial product or service, then the claims are presumptively material.

## ABUSIVE ACT OR PRACTICE

An act or practice is considered *abusive* if it meets **one or more** of the criteria listed below.

- **Materially interferes with the ability of a consumer to understand a term or condition of a financial product or service, or**

- **Takes unreasonable advantage of:**
  - the consumer's a lack of understanding of the material risks, costs, or conditions of the product or service;
  - the consumer's inability to protect the consumer's interest in selecting or using the financial product or service; **or**
  - the consumer's reasonable reliance on the Company to act in the interest of the consumer.

# WHO CAN PROVIDE SOME EXAMPLES?

FPS's marketing, advertising, sales will satisfy the principles listed below:

- Clearly disclose all material terms, including making no material omissions of information.
- Clearly disclose which services are being offered by or through FPS versus by the Department of Education.
- Clearly disclose all pricing and payments to FPS versus to the Department of Education for loan repayment.
- Clearly state that FPS is not associated with any government entity. This shall include not referencing FPS as any type of "department" or "agency," but rather always using FPS's name or generically stating FPS.
- Not set any false expectation of scarcity as to loan modification or consolidation.
- Fairly and adequately describe the terms, benefits, and material limitations of the product or service being offered.
  - Do not misrepresent such terms either affirmatively or by omission.
- There must be a reasonable factual basis for all representations made in all communications to clients.
- Draw the attention of clients to key terms that are important in enabling the consumer to make an informed decision regarding whether the product or service meets the client's financial needs.
- Within any given advertisement, *balance* representations about a product's *features and benefits* with disclosures about the product's *risks and limitations*.

## ADVERTISING, MARKETING, AND SALES GUIDELINES

# ADVERTISING, MARKETING, AND SALES GUIDELINES CONT.

- Clearly disclose all material restrictions or conditions on the terms or availability of a product or service.
- Inform consumers in a clear and timely manner about any fees, penalties, or other charges that have been or will be imposed, and the reasons for their imposition.
- Clearly disclose the costs and benefits of using forbearance as an option to stay loan repayment.
- Clearly inform consumers of contract provisions that permit a change in the terms and conditions of the agreement.
- The term "guaranteed" cannot be used in any advertising.
- Clearly disclose any limitations, conditions, or restrictions on the offer.
- Do not make claims, representations, or statements that mislead members of the target audience about the cost, value, availability, cost savings, benefits, or terms of the product or service.
- For any term used in connection with an advertising claim, ensure that the term has a reasonable factual basis and that the term meets all other applicable regulatory requirements.
- Avoid advertising terms that are not available to most consumers or that are not representative of the products or services actually obtained by FPS's customers.
- Do not make representations to clients that they may make payments at variance from the written contract terms (e.g., pay late or pay less than the scheduled or minimum amount due) without adequately disclosing any related fees, late fees, accrued interest, or other fees or charges that will result from such consumer action.
- Clearly explain that payment of the FPS's fees will be placed into an escrow account held for the benefit of the client and that the fees due to FPS will only be released to FPS upon completion of work.
- Clearly explain FPS's refund and cancellation policies.

## UDAAP POLICY ENFORCEMENT

- All FPS employees with customer-facing job duties are responsible for complying with this policy.
- Each FPS manager is responsible for ensuring compliance within the manager's operational area.



## FEDERAL TRADE COMMISSION ACT (FTC ACT)

- Congress passed the Federal Trade Commission Act to protect consumers from unfair methods of competition.

- The Federal Trade Commission Act (FTCA) prevents unfair competition methods and unfair or deceptive acts that may affect business commerce.

- Violations of the FTCA are usually proven by showing bad faith, fraud, oppression, or a violation of public policy.

- These unfair or deceptive methods by a business need only to have the possible likelihood of deceiving the consumer.  The law does not require that an actual deception take place.

- A business may also be liable for the unfair and deceptive acts of its employees, agents, or representative.

- The FTCA covers a broad range of consumer issues. Every year a new concern arises that falls under the umbrella of the FTCA. For example, in recent years, electronic privacy and identify theft practices have become targets of protection under the authority of the FTCA.

---

- To enforce the FTCA, the act created the Federal Trade Commission (FTC).

- **ONLY** the Federal Trade Commission can enforce the FTCA.

**Goals of the FTC:**

- Protect consumers from unfair and deceptive practices in the marketplace

- Maintain competition to promote a marketplace free from anticompetitive mergers, business practices, or public policy outcomes

- The FTC is vested with administrative rule-making authority, investigatory authority, and enforcement authority; rules established by the FTC are considered administrative codes. They are designed to enforce the various provisions of the FTCA.

- Investigatory authority grants the FTC the ability to follow-up and verify consumer complaints.

- If the FTC decides that a business has violated the FTCA, they have the authority to enforce and regulate the repercussions.

## FEDERAL TRADE COMMISSION (FTC)

## TELEMARKETING SALES RULE (TSR)

- **FPS** provides, in select states, assistance for consumers looking to enroll in a student loan debt forgiveness and/or income-based repayment plan offered through the Department of Education.

- In connection with offering these services, **FPS** takes measures to ensure that it complies with the Telemarketing Sales Rule (TSR), 16 C.F.R. § 310 et seq.

- **FPS's** TSR compliance includes adherence to the technical elements of the TSR, the guidance provided by the FTC, and the industry best practices appropriate for companies involved in assisting students with obtaining debt relief of FPS's size, complexity, and service offerings.

- **FPS** is committed to ensuring that all of its business activities comply with the TSR.

## HOW DOES TSR APPLY TO ME?

This policy governs all Company advertising, marketing, and payment processing and activities associated with the Company's products and services.

In particular, the TSR applies to **OUTBOUND CALLS** made by FPS.

It also applies to **INBOUND CALLS** made in response to advertising.



## REQUIREMENTS OF TSR

### I. Consumer Disclosures

While FPS may make these disclosures either orally or in writing, FPS strives to provide the information in writing whenever possible for the customer's benefit. The information that must be provided must be disclosed prior to any sale and include at a minimum the following information:

- A clear and accurate explanation of all services provided by FPS.
- How much the service costs (both in terms of the initial fee and all recurring payments).
- Any material restrictions, limitations or conditions on the service.
- If the sales presentation includes a statement about the refund or cancellation policies, you must also include a clear and conspicuous disclosure of all terms and conditions of the policies.
- How long it will take the consumer to achieve the represented results based on a good faith estimate.
- To the extent applicable, how much money a customer must save before a settlement offer will be made by FPS to a creditor.
- The possible consequences if the customer fails to make timely payments to creditors.
- The manner in which payment will be made to FPS, including the customer's rights regarding dedicated accounts.



## REQUIREMENTS OF TSR CONT.

### 2. Outbound Calls

All outbound calls must comply with the consumer disclosures. All outbound calls must also promptly disclose, before any sales pitch is given, the following items of information truthfully, clearly, and conspicuously:

- The identity of the seller.
- That the purpose of the call is to sell goods or services.
- The nature of the services being offered.

### 3. Advance Fee Prohibition

FPS shall not collect fees from a client until the following requirements are met:

- A successful result for the client must be reached.
- There must be a written agreement with the client and the Department of Education, loan servicer, or other creditor.
- The customer must have made a payment to the servicer/creditor.

### 4. Use of a Dedicated Account

- FPS must use and require that all customer fees to be paid to FPS are deposited into a specified or dedicated account
  - Trusted Account Services: TAS (Credit Card/Debit Card)
  - Account Management Plus: AMP (ACH)

## ENFORCEMENT OF TSR



Def.'s Ex. 27



**Financial Preparation**
Services

## SALES COMPLIANCE MEMO

IT IS OUR COMPANY POLICY TO ADHERE TO ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS. THIS SALES COMPLIANCE MEMO OUTLINES AND EXPANDS UPON THE COMPLIANCE CALL SCRIPT. ALL EMPLOYEES SHOULD FULLY UNDERSTAND ITS CONTENTS AND FOLLOW ITS GUIDELINES WHILE PERFORMING HIS OR HER JOB DUTIES AND RESPONSBILITIES.

### Company Representation

- FPS is NOT the government.
- FPS is NOT the Department of Education.
- FPS is NOT a loan servicer.
- FPS is NOT a "Certified Enrollment Center".
- Do NOT state that FPS has a partnership or relationship with the government, Department of Education, or a loan servicer.
- Do NOT state that FPS has any special or exclusive access to any programs, plans, or consolidations.
- Do NOT use any seals or logos in email communications that may appear to belong to official government agencies or the Department of Education.

### Program Availability

- Do NOT state that the Client's eligibility will end at a certain time (i.e. at the end of the day/week).
- Do NOT state that any programs, plans, or consolidations will only be available for a certain period of time (i.e. until the end of the day/week).
- Do NOT state that any programs, plans, or consolidations will end at a certain time.
- Stating that any programs, plans, or consolidations can or may end at any time is allowed.

### Fee Explanation

- Enrollment and recertification fees do NOT go to the loan servicer(s).
- Enrollment and recertification fees are NOT applied to the balance of the loans.

### Accurate Enrollment Information

- All Client information must be verified and completed accurately: name, address, telephone number, email address, date of birth, family size, stated income, etc.

1



- Client must sign the Client Fee Agreement himself or herself – NO EXCEPTIONS.

Proper Benefits

- Do NOT state that the Client's loans will be immediately or quickly forgiven.
- Do NOT state that the Client's interest rate(s) will be reduced.
- Do NOT state that the Client's credit will be fixed.
- Do NOT state that the Client's credit score will improve or increase.

BY SIGNING BELOW, EMPLOYEE ACKNOWLEDGES THAT HE OR SHE HAS READ THIS SALES COMPLIANCE MEMO AND AGREES TO AND UNDERSTANDS ITS CONTENTS.

By (print): _____     By (signature): _____

Date: _____

2

Def.'s Ex. 28

**Subject:** DRAFT - FPS Sales Compliance Memo

**Date:** Sunday, October 21, 2018 at 5:18:42 PM Pacific Daylight Time

**From:** Kaine Wen

**To:** advisor@financialpreparationservices.com, Tom Nguyen

**Attachments:** FPS Sales Compliance Memo 10.21.18.docx

The plan is to have every Manager sign, and have each Manager be responsible for all their Reps to sign. All signed copies will go into their employee files.

Page 1 of 1

Def.'s Ex. 29

| Subject: | IMMEDIATE ATTENTION REQUIRED - Sales Compliance Memo |
|---|---|
| Date: | Sunday, October 21, 2018 at 8:18:24 PM Pacific Daylight Time |
| From: | Kaine Wen |
| To: | jboylan@financialpreparationservices.com, shirena@financialpreparationservices.com |
| CC: | advisor@financialpreparationservices.com, Tom Nguyen, calvin@financialpreparationservices.com |
| Attachments: | FPS Sales Compliance Memo 10.21.18.docx |

Hi Joseph and Shirena,

I have attached the Sales Compliance Memo. Please print out copies for all Sales employees, both Managers and Advisors. Managers should be responsible for reviewing the memo with their Team members.

**Shirena**, every Sales employee must have a signed Sales Compliance Memo in their employment file.

Thank you.


Kaine

Page 1 of 1

Def.'s Ex. 30

## Zero Tolerance Policy

Zero tolerance for accessing NSLDS
Zero tolerance for accessing FSA
Zero tolerance for changing FS (family size)
Zero tolerance for signing documents on behalf of clients
Zero tolerance for misrepresentation of the company
(Example: We work with the DOE/servicer)
Zero tolerance for submitting clients as unemployed on recerts
Zero tolerance for final pay without ROA/confirmation documents uploaded



## AH AH AH

## YOU DIDN'T SAY
## THE MAGIC WORD

EXHIBIT 9
Page 52

Def.'s Ex. 31



**Financial Preparation Services**

# Memo

## Canceling Clients Policy

By signing this memo, you understand there is **ZERO TOLERANCE for the following actions:**

**1. Failing to properly submit a client's request to cancel immediately:**

ANY TIME a client cannot be saved and/or requests for you to cancel either via a phone call, email, or SMS, **YOU SOULD FOLLOW THE PROPER CANCELLATION PROCEDURE UTILIZING OUR FRIDAY SUPPORT PORTAL.**

**2. Canceling a client without their consent:**

TO CANCEL, **THERE MUST BE A REQUEST FROM THE CLIENT ON FILE,** via a phone call, email, or SMS.

**Violating this policy is grounds for immediate termination, without notice or warning.**

**Verification of Review**

By signing this form, you confirm that you have discussed this memo in detail with your supervisor and understand all terms in full.

| Employee Print | | | |
|---|---|---|---|
| Employee Signature | | Date | |
| Manager Signature | | Date | |



**Financial Preparation Services**

## CONFIDENTIALITY OF CONSUMER INFORMATION AGREEMENT

I, _____, hereby acknowledge that, as a representative of Financial Preparation Services (FPS), I have access to and receive certain Personal Information relating to consumers.  This Personal Information includes, but is not limited to, names, addresses, date of birth, telephone numbers and social security numbers.  I agree that all such Personal Information is confidential and proprietary to FPS.

Accordingly, I agree:

1) To protect and preserve the confidentiality and proprietary nature of all Personal Information;

2) To not disclose, give, sell, make any records or copies of, otherwise transfer to make available, directly or indirectly, any Personal Information to any third party;

3) Not to use the Personal Information except as expressly authorized by FPS; and

4) To disclose to FPS if I become aware of any other person who may have violated this agreement.

I understand that if I should breach this Confidentiality Agreement or misuse any consumer's Personal Information, I am subject to immediate termination.  I also understand that identity theft is a felony and that if I commit such crime, I may be subject to legal action.

_____

Employee Print Name

_____          _____

Employee Signature                                       Date

_____          _____

Company Representative Signature                 Date

Page **1** of **1**



**Financial Preparation Services**

## CONSENT TO RECORD FORM

I _____, hereby acknowledge that I will be soliciting sales by telephone.  As additional consideration for my employment by Financial Preparation Services (FPS), I hereby grant FPS the right to record, or otherwise monitor, any telephone conversations that I am engaged in within the scope of my employment with FPS and to use such recording for whatever purposes that FPS may desire.

I understand that I should have no expectation of privacy due to FPS monitoring and recording of telephone conversations.  I further understand that this monitoring and recording is a business necessity since FPS is in the business of telephone soliciting and wants to ensure FPS is providing the very best service possible.

I hereby release FPS and all of FPS shareholders, directors, officers, employees and agents from any and all claims or causes of action, of any kind of character, which I might have arising out of or relating to the recording of telephone conversations that I am engaged in within the scope of my employment with FPS or the use of such recordings.


_____
Employee Print Name


_____          _____
Employee Signature                                              Date


_____          _____
Company Representative Signature                       Date



# Memo

## Compliance Regarding DOE Statements

By signing this memo, you understand that **NO** representative of FPS is **EVER** to imply that we work with or are the Department of Education or a loan servicer. Per the FPS Employee Handbook, we maintain a **ZERO TOLERANCE POLICY** for any fraudulent activity; therefore, the following statements may never be spoken to a client:

1. "We work with the Department of Education or the D.O.E."
2. "We work directly with the Department of Education or the D.O.E."
3. "We work hand in hand with the Department of Education or the D.O.E."
4. "We are partners with the Department of Education or the D.O.E."
5. "We are affiliated with the Department of Education or the D.O.E."
6. "We are the Department of Education or D.O.E."
7. "We are your servicer"
8. "We are Navient, Nelnet, Fedloans, or Great Lakes"
9. "We work with Navient, Nelnet, Fedloans, or Great Lakes"
10. "We are affiliated with Navient, Nelnet, Fedloans, or Great Lakes"
11. "We are a certified enrollment center"

All calls are recorded and monitored for this fraudulent and unacceptable behavior at all times.

*Any FPS employee who is caught saying any of the above (or variant of the above) will be immediately terminated, without notice or discussion.*

Sales Managers are required to thoroughly train and monitor that none of this verbiage is ever spoken to clients. Please refer to upper management with any questions.

---

**Verification of Review**

*By signing this form, you confirm that you have discussed this memo in detail with your supervisor and understand all terms in full.*

| Employee Signature | | Date | |
|---|---|---|---|
| Manager Signature | | Date | |



Per FPS Handbook –

**Proper Business Conduct**

FPS considers work rules, guidelines, and work performance important responsibilities. They are essential to the proper management of the business and ensure that each employee will work together effectively. When these rules and guidelines are not followed, or an employee's work performance is below FPS standards, the employee may be subject to discipline, up to and including termination.

**Each employee must follow certain standards and principles when performing his or her job.**

It is important that employees adhere to the following business conduct and protect FPS core values, e.g. treating co-workers and customers or potential customers with utmost respect. Be ethical and honest, including providing truthful information.

**Examples of Unacceptable Activities**

A. Using vulgar language, foul language, profanity, cursing when speaking to clients or in the workplace

B. "Cherry-Picking"

  1. Blatantly hanging up on a client
  2. Hanging up on an interested caller
  3. Hanging up on a qualified caller
  4. Staying silent and hanging up on the caller

C. Stating: "Balance will go down on credit report right away and/or removed from credit report before 120, 240, or 300 months of approved payments."

D. Stating: "Programs are interest free."

E. Stating: "Loans will be PAID OFF." (They will show <u>PAID IN FULL THROUGH CONSOLIDATION</u>)

F. ANYTHING untruthful about client's credit report or score

G. Stating: "Loan Forgiveness is immediate and/or will result in a POSITIVE CREDIT CHANGE Immediately."

H. Stating: "Tax Garnishment will stop Immediately."

I. Stating: "Client can file when in Default."

J. Stating: "We are your New Servicer.", or "We take over the Loan."

K. Stating: "We have ANY affiliation with their Servicer."

L. Stating: "We are (or work with) the Department of Education (DOE) or Government."



**FPS**
**Financial Preparation Services**

### QUALITY AGREEMENT

Please read carefully the quality standards listed below.  It is expected as a representative of Financial Preparation Services (FPS) you will abide by these standards and always represent FPS to the highest standard. If you do not understand any part of this agreement, please consult with supervision before signing.

- ☐ Always be focused and prepared for each call.
- ☐ Proper identification of yourself and FPS must be done on each call as outlined in the introduction of scripting provided.
- ☐ Always identify yourself with First and Last name.
- ☐ Consumers will be addressed using Mr. / Mrs. / Ms. salutation.  Never address the consumer by first name only.
- ☐ Always be polite and courteous with consumers, regardless of their response or disposition.
- ☐ Never mislead through errors or omission of information.  Ask a supervisor if you are not completely sure of any information.
- ☐ Adhere to FPS direction regarding Do Not Call (DNC) Policy requests, utilizing scripting provided to acknowledge all requests and disposition the call correctly.
- ☐ Talking between calls must be limited.  Inappropriate discussions or comments regarding the disposition of the consumer will not be tolerated.
- ☐ The scripted confirmation must be read verbatim on every sale so the consumer understands and accepts the offer and billing process.
- ☐ Every call is ended in a pleasant manner utilizing the appropriate "Non-sale close" or "Tagline" as directed within the scripting provided.
- ☐ Proper representation of FPS:  Questions regarding who we are and whom you work for will be answered correctly.
- ☐ Always be empathetic to consumer complaints.  Irate / concerned consumers should be handled by supervisors.
- ☐ Overall phone courtesy.  This is a "common sense" issue.  No profanity, slang, inappropriate comments or unprofessional behavior during and between calls.
- ☐ Not home responses – Ask for a good time to call back unless the call is answered by a child. Always be polite and professional when speaking with the spouse or adult non-decision maker within the household.  We want to avoid calling around the same time daily if we were informed of the best time to reach the decision maker.
- ☐ Correct Dispositions:  Be careful to disposition calls correctly. Human error can occur, however the impact of a repeat call to a consumer can result in complaints and requests to be removed from our calling list(s).



# Memo

## Rescheduling Payments

By signing this memo, you understand there is a **ZERO TOLERANCE policy for rescheduling a client's payments WITHOUT their consent**.

**In order to reschedule a client's payments, one of the following is required:**

1) A recorded phone call in DPP in which client agrees/requests to change payment date

2) An email from the client in which client agrees/requests to change payment date

3) An SMS message on file in which client agrees/requests to change payment date

***Violating this policy is grounds for immediate termination without notice or warning – no exceptions.***

**Verification of Review**

*By signing this form, you confirm that you have discussed this memo in detail with your supervisor and understand all terms in full.*

| | | | |
|---|---|---|---|
| Employee Signature | | Date | |
| Manager Signature | | Date | |



**Financial Preparation**
Services

<u>SALES COMPLIANCE MEMO</u>

IT IS OUR COMPANY POLICY TO ADHERE TO ALL APPLICABLE FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS. THIS SALES COMPLIANCE MEMO OUTLINES AND EXPANDS UPON THE COMPLIANCE CALL SCRIPT. ALL EMPLOYEES SHOULD FULLY UNDERSTAND ITS CONTENTS AND FOLLOW ITS GUIDELINES WHILE PERFORMING HIS OR HER JOB DUTIES AND RESPONSBILITIES.

<u>Company Representation</u>

- ☐ FPS is NOT the government.
- ☐ FPS is NOT the Department of Education.
- ☐ FPS is NOT a loan servicer (FedLoan, Navient, NelNet, Great Lakes, etc.).
- ☐ FPS is NOT a "Certified Enrollment Center."
- ☐ Do NOT state that FPS has a partnership or relationship with the government, Department of Education, or a loan servicer.
- ☐ Do NOT state that FPS has any special or exclusive access to any programs, plans, or consolidations.
- ☐ Do NOT use any seals or logos in email communications that may appear to belong to official government agencies or the Department of Education.
- ☐ Do NOT imply that FPS is the government, Department of Education, a loan servicer, "Certified Enrollment Center" or anything that FPS is not.

