CASE NO. CV 19-1998-MWF (KSx)

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per



FILED

2023 MAR 27 PM 3:45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants | CASE NO. CV 19-1998-MWF (KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**CERTIFICATE OF SERVICE RE. OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 24, 2023<br>Time: 10:00 AM<br>Judge: Hon. Michael W. Fitzgerald<br>Courtroom: 5A<br><br><br><br><br><br><br><br><br><br>Action Filed: October 21, 2019 |

1

CERTIFICATE OF SERVICE

CASE NO. CV 19-1998-MWF (KSx)

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, I caused to be served to Plaintiffs in this matter via email to jesse.stewart@cfpb.gov true and correct copies of the following documents:

(1) Defendant Kaine Wen's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment

(2) Kaine Wen's Declaration in support of Opposition to Plaintiffs' Motion for Partial Summary Judgment

(3) Statement Of Genuine Disputes pursuant to Local Rule 56-2

(4) Exhibits

(5) Evidentiary Objections to Declaration of Albert Kim

(6) Evidentiary Objections to Declaration of Tuong Nguyen

Executed on March 27, 2023 at Los Angeles County, California.

_____
Kaine Wen