Stephanie B. Garlock (D.C. Bar No. 1779629)
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiff(s)<br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:19-cv-01998-MWF-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Garlock, Stephanie B.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 695-4908          (202) 435-7392
*Telephone Number*       *Fax Number*

stephanie.garlock@cfpb.gov
*E-Mail Address*

of  Consumer Financial Protection Bureau
    1700 G Street, NW
    Washington, DC 20552

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial*

264787            (415) 844-9787        (415) 844-9788
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*

leanne.hartmann@cfpb.gov
*E-Mail Address*

of  Consumer Financial Protection Bureau
    301 Howard Street
    Suite 1200
    San Francisco, CA 94105

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**