# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.<br><br>Plaintiff(s)<br>v.<br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:19-cv-01998-MWF(KSx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Garlock, Stephanie B.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 695-4908     (202) 435-7392
*Telephone Number     Fax Number*
stephanie.garlock@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Bureau of Consumer Financial Protection
*Name(s) of Party(ies) Represent*      ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Hartmann, Leanne E.
*Designee's Name (Last Name, First Name & Middle Initial*
264787           (415) 844-9787      (415) 844-9788
*Designee's Cal. Bar No.   Telephone Number     Fax Number*
leanne.hartmann@cfpb.gov
*E-Mail Address*

of

Consumer Financial Protection Bureau
301 Howard Street
Suite 1200
San Francisco, CA 94105
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: April 7, 2023

*/s/ Michael W. Fitzgerald*
Michael W. Fitzgerald, U.S. District Judge