SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF PLAINTIFF'S MOTION FOR RELIEF FROM THE COURT'S JANUARY 6, 2023 ORDER INSOFAR AS IT REQUIRED THAT THE BUREAU PERSONALLY SERVE DEFENDANT WEN OR, IN THE ALTERNATIVE, FOR AN ORDER DEEMING WEN AS SERVED**<br><br>Court:   Hon. Michael W. Fitzgerald<br>Date:    May 22, 2023<br>Time:    10:00 AM<br>Place:   Courtroom 5A |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that through this Notice and enclosed papers, and by a hearing scheduled for May 22, 2023, at 10:00 AM, or at such other time as this matter may be heard, Plaintiff the Bureau of Consumer Financial Protection (Bureau) moves this Court for relief from the Court's January 6, 2023 order (Contempt Order) insofar as it required that the Bureau personally serve Defendant Kaine Wen or, in the alternative, for an order deeming Wen as served. The hearing will take place in the Courtroom of the Honorable Michael W. Fitzgerald, First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012.

This motion is made following the conference of Bureau counsel with Wen, who is appearing *pro se*, pursuant to Local Rule 7-3. That conference took place telephonically on March 28, 2023. The Bureau seeks an order relieving it of the requirement that it personally serve Wen with the Contempt Order or, in the alternative, an order deeming Wen as served. During the Local Rule 7-3 conference, Wen indicated that he would not consent to the relief the Bureau seeks but that he did not anticipate filing an opposition.

This motion is based upon this Notice, the Bureau's memorandum in support, the declaration of Jesse Stewart, and the exhibits referenced in the Stewart declaration and filed herewith. A proposed order is attached.

Dated: April 19, 2023                    Respectfully Submitted,

*/s/ Jesse Stewart*
Jesse Stewart (N.Y. Bar No. 5145495)
(admitted *pro hac vice*)
N. Nathan Dimock (D.C. Bar No. 487743)
(admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*