# Exhibit 1

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Monday, January 9, 2023 11:35 AM |
| **To:** | Kaine Wen |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order |
| | |
| **Importance:** | High |

Dear Mr. Wen,

We have not heard from you in response to the below email. Please tell us whether you consent to accept personal service of the Court's contempt order via my January 6, 2023 email, which attached the contempt order. To the extent you are unwilling to accept personal service via my email, then please let us know of a physical address where we can personally serve you, as well as times you will be present to accept service at that location.

Further, please identify a mailing address where we can send physical copies of filings and other case-related documents to you, given your previous request that we serve you with physical copies of such papers and our understanding that your mailing address may have changed recently. If you prefer to receive such documents via email, please let us know as soon as possible.

Sincerely,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Friday, January 06, 2023 9:32 PM
**To:** Kaine Wen <kainewen@gmail.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** FW: Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order

Dear Mr. Wen,

Please find the attached order. Please indicate whether you agree to accept personal service via this email. If you will not accept personal service via email, please provide a physical address where we can personally serve you consistent with the Court's order. I expect such service will involve a process server. Please also provide your mailing address, to the extent it has changed from the address provided on your declaration in response to the show-cause order.

Sincerely,

Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, January 06, 2023 4:12 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 8:19-cv-01998-MWF-KS Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 1/6/2023 at 1:12 PM PST and filed on 1/6/2023
**Case Name:**          Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al
**Case Number:**      8:19-cv-01998-MWF-KS
**Filer:**
**Document Number:** 418

**Docket Text:**
**MINUTES (IN CHAMBERS) ORDER HOLDING KAINE WEN IN CIVIL CONTEMPT by Judge Michael W. Fitzgerald. Accordingly, the Court ORDERS as follows: 1) The Court finds Defendant in contempt of Court. 2) Defendant shall identify all virtual currency addresses that he owned, controlled, or were held in his benefit, any associated virtual currency wallet, and all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm)**

**8:19-cv-01998-MWF-KS Notice has been electronically mailed to:**

Marc S Williams    jrodriguez@cohen-williams.com, mwilliams@cohen-williams.com, jwerther@cohen-williams.com

Christina Victoria Tusan     william.pletcher@lacity.org, m.donna.uy-barreta@lacity.org, christina.tusan@lacity.org

Miguel Jesus Ruiz     miguel.j.ruiz@lacity.org

Julian Burns King     julian@kingsiegel.com, service@kingsiegel.com

Sarah M Preis     sarah.preis@cfpb.gov

Brent R Phillips     bphillips@phillipslawcorporation.com, bphill3780@aol.com

William Raabe Pletcher     amy.fujimoto@lacity.org, m.donna.uy-barreta@lacity.org, william.pletcher@lacity.org

Logan Daniel Smith     jjacobs@mcnamarallp.com, lsmith@mcnamarallp.com

Matthew Leo Eanet     sara@eanetpc.com, matt@eanetpc.com

Margaret L Weaver     lweaver@ncdoj.gov

Cornelia Julianna Boleyn Gordon     jjacobs@mcnamarallp.com, cgordon@mcnamarallp.com

Andrew M Greene     jjacobs@mcnamarallp.com, agreene@mcnamarallp.com

Samuel Standage Meehan     smeehan@waymakerlaw.com

Jose A Egurbide     jose.egurbide@lacity.org

Glenn D Moses     gjbecf@ecf.courtdrive.com, gmoses@gjb-law.com

Louisa O. Kirakosian     ana.johnson@lacity.org, louisa.kirakosian@lacity.org

Evan Romanoff     evan.romanoff@ag.state.mn.us

Keri Curtis Axel     kaxel@waymakerlaw.com, file@waymakerlaw.com

Nathan Dimock     nathan.dimock@cfpb.gov

Jesse D Stewart     jesse.stewart@cfpb.gov, cfpb_courtdocs@cfpb.gov

Reuven L. Cohen     jrodriguez@cohen-williams.com, rcohen@cohen-williams.com, mwilliams@cohen-williams.com, jwerther@cohen-williams.com

Leanne E. Hartmann     leanne.hartmann@cfpb.gov, cfpb_courtdocs@cfpb.gov

**8:19-cv-01998-MWF-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Kaine Wen
REG 79766-112
RRM Long Beach
1299 Seaside Avenue
San Pedro CA 90731
US

3

# Exhibit 2

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Wednesday, January 18, 2023 10:35 AM |
| **To:** | Kaine Wen |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: Service |

Dear Mr. Wen,

We write regarding our continued efforts to personally serve you with the Court's January 6, 2023 order finding you in contempt (Contempt Order). We have asked for your cooperation in arranging personal service so that we can comply with the Court's order as efficiently as possible. You have refused to cooperate with us or agree to accept service through other means. As set forth below, if we are not able to serve you personally, then we intend to notify the Court and may seek appropriate additional relief.

