## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br>    Plaintiffs, <br><br>    v. <br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM THE COURT'S JANUARY 6, 2023 ORDER INSOFAR AS IT REQUIRED THAT THE BUREAU PERSONALLY SERVE DEFENDANT WEN** <br><br>Court: Hon. Michael W. Fitzgerald <br>Date:   May 22, 2023 <br>Time:  10:00 am <br>Place:  Courtroom 5A |

Before this Court is Plaintiff the Bureau of Consumer Financial Protection's (Bureau) Motion for Relief from the Court's January 6, 2023 Order Insofar as It Required that the Bureau Personally Serve Defendant Wen or, in the Alternative,

1

ORDER REGARDING SERVICE OF THE CONTEMPT ORDER ON WEN

for an Order Deeming Wen as Served (Motion). Having considered all filings related to the Motion, and there being no just cause for delay,

**IT IS HEREBY ORDERED** that the Bureau's Motion is **GRANTED**. The Bureau is hereby relieved from the requirement in the January 6, 2023 Order that it personally serve that order on Defendant Kaine Wen, who has been actually served and responded to the January 6, 2023 Order.

**IT IS SO ORDERED**.

DATED: _____    _____
                                 Michael W. Fitzgerald
                                 United States District Judge