1  SARAH PREIS (DC Bar No. 997387)
2  (Admitted *pro hac vice*)
   Email: sarah.preis@cfpb.gov
3  Tel.: (202) 435-9318
4  JESSE STEWART (NY Bar No. 5145495)
   (Admitted *pro hac vice*)
5  Email: jesse.stewart@cfpb.gov
6  Tel.: (202) 435-9641
   N. NATHAN DIMOCK (DC Bar No. 487743)
7  (Admitted *pro hac vice*)
8  Email: nathan.dimock@cfpb.gov
   Tel.: (202) 435-9198
9  1700 G Street, NW, Washington, DC 20552
10 Fax: (844) 826-5016
   LEANNE E. HARTMANN (CA Bar No. 264787)
11 (Local Counsel for the Bureau of Consumer Financial Protection)
   Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
12 301 Howard Street, Suite 1200, San Francisco, CA 94105
13 *Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**NOTICE OF FILING OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO RESPOND TO DEFENDANT WEN'S CORRECTED DECLARATION AND LODGING OF PROPOSED RESPONSE**<br><br>Court:   Hon. Michael W. Fitzgerald |

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that through this Notice and the papers filed herewith, Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California (collectively, Plaintiffs), hereby apply *ex parte* to the Court for leave to respond to the Corrected Declaration of Kaine Wen in Support of His Opposition to Plaintiffs' Motion for Partial Summary [Judgment]. (ECF 445 (Corrected Declaration).) Plaintiffs' Proposed Response to Defendant Wen's Corrected Declaration and Proposed Evidentiary Objections (Plaintiffs' Proposed Response) is lodged with the Court concurrently herewith.

The *ex parte* application is made following the conference of counsel for Plaintiffs with Wen, who is appearing *pro se*, pursuant to Local Rule 7-19.1. That conference took place telephonically on April 19, 2023. Plaintiffs seek an order granting leave of the Court to respond to the Corrected Declaration and for Plaintiffs' Proposed Response to be accepted and deemed as filed with the Court, and to be taken under advisement pending further rulings by the Court. During the Local Rule 7-19.1 conference, Wen indicated that he did not object to the *ex parte* application but may nevertheless file an opposition.

The *ex parte* application is based upon this Notice, Plantiffs' *ex parte* application, the declaration of N. Nathan Dimock, and Plaintiffs' Proposed Response, including the accompanying proposed evidentiary objections filed and lodged herewith. A proposed order is also filed herewith. Copies of the foregoing are also being served concurrently on Defendant Wen via email, and Wen has been informed that, should he choose to file a response, opposition papers must be filed no later than 24 hours (or one court day) following such service. Copies of the foregoing are also being delivered to the Court via email.

Dated: April 20, 2023                    Respectfully Submitted,

2

Notice of Plaintiffs' *Ex Parte* App'l for Leave to Respond to Wen's Corrected Decl.

|   |   |
|---|---|
| 1 | */s/ N. Nathan Dimock* |
| 2 | N. Nathan Dimock (D.C. Bar No. 487743) |
|   | (admitted *pro hac vice*) |
| 3 | Jesse Stewart (N.Y. Bar No. 5145495) |
| 4 | (admitted *pro hac vice*) |
|   | *Attorneys for Plaintiff Bureau of Consumer* |
| 5 | *Financial Protection* |