BUREAU OF CONSUMER FINANCIAL PROTECTION
SARAH PREIS (DC Bar No. 997387)
(admitted *pro hac vice*)
Tel.: (202)-435-9318
Email: sarah.preis@cfpb.gov
JESSE STEWART (NY Bar No. 5145495)
(admitted *pro hac vice*)
Tel.: (202)-435-9641
Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (DC Bar No. 487743)
(admitted *pro hac vice*)
Tel.: (202) 435-9198
Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788
*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*
**Additional Counsel for Plaintiffs Listed on Next Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO RESPOND TO DEFENDANT WEN'S CORRECTED DECLARATION**<br><br>Court: Hon. Michael W. Fitzgerald |

*Additional Counsel for Plaintiffs Listed Below:

**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO, City Attorney (CA. Bar No. 106866)
CHRISTINA V. TUSAN, Supvr. Assistant City Attorney (CA. Bar No. 192203)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
Office Of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012-4131
Tel.: (213) 473-6908/Fax: (213) 978-8112
Emails: christina.tusan@lacity.org / william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126
Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *pro hac vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000/Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff the State of North Carolina*

Plaintiffs' *Ex Parte* App'l for Leave to Respond to Def. Wen's Corrected Decl.

2

**Plaintiffs' Ex Parte Motion for Leave to Respond to**

**Defendant Wen's Corrected Declaration**

    Pursuant to Local Rule 7-19, and for good cause shown, Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California (collectively, Plaintiffs), hereby apply *ex parte* to the Court for leave to respond to the Corrected Declaration of Kaine Wen in Support of His Opposition to Plaintiffs' Motion for Partial Summary [Judgment]. (ECF 445 (Corrected Declaration).) Plaintiffs' Proposed Response to Defendant Wen's Corrected Declaration and Proposed Evidentiary Objections (Plaintiffs' Proposed Response) is lodged with the Court concurrently herewith.

    *Ex parte* relief is warranted because Wen filed his Corrected Declaration, which includes multiple substantive changes, approximately two weeks after he was required to file his opposition and supporting evidence and less than three weeks before the hearing on Plaintiffs' Motion for Partial Summary Judgement. Wen filed his Corrected Declaration less than two weeks before the then-scheduled hearing date of April 24, 2023, and per the Court's on April 18 Order, ECF 446, the hearing is currently set for Monday, May 1, 2023. As a result, adhering to normal motions practice procedures and timing requirements under the Local Rules would preclude the Court from considering the issues addressed in Plaintiffs' Proposed Response in advance of the hearing.

**Meet and Confer pursuant to Local Rule 7-19.1**

    On Wednesday, April 19, 2023, counsel for all plaintiffs and defendant Wen conducted a meet and confer via teleconference to discuss Plaintiffs' intention to file an *ex parte* application seeking leave to respond to his corrected declaration filed on April 11, 2023. (Decl. of N. Nathan Dimock ¶ 4). During the meet and confer, undersigned counsel explained to Wen the substance of the *ex parte*

Plaintiffs' *Ex Parte* App'l for Leave to Respond to Def. Wen's Corrected Decl.

3

application and Plaintiffs' Proposed Response, and informed Wen that once the *ex parte* application is filed, he will have 24 hours to file a response. *Id.* Wen responded that he does not object to the *ex parte* application, but he may nonetheless choose to file a response.

Pursuant to L.R. 7-19, defendant Wen is *pro se* and his contact information as set forth in his recently filed certificate of service at ECF 439 is as follows: Kaine Wen, 146 Bishop Landing, Irvine, CA 92620, 626-563-7908, kainewen@gmail.com.

## Procedural Background and Grounds for Relief

Plaintiffs filed their Motion for Partial Summary Judgment on January 30, 2023. (ECF 423.) On March 1, the Court entered the following order: "The Motion for Summary Judgment (ECF 423) will be heard on **April 24, 2023 at 10:00 a.m.** Wen's opposition brief is due on **March 27, 2023**. Plaintiffs may file a reply on or before **April 10, 2023**." (ECF 433 at 7.) By Order on April 18, 2023, the Court continued the hearing on Plaintiffs' Motion for Partial Summary Judgment to May 1, 2023. Wen filed his opposition on March 27, 2023 (ECF 435-441), and Plaintiffs filed their reply on April 10, 2023 (ECF 444). In the reply, Plaintiffs made several evidentiary objections and noted that Wen's declaration should be stricken or otherwise disregarded by the Court because it was not signed under penalty of perjury as required by 28 U.S.C. § 1746. (ECF 444 at 6 & 444-4 at 3-4).

On April 11, 2023, more than two weeks after his opposition was due, Wen filed his Corrected Declaration (ECF 445) as an apparent – but improper – surreply. Wen did not seek leave from the Court to file his Corrected Declaration or a surreply, nor did he file an errata or provide the Court or Plaintiffs with any explanation as to what he had "corrected." As set forth in Plaintiffs' Proposed Response, Wen's Corrected Declaration contains substantive changes to approximately 19 paragraphs in addition to now being signed under penalty of

perjury. These substantive changes are untimely and raise multiple evidentiary issues, as addressed in Plaintiffs' Proposed Response.

### Conclusion

Because of these changes, and where the hearing on Plaintiffs' Motion for Partial Summary Judgment is currently scheduled for May 1, 2023, Plaintiffs respectfully request that the Court grant this *ex parte* application and consider Plaintiffs' Proposed Response. By granting this application and considering Plaintiffs' Proposed Response, which is lodged concurrently herewith, the Court will be able to consider the changes to Wen's declaration and Plaintiffs' response in advance of the hearing and address any related issues during argument.

Dated: April 20, 2023              Respectfully Submitted,

*/s/ N. Nathan Dimock*
N. Nathan Dimock (DC Bar No. 487743)
(Admitted *pro hac vice*)
Jesse Stewart (NY Bar No. 5145495)
(Admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

By: */s/ M. Lynne Weaver*
M. Lynne Weaver (NC Bar No. 19397)
(Admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
*Attorney for Plaintiff State of North Carolina*

By: */s/ Evan Romanoff*
Evan Romanoff (Atty. Reg. No. 398223)
(Admitted *pro hac vice*)
Assistant Attorney General
*Attorney for Plaintiff State of Minnesota*

Plaintiffs' *Ex Parte* App'l for Leave to Respond to Def. Wen's Corrected Decl.

By: */s/ Christina Tusan*
Christina Tusan
Assistant City Attorney
Office of the City Attorney
Consumer and Workplace Protection Unit
*Attorney for Plaintiff the People of the State of California*

I, N. Nathan Dimock, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ N. Nathan Dimock*
N. Nathan Dimock