**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>　　　Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO RESPOND TO DEFENDANT WEN'S CORRECTED DECLARATION** |

　　　Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota, the State of North Carolina, and the People of the State of California (collectively, Plaintiffs) have filed an *ex parte* application for leave to file a response to defendant Wen's corrected declaration. (ECF Nos. ___ & 445, respectively).  After considering the pleadings and being otherwise informed, and for good cause shown, the Court hereby orders and adjudges that Plaintiffs' *ex parte* application is **GRANTED**.

**IT IS FURTHER ORDERED that**:

    Plaintiffs' [Proposed] Response to Defendant Wen's Corrected Declaration and accompanying Evidentiary Objections that were lodged with the Court concurrently with Plaintiffs' *ex parte* application, ECF Nos. ___ & ___, shall be accepted and deemed as filed with the Court, and will be taken under advisement pending further rulings by the Court.

It is **SO ORDERED**, this ___ day of _____, 2023.

                                              _____
                                              Michael W. Fitzgerald
                                              United States District Judge