UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SACV 19-1998-MWF(KSx)** | | Dated: **May 1, 2023** |
| Title: | Bureau of Consumer Financial Protection, et al. -v- Consumer Advocacy Center Inc., et al. | | |

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jesse D. Stewart<br>Christina V. Tusan<br>M. Lynne Weaver<br><u>Telephonic Appearance</u><br>Evan Romanoff<br>Nathan Dimock | Kaine Wen, Pro Se |

**PROCEEDINGS:** **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [423]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel and Mr. Wen make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs

-1-   :35 min