SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>NOTICE OF PERSONAL SERVICE OF THE COURT'S CONTEMPT ORDER (ECF 418) ON DEFENDANT KAINE WEN<br><br>Hearing: NA<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

1  As set forth in the attached declaration, on May 1, 2023, Plaintiff the Bureau of Consumer Financial Protection personally served Defendant Kaine Wen with the Court's January 6, 2023 Order Holding Kaine Wen in Civil Contempt (ECF 418) (Order), as required by the Order.

Dated: May 8, 2023

Respectfully Submitted,

/s/ Jesse Stewart

Jesse Stewart (NY Bar No. 5145495)
(Admitted *pro hac vice*)
N. Nathan Dimock (DC Bar No. 487743)
(Admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

NOTICE OF SERVICE