| Attorney or Party without Attorney:<br>Consumer Financial Protection Bureau<br>1700 G Street, NW<br>Washington, DC 20552<br>    Telephone No: 212-328-7020<br><br>    Attorney For: | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>CFPB v Consumer Advocacy | |
| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Central District of California | | |
| Plaintiff: Bureau of Consumer Financial Protection<br>Defendant: Consumer Advocacy Ctr. et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-cv-01998-MWF-KS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER HOLDING KAINE WEN IN CIVIL CONTEMPT

3.  a.  Party served:        Kaine Wen
    b.  Person served:    Kaine Wen

4. Address where the party was served:   350 W 1st St, Hallway outside of Courtroom 5A, Los Angeles, CA 90012

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, May 01 2023 (2) at: 09:20 AM

6. **Person Who Served Papers:**
    a. Douglas Forrest (5141, Los Angeles)                    d. *The Fee* for Service was:
    b. FIRST LEGAL
        1517 W. Beverly Blvd.
        LOS ANGELES, CA 90026
    c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

05/05/2023
(Date)                                                                                                       (Signature)



PROOF OF SERVICE

8789935
(365868)