SARAH PREIS (DC Bar No. 997387)
(Admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Tel.: (202) 435-9318
JESSE STEWART (NY Bar No. 5145495)
(Admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK (DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW, Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> NOTICE OF WITHDRAWAL OF THE BUREAU'S MOTION FOR RELIEF REGARDING PERSONAL SERVICE (ECF 447) <br><br> Hearing: May 22, 2023 at 10:00 AM <br> Court: Hon. Michael W. Fitzgerald <br> Courtroom 5A |

1 | Plaintiff the Bureau of Consumer Financial Protection (Bureau) hereby
2 | withdraws its Motion for Relief from the Court's January 6, 2023 Order Insofar
3 | as It Required that the Bureau Personally Serve Defendant Wen or, in the
4 | Alternative, for an Order Deeming Wen as Served (ECF 447) (Service Motion).
5 | As indicated in the Bureau's Notice of Personal Service of the Court's Contempt
6 | Order (ECF 418) on Defendant Kaine Wen (ECF 451), the Bureau has
7 | personally served Defendant Kaine Wen with the Court's January 6, 2023 Order
8 | Holding Kaine Wen in Civil Contempt (ECF 418) (Contempt Order), as required
9 | by the Contempt Order. For this reason, the Bureau withdraws the Service
10 | Motion and the associated hearing, which is scheduled for May 22, 2023, at
11 | 10:00 AM, may be removed from the Court's calendar.

13 | Dated: May 8, 2023               Respectfully Submitted,

14 |                                  /s/ Jesse Stewart

15 |                                  Jesse Stewart (NY Bar No. 5145495)
16 |                                  (Admitted *pro hac vice*)
                                       N. Nathan Dimock (DC Bar No. 487743)
17 |                                  (Admitted *pro hac vice*)
                                       *Attorneys for Plaintiff Bureau of Consumer*
18 |                                  *Financial Protection*

NOTICE OF WITHDRAWAL OF THE BUREAU'S MOTION FOR RELIEF REGARDING PERSONAL SERVICE