# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>CONSUMER ADVOCACY CENTER INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:19–cv–01998–MWF–KS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __5/15/2023__

Document No.:   __453__

Title of Document:   __Notice of Appearance or Withdrawal of Counsel G123.__

**ERROR(S) WITH DOCUMENT:**

Docket text and document conflict re: name of attorney.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __May 17, 2023__        By:   __/s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*__
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.