**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27602
Tel.: (919) 716-6000 / Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff the State of North Carolina*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **NOTICE OF ABANDONMENT BY PLAINTIFF STATE OF NORTH CAROLINA OF COUNT XXI AS TO DEFENDANT KAINE WEN** |

In view of the Court's Judgment Granting Plaintiffs' Motion for Partial Summary Judgment (ECF Nos. 455-456), Plaintiff State of North Carolina hereby provides notice that it abandons Count XXI of the Third Amended Complaint (ECF Nos. 314-315), brought by Plaintiff State of North Carolina under the North Carolina Telephonic Seller Registration Act, N.C. Gen. Stat. § 66-260, *et seq.*, as to Defendant Kaine Wen ("Wen"); and that the State of North Carolina does not intend to proceed on the foregoing claim against Defendant Wen.

| | |
|---|---|
| 1 | Plaintiff State of North Carolina has conferred with co-Plaintiffs; and all Plaintiffs agree that there are no remaining issues to be tried with regard to Defendant Wen.  Accordingly, Plaintiffs submit that the scheduled trial in this case may be taken off the Court's calendar. |

Respectfully submitted,

Dated: July 11, 2023

By: */s/ M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(Admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Tel.: (919) 716-6039
Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff*
*State of North Carolina*