EXHIBIT A

**SLAM Receivership**
**Receipts and Disbursements Summary**
**June 1, 2022 through May 31, 2023**

| | | | |
|---|---|---:|---:|
| Net Cash at 5/31/2022 | | | $ 1,513,056.39 |
| Receipts | | | |
|     Asset Sales (Albert Kim) | | | $ 23,520.00 |
|     Asset Sales (Sarah Kim) | | | $ 129,517.58 |
|     Receivership Accounts Interest | | | $ 8,563.06 |
|     Settlement Funds (The Brea Financial Group) | | | $ 267,500.00 |
|     Settlement Funds (National Merchant Center) | | | $ 50,000.00 |
|   Total Receipts | | | $ 479,100.64 |
| | | | |
| Disbursements | | | |
|     Court-Ordered Distributions | | | $ 129,517.58 |
|     Professional Fees and Expenses | | | $ 207,316.60 |
|         Forensic IT Consultant Fees and Expenses | | $ 978.27 | |
|         Legal Fees and Expenses | | $ 179,520.99 | |
|         Receiver's Fees and Expenses | | $ 26,817.34 | |
|     Operating Costs | | | $ 33,466.43 |
|         Payroll Taxes | | $ 3,931.73 | |
|         Records Storage | | $ 2,834.00 | |
|         Relativity Hosting | | $ 26,350.70 | |
|         Telephone Lines | | $ 350.00 | |
|   Total Disbursements | | | $ 370,300.61 |
| | | | |
| Net Cash at 5/31/2023 | | | $ 1,621,856.42 |

Note:
To date, the Receivership Estate has made the following Court-ordered distributions to Plaintiffs:

| | | |
|---|---:|---|
|     Consumer Financial Protection Bureau | $ 8,472,961.82 | |
|     Los Angeles City Attorney | $ 95,000.00 | |
|     Minnesota Attorney General | $ 95,000.00 | |
|     North Carolina Department of Justice | $ 95,000.00 | |
| | $ 8,757,961.82 | |