EXHIBIT A

**SLAM Receivership**
**Summary of Regulatory Resolutions Invoices for 6th Fee Application**

| Regulatory Resolutions | Invoice # | Fees thru 05/31/2023 | Expenses thru 05/31/2023 | Subtotal |
|---|---|---|---|---|
| SLAM Receivership | 11636 | $ 75,481.50 | $ 611.86 | $ 76,093.36 |
| *McNamara v. NMC, et. al.* | 11637 | $ 34,934.00 | $ 179.25 | $ 35,113.25 |
| | | **$ 110,415.50** | **$ 791.11** | **$ 111,206.61** |

# Regulatory Resolutions

July 20, 2023

| | |
|---|---|
| **Invoice No:** | 11636 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 5/31/2023 |

Matter:   SLAM Receivership

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $75,481.50 |
| Total Disbursements | $611.86 |
| **Grand Total** | **$76,093.36** |

# Regulatory Resolutions

| | |
|---|---|
| **Invoice No.:** | 11636 |
| **Our File No.:** | 2112-01RR |
| **For Services Through:** | 5/31/2023 |

Matter: SLAM Receivership

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/2/2022 | TWM | Review settlement agreement and internal discussion re: Chubb insurance claim. | 0.30 | 135.00 |
| 5/9/2022 | TWM | Review draft status report and discuss same with L. Smith. | 0.50 | 225.00 |
| 5/11/2022 | TWM | Review summary of status of Pub Club settlement with Chubb. | 0.30 | 135.00 |
| 5/12/2022 | TWM | Review updated status report. | 0.30 | 135.00 |
| 5/13/2022 | TWM | Briefly review latest version of settlement agreement with Chubb. | 0.20 | 90.00 |
| 5/16/2022 | TWM | Review motion to approve settlement with Chubb and correspond with CFPB re: motion to approve. | 0.50 | 225.00 |
| 5/23/2022 | TWM | Review S. Kim settlement to confirm receiver's duties re: assets and discuss process with D. Magee. | 0.60 | 270.00 |
| 5/24/2022 | LMJ | Review and analyze vendor correspondence and state and federal tax notices re: pre-receivership charges and update chart re: same. | 1.20 | 258.00 |
| | TWM | Draft email re: asset turnover to S. Kim defense counsel and meet with D. Magee re: avenues to sell vehicles and jewelry. | 0.50 | 225.00 |
| 5/25/2022 | LMJ | Confer and correspond with L. Smith re: creditor claims. | 0.20 | 43.00 |
| | LMJ | Review and analyze creditor claims submitted by state tax agencies, review and analyze books and records re: same, and draft notes re: same. | 1.60 | 344.00 |
| | TWM | Review correspondence from CFPB and follow up with D. Magee re: follow-up steps re: asset sale. | 0.40 | 180.00 |
| | TWM | Review and respond to defense counsel inquiry. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/26/2022 | LMJ | Review and analyze books and records re: vendor accounts payable. | 0.40 | 86.00 |
| | TWM | Correspond with S. Kim defense counsel re: delivery and identification of assets surrendered in settlement. | 0.60 | 270.00 |
| | TWM | Outline agreement with defense counsel for delivery of vehicles and jewelry, search for Bentley VIN number, and provide order to defense counsel. | 0.50 | 225.00 |
| 5/27/2022 | TWM | Review relevant provisions of draft settlement agreement with A. Kim and respond to inquiry. | 0.40 | 180.00 |
| | TWM | Review financial disclosure documents of S. Kim and A. Kim. | 0.40 | 180.00 |
| 5/31/2022 | TWM | Correspond with defense counsel re: identification information re: Bentley and logistical information re: delivery. | 0.40 | 180.00 |
| 6/2/2022 | LMJ | Review and analyze payroll records and bank statements re: reconciliation of payroll tax payments. | 7.20 | 1,548.00 |
| 6/6/2022 | TWM | Review and discuss internally delivery of assets and concerns about delay. | 0.30 | 135.00 |
| 6/7/2022 | LMJ | Confer and correspond with C. Gordon re: payroll account related to Horizon Consultants and payments made by Horizon Consultants to Zenith Corporation to investigate possible recovery of transferred funds. | 0.50 | 107.50 |
| | LMJ | Review and analyze Horizon Consultants accounting records and bank statements re: payments made to Zenith Corporation in order to  possible recovery of transferred funds. | 3.30 | 709.50 |
| | LMJ | Review and analyze Horizon Consultants accounting records and bank statements re: payments made to Zenith Corporation in order to investigate possible recovery of transferred funds. | 3.50 | 752.50 |
| | LMJ | Draft quarterly wage and tax schedule for tax year 2019 re: calculation of fourth quarter wages and taxes and calculate fourth quarter wages per employee re: preparation of state payroll tax report. | 4.40 | 946.00 |
| | LMJ | Review, analyze, and reconcile discrepancy re: payroll tax liabilities and payroll tax payments. | 0.80 | 172.00 |
| 6/8/2022 | TWM | Review assets turned over by S. Kim as part of settlement and discuss process to sell assets with D. Magee. | 0.70 | 315.00 |
| | LMJ | Review and analyze payroll records and bank statements re: payments to state and federal tax agencies and prepare quarterly wage and tax schedule for 2019 and reconcile tax discrepancy. | 7.40 | 1,591.00 |
| 6/9/2022 | TWM | Review vehicle analysis and valuation and review alternative avenues to sell same and discuss assets with D. Magee. | 0.70 | 315.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/9/2022 | LMJ | Review and analyze filed creditor claims from governmental agencies and vendors. | 0.40 | 86.00 |
| 6/14/2022 | LMJ | Review and analyze notice from Franchise Tax Board re: corporation tax. | 0.30 | 64.50 |
| 6/15/2022 | TWM | Review proposal by vehicle broker and ask broker to reconsider commission percentage. | 0.20 | 90.00 |
| | LMJ | Call with Franchise Tax Board re: release of order to withhold corporation tax. | 0.20 | 43.00 |
| | LMJ | Correspond with agents at Franchise Tax Board re: release of order to withhold corporation tax. | 0.30 | 64.50 |
| | TWM | Discuss proposal by vehicle broker and sales channels for watches and ring with D. Magee. | 0.20 | 90.00 |
