Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>                    Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>***EX PARTE* APPLICATION FOR ENTRY OF JUDGMENT BY STIPULATION AGAINST NON-PARTIES SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:  5A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The Court-appointed receiver, Thomas W. McNamara ("Receiver"), hereby applies *ex parte* pursuant to Federal Rules of Civil Procedure 54 the Court for entry of judgment against non-parties Shih-Hao Lai aka Jimmy Lai ("Lai") and Swift Payments ("Swift," collectively, the "Lai Parties") in the sum of $75,000, pursuant to a Stipulated Judgment executed by the parties and as a result of the Lai Parties' default on their payment obligations under the Court-approved Settlement Agreement which resolved the parties' claims in a separate, but related action, styled *McNamara v. National Merchant Center, Inc., et al.* (C.D. Cal.), Case No. 8:21-cv-01122-MWF (KSx).

As set forth in the Settlement Agreement between the parties, the Lai Parties were obligated to pay the Receiver $75,000 in twelve (12) equal installments of $7,083.33 beginning March 31, 2023, with the remaining eleven payments due on the 15th day of every four months that followed.  *See* Settlement Agreement, ¶ 5.1.1, attached as Exhibit 1 to the Declaration of Andrew M. Greene ("Greene Decl.") filed herewith.  The Settlement Agreement further provided that the Receiver would be entitled to file a Stipulation of Judgment against the Lai Parties upon the occurrence of an Event of Default (as defined in the Settlement Agreement) if the Lai Parties failed to cure the default within 30 days of notice. *Id.* at ¶¶5.2-5.3, 6.1.  Greene Decl., Ex. 2.  On March 13, 2023, this Court entered an order approving the Settlement Agreement and expressly retaining jurisdiction over the interpretation and enforcement of the Settlement Agreement.  (ECF No. 434).  Additionally, on March 20, 2023, the parties in the NMC Action filed a Joint Stipulation for Dismissal with Prejudice in the NMC Action which provided for this Court to retain jurisdiction over enforcement of the Settlement Agreement. (NMC Action ECF No. 67.)

The Lai Parties failed to make their first installment payment due on or before March 31, 2023.  Greene Decl. ¶ 5.  On April 5, 2023, pursuant to the terms of the Settlement Agreement, the Receiver's counsel provided a Notice of Default via email to the Lai Parties and their counsel, Felix Woo.  Greene Decl. ¶ 6, Ex. 3. More than 30 days have passed since the Notice of Default and the Lai Parties have still failed to make their first installment payment to the Receiver.  *Id.* at ¶ 7. Further, pursuant to the terms of the Settlement Agreement,  on July 24, 2023, the Receiver's counsel provided 96-hour notice to counsel for the Lai Parties, informing him of the Receiver's intent to seek entry of judgment against the Lai Parties based on the Stipulation of Judgment.  Greene Decl. ¶ 8, Ex. 4.

In light of the above and pursuant to the Stipulation of Judgment, the Receiver hereby respectfully seeks entry of judgment against the Lai Parties in the

sum of $75,000.  Pursuant to Local Rule 7-19, the Receiver's counsel has corresponded with Plaintiffs' counsel and has been informed that Plaintiffs have no objection/opposition to this application.  Greene Decl. ¶ 13.

This application is based upon this *Ex Parte* Application, the Declaration of Andrew M. Greene and the exhibits thereto, and all of the Court's files and records in this action, and such other and further argument as may be presented to the Court.

Dated:  July 28, 2023                    MCNAMARA SMITH LLP

By:   /s/ Andrew M. Greene
Andrew M. Greene
*Attorneys for Receiver,*
*Thomas W. McNamara*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

3       I hereby certify that on the 28th day of July, 2023, I caused the foregoing to

4  be electronically filed with the Clerk of the Court using the CM/ECF system, which

5  will send notification of the filing to all participants in the case who are registered

6  CM/ECF users.

7

8   /s/ Andrew M. Greene
   Andrew M. Greene
9  *Attorney for Receiver,*
   *Thomas W. McNamara*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28