1  Andrew M. Greene (SBN 167386)
   agreene@mcnamarallp.com
2  Logan D. Smith (SBN 212041)
   lsmith@mcnamarallp.com
3  Cornelia J. B. Gordon (SBN 320207)
   cgordon@mcnamarallp.com
4  McNamara Smith LLP
   655 West Broadway, Suite 900
5  San Diego, California 92101
   Telephone:  619-269-0400
6  Facsimile:  619-269-0401

7  *Attorneys for Receiver,*
   *Thomas W. McNamara*

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11 | Bureau of Consumer Financial Protection; et al., | Case No. 8:19-cv-01998-MWF (KSx) |

12                                    **DECLARATION OF ANDREW M.**
                Plaintiffs,           **GREENE IN SUPPORT OF *EX***
13                                    ***PARTE* APPLICATION FOR**
          v.                          **ENTRY OF JUDGMENT**
14                                    **AGAINST NON-PARTIES SHIH-**
   Consumer Advocacy Center Inc., d/b/a **HAO LAI AKA JIMMY LAI AND**
15 Premier Student Loan Center; et al., **SWIFT PAYMENTS**

16                Defendants.         JUDGE: Hon. Michael W. Fitzgerald
                                      CTRM:  5A
17

18

19

20

21

22

23

24

25

26

27

28

I, Andrew M. Greene, hereby declare as follows:

1.     I am counsel of record for the Court-appointed receiver in this matter, Thomas W. McNamara ("Receiver").  I have personal knowledge of the facts set forth in this declaration and if called as a witness I could and would competently testify to the facts stated herein.

2.     I make this declaration in support of the Motion for Entry of Judgment Against Non-Parties Shih-Hao Lai aka Jimmy Lai and Swift Payments.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Settlement Agreement executed by, on the one hand, the Receiver, and on the other hand, Shih-Hao Lai aka Jimmy Lai ("Lai") and Swift Payments ("Swift," collectively, the "Lai Parties") in settlement of a separate, but related action, styled *McNamara v. National Merchant Center, Inc., et al.* (C.D. Cal.), Case No. 8:21-cv-01122-MWF (KSx).

4.     Attached hereto as Exhibit 2 is a true and correct copy of the Stipulated Judgment executed by the Lai Parties and the Receiver in connection with the Settlement Agreement.

5.     The Lai Parties failed to make their first installment payment due on or before March 31, 2023.

6.     On April 5, 2023, pursuant to the terms of the Settlement Agreement, I emailed a Notice of Default to the Lai Parties and their counsel, Felix Woo.  A true correct copy of the Notice of Default is attached hereto as Exhibit 3.

7.     More than 30 days have passed since the Notice of Default and the Lai Parties have still failed to make their first installment payment to the Receiver.

8.     On July 24, 2023 at approximately 12:30 p.m., pursuant to Paragraph 5.3 of the Settlement Agreement, I provided Felix Woo with 96-hour notice that the Receive that would seek *ex parte* entry of judgment against the Lai Parties pursuant to the Stipulated Judgment previously executed by the parties.  A true and ///

1  correct copy of my July 24, 2023 correspondence with Mr. Woo is attached hereto

2  as Exhibit 4.

3       9.    In compliance with L.R. 7-19, contact information for counsel for

4  Plaintiff Consumer Financial Protection Bureau ("CFPB") is as follows:

5            **Counsel for Plaintiff Consumer Financial Protection Bureau**
          Jesse Stewart

6            Nathan Dimock
          Sarah Preis

7            Consumer Financial Protection Bureau
          1700 G Street, NW

8            Washington, DC 20552
          Tel: 202435-9198 (ND)

9            Tel: 202-435-9318 (SP)
          Tel: 202-435-9651 (JS)

10            nathan.dimock@cfpb.gov; sarah.preis@cfpb.gov;
          jesse.stewart@cfpb.gov

11

12       10.    In compliance with L.R. 7-19, contact information for counsel for

13  Plaintiff the People of the State of California is as follows:

14            **Counsel for Plaintiff the People of the State of California**
          Christina V. Tusan, Supervising Deputy City Attorney

15            William R. Pletcher
          Jose A. Egurbide

16            Louisa O. Kirakosian
          Office of the City Attorney

17            200 N. Main Street, 500 City Hall East
          Los Angeles, CA 90012-4131

18            Tel.:  213-978-8707
          Fax:  213-978-8112

19            christina.tusan@lacity.org; william.pletcher@lacity.org;
          jose.egurbide@lacity.org; louisa.kirakosian@lacity.org

20

21       11.    In compliance with L.R. 7-19, contact information for counsel for

22  Plaintiff the State of North Carolina is as follows:

23            **Counsel for Plaintiff the State of North Carolina**
          M. Lynne Weaver

24            North Carolina Department of Justice
          The State of North Carolina

25            114 W. Edenton Street
          Raleigh, NC 27602

26            Tel.:  919-716-6000
          Fax:  919-716-6050

27            lweaver@ncdoj.gov

28

12.     In compliance with L.R. 7-19, contact information for counsel for Plaintiff the State of Minnesota is as follows:

**Counsel for Plaintiff the State of Minnesota**
Evan Romanoff (Pro Hac Vice)
Assistant Attorney General
The State of Minnesota
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.:  651-757-1454
evan.romanoff@ag.state.mn.us

13.     In compliance with L.R. 7-19.1, on July 25, 2023, at approximately 2:10 p.m., I emailed CFPB's counsel, Sarah Preis and Jesse Stewart, to inform them that the Receiver would be filing this *Ex Parte* Application.  Ms. Preis informed me that she was scheduled to conduct a call with counsel for all Plaintiffs on July 26 and would inquire at that time whether they had any opposition or objections to this application.  Ms. Preis subsequently emailed me on July 26, 2023 at approximately 3:28 p.m., copying counsel for all Plaintiffs, and informing me that none of the Plaintiffs had any objection or opposition to this *Ex Parte* Application.

14.     Concurrent with this filing, I am causing the *Ex Parte* Application and all supporting papers to be served on such counsel via PACER CM/ECF.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of July, 2023, in San Diego, California.

By:___/s/ Andrew M. Greene_____
        Andrew M. Greene