EXHIBIT 2

Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Receiver for True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; First Priority LLC; and Horizon Consultants LLC, and their successors, assigns, affiliates, or subsidiaries,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL MERCHANT CENTER, INC., a California corporation; SHIH-HAO LAI aka JIMMY LAI, an individual; SWIFT PAYMENTS, a California corporation; DOES 1-10; and ROES 1-10,<br><br>        Defendants. | Case No. 8:21-cv-01122-MWF (KSx)<br><br>**STIPULATED JUDGMENT**<br><br>JUDGE:   Michael W. Fitzgerald<br>CTRM:    5A<br><br><u>Related Case:</u><br>*Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al.*<br>Central District of California<br>Case No. 8:19-cv-01998-MWF (KSx) |

This Stipulated Judgment is made by and between Defendants Shih-Hao Lai aka Jimmy Lai and Swift Payments ("**Defendants**") and Plaintiff Thomas W. McNamara, the Court-appointed receiver in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al.*, U.S.D.C. (C.D. Cal.), Case No. 8:19-cv-01998-MWF (KSx) ("**Receiver**") as follows:

1. This document constitutes a Stipulated Judgment against Defendants and in favor of the Receiver in the amount of Seventy Five Thousand Dollars and 00/100ths Dollars ($75,000.00), less any amounts paid pursuant to the Settlement Agreement and Mutual Release executed by and between Defendants and the Receiver (the "**Agreement**"), whose terms are incorporated herein by this reference.

2. The Receiver or his designee (*e.g.*, the Consumer Financial Protection Bureau ("CFPB")) is permitted to apply for entry of this Stipulated Judgment as set forth in the Agreement. Specifically, Receiver shall not seek entry of this Stipulated Judgment unless Defendants default under the terms of the Agreement, as set forth more fully therein. Should Defendants fail to timely tender the sums due the Receiver as set forth in the Agreement, the Receiver or his designee shall provide thirty (30) days' notice after delivery, as described in paragraph 4 below, to Defendants at the address set forth below, and provide Defendants the opportunity to cure such default. If cure is not made within thirty (30) days, the Receiver or his designee shall thereafter be entitled to file and record this Stipulated Judgment ninety-six (96) hours after notifying Defendants and their counsel of Receiver's or his designee's intent to do so.

3. Defendants waive their right to assert any procedural or substantive defenses and/or objections to the entry of judgment, other than a claim that they have complied with their obligations under this Agreement, or a claim that the Receiver or his designee is not entitled to entry of judgement under the terms of this Agreement.

EXHIBIT 2
Page 13

1   Case No. 8:21-cv-01122-MWF (KSx)
STIPULATED JUDGMENT

4. All notices under this Stipulated Judgment shall be in writing and shall be deemed effective on the date of delivery if delivered personally or by overnight mail, or on the third calendar day after mailing if mailed by first class mail, registered or certified, postage prepaid, and shall be addressed as follows or as may be amended by a written communication delivered pursuant to this paragraph:

> To Defendants:  Felix T. Woo
> FTW Law Group, APC
> 601 S. Figueroa Street, Suite 1950
> Los Angeles, CA 90017-3983
> fwoo@ftwlawgroup.com
>
> To Receiver:  Andrew M. Greene
> McNamara Smith LLP
> 655 West Broadway, Suite 900
> San Diego, CA 92101
> agreene@mcnamarallp.com

5. By entering into this Stipulated Judgment, no party to this matter makes any admission as to any issue in this litigation and/or any other matter concerning the parties to this litigation.

6. Defendants further agree that in the event the Receiver designates the CFPB as his designee pursuant to the terms of the Agreement, the CFPB shall have all rights and remedies the Receiver would otherwise have under the Agreement to enter and enforce this Stipulated Judgment.

///
///
///
///
///
///
///
///
///

EXHIBIT 2
Page 14

2   Case No. 8:21-cv-01122-MWF (KSx)
STIPULATED JUDGMENT

IN WITNESS WHEREOF, the parties hereto have executed this Stipulated Judgment on the day and year indicated below.

Thomas W. McNamara, not individually, but solely as Court-appointed Receiver in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al.*, U.S.D.C. (C.D. Cal.), Case No. 8:19-cv-01998-MWF (KSx)

Dated: February 8, 2023    By: *[signature]*
Thomas W. McNamara

**Shih-Hao Lai aka Jimmy Lai**

Dated: February 2, 2023    By: *[signature]*
Jimmy Lai

**Swift Payments**

Dated: February 2, 2023    By: *[signature]*
Jimmy Lai, President

**APPROVED AS TO FORM:**

**McNamara Smith LLP**

Dated: February 8, 2023    By: *[signature]*
Andrew M. Greene
Attorneys for Thomas W. McNamara, Court-appointed Receiver

**FTW Law Group, APC**

Dated: February 7, 2023    By: *[signature]*
Felix T. Woo
Attorneys for Shih-Hao Lai aka Jimmy Lai and Swift Payments

EXHIBIT 2
Page 15