# EXHIBIT 3

| | |
|---|---|
| **From:** | Andrew Greene |
| **To:** | Felix Woo; jimmy.lai@swiftpaymentsinc.com |
| **Cc:** | Jill Jacobs; Logan Smith |
| **Subject:** | Notice of Default |
| **Date:** | Wednesday, April 5, 2023 2:43:18 PM |
| **Importance:** | High |

Gentlemen,

Pursuant to paragraph 6.1 of the Settlement Agreement between Mr. Jimmy Lai and Swift Payments (collectively "Swift"), on the one hand, and Thomas McNamara, the court-appointed Receiver in the matter of *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., et al.,* U.S.D.C. (C.D. Cal.), Case No. 8:19-cv-01998-MWF (KSx), on the other hand, please be advised that Swift has defaulted on Settlement Agreement by failing to make the first installment payment of $6,250 which was due on or before March 31, 2023.  If said default is not cured by making such payment within 30 days of today's notice, the Receiver will proceed with all available remedies, including entry of the stipulated judgment in the amount of $75,000 as set forth in paragraph 5.3 of the Settlement Agreement.

This notice is being provided as directed in paragraph 10.9 of the Settlement Agreement.

Regards,

Andrew Greene
McNamara Smith LLP
655 W Broadway, Suite 900
San Diego, CA 92101
Main: 619-269-0400
Direct: 619-269-0458
agreene@mcnamarallp.com
http://www.mcnamarallp.com

DISCLAIMER:  This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product.  If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

EXHIBIT 3
Page 16