EXHIBIT 4



ANDREW M. GREENE
DIRECT      619-269-0458
OFFICE      619-269-0400
FAX         619-269-0401
agreene@mcnamarallp.com
www.mcnamarallp.com

July 24, 2023

*Via Email (fwoo@ftwlawgroup.com)*

Felix T. Woo
FTW Law Group, APC
601 S. Figueroa Street, Suite 1950
Los Angeles, CA 90017-3983

Re:   *Bureau of Consumer Financial Protection v. Consumer Advocacy Center, Inc. d/b/a Premier Student Loan Center, et al.*
<u>U.S. District Court (C.D. Cal.) Case No. 8:19-cv-01998-MWF (KSx)</u>

Dear Mr. Woo:

Pursuant to paragraph 5.3 of the Settlement Agreement and Mutual Release between Shih-Hao Lai aka Jimmy Lai and Swift Payments (collectively, the "Lai Parties"), on the one hand, and Thomas W. McNamara, as the Court-appointed receiver (the "Receiver") in the above-referenced matter, on the other hand, please be advised that following the expiration of 96 hours from the time/date of this notice, the Receiver will seek *ex parte* entry of judgment against the Lai Parties pursuant to the stipulated judgment previously executed by the parties.

Please contact me as soon as possible if you have any questions or concerns regarding the above.

Very truly yours,

Andrew M. Greene

AMG:jej