1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  Bureau of Consumer Financial Protection;      Case No. 8:19-cv-01998-MWF (KSx)
    et al.,
12                                                **[PROPOSED] JUDGMENT
                        Plaintiffs,               AGAINST SHIH-HAO LAI AKA
13                                                JIMMY LAI AND SWIFT
               v.                                 PAYMENTS**
14
    Consumer Advocacy Center Inc., d/b/a
15  Premier Student Loan Center; et al.,
16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

The Court having reviewed and considered the Receiver's *Ex Parte* for Entry of Judgment Against Non-Parties Shih-Hao Lai aka Jimmy Lai and Swift Payments, the Memorandum of Points and Authorities, the Declaration of Andrew M. Greene, and having reviewed and considered the Stipulated Judgment, and good cause shown,

**IT IS THEREFORE ORDERED** that:

Judgment is hereby entered in favor of Thomas W. McNamara, the Court-appointed Receiver for True Count Staffing Inc., d/b/a SL Account Management, Prime Consulting LLC, d/b/a Financial Preparation Services, TAS 2019 LLC d/b/a Trusted Account Services, First Priority LLC, and Horizon Consultants LLC, and their successors, assigns, affiliates, or subsidiaries, and each of them, and against Shih-Hao Lai aka Jimmy Lai and Swift Payments, in the amount of Seventy Five Thousand Dollars ($75,000.00), which Judgment shall accrue interest at the legal rate from the time of entry until paid.

**IT IS SO ORDERED.**

Dated: _____

                                                _____
Hon. Michael W. Fitzgerald
United States District Judge