UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>        Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**JUDGMENT AGAINST SHIH-HAO LAI AKA JIMMY LAI AND SWIFT PAYMENTS** |

The Court having reviewed and considered the Receiver's *Ex Parte* for Entry of Judgment Against Non-Parties Shih-Hao Lai aka Jimmy Lai and Swift Payments (Docket No. 460), the Declaration of Andrew M. Greene (Docket No. 460-1), and having reviewed and considered the Stipulated Judgment (Docket No. 426-4), and good cause shown,

**IT IS THEREFORE ORDERED** that:

Judgment is hereby entered in favor of Thomas W. McNamara, the Court-appointed Receiver for True Count Staffing Inc., d/b/a SL Account Management, Prime Consulting LLC, d/b/a Financial Preparation Services, TAS 2019 LLC d/b/a Trusted Account Services, First Priority LLC, and Horizon Consultants LLC, and their successors, assigns, affiliates, or subsidiaries, and each of them, and against Shih-Hao Lai aka Jimmy Lai and Swift Payments, in the amount of Seventy Five Thousand Dollars ($75,000.00), which Judgment shall accrue interest at the legal rate from the time of entry until paid.

**IT IS SO ORDERED.**

Dated: July 31, 2023

_____
Michael W. Fitzgerald
United States District Judge