

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 09, 2023

| | |
|---|---|
| No.: | 23-55700 |
| D.C. No.: | 8:19-cv-01998-MWF-KS |
| Short Title: | Consumer Financial Protection Bureau, et al v. Kaine Wen, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 09 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; STATE OF MINNESOTA, by its Attorney General, Keith Ellison; STATE OF NORTH CAROLINA, ex rel. Joshua H. Stein, Attorney General; THE PEOPLE OF THE STATE OF CALIFORNIA, Michael N. Feuer, Los Angeles City Attorney,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>KAINE WEN, in his individual capacity and as trustee of the Kaine Wen 2017 Trust, AKA Kaine Wen Dai, AKA Wen Ting Dai, AKA Wenting Kaine Dai,<br><br>        Defendant - Appellant,<br><br> and<br><br>CONSUMER ADVOCACY CENTER, INC., DBA Premier Student Loan Center; TRUE COUNT STAFFING, INC., DBA SL Account Management; PRIME CONSULTING, LLC, DBA Financial Preparation Services; ALBERT KIM, AKA Albert King; TUONG NGUYEN, AKA Tom Nelson; INFINITE MANAGEMENT CORP., | No. 23-55700<br><br>D.C. No. 8:19-cv-01998-MWF-KS<br>U.S. District Court for Central California, Santa Ana<br><br>**TIME SCHEDULE ORDER** |

Relief Defendant, FKA Infinite Management Solutions, Inc.; HOLD THE DOOR, CORP., Relief Defendant; TN ACCOUNTING, INC., Relief Defendant; SONYA S. SLOTT, the Chapter 7 Trustee for Consumer Advocacy Center, Inc.; TAS 2019, LLC, DBA Trusted Account Services; HORIZON CONSULTING, LLC, DBA Priority Account Management; FIRST PRIORITY, LLC; MICE AND MEN, LLC; 1ST GENERATION HOLDINGS, LLC; ANAN ENTERPRISE, INC.; SARAH KIM; JUDY DAI, in her individual capacity and as trustee of the Judy Dai 2017 Trust,

          Defendants.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., September 5, 2023** | Transcript shall be ordered. |
| **Mon., October 2, 2023** | Transcript shall be filed by court reporter. |
| **Mon., November 13, 2023** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Wed., December 13, 2023** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT