Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **RECEIVER'S NOTICE OF MOTION AND MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM: 5A <br> DATE: September 18, 2023 <br> TIME: 10:00 a.m. |

TO THE HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT COURT JUDGE, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 18, 2023 at 10:00 a.m. in Courtroom 5A of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Thomas W. McNamara, as Court-appointed receiver ("Receiver"), will present his Motion for Order to Show Cause Why Defendant Kaine Wen Should Not be Held in Contempt and for Related Relief.

With respect to Local Rule 7-3, counsel for Plaintiff Bureau of Consumer Financial Protection has stated that they have no opposition to this motion. Counsel for the Receiver has been attempting to contact Defendant Wen since July 12, 2023, as detailed in the Declarations accompanying this motion, with no success.

Thomas W. McNamara, the Court-appointed receiver ("Receiver") hereby seeks entry of an order requiring Defendant Kaine Wen to show cause as to why he should not be held in contempt and for related relief. The Court entered the Final Judgment and Order as to Defendant Kaine Wen on July 7, 2023 (the "Final Judgment," ECF No. 456), requiring Defendant Wen to turn over certain specific assets. However, Wen has yet to turn over these assets to the Receiver.

The Receiver therefore respectfully requests that the Court order:

1. Wen to show cause why he should not be held in contempt for his violations of the Final Judgment.

2. With respect to the virtual currency assets, Wen to immediately (a) transfer to the Receiver all virtual currency identified in the Final Judgment (with the exception of those virtual currency assets already transferred or made available to the receiver) and, if he is unable to transfer the currency to the Receiver's custody using the protocols provided by the Receiver in the July 12, 2023 letter, to (b) provide the Receiver with all information and hardware necessary to access those assets, including but not limited to any passcodes, pins, or keys.

3. With respect to the physical (tangible) assets identified in the Final Judgment, Wen to turn over those assets to the Receiver within seven (7) business days.

4. Wen to provide to the Receiver a sworn statement attesting to his compliance with item nos. 2-3 above within seven (7) business days of complying with those requirements.

5. If he fails to comply with item nos. 2-4, Wen is to pay a fine of $1,000 each day to coerce his compliance. If Wen is ordered to pay a fine, he should be ordered to provide a full accounting identifying all sources of funds used to pay the fine, including the account-holder name, account number, and financial institution from which the funds derived.

The Receiver has attempted to contact Wen by phone, email, and letter, but has yet to receive a response. The most recent contact information that the Receiver has for Wen is as follows:

146 Bishop Landing, Irvine, CA 92620

777 E. Sierra Madre Ave., Azusa, CA 91702

Email: kainewen@gmail.com

Cellphone Number: 626-563-7908

This motion is supported by the accompanying memorandum of points and authorities; the declarations of Thomas W. McNamara and Cornelia J. B. Gordon; and supporting exhibits thereto. A proposed order is attached hereto.

Dated: August 18, 2023                    MCNAMARA SMITH LLP

By: /s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorneys for Receiver,*
*Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorney for Receiver,*
*Thomas W. McNamara*