Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**DECLARATION OF THOMAS W. MCNAMARA IN SUPPORT OF RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:　5A<br>DATE:　September 18, 2023<br>TIME:　10:00 a.m. |

I, Thomas W. McNamara, hereby declare as follows:

1. I am the Court-appointed receiver ("Receiver") in this matter. I have personal knowledge of the facts set forth in this declaration except where, as noted, those facts have been obtained by staff acting at my direction. If called as a witness, I could and would competently testify to the facts stated herein.

2. I make this declaration in support of the Motion for Order to Show Cause Why Defendant Kaine Wen Should Not be Held in Contempt and for Related Relief.

3. On July 21, 2023, at approximately 8:46 a.m., I sent an email to Mr. Wen at the email address he uses to receive Court filings, reminding Mr. Wen that as explained by my counsel, Cornelia J. B. Gordon, in her letter of July 12, 2023, he was required to turn over certain assets in compliance with the Final Judgement and Order as to Defendant Kaine Wen (the "Final Judgment") no later than July 21, 2023. A true and correct copy of this email is attached hereto as Exhibit 1.

4. Mr. Wen did not respond to me by phone, email, or U.S. mail by the July 21, 2023 deadline, nor did he turn over the assets to me as required by the Final Judgment.

5. On July 28, 2023, at approximately 2:00 p.m., I called Mr. Wen at a phone number with a 424 area code that I understand and believe he is using or has used. Mr. Wen did not answer and I left a voicemail reminding him of his obligations under the Final Judgment.

6. Also on July 28, 2023, at approximately 2:05 p.m. (and shortly after attempting to contact Mr. Wen by phone), I sent another email to Mr. Wen reminding him of his obligations under the Final Judgment and explaining that I would be forced to move for contempt if he did not turn over the assets as required. I also offered to assist Mr. Wen with working out the logistics of the turnover if needed. A true and correct copy of this email is attached hereto as Exhibit 2.

///

7. As of the filing of this OSC, I have not received a response from Mr. Wen by email, U.S. mail, phone, or any other means.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August, 2023, in Santa Ana, California.

/s/ Thomas W. McNamara
Thomas W. McNamara