# EXHIBIT 1

| | |
|---|---|
| **From:** | Thomas McNamara |
| **To:** | Kaine Wen |
| **Cc:** | Cornelia Gordon; Jill Jacobs |
| **Subject:** | Asset turnover -- CFPB v. Consumer Advocacy Center |
| **Date:** | Friday, July 21, 2023 8:46:17 AM |

Mr. Wen,

Pursuant to paragraph 67 of the Final Judgment and Order entered against you on July 7, 2023, you are required to turn over certain assets to the receiver today.  Ms. Gordon wrote to you on July 12, 2023 to provide delivery information and asked that you coordinate the transfer of the crypto and physical assets no later than today (as required by the Order).  She provided the addresses to which you should transfer the bitcoin and ethereum and our office address where the physical assets should be delivered.  These physical assets, i.e., the watches (and associated documentation and packaging), the diamond (and associated documentation), the Rues car stereo, and the Escher prints (and associated documentation) should be delivered to our offices at the address below before 5 pm today.

Let me know if you have any questions or would like to speak via telephone.  Thank you.

Tom


Thomas W. McNamara
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Direct:   619-269-0499
Main:    619-269-0400
Fax:       619-269-0401
tmcnamara@mcnamarallp.com
http://mcnamarallp.com

EXHIBIT 1
Page 3