EXHIBIT 2

| | |
|---|---|
| **From:** | Thomas McNamara |
| **To:** | Kaine Wen |
| **Cc:** | Cornelia Gordon; Jill Jacobs |
| **Subject:** | Follow-up on Final Judgment Obligations |
| **Date:** | Friday, July 28, 2023 2:05:59 PM |

Mr. Wen,

I just left you a voicemail message following up on your obligations under the final judgment entered against you in *CFPB v. CAC et al*.  You have not responded to our earlier letter or email.  We are now one week past the date you were required to turn over the assets identified in the final judgment.

If we have not heard from you by Tuesday, we will be compelled to seek an Order to Show Cause re Contempt on your failure to comply with the judgment.  I hope it will not come to that.  Please feel free to reach out to me to work out the logistics of a turnover or should you have any questions.  Thank you.

Tom

Thomas W. McNamara
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, CA 92101
Direct:   619-269-0499
Main:    619-269-0400
Fax:       619-269-0401
tmcnamara@mcnamarallp.com
http://mcnamarallp.com

EXHIBIT 2
Page 4