Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:　5A<br>DATE:　September 18, 2023<br>TIME:　10:00 a.m. |

I, Cornelia J. B. Gordon, hereby declare as follows:

1. I am counsel to Thomas W. McNamara, the Court-appointed Receiver in this matter. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the facts stated herein.

2. I make this declaration in support of the Receiver's Motion for Order to Show Cause Why Defendant Kaine Wen Should Not be Held in Contempt and for Related Relief (the "OSC").

3. Attached hereto as Exhibit 1 is a true and correct copy of a July 12, 2023 email that includes as an attachment a letter to Kaine Wen regarding his obligations under the Final Judgement and Order as to Defendant Kaine Wen (the "Final Judgment"). This letter was sent to Mr. Wen in this email and by U.S. mail.

4. On August 11, 2023, at approximately 11:50 a.m., I called a phone number with a 626 area code that I believe and understand Mr. Wen is using or has used. Mr. Wen did not answer and I left a voicemail reminding him of his obligations under the Final Judgment.

5. On August 15, 2023, at approximately 8:55 a.m., I again called the 626 area code number in an attempt to reach Mr. Wen. Mr. Wen did not answer, and I left a voicemail reminding him again of his obligations under the Final Judgment and explaining that if he did not comply with it, we would be forced to move for contempt.

6. As of the filing of this OSC, I have not received a response from Mr. Wen by email, U.S. mail, phone, or any other means.

///

///

///

///

///

1 | I declare under penalty of perjury under the laws of the United States that
2 | the foregoing is true and correct.
3 | Executed this 18th day of August, 2023, in San Diego, California.

/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon