UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>　　　　　　　Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** |

1  Before this Court is the Receiver's Motion for Order to Show Cause Why Defendant Kaine Wen Should Not be Held in Contempt and for Related Relief. Having considered all filings related to the Receiver's motion, and there being no just cause for delay,

**IT IS HEREBY ORDERED** that Wen is to appear before the Court on _____, 2023, at _____ to show cause why he should not be held in civil contempt for failing to comply with the Final Judgment and Order as to Defendant Kaine Wen (ECF No. 456) entered on July 7, 2023.

**IT IS FURTHER ORDERED** that, with respect to the virtual currency assets, Wen shall immediately (a) transfer to the Receiver all virtual currency identified in the Final Judgment (with the exception of those virtual currency assets already transferred or made available to the receiver) and, if he is unable to transfer the currency to the Receiver's custody using the protocols provided by the Receiver in the July 12, 2023 letter, to (b) provide the Receiver with all information and hardware necessary to access those assets, including but not limited to any passcodes, pins, or keys.

**IT IS FURTHER ORDERED** that, with respect to the physical (tangible) assets identified in the Final Judgment, Wen shall turn over those assets to the Receiver within seven (7) business days.

**IT IS FURTHER ORDERED** that Wen shall provide to the Receiver a sworn statement attesting to his compliance in transferring all assets identified in the Final Judgment (with the exception of those virtual currency assets already transferred or made available to the receiver) within seven (7) business days of complying with those requirements.

**IT IS FURTHER ORDERED** that if Wen fails to transfer all assets identified in the Final Judgment and/or to provide the sworn statement to the Receiver, Wen is ordered to pay a fine of $1,000 each day and to provide a full accounting identifying all sources of funds used to pay the fine, including the

account-holder name, account number, and financial institution from which the funds derived.

**IT IS FURTHER ORDERED THAT** if Wen otherwise complies with this Order and notifies the Court of such compliance before the show-cause hearing date, the hearing shall be taken off the calendar.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Michael W. Fitzgerald
United States District Judge