**BUREAU OF CONSUMER FINANCIAL PROTECTION**
SARAH PREIS (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Tel.: (202)-435-9318
Email: sarah.preis@cfpb.gov
JESSE STEWART (N.Y. Bar No. 5145495)
(admitted *pro hac vice*)
Tel.: (202)-435-9641
Email: jesse.stewart@cfpb.gov
N. NATHAN DIMOCK (D.C. Bar No. 487743)
(admitted *pro hac vice*)
Tel.: (202) 435-9198
Email: nathan.dimock@cfpb.gov
1700 G Street, NW
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA. Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
301 Howard Street, Suite 1200
San Francisco, CA 94105
Email: leanne.hartmann@cfpb.gov/Fax: (415) 844-9788

*Attorneys for Plaintiff the Bureau of Consumer Financial Protection*

\**Additional Counsel for Plaintiffs Listed on Next Page*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RELIEF DEFENDANT ANAN ENTERPRISE, INC.

|   |   |
|---|---|
| Bureau of Consumer Financial Protection, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br><br> Defendants. | CASE NO. 8:19-cv-01998 MWF (KS) <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ANAN ENTERPRISE, INC. PURSUANT TO RULE 41(a)(1)(A)(i)** <br><br> Court:  Hon. Michael W. Fitzgerald <br> Date:   N/A <br> Time:   N/A <br> Place:  N/A |

*Additional Counsel for Plaintiffs Listed Below:

**THE PEOPLE OF THE STATE OF CALIFORNIA**
HYDEE FELDSTEIN SOTO, City Attorney (CA. Bar No. 106866)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (CA Bar No. 212289)
WILLIAM PLETCHER, Deputy City Attorney (CA. Bar No. 212664)
MIGUEL RUIZ, Deputy City Attorney (CA. Bar No. 240387)
Office Of the City Attorney
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012-4131
Tel.: (213) 473-6908/Fax: (213) 978-8112
Email: william.pletcher@lacity.org
*Attorneys for Plaintiff the People of the State of California*

**THE STATE OF MINNESOTA**
EVAN ROMANOFF (Attorney Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126/Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff the State of Minnesota*

**THE STATE OF NORTH CAROLINA**
M. LYNNE WEAVER (N.C. Bar No. 19397)
(admitted *Pro Hac Vice*)
North Carolina Department of Justice
114 W. Edenton Street

Raleigh, NC 27602
Tel.: (919) 716-6000/Fax: (919) 716-6050
Email: lweaver@ncdoj.gov
*Attorney for Plaintiff the State of North Carolina*

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs the Bureau of Consumer Financial Protection (Bureau), the State of Minnesota (Minnesota), the State of North Carolina (North Carolina), and the People for the State of California (California) hereby voluntarily dismiss their claim against Anan Enterprise, Inc. (Anan) pursuant to Rule 41(a)(1)(A)(i) without prejudice. With Anan's dismissal, all claims have now been adjudicated in this action.

Dated: August 28, 2023

By: */s/ Sarah Preis*
Sarah Preis (D.C. Bar No. 997387)
(admitted *pro hac vice*)
Email: sarah.preis@cfpb.gov
Jesse Stewart (N.Y. Bar No. 5145495)
(admitted *pro hac vice*)
Email: jesse.stewart@cfpb.gov
N. Nathan Dimock (D.C. Bar No. 487743)
Email: nathan.dimock@cfpb.gov
(admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

By: */s/ M. Lynne Weaver*
M. Lynne Weaver (N.C. Bar No. 19397)
(admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton St.
Raleigh, NC 27603
Tel.: (919) 716-6039
Fax: (919) 716-6050

3

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF RELIEF DEFENDANT ANAN ENTERPRISE, INC.

Email: lweaver@ncdoj.gov
*Attorney for Plaintiff State of North Carolina*

By: */s/ Evan Romanoff*
Evan Romanoff (Atty. Reg. No. 0398223)
(admitted *pro hac vice*)
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.: (651) 728-4126
Fax: (651) 296-7438
Email: evan.romanoff@ag.state.mn.us
*Attorney for Plaintiff State of Minnesota*

By: */s/ William Pletcher*
William Pletcher
Deputy City Attorney
Director of Consumer Protection
Office of the Los Angeles City Attorney
Consumer and Workplace Protection Unit
200 N. Main Street, 500 City Hall East
Los Angeles, CA 90012
Tel.: 213-376-9816
Email: william.pletcher@lacity.org
*Attorney for Plaintiff the People of the State of California*

I, Sarah Preis, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Sarah Preis*
Sarah Preis