1   Kaine Wen
2   146 Bishop Lndg
    Irvine, CA 92620
3   Telephone: 626-563-7908
    kainewen@gmail.com
4   In Pro Per



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

5

## UNITED STATES DISTRICT COURT

6

## CENTRAL DISTRICT OF CALIFORNIA

7

8   Bureau of Consumer Financial
    Protection; et al.,

9                 Plaintiffs,

10   v.

11

12   Consumer Advocacy Center Inc., d/b/a
    Premier Student Loan Center; et al.,

13                 Defendants.

Case No. 8:19-CV-01998-MWF (KSx)

**DEFENDANT KAINE WEN'S
OPPOSITION TO RECEIVER'S
MOTION FOR ORDER TO SHOW
CAUSE WHY KAINE WEN
SHOULD NOT BE HELD IN
CONTEMPT AND FOR RELATED
RELIEF**

JUDGE: Hon. Michael W. Fitzgerald
CTRM: 5A
DATE:   September 18, 2023
TIME:   10:00 a.m.

14

15

16

17

18        Defendant Kaine Wen, appearing in *pro per*, hereby opposes the Receiver's

19   Motion for an Order to Show Cause Why Kaine Wen Should Not Be Held in

20   Contempt and For Related Relief (the "Receiver's Motion").

21        This Opposition is based on the attached Declaration of Kaine Wen and

22   Exhibits, the files and records in this case and in the federal criminal case pending

23   in this district entitled, *United States v. Kaine Wen*, United States District Court for

24   the Central District of California, Case No. SACR20-66JVS (the "Criminal Case"),

25   and such additional evidence, argument and authorities as may be presented at the

26   hearing on the Receiver's Motion.

27        As set forth in greater detail in the attached Declaration of Kaine Wen, I do

28

not have possession, custody, or control of the following assets that are the subject of the Receiver's Motion, and therefore have no ability to turn them over to the Receiver:

1. The virtual currency assets identified in the Final Judgment and Order as to Defendant Kaine Wen entered on July 7, 2023 (the "Final Judgment," ECF No. 456), with the exception of those virtual currency assets already transferred or to which I have given the Receiver access.

2. Reus car stereo system, Stage 2.

3. Escher prints (3 prints).

The Receiver also seeks to have me held in contempt for not turning over three watches and a diamond, which are described further in the Final Judgment as follows:

1. Audemars Piguet Royal Oak Offshore watch (black).

2. Audemars Piguet Royal Oak Offshore watch (white).

3. Breitling Super Avenger watch (blue).

4. 3.584 carat diamond (round), ASG ending in 6001.

I retain possession of these items and have not transferred or otherwise disposed of them. However, they are subject to an earlier entered Judgment and Commitment Order in the Criminal Case (the "Criminal Judgment"), ordering me to pay restitution in the amount of $920,880 to the IRS. Pursuant to the Criminal Judgment, I have been making monthly payments to the government while I was in custody and now while I am on supervised release in the amounts set by the Court in that case, but I still owe approximately $919,800. I recently received a letter from the Asset Forfeiture and Recover Section of the United States Attorney's Office and an Administrative Offset Notice from the United States Department of Justice demanding that I pay the full amount of restitution due.

Therefore, I am in the process of seeking to retain counsel to advise me which

2

DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

1    of the two pending judgments has priority, so that by complying with one judgment
2    I am not in violation of the other judgment. In the meantime, I am willing to deposit
3    the three watches and diamond with the Court in the Criminal Case pending
4    resolution of this issue, if this Court so directs, advises, or prefers.

6                                                    Respectfully submitted,

8    DATED: August 28, 2023                          KAINE WEN IN PRO PER

10                                                   _____
11                                                   Kaine Wen

DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW
CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., | Case No. 8:19-CV-01998-MWF (KSx) |
| Plaintiffs, | **DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** |
| v. | |
| Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., | |
| Defendants. | |
| | JUDGE: Hon. Michael W. Fitzgerald |
| | CTRM: 5A |
| | DATE: September 18, 2023 |
| | TIME: 10:00 a.m. |

I, Kaine Wen, hereby declare as follows:

1.     I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-CV-01998 MWF (KSx) (the "Action").

2.     On October 21, 2019, Plaintiffs commenced the Action.

3.     On November 15, 2019, a Stipulated Preliminary Injunction with Asset Freeze ("Stipulated Preliminary Injunction") was entered in the Action. (ECF No. 103).

4.     On June 12, 2020, I entered a guilty plea in *United States v. Kaine Wen*,

DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

1  United States District Court for the Central District of California, Case No.
2  SACR20-66JVS, pursuant to a Plea Agreement that remains under seal (the
3  "Criminal Case").

4       5.     On June 21, 2021, the judge in the Criminal Case, the Honorable Judge
5  James V. Selna, entered a Judgment and Commitment Order (the "Criminal
6  Judgment"), which also remains under seal.

7       6.     The Criminal Judgment ordered me to pay $920,880 in restitution to
8  the Internal Revenue Service.

9       7.     The Criminal Judgment prohibits me from transferring or conveying
10  any assets with a fair market value of more than $500 without the approval of the
11  Probation Officer, until all financial obligations imposed by the Court in the
12  Criminal Case have been satisfied in full.

13       8.     The Court in the Criminal Case found that my economic circumstances
14  did not allow for immediate or future payment of the full restitution amount.

15       9.     The Criminal Judgment ordered me to make monthly payments towards
16  satisfaction of the restitution amount during my custody under the jurisdiction of the
17  Bureau of Prisons and my period of supervised release under the supervision of
18  United States Probation.

19       10.    From September 3, 2021 to August 8, 2022, I was in custody at the
20  Federal Correctional Institution in Sheridan, Oregon, under the jurisdiction of the
21  Bureau of Prisons.

22       11.    Thereafter, from August 8 to December 23, 2022, I was under
23  temporary housing, monitoring and transitional services at the GEO Residential
24  Reentry Center in El Monte, California, while still under the jurisdiction of the
25  Bureau of Prisons.

26       12.    Since December 23, 2022, I have been on supervised release reporting

27

28
DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO
RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE
HELD IN CONTEMPT AND FOR RELATED RELIEF

1    to the local United States Probation Office.

2       13.    I have made and am current with all my monthly restitution payments

3    pursuant to the Criminal Judgment.

4       14.    On July 7, 2023, this Court entered a Final Judgment and Order as to

5    Defendant Kaine Wen (the "Final Judgment") in the Action, which among other

6    things, ordered me to pay $95,057,757 in redress and $148,000,000 in civil money

7    penalties, including turnover of assets under the Final Judgment's Monetary

8    Provisions. (ECF No. 456).

9       15.    On approximately August 11, 2023, I received a letter dated August 8,

10    2023 from the United States Department of Justice, United States Attorney's Office,

11    Central District of California, Asset Forfeiture and Recovery Section demanding

12    payment of my outstanding restitution debt in the amount of $920,055. A true and

13    correct copy of that letter is attached hereto as Exhibit A.

