Andrew M. Greene (SBN 167386)
agreene@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (SBN 320207)
cgordon@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al.,<br><br>Defendants. | Case No. 8:19-cv-01998-MWF (KSx)<br><br>**DECLARATION OF CORNELIA J. B. GORDON IN SUPPORT OF REPLY IN SUPPORT OF RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>JUDGE: Hon. Michael W. Fitzgerald<br>CTRM:  5A<br>DATE:  September 18, 2023<br>TIME:  10:00 a.m. |

I, Cornelia J. B. Gordon, hereby declare as follows:

1. I am counsel to Thomas W. McNamara, the Court-appointed Receiver in this matter. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify to the facts stated herein.

2. I make this declaration in support of the Reply in Support of the Receiver's Motion for Order to Show Cause Why Defendant Kaine Wen Should Not be Held in Contempt and for Related Relief (the "OSC").

3. I have carefully reviewed videos taken by personnel hired by the Receiver on the date of immediate access (October 23, 2019) at each of the three receivership sites: 15261 Laguna Canyon Road, Suite 200; 173 Technology Drive, Suite 202; and 8 Hughes Parkway, Suite 210. The videos were intended to document the premises as the Receiver found them upon initial entry. I also reviewed photographs taken of the receivership sites that same day. In neither case did I see any of the M.C. Escher prints identified by Kaine Wen.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of September, 2023, in San Diego, California.

/s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon