Kaine Wen
146 Bishop Lndg
Irvine, CA 92620
Telephone: 626-563-7908
kainewen@gmail.com
In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT
09-14-2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ts DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-CV-01998-MWF (KSx) <br><br> **SUPPLEMENTAL DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM: 5A <br> DATE: September 18, 2023 <br> TIME: 10:00 a.m. |

I, Kaine Wen, hereby declare as follows:

1. I am appearing *pro se* in *Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.*, Case No. 8:19-CV-01998 MWF (KSx).

2. I make this Declaration to supplement the Declaration of Kaine Wen in Support of Defendant Kaine Wen's Opposition to Receiver's Motion for Order to Show Cause Why Kaine Wen Should Not Be Held in Contempt and for Related Relief (the "Wen Declaration," ECF No. 467).

3. In my prior declaration, I indicated that I was seeking to retain qualified

1
SUPPLEMENTAL DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF

counsel to advise me on how I could simultaneously comply with the Final Judgment and Order as to Defendant Kaine Wen (ECF No. 456) without violating the Judgment and Commitment Order or the terms of my supervised release in my Criminal Case. *See* Wen Declaration, ¶ 27.

4. I have since retained Evan J. Davis ("Mr. Davis") of Hochman Salkin Toscher Perez P.C. for the limited purpose of representing me in connection with my conflicting restitution obligations and terms of supervised release in the Criminal Case.

5. I understand that Mr. Davis has been in contact with the United States Department of Justice regarding these issues.

6. Mr. Davis will be present at the hearing at 10:00 AM on Monday, September 18, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of September, 2023, in Irvine, California.

_____
Kaine Wen

SUPPLEMENTAL DECLARATION OF KAINE WEN IN SUPPORT OF DEFENDANT KAINE WEN'S OPPOSITION TO RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF