| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>SEP 13 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CONSUMER FINANCIAL PROTECTION BUREAU; et al.,

           Plaintiffs-Appellees,

 v.

KAINE WEN, AKA Kaine Wen Dai, AKA Wen Ting Dai, AKA Wenting Kaine Dai, in his individual capacity and as trustee of the Kaine Wen 2017 Trust,

           Defendant-Appellant,

 and

CONSUMER ADVOCACY CENTER, INC., DBA Premier Student Loan Center; et al.,

           Defendants.

No. 23-55700

D.C. No. 8:19-cv-01998-MWF-KS
Central District of California, Santa Ana

ORDER

The appellant's motion (Docket Entry No. 6) for an extension of time to order transcripts is granted. The appellant shall file the transcript designation at the district court by October 5, 2023. The transcripts are due November 6, 2023. The Clerk will send a copy of this order to the court reporter at the district court.

The opening brief is due December 18, 2023. The answering brief is due January 17, 2024. The optional reply brief is due within 21 days after service of the answering brief.

OSA133

The appellant is reminded that all requests for relief from this court should state the position of opposing counsel.  *See* Circuit Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
