# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Defendant Kaine Wen, pro se | 2a. Contact Phone Number: 626-563-7908 | 3a. Contact E-mail Address: kainewen@gmail.com |
| 1b. Attorney Name (if different): Not applicable | 2b. Attorney Phone Number: | 3b. Attorney E-mail Address: |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Kaine Wen
146 Bishop Landing
Irvine, CA 92620

**5. Name & Role of Party Represented:** Defendant Kaine Wen

**6. Case Name:** Bureau of Consumer Financial Protection, et al v. Consumer Advocacy Center Inc., et al

**7a. District Court Case Number:** 8:19-cv-01998
**7b. Appeals Court Case Number:** 23-55700

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/24/21 | 274 | M Fitzgerald | Plaintiff's Motion for OSC re Contempt against Def. Wen | ● | ○ | ○ | ○ | ● | ○ | ● | ORDINARY (30-day) |
| 11/28/22 | 409 | M Fitzgerald | Plaintiff's Motion for OSC re Contempt against Def. Wen | ● | ○ | ○ | ○ | ● | ○ | ● | ORDINARY (30-day) |
| 5/1/23 | 450 | M Fitzgerald | Plaintiffs' Motion for Partial Summary Judgment | ● | ○ | ○ | ○ | ● | ○ | ● | ORDINARY (30-day) |
| 9/18/23 | | M Fitzgerald | Receiver's Motion for OSC re Contempt against Def. Wen | ● | ○ | ○ | ○ | ● | ○ | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 09/25/2023   Signature: *[signed] Kaine Wen*

G-120 (06/18)