UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **SA CV 19-1998-MWF (KSx)**                                      Dated: **09/18/23**

Title:    Bureau of Consumer Financial Protection, et al. v. Consumer Advocacy Center, Inc., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Wendy Hernandez | Mary Rickey |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

| Miguel Diaz | Pro Se Kaine Wen |
|---|---|
| Tom McNamara -Receiver) | Evan Davis |

PROCEEDINGS:   RECEIVER'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT KAINE WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF [465]

Case called, and counsel make their appearance. The Court invites the parties to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   wh

10 min