Name: Kaine Wen

Address: 146 Bishop Lndg

Irvine, CA 92620

Phone Number: (626) 563-7908

Email Address: kainewen@gmail.com

*Pro Se*

FILED
CLERK, U.S. DISTRICT COURT
9/25/23
CENTRAL DISTRICT OF CALIFORNIA
BY: eb DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al., | **CASE NUMBER** <br> 8:19-CV-01998-MWF |
| PLAINTIFF(S) <br> v. <br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al., <br> DEFENDANT(S) | **APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

As the ☐ Plaintiff ☒ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ☑ A Computer with internet access.

   ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files.

   ☑ A printer or copier to create required paper copies such as chambers copies.

   ☑ A word-processing program to create documents; and

   ☑ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: September 25, 2023    Signature: /s/ Kaine Wen

CV-005 (02/20)    APPLICATION FOR PERMISSION FOR ELECTRONIC FILING