# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al., PLAINTIFF(S) v. CONSUMER ADVOCACY CENTER INC., et al., DEFENDANT(S). | CASE NUMBER: SACV 19-1998-MWF(KSx) ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
|---|---|

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 09/19/2023 | 472 | Notice of Withdrawal of Counsel |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

The document is accepted as filed since other members of the Los Angeles City Attorney's Office shall continue to represent Plaintiff, the People of the State of California. The Clerk shall terminate attorney Christina Victoria Tusan as attorney of record for said Plaintiff.

Dated: October 1, 2023

By: _/s/ Michael W. Fitzgerald_
U.S. District Judge ~~/ U.S. Magistrate Judge~~