# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, et al., <br><br> PLAINTIFF(S) <br> v. <br><br> CONSUMER ADVOCACY CENTER, INC., et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> SACV 19-1998-MWF(KSx) <br><br> ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |

IT IS ORDERED that the Application for Permission for Electronic Filing by __Defendant KAINE WEN__ is hereby:

☑ **GRANTED**

Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order. Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website. Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only. Any documents being submitted under seal must be manually filed with the Clerk.

Dated: October 2, 2023

_/s/ Michael W. Fitzgerald_
Michael W. Fitzgerald, United States District Judge

☐ **DENIED**

Comments:

Dated: _____

_____
United States District/Magistrate Judge

CV-05 Order (12/15)   ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING