# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM** — AMENDED

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY — DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Defendant Kaine Wen, pro se |
| 2a. Contact Phone Number | 626-563-7908 |
| 3a. Contact E-mail Address | kainewen@gmail.com |
| 1b. Attorney Name (if different) | Not applicable |
| 2b. Attorney Phone Number | |
| 3b. Attorney E-mail Address | |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Kaine Wen
146 Bishop Landing
Irvine, CA 92620

**5. Name & Role of Party Represented:** Defendant Kaine Wen

**6. Case Name:** Bureau of Consumer Financial Protection, et al v. Consumer Advocacy Center Inc. et al

**7a. District Court Case Number:** 8:19-cv-01998

**7b. Appeals Court Case Number:** 23-55700

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 2/24/21 | 274 | M Fitzgerald | Plaintiff's Motion for OSC re Contempt against Def. Wen | PDF (email), CM/ECF ACCESS (web) | ● | ORDINARY (30-day) |
| 11/28/22 | 409 | M Fitzgerald | Plaintiff's Motion for OSC re Contempt against Def. Wen | PDF (email), CM/ECF ACCESS (web) | ● | ORDINARY (30-day) |
| 5/1/23 | 450 | M Fitzgerald | Plaintiffs' Motion for Partial Summary Judgment | PDF (email), CM/ECF ACCESS (web) | ● | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/06/2023     Signature: /s/ Kaine Wen

G-120 (06/18)