UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

BUREAU OF CONSUMER FINANCIAL     )
PROTECTION,                      )
et al.,                          )
                                 )
        Plaintiffs,              )
                                 )   8:19-CV-1998-MWF
              vs.                )
                                 )
CONSUMER ADVOCACY CENTER, INC.,  )
et al.,                          )
                                 )
        Defendants.              )
_____)

REPORTER'S TRANSCRIPT OF HEARING

Los Angeles, California

Monday, November 28, 2022

_____

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here:  www.amydiazfedreporter.com*

1     APPEARANCES OF COUNSEL:

2
       For the Plaintiffs:
3
4                      CONSUMER FINANCIAL PROTECTION BUREAU
                       By:  Jesse Stewart, Attorney at Law
5                      1700 G Street NW
                       Washington, DC 20552
6
                       LOS ANGELES CITY ATTORNEY
7                      By:  Christina Tusan, Assistant City Attorney
                       City Hall East
8                      200 North Main Street, 5th Floor
                       Los Angeles, California 90012
9

10

11
       For the Defendants:
12
13                     KAINE WEN, PRO SE

14     The Receiver:

15                     THOMAS MCNAMARA

16

17

18

19

20

21

22

23

24

25

1 11:01:21                THE CLERK:  Calling item number two, case number

2 11:01:24   SACV-19-1998-MWF, Bureau of Consumer Financial Protection, et

3 11:01:31   al. vs. Consumer Advocacy Center, Inc., et al.

4 11:01:35                Counsel and parties, please rise and state your

5 11:01:37   appearance for the record.

6 11:01:39                MR. STEWART: Good morning, Your Honor.  Jesse

7 11:01:41   Stewart on behalf of the plaintiff, Consumer Financial.

8 11:01:45                MS. TUSAN: Good morning, Your Honor.  Christina

9 11:01:48   Tusan on behalf of the People of the State of California.

10 11:01:51               MR. WEN:  Good morning, Your Honor.  This is Kaine

11 11:01:54   Wen appearing on behalf of myself.

12 11:01:56               MR. MCNAMARA: Good morning, Your Honor.  Paul

13 11:01:58   McNamara on behalf of the Receiver.

14 11:02:00               THE COURT:  Good morning, Mr. McNamara.  In the

15 11:02:02   future, if you could switch, so the plaintiffs could be over

16 11:02:05   here near the jury box.  Thank you.

17 11:02:06               Off the record for one moment, please.

18 11:02:08               (Off the record.)

19 11:02:21               THE COURT:  Okay.  Back on the record.

20 11:02:23               The Bureau is requesting that the previous contempt

21 11:02:39   threat be followed through.  That is really what is going on

22 11:02:44   here.  And this is civil contempt, and it's coercive.  In

23 11:02:50   other words, it isn't as if anyone is asking Mr. Wen to be

24 11:02:55   punished further for -- or be punished specifically for

25 11:03:01   violating either Judge Selna's order or any of the things

1 11:03:05   that have since happened; rather, it's for the purpose of

2 11:03:10   coercing his compliance, which remains in doubt.

3 11:03:15           Obviously, for that to make any sense, I need to be

4 11:03:21   assured that Mr. Nguyen not only has violated these orders,

5 11:03:27   but also is incapable of doing the specific things -- is

6 11:03:32   capable, rather, of doing the specific things that he's been

7 11:03:35   ordered to do.

8 11:03:35           I can't order him to fly to the moon or provide a

9 11:03:40   billion dollars or do, you know, or send him to debtor's

10 11:03:43  prison or do anything like that.

11 11:03:45          So really what it comes down to, I think, isn't so

12 11:03:48  much even whether Ms. Clegg is correct in her report, but

13 11:03:53  really, whether there is the ability as things stand for him

14 11:04:01  to do what it is that he has been ordered to do.

15 11:04:09          It does seem, then, in light of the responses of the

16 11:04:12  parties, that there is various questions that I have on this.

17 11:04:17  But before that, let me just hear a bit from both parties.

18 11:04:21          Mr. Wen, you understand what the situation is here.

19 11:04:25  Let me -- before I ask you any specific questions, some of

20 11:04:28  which you might wish to invoke under the Fifth Amendment, and

21 11:04:36  I also have some questions for the Bureau.

22 11:04:39          Just let me hear from you generally what your

23 11:04:41  response is to what it is that the Receiver and the Bureau

24 11:04:45  are saying.

25 11:04:47          MR. WEN:  Okay.  I think --

11:04:51  1          THE CLERK:  You should stand.

