Kaine Wen
kainewen@gmail.com
146 Bishop Landing
Irvine, CA 92620
Los Angeles, California 90071
Telephone: 626-563-7908

*Pro Se Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiff,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>**NOTICE OF MOTION AND MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>**[UNOPPOSED MOTION]**<br><br>**Date**: Monday, December 11, 2023<br>**Time**: 10:00 a.m.<br>**Courtroom**: 5A, Hon. Michael W. Fitzgerald |

1

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO UNSEAL TRANSCRIPT OF FEBRUARY 24, 2021 HEARING**

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on December 11, 2023, at 10:00 a.m., or as soon thereafter as the parties may be heard by the above-entitled Court, located at 350 West First Street, Los Angeles, CA 90012, in Courtroom 5A of Judge Michael W. Fitzgerald, defendant Kaine Wen ("Wen"), appearing pro se, will and hereby does move the Court for an order unsealing the transcript of the February 24, 2021 hearing ("February 24, 2021 Transcript") of Plaintiff's Motion For Order To Show Cause Why Defendant Wen Should Not Be Held In Contempt And For Related Relief ("Motion for Contempt").

This Motion is made on the ground that Wen intends to include the February 24, 2021 Transcript in the record for his appeal of the July 7, 2023 Final Judgment and Order in this matter, which he anticipates will include an appeal of the Court's March 16, 2021 Order on the Motion for Contempt and the January 6, 2023 Order finding him in contempt of the March 16, 2021 Order. The February 24, 2021 Transcript does not contain any of Wen's personal financial information that the sealing was intended to protect, plaintiffs do not oppose unsealing the February 24, 2021 Transcript, and there are no other reasons why the Court should continue to seal the February 24, 2021 Transcript. Wen therefore requests that the February 24, 2021 Transcript be unsealed so it may be prepared and he then may make it part of the record on appeal and review its contents to prepare his appeal.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the declaration of Kaine Wen and its Exhibit 1 filed herewith, the pleadings and papers on file herein, and upon such other evidence or argument as may be presented to the Court at the time of the hearing.

This Motion is made following the conference, pursuant to L.R. 7-3, of defendant Kaine Wen and all plaintiffs' counsel which took place by emails

1 | exchanged on September 28 and 29, 2023, wherein all plaintiffs' counsel advised
2 | Wen that plaintiffs do not and will not oppose this Motion.

4 | Dated: October 23, 2023

/s/
KAINE WEN, PRO SE

3

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO UNSEAL
TRANSCRIPT OF FEBRUARY 24, 2021 HEARING**