Kaine Wen
kainewen@gmail.com
146 Bishop Landing
Irvine, CA 92620
Los Angeles, California 90071
Telephone: 626-563-7908

*Pro Se Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiff,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>**DECLARATION OF KAINE WEN IN SUPPORT OF MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>**[UNOPPOSED MOTION]**<br><br>**Date**: Monday, December 11, 2023<br>**Time**: 10:00 a.m.<br>**Courtroom**: 5A, Hon. Michael W. Fitzgerald |

1

**DECLARATION OF KAINE WEN IN SUPPORT OF MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING**

I, defendant Kaine Wen, hereby declare:

1. I have personal knowledge of the facts stated below. If called as a witness, I could and would testify as follows.

2. I am a defendant in this matter and I am representing myself.

3. On August 3, 2023, I filed my Notice of Appeal to the Ninth Circuit Court of Appeals (Dkt. No. 462) of the July 7, 2023 Final Order and Judgment As To Defendant Kaine Wen in this matter ("Judgment") (Dkt. No. 456).

4. After I obtained an extension from the Court of Appeals, the deadline for ordering transcripts to be included in the record on appeal was October, 5, 2023. (Dkt. No. 456). Thereafter, to prepare the record on appeal, I filed in this Court the required G-120 Transcript Order Form (Dkt. No. 474) and G-126 Transcript Designation Form (Dkt. No. 475) requesting preparation of transcripts of four hearings held in this case.

5. However, one of the transcripts I requested, the transcript of the February 24, 2021 hearing ("February 24, 2021 Transcript") of Plaintiff's Motion For Order To Show Cause Why Defendant Wen Should Not Be Held In Contempt And For Related Relief ("Motion for Contempt") was sealed until further order from the Court (Dkt. No. 273) and has not been released from the seal. The court reporter who transcribed the February 24, 2021 hearing of the Motion for Contempt has notified me that I must obtain a court order unsealing the February 24, 2021 Transcript before she can prepare and release it.

6. I am no longer represented by counsel and I do not have an official copy of the February 24, 2021 Transcript (although its preparation was requested by my then-counsel on the day of the hearing). (Dkt. No. 273.) I anticipate that I will include in my appeal of the Judgment appeals of additional orders of the Court, including the March 16, 2021 Order on the Motion for Contempt (Dkt. No. 277), which the Court made following the February 24, 2021 hearing, and the subsequent

1 January 6, 2023 Order finding me in contempt of the March 16, 2021 Order
2 (Dkt. No. 418).  The February 24, 2021 Transcript therefore must be unsealed and
3 released so it can be prepared and I can include it in the record for my appeal and
4 review its contents to prepare my appeal brief.  Accordingly, I am requesting an
5 order unsealing the February 24, 2021 Transcript so that the court reporter may
6 proceed to prepare and release it.

7	7.	I was present by telephone at the February 24, 2021 hearing on the
8 Motion for Contempt and heard the entirety of the proceedings.  I did not hear any of
9 the participants reveal any of my personal finances or any information, such as
10 account names or numbers and the like, that would allow another person to identify
11 or gain access to my personal accounts or learn about my assets.  I therefore do not
12 believe that unsealing the February 24, 2021 Transcript will cause harm to my
13 financial situation.

14	8.	On September 28, 2023, pursuant to Local Rule 7-3, I sent an email to
15 counsel for each of the four plaintiffs, the Bureau of Consumer Financial Protection
16 ("Bureau") and the State of Minnesota, the State of North Carolina and the State of
17 California (collectively, "States") notifying them that I intended to file a motion in
18 this Court to request an order unsealing the February 24, 2021 Transcript and asking
19 if any plaintiff intends to oppose the motion.  On September 28, 2023, only the
20 Bureau's counsel responded to me, copying the States' counsel on the email, and
21 advised that "plaintiffs" do not oppose the motion.  On September 29, 2023, I wrote
22 to all plaintiffs' counsel again, asking for confirmation that the "plaintiffs" referred
23 to in the Bureau's counsel's response include the States as well as the Bureau; the
24 Bureau's counsel responded to me and the States' counsel that her reference to
25 "plaintiffs" does include the States.  A true and correct copy of the email chain of
26 September 28 and 29, 2023 between me and counsel for the Bureau and the States is
27 attached here as Exhibit 1.
28

3

**DECLARATION OF KAINE WEN IN SUPPORT OF MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this twenty-third day of October 2023, in Irvine, California.

