# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; State of Minnesota, by its Attorney General, Keith Ellison; State of North Carolina, ex rel. Joshua H. Stein, Attorney General; and The People of The State of California, Michael N. Feuer, Los Angeles City Attorney,<br><br>Plaintiff,<br><br>vs.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; True Count Staffing Inc., d/b/a SL Account Management; Prime Consulting LLC, d/b/a Financial Preparation Services; TAS 2019 LLC d/b/a Trusted Account Services; Horizon Consultants LLC; First Priority LLC d/b/a Priority Account Management; Albert Kim, a/k/a Albert King; Kaine Wen, a/k/a Wenting Kaine Dai, Wen Ting Dai, and Kaine Wen Dai; and Tuong Nguyen, a/k/a Tom Nelson,<br><br>Defendants, and<br><br>Infinite Management Corp., f/k/a Infinite Management Solutions Inc.; Hold The Door, Corp.; TN Accounting Inc.; Mice and Men LLC; 1st Generation Holdings, LLC; Sarah Kim, and Anan Enterprise, Inc.,<br><br>Relief Defendants. | CASE NO. 8:19-cv-01998-MWF(KSx)<br><br>**[PROPOSED] ORDER ON UNOPPOSED MOTION TO UNSEAL FEBRUARY 24, 2021 TRANSCRIPT OF TELEPHONIC HEARING OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT WEN SHOULD NOT BE HELD IN CONTEMPT AND FOR RELATED RELIEF**<br><br>**Date**: December 11, 2023<br>**Time**: 10:00 a.m.<br>**Courtroom**: 5A, Hon. Michael W. Fitzgerald |

1

1     The Motion of defendant Kaine Wen, appearing pro se, to Unseal the February 24, 2021 Transcript of Telephonic Hearing of Plaintiff's Motion For Order To Show Cause Why Defendant Wen Should Not Be Held In Contempt And For Related Relief (the "Transcript") came on for hearing before this Court on December 11, 2023. After considering the briefing and argument of defendant Kaine Wen in support of the Motion, and that the Motion is unopposed by each of the plaintiffs,

    **IT IS HEREBY ORDERED** that the Motion is granted and that the Transcript is unsealed and released and all restrictions on its access shall be removed by the Clerk of the Court.

Dated: _____, 2023

                                                                    HONORABLE MICHAEL W. FITZGERALD
                                                                    UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**