UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV 19-01998-MWF (KSx)          **Date:** November 1, 2023

**Title:** Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER GRANTING DEFENDANT'S MOTION TO UNSEAL DOCUMENT [488]

Defendant Kaine Wen filled a Motion to Unseal Document (the "Motion"). (Docket No. 488). Defendant states that the Motion is unopposed. (Motion at 2).

The Motion was noticed to be heard on **December 11, 2023**. The Court has read and considered the papers on the Motion and deems the matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing is therefore **VACATED** and removed from the Court's calendar. Given the "strong presumption [in this circuit] in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citations omitted), the Motion is **GRANTED**.

IT IS SO ORDERED.