UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** **SACV 19-01998-MWF (KSx)**                    **Date:** **November 2, 2023**

Title:  Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center
Inc. et al

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings (In Chambers):**   **AMENDED** ORDER GRANTING DEFENDANT'S
MOTION TO UNSEAL DOCUMENT [488]

Defendant Kaine Wen filed a Motion to Unseal Document (the "Motion").
(Docket No. 488).  Defendant states that the Motion is unopposed.  (Motion at 2).  The
Motion is to unseal the February 24, 2021 transcript regarding Plaintiff's Motion for
Order to Show Cause Why Defendant Wen Should Not Be Held in Contempt and for
Related Relief.  (Docket No. 276).

The Motion was noticed to be heard on **December 11, 2023**.  The Court has read
and considered the papers on the Motion and deems the matters appropriate for
decision without oral argument.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  The
hearing is therefore **VACATED** and removed from the Court's calendar.

Given the "strong presumption [in this circuit] in favor of access to court
records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)
(citations omitted), the Motion is **GRANTED**.  The Clerk of Court is **ORDERED** to
unseal the February 24, 2021 Transcript, Docket No. 276.

IT IS SO ORDERED.