*WHEN RECORDED MAIL TO:*

Consumer Financial Protection Bureau
Attention: Annais Ramirez-Velazquez
1700 G ST NW
Washington, DC 20552

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al. | **CASE NUMBER:** |
| PLAINTIFF(S), | CV 8:19-cv-01998 MWF (KS) |
| v. | |
| Consumer Advocacy Center, Inc., d/b/a Premier Student Loan Center, et al. | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on July 7, 2023

in favor of Judgment Creditor the Bureau of Consumer Financial Protection

whose address is 1700 G St NW, Washington, DC 20052

and against Judgment Debtor Kaine Wen, aka Wenting Kaine Dai, Wen Ting Dai, Kaine Dai, Kaine Wen Dai

whose last known address is 146 Bishop Landing, Irvine, CA 92620

for $ $243,042,757.00     Principal,    $ 32,742.50    Interest,    $ 0    Costs,

and $ 0    Attorney Fees.

ATTESTED this   *8th*   day of   *November*, 20*23*.

Judgment debtor's driver's license no. and state;    7851 (CA)    (last 4 digits) ☐ Unknown.

Judgment debtor's Social Security number;    3143    (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Witt W. Chang (former counsel, waived service)

2049 Century Park East, Suite 2300

Los Angeles, CA 90067

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

**AGASSI SHADKAMYAN**

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN
AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*