**BUREAU OF CONSUMER FINANCIAL PROTECTION**
JESSE STEWART
(NY Bar No. 5145495)
(Admitted *pro hac vice)*
Email: jesse.stewart@cfpb.gov
Tel.: (202) 435-9641
N. NATHAN DIMOCK
(DC Bar No. 487743)
(Admitted *pro hac vice*)
Email: nathan.dimock@cfpb.gov
Tel.: (202) 435-9198
1700 G Street, NW,
Washington, DC 20552
Fax: (844) 826-5016
LEANNE E. HARTMANN (CA Bar No. 264787)
(Local Counsel for the Bureau of Consumer Financial Protection)
Email: leanne.hartmann@cfpb.gov / Fax: (415) 844-9788
301 Howard Street, Suite 1200, San Francisco, CA 94105
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>PLAINTIFF'S APPLICATION TO UNSEAL DOCKET ENTRIES 105 AND 108 (NOT INCLUDING DOCKET ENTRY 108-1)<br><br>Hearing: January 22, 2024 at 10:00 am<br>Court: Hon. Michael W. Fitzgerald<br>Courtroom 5A |

   Plaintiff the Bureau of Consumer Financial Protection (Bureau), files this application to unseal docket entries 105 and 108 (not including docket entry 108-1) (Application). Because the basis for sealing these docket entries no longer applies, the Bureau respectfully requests that this Court unseal these filings and make them available on the public docket. The Bureau has informed its co-plaintiffs and Defendant Kaine Wen of this Application, and no party has raised any objection.

   "In this circuit, we start with a strong presumption in favor of access to court records," which can be overridden under certain circumstances. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Local Rule 79-7.2 provides the procedure for disclosing cases or documents filed under seal.

   Docket entries 105 and 108 refer to another matter before this Court, *United States of America ex rel. Frank Hernandez v. Premier Student Loans, Inc., et al.*, Case No. 19-cv-01251 MWF (KSx) (CD Cal.) (Relator Action). The Relator Action involves claims under the False Claims Act, 31 U.S.C. §§ 3729-3733. At the time that the Bureau filed docket entries 105 and 108, the Relator Action was entirely under seal and thus filing docket entries 105 and 108 publicly would have broken the seal in the Relator Action. Bureau counsel recently reviewed the docket in the Relator Action and learned that the docket and complaint are no longer under seal, although other filings in the Relator Action remain under seal. Bureau counsel has reviewed docket entries 105 and 108, and has identified no basis for those filings to remain under seal as the information that they reveal about the Relator Action is now available on the public docket. Further, Bureau counsel has consulted counsel at the United States Attorney's Office for the Central District of California (United States), who has indicated that the United States does not oppose unsealing docket entries 105 and 108. Because docket entry 108-1 contains material that remains under seal in the Relator Action, unsealing that filing would

break the seal in the Relator Action. Therefore, docket entry 108-1 should not be unsealed at this time.

Accordingly, the Bureau respectfully requests that this Court issue an order unsealing docket entries 105 and 108 (not including docket entry 108-1).

Dated: December 19, 2023          Respectfully Submitted,

/s/ *Jesse Stewart*
By: Jesse Stewart (NY Bar No. 5145495)
(Admitted *pro hac vice*)
N. Nathan Dimock (DC Bar No. 487743)
(Admitted *pro hac vice*)
*Attorneys for Plaintiff Bureau of Consumer Financial Protection*