## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center, et al.,<br><br>    Defendants. | CASE NO. 8:19-cv-01998 MWF (KS)<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S APPLICATION TO UNSEAL DOCKET ENTRIES 105 AND 108 (NOT INCLUDING DOCKET ENTRY 108-1)**<br><br>Court: Hon. Michael W. Fitzgerald<br>Date:  January 22, 2024<br>Time:  10:00 am<br>Place: Courtroom 5A |

Before this Court is Plaintiff the Bureau of Consumer Financial Protection's (Bureau) Application to Unseal Docket Entries 105 and 108 (Not Including Docket Entry 108-1) (Application). Having considered all filings and argument related to the Application, and there being no just cause for delay,

**IT IS HEREBY ORDERED** that the Bureau's Motion is **GRANTED**. The Office of the Clerk is directed to unseal and otherwise lift restrictions and make public docket entries 105 and 108 (not including docket entry 108-1). **Docket**

**entry 108-1 shall remain under seal until further order of this Court.**

    **IT IS SO ORDERED**.

DATED: _____    _____

                                          Michael W. Fitzgerald

                                          United States District Judge