UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  SACV 19-01998-MWF (KSx)          **Date:** December 20, 2023

**Title:** Bureau of Consumer Financial Protection et al v. Consumer Advocacy Center Inc. et al

---

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:      Court Reporter:
Rita Sanchez      Not Reported

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:
None Present      None Present

**Proceedings (In Chambers):**    ORDER GRANTING PLAINTIFF'S MOTION TO UNSEAL DOCUMENT [488]

Plaintiff Bureau of Consumer Financial Protection filed a Motion to Unseal Documents (the "Motion"). (Docket No. 495). Plaintiff states that the Motion is unopposed. (Motion at 2). The Motion is to unseal Docket Numbers 105 and 108 (not including Docket Number 108-1).

The Motion was noticed to be heard on **January 22, 2024**. The Court has read and considered the papers on the Motion and deems the matters appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. The hearing is therefore **VACATED** and removed from the Court's calendar.

Given the "strong presumption [in this circuit] in favor of access to court records," *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citations omitted), the Motion is **GRANTED**. The Clerk of Court is **ORDERED** to unseal Docket Numbers 105 and 108 (not including Docket Number 108-1).

IT IS SO ORDERED.