UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; et al.,<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>KAINE WEN, in his individual capacity and as trustee of the Kaine Wen 2017 Trust, AKA Kaine Wen Dai, AKA Wen Ting Dai, AKA Wenting Kaine Dai,<br><br>       Defendant - Appellant,<br><br> and<br><br>CONSUMER ADVOCACY CENTER, INC., DBA Premier Student Loan Center; et al.,<br><br>       Defendants. | No. 23-55700<br><br>D.C. No. 8:19-cv-01998-MWF-KS<br>U.S. District Court for Central California, Santa Ana<br><br>**ORDER** |

The opening brief submitted on June 26, 2024 is filed.

Within 7 days of this order, appellant is ordered to file 6 copies of the brief in paper format with blue covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The excerpts of record submitted on June 26, 2024 are filed. Within 7 days of this order, appellant is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT