Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 900
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bureau of Consumer Financial Protection; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Consumer Advocacy Center Inc., d/b/a Premier Student Loan Center; et al., <br><br> Defendants. | Case No. 8:19-cv-01998-MWF (KSx) <br><br> **NOTICE OF ERRATA RE: ECF NO. 509 [RECEIVER'S RESPONSE TO DEFENDANT KAINE WEN'S SUPPLEMENTAL MEMORANDUM]** <br><br> JUDGE: Hon. Michael W. Fitzgerald <br> CTRM:  5A |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND THE COURT:

PLEASE TAKE NOTICE that Thomas W. McNamara, as Court-appointed receiver, hereby submits this Notice of Errata re: ECF No. 509 [Receiver's Response to Defendant Kaine Wen's Supplemental Memorandum].

A document from a different case filing was inadvertently uploaded through the Court's CM/ECF system on March 5, 2025 as Receiver's Response to Defendant Kaine Wen's Supplemental Memorandum and entered on the Court's

docket as ECF No. 509.  Subsequent to discovering this error, on March 5, 2025, the correct document was filed as ECF No. 510.

Dated:  March 5, 2025                    MCNAMARA SMITH LLP

                                             By:   /s/ Logan D. Smith
                                                 Logan D. Smith
                                                 *Attorneys for Receiver,*
                                                 *Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Logan D. Smith
Logan D. Smith
*Attorney for Receiver,*
*Thomas W. McNamara*