<u>Program Availability</u>

- ☐ Do NOT state that the client's eligibility will end at a specific time (i.e. at the end of the day/week).
- ☐ Do NOT state that any programs, plans, or consolidations will only be available for a specific period of time (i.e. until the end of the day/week).
- ☐ Do NOT state that the client must act now or lose the benefit of a program.
- ☐ Do NOT state that there is limited time to apply to a program.
- ☐ Do Not imply that there is a limited time or a short time or an end date to apply for a program.

<u>Fee Explanation</u>

- ☐ Initial Fee and recertification fees do NOT go to the loan servicer(s).
- ☐ Initial Fee and recertification fees are NOT applied to the balance of the loans.

1



## Memo

### Signing Documents for Clients

By signing this memo, you understand that **UNDER NO CIRCUMSTANCES** is any representative of FPS allowed to sign documents on behalf of a client, <u>regardless if client has given their consent to sign for them</u>. Per FPS Handbook, we maintain a **ZERO TOLERANCE POLICY** for engaging in any fraudulent activity this <u>INCLUDES the client giving their consent to sign for them.</u>

Sales Managers are required to check all files before submission to ensure this behavior does not occur.

***Any FPS employee who is caught signing documents for a client will be immediately terminated, without notice or discussion. There will be no warnings or exceptions made.***

If you have any questions, please contact upper management.

**Verification of Review**

*By signing this form, you confirm that you have discussed this memo in detail with your supervisor and understand all terms in full.*

| Employee Print | | | |
|---|---|---|---|
| Employee Signature | | Date | |
| Manager Signature | | Date | |

Def.'s Ex. 32

9/17/2019                                    Mail - Isabel Banda - Outlook

## Processing Protocols

### Isabel Banda

Fri 8/16/2019 11:45 AM

**To:** Aaron Fujimori <aaronf@processingsupport.com>; Adrian Corona <adrianc@processingsupport.com>; Andrea Escobedo <andreae@processingsupport.com>; Angela Faraone <angelaf@processingsupport.com>; Andrew Omshehe <andrewo@processingsupport.com>; Ashtyn Williams <awilliams@processingsupport.com>; Daniel Villard <dvillard@processingsupport.com>; Danenne Bird <danenneb@processingsupport.com>; Eleny Rivera <elenyr@processingsupport.com>; Eric Hoang <ehoang@processingsupport.com>; Kevin Le <kle@processingsupport.com>; Jamie Nichols <jnichols@processingsupport.com>; Jose Estrada <jestrada@processingsupport.com>; Libby Bena <lbena@processingsupport.com>; Kai Derrington <kaiderrington@processingsupport.com>; London Anderson <landerson@processingsupport.com>; Madeleine McConnel <madeleinem@processingsupport.com>; Maria Penaloza <mpenaloza@processingsupport.com>; Mark Ramos <markr@processingsupport.com>; Michele Sams <micheles@processingsupport.com>
**Cc:** Sal Avila <savila@processingsupport.com>; Erica Tabin <etabin@processingsupport.com>; Kenny Nguyen <kennyn@processingsupport.com>; Calvin Ho <calvin@financialpreparationservices.com>

Hi Team,

Please remember to follow proper processing protocols when submitting files or requesting docs. <u>No shortcuts. No exceptions.</u>

- Do not submit any files as unemployed unless client is actually unemployed
- Do not change family size in processing. All family size changes must be done with loan advisor.
- Do not click on the link from the Recert ROA email - the bot will notify management there is an error

*Not following department protocols and procedures may result in disciplinary action, up to and including termination.*

*Today after lunch we will be announcing the Recert Docs Contest Winners.*

Thank you,

Isabel Banda
**Human Resources**
**SL Account Management**
Direct/Office: (949) 201-2454
Fax: (833) 817-6514

Def.'s Ex. 33

### *"Do-Not-Call"* Policy

Recently you asked our company to provide you with a copy of our "Do Not Call" Policy. The following information represents our "Do Not Call" policy:

Financial Preparation Services (FPS) respects the wishes of those customers and prospective customers who do not want to receive telephone solicitation calls. Accordingly, FPS policy forbids all representatives, including its employees from making telephone solicitation calls to any person who has:

☐ Requested that FPS representatives not make such calls to their specified phone number(s).

- FPS maintains a company-specific do-not-call list and will honor a request that a phone number be placed on this list within a reasonable time of the request. A request can be made by giving the phone number(s) to be added to the FPS do-not-call list via one of the following: 1) writing FPS at the address below; 2) telephoning FPS at the phone number below; or 3) notifying the FPS representative who placed the telephone solicitation call. This list will not be sold or shared in any way (except with an FPS subsidiary or affiliate) without the requestor's prior express permission.

- Allow up to 30 days for the phone number(s) to be entered on the FPS do-not-call list and honored. After that, there should be no further telephone solicitation calls from any FPS representative. The phone number(s) will remain on the FPS do-not-call list for five years (or longer if required by applicable law), unless a request is made by the person to have the number(s) removed.

- If a listed telephone number changes, a separate request must be submitted to have the new phone number(s) added to the FPS do-not-call list.

☐ Put his or her telephone number(s) on the national do-not-call registry, state do-not-call list or FPS-specific do-not-call list, except as otherwise permitted by law.

FPS is responsible for training its employees or representatives and ensuring their compliance with applicable do-not-call rules. If FPS employees make telephone solicitation calls, they are provided training on do-not-call procedures, including, but not limited to use of the FPS do-not-call list.

Also, in compliance with federal rules (Code of Federal Regulations, Section 64.1200), we will mail a copy of this document in response to a consumer's request.

Telephone-sales rules typically allow companies to contact their own customers, even if those customers appear on the national or state do-not-call lists. Thus, we may still contact FPS customers for **non-solicitation purposes**, including billing, claims and other service-related matters. This helps to ensure that we give our customers the best possible customer experience.

We are committed to ensuring compliance with all applicable do-not-call laws and regulations. Any questions concerning the FPS do-not-call policy may be directed to:

**Financial Preparation Services**
**7545 Irvine Center Dr.,**
**Irvine, CA 92618**
Phone Number: 877-709-0795



## LOAN ADVISOR DO NOT CALL PROCEDURES

### INTRODUCTION

It is the intention of FPS, its affiliates, managers, employees and agents to maintain the highest standards possible in the course of its business. Toward this end, FPS does not intend to violate the privacy rights or wishes of any person who does not want to be called by our organization. The following policy is mandatory in all solicitations and campaigns by our company.

### SALES REPRESENTATIVE TRAINING

Federal and state laws, as well as FPS corporate policies and procedures, require FPS to establish a DNC Policy, maintain an internal DNC list and train all telephone representatives with respect to both.

### CHILD PROTECTION/ SENSITIVITY

FPS does not market to children, and exercises policies of extreme caution in all matters concerning children. The purpose of our call is to speak with qualified borrowers only. FPS policy provides that the only time an advisor can speak to a child is when a child answers the phone, at which time the representative is instructed to immediately ask for the adult whose name appears on the representative's computer screen. Telephone representatives are prohibited from engaging in phone conversations with children at any time.

Important Note: If a child answers the phone, and says the label person is not there, the appropriate response is "I'll just call back later. Thank you. Goodbye."

**Under no conditions is a telephone representative permitted to ask the child when his/her parents will be home, or when a better time to call would be.**

### DO NOT CALL REQUESTS

A DNC request is when a customer or non-customer informs us orally or in written form that he or she does not want to receive any telemarketing calls from FPS. The specific reason or severity of the tone of the request is not important. **ALL REQUESTS MUST BE HONORED.**

Any of the following customer responses require that the load advisors must enter a Do Not Call disposition:

- ☐ "Take me off your calling list."
- ☐ "Don't ever call me again."
- ☐ "Stop calling me."
- ☐ "Don't call back."



**TELEPHONE REPRESENTATIVE DO NOT CALL PROCEDURES**

**INTRODUCTION**

It is the intention of FPS, its affiliates, managers, employees and agents to maintain the highest standards possible in the course of its business. Toward this end, FPS does not intend to violate the privacy rights or wishes of any person who does not want to be called by our organization. The following policy is mandatory in all solicitations and campaigns by our company.

**SALES REPRESENTATIVE TRAINING**

Federal and state laws, as well as FPS corporate policies and procedures, require FPS to establish a DNC Policy, maintain an internal DNC list and train all telephone representatives with respect to both.

**CHILD PROTECTION/ SENSITIVITY**

FPS does not market to children, and exercises policies of extreme caution in all matters concerning children. The purpose of our call is to speak with qualified borrowers only. FPS policy provides that the only time an advisor can speak to a child is when a child answers the phone, at which time the representative is instructed to immediately ask for the adult whose name appears on the representative's computer screen. Telephone representatives are prohibited from engaging in phone conversations with children at any time.

Important Note: If a child answers the phone, and says the label person is not there, the appropriate response is "I'll just call back later. Thank you. Goodbye."

**Under no conditions is a telephone representative permitted to ask the child when his/her parents will be home, or when a better time to call would be.**

**DO NOT CALL REQUESTS**

A DNC request is when a customer or non-customer informs us orally or in written form that he or she does not want to receive any telemarketing calls from FPS. The specific reason or severity of the tone of the request is not important. **ALL REQUESTS MUST BE HONORED.**

Any of the following customer responses require that the load advisors must enter a Do Not Call disposition:

- ☐ "Take me off your calling list."
- ☐ "Don't ever call me again."
- ☐ "Stop calling me."
- ☐ "Don't call back."



**Financial Preparation Services**

## TCPA/TELEPHONE CONSUMER PROTECTION ACT OF 1991 (FCC)

**MAIN REQUIREMENTS**

**CALLING HOUR RESTRICTIONS**

No calls to a private residence before 8:00 a.m. or after 9:00 p.m. (local time at called party's location).
**Note:  See state laws for other restrictions.**

**"DO-NOT-CALL" POLICIES**

TCPA requires companies to maintain a list of those people who do not wish to be contacted by phone and to develop a WRITTEN policy implementing this requirement and these written procedures must be available to anyone on demand.

My supervisor has reviewed the above summary of the Telephone Consumer Protection Act with me and I have been given a copy of it for my records.

_____
Employee Print Name

_____          _____
Employee Signature                                       Date

_____          _____
Company Representative Signature                Date



## Telemarketing Training Acknowledgment Form

09/23/2019

This is to acknowledge that I have undergone training pertaining to telemarketing laws, where the topics taken were covered:

- ☐ The Telephone Sales Rule of the FTC
- ☐ The Telemarketing Consumer Protection Act of the FCC
- ☐ Call Time Restrictions
- ☐ Caller ID
- ☐ Call Recording Requirements
- ☐ Do Not Call Lists (DNC)
- ☐ Consumer DNC Requests
- ☐ Established Business Relationships
- ☐ Prior Express Written Consent
- ☐ Anti-Harassment Policy/ General Abusive Conduct

By affixing my signature to this document, I state that I fully understand the details of the Telemarketing laws training and am aware of the repercussions that may arise as a result of non-compliance of the rules and policies discussed within the training.

_____
Employee Print Name


_____          _____
Employee Signature                                          Date


_____          _____
Company Representative Signature                    Date

Page 1 of 1



**Financial Preparation Services**

**TELEMARKETING SALES RULE (FTC)**

**MAIN REQUIREMENTS**

**CALLING HOUR RESTRICTIONS**

No calls to a private residence before 8:00 a.m. or after 9:00 p.m. (local time at called party's location).
NOTE:  See state laws for other restrictions.

**REQUIRED INFORMATION TO CONSUMERS BEFORE THEY ARE REQUIRED TO PAY FOR GOODS/SERVICES SUBJECT TO SALES OFFER**

Cost and Quantity;
Any material restrictions, limitations or conditions to purchase, receive or use goods or services; and
Refund Policy if applicable.

**"DO-NOT-CALL POLICIES"**

Sellers may not call a consumer who has requested to receive no more calls from or on behalf of, the particular goods/services being offered;
Sellers must maintain "Do-Not-Call" lists of those consumers who do not wish to be contacted by phone;
Sellers must develop a written policy implementing this "Do-Not-Call" list keeping requirements AND TRAIN its telemarketing personnel in these procedures; and
Adherence to National Do Not Call Registry.

**PROHIBITED PRACTICES**

It is a violation of the rule to engage in threats, intimidation or the use of profane or obscene language.

My supervisor has reviewed the above summary of the Telemarketing Sales Rule with me and I have been given a copy of it for my records.

_____
Employee Print Name

_____          _____
Employee Signature                                          Date

_____          _____
Company Representative Signature                 Date

Page **1** of **1**

Def.'s Ex. 34

## CS3 and Account Management Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Remedial Training | Employee Level |
|---|---|---|---|---|
| No Storing Sensitive Information: Address, Contact Details, DOB, SSN, Student loan info. and academic performance, Details of family members, and Credit Card | Immediate Termination | Zero Tolerance | N/A | Billing |
| Canceling a client without their consent. | Immediate Termination | Zero Tolerance | N/A | Billing |
| Rescheduling a client's payment without their consent. | Immediate Termination | Zero Tolerance | N/A | Billing |
| Abuse of the cancellation and refund policy. | 1st Violation: Written Warning<br>2nd Violation: Final Warning<br>3rd Violation: Immediate Termination | 3 Strikes | Redo XX | Billing |
| Failure to complete cancellations within 4 business days of the client's request | 1st Violation: Written Warning<br>2nd Violation: Final Warning<br>3rd Violation: Immediate Termination | 3 Strikes | Redo XX | Billing |
| Inaccurate rescheduling to an incorrect day outside of the client's request | 1st Violation: Written Warning<br>2nd Violation: Final Warning<br>3rd Violation: Immediate Termination | 3 Strikes | Redo XX | Billing |
| Proper Business Conduct: Any unprofessionalism on the phone or through SMS. No vulgar language, disrespectful or rude comments | 1st Violation: Written Warning<br>2nd Violation: Final Warning<br>3rd Violation: Immediate Termination | 3 Strikes | N/A | Billing |
| Cell phone usage or inappropriate computer usage outside of business needs | 1st Violation: Written Warning<br>2nd Violation: Final Warning<br>3rd Violation: Immediate Termination | 3 Strikes | N/A | Billing |

**\* Remedial Trainings must be completed before reps can get back on the phone \***

## CS1 and CS2 Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Remedial Training | Employee Level |
|---|---|---|---|---|
| Misrepresentation of Company (e.g. DOE, Non-Profit Organization, etc.) | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| No Storing Sensitive Information: Address, Contact Details, DOB, SSN, Student loan info. and academic performance, Details of family members, and Credit Card | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Failure to submit a cancellation request or canceling a client without their consent. | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Rescheduling a client's payment without their consent. | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Inaccurately completing a Reverification Form: Asking the client about anything needed to fill out the form, adjusting the information prior to sending to the client | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc.) | 1st Violation: Final Warning 2nd Violation: Immediate Termination | 2 Strikes | Redo XX Training | CS Reps |
| Mentioning or promising a refund to a client | 1st Violation: Final Warning 2nd Violation: Immediate Termination | 2 Strikes | Redo XX | CS Reps |
| Inaccurate rescheduling to an incorrect day outside of the client's request | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | Redo XX | CS Reps |
| Proper Business Conduct: Any unprofessionalism on the phone or through SMS. No vulgar language, disrespectful or rude comments | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | N/A | CS Reps |
| Abuse of the DNC list (client must request to be put on the DNC list) | First week: Verbal Warnings (Manager) 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | Redo Telemarketing Compliance Training | CS Reps |
| Did not return client's phone call within 24 hours | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | N/A | CS Reps |
| Cell phone usage or inappropriate computer usage outside of business needs | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | N/A | CS Reps |

**\* Remedial Trainings must be completed before reps can get back on the phone \***

**CS3 and Account Management Disciplinary Action Chart**

| Description | Disciplinary Action | Disciplinary Level | Remedial Training | Employee Level |
|---|---|---|---|---|
| Inaccurately completing a Resell: Submitting Client's Family Size, Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Recommending Family Size with or without any explanations | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Distortion of Family Size Definition | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Recommending Marital/Filing Status with or without any explanations | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Distortion of Marital/Filing Status Definition | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Self-signing Client Fee Agreement even with or without client's approval | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Resell: Self-Signing Welcome Email | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Inaccurately completing Reverification: Submitting Client's Family Size, Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Misrepresentation of Company (e.g. DOE, Non-Profit Organization, etc.) | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Using Personal Phone or Computer to create account/ login to pull Loans in FSA and NSLDS System | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| No Storing Sensitive Information: Address, Contact Details, DOB, SSN, Student loan info. and academic performance, Details of family members, and Credit Card | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Failure to submit a cancellation request or canceling a client without their consent. | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Rescheduling a client's payment without their consent. | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Inaccurately completing a Reverification Form: Asking the client about anything needed to fill out the form, adjusting the information prior to sending to the client | Immediate Termination | Zero Tolerance | N/A | Account Management, CS3 |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc.) | 1st Violation: Final Warning 2nd Violation: Immediate Termination | 2 Strikes | Redo XX Training | Account Management, CS3 |
| Fail to break down Family Size in Details | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | Redo UDAAP Policy | Account Management, CS3 |
| Fail to mention "50% support" OR "Half of support", in Family Size Definition | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | Redo UDAAP Policy | Account Management, CS3 |

## Director Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Employee Level |
|---|---|---|---|
| 2 Zero Tolerance Managers | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Director |
| 3 2-Strikes Managers | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Director |
| 3 3-Strikes Managers | 1stTime: Writeup<br>2nd Time: Final Warning<br>3rd Time: Immediate Termination | 3 Strikes | Director |

*\* Incidences will be on a 3 months rolling period during transition*

## Jr. Underwriting Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Remedial Training | Employee Level |
|---|---|---|---|---|
| Misrepresentation of Company (e.g. DOE, Non-Profit Organization, etc.) | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | N/A | CS Reps |
| No Storing Sensitive Information: Address, Contact Details, DOB, SSN, Student loan info. and academic performance, Details of family members, and Credit Card | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Failure to submit a cancellation request or canceling a client without their consent. | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Inaccurately completing a Reverification Form: Asking the client about anything needed to fill out the form, adjusting the information prior to sending to the client | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Inaccurately completing a Recert WC: Submitting Client's Family Size, Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Recommending Family Size with or without any explanations | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Distortion of Family Size Definition | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Recommending Marital/Filing Status with or without any explanations | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Distortion of Marital/Filing Status Definition | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Self-signing Client Fee Agreement even with or without client's approval | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Recert WC: Self-Signing Welcome Email | Immediate Termination | Zero Tolerance | N/A | Jr. Underwriting |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc.) | 1st Violation: Final Warning 2nd Violation: Immediate Termination | 2 Strikes | Redo XX Training | Jr. Underwriting |
| Mentioning or promising a refund to a client | 1st Violation: Final Warning 2nd Violation: Immediate Termination | 2 Strikes | Redo XX | Jr. Underwriting |
| Proper Business Conduct: Any unprofessionalism on the phone or through SMS. No vulgar language, disrespectful or rude comments | 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | N/A | Jr. Underwriting |
| Abuse of the DNC list (client must request to be put on the DNC list) | First week: Verbal Warnings (Manager) 1st Violation: Written Warning 2nd Violation: Final Warning 3rd Violation: Immediate Termination | 3 Strikes | Redo Telemarketing Compliance Training | Jr. Underwriting |

Manager Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Employee Level |
|---|---|---|---|
| 2 Zero Tolerance in the team | 1st Time: Final Warning 2nd Time: Immediate Termination | 3 Strikes | Manager |
| 3 2-Strikes in the team | 1st Time: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Manager |
| 3 3-Strikes in the team | 1st Time: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Manager |

*Incidences will be on a 3 months rolling period during transition*

**Monitoring and Enforcing Policies for Disciplinary Action**

1. Review Egregious Case Report for Submissions (2x/Day) Morning & Afternoon
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or Immediately (are we reviewing call recordings with reps during?)
2. Review Compliance Questions and Verbal Consent Questions Report for Submissions (2x/Day) Morning & Afternoon
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or Immediately (are we reviewing call recordings with reps during?)
3. Review Egregious Case Report for all calls that do not result in a sale (Daily) Start of the Next Day
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or Immediately (are we reviewing call recordings with reps during?)
4. Review DNC list approved by Managers (Daily) (Joe is gathering data for me to review)
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or 48 hrs. (are we reviewing call recordings with reps during?)
5. Review Ultron CS Report – calls not Returned to clients (check with Khanh)
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or 48 hrs.
6. Review Cherry Picking – need to create a tracking system (currently would see in Sales Managers FPS, potentially create something with Khanh on Friday Support)
   - ☐ Follow Up with HR for documentation
   - ☐ Execute Documentation within 24 hrs. or 48 hrs.


\*\*Reporting depends on QC centers capability of delivering in this time frame.