As you know, we transmitted the Contempt Order as an attachment to your kainewen@gmail.com email address on January 6, 2023, and you confirmed receipt of that email on January 10, 2023. By emails dated January 6, 9, 10, and 11, 2023, we requested your cooperation to allow us to personally serve you, including requesting a time and a place where we could personally serve you. Your emails of January 9 and 10, 2023, indicated that you would not agree to accept service via email and you did not agree to a time and place to receive service from a process server. Based on updated address information that you provided on January 10, 2023 (ECF No. 419), we mailed the Contempt Order to you via USPS Priority Mail on January 11, 2023. USPS tracking information shows the Contempt Order was delivered to your service address on January 13, 2023, and was signed for by "Kaine." When we spoke with you on the phone on January 11, 2023, you again refused to accept personal service and refused to indicate a time and location to accept personal service via a process server. If your position has changed and you agree to accept personal service via the USPS mailing of January 11, 2023, or you will cooperate in meeting a process server at a designated time and place, please let us know as soon as possible.

We plan to file a notice soon updating the Court about our attempts at personally serving you. Further, if we are unable to personally serve you with a process server and if you will not agree to accept service via other means, we may seek appropriate additional relief from the Court.

Sincerely,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Wednesday, January 11, 2023 10:30 AM
**To:** Kaine Wen <kainewen@gmail.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** RE: Service

Dear Mr. Wen,

Thank you for providing your updated address, which we will assume we should use to mail service to you under Federal Rule of Civil Procedure 5 unless we hear otherwise from you.

With respect to service of the Court's January 6, 2023 contempt order, which we emailed to you on January 6, 2023, the order provides, "Plaintiff shall *personally* serve this Order on Defendant and file proof of service thereof." ECF No. 418 at 12 (emphasis added). Federal Rule of Civil Procedure 4.1 addresses service of civil contempt orders and provides:

> Rule 4.1. Serving Other Process
>
> (a) In General. Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal *or by a person specially appointed for that purpose*. It may be served anywhere within the territorial limits of the state where the district court is located and, if authorized by a federal statute, beyond those limits. Proof of service must be made under Rule 4(l).
>
> (b) Enforcing Orders: Committing for Civil Contempt. An order committing a person for civil contempt of a decree or injunction issued to enforce federal law may be served and enforced in any district. Any other order in a civil-contempt proceeding may be served only in the state where the issuing court is located or elsewhere in the United States within 100 miles from where the order was issued.

(emphasis added). Based on the above, we intend to use a process server to locate and personally hand a physical copy of the contempt order to you. For this reason, we have requested that you indicate a place and time where we can personally serve you. By providing us this information, you can indicate a location and time that is convenient for you to accept service. And by arranging a place and time to accept personal service, you will also save us the time and expense of repeated service attempts. We appreciate your prompt response.

Sincerely,

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Tuesday, January 10, 2023 10:35 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** Re: Service

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Mr. Stewart,

In order to clear up any mischaracterizations, please note that on December 12, 2022 I indicated I did not agree to accept service via email for filings in this matter. Yet, on the evening of Friday, January 6 and the morning of Monday,

January 9 you again asked me whether I would accept service via email. On the evening of Monday, January 9, within one business day, I reiterated in no uncertain terms that I did not agree to accept personal service via email.

As a FYI, I also did not receive any voicemail on January 9.

Additionally, you wrote: "Please identify a physical address where we can personally serve you with the contempt order, and the times when you will be present at that address to accept service." Is there some requirement that I need to provide you with my physical address and times to accept service of documents? I am not aware of any such requirement, but if there is, please let me know.

Regarding Local Rule 83-2.4, I am in the process of updating my address to:

146 Bishop Lndg
Irvine, CA 92620

Sincerely,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Tue, Jan 10, 2023 at 8:29 AM Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> wrote:

Dear Mr. Wen,

The Court's January 6, 2023 contempt order requires you to turn over all of your cryptocurrency assets to the Receiver and take other actions by January 17, 2023, or pay a fine of $1,000 each day thereafter. We emailed this order to you on January 6, and requested information to allow us to personally serve you with it, as the order requires. You have refused to accept service via email, and you have not provided any information that will enable us to personally serve you despite our repeated requests.  Specifically, we asked you for information enabling us to personally serve you on January 6 and 9, 2023, and by leaving you a voicemail on January 9, 2023. Please identify a physical address where we can personally serve you with the contempt order, and the times when you will be present at that address to accept service.

Our January 6 and 9, 2023 emails also requested that you confirm a mailing address where we can send physical copies of filings and case-related documents to you. To date, you have not provided this information. As you may know, Local Rule 83-2.4 provides (emphasis added):

L.R. 83-2.4  Notification of Change of Name, Address, Firm Association, Telephone Number, Facsimile Number or E-Mail Address.  An attorney who is a member of the bar of this Court or who has been authorized to appear in a case in this Court, *and any party who has appeared pro se in a case pending before the Court*, and who changes his or her name, office address (or residence address, if no office is maintained), law firm association (if any), telephone number, facsimile number, or e-mail address must, within five (5) days of the change, notify the Clerk of Court in writing. If any actions are currently pending, the attorney or party must file and serve a copy of the notice upon all parties.