| 6/20/2022 | TWM | Review communication from potential vehicle broker and approve rough plan for transportation and sales process. | 0.30 | 135.00 |
| | TWM | Review and revise latest draft of status report and discuss same with team. | 0.80 | 360.00 |
| 6/23/2022 | LMJ | Review and analyze True Count Staffing bank statements re: deposits and withdrawals from ADP. | 0.50 | 107.50 |
| 6/28/2022 | TWM | Review latest draft of status report and internal discussions re: same. | 0.30 | 135.00 |
| 6/29/2022 | TWM | Review inquiry from CFPB and discuss status with D. Magee. | 0.40 | 180.00 |
| | TWM | Review summary of recent valuations received for jewelry. | 0.20 | 90.00 |
| | TWM | Respond to CFPB re: vehicles and jewelry sales plan. | 0.20 | 90.00 |
| 7/11/2022 | TWM | Review and respond to vendor request for permission to repair A. Kim vehicles prior to sale. | 0.30 | 135.00 |
| 8/7/2022 | TWM | Review universe of creditor claims, lease and claim made by landlord, and underlying supporting documents for creditor claims, and outline points for Court. | 2.60 | 1,170.00 |
| | TWM | Confer with L. Smith re: creditor claims. | 0.20 | 90.00 |
| 8/8/2022 | TWM | Call with CFPB counsel about hearing, review materials in preparation for hearing, and attend hearing. | 0.90 | 405.00 |
| 8/25/2022 | LMJ | Correspond with California Department of Tax and Fee Administration re: environmental tax. | 0.30 | 64.50 |
| | LMJ | Review claim register re: claim received from California Department of Tax and Fee Administration. | 0.10 | 21.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/31/2022 | LMJ | Review and analyze summary of payments to merchant processor by receivership entities. | 0.40 | 86.00 |
| | LMJ | Confer and correspond with A. Greene re: payments to merchant processor by receivership entities. | 0.20 | 43.00 |
| 9/6/2022 | TWM | Review inquiries from auto broker and coordinate response and requested documents. | 0.40 | 180.00 |
| 9/7/2022 | LMJ | Correspond with agent at Employment Development Department re: creditor claim for taxes. | 0.20 | 43.00 |
| 9/8/2022 | TWM | Execute documents re: auto sale and revise language in bill of sale and draft email to Bentley buyer confirming authority and nature of transfer. | 0.40 | 180.00 |
| 9/13/2022 | TWM | Review and approve invoice from car broker and discuss with D. Magee. | 0.20 | 90.00 |
| 9/21/2022 | TWM | Prepare for and participate in update call with CFPB re: subpoena. | 0.50 | 225.00 |
| 9/27/2022 | TWM | Call with CFPB counsel re: discovery request. | 0.50 | 225.00 |
| 10/5/2022 | TWM | Review CFPB subpoena and discuss with L. Smith. | 0.30 | 135.00 |
| 10/7/2022 | TWM | Review order on order to show cause re: K. Wen and cryptocurrency and receiver's obligations under the order and briefly review motion for order to show cause. | 0.90 | 405.00 |
| 10/9/2022 | TWM | Continue review of contempt order re: K. Wen cryptocurrency, inquire of team about our recent efforts to locate K. Wen, and respond to CFPB email. | 0.50 | 225.00 |
| 10/10/2022 | TWM | Continue review of court order re: order to show cause re: cryptocurrency, review original motion for order to show cause and some of declarations for context, and send email to defendant K. Wen re: coordinating transfer of cryptocurrency if he selects that alternative. | 1.60 | 720.00 |
| 10/12/2022 | TWM | Review and revise update on status of asset sales and results for CFPB. | 0.50 | 225.00 |
| 10/13/2022 | TWM | Prepare for and participate in conference call with CFPB re: assets and status on case. | 0.80 | 360.00 |
| | TWM | Call with defendant K. Wen re: court's order re:cryptocurrency assets and follow up with email. | 0.20 | 90.00 |
| 10/24/2022 | LMJ | Review and analyze payroll reports re: state and federal payroll tax deposits. | 0.30 | 64.50 |
| 10/31/2022 | TWM | Review correspondence from K. Wen, review Clegg declaration re: cryptocurrency assets, and email to CFPB to request unredacted version of Clegg declaration. | 1.80 | 810.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/1/2022 | TWM | Review communication and attached letter received from defendant K. Wen, consider questions posed by K. Wen, and discuss with C. Gordon. | 0.80 | 360.00 |
| | TWM | Review Clegg redacted declaration re: cryptocurrency transfers by K. Wen and request CFPB to provided unredacted Clegg declaration. | 0.80 | 360.00 |
| 11/3/2022 | TWM | Review unredacted Clegg declaration re: cryptocurrency transfers associated with K. Wen. | 1.70 | 765.00 |
| 11/4/2022 | LMJ | Draft notes re: bank transfers to and from Receivership Entities to document amounts transferred to related entities. | 0.40 | 86.00 |
| | TWM | Review and determine direction for sale of Rolex submariner which did not sell at prior auction. | 0.20 | 90.00 |
| | TWM | Draft response to inquiry from K. Wen re: cryptocurrency transfers and ask for additional information. | 0.50 | 225.00 |
| 11/7/2022 | TWM | Review and research questions presented by defendant K. Wen re: transferring cryptocurrency assets to receiver. | 1.30 | 585.00 |
| 11/8/2022 | TWM | Review cryptocurrency broker communication forwarded by K. Wen and discuss with C. Gordon. | 0.50 | 225.00 |
| 11/9/2022 | LMJ | Research payroll processor documents re: payroll reports submitted to state and federal tax agencies. | 0.20 | 43.00 |
| | LMJ | Review case files and correspondence re: payroll documents submitted to state and federal tax agencies. | 0.70 | 150.50 |
| | LMJ | Review and analyze statements of account from California Tax and Fee Administration and Employment Development Department. | 0.30 | 64.50 |
| | TWM | Call with CFPB counsel and follow up. | 0.50 | 225.00 |
| | TWM | Discuss status and options for cryptocurrency transfers from K. Wen. | 0.50 | 225.00 |
| 11/11/2022 | LMJ | Review and analyze payroll tax reports re: corrected Form W-2 issued to employees. | 0.30 | 64.50 |