14       16.    On approximately August 11, 2023, I also received an Administrative

15    Offset Notice dated August 2, 2023 from the United States Department of Justice to

16    collect on my outstanding restitution debt in the amount of $920,055. A true and

17    correct copy of that Notice is attached hereto as Exhibit B.

18       17.    On August 18, 2023, the Receiver filed the pending Motion for Order

19    to Show Cause Why Defendant Kaine Wen Should Not Be Held in Contempt and

20    For Related Relief ("Receiver's Motion").

21       18.    I did not receive notification of the Receiver's Motion despite being a

22    registered CM/ECF user.

23       19.    My prior attorney in the Action, Matthew Eanet, alerted me of the

24    Receiver's Motion and sent me the filings on August 22, 2023.

25       20.    I oppose the Receiver's Motion.

26       21.    With respect to the virtual currency assets identified in the Final

27

28

DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO
RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE
HELD IN CONTEMPT AND FOR RELATED RELIEF

Judgment, with the exception of those virtual currency assets already transferred or to which I have given the Receiver access, I have no ability to turn them over to the Receiver. As I have previously stated in my Response to the January 6, 2023 Order (ECF No. 420), I do not own, hold, or control the unhosted virtual currency wallet addresses and I do not have access to the unhosted virtual currency wallet addresses. A true and correct copy of that Response is attached hereto as Exhibit C.

22.     With respect to the Reus car stereo, I have no ability to turn it over to the Receiver. As I previously advised Plaintiffs in an email dated January 10, 2023, "the Reus car stereo system was returned to Tesla when the vehicle lease expired." A true and correct copy of that email is attached hereto as Exhibit D.

23.     With respect to the three Escher prints, I have no ability to turn them over to the Receiver. The three Escher prints were stored at the business office located at 8 Hughes in Irvine, California when the Receiver took control of those offices on October 23, 2019. I was not present at the offices on that date, and thereafter was excluded from accessing any of those business offices and never returned to any of them. Further, none of my personal possessions at the business offices were ever returned to me. I can only presume that the Receiver has possession of the three Escher prints, but, in any event, I do not.

24.     With respect to the Audemars Piguet Royal Oak Offshore watch (black), Audemars Piguet Royal Oak Offshore watch (white), Breitling Super Avenger watch (blue), and 3.584 carat diamond (round) with ASG ending in 6001, I retain possession of these four physical assets and have not transferred or disposed of them.

25.     However, the Criminal Judgment prohibits me from transferring or conveying these assets because each of them has a fair market value of more than $500.

DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

26. I have been and am continuing to make efforts, to the best of my ability, to comply with the Criminal Judgment and the terms of my supervised release in the Criminal Case and the Final Judgment in this Action.

27. I have been seeking to retain qualified counsel to advise me on how I can simultaneously comply with the Final Judgment without violating the Criminal Judgment or the terms of my supervised release.

28. I am willing to deposit the three watches and diamond with the Court in the Criminal Case pending resolution of this issue, if this Court so directs, advises, or prefers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August, 2023, in Irvine, California.

Kaine Wen

DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

Case No. 8:19-CV-01998-MWF (KSx)

# EXHIBIT A

Case No. 8:19-CV-01998-MWF (KSx)



**United States Department of Justice**

**United States Attorney's Office**
**Central District of California**

Asset Forfeiture and Recover Section
Email: lynn.duong@usdoj.gov

300 N. Los Angeles St., Suite 7516
Los Angeles, CA 90012

August 8, 2023

Kaine Wen
146 Bishop Landing
Irvine, CA 92620

Re:     United States v. Kaine Wen
        Case No. SACR 20-66
        CDCS No. 2021A38261

Dear Mr. Wen:

        Pursuant to 18 U.S.C. § 3612(c), the United States Attorney's Office is responsible for enforcing criminal debt obligations imposed by the Court against you in the above-referenced case.   On June 21, 2021, the Court ordered you to pay $921,080.00 in criminal monetary penalties plus interest, if applicable. As of the date of this letter, your balance is $920,0550.00.

        Unless your Judgment has specified a payment plan or other arrangements for the payment of your special assessment, restitution, and/or fine, as applicable, demand is hereby made for the payment of your outstanding criminal debt. A cashier's check or money order (no personal checks) should be made payable to the "Clerk, United States District Court" and mailed to:

        United States District Court
        Attn: Fiscal Department
        255 E. Temple St. Suite 1178
        Los Angeles, CA 90012

Notwithstanding any payment plan, please be informed that the government reserves the right to institute garnishment proceeding and other enforcement actions against you, your spouse, or any third parties holding your assets. See 18 U.S.C § 3613(c) and 28 § 3205(b)(1)(B).

                        Very truly yours,

                        E. MARTIN ESTRADA
                        United States Attorney
                        /s/
                        LYNN DUONG
                        Financial Litigation Analyst

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the Electronic Document Submission System, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

KAINE WEN IN PRO PER

Kaine Wen

4

DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW
CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

Case No. 8:19-CV-01998-MWF (KSx)

# EXHIBIT B

Case No. 8:19-CV-01998-MWF (KSx)

**U.S. DEPARTMENT OF JUSTICE**
California-Central
300 N. Los Angeles St.
Room# 7516AA
Los Angeles, CA 90012

*For inquiries regarding debt call:* 213-894-2470

Kaine Wen, 79766-112
146 Bishop Landing
Irvine, CA 92620

**U.S. DEPARTMENT OF JUSTICE**
**ADMINISTRATIVE OFFSET NOTICE**
*This communication is from the United States
Department of Justice. All correspondence on this
debt should be sent to the representative of the
United States at the address to the left above.*

| DATE OF NOTICE | 08/02/2023 |
|---|---|
| ACCOUNT NUMBER | 2021A38261/001 |
| COURT NUMBER | SACR 20-66 |
| BALANCE DUE | $920,055.00 |
| TAX ID NUMBER | ***-**-3143 |

### NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately. Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or
(Continued on Back)

*Please detach and enclose bottom portion with payment*

---

Payment must be received by the PAYMENT DUE
Date in order for your payment to be applied
before the next billing cycle.

| Account Number | 2021A38261/001 |
|---|---|
| Name | Kaine Wen |
| Court Number | SACR 20-66 |
| Payment Due Date | Immediately |
| Total Amount Due | $920,055.00 |
| Amount Enclosed | |

**Administrative Offset Notice**

Please mail payments to:
Clerk, U.S. District Court Fiscal Sect.
255 E Temple St., 11th Floor
Los Angeles, CA 90012

□ Check here for change of address and annotate below.