11:04:55  2          MR. WEN:  Your Honor, I'm not quite sure that the

11:04:57  3  Receiver is saying the same thing as the plaintiff here.  But

11:05:01  4  let me address the plaintiffs' response to my declaration.

11:05:05  5          In the first paragraph the plaintiffs say that there

11:05:10  6  are, you know, certain things I don't address.  And the first

11:05:14  7  one is that I'm not disclaiming any interest in the Bitcoin

11:05:19  8  identified in Ms. Clegg's report.

11:05:22  9          In my declaration in paragraph 9, I did say that I

11:05:27  10  do not hold or control any cryptocurrency assets besides

11:05:31  11  those listed on my March 1st, 2021 supplement to amend it and

11:05:35  12  correct it, the individual financial statement.  I was

11:05:40  13  following the Court's order in that language.

11:05:43  14          I can modify that to also say that I do not own,

11:05:48  15  hold or control; therefore, fully disclaiming any interest in

11:05:54  16  whatever assets those are.

11:05:56  17          And then the second part is that the plaintiffs are

11:06:01  18  saying I do not attempt to rebut the show cause order.  And

11:06:13  19  as you are aware, in light of the accusations and threats of

11:06:17  20  contempt against me, on the advice of my previous legal

11:06:21  21  counsel, I declined to answer based on my rights against

11:06:24  22  self-incrimination under the state and federal Constitution.

11:06:28  23  I continue to assert and do not waive my rights against

11:06:33  24  self-incrimination.

11:06:35  25          THE COURT:  Okay.  Anything else, Mr. Wen?

1 11:06:38          MR. WEN:  Yeah.  I guess I can go ahead and go to

2 11:06:41   the, you know, the reasons why I feel like I have complied to

3 11:06:47   the best of my ability, as I wrote in my -- in paragraph 4 of

4 11:06:52   my declaration.

5 11:06:54          My understanding is, you know, if I'm unable to

6 11:06:58   comply, I have to meet certain standards; that being I have

7 11:07:02   to show categorically and in detail why I'm unable to comply

8 11:07:08   with the Court's order.

9 11:07:09          So I have reviewed the Court's order.  I do take the

10 11:07:12   order and the consequences of violating it very seriously.  I

11 11:07:16   have reviewed the CFPB's filings.  You know, I do not

12 11:07:21   understand how Ms. Clegg arrived at her opinions.  I do not

13 11:07:25   have any documentation, records or information.

14 11:07:27          And again, I can reiterate that I do not own, hold

15 11:07:30   or control the cryptocurrency assets identified in Mrs.

16 11:07:35   Clegg's report.

17 11:07:36          And then the second part of it -- and this is --

18 11:07:39   I'll be more -- involves the Receiver a little bit more, is

19 11:07:43   that to the extent that I'm able to comply and I don't,

20 11:07:47   substantial compliance, I think is the standard.

21 11:07:50          And, you know, there is one thing I do want to note

22 11:07:54   that, you know, previously before even your order, I worked

23 11:08:00   with my previous attorney, Matthew Eanet, to try to resolve a

24 11:08:04   lot of these issues, the last of which was the letter that

25 11:08:08   Mr. Eanet sent to the CFPB on January 2nd, 2021.

1 11:08:13          In that letter, Mr. Eanet addressed how the CFPB

2 11:08:18   created an untenable situation where I could be in contempt

3 11:08:21   for trying to repatriate the cryptocurrency; and also, I

4 11:08:28   could be in contempt if I do nothing.

5 11:08:30          And at that time, the CFPB specifically instructed

6 11:08:33   me not to contact Sea, who was holding the ether.

7 11:08:38          My attorney also suggested several proposals to

8 11:08:42   address the repatriation, and the CFPB did not accept any of

9 11:08:48   them.

10 11:08:49          And regarding the cryptocurrency, in the exchanges

11 11:08:52   that are being held under my name, we asked previously for

12 11:08:57   instructions, and also approval to accept any withdrawal or

13 11:09:02   transfer fees.  And at that time we received no response,

14 11:09:05   either.

15 11:09:08          THE COURT:  When you asked -- did you ask that of

16 11:09:11   Sea, or did you ask that of the Bureau?

17 11:09:14          MR. WEN:  I asked that of the Bureau, to provide

18 11:09:16   instructions -- give me -- let me know how I can transfer it,

19 11:09:20   whether it's okay to approve any fee that may be involved,

20 11:09:23   because the amount will be reduced by that fee.  And I didn't

21 11:09:26   hear a response.  And this was back in June of 2021.