_____/s/_____
KAINE WEN

**DECLARATION OF KAINE WEN IN SUPPORT OF MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING**

# Exhibit 1

From: **Garlock, Stephanie (CFPB)** <Stephanie.Garlock@cfpb.gov>
Date: Fri, Sep 29, 2023 at 2:05 PM
Subject: RE: CFPB v. CAC - Motion to Unseal Transcript of Hearing Date 02/24/21
To: Kaine Wen <kainewen@gmail.com>
Cc: Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>, Weaver, Lynne <lweaver@ncdoj.gov>, Miguel Ruiz <miguel.j.ruiz@lacity.org>, William Pletcher <william.pletcher@lacity.org>, Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>, Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>, Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>, leanne.hartman@cfpb.gov <leanne.hartman@cfpb.gov>

Mr. Wen,

Confirmed—none of the listed plaintiffs (the Bureau, California, Minnesota, and North Carolina) object to the motion.

Best,

Stephanie Garlock

Exh.1
16

Honors Attorney for Litigation | Legal Division

Mobile: (202) 695-4908


Consumer Financial Protection Bureau
[consumerfinance.gov](consumerfinance.gov)


**Confidentiality Notice**: *If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.*

---

**From:** Kaine Wen <kainewen@gmail.com>
**Sent:** Friday, September 29, 2023 5:03 PM
**To:** Garlock, Stephanie (CFPB) <Stephanie.Garlock@cfpb.gov>
**Cc:** Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <lweaver@ncdoj.gov>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; William Pletcher <william.pletcher@lacity.org>; Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; leanne.hartman@cfpb.gov
**Subject:** Re: CFPB v. CAC - Motion to Unseal Transcript of Hearing Date 02/24/21

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Ms. Garlock,

Please confirm that the reference to "Plaintiffs" in your response below includes the Bureau and each of the California, Minnesota, and North Carolina State Plaintiffs.

Thank you.

Best,

Kaine Wen

Exh. 1
27

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*

On Fri, Sep 29, 2023 at 8:58 AM Garlock, Stephanie (CFPB) <Stephanie.Garlock@cfpb.gov> wrote:

> Mr. Wen,
>
> Plaintiffs do not oppose your motion to request an order unsealing the transcript of the hearing held on February 24, 2021.
>
> Best,
>
> Stephanie Garlock
>
> Honors Attorney for Litigation | Legal Division
>
> Mobile: (202) 695-4908
>
> Consumer Financial Protection Bureau
> **consumerfinance.gov**
>
> **Confidentiality Notice**: *If you received this email by mistake, you should notify the sender of the mistake and delete the email and any attachments. An inadvertent disclosure is not intended to waive any privileges.*
>
> ---
>
> **From:** Kaine Wen <kainewen@gmail.com>
> **Sent:** Thursday, September 28, 2023 6:06 PM
> **To:** Garlock, Stephanie (CFPB) <Stephanie.Garlock@cfpb.gov>; Romanoff, Evan <Evan.Romanoff@ag.state.mn.us>; Weaver, Lynne <lweaver@ncdoj.gov>; Miguel Ruiz <miguel.j.ruiz@lacity.org>; William Pletcher <william.pletcher@lacity.org>
> **Cc:** Stewart, Jesse (CFPB) <Jesse.Stewart@cfpb.gov>; Preis, Sarah (CFPB) <Sarah.Preis@cfpb.gov>; Dimock, Nathan (CFPB) <Neve.Dimock@cfpb.gov>; leanne.hartman@cfpb.gov
> **Subject:** CFPB v. CAC - Motion to Unseal Transcript of Hearing Date 02/24/21
>
> **CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Dear Counsel,

Pursuant to Local Rule 7-3, this email is to advise you that I intend to file a motion to be heard by Judge Michael W. Fitzgerald in Courtroom 5A of the U. S. District Court for the Central District of California, 350 West First Street, Los Angeles, CA, in *Bureau of Consumer Financial Protection, et al v. Consumer Advocacy Center Inc.*, et al, Case No. 8:19-cv-01998. The motion will request an order unsealing the transcript of the hearing of Plaintiff's Motion for Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for Related Relief held on February 24, 2021. I have designated this transcript for my appeal to the Ninth Circuit Court of Appeals, No. 23-55700, but I must provide the court reporter with a court order unsealing it so that it may be prepared and released.

Please let me know at your earliest opportunity whether or not you oppose unsealing the transcript. If you advise me that you intend to oppose the motion, I will contact you again to arrange a time to discuss a possible resolution before filing it.

Best,

Kaine Wen

*Confidentiality Disclaimer: This e-mail correspondence and its attachments (if any) are intended exclusively for the above named addressee(s) and intended to be privileged and confidential. If they have come to you in error, please immediately notify the sender about the error and delete all copies of this e-mail correspondence along with its attachments. Thank you.*