1st Report reflect 7:30am-12:30pm workload

2nd Report reflect 12:30pm-5:30pm workload


\*\*Hiring

Essentially looking at 4 to hire before 10/7/19

**Assistant**: Monitor: "Review DNC list approved by Managers (Daily) (Joe is gathering data for me to review"; "Review Ultron CS Report – calls not Returned to clients (check with Khanh)"; "Review Cherry Picking – need to create a tracking system (currently would see in Sales Managers FPS)" Assist with other three reps and their reports, Assist with Monitoring reporting (especially while building out compliance for other departments), Assist with Compliance Training in the event of my absence with HR

**Rep 1**: Monitor "Review Egregious Case Report for Submissions (2x/Day) Morning & Afternoon"

# Sales Adviser Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Employee Level |
|---|---|---|---|
| Submitting Client's Family Size without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Family Size with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Family Size Definition | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Marital/Filing Status with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Submitting Client's Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Marital/Filing Status Definition | Immediate Termination | Zero Tolerance | Advisor |
| Misrepresentation of Company (e.g. DOE, Non Profit Organization, etc) | Immediate Termination | Zero Tolerance | Advisor |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | Advisor |
| Self-signing Client Fee Agreement even with or without client's approval | Immediate Termination | Zero Tolerance | Advisor |
| Self-Signing Welcome Email | Immediate Termination | Zero Tolerance | Advisor |
| Using Personal Phone or Computer to create account/ login to pull Loans in FSA and NSLDS System | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc) | 1st Time: Final Warning 2nd Time: Immediate Termination | 2 Strikes | Advisor |
| Fail to break down Family Size in Details | 1st Time: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to mention "50% support" OR "Half of support", in Family Size Definition | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to break down in details of Enrollment Fee, Recertification Fee, and Student Loan Payments | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to read Compliance Questions Verbatim | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to Read 6 Verbal Consent Questions Verbatim | 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |

*Incidences will be on a 3 months rolling period during transition*

Def.'s Ex. 35

1  VENABLE LLP
   Witt W. Chang (SBN 281721)
2    wwchang@venable.com
   2049 Century Park East, Suite 2300
3  Los Angeles, CA 90067
   Telephone:  (310) 229-9900
4  Facsimile:   (310) 229-9901

5  Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
     abbaker@venable.com
6  Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
     gssachs@venable.com
7  600 Massachusetts Ave., NW
   Washington, D.C. 20001
8  Telephone:  (202) 344-4000
   Facsimile:   (202) 344-8300

9

10 Attorneys for Defendants

11          **UNITED STATES DISTRICT COURT**

12   **CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

13 Bureau of Consumer Financial          CASE NO. 8:19-cv-01998-JVS(JDEx)
   Protection; State of Minnesota, by its
14 Attorney General, Keith Ellison;      Hon. James V. Selna
   State of North Carolina, *ex rel*.    Courtroom 10C
15 Joshua H. Stein, Attorney General;
   and The People of The State of        **DECLARATION OF SHIRENA**
16 California, Michael N. Feuer, Los     **HUIZAR IN SUPPORT OF**
   Angeles City Attorney,                **DEFENDANTS' RESPONSE TO**
17                                        **ORDER TO SHOW CAUSE WHY**
              Plaintiffs,                 **PRELIMINARY INJUNCTION**
18                                        **SHOULD NOT ISSUE**
          v.
19                                        Date:        November 4, 2019
   Consumer Advocacy Center Inc., d/b/a  Time:        3:00 p.m.
20 Premier Student Loan Center; True     Crtrm:       10C
   Count Staffing Inc., d/b/a SL Account
21 Management; Prime Consulting LLC,     Action Filed:  October 21, 2019
   d/b/a Financial Preparation Services; Trial Date:    None set
22 Albert Kim, a/k/a Albert King; Kaine
   Wen, a/k/a Wenting Kaine Dai, Wen
23 Ting Dai, and Kaine Wen Dai; and
   Tuong Nguyen, a/k/a Tom Nelson,
24
              Defendants, and
25
   Infinite Management Corp., f/k/a
26 Infinite Management Solutions Inc.;
   Hold The Door, Corp.; and TN
27 Accounting Inc.,
28
              Relief Defendants.

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

**DECLARATION OF SHIRENA HUIZAR**

I, Shirena Huizar, declare as follows:

1.     I have been a Human Resources Manager at Prime Consulting, LLC ("PC") since September 2018.  In addition, I consult for True Count Staffing, Inc. ("TCS") with respect to human resources issues.  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.     When PC and TCS's auditing functions catch potentially non-compliant activities, affected client files are paused pending investigation, and swift action is taken to investigate, rectify any problems discovered, and mete appropriate discipline, up to and including termination.  A true and correct copy of the disciplinary actions chart upon which Human Resources relies is attached hereto as <u>Exhibit A</u>.  True and correct sample write-ups relating to infractions caught by auditing functions are attached hereto as <u>Exhibit B</u>.

3.     Additionally, compliance memos are issued to remind employees of potentially wrongful conduct.  These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Irvine, California.

Shirena Huizar

EXHIBIT A

## Sales Adviser Disciplinary Action Chart

| Description | Disciplinary Action | Disciplinary Level | Employee Level |
|---|---|---|---|
| Submitting Client's Family Size without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Family Size with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Family Size Definition | Immediate Termination | Zero Tolerance | Advisor |
| Recommending Marital/Filing Status with or without any explainations | Immediate Termination | Zero Tolerance | Advisor |
| Submitting Client's Marital/Filing Status without Consent | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of Marital/Filing Status Definition | Immediate Termination | Zero Tolerance | Advisor |
| Misrepresentation of Company (e.g. DOE, Non Profit Organization, etc) | Immediate Termination | Zero Tolerance | Advisor |
| Misinterpretation of Company's Fees and Loan Payments | Immediate Termination | Zero Tolerance | Advisor |
| Seft-signing Client Fee Agreement even with or without client's approval | Immediate Termination | Zero Tolerance | Advisor |
| Seft-Signing Welcome Email | Immediate Termination | Zero Tolerance | Advisor |
| Using Personal Phone or Computer to create account/ login to pull Loans in FSA and NSLDS System | Immediate Termination | Zero Tolerance | Advisor |
| Distortion of how company, and the program works (e.g. Company buys back the Loans, Loan balance will be forgiven immediately, etc) | 1st Time: Final Warning 2nd Time: Immediate Termination | 2 Strikes | Advisor |
| Fail to break down Family Size in Details | 1st Time: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to mention "50% support" OR "Half of support", in Family Size Definition | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to break down in details of Enrollment Fee, Recertification Fee, and Student Loan Payments | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to read Compliance Questions Verbatim | 1stTime: Writeup 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |
| Fail to Read 6 Verbal Consent Questions Verbatim | 2nd Time: Final Warning 3rd Time: Immediate Termination | 3 Strikes | Advisor |

*Incidences will be on a 3 months rolling period during transition*

EXHIBIT B

**Employee Disciplinary Warning** Final Warning!

☐ Record of Verbal Warning (# ___)     ☑ Written Warning (# ___)
☐ Notice of Corrective Probation Period  ☐ Notice of Suspension

Name of Employee __Cody Alison__

Employee Number/Department __Sales__  Date __8/14/9__

Reason for Warning/Notice:
When pitching Family Size
Can't tell a client that "we can go
up to 6" or "it can include "anyone
that you buy lunch for."

To avoid further discipline, employee should
Read the "Family Size Explained"
supplemental Guide word for word
every time

Grounds  Next disciplinary step proposed
for Termination

Employee Response

__Matt Weinberg__
Warning Given By

Signature _____   Date __8/14/9__

Corrective Probation Period:  Effective Dates: _____ to _____
Suspension Period:            Effective Dates: _____ to _____   ☐ paid  ☐ unpaid

For written warning only:
By signing this warning, I am acknowledging that I have been counseled and warned as noted above.
I also acknowledge that my employment is at-will and that the company reserves the right to apply
whatever discipline, up to and including termination, is deemed appropriate in a given situation.

Employee Signature _____   Date __8/15/19__

**Employee Disciplinary Warning**

☐ Record of Verbal Warning (# ___)          ☒ Written Warning (# 1 )
☐ Notice of Corrective Probation Period      ☐ Notice of Suspension

Name of Employee  Sam Foreman
Employee Number/Department  Sales    Date  8/9/19

Reason for Warning/Notice
Inaccurate Family Size Submission
Client: Christina Gonzales  ID: 341187833

To avoid further discipline, employee should
Follow Family Size guidelines

Next disciplinary step proposed
Final warning

Employee Response

Lindsay Blalock
Warning Given By

Signature                                     8/9/2019
                                              Date

Corrective Probation Period:   Effective Dates: _____ to _____
Suspension Period:             Effective Dates: _____ to _____    ☐ paid  ☐ unpaid

**For written warning only:**

By signing this warning, I am acknowledging that I have been counseled and warned as noted above.
I also acknowledge that my employment is at-will and that the company reserves the right to apply
whatever discipline, up to and including termination, is deemed appropriate in a given situation.

Employee Signature                            8/9/19
                                              Date

✕ CalChamber.                                 © CalChamber    Page 1 of 1
                                                              v031114

## Employee Disciplinary Warning

FINAL WARNING

- [ ] Record of Verbal Warning (# ___)
- [ ] Notice of Corrective Probation Period
- [x] Written Warning (#_1_)
- [ ] Notice of Suspension

Name of Employee  Stewart Wilds

Employee Number/Department Sales               Date  8/19/2019

**Reason for Warning/Notice**

Family size explained incorrectly to client.

Client Julie Rios: PSLC ID# 342522173

**To avoid further discipline, employee should**

Refer to Family Size Compliance Worksheet

**Next disciplinary step proposed**

Final Warning Leading up to Termination

**Employee Response**

Zach Azouz
Warning Given By

Signature                                               8/19/2019
                                                         Date

Corrective Probation Period:   Effective Dates: _____ to _____
Suspension Period:             Effective Dates: _____ to _____    [ ] paid  [ ] unpaid

---

**For written warning only:**

By signing this warning, I am acknowledging that I have been counseled and warned as noted above.
I also acknowledge that my employment is at-will and that the company reserves the right to apply
whatever discipline, up to and including termination, is deemed appropriate in a given situation.

                                                         8/19/2019
Employee Signature                                       Date

---

✕ CalChamber.                                  © CalChamber    Page 1 of 1
                                                              v031114

Def.'s Ex. 36

ULTRON CHECK LIST

**Welcome Email Check:**
- Verify Client's Basic Info (Name, Address, DOB, Email, Phone, etc)
- Verify Family Size (Child, Dependent)
- Verify Marital/Filing Status
- Verify Employment Status
- Verify Client's Adjusted Gross Income (And Spouse if needed)
- Verify Compliance Questions
- Check Signer's IP: Will kick back and notify Managers and Director if Signers' IP address is the same with Company IP address

**ENROLLMENT CHECK**: Ultron will alert and kick back the files if files have been violated below conditions:

Client Fee Agreement:
- Clixsign / Docusign for company's client agreement: Signer's IP must be different not from company's IP

Family Size and Filing Status
- Family size calculation base on Filing Status. Each filing status has a specific formula to calculate and enforced
    - Single: Family Size = Children + Dependents + 1 (Signer)
    - Married: Family Size = Children + Dependents + 2 (Signer and spouse)

WELCOME CALL
- Every submitted files must complete Welcome Email Package
- Signing restricted for company's IP

Campaign Name:
    - Check campaign to match with Caller Ready campaigns, or referrals

Credit Card :
- Billing information including CC / ACH must be filled out correctly

DATE
- First Payment must be under 15 days from enrollment date
- OLD - Second payment must be 45 days from enrollment date

TELEPHONE:
- Phone number must be on file ( 9 digits )

SIX PAY
- A salesman can only make 2 six-pay deals a day

SOCIAL AND DOB
- SSN must satisfy number of digits (9)
- DOB , client must be 18 years of age or older

**LOAN CHECK**

MOHELA :
- MOHELA loan is prohibited and can not be enrolled

PARENT PLUS
- Parent PLUS can be sold, but only under an ICR plan
- Salesman must acknowledge the existence of PLUS loan by selecting ICR option in Loan Program / Edit Contact

REHAB
- Rehab Loans are prohibited and can not be enrolled

LOAN ORIGINATED
- Loan Originated or new loan can be enrolled, salesman must notate that the client's loan has moved away from Grace Period and must entered active status.

BANKRUPTED LOAN
- Bankrupted loan can be enrolled, salesman must notate that the client has bank discharge letter, otherwise will be rejected.

DISCHARGE LOAN
- Discharge loan can be enrolled, salesman must notate that the client has a disability discharge letter ( 100% disability ) , otherwise will be rejected

AGI  / LOAN RATE
- Loan / Income ratio must be higher than a specific percentage for each type of loan or term of loan
- Family size can not exceed the max number for certain servicers.

GATEWAY
- Depend on what the client are being sold under, a payment gateway must be selected correctly for payment run.

**PROCESSING CHECK:**

**Call for POI**
Subtask:
- POI: Doc description 'POI'
- No POI-UE: Doc description 'POI'. Don't check if note: '#NOPOI' and unemployed
- Tax Transcript: Doc description 'TAX'
- Resell Needed: Doc description 'POI' or 'TAX'
- No Payment:
o   Added task date after enrolled date 10 business days and First payment not clear

**Recert Welcome:**
- Email Tab:
    - Urgent- Income Required, Urgent- Proof of Income Required, Documents Received- Recertification, Documents Received, Contact Info, Self Employed Template, Forgiveness Program Renewal - Income Request, Recertification Request
    - Check if Processors sent fake emails to clients
- Call: Check if there are calls made from Processors to clients (Minimum call length: 30s)
- Docs: Check if Processors uploaded Signed Release of Authorization (ROA)

**RPR Submission:**
- Enrollment tab: Confirm 1st payment cleared
- Note tab:
    RPR Submitted to:
    Repayment Plan:
    Payment Amount: $
    Family Size: (,)
    POI Type:
    AGI $
    PSLF:
- Email tab: Update- Application Submitted
- Doc tab: Doc type: Client Correspondence, General / Misc. Description: IDR and (POI or TAX)
- Next task: RPR Approval
- If UE on note tab don't need POI on doc tab

**Consolidation Submission**
- Enrollment tab: Confirm 1st payment cleared
- Note tab:
    Consolidation Submitted to:
    Repayment Plan:
    Payment Amount: $
    Family Size: (,)
    Marital Status:
    POI Type:
    AGI $
    PSLF:
- Email tab: Student Loan Consolidation Submitted
- Doc tab: Doc type: Client Correspondence, General / Misc. Description: IDR and (POI or TAX)
- Next Task: 10 day
- If UE on note tab don't need POI on doc tab

**Recert Submission**
- Enrollment tab: Confirm client is not past due 3 OR more recert payments

- Note tab:
Recertification Submitted to:
Repayment Plan:
Payment Amount: $
Family Size: (,)
poi type:
AGI $
PSLF:
- Email: Update- Application Submitted
- Doc tab: Doc type: Client Correspondence, General / Misc. Description: IDR and (POI or TAX)
- Next task: Recert Approval
- If UE on note tab don't need POI on doc tab

**10 Day Letter**
- Note tab:

   Loan Summary 10 day generated: (date)
   Balance Included: $
   Online Account Created: Y/N
   Uploaded Letter: Y/N
   Lvm/Emailed cl

   - Online Servicer Account Created: Y- Confirm account created and login info saved on file in additional info: Username and Password
   - Uploaded Letter: Y- Confirm 10 day doc uploaded
   - Doc tab: Doc type: Client Correspondence, General / Misc.         Description: 10 day, 10day, 10 day letter
   - Email tab: Consolidation Status Update
   - Next task: Final Pay
   - Check for call (minimum 10s call)

**Final Repayment/ PSLF**
- Note tab:

   Final Payment Approved
   Program:
   Payment Amount: $
   Start/End Date:
   POW Uploaded:  y/n
   Lvm/Emailed CL
- Email tab: Final Approval- Please Read
- Doc tab:        Doc type: Proof of Work        Description: FPA, POW (*POW will be either POW or FPA)
- Next task: Recert WC
- If client dropped from program, don't check next task
- Check for call (minimum 10s call)

**RPR Approval**
- Note tab:
  RPR Approved
  Program:
  Payment Amount: $
  Start/End Date:
  POW Uploaded: y
  Lvm/Emailed cl

- Email tab: Repayment Plan Request Approved, Final Approval- Please Read

- Doc tab: Doc type: Proof of Work     Description: FPA, POW, RPR Approval

- Next task: Recert WC

- If client dropped from program, don't check next task

**Recert Approval**
- Note tab:
  Recert Approval
  Program:
  Payment Amount:
  Start/End Date:
  POW Uploaded:
  LVM
- Email tab: Approval Letter, Repayment Plan Request Approved
- Docs tab: Doc tab:     Doc type: Proof of Work     Description: POW
- Next task: Recert WC
- If client dropped from program, don't check next task

**Rehab Approval**
- Note tab:
  Rehab Program Approved
  Collection Agency:
  Effective date:
  Monthly Payment: $
  RAL Uploaded: Y/N
  Lvm/Emailed cl
- Email tab: Rehab Program Approved
- Doc tab: Doc type: Client Correspondence, Proof of Work   Description: RAL
- Next task created: Submission, Rehab, other

**Fax Forbearance:**

- Doc: Description 'Fob'. Don't check if note: '#NOFOB'
- Next Task: 'Call For POI'

**Rehab Follow Up, Rehab Follow Up 2, Rehab Follow Up 3, Rehab Follow Up 4, Rehab Follow Up 5:**
- Note tab: #RF, #RF2, #RF3, #RF4, #RF5
- Check for call: minimum 30s call

- Email tab: Loan Rehabilitation Follow Up

- Next task: Rehab Follow Up 2, Rehab Follow Up 3, Rehab Follow Up 4, Rehab Follow Up 5
  - Commission: $5 each task
  - Next task should create after 60 days. Otherwise, it fails on tracker.

Def.'s Ex. 37

Wednesday, March 8, 2023 at 01:56:01 Pacific Standard Time

| | |
|---|---|
| **Subject:** | Please E-mail This |
| **Date:** | Friday, July 14, 2017 at 12:36:11 AM Pacific Daylight Time |
| **From:** | Kaine Wen |
| **To:** | cstark@premierstudentloancenter.com |
| **CC:** | Albert Kim, Tom |
| **Attachments:** | Office of Consumer Response Company Portal Boarding Form.pdf, Untitled attachment 77010.html |

Hi Christian,

Please e-mail the following attachment to:

CFPB_StakeholderSupport@cfpb.gov

Later, they will e-mail you back instructions on how to login to the Company Portal. Please forward that e-mail to me and Tom. Thank you.

Best,

Kaine

Def.'s Ex. 38

**Subject:** Re: CFPB Login

**Date:**   Wednesday, August 21, 2019 at 9:15:34 AM Pacific Daylight Time

**From:**   Christian Stark

**To:**   Advisor, Christian Stark, Kaine Wen

https://portal.consumerfinance.gov/company/s/login/

**Username:** Cstark887@gmail.com
**Password:** Evolution667@

**From:** Advisor <advisor@financialpreparationservices.com>
**Sent:** Tuesday, August 20, 2019 7:15 PM
**To:** Christian Stark <cstark@slaccountmgmt.com>; Kaine Wen <kwen@slaccountmgmt.com>
**Subject:** RE: CFPB Login

CJ,

I can't log in.  Did you change the password?

**From:** Christian Stark <cstark@slaccountmgmt.com>
**Sent:** Thursday, December 6, 2018 11:34 AM
**To:** Kaine Wen <kwen@slaccountmgmt.com>
**Cc:** Advisor <advisor@financialpreparationservices.com>
**Subject:** CFPB Login

https://portal.consumerfinance.gov/company/s/login/?startURL=%2Fcompany%2Fs%2Fcomplaints-
active&ec=302

**Username:** Cstark887@gmail.com
**Password:** Evolution667@%$

Gmail Login:

Cstark887@gmail.com

Password: Evolution667@

Def.'s Ex. 39

1    VENABLE LLP
     Witt W. Chang (SBN 281721)
2        wwchang@venable.com
     2049 Century Park East, Suite 2300
3    Los Angeles, CA  90067
     Telephone:   (310) 229-9900
4    Facsimile:   (310) 229-9901

5    Allyson B. Baker (*Pro Hac Vice Application forthcoming*)
         abbaker@venable.com
6    Gerald S. Sachs (*Pro Hac Vice Application forthcoming*)
         gssachs@venable.com
7    600 Massachusetts Ave., NW
     Washington, D.C. 20001
8    Telephone:   (202) 344-4000
     Facsimile:   (202) 344-8300
9
     Attorneys for Defendants
10

11              UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

13   Bureau of Consumer Financial          CASE NO. 8:19-cv-01998-JVS(JDEx)
     Protection; State of Minnesota, by its
14   Attorney General, Keith Ellison;      Hon. James V. Selna
     State of North Carolina, *ex rel.*    Courtroom 10C
15   Joshua H. Stein, Attorney General;
     and The People of The State of        **DECLARATION OF ADON JANSE**
16   California, Michael N. Feuer, Los      **IN SUPPORT OF DEFENDANTS'**
     Angeles City Attorney,                 **RESPONSE TO ORDER TO SHOW**
17                                          **CAUSE WHY PRELIMINARY**
                 Plaintiffs,                **INJUNCTION SHOULD NOT ISSUE**
18
                                            Date:        November 4, 2019
19        v.                                Time:        3:00 p.m.
                                            Crtrm:       10C
20   Consumer Advocacy Center Inc., d/b/a
     Premier Student Loan Center; True      Action Filed:   October 21, 2019
21   Count Staffing Inc., d/b/a SL Account  Trial Date:     None set
     Management; Prime Consulting LLC,
22   d/b/a Financial Preparation Services;
     Albert Kim, a/k/a Albert King; Kaine
23   Wen, a/k/a Wenting Kaine Dai, Wen
     Ting Dai, and Kaine Wen Dai; and
24   Tuong Nguyen, a/k/a Tom Nelson,

25                Defendants, and

26   Infinite Management Corp., f/k/a
     Infinite Management Solutions Inc.;
27   Hold The Door, Corp.; and TN
     Accounting Inc.,
28
                 Relief Defendants.