According to the Bureau of Prisons (BOP) website, you were released from BOP custody on December 23, 2022. If your address or other contact information has changed as a result, please provide the updated information.


Sincerely,

Jesse


Jesse Stewart

Enforcement Attorney

Consumer Financial Protection Bureau

Office: (202) 435-9641 | Mobile: (202) 430-0628


**consumerfinance.gov**


Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.


---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Monday, January 09, 2023 8:13 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** Service


**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Mr. Stewart,


**I DO NOT agree to accept personal service via email.**


4

Best,


Kaine Wen


*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

# Exhibit 3

January 17, 2023

Dear Jesse Stewart:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8112 0620 3567 0399 20**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | January 13, 2023, 1:04 pm |
| **Location:** | IRVINE, CA 92620 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | Kaine Wen |
| **Actual Recipient Name:** | K W |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 2.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | Kain Kain |
| Address of Recipient: | 146 BISHOP LNDG IRVINE, CA 92620 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit 4

| Attorney or Party without Attorney:<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>1700 G St NW<br>Washington, DC 20552<br><br>Telephone No:   (202) 435-9318 | | For Court Use Only |
|---|---|---|
| Attorney For: | Ref. No. or File No.:<br>BCFP v CAC | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Central District of California | | |
| Plaintiff:   Bureau of Consumer Financial Protection<br>Defendant:   Consumer Advocacy Ctr. et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-cv-01998-MWF-KS |
|---|---|---|---|---|

1.  I, Alexander Patterson 2016187293, Los Angeles , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Kaine Wen as follows:

2.  *Documents:* Civil Minutes-General Re: Order Holding Kaine Wen in Civil Contempt

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Alexander Patterson (2016187293, Los Angeles) on: Jan 9, 2023, 3:50 pm PST at 16101 Old Valley Blvd, La Puente, CA 91744
Business is closed and locked. The name on the door says KU Collections LLC 626-823-0810. The building also had an A on it, indicated there is more than one suite. However, I did not see any other letters or entrances. I called the number but it went straight to voicemail.

2) Unsuccessful Attempt by: Alexander Patterson (2016187293, Los Angeles) on: Jan 10, 2023, 5:15 pm PST at 16101 Old Valley Blvd, La Puente, CA 91744
Per Simon, employee, subject is not here today. He tried calling his boss to get more information but there was no answer. He does not know when he will be in again.

3) Unsuccessful Attempt by: Alexander Patterson (2016187293, Los Angeles) on: Jan 12, 2023, 5:05 pm PST at 16101 Old Valley Blvd, La Puente, CA 91744
Per same employee, subject is not here as he is working remotely.



*8198735*<br>*(361185)*<br>Page 1 of 2

| Attorney or Party without Attorney:<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>1700 G St NW<br>Washington, DC 20552<br>  *Telephone No:*   (202) 435-9318 | | *For Court Use Only* |
|---|---|---|
| *Attorney For:* | *Ref. No. or File No.:*<br>BCFP v CAC | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Central District of California |
|---|

| *Plaintiff:*   Bureau of Consumer Financial Protection<br>*Defendant:*   Consumer Advocacy Ctr. et al. |
|---|

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>8:19-cv-01998-MWF-KS |
|---|---|---|---|---|

*3. Person Who Served Papers:*
  a. Alexander Patterson (2016187293, Los Angeles)
  **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
  c. (213) 250-1111

Recoverab e cost Per CCP 1033.5(a)(4)(B)

  **d.** *The Fee* for Service was:
  **e.** I am: A Registered California Process Server

4.   *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

01/31/2023
_____                    _____
*(Date)*                                              *(Signature)*



**AFFIDAVIT OF**<br>**DUE DILIGENCE**

*8198735*
*(361185)*
**Page 2 of 2**

Pls.' Ex. 4
P. 15

# Exhibit 5

| Attorney or Party without Attorney:<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>1700 G St NW<br>Washington, DC 20552<br>  Telephone No:  (202) 435-9318 | | For Court Use Only |
|---|---|---|
| Attorney For: | Ref. No. or File No.:<br>BCFP v CAC | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Central District of California | | |
| Plaintiff:  Bureau of Consumer Financial Protection<br>Defendant:  Consumer Advocacy Ctr. et al. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-cv-01998-MWF-KS |
|---|---|---|---|---|

1.  I, Frank Harrigan 1530, Orange , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Kaine Wen as follows:

2.  *Documents:* Civil Minutes-General Re: Order Holding Kaine Wen in Civil Contempt