| | TWM | Review latest response from K. Wen and discuss with C. Gordon. | 0.60 | 270.00 |
| | TWM | Review various emails forwarded by K. Wen re: Bittrex and Binance and prepare notes re: same. | 1.40 | 630.00 |
| | TWM | Discuss status of cryptocurrency accounts to house defendant's cryptocurrency. | 0.20 | 90.00 |
| 11/14/2022 | TWM | Review and revise status report re: K. Wen and cryptocurrency transfers. | 0.50 | 225.00 |
| | LMJ | Review and analyze payroll tax reports re: calculation of quarterly and annual tax deposits. | 0.70 | 150.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 11/14/2022 | TWM | Review declaration filed by K. Wen re: order to show cause re: cryptocurrency and prepare notes re: same. | 1.30 | 585.00 |
| 11/15/2022 | TWM | Review declaration and underlying production of TAS email account. | 0.50 | 225.00 |
| 11/17/2022 | LMJ | Review and analyze ADP payroll records re: quarterly and annual payroll tax reports for True Count Staffing and Prime Consulting. | 1.20 | 258.00 |
| | LMJ | Review, analyze, and update payroll tax reconciliation re: employee wages and taxes and employer taxes for True Count Staffing and Prime Consulting. | 2.30 | 494.50 |
| 11/18/2022 | LMJ | Review and analyze payroll tax reports re: wage and tax data related to Q1 wage and tax reports. | 1.50 | 322.50 |
| | LMJ | Review and analyze True Count Staffing payroll tax reports re: incomplete data related to Q4 employee wage and tax reports. | 2.20 | 473.00 |
| | LMJ | Review, analyze, and reconcile True Count Staffing quarterly and annual employee wage and tax data in preparation of final tax reports. | 2.60 | 559.00 |
| 11/21/2022 | LMJ | Review and analyze Prime Consulting and True Count Staffing payroll reports re: employee and employer taxes, and reconciliation of wages. | 1.30 | 279.50 |
| | TWM | Review status update from K. Wen re: transfer of cryptocurrency, difficulties encountered, and options to move forward; respond to same. | 0.30 | 135.00 |
| | LMJ | Review, analyze, and compile ADP 2019 payroll reporting data re: fourth quarter and annual payroll tax returns for Prime Consulting and True Count Staffing not previously filed by ADP. | 2.10 | 451.50 |
| 11/22/2022 | LMJ | Continue review and analysis of Prime Consulting and True Count Staffing payroll reports re: reconciliation of wages, and employee and employer taxes. | 2.60 | 559.00 |
| | LMJ | Review and analyze payroll data re: Prime Consulting payroll reporting. | 0.40 | 86.00 |
| | LMJ | Continue review, analysis, and compilation of Prime Consulting and True Count Staffing ADP 2019 payroll reporting data for each quarter of 2019. | 2.80 | 602.00 |
| 11/23/2022 | LMJ | Continue review and analysis of Prime Consulting and True Count Staffing state and federal payroll reports re: reconciliation of wages, and employee and employer taxes. | 1.60 | 344.00 |
| | TWM | Review email and attachments provided by K. Wen re: communications with Binance and review communications sent to counsel re: Bittrex status. | 0.30 | 135.00 |
| | LMJ | Continue review, analysis, and compilation of Prime Consulting and True Count Staffing ADP 2019 quarterly payroll reporting data. | 1.20 | 258.00 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/2022 | TWM | Begin to review binder of extensive order to show cause pleadings filed by the parties and prepare notes re: same and receiver's future role in cryptocurrency transfer. | 3.70 | 1,665.00 |
| 11/28/2022 | LMJ | Continue review and analysis of Prime Consulting and True Count Staffing payroll reports re: reconciliation of wages, and employee and employer taxes. | 1.80 | 387.00 |
| | TWM | Travel to and from USDC in Los Angeles for hearing. | 4.00 | 1,800.00 |
| | TWM | Continue review and preparation for order to show cause hearing and attend hearing. | 3.10 | 1,395.00 |
| | TWM | Brief conversation with  K. Wen and CFPB attorney post-hearing. | 0.20 | 90.00 |
| | LMJ | Review, analyze, and audit Prime Consulting and True Count Staffing quarterly and annual payroll reporting data. | 2.50 | 537.50 |
| 11/29/2022 | LMJ | Review and analyze Prime Consulting and True Count Staffing quarterly employee and employer taxes re: fourth quarter payroll reporting. | 2.50 | 537.50 |
| | TWM | Work with C. Gordon to establish cryptocurrency wallet for Lumens and Monero transferred from K. Wen and follow up post-meeting to safeguard private key in several places. | 0.60 | 270.00 |
| | TWM | Internally discuss the feasibility of contacting Binance counsel (CFPB offered to introduce at end of order to show cause hearing). | 0.40 | 180.00 |
| | TWM | Review correspondence and representations made by K. Wen re: Bittrex transfers and discuss with C. Gordon and monitor transfer results. | 0.40 | 180.00 |
| | LMJ | Analyze payroll reports for prior quarters and update chart re: same. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements re: payments to ADP for wages and taxes as necessary, based on ADP's failure to file 2019 payroll tax returns. | 0.90 | 193.50 |
| | TWM | Draft email proposal to K. Wen re: introduction to Binance counsel to facilitate transfer of cryptocurrency assets held there. | 0.30 | 135.00 |
| 11/30/2022 | LMJ | Continue to review and analyze bank statements re: wage and tax payments disbursed to ADP for payroll services and update chart re: timing and amount of payments to ADP. | 2.20 | 473.00 |
| | TWM | Brief call with CFPB re: outstanding question and discuss status of transfers and K. Wen's responses internally and review transfer receipts. | 0.50 | 225.00 |
| | TWM | Review opening account documents at Kraken online exchange and latest confirmation that Bittrex transfers were successful. | 0.30 | 135.00 |
| | LMJ | Review and analysis of ADP payroll reports re: wage and tax liabilities. | 0.40 | 86.00 |