79766-112

**NOTICE OF INTENT TO OFFSET (Continued from front)**

the civil judgment debt is not past due or that the judgment debt has been stayed or satisfied.  You must send any evidence to the Department of Justice, United States Attorney's office address on this notice.  Any false statements could subject you to applicable civil or criminal penalties.  The United States Attorney's office Financial Litigation Unit will review any evidence you present and take appropriate action.

If you fail to take any of the above steps within the 60 day time period, the Department of Justice will refer the debt to the Department of the Treasury and any and all payments due to you from the Federal government will be offset to pay the amount of your judgment debt. You should be aware that any money offset from federal payments due to you will be applied to the amount you owe along with a servicing fee.  You are responsible for paying any remaining balance after an offset is taken.  If you fail to do so, your name will continue to be included in the Department of the Treasury database of debtors, and any future federal payment due to you will be offset until the debt is totally satisfied.

**PLEASE NOTE:**  If you are currently on a payment plan and you default on this payment plan, this debt may be submitted to the Department of the Treasury for inclusion in the Treasury Offset Program.  You will not receive another notice from this office. Payments eligible for offset include:

- Federal income tax refunds;
- Federal salary pay, including the military
- Federal retirement pay, including military retirement pay;
- Certain federal benefit payments, such as Social Security, Railroad Retirement (other than tier 2), and Black Lung (part B) benefits (when regulations are published); and
    - Other federal payments, including certain loans to you that are not exempt from offset.
    - Payments made by States

## ADDITIONAL INFORMATION

**ARE YOU A FEDERAL EMPLOYEE, MEMBER OF THE ARMED FORCES (INCLUDING CIVILIAN EMPLOYEES)?**
If so, amounts from your salary and retirement pay may be offset to satisfy your debt beginning in the pay period that your debt is submitted to the Department of the Treasury for offset, and continuing every pay period until your debt, including interest, penalties and other costs, is paid in full.  In accordance with Section 5514 of Title 5, United States Code, you may be entitled to a hearing to dispute the amount of the payroll deduction.

Active duty service members may have limited protections under the Servicemembers Civil Relief Act of 2003.

**ARE YOU MARRIED?**  If so, your spouse may be eligible to receive a portion of a joint refund.  To do this, the following must be true: 1) you must file a joint income tax return; 2) you must have incurred this debt separately from your spouse and your spouse must have no legal responsibility for the debt; and 3) your spouse must have income and withholding or estimated tax payments.  Taxpayers filing joint returns should obtain Form 8379, Injured Spouse Claim and Allocation, before filing a return.  The instructions will explain the steps your spouse may take to obtain his/her share of your joint income tax refund.

**HAVE YOU FILED FOR BANKRUPTCY?**  If so, then you may not be subject to offset while the automatic stay remains in effect. However, you should notify the United States Attorney's Financial Litigation Unit of your bankruptcy.

Case No. 8:19-CV-01998-MWF (KSx)

**EXHIBIT C**

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)       F I L E D

Kaine Wen
146 Bishop Lndg
Irvine, CA 92620                                        2023 JAN 17  PM 2: 07
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney, | CASE NO. 8:19-CV-01998 MWF (KSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER** |
| Plaintiffs, | |
| v. | |
| Consumer Advocacy Center Inc. d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson, | Date:        N/A<br>Time:        N/A<br>Judge:       Hon. Michael W. Fitzgerald<br>Courtroom:   N/A |
| Defendants, and | |
| Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc., | |
| Relief Defendants | Action Filed:   October 21, 2019 |

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

### KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

I, Kaine Wen, respond as follows:

1.      I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-cv-01998 MWF (KSx) (the "Action").

2.      The Court issued its Order (the "Order") on January 6, 2023.

3.      I have made efforts, to the best of my ability, to comply with the Order by conducting additional research to be able to provide additional information and attempting to establish or reestablish communications with individuals or online cryptocurrency exchanges in order to transfer any cryptocurrency that I own, hold, or control to the Receiver's custody.

4.      "Defendant shall identify all virtual currency addresses that he owned, controlled, or were held in his benefit, any associated virtual currency wallet, and all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order." (ECF No. 418).

5.      A letter dated March 30, 2021 from my previous attorney Matthew Eanet to the Consumer Financial Protection Bureau ("CFPB") addressing the assertion of my constitutional privilege against self-incrimination in response to the Disclosure Order is attached hereto as Exhibit A.

6.      I continue to assert my constitutional privilege against self-incrimination under the U.S. and California Constitutions, and continue to decline to provide statements regarding all payments, transfers, or assignments of any assets worth $5,000 or more within the dates specified in the Disclosure Order for this reason.

7.      Prior to this Action being instituted, I used and transacted with numerous virtual currency addresses. I had a high volume of transactions that were unstructured in nature. I did not keep records of the virtual currency addresses I used or transacted with. I cannot

1

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

recall the virtual currency addresses accurately from my memory as these transactions were many years ago.

8.      Other persons or entities may have used, transacted with, owned, controlled, or held cryptocurrency in the virtual currency addresses which I also transacted with and which may include those in Ms. Clegg's report. I lack any records, or access to any such records, that would allow me to provide more detailed information regarding such persons, entities, or transactions.

9.      I have used Electrum bitcoin wallets in the past on various computers. I attempted to search for passwords to my Electrum wallets but I was unable to locate any. I lost or disposed of the passwords when I no longer held any cryptocurrencies in the Electrum wallets. To the best of my knowledge, the Electrum wallets I used do not hold any cryptocurrencies. For the avoidance of doubt, I disclaim any interest in the Electrum wallets I used or any cryptocurrency which may be stored in them, although as I indicated above, I do not believe that there is any such cryptocurrency. To the best of my recollection, I have not used an Electrum wallet since approximately 2017, prior to this Action being instituted.

10.     I have owned a Trezor hardware wallet in the past. I attempted to search for my Trezor hardware wallet but I was unable to locate it. I lost or disposed of the Trezor hardware wallet when I no longer held any cryptocurrencies in it, which was prior to the initiation of this Action. To the best of my knowledge, the Trezor hardware wallet I used does not hold any cryptocurrencies. For the avoidance of doubt, I disclaim any interest in the Trezor hardware wallet I used or any cryptocurrency which may be stored on it, although as I indicated above, I do not believe there is any such cryptocurrency. To the best of my recollection, I have not accessed the Trezor wallet since approximately 2018, prior to this Action being instituted.

2

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

11.     "Defendant shall immediately transfer to the Receiver the cryptocurrency assets
identified in Ms. Clegg's report as subject to the asset freeze imposed by section VI of the PI
Order." (ECF No. 418).

12.     I am unable to transfer to the Receiver the cryptocurrency assets identified in
Appendix E, Figure E-1 of Ms. Clegg's report.

13.     I do not own, hold, or control the 26 bitcoin unhosted wallet addresses identified
in Appendix E, Figure E-1 of Ms. Clegg's report. I do not have access to the 26 bitcoin
unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report. I
disclaim any interest in the bitcoin in the 26 unhosted wallet addresses identified in
Appendix E, Figure E-1 of Ms. Clegg's report.