22 11:09:30          And, you know, back then my attorney on several

23 11:09:36   occasions offered to work cooperatively with CFPB to try to

24 11:09:40   get these issues resolved in a practical manner, and to try

25 11:09:46   to find solutions, but it didn't happen.

1 11:09:49          And that is it.

2 11:09:50          THE COURT:  Okay.  The -- have you been able to

3 11:09:55    reach Sea, or what is the story on that?  Because, look, the

4 11:09:59    argument that was made here is that it's just not believable

5 11:10:02    that that much cryptocurrency would be transferred to someone

6 11:10:07    where you don't know the full name, you don't really know

7 11:10:09    this person, you aren't really in contact.  It's just -- you

8 11:10:13    know, it just isn't -- it just isn't a very plausible thing

9 11:10:16    to assert.

10 11:10:17          So what is your response to that argument?

11 11:10:20          MR. WEN:  I don't know how to respond to the

12 11:10:22    argument.  I mean, it's the truth.  I was involved in a lot

13 11:10:26    of gambling.  A lot of it is done online.  A lot of it is

14 11:10:31    done through usernames.  And I'm not that great with Chinese

15 11:10:35    names, so it was always a nickname.

16 11:10:38          THE COURT:  Okay.  Thank you.

17 11:10:40          And I'll have some questions for you, and I'll give

18 11:10:42    you a chance to be heard after we've heard from the Bureau.

19 11:10:45          So what does the Bureau have to say, having heard

20 11:10:50    that, or to further Ms. Clegg's report?

21 11:10:54          MR. STEWART:  Good morning, Your Honor.  Would you

22 11:10:57    like me to approach the podium?

23 11:10:59          THE COURT:  You can stand there if the court reporter

24 11:11:02    can hear you.

25 11:11:16          MR. STEWART:  Good morning.  Jesse Stewart on behalf

1  11:11:19  of plaintiff the Consumer Financial Protection Bureau.

2  11:11:21          Based on the evidence before the Court, Mr. Wen has

3  11:11:25  failed to carry his burden and should be held in civil

4  11:11:28  contempt.  Mr. Wen has had over three years to comply with

5  11:11:30  this Court's TRO and PI orders, which froze his assets and

6  11:11:34  required him to disclose them.

7  11:11:36          Mr. Wen has failed to comply with either requirement

8  11:11:39  with respect to a significant portion of his cryptocurrency

9  11:11:43  attributed to him in Ms. Clegg's report.  Specifically, the

10 11:11:46  Bitcoin and dissipated ether.

11 11:11:49          Instead, Mr. Wen has concealed all of his

12 11:11:52  cryptocurrency.  He later disclosed only a fraction of that

13 11:11:57  cryptocurrency, and then he invoked the Fifth Amendment

14 11:12:00  privilege against self-incrimination when confronted with

15 11:12:02  questions about the accuracy of his prior disclosures.

16 11:12:04          Specifically, in response to the TRO in 2019, Mr.

17 11:12:09  Wen -- which required Mr. Wen to disclose all of his

18 11:12:12  cryptocurrency, Mr. Wen claimed he had no cryptocurrency.

19 11:12:16  When the Bureau raised questions about Mr. Wen's assets and

20 11:12:19  transactions, Mr. Wen revealed in late 2020 in an amended

21 11:12:23  financial disclosure that he had limited cryptocurrency.

22 11:12:26          Shortly after the Court's hearing on the Bureau's

23 11:12:28  first contempt motion in early 2021, Mr. Wen again amended

24 11:12:32  his financial statement with respect to cryptocurrency, but

25 11:12:36  failed to disclose the majority of the cryptocurrency

1  11:12:39  attributed to him in the Court's show cause order.

2  11:12:43        And when the Court ordered Mr. Wen to disclose all

3  11:12:46  of his cryptocurrency assets and transactions in late March

4  11:12:49  2021, Mr. Wen declined to provide any information, and

5  11:12:52  instead, invoked the Fifth Amendment privilege against

6  11:12:56  self-incrimination.

7  11:12:57        In April 2022, the Bureau renewed its motion for

8  11:13:00  contempt, presenting significant evidence that Mr. Wen, in

9  11:13:02  fact, concealed large amounts of cryptocurrency and

10 11:13:05  dissipated some of them.

11 11:13:06        The Bureau submitted a declaration from Ms. Pamela

12 11:13:12  Clegg, hired to unravel Mr. Wen's cryptocurrency holdings and

13 11:13:16  transactions, in light of his obfuscation and invocation of

14 11:13:20  the Fifth Amendment privilege against self-incrimination.

15 11:13:24  That's what brings us here today.