DECLARATION ISO RESPONSE TO OSC WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE

## DECLARATION OF ADON JANSE

I, Adon Janse, declare as follows:

1.    I am a Customer Service Manager at True Count Staffing, Inc. ("TCS") and have been since approximately February 2019.  Prior to that I was in TCS's processing department, and prior to that I was an Enrollment Agent with Prime Consulting, LLC ("PC").  I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.

2.    TCS and PC assist clients by helping them navigate the byzantine federal student loan consolidation and modification process.  The companies assist some clients with preparing the paperwork required for the clients' loan consolidation and income-driven repayment ("IDR") program applications.  For other clients, whose loans have already been consolidated, the companies assist with preparing the paperwork required to apply for IDR programs.

3.    TCS is the "back-end" of the business.  On behalf of and working with clients, TCS prepares and submits the documents required to apply for loan consolidation and IDR programs, interfaces with clients' loan servicers, handles customer service inquiries, and gathers necessary information to prepare and submit the re-certifications required for clients to stay in the IDR programs for which it helped them qualify.

4.    TCS developed a sophisticated software program—a bot known as "Ultron"—that checks for technical anomalies within TCS's systems that may be indicative of employees cutting corners or engaging in potentially non-compliant activities.  When auditing functions catch potentially non-compliant activities, swift action is taken to investigate the issue, rectify any problems discovered, and mete appropriate discipline, up to and including termination.  Compliance memos are issued to remind employees of potentially wrongful conduct.  These memos are reviewed by managers and signed by employees, and each memo is added to the onboarding package for new employees as well as compliance training.

1

5.     Layered on top of auditing functions is the business' backwards-looking auditing and compliance re-certification program.  As part of every in-coming customer service call, TCS personnel walk the client through a series of documents and questions to recertify that their information was accurate, and that those clients understood the services they signed up for and were satisfied with them.  A true and correct copy of a flowchart of this process is attached hereto as Exhibit A.

6.     TCS personnel have also included the compliance package as part of annual calls to clients made to obtain the information for paperwork necessary to recertify their information with the Department of Education.  Indeed, TCS was in the process of onboarding and training additional personnel to reinforce its compliance re-certification program at the exact time that the CFPB and Receiver raided its offices on October 23, 2019.

7.     From August 28, 2019 to September 30, 2019, the business shut itself down to implement a rigorous campaign to raise the bar with respect to its operational compliance policies, procedures, and practices, under which it has consistently operated and from which it does not intend to deviate.  In addition to counsel, several outside consultants were retained to assist with these efforts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 27, 2019, at Lake Forest, California.

Adon Janse

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**EXHIBIT A**



Inbound Call
Answer Inbound Call
Review Client Account
Fill Out 'Create Sign Request'
Address/Complete Client Concern
No Resell/Refund
Confirm Client's Refund Amount
Refund Client
Cancellation
Update Friday
AM Review
Confirms Updated Information
Rebuttals/Questions
Explanation of Potential For Resell
Discussion of Resell vs Refund Criteria
AM ReSell
Confirm with Client Loan Details Required for Resell
Determine FSA Account Status for Loan Retrieval through myportals or formsite
Client has FSA Credentials
Send myportals link
Client enters in FSA Username and Password with CSR Badge Number
Client Clicks Submit
Fill out formsite for Select FSA Create Account/CREATE ACCOUNT
Guide client through myportals.org process
Retrieval of .txt file
Upload Loan Details to DPP
Client Forgot FSA Password
Fill out formsite for Select FSA Create Account
Enter Client ID
Verify SMS or eMail Sendout
Select Forgot Password
Submit Formsite
Walk Client through myPortals
Client Select Forgot Password
Email Secure Code
Client Creates New Password
Client Enters in Login info with CS Badge Number
Retrieval of .txt file
Upload Loan Details to DPP
Client FSA Create Account
Fill out formsite for Select FSA Create Account
Enter Client ID
Verify SMS or eMail Sendout
Select Create Account
Submit Formsite
Walk Client through myPortals
Client Enters in ALL information excluding eMail
Client Click 'Certify'
Client Clicks 'Create'
Client Enters in Login info with CS Badge Number
Retrieval of .txt file
Upload Loan Details to DPP
CS1 FormSite SendOut
Confirm Send Out Method SMS/eMail
Send HelloSign Verification
Call Transfer
AM Repayment Estimator
Enter in Corresponding Loan Details
Select Accurate Filing Status
Client Review
Call Complete
CS1 Send Verification Form
Client Fills in Contact Info
Client Fills in Family Size
Client Select Filing Status
Client Selects Employment Status
Client Selects Pay Frequency
Compare Benefits
AM Review Loan Options
Review Available Loan Programs
Review New Monthly Payment
Answer Any Questions
No Client Benefit
Offer Client Cancel
Offer Client Refund If Needed
Cancel Account
CS1 Client Signing
Compliance 6 Initials
ROA 1 Signature pg.2
TAS 3 Signature(s) pgs 5,6,7
4506-T 1 Signature pg 1
IDR pg. 4
AM Married Filing Joint
Obtain Spouses Income
Obtain Spouses Loans
Client Discrepancy Identified
Rebuttal
Request Client Complete Verification Form
AM Client Resold
Request Any POI/Docs
Tag Processing
Add Notes
Select Task for Follow up
Call Complete

Def.'s Ex. 40

# CS CALLER VERIFICATION

STEPS TO ENSURE ACCURATE RE-VERIFCATION



## CLIENT REVERIFICATION

To ensure file accuracy and proper security for all of our existing client
base, we are verifying pertinent information on client files up to and
including their: contact information, filing status, family size details and
ensuring properly signed ROA's and IDR's.

- Included in this training Module:
- Information on how to perform this function on each one of your calls as well as added verbiage you can use for
  client questions or concerns regarding their reverification documents.



# OPENING CALL CHECKLIST

✓ Answer Inbound Call From Client

✓ Pull up the Client Account

✓ Address Client and Listen for Initial Questions or Concerns

✓ Review file (while addressing clients concerns to prompt a call in) for:

  ❑ Client's Current Servicer

  ❑ Family size (Children and Dependents)

  ❑ Review account to see whether client is Employed or Unemployed

  ❑ Filing Status: Single, Married, Married but Separated, Married but No Access to Spouses Income

    (Head of Household falls under Single)

✓ Enter in corresponding information into "Create Sign Request" Form in alternate tab/window

  https://processingsupports.com/SignRequest/Create

✓ Go Back:  Complete client's questions, address concerns enter in notes

*If it is necessary, please place the client on hold while you review and add the information into the 'Create Sign Request' fields*



## OPENING CALL CHECKLIST

After Completing Clients Concerns:

"For Quality Assurance purposes and to ensure the accuracy of the documents on your account, we need to send you a verification link.  As part of our compliance policy, I am required to remain on the line to answer any questions you may have until we have completed the verification process."

*Send Client Documents by clicking on* 

## PRELIMINARY SCRIPTING WITH DOCUSIGN LINK

❑ Send client HelloSign Link with Package Contents Containing:

- Compliance Questions (Client Initial's #1-#6 pg.1)
- Current Servicer ROA pg.'s 2-3 (Client Signs pg. 3)
- TAS Authorization  (Client Signs pg.'s. 8,9,10)
- 4506-T (Client Signs pg. 11)
- IDR (Client Signs pg. 16)





## EMAIL SENT:





## SMS SENT

✓ If a client see the "Something went wrong!" message prompt on their mobile device:

✓ Inform the client, we will have to resend

✓ Please repeat 'Create Sign Request" and submitting 'HelloSign' Formsite Link





## CLIENT'S VIEW THROUGH SMS LINK



CLIENT'S VIEW THROUGH SMS LINK



COMPLIANCE Q'S AND CLIENT'S CURRENT SERVICER ROA

**COMPLIANCE QUESTIONS: RESPONSE**

"Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans?"

**If No:** We are a third-party document preparation services company who assists with the all of the necessary paperwork to ensure accuracy and correct filing of the documentation required for any necessary consolidation, recalculation and/or enrollment into your income-driven repayment program. While we may correspond with your servicer on your behalf, we are not affiliated with the Department of Education.

"Do you understand that, for your protection, we will not access your Federal Student Aid account?"

**If No:** As a fully compliant document preparation services company, we must remain inside of the guidelines mandated by any governing agencies. As such we do not access your Federal Student Aid account.

"Do you understand that our company does not take any upfront fees, and that your payments to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?"

**If No:** It is very important to us how your money is protected. You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account) until your program is finalized and completed. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program approved by the Department of Education. Your payments will be released to our company only after the Department of Education approves your program / plan. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services

# COMPLIANCE QUESTIONS: REPONSE

"Do you understand that your Income Driven Program will be approved for twelve months and that you'll need to recertify every year to remain in the program, which our company will continue to assist you with for a monthly cost of $22/33/43?"

**If No:** You will continue to make monthly recertification payments to your own Dedicated Client Account until your recertification is finalized and completed. Your payments will be released to our company for completing all necessary correspondence and communication and document preparation services only after your recertification is approved

"Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?"

**If No:** You may attempt to do this, our job is to save you a lot of time, effort, and stress by doing all the work professionally and accurately, including preparing and submitting all the paperwork prior to all deadlines.

"Do you understand that your loans will not be forgiven immediately, but upon completing 300/240/120 months of approved payments any remaining balance will be forgiven?"

**If No:** These are term-based programs, which means the forgiveness occurs at the end of the program, which is 300 / 240 / 120 months.



TRUSTED ACCOUNT SERVICES



TRUSTED ACCOUNT SERVICES CONT'D





# INCOME DRIVEN REPAYMENT (IDR) PLAN REQUEST



INCOME DRIVEN REPAYMENT (IDR) PLAN REQUEST



# INCOME DRIVEN REPAYMENT (IDR) PLAN REQUEST

# COMMON QUESTIONS TO DOCUSIGN QUESTIONS

**"Why do I have to complete this online packet? I have never been asked to e-sign anything before"**

When you first enrolled with our company for the document preparation services you electronically signed an agreement with the company and a power of attorney form which had allowed us to follow up on your account. Loan Servicers have provided Release of Authorization forms for each assigned servicer. In order to better assist you we need for you to sign the release of authorization form so we can best follow up on your application.

**"You are not the servicer of my student loans?"**

No: We are similar to a CPA filing your taxes. The CPA has no affiliation with the IRS; they just prepare your taxes to maximize your tax refund. We prepare the documents to get you into the best available DOE programs entitled to you.

**"My income has increased what will be my new payment? I do not want to send you my income until I know how much my payment will increase."**

Once we Receive your proof of income, we can provide you more accurate quotes, we will not submit anything to the DOE without your approval first. Our goal is to keep your monthly SL payment as low as possible.

If you're able to start working for another public service employer, then we can still recertify you under the same terms. However, if you're unable to then you are still qualified for the forgiveness program but unfortunately the terms will be extending to 240 months instead of 120 months.

## COMMON QUESTIONS TO DOCUSIGN QUESTIONS

**"I thought my student loan payment was the $22/$32/$42 that drafts monthly?"**

That is called the recertification fees. We stay on top of your program throughout the rest of the year and make sure all the paperwork is submitted correctly. Towards the end of each year we will be reaching out to you like what I am doing right now as part of the annual re-certification process to make sure you don't fall out of the forgiveness program.

**"What happened to my previous processor?"**

Each and every one of our processors undergo the same training and acquired the same knowledge in assisting clients with the federal student loan forgiveness program. In order to make sure our clients stay on track we disburse the file to the next available processors to better your experience here with us.

**"I thought my loans were already forgiven when I signed up into the program?"**

You are on the path towards the federal forgiveness program. Keep in mind that these are term-based programs and in order to get the full forgiveness you would have to complete your (120/240IP's) terms.

**"I no longer work for a Public Service employer, what will happen to my program now!"**

If you're able to start working for another public service employer, then we can still recertify you under the same terms. However, if you're unable to then you are still qualified for the forgiveness program but unfortunately the terms will be extending to 240 months instead of 120 months.

# VERIFICATION FORM FOR FS/MS DISCREPANCIES

"I do apologize it looks like there are some discrepancies on your account, please allow me to send you another link so we can update your information in our systems. Please bear with me while I send you the link.

After I collect your accurate details I am going to attempt to transfer you over to account management who will better assist you. Thanks again for your patience."

- The Verification Form will be sent to our clients that identify a FS/MS discrepancy when reviewing their reverification Documents

- While you are on the phone with the client you will be sending the verification form to the client for them to further clarify their correct Contact Information,

- Once the client has filled out the Verification Form all the relevant data will automatically post to Debt Pay Pro

- Once you have verified that all information from the Verification Form has been added to Dept Pay Pro and is visible in the notes section, please attempt to transfer the client to Account Management to further review options

## INFORMATION DISCREPANCY

"I apologize that there appears to be conflicting information on the file. We would like to have the updated and accurate information on the account moving forward and to do so we will need to gather your details to confirm accuracy"

- ☐ Send Client 'HelloSign' Link using the formsite page
- ☐ https://fs10.formsite.com/f3otLS/c7xpub5wqw/index.html
- ☐ Enter in the Client ID # without PSLC prefix
- ☐ Ask the client to confirm whether SMS or Email is easier to access
- ☐ SMS: verify that the clients Cell Phone Information is filled in Cell Phone field in Debt Pay Pro
- ☐ Email: verify proper email address information is entered in email field in Debt Pay Pro
- ☐ Click **Submit**









Def.'s Ex. 41

Reverify Campaign Scripting

## INTRODUCTION

Hi Mr./Mrs. _____, this is **YOUR NAME** with Student Loan Management calling on behalf of **COMPANY NAME**. I am calling you today on a recorded line to ensure the accuracy of all details on your account.  We are contacting all our existing clients to complete a routine follow up as part of our newly required compliance policies and procedures.

[Copy and Paste Phone # into Debt Pay Pro for Client Search and Selection]

**If NOT Able to Complete:**  Click **NOT COMPLETED**

## INFORMATION GATHERING

**To Caller: "Can you please verify your contact information for your security?"**

Verify Proper Spelling of First Name, Last Name and Verify Clients D.O.B. and last 4 of their social

**To Caller: "I am showing we have your first name spelled as _-_-_-_ and your last name spelled as _-_-_-_. And for your security I am showing your Date of Birth listed as __-__-__. Lastly, I have the last 4 of your social listed as. Is that all correct?**

[Begin Review of Dept Pay Pro Existing Notes Section for most recent corresponding Information: Servicer Name; # of Children; # of Dependents; Repayment Plan; Filing Status]

**"Okay, now I am going to send you a link which will include all of the documents prepared by our compliance department as part of our latest policies to ensure your account is up to date and accurate with all of the correct information. What is the best way to send out the documents to you for you to sign, by email or SMS to your phone?"**

[Verify best method to send via SMS or Email and ensure Cell Phone Field is ALWAYS filled out correctly in Debt Pay Pro. Confirm email if email Send Out ]

**"Please open the Package Sent to you and click on Click Here → You can then click on 'Get Started' and click on the 'Click to Sign' button to fill out your signature. Please select 'INSERT' to be able to sign, initial and review each page. Once you have completed signing click 'Continue' and then 'I Agree' and I will receive the signed copy of the documents for you file so we can complete the call."**

## DISCREPANCY

**IF NO:** Complete and Click **REVERIFIED** Disposition in Caller Ready

[Prepare for Next Call]

EXHIBIT 42
Page 187

**IF YES: "I do apologize it looks like there are some discrepancies on your account, please allow me to send you another link so we can update your information in our systems. Please bear with me while I send you the link."**

[Enter in Client ID and select send out method via SMS/Email in Reverification Create Form https://processingsupports.com/ReVerification/Create]

**"After I collect your accurate details, I will set up a follow up call with one of our account managers to go over the discrepancies and discuss what makes the most sense moving forward."**

**"Please copy and paste the link into your browser to access the Form to enter in your accurate details. Once you have the form open you can click 'Next' to be taken to the next page. Follow the instructions until you reach the final page and click 'Submit'. Once you see the Formsite Thank you page please let me know so I can verify we received the updated information and I can schedule a follow up with an Account Manager"**

Click **DISCREPANCY COMPLETED** Disposition in Caller Ready

### Compliance Questions

**1. Do you understand we are not the government, nor the Department of Education, nor the servicer of your student loans?**

**If No:** We are a third-party document preparation services company who assists with the all of the necessary paperwork to ensure accuracy and correct filing of the documentation required for any necessary consolidation, recalculation and/or enrollment into your income driven repayment program. While we may correspond with your servicer on your behalf, we are not affiliated with the Department of Education.

**2. Do you understand that, for your protection, we will not access your Federal Student Aid account?**

**If No:** As a fully compliant document preparation services company, we must remain inside of the guidelines mandated by any governing agencies. As such we do not access your Federal Student Aid account.

**3. Do you understand that you may attempt to apply for an Income Based Program through the Department of Education on your own, but you are paying our company to handle all of the paperwork, notifications, and communications for your program?**

**If No:** Just as you have the ability to file your own taxes or use a professional tax preparer to maximize your return each year, you can also do this on your own. To ensure all of the work is done professionally and accurately, working with a professional document preparation services company will save you on all of the time, effort and research needed ensuring you are placed in the best program for both your short term and long-term benefit. Many people who enroll into

EXHIBIT 42
Page 188

these programs fall out the program within the first 5 years so we are here to ensure you are enrolled into the right program the first time and remain inside of your program to meet all of the necessary requirements to have your loan balance discharged when your terms length is up.

**4. Do you understand that you have been/are seeking to be enrolled into the [REPAYE, PAYE, IBR, or ICR] Income Driven Repayment Program?**

**If No:** Each income driven repayment program has it's own set of guidelines and with each individual program comes it's own set of benefits. We make sure that you are enrolled into the right program based on your eligibility, adjusted gross income and filing status . The major benefit of each program is that they allow for a reduced monthly payment, and the discharge of your remaining loan balance at the end of your term length based on fulfillment of your scheduled qualified monthly payments.

**9. Do you understand that after our initial fee, separate from what you pay your servicer for your loan repayment, we charge an annual recertification fee of [$22/32/42] per month to assist you with your annual recertification due every 12 months?**

**If No:** The Department of Education requires that you recertify every twelve months to remain inside of your program. That means that every twelve months a new set of documents need to go out with proof of income and any changes to your family size. Your recertification fees ensure that we reach out to you when your recertification comes due and that you are recertified inside of your program accurately and on time for each year that you are with us. Many of our clients choose to remain with us until the end of their program knowing that they do not have to worry about misfiling or forgetting to file on time.

**10. Do you understand that your monthly recertification assistance fee to us will be placed into your own Dedicated Client Account held for your benefit until we successfully complete our work for you?**

**If No:** It is very important to us how your money is protected.  You are making payments for our fees to your own Dedicated Client Account held by a non-related company (like a trust account) until your program is finalized and completed. That money belongs to you at all times and you can ask for it back prior to completion of our work. Once we receive your proof of income, we will complete all necessary correspondences and communications and document preparation services to get your program approved by the Department of Education. Your payments will be released to our company only after the Department of Education approves your program / plan. This protects you to make sure we are doing our job, you receive a positive result, and you are satisfied with our services

**11. Do you understand that you can request a return of the fees you paid to us that is held in your Dedicated Client Account at any time until we complete our work for you?**

EXHIBIT 42
Page 189

**If No:** To fully emphasize we do not take upfront fees. That means that until your program is approved any payments you are making are going into a separate trust account for you until you are placed in the program initially outline with the payment details initially discussed. This is for your comfort and security knowing that until we can complete the work necessary you have access to any funds transferred into your account.

**12. Are you fully satisfied with our services?**

**If No:** This just means that you are fully satisfied with the service outlined up until this point. Would you be fully satisfied knowing that until you are placed in the best program with the lowest or best monthly payment option, we are not going to collect on any funds transferred into your dedicated client account?

**13. IF YOU ARE PSLF ELIGIBLE, do you understand that your loan will not automatically be forgiven, but that after the successful completion of your program, you will have to submit a PSLF Loan Forgiveness form to the Department of Education to complete your loan forgiveness?**

**If No:** You are already on your way to completing the required monthly payments to have your remaining loan balance discharged. If you are PSLF eligible you will be/have been turning in the Employment Certification Form to ensure there is a paper trail of your qualifying employment. This forgiveness form is just the last step. When the time comes to forgive your loans, we will help you to submit that final form and the rest is taken care of by FedLoan or the Department of Education.