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Frank Harrigan (1530, Orange) on: Jan 12, 2023, 5:15 pm PST at 146 Bishop Lndg, Irvine, CA 92620
No answer at the door and no movement or activity inside. Location is a two-story connected townhome with a two car garage and no driveway. There are multiple advertisements on the door and no doormat. There is a ring doorbell that doesn't work. There is nothing on the patio. Location appears vacant, but cannot see inside and could not confirm with neighbors

2) Unsuccessful Attempt by: Frank Harrigan (1530, Orange) on: Jan 13, 2023, 7:35 am PST at 146 Bishop Lndg, Irvine, CA 92620
No answer at the door, no activity heard or seen within premises. Believe location might be vacant.

3) Unsuccessful Attempt by: Frank Harrigan (1530, Orange) on: Jan 16, 2023, 7:25 am PST at 146 Bishop Lndg, Irvine, CA 92620
No answer at the door no changes. Advertisements are still on the door and does not appear Anybody has gone in or out from markers I left on the garage door and front door.

4) Unsuccessful Attempt by: Frank Harrigan (1530, Orange) on: Jan 21, 2023, 7:25 am PST at 146 Bishop Lndg, Irvine, CA 92620
No answer at the door. No changes. Ads are still on the door and did not hear or see any movement or activity inside. Tried knocking in the ring doorbell but no movement.



| Attorney or Party without Attorney:<br>BUREAU OF CONSUMER FINANCIAL PROTECTION<br>1700 G St NW<br>Washington, DC 20552<br>Telephone No:   (202) 435-9318 | | For Court Use Only |
|---|---|---|
| Attorney For: | Ref. No. or File No.:<br>BCFP v CAC | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Central District of California | | |
| Plaintiff:   Bureau of Consumer Financial Protection<br>Defendant:   Consumer Advocacy Ctr. et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-cv-01998-MWF-KS |
|---|---|---|---|---|

6.   **Person Who Served Papers:**
   a. Frank Harrigan (1530, Orange)
   **b. FIRST LEGAL**
     3600 Lime Street, Suite 626
     RIVERSIDE, CA 92501
   c. (888) 599-5039

        **d. The Fee** for Service was:

4.   *I declare under penalty of perjury that the foregoing is true and correct.*

01/31/2023
_____
*(Date)*

_____
*(Signature)*



AFFIDAVIT OF
DUE DILIGENCE

*8220030*
*(361367)*
**Page 2 of 2**

# Exhibit 6

| | |
|---|---|
| **From:** | Michael Adler <madler@ta-llp.com> |
| **Sent:** | Friday, February 3, 2023 4:43 PM |
| **To:** | Stewart, Jesse (CFPB) |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment |
| **Importance:** | High |

> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Hi, Jesse.

This will confirm that I no longer represent Ms. Judy Dai.  You are permitted to contact her directly and the following is the information I have for her contact information:

Email:
REDACTED @gmail.com

Mailing address:
REDACTED
REDACTED
Azusa, Ca

       Have a great weekend.
       Thanks.
       Michael

Michael S. Adler
**TANTALO & ADLER LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Main:   (310) 734-8695
Direct:  (310) 734-8694
Email:   madler@ta-llp.com

---

**From:** Michael Adler <madler@ta-llp.com>
**Sent:** Wednesday, February 1, 2023 11:01 AM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** Re: CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment

Hi, Jesse.

I hope all is well with you and the entire team.

I confirm receipt of this email.  I will get back to you ASAP.

Thanks.
Michael


Michael S. Adler
**TANTALO & ADLER LLP**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Main:    (310) 734-8695
Direct:  (310) 734-8694
Email:   madler@ta-llp.com

---

**From:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Sent:** Wednesday, February 1, 2023 10:21 AM
**To:** Michael Adler <madler@ta-llp.com>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment

Dear Michael,

We are reaching out related to paragraph 41 of the Stipulated Final Judgment and Order as to Judy Dai in the above-referenced matter, ECF No. 298 (attached for reference). Paragraph 41 provides:

> 41. Settling Relief Defendant must cooperate fully to help Plaintiffs
> determine the identity, location, and contact information of any Defendant and
> any Person who might have contact information for any Defendant, and the
> identity and location of Assets of any Defendant. Settling Relief Defendant
> must provide such information in her or her agents' possession or control within
> fourteen days of receiving a written request from any Plaintiff.

Pursuant to paragraph 41, the Bureau requests that Ms. Dai provide it with the address(es) where Defendant Kaine Wen currently resides. If you no longer represent Ms. Dai and we should contact her directly, please let us know, including confirming her current email and mailing address. We appreciate your prompt attention to this matter and are happy to discuss by phone if that would be helpful.