SLAM Receivership                                                                                          Page      8

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2022 | LMJ | Review and analyze bank statements re: cancelled checks issued to former employees of True Count Staffing. | 1.30 | 279.50 |
|  | LMJ | Review, analyze, and reconcile wage and tax liabilities with wage and tax payments to ADP. | 0.50 | 107.50 |
|  | LMJ | Review and analyze payroll report analysis re: checks issued to former employees and update same. | 0.50 | 107.50 |
| 12/1/2022 | LMJ | Review and analyze bank statements and True Count Staffing payroll reports re: wage and tax liabilities and payments to ADP. | 1.60 | 344.00 |
|  | LMJ | Review and analyze True Count Staffing general ledger and payroll register re: payroll expenses and update payroll reconciliation re: same. | 1.20 | 258.00 |
|  | LMJ | Review and analyze True Count Staffing payroll data and update calculations re: preparation of quarterly and annual state and federal tax reports. | 2.40 | 516.00 |
| 12/2/2022 | LMJ | Review and analyze Prime Consulting payroll reports and W-2 forms; reconcile tax payments for quarterly and annual employer and employee taxes. | 2.20 | 473.00 |
|  | TWM | Update call with CFPB attorney re: Binance and email to K. Wen re: Binance. | 0.50 | 225.00 |
| 12/3/2022 | TWM | Review notes and send email to C. Gordon re: need to provide update re: cryptocurrency on December 5. | 0.20 | 90.00 |
| 12/5/2022 | TWM | Review update and revise portions to same, discuss with C. Gordon, and call with CFPB re: update. | 0.60 | 270.00 |
|  | TWM | Review and respond to update from A. Greene and discuss with L. Smith. | 0.30 | 135.00 |
| 12/7/2022 | TWM | Review latest update re: Mercedes-Benz G-Wagon sales efforts and discussions on how best to proceed. | 0.30 | 135.00 |
| 12/9/2022 | LMJ | Review and analyze incoming notices re: vendor accounts, and state and federal tax agencies. | 0.20 | 43.00 |
|  | TWM | Consider options re: sales process for Mercedes-Benz G-Wagon and discuss with D. Magee. | 0.20 | 90.00 |
| 12/12/2022 | TWM | Correspond with K. Wen re: contacting Binance counsel and CFPB assistance in doing so and contact CFPB upon getting K. Wen's agreement. | 0.40 | 180.00 |
| 12/14/2022 | TWM | Call with CFPB re: Binance counsel and contact information. | 0.40 | 180.00 |
| 12/16/2022 | TWM | Review background information and proposed correspondence with former lawyer for one of the defendant receivership entities and discuss with C. Gordon. | 0.40 | 180.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/19/2022 | LMJ | Review and analyze payroll reports re: Prime Consulting and prepare payroll reconciliation for state and federal payroll returns. | 2.40 | 516.00 |
| 12/20/2022 | LMJ | Continue review and analysis of payroll reports re: Prime Consulting, LLC and reconcile payroll reports through third quarter of tax year 2019. | 1.90 | 408.50 |
| | LMJ | Review, analyze, and calculate wages, and employee and employer taxes for fourth quarter of tax year 2019. | 2.40 | 516.00 |
| | LMJ | Review and analyze Prime Consulting 2019 W-2 forms re: total reported wages and taxes per employee for tax year 2019. | 1.10 | 236.50 |
| | LMJ | Review and analyze Prime Consulting state tax reports re: wage and tax detail data per employee. | 1.70 | 365.50 |
| | TWM | Review inquiry from consumer, communicate with same, and review other communications from consumers. | 0.60 | 270.00 |
| | TWM | Research status of restitution, contact CFPB for information on status or restitution, and draft and revise draft website update. | 1.20 | 540.00 |
| 12/21/2022 | LMJ | Continue review and analysis of payroll reports re: Prime Consulting, LLC and reconcile same re: third and fourth quarter wages, and employee and employer taxes. | 3.20 | 688.00 |
| | LMJ | Analyze and calculate fourth quarter wages, and employer and employee taxes for preparation of state and federal tax reports. | 2.20 | 473.00 |
| | LMJ | Review and analyze state tax reports re: wage and tax detail data per employee and continue preparation of schedule re: same. | 2.00 | 430.00 |
| 12/22/2022 | LMJ | Review and analyze bank statements re: wage and tax payments to ADP and reconcile payroll taxes reported with funds transfers to ADP. | 2.70 | 580.50 |
| | TWM | Review update communication from CFPB re: Binance and conduct follow-up research re: Binance process. | 0.40 | 180.00 |
| | TWM | Contact CFPB re: additional consumer contact re: restitution and follow up with two updates for consumers. | 0.40 | 180.00 |
| | LMJ | Review and analyze bank statements re: wage and tax payments to ADP and reconcile payroll taxes reported with funds transfers to ADP. | 2.20 | 473.00 |
| | LMJ | Review and analyze first and second quarter payroll reports re: tax liabilities and taxes remitted by ADP to state and federal tax agencies. | 1.80 | 387.00 |
| | LMJ | Review and analyze first and second quarter payroll reports re: tax liabilities and taxes remitted by ADP to state and federal tax agencies. | 1.80 | 387.00 |
| 12/23/2022 | LMJ | Review and analyze payroll reports and calculate fourth quarter wages and taxes re: preparation of state and federal tax reports. | 2.00 | 430.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/23/2022 | TWM | Review status and provide update re: Binance to K. Wen. | 0.20 | 90.00 |
| | LMJ | Review, analyze, and reconcile tax remitted by ADP to state and federal tax agencies with Prime Consulting bank withdrawals by ADP for payment of same re: confirmation of tax remittance. | 1.50 | 322.50 |
| | LMJ | Continue preparation of Prime Consulting state and federal tax reports for tax year 2019. | 1.80 | 387.00 |
| 1/4/2023 | LMJ | Review and analyze payroll report and analysis re: quarterly reports. | 0.30 | 64.50 |
| 1/5/2023 | LMJ | Review, analyze, and reconcile Prime Consulting payroll reports re: wages and taxes for the first and second quarters of tax year 2019. | 3.10 | 666.50 |
| | TWM | Review email from CFPB and backgrounds on the Binance attorneys linked in email and respond to same and reach out to K. Wen. | 0.30 | 135.00 |
| 1/6/2023 | LMJ | Continue review, analysis, and reconciliation of Prime Consulting payroll reports covering over 800 employees re: wages and taxes for the first, second, third, and fourth quarters of tax year 2019. | 4.20 | 903.00 |
| 1/9/2023 | LMJ | Review and analyze Prime Consulting payroll reports re: tax identification numbers. | 0.20 | 43.00 |
| 1/10/2023 | LMJ | Review payroll reports re: tax identification numbers and update payroll reconciliation re: same. | 0.80 | 172.00 |
| 1/11/2023 | LMJ | Review and analyze payroll reconciliation re: state payroll report. | 0.50 | 107.50 |
| | TWM | Review request from LA City Attorney's office re: payment stream and documentation and discuss internally. | 0.30 | 135.00 |
| 1/12/2023 | TWM | Review and respond to question from CFPB re: specific documents stamped confidential in NMC litigation and investigate same by discussing with L. Smith and D. Magee. | 0.40 | 180.00 |
| 1/13/2023 | TWM | Prepare for and participate in call with CFPB counsel, conduct follow-up research re: questions posed by CFPB counsel and email CFPB counsel, and coordinate with D. Magee re: same. | 0.80 | 360.00 |
| 1/17/2023 | TWM | Call with CFPB counsel re: status of Binance transfer efforts. | 0.20 | 90.00 |
| 1/18/2023 | LMJ | Continue review, analysis, and reconciliation of wages and taxes for True Count Staffing and Prime Consulting re: payroll reporting to state and federal tax agencies. | 2.80 | 602.00 |
| | LMJ | Review, analyze, and reconcile taxable wages re: pre-tax deductions. | 1.60 | 344.00 |
| | LMJ | Review, analyze, and reconcile state and federal tax liabilities with state and federal tax deposits re: remittance of tax payments by ADP and update analysis re: same. | 1.80 | 387.00 |

SLAM Receivership                                                                                    Page    11