14.     The 2 ethereum unhosted wallet addresses identified in Appendix E, Figure E-1
of Ms. Clegg's report hold ethereum for my benefit. To the best of my knowledge, 2
ethereum unhosted wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's
report are controlled by my friend Sea. Sea is his nickname – I do not know and never have
known his actual name. To the best of my knowledge, Sea resides in both Mainland China
and Macau. I have not communicated with Sea for several years. I do not have the ability to
contact Sea at this time because I no longer have access to my WeChat app account. Other
than WeChat, I have no (and have never had any) other means to communicate with Sea,
such as a phone number or email address. I do not have access to the 2 ethereum unhosted
wallet addresses identified in Appendix E, Figure E-1 of Ms. Clegg's report

15.     "Defendant shall immediately transfer to the Receiver all other cryptocurrency
assets that he holds or controls as of the date of the Transfer Order." (ECF No. 418).

16.     With respect to all cryptocurrency that I own, hold, or control, I have complied
with or attempted to comply with this directive.

3

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

17.    With respect to an account in my name at Bittrex cryptocurrency exchange, I have transferred the Monero and Stellar Lumens to the Receiver, which has been confirmed by both the Receiver and the CFPB.

18.    With respect to the cryptocurrency held in an account in my name at Binance cryptocurrency exchange, those bitcoins belong to Sea. In 2018, Sea deposited those bitcoins to my Binance account for me to trade cryptocurrencies on his behalf pursuant to a profit-sharing arrangement.

19.    I am nevertheless making efforts to transfer the Binance cryptocurrency that belongs to Sea to the Receiver's custody. Currently, my Binance account is locked, most likely because of me being a U.S. user.

20.    The CFPB offered to refer Binance's U.S. counsel to the Receiver to assist in this matter, which I accepted. I am continuing to work with Binance and the Receiver to unlock my account, and emails with the Receiver are attached hereto as Exhibit B.

21.    "If Defendant is unable to provide any of the aforementioned information or transfer the assets that he has been shown to be highly likely to hold or control, Defendant is ORDERED to describe, in detail, the specific steps that he took to try to obtain information about or access to the assets and explain, in detail, why such steps were unsuccessful. Defendant cannot merely explain that he lacks records or access. Appendix E, Figure E-1 of Ms. Clegg's report identifies 25 unhosted wallets with Bitcoin and 2 unhosted wallets with Ether and includes summaries of each account's connection to Wen's known accounts. At minimum Defendant should be able to identify and explain the transactions related to his known accounts." (ECF No. 418).

22.    I reiterate the statement in my November 14, 2022 Declaration (ECF No. 407 at ¶ 8): "I do not have possession of or access to sufficient documentation, records, or information relating to the cryptocurrency assets identified in Ms. Clegg's report, I do not

4

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

know if any such documentation ever existed or still exists, and because of the unstructured

nature and volume of transactions involved, I cannot reconstruct them from my memory. I do

not have the ability to pay for a cryptocurrency expert to analyze and evaluate Ms. Clegg's

report."

23.    I am nevertheless making efforts to comply with the Order by searching each

address identified in Appendix E, Figure E-1 of Ms. Clegg's report in the Blockchain.com

explorer and Etherscan.io explorer, the same public blockchain explorers Ms. Clegg used

(ECF No. 365-3 Ex. 1 at ¶ 11), and reviewing the transactions.

24.    I have prepared a chart, to the best of my ability, identifying and explaining the

transactions related to the wallets identified in Appendix E, Figure E-1 of Ms. Clegg's report,

attached hereto as Exhibit C.

25.    Of relevance and consequence, Ms. Clegg states in her report "in each instance

in this Report where I concluded that Wen holds cryptocurrency at, or transferred

cryptocurrency from, an unhosted wallet, I cannot conclusively confirm control of the

address without physical access to the unhosted wallet where the address is held." (ECF

No. 365-3 Ex. 1 at ¶ 115). I do not know what unhosted wallet(s) these addresses are held.

26.    In March and September 2014, I deposited $100,000 (one hundred thousand

dollars) and $50,000 (fifty thousand dollars), respectively, to the Bitstamp online exchange

and purchased approximately 307 bitcoins. I earned the $150,000 (one hundred and fifty

thousand dollars) prior to March 2014. My cryptocurrency investment was made prior to and

independent of the student loan business and not otherwise related to the conduct that is the

subject of this Action. I did not invest in the student loan business that is the subject of this

Action until approximately October 2015.

5

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

27.     In 2017, I deposited almost all my bitcoin to the Poloniex online exchange. Between March 2017 and September 2017, I converted almost all my bitcoin to ethereum on the Poloniex online exchange through hundreds of transactions.

28.     In January 2018, I deposited ethereum to the Bitstamp online exchange and sold approximately $3,000,000 worth of ethereum. Thereafter, I withdrew the approximately $3,000,000 from Bitstamp to my Bank of America personal account. On February 5, 2018, the same day I received the $3,000,000 from Bitstamp, I transferred the $3,000,000 to my mother Judy Dai's Bank of America personal account as a gift to encourage her to retire from her job as a postal clerk in the U.S. Postal Service ("USPS"). On March 30, 2018, Judy met with the USPS retirement planner and prepared a retirement plan.[1]

29.     Once I felt I had secured my mother's retirement, I made speculative and high-risk investments with my remaining cryptocurrency, such as Initial Coin Offering pools that either turned out to be scams or failures or failed to launch.[2]

30.     I also engaged in a substantial amount of online gambling during this time and used cryptocurrency for this activity. I only knew the persons I gambled with by their online user "handles." I did not keep records of and cannot accurately recall from my memory the user handles of the persons I gambled with as this was many years ago.  I lack any records that would allow me to provide more detailed information.

31.     To the best of my recollection, by the end of 2018, I had lost most of my cryptocurrency due to bad investments, unprofitable profit-sharing arrangements, gambling losses, and poor overall management.

---

[1] On June 15, 2021 the Court entered the Stipulated Final Judgment and Order as to Relief Defendant Judy Dai (ECF No. 298). Judy transferred $3,000,000, my gift to help my mother retire, to the CFPB, despite the $3,000,000 not being derived, directly or indirectly, from the student business or otherwise related to the conduct that is the subject of this Action.
[2] See https://www.investopedia.com/news/80-icos-are-scams-report/

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

32.     The cryptocurrency I lost (or any of the cryptocurrency I did not lose) was not acquired with funds derived, directly or indirectly, from the student loan business or otherwise related to the conduct that is the subject of this Action.

33.     "If Defendant is unable to reestablish communication with Sea, Defendant is ORDERED to describe, in detail, the specific steps he took to reestablish communication with Sea and explain, in detail, why such steps were unsuccessful. Defendant should provide evidence of his previous communications and transactions with Sea to establish that Sea is a real person who holds assets for Defendant." (ECF No. 418).