16 11:13:24        In response to the Court's show cause order, Mr. Wen

17 11:13:27  submitted a declaration that provides little new information,

18 11:13:29  and does not directly address his ownership of the majority

19 11:13:38  of the cryptocurrency attributed to him in Ms. Clegg's

20 11:13:42  report.

21 11:13:42        And even with respect to the comparatively small

22 11:13:48  amounts of cryptocurrency that Mr. Wen admits he controls at

23 11:13:54  the Binance platform, and the ether he claims is held by an

24 11:13:58  associate, Mr. Wen, based on my understanding, has still not

25 11:14:01  turned that cryptocurrency over to the Receiver.

1   11:14:03        Mr. Wen's silence in an action, particularly when

2   11:14:06   coupled with his repeated invocations of the Fifth Amendment

3   11:14:11   privilege against self-incrimination, are telling.

4   11:14:13        THE COURT:  Let me just say, Mr. Stewart, in that

5   11:14:15   regard, Mr. Wen, and all of us, have the right to exercise

6   11:14:23   the constitutional right to invoke.

7   11:14:25        So if the complaint is that he has not been as

8   11:14:30   helpful as the Bureau would like, or for that matter, that he

9   11:14:33   might have been ordered to be, then that is a -- the

10  11:14:40   invocation as to providing information is a perfectly

11  11:14:43   legitimate decision for him to make.

12  11:14:49        Now, if -- however, if he's ordered to turn over

13  11:14:54   certain assets, then that in and of itself would not --

14  11:15:00   certainly wouldn't constitute a crime, and would be something

15  11:15:06   he potentially should be expected to do.

16  11:15:11        I think the point here is, is that in your view,

17  11:15:15   then, is the invocation itself a basis for the contempt, or

18  11:15:18   is it just evidence from which in this civil proceeding I

19  11:15:23   could draw an inference that the prior disclosures were

20  11:15:29   untruthful, or -- I guess -- just tell me exactly why you

21  11:15:36   believe the invocation is telling, because I don't want there

22  11:15:38   to be a suggestion that someone is being punished or held in

23  11:15:42   contempt simply for making what would appear on the surface

24  11:15:46   to be a legitimate invocation of a constitutional right.

25  11:15:50        MR. STEWART:  I believe it's the latter option that

11:15:55    you suggested, Your Honor, which is the Bureau does not

11:15:58    suggest that Mr. Wen should be punished for invoking the

11:16:00    Fifth Amendment privilege; however, there is significant case

11:16:03    law indicating that if someone invokes the Fifth Amendment

11:16:09    privilege against self-incrimination on questions and topics

11:16:13    that specifically relate to what is at issue in a proceeding,

11:16:17    that the Court has the authority to draw an adverse

11:16:20    inference.

11:16:21         I would suggest that there is sufficient record

11:16:23    evidence for the Court to choose to do so, but I would also

11:16:27    suggest that there is clear and convincing evidence of Mr.

11:16:30    Wen's contempt without resorting to an adverse inference, as

11:16:35    the Court indicated in its show cause order.

11:16:37         And with respect to --

11:16:38         THE COURT:  And in that regard, what about the point

11:16:40    that he's made that he's just not in a position now, through

11:16:44    lack of documentation and lack of computer access, to either

11:16:50    comply, or from his point of view, show that he has the

11:16:55    inability to comply?  That he not only has the inability to

11:17:00    comply, but he has the inability to prove categorically that

11:17:03    he has the inability to comply?

11:17:05         MR. STEWART: I would, I guess, say two things, Your

11:17:09    Honor:

11:17:09         First, I think that that statement without more,

11:17:15    without apparent additional efforts to contact his associate,

11:17:19 without additional information about the transactions that

11:17:22 Ms. Clegg shows flowed into and out of accounts that Mr. Wen

11:17:27 admit are his, is not sufficient to carry his burden at this

11:17:31 stage.  The Court has already found by clear and convincing

11:17:35 evidence that Mr. Wen violated the court orders, and Mr. --

11:17:39 it's Mr. Wen's burden to prove -- rebut that or prove that he

11:17:44 cannot comply.  And the statement alone that he does not own

11:17:46 or control the cryptocurrency is not sufficient to carry the

11:17:50 burden that he has, which is to show categorically and in

11:17:57 detail why he can't comply.

11:17:58         Further, to the extent he makes that statement

11:18:01 without supporting evidence, frankly, it's not credible that

11:18:07 he should do that.  You know, his assertions about Sea,

11:18:12 without any supporting evidence, are simply not credible.