EXHIBIT 42
Page 190

Def.'s Ex. 42

 Gmail

Kaine Wen <kainewen@gmail.com>

## CFPB v. Consumer Advocacy Center, et al. Settlement Offer

**Kaine Wen** <kainewen@gmail.com>
To: "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>
Cc: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>, "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, William Pletcher <william.pletcher@lacity.org>, "Ramirez- Velazquez, Annais (CFPB)" <Annais.Ramirez-Velazquez@cfpb.gov>

Tue, Jan 10, 2023 at 8:05 PM

### Confidential Settlement Communication (FRE 408)

Dear Mr. Dimock,

*As an initial matter, we note that you have not responded to our request that you "please identify which assets you contemplate turning over as part of a negotiated settlement?" Please provide that information to us as soon as possible so that we can evaluate your counteroffer prior to transmitting our settlement conference statements to the Court.*

- I contemplate turning over all the assets listed in your January 5, 2023 settlement letter except the cryptocurrency that I do not own, hold, or control, specifically the 1,073 bitcoin and 3,527 ether. Additionally, the Reus car stereo system was returned to Tesla when the vehicle lease expired. I will disclaim any interest in those assets.

*Second, please provide us immediately with a physical address to serve you with the Court's order holding you in contempt, and a mailing address where we can serve you with physical copies of filings and case-related documents. We have made repeated requests for this information and, despite your responses to other portions of emails, you refuse to provide this important information.*

- I responded in a separate email.

*Finally, as to your request for an accounting of the "assets and amounts" that have been transferred to plaintiffs in connection with this matter, we do not understand how that request is relevant to our settlement discussions. Plaintiffs have proposed the imposition of civil money penalties, one of several available independent forms of relief. 12 U.S.C. § 5565(a)(2). The civil penalty calculation under 12 U.S.C. § 5565(c) does not contemplate the amount of redress previously collected in the matter. Please explain how that information is relevant to our settlement discussions.*

- Your January 5, 2023 settlement letter indicates monetary relief in the form of an "order imposing civil penalties totaling $100 million" and the footnote "Provided, however, that the states reserve the discretion to designate any monetary payment to the states as civil penalties or used for the purpose of providing redress to consumers." It seems unfair to me for the CFPB to get a windfall by electing to treat the assets I turn over as penalties. I hope we can resolve this during the settlement conference.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Tue, Jan 10, 2023 at 11:56 AM Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov> wrote:

Dear Mr. Wen,

As an initial matter, we note that you have not responded to our request that you "please identify which assets you contemplate turning over as part of a negotiated settlement?" Please provide that information to us as soon as possible so that we can evaluate your counteroffer prior to transmitting our settlement conference statements to the Court.

Second, please provide us immediately with a physical address to serve you with the Court's order holding you in contempt, and a mailing address where we can serve you with physical copies of filings and case-related documents. We have made repeated requests for this information and, despite your responses to other portions of emails, you refuse to provide this important information.

Finally, as to your request for an accounting of the "assets and amounts" that have been transferred to plaintiffs in connection with this matter, we do not understand how that request is relevant to our settlement discussions. Plaintiffs have proposed the imposition of civil money penalties, one of several available independent forms of relief. 12 U.S.C. § 5565(a)(2). The civil penalty calculation under 12 U.S.C. § 5565(c) does not contemplate the amount of redress previously collected in the matter. Please explain how that information is relevant to our settlement discussions.

Best regards,

Nathan

N. Nathan Dimock

*Senior Litigation Counsel*

Consumer Financial Protection Bureau

1700 G Street, NW

Washington, DC 20552

Office:  202-435-9198

Mobile: 202-578-1008

consumerfinance.gov

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Tuesday, January 10, 2023 3:13 AM
**To:** Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <LWEAVER@ncdoj.gov>; William Pletcher <william.pletcher@lacity.org>; Ramirez- Velazquez, Annais (CFPB) <Annais.Ramirez-Velazquez@cfpb.gov>
**Subject:** Re: CFPB v. Consumer Advocacy Center, et al. Settlement Offer

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

**Confidential Settlement Communication (FRE 408)**

Dear Mr. Dimock,

The final judgments do not provide an accounting or even summary of the amounts that Plaintiffs received as a result of the settlements or defaults. For example, the 1st Generation Holdings and Infinite Management Corp Stipulated Final Judgment and Order lists bank account information in Paragraphs 24-25 and Attachment A, but the amounts in those accounts are unknown. In another example, the First Priority and True Count Staffing Default Judgment and Order does not provide the amounts in the companies' bank accounts and merchant reserve accounts that the Plaintiffs received.

Perhaps the Receiver may have a full accounting of the assets and amounts that Plaintiffs have received thus far in this case.

I look forward to your response.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Mon, Jan 9, 2023 at 8:10 AM Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov> wrote:

Dear Mr. Wen,

Thank you for your response.  All final judgments in this matter have been served on you either directly or through your former counsel, and are also available on the Court's docket.  Additionally, the final judgments are available online here:

https://www.consumerfinance.gov/enforcement/actions/premier-student-loan-center-et-al/

Regarding the assets, would you please identify which assets you contemplate turning over as part of a negotiated settlement?

Best regards,

Nathan

N. Nathan Dimock
*Senior Litigation Counsel*
Consumer Financial Protection Bureau

1700 G Street, NW

Washington, DC 20552

Office:  202-435-9198

Mobile: 202-578-1008

consumerfinance.gov


**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Sunday, January 8, 2023 7:32 PM
**To:** Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Christina
Tusan <christina.tusan@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Romanoff, Evan
<Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <LWEAVER@ncdoj.gov>; William Pletcher
<william.pletcher@lacity.org>; Ramirez- Velazquez, Annais (CFPB) <Annais.Ramirez-Velazquez@cfpb.gov>
**Subject:** Re: CFPB v. Consumer Advocacy Center, et al. Settlement Offer


CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless
you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200
or report a suspicious email.

Dear Mr. Dimock,


I am in receipt of your settlement letter dated January 5, 2023.


I am agreeable to the proposed injunctive relief and provisions.


Regarding the proposed monetary relief, please provide an accounting, including descriptions and amounts, of all
assets and settlements that Plaintiffs have received thus far in this case.


Regarding the transfer of assets, I am agreeable to transfer the assets that I do own, hold, or control. However, I am
unable and therefore cannot agree to transfer those assets that I do not own, hold, or control.


I look forward to your response.


Best,


Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Thu, Jan 5, 2023 at 4:36 PM Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov> wrote:

Dear Mr. Wen,


In an effort to resolve this case, and as required by Magistrate Judge Stevenson's December 22, 2022 Order Setting Settlement Conference (Dkt. No. 412), attached please find a letter summarizing the core terms that the Bureau and the State Plaintiffs would seek in such a settlement.  We look forward to receiving your response within 72 hours in accordance with the Court's Order and are available if you have questions.


Sincerely,


Nathan


N. Nathan Dimock

*Senior Litigation Counsel*

Consumer Financial Protection Bureau

1700 G Street, NW

Washington, DC 20552

Office:  202-435-9198

Mobile: 202-578-1008

consumerfinance.gov

Def.'s Ex. 43

1   Sanjay Bhandari (SBN 181920)
    sbhandari@mcnamarallp.com
2   Cornelia J. B. Gordon (SBN 320207)
    cgordon@mcnamarallp.com
3   McNamara Smith LLP
    655 West Broadway, Suite 1680
4   San Diego, California 92101
    Telephone: 619-269-0400
5   Facsimile: 619-269-0401

6   *Attorneys for Receiver,*
    *Thomas W. McNamara*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| 11 Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
|---|---|
| 12           Plaintiffs, | **RECEIVER'S INTERIM STATUS REPORT** |
| 13        v. | JUDGE: Hon. Michael W. Fitzgerald |
| 14 Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | CTRM:  5A |
| 16           Defendants. | |

17

18       Thomas W. McNamara, as Court-appointed receiver ("Receiver"), submits

19   this report of receivership activities for the period of November 1, 2019 to

20   November 30, 2020.

21                                    I.

22                           **INTRODUCTION**

23       On October 21, 2019, this Court entered a Temporary Restraining Order

24   ("TRO," ECF No. 24) and appointed Thomas W. McNamara as temporary receiver

25   for the of Receivership Defendants True Count Staffing Inc., d/b/a SL Account

26   Management ("True Count") and Prime Consulting LLC, d/b/a Financial

27   Preparation Services ("Prime Consulting").  First Priority LLC ("First Priority"),

28   Horizon Consultants LLC ("Horizon"), and TAS 2019 LLC d/b/a Trusted Account

                              1        Case No. 8:19-cv-01998-MWF (KSx)
                                       RECEIVER'S INTERIM STATUS REPORT

1  Services ("TAS") were later determined to be Receivership Defendants by the
2  Receiver and included as Receivership Defendants in the Stipulated Preliminary
3  Injunction with Asset Freeze, Appointment of Receiver, and Other Equitable
4  Relief ("Preliminary Injunction," ECF No. 103).[1]  Defendant Consumer Advocacy
5  Center Inc., d/b/a Premier Student Loan Center ("CAC"), which is in bankruptcy,
6  is not a Receivership Defendant.  Albert Kim, Kaine Wen, and Tuong Nguyen are
7  named Individual Defendants.

8      The Receiver filed his Preliminary Report (ECF No. 75) on November 1,
9  2019 which described in detail the initial implementation of the receivership,
10  summarized Defendants' operations and finances, and documented the Receiver's
11  conclusion that the Receivership Defendants' businesses could not be operated
12  lawfully and profitably going forward.  The Receiver's appointment was
13  confirmed, and the temporary designation removed, by the Preliminary Injunction.

14      Since the entry of the Preliminary Injunction, the Receiver's primary focus
15  has been on winding down the businesses, addressing outstanding issues, vacating
16  office spaces, liquidating receivership assets, and coordinating with the parties as
17  needed.

18  ///
19  ///
20  ///
21  ///

22  [1] Receivership Defendants are defined in the TRO to mean True Count and Prime
23  Consulting "and their successors, assigns, affiliates, or subsidiaries, and each of
   them, by whatever names each may be known, provided that the Receiver has
24  reason to believe they are owned or controlled in whole or in part by any of the
   Receivership Defendants."  *See* TRO, Definitions, pages 6-7.
25
   On October 25, 2019, pursuant to Section XIII(T) of the TRO we gave notice to
26  the parties that First Priority LLC, Horizon Consultants LLC, and TAS 2019 LLC
   d/b/a Trusted Account Services qualify as Receivership Defendants.  No party has
27  challenged that determination and the entities were included as Receivership
   Defendants in the Preliminary Injunction.  Preliminary Injunction, Definitions,
28  pages 7-8.

## II.

### RECEIVERSHIP ACTIVITIES

**A.   Receivership Locations**

Following his appointment, the Receiver took a number of immediate steps to "[t]ake exclusive custody, control, and possession" of the Receivership Defendants' assets and documents as directed by the TRO. *See* TRO §§ XIII.B, C. The Receiver took possession of three sites used by the Defendants for their business operations: (1) 15261 Laguna Canyon Road, Suite 200, Irvine, California ("Laguna"), (2) 173 Technology Drive, Suite 202, Irvine, California ("Technology"), and (3) 8 Hughes Parkway, Suite 210, Irvine, California ("Hughes"). After effecting immediate access at the sites, the Receiver dismissed any onsite employees (once they were interviewed) and arranged for all exterior locks to be changed at each of the three locations.[2] Once the sites were secure, the Receiver provided access to counsel and other representatives of Plaintiff in compliance with the TRO. *See id.* §§ XIII.S, XIV. The Receiver also ensured that all business records at the receivership sites, including hard copy documents and electronic materials (*i.e.*, hard drives, servers, etc.), were preserved, transferring them to a secure storage site controlled by the Receiver. Electronic materials stored offsite or in the cloud (*i.e.*, phone recordings, consumer data, etc.) were also preserved. Leased equipment was returned to vendors.

After the Preliminary Injunction was entered, on January 9, 2020, the parties stipulated to an order authorizing the Receiver to liquidate or abandon receivership estate assets and vacate leased premises. *See* ECF No. 124. The Court entered the order granting the stipulation the following day, on January 10, 2020. *See* ECF No. 125. Professionals employed by the Receiver spoke with liquidation and estate sale companies about removing and selling the assets which remained at

---

[2] Employees were later given an opportunity to return and collect personal belongings.

1  each of the three sites.  The Receiver ultimately accepted an offer from a

2  liquidator, who took the electronics and furniture for $29,000 and removed the

3  cubicles and any trash.[3]  The Receiver accepted this proposal.  Once the spaces

4  were vacated, the Receiver returned the properties to the landlords: Technology

5  and Laguna on January 23, 2020, and Hughes on January 30, 2020.

6  **B.     Consumer Notice**

7       The Receiver notified consumers of the underlying action and the

8  receivership by email soon after his appointment.  Notices were also posted on the

9  Receivership Defendants' websites and the Receivership Defendants' telephone

10  greetings were updated.  All notices provided information about the case and

11  instructed consumers to contact their student loan servicers immediately.  From the

12  case's inception and up to the present, the Receiver has also responded to hundreds

13  of consumer inquiries by phone and email.

14  **C.     Potential Litigation Against Third Parties**

15       The Receiver is actively investigating several individuals and companies that

16  profited from Defendants' fraudulent scheme at the expense of the Receivership

17  Defendants.  In connection with the Receiver's investigation, counsel for the

18  Receiver has prepared and issued records subpoenas to multiple banks in order to

19  facilitate tracing.  Additionally, the Receiver's forensic accountant has performed

20  cash flow analyses and reviewed bank statements collected at the receivership sites

21  and produced by banks in response to subpoenas.

22       The Receiver has also engaged in settlement discussions with multiple

23  parties.  Settlement talks with a payment processor for Defendants, however, were

24

25  ───────────

[3] The situation was different for Technology.  That site was actually subleased by
Defendant CAC from a neighboring company, Guaranteed Rate, Inc.  After
26  reviewing the original lease between Guaranteed and Defendant CAC, the
Receiver determined that the cubicles were owned by Guaranteed Rate and not
27  CAC, and that the Receiver had no authority to remove them.  Although
electronics and other fungible assets at Technology were sold to the liquidator, the
28  cubicles were left onsite.

1   serious enough that the parties attended mediation.  Although no settlement was

2   reached, the lines of communication remain open.  The Receiver also entered into a

3   tolling agreement with a lead provider used by Defendants in order to preserve

4   potential claims against the vendor.  The Receiver will continue to update the

5   Court on these matters as they progress.

## III.

## RECEIVERSHIP ACCOUNTING

8       Attached as Exhibit A is a Receipts and Disbursements Summary for the

9   period ending November 30, 2020.  During this time period, receipts were

10  $8,877,453.10, primarily comprised of funds from accounts frozen under the

11  provisions of the TRO, the liquidation of assets, and the sale of Receivership

12  Defendants' office furniture and equipment.  Disbursements were $1,850,492.33,

13  primarily comprised of Court-ordered payments to the Plaintiffs.[4] The current

14  aggregate balance of the bank accounts is $7,026,960.77.

15  Dated: December 1, 2020          By:  /s/ Cornelia J. B. Gordon

16                                       Cornelia J. B. Gordon
                                         *Attorney for Receiver,*
17                                       *Thomas W. McNamara*

18

19

20

21

22

23

24

25

26

_____

27  [4] *See* Stipulated Final Judgment and Order as to Defendants Prime Consulting
    LLC and Horizon Consultants LLC (ECF No. 205), Section XVII, ¶¶ 78-79 and
28  Stipulated Final Judgment and Order as to Defendant Tuong Nguyen and Relief
    Defendant TN Accounting Inc. (ECF No. 210), Section XVII, ¶ 85.

                                    5        Case No. 8:19-cv-01998-MWF (KSx)
                                             RECEIVER'S INTERIM STATUS REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2020, I caused the foregoing

to be electronically filed with the Clerk of the Court using the CM/ECF system,

which will send notification of the filing to all participants in the case who are

registered CM/ECF users.


/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorney for Receiver,*
*Thomas W. McNamara*

Case No. 8:19-cv-01998-MWF (KSx)
CERTIFICATE OF SERVICE

Def.'s Ex. 44

Sanjay Bhandari (SBN 181920)
sbhandari@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
|---|---|
| Plaintiffs, | **RECEIVER'S SECOND INTERIM STATUS REPORT** |
| v. | JUDGE: Hon. Michael W. Fitzgerald CTRM:  5A |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"), submits this report of receivership activities for the period of December 1, 2020 through April 30, 2021.

**I.**

**RECEIVERSHIP ACTIVITIES**

During this period, the Receiver and his team were able to recover roughly $1,000,000 in merchant account reserve funds which were secretly and improperly taken by a third-party vendor.  The Receiver's team continued to investigate financial transactions and potential receivership claims against third parties. Additional funds were received from one of the settling Defendants and via the

1  sale of a vehicle turned over in the settlement. The Receiver's office has also

2  continued to answer consumer inquiries and provide periodic case updates on the

3  receivership website.

4  **A.    Recovery of Reserve Funds**

5       Defendants' entire business model was dependent upon their ability to

6  charge consumers' credit cards for their "services." But Defendants lacked the

7  ability to charge consumer cards directly and had to rely on third-party payment

8  processors to impose the charges. As part of these arrangements, Defendants were

9  required to maintain "reserve funds" with the payment processors, generally

10  funded by the payment processors withholding a percentage of charges to cover

11  any consumer-initiated chargebacks. Since shortly after his appointment, the

12  Receiver's team has been engaged with payment processors holding reserve funds

13  to get those funds returned.

14       1.    Recovery of Reserve Funds from Fiserv

15       National Merchant Center ("NMC") is an independent sales organization

16  ("ISO"); ISOs like NMC connect merchant clients with payment processing

17  services, sometimes via another, separate ISO. Though the contract structures vary

18  (for example, an ISO could connect a client directly to a bank which is a member

19  of the necessary Credit Card Associations or, alternatively, it could outsource that

20  task to another ISO), an ISO's fundamental purpose does not: they help merchants

21  secure credit card processing.

22       NMC was very active as a "wholesale ISO" for Defendants' student loan

23  debt relief business; without access to the payment processing services that NMC

24  helped procure, Defendants would have been unable to operate. In return, NMC

25  received fees based on the volume of transactions generated by Defendants'

26  payment processing. As a "wholesale ISO," NMC obtained payment processing

27  ///

28  ///

1   services through another ISO, Fiserv,[1] which in turn is a registered ISO of Wells

2   Fargo.  These services were governed by a three-party agreement between NMC,

3   Fiserv, and Wells Fargo.  Fiserv had operational control of the reserve accounts

4   that NMC placed with it.  Despite the fact that the reserve accounts contained

5   funds belonging to the Defendants, Fiserv considered these to be "NMC's"

6   accounts, and Fiserv would only permit funds to be transferred or withdrawn from

7   the reserve accounts with NMC's blessing.

8          On March 12, 2020, the Receiver's counsel sent a letter to NMC's counsel

9   requesting that NMC comply with the terms of the Preliminary Injunction ("PI")

10  and turn over the remaining reserves in the Receivership Defendants' accounts.

11  *See* Gordon Decl. Ex. 1 (Mar. 12, 2020 Letter to NMC).  Based on NMC's

12  representations, those reserves were: $1,443,717.86 (True Count Staffing d/b/a

13  Premier Student Loan Center, MID x6283), $2,120,775.87 (True Count Staffing

14  d/b/a SL Account Mgmt, MID x6317), and $127,369.32 (Horizon Consultants,

15  LLC).  A short time later, counsel for Fiserv contacted Receiver's counsel,

16  presumably after learning of the letter from NMC.

17         Fiserv's counsel confirmed the amounts held in the reserve accounts were

18  consistent with the numbers the Receiver provided which, in turn, were based on

19  NMC's sworn representations.  In the following months, the Receiver's counsel

20  worked with Fiserv's counsel to arrange for the return of the funds.  Fiserv

21  returned $1,466,016.48 from the True Count MID x6317 account and

22  $1,336,034.74 from the True Count MID x6283 account to the Receivership Estate

23  on June 19, 2020, and an additional $99,299.55 from the True Count MID x6283

24  ///

25  ///

26

27  [1] NMC actually contracted with First Data, which was acquired by Fiserv in 2019
28  prior to the Receiver's appointment.  For ease of reference, this report refers to
    both entities as "Fiserv."

1   account on November 17, 2020.[2]  After accounting for the returned funds and

2   consumer chargebacks, both the Horizon Consultants and True Count MID x6283

3   reserve accounts have been depleted.

4       2.    Recovery of Funds Improperly Withdrawn by NMC Post-

5            Receivership

6        In the course of the Receiver's investigation, his team uncovered a series of

7   withdrawals by NMC from the Horizon Consultants, LLC ("Horizon") reserve

8   account which occurred after the receivership was imposed and which appeared to

9   be unrelated to NMC's fees or customer chargebacks.  Just under $1,000,000 was

10  withdrawn from these accounts by NMC in the days immediately after NMC

11  learned of the CFPB action and the imposition of the asset freeze and receivership.

12  Since the withdrawals were discovered in late 2020, the Receiver's counsel has

13  worked to understand the withdrawals and ultimately coordinated with counsel for

14  NMC to secure return of the funds.  The underlying facts and the Receiver's efforts

15  are discussed in greater detail below.

16       The Receiver was first appointed by entry of a Temporary Restraining Order

17  ("TRO," ECF No. 24) on October 21, 2019; at the time, the case was under seal.

18  On October 23, 2019, he took control and exclusive custody of Defendants' three

19  business premises in Irvine, California.  *See* ECF No. 75 (Prelim. Report) at 2.