Thank you,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

# Exhibit 7

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Wednesday, February 22, 2023 2:06 PM |
| **To:** | REDACTED @gmail.com |
| **Cc:** | Preis, Sarah (CFPB); Dimock, Nathan (CFPB) |
| **Subject:** | RE: CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment |

Dear Ms. Dai,

We have not heard from you in response to the below emails. Paragraph 41 of the Court's Stipulated Final Judgment and Order as to Judy Dai, ECF No. 298, requires that you "cooperate fully to help Plaintiffs determine the identity, location, and contact information of any Defendant" by providing the information in your possession or control "within fourteen days of receiving a written request" from the Bureau. It has now been more than 18 days since the Bureau sent you its written request for the address(es) where Defendant Kaine Wen currently resides. You have not responded to that request or our February 17, 2023 email. By failing to provide this information, you are not complying with the Court's order. Please provide the requested information immediately as required by the Court's order.

Sincerely,

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Friday, February 17, 2023 3:06 PM
**To:** REDACTED @gmail.com
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** RE: CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment

Dear Ms. Dai,

We are following up on the below request pursuant to paragraph 41 of the Stipulated Final Judgment and Order as to Judy Dai in this matter, ECF No. 298. We have not heard from you in response to our request and we note that the Court's order requires that you provide the requested information by no later than today.

We look forward to hearing from you and appreciate your prompt attention to this matter.

Sincerely,

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Stewart, Jesse (CFPB)
**Sent:** Friday, February 03, 2023 5:39 PM
**To:** REDACTED @gmail.com
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>
**Subject:** CFPB v. Consumer Advocacy Center Inc., 8:19-cv-01998 MWF - Judy Dai Stipulated Judgment

Dear Ms. Dai,

We are attorneys representing the Consumer Financial Protection Bureau (Bureau) in the above-referenced matter. We are contacting you related to paragraph 41 of the Stipulated Final Judgment and Order as to Judy Dai in this matter, ECF No. 298 (attached for reference). Paragraph 41 provides:

> 41. Settling Relief Defendant must cooperate fully to help Plaintiffs determine the identity, location, and contact information of any Defendant and any Person who might have contact information for any Defendant, and the identity and location of Assets of any Defendant. Settling Relief Defendant must provide such information in her or her agents' possession or control within fourteen days of receiving a written request from any Plaintiff.

Pursuant to paragraph 41, the Bureau requests that you provide it with the address(es) where Defendant Kaine Wen currently resides. Please provide a response by February 17, 2023. We appreciate your prompt attention to this matter and are happy to discuss by phone if that would be helpful.

Sincerely,

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

# Exhibit 8

**FIRST LEGAL INVESTIGATIONS**
PI 24171 (CA)
PI 1551710 (AZ)
PI-PS 1452 (NV)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### DECLARATION OF JAMES VOELKL, JR.

I, James Voelkl, Jr., declare as follows:

1.  I am over the age of eighteen (18) years of age and reside in Santa Ana, California. I have personal knowledge regarding the matters set forth in this declaration and, if called, could testify competently thereto.

2.  I am a Registered Process Server; registration number 2928. I have been a process server for approximately nine years. In that time, I estimate having served hundreds if not thousands of individuals and/or businesses. To my knowledge, no court has ever found information in a proof of service, declaration regarding diligence or any other documents prepared by me or bearing my name to be inaccurate, false, fraudulent or misleading. I have never been convicted or charged with a crime of moral turpitude or any other criminal offense.

3.  2/23/23 at 4:05 p.m. - 146 Bishop Landing, Irvine, CA 92620
    I conducted a brief canvass of the 146 Bishop Landing, Irvine, CA address at 4:05 PM on 02/23/23. There were no signs of activity at the location, and indications that Kaine Wen had not been there for some time were noted. An OnTrac delivery box with a label dated 2/17/2023 was observed at the front door, and a faded UPS delivery notice dated 1/30 with "CFPB" as the sender was affixed to the door.
    Server: Jim Voelkl

I declare under penalty of perjury, that the aforementioned is true and correct. Executed this 14th day of April 2023 in Santa Ana, California.

James Voelkl, Jr., Declarant

1 of 1

# Exhibit 9

# DECLARATION OF JASON LUTHER

I, Jason Luther, declare as follows:

1. I am over the age of eighteen (18) years of age and reside in Los Angeles, California.  I have personal knowledge regarding the matters set forth in this declaration and, if called, could testify competently thereto.

2. I am a Registered Process Server; registration number 2012-149069.  I have been a process server for approximately eleven years.  In that time, I estimate having served thousands of individuals and/or businesses.  To my knowledge, no court has ever found information in a proof of service, declaration regarding diligence or any other documents prepared by me or bearing my name to be inaccurate, false, fraudulent or misleading.   I have never been convicted or charged with a crime of moral turpitude or any other criminal offense.