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 1/19/2023 | LMJ | Review, analyze, and reconcile employer and employee Medicare and social security tax liabilities re: federal payroll tax reporting. | 3.90 | 838.50 |
| | TWM | Call with Binance re: transfer of K. Wen cryptocurrency, discuss with C. Gordon, and follow up with Binance. | 0.40 | 180.00 |
| | LMJ | Continue review, analysis, and reconciliation of taxable wages re: pretax deduction plan contributions. | 2.90 | 623.50 |
| 1/20/2023 | LMJ | Continue review, analysis, and reconciliation of employer and employee Medicare and social security tax liabilities re: submission of federal payroll report. | 2.10 | 451.50 |
| | LMJ | Continue review, analysis, and reconciliation of taxable wages re: pre-tax deductions from employee wages. | 2.00 | 430.00 |
| | LMJ | Continue review, analysis, and reconciliation of state and federal tax liabilities re: tax payments to state and federal agencies submitted by ADP. | 2.30 | 494.50 |
| 1/23/2023 | TWM | Review Binance correspondence, discuss with C. Gordon, and follow up re: same. | 0.30 | 135.00 |
| | LMJ | Review, analyze, and reconcile employee wages and state tax withholding re: fourth quarter state payroll tax report that was not prepared or filed by ADP. | 3.50 | 752.50 |
| | LMJ | Continue preparation of fourth quarter state payroll tax report re: submission to state tax agency. | 3.50 | 752.50 |
| | LMJ | Review and analyze prior period state payroll tax returns re: total wages and state tax withholding reported. | 0.60 | 129.00 |
| 1/24/2023 | TWM | Review Binance account asset report and call with CFPB attorney to confirm the assets reported were consistent. | 0.20 | 90.00 |
| | LMJ | Review and analyze payroll calculations and continue preparation of state payroll tax report re: submission of same to state tax agency. | 3.20 | 688.00 |
| | TWM | Correspond with K. Wen re: status of Binance request to transfer and timeline to effectuate same. | 0.20 | 90.00 |
| | LMJ | Review and analyze employer tax rates re: calculation of employer state unemployment taxes and update same. | 1.30 | 279.50 |
| | LMJ | Review and analyze wage limits re: employer and employee state and federal payroll taxes and update calculations re: same. | 2.00 | 430.00 |
| | LMJ | Review and analyze state payroll tax return re: employee tax identification numbers. | 0.60 | 129.00 |
| | TWM | Discuss transfer process and the need to use consultant with C. Gordon and update to K. Wen re: Binance. | 0.20 | 90.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 1/25/2023 | LMJ | Review and analyze employee wages re: federal unemployment taxes and employee federal withholding taxes and reconcile same with wage summary. | 2.70 | 580.50 |
| | LMJ | Review and analyze employee wages re: state and federal wage limits related to unemployment taxes and update payroll register re: same. | 1.70 | 365.50 |
| | LMJ | Continue review and analysis of bank statements and ADP payroll reports re: taxes remitted to state and federal tax agencies. | 2.50 | 537.50 |
| 1/26/2023 | LMJ | Review and analyze state payroll tax data re: employee wages, employer and employee taxes, and tax deposits submitted to state tax agency by ADP prior to fourth quarter of 2019. | 1.80 | 387.00 |
| | LMJ | Continue reconciliation of state and federal tax liabilities and tax deposits re: confirmation of tax deposits submitted to state and federal tax agencies by ADP prior to fourth quarter of 2019. | 1.10 | 236.50 |
| | LMJ | Review, analyze, and update state payroll report re: submission of tax reports to state tax agency. | 2.20 | 473.00 |
| 1/27/2023 | TWM | Review draft proposed order to be submitted by CFPB re: summary judgment, determine receivership obligations and impact, discuss briefly with C. Gordon, and respond to CFPB. | 0.50 | 225.00 |
| 2/3/2023 | TWM | Meet with C. Gordon re: cryptocurrency consultant meeting and update. | 0.20 | 90.00 |
| 2/7/2023 | TWM | Review contract with cryptocurrency expert and comment on same to C. Gordon. | 0.20 | 90.00 |
| 2/8/2023 | LMJ | Review and analyze Prime Consulting payroll reconciliation re: tax liabilities and tax deposits submitted by ADP prior to fourth quarter of 2019. | 0.80 | 172.00 |
| | LMJ | Review and analyze True Count Staffing payroll reports re: state and federal wage and tax liabilities and tax deposits; review and analyze tax deposit reconciliation; update same. | 1.80 | 387.00 |
| | LMJ | Review and analyze payroll report re: tax identification number of receivership entities. | 0.20 | 43.00 |
| | LMJ | Review and analyze wage and tax adjustments re: employer state and federal tax liabilities; review and analyze ADP payroll reports re: same. | 1.30 | 279.50 |
| 2/9/2023 | LMJ | Review and analyze ADP payroll reports re: tax reporting and payment of federal and state taxes. | 0.60 | 129.00 |
| | LMJ | Review and analyze payroll tax reports re: adjustments to wages, and state and federal taxes. | 0.50 | 107.50 |
| | LMJ | Draft letter to state and federal tax agencies re: disclosure of payroll tax reporting. | 0.70 | 150.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/9/2023 | LMJ | Review and analyze ADP tax reports and payroll reconciliation re: wages, employer and employee taxes. | 0.40 | 86.00 |
| | LMJ | Review and analyze notices from ADP re: payment or refund of state and federal payroll taxes. | 0.40 | 86.00 |
| | LMJ | Review, analyze, and update state payroll tax report re: wages and income tax withholding. | 0.60 | 129.00 |
| | LMJ | Review and analyze payroll tax report re: employer federal taxes and prepare tax worksheet re: same. | 0.30 | 64.50 |
| | LMJ | Review and analyze bank statements re: payments to ADP for state and federal taxes and update payroll reconciliation re: same. | 0.80 | 172.00 |
| | LMJ | Review, analyze, and reconcile quarterly wage and tax amounts re: adjustments to wages, and state and federal taxes; update payroll reconciliation re: same. | 1.70 | 365.50 |
| | LMJ | Continue review and analysis of ADP tax reports and payroll reconciliation re: preparation of Prime Consulting federal payroll tax reports. | 1.80 | 387.00 |
| 2/10/2023 | LMJ | Review and analyze Prime Consulting state payroll tax return re: employee state income tax withholding and prepare state payroll tax return re: employer and employee taxes. | 2.80 | 602.00 |
| | LMJ | Draft letter to Employment Development Department re: remittance of True Count Staffing and Prime Consulting employer taxes by ADP. | 0.30 | 64.50 |
| | LMJ | Review and analyze True Count Staffing payroll reports re: quarterly wages and taxes; reconcile same. | 1.70 | 365.50 |
| 2/13/2023 | LMJ | Review and analyze True Count Staffing payroll reports re: fourth quarter wages for state and federal payroll tax reporting. | 2.70 | 580.50 |
| | LMJ | Review and analyze True Count Staffing employee and employer state and federal taxes re: tax payments submitted to state and federal tax agencies by ADP prior to fourth quarter of 2019. | 1.10 | 236.50 |
| | LMJ | Continue review, analysis, and reconciliation of wages and taxes for all quarters of tax year 2019 re: preparation of fourth quarter and annual payroll tax reporting. | 2.10 | 451.50 |
| 2/14/2023 | LMJ | Confer and correspond with agent at Employment Development Department re: True Count Staffing and Prime Consulting payroll tax returns. | 0.40 | 86.00 |
| | LMJ | Review and analyze True Count Staffing payroll reports re: fourth quarter wages and taxes. | 0.40 | 86.00 |

SLAM Receivership                                                                                        Page    14