34.     For background, as of at least June 2021, the CFPB instructed me not to contact Sea in order to prevent Sea from absconding with the ethereum. A letter dated June 2, 2021 from my previous attorney Matthew Eanet to the CFPB accepting the CFPB's contention that I should not contact Sea is attached hereto as Exhibit D.

35.     I met Sea through gambling. To the best of my knowledge, Sea resides in both Mainland China and Macau. I have not communicated with Sea for several years. In the past, I communicated with Sea using the WeChat app on my mobile phone, the most popular and widely used social communication app in China. I never had Sea's phone number or email address or other contact information. Sea is his nickname -- I do not know and never have known his actual name.

36.     On September 27, 2022, while residing at the Residential Reentry Center in El Monte, CA, my cell phone was lost or stolen. I immediately reported the phone lost or stolen to AT&T, the cell phone carrier. I was never able to recover the lost or stolen cell phone.

37.     After obtaining a new SIM card and using an old cell phone, I attempted to login to my WeChat account but the old cell phone did not have my WeChat login credentials stored and I did not recall my login as it had been over a year since I had used it. I used the

7

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

WeChat Account Recovery feature to recover my login details but was unsuccessful, and screenshots are attached hereto as Exhibit E.

38.     WeChat's Help Center and Contact Us web pages both display errors, and screenshots are attached hereto as Exhibit F.

39.     I searched for Sea's Chinese nickname "大海" online and reviewed various Chinese websites for several hours, but was unable to find anything related to Sea, and sample screenshots are attached hereto as Exhibit G.

40.     On December 2, 2022 the Receiver emailed me and offered his assistance to locate and return the cryptocurrency that is held by Sea. On December 12, 2022 I emailed the Receiver to accept any assistance he could provide. Those emails are attached hereto as Exhibit H.

41.     I do not have the ability to contact Sea at this time because I no longer have access to my WeChat account. Other than WeChat, I have no other means to communicate with Sea.

42.     I have made efforts, to the best of my ability, to comply with the Order or document my inability to comply with the Order categorically and in detail.

43.     I have also, in certain instances, asserted my constitutional privilege against self-incrimination under the U.S. and California Constitutions, which I do not intend to waive.

44.     As before, I do not intend to waive, and specifically reserve, any rights, privileges, protections, or immunities applicable to the attachments hereto, including, without limitation, the attorney-client privilege, the attorney work product doctrine, the settlement communication privilege, any privacy rights, and my privilege against self-incrimination.

8

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

Executed on January 17, 2023 at Orange County, California.

_____

Kaine Wen

_____

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

CASE NO. 8:19-CV-01998-MWF(KSx)

EXHIBIT A



Matthew Eanet | *Attorney at Law*
matt@eanetpc.com

March 30, 2021

*VIA EMAIL ONLY*

Jesse Stewart, Esq.
Sarah Preis, Esq.
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552

**RE: CFPB v. CAC et al (8:19-cv-01998)**

Dear Mr. Stewart and Ms. Preis,

In light of the Court's statements at the February 24, 2021 hearing on the CFPB's Motion for Order to Show Cause and the March 16, 2021 Order (ECF 277) referencing criminal contempt, Mr. Wen is asserting his constitutional rights against self-incrimination and will not be providing further information as directed in the Order.  A statement executed by Mr. Wen to this effect is enclosed.

Sincerely,

Matthew Eanet

Encl.

550 South Hope Street / Suite 750   Los Angeles, California 90071   t 310 775 2495 / f 310 593 2589   eanetpc.com

10

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

Please be advised that in response to the Court's order of March 16, 2021 (ECF 277), directing
me to provide a sworn statement providing certain information, based on the advice of my
counsel, I respectfully assert my constitutional privilege against self-incrimination under the U.S.
and California Constitutions, and decline to provide the information ordered for this reason.


Date:  March 30, 2021

Signed: _____
         Kaine Wen

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT B**

M Gmail

Kaine Wan <kainewen@gmail.com>

**Binance counsel**

Thomas McNamara <tmcnamara@mcnamarallp.com>
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Fri, Dec 23, 2022 at 1:13 PM

Mr. Wen,

I heard back from CFPB. They are waiting to hear back from Binance's counsel. I will update when I know more.

From: Thomas McNamara
Sent: Thursday, December 15, 2022 1:44 PM
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: RE: Binance counsel

Mr. Wen,

I contacted the CFPB. They will reach out to counsel for Binance and will also send an introduction email. It will like take several days.

I will update when I hear something. Thanks

From: Kaine Wen <kainewen@gmail.com>
Sent: Monday, December 12, 2022 12:23 AM
To: Thomas McNamara <tmcnamara@mcnamarallp.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>
Subject: Re: Binance counsel

EXTERNAL

Mr. McNamara,

I appreciate the offer and will certainly take any assistance you can provide. Please let me know how you can be of help. Thank you.

Best,

12

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Dec 2, 2022 at 11:15 AM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

Mr. Wen:

I should also offer our assistance if you believe we can be of help in your efforts to locate and return the cryptocurrency you have indicated is controlled by "Sea". I am not sure what our assistance would look like, but we are happy to discuss and assist.

**From:** Thomas McNamara
**Sent:** Friday, December 2, 2022 11:11 AM
**To:** Kaine Wen' <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** RE: Binance counsel

Mr. Wen:

Following up to see if you have heard anything further from Binance. If you have not, it seems to me to make a lot of sense to follow-up on CFPB's offer to introduce you/us to Binance's counsel to break the log jam.

Let me know your thoughts. Thanks.

**From:** Thomas McNamara
**Sent:** Tuesday, November 29, 2022 5:22 PM
**To:** Kaine Wen <kainewen@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
**Subject:** Binance counsel

Mr. Wen,

As I was leaving court yesterday, CFPB counsel mentioned that his agency has contact points with counsel for Binance and Bittrex and he offered an introduction to counsel. It seems that Bittrex issue is resolved, but Binance is still in play and they hardly seem responsive. It might make sense to have CFPB make the introduction and then reach out to Binance counsel. Perhaps they can get the logjam cleared. Let me know if you are interested and I will explore further with CFPB counsel and find out how it might work.

Thanks.

13

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

M Gmail

Kaine Wen <kainewen@gmail.com>

**Binance**

Thomas McNamara <tmcnamara@mcnamarallp.com>
To: Kaine Wen <kainewen@gmail.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Thu, Jan 5, 2023 at 8:24 AM

Mr. Wen:

I heard from the CFPB this morning that they finally were contacted by Binance's U.S. counsel.  I gave the CFPB
permission to provide my contact information to Binance's counsel, so hopefully I will hear from them in the next few days
and I will update you once I do.  In the meantime, let me know if you have any questions or concerns.  Thanks.