11:18:15 And he's made no attempt to explain why cryptocurrency that

11:18:19 in significant volumes it flowed into and out of his

11:18:21 accounts, you know, did not belong to him before they got

11:18:24 into his account, and did not belong to him after they flowed

11:18:29 out of his account.

11:18:30         THE COURT:  All right.  Thank you, Mr. Stewart, for

11:18:32 answering my question.

11:18:32         What else would you like to argue?

11:18:34         MR. STEWART:  I think I would just point out, Your

11:18:44 Honor, that at this point there is significant record

11:18:47 evidence based on Ms. Clegg's report that Mr. Wen has failed

1 11:18:51    to disclose significant Bitcoin.  Specifically, the Bitcoin

2 11:18:55    attributed to him both at the time of the TRO, and then a

3 11:18:59    lesser amount of Bitcoin that is attributed to him at the

4 11:19:02    time of Ms. Clegg's report, suggesting that there was a

5 11:19:06    significant volume of Bitcoin dissipated between those two

6 11:19:10    dates.

7 11:19:11            Mr. Wen, other than his own self-serving statements,

8 11:19:14    has presented no evidence to rebut that evidence, or the

9 11:19:19    Court's finding, that he concealed and dissipated that

10 11:19:22    Bitcoin in violation of the Court's orders.

11 11:19:25            Further, Mr. Wen in his declaration does not make

12 11:19:27    any attempt to address the dissipated Bitcoin in ether that

13 11:19:32    Ms. Clegg attributed to him, including the dissipation of

14 11:19:36    that cryptocurrency.  He makes no effort to explain why he

15 11:19:40    cannot recover that dissipated Bitcoin in ether and turn it

16 11:19:45    over to the Receiver or an appropriate exchange account where

17 11:19:48    it can be held pending resolution of this proceeding.

18 11:19:51            Further, Your Honor, I would suggest that Mr. Wen's

19 11:19:57    claims that he cannot remember certain cryptocurrency

20 11:20:00    transactions are simply not credible under the circumstances,

21 11:20:03    particularly given the significant fortune that is implicated

22 11:20:07    by Ms. Clegg's report and the transactions at issue.

23 11:20:13            In sum, Mr. Wen has not shown cause, and the Bureau

24 11:20:18    respectfully requests that this Court find Mr. Wen in

25 11:20:21    contempt, and order an appropriate course of remedy.

1  11:20:24          THE COURT:   Thank you.

2  11:20:24          Mr. McNamara, does the Receiver have anything to add

3  11:20:28   here?

4  11:20:31          MR. MCNAMARA: Good morning, Your Honor.   Tom

5  11:20:33   McNamara, Receiver.

6  11:20:34          I don't have a lot to add, Your Honor.  I have -- I

7  11:20:37   reached out immediately after seeing the Court's order, which

8  11:20:41   indicated that Mr. Wen could comply with some aspects of the

9  11:20:48   order by either transferring the money that was overseas to a

10 11:20:50   U.S.-based account, or I could transfer the Receiver.

11 11:20:52          So I reached out and explained, you know, we were

12 11:20:56   here if that is what he wanted to do.  It took a couple,

13 11:20:59   three weeks before I heard from him.

14 11:21:00          And he's identified two accounts.  One is a Bitrix

15 11:21:05   account, which has a very small volume of two

16 11:21:09   cryptocurrencies, Monero and Lumens.  It's worth probably

17 11:21:16   $28,000 was our estimate a couple of weeks ago.  It may have

18 11:21:20   changed given the craziness in the crypto market recently,

19 11:21:23   but it's a pretty small amount of money.

20 11:21:25          He has since forwarded a number of screenshots,

21 11:21:30   which do reflect he's made inquiries on abilities to get that

22 11:21:35   transferred to us.  We gave him recent instructions last

23 11:21:37   Tuesday on where to transfer it, and he indicated on

24 11:21:39   Wednesday, and then again over the weekend, that he had been

25 11:21:42   unable to.  He's run into some problems with the Bitrix

1 11:21:47   account, and so he's forwarded screenshots.

2 11:21:49       You know, I -- I leave it to the Court, you can

3 11:21:54   judge as well as I whether that is sufficient.  It may well

4 11:21:57   be efforts on his part.

5 11:21:59       The second is a Binance account.  I don't know what

6 11:22:02   is in that Binance account.  That has never been revealed to

7 11:22:05   me.  He indicated when he first contacted me on November 1st

8 11:22:09   that he had an outstanding customer service inquiry about

9 11:22:12   that account.  He was having difficulty accessing it.  We are

10 11:22:18   now near the end of November, and he is still forwarding the

11 11:22:21   same sort of responses from Binance.