20  This case was unsealed soon thereafter, on October 29, 2019.

21       On October 30, 2019 – the day after the case was unsealed and days after

22  NMC had notice of the receivership – NMC withdrew $499,985.00 from Horizon's

23  reserve account[3] in five separate transfers of roughly $99,999 each.  The following

24

25  [2] While some of these events occurred prior to the reporting period for the instant
26  report, they provide important context and background for more recent events and
    are included for this reason.

27  [3] Horizon was not named as a Receivership Defendant in the TRO, but was
28  determined to be one by the Receiver (and NMC was notified of such) no later than
    October 24, 2019.

1   day, on November 1, 2019, NMC made five identical withdrawals from the same
2   account. In total, more than $999,900.00 was withdrawn from Horizon's reserve
3   account on these two days.
4        As noted above, the Receiver's counsel requested that NMC return the
5   Horizon reserve funds on March 12, 2020. *See* Gordon Decl. Ex. 1. At the time of
6   the request the Receiver was not aware that NMC had secretly taken roughly
7   $1,000,000 from the reserve account, though his team noted the Horizon reserve
8   account amounts were conspicuously small ($127,369.32) when compared to the
9   reserves for the two True Count accounts ($1,443,717.86 and $2,120,775.87). The
10  Receiver, however, relied on the accuracy of the Horizon reserve number reported
11  by NMC, because John F. Thompson III (NMC's Associate Director of Risk &
12  Underwriting) attested to the reserve amounts on November 1, 2019 – the same
13  day the second half of the roughly $999,900 was withdrawn[4]. *See* Gordon Decl.
14  Ex. 2 (Supp. Decl. of John Thompson).
15       Roughly three weeks after initially demanding the return of the Horizon
16  reserve funds, on March 31, 2020, counsel for NMC and the Receiver's counsel
17  spoke by phone regarding the reserves. In that phone call, NMC's counsel made a
18  number of representations about the Horizon reserves and consumer chargebacks.
19  With respect to the Horizon reserves, NMC's counsel stated that NMC had
20  absorbed a loss due to the fact that consumer chargebacks had exceeded the
21  $127,369.32 that remained in the account, resulting in a roughly $50,000 loss to
22  NMC.
23       It was after records were obtained from Fiserv on November 25, 2020 that
24  the improper post-receivership withdrawals were discovered. The Receiver's
25  counsel reached out to NMC's counsel on December 22, 2020 to obtain more

27  [4] It bears noting that this was a supplemental declaration. Thompson's first
28  declaration, executed October 30, 2019, only provided reserve balances for the two True Count MIDs.

5   Case No. 8:19-cv-01998-MWF (KSx)
RECEIVER'S SECOND INTERIM STATUS REPORT

1   information about the withdrawals.  In this process, it became clear there was no

2   legitimate business explanation for the withdrawals.  The Receiver's counsel

3   demanded the return of the reserves under threat of an Order to Show Cause, after

4   which NMC agreed to return the funds on January 4, 2021.  On January 5, 2021,

5   NMC wired $800,000 to the Receivership Estate's account, and wired the

6   remainder ($199,980) before January 15, 2021.  As a result, the improperly

7   withdrawn funds were returned to the Receivership Estate.

8   **B.    Potential Litigation Against Third Parties**

9           The Receiver is actively investigating several individuals and companies that

10  aided and abetted or profited from Defendants' fraudulent scheme at the expense

11  of the Receivership Defendants.  In connection with the Receiver's investigation,

12  counsel for the Receiver has prepared and issued records subpoenas to multiple

13  parties in order to facilitate tracing.  Additionally, the Receiver's forensic

14  accountant has performed cash flow analyses and reviewed bank statements

15  collected at the receivership sites and produced by banks in response to

16  subpoenas.[9]

17          The Receiver has also engaged in settlement discussions with multiple

18  parties.  Settlement talks with a third-party vendor for Defendants were serious

19  enough that the parties attended mediation, although no settlement was reached.

20  The Receiver also entered into a tolling agreement with a lead provider used by

21  Defendants in order to preserve potential claims against the vendor.  The Receiver

22  anticipates the need to soon file suit against one third party and will continue to

23  update the Court on these matters as they progress.

24  ///

25  ///

26

27  [9] The Receiver's counsel also prepared to examine Defendant Kaine Wen at his
28  deposition, which was noticed by the BCFP.  The deposition ran long, however,
    and the Receiver's examination was tabled for the time being.

**C.    Sale of Assets**

Pursuant to the terms of the Stipulated Final Judgment and Order as to Defendant Tuong Nguyen ("Nguyen") and Relief Defendant TN Accounting Inc. ("TN Accounting") entered on August 28, 2020 (ECF No. 210, Section V, paragraph 31), Defendant Nguyen and Relief Defendant TN Accounting Inc. were ordered to turn over certain assets to the Receiver for liquidation. Nguyen was to transfer a 2018 Tesla Model 3 (VIN ending in 3912) and a Chanel J12 watch to the Receiver, as well as certain cryptocurrency (8.26 Bitcoin, 10.9 Ethereum, 1.39 Bitcoin, and 1.28 Bitcoin Cash), and TN Accounting Inc. was ordered to turnover a Rolex Datejust Watch (S/N 930002E7).

Pursuant to an agreement with the Receiver, Nguyen liquidated his cryptocurrency holdings through his Coinbase account and transferred the balance ($113,606.59 after deducting transaction fees) to the Receivership Estate. After taking possession of the Tesla, the Receiver vetted a number of potential Southern California consignors before selecting a local broker. The Tesla sold relatively quickly and, after paying the broker's commission, the Receivership netted $32,750.00 from the sale of the Tesla.[6]

**D.    Consumer Contact**

The Receiver's office continued to respond to inquiries from both consumers and former employees during this period by email and telephone, as well as by posting information and pertinent case filings to the Receiver's website.

///

---

[6] The Receiver continues to hold the watches. Watches like the Rolex at issue generally hold their value or appreciate; the Chanel watch will hold value but probably not appreciate. The financial disclosures prepared by the Defendants indicate that they hold a number of other valuable jewelry items. Based on the Receiver's experience, the ability to sell a group of high-end jewelry at one time increases net sales proceeds, as top-level auction houses, i.e., Sotheby's, Christies, Heritage, will offer reduced commissions for multi-piece offerings. As such, the Receiver believes it makes sense to hold the watches until the remainder of the action is resolved or decided.

## II.

### RECEIVERSHIP ACCOUNTING

Attached as Exhibit A is a Receipts and Disbursements Summary for the period December 1, 2020 through April 30, 2021. During this time period, receipts were $1,040,282.86, primarily comprised of reserve funds from accounts frozen under the provisions of the TRO ($999,980.00) and the liquidation of assets ($36,875.00). Disbursements were $4,555,268.11, primarily comprised of Court-ordered payments to the Plaintiffs.[7] The current aggregate balance of the bank accounts is $3,511,975.52.

Dated:  May 28, 2021                    By:  /s/ Cornelia J. B. Gordon
                                             Cornelia J. B. Gordon
                                             *Attorney for Receiver,*
                                             *Thomas W. McNamara*

---

[7] *See* Default Judgment and Order Against Defendants First Priority LLC and True Count Staffing Inc. (ECF No. 248), Section IV, ¶¶ 48-49.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorney for Receiver,*
*Thomas W. McNamara*

Def.'s Ex. 45

Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
| Plaintiffs, | **RECEIVER'S THIRD INTERIM STATUS REPORT** |
| v. | JUDGE: Hon. Michael W. Fitzgerald CTRM: 5A |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"), submits this report of receivership activities for the period of May 1, 2021 through October 31, 2021.

## I.

## RECEIVERSHIP ACTIVITIES

During this period, the Receiver and his team were able to mediate with a third-party leads vendor and obtain a settlement, which will ultimately pay the Receivership Estate $675,000 and provide the Receiver with an assignment of rights to pursue claims against one of the settling party's insurers. In addition, the Receiver commenced an action against National Merchant Center, Inc. ("NMC"), a

1  third-party independent sales organization and its employee/agent, alleging a

2  variety of claims. The Receiver's team also continues to investigate financial

3  transactions and potential receivership claims against additional third parties.

4  **A.   Settlement with Lead Provider**

5          Beginning in early 2020, the Receiver began his investigation of The Brea

6  Financial Group, LLC d/b/a Pub Club Leads, and its owner's (collectively "Pub

7  Club") relationship with the Defendants and their role as the imbedded lead

8  provider for their operations. The Receiver subsequently obtained documents from

9  Pub Club and, on September 14, 2020, entered into a tolling agreement with the

10  Pub Club in order to continue his investigation while exploring potential settlement

11  opportunities. The Receiver and the Pub Club subsequently continued to exchange

12  information/documents and engaged in settlement discussions.

13          On July 28, 2021, the Receiver, Pub Club, and the Chapter 7 Trustee for

14  defendant Consumer Advocacy Center, Inc. (the "Trustee") participated in a full

15  day in-person/online hybrid mediation with Charles H. Dick, Jr., Esq. and reached

16  settlements of both the Receiver's and the Trustee's claims.

17          The parties reached a global settlement, whereby Pub Club agreed to pay a

18  total of $875,000 to the Receivership Estate and the Trustee. Pursuant to its

19  settlement with the Receiver, Pub Club agreed to pay a total of $675,000 to the

20  Receivership Estate, with $600,000 paid up-front and $75,000 paid over a 9-month

21  period. (ECF No. 318-3). In addition, the Receiver received assignment of Pub

22  Club's rights to pursue claims against one of its insurers.[1] The settlement was

23  recently approved by the Court on October 20, 2021 (ECF No. 341). Pub Club

24  also settled its claims with the Trustee for Consumer Advocacy Center, Inc. by

25  ///

26

27  [1] The Receiver has conferred with outside insurance coverage counsel regarding
28  the viability of pursuing the assigned claims and has recently retained counsel to
    represent the Receiver in this matter.

2          Case No. 8:19-cv-01998-MWF (KSx)
RECEIVER'S THIRD INTERIM STATUS REPORT

1   agreeing to pay an additional $200,000. U.S. Bankr. S.D. Fla. Case No. 19-10655-

2   SMG, ECF No. 335.

3   **B.      Lawsuit Against the NMC Defendants**

4          As the Receiver has previously informed the Court, the Receiver identified

5   NMC, Jimmy Lai, and Swift Payments (collectively the "NMC Defendants") as

6   third parties in possession of receivership assets. The Receiver's investigation of

7   the NMC Defendants has included issuing subpoenas to and obtaining additional

8   documents from NMC and third parties and pursuing pre-lawsuit settlement

9   discussions with NMC, including a mediation.

10          The Receiver filed a complaint against the NMC Defendants on June 28,

11   2021. *See McNamara v. National Merchant Center, Inc., et al.*, C.D. Cal. Case

12   No. 8:21-cv-01122-MWF (KSx) ("NMC Case"). Following a meet and confer

13   with defense counsel, and pursuant to a stipulated briefing order (NMC Case, ECF

14   No. 20), on October 18, 2021, the Receiver filed his First Amended Complaint

15   (NMC Case, ECF No. 21) alleging claims against Defendants for (1) Civil

16   Conspiracy, (2) Aiding and Abetting Fraud, (3) Aiding and Abetting Breach of

17   Fiduciary Duty, (4) Violation of California Penal Code § 496; (5) Violation of

18   California Business & Professions Code § 17200; and (6) Request for an

19   Accounting. Defendants filed a motion to dismiss on November 15, 2021, which

20   the Receiver will oppose.

21   **C.      Potential Litigation Against Third Parties**

22          The Receiver continues to investigate additional individuals and/or

23   companies that aided and abetted or profited from the subject fraudulent scheme at

24   the expense of the Receivership Defendants. In connection with the Receiver's

25   investigation, counsel for the Receiver has reviewed records subpoenaed from

26   multiple parties, researched potential claims, and analyzed potential litigation and

27   settlement strategies. The Receiver will continue to update the Court as his

28   investigation continues.

1    The Receiver's forensic accountant has reviewed and analyzed Defendants'
2    tax records and followed up with taxing authorities regarding various issues. She
3    has additionally reviewed records and provided analysis in connection with the Pub
4    Club mediation, the complaint against the NMC Defendants, and responded to
5    inquiries from the CFPB.

6    **D.    Consumer Contact**

7    The Receiver's office continued to respond to inquiries from consumers
8    during this period by email and telephone, as well as by posting information and
9    pertinent case filings to the Receiver's website.

10                                  **II.**

11                    **RECEIVERSHIP ACCOUNTING**

12    Attached as Exhibit A is a Receipts and Disbursements Summary for the
13    period May 1, 2021 through October 31, 2021. During this time period, receipts
14    were $485,067.30, comprised of True Count Staffing reserve funds being returned
15    by National Merchant Center. Disbursements were $211,586.74, primarily
16    comprised of legal fees and expenses ($138,667.89), Receiver's fees and expenses
17    ($64,878.80), maintenance of telephone lines ($3,600.00), and Relativity hosting
18    ($3,236.05). The current aggregate balance of the bank accounts is $3,787,747.70.

19

20    Dated:  November 19, 2021          By:   /s/ Andrew M. Greene
21                                            Andrew M. Greene
                                              *Attorney for Receiver,*
22                                            *Thomas W. McNamara*

23
24
25
26
27
28

                              4    Case No. 8:19-cv-01998-MWF (KSx)
                        RECEIVER'S THIRD INTERIM STATUS REPORT

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.


/s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*

Case No. 8:19-cv-01998-MWF (KSx)
CERTIFICATE OF SERVICE

Def.'s Ex. 46

Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |
| Plaintiffs, | **RECEIVER'S FOURTH INTERIM STATUS REPORT** |
| v. | JUDGE: Hon. Michael W. Fitzgerald |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | CTRM:  5A |
| Defendants. | |

Thomas W. McNamara, as Court-appointed receiver ("Receiver"), submits

this report of receivership activities for the period of November 1, 2021 through

May 31, 2022.

**I.**

**RECEIVERSHIP ACTIVITIES**

During this period, the Receiver pursued the insurance claims assigned to

him in a prior settlement with a third-party leads vendor and reached a settlement

with the insurer which, if approved by the Court, will ultimately pay the

Receivership Estate an additional $245,000 on top of the $675,000 previously-

approved settlement with the leads vendor.  The Receiver also engaged in an

1   extensive privilege review and analysis of the expansive communications and

2   documents in the Receivership Estate's possession and provided the results to the

3   parties.  In addition, the Receiver's team analyzed financial transactions and

4   investigated potential receivership claims against additional third parties.  Finally,

5   the Receiver has continued to litigate claims against National Merchant Center,

6   Inc. ("NMC"), a third-party independent sales organization, and its

7   employee/agent, defeating in large part NMC's motion to dismiss and commencing

8   discovery in the case.

9   **A.      Settlement With Insurer**

10         As discussed in the Receiver's previous status report, on October 20, 2021,

11   the Receiver conducted a mediation with Defendants' embedded lead provider,

12   The Brea Financial Group, LLC d/b/a Pub Club Leads, and its individual owner

13   (collectively "Pub Club").  As a result of the mediation, the Receiver reached a

14   prelitigation settlement which required Pub Club to pay a total of $675,000[1] to the

15   Receivership Estate and which was approved by the Court.  (ECF No. 341.)  As

16   part of that settlement, Pub Club assigned to the Receiver its rights to pursue

17   claims against one of its insurers, which had refused to participate in the mediation

18   and was not included in the settlement.  The Receiver consulted with Pub Club's

19   insurance coverage counsel regarding the viability of the assigned claims and

20   ultimately retained that counsel to pursue the claims.

21         The Receiver's team then coordinated with coverage counsel to prepare a

22   demand letter to the insurer, seeking payment of $314,612.16 – the amount Pub

23   Club had contributed towards its settlement with the Receiver, in addition to Pub

24   Club's defense costs paid to its counsel.  Following negotiation with the insurer

25   through its counsel, the insurer ultimately agreed to pay the Receivership Estate

26   $245,000 in settlement of the assigned claims.  The parties signed a settlement

27   _____

28   [1] $75,000 of the Pub Club settlement amount is being paid in ten equal monthly
    installments, which payments are current and ongoing.

1  agreement, effective May 27, 2022, which was submitted for Court approval on

2  May 31, 2022. (ECF No. 380).[2]

3  **B.      Attorney-Client Privilege Review**

4          As part of the immediate access of defendants' offices, the Receiver took

5  control of a large amount of electronic evidence, including emails and documents.

6  This electronic evidence included communications between defendants and

7  counsel which were arguably privileged.  To protect the potentially privileged

8  documents, the CFPB immediately put up an electronic screen in which these

9  documents were segregated and unavailable to the plaintiffs.  Late last year, the

10  CFPB inquired whether the Receiver would waive the Receivership Defendants'

11  privilege so the plaintiffs could access the screened-off documents.  The Receiver,

12  standing in the shoes of the Receivership Defendant entities, has the power to

13  waive the entities' attorney-client privilege.  However, as the Receiver's team

14  examined the issue, they learned the issue was much more complex in this

15  situation.  For example, there was a not-insubstantial quantity of receivership

16  records that were arguably privileged and for which the privilege at issue

17  potentially belonged to a person or entity which was not a Receivership Defendant.

18  After a targeted review of these potentially privileged documents, the Receiver's

19  team determined there were three categories of representations which would need

20  to be assessed: individual representations, representations of Defendant Consumer

21  Advocacy Center, Inc. ("CAC," the entity in bankruptcy[3]), and joint

22  representations of the Receivership Defendants and others.

23

24  [2] At the same time of the settlement, Pub Club also settled with the bankruptcy
25  trustee for Consumer Advocacy Center, Inc. ("CAC"), a predecessor entity to the
    SLAM Receivership Entities. That settlement was for an additional $200,000.
26  When the settlement by the two fiduciaries (the Bankruptcy Trustee and the
    Receiver) are combined, Pub Club and its insurers will be returning $1,120,000 to
27  the two related estates.

28  [3] While CAC was part of Defendants' student loan debt relief scheme, it was not
    named as a Receivership Defendant due to the pre-existing bankruptcy.

1    The Receiver began by reaching out to counsel for the individual Defendants
2    to ask for a list of firms and attorneys who represented their clients solely in their
3    individual capacity, as these were privileges were clearly not the Receiver's to
4    waive.  The Receiver also reached out to counsel for the trustee in CAC's
5    bankruptcy to discuss the handling and segregation of CAC's privileged materials,
6    for which the Receiver was likewise not the holder of the privilege.  The last
7    category of representations, the joint representations, involved representations of
8    Receivership Defendant entities *and* other parties, with these representations
9    having varying structures.  Because it was not immediately clear whether the
10   Receiver could waive the privilege for these joint representations, his team
11   extensively researched the issue.  At the conclusion of his research and his
12   discussions with the individuals' and CAC's respective counsels, the Receiver was
13   able to advise the CFPB as to the specific representations for which he was able to
14   waive privilege and to identify those for which he was not.

15   **C.    Further Investigation of Potential Claims**

16   The Receiver continued to investigate additional individuals and companies
17   that may have aided and abetted or profited from the Defendants' student loan debt
18   relief scheme at the expense of the Receivership Defendants.  The Receiver
19   ultimately determined, however, that it would not be in the best interests of the
20   Receivership Estate to pursue additional claims at this time.  Should the Receiver
21   learn additional facts which would change that determination, the Court will be
22   promptly notified.

23   **D.    Lawsuit Against the NMC Defendants**

24   In June 2021, the Receiver filed suit against National Merchant Center Inc.,
25   Shih-Hao Lai a/k/a Jimmy Lai, and Swift Payments (collectively the "NMC
26   Defendants").  *See McNamara v. National Merchant Center, Inc., et al.*, C.D. Cal.
27   Case No. 8:21-cv-01122-MWF (KSx) (the "NMC Case").  The case has been
28   active since the Receiver's last interim report.  During that time, the Receiver

1   opposed a motion to dismiss filed by the NMC Defendants and argued the merits

2   of that motion at hearing, after which he succeeded in defeating NMC's motion as

3   to all but one claim. *See* NMC Case, ECF No. 33 (denying the NMC Defendants'

4   Motion to Dismiss the Receiver's First Amended Complaint ("FAC") as to all of

5   the Receiver's claims with the exception of his claim for an accounting).

6          Rather than amend, the Receiver chose to stand on his FAC. The NMC

7   Defendants subsequently answered and asserted counterclaims against the

8   Receiver. The Receiver moved to dismiss the counterclaims (see NMC Case, ECF

9   No. 41), and after an in-person oral argument, the Court granted the motion on

10  procedural grounds (see NMC Case, ECF No. 51). While litigating the motion to

11  dismiss the NMC Defendants' counterclaims, the Receiver also initiated discovery,

12  scheduling multiple depositions and propounding substantial written and document

13  discovery. As the case ramps up, the costs and fees of pursuing it have also

14  increased. The discovery the Receiver has conducted to date, however, has only

15  strengthened his claims and his belief in their ultimate viability.

16                                      II.

17                      **RECEIVERSHIP ACCOUNTING**

18         Attached as Exhibit A is a Receipts and Disbursements Summary for the

19  period November 1, 2021 through May 31, 2022. During this time period, receipts

20  were $782,797.97, comprised of settlement funds from The Brea Financial Group

21  d/b/a Pub Club Leads ($652,500.00), True Count Staffing IOLTA funds from

22  former counsel ($113,272.95), and the sale of remaining assets ($14,000.00).