3. Because my sole occupation is my work as a process server and because my integrity and professional reputation is a critical component of my ability to practice my livelihood, I take the utmost care to ensure the accuracy and completeness of proofs of service, declarations regarding diligence, and any other documents to be filed with this Court or any other court.

4. 2/22/23 at 1:30 p.m.   8:00 p.m.   REDACTED   Arcadia, CA REDACTED
   Background research identified this address as a possible residence of the subject, Kaine Wen. The location is a large two-story home with easy access to the front door. I observed that no one was active at the residence. All blinds and curtains were closed. There was one vehicle parked in front of the home and one vehicle parked in the driveway. Neither vehicle belongs to the subject based on a California DMV database search. I took a position on the cross-street Norman Avenue. I had a clear view of the vehicle parked in the driveway and could see any activity at the residence. From 1:30 to 3:00 PM there were no changes. No one was seen entering or exiting the vehicle in the driveway, and no one was seen active on the premises. At 3:01 PM, I saw a person

walking up to the vehicle coming from the direction of the home. An Asian female adult estimated to be in her 40s was observed wearing a burgundy jacket with hood. The hood was pulled up over her head. She walked to the rear right passenger side door of the vehicle in the driveway, opened it and begin doing something inside the vehicle. I exited my vehicle at 3:05 PM and walked down 4th Street towards the home with documents for service. I walked to the end of the block, then returned and observed that the adult female was definitively not the subject. The garage door of the residence was open, and no other vehicles were observed inside. The adult female did not appear to take any notice of our agent. I returned to my vehicle and continued surveillance. From 3:00 to 5:15 PM the adult female returned several times to the vehicle, going into the same rear right passenger door and doing something inside while leaning into the vehicle. She was never observed removing anything or placing anything into the vehicle. I continued surveillance from 5:20 to 8:00 PM. There was no activity observed, and no one was seen entering or exiting the vehicle. No other vehicles arrived. At 8:01 PM I drove past the residence and observed a light on inside the home. There was no other movement, and the garage door was closed. No porch light was on. I terminated observations at that time and departed the area.

Server: Jason Luther

5.  2/24/23 at 10:40 a.m.   1:45 p.m.   REDACTED , Arcadia, CA REDACTED

No one appeared to be present at REDACTED , Arcadia, CA REDACTED from 10:40 AM to 1:45 PM on 02/24/23. I observed no vehicles parked on the driveway, in front of the home or across the street. No movement was seen or heard. Window curtains and blinds were closed, and there was no visibility into the home. I observed the residence for three hours and no activity was detected. At 1:45 PM, I approached the home with the documents for service, knocked on the door, rang the doorbell, called out hello, and received no response.

Server: Jason Luther

6.  3/9/23 at 4:00 p.m.   REDACTED , Azusa, CA REDACTED arrived at REDACTED REDACTED in Azusa, California at 4:00 PM on 03/09/23. The property is a two-story

family dwelling. There is a guest parking area at the rear of the property. I positioned myself directly behind the home in a parking space for guests, providing a clear view of the rear side of the home including the attached two-car garage. I could also observe a gate on the right rear side of the home which leads on to the property. Curtains and blinds inside the residence were closed when I arrived. No movement was seen or heard. At 4:20 PM, a passenger vehicle, a compact black sedan, pulled up to the rear of the residence. The garage door opened, and the vehicle pulled into the garage. An Asian female adult got out of the vehicle, gathered a few things, then the garage door closed. This Jane Doe was an Asian female adult, approximately 5'6", medium build, with dark hair, estimated to be in her 30s. No one else was observed at the residence at this time. A black Audi pulled up to the rear of the home at 5:45 PM. The vehicle stopped at a position blocking half of the garage door and the other half directly across from the side gate. Two people were observed sitting in the front of the vehicle. I held my position waiting for movement. The vehicle and passengers stayed in that position for the next half hour. I contacted the First Legal office and requested research on the license plate. DMV records indicate that the Audi is not registered to Kaine Wen. At 6:15 PM, the front passenger side door of the Audi opened, and an Asian male adult stepped out of the vehicle. This individual fit the basic description and photographs of the target subject. He was an Asian male adult, approximately 5'10", slim, with dark hair. I exited my vehicle with documents in hand, walked toward the Audi and called out, "Kaine." As soon as I called out the subject's name, the individual moved quickly, opened the gate at the side of the home, and entered through the gate. There was an Asian male adult in the driver's seat of the Audi that also fit the description of our subject. I asked the driver of the Audi to roll down his window. He did so, and I asked if that was Kaine that entered the home. The driver responded, "Why?" I said I was there to give him something. The driver responded that he had to go and that he had to get to a swimming event. I asked the driver his name and he again said, "Why?" I then asked for the driver's identification, and the driver refused. I told the driver that I was going to serve him as Kaine Wen unless he produced identification. I again asked the driver his name, and the driver responded, "Jeff." I once again asked the driver to show ID and he refused. I then served the legal documents for Kaine Wen to the driver. I returned to my vehicle and remained there for a few minutes. While I was sitting

in my vehicle, the Asian female adult observed earlier stepped out from the side gate and approached the Audi on the passenger side. She began speaking to the driver of the vehicle and looked up at my vehicle. She then went back onto the property through the gate, and the Audi drove away from the residence at 6:25 PM. I departed the area shortly after.