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 2/14/2023 | LMJ | Review and analyze bank statements re: negotiated fourth quarter payroll checks. | 1.20 | 258.00 |
| | LMJ | Continue review and preparation of state and federal tax reports that were not filed by ADP re: True Count Staffing. | 2.20 | 473.00 |
| | LMJ | Review, analyze, and reconcile True Count Staffing payroll reports re: employee wages and taxes, and employer taxes. | 1.00 | 215.00 |
| 2/15/2023 | LMJ | Continue review and preparation of state and federal tax reports that were not filed by ADP re: True Count Staffing. | 0.90 | 193.50 |
| | LMJ | Draft notes re: payroll tax deposits reported by ADP for True Count Staffing and Prime Consulting. | 0.80 | 172.00 |
| | LMJ | Correspond with agent at ADP re: payroll tax deposits and request for proof of refund. | 0.20 | 43.00 |
| | LMJ | Review quarterly tax verification documents from ADP re: fourth quarter tax reports related to Prime Consulting. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements re: deposits from ADP related to unremitted funds for True Count Staffing and Prime Consulting. | 0.70 | 150.50 |
| | LMJ | Review and analyze bank statement inventory re: production of cancelled checks. | 0.30 | 64.50 |
| | LMJ | Review and analyze financials re: Prime Consulting refund for unremitted payroll taxes. | 0.40 | 86.00 |
| 2/16/2023 | LMJ | Review and analyze payroll records re: gross wages and taxable wages; update payroll tax analysis re: same. | 1.30 | 279.50 |
| 2/23/2023 | TWM | Carefully read and revise declaration for court re: cryptocurrency transfer status and discuss same with C. Gordon. | 0.70 | 315.00 |
| 3/6/2023 | TWM | Internal discussions re: Binance and what to do with cryptocurrency assets with virtually no value and review summary of situation. | 0.30 | 135.00 |
| 3/8/2023 | TWM | Review Binance status and draft instructions to same. | 0.20 | 90.00 |
| 3/9/2023 | TWM | Review correspondence with Binance and discuss with C. Gordon. | 0.30 | 135.00 |
| 3/13/2023 | TWM | Call with CFPB attorney re: status of Binance and asset sales and follow up with team on outstanding issues. | 0.40 | 180.00 |
| 3/14/2023 | TWM | Review information re: FDIC and systemic risks to banks, determine method to fully insure all aspects of receivership funds, and coordinate with Pacific Western Bank to accomplish. | 0.50 | 225.00 |
| 3/15/2023 | LMJ | Confer and correspond with agent at California Department of Tax and Fee Administration re: creditor claim. | 0.30 | 64.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 3/16/2023 | LMJ | Correspond with A. Quinn of ADP re: True Count Staffing payroll tax payments. | 0.20 | 43.00 |
| 3/17/2023 | LMJ | Confer internally re: payroll reports and tax payments related to True County Staffing and Prime Consulting. | 0.20 | 43.00 |
| 3/22/2023 | LMJ | Review and analyze accounting documents re: receipt of payroll tax credit from ADP. | 0.60 | 129.00 |
| 3/28/2023 | LMJ | Review and analyze notes re: funds transferred to J. Dai and J. Dai entities and update physical and electronic files re: same. | 1.40 | 301.00 |
| 3/30/2023 | LMJ | Review and analyze payroll records and bank statements re: tax payments for True Count Staffing. | 0.30 | 64.50 |
| 3/31/2023 | LMJ | Draft disclosure letter to tax agencies re: submission of payroll tax reports. | 0.40 | 86.00 |
|  | LMJ | Review and analyze payroll tax documents and tax payment reconciliation re: completion of quarterly and annual state and federal tax reports for True Count Staffing. | 3.60 | 774.00 |
| 4/4/2023 | TWM | Review latest status of Bitcoin transfer and discuss with C. Gordon. | 0.20 | 90.00 |
| 4/5/2023 | LMJ | Correspond with A. Quinn re: refund check for credit owed to True Count Staffing from ADP. | 0.10 | 21.50 |
|  | LMJ | Review and analyze bank statements re: credit from ADP for unremitted taxes related to True Count Staffing payroll returns. | 0.70 | 150.50 |
|  | LMJ | Review and analyze bank statements re: Prime Consulting wage and tax payments, review ADP statements of state and federal tax deposits, and update reconciliation re: same. | 2.60 | 559.00 |
| 4/6/2023 | LMJ | Correspond with agent at Employment Development Department re: tax deposits made by ADP for Prime Consulting, LLC. | 0.10 | 21.50 |
|  | LMJ | Review and analyze ADP payroll reports re: Prime Consulting and reconcile payroll tax deposits reported by ADP. | 1.70 | 365.50 |
|  | LMJ | Correspond with agent at ADP re: federal and state taxes remitted to the tax agencies. | 0.10 | 21.50 |
| 4/7/2023 | LMJ | Correspond with agent at Employment Development Department re: tax deposit for Prime Consulting. | 0.20 | 43.00 |
| 4/10/2023 | LMJ | Review and analyze bank statements re: timing and amount of transfers between related entities and investigate purpose of transfers. | 0.60 | 129.00 |
| 4/11/2023 | LMJ | Correspond with A. Quinn of ADP re: refund of unremitted state and federal tax payments. | 0.10 | 21.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/11/2023 | LMJ | Review and analyze payroll reconciliation re: state and federal payroll tax returns for Prime Consulting, LLC and update state and federal payroll tax returns re: unremitted tax payments. | 1.30 | 279.50 |
| | LMJ | Correspond with agent at Employment Development Department re: Prime Consulting tax deposits remitted by ADP. | 0.20 | 43.00 |
| | LMJ | Draft notes re: Prime Consulting and True Count Staffing payroll tax issues. | 0.50 | 107.50 |
| 4/12/2023 | LMJ | Correspond with agent at Employment Development Department re: Prime Consulting payroll tax payments. | 0.10 | 21.50 |
| | LMJ | Correspond with A. Quinn of ADP re: unremitted state and federal tax payments. | 0.10 | 21.50 |
| | LMJ | Revise notes re: state and federal tax returns, and request for refund of tax payments that had not be remitted to state and federal tax agencies by ADP. | 0.50 | 107.50 |
| | LMJ | Draft letter to state and federal tax agencies re: disclosure of receivership. | 0.30 | 64.50 |
| | LMJ | Review and analyze merchant processor reserves re: asset turnover. | 0.20 | 43.00 |
| 4/13/2023 | TWM | Review status with Binance, discuss next steps, and review draft email to same. | 0.30 | 135.00 |
| | LMJ | Correspond with A. Quinn re: payroll tax payment refund. | 0.20 | 43.00 |
| | LMJ | Review and analyze notices from vendors and state and federal tax agencies. | 0.30 | 64.50 |
| | LMJ | Review and analyze claim register re: claim submitted by California Department of Tax and Fee Administration. | 0.20 | 43.00 |
| 4/14/2023 | LMJ | Review physical and electronic files re: transfers from receivership entities to J. Dai and K. Wen UBS bank accounts, and NMC merchant paid by receivership entities. | 2.40 | 516.00 |
| 4/18/2023 | LMJ | Correspond with A. Quinn re: Prime Consulting payments to state and federal tax agencies. | 0.10 | 21.50 |
| | LMJ | Review and analyze payroll tax returns re: Prime Consulting and prepare notes re: same. | 0.40 | 86.00 |
| 4/19/2023 | LMJ | Correspond with A. Quinn re: refund for payroll tax payments for True Count Staffing and Prime Consulting. | 0.10 | 21.50 |
| 4/20/2023 | LMJ | Review and analyze merchant processing statements re: True Count Staffing, Horizon Consultants, and TAS 2019; update notes re: same. | 0.50 | 107.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 4/24/2023 | LMJ | Review case file documents re: bank statement productions and update bank statement inventory re: same. | 0.60 | 129.00 |
| 4/26/2023 | TWM | Review Binance transfer confirmation and discuss briefly with C. Gordon and communicate to CFPB and K. Wen update re: Binance Bitcoin transfer to receivership. | 0.50 | 225.00 |
| 5/1/2023 | LMJ | Review and analyze ADP documents and correspondence re: unremitted payroll taxes. | 0.70 | 150.50 |
|  | LMJ | Draft notes re: merchant processing activity re: TAS 2019 LLC merchant processing accounts reporting consumer payments under primary accounts and related expenses reported under chain accounts. | 0.50 | 107.50 |
|  | LMJ | Review and analyze financial documents re: transfer of funds related to True Count Staffing, TAS 2019, and Infinite Management. | 0.70 | 150.50 |
| 5/2/2023 | LMJ | Correspond with A. Quinn re: Prime Consulting payroll tax refund. | 0.10 | 21.50 |
| 5/3/2023 | LMJ | Correspond with A. Quinn re: Prime Consulting payroll tax payments. | 0.20 | 43.00 |
| 5/30/2023 | LMJ | Review correspondence from ADP re: remittance of Prime Consulting payroll tax to state and federal tax agencies. | 0.10 | 21.50 |
|  | LMJ | Confer internally re: notice from tax agency related to payroll tax report. | 0.10 | 21.50 |
|  | LMJ | Review and analyze notice from federal tax agency re: payroll report. | 0.10 | 21.50 |
| 5/31/2023 | LMJ | Correspond internally re: refund check due from ADP related to Prime Consulting payroll taxes. | 0.10 | 21.50 |
| | **TOTAL FEES** | | **283.20** | **$75,481.50** |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| 6/1/2022 | Other: Bentley vehicle storage | 210.00 |
| 7/1/2022 | Other: Bentley vehicle storage | 210.00 |
| 11/28/2022 | Out-of-town travel: Round trip mileage to attend hearing in Los Angeles | 141.25 |
|  | Out-of-town travel: Parking | 20.00 |
| 2/7/2023 | Delivery services/messengers: FedEx Mercedes title to Broad Arrow Group | 30.61 |
| **TOTAL DISBURSEMENTS** | | **$611.86** |

|  | **Amount** |
|---|---|
| **TOTAL CURRENT CHARGES** | **$76,093.36** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lisa M. Jones | 221.10 | 215.00 | $47,536.50 |
| Thomas W. McNamara | 62.10 | 450.00 | $27,945.00 |