Thomas W. McNamara

McNamara Smith LLP

655 West Broadway, Suite 900

San Diego, CA 92101

Direct:  619-269-0499

Main:   619-269-0400

Fax:     619-269-0401

tmcnamara@mcnamarallp.com

http://mcnamarallp.com

14

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

EXHIBIT C

CHART IDENTIFYING AND EXPLAINING THE TRANSACTIONS RELATED TO THE
UNHOSTED WALLET ADDRESSES IDENTIFIED IN APPENDIX E, FIGURE E-1 OF MS.
CLEGG'S REPORT[1][2]

Bitcoin Unhosted Wallet Addresses

| 1FeQ7TNzt9uGCTiZ65qiBBUimaV4nqSHSF |
|---|
| I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various Initial Coin Offering ("ICO") pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature. |
| I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address. |

| 1CnrRf645iE1SmSyLRcHxida7HKwaSxFJs |
|---|
| I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature. |
| I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address. |

---

[1] I prepared this chart to the best of my ability.
[2] I had a high volume of transactions that were unstructured in nature. I cannot reconstruct the transactions accurately from my memory. The explanations are to the best of my recollection. I lack any records that would allow me to provide more precise explanations at this time. I do not have access to more detailed information.
[3] Of relevance and consequence, Ms. Clegg states in her report "in each instance in this Report where I concluded that Wen holds cryptocurrency at, or transferred cryptocurrency from, an unhosted wallet, I cannot conclusively confirm control of the address without physical access to the unhosted wallet where the address is held." (ECF No. 365-3 Ex. 1 at ¶ 115). I do not know what unhosted wallet(s) these addresses are held.

1

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF (KSx)

---

17DveKFbhpNJYXAGAqRkYYFAERAnJ7PFCt

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1LMoynaFJVnUey4mqT4itpeqcn4TRCgWbM

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1LARuJ5G4uIJ699tmdbdZOPuXTTLhhUFoYs

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

2

16

---

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1NZ7a1jic5aib7SoGShkvvZi7SirtcWAiG**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1EzNbQxehk5pxHcYyhXoCGikXP8MkPDdkM**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1BaUoNXvo84n1gVXxPdqb9dKaSR7DgE98Y**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3

17

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1N1DwLGUq87m3uWqX3QT76uHfQMNkVK6sZ**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1Mu5PY6iFhpta9m1JyJs1imyZdUQ27Xask**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1mgGejBqKFrMTayWwKj27ZQAGgszycPwT**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

4

---

18

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1KNeuQlYVx1XqqhJ7WISJ7VNo4RkHNQwSV**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**189oB9QGHAQLHenzuwLVFc6Y47cGswsoHc**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1Bu4zay9qUdMB234h2uuSFd9bnhtUJGAT2**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

5

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1aQv6ay8mQP4wfH9Kcy5GPbiY8gSyH1P7**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1Gk5oDyWuMhFT8UWiZLfi2uC0t97nybEtK**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**12NBMijDzDsxAuwRLFU6tAtJhRExxcvCbZ**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

6

---

20

---

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

37JRJeB4zBCyHKFrfkxJ9qKDDyE26phd5R

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3MskrgqYlWi2CcVXkduM8He4h5dUNYqzha

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3GAyQ4r3vf5g62dW5T1GLVmeMjN73E6Ynh

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

7

21

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

**1JA73SXeybusqMMJBdFEqwdWJV61tAgHQ9**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1kJdtoMuRaQar9bcUnPAwH2YBBuyCwOWY**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

**1XSB1Yr7XTT8UbM43fMwTRa9MroDtmeXG**

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns, holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

8

22

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

15NEe58JLSSuWat1jhjoWm1rTl3GyLnpmg

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

1EqMERSMYRYTQxWTb611qvBKXTog2q3m5U

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

3CvGqmCwqzRbpVupLB3c2CLNagKhxf9t5P

I searched the address in the Blockchain.com explorer. I reviewed the transactions. I do not
have possession of or access to any non-public records of the transactions. To the best of my
recollection, the transactions may have involved various debts, gambling settlements,
profit-sharing arrangements, or investments in various ICO pools. The ICOs were either
scams or failed to launch, which was very common for ICOs due to their high-risk nature.

I do not own, hold, or control the bitcoin unhosted wallet address. I do not know who owns,
holds, or controls the bitcoin unhosted wallet address. I do not have access to the bitcoin
unhosted wallet address. I disclaim any interest in the bitcoin in the unhosted wallet address.

---

9

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

Ethereum Unhosted Wallet Addresses

| 0x4d586195aeed6b32b62daaaa60122ed9088990d4 |
| --- |
| I searched the address in the Ethereum.io explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.<br><br>I do not own, hold, or control the ethereum unhosted wallet address. Sea owns, holds, or controls the ethereum unhosted wallet address, and Sea holds certain ethereum in the ethereum unhosted wallet address for my benefit. Besides being held by Sea, I do not have any further information concerning the ethereum unhosted wallet address. I do not have access to the ethereum unhosted wallet address. |

| 0x6644b681eAB811591C146A3E54B8f6d91cb6d455 |
| --- |
| I searched the address in the Ethereum.io explorer. I reviewed the transactions. I do not have possession of or access to any non-public records of the transactions. To the best of my recollection, the transactions may have involved various debts, gambling settlements, profit-sharing arrangements, or investments in various ICO pools. The ICOs were either scams or failed to launch, which was very common for ICOs due to their high-risk nature.<br><br>I do not own, hold, or control the ethereum unhosted wallet address. Sea owns, holds, or controls the ethereum unhosted wallet address, and Sea holds certain ethereum in the ethereum unhosted wallet address for my benefit. Besides being held by Sea, I do not have any further information concerning the ethereum unhosted wallet address. I do not have access to the ethereum unhosted wallet address. |

10

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

EXHIBIT D



Matthew Eanet | *Attorney at Law*
matt@eanetpc.com

*CONFIDENTIAL*

June 2, 2021

**VIA EMAIL ONLY**

Jesse Stewart, Esq.
Sarah Preis, Esq.
Consumer Financial Protection Bureau
1700 G Street. MW
Washington, DC 20552

*RE: CFPB v. CAC et al (8:19-cv-01998-JDEx)*

Dear Mr. Stewart and Ms. Preis,

This letter addresses your email of April 7 regarding the repatriation of purported "foreign assets," which was in response to my letter of March 26. Thank you for your courtesy while I have been dealing with my father's illness and death.

The CFPB has created an untenable situation for Mr. Wen whereby if he takes any steps to attempt to "repatriate" any assets, the CFPB will contend he is in contempt. Likewise, if he does nothing, the CFPB will still contend he is in contempt of court. I have, on several occasions, suggested that we work cooperatively to resolve these issues in a practical manner. Mr. Wen is committed to cooperation and the turnover of assets. However, because of your contention that Mr. Wen should not contact Sea about transferring ETH as it could result in Sea absconding with the ETH, he has not done so.