12 11:22:24       You know, as we all, I think, understand by the

13 11:22:27   news, there is a lot of -- you know, there is a lot of

14 11:22:30   difficulty in the cryptocurrencies, and particularly places

15 11:22:34   like Binance at this point.

16 11:22:35       But I do note there were a couple of weeks before

17 11:22:38   there was any of this FTX nonsense, between November 1st on,

18 11:22:42   and I didn't get any sort of confirmation that the efforts

19 11:22:46   were made.

20 11:22:46       So that is all I can offer at this stage.  I didn't

21 11:22:49   want to step in.  I wasn't sure what role you wanted me to

22 11:22:53   play.

23 11:22:53       He asked about whether -- what he should do about

24 11:22:56   Sea.  Well, Sea apparently is the person that controls most

25 11:23:00   of this money, or at least is the person who has the access

1 11:23:03  point.

2 11:23:03          I wasn't in a position to advise him at that point,

3 11:23:07  absent further instruction from the Court as to what you

4 11:23:11  would like me to do.  I have read his declaration just as the

5 11:23:14  Court did, and it doesn't seem like there has been a lot of

6 11:23:17  effort there, but, you know, I didn't want to step in and

7 11:23:20  overstep my role.

8 11:23:21          So I think that is probably what I can add, and I

9 11:23:25  know it's not a lot.

10 11:23:27          THE COURT:  All right.  Thank you.

11 11:23:28          Where -- and I ask this to either Mr. McNamara or to

12 11:23:33  Mr. Stewart, if -- where in your view is the ether now?  You

13 11:23:40  know, there is -- Ms. Clegg was saying how it -- there is the

14 11:23:46  two accounts, then, that are -- that have the ether.  I

15 11:23:55  understand it's for his benefit.  It came from the Poloniex

16 11:23:57  and the BitMEX accounts, but where exactly, based on Ms.

17 11:24:05  Clegg's report, what is the current assertion of the Bureau

18 11:24:12  as to what are those two accounts?  What name are they?  What

19 11:24:17  does it mean to say that they are being held on his behalf?

20 11:24:20  Are these things that are with Sea as well for the ether, or

21 11:24:24  is he just with the Bitcoin?  Or what -- just explain to me

22 11:24:32  what the Bureau's assertions are here.

23 11:24:35          MR. STEWART: Of course, Your Honor.

24 11:24:39          With respect to the ether, Ms. Clegg attributes two

25 11:24:45  ether addresses that she indicates are most likely held at

11:24:50   unhosted wallet -- in unhosted wallets to Mr. Wen.

11:24:55        Mr. Wen has taken the position, as he represented

11:24:58   today, that that ether is held by an associate that he calls

11:25:03   Sea.

11:25:05        Our position is that Mr. Wen has provided no

11:25:07   evidence, other than his own self-serving statements, to show

11:25:11   that Sea even exists; that he ever -- that Mr. Wen ever

11:25:16   engaged in cryptocurrency transactions with Sea, or that they

11:25:21   had any sort of agreement about Sea holding cryptocurrency on

11:25:25   Mr. Wen's behalf.

11:25:27        As you indicated, Your Honor, the ether at issue

11:25:32   flowed from Mr. Wen's Poloniex account, and from Mr. Wen's

11:25:38   Bitstamp account to these two addresses in significant

11:25:42   volume.

11:25:42        And so the Bureau's position is that all of the

11:25:47   evidence on the record, besides Mr. Wen's statements,

11:25:51   indicate that those addresses can be attributed to Mr. Wen.

11:25:55        THE COURT:  All right.  Thank you.

11:25:56        Mr. Wen, what do you have to say in response to what

11:26:00   you've heard from the Bureau and the Receiver?

11:26:05        And then specifically, what -- why is it that you

11:26:12   are unable to transfer the dissipated ether to the Receiver?

11:26:19   And I'll -- to the extent you are worried it would violate

11:26:22   one of the orders, I'm telling you now that it would not.

11:26:24        And you can work with Mr. McNamara, the lawyer for

1  11:26:29   the Receiver, in trying to make that happen.  But is it

2  11:26:32   because it's Sea is the one who actually has access to the

3  11:26:38   wallets, in your view, and therefore it's part of the thing

4  11:26:40   of not getting in touch with him?  Or just tell me why in

5  11:26:43   your view you are unable to have the ether be transferred to

6  11:26:47   the Receiver?