23  Disbursements were $3,057,489.28, primarily comprised of Court-ordered

24  distributions to Plaintiffs ($2,881,314.24), Court-approved professional fees

25  ($47,230.50 fees of the Receiver and his staff; $118,152.44 fees and expenses of

26  the Receiver's counsel, including McNamara Smith LLC, Huntington Legal

27  Solutions, and Hirsch Closson, Relativity database hosting ($6,808.85), and

28  ///

1   maintenance of numerous consumer-facing telephone lines ($2,450.00).  The

2   current aggregate balance of the bank accounts as of May 31, 2022 is

3   $1,513,056.39.

4

5   Dated:   June 30, 2022                    By:   /s/ Andrew M. Greene

6                                                   Andrew M. Greene
                                                    Attorney for Receiver,
7                                                   Thomas W. McNamara

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Andrew M. Greene
Andrew M. Greene
*Attorney for Receiver,*
*Thomas W. McNamara*

Case No. 8:19-cv-01998-MWF (KSx)
CERTIFICATE OF SERVICE

Def.'s Ex. 47

## CASE ACCOUNTING SUMMARY

| Source | Amount | Bank Account(s) | Asset(s) |
|---|---|---|---|
| First Receiver's Status Report | $8,877,453.10 | | |
| Second Receiver's Status Report | $1,040,282.86 | | |
| Third Receiver's Status Report | $485,067.30 | | |
| Fourth Receiver's Status Report | $782,797.97 | | |
| Prime and Horizon Stipulated Judgment [ECF No. 211} | | Prime - JPM Chase 0235 Prime - Sunwest Bank 1026 Horizon - NMC Horizon - Sunwest Bank 1069 | |
| Nguyen and TN Accounting Stipulated Judgment [ECF No. 210] | | Nguyen - Charles Schwab 7450 Nguyen - Preferred Bank 1184 Nguyen - Wells Fargo 0206 Nguyen - Wells Fargo 9982 TN Accounting - JPM Chase 7163 | - 2018 Tesla Model 3 - Chanel J12 watch - 8.26 Bitcoin - 10.9 Ethereum - 1.39 Bitcoin Cash - Rolex Datejust watch |
| HTD and Mice and Men Stipulated Judgment [ECF No. 218] | HTD - $53,696.04 Mice and Men - $4,105,430.38 | | |
| First Priority and TCS Default Judgment [ECF No. 248] | $165,848.05 | Various | |
| Ms. Dai Stipulated Judgment [ECF No. 298] | $3,088,381.80 | | |

| 1st Generation and Infinite Stipulated Judgment [ECF No. 304] | $3,984,779.28 | Infinite - JPM Chase | |
|---|---|---|---|
| CAC Stipulated Judgment [ECF No. 311] | | | - Allowed general unsecured claim in CAC's bankruptcy |
| TAS Stipulated Judgment [ECF No. 359] | $2,866,314.24 | | |
| Ms. Kim Stipulated Judgment [ECF No. 359] | $85,000 | | - 2016 Bentley Continental<br>- 2016 Mercedes G550<br>- Rolex Day-Date Presidential watch<br>- 3 carat solitaire diamond engagement ring<br>- Gucci earrings |
| Kim Stipulated Judgment [ECF No. 383] | | Kim - Wells Fargo 3052<br>Kim - Venmo<br>Kim-4 | - Audemars Piguet Royal Oak Offshore Summer Edition watch<br>- Rolex Submariner watch |
| NMC and Lai Stipulated Judgment | NMC - $340,000<br>Lai - $75,000 | | |
| **TOTAL** | **$25,784,202.97** | **Various** | **Various** |

Def.'s Ex. 48



| | | | VOID | | CORRECTED | |
|---|---|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | | | 1 Rents $ | OMB No. 1545-0115 **2016** Form **1099-MISC** | Miscellaneous Income |
| CONSUMER ADVOCACY CENTER 173 TECHNOLOGY DRIVE SUITE 201 | | | | 2 Royalties $ | | |
| IRVINE          CA        92618 562-923-9436 | | | | 3 Other income $ | 4 Federal income tax withheld $ | Copy D File Copy |
| PAYER'S federal identification number | | RECIPIENT'S identification number | | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| 47-1590303 | | 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 | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest $ | |
| RECIPIENT'S name KATHE WEIL | | | | | | |
| Street address (including apt. no.) 777 E SIERRA MADRE AVE | | | | $          15230.00 | | |
| | | | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | | 11 | 12 | |
| AZUSA      CA      91702 | | | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| Account number (see instructions) | | FATCA filing requirement | 2nd TIN not. | $ | $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | | | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service
DAA

| | | |
|---|---|---|
| | ☐ CORRECTED (if checked) | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 |
| | | **2017** Miscellaneous Income |
| CONSUMER ADVOCACY CENTER 173 TECHNOLOGY DR  STE. 202 | 2 Royalties $ | Form 1099-MISC |
| IRVINE          CA      92618-2402 562-923-9436 | 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 47-1590303 | 81-5143753 | | | |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
|---|---|---|---|
| HOLD THE DOOR CORP | $          253345.00 | $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) 777 EAST SIERRA MADRE AVE | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code AZUSA          CA      91702 | 11 | 12 | |

| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|---|---|
| 4235 | | | | |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. 058-6643-9 | 18 State income $ |
|---|---|---|---|---|
| | | $ | | $ |

Form **1099-MISC**     (keep for your records)          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service
DAA

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents | OMB No. 1545-0115 | | Miscellaneous Income |
|---|---|---|---|---|---|
| CONSUMER ADVOCACY CENTER | | $ | **2018** | | |
| 173 TECHNOLOGY DR. SUITE 202 | | 2 Royalties | | | |
| | | $ | Form **1099-MISC** | | |
| IRVINE, CA 92618 | | 3 Other income | 4 Federal income tax withheld | | Copy C For Payer |
| | | $ | $ | | |
| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds | 6 Medical and health care payments | | |
| 47-1590303 | XX-XXX3753 | | | | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| | | $ | $ | | |
| RECIPIENT'S name | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | | |
| HOLD THE DOOR CORP | | | | | |
| Street address (including apt. no.) | | $     275000.00 | $ | | |
| 777 EAST SIERRA MADRE AVE | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | | |
| City or town, state or province, country, and ZIP or foreign postal code | | | $ | | |
| AZUSA, CA 91702 | | 11 | 13 | | |
| Account number (see instructions) | FATCA filing requirement ☐   2nd TIN not ☐   759 | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | | |
| | | $ | $ | | |
| 15a Section 409A deferrals | 15b Section 409A income | 16 State tax withheld | 17 State/Payer's state no. CA | 18 State income | |
| $ | $ | $ | | $ | |

Form **1099-MISC**                    www.irs.gov/Form1099MISC                    Department of the Treasury - Internal Revenue Service

Def.'s Ex. 49

# True Count Staffing Inc

PROFIT AND LOSS

All Dates

| | TOTAL |
|---|---|
| Income | |
| Document Preparation Income | |
| 510150011105962 | 2,840,785.81 |
| Check | 319.17 |
| EMS Merchant Account | 1,264,791.58 |
| Horizon Consultant LLC | 400,000.00 |
| Merchant Account 934600000001149 | 5,831,781.79 |
| Merchant Account 934600000001156 | 95,923.03 |
| NMC 1 Merchant Account | 9,444,869.92 |
| NMC 2 Merchant Account | 40,948,033.22 |
| **Total Document Preparation Income** | **60,826,504.52** |
| Refunds and Allowances | |
| Check refunds and allowances | -1,187,975.53 |
| EMS Refunds and Allowances | -20,221.05 |
| EMS Reserve Funds Expense | 79,868.86 |
| EMS Returns and Allowances | -125,812.99 |
| NMC 1 Refunds and Allowances | -29,935.87 |
| NMC 1 Reserve Funds Expense | -444,888.24 |
| NMC 1 Returns and Allowances | 102,136.49 |
| NMC 2 Refunds and Allowances | -1,264,240.01 |
| NMC 2 Reserve Funds Expense | -1,419,940.38 |
| NMC 2 Returns and Allowances | -1,504,654.86 |
| **Total Refunds and Allowances** | **-6,179,675.38** |
| Student Private Loans Referral Income | 19,075.41 |
| **Total Income** | **$54,665,904.65** |
| **GROSS PROFIT** | **$54,665,904.65** |
| Expenses | |
| 1099s | |
| Christian Valdez | 200.00 |
| Dinh Enterprises Inc | 42,184.25 |
| Hold the Door Corp | 1,007,940.00 |
| Infinite Management Solutions | 627,366.50 |
| Marissa M Salazar | 394.20 |
| Monique Dinh | 175,627.35 |
| Quality Contact Solutions Inc | 20,750.00 |
| Reputation Management Company | 85,220.00 |
| Rhonda Askeland | 4,995.00 |
| Shirena Huizar | 28,451.25 |
| Susana Esquibel | 738.00 |
| **Total 1099s** | **1,993,866.55** |
| 510150011105962 Processing Fee | 67,546.92 |
| ADP Payroll Service Expense | 28,779.26 |
| Advertising & Marketing | |

Cash Basis  Thursday, October 31, 2019 08:28 PM GMT-7

EXHIBIT 5
Page 22

| | TOTAL |
|---|---|
| All Service Financial LLC | 882.00 |
| First Priority LLC | 0.00 |
| Olive Branch Landing | 425.00 |
| Powers Marketing Group Inc | 5,859.00 |
| Ratezodia Marketing | 2,500.00 |
| **Total Advertising & Marketing** | **4,666.00** |
| Bank Charges & Fees | 32,082.02 |
| EMS Processing Fees | 19,193.57 |
| Gateway | 98,853.55 |
| Merchant Account 93460000000011149 Processing Fees | 39,822.07 |
| Merchant Account 93460000000011156 Processing Fees | 2,778.40 |
| NMC 1 Merchant Account Merchant Processing Fees | 399,402.68 |
| NMC 2 Merchant Account Processing Fees | 1,311,876.99 |
| **Total Bank Charges & Fees** | **1,804,009.09** |
| Commissions/Referral Expense | |
| Consumer Advocacy Center Inc | 12,321,427.40 |
| Prime Consulting | 27,951,486.42 |
| **Total Commissions/Referral Expense** | **40,272,913.82** |
| Disposal Services | 10,400.00 |
| Donation | 200.00 |
| Efax | 24,233.25 |
| Employee expense reimbursement | 14,106.86 |
| Finance costs | |
| Capital Loss BNY Mellon Stock Losses | 88,856.27 |
| **Total Finance costs** | **88,856.27** |
| Health and Fitness | 8,994.09 |
| Initial set-up expenses | |
| Lamson | 21,385.00 |
| **Total Initial set-up expenses** | **21,385.00** |
| Insurance | |
| Farmers | 3,012.00 |
| Green and Associates | 12,650.41 |
| Kaiser Group | 28,210.39 |
| Liberty Mutual | 14,498.00 |
| Mission West Insurance Solutions, Inc | 23,675.62 |
| R-T Specialty EPLT | 23,146.47 |
| RLI Insurance | 1,619.00 |
| The Hartford | 14,743.00 |
| True Count Worker's Comp Insurance | -4,970.00 |
| **Total Insurance** | **116,584.89** |
| Janitorial Services | 11,067.13 |
| Job marketing expense | |
| Craiglist | 1,015.00 |
| Indeed | 11,254.73 |
| **Total Job marketing expense** | **12,269.73** |
| Legal & Professional Services | 135.74 |
| Akerman LLC Law Firm | 42,819.84 |
| Baker Marquart LLP | 25,000.00 |
| Berkeley Research Group LLC | 102,900.32 |

EXHIBIT 5
Page 23

| | TOTAL |
|---|---|
| Corporations Today Inc | 52.00 |
| Crammer Accounting Services | 23,446.25 |
| Eva8 HR Consulting | 8,387.50 |
| HCVT Accounting Services | 1,000.00 |
| Huntington Legal Solutions | 60,010.11 |
| McCormick Law Firm | 545.00 |
| McGuireWoods LLP | 4,292.22 |
| Melveny and Myers LLP | 429,014.53 |
| Pansky & Markle | 4,683.66 |
| Thurman Legal | 233.33 |
| TN Accounting Inc | 298,882.69 |
| Venable LLP | 364,796.90 |
| **Total Legal & Professional Services** | **1,205,000.00** |
| Meals & Entertainment | 28,689.00 |
| Miscellaneous Expense | 1,350.03 |
| Office Supplies | 219,073.14 |
| Office/General Administrative Expenses | 9,292.55 |
| Check Order | 3,028.16 |
| Copier Rental | 12,543.33 |
| Irvine Office | 6,519.15 |
| Irvine Ranch Executive Suites | 750.00 |
| Mailbox | 90.00 |
| Nest7 | 2,450.00 |
| **Total Mailbox** | **2,540.00** |
| Mileage Reimbursement | 1,484.90 |
| Monthly Bonus Pool | 2,000.00 |
| Parks Coffee California | 16,604.98 |
| Stamps | 15,032.19 |
| **Total Office/General Administrative Expenses** | **65,785.88** |
| Other Miscellaneous Service Cost | 3,680.05 |
| Formsite | 855.61 |
| Mail Services | |
| Postalannex | 702.25 |
| Umbral LLC | 1,156.29 |
| **Total Mail Services** | **1,858.54** |
| Mailjet | 731.77 |
| Network&Communication Services | |
| Cox&Com | 105,133.01 |
| Ring Central | 27,505.97 |
| **Total Network&Communication Services** | **132,638.98** |
| Parking | 56.75 |
| Regus | 1,017.45 |
| Shipping | 380.97 |
| Staffing Service | |
| Adecco | 133,572.57 |
| AppleOne Employment Services | 195,534.83 |
| Volt Management Corp | 1,694.17 |
| **Total Staffing Service** | **330,801.87** |
| Survey Monkey | 481.00 |

Cash Basis  Thursday, October 31, 2019 08:28 PM GMT-7

EXHIBIT 5
Page 24

| | TOTAL |
|---|---|
| Website Services | 420.40 |
| **Total Other Miscellaneous Service Cost** | **472,801.89** |
| Payroll Expenses | |
| Taxes | 332,905.23 |
| Wages | 4,539,408.19 |
| **Total Payroll Expenses** | **4,872,313.42** |
| Phone Expense | |
| AT&T | 810.00 |
| Callenready Sale LLC | 656,901.75 |
| Fonality | 102,063.14 |
| **Total Phone Expense** | **769,774.89** |
| PinPoint | 95,714.54 |
| Promotional Expense | 6,781.76 |
| Referral Gift Card Expense | 111,113.00 |
| Reimbursable Expenses | 107.79 |
| Rent & Lease | 450.00 |
| 8 Hughes | |
| Stivers Investment Group | 311,185.86 |
| **Total 8 Hughes** | **311,185.86** |
| Alliance | 17,218.01 |
| Guaranted Rate | 86,400.06 |
| **Total Rent & Lease** | **415,253.93** |
| Repairs & Maintenance | 385.00 |
| Security | 6,220.88 |
| Redrock | 10,252.90 |
| **Total Security** | **16,473.88** |
| Settlement And Damage | 5,000.00 |
| Software expense | |
| Adobe | 9,203.86 |
| Chargeback VMPI | 5,000.00 |
| Debtpaypro | 242,747.91 |
| Dropbox | 1,286.03 |
| Express VPN | 1,275.29 |
| Godaddy | 2,299.31 |
| Host Gator | 1,506.73 |
| Informative Research | 9,728.44 |
| Iwriter | 40.00 |
| Mailchimp | 110.00 |
| Microsoft | 36,883.43 |
| Paddle.net Gimmeproxy London | 2,885.81 |
| Quickbooks Online | 620.00 |
| SoftLayer | 29,413.72 |
| Tamhomm | 1,464.30 |
| Twilio | 11,317.91 |
| **Total Software expense** | **355,982.74** |
| Supplies | 677.39 |
| Joyride Coffee | 34,786.81 |
| Pure Green Corp | 305.13 |
| Sparkletts | 617.62 |

Cash Basis  Thursday, October 31, 2019 08:26 PM GMT-7

EXHIBIT A
Page 25

| | TOTAL |
|---|---|
| **Total Supplies** | **39,398.05** |
| Taxes & Licenses | 32,468.75 |
| Orange County Tax | 1,534.03 |
| **Total Taxes & Licenses** | **34,002.78** |
| Travel | 46,702.45 |
| Unapplied Cash Bill Payment Expense | 0.00 |
| Utilities | 3,057.76 |
| **Total Expenses** | **$53,486,930.37** |
| NET OPERATING INCOME | **$1,169,924.39** |
| NET INCOME | **$1,169,924.39** |

Cash Basis  Thursday, October 31, 2019 06:28 PM GMT-7

EXHIBIT 5
Page 29

Def.'s Ex. 50

# Prime Consulting LLC

## PROFIT AND LOSS

### All Dates

|  | TOTAL |
|---|---|
| Income |  |
| Document Preparation Income |  |
| Check | 1,559.00 |
| True Count Staffing Inc | 27,951,486.42 |
| **Total Document Preparation Income** | **27,953,045.42** |
| **Total Income** | **$27,953,045.42** |
| GROSS PROFIT | **$27,953,045.42** |
| Expenses |  |
| 1099s |  |
| Christian Valdez | 200.00 |
| Heaven Light LLC Consulting Services | 12,000.00 |
| Joseph Livio Boylan Consulting Corp | 305,740.95 |
| Tron Corporation | 28,299.00 |
| When Dogs Fly Corp | 24,145.00 |
| **Total 1099s** | **370,384.95** |
| Advertising & Marketing |  |
| Alphonetic | 464.00 |
| BPO Leads | 64,692.00 |
| Consumer Advocacy Center Inc | 46,830.00 |
| DNC Scrub | 3,880.00 |
| Facebook | 1,077.26 |
| Farrington Leads | 743,111.52 |
| First Fidelity Leads | 2,768.00 |
| Five Marketing Leads | 98,080.00 |
| Fortress Leads | 53,740.80 |
| Imperial Calls Leads | 39,635.50 |
| Le Clix Leads | 119,234.00 |
| Mice And Men | 5,041,068.00 |
| Premier Student Loans Inc | 21,275.00 |
| Pub Club Leads | 9,480,555.11 |
| **Total Advertising & Marketing** | **15,716,410.19** |
| Bank Charges |  |
| Gateway | 45.00 |
| **Total Bank Charges** | **45.00** |
| Bank Charges & Fees | 2,299.77 |
| Company Party | 15,980.57 |
| Gift Card | 48,674.02 |
| Insurance |  |
| Kaiser Foundation Health Plan | 43,089.93 |
| Liberty Mutual Insurance | 46,653.00 |
| Mission West Insurance Solutions | 64,789.98 |
| **Total Insurance** | **154,532.91** |
| Job marketing | 864.11 |

Cash Basis  Thursday, October 31, 2019 08:31 PM GMT-7

EXHIBIT 5
Page 16

| | TOTAL |
|---|---|
| Career Fairs | 450.00 |
| Craigslist | 630.00 |
| Indeed | 31,103.73 |
| LinkedIn | 629.68 |
| Monster | 399.00 |
| Nguoi Viet Newspaper | 93.36 |
| Ziprecruiter | 349.00 |
| **Total Job marketing** | **34,010.80** |
| Legal & Professional Services | 7.42 |
| ADP Payroll Service Expense | 47,579.96 |
| Eva8 HR Consulting | 22,837.50 |
| Huntington Legal Solutions | 50,560.75 |
| Legal Law Center | 95.07 |
| Littler Mendelson PC | 11,574.00 |
| Wyoming Corporation Startup Costs | 2,595.00 |
| **Total Legal & Professional Services** | **135,894.99** |
| Meals & Entertainment | 4,813.94 |
| Office Supplies & Software | 7.98 |
| IT Supplies | 934.07 |
| **Total Office Supplies & Software** | **940.80** |
| Office/General Administrative Expenses | 1,702.42 |
| Bonus Pool | 42,000.00 |
| Copier Rental FBM | 613.14 |
| Department Allowance | |
| HR Allowances | 2,250.00 |
| **Total Department Allowance** | **2,889.00** |
| Food reimbursement | 10,840.93 |
| Janitor Services | 18,218.31 |
| Moving Office | 3,845.97 |
| Office Equipment | 11,311.20 |
| Office Supplies | 41,650.62 |
| Amazon | 78,205.43 |
| Parks Coffee | 23,386.51 |
| **Total Office Supplies** | **149,942.89** |
| Reimbursement Expenses | 3,124.51 |
| Security | 3,400.00 |
| Redrock Sercurity | 250.00 |
| **Total Security** | **3,899.90** |
| Training Course | 1,041.85 |
| Mastery Technologies Inc. | 16,686.40 |
| **Total Training Course** | **17,789.85** |
| **Total Office/General Administrative Expenses** | **269,607.29** |
| Other Miscellaneous Service Cost | 3,078.42 |
| Adecco | 15,679.20 |
| Check Print and Stamp | 1,117.92 |
| Network & Communication Services | |
| Cox&Com | 26,340.00 |
| **Total Network & Communication Services** | **20,340.00** |

EXHIBIT 5<br>Page 17

| | TOTAL |
|---|---|
| RingCentral | 344.03 |
| Web Services | 8,626.56 |
| GoDaddy | 3,229.63 |
| Host Gator | 531.48 |
| Lachi Web Services | 738.98 |
| Mailbao Corporation | 1,710.60 |
| Rebrandly | 452.00 |
| Webhost | 442.45 |
| **Total Web Services** | **16,791.76** |
| **Total Other Miscellaneous Service Cost** | **60,591.27** |
| Payroll Expenses | |
| Taxes | 836,834.99 |
| Wages | 8,191,821.01 |
| **Total Payroll Expenses** | **9,028,656.00** |
| Phone and Internet | |
| Answering Service | 156,542.47 |
| **Total Phone and Internet** | **156,542.47** |
| Rent & Lease | |
| Discovery Business Center | 747,467.11 |
| Irvine Ranch Executive Suites | 150.00 |
| **Total Rent & Lease** | **747,617.11** |
| Shipping, Freight & Delivery | |
| UPS | 9,468.57 |
| **Total Shipping, Freight & Delivery** | **9,468.57** |
| Software | |
| Appcension Ltd | 2,780.23 |
| AWS | 346.38 |
| Bureau | 6,138.10 |
| Hello Sign | 3,050.00 |
| Intuit | 5,011.10 |
| Microsoft | 1,231.17 |
| Monday.com | 28,676.31 |
| Paddle | 1,529.60 |
| Screen Connection | 471.41 |
| TechSmith | 360.00 |
| Teramind | 49.95 |
| Twilio | 816.15 |
| Zoho Corporation | 20.07 |
| | 3,012.90 |
| **Total Software** | **60,580.87** |
| Staffing Services | |
| AppleOne | 44,092.60 |
| **Total Staffing Services** | **44,092.60** |
| Taxes & Licenses | 6,241.00 |
| Travel | 22,512.52 |
| Travel Meals | 2,297.97 |
| Uncategorized Expense | 343.29 |
| Utilities | |
| Water Source | 1,895.52 |

| | TOTAL |
|---|---|
| **Total Utilities** | 1,865.66 |
| **Total Expenses** | $88,877,918.12 |
| NET OPERATING INCOME | $1,075,127.30 |
| NET INCOME | $1,075,127.30 |

EXHIBIT 8
Page 19

Def.'s Ex. 51

| | | | |
|---|---|---|---|
| **State of California**<br>**Secretary of State**<br><br>**Statement of Information**<br>(Domestic Stock and Agricultural Cooperative Corporations)<br>FEES (Filing and Disclosure): $25.00.<br>If this is an amendment, see instructions.<br>**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM** | **S** | **FN20286**<br><br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br><br>**JUN-08 2017** | |

1. **CORPORATE NAME**
CONSUMER ADVOCACY CENTER INC.