Server: Jason Luther

7.  3/13/23 at 3:30 p.m.   8:45 p.m.   REDACTED            , Azusa, CA REDACTED

    I arrived at REDACTED            in Azusa, California at 3:30 PM on 03/13/23. The garage door of the residence was closed. There was a light on inside the home on the front side. No movement was seen or heard. I took a position in the rear parking area near the garages. From this position, I was able to see the garage, the side gate, and the backside windows of the home. From 3:45 to 7:30 there was no activity observed. No one was seen entering or exiting the home. The garage door remained closed. I did not see other lights turn on inside the home. No movement was seen or heard. I approached the home again at 8:30, knocked on the door, and rang the doorbell. No one responded but I believed I heard movement inside the home. Then I again knocked and rang the doorbell, with no response. I then left the designated documents for Kaine Wen and Judy Dai in front of the door on the doorstep. I terminated observations and departed the area at 8:45 PM.

    Server: Jason Luther

    I declare under penalty of perjury, that the aforementioned is true and correct. Executed this 12th day of April 2023 in Los Angeles, California.

    Jason Luther, Declarant

# Exhibit 10



1700 G Street NW, Washington, DC 20552

March 8, 2023

<u>Via Certified U.S. First Class Mail and Process Server</u>

Ms. Judy Dai
<span style="color:red">REDACTED</span> <sup style="color:red">REDACTED</sup>
Azusa, CA

      Re:    *Bureau of Consumer Financial Protection, et al., v. Consumer Advocacy Center Inc., et al.*, No. 8:19-cv-01998-MWF-KS (C.D. Cal.) – Request for Information under Paragraph 41 of the Stipulated Final Judgment and Order as to Relief Defendant Judy Dai

Dear Ms. Dai,

We write regarding your failure to provide information requested by the Consumer Financial Protection Bureau (Bureau) in violation of paragraph 41 of the Stipulated Final Judgment and Order as to Relief Defendant Judy Dai (Stipulated Judgment) in the above-referenced matter. Paragraph 41 provides:

      41. Settling Relief Defendant must cooperate fully to help Plaintiffs determine the identity, location, and contact information of any Defendant and any Person who might have contact information for any Defendant, and the identity and location of Assets of any Defendant. Settling Relief Defendant must provide such information in her or her agents' possession or control within fourteen days of receiving a written request from any Plaintiff.

Pursuant to paragraph 41, the Bureau emailed you on February 3, 17, and 22, 2023, at the email address provided by your attorney, asking that you please provide the address(es) where Defendant Kaine Wen currently resides. More than fourteen days have now passed since the Bureau first requested this information in writing and you have yet to respond. Please immediately provide this information to the Bureau. Your failure to timely provide this information constitutes a failure to comply with provisions of the Court's Stipulated Judgment.

We appreciate your prompt attention to this matter and attach the Stipulated Judgment for your convenience. Please do not hesitate to contact me at 202-430-0628 or jesse.stewart@cfpb.gov if you have any questions.

Sincerely,

*/s/ Jesse Stewart*
Jesse Stewart
Enforcement Attorney

Enclosures

# Exhibit 11

# USPS Tracking®

**Track Packages Anytime, Anywhere**

Get the free Inform d Delivery® feature to receive automated notifica ions on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=ho nepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Remove ✕**

**Tracking Number:**

## 70200640000071145162

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/?_gl=1*1gog7cu*_ga*MTI2NzMxMzA4Mi4xNjU0MDAyNTQ3*_ga_3NXP3C8S9V*MTY4MTQ4MDg2Ny4xMS4xLjE2ODE0ODA5MjcuMC4wLjA.)

### Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**
March 18, 2023

**Notice Left (No Authorized Recipient Available)**
AZUSA, CA <sup>REDACTED</sup>
March 13, 2023, 10:06 am

**In Transit to Next Facility**
March 12, 2023

**Arrived at USPS Regional Facility**
SANTA ANA CA DISTRIBUTION CENTER
March 12, 2023, 4:47 pm

**Arrived at USPS Regional Facility**
KEARNY NJ DISTRIBUTION CENTER
March 8, 2023, 9:04 pm

**Hide Tracking History**

Feedback

Pls.' Ex. 11
P. 36

**Text & Email Updates** ⌃

**Select what types of updates you'd like to receive and how. Send me a notification for:**

**Text**   **Email**

☐  ☐  All Below Updates

☐  ☐  Expected Delivery Updates ⓘ

☐  ☐  Day of Delivery Updates ⓘ

☐  ☐  Package Delivered ⓘ

☐  ☐  Available for Pickup ⓘ

☐  ☐  Delivery Exception Updates ⓘ

☐  ☐  Package In-Transit Updates ⓘ

---

**USPS Tracking Plus®** ⌃

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until March 8, 2025. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

| 3 Years |
| --- |
| **$3.75** |

| 5 Years |
| --- |
| **$4.75** |

| 7 Years |
| --- |
| **$5.75** |

| 10 Years |
| --- |
| **$6.75** |

☐ I have read, understand, and agree to the <u>Terms and Conditions. (https://www.usps.com/terms-conditions/tracking-plus.htm)</u>