# Regulatory Resolutions

July 20, 2023

| | |
|---|---|
| **Invoice No:** | 11637 |
| **Our File No.:** | 2112-01RR-01 |
| **For Services Through:** | 5/31/2023 |

Matter:   SLAM Receivership - NMC submatter

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $34,934.00 |
| Total Disbursements | $179.25 |
| **Grand Total** | **$35,113.25** |

# Regulatory Resolutions

|  |  |
|---|---|
| **Invoice No.:** | 11637 |
| **Our File No.:** | 2112-01RR-01 |
| **For Services Through:** | 5/31/2023 |

Matter:  SLAM Receivership - NMC submatter

**PROFESSIONAL SERVICES**

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 5/3/2022 | TWM | Meet with team for update and status of discovery and next steps. | 0.90 | 405.00 |
|  | TWM | Review summary of J. Lai discovery documents and answers. | 0.30 | 135.00 |
| 5/5/2022 | TWM | Review defense counsel's request to continue and team's analysis of how to proceed with discovery in an expeditious fashion. | 0.40 | 180.00 |
| 5/11/2022 | TWM | Meet with team re: discovery and strategy. | 1.20 | 540.00 |
| 5/17/2022 | TWM | Review discovery plan and meet with team to discuss discovery implementation and strategy. | 1.10 | 495.00 |
| 5/19/2022 | TWM | Review and discuss topics for meet and confer with NMC counsel. | 0.50 | 225.00 |
| 5/23/2022 | TWM | Review draft demand letter and mediation statement and discuss with C. Gordon. | 0.40 | 180.00 |
| 5/27/2022 | TWM | Review thoughts and strategy re: discovery and timing of mediation presented by team throughout the day. | 0.30 | 135.00 |
| 5/31/2022 | TWM | Review and discuss latest discovery schedule and strategy re: mediation. | 0.50 | 225.00 |
| 6/2/2022 | TWM | Meet with L. Smith to discuss discovery and deposition assignment and strategy. | 0.40 | 180.00 |
| 6/3/2022 | TWM | Review discovery requests to third parties and discuss internally. | 0.40 | 180.00 |
| 6/9/2022 | TWM | Correspond with counsel re: discovery. | 0.80 | 360.00 |
| 6/13/2022 | TWM | Review deposition outline and discussion about certain exhibits and review K. Hu declaration. | 1.30 | 585.00 |

SLAM Receivership - NMC submatter                                                                   Page     2

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/14/2022 | TWM | Meet with counsel re: discovery/deposition status and address issues raised by defense counsel's recent request. | 0.70 | 315.00 |
| 6/15/2022 | TWM | Review draft declaration of K. Hu and recent discovery. | 0.80 | 360.00 |
| 6/16/2022 | TWM | Review final declaration of K. Hu and evaluate upcoming discovery issues. | 0.70 | 315.00 |
| 6/17/2022 | TWM | Meet with team post-J. Lai deposition and discuss strategy and status of discovery. | 0.80 | 360.00 |
| | LMJ | Review and analyze merchant processing account statements re: settlement receipts and prepare analysis re: same. | 1.60 | 344.00 |
| 6/18/2022 | TWM | Discussions and meetings over the course of the day re: J. Lai deposition and discovery developments. | 0.60 | 270.00 |
| 6/22/2022 | LMJ | Review and analyze cash flow analysis re: settlements from merchant processors. | 0.40 | 86.00 |
| 6/23/2022 | LMJ | Review and analyze True Count Staffing and Horizon Consultants bank statements re: merchant processor settlements. | 1.10 | 236.50 |
| 7/6/2022 | TWM | Confer internally re: Swift Payments deposition and other discovery steps and discuss case strategy. | 0.80 | 360.00 |
| 7/8/2022 | LMJ | Review analysis of merchant processing statements re: fees charged to True Count Staffing and Horizon Consultants. | 0.50 | 107.50 |
| | TWM | Swift deposition meeting debrief and team discussion of strategy and discovery going forward. | 0.80 | 360.00 |
| 7/26/2022 | LMJ | Review and analyze merchant processing statements and bank statements re: settlement dates and amounts and update analysis re: same. | 6.30 | 1,354.50 |
| 7/28/2022 | LMJ | Review and analyze merchant processing reserve transactions re: funds transferred to receivership entities and review analysis of same. | 1.20 | 258.00 |
| 8/12/2022 | TWM | Review and comment on draft mediation brief. | 0.50 | 225.00 |
| 8/16/2022 | TWM | Review inquiry from CFPB and discuss internally. | 0.30 | 135.00 |
| | TWM | Call with mediator in preparation for mediation. | 0.80 | 360.00 |
| 8/19/2022 | TWM | Travel to mediation in Los Angeles, participate in mediation, and return to San Diego (10 plus hours spent -- 6.5 billed). | 6.50 | 2,925.00 |
| 8/22/2022 | TWM | Team meeting to discuss process and status and strategy going forward post-mediation. | 0.60 | 270.00 |
| 8/30/2022 | TWM | Review preliminary report, first amended complaint, and opposition to motion to dismiss in preparation for deposition. | 2.70 | 1,215.00 |

SLAM Receivership - NMC submatter                                                           Page       3