With respect to the Bitcoin, as indicated in my letter of March 26, Mr. Wen is awaiting instructions from the CFPB as to what cryptocurrency platform it wants Mr. Wen to transfer the Bitcoin and to approve any transfer/withdrawal fees which will reduce the total amount of Bitcoin. Upon your response to these items, Mr. Wen will take efforts necessary to effectuate a transfer of the Bitcoin to a different platform. Please advise on these issues.

550 South Hope Street / Suite 750    Los Angeles, California 90071    t 310 775 2495 / f 310 593 2980    eanetpc.com

25

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

June 2, 2021
Page 2

In my letter of March 26, I also proposed several ways to address the transfer of the
ETH, which is stored in a digital wallet that Mr. Wen does not have control over and cannot
directly affect a transfer. I am unclear as to what the CFPB wants Mr. Wen to do with this ETH
as the CFPB has instructed Mr. Wen not to direct Sea (who controls that digital wallet) to
transfer the ETH and that such communication could violate Section XI of the Preliminary
Injunction. Other than communicating with Sea, there is no other way for Mr. Wen to affect a
transfer. At this time, I do not have any documentation to provide you in this regard and do not
even understand what type of documentation would satisfy your request.

I have made several proposals to repatriate the cryptocurrency. None of them are
acceptable to you. Please let me know what is acceptable to the CFPB or how it expects this to
be resolved where (1) the CFPB has not identified what exchange it wants Mr. Wen to transfer
the Bitcoin to or that any transfer fees are acceptable; and (2) the CFPB has directed Mr. Wen
not to communicate with Sea as this could lead to him not turning over the ETH. I remain
hopeful that we can find a solution to this issue.

Please also note that, because this letter contains sensitive and confidential financial
information, and information derived from documents designated as "Confidential", it should be
treated as "Confidential" under the terms of the Protective Order and should not be publicly filed.

Sincerely,

Matthew Eanet

26

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

EXHIBIT E

.ıl AT&T 🤍                    3:19 PM                    94% ▭

✕



**Note**

- Account recovery is for users who forgot their password and cannot log in to WeChat via their linked mobile number, QQ ID, or email.

- Result will be sent to you via SMS within 24 hours.

- If your request is approved, follow the instructions to log in via your WeChat ID and new password.

- Log in on a previously logged in device when submitting an appeal

☑ I have read and accept the Terms of Service

**Request**

27

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

all AT&T 📶 ☀️                3:20 PM                94% 🔋

✕          Request Account Recovery

Enter a mobile number so we can contact you.

| Country/Region | +1 | > |
|---|---|---|
| Mobile No. | 4243338290 | |

Next

28

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

.all AT&T 🛜 ⚙                    3:20 PM                    94% 🔋

✕          Request Account Recovery

Follow the steps below using the mobile no. +1 4243338290:

Edit SMS       zm

Send To       +12014160374

**Send SMS**

SMS sent. Next.

29

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

---

.ıll AT&T 🗢 ✿          3:23 PM          93% 🔋

✕          Request Account Recovery

◯   I forgot my WeChat ID

_____

◯   I remember my WeChat ID

Next

---

30

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

| ◉ AT&T 📶 ✿ | 3:24 PM | 93% 🔋 |
|---|---|---|

✕          Request Account Recovery

✅  I forgot my WeChat ID

Linked Info (select at least one):

| Country/Region | +1 | ＞ |
|---|---|---|

| Mobile No. | 4243338290 |
|---|---|

| QQ ID | Linked QQ ID |
|---|---|

◯  I remember my WeChat ID

Next

31

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

.ıll AT&T 🛜 ⚙         3:24 PM              93% 🔋

✕        Request Account Recovery



### Request Unsuccessful

Failed to find the account based on the infor-
mation you submitted. Verify whether the in-
formation you submitted is valid and try
again.

Request Again

32

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

**EXHIBIT F**



## This site can't be reached

**help.wechat.com**'s DNS address could not be found. Diagnosing the problem.

DNS_PROBE_POSSIBLE

Reload



## This site can't be reached

**www.wechat.com**'s DNS address could not be found. Diagnosing the problem.

DNS_PROBE_POSSIBLE

Reload

33

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

## EXHIBIT G

Google     大海 中国                                    ×  🎤  📷  🔍

🔍 All   🖼 Images   📰 News   ▶ Videos   🛒 Shopping   ⋮ More                    Tools

About 36,700,000 results (0.27 seconds)

https://zh.m.wikipedia.org › zh-hans · Translate this page   ⋮
**孙大海 - 维基百科，自由的百科全书**
孙大海（1963年6月一），男，湖北枣阳人，中华人民共和国政治人物，曾任中共海南省委常委、
秘书长、办公厅主任。2022年1月，当选为海南省人大常委会副主任。

http://m.cyol.com › articles · Translate this page   ⋮
**百川归流向大海——中国青年政治信仰的百年变迁 - 中青在线**
May 30, 2022 — 纵观百年历程，不难发现，马克思主义及其中国化成果一直是发展演进的主航
道，中国青年的思想同波，尽管有各种涌流和分叉，但总是不断回归，激出的洪水与合会 ...

http://www.xinhuanet.com › world · Translate this page   ⋮
**辛识平：读懂习近平的"大海之喻" - 新华网**
Apr 26, 2019 — 实际上，以"大海"喻言经济社会发展重大问题。在"习式语言"中多次出现。在瑞士
达沃斯，习近平主席宣示"中国经济要发展，就要敢于到世界市场的汪洋大海中去 ...

http://news.cctv.com › 2018/11/07 · Translate this page   ⋮
**中国经济是大海，不是小池塘! - 央视网**
Nov 7, 2018 — 习近平指出，中国是世界第二大经济体，有13亿多人口的大市场，有960多万平方
公里的国土，中国经济是一片大海，而不是一个小池塘。大海有风平浪静之时。 ...

https://china.huanqiu.com › article · Translate this page   ⋮
**星辰大海，中国从未止步! - 国内**
星辰大海，中国从未止步! ... 今天（4月24日）是中国航天日。"祝融"探火、"羲和"逐日、"天和"
遨游星际 ... 过去一年，中国航天创造了一个又一个举世瞩目的成就，逐梦星辰的脚步 ...

https://china.huanqiu.com › article · Translate this page   ⋮
**航天新征程| 逐梦星辰大海中国太空探测如何越走越远？ - 国内**
Nov 23, 2022 — 我们现在已经有了中国空间站，那什么时候会有月球科研站？普通人什么时候可
以地月旅行，甚至地火旅行？未来我国的深空探测将走向何方？这一系列看似遥 ...