7  11:26:49        MR. WEN:  Well, Your Honor, can I get some

8  11:26:53   clarification on that question?  Are you asking about the

9  11:26:55   ether that Sea holds currently, or are you asking about the,

10 11:27:01   you know, alleged dissipation of the ether?

11 11:27:03        THE COURT:  Well, in a sense both.  I mean, what I

12 11:27:06   would want returned would be whatever -- if -- to what degree

13 11:27:11   are those things not the same things?  Let's start with that.

14 11:27:14   To what degree is the dissipated ether, what left your

15 11:27:21   Poloniex and BitMEX accounts, is -- my understanding is, or

16 11:27:26   at least in what the assertion is, that those are in two of

17 11:27:32   these unhosted wallets, and that is the reason that you

18 11:27:35   cannot return them?

19 11:27:37        But to the extent that there is a difference between

20 11:27:40   those -- that ether and something else that Sea has, then

21 11:27:45   tell me what the difference is.

22 11:27:48        This is what -- this is the thing where it's --

23 11:27:51   look, what Ms. Clegg said was that there was 2,014 of the

24 11:27:55   ether that -- and there were these 20 transactions.  In her

25 11:28:02   view, you were the ones who executed them.  They occurred

1  11:28:04    after October 25th.

2  11:28:06          So what is your response to all of that then?  In

3  11:28:09    your view, where is the dissipated ether?  If you didn't

4  11:28:15    conduct those transactions, why not?  You know, what is --

5  11:28:18    what in your view is going on with the ether, and where is it

6  11:28:22    currently in your view?

7  11:28:24          MR. WEN:  Your Honor, I've, you know, previously

8  11:28:28    invoked my right against self-incrimination, and I have

9  11:28:32    consistently done that.

10  11:28:32          THE COURT:  All right.  If that is your response,

11  11:28:34    that is fine.  I understand that response.  I just wanted to

12  11:28:37    make it clear that that, in fact, was the response.

13  11:28:42          And likewise, let me ask you a few other questions,

14  11:28:45    and to the extent that you feel they are encompassed by your

15  11:28:49    invocation, then you can tell me that.

16  11:28:52          Does anyone hold Bitcoin -- let me even get more

17  11:29:01    basic.  Do you in your view control any Bitcoin right now?

18  11:29:07          MR. WEN:  I control the Bitcoin that is on the

19  11:29:10    Binance account that belongs to Sea --

20  11:29:12          THE COURT:  Okay.

21  11:29:13          MR. WEN:  -- as part of like a profit share

22  11:29:16    agreement that we had.

23  11:29:17          THE COURT:  All right.  So you are saying that while

24  11:29:19    you control it, it's not your property?

25  11:29:21          MR. WEN:  Correct.

1 11:29:21         THE COURT:  All right.  And is there -- in contrast
2 11:29:26  to that, is there any Bitcoin which is your property, or is
3 11:29:31  held on your behalf, but is not currently under your control?
4 11:29:36         MR. WEN:  No.
5 11:29:36         THE COURT:  All right.  Then what -- going forward
6 11:29:42  with Sea, other than making inquiries, is there anything else
7 11:29:47  that you can do, intend to do, is there anything that if
8 11:29:53  you -- anymore information to provide to the Bureau as to how
9 11:29:57  they could contact him?  Is there anything to be done here in
10 11:30:00  regard to Sea?
11 11:30:03         MR. WEN:  Sorry.  I mean, I can continue trying to,
12 11:30:17  you know, log into that WeChat service.  It's the only way I
13 11:30:20  communicated with him.
14 11:30:22         Other than that, I met him in Las Vegas.  I met him
15 11:30:25  in China.  I don't think I'll be going to either place
16 11:30:28  anytime soon.  I wouldn't know how to get ahold of him.  But
17 11:30:34  I'm willing to do whatever the Bureau is asking me to do that
18 11:30:37  I can do.
19 11:30:39         THE COURT:  Thank you.
20 11:30:40         Does the Bureau -- again, these might fall within
21 11:30:44  the invocation -- but does the Bureau have any other specific
22 11:30:47  questions, then, for Mr. Wen?
23 11:30:52         MR. STEWART: Mr. Wen, with respect to the
24 11:31:04  cryptocurrency addresses identified in Ms. Clegg's report,
25 11:31:11  specifically the Bitcoin addresses that are identified in Ms.

1 11:31:15  Clegg's report, have you ever held cryptocurrency, Bitcoin

2 11:31:23  cryptocurrency at those addresses?

3 11:31:26         MR. WEN:  I don't know -- I don't even know how to

4 11:31:28  look up the information.  It's like a long string of

5 11:31:31  characters.  I really don't know how I'm supposed to look up

6 11:31:36  that information.  I don't know.