2. **CALIFORNIA CORPORATE NUMBER**   C3700313     *This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. ☐ If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE<br>173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/<br>ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 8. SECRETARY<br>ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 9. CHIEF FINANCIAL OFFICER/<br>ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME<br>ALBERT KIM | 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS
ALBERT KIM

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 173 TECHNOLOGY DR STE 202, IRVINE, CA 92618 | | | |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
DOCUMENT PREPARATION SERVICES

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 06/08/2017 | ALBERT KIM | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

Def.'s Ex. 52

**DECLARATION OF KENETH HU**

Pursuant to 28 U.S.C. 1746

I, Keneth Hu, declare as follows:

1. I am over the age of eighteen and reside in Orange County, California.

2. I have personal knowledge of the following facts.

3. From ~June '17 to October 2019, I worked full-time as an office assistant and IT technician for Consumer Advocacy Center and its related companies.

4. I only started to see Kaine Wen at the office in 2017, around June or July.

5. I did not communicate with Kaine Wen until after he started coming into the office.

Executed on March 26, 2023, in Orange County, California.

Keneth Hu

Def.'s Ex. 53

### Premier Student Loan Center

PROFIT AND LOSS

January - December 2018

| | TOTAL |
|---|---|
| **Income** | |
| Private Loans | |
| Private Loans 2nd Company | 19,631.85 |
| **Total Private Loans** | 19,631.85 |
| Refunds and Allowances | |
| Check Refunds-Allowances | -208,311.55 |
| EMS Refund and Allowances | -20,210.65 |
| Esquire2/Maverick Refund and Allowances | -121,183.05 |
| Wells Fargo Refund and Allowances | -103,592.93 |
| **Total Refunds and Allowances** | -453,296.18 |
| Total Document Preparation Income | |
| Document Preparation Services-CAC | 72,683.16 |
| Document Preparation Services-EMS | 815,472.40 |
| Document Preparation Services-EPS | 6,216.85 |
| Esquire 2/Maverick Merchant Account | 2,440,269.19 |
| Natural Nine Merchant Account | 189,900.47 |
| True Count | 12,321,427.40 |
| True Count Merchant Account | 661,878.57 |
| WF Merchant Account | 3,386,795.33 |
| **Total Total Document Preparation Income** | 19,894,643.37 |
| Unapplied Cash Payment Income | 0.00 |
| **Total Income** | $19,460,977.04 |
| **GROSS PROFIT** | $19,460,977.04 |
| **Expenses** | |
| 1099s | |
| Adam D Hubbard | 260.50 |
| Anthony M Napoli | 187.00 |
| Aundria Davis | 176.00 |
| Blake Aaron Dickerhoof | 198.00 |
| Brandon C Kreindel | 176.00 |
| Brian Gustin | 392.48 |
| Carlos Ilarraza | 66.00 |
| Cassie R Dorsey | 343.26 |
| Clayton X Williams | 225.50 |
| Dax Selas | 300.00 |
| Darren J Forbes | 260.85 |
| De'Voreaux Selso White | 600.00 |
| Edward Blair Silver | 281.60 |
| Frank A Rodriguez | 154.33 |
| Franhiana Burns | 313.50 |
| Hector A Melgoza | 88.00 |
| Herman Padilla | 300.00 |

| | TOTAL |
|---|---|
| Hold The Door Corp | 275,000.00 |
| Infinite Management Solutions | 750,000.00 |
| Isaiah Markle | 55.00 |
| Jennifer E Taylor | 174.13 |
| Jessica R Terrell | 287.49 |
| JLK Marketing Corp | 52,184.40 |
| Joel Hinhley | 264.00 |
| Jonathan Frolis | 242.00 |
| Joseph Livio Baylon Consulting | 276,465.74 |
| Joshua Timothy Comfort | 264.00 |
| Kelman Consulting Inc. | 40,640.31 |
| Kennath Walch | 44.00 |
| Mellisa Jackson | 500.00 |
| Melody Hombostel | 154.00 |
| Michael A Dela Rouge | 283.25 |
| Michael D Cuisiaiow-Hall | 155.65 |
| Monique Dinh | 37,233.25 |
| Natalie Van Viegen | 352.00 |
| Neil Frederick Kaplan | 267.80 |
| Orlando Hisquierardo | 137.50 |
| Ralph Poriseh Wayne Poirier Jr | 176.00 |
| Richard M Rotondo | 46.20 |
| Sarah L Miller | 341.00 |
| Shana Colohan | 22.00 |
| Susana Esquibel | 3,364.65 |
| Syed Gilani | 12,840.61 |
| Tarah McGilvray | 330.00 |
| Tasha Merulla | 242.00 |
| TN Accounting Inc | 23,765.75 |
| Todd Silver | 281.80 |
| Total 1099s | 1,480,467.15 |
| Adp LLC | 21,126.97 |
| Advertising | 715.36 |
| 600 Capital Inc | 67,259.49 |
| ADNOMIC | 2,304.00 |
| Adnul marketing | 1,700.00 |
| Allfast Network | 48,212.00 |
| Agogo | 893.00 |
| Alphonetics | 1,520.00 |
| Anan Marketing | 2,014,400.00 |
| BNF | 2,734.00 |
| BPO-Brian Columbiana Leads | 341,729.50 |
| Buildalytics | 4,590.00 |
| Cail Center Capital | 544.00 |
| Call180.com | 20,000.00 |
| CPX | 103,600.00 |
| Debt Watch Dogs | 4,971.90 |
| Direct Web Advertising | 8,912.00 |
| DNC Scrub | 5,349.11 |
| Facebook | 894.71 |

Cash Basis  Monday, August 5, 2019 06:41 PM GMT-7                    2/5

|  | TOTAL |
|---|---|
| Farrington Leads | 1,911,022.00 |
| First Fidelity Leads | 38,076.00 |
| Five Marketing Group | 1,335,947.50 |
| Flex | 255.00 |
| Follow My Lead | 13,616.00 |
| Fortress Leads | 90,918.00 |
| Hello Conversion Software | 3,500.00 |
| Imperial Calls Ltd | 154,282.11 |
| IntelCentrix | 28,505.57 |
| Intellectual Incorporated | 9,215.00 |
| James Dearing-Centra Corp | 69,500.00 |
| Kyle Shea | 3,200.00 |
| Lead Excel Marketing | 4,250.00 |
| Lead Science -Drips | 716.00 |
| Ladix | 68,976.00 |
| Little brook media | 2,235.00 |
| Max Decisions | 8,000.00 |
| mint | 2,640.00 |
| Olive Branch Lending | 11,475.00 |
| Polo Media Group Marketing | 33,016.00 |
| PubClub Leads | 1,326,938.50 |
| Rashmikant Marketing | 3,200.00 |
| Relocedia Marketing | -3,500.00 |
| Referral Gift Cards expense | 117,032.00 |
| Ring Partner | 16,480.95 |
| SEO | 695.00 |
| South County Financial Marketing | 2,175.00 |
| Trusted Leads | 3,400.00 |
| Ytel | 15,118.75 |
| Zero Seventy LLC | 5,285.00 |
| **Total Advertising** | **8,511,879.98** |
| Bank Charges | 7,905.42 |
| SMS Merchant Account Fees | 61,260.15 |
| EPS Processing Fees | 134.38 |
| Esquire 2/Maverick Merchant Acct Fees | 108,937.95 |
| Gateway Charges | 10,608.62 |
| Natural Nine Merchant Account Processing Fees | 103,556.21 |
| True Count Merchant Account Fees Processing Fees | 296,034.30 |
| Wells Fargo Processing Fees | 190,810.85 |
| **Total Bank Charges** | **781,247.88** |
| Check Order | 154.98 |
| Depreciation Expense | 7,874.00 |
| Disposal Fees | 1,135.00 |
| Donations | 300.00 |
| Employee Benefit | 549.22 |
| Health and Fitness | 504.43 |
| Human Resource Classes | 638.57 |
| Insurance | 5,545.29 |

| | TOTAL |
|---|---|
| Hartford Worker's Comp. Insurance | 10,792.50 |
| **Total Insurance** | **16,337.79** |
| IT | 2,506.73 |
| Janitorial Services | 14,012.49 |
| Job Placement Ads | 4,639.74 |
| Legal & Professional Fees | 201.04 |
| Akerman LLP law firm | 204,308.99 |
| Brian Behar Attorney | 31,171.00 |
| Crammer Inc | 2,585.00 |
| DBA | 40.00 |
| GreenSpoon Marder | 54,736.36 |
| Hinch Newman | 7,995.00 |
| Huntington Legal Solutions | 8,000.00 |
| Littler Mendelson PC | 7,500.00 |
| McCormick Law Firm | 1,764.50 |
| McGuireWoods LLP | 11,459.50 |
| Office Of Attorney General North Dakota | 3,500.00 |
| Pansky Markle Ham LLP | 10,646.60 |
| Robin Rasner/Henry Josefsberg | -2,479.90 |
| Thurman Legal | 3,855.41 |
| **Total Legal & Professional Fees** | **345,313.50** |
| Meals and Entertainment | 11,092.42 |
| Other General and Admin Expenses | 1,651.74 |
| Payroll Expenses | 8,177.88 |
| Taxes | 568,775.60 |
| Wages | 6,564,259.50 |
| **Total Payroll Expenses** | **7,141,192.88** |
| Phone and Internet | 750.33 |
| Caller Ready | 217,635.97 |
| Cox | 21,915.99 |
| Fonality | 102,978.74 |
| My Fax and Answering Service | 27,180.98 |
| T Mobile Expense | 526.14 |
| Telephone | 2,005.28 |
| **Total Phone and Internet** | **372,991.43** |
| Rent or Lease of Buildings | 65,070.74 |
| Guaranteed Rate Office Lease | 310,707.04 |
| **Total Rent or Lease of Buildings** | **375,777.78** |
| Repair & Maintenance | 3,690.00 |
| Security | 3,710.40 |
| Settlement and Damages | |
| Andrew Perrong | 17,000.00 |
| Anton Ewing | 2,500.00 |
| Denittia Osetchen | 15,000.00 |
| James Shelton | 750.00 |
| Josrey Newell | 7,500.00 |
| Lawyers for Employee and Consumer Rights APC | 5,750.00 |

Cash Basis  Monday, August 5, 2019 05:41 PM GMT-7                    4/5

| | TOTAL |
|---|---|
| Stephen Rosenthal | 333.00 |
| Travis Young | 1,250.00 |
| Whitehead Employment Law Attorney | 26,250.00 |
| Client Trust Account | |
| **Total Settlement and Damages** | **78,333.00** |
| Shipping and delivery expense | 11,331.55 |
| Software Expense | 6,904.38 |
| Debt Pay Pro Software | 19,405.00 |
| EPS EPSDR PPD | 49.75 |
| Intuit | 1,071.00 |
| Land API | 200.00 |
| Microsoft Software | 17,213.94 |
| Paddle | 351.13 |
| Pinpoint Intelligence | 3,486.14 |
| **Total Software Expense** | **48,681.34** |
| Staffing Payroll Companies | |
| All Out Staffing Inc | 2,500.00 |
| House Lannister Staffing Inc | -6,000.00 |
| **Total Staffing Payroll Companies** | **-3,500.00** |
| Supplies | 83,166.32 |
| Joyride Coffee | 29,319.83 |
| **Total Supplies** | **112,486.15** |
| Taxes & Licenses | 1,304.00 |
| Travel | 6,127.59 |
| Travel Meals | 5,472.69 |
| Utilities | 1,436.98 |
| Website Expense | 15,340.48 |
| **Total Expenses** | **$19,373,708.56** |
| NET OPERATING INCOME | $87,288.48 |
| Other Expenses | |
| Employee Expense Reimbursements | 46,188.48 |
| Miscellaneous | 184.08 |
| **Total Other Expenses** | **$46,372.56** |
| NET OTHER INCOME | $ -46,372.56 |
| NET INCOME | $40,895.92 |

Cash Basis  Monday, August 5, 2019 05:41 PM GMT-7                    5/5

Def.'s Ex. 54

Relief Defendants. Per the California Secretary of State Statement of Information filed in 2018, Kaine Wen is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of Hold the Door, Corp. Per the California Secretary of State Statement of Information filed in 2019, Albert Kim is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of Infinite Management Solutions, Inc.

There were recorded payments from True Count to TN Accounting, Inc., another Relief Defendant, for the period March 7, 2018 through October 3, 2019 totaling $298,883. Per the California Secretary of State Statement of Information filed in 2017, Tuong Nguyen is listed as the Chief Executive Officer, Secretary, and Chief Financial Officer of TN Accounting, Inc.

Per the Balance Sheet, the largest asset is the funds in the merchant processor reserve accounts, totaling $4,709,221, followed by funds in the bank accounts totaling $322,718.

Attached as Exhibit B is the True Count Staffing, Inc. Profit and Loss Statement and Balance Sheet for all dates recorded in QuickBooks (January 1, 2018 to October 23, 2019).

3. Horizon Consultants, LLC

The Receiver identified Horizon Consultants as a Receivership Defendant. Sunwest Bank provided Horizon Consultants' bank statements, which indicate a monthly recurring payment to Intuit for a QuickBooks Online subscription beginning in February 2019 and continuing each month through September 2019. While access to Horizon Consultants' QuickBooks file was requested, it has not yet been made available.

Horizon Consultants appears to be an aged shelf company. It appears that Universal Essence, LLC, a Wyoming LLC, was acquired and the name was changed to Horizon Consultants, LLC. Universal Essence, LLC was registered with the Wyoming Secretary of State on November 30, 2015. On October 3, 2018, the name was changed to Horizon Consultants, LLC and on October 22, 2018, Horizon Consultants, LLC filed its Application to Register a Foreign Limited Liability Company with the California Secretary of State. One of the reasons that aged shelf companies are purchased is to purport a longer company history, giving the appearance of a company's longevity.

The Sunwest Bank account appears to have been opened in November 2018. The first transactions began in January 2019. Based on the bank statements, it appears that there are deposits from National Merchant Center, a merchant processor, with the first deposit on January 18, 2019. Below is a chart summarizing the deposits and withdrawals in the Horizon Consultants Sunwest Bank account for each month from January 2019 through September 2019

4

EXHIBIT 5
Page 11

Sunwest Bank, Account No. x1069
January 1, 2019 through September 30, 2019

| Month | Deposits | Withdrawals |
|---|---|---|
| January | 113,634.70 | (4,113.15) |
| February | 311,612.29 | (12,742.33) |
| March | 1,636,309.08 | (1,249,585.46) |
| April | 1,857,183.95 | (2,121,466.57) |
| May | 1,639,859.93 | (949,114.43) |
| June | 1,417,541.48 | (1,541,004.78) |
| July | 1,866,534.93 | (173,902.27) |
| August | - | (539,663.91) |
| September | 20,771.80 | (325,671.42) |
| Total | 8,863,448.16 | (6,917,264.32) |

The balance in the Sunwest Bank account as of September 30, 2019 was $1,946,183.84. The funds coming into the Horizon Consultants bank account vastly increased from February 2019 to March 2019, with March deposits reaching more than five times the amount deposited in the prior month.

The withdrawals from the Horizon Consultants bank account primarily consist of merchant processor fees, chargebacks, and outgoing wires. Like the deposits into the account, the withdrawals also drastically increase from February 2019 to March 2019. While the deposits in March were five times the amount of deposits in February, the withdrawals in March are almost 100 times the amount withdrawn in February. Approximately 95% of the March withdrawals were outgoing wires. The chart below summarizes, by month, the total outgoing wires from the Horizon Consultants bank account.

5

EXHIBIT 5
Page 12

Sunwest Bank, Account No. x1069
January 1, 2019 through September 30, 2019
Outgoing Wires

| Month | Wires Out |
|---|---|
| January | - |
| February | - |
| March | 1,192,886.15 |
| April | 1,958,136.20 |
| May | 784,118.16 |
| June | 1,396,319.31 |
| July | 48,545.65 |
| August | 513,107.16 |
| September | 210,807.80 |
| Total | 6,103,920.43 |

One of the outgoing wires in August 2019, in the amount of $400,000, was sent to True Count's Chase Bank account. Another wire in the amount of $78,500 was sent to True Count's Sunwest Bank account in September 2019. From March through September, wires in the amount of $5,131,460 were sent to Pub Club Leads. A company by the name of Aftermath Labs was wired $48,546 in July 2019. Wires totaling $577,971 were sent to a processing services company in Vietnam, including a wire in the amount of 132,556 that was sent in October 2019.

Per the National Merchant Center statement as of July 31, 2019, the 2019 gross reportable sales of Horizon Consultants totaled $10,517,043.12. Merchant fees, chargebacks, and other miscellaneous fees are deducted from the gross amount. Also, the reserve amount is deducted from the gross sales. The reserve amount for the period January 2019 through July 2019 totals $1,357,244.16. This amount should increase with the addition of the August, September, and October sales. It is unclear why the reserve account for Horizon Consultants is recorded in the QuickBooks file for True Count.

4.   First Priority, LLC

The Receiver also identified First Priority, LLC ("First Priority") as a Receivership Defendant. At this time, we do not have QuickBooks records for this entity. My analysis is based on First Priority Sunwest Bank account statements.

Like Horizon Consultants, it appears that an aged shelf company, BFF, LLC, was acquired and the name was changed to First Priority, LLC. BFF, LLC was registered with the Wyoming Secretary of State on October 23, 2012. The name was changed from BFF, LLC to First Priority, LLC on April 26, 2018. On May 17, 2018, First Priority filed its Application to Register a Foreign Limited Liability Company with the California Secretary of State.

6

EXHIBIT 5
Page 13

Def.'s Ex. 55

### SL Business Legitimate Expenses Chart

| Expenses | Offset | Source | Description |
|---|---|---|---|
| $35,275 | | Def.'s Ex. 5 (CAC 2015 Profit and Loss) | CAC 2015 |
| $2,130,582 | | Def.'s Ex. 6 (CAC 2016 Profit and Loss) | CAC 2016 |
| $13,525,560 | | Def.'s Ex. 8 (CAC 2017 Profit and Loss) | CAC 2017 |
| $19,373,709 | | Def.'s Ex. 53 (CAC 2018 Profit and Loss) | CAC 2018 |
| $26,877,918 | | Def.'s Ex. 50 (Prime Profit and Loss: All Dates) | Prime: All |
| | $5,041,069 | Def.'s Ex. 50 (Prime Profit and Loss: All Dates) | Mice and Men |
| | $3,984,779 | Def.'s Ex. 50 (Prime Profit and Loss: All Dates) | 1st Generation |
| $53,496,980 | | Def.'s Ex. 49 (TCS Profit and Loss: All Dates) | TCS: All |
| | $12,321,427 | Def.'s Ex. 49 (TCS Profit and Loss: All Dates) | CAC |
| | $27,951,486 | Def.'s Ex. 49 (TCS Profit and Loss: All Dates) | Prime |
| $6,917,264 | | Def.'s Ex. 54 (Horizon Consultants Accounting) | Horizon |
| | $478,500 | Def.'s Ex. 54 (Horizon Consultants Accounting) | TCS |

**Total Expenses Minus Offsets: $72,580,027**