**Confirm Selection**

---

**Product Information**       ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Pls.' Ex. 11
P. 38

# Exhibit 12

| | |
|---|---|
| **From:** | Stewart, Jesse (CFPB) |
| **Sent:** | Monday, March 13, 2023 1:52 PM |
| **To:** | Kaine Wen |
| **Cc:** | Dimock, Nathan (CFPB); Christina Tusan; William Pletcher; Miguel Ruiz; Weaver, Lynne; Romanoff, Evan |
| **Subject:** | RE: Microsoft Word Copies of Motion for Partial Summary Judgment |
| **Attachments:** | 01.30.2023 MSJ SOF final.docx |

Dear Mr. Wen,

Attached please find a copy of the Statement of Undisputed Facts in Word format, which we are providing as a courtesy in response to your request.

We are disappointed that you will not extend a similar courtesy and agree to a time and location where we can personally serve you with the contempt order. As you know, the Court's January 6, 2023 order holding you in contempt provided that the Bureau "shall personally serve this Order on Defendant and file proof of service thereof." ECF No. 418 at 12. Since entry of the contempt order, we have been diligently trying to personally serve you. You say you are "not refusing to accept service of anything," but your actions contradict this statement. Further, I understand from our process server that on Friday a person fitting your description refused to accept service when approached by the process server at your former address identified on your Amended Corrected Individual Financial Statement executed on December 17, 2020. We ask that you extend us the courtesy of cooperating in accepting service, just as we have extended you the courtesy of providing you with a copy of the Statement of Undisputed Facts in Word format. By refusing since early January to accept personal service of the contempt order, you are causing the Bureau to expend unnecessary resources and will eventually force us to involve the Court, thus implicating its time and resources, to unnecessarily resolve a matter that would be resolved if you simply cooperate in accepting personal service of a document that you have already received and acknowledged. Please reconsider your position and provide us with a time and location where you will accept personal service of the contempt order.

Sincerely,
Jesse

Jesse Stewart
Enforcement Attorney
Consumer Financial Protection Bureau
Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Friday, March 10, 2023 7:00 PM
**To:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>
**Cc:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Weaver, Lynne <lweaver@ncdoj.gov>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>
**Subject:** Re: Microsoft Word Copies of Motion for Partial Summary Judgment

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Mr. Stewart,

Thank you for the courtesy. Please email me the Statement of Undisputed facts in Word format. There is no need for it to be on a drive.

I am not refusing to accept service of anything. I am not aware that I am under an obligation to coordinate for you to personally serve me. If there is such a requirement, please let me know.


Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Thu, Mar 9, 2023 at 12:54 PM Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov> wrote:

> Dear Mr. Wen,
>
>
> We can provide you a copy of the Statement of Undisputed Facts in Word format as a courtesy.
>
>
> As you know, we have been attempting to serve you with the contempt order for several months, as required by the order. The Bureau continues to incur costs to personally serve you with this order, an order you acknowledge having received (and, indeed, responded to already). We request again that you provide a date, location, and time to accept service of the order. When we serve the order on you, we will also include a drive with the Statement of Undisputed Facts in Word format. We can arrange for service as soon as possible after you confirm a time, date, and location where we can arrange to personally serve you in the next few days.
>
>
> Please let us know if you are continuing to refuse to accept service of the contempt order. If that is the case, then we will send you a copy of the Statement of Undisputed Facts in Word format by mail to your service address.
>
>
> Sincerely,
>
> Jesse

Jesse Stewart

Enforcement Attorney

Consumer Financial Protection Bureau

Office: (202) 435-9641 | Mobile: (202) 430-0628

**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments.  An inadvertent disclosure is not intended to waive any privileges.

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Wednesday, March 08, 2023 7:23 PM
**To:** Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; Christina Tusan <christina.tusan@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; Weaver, Lynne <lweaver@ncdoj.gov>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>
**Subject:** Microsoft Word Copies of Motion for Partial Summary Judgment

CAUTION: This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Ms. Preis,

Please let me know if you can provide me with Microsoft Word copies of Plaintiffs' Motion for Partial Summary Judgment, and in particular the Statement of Undisputed Facts and Memorandum of Points and Authorities.

Thank you.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*