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 8/30/2022 | TWM | Meet with counsel to prepare for deposition. | 0.80 | 360.00 |
| 8/31/2022 | TWM | Review materials (pleadings and discovery request) in preparation for deposition. | 2.80 | 1,260.00 |
| | TWM | Meet with counsel re: deposition. | 0.50 | 225.00 |
| 9/1/2022 | TWM | Prepare for and appear at deposition for questioning. | 7.50 | 3,375.00 |
| 9/2/2022 | TWM | Review correspondence with NMC counsel at beginning of receivership re: notification of receivership entity Horizon and discuss same with C. Gordon. | 0.80 | 360.00 |
| | LMJ | Review and analyze books and records re: payments for legal expenses, review case documents re: same, review and analyze bank statements re: same, and prepare analysis re: same. | 3.20 | 688.00 |
| 9/7/2022 | LMJ | Correspond with D. Magee re: analysis of payments related to legal expenses. | 0.10 | 21.50 |
| | LMJ | Review and analyze bank statements and QuickBooks reports re: legal fees paid by receivership entities and prepare summary re: same. | 2.10 | 451.50 |
| 9/8/2022 | LMJ | Review and analyze general ledger for Prime Consulting, LLC re: date ranges of entries. | 0.20 | 43.00 |
| | LMJ | Review and analyze general ledger for True Count Staffing, Inc. re: date ranges of entries. | 0.30 | 64.50 |
| | LMJ | Correspond with D. Magee re: Prime Consulting, LLC and True Count Staffing, Inc. general ledgers for years 2018 and 2019. | 0.20 | 43.00 |
| | LMJ | Continue review and analysis of bank statements and QuickBooks reports re: legal fees paid by Prime Consulting, LLC and update summary of legal fees re: same. | 2.00 | 430.00 |
| | LMJ | Correspond with A. Greene and D. Magee re: legal fees paid by Prime Consulting, LLC and update summary re: same. | 0.30 | 64.50 |
| | LMJ | Correspond with L. Smith, A. Greene, and D. Magee re: legal fee payments from receivership entities. | 0.50 | 107.50 |
| | LMJ | Review analysis of legal fee payments from receivership entities and update summary of fees paid. | 0.40 | 86.00 |
| | LMJ | Correspond with D. Magee re: legal fee payments from receivership entities and specific bank statement records. | 0.10 | 21.50 |
| | LMJ | Review and analyze timing, amount, and recipients of payments made for legal services re: determination of total fees paid during specific time period. | 1.20 | 258.00 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/8/2022 | LMJ | Research recipients of legal fees as listed in bank statements and general ledger re: determination of nature of services rendered. | 0.70 | 150.50 |
| 9/16/2022 | LMJ | Confer with A. Greene re: damage calculations. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements and merchant processor statements re: damage calculations. | 2.10 | 451.50 |
| 9/18/2022 | LMJ | Review and analyze merchant processor statements re: sales volume, chargebacks, and fees; prepare analysis re: same. | 3.50 | 752.50 |
| 9/19/2022 | LMJ | Continue review and analysis of merchant processor statements re: sales volume, chargebacks, and fees; continue preparation of analysis re: same. | 6.80 | 1,462.00 |
| | LMJ | Review and analyze bank statements re: transfers to non-receivership entities. | 0.70 | 150.50 |
| 9/21/2022 | LMJ | Prepare for and attend call with A. Greene and expert, B. Bergmark, re: merchant processing sales and fee analysis. | 0.80 | 172.00 |
| 9/23/2022 | LMJ | Review and analyze bank statements and financial reports re: funds transferred to non-receivership entities and prepare analysis re: same. | 7.00 | 1,505.00 |
| | LMJ | Research state registration data re: non-receivership entities. | 0.30 | 64.50 |
| 9/25/2022 | LMJ | Review and analyze bank statements re: payments to non-receivership entities and prepare summary re: same. | 4.00 | 860.00 |
| 9/26/2022 | LMJ | Confer and correspond with A. Greene re: legal fees paid by receivership entities. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements re: transfers from receivership entities to relief defendant entities and review final judgments re: same. | 4.50 | 967.50 |
| | LMJ | Confer with A. Greene and D. Magee re: production of documents related to the summary of transfers to relief defendants. | 0.20 | 43.00 |
| | LMJ | Correspond with L. Smith and A. Greene re: summary of transfers from receivership entities to relief defendant entities. | 0.20 | 43.00 |
| | LMJ | Confer and correspond with A. Greene re: analysis of merchant processing statements as of specific dates. | 0.20 | 43.00 |
| 9/27/2022 | LMJ | Review and analyze NMC merchant processing statements re: sales, chargebacks, and fees for specific time periods; review daily sales, chargebacks, reverse chargebacks, and adjustments; prepare analysis re: same. | 8.40 | 1,806.00 |
| | LMJ | Confer and correspond with A. Greene re: analysis of sales transactions processed by NMC during specific time periods. | 0.30 | 64.50 |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 9/28/2022 | LMJ | Confer and correspond with A. Greene re: discrepancies related to transfer of funds to affiliated entities. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank statements and cash flow analysis for receivership entities and affiliated entities re: discrepancies related to transfer of funds to affiliated entities. | 1.20 | 258.00 |
| 10/19/2022 | TWM | Review deposition transcript and complete errata sheets. | 1.50 | 675.00 |
| 12/13/2022 | LMJ | Confer with A. Greene re: transfers between receivership entities and damage analysis. | 0.30 | 64.50 |
| | LMJ | Review and analyze bank transactions re: receivership entities and proceeds from liquidation of assets. | 0.60 | 129.00 |
| 12/14/2022 | LMJ | Review and analyze merchant processor statements re: consumer transactions and review analysis re: sales and consumer credits per period. | 0.80 | 172.00 |
| | LMJ | Complete review and analysis of receivership estate accounting re: transfer and liquidation of receivership entity assets, review judgment re: funds transferred to third party and recovery of same, and prepare chart re: same. | 1.10 | 236.50 |
| | LMJ | Review and analyze bank statements and analysis re: legal fees paid by True Count Staffing. | 0.20 | 43.00 |
| | LMJ | Review documents provided to B. Bergmark re: preparation of damage analysis. | 0.20 | 43.00 |
| | LMJ | Review and analyze bank deposit transactions re: merchant processor information related to consumer transactions for First Priority, LLC. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements re: merchant processor transactions; update cash flow analysis for True Count Staffing, Horizon Consulting, and First Priority re: same; review judgments re: Prime Consulting, Horizon Consultants, First Priority, True Count Staffing, and TAS 2019 LLC; review and analyze judgment amounts and consumer transactions. | 4.20 | 903.00 |
| 12/15/2022 | LMJ | Review and analyze merchant processing statements re: consumer transactions per period, review and analyze bank statements re: bank deposits per period, and prepare analysis per period re: same. | 3.70 | 795.50 |
| | LMJ | Confer and correspond with A. Greene re: damage analysis per period related to consumer transactions. | 0.50 | 107.50 |
| | LMJ | Review and analyze bank statements and merchant processor statements re: transmittal to B. Bergmark. | 0.80 | 172.00 |
| | LMJ | Correspond with D. Magee re: bank statements and merchant processor statements to transmit B. Bergmark. | 0.10 | 21.50 |

SLAM Receivership - NMC submatter                                        Page      6

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/15/2022 | LMJ | Review and analyze report re: damage analysis, fees charged by merchant processor, and fund transfers to relief defendants from receivership entities. | 0.80 | 172.00 |
| 12/16/2022 | LMJ | Prepare for and call with A. Greene and B. Minns re: damage calculations related to merchant processing revenue. | 0.70 | 150.50 |
| 2/3/2023 | LMJ | Confer and correspond with A. Greene re: review of financial documents and tax returns. | 0.30 | 64.50 |
| | LMJ | Review and analyze financial documents and tax returns for National Merchant Center, Swift Payments, and S. Lai re: income and expenses. | 1.60 | 344.00 |
| 2/10/2023 | TWM | Review and revise declaration in support of settlement motion with NMC. | 0.60 | 270.00 |
| | **TOTAL FEES** | | **119.20** | **$34,934.00** |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
| 8/19/2022 | Out-of-town travel: Round trip mileage to attend mediation in Los Angeles | 141.25 |
| | Out-of-town travel: Parking | 38.00 |
| | **TOTAL DISBURSEMENTS** | **$179.25** |
| | **TOTAL CURRENT CHARGES** | **$35,113.25** |

### PROFESSIONAL SERVICES SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Lisa M. Jones | 79.60 | 215.00 | $17,114.00 |
| Thomas W. McNamara | 39.60 | 450.00 | $17,820.00 |