🖼 Images for 大海 中国   ⋮



Feedback

34

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

Google    大海 澳门                                    ×   ↓  ⬚  Q

Q All    🖾 Images    🗐 News    ▶ Videos    ⚙ Shopping    ⋮ More                 Tools

About 8,460,000 results (0.50 seconds)

http://www.dili360.com › cng › article · Translate this page    ⋮
澳门：蚕食大海的城市 - 中国国家地理网
身�**** 澳门经过数十年的填海造地向大海扩张之后，到2001年面积也才达到25.4平方公里，与香港相比，还不到香港的2.4%（香港面积为1078平方公里）。而且这么小的面积还不是 ...

https://fr-fr.facebook.com › hkgirlinmacau    ⋮
港女過大海的生活/ 港女在澳門 - Facebook
港女過大海的生活/ 港女在澳門. 425 J'aime · 13 en parlent. 一個港女隻身過了大海生活的兒關過大海...檢打哞...澳門 Macau | Hong Kong #香港人在澳門|#港女過大海 ...

https://m.facebook.com › events · Translate this page    ⋮
戴頭盈過大海— 澳門攝影的發展與現況 - Facebook
1844年，法國攝影師于勒．埃及爾(Jules Itier) 抵達澳門，帶來了攝影術，也讓澳門成為兩岸四地中最早接觸攝影的地方。如今，有著60 多萬的人口，匯積與板橋相近，...

🖾 Images for 大海 澳门    ⋮

◯ profile picture   ◯ instagram photos   ◯ 城市   ◯ 澳門 profile        ⌄

                                                                        澳門 攝影的發展 ⏵

                                                                          Feedback

View all →

https://cn.tripadvisor.com › Location... · Translate this page    ⋮
落地窗直接可以眺望大海- 澳门金沙酒店的影像 - Tripadvisor
澳门澳门金沙酒店图片：落地窗直接可以眺望大海- 快来看看Tripadvisor 会员拍摄的267 张/部澳门金沙酒店真实照片和视频。

https://www.instagram.com › dahaide... · Translate this page    ⋮
大海的对面是澳门 - Instagram
0 Followers, 1 Following, 1 Posts - See Instagram photos and videos from 大海的对面是澳门 (@dahaideduimianshiaomen)

35

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

CASE NO. 8:19-CV-01998-MWF(KSx)

EXHIBIT H

M Gmail                                                        Kaine Wen <kainewan@gmail.com>

---

**Binance counsel**

Kaine Wen <kainewan@gmail.com>                                Mon, Dec 12, 2022 at 12:22 AM
To: Thomas McNamara <tmcnamara@mcnamarallp.com>
Cc: Cornelia Gordon <cgordon@mcnamarallp.com>

Mr. McNamara,

I appreciate the offer and will certainly take any assistance you can provide. Please let me know how you can be of help.
Thank you.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named
addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender
about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Dec 2, 2022 at 11:15 AM Thomas McNamara <tmcnamara@mcnamarallp.com> wrote:

  Mr. Wen:

  I should also offer our assistance if you believe we can be of help in your efforts to locate and return the cryptocurrency
  you have indicated is controlled by "Sea". I am not sure what our assistance would look like, but we are happy to
  discuss and assist.

  **From:** Thomas McNamara
  **Sent:** Friday, December 2, 2022 11:11 AM
  **To:** Kaine Wen <kainewan@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
  **Subject:** RE: Binance counsel

  Mr. Wen:

  Following up to see if you have heard anything further from Binance. If you have not, it seems to me to make a lot of
  sense to follow-up on CFPB's offer to introduce you/us to Binance's counsel to break the log jam.

  Let me know your thoughts. Thanks.

  **From:** Thomas McNamara
  **Sent:** Tuesday, November 29, 2022 5:22 PM
  **To:** Kaine Wen <kainewan@gmail.com>; Cornelia Gordon <cgordon@mcnamarallp.com>
  **Subject:** Binance counsel

  Mr. Wen,

36

---

KAINE WEN'S RESPONSE TO THE JANUARY 6, 2023 ORDER

Case No. 8:19-CV-01998-MWF (KSx)

**EXHIBIT D**

 **Gmail**                                                          Kaine Wen <kainewen@gmail.com>

---

## CFPB v. Consumer Advocacy Center, et al. Settlement Offer

**Kaine Wen** <kainewen@gmail.com>                                        Tue, Jan 10, 2023 at 8:05 PM
To: "Dimock, Nathan (CFPB)" <Neve.Dimock@cfpb.gov>
Cc: "Stewart, Jesse (CFPB)" <Jesse.Stewart@cfpb.gov>, "Preis, Sarah (CFPB)" <Sarah.Preis@cfpb.gov>, Christina Tusan <christina.tusan@lacity.org>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, "Romanoff, Evan" <Evan.Romanoff@ag.state.mn.us>, "Weaver, Lynne" <LWEAVER@ncdoj.gov>, William Pletcher <william.pletcher@lacity.org>, "Ramirez- Velazquez, Annais (CFPB)" <Annais.Ramirez-Velazquez@cfpb.gov>

<u>**Confidential Settlement Communication (FRE 408)**</u>

**Dear Mr. Dimock,**

*As an initial matter, we note that you have not responded to our request that you "please identify which assets you contemplate turning over as part of a negotiated settlement?" Please provide that information to us as soon as possible so that we can evaluate your counteroffer prior to transmitting our settlement conference statements to the Court.*

- I contemplate turning over all the assets listed in your January 5, 2023 settlement letter except the cryptocurrency that I do not own, hold, or control, specifically the 1,073 bitcoin and 3,527 ether. Additionally, the Reus car stereo system was returned to Tesla when the vehicle lease expired. I will disclaim any interest in those assets.

*Second, please provide us immediately with a physical address to serve you with the Court's order holding you in contempt, and a mailing address where we can serve you with physical copies of filings and case-related documents. We have made repeated requests for this information and, despite your responses to other portions of emails, you refuse to provide this important information.*

- I responded in a separate email.

*Finally, as to your request for an accounting of the "assets and amounts" that have been transferred to plaintiffs in connection with this matter, we do not understand how that request is relevant to our settlement discussions. Plaintiffs have proposed the imposition of civil money penalties, one of several available independent forms of relief. 12 U.S.C. § 5565(a)(2). The civil penalty calculation under 12 U.S.C. § 5565(c) does not contemplate the amount of redress previously collected in the matter. Please explain how that information is relevant to our settlement discussions.*

- Your January 5, 2023 settlement letter indicates monetary relief in the form of an "order imposing civil penalties totaling $100 million" and the footnote "Provided, however, that the states reserve the discretion to designate any monetary payment to the states as civil penalties or used for the purpose of providing redress to consumers." It seems unfair to me for the CFPB to get a windfall by electing to treat the assets I turn over as penalties. I hope we can resolve this during the settlement conference.

Best,

Kaine Wen

[Quoted text hidden]