7 11:31:38         The Bitcoin that I own originated from a $150,000

8 11:31:44  shot-in-the-dark investment.  That was my entire life savings

9 11:31:48  at that time.  It was when I had gotten a DUI, and I was

10 11:31:53  recovering from that.  And once I -- the value miraculously

11 11:31:58  went up, I cashed out a significant portion of it to have my

12 11:32:02  mom retire.

13 11:32:03         After that, I really didn't care.  You know, at that

14 11:32:06  point I just felt like everything was gambling.  I was so

15 11:32:10  fortunate to run that money up, and now it's all gone.

16 11:32:13         So you are asking me these questions about these

17 11:32:15  addresses, I don't know.  I don't know how I'm supposed to

18 11:32:20  get records of that.  I gave you all the records that I have

19 11:32:22  for all the trading accounts.  You are free to look up those

20 11:32:26  all you like.

21 11:32:29         MR. STEWART: Have you ever held Bitcoin at an

22 11:32:32  unhosted wallet address?

23 11:32:33         MR. WEN:  In the very, very beginning, I used

24 11:32:35  Electrum, which is like an online wallet.  I don't have

25 11:32:40  access to any of that.  I assume I emptied everything.

1 11:32:44          MR. STEWART: You assume, but you have not checked?

2 11:32:49          MR. WEN:  I don't know if -- yeah, I assume because

3 11:32:52  I have not checked.  I don't have access to any of those

4 11:32:56  wallets.

5 11:32:57          MR. STEWART: Have you made any effort to access

6 11:32:59  those wallets?

7 11:32:59          MR. WEN:  No.  I don't even know how I would.  I

8 11:33:03  don't even remember how it was done.  This was like in 2017

9 11:33:11  maybe.

10 11:33:15          MR. STEWART: Mr. Wen, have you ever held

11 11:33:17  cryptocurrency at an unhosted or cold, specifically at a cold

12 11:33:23  storage wallet, a wallet that is offline?

13 11:33:26          MR. WEN:  I had a Trezor.  It's one of those

14 11:33:29  hardware devices.

15 11:33:33          MR. STEWART: Has your Trezor ever held any

16 11:33:36  cryptocurrency?

17 11:33:37          MR. WEN:  Yeah.

18 11:33:40          MR. STEWART: Do you still have the Trezor?

19 11:33:43          MR. WEN:  No.

20 11:33:44          MR. STEWART: Have you made any effort to recover it?

21 11:33:46          MR. WEN:  There is nothing in there because I wiped

22 11:33:48  everything out when I did the conversions from Bitcoin to

23 11:33:52  Ethereum.

24 11:33:54          MR. STEWART: When was that?

25 11:33:56          MR. WEN:  I don't know off the top of my head.  You

1  11:33:58  have all the records of it.  I have submitted all the records

2  11:34:01  of it.

3  11:34:02          MR. STEWART: Thank you, Mr. Wen.

4  11:34:04          THE COURT:  All right.  Thank you.

5  11:34:05          I've never held anybody in contempt.  I'm not eager

6  11:34:11  to do it, but at some point if the Court makes an order,

7  11:34:15  whether it's Judge Selna or me, it has to be obeyed.

8  11:34:22          And to the extent that there is -- that there are

9  11:34:30  assets which the Bureau should be able to get, then they have

10 11:34:34  to be gotten.

11 11:34:35          So I will consider the arguments of the parties

12 11:34:40  today.  I didn't put Mr. Wen under oath because it seemed to

13 11:34:45  me it was more a matter of explaining what was in his

14 11:34:50  declaration.  And frankly, I haven't really heard anything

15 11:34:55  that I thought really needed to be repeated under oath.

16 11:35:00          So I -- but we have -- I have gotten some more

17 11:35:04  information.  So like I said, the matter is taken under

18 11:35:07  submission, and I will issue an order then.

19 11:35:10          And if I do find you in contempt, Mr. Wen, I will

20 11:35:15  certainly then give you some further time to reply.

21 11:35:18          Again, the whole purpose here isn't to punish you,

22 11:35:22  although that is possible as a result of violating a court

23 11:35:30  order, but it's simply to force compliance.

24 11:35:33          All right.  Thank you, counsel.  Thank you, Mr. Wen.

25                   *****     *****     *****

1              I certify that the foregoing is a correct transcript

2      from the record of proceedings in the above-titled matter.

3

4

5

6      ----------------------------

7

8      Amy C. Diaz, RPR, CRR              October 3, 2023

9      S/  Amy Diaz

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25